B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court
### District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| The Rhodes Companies, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 20-3613060 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 4730 South Fort Apache, Suite 300  Las Vegas, Nevada  ZIP CODE 89147 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Clark | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)
- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $ 2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

American LegalNet, Inc.
www.FormsWorkflow.com

B 1 (Official Form 1) (1/08)                                            Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **The Rhodes Companies, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **See Rider A attached hereto** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.
www.FormsWorkflow.com

B 1 (Official Form) 1 (1/08)                Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>The Rhodes Companies, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X   /s/<br>Signature of Attorney for Debtor(s)<br>Zachariah Larson, Esq.  NV Bar No. 7787<br>Printed Name of Attorney for Debtor(s)<br>LARSON & STEPHENS<br>Firm Name<br>810 S. Casino Center Blvd., Suite 104<br>Address<br>Las Vegas, NV 89101<br>(702) 382-1170<br>Telephone Number<br>March 31, 2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ James M. Rhodes<br>Signature of Authorized Individual<br>JAMES M. RHODES<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>March 31, 2009<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

American LegalNet, Inc.<br>www.FormsWorkflow.com

# RIDER A

<u>On or about the date hereof, the following Debtor and its affiliates each filed a Chapter 11 Voluntary Petition in this District:</u>

Heritage Land Company, LLC

The Rhodes Companies, LLC

Rhodes Ranch General Partnership

Tick, LP

Glynda, LP

Chalkline, LP

Batcave, LP

Jackknife, LP

Wallboard, LP

Overflow, LP

Rhodes Ranch Golf and Country Club

Tuscany Acquisitions, LLC

Tuscany Acquisitions II, LLC

Tuscany Acquisitions III, LLC

Tuscany Acquisitions IV, LLC

Parcel 20 LLC

Rhodes Design and Development Corp.

C&J Holdings, Inc.

Rhodes Realty, Inc.

Jarupa LLC

Elkhorn Investments, Inc.

Rhodes Homes Arizona, LLC

Rhodes Arizona Properties, LLC

Tribes Holdings LLC

Six Feathers Holdings, LLC

Elkhorn Partners, A Nevada Limited Partnership

Bravo, Inc.

Gung-Ho Concrete, LLC

Geronimo Plumbing, LLC

Apache Framing, LLC

Tuscany Golf Country Club, LLC

Pinnacle Grading, LLC

# WRITTEN CONSENT OF THE SOLE MEMBER OF
# THE RHODES COMPANIES, LLC

As of this 31 day of March, 2009, the undersigned being the sole member (the "Member") of The Rhodes Companies, LLC, a Nevada limited liability company (the "Company"), hereby adopts, by this written consent ("Written Consent"), the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Member and direct that this Written Consent be filed with the minutes of the proceedings of the Company:

WHEREAS, the Member has considered the financial and operational conditions of the Company's business;

WHEREAS, the Member has reviewed the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to them, and the impact of the foregoing on the Company's business; and

WHEREAS, the Member has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company;

RESOLVED, THEREFORE, that in the business judgment of the Member after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, it is in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada; and it is

FURTHER RESOLVED that the officers of the Company (the "Officers") be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief under the Bankruptcy Code; and that any such actions heretofore taken by the Officers on behalf of the Company are hereby ratified, approved, and confirmed; and it is

FURTHER RESOLVED that the Officers of the Company be, and they hereby are, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as bankruptcy counsel to represent the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application with the bankruptcy court for authority to retain the services of PSZJ; and it is

FURTHER RESOLVED that the Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Officers of the Company are

hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary; and it is

FURTHER RESOLVED that the Officers of the Company be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is

FURTHER RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent on March 31, 2009.

THE RHODES COMPANIES, LLC,
a Nevada limited liability company

By: Sagebrush Enterprises, Inc., its managing member

By: _____
    James M. Rhodes, President

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| THE RHODES COMPANIES, LLC, et al.,[1] | ) | Case No. |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 25 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 25 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims. If a minor child is one of the creditors holding the 25 largest unsecured claims, state the child's initials and the name and address of the parent or guardian, such as "A.B., a minor child, by John doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security][2] |
| --- | --- | --- | --- | --- |
| Sunstate Companies, Inc.<br>4435 East Colton Avenue<br>Suite 101<br>Las Vegas, NV 89115 | Bonnie Butler<br>(702) 798-1776<br>Fax (702) 798-2918 | Trade Debt | | $201,094.43 |
| G C Wallace<br>6655 South Cimarron Road<br>Las Vegas, NV 89113 | Betty Kilmer<br>(702) 804-2000<br>Fax (702) 804-2299 | Trade Debt | | $201,000.00 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963) C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); and Pinnacle Grading, LLC (4838).

[2] All information contained herein is as of March 27, 2009.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security][2] |
|---|---|---|---|---|
| Aspen Concrete Inc.<br>4177 East Huntington Drive<br>Flagstaff, AZ 86004 | Laura Norfolk<br>(928) 226-9613<br>Fax (928) 226-1766 | Trade Debt | | $128,623.35 |
| American Soils Engineering LLC<br>6000 South Eastern Avenue<br>Suite 6B<br>Las Vegas, NV 89119 | Kenya Barrant<br>(702) 889-9617<br>Fax (702) 889-9614 | Trade Debt | | $84,490.00 |
| Triton Grading & Paving LLC<br>4220 Arcata Way<br>Bldg B, Suite 1<br>N. Las Vegas, NV 89030 | Linda Leavitt<br>(702) 362-1330<br>Fax (702) 362-3930 | Trade Debt | | $78,683.41 |
| Sunland Asphalt<br>P.O. Box 20814<br>Bullhead City, AZ 86439 | Craig Bennett<br>(928) 758-0770<br>Fax (928) 758-6861 | Trade Debt | | $73,989.65 |
| Cabinetec, Inc.<br>2711 E. Craig Road<br>Suite A & B<br>N. Las Vegas, NV 89030 | David Paszli<br>(702) 649-1010<br>Fax (702) 649-7918 | Trade Debt | | $69,139.09 |
| K.H. Landscaping, Inc.<br>2595 South Cimarron Road<br>Suite 206<br>Las Vegas, NV 89117-7613 | Laura Larkins<br>(702) 263-9304<br>(702) 528-5348<br>Fax (702) 263-0121 | Trade Debt | | $69,026.00 |
| Envision Concrete<br>5655 Reference Street<br>Las Vegas, NV 89122 | Mondo Deltoro<br>(702) 289-5441<br>Fax (702) 434-6956 | Trade Debt | | $67,480.90 |
| N.J. Shaum & Son Inc.<br>P.O. Box 819<br>Flagstaff, AZ 86002 | Marsha Jensen<br>(928) 774-4564<br>Fax (928) 773-1134 | Trade Debt | | $65,470.73 |
| M S Concrete, Inc.<br>3840 North Commerce<br>Las Vegas, NV 89032 | Nedra Stephensen<br>(702) 873-1780<br>Fax (702) 876-9244 | Trade Debt | | $52,691.46 |
| Bair's Carpet Valley - C<br>7465 West Sunset Road<br>Suite 1200<br>Las Vegas, NV 89113 | Shanelle Henderson<br>(702) 932-2308<br>Fax (702) 940-4118 | Trade Debt | | $51,572.39 |
| American Asphalt & Grading Co.<br>3624 Goldfield Street<br>North Las Vegas, NV 89032 | Tracy Bassler<br>(702) 507-5414<br>Fax (702) 644-0128 | Trade Debt | | $35,000.00 |
| Evans Recreation Installations<br>P.O. Box 42607<br>Las Vegas, NV 89116-1607 | Liz Martin<br>(702) 382-3119<br>Fax (702) 926-9685 | Trade Debt | | $32,820.70 |
| Integrity Masonry, Inc.<br>5330 West Quail Avenue<br>Las Vegas, NV 89118 | Herold Lefler<br>(702) 227-4555<br>Fax (702) 227-4855 | Trade Debt | | $31,553.08 |
| J&J Enterprises, Inc.<br>5920 West Cougar Avenue<br>Las Vegas, NV 89139 | Melissa Perry<br>(702) 361-2914<br>Fax (702) 361-2823 | Trade Debt | | $26,159.90 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security][2] |
|---|---|---|---|---|
| Western Landscape Construction<br>4670 South Polaris Avenue<br>Las Vegas, NV 89103 | Laura Larkins<br>(702) 597-2556<br>Fax (702) 739-6840 | Trade Debt | | $24,012.42 |
| WestCor Construction<br>5620 Stephanie Street<br>Las Vegas, NV 89122 | Steve Christianson<br>(702) 433-1414<br>(702) 289-3217<br>Fax (702) 433-8090 | Trade Debt | | $23,539.85 |
| Interstate Plumbing & A/C<br>7201 West Post Road<br>Las Vegas, NV 89113 | Ceil Cartwright<br>(702) 367-6064<br>Fax (702) 367-6600 | Trade Debt | | $20,849.75 |
| Slater Hanifan Group<br>5740 South Arville, #216<br>Las Vegas, NV 89118 | Darcie Wood<br>(702) 284-5300<br>Fax (702) 284-5399 | Trade Debt | | $20,546.50 |
| TSS Enterprises, Inc.<br>2827 East Illini Street<br>Phoenix, AZ 85040 | Gary Simler<br>(602) 276-7256<br>Fax (602) 276-7918 | Trade Debt | | $19,784.20 |
| Westar Kitchens & Bath<br>9025 South Kyrene Road<br>Tempe, AZ 85284 | Richard Kerner<br>(702) 798-6060<br>Fax (702) 798-1610 | Trade Debt | | $19,476.20 |
| Iovino Masonry Inc.<br>9260 El Camino Road<br>Las Vegas, NV 89139 | Kim Hardin<br>(702) 253-1602<br>Fax (702) 368-1265 | Trade Debt | | $17,378.21 |
| The Masonry Group Nevada, Inc.<br>4685 Berg Street<br>North Las Vegas, NV 89081 | Lisa Jones<br>(702) 657-8440<br>Fax (702) 657-8445 | Trade Debt | | $17,206.35 |
| Northland Exploration Surveys<br>528 West Aspen Avenue<br>Flagstaff, AZ 86001-5308 | Ken Krenky<br>(928) 774-5058<br>Fax (928) 774-3089 | Trade Debt | | $15,925.28 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:                                         ) Chapter 11
                                               )
THE RHODES COMPANIES, LLC,                     ) Case No. 09-_____ (__)
                                               )
                    Debtor.                    )

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING THE 25 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding the 25 Largest Unsecured Claims* submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding the 25 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2009

The Rhodes Companies, LLC

By: _____
    James M. Rhodes
Its: Authorized Officer

73203-001\DOCS_LA:199358.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

**THE RHODES COMPANIES, LLC,**

Case No. _____
LIST OF EQUITY SECURITY HOLDERS

Debtor(s)

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sageburgh Enterprises, Inc.<br>4730 S. Fort Apache Road<br>Suite 300<br>Las Vegas, NV 89147 | | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, James M. Rhodes, authorized Officer of the limited company named as the debtor in this case or its managing member, declare under penalty of perjury that I have read the foregoing <u>List of Equity Security Holders</u> and that it is complete and to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records and will be supplemented to the extent additional information regarding equity security holders becomes available.

Dated: March 31, 2009

_____
James M. Rhodes
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

73203-001\DOCS_LA:199209.1

```
JAMES I. STANG, ESQ. (SBN 94435)
SHIRLEY S. CHO, ESQ. (SBN 192616)
WERNER DISSE, ESQ. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jstang@pszjlaw.com
E-mail: scho@pszjlaw.com
E-mail: wdisse@pszjlaw.com
```

[Proposed] Attorneys for
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor<br><br>Fed. Tax I.D. No.: 20-3613060 | Case No.:<br><br>Chapter 11<br><br>**STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP** |

☒  The following entity directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

    Name:    Sagebrush Enterprises, Inc.
    Address:    4730 S. Fort Apache Road, Ste. 300
                   Las Vegas, Nevada 89147

☐  (Additional names are attach hereto)

☐  There are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2009

_____
James M. Rhodes
President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:                                           ) Chapter 11
                                                 )
THE RHODES COMPANIES, LLC,                       ) Case No. 09-_____ (__)
                                                 )
        Debtor.                                  )

**DECLARATION REGARDING CONSOLIDATED CREDITOR MATRIX**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated Creditor Matrix* submitted herewith, and containing the list of creditors of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2009

The Rhodes Companies, LLC

By: _____
    James M. Rhodes
Its: Authorized Officer

73203-001\DOCS_LA:199356.1