NILE LEATHAM, ESQ.
Nevada Bar No. 002838
TIMOTHY P. THOMAS, ESQ.
Nevada Bar No. 005148
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
        tthomas@klnevada.com

Attorneys for Creditor
**STEERING COMMITTEE OF SENIOR
  SECURED LENDERS**

*Electronically Filed
April 1, 2009*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, | Chapter 11 |
|  | Hearing Date:  N/A |
| Debtor. | Hearing Time:  N/A |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

TO:   THE ABOVE-NAMED DEBTOR

TO:   ZACHARIAH LARSON, ESQ., ATTORNEY FOR DEBTOR

TO:   UNITED STATES TRUSTEE

TO:   ALL CREDITORS AND OTHER PARTIES-IN-INTEREST

NILE LEATHAM, ESQ., and TIMOTHY P. THOMAS, ESQ., of the law firm of Kolesar & Leatham, Chtd., attorney for STEERING COMMITTEE OF SENIOR SECURED LENDERS, hereby enters their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and further hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.  All notices and copies in response to the foregoing, and, pursuant to

1  Bankruptcy Rule 2002(g), all notices required to be mailed to STEERING COMMITTEE OF
2  SENIOR SECURED LENDERS by the Debtor, pursuant to Bankruptcy Rule 2002, should be
3  directed to:

        NILE LEATHAM, ESQ.
        **KOLESAR & LEATHAM, CHTD.**
        3320 W. Sahara Avenue, Suite 380
        Las Vegas, Nevada 89102
        Telephone No. (702) 362-7800
        Facsimile No. (702) 362-9472
        E-Mail:    nleatham@klnevada.com

Dated this 1st day of April, 2009.

        **KOLESAR & LEATHAM, CHTD**.

        By:  /s/ Nile Leatham
        NILE LEATHAM, ESQ.
        Nevada Bar No. 002838
        TIMOTHY P. THOMAS, ESQ.
        Nevada Bar No. 005148
        3320 West Sahara Avenue, Suite 380
        Las Vegas, Nevada 89102-3202

        Attorneys for Creditor
        **STEERING COMMITTEE OF SENIOR SECURED LENDERS**

**CERTIFICATE OF SERVICE**

1. On April 1, 2009, I served the following document(s) (*specify*): _____

   **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (*Check all that apply*)

   ☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   ZACHARIAH LARSON   ecf@lslawnv.com, susans@lslawnv.com
   U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

   ☐ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

   ☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ **d.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

496164 (7540-1)

- 3 -

☐    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  **April 1, 2009**.

*/s/ Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

496164 (7540-1)

- 4 -