# EXHIBIT A



"Cash excess to minimum balance is swept from operating accounts to primary holding account each night"

**Heritage Custody**
Mutual of Omaha Bank
xxxx1006
Primary Holding Account"

**Apache Framing LLC**
Operating
Mutual of Omaha Bank
xxxx0714

**Pinnacle**
Operating
Mutual of Omaha Bank
xxxx2062

**Pinnacle**
Payroll
Mutual of Omaha Bank
xxxx2070

**Pinnacle**
Petty Cash
Mutual of Omaha Bank
xxxx4517

**Rhodes Homes Arizona**
Operating
Mutual of Omaha Bank
xxxx4541

**Rhodes Homes AZ**
Payroll
Mutual of Omaha Bank
xxxx2054

**Rhodes Homes AZ**
Petty Cash
Mutual of Omaha Bank
xxxx2046

**Rhodes Arizona Properties**
Operating
Mutual of Omaha Bank
xxxx4533

**Rhodes Ranch Golf & Country Club**
Operating
Mutual of Omaha Bank
xxxx1940

**Rhodes Ranch GP**
Operating
Mutual of Omaha Bank
xxxx2178

**Tuscany Golf Course**
Operating
Mutual of Omaha Bank
xxxx2089

**Tuscany Golf Course**
Payroll
Mutual of Omaha Bank
xxxx2097

**CNJ Holdings**
Payroll
Mutual of Omaha Bank
xxxx1054

**Cash from Operations**

**Rhodes Co**
Operating
Mutual of Omaha Bank
xxxx2186

**Rhodes Design**
Operating
Mutual of Omaha Bank
xxxx1038

**Rhodes Design**
Flex Spending
Mutual of Omaha Bank
xxxx1354

**Rhodes Design**
Flex Spending
Wells Fargo
xxxx1963

**Heritage Land**
Operating
Mutual of Omaha Bank
xxxx2151

**Tribes Holdings LLC**
Operating
Mutual of Omaha Bank
xxxx0706

**Rhodes Realty**
Operating
Mutual of Omaha Bank
xxxx1003

**Rhodes Realty**
Commission
Mutual of Omaha Bank
xxxx0996

**Nightly Sweep Cash Holding Investment Account**

**Operating Accounts – Minimum Balance maintained to offset fees**

**Zero Balance Payroll / Necessity Accounts**