# EXHIBIT B

## Bank Account List

**Core Accounts**

| Description | Bank | Account Number Ending In | Address |
|---|---|---|---|
| CNJ Payroll | Mutual of Omaha Bank | 1054 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Heritage Land Operating | Mutual of Omaha Bank | 2151 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Heritage Custody | Mutual of Omaha Bank | 1006 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| The Rhodes Co Operating | Mutual of Omaha Bank | 2186 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Design Flex Spending | Wells Fargo | 1963 | 330 E. Beale St., Kingman, AZ 86401 |
| Rhodes Design Flex Spending | Mutual of Omaha Bank | 1354 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Design Payroll | Mutual of Omaha Bank | 1038 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Realty Commission | Mutual of Omaha Bank | 0996 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Realty Payroll | Mutual of Omaha Bank | 1003 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Ranch GP Operating | Mutual of Omaha Bank | 2178 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Arizona Properties Operating | Mutual of Omaha Bank | 4533 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Homes Arizona Operating | Mutual of Omaha Bank | 4541 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Homes AZ Petty Cash | Mutual of Omaha Bank | 2046 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Homes AZ Payroll | Mutual of Omaha Bank | 2054 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle Operating | Mutual of Omaha Bank | 2062 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle Payroll | Mutual of Omaha Bank | 2070 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle Petty Cash | Mutual of Omaha Bank | 4517 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Apache Framing LLC Operating | Mutual of Omaha Bank | 0714 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tribes Holdings LLC Operating | Mutual of Omaha Bank | 0706 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tuscany Golf Course Operating | Mutual of Omaha Bank | 2089 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tuscany Golf Course Payroll | Mutual of Omaha Bank | 2097 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Ranch Golf Country Club Operating | Mutual of Omaha Bank | 1940 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |

**Closed Accounts**

| Description | Bank | Account Number Ending In | Address |
|---|---|---|---|
| Heritage Investment | Merrill Lynch | 7087 | 253 Post Road West, Westport, CT 06880 |
| Heritage Investment | Merrill Lynch | 7091 | 253 Post Road West, Westport, CT 06880 |
| Rhodes Realty Operating | Mutual of Omaha Bank | 1011 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle | Mission Bank | 3843 | 2439 Hualapai Mountain Road, Kingman, AZ 86401 |
| Pinnacle | Mission Bank | 4494 | 2439 Hualapai Mountain Road, Kingman, AZ 86401 |
| Pinnacle Impress | Wells Fargo | 9350 | 330 E. Beale St., Kingman, AZ 86401 |
| Pinnacle Payroll | Wells Fargo | 9343 | 330 E. Beale St., Kingman, AZ 86401 |
| Pinnacle Operating | Wells Fargo | 9335 | 330 E. Beale St., Kingman, AZ 86401 |
| Bravo Inc Operating | Community Bank of Nevada | 2903 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Bravo Inc Payroll | Community Bank of Nevada | 5473 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Arapahoe Cleaning LLC Operating | Community Bank of Nevada | 4965 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Arapahoe Cleaning LLC Payroll | Community Bank of Nevada | 4957 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Gung Ho Concrete LLC Operating | Community Bank of Nevada | 5007 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Gung Ho Concrete LLC Payroll | Community Bank of Nevada | 5015 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Operating | Community Bank of Nevada | 6283 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Payroll | Community Bank of Nevada | 6291 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Payroll | Mutual of Omaha Bank | 0722 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Geronimo Plumbing LLC Operating | Community Bank of Nevada | 4973 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Geronimo Plumbing LLC Payroll | Community Bank of Nevada | 4981 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Tribes Holdings LLC Operating | Community Bank of Nevada | 5058 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Tribes Holdings LLC Payroll | Community Bank of Nevada | 5066 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Rhodes Ranch Golf Country Club Operating | Mutual of Omaha Bank | 2011 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |