# EXHIBIT A

**Rhodes Homes 13 Week Cash Flow Forecast**
**Prepared 4/1/2009**

| Starting Cash on 4/1/2009 | $ 1,863,563 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (1) | 1<br>4/3/2009 | 2<br>4/10/2009 | 3<br>4/17/2009 | 4<br>4/24/2009 | 5<br>5/1/2009 | 6<br>5/8/2009 | 7<br>5/15/2009 | 8<br>5/22/2009 | 9<br>5/29/2009 | 10<br>6/5/2009 | 11<br>6/12/2009 | 12<br>6/19/2009 | 13<br>6/26/2009 | Totals |
| Units Closed - Standing Inventory (Sold) | 0 | 0 | 6 | 1 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| Units Closed - Under Construction (Sold) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 3 | 13 |
| Units Closed - Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 3 | 4 | 0 | 0 | 0 | 13 |
| Net Revenues - Standing Inventory (Sold) | $ - | $ - | $ 968,582 | $ 315,491 | $ 2,301,128 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,585,201 |
| Net Revenues - Under Construction (Sold) | - | - | - | - | - | - | - | - | - | 737,783 | 1,419,389 | - | 919,496 | 3,076,667 |
| Net Revenues - Standing Inventory (Projected) | - | - | - | 1,342,000 | 315,000 | - | 950,950 | 596,050 | 971,425 | 1,319,500 | - | - | - | 3,837,925 |
| Revenues - Park Construction | - | - | - | - | - | - | - | 415,000 | - | - | - | - | - | 2,072,000 |
| Tuscany Golf Course Revenues | 21,000 | 85,000 | 70,200 | 68,000 | 68,000 | 65,000 | 62,000 | 73,000 | 65,000 | 60,000 | 50,000 | 51,000 | 54,000 | 792,200 |
| Pinnacle Grading Revenues | - | - | - | 1,198,403 | - | - | - | 1,438,315 | - | - | - | - | 2,009,103 | 4,645,821 |
| **Total Cash Receipts** | **21,000** | **85,000** | **1,038,782** | **2,923,894** | **2,684,128** | **65,000** | **1,012,950** | **2,522,365** | **1,036,425** | **2,117,283** | **1,469,389** | **51,000** | **2,982,599** | **18,009,814** |
| Insurance Financing | - | - | 2,038 | - | 22,288 | - | - | - | - | 24,326 | - | - | - | 48,651 |
| IT Services / Equip. (2) | - | - | 21,791 | - | 8,591 | - | - | - | - | 8,591 | - | - | - | 38,972 |
| Storage | - | - | 1,635 | - | 1,635 | - | - | - | - | 1,635 | - | - | - | 4,905 |
| Rent | - | 29,878 | - | - | 29,878 | - | - | - | - | 29,878 | - | - | - | 89,634 |
| Brokerage License | - | 1,000 | - | - | 1,000 | - | - | - | - | 1,000 | - | - | - | 3,000 |
| HOA Fees (3) | - | - | 2,808 | - | 2,808 | - | - | - | - | 2,808 | - | - | - | 8,424 |
| Model Home Leases (4) | - | 30,014 | - | - | 30,014 | - | - | - | - | 30,014 | - | - | - | 90,041 |
| **Total 1st of Month Payments** | **-** | **60,892** | **28,271** | **-** | **96,213** | **-** | **-** | **-** | **-** | **98,251** | **-** | **-** | **-** | **283,627** |
| Rhodes Homes Payroll | - | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 886,374 |
| Rhodes Homes Ordinary Course Professionals (5) | - | 12,625 | 12,625 | 32,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 171,500 |
| Rhodes Homes AZ Payroll | - | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 36,679 |
| Pinnacle Payroll | - | 38,053 | 38,053 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 8,332 | 159,427 |
| **Total Payroll and Benefits** | **-** | **127,600** | **127,600** | **117,878** | **97,878** | **97,878** | **97,878** | **97,878** | **97,878** | **97,878** | **97,878** | **97,878** | **97,878** | **1,253,980** |
| Pinnacle (Job Cost (6) | - | 53,894 | 29,990 | 1,254,546 | 6,208 | 10,055 | 13,767 | 1,453,599 | 10,055 | 10,055 | 10,055 | 13,767 | 1,306,658 | 4,172,645 |
| Pinnacle (Equipment Notes) Payments) | - | - | - | 93,000 | - | - | - | 93,000 | - | - | - | 93,000 | - | 279,001 |
| Rhodes Homes Vertical Costs (Cost to Complete) | - | - | 449,230 | 68,637 | 196,924 | 23,640 | 458,326 | 104,569 | 196,924 | 11,793 | 16,415 | 14,573 | 30,728 | 1,571,759 |
| Rhodes Homes Vert. Costs - Projected Dirt Lot Sales (7) | - | - | - | - | 58,347 | 116,694 | 116,694 | 233,387 | 116,694 | 233,387 | 116,694 | 233,387 | 116,694 | 1,341,978 |
| Rhodes Homes Land Dev. (Cost to Complete) (8) | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 21,000 | 29,000 | 15,000 | 21,000 | 161,000 |
| Rhodes Ranch Park (Job Cost) (9) | - | - | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | - | - | - | 473,873 |
| Rhodes Homes Warranty Repairs (Job Cost) | - | 30,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 195,000 |
| Rhodes Homes Vertical Costs - A/P (10) | - | - | - | - | - | - | - | 213,632 | - | - | - | - | - | 213,632 |
| Rhodes Homes Land Dev. - A/P (10) | - | - | - | - | - | - | - | 239,156 | - | - | - | - | - | 239,156 |
| Rhodes Homes Land Dev. - Spirit Underground A/P (10) | - | - | - | - | - | - | - | 288,773 | - | - | - | - | - | 288,773 |
| Rhodes Homes Land Dev. - Park A/P (10) | - | - | - | - | - | - | - | 514,377 | - | - | - | - | - | 514,377 |
| **Total Job Cost** | **-** | **83,894** | **553,454** | **1,490,417** | **350,713** | **239,623** | **678,021** | **3,229,728** | **412,906** | **350,469** | **187,163** | **291,727** | **1,583,080** | **9,451,194** |
| Sales / Marketing | - | 24,005 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 12,002 | 156,030 |
| G & A | - | 34,657 | 17,328 | 17,328 | 27,478 | 17,328 | 20,928 | 17,328 | 17,328 | 17,328 | 17,328 | 17,328 | 17,328 | 239,020 |
| Builder Subsidies to Tuscany HOA | - | - | - | - | 47,298 | - | - | - | - | - | - | - | - | 68,697 |
| Sales and Use Tax (11) | - | - | - | - | 47,408 | - | - | - | - | 21,399 | - | - | - | 47,408 |
| Debtor's Restructuring Professionals | - | - | - | - | 40,000 | - | - | - | - | - | - | - | - | 40,000 |
| Committee's Restructuring Professionals | - | - | - | - | - | - | - | 150,000 | - | - | - | 150,000 | - | 300,000 |
| Employee & Consultant Housing and Travel Expenses | - | 4,500 | 2,000 | 2,000 | 4,500 | 1,000 | 1,000 | 1,000 | 1,000 | 3,500 | 1,000 | 1,000 | 1,000 | 23,500 |
| **G&A Expenditures** | **-** | **63,162** | **31,331** | **31,331** | **178,687** | **30,331** | **33,931** | **180,331** | **30,331** | **54,230** | **30,331** | **180,331** | **30,331** | **874,656** |
| **Tuscany Golf Course Costs (12)** | **-** | **-** | **143,159** | **20,000** | **132,010** | **13,000** | **82,759** | **20,000** | **62,560** | **111,450** | **56,660** | **38,199** | **56,660** | **736,457** |
| Starting Cash Position | 1,863,563 | 1,884,563 | 1,634,017 | 1,788,984 | 3,053,251 | 4,881,879 | 4,566,047 | 4,686,409 | 3,680,836 | 4,113,586 | 5,518,592 | 6,615,949 | 6,058,814 | 1,863,563 |
| Projected Net Revenue | 21,000 | 85,000 | 1,038,782 | 2,923,894 | 2,684,128 | 65,000 | 1,012,950 | 2,522,365 | 1,036,425 | 2,117,283 | 1,469,389 | 51,000 | 2,982,599 | 18,009,814 |
| Disbursement for Week | - | 335,547 | 883,815 | 1,659,626 | 855,501 | 380,832 | 892,589 | 3,527,937 | 603,675 | 712,277 | 372,032 | 608,135 | 1,767,949 | 12,599,914 |
| **Ending Cash Position** | **$ 1,884,563** | **$ 1,634,017** | **$ 1,788,984** | **$ 3,053,251** | **$ 4,881,879** | **$ 4,566,047** | **$ 4,686,409** | **$ 3,680,836** | **$ 4,113,586** | **$ 5,518,592** | **$ 6,615,949** | **$ 6,058,814** | **$ 7,273,464** | **$ 7,273,464** |

**Notes:**
(1) Week 1 is a stub week starting April 1, 2009.
(2) IT Services / Equip. payment in week 3 includes $13,200 of software license renewal payments (Timberline / Builder MT).
(3) HOA fees paid for completed communities in which the Company continues to own lots / property (Spanish Hills and Elkhorn).
(4) Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch.
(5) Ordinary course professionals include tax and legal counsel; tax counsel (Bob Evans) to be paid on April 24.
(6) Pinnacle job cost in Week 2 includes costs that would have been incurred in Week 1.
(7) Vertical construction costs incurred related to prospective, ongoing sales of product that is at the dirt lot phase of construction; based on last three months' sales rate.
(8) Land development work includes improvement work required under development agreement; $135,000 estimated expenditure (spread ratably over nine weeks). $45,000 return of cash (cash bond posted) expected 30-45 days after completion.
(9) Rhodes Ranch Park remaining job costs assumed to be spread ratably over 8 weeks.
(10) Prepetition accounts payable owed to critical vendors assumed to be paid in Week 8 in order to maintain existing and future business relationships.
(11) Sales and Use Tax paid quarterly in arrears.
(12) See attached schedule A for golf course expense details.