James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: 4-13-09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1] | |
| | Chapter 11 |
| Debtors. | |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| Affects: | Hearing Date: |
|---|---|
| ☒ All Debtors | Hearing Time: |
| ☐ Affects the following Debtor(s) | Courtroom 1 |

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an *Order Granting Debtors an Extension of time to File Schedules of Assets and Liabilities, Statement of Financial Affairs and List of Executory Contracts and Unexpired Leases* was entered on April 10, 2009. A copy of the Order is attached hereto.

**DATED** this 13 day of April, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:200446.1

2

**Entered on Docket**
**April 10, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

James I. Stang, Esq. (SBN 94435)
Shirley S. Cho, Esq. (SBN 192616)
Werner Disse, Esq. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  In re

2  THE RHODES COMPANIES, LLC, aka "Rhodes
   Homes", et al.,[1]
3

4                                    Debtors.

   Affects:
5
6      ☒        All Debtors
               Affects the following Debtor(s):

Case No. 09-14814-LBR
(Jointly Administered)

Chapter 11

DATE: 4-8-2009
TIME:  3:00 PM
Courtroom No. 1

7

8  **ORDER GRANTING DEBTORS AN EXTENSION OF TIME TO FILE SCHEDULES
   OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND LIST
   OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
9

10         This matter comes before the Court on the Debtors' Motion for an Extension of

11  Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs and List of

12  Executory Contracts and Unexpired Leases (the "Motion"), filed by the above-captioned debtors

13  and debtors in possession (collectively, the "Debtors"); the Court has reviewed the Motion and

14  finds that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157;

15

16  (b) this is a core proceeding pursuant to 28 U.S.C. § 157; (c) that venue of this proceeding and

17

18

19  [1] The Debtors in these cases, along with their case numbers are:  Apache Framing, LLC (Case
       No. 09-14818); Batcave, LP (Case No. 09-14861); Bravo, Inc. (Case No. 09-14825); C & J
20     Holdings, Inc. (Case No. 09-14843); Chalkline, LP (Case No. 09-14862); Elkhorn
       Investments, Inc. (Case No. 09-14837); Elkhorn Partners, A Nevada Limited Partnership
21     (Case No. 09-14828); Geronimo Plumbing LLC (Case No. 09-14820); Glynda, LP (Case No.
       09-14865); Gung-Ho Concrete LLC (Case No. 09-14822); Heritage Land Company, LLC
22     (Case No. 09-14778); Jackknife, LP (Case No. 09-14860); Jarupa, LLC (Case No. 09-
       14839); Overflow, LP (Case No. 09-14856); Parcel 20, LLC (Case No. 09-14848); Pinnacle
23     Grading, LLC (Case No. 09-14887); Rhodes Arizona Properties, LLC (Case No. 09-14868);
       Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Rhodes Design and Development
24     Corporation (Case No. 09-14846); Rhodes Ranch General Partnership (Case No. 09-14844);
       Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Rhodes Realty, Inc. (Case No.
25     09-14841); The Rhodes Companies, LLC (Case No. 09-14814); Six Feathers Holdings, LLC
       (Case No. 09-14833); Tick, LP (Case No. 09-14866); Tribes Holdings, LLC (Case No. 09-
26     14817); Tuscany Acquisitions, LLC (Case No. 09-14853); Tuscany Acquisitions II, LLC
       (Case No. 09-14852); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany
27     Acquisitions IV, LLC (Case No. 09-14849); Tuscany Golf Country Club, LLC (Case No. 09-
       14884) and Wallboard, LP (Case No. 09-14858)
28

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1.      The time within which the Debtors shall file their Schedules and

Statements required by Bankruptcy Rule 1007 (c) and Nev. Bankr. L.R. 1007-1(d), shall be, and

hereby is, extended until April 30, 2009.

2.      Such extension is without prejudice to the Debtors' right to seek further

extensions or waivers with respect to the Schedules and Statements.

3.      Capitalized terms used, but not otherwise defined herein, shall have the

meanings given to them in the Motion.

4.      This Court retains jurisdiction with respect to all matters arising from or

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

3

1 | related to the implementation of this Order.

2 | Dated: _____, 2009

3 | APPROVED AS TO FORM AND CONTENT:

4 | By: /s/Brett Axelrod
5 | GREENBERG TRAURIG                        By: _____
   | Brett Axelrod                            UNITED STATES TRUSTEE
6 | 3773 Howard Hughes Parkway               August Landis
   | Suite 400 North                          Office of the United States Trustee
7 | Las Vegas, NV 89169                      300 Las Vegas Blvd. S., Ste. 4300
8 | *Counsel for Sagebrush Enterprises Inc.* Las Vegas, NV 89101

9 | By: /s/Ira S. Dizengoff
   | AKIN GUMP STRAUSS HAUER & FELD
10 | LLP
   | Ira S. Dizengoff (NY Bar No. 2565687)
11 | Philip C. Dublin (NY Bar No. 2959344)
   | Abid Qureshi (NY Bar No. 268437)
12 | One Bryant Park
13 | New York, NY 10036
   | *Counsel for the First Lien Steering Committee*
14 |
15 | By: /s/Ramon M. Naguiat
   | SKADDEN, ARPS, SLATE, MEAGHER
16 | & FLOM LLP
   | Ramon M. Naguiat
17 | 300 S. Grand Ave., #3400
   | Los Angeles, CA 90071
18 | (213) 687-5000
19 | Ramon.naguiat@skadden.com
   | *Co-Counsel for Credit Suisse, Cayman Islands*
20 | *Branch, as Agent for First Lien Lenders*

21 | Submitted by:

22 | By: /s/Zachariah Larson
23 | LARSON & STEPHENS
   | Zachariah Larson, Esq. (NV Bar No 7787)
24 | Kyle O. Stephens, Esq. (NV Bar No. 7928)
   | 810 S. Casino Center Blvd., Ste. 104
25 | Las Vegas, NV 89101
26 | (702) 382-1170 (Telephone)
   | (702) 382-1169
27 | zlarson@lslawnv.com
   | *Proposed Attorney for Debtor*
28 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

4