James I. Stang, Esq. (CA Bar No. 94435)
Alan J. Kornfeld, Esq. (CA Bar No. 130063)
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: *jstang@pszjlaw.com*
      *akornfeld@pszjlaw.com*
      *scho@pszjlaw.com*

E-File: 4-13-09

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: *zlarson@lslawnv.com*

[Proposed] Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes", et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Hearing Date: April 28, 2009
Hearing Time: 10:00 a.m.
Courtroom 1

### DEBTORS' OBJECTION TO MOTION ON SHORTENED NOTICE OF THE FIRST LIEN STEERING COMMITTEE FOR AN ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) OR, IN THE ALTERNATIVE, DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. § 1112(b)

Debtors and Debtors in Possession THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al. (collectively, the "Debtors") hereby submit this objection ("Objection") to the Motion On Shortened Notice Of The First Lien Steering Committee for an Order Directing the Appointment of a Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, Dismissing the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b) (the "Motion").

Pursuant to the Court's oral ruling on April 8, 2009, at 3:00 p.m., obviating the requirement for written briefing, this Objection is made and based upon the evidence to be presented by the Debtors at the hearing on the Motion at the date and time noted above and any continuations thereof.

**DATED** this 13th day of April, 2009.

**LARSON & STEPHENS**

/s/ *Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd.
Suite 104
Las Vegas, NV 89101
702/382-1170

[Proposed] Counsel for Debtors and Debtors in Possession