James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: 4-13-09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

| Affects: | Hearing Date: |
|---|---|
| ☒ All Debtors | Hearing Time: |
| ☐ Affects the following Debtor(s) | Courtroom 1 |

# CERTIFICATE OF SERVICE

1. On April 9, 2009, I served the following document:

   **NOTICE OF HEARING**

2. I served the above-named document by the following means to the persons as listed below:
   ***(check all that apply)***

   ■ **a.   ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ZACHARIAH LARSON on behalf of Debtor
   ecf@lslawnv.com, susans@lslawnv.com

   U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

   ■ **b.   Federal Express**
   *(List persons and addresses. Attach additional paper if necessary)*

   SEE ATTACHED

   ☐ **c.   Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ **d.   By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

73203-002\DOCS_LA:200227.1                    2

*Law firm sidebar:* LARSON & STEPHENS, 810 S. Casino Center Blvd., Suite 104, Las Vegas, Nevada 89101, Tel: (702) 382-1170  Fax: (702) 382-1169

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date) April 13, '09

Sophia L. Lee
(Name of Declarant)                                     (Signature of Declarant)

73203-002\DOCS_LA:200227.1                              3

# SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:200227.1    4

Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

**Top 25 Unsecured Creditors**
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

```
 1  Triton Grading & Paving LLC
    Attn: Linda Leavitt
 2  4220 Arcata Way
    Bldg B, Ste. 1
 3  N. Las Vegas, NV  89030
    (Fax) 702-362-3930
 4
    Sunland Asphalt
 5  Attn: Craig Bennett
    P.O. Box 20814
 6  Bullhead City, AZ  86439
 7  (Fax) 928-758-6861

 8  Cabinetec, Inc.
    Attn: David Paszli
 9  2711 E. Craig Road
    Suite A & B
10  N. Las Vegas, NV  89030
11  (Fax) 649-7918

12  K. H. Landscaping, Inc.
    Attn: Laura Larkins
13  2595 South Cimarron Road
    Suite 206
14  Las Vegas, NV  89122
15  (Fax) 702-263-0121

16  Envision Concrete
    Attn: Mondo Deltoro
17  5655 Reference Street
    Las Vegas, NV  89122
18  (Fax) 702-434-6956
19
    N. J. Shaum & Son Inc.
20  Marsha Jensen
    P.O. Box 819
21  Flagstaff, AZ  86002
22  (Fax) 928-773-1134

23  M S Concrete, Inc.
    Attn: Nedra Stephenson
24  3840 North Commerce
    Las Vegas, NV  89032
25  (Fax) 702-876-9244

26
    Blair's Carpet Valley
27  Attn: Shanelle Henerson
    7465 West Sunset Road
28
```

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:200227.1                              6

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Suite 1200
Las Vegas, NV  89113
(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV  89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV  89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV  89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV  89139
(Fax) 702-361-2823

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV  89103
(Fax) 702-739-6840

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV  89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV  89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn: Darcie Wood

5740 S. Arville #216
Las Vegas, NV 89118
(Fax) 702-284-5399

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308
(Fax) 928-774-3089

**Utility Service Providers List**

Arizona Public Services
400 N. 5th St
Phoenix, AZ 85072

City of Flagstaff
211 W. Aspen Ave
Flagstaff, AZ 86001

City of Henderson Utilities
240 Water St
Henderson, NV 89009

City of Kingman
310 N. 4th St
Kingman, AZ 86401

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:200227.1                                8

| | |
|---|---|
| 1 | City of Las Vegas |
| 2 | 400 Stewart Ave, 2nd Floor<br>Las Vegas, NV 89101 |
| 3 | City of North Las Vegas |
| 4 | 2829 Fort Sumter<br>North Las Vegas, NV 89030 |
| 5 | Cox Communications |
| 6 | 121 S. MartinLuther King Blvd<br>Las Vegas, NV 89106 |
| 7 | |
| 8 | Embarq<br>2340 E. Tropicana Ave<br>Las Vegas, NV 89119 |
| 9 | |
| 10 | Frontier Communications<br>313 S. Aztec Golden Valley<br>Golden Valley, AZ 86413 |
| 11 | |
| 12 | Mohave Electric<br>928 Hancock Road Bullhead City |
| 13 | Bullhead City, AZ 86442 |
| 14 | NPG Cable<br>2585 Miracle Mile, Suite 101 |
| 15 | Bullhead City, AZ 86442 |
| 16 | NV Energy<br>6226 W. Sahara |
| 17 | Las Vegas, NV 89146 |
| 18 | Qwest<br>313 S. Aztec |
| 19 | Golden Valley, AZ 86413 |
| 20 | Southwest Gas Corporation |
| 21 | 4300 W. Tropicana Ave<br>Las Vegas, NV 89103 |
| 22 | Sprint |
| 23 | 313 S. Aztec<br>Golden Valley, AZ 86413 |
| 24 | Unisource Energy Service |
| 25 | 1201 S. Plaza Way<br>Flagstaff, AZ 86001 |
| 26 | |
| 27 | |
| 28 | |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:200227.1                                9

# EXHIBIT A

1  James I. Stang, Esq. (CA Bar No. 94435)
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
          wdisse@pszjlaw.com
7

E-File: April 9, 2009

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV 89101
10 Telephone: 702/382.1170
   Facsimile: 702/382.1169
11 Email: zlarson@lslawnv.com

12 [Proposed] Attorneys for Debtors and
13 Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka

"Rhodes Homes, et al.,"[1]

Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date: April 17, 2009
Hearing Time: 9:30 a.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Apache Framing, LLC (Case No. 09-14818); Batcave, LP (Case No. 09-14861); Bravo, Inc. (Case No. 09-14825); C & J Holdings, Inc. (Case No. 09-14843);

73203-001\DOCS_LA:200220.1

## NOTICE OF HEARING

TO: ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following hearings are scheduled for April 17th 2009 at the hour of 9:30 a.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, NV 89101:

1. The continued hearing on the *Stipulated Interim Order (I) Authorizing Limited Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code, (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders and (III) Scheduling a Final Hearing* [Docket No. [Lodged] in Case No. BK-S-09-14778-LBR] (the "**Cash Collateral Stipulation**"). The Cash Collateral Stipulation, among other things, allows the Debtors to use cash collateral pursuant to a budget and on the terms and conditions set forth in the Cash Collateral Stipulation, to which the Debtors' First Lien Lenders have consented for the period covered by the Cash Collateral Stipulation. In exchange for use of the cash collateral, the Debtors have, among other things, granted replacement liens in favor of their First Lien Lenders to the extent of any diminution in value of their collateral, subject only to such other liens, if any, as may be senior to the First Lien Lenders' liens. In addition, the First Lien Lenders will receive additional adequate protection, such as super priority administrative claim status to the extent of any diminution in value of their collateral and payment of fees and expenses of $275,000 pursuant to the Cash Collateral Stipulation. Creditors are advised to

---

Chalkline, LP (Case No. 09-14862); Elkhorn Investments, Inc. (Case No. 09-14837); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Geronimo Plumbing LLC (Case No. 09-14820); Glynda, LP (Case No. 09-14865); Gung-Ho Concrete LLC (Case No. 09-14822); Heritage Land Company, LLC (Case No. 09-14778); Jackknife, LP (Case No. 09-14860); Jarupa, LLC (Case No. 09-14839); Overflow, LP (Case No. 09-14856); Parcel 20, LLC (Case No. 09-14848); Pinnacle Grading, LLC (Case No. 09-14887); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Rhodes Design and Development Corporation (Case No. 09-14846); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Rhodes Realty, Inc. (Case No. 09-14841); The Rhodes Companies, LLC (Case No. 09-14814); Six Feathers Holdings, LLC (Case No. 09-14833); Tick, LP (Case No. 09-14866); Tribes Holdings, LLC (Case No. 09-14817); Tuscany Acquisitions, LLC (Case No. 09-14853); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Golf Country Club, LLC (Case No. 09-14884) and Wallboard, LP (Case No. 09-14858)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_LA:200230.1                            2

review the entire Cash Collateral Stipulation for all terms and conditions. The Debtors will seek the continued use of cash collateral on either a consensual or contested basis on April 17, 2009 pursuant to Local Bankruptcy Rule 4001 b'(2) and Local Bankruptcy Rule 9006 as more fully set forth in the Jim Rhodes Declaration. [Docket No. 34 in Case No. BK-S-09-14778-LBR] and Paul Huygens Declaration [Docket No. 38 in Case No. BK-S-09-14778-LBR].

2. The final hearing on the *Debtors' Motion For Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of Debtors' Motion For Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection To The Debtors' Prepetition Secured Parties And (C) Scheduling A Final Hearing* [Docket No. 35 in Case No. BK-S-09-14778-LBR]. Pursuant to this motion, the Debtors seek to use cash collateral of the First Lien Lenders and to provide the adequate protection as stated in the motion. Creditors are advised to review the entire Motion.

3. The final hearing on the *Debtors' Motion For Order Under 11 U.S.C. §§ 105, 363, 503(B), 1107 And 1108 Authorizing (I) Maintenance Of Certain Existing Bank Accounts, (II) Continued Use Of Existing Business Forms, (III) Continued Use Of Existing Cash Management System, (IV) Providing Administrative Priority Status To Postpetition Intercompany Claims, And (V) Waiver Of Section 345(B) Deposit And Investment Requirements* [Docket No. 28 in Case No. BK-S-09-14778-LBR].

4. The final hearing on the *Debtors' Motion Pursuant To Bankruptcy Code Sections 105(A), 363, And 507(A) For An Order Authorizing The Debtors To (I) Pay Prepetition Wages, Salaries, Employee Benefits, And Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation And Benefits Programs And Pay Related Administrative Obligations; And (IV) Have Applicable Banks And Other Financial Institutions Receive, Process, Honor, And Pay Certain Checks Presented For Payment And Honor Certain Fund Transfer Requests* [Docket No. 16 in Case No. BK-S-09-14778-LBR].

5. The final hearing on the *Motion For Entry Of Order (I) Authorizing The Debtors To Sell Homes Free And Clear Of Liens, Claims, Encumbrances And Other Interests, (II)*

3

*Establishing Procedures For The Resolution And Payment Of Liens And Claims, And (III) Authorizing Financial Institutions To Honor All Obligations Related Thereto* [Docket No. 31 in Case No. BK-S-09-14778-LBR].

6. The final hearing on the *Motion For Entry Of An Order Pursuant To Sections 105(A), 363(C), 1107(A), 1108 Of The Bankruptcy Code Authorizing The Debtors To Honor Prepetition Obligations To Customers And To Otherwise Continue Customer Practices And Programs In The Ordinary Course Of Business* [Docket No. 25 in Case No. BK-S-09-14778-LBR].

7. A hearing on the *Motion For An Order Under Section 366 Of The Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment* [Docket No. 22 in Case No. BK-S-09-14778-LBR].

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced documents are on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); through the Debtors' claims agent's website: www.omnimgt.com/rhodes; by calling (866) 989-6144, or by contacting undersigned counsel.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing is pursuant to Local Bankruptcy Rule 4001(c) and may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

**DATED** this 9th day of April, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Proposed Attorneys for Debtor

73203-001\DOCS_LA:200320.1                  5