James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: 4-13-09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Affects:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:200449.1

| ☒ All Debtors | Hearing Time: |
| ☐ Affects the following Debtor(s) | Courtroom 1 |

## CERTIFICATE OF SERVICE

1. On April 9, 2009, I served the following document:

   **Notice of Filing of Amended Exhibit A to Debtor's Motion for an Order under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment; Memorandum of Points and Authorities (Docket no. 113) (Attached hereto as Exhibit "A").**

2. I served the above-named document by the following means to the persons as listed below:
   *(check all that apply)*

   ■ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ZACHARIAH LARSON on behalf of Debtor
   ecf@lslawnv.com, susans@lslawnv.com

   U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

   ☐ b. **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   SEE ATTACHED

   ☐ c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. **By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

e. **By fax transmission**
   *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

■ g. **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : *April 13, 2009*

Sophia L. Lee
(Name of Declarant)                           (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

## SERVICE LIST
### (via Federal Express)

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:200449.1

4

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

**Top 25 Unsecured Creditors**
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

Triton Grading & Paving LLC
Attn: Linda Leavitt
4220 Arcata Way

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Bldg B, Ste. 1
N. Las Vegas, NV 89030
(Fax) 702-362-3930

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ 86439
(Fax) 928-758-6861

Cabinetec, Inc.
Attn: David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV 89030
(Fax) 649-7918

K. H. Landscaping, Inc.
Attn: Laura Larkins
2595 South Cimarron Road
Suite 206
Las Vegas, NV 89122
(Fax) 702-263-0121

Envision Concrete
Attn: Mondo Deltoro
5655 Reference Street
Las Vegas, NV 89122
(Fax) 702-434-6956

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ 86002
(Fax) 928-773-1134

M S Concrete, Inc.
Attn: Nedra Stephenson
3840 North Commerce
Las Vegas, NV 89032
(Fax) 702-876-9244

Blair's Carpet Valley
Attn: Shanelle Henerson
7465 West Sunset Road
Suite 1200
Las Vegas, NV 89113
(Fax) 702-940-4118

American Asphalt & Grading Co.

Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV 89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV 89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV 89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139
(Fax) 702-361-2823

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103
(Fax) 702-739-6840

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118
(Fax) 702-284-5399

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Phoenix, AZ 85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308
(Fax) 928-774-3089

### Utility Service Providers List

Arizona Public Services
400 N. 5th St
Phoenix, AZ 85072

City of Flagstaff
211 W. Aspen Ave
Flagstaff, AZ 86001

City of Henderson Utilities
240 Water St
Henderson, NV 89009

City of Kingman
310 N. 4th St
Kingman, AZ 86401

City of Las Vegas
400 Stewart Ave, 2nd Floor
Las Vegas, NV 89101

City of North Las Vegas
2829 Fort Sumter
North Las Vegas, NV 89030

Cox Communications
121 S. MartinLuther King Blvd
Las Vegas, NV 89106

Embarq
2340 E. Tropicana Ave
Las Vegas, NV 89119

Frontier Communications
313 S. Aztec Golden Valley
Golden Valley, AZ 86413

Mohave Electric
928 Hancock Road Bullhead City
Bullhead City, AZ 86442

NPG Cable
2585 Miracle Mile, Suite 101
Bullhead City, AZ 86442

NV Energy
6226 W. Sahara
Las Vegas, NV 89146

Qwest
313 S. Aztec
Golden Valley, AZ 86413

Southwest Gas Corporation
4300 W. Tropicana Ave
Las Vegas, NV 89103

Sprint
313 S. Aztec
Golden Valley, AZ 86413

Unisource Energy Service
1201 S. Plaza Way
Flagstaff, AZ 86001

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# EXHIBIT A

James I. Stang, Esq. (SBN 94435)
Shirley S. Cho, Esq. (SBN 192616)
Werner Disse, Esq. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HERITAGE LAND COMPANY, LLC, a Nevada limited liability company, et al.,[1]<br><br>Debtors. | Case No.: Case No. 09-14778-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF FILING OF AMENDED EXHIBIT A TO DEBTORS' MOTION FOR AN ORDER UNDER SECTION 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING,** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

73203-001\DOCS_LA:200036.1

|   |   |   |
|---|---|---|
| 1 | Affects: | **REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES** |
| 2 | ☒ All Debtors | |
| 3 | ☐ Affects the following Debtor(s): | |
| 4 | | **FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES** |
| 5 | | |
| 6 | | |
| 7 | | DATE: April 17, 2009<br>TIME: 9:30 a.m.<br>PLACE: Courtroom "1" |
| 8 | | |

On April 1, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed a motion [docket number 22] seeking an order (a) prohibiting the Debtors' utility providers that the Debtors intend to use postpetition (the "Utility Providers") from altering, refusing or discontinuing service; (b) deeming the Utility Providers adequately assured of future performance; and (c) establishing procedures for determining additional adequate assurance of future payment (the "Utilities Motion"). A list of the Utility Providers, the type of utility service received, the Debtors' utility accounts and the estimated monthly postpetition payments was attached to the Utilities Motion as Exhibit A.

Attached here to is an **amended Exhibit A** to the Utilities Motion, which supersedes the Exhibit A that was originally filed with the Utilities Motion.

Dated: April 8, 2009            LARSON & STEPHENS

*/s/Zachariah Larson*
Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101

[Proposed] Counsel for Debtors and
Debtors in Possession

# Exhibit "A"

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Pinnacle Grading, LLC | Arizona Public Service | 400 N 5th St | Phoenix | AZ | 85072 | 092784289 | Electric | 310 |
| Pinnacle Grading, LLC | City of Flagstaff | 211 W Aspen Ave | Flagstaff | AZ | 86001 | 98406-263290 | Water | 324 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430294935 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430254910 | Water | 19 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430298942 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430207152 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287150 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287148 | Water | 22 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287146 | Water | 25 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 400201632 | Water | 13 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291846 | Water | 29 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291834 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430201832 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430130084 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430272544 | Water | 44 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430246126 | Water | 12 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430298900 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430326442 | Water | 15 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430344238 | Water | 84 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430198762 | Water | 102 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430237107 | Water | 34 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291990 | Water | 12 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430243070 | Water | 38 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430221406 | Water | 41 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430059052 | Water | 3,718 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430052094 | Water | 11,109 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430103180 | Water | 91 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 85401 | 89118-37433 | Water | 50 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 85401 | 89118-37727 | Water | 50 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 85401 | 7821-24221 | Water | 50 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Luther King Blvd | Las Vegas | NV | 89106 | 001161003749102 | Cable | 1,848 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Luther King Blvd | Las Vegas | NV | 89106 | 001610014069901 | Cable | 10 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Luther King Blvd | Las Vegas | NV | 89105 | 114089901 | Cable | 40 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Luther King Blvd | Las Vegas | NV | 89105 | 87493102 | Cable | 119 |
| Embarq | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7025970063348 | Telephone | 51 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028735587457 | Telephone | 250 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7026563603815 | Telephone | 135 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 1003376654 | Telephone | 41 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7022107953369 | Telephone | 10 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7027404111836 | Telephone | 199 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028737287478 | Telephone | 225 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028959499667 | Telephone | 441 |
| Pinnacle Grading, LLC | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 928-565-5003-031407-5 | Telephone | 136 |
| Rhodes Homes Arizona, LLC | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 105087142 | Internet Service | 696 |
| Pinnacle Grading, LLC | NPG Cable | 2595 Miracle Mile #101 | Bullhead City | AZ | 86442 | 021537007 | Cable | 583 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168778 | Electric | 49 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168779 | Electric | 175 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 1000401 | Electric | 142 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 1163780 | Electric | 273 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036865 | Electric | 300 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173043 | Electric | 74 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036803 | Electric | 53 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036813 | Electric | 72 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | Electric | 54 |

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2036878 | Electric | 113 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2101532 | Electric | 23 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2117473 | Electric | 38 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2201618 | Electric | 27 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2117341 | Electric | 15 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2203017 | Electric | 24 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2131839 | Electric | 33 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2108172 | Electric | 39 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2003819 | Electric | 15 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2173045 | Electric | 54 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2003699 | Electric | 23 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2197178 | Electric | 22 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 9 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 23 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2203429 | Electric | 33 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 1875032 | Electric | 15 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2211411 | Electric | 84 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2203049 | Electric | 30 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2078843 | Electric | 75 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2173711 | Electric | 64 |
| Rhodes Design Z Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2000403 | Electric | 36 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2016877 | Electric | 122 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2000404 | Electric | 115 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2194036 | Electric | 86 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89145 | 2157858 | Electric | 16 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2157857 | Electric | 279 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2150766 | Electric | 394 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2158765 | Electric | 140 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2158764 | Electric | 168 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2150763 | Electric | 156 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2158769 | Electric | 173 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2158761 | Electric | 612 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2065919 | Electric | 249 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2065073 | Electric | 30 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2062906 | Electric | 108 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2171645 | Electric | 114 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2171506 | Electric | 16 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2050899 | Electric | 17 |
| Rhodes Design & Development Corp. | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2012959 | Electric | 31 |
| Tuscany Golf Country Club | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2023359 | Electric | 2,293 |
| Tuscany Golf Country Club | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2086973 | Electric | 705 |
| Tuscany Golf Country Club | NV Energy | 6110 W Sahara | Las Vegas | NV | 89146 | 2036080 | Electric | 442 |
| Tuscany Golf Country Club | NV Energy | 6126 W Sahara | Las Vegas | NV | 89146 | 2017852 | Electric | 161 |
| Pinnacle Grading, LLC | Qwest | 313 S Aztec | Las Vegas | AZ | 86413 | 928-556-41321648 | Telephone | 4,258 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697721 | Gas | 920 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697235 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697740 | Gas | |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7646850 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7706537 | Gas | 57 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7664875 | Gas | 44 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6905206 | Gas | 55 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6905210 | Gas | 51 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705854 | Gas | 65 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7675174 | Gas | 21 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705673 | Gas | 74 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705887 | Gas | 10 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | | Gas | 15 |

Page 2 of Exhibit A

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4350 W Tropicana | Las Vegas | NV | 89103 | 7705492 | Gas | 23 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7545035 | Gas | 19 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 5367717 | Gas | 85 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4500 W Tropicana | Las Vegas | NV | 89103 | 5847710 | Gas | 26 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4500 W Tropicana | Las Vegas | NV | 89103 | 7603777 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7781096 | Gas | 27 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7816868 | Gas | 20 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7826938 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7036126 | Gas | 51 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4200 W Tropicana | Las Vegas | NV | 89103 | 7823791 | Gas | 73 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7252339 | Gas | 31 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7689104 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697754 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7806598 | Gas | 52 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7627576 | Gas | 30 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4500 W Tropicana | Las Vegas | NV | 89103 | 7623561 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787423 | Gas | 80 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787438 | Gas | 54 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787442 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7682183 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7682197 | Gas | 83 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7833379 | Gas | 36 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7106352 | Gas | 29 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 3175652 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7689123 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4100 W Tropicana | Las Vegas | NV | 89103 | 7705503 | Gas | 13 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7690526 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7690531 | Gas | 10 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7375977 | Gas | 114 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 5847225 | Gas | 517 |
| Rhodes Design & Development Corp. | Sprint PCS | 3652 W Sahara | Las Vegas | NV | 89102 | 378553814 | Telephone | 7,415 |
| Rhodes Design & Development Corp. | Sprint PCS | 3652 W Sahara | Las Vegas | NV | 89102 | 527223818 | Telephone | 65 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7910010000 | Gas | 01 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8057620000 | Gas | 80 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7783710000 | Electric | 77 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4790120000 | Electric | 1,520 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services | 1201 S Plaza Way | Flagstaff | AZ | 86001 | Garnet Rd Line Ext. | Electric | 112 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1101 S Plaza Way | Flagstaff | AZ | 86001 | 0004810000 | Electric | 4,592 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 1924810000 | Electric | 41 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1101 S Plaza Way | Flagstaff | AZ | 86001 | 2729110000 | Electric | 0 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 3893424945 | Electric | 68 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4028100000 | Electric | 57 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4637700000 | Electric | 527 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 6463190000 | Electric | 61 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1101 S Plaza Way | Flagstaff | AZ | 86001 | 8504010000 | Electric | 103 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8940000000 | Electric | |

| Average Monthly Utility Payment | 31,873 |
|---|---|
| Required Deposit at 50% | 25,936 |