James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: 4/14/09

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

**ERRATA TO STIPULATED INTERIM ORDER (I) AUTHORIZING LIMITED USE OF CASH COLLATERAL PURSUANT TO SECTIONS 105, 361, 362 AND 363 OF THE BANKRUPTCY CODE, (II) GRANTING ADEQUATE PROTECTION AND SUPER PRIORITY ADMINISTRATIVE EXPENSE PRIORITY TO PREPETITION SECURED LENDERS, AND (III) SCHEDULING A FINAL HEARING**

The Rhodes Companies, LLC and all related Debtors (Collectively "Debtors"), debtor and debtor-in-possession, by and through its proposed attorneys, the law firm of Larson & Stephens, LLC, hereby submits its Errata to Stipulated Interim Order (I) Authorizing Limited Use of Cash Collateral Pursuant to sections 105, 361, 362 And 363 Of The Bankruptcy Code, (II) Granting Adequate Protection And Super Priority Administrative Expense Priority To Prepetition Secured Lenders, And (III) Scheduling A Final Hearing ("Order"). Debtor's Order erroneously failed to include the the budget (the "*Budget*") annexed hereto as Exhibit "A" and the Pinnacle Grading, LLC Cash Flow Projection attached hereto as Exhibit "B". Attached hereto is Exhibit "A" and Exhibit "B".

DATED this 14th day of April, 2009.

LARSON & STEPHENS

BY /s/ Zachariah Larson
Zachariah Larson, Esq., Bar No. 7787
Kyle O. Stephens, Esq., Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Proposed Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

# EXHIBIT A

**Rhodes Homes 13 Week Cash Flow Forecast**
**Prepared 4/8/2009**

**Starting Cash on 4/1/2009 $ 2,175,007**

| Line # | Week Ending [1] | 1<br>4/3/2009 | 2<br>4/10/2009 | 3<br>4/17/2009 | 4<br>4/24/2009 | 5<br>5/1/2009 | 6<br>5/8/2009 | 7<br>5/15/2009 | 8<br>5/22/2009 | 9<br>5/29/2009 | 10<br>6/5/2009 | 11<br>6/12/2009 | 12<br>6/19/2009 | 13<br>6/26/2009 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Standing Inventory (Sold) | 0 | 0 | 7 | 1 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| 2 | Units Closed - Not Started Homes (Sold) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 3 | 13 |
| 3 | Units Closed - Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 3 | 4 | 0 | 0 | 0 | 13 |
| 4 | Net Revenues - Standing Inventory (Sold) | $ - | $ - | $ 1,130,970 | $ 304,595 | $ 2,234,509 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,670,074 |
| 5 | Net Revenues - Not Started Homes (Sold) | - | - | - | - | - | - | - | - | - | 734,530 | 1,392,631 | - | 907,411 | 3,034,572 |
| 6 | Net Revenues - Standing Inventory (Projected) | - | - | - | - | - | - | 950,950 | 596,050 | 971,425 | 1,319,500 | - | - | - | 3,837,925 |
| 7 | Revenues - Park Construction | - | - | - | 1,342,000 | 315,000 | - | - | 415,000 | - | - | - | - | - | 2,072,000 |
| 8 | Tuscany Golf Course Revenues | 21,000 | 85,000 | 70,200 | 68,000 | 68,000 | 65,000 | 62,000 | 73,000 | 65,000 | 60,000 | 50,000 | 51,000 | 54,000 | 792,200 |
| 9 | Pinnacle Grading Revenues | - | - | - | 1,198,403 | - | - | - | 1,438,315 | - | - | - | - | 2,009,103 | 4,645,821 |
| 10 | **Total Cash Receipts** | 21,000 | 85,000 | 1,201,170 | 2,912,997 | 2,617,509 | 65,000 | 1,012,950 | 2,522,365 | 1,036,425 | 2,114,030 | 1,442,631 | 51,000 | 2,970,514 | 18,052,592 |
| 11 | Insurance Financing | - | - | 2,038 | - | 23,402 | - | - | - | - | 25,440 | - | - | - | 50,880 |
| 12 | IT Services / Equip. [2] | - | - | 21,791 | - | 18,740 | - | 3,600 | - | - | 8,591 | - | - | - | 52,721 |
| 13 | Storage | - | - | 1,635 | - | 1,635 | - | - | - | - | 1,635 | - | - | - | 4,905 |
| 14 | Rent | - | 29,878 | - | - | 29,878 | - | - | - | - | 29,878 | - | - | - | 89,634 |
| 15 | Brokerage License | - | 1,000 | - | - | 1,000 | - | - | - | - | 1,000 | - | - | - | 3,000 |
| 16 | HOA Fees [3] | - | - | 24,308 | - | 9,308 | - | - | - | - | 9,308 | - | - | - | 42,924 |
| 17 | Model Home Leases [4] | - | 30,014 | - | - | 30,014 | - | - | - | - | 30,014 | - | - | - | 90,041 |
| 18 | **Total 1st of Month Payments** | - | 60,892 | 49,771 | - | 119,977 | - | 3,600 | - | - | 105,865 | - | - | - | 394,105 |
| 19 | Rhodes Homes Payroll | - | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 73,864 | 886,374 |
| 20 | Rhodes Homes Ordinary Course Professionals [5] | - | 12,625 | 12,625 | 32,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 12,625 | 171,500 |
| 21 | Rhodes Homes Consultants | - | - | - | - | 112,084 | - | - | - | - | 112,084 | - | - | - | 224,168 |
| 22 | Rhodes Homes AZ Payroll | - | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 3,057 | 36,679 |
| 23 | Pinnacle Payroll | - | 38,053 | 38,053 | 38,053 | 38,053 | 8,332 | 8,332 | 8,332 | 8,332 | 4,166 | 2,083 | 1,041 | 1,041 | 193,874 |
| 24 | **Total Payroll and Benefits** | - | 127,600 | 127,600 | 147,600 | 239,684 | 97,878 | 97,878 | 97,878 | 97,878 | 209,796 | 91,628 | 90,588 | 90,588 | 1,512,595 |
| 25 | Pinnacle (Job Cost) [6] | - | 53,894 | 29,990 | 1,254,546 | 6,208 | 10,055 | 13,767 | 1,453,599 | 10,055 | 10,055 | 10,055 | 13,767 | 1,306,658 | 4,172,645 |
| 26 | Pinnacle (Equipment Notes Payments) | - | - | - | 93,000 | - | - | - | 93,000 | - | - | - | - | 93,000 | 279,001 |
| 27 | Rhodes Homes Vertical Costs (Cost to Complete) | - | - | 515,808 | - | 675,642 | 9,096 | 309,599 | - | 11,793 | 16,415 | 14,573 | 30,726 | - | 1,583,853 |
| 28 | Rhodes Homes Vert. Costs - Projected Dirt Lot Sales [7] | - | - | - | - | 60,355 | 120,710 | 120,710 | 241,421 | 120,710 | 241,421 | 120,710 | 241,421 | 120,710 | 1,388,170 |
| 29 | Rhodes Homes Land Dev. (Cost to Complete) [8] | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 21,000 | 29,000 | 15,000 | 21,000 | 161,000 |
| 30 | Rhodes Ranch Park (Job Cost) [9] | - | - | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | 59,234 | - | - | - | 473,873 |
| 31 | Rhodes Homes Warranty Repairs (Job Cost) | - | 30,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 195,000 |
| 32 | Rhodes Homes Vertical Costs - A/P [10] | - | - | - | - | - | - | - | 213,632 | - | - | - | - | - | 213,632 |
| 33 | Rhodes Homes Land Dev. - A/P [10] | - | - | - | - | - | - | - | 239,156 | - | - | - | - | - | 239,156 |
| 34 | Rhodes Homes Land Dev. - Spirit Underground A/P [10] | - | - | - | - | - | - | - | 190,206 | - | - | - | - | - | 190,206 |
| 35 | Rhodes Homes Land Dev. - Park A/P [10] | - | - | - | - | - | - | - | 514,377 | - | - | - | - | - | 514,377 |
| 36 | **Total Job Cost** | - | 83,894 | 620,032 | 1,421,780 | 831,439 | 229,095 | 533,310 | 3,034,624 | 231,792 | 363,125 | 189,338 | 315,916 | 1,556,369 | 9,410,916 |
| 37 | Sales / Marketing | - | 21,764 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 10,882 | 141,465 |
| 38 | G & A | - | 38,417 | 19,208 | 19,208 | 19,208 | 19,208 | 22,808 | 19,208 | 19,208 | 19,208 | 19,208 | 19,208 | 19,208 | 253,310 |
| 39 | Utility Deposits and Payments | - | - | - | 31,854 | - | - | - | - | 63,707 | - | - | - | 63,707 | 159,269 |
| 40 | Builder Subsidies to Tuscany HOA [11] | - | - | - | - | 35,098 | - | - | - | - | 18,349 | - | - | - | 53,447 |
| 41 | Sales and Use Tax [12] | - | - | - | - | 47,408 | - | - | - | - | - | - | - | - | 47,408 |
| 42 | Debtor's Restructuring Professionals [13] | - | 15,000 | 15,000 | 15,000 | 55,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 220,000 |
| 43 | Committee's Restructuring Professionals | - | - | - | - | - | - | - | 150,000 | - | - | - | 150,000 | - | 300,000 |
| 44 | Lenders' Professionals [14] | - | 275,000 | - | - | - | - | - | - | - | - | - | - | - | 275,000 |
| 45 | Employee & Consultant Housing and Travel Expenses | - | 4,500 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 31,500 |
| 46 | **G&A Expenditures** | - | 354,681 | 47,090 | 78,944 | 172,097 | 47,090 | 50,690 | 197,090 | 110,798 | 67,939 | 47,090 | 197,090 | 110,798 | 1,481,398 |
| 47 | **Tuscany Golf Course Costs [15]** | - | - | 143,159 | 20,000 | 192,010 | 13,000 | 82,759 | 20,000 | 62,560 | 111,450 | 56,660 | 38,199 | 56,660 | 796,457 |
| 48 | Starting Cash Position | 2,175,007 | 2,196,007 | 1,653,941 | 1,867,459 | 3,112,133 | 4,240,235 | 3,918,172 | 4,162,884 | 3,335,655 | 3,869,052 | 5,128,907 | 6,186,821 | 5,596,029 | 2,175,007 |
| 49 | Projected Net Revenue | 21,000 | 85,000 | 1,201,170 | 2,912,997 | 2,617,509 | 65,000 | 1,012,950 | 2,522,365 | 1,036,425 | 2,114,030 | 1,442,631 | 51,000 | 2,970,514 | 18,052,592 |
| 50 | Disbursement for Week | - | 627,066 | 987,652 | 1,668,324 | 1,489,406 | 387,063 | 768,238 | 3,349,594 | 503,028 | 854,175 | 384,717 | 641,793 | 1,814,414 | 13,475,470 |
| 51 | **Ending Cash Position** | $ 2,196,007 | $ 1,653,941 | $ 1,867,459 | $ 3,112,133 | $ 4,240,235 | $ 3,918,172 | $ 4,162,884 | $ 3,335,655 | $ 3,869,052 | $ 5,128,907 | $ 6,186,821 | $ 5,596,029 | $ 6,752,128 | 6,752,128 |

**Notes:**

[1] Week 1 is a stub week starting April 1, 2009.
[2] IT Services / Equip. In week 3 includes $13,200 of software license renewal pymts (Builder MT); in week 5, McAfee/Citrix license renewal pymts of $7,200 and Symantec renewal pymt of $2,949; in week 7, BuilderMT Trade Portal renewal pymt of $3,600.
[3] HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) Preserves $48, (iii) $5,000 X-it, and (iv) $1,500 West 57th; week 3 includes 3 prior months' worth of X-it contributions.
[4] Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch.
[5] Ordinary course professionals include tax and legal counsel; tax counsel (Bob Evans) to be paid on April 24.
[6] Pinnacle job cost in Week 2 includes costs that would have been incurred in Week 1.
[7] Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction; based on last three months' sales rate.
[8] Land dev work as required by development agmts; $135k est. expenditure (spread over 9 weeks). $40k return of posted cash bond expected 45 days after completion (beyond 13 weeks). Such expenditures expected to cause release of approx $13M in bonds
[9] Rhodes Ranch Park remaining job costs assumed to be spread ratably over 8 weeks.
[10] Prepetition accounts payable owed to critical vendors assumed to be paid in Week 8 in order to maintain existing and future business relationships.
[11] Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support; week 5 includes prior month's Tuscany HOA contribution.
[12] Sales and Use Tax paid quarterly in arrears.
[13] Payments to Accelaron (schedule prep), Deloitte Accounting-Audit and Tax Services of $20,000 each paid on May 1.
[14] Payments to lenders' professionals, including but not limited to Akin Gump and Winchester Carlisle.
[15] See attached schedule A for golf course expense details.

Lines 8,46:
Tuscany Golf Course Schedule A - Detailed Revenue and Cost Assumptions
Prepared 4/5/2009

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ending | 4/3/2009 | 4/10/2009 | 4/17/2009 | 4/24/2009 | 5/1/2009 | 5/8/2009 | 5/15/2009 | 5/22/2009 | 5/29/2009 | 6/5/2009 | 6/12/2009 | 6/19/2009 | 6/26/2009 |
| Revenue | $ 21,000 | $ 85,000 | $ 70,200 | $ 68,000 | $ 68,000 | $ 65,000 | $ 62,000 | $ 73,000 | $ 65,000 | $ 60,000 | $ 50,000 | $ 51,000 | $ 54,000 |
| Expenses | | | | | | | | | | | | | |
| Payroll | - | - | 49,560 | - | 49,560 | - | 49,560 | - | 49,560 | - | 43,660 | - | 43,660 |
| Golf Course | - | - | 33,400 | 20,000 | 15,000 | 13,000 | 15,000 | 20,000 | 13,000 | 13,000 | 13,000 | 20,000 | 13,000 |
| Water | - | - | 35,000 | - | 50,000 | - | - | - | - | 80,000 | - | - | - |
| Health Insurance | - | - | - | - | 9,450 | - | - | - | - | 9,450 | - | - | - |
| Equipment Leases | - | - | 18,199 | - | - | - | 18,199 | - | - | - | - | 18,199 | - |
| Utilities | - | - | 7,000 | - | 8,000 | - | - | - | - | 9,000 | - | - | - |
| Total Expenses | $ - | $ - | $ 143,159 | $ 20,000 | $ 132,010 | $ 13,000 | $ 82,759 | $ 20,000 | $ 62,560 | $ 111,450 | $ 56,660 | $ 38,199 | $ 56,660 |

# EXHIBIT B

## Lines 9,23,25,26: Pinnacle Grading, LLC
## Cash Flow Projection

| | Week 1<br>4/3 | Week 2<br>4/10 | Week 3<br>4/17 | Week 4<br>4/24 | Week 5<br>5/1 | Week 6<br>5/8 | Week 7<br>5/15 | Week 8<br>5/22 | Week 9<br>5/29 | Week 10<br>6/5 | Week 11<br>6/12 | Week 12<br>6/19 | Week 13<br>6/26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash in:** | | | | | | | | | | | | | | |
| Aspen at Sawmill: | | | | | | | | | | | | | | |
| Billings | | | | 244,985 | | | | 1,215,723 | | | | | | 1,460,708 |
| Retention billing | | | | | | | | | | | | | 2,009,103 | 2,009,103 |
| Mohave Detention Center: | | | | | | | | | | | | | | |
| Billings | | | | 953,417 | | | | | | | | | | 953,417 |
| Retention billing | | | | | | | | 222,593 | | | | | | 222,593 |
| Total Cash In | - | - | - | 1,198,403 | - | - | - | 1,438,315 | - | - | - | - | 2,009,103 | 4,645,821 |
| **Cash out:** | | | | | | | | | | | | | | |
| Disbursements | | | | | | | | | | | | | | |
| Aspen at Sawmill | | | | 244,985 | | | | 1,410,156 | | | | | 1,296,603 | 2,951,744 |
| Mohave Detention Center | | | | 953,417 | | | | 33,389 | | | | | | 986,806 |
| Payroll | - | 31,038 | 31,038 | 31,038 | 31,038 | 6,830 | 6,830 | 6,830 | 6,830 | 3,415 | 1,707 | 854 | 854 | [illegible] |
| Payroll taxes | - | 7,016 | 7,016 | 7,016 | 7,016 | 1,502 | 1,502 | 1,502 | 1,502 | 751 | 376 | 188 | 188 | 35,575 |
| Sales and Use Tax | | | | 49,935 | | | | | | | | | | 49,935 |
| Note payments | | | | 93,000 | | | | 93,000 | | | | | 93,000 | 279,001 |
| Overhead | 500 | 500 | 5,491 | 500 | 500 | 500 | 4,212 | 500 | 500 | 500 | 500 | 4,212 | 500 | [illegible] |
| Consulting Fee | | | | | | 3,846 | 3,846 | 3,846 | 3,846 | 3,846 | 3,846 | 3,846 | 3,846 | [illegible] |
| Fuel/Materials | 3,000 | 3,000 | 3,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 13,999 |
| Rental Equipment - Water trucks | 17,896 | 14,000 | 14,000 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | [illegible] |
| Repairs and Maintanance | 2,500 | 2,500 | 2,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | [illegible] |
| Other (insurance, phone, water, rent, fuel, permits, licenses, misc.) | 5,000 | 5,000 | 5,000 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | 4,383 | [illegible] |
| Total Cash Out | 66,948 | 63,052 | 68,043 | 1,355,878 | 14,540 | 18,386 | 22,099 | 1,554,931 | 18,386 | 18,386 | 18,386 | 22,099 | 1,407,990 | [illegible] |
| Net Cash Flow | (66,948) | (63,052) | (68,043) | (157,475) | (14,540) | (18,386) | (22,099) | (116,616) | (18,386) | (18,386) | (18,386) | (22,099) | 601,113 | [illegible] |
| Cumulative Cash Flow | (97,881) | (160,933) | (228,977) | (386,452) | (400,993) | (419,379) | (441,477) | (558,094) | (576,480) | (594,867) | (613,253) | (635,352) | (34,239) | |
| Cumulative Cash Flow (zero beginning cash balance) | (133,837) | (196,949) | (264,992) | (422,468) | (437,008) | (455,395) | (477,493) | (594,109) | (612,496) | (630,882) | (649,269) | (671,368) | (70,255) | |
| Week (corresponds to 13WCF) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
| Revenues | - | - | - | 1,198,403 | - | - | - | 1,438,315 | - | - | - | - | 2,009,103 | 4,645,821 |
| Job Cost net of O/H and Note Payments | 28,335 | 24,999 | 29,990 | 1,254,546 | 6,208 | 10,055 | 13,767 | 1,453,599 | 10,055 | 10,055 | 10,055 | 13,767 | 1,306,658 | 4,172,645 |
| Salaries | - | 38,053 | 38,053 | 38,053 | 38,053 | 8,332 | 8,332 | 8,332 | 8,332 | 4,166 | 2,083 | 1,041 | 1,041 | 193,874 |
| Note Payments | - | - | - | 93,000 | - | - | - | 93,000 | - | - | - | - | 93,000 | 279,001 |

*Note: Information gathered to prepare this schedule was provided by Pinnacle Grading President Scott Scarborough and Pinnacle Grading Division employees*