1  BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
2  GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Suite 400 North
3  Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
4  Facsimile:   (702) 792-9002
Email: axelrodb@gtlaw.com
5          loraditcha@gtlaw.com
*Counsel for Sagebrush Enterprises, Inc. and James Rhodes*

6

| Electronically Filed April 14, 2009 |
| --- |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

THE RHODES COMPANIES, LLC.,
a Nevada limited liability company, et al.,[1]

Debtors.

Affects:
☒  All Debtors
☐  Affects the following Debtor(s):

Case Nos.  BK-S-09-14814-LBR, *et. seq.*

(Jointly Administered Under BK-S-09-14814)

Chapter 11

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE INADMISSIBLE HEARSAY IN OBJECTION OF THE FIRST LIEN STEERING COMMITTEE TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO THE DEBTORS' PREPETITION SECURED PARTIES AND (C) SCHEDULING A FINAL HEARING**

Hearing Date:    OST PENDING
Hearing Time:    OST PENDING

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

1      Greenberg Traurig, LLP ("Counsel"), hereby submits this Ex Parte Application For Order

2 Shortening Time For Hearing (the "Application") on James Rhodes' Motion to Strike Inadmissible

3 Hearsay in Objection of the First Lien Steering Committee to the Debtors' Motion for Interim and Final

4 Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (A) Authorizing

5 Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Debtors' Prepetition Secured

6 Parties and (C) Scheduling a Final Hearing (the "Motion").  The Application is made and based on the

7 following points and authorities, the Declaration of Brett Axelrod (the "Axelrod Declaration") in

8 support hereof, and the pleadings and papers on file herein.

9      WHEREFORE, Counsel respectfully requests that the Court hear the Motion on or before the

10 Court's 9:30 a.m. calendar on April 17, 2009, which is the same date and time set for the hearing on the

11 Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the

12 Bankruptcy Code (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to

13 the Debtors' Prepetition Secured Parties and (C) Scheduling a Final Hearing (the "Cash Collateral

14 Motion") and grant such other and further relief as may be just and proper.

15      DATED this 14th day of April 2009.

16                                              **GREENBERG TRAURIG, LLP**

17                                              By_____*/s/ Brett A. Axelrod*_____
                                                   BRETT A. AXELROD, ESQ.
18                                                 Nevada Bar No. 5859
                                                   ANNE M. LORADITCH, ESQ.
19                                                 Nevada Bar No. 8164
                                                   3773 Howard Hughes Parkway, Suite 400 North
20                                                 Las Vegas, Nevada  89169

21
                                                   *Counsel for Sagebrush Enterprises, Inc.*
22                                                 *and James Rhodes*

23

24

25

26

27

28

1

**POINTS AND AUTHORITIES**

2

**I.**

3       Counsel brings this Application pursuant to Local Bankruptcy Rule 9006 seeking an order

4   shortening time for notice and hearing for the Motion and would respectfully show unto the Court as

5   follows:

6       This Application is based upon the Axelrod Declaration filed in support hereof and affixed to

7   this Application as **Exhibit A,** which is incorporated by reference herein.

8       The request for shortened time results from Counsel's need for the Court to consider the Motion

9   at the same time or prior to the hearing on the Cash Collateral Motion scheduled for hearing on April

10  17, 2009, at 9:30 a.m.

11      An expedited hearing of the Motion is in the best interests of James Rhodes, the Debtors, their

12  creditors and their estates.

13      Copies of the Motion and its related pleadings have been served on the Debtors, counsel for the

14  Debtors, counsel for the First Lien Steering Committee, secured creditors, parties having requested

15  special notice and the Office of the United States Trustee (collectively, the "Notice Parties").   If

16  Counsel was aware of the Notice Parties having employed counsel, their counsel was provided copies

17  of the Motion.

18      The proposed shortening of time will not adversely impact any party's ability to respond to the

19  Motion, since the parties have had notice of the Motion as described above and, upon information and

20  belief, have also had notice of the hearing on the Cash Collateral Motion to which the Motion relates.

21  Further, the proposed shortening of time will still allow for compliance with Rule 4001(d) of the

22  Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which provides that objections, if

23  any, to the Motion may be filed and served within the time fixed by the Court.   Fed.R.Bankr.P.

24  4001(d)(2).

25  ///

26  ///

27  ///

28

*LV 418,764,331v1 4-14-09*

3

1    **The Relief is Authorized by Bankruptcy Rule 9006 and Meets Due Process Requirements.**

2        Bankruptcy Rules 9006(c)(1) and (d) authorize a court to reduce the time for a hearing and a

3    party to file an ex parte motion to shorten the time for a hearing.  Bankruptcy Rule 9006(c)(1) provides

4    in relevant part:

5        (1)    In General.  Except as provided in paragraph (2) of this subdivision, when an
            act is required or allowed to be done at or within a specified time by these rules
6            or by a notice given thereunder or by order of court, the court for cause shown
            may in its discretion with or without motion or notice order the period reduced.
7

8    Fed.R.Bankr.P. 9006(c)(1).

9        Courts have generally acknowledged that such expedited relief does not violate due process

10   rights, *even if the motion to shorten time is made ex parte*.  Bankruptcy Rule 9006(c)(1) (emphasis

11   added).  "Bankruptcy Rule 9006(c) permits the bankruptcy court 'for cause shown' in its discretion,

12   with or without motion or notice, to reduce the notice period, and ex parte motions for material

13   reductions in the notice period are routinely granted by bankruptcy courts."  Hester v. NCNB Texas

14   Nat'l Bank (In re Hester), 899 F.2d 361, 364 n. 3 (5th Cir. 1990); see also 9 Collier on Bankruptcy

15   9006.07 (Lawrence P. King ed., 15th ed. 1995).  See, e.g. In re Gledhill, 76 F.3d 1070 (10th Cir.[Utah]

16   1996).

17       The Court's decision to reduce the notice period under Bankruptcy Rule 9006 is essential since

18   the hearing on the Cash Collateral Motion, to which the Motion relates, is scheduled for April 17, 2009,

19   at 9:30 a.m.

20   **Counsel for James Rhodes Has Conferred With Debtors' Counsel and Other Parties In Interest**

21   **Regarding The Relief and the Expedited Consideration Thereof.**

22       Counsel has consulted the parties shown on the Attorney Information Sheet For Proposed Order

23   Shortening Time, filed concurrently herewith and incorporated by reference herein.

24   ///

25   ///

26   ///

27

28

*LV 418,764,331v1 4-14-09*

4

## II.

## CONCLUSION

WHEREFORE, Counsel respectfully requests that the Court hear the Motion on shortened notice on or before the Court's 9:30 a.m. calendar on April 17, 2009, which is the same date and time set for the hearing on the Cash Collateral Motion, and grant such other and further relief as may be just and proper.

DATED this 14th day of April 2009.

**GREENBERG TRAURIG, LLP**

By     */s/ Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     ANNE M. LORADITCH, ESQ.
     Nevada Bar No. 8164
     3773 Howard Hughes Parkway, Suite 400 North
     Las Vegas, Nevada  89169

     *Counsel for Sagebrush Enterprises, Inc.*
     *and James Rhodes*

**EXHIBIT A**

**DECLARATION AFFIRMING REQUESTED RELIEF**

I, Brett A. Axelrod, declare under penalty of perjury that I am competent to make this declaration under the laws of the United States and the State of Nevada; that I have read the above Ex Parte Application to Shorten Time and that the facts stated therein are true and correct.

DATED this 14th day of April 2009.

**GREENBERG TRAURIG, LLP**

By_____ */s/ Brett A. Axelrod*_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169

*Counsel for Sagebrush Enterprises, Inc.*
*and James Rhodes*