BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: axelrodb@gtlaw.com
      loraditcha@gtlaw.com
*Counsel for Sagebrush Enterprises, Inc. and James Rhodes*

Electronically Filed April 15, 2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC.,<br>a Nevada limited liability company, et al.,[1]<br><br><br><br>                 Debtors. | Case Nos. BK-S-09-14814-LBR, *et. seq.*<br><br>(Jointly Administered Under BK-S-09-14814)<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR AND NOTICE OF HEARING ON MOTION TO STRIKE INADMISSIBLE HEARSAY IN OBJECTION OF THE FIRST LIEN STEERING COMMITTEE TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO THE DEBTORS' PREPETITION SECURED PARTIES AND (C) SCHEDULING A FINAL HEARING** |
| Affects:<br>  ☒ All Debtors<br>  ☐ Affects the following Debtor(s): | Hearing Date:   April 17, 2009<br>Hearing Time:   10:00 a.m. |

PLEASE TAKE NOTICE, that on the 15th day of April 2009, the Court entered an Order

Shortening Time For and Notice of Hearing on James Rhodes' Motion to Strike Inadmissible Hearsay

in Objection of the First Lien Steering Committee to the Debtors' Motion for Interim and Final Orders

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Debtors' Prepetition Secured Parties and (C) Scheduling a Final Hearing, a copy of which is attached hereto.

Dated this 15th day of April 2009.

**GREENBERG TRAURIG, LLP**

By___*/s/ Brett A. Axelrod*_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
*Counsel for Sagebrush Enterprises, Inc.*
*and James Rhodes*

**Entered on Docket**
**April 15, 2009**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email: axelrodb@gtlaw.com
        loraditcha@gtlaw.com
*Counsel for Sagebrush Enterprises, Inc. and James Rhodes*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

THE RHODES COMPANIES, LLC.,
a Nevada limited liability company, et al.,[1]

                                    Debtors.

Case Nos. BK-S-09-14814-LBR, *et. seq.*

(Jointly Administered Under BK-S-09-14814)
Chapter 11

**ORDER SHORTENING TIME FOR AND
NOTICE OF HEARING ON MOTION TO
STRIKE INADMISSIBLE HEARSAY IN
OBJECTION OF THE FIRST LIEN
STEERING COMMITTEE TO THE
DEBTORS' MOTION FOR INTERIM AND
FINAL ORDERS PURSUANT TO SECTIONS
105, 361, 362, 363 AND 364 OF THE
BANKRUPTCY CODE (A) AUTHORIZING
DEBTORS TO USE CASH COLLATERAL,
(B) GRANTING ADEQUATE PROTECTION
TO THE DEBTORS' PREPETITION
SECURED PARTIES AND (C)
SCHEDULING A FINAL HEARING**

Affects:
☒ All Debtors
☐ Affects the following Debtor(s):

Hearing Date:  April 17, 2009

Hearing Time:  10:00 am

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

LV 418,764,357v1 4-14-09                                    1

The Court having reviewed and considered the Ex Parte Application For Order Shortening Time For Hearing (the "Application") on James Rhodes' Motion to Strike Inadmissible Hearsay in Objection of the First Lien Steering Committee to the Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Debtors' Prepetition Secured Parties and (C) Scheduling a Final Hearing (the "Motion"), in the above-captioned bankruptcy case, and for good cause appearing therefor:

**IT IS HEREBY ORDERED** and **NOTICE IS HEREBY GIVEN** that the Motion will be heard by a United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom __1__, Las Vegas, Nevada 89101, on the _17th day of ___April__ 2009, at the hour of _____10:00 a.m.  Any opposition(s) shall be filed and served on required notice parties by __April 16 at 2:00pm_____, and any reply to such opposition(s) shall be filed and served on required notice parties by ____April 17 at 8:00 am____.  A copy of the above referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada.  Additionally, a copy of the Motion is available from Greenberg Traurig, LLP upon request.

Prepared and respectfully submitted by:

**GREENBERG TRAURIG, LLP**

By      /s/ Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    3773 Howard Hughes Pkwy, Suite 400 North
    Las Vegas, Nevada  89169
    Telephone:  (702) 792-3773
    Facsimile:  (702) 792-9002
    *Counsel for Sagebrush Enterprises, Inc.*
    *and James Rhodes*