# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–14814–lbr</u>**
**Chapter 11**

In re:
    THE RHODES COMPANIES, LLC

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on April 16, 2009 for the proceeding held on . The deadline for filing a *Request for Redaction* is May 7, 2009.

If a Request for Redaction is filed, the redacted transcript is due May 18, 2009. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is July 15, 2009, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 4/16/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court