| | |
|---|---|
| 1 | Name of Attorney <u>Don S. DeAmicis</u> |
| 2 | Bar Number <u>MA. BBO # 117140</u> |
| 3 | City <u>Boston</u> |
| 4 | State <u>Massachusetts</u> |
| 5 | Phone # <u>(617) 951-7732</u> |
| 6 | E-mail address <u>Don.DeAmicis@ropesgray.com</u> |

RECEIVED AND FILED
2009 APR 15 PM 12: 40
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes", et al.,

Debtors.

Bankruptcy No. <u>09-14814-LBR</u>

Chapter No. <u>11</u>

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS **$175.00**

<u>Don S. DeAmicis</u> Petitioner, respectfully represents to the Court:

1. That Petitioner resides in <u>Wellesley</u>, <u>MA</u>
   (City)            (State)

2. That Petitioner is an attorney at law and a member of the law firm of

<u>Ropes & Gray LLP</u> with offices at

<u>One International Place</u>
(street address)

<u>Boston, MA</u>           <u>02110</u>           <u>(617) 951-7732</u>
(city)                (zip code)        (area code + telephone number)

# 190562          175.00

3. That Petitioner has been retained personally or as a member of the law firm by <u>Wells Fargo Bank, N.A.</u>, as agent, to provide legal representation in connection with the above-
[client(s)]
entitled case now pending before this Court.

4. That since <u>September 30, 1980</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the Commonwealth of Massachusetts
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| Court of Appeals for the District of Columbia | 12/19/90 |
| United States District Court for the District of Massachusetts | Date unknown |
| United States District Court for the District of the District of Columbia | 01/07/85 |
| United States Court of Appeals for the First Circuit | 04/24/89 |
| United States Court of Appeals for the District of Columbia | 03/30/80 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations: International Bar Association, American Bar Association, and Boston Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 23, 2006 (John Kenneth Felter) | Convergys Corporation v Freedom Wireless, Inc. (Civil Action No. 2:06-cv-644-LRH-GWF) | United States District Court for the District of Nevada (Las Vegas) | Approved on June 30, 2006 |

3

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

|     |     |
| --- | --- |
| 1   | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2   | FOR THE PURPOSES OF THIS CASE ONLY. |

DATED: April 14, 2009                    _____
                                                               Petitioner's Signature

**DISTRICT OF COLUMBIA :SS:**

STATE ~~OF~~   Massachusetts            )
COUNTY OF   ~~Suffolk~~                        )

_Don S. DeAmicis_     Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
                Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this
_14th_ day of _April_, _2009_.

_Carole D. Flemm_
Notary public

**My Commission Expires
August 31, 2013**

5