| | |
|---|---|
| 1 | Name of Attorney <u>Mark R. Somerstein</u> |
| 2 | Bar Number <u>MS-9721</u> |
| 3 | City <u>New York</u> |
| 4 | State <u>New York</u> |
| 5 | Phone # <u>(212) 841-8814</u> |
| 6 | E-mail address <u>Mark.Somerstein@ropesgray.com</u> |

RECEIVED AND FILED

2009 APR 15 PM 12: 38

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes", et al.,

Debtors.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Bankruptcy No. <u>09-14814-LBR</u>

Chapter No. <u>11</u>

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

<u>Mark R. Somerstein</u> Petitioner, respectfully represents to the Court:

1. That Petitioner resides in <u>New York</u>, <u>NY</u>
   (City)           (State)

2. That Petitioner is an attorney at law and a member of the law firm of <u>Ropes & Gray LLP</u> with offices at <u>1211 Avenue of the Americas</u>
   (street address)
   <u>New York, NY</u>    <u>10036</u>    <u>(212) 841-8814</u>
   (city)        (zip code)   (area code + telephone number)

3815483_1.DOC

190561    175 —

3. That Petitioner has been retained personally or as a member of the law firm by <u>Wells Fargo Bank, N.A.</u>, as agent, to provide legal representation in connection with the above-entitled case now pending before this Court.
[client(s)]

4. That since <u>1990</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of New Jersey and since 1991 Petitioner has been and presently is a member in good standing of the bar of the highest Court of New York. where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.          Date Admitted

| | |
|---|---|
| United States District Court for the Southern District of New York | 1993 |
| United States District Court for the Eastern District of New York | 1993 |
| United States Court of Appeals for the Third Circuit | 2001 |
| United States District Court for the District of New Jersey | 1990 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

N/A

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 23, 2006 (John Kenneth Felter) | Convergys Corporation v Freedom Wireless, Inc. (Civil Action No. 2:06-cv-644-LRH-GWF) | United States District Court for the District of Nevada (Las Vegas) | Approved on June 30, 2006 |

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3  
4  DATED: April 14, 2009                    _____
                                              Petitioner's Signature
5  
6  STATE OF    New York                    )
                                              )
7  COUNTY OF   New York                    )
8  
9  ___Mark R. Somerstein,___ Petitioner, being first duly sworn, deposes and says: That the
10 foregoing statements are true.
11 
12                                          _____
                                              Petitioner's Signature
13 
14 
15 (SEAL)
16 Subscribed and sworn to before me this
17 __14th__ day of __April, 2009_____.
18 _____
                Notary Public
19          MICHELLE FALLON
            Notary Public, State of New York
            No. 01FA5034522
20          Qualified in Bronx County
            Commission Expires October 11, 2010

21
22
23
24
25
26
27
28