JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  (775) 786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
         tbw@jonesvargas.com

MICHAEL E. BUCKLEY, ESQ.
Nevada Bar # 85
JONES VARGAS
3773 H. Hughes Prkwy, 3rd Flr So.
Las Vegas, NV 89169
Telephone: 702-862-3300
Fax:  702-737-7705
Email:  meb@jonesvargas.com

Attorneys for Commerce Associates, LLC

Electronically Filed on
April 17, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al.,<br><br>                              Debtor.<br>■ Affects all Debtors.<br>☐ Affects the Following Debtors: | Case No.   BK-S - 09-14814-lbr<br>Chapter      11<br><br><br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:    ALL INTERESTED PARTIES

     JONES VARGAS, attorneys for Commerce Associates, LLC, a creditor in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

     Notices pursuant to this request are to be sent to the following address:

| | |
|---|---|
| Janet L. Chubb, Esq.<br>JONES VARGAS<br>100 West Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>Telephone:  (775) 786-5000<br>Fax "  (775) 786-1177<br>Email:  jlc@jonesvargas.com and<br>         tbw@jonesvargas.com | Michael E. Buckley, Esq.<br>JONES VARGAS<br>3773 H. Hughes Prkwy, 3rd Flr So.<br>Las Vegas, NV 89169<br>Telephone: 702-862-3300<br>Fax:  702-737-7705<br>Email:  meb@jonesvargas.com |

\\Merlin\shared\Matters\Commerce Associates, LLC\Rhodes Development & Design Corp\020860-00012\1318419.doc

-1-

1  Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

   1.  Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

   2.  Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

   3.  Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

   4.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Commerce Associates, LLC, expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED this 17th day of April, 2009.

JONES VARGAS

By:   /s/ Janet L. Chubb
       JANET L. CHUBB
       MICHAEL E. BUCKLEY

Attorneys for Commerce Associates, LLC

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

1.  On April 17, 2009, I served the following document(s):

    **REQUEST FOR SPECIAL NOTICE**

2.  I served the above-named document(s) by the following means to the persons as listed below:

    ■ a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- BRETT A. AXELROD    lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com
- KIRBY C. GRUCHOW    hkelley@leachjohnson.com
- RODNEY M. JEAN    RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com
- ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- SUSAN L. MYERS    smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
- TIMOTHY P. THOMAS    tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

    ☐ b.  **United States mail, postage fully prepaid** (list persons and addresses):

    ☐ c.  **Personal Service** (list persons and addresses):
    I personally delivered the document(s) to the persons at these addresses:

    ☐ d.  **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

    ☐ e.  **By fax transmission** (list persons and fax numbers):

    ☐ f.  **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of April, 2009.

| ___Tawney Waldo___ | ___/s/ Tawney Waldo___ |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177