James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 20, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors.<br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

☒ All Debtors
☐ Affects the following Debtor(s)

# CERTIFICATE OF SERVICE

1. On this 20th day of April, 2009, I served the following document(s) (specify):

   Notice of Entry of Order (Final Order Granting Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363, and 507(a) for an Order Authorizing the Debtors to (I) Pay Prepetition Wages, etc.) (Docket No. 82);

   Notice of Entry of Order (Final Order Pursuant to Sections 105(a), 363(c), 1107(a), and 1108 of the Bankruptcy Code Authorizing the Debtors to Honor Prepetition Obligations to Customers, etc.) (Docket No. 83);

   Notice of Entry of Order (Final Order (I) Authorizing the Debtors to Sell Homes, etc.) (Docket No. 84);

   Notice of Entry of Order (Second Interim Order Granting Debtors' Motion for Order Under 11 USC §§ 105, 363, 503(B), 1107 and 1108 Authorizing (I) Maintenance of Certain Existing Bank Accounts, etc.) (Docket No. 85); and

   Notice of Entry of Order (Second Stipulated Order (I) Authorizing Use of Cash Collateral, etc.) (Docket No. 86)

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM,
   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, susans@lslawnv.com

   NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

■ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

**c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**g.** **By overnight delivery.**

By sending by FEDERAL EXPRESS (PRIORITY next day delivery) to the addressee(s) as indicated:

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 20, 2009

    Sophia L. Lee                                                              
(Name of Declarant)                                (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**RHODES HOMES SERVICE LIST**

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Van C. Durrer II
Ramon M. Naguiat
Douglas B. Adler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

**Counsel to the Administrative Agent for the Second Lien Lenders**
Don Demakis
Don Scott De Amicis
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Sunstate Companies, Inc.
Attn: Bonnie Butler

73203-002\DOCS_LA:200476.1

4435 E. Colton Ave, Ste. 101
Las Vegas, NV  89115

G. C Wallace Inc.
Attn:  Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV  89113

Aspen Concrete Inc.
Attn:  Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ  86004

American Soils Engineering LLC
Attn:  Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV  89119

Triton Grading & Paving LLC
Attn:  Linda Leavitt
4220 Arcata Way
Bldg B, Ste. 1
N. Las Vegas, NV  89030

Sunland Asphalt
Attn:  Craig Bennett
P.O. Box 20814
Bullhead City, AZ  86439

Cabinetec, Inc.
Attn:  David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV  89030

K. H. Landscaping, Inc.
Attn:  Laura Larkins
2595 South Cimarron Road
Suite 206
Las Vegas, NV  89122

Envision Concrete
Attn:  Mondo Deltoro
5655 Reference Street
Las Vegas, NV  89122

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ  86002

M S Concrete, Inc.
Attn:  Nedra Stephenson
3840 North Commerce
Las Vegas, NV  89032

Blair's Carpet Valley
Attn:  Shanelle Henerson
7465 West Sunset Road
Suite 1200
Las Vegas, NV  89113

American Asphalt & Grading Co.
Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV 89032

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV 89116-1607

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV 89118

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081

4

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308

**Request for Special Notice**
Janet L. Chubb, Esq.
Michael J. Buckley, Esq.
JONES VARGAS
100 West Liberty St., 12th Fl.
PO Box 281
Reno, NV 89504-0281