James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
          scho@pszjlaw.com
          wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File:  April 23, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1] | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201026.1

|  |  |
|---|---|
| Debtors.<br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: May 15, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR AUTHORIZATION TO PAY SALARY TO JAMES M. RHODES

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession, pursuant to Federal Rule of Evidence 201, hereby request that the Court take judicial notice of:

1) *Notice of Setting/Increasing Insider Compensation* filed on September 24, 2008 in the *Woodside Group, LLC et al.* bankruptcy cases in the Central District of California, Case No. 08-bk-20682-PC, a copy of which is attached hereto as Exhibit A;

2) *Consolidated Chapter 11 Case Management Summary*, filed on January 29, 2008 in the *Tousa, Inc., et al.* bankruptcy cases in the Southern District of Florida, Case No. 08-10928-JKO, a copy of which is attached hereto as Exhibit B; and

3) the summary compensation tables from the proxy statements filed with the U.S. Securities and Exchange Commission by KB Homes (filed April 2, 2009), Ryland Homes (filed March 17, 2009), Beazer Homes (filed December 22, 2009), Toll Brothers (filed February 6, 2009), Orleans Homebuilder (filed October 28, 2008), Brookfield Homes (filed February 26, 2009), MI Homes (filed April 2, 2009), Meritage Homes (filed April 8, 2009), Lennar Corp (filed December 18, 2008) and DR Horton (filed April 2, 2009) and published in their websites, copies of which are attached hereto as Exhibit C.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

73203-002\DOCS_LA:201026.1        2