# ORIGINAL

| Attorney Name, Address, Telephone and Fax<br>Jeremy V. Richards (CA Bar No. 102300)<br>Linda F. Cantor (CA Bar No. 153762)<br>Maxim B. Litvak (CA Bar No. 215852)<br>    PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760 | File with U.S. TRUSTEE Only<br>RECEIVED<br>2009 SEP 24 A 10: 50<br>OFFICE OF US TRUSTEE<br>SANTA ANA, CA |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,[1] | Chapter 11 Case Number<br>6:08-bk-20682-PC<br>(Jointly Administered) |
| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |

| 1. Name of Insider: | Ezra K. Nilson |
|---|---|
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer |
| 3. Date when relationship with Debtor commenced: | 4/21/1977 |
| 4. Position title: | Chief Executive Officer |
| 5. Position Description: | See Attachment A. |
| 6. Assigned Duties: | See Attachment A. |
| 7. Date employed in current position: | 4/21/1977 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | |
| 9. Number of hours worked per week: | 50+ |
| 10. Total amount of compensation and payment interval: | $ 21,275    Semi-monthly |
| 11. Breakdown of compensation (specify amount and payment interval. | Semi-monthly |
| Salary: | $ 20,626 |

---

[1] See *Notice Identifying Jointly Administered Debtors* setting forth all debtors and debtors in possession in these jointly administered cases and their respective tax identification numbers [Docket No. 32].

| | |
|---|---|
| Perquisites (total, detail below): | $ 650 |
| Car Allowance: | Use of company vehicle |
| Medical & Dental Insurance: | $ 326 |
| Life & Disability Insurance: | $ 0 |
| Business Expenses: | 0 |
| Other (Specify):<br>401K match, if any | $ 324 |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Funds generated through normal course of Operations |
| 13. Date and amount of last increase in compensation: | No increase since Jan. 2005. No data available prior to that date. |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | N/A |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | See Attachment B. |
| Compensation: | |
| Loans: | N/A |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: September 17, 2008

_____
Linda F. Cantor, [Proposed] Attorney for Debtor and Debtor in Possession

_____
Clay R. Packer
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
    If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
    If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

## ATTACHMENT A

### Ezra K. Nilson, Chief Executive Officer (CEO)

Position Description
Owner/CEO responsible for all aspects of Woodside Homes

Assigned Duties
Plans and directs all aspects of an organization's policies, objectives, and initiatives. Responsible for the short- and long-term profitability and growth of the company..
Performs a variety of tasks.
Leads and directs the work of others.

|  | Most Recent (Pre-Petition) | Proposed |
|---|---|---|
| Base Annual Salary (if full year) | $495,000 | $495,000 |
| Bonus | $ 40,000 Cash $40,000 Stock | Discretionary Performance Bonus |
| Total Annual Compensation | $575,000 | $495,000 (plus Discretionary Performance Bonus) |

**General Notes**