# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 Cases |
| | ) Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*,[1] | ) Joint Administration Pending |
| | ) |
| Debtors. | ) |
| | ) |

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-01, and pursuant to the *Ex Parte Order Authorizing the Debtors to File Consolidated Chapter 11 Case Management Summary*, entered by this Court on January 29, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this consolidated case management summary and supporting materials, attached hereto as Exhibits A, B, C, D, and E,[2] and state as follows:

---

[1] The Debtors in the cases are: TOUSA, Inc.; Engle Homes Commercial Construction, LLC; Engle Homes Delaware, Inc.; Engle Homes Residential Construction, L.L.C.; Engle Sierra Verde P4, LLC; Engle Sierra Verde P5, LLC; Engle/Gilligan LLC; Engle/James LLC; LB/TE #1, LLC; Lorton South Condominium, LLC; McKay Landing LLC; Newmark Homes Business Trust; Newmark Homes Purchasing, L.P.; Newmark Homes, L.L.C.; Newmark Homes, L.P.; Preferred Builders Realty, Inc.; Reflection Key, LLC; Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates Services Company; TOUSA Delaware, Inc.; TOUSA Funding, LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado, LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment #1, Inc.; TOUSA Homes Investment #2, Inc.; TOUSA Homes Investment #2, LLC; TOUSA Homes Mid-Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC; TOUSA Homes Nevada, LLC; TOUSA Homes, Inc.; TOUSA Homes, L.P.; TOUSA Investment #2, Inc.; TOUSA Mid-Atlantic Investment, LLC; TOUSA Realty, Inc.; TOUSA, LLC; and TOUSA/West Holdings, Inc.

[2] The data set forth in the attached exhibits represent approximations for background information only and the information may represent the Debtors' reasonable estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petitions):**

   On January 29, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division.

2. **Names, case numbers and dates of filing of the Debtors:**

   *See* Exhibit A.

3. **Description of the Debtors' business:**

   The Debtors, together with their non-debtor affiliates and unconsolidated joint ventures, design, build and market detached single-family residences, town homes and condominiums in Florida, Texas and the Mid-Atlantic and Western regions of the United States.

   For a more detailed description of the Debtors' business operations, the Debtors respectfully refer the Court and parties in interest to the description of the Debtors' business operations provided in the Declaration of Tommy L. McAden, Executive Vice President and Chief Financial Officer of TOUSA, Inc., in Support of First Day Pleadings (the "McAden Declaration"), which the Debtors filed on the Petition Date, which can be accessed free of charge at www.kccllc.net/TOUSA.

4. **Location of the Debtors' operations and whether the business premises are**

   **leased or owned:**

   The Debtors' principal place of business is 4000 Hollywood Boulevard, Suite 500N, Hollywood, FL 33021. The Debtors lease the business premises.

5. **Reasons for filing chapter 11:**

   Several factors have led to the filing of these chapter 11 cases. Beginning in 2006 and continuing through 2007 and January 2008, the homebuilding industry throughout the United States experienced a significant and sustained decrease in demand for new homes and an oversupply of new and existing homes available

K&E LEGAL:12281405.6

for sale.  This downturn has been especially severe in certain regions of Florida and Arizona where the Debtors' business operations are heavily concentrated.  The negative impact of these demand and supply trends has been further exacerbated, and the industry downturn has accelerated, as a result of recent difficulties in the mortgage markets.

These difficulties have adversely impacted the Debtors' business by further increasing the supply of inventory housing, negatively impacting pricing conditions and decreasing the demand for homes.  Because the homebuilding industry is highly competitive and fragmented among many different homebuilders in various regions, home prices are extremely sensitive to adverse market conditions, as the Debtors and their competitors compete for a limited universe of homebuyers.  Finally, as described in the McAden Declaration, the Debtors are highly leveraged and have financed debt in excess of $1.6 billion (principal amount).  This debt, together with exceedingly difficult market conditions, has contributed to the Debtors' inability to comply with certain financial covenants under their credit agreements.

**6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

*See* Exhibit B.

**7. Debtors' fiscal or calendar year to date gross income and the Debtors' gross income for the calendar or fiscal year prior to the filing of the petitions:**

*See* Exhibit A.

**8. Amounts owed to various creditors:**

*See* Exhibit C.  As described in the  Declaration and in the Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Lien Claims in the Ordinary Course of Business and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests (the "Lien Motion"), which the Debtors filed on the Petition Date, the Debtors routinely contract with a number of third parties who may be entitled under state law to assert liens against the debtors and their property (the "Lien Claimants").  Pursuant to the Lien Motion, the Debtors seek authority to pay the Lien Claimants.

3

For purposes of this consolidated summary, the Debtors do not list the Lien Claimants, but provide comprehensive information about their major secured creditors, which may not be easily available elsewhere.  For a description of the Lien Claimants, the Debtors respectfully refer the Court and parties interest to the description contained in the  Declaration and the Lien Motion, both of which can be  accessed free of charge at www.kccllc.net/TOUSA.

**9.      General description and approximate value of the Debtors' assets:**

As of September 30, 2007, the Debtors reported assets of $2,276,567,000 billion on a consolidated basis.

**10.     List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current and the date the next premium is due and date the policy expires:**

*See* Exhibit D.   For a description of the Debtors' insurance policies, the Debtors' respectfully refer the Court and parties in interest to the description contained in the  Declaration, which can be  accessed free of charge at www.kccllc.net/TOUSA.

**11. Number of employees and amounts of wages owed as of petition date:**

*See* Exhibit A.   For a description of the Debtors' obligations to employees, the Debtors' respectfully refer the Court and parties in interest to the description contained in the  Declaration, which can be  accessed free of charge at www.kccllc.net/TOUSA.

**12. Status of Debtors' payroll and sales tax obligations, if applicable:**

The payroll and sales tax obligations of the each of the Debtors are current.  For detailed information, the Debtors respectfully refer the Court and parties in interest to the information to be filed by the Debtors pursuant to Rule 2081-1(A) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida.

**13. Anticipated emergency relief to be requested within fourteen (14) days from the Petition Date:**

*See* **Exhibit D.**

4

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am I in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

Dated:  January 29, 2008

Respectfully submitted,

**BERGER SINGERMAN, P.A.**

/s/: Paul Steven Singerman
Paul Steven Singerman (Florida Bar No. 378860)
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
Paul M. Basta (New York Bar No. 2568046)
M. Natasha Labovitz (New York Bar No. 2813251)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Proposed Co-Counsel to the Debtors*

K&E LEGAL:12281405.6

**EXHIBIT A[1]**

**NAMES AND CASE NUMBERS OF DEBTORS, EMPLOYEE INFORMATION, ASSETS AND REVENUES**

| | Name of Debtor | Case Number | Priority Claims | No. of Employees | Wages Owed at Petition Date | 2006 Revenue | 2007 YTD Revenue |
|---|---|---|---|---|---|---|---|
| 1. | TOUSA, Inc. | | | 86 | $ | $ | $ |
| 2. | Engle Homes Commercial Construction, LLC | | | | $ | $ | $ |
| 3. | Engle Homes Delaware, Inc. | | | | $ | $ | $ |
| 4. | Engle Homes Residential Construction, L.L.C. | | | | $ | $ 241,760,000 | $ 167,120,000 |
| 5. | Engle Sierra Verde P4, LLC | | | | $ | $ | $ |
| 6. | Engle Sierra Verde P5, LLC | | | | $ | $ | $ |
| 7. | Engle/Gilligan LLC | | | | $ | $ | $ |
| 8. | Engle/James LLC | | | | $ | $ | $ |
| 9. | LB/TE #1, LLC | | | | $ | $ | $ |
| 10. | Lorton South Condominium, LLC | | | | $ | $ | $ |
| 11. | McKay Landing LLC | | | | $ | $ | $ |
| 12. | Newmark Homes Business Trust | | | | $ | $ | $ |
| 13. | Newmark Homes Purchasing, L.P. | | | 4 | $ | $ | $ |

---

[1]    The information included in this Exhibit reflects the latest audited financial information for the Debtors reported as of September 30, 2007.

A-1

|      | Name of Debtor | Case Number | Priority Claims | No. of Employees | Wages Owed at Petition Date | 2006 Revenue | 2007 YTD Revenue |
|------|----------------|-------------|-----------------|------------------|----------------------------|--------------|------------------|
| 14.  | Newmark Homes, L.L.C. | | | | $ | $ | $ |
| 15.  | Newmark Homes, L.P. | | | 361 | $ | $ 837,280,000 | $ 722,110,000 |
| 16.  | Preferred Builders Realty, Inc. | | | | $ | $ | $ |
| 17.  | Reflection Key, LLC | | | | $ | $ | $ |
| 18.  | Silverlake Interests, L.L.C. | | | | $ | $ | $ |
| 19.  | TOI, LLC | | | | $ | $ | $ |
| 20.  | TOUSA Associates Services Company | | | 783 | $ | $ | $ |
| 21.  | TOUSA Delaware, Inc. | | | | $ | $ | $ |
| 22.  | TOUSA Funding, LLC | | | | $ | $ | $ |
| 23.  | TOUSA Homes Arizona, LLC | | | | $ | $ | $ |
| 24.  | TOUSA Homes Colorado, LLC | | | | $ | $ | $ |
| 25.  | TOUSA Homes Florida, L.P. | | | | $ | $ | $ 30,910,000 |
| 26.  | TOUSA Homes Investment #1, Inc. | | | | $ | $ | $ |
| 27.  | TOUSA Homes Investment #2, Inc. | | | | $ | $ | $ |
| 28.  | TOUSA Homes Investment #2, LLC | | | | $ | $ | $ |
| 29.  | TOUSA Homes Mid-Atlantic Holding, LLC | | | | $ | $ | $ |

A-2

|  | Name of Debtor | Case Number | Priority Claims | No. of Employees | Wages Owed at Petition Date | 2006 Revenue | 2007 YTD Revenue |
|---|---|---|---|---|---|---|---|
| 30. | TOUSA Homes Mid-Atlantic, LLC |  |  |  | $ | $ | $ |
| 31. | TOUSA Homes Nevada, LLC |  |  |  | $ | $ | $ |
| 32. | TOUSA Homes, Inc. |  |  |  | $ | $1,494,240,000 | $ 1,050,700,000 |
| 33. | TOUSA Homes, L.P. |  |  | 19 | $ | $ | $ |
| 34. | TOUSA Investment #2, Inc. |  |  |  | $ | $ | $ |
| 35. | TOUSA Mid-Atlantic Investment, LLC |  |  |  | $ | $ 740,000 | $ 14,950,000 |
| 36. | TOUSA Realty, Inc. |  |  |  | $ | $ | $ |
| 37. | TOUSA, LLC |  |  |  | $ | $ | $ |
| 38. | TOUSA/West Holdings, Inc. |  |  |  | $ | $ | $ |
|  | *TOTALS* | *-----* | *$* | *1,253* | *$* | *$2,574,020.00* | *$1,985,790,000* |

A-3

## EXHIBIT B[1]

### Directors and Officers

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| Andreas Stengos | TOUSA, Inc. | Executive Vice President | - | |
| | TOUSA, Inc. | Director | | |
| Antonio B. Mon | Preferred Builders Realty, Inc. | President | 1,288,408 | 1,200,562 |
| | Silverlake Interests, L.C. | President | | |
| | TOUSA /West Holdings, Inc. | President | | |
| | TOUSA Associates Services Company | Director | | |
| | TOUSA Homes Investment #1, Inc. | President | | |
| | TOUSA Homes Investment #2, Inc. | President | | |
| | TOUSA Homes, L.P. | President | | |
| | TOUSA Investment #2, Inc. | President | | |
| | TOUSA Realty, Inc. | President | | |
| | TOUSA Homes Florida, L.P. | President | | |
| | TOUSA Homes, Inc. | President | | |
| | TOUSA, Inc. | Chief Executive Officer and President | | |
| | TOUSA, Inc. | Director | | |
| George Stengos | TOUSA, Inc. | Executive Vice President | - | |
| | TOUSA, Inc. | Director | | |
| J. Bryan Whitworth | TOUSA, Inc. | Director | - | |
| Konstantinos Stengos (Chairman) | TOUSA, Inc. | Director | - | |
| Larry D. Horner | TOUSA, Inc. | Director | - | |

---

[1] The information included in this Exhibit reflects information reported by the Debtors as of September 30, 2007.

B-1

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| Marianna Stengou | TOUSA, Inc. | Director | - | 0 |
| Paul Berkowitz | Engle Homes Delaware, Inc. | President | 500,000 | 0 |
| | Engle Homes Residential Construction, L.L.C. | Executive Vice President | | |
| | Engle Sierra Verde P4, LLC | Executive Vice President | | |
| | Engle Sierra Verde P5, LLC | Executive Vice President | | |
| | Engle/Gilligan, LLC | Executive Vice President | | |
| | Engle/James, LLC | Executive Vice President | | |
| | LB/TE #1, LLC | Executive Vice President | | |
| | Lorton South Condominium, LLC | Executive Vice President | | |
| | McKay Landing LLC | Executive Vice President | | |
| | Newmark Homes Business Trust | Paul Berkowitz | | |
| | Newmark Homes Purchasing, L.P. | Executive Vice President | | |
| | Newmark Homes, L.L.C. | Executive Vice President | | |
| | Newmark Homes, L.P. | Executive Vice President | | |
| | Preferred Builders Realty, Inc. | Executive Vice President | | |
| | Preferred Builders Realty, Inc. | Director | | |
| | Reflection Key, LLC | Executive Vice President | | |
| | Silverlake Interests, L.C. | Executive Vice President | | |
| | TOI, LLC | Executive Vice President | | |
| | TOUSA /West Holdings, Inc. | Executive Vice President | | |
| | TOUSA /West Holdings, Inc. | Director | | |
| | TOUSA Associates Services Company | Executive Vice President | | |
| | TOUSA Associates Services Company | Director | | |
| | TOUSA Delaware, Inc. | President | | |
| | TOUSA Homes Arizona, LLC | Executive Vice President | | |
| | TOUSA Homes Colorado, | Executive Vice President | | |

B-2

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|------|---------|----------|------------------------|--------------------------------------|
| | LLC | | | |
| | TOUSA Homes Florida, L.P. | Executive Vice President | | |
| | TOUSA Homes Investment #1, Inc. | Executive Vice President | | |
| | TOUSA Homes Investment #1, Inc. | Director | | |
| | TOUSA Homes Investment #2, Inc. | Executive Vice President | | |
| | TOUSA Homes Investment #2, Inc. | Director | | |
| | TOUSA Homes Investment #2, LLC | Executive Vice President | | |
| | TOUSA Homes Mid-Atlantic Holding, LLC | Executive Vice President | | |
| | TOUSA Homes Mid-Atlantic, LLC | Executive Vice President | | |
| | TOUSA Homes Nevada, LLC | Executive Vice President | | |
| | TOUSA Homes, Inc. | Director | | |
| | TOUSA Homes, L.P. | Executive Vice President | | |
| | TOUSA Investment #2, Inc. | Executive Vice President | | |
| | TOUSA Investment #2, Inc. | Director | | |
| | TOUSA Mid-Atlantic Investment, LLC | Executive Vice President | | |
| | TOUSA Realty, Inc. | Executive Vice President | | |
| | TOUSA Realty, Inc. | Director | | |
| | TOUSA, Inc. | Executive Vice President and Chief of Staff | | |
| | TOUSA, LLC | Executive Vice President | | |
| | TOUSA Funding, LLC | President | | |
| | TOUSA Homes, Inc. | Executive Vice President | | |
| Russell Devendorf | Engle Homes Delaware, Inc. | Director | 300,000 | 300,000 |
| | Engle Homes Residential Construction, L.L.C. | Vice President, Secretary and Treasurer | | |
| | Engle Sierra Verde P4, LLC | Vice President, Secretary and | | |

B-3

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| | | Treasurer | | |
| | Engle Sierra Verde P5, LLC | Vice President, Secretary and Treasurer | | |
| | Engle/Gilligan, LLC | Vice President, Secretary and Treasurer | | |
| | Engle/James, LLC | Vice President, Secretary and Treasurer | | |
| | LB/TE #1, LLC | Vice President, Secretary and Treasurer | | |
| | Lorton South Condominium, LLC | Vice President, Secretary and Treasurer | | |
| | McKay Landing LLC | Vice President, Secretary and Treasurer | | |
| | Newmark Homes Business Trust | Russell Devendorf | | |
| | Newmark Homes Purchasing, L.P. | Vice President, Secretary and Treasurer | | |
| | Newmark Homes, L.L.C. | Vice President, Secretary and Treasurer | | |
| | Newmark Homes, L.P. | Vice President, Secretary and Treasurer | | |
| | Preferred Builders Realty, Inc. | Vice President, Secretary and Treasurer | | |
| | Preferred Builders Realty, Inc. | Director | | |
| | Reflection Key, LLC | Vice President, Secretary and Treasurer | | |
| | Silverlake Interests, L.C. | Vice President, Secretary and Treasurer | | |
| | TOI, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA /West Holdings, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA /West Holdings, Inc. | Director | | |
| | TOUSA Associates Services Company | Vice President, Secretary and Treasurer | | |

B-4

K&E LEGAL:12281405.6

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| | TOUSA Associates Services Company | Director | | |
| | TOUSA Delaware, Inc. | Director | | |
| | TOUSA Funding, LLC | VP and Assistant Treasurer | | |
| | TOUSA Funding, LLC | Manager | | |
| | TOUSA Homes Arizona, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Colorado, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Florida, L.P. | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Investment #1, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Investment #1, Inc. | Director | | |
| | TOUSA Homes Investment #2, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Investment #2, Inc. | Director | | |
| | TOUSA Homes Investment #2, LLC | Vice President, Secretary and Treasurer` | | |
| | TOUSA Homes Mid-Atlantic Holding, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Mid-Atlantic, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes Nevada, LLC | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA Homes, Inc. | Director | | |
| | TOUSA Homes, L.P. | Vice President, Secretary and Treasurer | | |
| | TOUSA Investment #2, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA Investment #2, Inc. | Director | | |
| | TOUSA Mid-Atlantic | Vice President, Secretary and | | |

B-5

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| | Investment, LLC | Treasurer | | |
| | TOUSA Realty, Inc. | Vice President, Secretary and Treasurer | | |
| | TOUSA Realty, Inc. | Director | | |
| | TOUSA, Inc. | Vice President, Treasurer and Secretary | | |
| | TOUSA, LLC | Vice President, Secretary and Treasurer | | |
| | Engle Homes Delaware, Inc. | VP and Assistant Treasurer | | |
| | TOUSA Delaware, Inc. | VP and Assistant Treasurer | | |
| Tommy L. McAden | Engle Homes Residential Construction, L.L.C. | Executive Vice President | 625,000 | 524,200 |
| | Engle Sierra Verde P4, LLC | Executive Vice President | | |
| | Engle Sierra Verde P5, LLC | Executive Vice President | | |
| | Engle/Gilligan, LLC | Executive Vice President | | |
| | Engle/James, LLC | Executive Vice President | | |
| | LB/TE #1, LLC | Executive Vice President | | |
| | Lorton South Condominium, LLC | Executive Vice President | | |
| | McKay Landing LLC | Executive Vice President | | |
| | Newmark Homes Business Trust | Co-Managing Trustee | | |
| | Newmark Homes Purchasing, L.P. | Executive Vice President | | |
| | Newmark Homes, L.L.C. | Executive Vice President | | |
| | Newmark Homes, L.P. | Executive Vice President | | |
| | Preferred Builders Realty, Inc. | Executive Vice President | | |
| | Preferred Builders Realty, Inc. | Director | | |
| | Reflection Key, LLC | Executive Vice President | | |
| | Silverlake Interests, L.C. | Executive Vice President | | |
| | TOI, LLC | Executive Vice President | | |
| | TOUSA /West Holdings, Inc. | Executive Vice President | | |
| | TOUSA /West Holdings, Inc. | Director | | |

B-6

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| | TOUSA Associates Services Company | Executive Vice President | | |
| | TOUSA Associates Services Company | Director | | |
| | TOUSA Homes Arizona, LLC | Executive Vice President | | |
| | TOUSA Homes Colorado, LLC | Executive Vice President | | |
| | TOUSA Homes Florida, L.P. | Executive Vice President | | |
| | TOUSA Homes Investment #1, Inc. | Executive Vice President | | |
| | TOUSA Homes Investment #1, Inc. | Director | | |
| | TOUSA Homes Investment #2, Inc. | Executive Vice President | | |
| | TOUSA Homes Investment #2, Inc. | Director | | |
| | TOUSA Homes Investment #2, LLC | Executive Vice President | | |
| | TOUSA Homes Mid-Atlantic Holding, LLC | Executive Vice President | | |
| | TOUSA Homes Mid-Atlantic, LLC | Executive Vice President | | |
| | TOUSA Homes Nevada, LLC | Executive Vice President | | |
| | TOUSA Homes, Inc. | Executive Vice President | | |
| | TOUSA Homes, Inc. | Director | | |
| | TOUSA Homes, L.P. | Executive Vice President | | |
| | TOUSA Investment #2, Inc. | Executive Vice President | | |
| | TOUSA Investment #2, Inc. | Director | | |
| | TOUSA Mid-Atlantic Investment, LLC | Executive Vice President | | |
| | TOUSA Realty, Inc. | Executive Vice President | | |
| | TOUSA Realty, Inc. | Director | | |
| | TOUSA, Inc. | Executive Vice President and CFO | | |
| | TOUSA, LLC | Executive Vice President | | |

B-7

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|---|---|---|---|---|
| | TOUSA, Inc. | Executive Vice President | | |
| | TOUSA, Inc. | Director | | |
| | Engle Homes Commercial Construction, LLC | Manager | | |
| | Engle Homes Commercial Construction, LLC | Sole Member | | |
| | TOUSA Homes Mid-Atlantic, LLC | Sole Member | | |
| | Engle Homes Residential Construction, L.L.C. | Manager | | |
| | Engle Sierra Verde P4, LLC | Sole Member | | |
| | Engle Sierra Verde P5, LLC | Sole Member | | |
| | Engle/Gilligan, LLC | Sole Member | | |
| | Engle/James, LLC | Sole Member | | |
| | LB/TE #1, LLC | Sole Member | | |
| | Lorton South Condominium, LLC | Sole Member | | |
| | McKay Landing LLC | Sole Member | | |
| | Newmark Homes, L.L.C. | Sole Member | | |
| | Newmark Homes, L.P. | General partner | | |
| | Reflection Key, LLC | Sole Member | | |
| | TOUSA Homes Nevada, LLC | Sole Member | | |
| | TOUSA Homes Florida, L.P. | Limited partner | | |
| | TOUSA Homes Investment #2, LLC | Sole Member | | |
| | TOUSA Mid-Atlantic Investment, LLC | Sole Member | | |
| | TOUSA Homes Florida, L.P. | General partner | | |
| | TOI, LLC | Sole Member | | |
| | TOUSA Homes Arizona, LLC | Sole Member | | |
| | TOUSA Homes Colorado, LLC | Sole Member | | |
| | TOUSA Homes Mid-Atlantic | Sole Member | | |

B-8

| Name | Company | Position | Salary at Petition Date | Salary One Year Before Petition Date |
|------|---------|----------|------------------------|--------------------------------------|
| | Holding, LLC | | | |
| | TOUSA, LLC | Sole Member | | |
| | TOUSA Homes, L.P. | General partner | | |
| William Hasler | TOUSA, Inc. | Director | - | 0 |

B-9

**EXHIBIT C**

**Summary of Insurance Policies**

C-1

TOUSA, INC. SCHEDULE OF POLICIES
AS OF JANUARY 28, 2008

| Type of Policy | Insurance Co. | Term | Original Premium or 1st Annual Installment | Extension Premium or 2nd Annual Installment | Fees and Taxes | Total of All Premium, Fees and Taxes | Subject to Audit | |
|---|---|---|---|---|---|---|---|---|
| Home Builders' Protective Policy | Steadfast Insurance Company | 01/01/07 to 01/01/09 | $4,493,011.00 | $4,493,011.00 | $637,184.42 | $9,623,206.42 | yes | paid in full |
| Workers' Compensation | Liberty Mutual Insurance Company | 03/01/07 to 03/01/08 | $395,992.00 | | $5,392.00 | $401,384.00 | yes | paid in full |
| Warranty Services Administration | Professional Warranty Service Corp. | 01/01/07 to 01/01/09 | $937,942.00 | $937,942.00 | | $1,875,884.00 | yes | see remarks[1] |
| Commercial Automotive Liability | Progressive Express Insurance Company | 04/11/07 to 04/11/08 | $15,783.52 | | $212.63 | $15,996.15 | no | paid in full |
| Business Automotive Liability | American Guarantee & Liability Company | 03/01/07 to 03/01/08 | $36,054.00 | | | $36,054.00 | yes | paid in full |
| Excess Liability | American Guarantee and Liability Insurance Co. | 03/01/07 to 03/01/08 | $51,813.00 | | | $51,813.00 | no | paid in full |
| Primary Property Coverage | ACE Fire Underwriters Insurance Company | 05/01/07 to 05/01/08 | $848,602.00 | | | $848,602.00 | yes | paid in full |
| Excess Property Coverage | Lloyd's of London | 05/01/07 to 05/01/08 | $841,650.41 | | $41,330.51 | $882,980.92 | no | paid in full |
| Excess Property Coverage | Lloyd's of London | 05/01/07 to 05/01/08 | $93,516.71 | | $4,879.64 | $98,396.35 | no | paid in full |
| Employed Lawyers Professional Liab. | Executive Risk Indemnity, Inc. | 03/01/07 to 03/01/08 | $50,668.00 | | $506.68 | $51,174.68 | no | paid in full |
| Plan Purchaser Health Care Liability | Homeland Insurance Company of New York | 03/01/07 to 03/01/08 | $12,410.00 | | $769.42 | $13,179.42 | no | paid in full |
| Mortgage Bankers Professional | Executive Risk Indemnity, Inc. | 11/15/06 to 04/13/08 | $25,368.00 | | | $25,368.00 | no | paid in full |
| Employment Practices Liability | American Home Assurance Co. | 12/15/07 to 12/15/08 | $129,481.00 | | | $129,481.00 | no | paid in full |
| Director and Officer ("D&O") Liability | XL Specialty Insurance Company | 12/15/06 to 12/15/08 | $850,000.00 | $2,250,000.00 | | $3,100,000.00 | no | paid in full |
| D&O Excess | National Union Fire Insurance Company of Pittsburgh, Pa. | 12/15/06 to 12/15/08 | $643,875.00 | $1,687,500.00 | | $2,331,375.00 | no | paid in full |
| D&O Excess | Westchester Fire Insurance Company | 12/15/06 to 12/15/08 | $297,500.00 | $787,500.00 | | $1,085,000.00 | no | paid in full |
| D&O Excess | AXIS Reinsurance Company | 12/15/06 to 12/15/08 | $220,000.00 | $582,350.00 | | $802,350.00 | no | paid in full |
| D&O Excess | RSUI Indemnity | 12/15/06 to 12/15/08 | $154,000.00 | $405,000.00 | | $559,000.00 | no | paid in full |
| D&O Excess | Allied World Assurance Company | 12/15/06 to 12/15/08 | $107,800.00 | $283,406.00 | | $391,206.00 | no | paid in full |
| D&O Excess | Beazley Insurance Co. Inc. | 12/15/06 to 12/15/08 | $37,750.00 | $500,000.00 | | $537,750.00 | no | paid in full |
| Side A DIC D&O | Arch Insurance Company | 12/15/06 to 12/15/08 | $232,000.00 | $614,800.00 | | $846,800.00 | no | paid in full |
| Side A DIC D&O | XL Bermuda | 12/15/06 to 12/15/08 | $487,500.00 | $1,291,875.00 | | $1,779,375.00 | no | paid in full |
| Kidnap and Ransom | AIG | 12/15/06 to 12/15/09 | $9,012.00 | | | $9,012.00 | no | paid in full |
| Commercial Crime | Great American | 12/15/07 to 12/15/08 | $48,000.00 | | $480.00 | $48,480.00 | no | paid in full |
| Fiduciary Liability | Beazley Insurance Company | 12/15/07 to 12/15/08 | $11,997.00 | | $119.97 | $12,116.97 | no | paid in full |
| Environmental | Steadfast Insurance Company | 04/15/06 to 04/15/10 | $16,011.00 | | $877.42 | $16,888.42 | no | paid in full |
| L'Heritage Condo | Certain Underwriter at Lloyds | 07/16/07 to 07/16/08 | $6,211.94 | | $433.98 | $6,645.92 | no | paid in full |
| Tequesta Point-Wind Policy | Citizens Property Ins. Corp. | 08/07/07 to 08/07/08 | $6,900.00 | | | $6,900.00 | no | paid in full |
| Tequesta Point Condo | Certain Underwriter at Lloyds | 06/15/07 to 06/15/08 | $5,061.00 | | $310.72 | $5,371.72 | no | paid in full |
| Insured Warranty Program | Professional Warranty Service Corp. | 01/21/08 to 04/30/08 | $2,500,000.00 | | | $2,500,000.00 | yes | see remarks[3] |

Remarks: [1]Regular Administration Fee [2]2nd Installment has not been paid pending adjustment to match actual revenues. [3]This is a reporting form policy. Premium shown is the deposit only, which has been paid in full.

**EXHIBIT D**

**SUMMARY OF FIRST DAY MOTIONS**

*Pro Hac* Motions.  Motions for Entry of Orders Authorizing Certain Attorneys from Kirkland & Ellis LLP to Appear *Pro Hac Vice* on Behalf of the Debtors

- Richard M. Cieri

- Paul M. Basta

- Jeffrey S. Powell

- M. Natasha Labovitz

- Zhonette M. Brown

- Brian S. Lennon

First Day Declaration. Declaration of Tommy L. McAden, Executive Vice President and Chief Financial Officer of TOUSA, Inc., in Support of First Day Pleadings

DIP Financing. Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Secured Postpetition Financing on a Super-Priority Priming Lien Basis, (B) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders and Providing Related Adequate Protection, (C) Modifying the Automatic Stay to Allow the Postpetition Lenders to Take Certain Actions and (D)  Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing

Cash Management. Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue Using their Existing Cash Management System, Bank Accounts and Business Forms, (B) Granting Administrative Expense Priority to Postpetition Intercompany Claims and (C) Authorizing Continued Intercompany Arrangements and Historical Practices

Home Sales. Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Sell Homes Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Establishing Procedures for the Resolution and Payment of Lien Claims

Customer Programs. Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay or Honor Prepetition Obligations Under Customer Programs and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

<u>Wages and Benefits</u>. Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay or Honor Certain Prepetition Obligations for (I) Wages, Salaries, Bonuses and Other Compensation, (II) Reimbursable Employee Expenses and (III) Employee Medical and Similar Benefits and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

<u>Lien Claims</u>. Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Lien Claims and Priority Claims in the Ordinary Course of Business and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

<u>Critical Vendors</u>. Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

<u>Utilities</u>. Emergency Motion for Entry of an Order Determining Adequate Assurance of Payment for Future Utility Services

<u>Stock Transfers</u>. Emergency Motion for Entry of an Order (A) Establishing Notification and Hearing Procedures for Transfers of, or Claims of Worthlessness With Respect to, Certain Common Stock and (B) Granting Related Relief

<u>Anti-Discrimination</u>. Emergency Motion for Entry of an Order Enforcing the Protections of Section 525(a) of the Bankruptcy Code

<u>Creditors' Matrix</u>. Emergency Motion for Entry of an Order (A) Waiving the Requirement for Filing a List of Creditors and (B) Authorizing the Debtors to Mail Initial Notices

<u>Claims Agent Retention</u>. Emergency Motion for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Notice, Claims and Balloting Agent

<u>Case Procedures</u>. Emergency Motion for Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures

<u>Interim Compensation</u>. Emergency Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

<u>Kirkland & Ellis Retention</u>. Emergency Application for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

<u>Berger Singerman Retention</u>. Emergency Application for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Berger Singerman, P.A. as attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

D-2

<u>Lazard Retention</u>. Emergency Application of the Debtors for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker and Financial Advisor for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

<u>Kroll Retention</u>. Emergency Application for Entry of an Interim Order Approving the Services Agreement Between the Debtors, KZC Services, LLC and John R. Boken *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

<u>Greenberg Traurig Retention</u>. Emergency Application for Entry of an Interim Order Authorizing the Employment and Retention of Greenberg Traurig, P.A. as Special Counsel for the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

<u>Ernst & Young Retention</u>. Emergency Application for Immediate Entry of an Order Authorizing the Employment and Retention of Ernst & Young LLP as Independent Auditors and Tax Services Providers for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or after February 18, 2008

<u>Ordinary Course Professionals</u>. Emergency Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date

<u>Joint Administration</u>. *Ex Parte* Agreed Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases

<u>Case Management Summary</u>. *Ex Parte* Agreed Motion for Entry of an Order Authorizing the Debtors to File Consolidated Chapter 11 Case Management Summary

<u>Insurance</u>. Motion for Entry of an Order (A) Authorizing the Debtors to Continue to Administer Insurance Coverage Currently in Effect and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

<u>Taxes</u>. Motion for Entry of an Order (A) Authorizing the Debtors to Remit and Pay Certain Taxes and Fees and (B) Authorizing Financial Institutions to Honor All Related Checks And Electronic Payment Requests

<u>Claims Trading</u>.  Emergency Motion for Entry of an Order (A) Establishing Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates and (B) Granting Related Relief

D-3