James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 27, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201288.1

☒ All Debtors
☐ Affects the following Debtor(s)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1. On the 24th day of April, 2009, I served the following document(s) (specify):

    1. Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 91);
    2. Notice of Hearing on Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 92);
    3. Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 94);
    4. Declaration of James M. Rhodes in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 95);
    5. Declaration of Paul David Huygens in Support of Motions for Authorization to Pay Salary to James M. Rhodes (Docket No. 96);
    6. Request for Judicial Notice in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 97);
    7. Notice of Hearing on Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 98);
    8. Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 99);
    9. Notice of Hearing on Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 100);
    10. Application for Order Under Sections 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 101);
    11. Declaration of Paul David Huygens in Support of Application for Order under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors LLP as Work-Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 102);
    12. Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 104);
    13. Declaration of Mandy M. Townsend in Support of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 105);
    14. Notice of Filing of Application for Order Under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLP as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 106)

2. I served the above-named document(s) by the following means to the persons as listed below, via **United States mail, postage fully prepaid**:

    State of Nevada - Sales/Use
    PO Box 52609
    Phoenix, AZ 85072-2609

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on April 24, 2009

Sophia L. Lee
(Name of Declarant)          (Signature of Declarant)