James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 24, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Affects:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:201182.1

☒ All Debtors
☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On the 23rd day of April, 2009, I served the following document(s) (specify):

    1. Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 91);
    2. Notice of Hearing on Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 92);
    3. Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 94);
    4. Declaration of James M. Rhodes in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 95);
    5. Declaration of Paul David Huygens in Support of Motions for Authorization to Pay Salary to James M. Rhodes (Docket No. 96);
    6. Request for Judicial Notice in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 97);
    7. Notice of Hearing on Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 98);
    8. Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 99);
    9. Notice of Hearing on Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 100);
    10. Application for Order Under Sections 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 101);
    11. Declaration of Paul David Huygens in Support of Application for Order under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors LLP as Work-Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 102);
    12. Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 104);
    13. Declaration of Mandy M. Townsend in Support of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 105);
    14. Notice of Filing of Application for Order Under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLP as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 106)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

DOCS_LA:201182.1

2

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

- ■ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

- b. **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

- c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

- d. **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

DOCS_LA:201182.1                                    3

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    **e.**    **By fax transmission**
          *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

■    **g.**    **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 24, 2009

Sophia L. Lee
(Name of Declarant)                             (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

DOCS_LA:201182.1          4

# RHODES HOMES SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101

**Counsel to James M. Rhodes**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

**Counsel to Ad Hoc Group of 1st & 2nd Lien Secured Lenders**

Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

**Administrative Agent to the 1st & 2nd Lien Secured Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010

**Internal Revenue Service**
Internal Revenue Service, District Director
Special Procedures
4750 West Oakley
Las Vegas, NV 89102
Attn: Bankruptcy Unit

**Top 25 Unsecured Creditors**

Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

DOCS_LA:201182.1                    5

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| | |
|---|---|
| 1 | American Soils Engineering LLC |
| 2 | Attn: Kenya Barrant |
|   | 6000 S. Eastern Avenue |
| 3 | Suite 6B |
|   | Las Vegas, NV 89119 |
| 4 | |
|   | Triton Grading & Paving LLC |
| 5 | Attn: Linda Leavitt |
|   | 4220 Arcata Way |
| 6 | Bldg B, Ste. 1 |
| 7 | N. Las Vegas, NV 89030 |
|   | |
| 8 | Cabinetec, Inc. |
|   | Attn: David Paszli |
| 9 | 2711 E. Craig Road |
|   | Suite A & B |
| 10 | N. Las Vegas, NV 89030 |
| 11 | |
|   | K. H. Landscaping, Inc. |
| 12 | Attn: Laura Larkins |
|   | 2595 South Cimarron Road |
| 13 | Suite 206 |
|   | Las Vegas, NV 89122 |
| 14 | |
| 15 | Envision Concrete |
|   | Attn: Mondo Deltoro |
| 16 | 5655 Reference Street |
|   | Las Vegas, NV 89122 |
| 17 | |
| 18 | M S Concrete, Inc. |
|   | Attn: Nedra Stephenson |
| 19 | 3840 North Commerce |
|   | Las Vegas, NV 89032 |
| 20 | |
| 21 | Blair's Carpet Valley |
|   | Attn: Shanelle Henerson |
| 22 | 7465 West Sunset Road |
|   | Suite 1200 |
| 23 | Las Vegas, NV 89113 |
| 24 | |
|   | American Asphalt & Grading Co. |
| 25 | Attn: Tracy Bassler |
|   | 3624 Goldfield Street |
| 26 | N. Las Vegas, NV 89032 |
|   | |
| 27 | Integrity Masonry, Inc. |
|   | Attn: Herold Lefler |
| 28 | 5330 W. Quail Avenue |
|   | Las Vegas, NV 89118 |

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:201182.1                                    7

**Request For Special Notice**

**Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102-3202

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
Reno, NV 89504-0281

DOCS_LA:201182.1                              8