James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 24, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:201286.1

☒ All Debtors
☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On this 24th day of April, 2009, I served the following document(s) (specify):

   1. Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 91);
   2. Notice of Hearing on Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities (Docket No. 92);
   3. Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 94);
   4. Declaration of James M. Rhodes in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 95);
   5. Declaration of Paul David Huygens in Support of Motions for Authorization to Pay Salary to James M. Rhodes (Docket No. 96);
   6. Request for Judicial Notice in Support of Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 97);
   7. Notice of Hearing on Motion for Authorization to Pay Salary to James M. Rhodes (Docket No. 98);
   8. Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 99);
   9. Notice of Hearing on Debtors' Motion Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Sales and Use Taxes; Declaration in Support Thereof (Docket No. 100);
   10. Application for Order Under Sections 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 101);
   11. Declaration of Paul David Huygens in Support of Application for Order under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors LLP as Work-Out Consultant to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 102);
   12. Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 104);
   13. Declaration of Mandy M. Townsend in Support of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLC as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 105);
   14. Notice of Filing of Application for Order Under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Acceleron Group, LLP as Valuation Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 106)

DOCS_LA:201286.1                                    2

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

    a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

    b. **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

    c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    d. **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    e.    **By fax transmission**
          *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    f.    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

■    g.    **By overnight delivery.**

By sending by OVERNIGHT UNITED STATES PRIORITY MAIL to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 24, 2009

Sophia L. Lee
(Name of Declarant)                           (Signature of Declarant)

**RHODES HOMES SERVICE LIST – PO BOX ADDRESSES**

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV  89116-1607

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ  86439

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ  86002

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:201286.1

5