RECEIVED
AND FILED

April 24, 2009

APR 27 2009

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Attn. Bankruptcy Clerk's Office

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Re: Rhodes Ranch Bankruptcy
Case No.'s – BK-S-09-14844-LBR, BK-S-09-1418-LBRBK-S-09-14846-LBR

I am currently residing in the state of California; however I have a great interest in protecting my asset and its value located at **9050 W. Warm Springs #2064, Las Vegas, NV 89148**. I would like go on record of requesting that I be kept informed of all developments regarding the cases listed above. Please send all correspondence to my primary residence located at:

**Ms. Janina Guthrie
1225 Monterey St.
Redlands, CA 92373**

If you have any questions, I can be contacted at 909.355.1699 Ext. 224.

Sincerely,

*Janina Guthrie*
Janina Guthrie