# PALECEK™

DISTINCTIVE FURNITURE, LIGHTING & ACCESSORIES

POST OFFICE BOX 225
RICHMOND, CA 94808-0225
TEL: 800.274.7730
FAX: 510.234.7234
WWW.PALECEK.COM

RECEIVED AND FILED

APR 27 2009

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

TO WHOM IT MAY CONCERN

Re: Mailing address,
The Rhodes Companies
Case # BK-S-09-14814-LBR

Please note that the address you have for us is incorrect. It is our payment address at our bank lockbox. Our bank charges us for every non-check item they "process" and this bankruptcy is generating a large number of items!

**PLEASE CHANGE ADDRESS FOR:**

Palecek
Richmond, CA to

        **PALECEK**
        **PO BOX 225**
        **Richmond, CA 94804**

Thank you,
Brooks Vail Finley
Credit Manager
Palecek
601 Parr Ave
Richmond, CA 94801