**Entered on Docket
April 30, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1] | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Apache Framing, LLC (Case No. 09-14818); Batcave, LP (Case No. 09-14861); Bravo, Inc. (Case No. 09-14825); C & J Holdings, Inc. (Case No. 09-14843); Chalkline, LP (Case No. 09-14862); Elkhorn Investments, Inc. (Case No. 09-14837); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Geronimo Plumbing LLC (Case No. 09-14820); Glynda, LP (Case No. 09-14865); Gung-Ho Concrete LLC (Case No. 09-14822); Heritage Land Company, LLC (Case No. 09-14778); Jackknife, LP (Case No. 09-14860); Jarupa, LLC (Case No. 09-14839); Overflow, LP (Case No. 09-14856); Parcel 20, LLC (Case No. 09-14848); Pinnacle Grading, LLC (Case No. 09-14887); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Rhodes Design and Development Corporation (Case No. 09-14846); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Rhodes Realty, Inc. (Case No. 09-14841); The Rhodes Companies, LLC (Case No. 09-14814); Six Feathers Holdings, LLC

|  |  |
|---|---|
| Debtors. | |
| Affects:<br>☐  All Debtors<br>☒  Affects the following Debtor(s)<br>Rhodes Design and Development Corp.;<br>Pinnacle Grading, LLC;<br>Rhodes Homes Arizona, LLC | Hearing Date:  April 17, 2009<br>Hearing Time:  9:30 a.m.<br>Courtroom 1 |

**INTERIM ORDER UNDER SECTION 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

This matter came before the Court on the *Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (a) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion"). [2] Notice of the hearing on the motion having been provided by the above-captioned debtors and debtors in possession (the "Debtors") upon each Utility Provider set forth in Exhibit A attached hereto and other interested parties.  The Court finds that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors and other parties in interest and that, in light of the record of the hearing on the Motion, the proposed Utility Deposits to Utility Providers listed in Exhibit A attached hereto and the Procedures provided for by the Motion constitute adequate assurance of payment of the Utility Providers for their postpetition services.  After due deliberation thereon and sufficient cause appearing therefor and due and adequate notice of the Motion having been given under the circumstances; and it appearing that the requirements of Rule 6003 of the Federal Rules of

---

(Case No. 09-14833); Tick, LP (Case No. 09-14866); Tribes Holdings, LLC (Case No. 09-14817); Tuscany Acquisitions, LLC (Case No. 09-14853); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Golf Country Club, LLC (Case No. 09-14884) and Wallboard, LP (Case No. 09-14858)

[2]  Capitalized terms used herein and not otherwise defined shall have the same meaning as in the Motion.

73203-001\DOCS_LA:199699.6

2

Bankruptcy Procedure have been satisfied; and after due deliberation and cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED, as stated herein, on an interim basis pending a final hearing (the "Final Hearing") thereon, which is hereby scheduled for 1:30 p.m. on May 15, 2009.

2. Nevada Power Company d/b/a NV Energy ("NV Energy") is not subject to the terms of this Order.

3. Within ten (10) days after the date of entry of this Order, the Debtors shall furnish the Utility Providers listed in Exhibit A attached hereto with adequate assurance of payment for postpetition date services by making a deposit equal to 50% of the Debtors' estimated cost of its postpetition monthly utility consumption (a "Utility Deposit"), as shown in Exhibit A attached hereto, to each Utility Provider for the purpose of providing such Utility Provider with adequate assurance of payment of its postpetition date services to the Debtors.

4. Except in accordance with the procedures set forth below, absent further order of the Court, each Utility Provider is prohibited from (a) altering, refusing or discontinuing service to, or discriminating against the Debtors solely on the basis of the commencement of these cases or on account of any unpaid invoice for services provided before the Petition Date and (b) requiring the payment of any additional deposit or other security in connection with the Utility Providers' continued provision of utility services (the "Utility Services"), including the furnishing of water and sanitation, telephone, gas, electricity and mobile phone services, or any other utility service of like kind to the Debtors.

The Procedures

5. If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors in the Motion pursuant to the proposed Utility Deposit, then the Utility Provider must

serve an objection (the "Objection") upon the Debtors setting forth the location(s) for which Utility Services are provided, the account number(s) for such location(s), and the outstanding balance for each account.

6. The Objection must be actually received by (a) the Debtors' counsel, Shirley S. Cho, Esquire, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067; (b) the Debtors' Nevada counsel, Zachariah Larson, Esq., Larson & Stephens, 810 S. Casino Center Blvd., Suite. 104, Las Vegas, NV 89101; and (c) counsel to the First Lien Steering Committee, Philip C. Dublin, Esq., One Bryant Park, New York, New York 10036, within forty-five (45) days of the date of the interim order granting this Motion (the "Objection Deadline").

7. Without further order of the Court, with the Consent of the First Lien Steering Committee, the Debtors may enter into agreements granting additional adequate assurance to a Utility Provider serving a timely Objection, if the Debtors in their discretion, and with the Consent of the First Lien Steering Committee, determine that the Objection is reasonable.

8. If the Debtors or the First Lien Steering Committee believe that an Objection is unreasonable, or if the Utility Provider filing the Objection (the "Objecting Utility Provider") is unable to reach an agreement with the Debtors, within ten (10) days after the Objection Deadline date the Debtors, the First Lien Steering Committee or the Objecting Utility Provider shall file a motion pursuant to section 366(c)(2) of the Bankruptcy Code (a "Determination Motion"), to be heard at the next scheduled omnibus hearing date, seeking a determination from the Court that the Utility Deposit paid to the Objecting Utility Provider, plus any additional consideration offered by the Debtors, constitute adequate assurance of payment. Pending notice and a hearing on the Determination Motion, the Objecting Utility Provider may not alter, refuse, or discontinue services to the Debtors, nor exercise any set off against Utility Deposit.

9.  Any Utility Provider that fails to make a timely Objection shall be deemed to be satisfied that the Utility Deposit constitutes adequate assurance of payment for purposes of section 366 of the Bankruptcy Code.

10. The Debtors may supplement the lists of Utility Providers on <u>Exhibit A</u> attached hereto.  If the Debtors supplement the lists subsequent to the filing of this Motion, the Debtors will serve a copy of the Motion and this Order on any Utility Provider that is added to the list by such a supplement (the "Supplemental Service").  In addition, the Debtors will provide a Utility Deposit in the amount of 50% of the estimated cost of monthly utility consumption for any Utility Provider added to <u>Exhibit A</u> attached hereto.  Any subsequently added Utility Provider set forth on a supplement to <u>Exhibit A</u> attached hereto will fall within the scope of this Order from the date of the filing of the supplemental <u>Exhibit A</u>.  Such an added Utility Provider shall have thirty (30) days from the date of service of the Motion and the Order to make an Objection.  If such Objection is made, the Debtors, the First Lien Steering Committee and the Utility Provider making the Objection shall be bound by the Procedures set forth herein, as applicable.

Other Provisions

11. The Debtors may terminate the services of any Utility Provider by providing written notice (a "Termination Notice").  Upon receipt of a Termination Notice by a Utility Provider, the Utility Provider shall immediately refund any Utility Deposit to the Debtors, without giving effect to any rights of setoff or any claims the Utility Provider may assert against the Debtors with respect to the Utility Deposit.

12. Nothing in this order shall be deemed to vacate or modify any other restrictions on the termination of service by a Utility Provider as provided by sections 362 and 365 of the

73203-001\DOCS_LA:199699.6

5

Bankruptcy Code or other applicable law.  Nothing herein or in the Motion shall constitute postpetition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code, nor shall anything herein be deemed a waiver by the Debtors or any other party of any rights with respect to the assumption or rejection of an executory contract.

APPROVED AS TO FORM AND CONTENT:
DATED this 17th day of April 2009.

By:/s/Kirby C. Gruchow, Jr.
LEACH JOHNSON SONG & GRUCHOW
5495 South Rainbow Blvd., Ste. 202
Las Vegas, NV 89118
*Counsel for Nevada Power Company*

By: _____
UNITED STATES TRUSTEE
August Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:
DATED this 17th day of Aril 2009.

By: /s/Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Proposed Attorney for Debtors*

73203-001\DOCS_LA:199699.6

7

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Pinnacle Grading, LLC | Arizona Public Services | 400 N 5th St | Phoenix | AZ | 85072 | 098784289 | Electric | 320 |
| Pinnacle Grading, LLC | City of Flagstaff | 211 W Aspen Ave | Flagstaff | AZ | 86001 | 98406-263290 | Water | 324 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430294936 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430294940 | Water | 19 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430294942 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287152 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287150 | Water | 21 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287148 | Water | 22 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430287146 | Water | 25 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430301632 | Water | 13 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291846 | Water | 29 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291834 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430291832 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430330084 | Water | 12 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430272544 | Water | 44 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430246126 | Water | 12 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430298986 | Water | 11 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430326442 | Water | 15 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430344238 | Water | 84 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430198762 | Water | 102 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430237802 | Water | 34 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430298990 | Water | 12 |
| Rhodes Design & Development Corp. | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430243070 | Water | 38 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430221486 | Water | 41 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430039052 | Water | 3,718 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430052894 | Water | 11,209 |
| Tuscany Golf Country Club | City of Henderson Utility Serv | 240 Water St | Henderson | NV | 89009 | 430108180 | Water | 91 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 69118-37433 | Water | 50 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 69118-37427 | Water | 50 |
| Pinnacle Grading, LLC | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 78216-24221 | Water | 2,848 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 001861008749310 2 | Cable | 30 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 0018610114089901 | Cable | 80 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 114089901 | Cable | 119 |
| Rhodes Design & Development Corp. | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 87493102 | Cable | 51 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702597006334 8 | Telephone | 298 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702873558245 7 | Telephone | 135 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702656360383 5 | Telephone | 41 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 1003326804 | Telephone | 10 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702220795536 9 | Telephone | 199 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702740411188 6 | Telephone | 228 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702873728747 8 | Telephone | 443 |
| Rhodes Design & Development Corp. | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 702895949966 7 | Telephone | 136 |
| Pinnacle Grading, LLC | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 928-565-5003-031407-5 | Telephone | 606 |
| Rhodes Homes Arizona, LLC | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 10508782 | Internet Service | 583 |
| Pinnacle Grading, LLC | NPG Cable | 2585 Miracle Mile #101 | Bullhead City | AZ | 86442 | 02637007 | Cable | 49 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168778 | Electric | 175 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168779 | Electric | 142 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000401 | Electric | 273 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168780 | Electric | 300 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036885 | Electric | 74 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173043 | Electric | 53 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036883 | Electric | 73 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036881 | Electric | 64 |

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036878 | Electric | 113 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2201532 | Electric | 25 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2177473 | Electric | 36 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2201618 | Electric | 27 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2117341 | Electric | 25 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203017 | Electric | 24 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2131839 | Electric | 33 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2198172 | Electric | 39 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2003819 | Electric | 15 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173045 | Electric | 54 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2003699 | Electric | 23 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2197178 | Electric | 22 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 9 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 23 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 39 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203409 | Electric | 15 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 1875032 | Electric | 84 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2211411 | Electric | 30 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203049 | Electric | 75 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2078443 | Electric | 64 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173711 | Electric | 36 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000403 | Electric | 122 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036877 | Electric | 125 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000404 | Electric | 86 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2196836 | Electric | 16 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2157858 | Electric | 279 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2157857 | Electric | 294 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158766 | Electric | 140 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158765 | Electric | 168 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158764 | Electric | 156 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158763 | Electric | 173 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158762 | Electric | 612 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158761 | Electric | 249 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062919 | Electric | 38 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2063073 | Electric | 108 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062906 | Electric | 114 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2171645 | Electric | 16 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2172906 | Electric | 17 |
| Rhodes Design & Development Corp. | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062899 | Electric | 38 |
| Tuscany Golf Country Club | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2012959 | Electric | 2,293 |
| Tuscany Golf Country Club | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2023350 | Electric | 705 |
| Tuscany Golf Country Club | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2086079 | Electric | 442 |
| Tuscany Golf Country Club | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2086080 | Electric | 161 |
| Pinnacle Grading, LLC | Qwest | 313 S Aztec | Golden Valley | AZ | 86413 | 928-556-3132 164B | Telephone | 4,258 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697721 | Gas | 320 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697735 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697740 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7664860 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7706537 | Gas | 37 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7664875 | Gas | 44 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6905206 | Gas | 55 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6905210 | Gas | 51 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705854 | Gas | 65 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7675174 | Gas | 21 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705873 | Gas | 78 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705887 | Gas | 10 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | | Gas | 15 |

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill |
|---|---|---|---|---|---|---|---|---|
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7705892 | Gas | 23 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7545635 | Gas | 19 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6867717 | Gas | 85 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 6867736 | Gas | 26 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7689777 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7789096 | Gas | 27 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7826868 | Gas | 20 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7826938 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7826126 | Gas | 51 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7823791 | Gas | 23 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7262139 | Gas | 31 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7689104 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7697754 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7806598 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7627576 | Gas | 52 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7623561 | Gas | 30 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787423 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787438 | Gas | 80 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7787442 | Gas | 54 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7682183 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7682197 | Gas | 17 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7833379 | Gas | 83 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7106352 | Gas | 36 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7372652 | Gas | 29 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7689123 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7706503 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7690526 | Gas | 13 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7690531 | Gas | 9 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 7379077 | Gas | 10 |
| Rhodes Design & Development Corp. | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 5948225 | Gas | 114 |
| Rhodes Design & Development Corp. | Sprint PCS | 3862 W Sahara | Las Vegas | NV | 89102 | 378959814 | Telephone | 517 |
| Rhodes Design & Development Corp. | Sprint PCS | 3862 W Sahara | Las Vegas | NV | 89102 | 527229818 | Telephone | 7,415 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7340820000 | Gas | 65 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8097620000 | Gas | 61 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7769710000 | Electric | 80 |
| Pinnacle Grading, LLC | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4790120000 | Electric | 77 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services | 1201 S Plaza Way | Flagstaff | AZ | 86001 | Garnet Rd Line Ext. | Electric | 1,520 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 0084810000 | Electric | 112 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 1924810000 | Electric | 4,692 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 2729110000 | Electric | 41 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 3892424945 | Electric | 8 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4028200000 | Electric | 68 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4632700000 | Electric | 57 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 6461320000 | Electric | 527 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8504010000 | Electric | 61 |
| Rhodes Homes Arizona, LLC | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8940000000 | Electric | 108 |

| | |
|---|---|
| Average Monthly Utility Payment | 51,873 |
| Required Deposit at 50% | 25,936 |