James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 30, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **FINAL ORDER GRANTING DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363, 503(B), 1107, AND 1108 AUTHORIZING (I) MAINTENANCE OF CERTAIN EXISTING BANK ACCOUNTS, (II) CONTINUED USE OF CERTAIN EXISTING BUSINESS FORMS, (III) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (IV) PROVIDING ADMINISTRATIVE PRIORITY STATUS TO POSTPETITION INTERCOMPANY CLAIMS, AND (V) WAIVER OF SECTION 345(b) DEPOSIT AND INVESTMENT REQUIREMENTS,** was entered on April 30, 2009. A copy of the Order is attached hereto.

**DATED** this 30th day of April, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

Entered on Docket
April 30, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

73203-001\DOCS_LA:201138.3                1

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>DATE: April 28, 2009<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 1 |

**FINAL ORDER GRANTING DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363, 503(b), 1107 AND 1108 AUTHORIZING (I) MAINTENANCE OF CERTAIN EXISTING BANK ACCOUNTS, (II) CONTINUED USE OF CERTAIN EXISTING BUSINESS FORMS, (III) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (IV) PROVIDING ADMINISTRATIVE PRIORITY STATUS TO POSTPETITION INTERCOMPANY CLAIMS, AND (V) WAIVER OF SECTION 345(b) DEPOSIT AND INVESTMENT REQUIREMENTS**

Upon consideration of the motion (the "Motion")[2] filed by the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases seeking entry of an Order under sections 105, 363, 364, 503(b), 1107 and 1108 of title 11 of the United States Code (the "Bankruptcy Code") (i) authorizing the Debtors to maintain existing bank accounts, (ii) authorizing the Debtors to continue use of existing business forms, (iii) authorizing the Debtors to continue use of the existing Cash Management System, (iv) providing administrative expense priority for postpetition intercompany claims, and (v) granting an interim and final waiver of the deposit and investment requirements under 11 U.S.C. § 345(b); and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] Unless otherwise noted, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

73203-001\DOCS_LA:201138.3                2

1  Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that
2  this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O); and the *Second*
3  *Interim Order Granting Debtors' Motion for Order Under 11 U.S.C. 105, 363, 503(b), 1107 and*
4  *1108 Authorizing (I) Maintenance of Certain Existing Bank Accounts, (II) Continued Use of Certain*
5  *Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Providing*
6  *Administrative Priority Status to Postpetition Intercompany Claims, and (V) Waiver of Section*
7  *345(b) Deposit and Investment Requirements* [Docket 78] having been entered; and the *Order*
8  *Granting Debtors' Motion For Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 And 1108*
9  *Authorizing (I) Maintenance Of Certain Existing Bank Accounts, (II) Continued Use Of Existing*
10 *Business Forms, (III) Continued Use Of Existing Cash Management System, (IV) Providing*
11 *Administrative Priority Status to Postpetition Intercompany Claims, and (V) Waiver of Section*
12 *345(b) Deposit and Investment Requirements* [Docket No. 127] having been entered; and the petty
13 cash accounts of Rhodes Homes Arizona, LLC (account number ending in 2046) and Pinnacle
14 Grading, LLC (account number ending in 4517) having been closed; and the Debtors having
15 withdrawn their prayer to provide administrative expense priority for postpetition Intercompany
16 Transfers; and due and adequate notice of the Motion having been given under the circumstances;
17 and after due deliberation and cause appearing therefor; it is hereby
18      ORDERED that the Motion is granted as provided herein; and it is further
19      ORDERED that the Debtors are authorized, but not directed, in the reasonable exercise of
20 their business judgment, to (i) designate, maintain, and continue to use, with the same account
21 numbers, the Core Accounts in existence on the Petition Date, as identified on Exhibit 1 attached
22 hereto; and (ii) treat the Core Accounts for all purposes as accounts of the Debtors as "Debtors in
23 Possession;" and it is further
24      ORDERED that Mutual of Omaha Bank (the "Bank") is hereby authorized to continue to
25 service and administer each of the Core Accounts as an account of the Debtors as debtors in
26 possession without interruption and in the usual and ordinary course of business, and to receive,
27 process, honor and pay any and all checks and drafts drawn on the Core Accounts after the Petition
28 Date by the holders or makers thereof, as the case may be; *provided, however,* that any check that

LARSON & STEVENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NEVADA 89101

73203-001\DOCS_LA:201138.3                    3

1  the Debtors advise the Bank to have been drawn or issued by the Debtors before the Petition Date
2  may be honored by the Bank only if specifically authorized by order of this Court; and it is further
3  ORDERED that (i) certain existing arrangements between the Debtors and the Bank with
4  respect to the Core Accounts and with respect to the transfers to and from the Core Accounts shall
5  continue to govern the postpetition cash management relationship between the Debtors and the
6  Bank; (ii) the Debtors and the Bank may, without further order of this Court, agree to and implement
7  changes to the Cash Management System and procedures in the ordinary course of business,
8  including, without limitation, the opening and closing of bank accounts, with advance notice of 5
9  business days to the United States Trustee, counsel to the First Lien Steering Committee, counsel to
10 the First Lien Agent and counsel to any official committee appointed in these cases; and (iii) in the
11 course of providing cash management services to the Debtors, the Bank is authorized, without
12 further Order of this Court, to continue to deduct from the appropriate accounts of the Debtors, the
13 Bank's customary fees and expenses associated with the nature of the deposit and cash management
14 services rendered to the Debtors; and is further
15 ORDERED that the Bank shall implement reasonable handling procedures designed to
16 effectuate the terms of this Order, and if the Bank implements such handling procedures and then
17 honors a prepetition check or other item drawn on any account that is the subject of this Order either
18 (i) at the direction of the Debtors to honor such prepetition check or item, (ii) in good faith belief that
19 the Court has authorized such prepetition check or item to be honored, or (iii) as a result of an
20 innocent mistake made despite implementation of such handling procedures, shall not be deemed in
21 violation of this Order; and it is further
22 ORDERED that the Debtors may continue to fund their businesses and operations through
23 the Core Accounts; and it is further
24 ORDERED that the Debtors may, in their sole discretion, pay prepetition banking fees owed
25 to the Bank; and it is further
26 ORDERED that the Debtors shall maintain detailed records reflecting all transfers of funds
27 under the terms and conditions provided for by the existing agreements with the institutions
28 participating in the Debtors' Cash Management System. In connection with the ongoing utilization

LARSON & STEVENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NEVADA 89101

73203-001\DOCS_LA:201138.3                               4

1  of their Cash Management System, the Debtors shall continue to maintain detailed records with
2  respect to all transfers of cash so that all transactions may be readily ascertained, traced and recorded
3  properly on the applicable accounts; and it is further

4  ORDERED that nothing contained herein shall prevent the Debtors from opening any new
5  bank accounts or closing any existing bank accounts as they may deem necessary and appropriate,
6  with advance notice of 5 business days to the United States Trustee, counsel to the First Lien
7  Steering Committee, counsel to the First Lien Agent and counsel to any official committee appointed
8  in these cases; *provided, however*, that any new account shall be with a bank that is insured by the
9  Federal Deposit Insurance Corporation and organized under the laws of the United States or any
10 state therein and is an approved depository in Region 17; and it is further

11 ORDERED that the Debtors are authorized to continue using all existing business forms
12 without placing the label "debtor in possession" on each such form; provided that the Debtors shall
13 add such designation to any new business forms that they order; and it is further

14 ORDERED that the Debtors are authorized to continue utilizing their Cash Management
15 System to manage the Debtors' cash, in a manner consistent with the Debtors' prepetition practice;
16 and it is further

17 ORDERED that the authority and approvals granted by the terms of this Order to the
18 Debtors, including with respect to the opening and closing of Bank Accounts and continuation of
19 their Cash Management System, shall be in all respects subject to any requirements imposed on the
20 Debtors under any approved order regarding the use of cash collateral; and it is further

21 ORDERED that the Debtors shall cause a copy of this Order to be served on the Bank within
22 five (5) business days of the date hereof; and it is further

23 ORDERED that having deposited its funds with the Bank, which is an approved depository
24 in Region 17, the Debtors have complied with section 345 of the Bankruptcy Code; and it is further

25 ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising
26 from the implementation of this Order.

27
28

1  DATED this 27th day of April, 2009.

2  APPROVED AS TO FORM AND CONTENT:

3  By: /s/Brett Axelrod
4  GREENBERG TRAURIG                                  By: [signature]
   Brett Axelrod                                      UNITED STATES TRUSTEE
5  3773 Howard Hughes Parkway                         August Landis
   Suite 400 North                                    Office of the United States Trustee
6  Las Vegas, NV  89169                               300 Las Vegas Blvd. S., Ste. 4300
   *Counsel for Sagebrush Enterprises Inc.*           Las Vegas, NV  89101
7

8  By: /s/Philip C. Dublin
   AKIN GUMP STRAUSS HAUER & FELD
9  LLP
   Ira S. Dizengoff (NY Bar No. 2565687)
10 Philip C. Dublin (NY Bar No. 2959344)
   Abid Qureshi (NY Bar No. 268437)
11 One Bryant Park
   New York, NY  10036
12 *Counsel for the First Lien Steering Committee*

13

14 Submitted by:
   LARSON & STEPHENS
15

16 By:  /s/ Zachariah Larson
   Zachariah Larson, Esq. (NV Bar No 7787)
17 Kyle O. Stephens, Esq. (NV Bar No. 7928)
   810 S. Casino Center Blvd., Ste. 104
18 Las Vegas, NV  89101
   (702) 382-1170 (Telephone)
19 (702) 382-1169

20   *Proposed Attorney for Debtors*

21

22

23

24

25

26

27

28

Larson & Stevens
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

# EXHIBIT 1

## Bank Account List

### Core Accounts

| Description | Bank | Account Number Ending In | Address |
|---|---|---|---|
| CNJ Payroll | Mutual of Omaha Bank | 1054 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Heritage Land Operating | Mutual of Omaha Bank | 2151 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Heritage Custody | Mutual of Omaha Bank | 1006 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| The Rhodes Co Operating | Mutual of Omaha Bank | 2186 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Design Flex Spending | Mutual of Omaha Bank | 1354 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Design Payroll | Mutual of Omaha Bank | 1038 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Realty Commission | Mutual of Omaha Bank | 0996 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Realty Payroll | Mutual of Omaha Bank | 1003 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Ranch GP Operating | Mutual of Omaha Bank | 2178 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Arizona Properties Operating | Mutual of Omaha Bank | 4533 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Homes Arizona Operating | Mutual of Omaha Bank | 4541 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Homes AZ Payroll | Mutual of Omaha Bank | 2054 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle Operating | Mutual of Omaha Bank | 2062 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle Payroll | Mutual of Omaha Bank | 2070 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Apache Framing LLC Operating | Mutual of Omaha Bank | 0714 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tribes Holdings LLC Operating | Mutual of Omaha Bank | 0706 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tuscany Golf Course Operating | Mutual of Omaha Bank | 2089 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Tuscany Golf Course Payroll | Mutual of Omaha Bank | 2097 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |

### Closed Accounts

| Description | Bank | Account Number Ending In | Address |
|---|---|---|---|
| Heritage Investment | Merrill Lynch | 7087 | 253 Post Road West, Westport, CT 06880 |
| Heritage Investment | Merrill Lynch | 7068 | 253 Post Road West, Westport, CT 06880 |
| Heritage Investment | Merrill Lynch | 7091 | 253 Post Road West, Westport, CT 06880 |
| Rhodes Realty Operating | Mutual of Omaha Bank | 1011 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Pinnacle | Mission Bank | 3843 | 2439 Hualapai Mountain Road, Kingman, AZ 86401 |
| Pinnacle | Mission Bank | 4494 | 2439 Hualapai Mountain Road, Kingman, AZ 86401 |
| Pinnacle Impress | Wells Fargo | 9350 | 330 E. Beale St., Kingman, AZ 86401 |
| Pinnacle Payroll | Wells Fargo | 9343 | 330 E. Beale St., Kingman, AZ 86401 |
| Pinnacle Operating | Wells Fargo | 9335 | 330 E. Beale St., Kingman, AZ 86401 |
| Pinnacle Petty Cash | Mutual of Omaha Bank | 4517 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Bravo Inc Operating | Community Bank of Nevada | 2903 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Bravo Inc Payroll | Community Bank of Nevada | 5473 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Arapahoe Cleaning LLC Operating | Community Bank of Nevada | 4965 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Arapahoe Cleaning LLC Payroll | Community Bank of Nevada | 4957 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Gung Ho Concrete LLC Operating | Community Bank of Nevada | 5007 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Gung Ho Concrete LLC Payroll | Community Bank of Nevada | 5015 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Operating | Community Bank of Nevada | 6283 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Payroll | Community Bank of Nevada | 6291 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Apache Framing LLC Payroll | Mutual of Omaha Bank | 0722 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Geronimo Plumbing LLC Operating | Community Bank of Nevada | 4973 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Geronimo Plumbing LLC Payroll | Community Bank of Nevada | 4981 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Tribes Holdings LLC Operating | Community Bank of Nevada | 5058 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Tribes Holdings LLC Payroll | Community Bank of Nevada | 5066 | 8945 West Russell Road, Las Vegas, NV 89148 |
| Rhodes Ranch Golf Country Club Operating | Mutual of Omaha Bank | 2011 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Ranch Golf Country Club Payroll | Mutual of Omaha Bank | 2038 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| Rhodes Design Flex Spending | Wells Fargo | 1963 | 330 E. Beale St., Kingman, AZ 86401 |
| Rhodes Homes AZ Petty Cash | Mutual of Omaha Bank | 2046 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |
| WAZUU Design | Mutual of Omaha Bank | 8041 | 17600 N. Perimeter Drive, Scottsdale, AZ 85255 |