# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–14814–lbr</u>
**Chapter 11**

In re:
    THE RHODES COMPANIES, LLC

Hearing Date: N/A
Hearing Time: N/A

## NOTIFICATION OF VERIFIED PETITION REQUIREMENT LOCAL RULE IA 10–2

TO: JAMES I. STANG, ESQ.

On 5/5/2009, the following document was filed: NOTICE OF APPEARANCE AND REQUEST (Document # 134). In accordance with Local Rule IA 10–2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have ten (10) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition along with the required $175.00. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 5/6/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court