NILE LEATHAM, ESQ.  
Nevada Bar No. 002838  
TIMOTHY P. THOMAS, ESQ.  
Nevada Bar No. 005148  
**KOLESAR & LEATHAM, CHTD.**  
3320 W. Sahara Avenue, Suite 380  
Las Vegas, Nevada 89102  
Telephone: (702) 362-7800  
Facsimile: (702) 362-9472  
E-Mail: nleatham@klnevada.com  
         tthomas@klnevada.com  

ELECTRONICALLY FILE: MAY 6, 2009

Attorneys for Creditor  
STEERING COMMITTEE OF SENIOR SECURED LENDERS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ The Following Debtor(s): | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>DATE: May 15, 2009<br>TIME: 9:30 A.M. |

**<u>NOTICE TO VACATE HEARING ON MOTION ON SHORTENED NOTICE OF THE FIRST LIEN STEERING COMMITTEE FOR AN ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE PURSUANT TO 11 U.S.C. §1104(A), OR IN THE ALTERNATIVE, DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §1112(b)</u>**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

520186.doc (7540-1)                                    - 1 -

1    **PLEASE TAKE NOTICE** that the First Lien Steering Committee hereby vacates the
2    hearing on the Motion for an Order Directing The Appointment of a Trustee Pursuant to 11
3    U.S.C. §1104(A), or in the Alternative, Dismissing the Debtors' Chapter 11 Cases Pursuant to 11
4    U.S.C. §1112(b), set on an Order Shortening Time for May 15, 2009, at 9:30 a.m.
5    DATED this 6th day of May 2009.

KOLESAR & LEATHAM, CHTD.

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
TIMOTHY P. THOMAS, ESQ.
Nevada Bar No. 005148
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Creditor
STEERING COMMITTEE OF SENIOR
SECURED LENDERS

520186.doc (7540-1)

- 2 -