# EXHIBIT A

| Name | Address | Services Provided | Estimated Amount Paid Monthly |
|---|---|---|---|
| Reeves, Evans, McBride & Zhang, LLP | 2285 Renaissance Drive, Las Vegas, NV 8919 | Tax Preparation and Accounting Services | $ 20,000 |
| La Jolla Pacific | 9571 Irvine Center Drive, Irvine CA 92618 | Home inspectors (required by insurers) | $ 10,000 |
| Santoro, Driggs, Walch, Kearney, Holley & Thompson | 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101 | Legal - litigation | $ 2,000 |
| Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake | 7575 Vegas Drive, Suite 150, Las Vegas, NV 89128 | Legal - litigation | $ 2,000 |
| Craig D. Guenther, P.C. | 3037 Warm Springs Rd. Suite 100 Las Vegas, NV 89120 | Legal - labor and commercial | $ 10,000 |
| Cooskey, Toolen, Gage, Duffy & Woog | 535 Anton Boulevard, 10th Floor, Costa Mesa, CA 92626 | Legal - litigation | $ 2,000 |
| | | Estimated Monthly Total for Ordinary Course Professionals: | $ 46,000 |

73203-001\DOCS_LA:199677v1