DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
WILLIAMS & WIESE
612 South Tenth Street
Las Vegas, Nevada 89101
donaldhwilliamslaw@gmail.com
*Attorney for Claimant Westar Kitchen & Bath, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In RE:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al."<br><br>　　　Debtors. | ) CASE NO.: BK-S-09-14814-LBR<br>) (Jointly Administered)<br>)<br>) Chapter 111<br>)<br>)<br>) |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL FILED PLANS AND/OR DISCLOSURE STATEMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULES 9010(b), 2002 AND 3017(a)

COMES NOW DONALD H. WILLIAMS, ESQ. of the law firm of WILLIAMS & WIESE as counsel for Claimant WESTAR KITCHEN & BATH, LLC and hereby enters their appearance on the record in relation to the above entitled Bankruptcy proceedings, pursuant to United State Bankruptcy Rules 9010(b), 2002 and 3017(a). Counsel for Claimant hereby requests special notice of any and all hearings, actions, contested matters, and/or adversary proceedings in this bankruptcy case, together with any and all copies of notices, pleadings, motions, responses, and/or other related materials and/or matters that are issued and/or filed in connection with these Bankruptcy proceedings by the Court, the Debtor, and/or any and all other parties in interest, including copies of any and all plans of reorganization and/or disclosure statements. Any and all notices, pleadings, motions, responses, and/or other elated materials and/or copies in response to the foregoing; and pursuant to Bankruptcy Rule 2002, any and all notices required to be mailed to the Claimant

///

///

pursuant to Bankruptcy Rule 2002, should be directed to:

Donald H. Williams, Esq.<br>
WILLIAMS & WIESE<br>
612 South Tenth Street<br>
Las Vegas, Nevada 89101<br>
Tel: (702) 320-7755<br>
Fax: (702) 320-7760<br>
DonaldHWilliamsLaw@gmail.com

Neither this notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions, nor any other writing and/or conduct shall: (i) expressly or impliedly designate the undersigned as the agent for service of process on the Claimants, or: (ii) constitute a waiver of any of the following rights of the Claimants:

(a) The right to have any and all final orders in any and all non-core matters entered only after de novo review by the United States District Court for the District of Nevada;

(b) The right to trial by jury in any and all proceedings as to any and all matters so triable herein, whether or not the same have been designated legal or private rights, or in any case, controversy or proceedings related hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to Title 28, United States Code, Section 157(b)(2)(H), and whether such jury trial right is pursuant to any applicable statute or is pursuant to the United States Constitution;

(c) The right to have the reference of this matter withdrawn by the United States District Court for the District of Nevada in any matter and/or proceeding subject to only to mandatory or discretionary withdrawal; and

(d) All other rights, claims, interests, actions, defenses, setoffs, recoupments, and/or other matters to which this party is entitled to under any agreements, or at law or in equity, or under the Untied States Constitution or any applicable statutes.

All of the above rights are expressly reserved and preserved on behalf of the Claimant without exception, and with no purpose of confessing or conceding jurisdiction in any way

///

by this filing or by any other participation in the above-captioned Bankruptcy case and/or any ancillary proceedings.

DATED this ___ day of May, 2009.

WILLIAMS & WIESE

By: _____
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Claimant Westar Kitchen & Bath, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Law Offices of WILLIAMS & WIESE, and that on the ___ day of May, 2009, I deposited for mailing at Las Vegas, Nevada a true copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL FILED PLANS AND/OR DISCLOSURE STATEMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULES 9010(b), 2002 AND 3017(a)** in the above matter, addressed as follows:

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD 11TH FLOOR
LOS ANGELES, CA 90067

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

3

| | |
|---|---|
| 1 | PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 2 | AKIN GUMP STRAUSS HAUER & FELD |
| 3 | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| 4 | |
| 5 | JANINA GUTHRIE<br>1225 MONTEREY ST. |
| 6 | REDLANDS, CA 92373 |
| 7 | PALECEK<br>PO BOX 225 |
| 8 | RICHMOND, CA 94804 |
| 9 | ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 10 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 11 | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| 12 | |
| 13 | ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 14 | AKIN GUMP STRAUSS H AUER & FELD LLP |
| 15 | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| 16 | |
| 17 | CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 18 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK |
| 19 | NEW YORK, NY 10036 |
| 20 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A. |
| 21 | 1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| 22 | JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC |
| 23 | 10100 SANTA MONICA BLVD #1100<br>LOS ANGELES, CA 90067 |
| 24 | |
| 25 | _[signature]_ |
| 26 | _____<br>Employee of WILLIAMS & WIESE |
| 27 | |
| 28 | |