James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

E-File: May 11, 2009

[Proposed] Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Hearing Date: June 5, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**APPLICATION FOR ORDER UNDER SECTIONS 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SULLIVAN GROUP REAL ESTATE ADVISORS AS MARKET RESEARCH CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

The above-captioned debtors and debtors in possession (the "Debtors") hereby apply for an Order under § 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014, 2016, and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Sullivan Group Real Estate Advisors ("Sullivan") as market research consultant in these chapter 11 cases *nunc pro tunc* to the Petition Date, as defined below (the "Application"). In support of this Application, the Debtors rely on the *Declaration Of Timothy Sullivan In Support of Application For Order Under Section 327(a) Of The Bankruptcy Code Authorizing The Employment And Retention Of Sullivan Group Real Estate Advisors As Market Research Consultant To The Debtors And Debtors In Possession Nunc Pro Tunc To The Petition Date* (the "Sullivan Declaration"), which is being submitted concurrently with the Application. In further support of the Application, the Debtors respectfully represent as follows:

**I.**

**Background**

1. The Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application is properly in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief sought herein are section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a).

2. On March 31, 2009, the above-captioned Debtors (the "Primary Filers") except Tuscany Golf Country Club, LLC, Pinnacle Grading, LLC, and Rhodes Homes Arizona, LLC (the "Secondary Filers") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code. On April 1, 2009, the Secondary Filers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. All references to Petition Date herein shall mean March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable. The Debtors are continuing in possession of their property and are operating and managing their

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy

2  Code.

3      3.      The factual background relating to the Debtors' commencement of these cases is

4  set forth in detail in the *Declaration of James M. Rhodes in Support of First Day Motions*

5  [Heritage docket number 34] filed previously with the Court.

## II.

### Relief Requested

8      By this Application, the Debtors seek to employ and retain Sullivan as their market

9  research consultant in connection with these chapter 11 cases pursuant to Bankruptcy Code §

10  327(a), and Bankruptcy Rules 2014 and 2016, and to obtain approval of the terms under which

11  Sullivan will be compensated pursuant to the terms set forth in this Application, *nunc pro tunc* to

12  the Petition Date.

## III.

### Basis for Relief

15      Under § 327(a) of the Bankruptcy Code, a trustee, debtor in possession and committee

16  appointed under § 1102 of the Bankruptcy Code may employ one or more professionals, that do

17  not hold or represent an interest adverse to the estate and that are disinterested persons, to assist

18  such parties in carrying out their duties under the Bankruptcy Code.

19      Specifically, § 327(a) of the Bankruptcy Code provides that a debtor, subject to Court

20  approval:

21          may employ one or more attorneys, accountants, appraisers,
            auctioneers, or other professional persons, that do not hold or

22          represent an interest adverse to the estate, and that are disinterested
            persons, to represent or assist the [debtor] in carrying out the

23          [debtor's] duties under this title.

24  11 U.S.C. § 327(a).  Bankruptcy Rule 2014 requires that an application for retention include:

25          [S]pecific facts showing the necessity for the employment, the
            name of the [firm] to be employed, the reasons for the selection,

26          the professional services to be rendered, any proposed arrangement
            for compensation, and, to the best of the applicant's knowledge, all

27          of the [firm's] connections with the debtor, creditors, any other
            party in interest, their respective attorneys and accountants, the

28          United States Trustee, or any person employed in the office of the
            United States Trustee.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  Fed. R. Bankr. Proc. 2014.

2      **A.    Engagement Letter**

3          Sullivan began providing services to the Debtors on or about March 31, 2009 pursuant to

4  the engagement letter dated March 31, 2009, (the "Engagement Letter"), a copy of which is

5  attached to the Sullivan Declaration as Exhibit 1.[2]  Pursuant to the Engagement Letter, the

6  Debtors have engaged Sullivan to provide market research services to the Debtors during these

7  chapter 11 cases as further described below.

8      **B.    Qualifications**

9          Sullivan provides in-depth analytical reports and strategic planning services related to

10  existing and proposed residential and commercial development throughout the United States.

11  Sullivan offers a wide range of residential advisory services, allowing its clients – whether

12  lenders, developers, public agencies or homebuilders – to make critical business decisions about

13  land uses, product, pricing and maximizing profitability.  Market analyses include feasibility

14  studies, competitive review, product definition (unit sizes and configuration), economic and

15  demographic trends, definition of amenity programs and buyer profile analysis.  In 2008,

16  Sullivan conducted 280 different market analyses with work taking place in 24 different states

17  and 45 metropolitan areas. Sullivan is headquartered in San Diego, California and specializes in

18  real property located in the southwestern United States, including Las Vegas.

19      **C.    Services To Be Rendered**

20          The Debtors have determined in their business judgment that it is necessary and in the

21  best interests of the Debtors' estates to retain Sullivan as market research consultant effective as

22  of the Petition Date to provide the following services, which Sullivan will perform at the

23  direction and discretion of the Debtors:

24          a.      Conduct market research for purposes of determining the future revenues

25  of the Debtors' over 8,000 homes and lots;

26          b.      Assess the competitive market relative to residential assets;

27

28  [2] The summary descriptions provided herein are qualified in their entirety by the terms of the attached Engagement
     Letter.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1           c.       Estimate absorption rates of lot sales related to residential assets;

2           d.       Determine logical pricing for residential assets;

3           e.       Provide litigation support as needed to the Debtors in connection with

4 residential asset valuation; and

5           f.       Provide other services that the Debtors may request.

6       The Debtors believe, pursuant to their business judgment, that Sullivan is well situated to

7 act as market research consultant in the most efficient and cost-effective manner available to the

8 Debtors, and that its retention of Sullivan as market research consultant will provide efficiency

9 that will directly inure to the benefit of the Debtors' estates and creditors. Sullivan's services are

10 complementary to those of Acceleron Group, LLC ("Acceleron"), which the Debtors are seeking

11 to employ as valuation advisors. As valuation advisors, Acceleron will be performing the

12 valuation modelling. Valuation models consist fundamentally of projecting future revenues and

13 expenses to determine future net cash flows, and discounting the future cash flows to present

14 value. In addition to creating the valuation models themselves, Acceleron also will be projecting

15 the expense side of the projections. Because of its market research and real estate expertise to

16 determine which homes and lots will be built out and sold over what time period and at what

17 price, Sullivan will be projecting the revenue side of the projections. Sullivan's services for the

18 Debtors are essential to the valuation process, which is crucial to providing the financial

19 information and evidence necessary for plan confirmation. As a result, Sullivan's retention by

20 the estates is necessary to enable the Debtors to execute their duties as debtors in possession,

21 including maximizing value to their creditors.

22     **D.**    **Compensation**

23       Sullivan shall apply to this Court for allowance of its compensation, including keeping

24 time records, and reimbursement of reasonable expenses incurred in connection with this

25 engagement, including, without limitation, travel, transportation and lodging expenses, as well as

26 other customary expenditures in accordance with the applicable provisions of the Bankruptcy

27 Code, the Bankruptcy Rules, and the Local Rules and orders of this Court for all services

28 performed and expenses incurred after the Petition Date. Sullivan will charge the Debtors rates

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1  consistent with the rates it charges its clients and in other bankruptcy and non-bankruptcy cases.

2  The hourly rates for the professionals working on these cases is as follows: Principal - $425;

3  Vice President - $225; Senior Analyst - $150; and Analyst - $95.

4      Prior to the Petition Date, Sullivan received a retainer (the "Retainer") in these cases in

5  the amount of $47,500. During the twelve months prior to the Petition Date, Sullivan received

6  $72,179[3] from the Debtors, including the Retainer. The Debtors do not owe Sullivan any monies

7  as of the Petition Date. Sullivan is currently holding a Retainer in the amount of $47,500.

8      Sullivan will file monthly and quarterly fee applications pursuant to any orders of the

9  Court approving procedures for interim compensation, and shall file a final fee application as

10 required by the Local Rules and orders of this Court. The Debtors and Sullivan understand that

11 the Office of the United States Trustee shall retain the right to object to Sullivan's interim and

12 final fee applications.

13      **E.    Conflicts**

14      To the best of the Debtors' knowledge, and except as disclosed in the Sullivan

15 Declaration filed in support of this Application, Sullivan has no connection or relationship with

16 any employee at the Office of the U.S. Trustee.

17      To the best of the Debtors' knowledge, except as otherwise disclosed in the Sullivan

18 Declaration, Sullivan has not represented the Debtors' creditors, equity security holders, or any

19 other parties in interest, or their respective attorneys, in any matter relating to the Debtors or their

20 estates.

21      To the best of the Debtors' knowledge and based upon the Sullivan Declaration, neither

22 Sullivan nor any of its partners or other professionals is a creditor, equity security holder, or an

23 "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

24      To the best of the Debtors' knowledge and based upon the Sullivan Declaration, neither

25 Sullivan nor any of its partners or other professionals is or was, within two years before the date

26 of the filing of the petition, a director, officer, or employee of the Debtors.

27

28  [3]  Sullivan performed prepetition market research consulting unrelated to this engagement for The Rhodes
        Companies, LLC and Rhodes Homes Arizona, LLC.

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1   To the best of the Debtors' knowledge and based upon the Sullivan Declaration, neither

2 Sullivan nor any of its partners or other professionals has any interest materially adverse to the

3 interest of the estates or of any class of creditors or equity security holders, by reason of any

4 direct or indirect relationship to, connection with, or interest in, the Debtors or for any other

5 reason. Accordingly, Sullivan and its partners and other professionals are "disinterested

6 persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.

7   Due to the nature of the services to be performed and the qualifications of Sullivan, the

8 Debtors believe that it is appropriate and in the best interest of the estates that the Court approve

9 Sullivan's employment as set forth in this Application.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1    WHEREFORE, based on the facts and disclosures above, the Debtors respectfully

2 request: (i) the authority to employ and retain Sullivan as its market research consultant *nunc*

3 *pro tunc* to the Petition Date, (ii) that the Court approve the terms of employment set forth in this

4 Application, pursuant to the provisions of Bankruptcy Code § 327(a) and Bankruptcy Rule 2014,

5 and (iii) that the Court grant such other and further relief as is just and proper.

6

7 Dated:  May 11, 2009                    By: _____

8                                                      Joseph Schramm

9                                                      Authorized Agent

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169