James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: May 11, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[4]<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: June 5, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

---

[4] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:201470.4                    9

# DECLARATION OF TIMOTHY SULLIVAN IN SUPPORT OF APPLICATION FOR ORDER UNDER SECTIONS 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SULLIVAN GROUP REAL ESTATE ADVISORS AS MARKET RESEARCH CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

I, Timothy Sullivan, declare as follows:

1. I am a founder and Principal of Sullivan Group Real Estate Advisors ("Sullivan"). This Declaration is submitted in support of the *Application For Order Under Section 327(a) Of The Bankruptcy Code Authorizing The Employment And Retention Of Sullivan Group Real Estate Advisors As Market research Consultant To The Debtors And Debtors In Possession Nunc Pro Tunc To The Petition Date* (the "Application"), which is being submitted concurrently herewith.

2. Sullivan provides in-depth analytical reports and strategic planning services related to existing and proposed residential and commercial development throughout the United States. Sullivan offers a wide range of residential advisory services, allowing its clients – whether lenders, developers, public agencies or homebuilders – to make critical business decisions about land uses, product, pricing and maximizing profitability. Market analyses include feasibility studies, competitive review, product definition (unit sizes and configuration), economic and demographic trends, definition of amenity programs and buyer profile analysis. In 2008, Sullivan conducted 280 different market analyses with work taking place in 24 different states and 45 metropolitan areas. Sullivan is headquartered in San Diego, California and specializes in real property located in the southwestern United States, including Las Vegas.

3. Sullivan was employed by the above-captioned debtors and debtors in possession (the "Debtors") pursuant to an engagement letter dated March 31, 2009 (as attached hereto as Exhibit 1, the "Engagement Letter"). The backgrounds of the professionals at Sullivan that will provide services in these cases are attached to this Application as Exhibit 2.

4. Neither I, Sullivan, nor any partner, of counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the creditors or equity security holders of the above-captioned debtors (collectively, the "Debtors"), or any other parties in interest, or

their respective attorneys, in any matter relating to the Debtors or their estates, except as set forth below.

5. In March/April, 2008 Sullivan conducted market research to provide revenue inputs to the Matlin Patterson Group in order to assist in acquisition decisions regarding a portfolio of assets owned by Standard Pacific Homes.

6. In March/April, 2008, Sullivan conducted market research for Morgan Stanley regarding properties located in Las Vegas.

7. In April, 2007, Sullivan performed a competitive housing market analysis for Wells Fargo Homebuilder Finance regarding properties located in Fontana, California.

8. Sullivan is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that Sullivan, its partners and other professionals:

- are not creditors, equity security holders or insiders of the Debtors;
- are not and were not, within 2 years before the date of the filing of the petitions, a director, officer or employee of the Debtors; and
- do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9. Sullivan and certain of its partners and other professionals may have in the past represented, and may currently represent and likely in the future will represent creditors of the Debtors in connection with matters unrelated to the Debtors and these cases. At this time, Sullivan is not aware of such representations. Sullivan will be in a position to identify with specificity any such persons or entities when lists of all creditors of the Debtors have been reviewed and will make any further disclosures as may be appropriate at that time.

10. The undersigned is not aware of any relationship as a "relative" with any U.S. Bankruptcy Judge in this District or with the United States Trustee for Region 17 that would be subject to the requirements of Bankruptcy Rule 5002(b).

1       11.    Sullivan began providing services to the Debtors on March 31, 2009 pursuant to the Engagement Letter.

        12.    Sullivan intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the District of Nevada and this Court's Orders, based upon its normal and usual billing rates. Sullivan will charge the Debtors rates consistent with the rates it charges its other clients and in other bankruptcy and non-bankruptcy cases.

        13.    The hourly rates for the professionals working on these cases is as follows: Principal - $425; Vice President - $225; Senior Analyst - $150; and Analyst - $95. Sullivan will also receive reimbursement of reasonable expenses incurred in connection with this engagement, including, without limitation, travel, transportation and lodging expenses, as well as other customary expenditures in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and orders of this Court for all services performed and expenses incurred after the Petition Date. Sullivan will charge the Debtors for these expenses in a manner and at rates consistent with those it generally charges its other clients; provided, however, Sullivan will comply with the guidelines for charging bankruptcy estates for such expenses that are applicable in this District.

        14.    Prior to the Petition Date, Sullivan received a retainer (the "Retainer") in these cases in the amount of $47,500. During the twelve months prior to the Petition Date, Sullivan received $72,179 from the Debtors, including the Retainer. Sullivan performed prepetition market research consulting unrelated to this engagement for The Rhodes Companies, LLC and Rhodes Homes Arizona, LLC. The Debtors do not owe Sullivan any monies as of the Petition Date. Sullivan is currently holding a Retainer in the amount of $47,500.

        15.    It is contemplated that Sullivan will seek interim compensation during the cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. Sullivan understands that its compensation in these cases is subject to the prior approval of this

Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 8th day of May, 2009, in San Diego, California.

_____
Timothy Sullivan

Exhibit "1"

March 31, 2009

Mr. Joe Schramm
Chief Financial Officer
**RHODES HOMES**
4730 S. Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

**CONFIDENTIAL**

<u>Subject: Proposal for Professional Real Estate Opinions and Expert Witness Support</u>

Dear Mr. Schramm:

The Sullivan Group is pleased to be retained by Rhodes Homes to assist you with research tasks related to potential litigation associated with selected Rhodes Homes Assets as outlined in Exhibit A of this proposal. The retaining attorneys include Pachulski Stang Ziehl & Jones, LLP and Greenberg Traurig, LLP

The purpose of this letter is to establish our agreement is to conduct historical market research as needed. This letter contains the Scope of Work, Deliverables, Engagement Team, Fees, and Limiting Conditions to conduct this analysis.

**I.     BACKGROUND AND SCOPE OF WORK**

As we understand it, you may be involved in litigation regarding the value of remaining Rhodes Homes assets throughout the Las Vegas metropolitan area and in Arizona's Golden Valley near Kingman. The assets (listed in Exhibit A of this proposal) include single family detached lots, multi-family property and custom home sites. As we understand it, the existing and future assets represent approximately 8,100 closings.

Sullivan Group understands that Rhodes Homes will ask us to require and documents necessary and to investigate, research and identify facts, customs and practices necessary to support testimony.

**II.     SCOPE OF WORK**

As we understand the Scope today, we will assess the competitive market relative to each asset. While the Scope may evolve, the following represents a general summary of tasks.

> **Task 1: Material Review and Site Analysis**
>
> *Objective: to understand the development potential of the subject property and its impact on the greater regional market.*
>
> - Site Visit
> - Locational Analysis
> - Access and Regional Position
> - Quality of Surrounding Development



Mr. Mr. Joe Schramm
**RHODES HOMES**
March 31, 2009
Page 2

### Task 2: Product Program Recommendations

*Objective:* to provide recommendations regarding appropriate product and price points, and an estimated absorption rate.

- Recommend Logical Pricing
- Absorption Estimate

We will also complete additional tasks related to expert witness testimony as needed. Those tasks will include:

- Documentation of market findings as needed.
- Support valuation efforts with other experts and/or appraiser
- Preparation of court documents
- Deposition hearings
- Expert witness testimony

Expert witness testimony and assignments will relate to appropriate market and revenue factors associated with each asset and other tasks as proposed.

We understand that Rhodes Homes will engage an expert in development costs. Sullivan Group will support that effort as necessary with appropriate project revenue and sales pace inputs.

### II.   PROJECT TEAM

Sullivan Group Real Estate Advisors will provide the services described above. **Sullivan Group is the leader in strategic research and market feasibility for the real estate industry.** Our clients include a wide variety of public agencies, builders, developers and financing sources.

**Tim Sullivan**, President, will serve as Expert Witness. Mr. Sullivan is an expert in residential feasibility studies, strategic planning and product development and has completed numerous studies in his 25+ years of experience in the Real Estate Industry.

Other specialists are also available from Sullivan Group as additional support is required.



Mr. Mr. Joe Schramm
**RHODES HOMES**
March 31, 2009
Page 3

### III.    FEES

We will bill on a time and expenses basis as follows.

| | |
|---|---|
| Principal | $425 |
| Vice President | $225 |
| Senior Analyst | $150 |
| Analyst | $95 |
| Administrative | $40 |

We will also be reimbursed for expenses, including travel time and information/data costs. An overhead factor of 3% of the fees will be added to offset non-itemizable expenses.

We require a retainer of $47,500 to begin our analysis. We will commence work when the retainer is paid. We will also bill you in two-week increments once the engagement initiates. If an outstanding invoice is not paid within two weeks of its date of issuance, we will stop work until payment is brought current.

We will issue any final reports (as necessary) only after all outstanding fees and expenses have been paid. Any fee amount unpaid 30 days after the invoice date will be assessed a monthly service charge of 1.5%.

**The timing and fees related to this proposal are valid for 7 days from the date of this document and are subject to change any time thereafter.**

The draft and final copies of any support documents will be distributed electronically. If you request, two hard copies of the final report will be included with this fee. Additional hard copies of the final report are available at a charge of $100 per copy. A separate agreement will be required for any work requested outside the scope of this proposal.

### IV.    TIMING

We will require at least 45 to 60 days to assemble documentation or market data necessary to support testimony. We will work with you to accommodate timeframes required for testimony.



Mr. Mr. Joe Schramm
**RHODES HOMES**
March 31, 2009
Page 4

### VI.    LIMITING CONDITIONS

This letter sets forth our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide. Rhodes Homes is responsible for representations about project plans and expectations and for disclosure of significant information that might affect the ultimate realization of the projected results. There will usually be differences between projected and actual results because events and circumstances frequently do not occur as expected, and the differences may be material. Any reports or support documents provided will contain a statement to that effect. We have no responsibility to update any support documentation for events and circumstances occurring after the date of that documentation. Payment of our fees and expenses is not contingent upon any factor other than our providing services outlined in this letter.

\*    \*    \*    \*

We appreciate the opportunity to be of service. If you have any questions, I can be reached at t.sullivan@sgrea.com or at 858.523.1443 x 152.

Sincerely,

Timothy P. Sullivan
President



Mr. Mr. Joe Schramm
**RHODES HOMES**
March 31, 2009
Page 5

**TO INITIATE WORK PLEASE REMIT A RETAINER CHECK IN THE AMOUNT OF $47,500 MADE PAYABLE TO** *THE SULLIVAN GROUP, LLC.*  **SEND DEPOSIT ALONG WITH EXECUTED PROPOSAL TO ADDRESS BELOW:**

**THE SULLIVAN GROUP, LLC**
**12555 HIGH BLUFF DRIVE, SUITE 210**
**SAN DIEGO, CA  92130**

Acceptance: **RHODES HOMES**

Signature: *[signature]*

Title: CFO

Date: 3/31/09

Unless informed to the contrary, invoices and reports will be sent to the attention of the individual who executed this agreement. If the billing or mail contact should differ from the contact signing above, please complete the following.

Name: _____

Title: _____

Invoicing Address: _____
_____

E-mail Address: _____

[LV103-09]

EXHIBIT A

**Rhodes Homes**
**Asset Summary**

| Project | Master Comm. | Parcel | Lot Size | Phase | Backlog / Sold UC | Backlog / Sold Fin. Lots | Unsold Specs | Unsold Models | Unsold Lots | Future Closings Total |
|---|---|---|---|---|---|---|---|---|---|---|
| GV-RH-Models | GV | RH | SF | Active | - | - | - | 4 | - | 4 |
| GV-RH-Rancheros | GV | RH | SF | Active | 3 | - | 6 | - | - | 9 |
| RR-10B-Irons | RR | 10B | SF | 45x100 Active | 9 | 3 | - | - | 6 | 18 |
| RR-11B-New Product | RR | 11B | SF | 35x93 Active | 19 | 20 | - | - | 28 | 67 |
| RR-11B-Pacific Mist | RR | 11B | SF | 35x90 Active | 6 | - | - | 1 | 4 | 11 |
| RR-12-Collections 40 | RR | 12 | SF | 40x100 Active | - | - | 1 | - | 13 | 14 |
| RR-12-Collections 45 | RR | 12 | SF | 45x100 Active | 23 | - | 2 | 1 | - | 26 |
| RR-12-Collections 50 | RR | 12 | SF | 50x100 Active | 1 | - | - | - | - | 1 |
| RR-14-Palms Bay | RR | 14 | SF | 35x90 Active | 2 | - | 3 | - | 7 | 12 |
| RR-20A-Majors | RR | 20A | SF | 45x100 Active | 4 | - | 6 | - | 41 | 51 |
| RR-20B-Fairways | RR | 20B | SF | 40x100 Active | 4 | - | 5 | 1 | 154 | 164 |
| SH-5A-Spanish Hills | SH | 5A | SF | custom Active | - | - | - | - | 4 | 4 |
| SH-MF-X-It | SH | MF | MF | MF Active | 1 | - | - | - | - | 1 |
| SW-11-West 57th | SW | 11 | SF | 35x93 Active | - | - | - | - | 21 | 21 |
| TS-12-Zanetti | TS | 12 | SF | 50x100 Active | 4 | 2 | - | - | 5 | 11 |
| TS-15-Fiori | TS | 15 | MF | MF Active | - | - | 1 | 4 | 27 | 32 |
| TS-16-Melani | TS | 16 | SF | 60x100 Active | 3 | - | 2 | 2 | 20 | 27 |
| TS-16-Pesaro | TS | 16 | SF | 60x100 Active | 1 | - | - | - | 28 | 29 |
| TS-17-Pesaro | TS | 17 | SF | Active | - | - | - | 3 | - | 3 |
| TS-18-Terrazzo | TS | 18 | SF | 50x100 Active | - | - | 9 | - | 106 | 115 |
| TS-18-Terrazo Courtyard | TS | 18 | SF | 50x100 Active | 7 | - | 4 | - | - | 11 |
| TS-19-Montebello | TS | 19 | SF | 50x100 Active | - | - | 1 | - | 3 | 4 |
| TS-24-Avellino | TS | 24 | SF | 60x100 Active | 3 | - | 4 | - | - | 7 |
| TS-25-LaLuna | TS | 25 | SF | 50x100 Active | 3 | 3 | 2 | 3 | 88 | 99 |
| TS-6C-LaPiazza | TS | 6C | SF | Active | - | - | - | - | - | - |
| GV-1-Golden Valley 1 | GV | 1 | 0 | TBD Future | - | - | - | - | 866 | 866 |
| GV-2-Golden Valley 2 | GV | 2 | 0 | TBD Future | - | - | - | - | 823 | 823 |
| GV-3-Golden Valley 3 | GV | 3 | 0 | TBD Future | - | - | - | - | 151 | 151 |
| GV-5-Golden Valley 5 | GV | 5 | 0 | TBD Future | - | - | - | - | 680 | 680 |
| GV-6-Golden Valley 6 | GV | 6 | 0 | TBD Future | - | - | - | - | 1,071 | 1,071 |
| RO-43-Parcel 43 | RO | 43 | MF | MF Future | - | - | - | - | 246 | 246 |
| RO-FWY-Freeway I | RO | FWY | MF | MF Future | - | - | - | - | 162 | 162 |
| RO-FWY-Freeway II | RO | FWY | MF | MF Future | - | - | - | - | 152 | 152 |
| RO-JA-Jarupa | RO | JA | SF | MF Future | - | - | - | - | 195 | 195 |
| RR-10C-Irons | RR | 10C | SF | 45x100 Future | - | - | - | - | 44 | 44 |
| RR-10D-Irons | RR | 10D | SF | 45x100 Future | - | - | - | - | 9 | 9 |
| RR-12-Coll 50- New Prod | RR | 12 | SF | 50x100 Future | - | - | - | - | 102 | 102 |
| RR-17-Parcel 17 | RR | 17 | MF | MF Future | - | - | - | - | 819 | 819 |
| RR-20C-P20 Unit 3 | RR | 20C | SF | TBD Future | - | - | - | - | 305 | 305 |
| RR-20C-P20 Unit 4 | RR | 20C | SF | TBD Future | - | - | - | - | 162 | 162 |
| RR-20E-P20 Unit 5 | RR | 20E | MF | TBD Future | - | - | - | - | 334 | 334 |
| RR-33-Parcel 33 | RR | 33 | MF | MF Future | - | - | - | - | 260 | 260 |
| RR-DL-New Product | RR | DL | MF | MF Future | - | - | - | - | 56 | 56 |
| SH-MF-New MF Product | SH | MF | MF | MF Future | - | - | - | - | 81 | 81 |
| SW-11-Future Project | SW | 11 | SF | 35x93 Future | - | - | - | - | 10 | 10 |
| SW-13-Parcel 13 | SW | 13 | MF | MF Future | - | - | - | - | 224 | 224 |
| TS-10-New Product | TS | 10 | SF | 50x100 Future | - | - | - | - | 77 | 77 |
| TS-11-New Product | TS | 11 | SF | 50x90 Future | - | - | - | - | 97 | 97 |
| TS-12-Future Project | TS | 12 | SF | 50x100 Active | - | - | - | - | 15 | 15 |
| TS-14-Pesaro | TS | 14 | SF | 60x100 Future | - | - | - | - | 64 | 64 |
| TS-15-New MF Product | TS | 15 | MF | MF Future | - | - | - | - | 135 | 135 |
| TS-23-Belezza | TS | 23 | SF | 50x100 Future | - | - | - | - | 24 | 24 |
| TS-24-Pesaro | TS | 24 | SF | 60x100 Future | - | - | - | - | 45 | 45 |
| TS-6A-Vercelli | TS | 6A | SF | 50x100 Future | - | - | - | - | 183 | 183 |
| **TOTAL** | | | | | **93** | **28** | **46** | **19** | **7,947** | **8,133** |

Source: Rhodes Homes

Exhibit "2"

SULLIVAN group
Real Estate Advisors

# TIMOTHY P. SULLIVAN
## PRESIDENT

As president of Sullivan Group Real Estate Advisors, Tim Sullivan has nearly 25 years experience in developing growth strategies for the residential real estate market. Whether defining geographic market opportunities, conceptualizing community design or honing product, pricing and absorption potential, Tim has guided major homebuilding companies from inception to completion and has directed major lending organizations in strategic capital placement with unparallel success.

Over the past 15 years, Tim has been a frequent speaker at major industry events. From PCBC to ULI's many venues to his company's own Sullivan Seminars, Tim shares his breadth of industry knowledge with the nation's housing market on an ongoing basis. He also writes for a variety of industry publications, directs nationwide housing tours, and is active in numerous industry associations. He is frequently quoted and interviewed key major media including USA Today, The Wall Street Journal and the network news for market insight.

During his career, Tim was senior manager with KPMG Peat Marwick's National Real Estate Consulting Group before serving as principal of Hanley Wood Market Intelligence's (formerly The Meyers Group) Real Estate Consulting Practice for a decade. He has an MBA with a concentration in marketing and finance from San Diego State University, and a bachelor's degree in economics from University of California, San Diego. He is also a member of the Institute of Residential Marketing (MIRM).

### EDUCATION
- MBA, Concentration in Marketing and Finance, San Diego State University, San Diego
- Bachelor of Arts in Economics, University of California, San Diego

### PROFESSIONAL QUALIFICATIONS
- National Association of Homebuilders Institute of Residential Marketing (MIRM)
- Subject Matter Expert (SME) for Research and Trends Training Module for National Council on Senior Housing (NCOSH)
- Highly Rated National Speaker for Real Estate Industry Trends and Issues

### PROFESSIONAL AFFILIATIONS
- Urban Land Institute, Full Member
- Builder Marketing Society, Full Member
- San Diego Steering Committee, Urban Land Institute
- Building Industry Association Member

# PETER F. DENNEHY
## SENIOR VICE PRESIDENT

Peter Dennehy, a Senior Vice President of Sullivan Group Real Estate Advisors, has over 16 years of experience in the real estate advisory field. He has had experience consulting on a broad spectrum of residential and commercial properties, including: rental apartments, condominiums; and single-family dwellings; master planned communities and resorts; active adult and senior housing projects; public housing developments, low-income tax credit, and single-room occupancy (SRO) housing developments; hotels; urban redevelopment and mixed-use complexes; retail, office and business/industrial parks.

Mr. Dennehy's consulting activities include a full range of consumer research and strategic planning, market and financial feasibility, absorption analysis, demographic and economic forecasting, product planning, and market opportunity analysis. He has managed and conducted numerous consulting assignments in most major real estate markets in California, Arizona, Nevada and the Pacific Northwest, including Los Angeles-Orange County, San Diego County, Riverside-San Bernardino Counties, the San Francisco Bay Area, Sacramento, Reno, Las Vegas, Phoenix, Tucson, and the Seattle metropolitan area. In addition, he has conducted consulting assignments of various types in Baja California, British Columbia, Colorado, Florida, Georgia, Idaho, Texas, Nebraska, Illinois and Michigan.

Mr. Dennehy's role in consulting engagements involves management of market research efforts and consultant teams, public policy research and analysis, real estate product programming, market positioning and strategy recommendations, client relations and presentations. Clients include regional and national developers; corporations, international and domestic investors (including pension funds, municipal bond underwriters and REITS), city and county governments; nonprofit organizations; and, financial institutions.

Prior to joining Sullivan Group, Mr. Dennehy worked at Robert Charles Lesser & Company and The Meyers Group/Hanley Wood.

**EDUCATION AND PROFESSIONAL QUALIFICATIONS**
- J.D., University of San Diego
- B.A., Government/Public Policy, Pomona College
- Urban Land Institute, San Diego Chapter
- LEAD San Diego Graduate (Winter 2000)
- Building Industry Association Cares Board; Vice President

12555 High Bluff Drive, Suite 210
San Diego, CA 92130
tel: [858] 523.1443
fax: [858] 523.1454
www.sullivangroupadvisors.com

SULLIVAN group
Real Estate Advisors

# KENNETH S. PERLMAN
## VICE PRESIDENT

As a seasoned analyst, Ken Perlman, Vice President of Sullivan Group Real Estate Advisors, has traveled extensively throughout the United States assessing the nation's housing industry. While he has contributed to analyses in multiple different states and has consulted builders on strategic expansion opportunities over the years, his particular expertise lies with compiling and analyzing market, economic, and financial data for project feasibility and valuation studies.

Having grown up surrounded by everything real estate, with a father who was a planner for the City of Ventura and later did acquisitions and entitlement work, Ken had a natural inclination toward the real estate field. Today, he enjoys taking disparate statistics and making them all come together in a way that leads to an interesting, and unique, conclusion for his clients. With his exceptional analytical skills, Ken ensures that clients walk away from an assignment confident that he added value to their project and that the conclusions he draws make their products better.

Having started his career at Grubb & Ellis Commercial Real Estate, Ken later moved to Hanley Wood Market Intelligence's (formerly The Meyers Group) Real Estate Consulting Practice prior to joining Sullivan Group. He received his MBA from the University of San Diego, and a BA in Urban Studies & Planning from the University of California, San Diego.

### EDUCATION
- Masters of Business Administration
  University of San Diego, May 2001
- Bachelor of Arts, Urban Studies and Planning
  University of California at San Diego, 1994

### PROFESSIONAL AFFILIATIONS
- Building Industry Association
- ULI Young Leaders



# ADAM T. MCABEE
## VICE PRESIDENT

With more than 11 years experience in the real estate industry, Adam McAbee, vice president of Sullivan Group Real Estate Advisors, oversees the group's client engagements on a day to day basis. Having worked in 30 metropolitan areas nationwide, he has a particular expertise in analyzing urban development, such as high rises and infill housing, as well as directing analyses of resort markets, such as Hawaii and Park City.

When Adam first set his sights on real estate, it was during the last housing boom in the late 1980s. Although the market bottomed out by the time he got out of college, Adam's career has since spanned the strongest run-up of market activity in recent history. With the unique perspective of seeing both ends of a market cycle, Adam strives to bring clients the most accurate and insightful information as possible, and has a keen eye toward the true nature of the market.

At the beginning of his career, Adam was a consultant for KPMG, where he met Tim Sullivan, and later moved on to Hanley Wood Market Intelligence's (formerly The Meyers Group) Real Estate Consulting Practice for nine years (also with Tim). He received his bachelor's degree from San Diego State University in 1994.

**EDUCATION**
- Bachelor of Science, Real Estate
  San Diego State University, 1994
- American Society of Appraisers
  Introduction to Real Property Valuation, 1996
- Member Institute of Residential Marketing (MIRM)
  Candidate, 2001
- National Association of Home Builders
  Certified New Home Marketing Professional, 2001

**PROFESSIONAL AFFILIATIONS**
- Building Industry Association
- Urban Land Institute – Young Leaders
- International Downtown Association