James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

E-File: 5/11/09

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes, et al.,[1]<br><br>                    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Affects:
☒    All Debtors
☐    Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1

2

3

4    / / /

5    / / /

6    / / /

7    / / /

8    / / /

9    / / /

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1                        2

**CERTIFICATE OF SERVICE**

1. On the 21st day of April, 2009, I served the following document(s) (specify):

**RE-NOTICE OF HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM,
   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, susans@lslawnv.com

   NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
   SECURED LENDERS
   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

   TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF
   SENIOR SECURED LENDERS
   tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

   U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

   ■   b.   **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

       c.   **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

       I personally delivered the document(s) to the persons at these addresses:

       For a party represented by an attorney, delivery was made by handing the document(s) at

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.    By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.    By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**g.    By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

# I declare under penalty of perjury that the foregoing is true and correct.

Signed on (date): April 21, 2009

_____Sophia L. Lee_____
(Name of Declarant)

(Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1

## RHODES HOMES SERVICE LIST

2

**Office of the United States Trustee**

3 Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300

4 Las Vegas, Nevada 89101
(Fax) 702 388-6658

5

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**

6 Brett A. Axelrod
Greenberg Traurig, LLP

7 3773 Howard Hughes Parkway
Suite 400 North

8 Las Vegas, NV 89169

9 (Fax) 702.792.9002

10 **Counsel to The Steering Committee of 1st Lien Lenders**

11 Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP

12 One Bryant Park
New York, NY 10036

13 (Fax) 212.872.1002

14

Nile Leatham

15 Timothy P. Thomas, Esq.
KOLESAR & LEATHAM

16 Wells Fargo Financial Center
3320 W. Sahara Ave.

17 Las Vegas, NV 89102
(Fax) 702-362-9472

18

19 **Counsel to the Administrative Agent for the First Lien Lenders**

20 Rodney M. Jean
Susan Myers

21 LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700

22 Las Vegas, NV 89146
(Fax) 702-383-8845

23

24 Van C. Durrer II
Ramon M. Naguiat

25 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400

26 Los Angeles, CA 90071-3144
(Fax) 213-687-5600

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY  10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Don Demakis
Don Scott De Amicis
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
(Fax) 617-235-0019

**Top 25 Unsecured Creditors**

Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV  89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV  89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ  86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV  89119
(Fax) 702-889-9614

1  Triton Grading & Paving LLC   ,
   Attn:  Linda Leavitt
2  4220 Arcata Way
   Bldg B, Ste. 1
3  N. Las Vegas, NV  89030
   (Fax) 702-362-3930

4

5  Sunland Asphalt
   Attn:  Craig Bennett
6  P.O. Box 20814
   Bullhead City, AZ  86439
7  (Fax) 928-758-6861

8  Cabinetec, Inc.
   Attn:  David Paszli
9  2711 E. Craig Road
   Suite A & B
10 N. Las Vegas, NV  89030
   (Fax) 649-7918
11

12 K. H. Landscaping, Inc.
   Attn:  Laura Larkins
13 2595 South Cimarron Road
   Suite 206
14 Las Vegas, NV  89122
   (Fax) 702-263-0121
15

16 Envision Concrete
   Attn:  Mondo Deltoro
17 5655 Reference Street
   Las Vegas, NV  89122
18 (Fax) 702-434-6956

19
   N. J. Shaum & Son Inc.
20 Marsha Jensen
   P.O. Box 819
21 Flagstaff, AZ  86002
   (Fax) 928-773-1134
22

23 M S Concrete, Inc.
   Attn:  Nedra Stephenson
24 3840 North Commerce
   Las Vegas, NV  89032
25 (Fax) 702-876-9244

26
   Blair's Carpet Valley
27 Attn:  Shanelle Henerson
   7465 West Sunset Road
28 Suite 1200
   Las Vegas, NV  89113

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn:  Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV  89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn:  Liz Martin
P.O. Box 42607
Las Vegas, NV  89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn:  Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV  89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn:  Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV  89139
(Fax) 702-361-2823

Western Landscape Construction
Attn:  Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV  89103
(Fax) 702-739-6840

WestCor Construction
Attn:  Steve Christianson
5620 Stephanie Street
Las Vegas, NV  89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn:  Ceil Cartwright
7201 West Post Road
Las Vegas, NV  89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn:  Darcie Wood
5740 S. Arville #216
Las Vegas, NV  89118
(Fax) 702-284-5399

1   TSS Enterprises, Inc.
    Attn: Gary Simler
2   2827 East Illini Street
    Phoenix, AZ 85040
3   (Fax) 602-276-7918

4   Westar Kitchens & Bath
    Attn: Richard Kerner
5   9025 S. Kyrene Road
    Tempe, AZ 85284
6   (Fax) 702-798-1610

7
    Iovino Masonry Inc.
8   Attn: Kim Hardin
    9260 El Camino Road
9   Las Vegas, NV 89139
    (Fax) 702-368-1265
10

11  The Masonry Group Nevada, Inc.
    4685 Berg Street
12  North Las Vegas, NV 89081
    (Fax) 702-657-8445
13

14  Northland Exploration Surveys
    528 West Aspen Avenue
15  Flagstaff, AZ 86001-5308
    (Fax) 928-774-3089
16

17  **Request For Special Notice**

18  **Counsel to Steering Committee of Senior Secured Lenders**
    Nile Leatham
19  Timothy P. Thomas
    KOLESAR & LEATHAM, CHTD.
20  3320 West Sahara Avenue, Suite 380
    Las Vegas, NV 89102-3202
21  (Fax) 702-362-9472

22

23  **Counsel to Commerce Associates LLC**
    Janet L. Chubb, Esq.
24  Michael E. Buckley, Esq.
    JONES VARGAS
25  100 West Liberty Street, 12th Floor
    P.O. Box 281
26  Reno, NV 89504-0281
    (Fax) 775-786-1177
27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169