1    James I. Stang, Esq. (CA Bar No. 94435)                E-File: 5/12/09
      Shirley S. Cho, Esq. (CA Bar No. 192616)
2    Werner Disse, Esq. (CA Bar No. 143458)
      PACHULSKI STANG ZIEHL & JONES LLP
3    10100 Santa Monica Blvd., 11th Floor
      Los Angeles, California 90067-4100
4    Telephone: 310/277-6910
      Facsimile: 310/201-0760
5    Email: jstang@pszjlaw.com
              scho@pszjlaw.com
6              wdisse@pszjlaw.com
7
      Zachariah Larson, Esq. (NV Bar No. 7787)
8    LARSON & STEPHENS
      810 S. Casino Center Blvd., Ste. 104
9    Las Vegas, NV 89101
      Telephone: 702.382.1170
10   Facsimile: 702.382.1169
      Email: zlarson@lslawnv.com
11

12   [Proposed] Attorneys for Debtors and
      Debtors in Possession
13

14                  **UNITED STATES BANKRUPTCY COURT**

15                          **DISTRICT OF NEVADA**

16   In re:                                        Case No.: BK-S-09-14814-LBR
                                                      (Jointly Administered)
17
      THE RHODES COMPANIES, LLC, aka
18   "Rhodes Homes, et al.,[1]                       Chapter 11

19                  Debtors.

20

21   [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-
      14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
22   Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho
      Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
23   Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc.
      (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
24   Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design
      and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
25   Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany
      Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
26   Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No.
      09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
27   14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC
      (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
28   (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Affects:
☒    All Debtors
☐    Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1                2

## CERTIFICATE OF SERVICE

1.  On the 21st day of April, 2009, I served the following document(s) (specify):

## RE-NOTICE OF HEARING

2.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

■     a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;m
tieu@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF
SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

■     b.    **United States mail, postage fully prepaid**
            *(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

            c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) at

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.    By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.    By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**g.    By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 21, 2009

_____Sophia L. Lee_____
(Name of Declarant)

(Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1    RHODES HOMES SERVICE LIST

2    **<u>Office of the United States Trustee</u>**
3    Attn: August B. Landis
     300 Las Vegas Blvd. South, Suite 4300
4    Las Vegas, Nevada 89101
     (Fax) 702 388-6658
5
     **<u>Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.</u>**
6    Brett A. Axelrod
7    Greenberg Traurig, LLP
     3773 Howard Hughes Parkway
8    Suite 400 North
     Las Vegas, NV 89169
9    (Fax) 702.792.9002

10   **<u>Counsel to The Steering Committee of 1st Lien Lenders</u>**
11   Ira Dizengoff and Phillip Dublin
     AKIN GUMP STRAUSS HAUER & FELD LLP
12   One Bryant Park
     New York, NY 10036
13   (Fax) 212.872.1002

14   Nile Leatham
15   Timothy P. Thomas, Esq.
     KOLESAR & LEATHAM
16   Wells Fargo Financial Center
     3320 W. Sahara Ave.
17   Las Vegas, NV 89102
     (Fax) 702-362-9472
18
19   **<u>Counsel to the Administrative Agent for the First Lien Lenders</u>**

20   Rodney M. Jean
     Susan Myers
21   LIONEL SAWYER & COLLINS
     300 S. Fourth Street, #1700
22   Las Vegas, NV 89146
     (Fax) 702-383-8845
23
24   Van C. Durrer II
     Ramon M. Naguiat
25   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     300 South Grand Avenue, #3400
26   Los Angeles, CA 90071-3144
     (Fax) 213-687-5600
27

28

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Don Demakis
Don Scott De Amicis
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(Fax) 617-235-0019

**Top 25 Unsecured Creditors**

Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1    Triton Grading & Paving LLC ,
     Attn: Linda Leavitt
2    4220 Arcata Way
     Bldg B, Ste. 1
3    N. Las Vegas, NV 89030
     (Fax) 702-362-3930
4
     Sunland Asphalt
5    Attn: Craig Bennett
     P.O. Box 20814
6    Bullhead City, AZ 86439
7    (Fax) 928-758-6861

8    Cabinetec, Inc.
     Attn: David Paszli
9    2711 E. Craig Road
     Suite A & B
10   N. Las Vegas, NV 89030
11   (Fax) 649-7918

12   K. H. Landscaping, Inc.
     Attn: Laura Larkins
13   2595 South Cimarron Road
     Suite 206
14   Las Vegas, NV 89122
15   (Fax) 702-263-0121

16   Envision Concrete
     Attn: Mondo Deltoro
17   5655 Reference Street
     Las Vegas, NV 89122
18   (Fax) 702-434-6956

19
     N. J. Shaum & Son Inc.
20   Marsha Jensen
     P.O. Box 819
21   Flagstaff, AZ 86002
22   (Fax) 928-773-1134

23   M S Concrete, Inc.
     Attn: Nedra Stephenson
24   3840 North Commerce
     Las Vegas, NV 89032
25   (Fax) 702-876-9244

26
     Blair's Carpet Valley
27   Attn: Shanelle Henerson
     7465 West Sunset Road
28   Suite 1200
     Las Vegas, NV 89113

1 | (Fax) 702-940-4118

2 | American Asphalt & Grading Co.
   | Attn: Tracy Bassler
3 | 3624 Goldfield Street
   | N. Las Vegas, NV 89032
4 | (Fax) 702-644-0128

5 | Evans Recreation Installations
   | Attn: Liz Martin
6 | P.O. Box 42607
7 | Las Vegas, NV 89116-1607
   | (Fax) 702-926-9685

8 |
   | Integrity Masonry, Inc.
9 | Attn: Herold Lefler
   | 5330 W. Quail Avenue
10 | Las Vegas, NV 89118
11 | (Fax) 702-227-4855

12 | J & J Enterprises, Inc.
   | Attn: Melissa Perry
13 | 5920 West Cougar Avenue
   | Las Vegas, NV 89139
14 | (Fax) 702-361-2823

15 |
   | Western Landscape Construction
16 | Attn: Laura Larkins
   | 4670 S. Polaris Avenue
17 | Las Vegas, NV 89103
18 | (Fax) 702-739-6840

19 | WestCor Construction
   | Attn: Steve Christianson
20 | 5620 Stephanie Street
   | Las Vegas, NV 89122
21 | (Fax) 702-433-8090

22 |
   | Interstate Plumbing & A/C
23 | Attn: Ceil Cartwright
   | 7201 West Post Road
24 | Las Vegas, NV 89122
   | (Fax) 702-367-6600
25 |

26 | Slater Hanifan Group
   | Attn: Darcie Wood
27 | 5740 S. Arville #216
   | Las Vegas, NV 89118
28 | (Fax) 702-284-5399

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1 TSS Enterprises, Inc.
Attn: Gary Simler
2 2827 East Illini Street
Phoenix, AZ 85040
3 (Fax) 602-276-7918

4 Westar Kitchens & Bath
Attn: Richard Kerner
5 9025 S. Kyrene Road
Tempe, AZ 85284
6 (Fax) 702-798-1610

7
Iovino Masonry Inc.
8 Attn: Kim Hardin
9260 El Camino Road
9 Las Vegas, NV 89139
(Fax) 702-368-1265
10

11 The Masonry Group Nevada, Inc.
4685 Berg Street
12 North Las Vegas, NV 89081
(Fax) 702-657-8445
13

14 Northland Exploration Surveys
528 West Aspen Avenue
15 Flagstaff, AZ 86001-5308
(Fax) 928-774-3089
16

17 **Request For Special Notice**

18 **Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
19 Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
20 3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102-3202
21 (Fax) 702-362-9472

22

23 **Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
24 Michael E. Buckley, Esq.
JONES VARGAS
25 100 West Liberty Street, 12th Floor
P.O. Box 281
26 Reno, NV 89504-0281
(Fax) 775-786-1177
27

28