James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: May 12, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors.<br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:202109.1

☒ All Debtors
☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On the 11th day of May, 2009, I served the following document(s) (specify):

    a. Notice of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Limited Employment and Retention of Jeff Barcy as Financial Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 154];

    b. Notice of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Sullivan Group Real Estate Advisors as Market Research Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 157]; and

    c. Notice of Application for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Noel Bejarano as Business Operations Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 160];

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

    ■  a.  **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com,
    axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

    RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
    RJEAN@LIONELSAWYER.COM,
    gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

    ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
    ecf@lslawnv.com, susans@lslawnv.com

    NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

    SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
    smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

    TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

- ■ **b.    United States mail, postage fully prepaid**
  *(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

**c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.    By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.    By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**g.    By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): May 12, 2009

Sophia L. Lee
(Name of Declarant)    (Signature of Declarant)

## RHODES HOMES SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

**Top 25 Unsecured Creditors**
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Ave, Ste 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

Triton Grading & Paving LLC
Attn: Linda Leavitt
4220 Arcata Way
Bldg B, Ste. 1
N. Las Vegas, NV 89030
(Fax) 702-362-3930

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ 86439
(Fax) 928-758-6861

Cabinetec, Inc.
Attn: David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV 89030
(Fax) 649-7918

K. H. Landscaping, Inc.
Attn: Laura Larkins
2595 South Cimarron Road
Suite 206
Las Vegas, NV 89122
(Fax) 702-263-0121

Envision Concrete
Attn: Mondo Deltoro
5655 Reference Street
Las Vegas, NV 89122
(Fax) 702-434-6956

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ 86002
(Fax) 928-773-1134

73203-002\DOCS_LA:201631.1         3

M S Concrete, Inc.
Attn: Nedra Stephenson
3840 North Commerce
Las Vegas, NV 89032
(Fax) 702-876-9244

Blair's Carpet Valley
Attn: Shanelle Henerson
7465 West Sunset Road
Suite 1200
Las Vegas, NV 89113
(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV 89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV 89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV 89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139
(Fax) 702-361-2823

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103
(Fax) 702-739-6840

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118
(Fax) 702-284-5399

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308
(Fax) 928-774-3089

**Request For Special Notice**

**Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102-3202
(Fax) 702-362-9472

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janina Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101