James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: May 12, 2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: May 15, 2009 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:202153.2

| ☒ | All Debtors | Hearing Time: 1:30 p.m. |
| ☐ | Affects the following Debtor(s) | Courtroom 1 |

## AMENDED CERTIFICATE OF SERVICE

### (RE: DOCKET NO. 161)

1. On the 21st day of April, 2009, I served the following document (attached hereto as Exhibit A):

### RE-NOTICE OF HEARING

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   Attached hereto as Exhibit B.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: May 12, 2009

Sophia L. Lee
(Name of Declarant)                               (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

# EXHIBIT A

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: April 21, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: May 15, 2009 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

| ☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

## RE-NOTICE OF HEARING

TO: ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the MOTION PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY, AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED BY THE DEBTORS IN THE ORDINARY COURSE ("Retain Ordinary Course Professionals") scheduled for May 15, 2009 at the hour of 9:30 a.m., has been continued to May 15, 2009 at the hour of 1:30 p.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, NV 89101:

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Retain Ordinary Course Professionals is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); through the Debtors' claims agent's website: www.omnimgt.com/rhodes; or by calling (866) 989-6144.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

...

2

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 21st day of April, 2009.

                                           **LARSON & STEPHENS**

                                           /s/ Zachariah Larson, Esq.
                                           Zachariah Larson, Bar No. 7787
                                           Kyle O. Stephens, Bar No. 7928
                                           810 S. Casino Center Blvd., Suite 104
                                           Las Vegas, NV 89101

*Left margin:* LARSON & STEPHENS, 810 S. Casino Center Blvd., Suite 104, Las Vegas, Nevada 89101, Tel: (702) 382-1170  Fax: (702) 382-1169

3

## CERTIFICATE OF SERVICE

1. On the 21st day of April, 2009, I served the following document(s) (specify):

## RE-NOTICE OF HEARING

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

- ■ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com,
    axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

    RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
    RJEAN@LIONELSAWYER.COM,
    gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

    ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
    ecf@lslawnv.com, susans@lslawnv.com

    NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

    SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
    smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

    TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
    tthomas@klnevada.com, bankruptcy@klnevada.com;dketchum@klnevada.com

    U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

- ■ b. **United States mail, postage fully prepaid**
    *(List persons and addresses. Attach additional paper if necessary)*

    SEE ATTACHED

- c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

    I personally delivered the document(s) to the persons at these addresses:

    For a party represented by an attorney, delivery was made by handing the document(s) at

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

4

the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.    By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.    By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**g.    By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 21, 2009

    Sophia L. Lee
(Name of Declarant)                             (Signature of Declarant)

5

# RHODES HOMES SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the First Lien Lenders**

Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

6

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006
(Fax) 212-515-1576

**Counsel to the Administrative Agent for the Second Lien Lenders**
Don Demakis
Don Scott De Amicis
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(Fax) 617-235-0019

**Top 25 Unsecured Creditors**

Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Avenue
Suite 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

7

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  Triton Grading & Paving LLC
   Attn: Linda Leavitt
2  4220 Arcata Way
   Bldg B, Ste. 1
3  N. Las Vegas, NV  89030
   (Fax) 702-362-3930
4
   Sunland Asphalt
5  Attn: Craig Bennett
   P.O. Box 20814
6  Bullhead City, AZ  86439
7  (Fax) 928-758-6861

8  Cabinetec, Inc.
   Attn: David Paszli
9  2711 E. Craig Road
   Suite A & B
10 N. Las Vegas, NV  89030
11 (Fax) 649-7918

12 K. H. Landscaping, Inc.
   Attn: Laura Larkins
13 2595 South Cimarron Road
   Suite 206
14 Las Vegas, NV  89122
15 (Fax) 702-263-0121

16 Envision Concrete
   Attn: Mondo Deltoro
17 5655 Reference Street
   Las Vegas, NV  89122
18 (Fax) 702-434-6956
19
   N. J. Shaum & Son Inc.
20 Marsha Jensen
   P.O. Box 819
21 Flagstaff, AZ  86002
22 (Fax) 928-773-1134

23 M S Concrete, Inc.
   Attn: Nedra Stephenson
24 3840 North Commerce
   Las Vegas, NV  89032
25 (Fax) 702-876-9244

26
   Blair's Carpet Valley
27 Attn: Shanelle Henerson
   7465 West Sunset Road
28 Suite 1200
   Las Vegas, NV  89113

8

(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV 89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV 89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV 89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139
(Fax) 702-361-2823

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103
(Fax) 702-739-6840

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118
(Fax) 702-284-5399

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308
(Fax) 928-774-3089

**Request For Special Notice**

**Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102-3202
(Fax) 702-362-9472

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

10

# EXHIBIT B

## RHODES HOMES SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

**Top 25 Unsecured Creditors**
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Ave, Ste 6B
Las Vegas, NV 89119

Triton Grading & Paving LLC
Attn: Linda Leavitt
4220 Arcata Way
Bldg B, Ste. 1
N. Las Vegas, NV 89030

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ 86439

Cabinetec, Inc.
Attn: David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV 89030

DOCS_LA:202153.2                4

K. H. Landscaping, Inc.
Attn: Laura Larkins
2595 South Cimarron Road, Suite 206
Las Vegas, NV 89122

Envision Concrete
Attn: Mondo Deltoro
5655 Reference Street
Las Vegas, NV 89122

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ 86002

M S Concrete, Inc.
Attn: Nedra Stephenson
3840 North Commerce
Las Vegas, NV 89032

Blair's Carpet Valley
Attn: Shanelle Henerson
7465 West Sunset Road, Suite 1200
Las Vegas, NV 89113

American Asphalt & Grading Co.
Attn: Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV 89032

Evans Recreation Installations
Attn: Liz Martin
P.O. Box 42607
Las Vegas, NV 89116-1607

Integrity Masonry, Inc.
Attn: Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV 89118

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:202153.2                     5

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122

Interstate Plumbing & A/C
Attn: Ceil Cartwright
7201 West Post Road
Las Vegas, NV 89122

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV 89081

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ 86001-5308

**Request For Special Notice**

**Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102-3202

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281

Ms. Janina Guthrie
1225 Monterey Street
Redlands, CA  92373