**Entered on Docket**
**May 18, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:202127.1

| | |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>Debtors. | Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: May 15, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

**FINAL ORDER GRANTING DEBTORS' MOTION FOR AN ORDER UNDER SECTION 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT [Re: Docket No. 11]**

This matter came before the Court on the *Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (a) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion") [Docket Number 11] filed by the above-captioned debtors and debtors in possession (the "Debtors"). On April 30, 2009, the Court entered an order granting the Motion, on an interim basis (the "Interim Order") [Docket Number 122], and scheduled a final hearing on the Motion for May 15, 2009 at 1:30 p.m. (the "Final Hearing"). The Court finds that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors and other parties in interest and that, in light of the record of the hearing on the Motion, the Utility Deposits[2] and the Procedures provided for by the Motion constitute adequate assurance of payment of the Utility Providers for their postpetition services. After due deliberation thereon and sufficient cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on a final basis, as provided herein.
2. Nevada Power Company, d/b/a NV Energy, is not subject to the terms of this Order, but rather shall be governed by the terms of a separate Stipulation.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

73203-001\DOCS_LA:202127.1          2

3.       The procedures set forth in paragraphs 3 through 11 of the Interim Order are hereby approved on a final basis.

4.       Nothing in this order shall be deemed to vacate or modify any other restrictions on the termination of service by a Utility Provider as provided by sections 362 and 365 of the Bankruptcy Code or other applicable law. Nothing herein or in the Motion shall constitute postpetition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code, nor shall anything herein be deemed a waiver by the Debtors or any other party of any rights with respect to the assumption or rejection of an executory contract.

5.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

APPROVED AS TO FORM AND CONTENT:
DATED this 15th day of May 2009.

By: /s/ Kirby C. Gruchow, Jr.
LEACH JOHNSON SONG & GRUCHOW
5495 South Rainbow Blvd., Ste. 202
Las Vegas, NV  89118
*Counsel for Nevada Power Company*

By: [signature]
UNITED STATES TRUSTEE
August Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV  89101

Submitted by:
DATED this 15th day of May 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Proposed Attorney for Debtors*

73203-001\DOCS_LA:202127.1                         3