James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: May 18, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes, et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

| | Affects: |
|---|---|
| 1 | ☒    All Debtors |
| 2 | ☐    Affects the following Debtor(s) |

3

### NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 363(B) AND 507(A)(8) OF THE BANKRUPTCY CODE AUTHORIZING PAYMENT OF CERTAIN PREPETITION SALES, USE, BUSINESS, AND PERSONAL TAXES** was entered on May 18, 2009.  A copy of the Order is attached hereto.

**DATED** this 18th day of May, 2009.

**LARSON & STEPHENS**


_/s/ Zachariah Larson, Esq._
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

2

**Entered on Docket**
**May 18, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang (CA Bar No. 94435)
Werner Disse (CA Bar No. 143458)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.

732013-002\DOCS_LA:202115.3

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| | |
|---|---|
| 1   THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| 2           Debtors. | |
| 3   Affects: | Hearing Date: May 15, 2009 |
|     ☐    All Debtors | Hearing Time: 1:30 p.m. |
| 4   ☒    Affects the following Debtor(s): | Courtroom 1 |

1
THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]                                    Chapter 11
2
                              Debtors.
3  Affects:                                                  Hearing Date: May 15, 2009
   ☐      All Debtors                                        Hearing Time: 1:30 p.m.
4  ☒      Affects the following Debtor(s):                   Courtroom 1
5  Heritage Land Company, LLC; Tuscany
   Acquisitions, LLC; Parcel 20, LLC; Rhodes
6  Realty, Inc.; Rhodes Design & Development
   Corporation; Rhodes Ranch GP; Tuscany Golf
7  Country Club LLC

8     **ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 363(B)
      AND 507(A)(8) OF THE BANKRUPTCY CODE AUTHORIZING PAYMENT OF
9     CERTAIN PREPETITION SALES, USE, BUSINESS, AND PERSONAL TAXES
      [Re: Docket No. 99]**

11    Upon the motion (the "Motion") of the above-captioned debtors and debtors in

12  possession (the "Debtors"), pursuant to sections 105(a), 363(b) and 507(a)(8) of title 11 of the

13  United States Code (the "Bankruptcy Code"), for an order authorizing the Debtors to pay certain

14  prepetition sales and use taxes (the "Taxes") [Docket Number 99] in their sole discretion, and the

15  Court having jurisdiction to consider the Motion and the relief sought therein pursuant to 28

16  U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a

17  core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

18  pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

19  given; and it appearing that no other or further notice need be provided; and the Court having

20  determined that the relief requested in the Motion being in the best interests of the Debtors and

21  their respective estates and creditors; and the Court having determined that the legal and factual

24  _____

25  09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
    Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
26  Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
    LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
27  (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
    09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
28  14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1  bases set forth in the Motion establish just cause for the relief granted herein; and after due

2  deliberation and sufficient cause appearing therefore,

3  　　　　IT IS HEREBY ORDERED that the Motion is granted; and it is further

4  　　　　ORDERED that the Debtors are authorized, in their sole discretion, to pay all prepetition

5  Taxes that may be owing to the proper Taxing Authorities (the "Tax Payments") without further

6  order of the Court; provided that the Tax Payments are in accordance with the terms and

7  limitations imposed by the final stipulated order authorizing the use of the cash collateral

8  [Docket Number 126] (the "Stipulated Order"), as well as any limitations imposed pursuant to

9  any budget approved by the Stipulated Order; and it is further

10  　　　　ORDERED that nothing in the Motion or this Order shall be construed as impairing the

11  Debtors' right to contest the validity or amount of any Tax that may be due to any Taxing

12  Authority; and it is further

13  　　　　ORDERED that notwithstanding any applicability of Bankruptcy Rules 6003(b) and

14  6004(h), the terms and conditions of this Order shall be immediately effective and enforceable

15  upon its entry; and it is further

16  　　　　ORDERED that the Court retains jurisdiction to interpret and enforce this Order.

17  

18  APPROVED A̶S̶ ̶T̶O̶ ̶F̶O̶R̶M̶ ̶A̶N̶D̶ ̶C̶O̶N̶T̶E̶N̶T̶:

19  DATED this 15th day of May 2009.

20  By: _____
UNITED STATES TRUSTEE

21  August Landis
Office of the United States Trustee

22  300 Las Vegas Blvd. S., Ste. 4300

23  Las Vegas, NV 89101

24  Submitted by:
DATED this 15th day of May 2009.

25  

26  By: /s/ Zachariah Larson
LARSON & STEPHENS

27  Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)

28  810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101

71203-002\DOCS_LA:202115.3

3

1 | (702) 382-1170 (Telephone)
2 | (702) 382-1169
zlarson@lslawnv.com
*Proposed Attorney for Debtors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

Tel: (702) 382-1170    Fax: (702) 382-1169

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

73703-002\DOCS_LA:202115.3

4