James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: May 21, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201044.1

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES; MEMORANDUM OF POINTS AND AUTHORITIES [RE: DOCKET NO. 91]** was entered on May 21, 2009. A copy of the Order is attached hereto.

**DATED** this 21st day of May, 2009.

                **LARSON & STEPHENS**

                /s/ Zachariah Larson, Esq.
                Zachariah Larson, Bar No. 7787
                Kyle O. Stephens, Bar No. 7928
                810 S. Casino Center Blvd., Suite 104
                Las Vegas, NV 89101
                Attorneys for Debtor

**Entered on Docket**
**May 21, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                        Case No.: BK-S-09-14814-LBR
                                              (Jointly Administered)

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,

73203-002\DOCS_LA:201101.3

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
|---|---|
| Debtors. | |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: May 15, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

# ORDER GRANTING MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES; MEMORANDUM OF POINTS AND AUTHORITIES

### [Re: Docket No. 91]

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for an Order Establishing Notice Procedures; Memorandum of Points and Authorities [Docket Number 91], and the Court having jurisdiction to consider the Motion and the relief sought therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtors and their respective estates and creditors; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Motion is hereby granted.

2. With respect to all matters for which title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), or the Local Rules of Bankruptcy Procedure (the "Local Rules") authorize the Court to designate or limit the parties entitled to notice, notice shall be sufficient if served only upon the following

---

LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

parties at the following addresses, unless notice of a new address is given to the Court and the parties entitled to notice herein at least five (5) days prior to service made pursuant to this Order, at the following addresses:

    a.    The following parties required to be served or noticed under Local Bankruptcy Rule 2002(a)(6), including, but not limited to:

        i.    The Office of the United States Trustee at the following address:

> Department of Justice
> Office of the United States Trustee
> 300 Las Vegas Blvd. South, Suite 4300
> Las Vegas, Nevada 89101
> ATTN: August B. Landis

        ii.    The Internal Revenue Service at the following address:

> Internal Revenue Service, District Director
> Special Procedures
> 4750 West Oakey
> Las Vegas, Nevada 89102
> ATTN: Bankruptcy Unit

    b.    Any committees appointed under Bankruptcy Code section 1102 or, prior to the appointment of any such committee(s), each of the creditors included on the list of the twenty-five largest unsecured creditors filed by the Debtors on a consolidated basis pursuant to Bankruptcy Rule 1007(d);

    c.    The Debtors and counsel for the Debtors at the following addresses:

> James I. Stang, Esq. (CA Bar No. 94435)
> Shirley S. Cho, Esq. (CA Bar No. 192616)
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, California 90067-4100
> Telephone: 310/277-6910
> Facsimile: 310/201-0760
> Email: jstang@pszjlaw.com
>        scho@pszjlaw.com
>
> -and-
>
> Zachariah Larson, Esq. (NV Bar No. 7787)
> LARSON & STEPHENS
> 810 S. Casino Center Blvd., Ste. 104
> Las Vegas, NV 89101

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

  d. Counsel to the First Lien Steering Committee at the following address:

    Philip C. Dublin, Esq.
    Abid Qureshi, Esq.
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY 10036
    Telephone: 212/872-1000
    Facsimile: 212/872-1002
    Email: pdublin@akingump.com
       aqureshi@akingump.com

  e. Counsel to the Agent for the Second Lien Lenders at the following address:

    Don S. DeAmicis, Esq.
    Benjamin L. Schneider, Esq.
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036
    Telephone: 212/841-5735
    Facsimile: 646/728-6201
    Email: don.deamicis@ropesgray.com
    Email: benjamin.schneider@ropesgray.com

  f. The holders of claims or interests who file with the Court a request for special notice, which request shall also be served on counsel for the Debtors; and

  g. Any party against whom direct relief is sought by motion, application or otherwise, including by way of example and not limitation, the nondebtor party to an executory contract being assumed or rejected, parties asserting interests in property being sold, and the like.

  3. Any party that fails to file a proof of claim by the bar date of August 5, 2009 and is listed as disputed, contingent or unliquidated is not required to receive notice after the passage of the August 5, 2009 bar date.

  4. Any creditor that contacts Debtors and requests that it no longer wants to receive notice may be removed from the creditor mailing matrix.

  5. Unless otherwise required by the Local Bankruptcy Rules or the Bankruptcy Rules, all notices in these cases that need to be mailed shall be by first-class mail.

6. Unless otherwise ordered by the Court, the limitation on notice in this Order shall not apply to the matters or proceedings referred to in Bankruptcy Rules 2002(a)(1), (4), (5), and (7), and (b), and (f), which matters or proceedings shall be noticed in accordance with such Bankruptcy Rules.

7. All pleadings will be posted on the following website, which will be available to all parties in interest to download: http://www.omnimgt.com/Rhodes.

APPROVED:
DATED this 18th day of May 2009.

By: /s/ Edward M. McDonald
UNITED STATES TRUSTEE
August Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:
DATED this 18th day of May 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Proposed Attorney for Debtors*