1  AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
2  EDWARD M. MCDONALD JR., Attorney
State Bar # NY EM2209
3  *edward.m.mcdonald@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
4  Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
5  Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 234
6  Facsimile:  (702) 388-6658

E-Filed on May 26, 2009

7  Attorneys for the Acting United States Trustee
        SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**THE RHODES COMPANIES,**
aka "Rhodes Homes, et al.,"[1]

Debtor(s).

CASE NOS: BK-**S-09-14814**-LBR
(Jointly Administered)

Chapter 11

**NOTICE OF THE UNITED STATES TRUSTEE'S APPOINTMENT OF**

**A COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

---

[1]     The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC  (Case No. 09-14817);  Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing, LLC  (Case No. 09-14820);  Gung-ho Concrete, LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839);  Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc., (Case No. 09-14843); Rhodes Ranch GP  (Case No. 09-14844);  Rhodes Design & Dev. (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions, IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850);  Tuscany Acquisitions II LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf (Case No. 09-14854); Overflow, LP  (Case No. 09-14856); Wallboard, LP  (Case No. 09-14858);  Jackkknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP  (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and, Pinnacle Grading, LLC (Case No. 09-14887).