A̲ugust B. L̲andis, Assistant United States Trustee
State Bar # IA PK9228
E̲dward M. M̲cD̲onald J̲r., Attorney
State Bar # NY EM2209
*edward.m.mcdonald@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 234
Facsimile:  (702) 388-6658

E-Filed on May 26, 2009

Attorneys for the Acting United States Trustee
    S̲ara L. K̲istler

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**T̲he R̲hodes C̲ompanies,**
aka "Rhodes Homes, et al.,"[1]

Debtor(s).

CASE NOS: BK-**S-09-14814**-LBR
(Jointly Administered)

Chapter 11

# N̲otice of T̲he U̲nited S̲tates T̲rustee's A̲ppointment of A C̲ommittee of C̲reditors H̲olding U̲nsecured C̲laims

---

[1]     The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC  (Case No. 09-14817);  Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing, LLC  (Case No. 09-14820);  Gung-ho Concrete, LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839);  Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc., (Case No. 09-14843); Rhodes Ranch GP  (Case No. 09-14844);  Rhodes Design & Dev. (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions, IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850);  Tuscany Acquisitions II LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf (Case No. 09-14854); Overflow, LP  (Case No. 09-14856); Wallboard, LP (Case No. 09-14858);  Jackkknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP  (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and, Pinnacle Grading, LLC (Case No. 09-14887).

Pursuant to 11 U.S.C. § 1102(a)(1) and (b)(1), the United States Trustee ("UST") hereby appoints the following unsecured creditors of The Rhodes Companies, LLC, *et al* ("Debtor") to the Official Committee of Unsecured Creditors:

1. G. C. Wallace, Inc.
   6655 South Cimarron Road
   Las Vegas, NV  89113

2. Interstate Plumbing & Air Conditioning
   7201 West Post Road
   Las Vegas, NV  89113

3. M & M Electric, Inc.
   3655 W. Dewey Drive
   Las Vegas, NV  89118

4. Southwest Iron Works, LLC
   5050 E. Russell Road
   Las Vegas, NV 89112

After soliciting the persons identified on Debtor's Schedules as holding the 20 largest unsecured claims, the above-named persons have agreed to serve and appear to be qualified.   If a solicited creditor returned a questionnaire that rendered them ineligible to serve, that creditor was removed from the potential pool.

Dated:  May 26, 2009

                                       Respectfully submitted,

                                       **THE UNITED STATES TRUSTEE**

                                       By: */s/ August B. Landis*
                                            August B. Landis, Esq.
                                            Assistant United States Trustee

# **CERTIFICATE OF MAILING**

I, the undersigned, hereby certify and declare that I deposited a true and correct copy of this Notice in first class United States mail, postage fully prepaid, and, if a facsimile number is listed, by facsimile, on this date to each of the parties listed below:

Zachariah Larson
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101

Shirley Cho
10100 Santa Monica Blvd 11th Floor
Los Angeles, CA 90067

Dated:  May 26, 2009

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _/s/  Susan McIntyre_
An Authorized Employee of the United States Trustee