James I. Stang, Esq. (CA Bar No. 94435)          E-File:  May 28, 2009
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

*LARSON & STEPHENS*
*810 S. Casino Center Blvd, Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 382.1170   Fax: (702) 382.1169*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,[1]

                    Debtors.

Affects:

| | |
|---|---|
| Case No.: BK-S-09-14814-LBR | |
| (Jointly Administered) | |
| | |
| Chapter 11 | |

---

[1]  The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

☒ All Debtors
☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On the 22nd day of May, 2009, I served the following document(s) (specify):

   a. Notice of Entry of Order Granting Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Nunc Pro Tunc to the Petition Date [Docket No. 195]; and

   b. Notice of Entry of Order Granting Motion for Order Establishing Notice Procedures; Memorandum of Points and Authorities [Docket No. 196]

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   tbw@jonesvargas.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

   RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM,
   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com

   NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): May 28, 2009

Sophia L. Lee
(Name of Declarant)                                    (Signature of Declarant)

## RHODES HOMES SERVICE LIST

### Office of the United States Trustee
Attn:  August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

### Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV  89169
(Fax) 702.792.9002

### Counsel to The Steering Committee of 1st Lien Lenders
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV  89102
(Fax) 702-362-9472

### Administrative Agent to the First Lien Lenders
CREDIT SUISSE LOAN FUNDING LLC
Attn:  Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

### Administrative Agent to the Second Lien Lenders
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY  10006
(Fax) 212-515-1576

73203-002\DOCS_LA:201631.1

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV 89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

**Top 25 Unsecured Creditors**
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

G. C Wallace Inc.
Attn: Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV 89113
(Fax) 702-804-2299

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Ave, Ste 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

Triton Grading & Paving LLC
Attn: Linda Leavitt
4220 Arcata Way
Bldg B, Ste. 1
N. Las Vegas, NV 89030
(Fax) 702-362-3930

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ 86439
(Fax) 928-758-6861

Cabinetec, Inc.
Attn: David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV 89030
(Fax) 649-7918

K. H. Landscaping, Inc.
Attn: Laura Larkins
2595 South Cimarron Road
Suite 206
Las Vegas, NV 89122
(Fax) 702-263-0121

Envision Concrete
Attn: Mondo Deltoro
5655 Reference Street
Las Vegas, NV 89122
(Fax) 702-434-6956

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ 86002
(Fax) 928-773-1134

M S Concrete, Inc.
Attn:  Nedra Stephenson
3840 North Commerce
Las Vegas, NV  89032
(Fax) 702-876-9244

Blair's Carpet Valley
Attn:  Shanelle Henerson
7465 West Sunset Road
Suite 1200
Las Vegas, NV  89113
(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn:  Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV  89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn:  Liz Martin
P.O. Box 42607
Las Vegas, NV  89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn:  Herold Lefler
5330 W. Quail Avenue
Las Vegas, NV  89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn:  Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV  89139
(Fax) 702-361-2823

Western Landscape Construction
Attn:  Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV  89103
(Fax) 702-739-6840

WestCor Construction
Attn:  Steve Christianson

5620 Stephanie Street
Las Vegas, NV  89122
(Fax) 702-433-8090

Interstate Plumbing & A/C
Attn:  Ceil Cartwright
7201 West Post Road
Las Vegas, NV  89122
(Fax) 702-367-6600

Slater Hanifan Group
Attn:  Darcie Wood
5740 S. Arville #216
Las Vegas, NV  89118
(Fax) 702-284-5399

TSS Enterprises, Inc.
Attn:  Gary Simler
2827 East Illini Street
Phoenix, AZ  85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn:  Richard Kerner
9025 S. Kyrene Road
Tempe, AZ  85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn:  Kim Hardin
9260 El Camino Road
Las Vegas, NV  89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV  89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ  86001-5308
(Fax) 928-774-3089

**Request For Special Notice**

**Counsel to Steering Committee of Senior Secured Lenders**
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV  89102-3202
(Fax) 702-362-9472

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janina Guthrie
1225 Monterey Street
Redlands, CA  92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV  89101