1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: May 28, 2009
2  Shirley S. Cho, Esq. (CA Bar No. 192616)
   Werner Disse, Esq. (CA Bar No. 143458)
3  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: jstang@pszjlaw.com
6          scho@pszjlaw.com
           wdisse@pszjlaw.com
7

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702/382.1170
   Facsimile:  702/382.1169
11 Email: zlarson@lslawnv.com
   [Proposed] Attorneys for Debtors and
12 Debtors in Possession

13                    **UNITED STATES BANKRUPTCY COURT**

14                           **DISTRICT OF NEVADA**

15

16 In re:                                  Case No.: BK-S-09-14814-LBR
                                           (Jointly Administered)
17 THE RHODES COMPANIES, LLC, aka
   "Rhodes Homes, et al.,[1]                Chapter 11
18

19                        Debtors.

   Affects:
20

21 _____

22 [1]  The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
23 Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
24 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
25 Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
26 Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
27 LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
28 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:202906.1

☒ All Debtors
☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On the 27th day of May, 2009, I served the following document(s) (specify):

   a. Motion of Debtors for Entry of an Order Authorizing the Debtors to Publish Notice of the Bar Dates and Approving the Form of the Publication Notice Pursuant to FRBP 2002(1) [Docket No. 202, entered May 27, 2009];

   b. Notice of Motion of Debtors for Entry of an Order Authorizing the Debtors to Publish Notice of the Bar Dates and Approving the form of the Publication Notice Pursuant to FRBP 2002(l) [Docket No. 203, entered May 27, 2009]

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   tbw@jonesvargas.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

   RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM,
   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;m
   tieu@lionelsawyer.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com

   NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
   SECURED LENDERS
   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF
SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    **b.    United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): May 28, 2009

Sophia L. Lee
(Name of Declarant)                    (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## RHODES HOMES SERVICE LIST

### Office of the United States Trustee
Attn:  August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

### Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV  89169
(Fax) 702.792.9002

### Counsel to The Steering Committee of 1st Lien Lenders
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV  89102
(Fax) 702-362-9472

### Administrative Agent to the First Lien Lenders
CREDIT SUISSE LOAN FUNDING LLC
Attn:  Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

### Administrative Agent to the Second Lien Lenders
Wells Fargo Bank, National Association
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY  10006
(Fax) 212-515-1576

73203-001\DOCS_LA:199500.3

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036
(Fax) 212-596-9090

**Counsel to the Administrative Agent for the First Lien Lenders**
Rodney M. Jean
Susan Myers
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, NV  89146
(Fax) 702-383-8845

Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA  90071-3144
(Fax) 213-687-5600

**Members of the Official Committee of Unsecured Creditors**

G. C Wallace Inc.
Attn:  Betty Kilmer
6655 South Cimarron Road
Las Vegas, NV  89113
(Fax) 702-804-2299

Interstate Plumbing & A/C
Attn:  Ceil Cartwright
7201 West Post Road
Las Vegas, NV  89122
(Fax) 702-367-6600

M & M Electric, Inc.
Attn:  David Wadsworth
3655 W. Dewey Drive
Las Vegas, NV  89118
(Fax) 702-798-1077 AND
(Fax) 702-798-6685

Southwest Iron Works, LLC
Attn: Tracy Davis (owner)
5050 E. Russell Road
Las Vegas, NV 89112
(Fax) 702-644-6454 AND
(Fax) 702-657-8105

## Top 23 Unsecured Creditors
Sunstate Companies, Inc.
Attn: Bonnie Butler
4435 E. Colton Ave, Ste. 101
Las Vegas, NV 89115
(Fax) 702-798-2918

Aspen Concrete Inc.
Attn: Laura Norfolk
4177 E. Huntington Drive
Flagstaff, AZ 86004
(Fax) 928-226-1766

American Soils Engineering LLC
Attn: Kenya Barrant
6000 S. Eastern Ave, Ste 6B
Las Vegas, NV 89119
(Fax) 702-889-9614

Triton Grading & Paving LLC
Attn: Linda Leavitt
4220 Arcata Way
Bldg B, Ste. 1
N. Las Vegas, NV 89030
(Fax) 702-362-3930

Sunland Asphalt
Attn: Craig Bennett
P.O. Box 20814
Bullhead City, AZ 86439
(Fax) 928-758-6861

Cabinetec, Inc.
Attn: David Paszli
2711 E. Craig Road
Suite A & B
N. Las Vegas, NV 89030
(Fax) 649-7918

K. H. Landscaping, Inc.
Attn:  Laura Larkins
2595 South Cimarron Road
Suite 206
Las Vegas, NV  89122
(Fax) 702-263-0121

Envision Concrete
Attn:  Mondo Deltoro
5655 Reference Street
Las Vegas, NV  89122
(Fax) 702-434-6956

N. J. Shaum & Son Inc.
Marsha Jensen
P.O. Box 819
Flagstaff, AZ  86002
(Fax) 928-773-1134

M S Concrete, Inc.
Attn:  Nedra Stephenson
3840 North Commerce
Las Vegas, NV  89032
(Fax) 702-876-9244

Blair's Carpet Valley
Attn:  Shanelle Henerson
7465 West Sunset Road
Suite 1200
Las Vegas, NV  89113
(Fax) 702-940-4118

American Asphalt & Grading Co.
Attn:  Tracy Bassler
3624 Goldfield Street
N. Las Vegas, NV  89032
(Fax) 702-644-0128

Evans Recreation Installations
Attn:  Liz Martin
P.O. Box 42607
Las Vegas, NV  89116-1607
(Fax) 702-926-9685

Integrity Masonry, Inc.
Attn:  Herold Lefler

5330 W. Quail Avenue
Las Vegas, NV 89118
(Fax) 702-227-4855

J & J Enterprises, Inc.
Attn: Melissa Perry
5920 West Cougar Avenue
Las Vegas, NV 89139
(Fax) 702-361-2823

Western Landscape Construction
Attn: Laura Larkins
4670 S. Polaris Avenue
Las Vegas, NV 89103
(Fax) 702-739-6840

WestCor Construction
Attn: Steve Christianson
5620 Stephanie Street
Las Vegas, NV 89122
(Fax) 702-433-8090

Slater Hanifan Group
Attn: Darcie Wood
5740 S. Arville #216
Las Vegas, NV 89118
(Fax) 702-284-5399

TSS Enterprises, Inc.
Attn: Gary Simler
2827 East Illini Street
Phoenix, AZ 85040
(Fax) 602-276-7918

Westar Kitchens & Bath
Attn: Richard Kerner
9025 S. Kyrene Road
Tempe, AZ 85284
(Fax) 702-798-1610

Iovino Masonry Inc.
Attn: Kim Hardin
9260 El Camino Road
Las Vegas, NV 89139
(Fax) 702-368-1265

The Masonry Group Nevada, Inc.
4685 Berg Street
North Las Vegas, NV  89081
(Fax) 702-657-8445

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ  86001-5308
(Fax) 928-774-3089

## Request For Special Notice

### Counsel to Steering Committee of Senior Secured Lenders
Nile Leatham
Timothy P. Thomas
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV  89102-3202
(Fax) 702-362-9472

### Counsel to Commerce Associates LLC
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janina Guthrie
1225 Monterey Street
Redlands, CA  92373

### Counsel to Claimant Westar Kitchen & Bath, LLC
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV  89101