James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: June 2, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]
    Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

DATE:    June 5, 2009
TIME:    1:30 p.m.
PLACE:   Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

73203-002\DOCS_LA:202866.1

# STATUS AND AGENDA FOR JUNE 5, 2009 HEARING
# AT 1:30 P.M.

**I. UNCONTESTED MATTERS**

**1.     Application for Order Under Sections 327(a) of the Bankruptcy Code Authorizing the Limited Employment and Retention of Jeff Barcy As Financial Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 152-2]**

Related Filings:

A.     *Declaration Of Jeff Barcy* [Rhodes Docket No. 153]

B.     *Notice of Hearing* for Docket No. 152 [Rhodes Docket No. 154]

C.     *Certificate of Service* regarding Docket No. 154 [Rhodes Docket No. 167]

**STATUS**: No objections have been received by the deadline for filing objections. A proposed form of Order will be submitted to the Court.

**2.     *Application to Employ Sullivan Group Real Estate Advisors as Market Research Consultant* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 155]**

Related Filings:

A.     *Declaration of Timothy Sullivan* [Rhodes Docket No. 156]

B.     *Notice of Hearing* for Docket No. 155 [Rhodes Docket No. 157]

C.     *Certificate of Service* regarding Docket No. 157 [Rhodes Docket No. 167]

**STATUS**: No objections have been received by the deadline for filing objections. A proposed form of Order will be submitted to the Court.

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:202866.1          2

3.   *Application to Employ Noel Bejarano as Business Operations Consultant ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 158]*

Related Filings:

A.   *Declaration of Noel Bejarano* [Rhodes Docket No. 159]

B.   *Notice of Hearing* for Docket Entry 158 [Rhodes Docket No. 160]

C.   *Certificate of Service for Docket Entry 160* [Rhodes Docket No. 167]

**STATUS**: No objections have been received by the deadline for filing objections. A proposed form of Order will be submitted to the Court.

Dated:   June 2, 2009          LARSON & STEPHENS

 /s/Zachariah Larson
  Zachariah Larson, Esq. (NV Bar No. 7787)
  810 S. Casino Center Blvd., Ste. 104
  Las Vegas, Nevada  89101

   –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Counsel for Debtors and
Debtors in Possession