Rew R. Goodenow, Nevada Bar No. 3722
Karl Y. Olsen, Nevada Bar No. 6767
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
rgoodenow@parsonsbehle.com
karlolsen@parsonsbehle.com

J. Thomas Beckett, Utah Bar No. 5587
David P. Billings, Utah Bar No. 11510
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonbehle.com

*Proposed Counsel to the Official Committee*

Efiled June 4, 2009.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: The Rhodes Companies, aka "Rhodes Homes, *et al.*,"[1] Debtor, | CASE NO. BK-S-09-14814-LBR (Jointly Administered) Chapter 11 |
|---|---|

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

[1] The debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing, LLC (Case No. 09-14820); Gung-ho Concrete, LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch GP (Case No. 09-14844); Rhodes Design & Dev. (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions, IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

J. Thomas Beckett, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Salt Lake City, Salt Lake County, Utah.

2. That Petitioner is an attorney at law and a member of the law firm of Parsons Behle & Latimer with offices at 201 South Main, Salt Lake City, UT 84111 and 50 W. Liberty Street, Suite 750, Reno, NV 89501; (801) 532-1234 and (775) 323-1601; tbeckett@parsonsbehle.com.

3. That Petitioner has been retained personally or as a member of the law firm by The Official Committee of Unsecured Creditors of *In re the Rhodes Companies* et al, to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since May 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts.

| **Court** | **Date Admitted** | ***Bar Number*** |
|---|---|---|
| New York | April 1987 | 2129575 |
| Southern District of New York | April 1987 | n/a |
| Eastern District of New York | April 1987 | n/a |
| Utah | May 1990 | 05587 |
| District of Utah | May 1990 | n/a |
| Court of Appeals for the Tenth Circuit | April 2004 | n/a |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: NONE

7. Petitioner never been denied admission to the State Bar of Nevada? (If yes, give particulars of every denied admission): NO

8. That Petitioner is a member of good standing in the following Bar Associations:

Utah Bar Association, New York Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

**FEDERAL COURT**

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 13, 2006 | Alvin J. Watson v. Eaton Electrical, Inc. | United States District Court, District of Nevada | Granted |
| June 30, 2006 | Estate of Mary L. Miles, by and through its Special Administrator (Robert E. Miles and Howard M. Miles), v. Estate of Helen S. McGain, et al. | United States District Court, District of Nevada | Granted |
| October 19, 2007 | Elven Jennings, et al. v. Fay Ward, et al. | United States District Court, District of Nevada | Granted |
| January 18, 2008 | Zappos.com, Inc. v. Global Patent Holdings, LLC | United States District Court, District of Nevada | Granted |
| September 10, 2008 | Andrew Pullos, dba, Precision Engineering v. Alliance Laundry Systems, LLC. | United States District Court, District of Nevada | Granted |
| November 4, 2008 | South Fork Band Council of Western Shoshone of Nevada, et al. v. United States Department of the Interior, et al. | United States District Court, District of Nevada | Granted |
| November 7, 2008 | U.S. Securities and Exchange Commission v. Joseph Milanowski | United States District Court, District of Nevada | Granted |
| January 20, 2009 | Truck Insurance Exchange v. Pecetti Ranch Estates, LLC | United States District Court, District of Nevada | Granted |

**STATE COURT**

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| February 15, 2005 | Hudson Insurance Company v. Amerex Corp. | District Court, Elko County, Nevada | Granted |
| February 11, 2005 | Albertsons, Inc. v. Sparks Center Associates | District Court, Washoe County, Nevada | Granted |
| October 2005 | McNeff v. Merrill Lynch, Pierce, Fenner & Smith Inc., et al. | District Court, Washoe County, Nevada | Granted |
| January 27, 2006 | Harold L. Hammons and Byrl Hammons v. A.W. Chesteron Co., et al. | District Court, Clark County, Nevada | Granted |
| April 4, 2006 | Rainbow Expressway v. American Drug Stores | District Court, Clark County, Nevada | Granted |
| June 20, 2006 | Chalma Dauer, Donala Bauer v. A.W. Chesteron Company | District Court, Clark County, Nevada | Denied |
| May 31, 2007 | In Re: Receivership of Southwest Exchange, Inc. and Consolidated Litigation; Milan Selakovic, et al v Southwest Exchange Corporation, et al | District Court, Clark County, Nevada | Granted |

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 25, 2007 | SNMARK, LLC v. Home Depot, U.S.A., Inc. | District Court, Clark County, Nevada | Granted |
| September 18, 2007 | Thomas W. Mitchell v. Robert F. Freeman, George D. Jones | District Court, Clark County, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's Signature

STATE OF UTAH )
)
COUNTY OF SALT LAKE )

J. Thomas Beckett, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner

Subscribed and sworn to before me this 1st day of ~~June, 2009.~~

Notary Public

JOY PROUT
Notary Public
State of Utah
Comm. No. 577534
My Comm. Expires Mar 4, 2013

PARSONS BEHLE & LATIMER

4816-7313-9459.1

**DESIGNATION OF RESIDENT ATTORNEY**

**ADMITTED TO THE BAR OF THIS COURT**

**AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Rew R. Goodenow, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

50 West Liberty Street, Ste 750, Reno, Nevada, 89501, (775) 323-1601.

By this designation the Petitioner and undersigned party agrees that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

#6767 for

Rew R. Goodenow
Nevada Bar number: 3722

APPROVED:

Dated: This ____ day of June, 2009.

______________________________
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2009, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL, to:

| | |
|---|---|
| August B. Landis<br>Assistant United States Trustee<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, South<br>Suite 4300<br>Las Vegas NV 89101<br><br>Attorneys for Acting United States Trustee, Sara L. Kistler | Zachariah Larson<br>810 South Casino Center Boulevard<br>Suite 104<br>Las Vegas NV 89101 |
| Nile Leatham<br>Timothy P. Thomas<br>Kolesar & Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>nleatham@klnevada.com<br><br>Counsel for the First Lien Steering Committee | Edward M. McDonald Jr.<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, South<br>Suite 4300<br>Las Vegas NV 89101<br>Email: edward.m.mcdonald@usdoj.gov<br><br>Attorneys for Acting United States Trustee, Sara L. Kistler |
| Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Akin Gump Strauss Hauer & Field LLP<br>One Bryant Park<br>New York, NY 10025<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br><br>Counsel for the First Lien Steering Committee | Shirley Cho<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles CA 90067 |
| | |

Employee of Parsons Behle & Latimer