1   Rew R. Goodenow, Nevada Bar No. 3722          Efiled June 4, 2009.
    Karl Y. Olsen, Nevada Bar No. 6767
2   Parsons Behle & Latimer
    50 West Liberty Street, Suite 750
3   Reno, NV 89501
    Telephone:    (775) 323-1601
4   Facsimile:    (775) 348-7250
    rgoodenow@parsonsbehle.com
5
    J. Thomas Beckett, Utah Bar No. 5587
6   David P. Billings, Utah Bar No. 11510
    Parsons Behle & Latimer
7   One Utah Center
    201 South Main Street, Suite 1800
8   Salt Lake City, UT 84111
    (801) 536-6700
9   tbeckett@parsonsbehle.com
    dbillings@parsonbehle.com
10
    *Proposed Counsel to the Official Committee*
11
                    UNITED STATES BANKRUPTCY COURT
12
                          DISTRICT OF NEVADA
13

14  IN RE:                                    CASE NO.  BK-S-09-14814-LBR
                                              (Jointly Administered)
15  The Rhodes Companies, aka "Rhodes
    Homes, *et al.*,"[1]                       Chapter 11
16
            Debtor,
17

18                    NOTICE OF APPEARANCE AND
                      REQUEST FOR NOTICE
19

20

21

22  [1] The debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778);
    The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing,
23  LLC (Case No. 09-14818); Geronimo Plumbing, LLC (Case No. 09-14820); Gung-ho Concrete, LLC (Case No. 09-
    14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners (Case No. 09-14828); Six Feathers Holdings, LLC (Case
24  No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty,
    Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch GP (Case No. 09-14844);
25  Rhodes Design & Dev. (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions, IV, LLC
    (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II LLC (Case No.
26  09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf (Case No. 09-14854); Overflow,
    LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
27  (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-
    14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882);
28  Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

PARSONS
BEHLE &
LATIMER

4851-7997-0819.1

**PLEASE TAKE NOTICE** that Rew R. Goodenow,  J. Thomas Beckett[2], Karl Olsen, and

David P. Billings[3] of Parsons Behle & Latimer hereby enters their appearance in the above-

captioned cases as counsel for the Official Committee (the "Committee") of Unsecured Creditors

of the Rhodes Companies, LLC, *et. al* (the "Debtors") and requests that copies of all notices and

pleadings filed therein to be delivered contemporaneously to them at the following address:

> Rew R. Goodenow
> Parsons Behle & Latimer
> 50 West Liberty Street, Suite 750
> Reno, NV  89501
> rgoodenow@parsonsbehle.com

> J. Thomas Beckett
> Parsons Behle & Latimer
> One Utah Center
> 201 South Main Street, Suite 1800
> Post Office Box 45898
> Salt Lake City, Utah  84145-0898
> jbeckett@parsonsbehle.com

> Karl Y. Olsen
> Parsons Behle & Latimer
> 50 West Liberty Street, Suite 750
> Reno, NV  89501
> karlolsen@parsonsbehle.com

> David P. Billings
> Parsons Behle & Latimer
> One Utah Center
> 201 South Main Street, Suite 1800
> Post Office Box 45898
> Salt Lake City, Utah  84145-0898
> dbillings@parsonsbehle.com

The undersigned additionally requests that the Debtor and the Clerk of the Court place the

foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in

---

[2] Verified Petition for Permission to Practice in this Case Only has been submitted simultaneously with this filing.

[3] Verified Petition for Permission to Practice in this Case Only has been submitted simultaneously with this filing.

- 2 -

PARSONS
BEHLE &
LATIMER

4851-7997-0819.1

1  the above-referenced case.

2

3  Dated:  June  4 , 2009.                    PARSONS BEHLE & LATIMER

4

5                                             By: _____

6                                             Rew R. Goodenow,  Nevada Bar No. 3722
                                              J.  Thomas Beckett, Utah Bar No. 5587
7                                             Karl Y. Olsen, Nevada Bar No. 6767
                                              David P. Billings, Utah Bar No. 11510

8                                             *Proposed Counsel to the Official Committee*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

4851-7997-0819.1

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2009, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE, to:

| | |
|---|---|
| August B. Landis<br>Assistant United States Trustee<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, South<br>Suite 4300<br>Las Vegas NV 89101<br><br>Attorneys for Acting United States Trustee,<br>Sara L. Kistler | Zachariah Larson<br>810 South Casino Center Boulevard<br>Suite 104<br>Las Vegas NV 89101 |
| Nile Leatham<br>Timothy P. Thomas<br>Kolesar & Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>nleatham@klnevada.com<br><br>Counsel for the First Lien Steering Committee | Edward M. McDonald Jr.<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, South<br>Suite 4300<br>Las Vegas NV 89101<br>Email: edward.m.mcdonald@usdoj.gov<br><br>Attorneys for Acting United States Trustee,<br>Sara L. Kistler |
| Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Akin Gump Strauss Hauer & Field LLP<br>One Bryant Park<br>New York, NY 10025<br>jdizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br><br>Counsel for the First Lien Steering Committee | Shirley Cho<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles CA 90067 |

_____
Employee of Parsons Behle & Latimer

PARSONS
BEHLE &
LATIMER

99997.802/4841-8965-6323.1