Marquis & Aurbach
DAVID A. COLVIN, ESQ.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
dcolvin@marquisaurbach.com
(702) 382-0711
    Attorneys for Creditor, Dana Kepner Company

E-FILED: 6-5-09

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In Re:

THE RHODES COMPANIES, LLC

Debtors.

Case No:    BKS-09-14814-LBR
Chapter 11

## NOTICE OF INTENT TO MAINTAIN, PERFECT, AND ENFORCE MECHANIC'S LIEN CLAIMS AGAINST THE PROPERTY OF THE DEBTOR ESTATE (APN #176-05-301-010)

PLEASE TAKE NOTICE that pursuant to Section 546(b) of the U.S. Bankruptcy Code Creditor, Dana Kepner Company (hereinafter "DKC"), by and through its attorney of record, David A. Colvin, Esq. of Marquis & Aurbach, hereby files its NOTICE OF INTENT TO MAINTAIN, PERFECT, AND ENFORCE MECHANIC'S LIEN CLAIMS AGAINST THE PROPERTY OF THE DEBTOR'S ESTATE, and in support thereof states as follows:

1. DKC recorded a mechanic's liens against real property described as 7027 S. El Capitan, Spring Valley, APN 176-05-301-010 on May 18, 2009, recorded under Book 20090515, Instrument No. 0004455, in the Official Records of Clark County, State of Nevada, in the amount of $10,640.90.

Pursuant to applicable Nevada law, to maintain perfection of its Mechanic's Lien claims, DKC is required to foreclose on its Mechanic's Lien claims by filing an action in the Nevada State District Court within six months of the recording of its Mechanic's Lien claims. See NRS 108.233.

Due to the filing of the debtor, The Rhodes Companies, LLC's, bankruptcy petition in these proceedings, DKC is stayed from pursuing an action in the Nevada State District Court to

M&A:10689-028 817709_1 6/4/2009 3:42 PM

foreclose on its Mechanic's Liens. However, pursuant to Section 546(b) of the Bankruptcy Code, by giving notice of its intention to maintain, perfect and enforce its Mechanic's Lien claims, DKC can maintain perfection of its Mechanic's Lien claims without filing an action in the Nevada State District Court.

Accordingly, this Notice is given for the above mentioned purposes and in compliance with the above mentioned laws.

Dated this ____ day of June, 2009.

MARQUIS & AURBACH

By _____
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Creditor, Dana Kepner Company