**Marquis & Aurbach**
DAVID A. COLVIN, ESQ.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
dcolvin@marquisaurbach.com
(702) 382-0711
  Attorneys for Creditor, Dana Kepner Company

E-FILED: 6-5-09

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In Re:

THE RHODES COMPANIES, LLC

Debtors.

Case No:    BKS-09-14814-LBR
Chapter 11

# CERTIFICATE OF SERVICE

1. On the 5th day of June, 2009, I served the following document(s):

**NOTICE OF INTENT TO MAINTAIN, PERFECT, AND ENFORCE MECHANIC'S LIEN CLAIMS AGAINST THE PROPERTY OF THE DEBTOR ESTATE (APN 176-17-101-002)**

2. I served the above-named document(s) by the following means to the persons as listed below:

   a. ☒ ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

M&A:10689-027 817747_1 6/4/2009 3:01 PM

| | |
|---|---|
| 1 | RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>RJEAN@LIONELSAWYER.COM, |
| 2 | gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com |
| 3 | |
| 4 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC<br>ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com |
| 5 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 6 | nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 7 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV – 11<br>edward.m.mcdonald@usdoj.gov |
| 8 | |
| 9 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com |
| 10 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC |
| 11 | olster@lbbslaw.com, jnoble@lbbslaw.com;gaguirre@lbbslaw.com |
| 12 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 13 | tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com |
| 14 | U.S. TRUSTEE - LV – 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| 15 | |
| 16 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC<br>DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |
| 17 | |
| 18 | b.  ☒ United States mail, postage fully prepaid *(Lists persons and addresses. Attach additional paper if necessary)* |
| 19 | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC |
| 20 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 21 | 400 SOUTH FOURTH STREET, SUITE 500<br>LAS VEGAS, NV 89101 |
| 22 | |
| 23 | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.<br>1 INTERNATIONAL PL |
| 24 | BOSTON, MA 02210 |
| 25 | IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 26 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 27 | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| 28 | |

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:10689-027 817747_1 6/4/2009 3:01 PM

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

b. ☐ **Personal Service** *(Lists persons and addresses. Attach additional paper if necessary)*

M&A:10689-027 817747_1 6/4/2009 3:01 PM

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

c.    ☐ **By direct email (as opposed to through the ECF System)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

d.    ☐ **By fax transmission** *(Lists persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

e.    ☐ **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 5th day of June, 2009.

_____
An employee of Marquis & Aurbach

M&A:10689-027 817747_1 6/4/2009 3:01 PM