# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
    THE RHODES COMPANIES, LLC
    4730 S. FT. APACHE #300
    LAS VEGAS, NV 89147

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by DAVID P BILLINGS with the appointment of REW R GOODENOW as designated Nevada Counsel in this case are approved.

Dated: 6/9/09                                          BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court