DAVID S. LEE, ESQ.  
Nevada Bar No. 6033  
ROBERT A. CARLSON, ESQ.  
Nevada Bar No. 9995  
CHARLENE N. RENWICK  
Nevada Bar No. 10165  
LEE, HERNANDEZ, BROOKS, GAROFALO & BLAKE, APC  
7575 Vegas Drive, Suite 150  
Las Vegas, Nevada 89128  
(702) 880-9750  
(702) 314-1210 [fax]  
dlee@lee-lawfirm.com  
rcarlson@lee-lawfirm.com  

E-filed: 6/11/09

[Proposed] Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
| Debtors. | Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | |

### NOTICE OF WITHDRAWAL OF DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

   Please take notice, that the undersigned hereby ***withdraws*** its Disclosure Declaration of Ordinary Course Professional previously filed on June 8, 2009, at 11:19 A.M. in the above-entitled matter.

DATED: June 8, 2009

_____  
David S. Lee, Esq.  
Nevada Bar No. 6033  
ROBERT A. CARLSON, ESQ.  
Nevada Bar No. 9995  
CHARLENE N. RENWICK  
Nevada Bar No. 10165  
LEE, HERNANDEZ, BROOKS, GAROFALO & BLAKE, APC  
7575 Vegas Drive, Suite 150  
Las Vegas, Nevada 89128