# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
    THE RHODES COMPANIES, LLC
    4730 S. FT. APACHE #300
    LAS VEGAS, NV 89147

ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by J. THOMAS BECKETT with the appointment of REW R GOODENOW as designated Nevada Counsel in this case are approved.

Dated: 6/9/09                                         BY THE COURT

_Mary A. Schott_

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0978-2          User: lyonsmk          Page 1 of 1          Date Rcvd: Jun 09, 2009
Case: 09-14814               Form ID: oavp           Total Noticed: 2

The following entities were noticed by first class mail on Jun 11, 2009.
        +J THOMAS BECKETT,   201 SOUTH MAIN,   SALT LAKE CITY, UT 84111-2215
        +REW R GOODENOW,   50 WEST LIBERTY STREET, STE 750,   RENO, NV 89501-1970

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2009**                    **Signature:**