James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: June 16, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

## ATTORNEY INFORMATION SHEET

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| U.S. Trustee | June 15, 2009 | X | |
| Brett A. Axelrod<br>Counsel to James M. Rhodes<br>and Sagebrush Enterprises, Inc. | June 15, 2009 | X | |
| Ramon M. Naguiat<br>Counsel for Administrative<br>Agent to the First Lien Lenders | June 15, 2009 | | **No Response** |
| Phillip Dublin<br>Counsel to the Steering<br>Committee of First Lien Lenders | June 15, 2009 | X | |
| Rew R. Goodenow<br>Counsel to the Official<br>Committee of Unsecured Creditors | June 15, 2009 | | **No Response** |
| J. Thomas Beckett<br>Counsel to the Official<br>Committee of Unsecured Creditors | June 15, 2009 | X | |
| Timothy P. Thomas<br>Counsel to the Steering<br>Committee of First Lien Lenders | June 15, 2009 | | **No Response** |
| Ben Schneider<br>Counsel to Administrative Agent<br>For the Second Lien Lenders | June 15, 2009 | X | |
| Janet L. Chubb and Michael<br>E. Buckley, Counsel to Commerce<br>Associates, LLC | June 15, 2009 | X | |
| Ms. Janine Guthrie | June 15, 2009 | | **No Response** |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

| | |
|---|---|
| Donald H. Williams | June 15, 2009      X    |

Counsel to Claimant
Westar Kitchen & Bath, LLC

COMMENTS:_____

Submitted by:
**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No.: 7787
Kyle O. Stephens, Esq., Bar No.: 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Proposed attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3