J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket Nos. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com;
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Proposed Counsel to the Official Committee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>aka "Rhodes Homes, *et al.*,"<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### COMMITTEE'S APPLICATION
### FOR AUTHORIZATION TO ENGAGE
### PARSONS BEHLE & LATIMER
### AS ITS COUNSEL

The Official Committee (the "Committee") of Unsecured Creditors of the Rhodes Companies *et. al*, LLC, (the "Debtors"), by and through its Chairperson, hereby applies, pursuant to 11 U.S.C. §§ 330 and 1103 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, for authorization to engage Parsons Behle & Latimer ("Parsons Behle" or the "Firm"), as counsel to the Committee, and respectfully states as follows:

1. The Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), on March 31, 2009.

2. No trustee or examiner has been appointed in these cases. The Debtors continue to manage their assets and operate their businesses in the ordinary course as debtors and debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

3. The Committee was formed by the appointment of its members by the United States Trustee on May 26, 2008. *See* Case No. 09-14814, Docket No. 201.

4. The Committee selected Parsons Behle as its counsel on May 29, 2009. It selected the Firm because of Parsons Behle's general capabilities and, in particular, Mr. J. Thomas Beckett's experience in representing creditors committees in bankruptcies where the secured debt was arranged by Credit Suisse.

5. The professional services that the Committee desires Parsons Behle to render include:

   a. Investigating the propriety and enforceability of the First and Second Lien Lenders' liens on property of the Debtors' estates;

   b. representing the Committee in its investigation of, analysis of and consultations with the Debtors concerning, the history, operation and / or liquidation of the Debtors' businesses and assets and the administration of the Debtors' cases;

   c. representing the Committee and the interests of unsecured creditors in negotiations toward, and confirmation and consummation of, any reorganization plan;

   d. representing the Committee and the interests of unsecured creditors in all matters before this Court in this case; and

   e. performing all other necessary legal services that are in the best interest of the Committee and the unsecured creditors of the Debtors.

6. To the best of Applicant's knowledge, neither Parsons Behle nor Mr. Beckett (i) has any connection with the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, (ii) holds or represents any interest adverse to the Debtors, their

estates, or the Committee, and (iii) and are "disinterested persons," as defined in 11 U.S.C. §101(14), except:

1. Since April, 2008, Parsons Behle, and in particular Mr. Beckett, has represented the Official Committee of Unsecured Creditors in the Utah 7000 (Promontory Development) bankruptcy cases currently pending in Utah.

2. Credit Suisse, Cayman Islands Branch, is the Agent for the First Lien Lenders in the Utah 7000 cases, and it is also the Agent for the First Lien Lenders in the above-captioned cases.

3. In addition, Wells Fargo Bank, N.A., is the Agent for the Second Lien Lenders in the Utah 7000 cases, and it is also the Agent for the Second Lien Lenders in the above-captioned cases.

4. Since December, 2008, Parsons Behle, and in particular Mr. Beckett, has represented the Official Committee of Unsecured Creditors in the Yellowstone Mountain Club bankruptcy cases currently pending in Montana.

5. Credit Suisse, Cayman Islands Branch, is the Agent for the First Lien Lenders in the Yellowstone cases, and Credit Suisse is the Agent for the First Lien Lenders in the above-captioned cases.

7. Mr. Beckett will be primarily responsible for the Firm's representation of the Committee. His billing rate is $425 per hour. Other attorneys and paraprofessionals at the Firm will assist on an as-needed basis. Mr. Beckett will make every reasonable effort to have the Committee's legal work performed by the lowest costing professional with the necessary experience. Parsons Behle will not, in this engagement, charge for the unproductive travel time of any of its shareholders or employees.

8. Neither Mr. Beckett nor Parsons Behle represents any interest adverse to the Committee, the Debtors, or the Debtors' estates in the matters upon which they are to be engaged, and the Firm's engagement will be in the best interest of the Debtors' estates and creditors.

**WHEREFORE**, the Committee prays that its engagement of the Firm under the terms specified herein with its compensation to be approved by the Court.

Dated: June 11, 2009.

_Beverly Wolf_ (signature)

Beverly Wolf,
As Chairperson of the Committee

PARSONS BEHLE & LATIMER

99997.557/4827-7748-7875.1