James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: June 19, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:202764.1

# NOTICE OF SUPPLEMENT TO LIST OF UTILITY PROVIDERS

**PLEASE TAKE NOTICE** that pursuant to the *Final Order Granting Debtors' Motion for an Order Under Section 366 of the Bankruptcy Code (a) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Utilities Order") [Docket Number 181], the above-captioned Debtors are adding Integra Telecom, TelePacific Communications and Las Vegas Valley Water District to the list of utility providers. The supplemental list of utility providers that includes Integra Telecom, TelePacific Communications and Las Vegas Valley Water District is attached hereto as <u>Exhibit A</u>.

**DATED** this 19th day of June, 2009.

**LARSON & STEPHENS**

 */s/ Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Debtor

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:202764.1         2

# EXHIBIT A

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Pinnacle | Arizona Public Services | 400 N 5th St | Phoenix | AZ | 85072 | 098784289 | Electric | 320.00 | Flagstaff |
| Pinnacle | City of Flagstaff | 211 W Aspen Ave | Flagstaff | AZ | 86001 | 98406-263290 | Water | 324.00 | Aspen Place |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430294936 | Water | 21.00 | 1012 olivia parkway |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430294940 | Water | 19.00 | 1016 olivia parkway |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430294942 | Water | 21.00 | 1020 olivia parkway |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430287152 | Water | 21.00 | 1036 via camelia |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430287150 | Water | 21.00 | 1040 via camelia |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430287148 | Water | 22.00 | 1044 via camelia |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430287146 | Water | 25.00 | 1048 via camelia |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430301632 | Water | 13.00 | 1057 via saint andrea |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430291846 | Water | 29.00 | 1058 via saint andrea |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430291834 | Water | 11.00 | 1063 via saint andrea |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430291832 | Water | 11.00 | 1067 via saint andrea |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430330084 | Water | 12.00 | 1069 via saint andrea |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430272544 | Water | 44.00 | 1076 via corto st rfm |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430246126 | Water | 12.00 | 480 punto vallata |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430298986 | Water | 11.00 | 484 via del foro |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430326442 | Water | 15.00 | 503 via garafano ave |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430344238 | Water | 84.00 | 912 via del tramanto |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430198762 | Water | 102.00 | 921 via doccia |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430237802 | Water | 34.00 | 944 via stellato |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430298990 | Water | 12.00 | 953 via piave |
| Rhodes | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430243070 | Water | 38.00 | 972 via stellato |
| Tuscany | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430221486 | Water | 41.00 | Tuscany Golf Course |
| Tuscany | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430039052 | Water | 3,718.00 | Tuscany Golf Course |
| Tuscany | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430052894 | Water | 11,209.00 | Tuscany Golf Course |
| Tuscany | City of Henderson Utility Serv | 240 Water St | Henderon | NV | 89009 | 430108180 | Water | 91.00 | Tuscany Golf Course |
| Pinnacle | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 69118-37433 | Water | 50.00 | 3806 Heather |
| Pinnacle | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 69118-37427 | Water | 50.00 | 3800 Heather |
| Pinnacle | City of Kingman | 31 N 4th St | Kingman | AZ | 86401 | 78216-24221 | Water | 2,848.00 | Arizona |

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Rhodes | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 0018610087493102 | Cable | 30.00 | |
| Rhodes | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 0018610114089901 | Cable | 80.00 | |
| Rhodes | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 114089901 | Cable | 119.00 | |
| Rhodes | Cox Communications | 121 S Martin Kuther King Blvd | Las Vegas | NV | 89106 | 87493102 | Cable | 51.00 | 22 Indian Run Way |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7025970063348 | Telephone | 298.00 | |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028735582457 | Telephone | 135.00 | |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7026563603835 | Telephone | 41.00 | |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 1003326804 | Telephone | 10.00 | |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7022207953369 | Telephone | 199.00 | |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7027404111886 | Telephone | 228.00 | Rhodes Ranch Sales Office |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028737287478 | Telephone | 443.00 | Tuscany Sales Office |
| Rhodes | Embarq | 2340 E Tropicana | Las Vegas | NV | 89119 | 7028959499667 | Telephone | 136.00 | |
| Pinnacle | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 928-565-5003-031407-5 | Telephone | 606.00 | Arizona |
| RHA | Frontier Communications | 313 S Aztec | Golden Valley | AZ | 86413 | 10508782 | Internet Serv | 583.00 | Arizona |
| Pinnacle | NPG Cable | 2585 Miracle Mile #101 | Bullhead City | AZ | 86442 | 02637007 | Cable | 49.00 | 3800 Heather |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000403 | Electric | 122.00 | 101 Sandy Bunker |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168778 | Electric | 175.00 | 1012 olivia parkway |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168779 | Electric | 142.00 | 1016 olivia parkway |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 1016 Via Canale - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000401 | Electric | 273.00 | 102 sandy bunker |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2168780 | Electric | 300.00 | 1020 olivia parkway |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 1025 Via Panfilo - HS01 |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036885 | Electric | 74.00 | 1036 via camelia |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173043 | Electric | 53.00 | 104 honors course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036883 | Electric | 73.00 | 1040 via camelia |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 1041 Via Saint Andrea - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036881 | Electric | 64.00 | 1044 via camelia |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036878 | Electric | 113.00 | 1048 via camelia |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2201532 | Electric | 25.00 | 1057 via saint andrea |

**Rhodes Homes**
**Utility Deposit**

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2177473 | Electric | 36.00 | 1058 via saint andrea |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 1059 Via Nandina - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2201618 | Electric | 27.00 | 1063 via saint andrea |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 1067 Via Nandina - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2117341 | Electric | 25.00 | 1067 via saint andrea |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203017 | Electric | 24.00 | 1069 via saint andrea |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2131839 | Electric | 33.00 | 1076 via corto |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2000404 | Electric | 86.00 | 111 Sandy Bunker |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2198172 | Electric | 39.00 | 112 tall ruff |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2003819 | Electric | 15.00 | 124 tall ruff |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173045 | Electric | 54.00 | 136 honors course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2003699 | Electric | 23.00 | 142 water hazard |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2197178 | Electric | 22.00 | 206 fairway woods |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 1875032 | Electric | 84.00 | 22 Indian Run Way |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 268 Honors Course - streetlights |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203412 | Electric | 39.42 | 317 fringe ruff dr |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203409 | Electric | 15.00 | 353 fringe ruff |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2211411 | Electric | 30.00 | 355 center green |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2203049 | Electric | 75.00 | 375 ladies tee |
| Rhodes | NV Energy | 6227 W Sahara | Las Vegas | NV | 89147 | | | | 387 Cart Crossing Way |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 388 Broken Par - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2078443 | Electric | 64.00 | 480 punto vallata drive |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2173711 | Electric | 36.00 | 484 via del foro |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2036877 | Electric | 125.00 | 503 via garafano ave |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2196836 | Electric | 16.00 | 585 halloran springs |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2157858 | Electric | 279.00 | 687 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2157857 | Electric | 294.00 | 695 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 7027 S El Capitan Way - park |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158766 | Electric | 140.00 | 725 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158765 | Electric | 168.00 | 733 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158764 | Electric | 156.00 | 741 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158763 | Electric | 173.00 | 749 orchard course |
| Rhodes | NV Energy | 6227 W Sahara | Las Vegas | NV | 89147 | | | | 7510 Thornbuck |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158762 | Electric | 612.00 | 757 orcahrd course dr |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2158761 | Electric | 249.00 | 765 orchard course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062919 | Electric | 38.00 | 912 via del tramonto |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2063073 | Electric | 108.00 | 921 via doccia |

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062906 | Electric | 114.00 | 944 via stellato |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2171645 | Electric | 16.00 | 953 via piave |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 956 Via Coumbo - temp power |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 957 Via Columbo |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2172906 | Electric | 17.00 | 97 honors course |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2062899 | Electric | 38.00 | 972 via stellato |
| Rhodes | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | | | | 997 Via Canale - temp power |
| Tuscany | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2012959 | Electric | 2,293.00 | 897 Olivia Pkwy - Tuscany Golf Course |
| Tuscany | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2023350 | Electric | 705.00 | 903 Olivia Pkwy - Tuscany Golf Course |
| Tuscany | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2086079 | Electric | 442.00 | 1027 Via Breve - Tuscany Golf Course |
| Tuscany | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2086080 | Electric | 161.00 | 1029 Via Breve - Tuscany Golf Course |
| Tuscany | NV Energy | 6226 W Sahara | Las Vegas | NV | 89146 | 2027652 | Electric | 4,258.00 | 1052 Olivia Pkwy - Tuscany Golf Course |
| Pinnacle | Qwest | 313 S Aztec | Golden Valley | AZ | 86413 | 928-556-3132 164B | Telephone | 320.00 | Flagstaff |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7690526-002 | Gas | 13.00 | 101 Sandy Bunker |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7697721-002 | Gas | 9.00 | 1012 olivia parkway |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7697735-002 | Gas | 9.00 | 1016 olivia parkway |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-6665677-002 | Gas | | 102 sandy bunker |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7697740-002 | Gas | 9.00 | 1020 olivia parkway |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7664860-002 | Gas | 37.00 | 1036 via camelia |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7706537-002 | Gas | 44.00 | 104 honors course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7664578-002 | Gas | 55.00 | 1040 via camelia |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-6905206-002 | Gas | 51.00 | 1044 via camelia |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-6905210-002 | Gas | 65.00 | 1048 via camelia |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7705854-002 | Gas | 21.00 | 1057 via saint andrea |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7675174-002 | Gas | 78.00 | 1058 via saint andrea |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7705873-002 | Gas | 10.00 | 1063 via saint andrea |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7705887-002 | Gas | 15.00 | 1067 via saint andrea |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7705892-002 | Gas | 23.00 | 1069 via saint andrea |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7545635-002 | Gas | 19.00 | 1076 via corto |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7690531-002 | Gas | 9.00 | 111 Sandy Bunker |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-6867717-002 | Gas | 85.00 | 112 tall ruff |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-686736-002 | Gas | 26.00 | 124 tall ruff |

Rhodes Homes
Utility Deposit

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7689777-002 | Gas | 9.00 | 136 honors course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7789096-002 | Gas | 27.00 | 206 fairway woods |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 5948225 | Gas | 114.00 | 22 Indian Run Way |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7826868-002 | Gas | 20.00 | 317 fringe ruff |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7826938-002 | Gas | 9.00 | 353 fringe ruff |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7826126-002 | Gas | 51.00 | 355 center green |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7823791-002 | Gas | 23.00 | 375 ladies tee |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7338257-002 | Gas |  | 387 Cart Crossing Way |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7262139-002 | Gas | 31.00 | 480 punto vallata |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7689104-002 | Gas | 9.00 | 484 via del foro |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7697754-002 | Gas | 9.00 | 503 via garofano |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7806598-002 | Gas | 9.00 | 585 halloran springs |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7627576-002 | Gas | 52.00 | 687 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7623561-002 | Gas | 30.00 | 695 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7787423-002 | Gas | 17.00 | 725 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7787438-002 | Gas | 80.00 | 733 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7787442-002 | Gas | 54.00 | 741 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7682183-002 | Gas | 17.00 | 749 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7682197-002 | Gas | 17.00 | 757 orchard course drive |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 |  | Gas |  | 765 orchard course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7833379-002 | Gas | 83.00 | 912 via del tramonto |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7106352-003 | Gas | 36.00 | 921 via doccia |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7372652-002 | Gas | 29.00 | 944 via stellato |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7689123-002 | Gas | 9.00 | 953 via piave court |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7849215-002 | Gas |  | 957 Via Columbo |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7706503-002 | Gas | 9.00 | 97 honors course |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-7379077-002 | Gas | 10.00 | 972 via stallato st |
| Rhodes | Southwest Gas Corp | 4300 W Tropicana | Las Vegas | NV | 89103 | 211-5674297-004 | Gas |  | 7510 Thornbuck |
| Rhodes | Sprint PCS | 3862 W Sahara | Las Vegas | NV | 89102 | 378959814 | Telephone | 517.00 |  |
| Rhodes | Sprint PCS | 3862 W Sahara | Las Vegas | NV | 89102 | 527229818 | Telephone | 7,415.00 | Nevada Corporate |
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7340820000 | Gas | 65.00 | 3806 Heather |
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8097620000 | Gas | 61.00 | 3800 Heather |
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 7769710000 | Electric | 80.00 | 3800 Heather |

**Rhodes Homes**
**Utility Deposit**

| Entity Served | Vendor Name | Street Address | City | State | Zip | Account | Description | Six Month Average Bill (Rhodes) | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4790120000 | Electric | 77.00 | 3806 Heather |
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 9425520000 | Gas | | 3776 Heather |
| Pinnacle | UniSource Energy Service | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 9425520000 | Electric | | 3776 Heather |
| RHA | UniSource Energy Services | 1201 S Plaza Way | Flagstaff | AZ | 86001 | Garnet Rd Line Ext. | | 1,520.00 | Garnet Road |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 0084810000 | Electric | 112.00 | 1825 Aztec Rd |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 1924810000 | Electric | 4,692.00 | 4621 Dora Dr. Well 1 |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 2729110000 | Electric | 41.00 | 4528 Dora Dr. |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 3892424945 | Electric | 8.00 | 5449 S. Peridot |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4028200000 | Electric | 68.00 | 4536 Dora Dr. |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 4632700000 | Electric | 57.00 | 313 S. Aztec Rd. B |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 6461320000 | Electric | 527.00 | 313 Aztec Rd. A |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8504010000 | Electric | 61.00 | Aquila Stor. & Trans. |
| RHA | UniSource Energy Services-Elec | 1201 S Plaza Way | Flagstaff | AZ | 86001 | 8940000000 | Electric | 108.00 | 1807 Aztec Rd. |
| Rhodes | Integra | 1201 NE Lloyd Blvd #500 | Portland | OR | 97232 | 10269890 | Internet | 1,119.00 | Corporate Office |
| Rhodes | TelePacific Communications | PO Box 526015 | Sacramento | CA | 95852 | 24641 | Telephone | 2,226.00 | Corporate Office |
| Rhodes | Las Vegas Valley Water District | 1001 S Valley View Blvd | Las Vegas | NV | 89153 | 1803669319-2 | Water | 153.68 | Various Addresses |
| Rhodes | Las Vegas Valley Water District | 1001 S Valley View Blvd | Las Vegas | NV | 89153 | 6725542962-2 | Water | 565.74 | Various Addresses |
| Rhodes | Las Vegas Valley Water District | 1001 S Valley View Blvd | Las Vegas | NV | 89153 | 7714542962-5 | Water | 1,119.94 | Various Addresses |
| Rhodes | Las Vegas Valley Water District | 1001 S Valley View Blvd | Las Vegas | NV | 89153 | 9714542962-3 | Water | 896.72 | Various Addresses |
| Rhodes | Las Vegas Valley Water District | 1001 S Valley View Blvd | Las Vegas | NV | 89153 | 8714542962-4 | Water | 2,372.18 | Various Addresses |