James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

E-file: June 23, 2009

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382-1170
Facsimile:  702/382-1169

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION**

In re:

THE RHODES COMPANIES, LLC,
aka "Rhodes Homes," et al.,[1]

　　　　Debtors.

Affects:

☒   All Debtors
☐   Affects the following Debtor(s)

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**NOTICE OF EXTENSION OF CASH COLLATERAL TERMINATION DATE RE FINAL STIPULATED ORDER (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTIONS 105, 361, 362 AND 363 OF THE BANKRUPTCY CODE AND (II) GRANTING ADEQUATE PROTECTION AND SUPER PRIORITY ADMINISTRATIVE EXPENSE PRIORITY TO PREPETITION SECURED LENDERS RE DEBTORS' MOTION AND REQUEST FOR CONTINUANCE OF EMERGENCY MOTION TO EXTEND TIME TO EXTEND CASH COLLATERAL TERMINATION DATE**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP

73203-002\DOCS_LA:203546.6

**PLEASE TAKE NOTICE** that this notice relates to that FINAL STIPULATED ORDER (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTIONS 105, 361, 362 AND 363 OF THE BANKRUPTCY CODE AND (II) GRANTING ADEQUATE PROTECTION AND SUPER PRIORITY ADMINISTRATIVE EXPENSE PRIORITY TO PREPETITION SECURED LENDERS RE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363, AND 364, ETC. (the "Final Cash Collateral Order"), which was entered by the Court on April 30, 2009 [Docket No. 126];

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 3(i) of the Final Cash Collateral Order, the Cash Collateral Termination Date, as such term is defined in that order, is set to occur on June 28, 2009 unless such date is extended by the First Lien Steering Committee in its sole discretion;

**PLEASE TAKE FURTHER NOTICE** that, subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Order through July 17, 2009 at 11:59 p.m. (prevailing Pacific Time) based on the Budget attached hereto as **Exhibit A** (solely for the period through July 17, 2009), which shall supplement the original Budget attached to the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect;

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall request that the Debtors' Emergency Motion to Extend Time to Extend Cash Collateral Termination Date [Docket No. 236], which is currently scheduled to be heard on June 26, 2009 at 1:30 p.m. be continued to the next omnibus hearing on July 17, 2009 at 1:30 p.m.

Dated:   June 23, 2009          LARSON & STEPHENS

By: */s/ Zachariah Larson*
Zachariah Larson, Esq. (NV Bar No. 7787)

---

(Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169

and

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for the Debtors and Debtors in Possession

# EXHIBIT A

**Rhodes Homes 17 Week Cash Flow Forecast**
**Prepared 6/16/2009**

6/16/2009
Noon

Starting Cash on 6/5/2009 (Projection)  $ 4,047,398

| Line # | Week Ending | 11 6/12/2009 | 12 6/19/2009 | 13 6/26/2009 | 14 7/3/2009 | 15 7/10/2009 | 16 7/17/2009 | 17 7/24/2009 | 18 7/31/2009 | 19 8/7/2009 | 20 8/14/2009 | 21 8/21/2009 | 22 8/28/2009 | 23 9/4/2009 | 24 9/11/2009 | 25 9/18/2009 | 26 9/25/2009 | 27 10/2/2009 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | 3 | 1 | 6 | 2 | 5 | 4 | 3 | 2 | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 31 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 3 | 3 | 2 | 2 | 3 | 3 | 2 | 22 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 4 | Net Revenues - Backlog (Sold) | $ 271,664 $ | 277,100 $ | 1,445,564 $ | 387,270 $ | 1,318,387 $ | 798,084 $ | 633,985 $ | 415,251 $ | 626,597 $ | 213,361 $ | - $ | - $ | - $ | - $ | 380,310 $ | - $ | - $ | 6,767,573 |
| 5 | Net Revenues - New Sales Not started (Projected) | - | - | - | - | - | - | - | - | 390,000 | 390,000 | 585,000 | 585,000 | 390,000 | 390,000 | 585,000 | 585,000 | 390,000 | 4,290,000 |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | - | - | - | - | - | - | 286,650 | 295,750 | 250,250 | 368,550 | 377,650 | - | - | - | - | - | - | 1,972,211 |
| 7 | Revenues - Park Construction | 393,361 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 315,000 | 315,000 |
| 8 | Tuscany Golf Course Revenues | 57,694 | 51,000 | 54,000 | 52,000 | 48,000 | 48,000 | 48,000 | 48,000 | 51,000 | 51,000 | 51,000 | 51,000 | 67,000 | - | - | - | 25,000 | 702,694 |
| 9 | Pinnacle Grading Revenues | - | - | 943,364 | - | - | - | 573,500 | 2,009,103 | - | - | - | 304,475 | - | - | - | - | - | 3,830,442 |
| 10 | Miscellaneous Refunds and Fees | 75,973 | | | | | | | | | | | | | | | | | 75,973 |
| 11 | **Total Cash Receipts** | **798,692** | **328,100** | **2,757,928** | **439,270** | **1,366,387** | **846,084** | **1,542,135** | **2,768,104** | **1,317,847** | **1,022,911** | **1,013,650** | **940,475** | **457,000** | **390,000** | **965,310** | **585,000** | **415,000** | **17,953,893** |
| 12 | Insurance Financing | | | | 22,287 | | | | | 22,287 | | | | 22,287 | | | | 22,287 | 89,149 |
| 13 | IT Services / Equip. | 1,778 | | | 8,591 | | | | | 8,591 | | | | 8,591 | | | | 8,591 | 36,140 |
| 14 | Storage | | | | 1,665 | | | | | 1,665 | | | | 1,665 | | | | 1,665 | 6,660 |
| 15 | Rent | | | | 30,509 | | | | | 30,509 | | | | 30,509 | | | | 30,509 | 122,035 |
| 16 | Brokerage License | | | | 1,000 | | | | | 1,000 | | | | 1,000 | | | | 1,000 | 4,000 |
| 17 | HOA Fees (1) | 21,100 | | | 9,308 | | | | | 9,308 | | | | 9,308 | | | | 9,308 | 58,332 |
| 18 | Model Home Leases (2) | | | | 30,014 | | | | | 30,014 | | | | 30,014 | | | | 30,014 | 120,056 |
| 19 | **Total 1st of Month Payments** | **22,878** | **-** | **-** | **103,374** | **-** | **-** | **-** | **-** | **103,374** | **-** | **-** | **-** | **103,374** | **-** | **-** | **-** | **103,374** | **436,372** |
| 20 | Rhodes Homes Payroll (3) | 72,549 | 72,549 | 72,549 | 181,053 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 80,895 | 1,450,337 |
| 21 | Rhodes Homes Ordinary Course Professionals | | | | 20,000 | | | | | 20,000 | | | | 20,000 | | | | 20,000 | 80,000 |
| 22 | Rhodes Homes Consultants | | | | | | | | | | | | | | | | | | - |
| 23 | Rhodes Homes AZ Payroll | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 813.43 | 13,828 |
| 24 | Pinnacle Payroll | 18,211 | 16,000 | 12,800 | 12,800 | 11,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 191,311 |
| 25 | **Total Payroll and Benefits** | **91,573** | **89,362** | **86,162** | **214,666** | **93,209** | **91,709** | **91,709** | **91,709** | **111,709** | **91,709** | **91,709** | **91,709** | **111,709** | **91,709** | **91,709** | **91,709** | **111,709** | **1,735,476** |
| 26 | Pinnacle (Job Cost) | - | | 856,699 | 9,346 | 9,346 | 59,281 | 499,033 | 1,012,696 | 7,696 | 57,631 | 7,696 | 165,883 | 7,696 | 57,631 | 7,696 | 7,696 | 11,408 | 2,777,434 |
| 27 | Pinnacle (Equipment Notes Payments) | - | | 93,000 | | | 93,000 | | | | 93,000 | | | | 93,000 | | | | 372,000 |
| 28 | RH Vertical Costs to Complete - Backlog+Standing (Unsold) | 99,040 | 175,099 | 169,793 | 137,957 | 127,345 | 100,815 | 79,591 | 58,366 | 42,448 | 21,224 | 10,612 | 5,306 | 5,306 | 5,306 | 5,306 | - | - | 1,043,516 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started(4) | 25,549 | 21,000 | 42,000 | 73,500 | 105,000 | 136,500 | 168,000 | 215,250 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 3,149,299 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) (5) | 47,702 | 59,569 | 67,303 | 169,415 | 55,750 | 20,384 | 32,200 | 29,218 | 18,718 | 20,130 | 23,476 | 31,433 | 87,654 | 32,117 | 23,476 | 37,510 | 19,432 | 775,485 |
| 31 | Rhodes Ranch Park (Job Cost) | | | | | | | | | | | | | | | | | 7,925 | 7,925 |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | 7,367 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 247,367 |
| 33 | Rhodes Homes Vertical Costs - A/P | | | | | | | | | | | | | | | | | | - |
| 34 | Rhodes Homes Land Dev. - A/P | | | | | | | | | | | | | | | | | | - |
| 35 | Rhodes Homes Land Dev. - Spirit Underground A/P | | | | | | | | | | | | | | | | | | - |
| 36 | Rhodes Homes Land Dev. - Park A/P | 61,197 | | | | | | | | | | | | | | | | | 61,197 |
| 37 | **Total Job Cost** | **248,779** | **270,668** | **1,243,795** | **405,218** | **312,441** | **424,980** | **793,824** | **1,330,531** | **346,362** | **469,485** | **319,284** | **480,122** | **378,156** | **465,554** | **313,978** | **322,706** | **308,340** | **8,434,222** |
| 38 | Sales / Marketing | 24,126 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 281,252 |
| 39 | G & A | 12,919 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 307,319 |
| 40 | Utility Deposits | | 3,151 | | | | 8,786 | | | | | | | | | | | | 11,937 |
| 41 | Builder Subsidies to Tuscany HOA (6) | 55,047 | | | 18,349 | | | | | 18,349 | | | | 18,349 | | | | 18,349 | 128,443 |
| 42 | Sales and Use Tax / Property Taxes | | | | | | | | | | | | 526,937 | | | | | | 526,937 |
| 43 | Debtor's Restructuring Professionals (7) | 508,875 | | | - | 300,500 | - | - | - | 279,250 | - | - | - | 495,250 | - | - | 530,000 | | 2,113,875 |
| 44 | Committee's Restructuring Professionals (8) | | | | - | 75,000 | - | - | - | 75,000 | - | - | - | - | - | 114,706 | 88,235 | | 352,941 |
| 45 | Lenders' Professionals (9) | | | 510,000 | | 447,000 | | | | 365,000 | | | | 340,000 | | | 365,000 | | 2,027,000 |
| 46 | US Trustee Payment Center | | | | | | | | 55,000 | - | | | | | | | | | 55,000 |
| 47 | Employee & Consultant Housing and Travel Expenses | 2,234 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 44,234 |
| 48 | **G&A Expenditures** | **603,201** | **39,621** | **546,470** | **57,319** | **858,970** | **45,257** | **36,470** | **91,470** | **776,569** | **36,470** | **36,470** | **36,470** | **584,257** | **986,426** | **36,470** | **36,470** | **1,040,554** | **5,848,938** |
| 49 | **Tuscany Golf Course Costs** | **138,972** | **23,000** | **65,000** | **104,000** | **101,200** | **20,920** | **67,300** | **104,000** | **110,500** | **51,420** | **70,800** | **24,000** | **179,000** | **23,620** | **74,240** | **24,560** | **74,240** | **1,256,772** |
| 50 | Starting Cash Position | 4,047,398 | 3,740,688 | 3,646,137 | 4,462,637 | 4,017,330 | 4,017,897 | 4,281,117 | 4,833,949 | 5,984,343 | 5,853,677 | 6,227,504 | 6,722,890 | 7,031,064 | 6,131,569 | 4,954,260 | 5,403,172 | 5,512,727 | 4,047,398 |
| 51 | Projected Net Revenue | 798,692 | 328,100 | 2,757,928 | 439,270 | 1,366,387 | 846,084 | 1,542,135 | 2,768,104 | 1,317,847 | 1,022,911 | 1,013,650 | 940,475 | 457,000 | 390,000 | 965,310 | 585,000 | 415,000 | 17,953,893 |
| 52 | Disbursement for Week | 1,105,402 | 422,651 | 1,941,428 | 884,577 | 1,365,820 | 582,865 | 989,303 | 1,617,710 | 1,448,513 | 649,084 | 518,263 | 632,301 | 1,356,495 | 1,567,309 | 516,397 | 475,445 | 1,638,216 | 17,711,779 |
| 53 | **Ending Cash Position** | $ 3,740,688 $ | 3,646,137 $ | 4,462,637 $ | 4,017,330 $ | 4,017,897 $ | 4,281,117 $ | 4,833,949 $ | 5,984,343 $ | 5,853,677 $ | 6,227,504 $ | 6,722,890 $ | 7,031,064 $ | 6,131,569 $ | 4,954,260 $ | 5,403,172 $ | 5,512,727 $ | 4,289,511 | 4,289,511 |

Notes:
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) Preserves $48, (iii) $5,000 X-It, and (iv) $1,500 West 57tl
(2) Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch
(3) Week 1 includes Jim Rhodes salary catch-up payment of $100,000 and $8,504 of payroll tax liabilities (subject to court approval)
(4) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction
(5) Land development work as required by development agmts; includes $238,560 of work required for bond exonerations and $137,495 related to renewal of performance bond
(6) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support
(7) Payments to Pachulski-Stang, Larson & Stephens, Omni, Accelleron Group and the Sullivan Group
(8) Payments to Beckett; Holdback of $39,706 on 9/11.
(9) Payments to WCP, Akin Gump, Koslear & Leatham.