James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: June 24, 2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>         Debtors.<br><br>Affects:<br><br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>DATE:     June 26, 2009<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## STATUS AND AGENDA FOR JUNE 26, 2009 HEARING

## AT 1:30 P.M.

*1.* **Motion For Authorization to Pay Salary to James M. Rhodes** *Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC  [Rhodes Docket No. 94]*

Related Filings:

A.  *Declaration Of James M. Rhodes* [Rhodes Docket No. 95]

B.  *Declaration Of Paul David Huygens* [Rhodes Docket No. 96]

C.  *Request for Judicial Notice in Support of Motion for Authorization to Pay Salary to James M. Rhodes* [Rhodes Docket No. 97]

D.  *Notice of Hearing* [Rhodes Docket No. 98]

E.  *Supplemental Certificate of Service* for Docket Entries 94, 95, 96, 97 and 98 [Rhodes Docket No. 114]

F.  *Certificate of Service* for Docket Entries 94, 95, 96, 97 and 98 [Rhodes Docket No. 115]

G.  *Supplemental Statement Re Motion for Authorization to Pay Salary to James M. Rhodes* [Rhodes Docket No. 138].

H.  *Declaration of Paul David Huygens in Support of Supplemental Statement [*Rhodes Docket No. 139]

I.  *The Acting United States Trustee's Opposition to Debtors' Motion to Pay Salary to James M. Rhodes* [Rhodes Docket No. 144]

J.  *Certificate of Service* for Docket Entries 138 and 139 [Rhodes Docket No. 151].

**STATUS**:  The Debtors and the Office of the United States Trustee have agreed to continue this motion until the omnibus hearing on July 17, 2009 at 1:30 p.m. and have entered into a stipulation to that effect.  The stipulation and proposed order continuing this matter were uploaded for the Court's consideration on June 24, 2009.

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

2. *Application for Order Under Sections 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work-Out Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 101]*

Related Filings:

A. *Declaration Of Paul David Huygens* [Rhodes Docket No. 102]

B. *Notice of Hearing* [Rhodes Docket No. 103]

C. *Supplemental Certificate of Service* for Docket Entries 101, 102 [Rhodes Docket No. 114]

D. *Supplemental Declaration of Paul David Huygens in Support of Application to Employ Province Real Estate Advisors, LLC as Work-Out Consultants* (Certificate of Service Attached) [Rhodes Docket No. 133]

E. *The Acting United States Trustee's Response to the Application for an Order Under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work-Out Consultant to the Debtors and Debtors in Possession* [Rhodes Docket No. 145]

F. *Certificate of Service* for Docket No. 103 [Rhodes Docket No. 170]

G. *Notice of Withdrawal* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 208-2]

H. *Certificate of Service* for Docket No. 208-2 [Rhodes Docket No. 210]

**STATUS**: This matter was withdrawn by the Movant pursuant to Docket No. 208-2. The Debtors and the Office of the United States Trustee have stipulated to vacate the hearing on this matter, which stipulation and proposed order vacating the hearing were uploaded for the Court's consideration on June 23, 2009.

3. *Application of Debtors for Entry of an Order Authorizing the Debtors to Publish Notice of the Bar Dates and Approving the Form of the Publication Notice Pursuant to FRBP 2002(1). Filed by ZACHARIAH LARSON on behalf of The Rhodes Companies, LLC [Rhodes Docket No. 202]*

Related Filings:

A. *Notice of Hearing on Docket No. 202* [Rhodes Docket No. 203]

B. *Certificate of Service* re Docket No. 202 and 203 [Rhodes Docket No. 206]

**STATUS**: No objections have been received by the deadline for filing objections. A proposed form of Order will be submitted to the Court prior to the hearing.

*4.     Emergency Motion to Extend Time* **on the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors** *Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 233]*

Related Filings:

A. Ex Parte Motion for Order Shortening Time Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 234]

B. *Attorney Information Sheet* [Rhodes Docket No. 235]

C. *Order Shortening Time to Hear Debtors' Emergency Motion to Extend the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors* (Related document(s) 234 ). [Rhodes Docket No. 247]

D. *Notice of Hearing* for Docket No. 247 [Rhodes Docket No. 252]

E. *Certificate of Service* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (Related document(s) 233 Emergency Motion to Extend Time filed by Debtor THE RHODES COMPANIES, LLC, 234 Motion for Order Shortening Time filed by Debtor THE RHODES COMPANIES, LLC, [Rhodes Docket No. 253]

F. *Notice of Hearing* for Docket No. 233 [Rhodes Docket No. 254]

G. *Certificate of Service* for Docket Nos. 247, 252 and 254 [Rhodes Docket No. 268]

H. *Interim Stipulation Re Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(D)(3) of the Bankruptcy Code for Certain of the Debtors* [Rhodes Docket No. 275]

**STATUS**: Pursuant to that Interim Stipulation Re Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors [Docket No. 275], the Lenders and the Debtors have agreed to (i) continue

73203-002\DOCS_LA:202867.2        4

the 90-day single asset real estate deadline under section 362(d)(3) of the Bankruptcy Code through July 17, 2009 and (ii) continue the hearing on this Motion to the omnibus hearing set for July 17, 2009 at 1:30 p.m.  The Debtors request that the Court enter an order approving the Interim Stipulation.  A proposed form of order will be submitted to the Court prior to the hearing.

**5.      Emergency Motion to Extend Time to Extend Cash Collateral Termination Date [Relates to Docket No. 126]** *Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 236]*

Related Filings:

A. *Ex Parte Motion for Order Shortening Time* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC  [Rhodes Docket No. 237]

B. *Attorney Information Sheet* [Rhodes Docket No. 238]

C. *Order Shortening Time to Hear Debtors' Emergency Motion for an Order Extending the Cash Collateral Termination Date* [Rhodes Docket No. 248]

D. *Notice of Hearing* for Docket No. 248 [Rhodes Docket No. 251]

E. *Certificate of Service* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (Related document(s) 236 Motion to Extend Time filed by Debtor THE RHODES COMPANIES, LLC, 237 Motion for Order Shortening Time filed by Debtor THE RHODES COMPANIES, LLC, 238 Attorney Information Sheet filed by Debtor THE RHODES COMPANIES, LLC, [Rhodes Docket No. 253]

F. *Notice of Hearing* for Docket No. 236 [Rhodes Docket No. 255]

G. *Certificate of Service* for Docket No. 248 and 251 [Rhodes Docket No. 268]

H. *Notice of Extension of Cash Collateral Termination Date Re Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders Re Debtors' Motion and Request for Continuance of Emergency Motion to Extend Time to Extend Cash Collateral Termination Date* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC [Rhodes Docket No. 274]

**STATUS**: Pursuant to that Notice of Extension of Cash Collateral Termination Date, Etc. [Docket No. 274], the Lenders have agreed to extend the Cash Collateral Termination Date

through and including July 17, 2009 as set forth in the Notice.  Accordingly, the Debtors request that the hearing on this Motion be continued to the July 17, 2009 omnibus hearing at 1:30 p.m.

Dated:   June 24, 2009                    LARSON & STEPHENS

                                             /s/Zachariah Larson
                                            Zachariah Larson, Esq. (NV Bar No. 7787)
                                            810 S. Casino Center Blvd., Ste. 104
                                            Las Vegas, Nevada  89101

                                                   –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Counsel for Debtors and
Debtors in Possession