**Entered on Docket
June 24, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile: 702/382-1169

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re:

THE RHODES COMPANIES, LLC,
aka "Rhodes Homes," et al.,[1]

    Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**ORDER GRANTING STIPULATION VACATING HEARING ON APPLICATION FOR ORDER UNDER SECTIONS 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PROVINCE REAL ESTATE ADVISORS, LLC AS WORK-OUT CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825);

73203-002\DOCS_LA:204018.1


Upon review of the *Stipulation Vacating Hearing on Application for Order under Sections 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work-Out Consultant to the Debtor and Debtors in Possession Nunc Pro Tunc to the Petition Date* (attached hereto as Exhibit A), and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the Application set for June 26, 2009 at 1:30 p.m. is vacated.

APPROVED:
SARA L. KISTLER, ACTING
UNITED STATES TRUSTEE

By: /s/ August B. Landis
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone:    (702) 388-6600 Ext. 235
Telefax:      (702) 388-6658
Email:        augie.landis@usdoj.gov

Submitted by:

Dated this 22nd day of June 2009.

By: /s/Zachariah Larson
LARSON & STEPHENS
By:/s/ Zachariah Larson
Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Attorneys for the Debtors and Debtors in Possession

---

Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

# EXHIBIT A

James I. Stang, Esq. (CA Bar No. 94435)  
Shirley S. Cho, Esq. (CA Bar No. 192616)  
David A. Abadir, Esq. (NY Bar No. DA-0741)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Blvd., 11th Floor  
Los Angeles, California 90067-4100  
Telephone: 310/277-6910  
Facsimile: 310/201-0760  

-and-  

Zachariah Larson, Esq. (NV Bar No. 7787)  
LARSON & STEPHENS  
810 S. Casino Center Blvd., Ste. 104  
Las Vegas, NV 89101  
Telephone: 702/382-1170  
Facsimile: 702/382-1169  

Attorneys for Debtors and Debtors in Possession

E-file: June __, 2009

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re:

THE RHODES COMPANIES, LLC,  
aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:

☒ All Debtors  
☐ Affects the following Debtor(s)

Case No.: 09-14814-LBR  
(Jointly Administered)

Chapter 11

**STIPULATION VACATING HEARING ON APPLICATION FOR ORDER UNDER SECTIONS 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PROVINCE REAL ESTATE ADVISORS, LLC AS WORK-OUT CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

WHEREAS, the Debtors and Debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Application for Order Under Sections 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Province Real Estate Advisors, LLC as Work-Out Consultant to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Application") filed on April 23, 2009 [Docket No. 101];

WHEREAS, the Office of the United States Trustee filed the Response to the Application [Docket No. 145];

WHEREAS, the Debtors have employed Mr. Huygens as an employee of the Debtors and, accordingly, the Application is no longer necessary;

WHEREAS, the Debtors have withdrawn the Application by that Notice of Withdrawal of the Application [Docket No. 208-2];

NOW THEREFORE, the parties below hereby stipulate that the hearing on the Application scheduled for June 26, 2009 at 1:30 p.m. should be vacated.

Dated:   June 22, 2009                    LARSON & STEPHENS

By:/s/ *Zachariah Larson*
    Zachariah Larson, Esq. (NV Bar No. 7787)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    Telephone: 702/382.1170
    Facsimile: 702/382.1169

                    and

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for the Debtors and Debtors in Possession

```
                    SARA L. KISTLER, ACTING
                    UNITED STATES TRUSTEE

                    By: _____
                        August Landis
                        Assistant United States Trustee
                        300 Las Vegas Blvd. S., Ste. 4300
                        Las Vegas, NV  89101
                        Telephone:  (702) 388-6600 Ext. 235
                        Telefax:    (702) 388-6658
                        Email:      augie.landis@usdoj.gov
```