1  Richard Dreitzer
   Nevada Bar No. 6626
2  E-Mail: richard.dreitzer@bullivant.com
   BULLIVANT HOUSER BAILEY PC
3  3883 Howard Hughes Parkway, Suite 550
   Las Vegas, Nevada  89169
4  Telephone: 702.669.3600
   Facsimile: 702.650.2995
5  Attorneys for Creditor,
   INTEGRITY MASONRY, INC.
6

7

8              UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10 In re:                                  | Chapter 11

11 THE RHODES COMPANIES, LLC, aka          | Case No.: BK-S-09-14814-LBR
   "Rhodes Homes", et al.,[1]              | (Jointly Administered)
12
                 Debtors.
13
   Affects:
14                                         | **NOTICE OF APPEARANCE AND**
   ☐   All Debtors                         | **REQUEST FOR SPECIAL NOTICE**
15 ☒   Affects the following Debtor(s):
16 Tuscany Acquisitions IV, LLC
   (Case No. 09-14849)
17

18 ─────────────────

19 [1]  The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
20 Framing, LLC (Case No. 09-14818); Geronimo Plumbing, LLC (Case No. 09-14820); Gung-Ho Concrete, LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837);
21 Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation
22 (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
23 Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
24 (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).
25
26
27
28

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

─ 1 ─

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

TO:    THE ABOVE-NAMED DEBTOR

TO:    ZACHARIAH LARSON, ESQ., LARSON & STEPHENS, ATTORNEYS FOR DEBTOR

TO:    JAMES I. STANG, ESQ., PACHULSKI STANG ZIEHL & JONES, LLP, ATTORNEYS FOR DEBTOR

TO:    UNITED STATES TRUSTEE

TO:    ALL CREDITORS AND OTHER PARTIES-IN-INTEREST

RICHARD I. DREITZER, ESQ., of the law firm of BULLIVANT HOUSER BAILEY PC, hereby enters his appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.  All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to creditor BULLIVANT HOUSER BAILEY PC by the Debtor, pursuant to Bankruptcy Rule 2002, should be directed to:

> Richard I. Dreitzer, Esq.
> Bullivant Houser Bailey PC
> 3980 Howard Hughes Pkwy., Ste. 550
> Las Vegas, Nevada 89169
> Tel:  (702) 650-6565
> Fax: (702) 650-2995
> E-Mail:  Richard.dreitzer@bullivant.com

DATED this 24th day of June, 2009.

> BULLIVANT HOUSER BAILEY PC
>
> By:    /s/ Richard I. Dreitzer
> Richard I. Dreitzer, Esq.
> 3980 Howard Hughes Pkwy., Ste. 550
> Las Vegas, Nevada 89169

11703412.1

\*\*\*\*\*

–2–

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

Bullivant|Houser|Bailey PC

3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

## CERTIFICATE OF SERVICE

I certify I am employed in Clark County, where this mailing occurs. My business address is 3883 Howard Hughes Parkway, Suite 550, Las Vegas, Nevada 89169. I am over the age of 18 years and not a party to the within cause. On June 24, 2009, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

In the following manner:

☒    **ECF SYSTEM.** Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒    **UNITED STATES MAIL.** By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

James I. Stang, Esq.
Shirley S. Cho, Esq.
Werner Disse, Esq.
PACHULSKI STANG ZIEHL & JONES , LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Zachariah Larson, Esq.
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

An employee of Bullivant Houser Bailey PC

– 3 –