Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: 702.979.2357
Facsimile: 702.362.9472
E-Mail:    nleatham@klnevada.com

Ira S. Dizengoff (NY Bar No. 2565687)
Philip C. Dublin (NY Bar No, 2959344)
Abid Qureshi (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002

E-Mail:    idizengoff@akingump.com
           pdublin@akingump.com
           aqureshi@akingump.com

Counsel for the First Lien Steering Committee

Electronically Filed: June 25, 2009

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>**THE RHODES COMPANIES, LLC,**<br>  aka "Rhodes Homes," *et al.*,<br><br>  Debtors.[1] | § **Case No. 09-14814-LBR**<br>§ **(JointlyAdministered)**<br>§<br>§ **Chapter 11**<br>§<br>§<br>§ **Hearing Date: June 26, 2009**<br>§ **Hearing Time: 1:30 p.m.**<br>§<br>§ |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings, LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

| Affects: | § | |
|---|---|---|
| ☒ **All Debtors** | § | **STATEMENT OF THE FIRST LIEN STEERING COMMITTEE WITH RESPECT TO DEBTORS' EMERGENCY MOTION FOR AN ORDER EXTENDING CASH COLLATERAL TERMINATION DATE** |
| ☐ **Affects the following** | § | |
| **Debtor(s)** | § | |

The First Lien Steering Committee (the "First Lien Steering Committee"), consisting of certain unaffiliated lenders under the Credit Agreement dated as of November 21, 2005 among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed Therein as the Lenders, and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead Arranger, by and through its undersigned counsel, hereby files this statement (the "Statement") with respect to the Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date (the "Motion"). In support of this Statement, the First Lien Steering Committee respectfully represents as follows:

## STATEMENT[2]

On June 16, 2009, the Debtors filed the Motion seeking to extend their use of the First Lien Lenders' cash collateral through October 2, 2009. Subsequent to the filing of the Motion, the First Lien Steering Committee agreed to a limited extension of the Debtors' use of cash collateral through July 17, 2009. The purpose of this Statement is to advise the Court and parties in interest of the First Lien Steering Committee's reason for agreeing to such a limited extension of the Cash Collateral Termination Date.

As the Court is aware, in the early days of these chapter 11 cases, the relationship between the Debtors and James Rhodes, on the one hand, and the Debtors' First Lien Lenders, on the

---

[2] Terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

other, was extremely contentious.  Despite a significant level of mistrust among the parties, the Debtors, James Rhodes and the First Lien Lenders were able to reach agreement on terms for the Debtors' use of cash collateral in order to provide the parties an opportunity to negotiate a consensual restructuring for the Debtors.  Unfortunately, despite prolonged negotiations, the Debtors, James Rhodes and the First Lien Steering Committee have been unable to reach agreement on the terms of a global resolution to the Debtors' chapter 11 cases.  Indeed, the First Lien Steering Committee no longer believes that a transaction acceptable to both the First Lien Steering Committee and James Rhodes, in his individual capacity and on behalf of his non-Debtor affiliates, can be achieved within a reasonable amount of time, if ever.

Notwithstanding the foregoing, the First Lien Steering Committee has agreed to a limited extension of the Cash Collateral Termination Date in order to negotiate a more streamlined plan of reorganization with the Debtors (but not James Rhodes individually or his non-Debtor affiliates) and the official committee of unsecured creditors (the "Creditors' Committee") recently appointed in the Debtors' chapter 11 cases.  The First Lien Steering Committee is cognizant of the Court's apprehension for "piece meal" cash collateral extensions, but believes it may be difficult to negotiate a consensual plan with the Debtors in light of James Rhodes' multiple non-fiduciary interests in the Debtors.  Accordingly, while the First Lien Steering Committee is committed to achieving the objective of a consensual restructuring with the Debtors and the Creditors' Committee (and initial discussions on this new course of action of have been productive), the First Lien Steering Committee is not willing to consent to a prolonged use of cash collateral absent an agreement in principle on the terms for the Debtors' emergence from chapter 11.  In that regard, the First Lien Steering Committee is unlikely to consent to a further extension of the Cash Collateral Termination Date beyond July 17, 2009 if the current restructuring negotiations prove unsuccessful.  Indeed, absent agreement with the Debtors and/or the Creditors' Committee on the terms of a plan of reorganization or other restructuring transaction (and the process and timeline for consummating any such transaction) prior to July 17, the First Lien Steering Committee

anticipates objecting to the Motion and the Debtors' pending requests to extend their exclusive periods to file and solicit acceptances to a plan of reorganization.

Dated this 25th day of June 2009.

By: _____

Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(702) 979-2357 (Telephone)
(702) 362-9472 (Facsimile)
Nleatham@klnevada.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff (NY Bar No. 2565687)
Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com