BART K. LARSEN, ESQ.
Nevada Bar No. 8538
ROSENFELD ROBERSON
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 386-8637
Facsimile: (702) 385-3025
Email: blarsen@lawrosen.com

*Attorneys for Reef Colonial, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br>aka "Rhodes Homes," *et al.*,<br><br>Debtors.[1] | Case No. 09-14814-LBR<br><br>Chapter 11 |

Affects:

☒ All Debtors

☐ Affects the following
   Debtor(s)

NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND DEMAND FOR COPIES OF ALL
[Fed.R.Bankr.P.9010(b), 2002 and 3017(a)]
FILED PLANS AND DISCLOSURE STATEMENTS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5560); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9703); Tuscany Acquisitions IV, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534; Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Elkhorn Partners, A Nevada Limited Liability Partnerships (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

1

ROSENFELD ROBERSON
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 386-8637  Fax: (702) 385-3025

Reef Colonial, LLC, by and through its legal counsel, the law firm of Rosenfeld Roberson, hereby enters its appearance on the record in the above-entitled bankruptcy case pursuant to Bankruptcy Rule 901(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), and hereby requests special notice of all hearings, application, motions, contested matters, and adversary proceedings filed in this case, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the case by the Court, Debtor, or other parties-in-interest, including copies of all plans of reorganization and disclosure statements. All responses to the foregoing, and, all notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002 should be directed to:

> **ROSENFELD ROBERSON**
> **Bart K. Larsen, Esq.**
> **6725 Via Austi Parkway, Suite 200**
> **Las Vegas, Nevada 89119**

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, not any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver of any of the following rights of the Claimant:

(a)      Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)      Right to trial by jury in any proceeding as to any and all matter so triable herein whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. §157 (b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)      Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)      Other rights, claims, actions, defenses, setoffs,

ROSENFELD ROBERSON
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 386-8637  Fax: (702) 385-3025

2

recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Claimant without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 26th day of June 2009.

ROSENFELD ROBERSON

BART K. LARSEN, ESQ.
Nevada Bar No. 8538
6725 Via Austi Pkwy., Suite 200
Las Vegas, Nevada 89119
*Counsel for Reef Colonial, LLC*

ROSENFELD ROBERSON
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 386-8637    Fax: (702) 385-3025