James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: June 29, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201044.1

Affects:
☐ All Debtors
☒ Affects the following Debtor(s)
BRAVO, INC.

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING STIPULATION FOR CONTINUANCE** was entered on June 29, 2009. A copy of the Order is attached hereto.

**DATED** this 29th day of June, 2009.

           **LARSON & STEPHENS**

           /s/ Zachariah Larson, Esq.
           Zachariah Larson, Bar No. 7787
           Kyle O. Stephens, Bar No. 7928
           810 S. Casino Center Blvd., Suite 104
           Las Vegas, NV 89101
           Attorneys for Debtor

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

2

> The movant shall file an amended motion correcting the caption and case number to comport with this Court's administrative order in this case.

**Entered on Docket**
**June 26, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Affects:
☐ All Debtors
☒ Affects the following Debtor(s)
Bravo, Inc.

Hearing Date: June 30, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

## ORDER GRANTING STIPULATION FOR CONTINUANCE

Upon consideration of the *Stipulation for Continuance* between Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved, the hearing on the *Motion for Relief from Stay* [Bravo Docket Number 15] shall take place on July 17, 2009 at 1:30 p.m. and the Debtor's response date is extended through and including July 10, 2009 at 5:00 p.m.

PREPARED AND SUBMITTED BY:

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 38201169
Attorneys for the Debtors

LEWIS BRISBOIS BRISGAARD & SMITH LLP

By: /s/ Janice J. Brown, Esq.
Janice J. Brown, Esq., Bar No. 001118
400 South Fourth St., Suite 500
Las Vegas, Nevada 89101
Tel: (702) 893-3303
Fax: (702) 893-3789
Attorneys for Movant

APPROVED:

SARA L. KISTLER,
ACTING UNITED STATES TRUSTEE

By: [signature]
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

---

Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:204012.1

2

# Laura Rust

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Friday, June 26, 2009 4:21 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 07-18345-lbr Trustee's Final Account and Proposed Distribution - Reviewed by UST

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from LANDIS (md), AUGUST entered on 6/26/2009 at 4:20 PM PDT and filed on 6/26/2009
**Case Name:**      RYAN PAHANG
**Case Number:**    2:07-bk-18345
**Document Number:** 34

**Docket Text:**
Trustee's Final Account and Proposed Distribution - Reviewed by UST (LANDIS (md), AUGUST)

The following document(s) are associated with this transaction:

**Case Number: 07-18345-lbr**
**Document description:**
**Original filename:** P:\XfilebinTFDR\Davis\Fs\07f0718345.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/26/2009] [FileNumber=12769993-0

] [8fc360fac13ef190df5b1c80fddb0d4e18a3136ba9cf7bc25acd5cf910e00912669
9622db84697d75e545bcbb9bd270c31fb7532c512a3243147f55e96556aba]]

**2:07-bk-18345 Notice will be electronically mailed to:**

MICHAEL W. CHEN on behalf of Creditor CITIMORTGAGE, INC.
yvette@ccfirm.com

ZACHARIAH LARSON on behalf of Debtor RYAN PAHANG
ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com

6/26/2009

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

YVETTE WEINSTEIN
yweinsteinhsd@earthlink.net, NV08@ecfcbis.com

**2:07-bk-18345 Notice will not be electronically mailed to:**

COUNTRYWIDE HOME LOANS, INC.
c/o MCCALLA, RAYMER, ET AL
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

6/26/2009