# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al.."[1]<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| [X]  Affects All Debtors<br><br>[  ]  Affects the following Debtors | |

## CERTIFICATE OF SERVICE

I, Mario Diaz, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On June 29, 2009, I served the following documents:

- **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

- **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

Executed on June 29, 2009, at Encino, California

Mario Diaz

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**EXHIBIT A**

**Rhodes Companies, LLC - U.S. Mail**                                                                 **Served 6/29/2009**

CENTURY SURETY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
465 CLEVELAND AVENUE
WESTERVILLE, OH 43082

COLONY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
8720 STONY POINT PARKWAY, SUITE 300
RICHMOND, VA 23235

EVANSTON
ATTN: BANKRUPTCY DESK/MANAGING AGENT
MARKEL SHAND INC.
TEN PARKWAY NORTH
DEERFIELD, IL 60015

EVEREST
ATTN: BANKRUPTCY DESK/MANAGING AGENT
477 MARTINSVILLE ROAD, P. O. BOX 830
LIBERTY CORNER, NJ 07938-0830

FEDERAL
ATTN: BANKRUPTCY DESK/MANAGING AGENT
CHUBB GROUP OF INSURANCE COMPANIES
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059

GEMINI
ATTN: BANKRUPTCY DESK/MANAGING AGENT
475 STEAMBOAT ROAD
GREENWICH, CT 06830

HARTFORD
ATTN: BANKRUPTCY DESK/MANAGING AGENT
HARTFORD PLAZA
HARTFORD, CT 06115

ICSOP
ATTN: BANKRUPTCY DESK/MANAGING AGENT
70 PINE STREET
NEW YORK, NY 10270

INS CO. STATE OF PA
ATTN: BANKRUPTCY DESK/MANAGING AGENT
70 PINE STREET
NEW YORK, NY 10270

JAMES RIVER
ATTN: BANKRUPTCY DESK/MANAGING AGENT
66641 WEST BROAD STREET, SUITE 300
RICHMOND, VA 23230

LLOYDS OF LONDON
ATTN: BANKRUPTCY DESK/MANAGING AGENT
JANSEN & HASTINGS  INTERMEDIARIES, LTD
ONE AMERICAN SQ.
LONDON, ENGLAND EC3N 2LS

PHILADELPHIA
ATTN: BANKRUPTCY DESK/MANAGING AGENT
ONE BALA PLAZA, SUITE 100
BALA CYNWYD, PA 19004

RSUI INDEMNITY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
945 E. PACES FERRY RD., SUITE 1800
ATLANTA, GA 30326

WESTERN SURETY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
P. O. BOX 5077
SIOUX FALLS, SD 57117-5077

ZURICH AMERICAN
ATTN: BANKRUPTCY DESK/MANAGING AGENT
ZURICH ASSURANCE COMPANY OF AMERICAN
NEW YORK, NY 10038

Creditors:  15