James I. Stang, Esq. (SBN 94435)　　　　　　　E-File: <u>July 2, 2009</u>
Shirley S. Cho, Esq. (SBN 192616)
Werner Disse, Esq. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
　　　　scho@pszjlaw.com
　　　　wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>　　　Debtors.<br>——————————————————<br>Affects:<br><br>☐　All Debtors<br>☒　Affects the following Debtor(s)<br>The Rhodes Companies, LLC | Case No. 09-14814-LBR<br>　　(Jointly Administered)<br><br>Chapter 11<br><br>**AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS ITEMS 9 AND 18** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

The Rhodes Companies, LLC
Amendment to Statement of Financial Affairs

## Amended Attachment 9

All payments were made by The Rhodes Companies, LLC or Tuscany Golf Country Club, LLC on behalf of all Debtors

| Payee | Payor | | Date |
|---|---|---|---|
| Acceleron Group | | 20,000.00 | 3/31/2009 |
| | | | |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 451.00 | 3/12/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 3/12/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 925.00 | 1/16/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 553.00 | 1/23/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 1/30/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 1/6/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 341.00 | 1/30/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 1/16/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 1/2/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 1/23/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 20,833.33 | 1/30/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 2,497.00 | 1/6/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 1,717.50 | 1/5/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 12/23/2008 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 10,411.00 | 12/8/2008 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 12/23/2008 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 1,805.00 | 12/23/2008 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 16,304.22 | 12/31/2008 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 378.00 | 2/13/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 5,114.60 | 2/20/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 338.00 | 2/6/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 20,833.33 | 2/28/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 2/13/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 2/20/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 2/6/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 20,833.33 | 3/20/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 6,730.76 | 3/24/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 3/6/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 909.00 | 3/20/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 4,807.69 | 3/20/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 2,363.25 | 3/24/2009 |
| Jeffrey S. Barcy | The Rhodes Companies, LLC | 398.00 | 3/6/2009 |
| | | | |
| Noel A. Bejarano | The Rhodes Companies, LLC | 973.44 | 3/9/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 568.65 | 3/12/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 3/12/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 472.21 | 1/30/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 1,442.30 | 1/30/2009 |

The Rhodes Companies, LLC
Amendment to Statement of Financial Affairs

**Amended Attachment 9**

All payments were made by The Rhodes Companies, LLC or Tuscany Golf Country Club, LLC on behalf of all Debtors

| Payee | Payor | | Date |
|---|---|---:|---|
| Noel A. Bejarano | The Rhodes Companies, LLC | 141.07 | 2/13/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 848.67 | 2/20/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 367.46 | 3/2/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 2/6/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 2/13/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 2/20/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 2/27/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 856.85 | 2/6/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 1,440.78 | 3/19/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 690.2 | 3/24/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 2,403.84 | 3/20/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 3,365.38 | 3/24/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 7,500.00 | 3/31/2009 |
| Noel A. Bejarano | The Rhodes Companies, LLC | 1,923.07 | 3/6/2009 |
| ~~Paul Huygens~~ | ~~The Rhodes Companies, LLC~~ | ~~1,600.00~~ | ~~3/20/2009~~ |
| The Sullivan Group, LLC | The Rhodes Companies, LLC | 47,500.00 | 3/31/2009 |
| Larson & Stephens | The Rhodes Companies, LLC | 150,000.00 | 3/31/2009 |
| Province Real Estate Advisors | The Rhodes Companies, LLC | 60,000.00 | 3/17/2009 |
| Pachulski | The Rhodes Companies, LLC | 50,000.00 | 12/24/2008 |
| Pachulski | The Rhodes Companies, LLC | 16,034.50 | 2/18/2009 |
| Pachulski | The Rhodes Companies, LLC | 500,000.00 | 3/20/2009 |
| Pachulski | The Rhodes Companies, LLC | 593,859.50 | 3/31/2009 |
| Ridgeback Partners | Tuscany Golf Country Club, LLC | 30,000.00 | 4/1/2009 |
| Province Real Estate Advisors | Tuscany Golf Country Club, LLC | 60,000.00 | 4/1/2009 |
| | | **1,738,643.41** | |

The Rhodes Companies, LLC
Amendment to Statement of Financial Affairs

**18. Nature, location and name of business**

a.

*If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities with **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----|---------|--------------------|-----------------------------|
| C&J Holdings Inc.<br>dba Neighborhood Association Group | 88-0351315 | 133 Rhodes Ranch Parkway<br>Las Vegas, NV 89148 | HOA Association Manager | 1/10/1996-present |
| Elkhorn Investments, Inc. | 88-0346673 | 4730 S. Fort Apache, STE 300<br>Las Vegas, Nevada  89147 | Developer | 9/29/1995-present |
| Jarupa LLC | 20-4514090 | 4730 S. Fort Apache, STE 300<br>Las Vegas, Nevada  89147 | Land Holding Company | 3/15/2006-present |
| Parcel 20, LLC | 20-4975534 | 4730 S. Fort Apache, STE 300<br>Las Vegas, Nevada  89147 | Land Holding Company | 9/7/2006-present |
| Rhodes Arizona Properties LLC | 20-4328738 | 4730 S. Fort Apache, STE 300<br>Las Vegas, Nevada  89147 | Land Holding Company | 9/1/2004-present |
| Rhodes Homes Arizona LLC | 20-2517248 | 2215 HUALAPAI MOUNTAIN RD, STE H<br>KINGMAN,  AZ  86401 | Arizona Contractor | 9/1/2004-present |

The Rhodes Companies, LLC
Amendment to Statement of Financial Affairs

| NAME | EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rhodes Design and Development | 88-0241963 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Contractor | 10/12/1988-present |
| Rhodes Ranch General Partnership (RRGP) | 88-0391760 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Developer | 1/1/1998-present |
| Rhodes Realty, Inc. | 88-0280716 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Realty Sales Company | 2/19/1995-present |
| Six Feathers Holdings, LLC | 20-4448451 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Arizona Holding Company | 3/15/2006-present |
| Tribes Holdings, LLC | 75-3184347 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Nevada Holding Company | 2/22/2005-present |
| Tuscany Acquisitions LLC | 20-2700206 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Land Holding Company | 12/15/2004-present |
| Tuscany Acuisitions II LLC | 20-2958693 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Land Holding Company | 5/26/2005-present |
| Tuscany Acquisitions III, LLC | 20-4459777 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Land Holding Company | 1/4/2006-present |
| Tuscany Acquisitions IV, LLC | 26-1290509 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Land Holding Company | 9/1/2006-present |
| Tuscany Golf Country Club, LLC | 30-0247132 | 4730 S. Fort Apache, STE 300 Las Vegas, Nevada 89147 | Golf Operations | 2/23/2004-present |

B7 (Official Form 7) (12/07)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___7/1/09___                     Signature _____

Joseph Schramm
Authorized Agent

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*