B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **The Rhodes Companies, LLC**, Debtor

Case No. **09-14814**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,717,518.58 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 392,895,340.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 9,886,171.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 16 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 2,717,518.58 | | |
| Total Liabilities | | | | 402,781,511.58 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **The Rhodes Companies, LLC**                                               Case No.   **09-14814**
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Mutual of Omaha Operating Account No. xxxx2186 | - | 685,349.60 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Refundable Deposit - NV Energy | - | 85,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attachment B9 for details | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | **770,349.60** |
|---|---|---|

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **The Rhodes Companies, LLC**                                   ,   Case No.   **09-14814**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Six Feathers Holdings, LLC** | - | **Unknown** |
| | | **100% interest in Tribes Holdings, LLC** | - | **Unknown** |
| | | **100% interest in C&J Holdings, Inc.** | - | **Unknown** |
| | | **100% interest in Rhodes Realty, Inc.** | - | **Unknown** |
| | | **100% interest in Rhodes Arizona Properties, LLC** | - | **Unknown** |
| | | **100% interest in Rhodes Homes Arizona, LLC** | - | **Unknown** |
| | | **100% interest in Tuscany Golf Country Club, LLC** | - | **Unknown** |
| | | **100% interest in Tuscany Acquisitions II, LLC** | - | **Unknown** |
| | | **100% interest in Tuscany Acquisitions III, LLC** | - | **Unknown** |
| | | **100% interest in Tuscany Acquisitions IV, LLC** | - | **Unknown** |
| | | **100% interest in Parcel 20, LLC** | - | **Unknown** |
| | | **100% interest in Jarupa, LLC** | - | **Unknown** |
| | | **100% interest in Elkhorn Investments, Inc.** | - | **Unknown** |
| | | **100% interest in Rhodes Design and Development Corporation** | - | **Unknown** |
| | | **100% interest in Tuscany Acquisitions, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **94.363% membership interest in Rhodes Ranch, General Partnership** | - | **Unknown** |
| | | **1% membership interest in Tick, LP** | - | **Unknown** |
| | | **1% membership interest in Glynda, LP** | - | **Unknown** |

Sub-Total >     0.00
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **The Rhodes Companies, LLC**,  Case No. **09-14814**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1% membership interest in Jackknife, LP** | - | **Unknown** |
| | | **1% membership interest in Batcave, LP** | - | **Unknown** |
| | | **1% membership interest in Overflow, LP** | - | **Unknown** |
| | | **1% membership interest in Wallboard, LP** | - | **Unknown** |
| | | **1% membership interest in Chalkline, LP** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Receivable - Gung-Ho Concrete, LLC** | - | **1,729.23** |
| | | **Intercompany Receivable - Heritage Land Company, LLC** | - | **1,789,587.75** |
| | | **Non-debtor Affiliate Receivable - Spirit Underground** | - | **55,852.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **1,847,168.98**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **The Rhodes Companies, LLC**  ,   Case No.  **09-14814**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Retainer - Stewart Occhipinti, 65 W. 36th St, 7th Floor, New York, NY 10018** | - | **100,000.00** |

|  | Sub-Total > (Total of this page) | 100,000.00 |
|---|---|---|
|  | Total > | 2,717,518.58 |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| POLICY TYPE | INS CARRIER | POLICY # | ADDRESS | CITY | STATE | ZIP | LIMIT | INCEPTION DATE | EXPIRATION DATE | Annual (Term) Premium at policy inception |
|---|---|---|---|---|---|---|---|---|---|---|
| Wrap Up Liability | Lloyds of London | A71635013 | Jansen & Hastings Intermediaries, LTD, One American Sq. | London | England | EC3N 2LS | $2/2/2 | 10/1/2007 | 10/1/2010 | $2,287,080.00 |
| Excess Liability-Wrap Up | Ins Co. State of PA | 5686492 | 70 Pine Street | New York | NY | 10270 | 15 XS 2 | 10/1/2007 | 10/1/2010 | $1,357,200.00 |
| Excess Liability-Wrap Up | Everest | 71R2000227071 | 477 Martinsville Road, P. O. Box 830 | Liberty Corner | NJ | 07938-0830 | 10 XS 17 | 10/1/2007 | 10/1/2010 | $323,011.00 |
| Wrap Up Liability - X-It/Tuscany | Gemini | CNGP001211 | 475 Steamboat Road | Greenwich | CT | 6830 | $2/2/2 | 1/31/2006 | 1/31/2011 | $1,678,620.00 |
| Excess Liability Wrap Up - X-it/Tuscany | Ins Co. State of PA | 42063585 | 70 Pine Street | New York | NY | 10270 | 8 XS 2 | 1/31/2006 | 1/31/2011 | $912,675.00 |
| General Liability | Colony | AR63602581 | 8720 Stony Point Parkway, Suite 300 | Richmond | VA | 23235 | $1 /2 | 10/1/2008 | 10/1/2009 | $75,515.00 |
| Property/Contractors Equipment | Hartford | 72UUMAH4276 | Hartford Plaza | Hartford | CT | 06115 | VRS | 10/1/2008 | 10/1/2009 | $40,975.00 |
| Auto | Hartford | 72UENTR0192 | Hartford Plaza | Hartford | CT | 06115 | $1,000,000 | 10/1/2008 | 10/1/2009 | $96,055.00 |
| Excess Auto | Federal | 79840484 | Chubb Group of Insurance Companies-15 Mountain View Road | Warren | NJ | 7059 | $5 XS 1 | 10/1/2008 | 10/1/2009 | $51,600 |
| Builders Risk | Zurich American | BR451252268 | Zurich Assurance Company of American | New York | NY | 10038 | $1 / 10 | 11/1/2008 | 11/1/2009 | $57,765.00 |
| Excess Builders Risk | James River | 72885 | 66641 West Broad Street, Suite 300 | Richmond | VA | 23230 | $5 XS 10 | 11/1/2008 | 11/1/2009 | $16,832.00 |
| Package - Country Clubs | Philadelphia | PHPK360419 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | VRS | 11/1/2008 | 11/1/2009 | $58,870 |
| Umbrella Liability - Country Clubs | Philadelphia | PHUM255030 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | $5 XS 1 | 11/1/2008 | 11/1/2009 | $4,500 |
| NAG - Professional Liability | Evanston | EO838023 | Markel Shand Inc., Ten Parkway North | Deerfield | IL | 60015 | $1,000,000 | 11/26/2008 | 11/26/2009 | $3,579 |
| Directors & Officers Liability | RSUI Indemnity | NHP631252 | 945 E. Paces Ferry Rd., Suite 1800 | Atlanta | GA | 30326 | $5,000,000 | 11/26/2008 | 11/26/2009 | $131,250 |
| Notary E&O | Western Surety | 68361209 | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $25,000 | 4/20/2008 | 4/20/2010 | $176 |
| Notary Bond-Hawkings | Western Surety | 15073680N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/29/2007 | 11/29/2011 | $50 |
| Notary Bond - Harris | Western Surety | 15081094N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/30/2007 | 11/30/2011 | $50 |
| Notary Bond-Fuller(Walters) | Western Surety | 70037061N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 1/23/2006 | 1/23/2010 | $50 |
| Notary Bond-Graham | Western Surety | 15151546N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/16/2006 | 5/16/2012 | $50 |
| Notary Bond - Hall | Western Surety | 70064078N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/10/2006 | 5/10/2010 | $50 |
| Notary Bond-Ransom | Western Surety | 15129472N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 4/4/2006 | 4/4/2012 | $50 |

B6F (Official Form 6F) (12/07)

In re  **The Rhodes Companies, LLC**                                    ,    Case No.  __**09-14814**__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James M. Rhodes<br>252 Angels Trace Ct.<br>Las Vegas, NV 89147 | | - | **Insider Claim** | | | | 9,718,652.41 |
| Account No.<br><br>Lexon Insurance Company<br>Bond Safeguard Insurance Company<br>1919 S. Highland Dr. Bldg. A<br>Suite 300<br>Lombard, IL 60148 | X | - | **Gurantor on Lexon/Bond Safeguard Bonds** | X | X | | Unknown |
| Account No.<br><br>Schedule F01<br>See Attachment F1 | | - | **Litigation Claims** | X | X | X | Unknown |
| Account No.<br><br>Tribes Holdings, LLC<br>4730 South Fort Apache<br>Suite 300<br>Las Vegas, NV 89147 | | - | **Intercompany Claim** | | | | 167,519.17 |

__**0**__  continuation sheets attached

Subtotal (Total of this page)        **9,886,171.58**

Total (Report on Summary of Schedules)        **9,886,171.58**

In re The Rhodes Companies, LLC
Attachment F1
Litigation Claims

09-14814

| Creditor | Address | Address | City ST Zip | Type of Claim | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| Martinez & Turek, Inc. | Leonard Dicker Schreiber LLP | 9430 Olympic Boulevard 400 | Beverly Hills, CA 90212-4519 | Litigation | x | x | x | Unknown |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION**

In re:  The Rhodes Companies, LLC, et al.,[1]                     Case No. 09-14814
                                                                                                                           (Jointly Administered)

**Notes and Statement of Limitations and Methodology Regarding the Debtors' Amended Schedules of Assets and Liabilities and Statement of Financial Affairs**

The above-captioned Debtors (the "Debtors") each submit their respective Amended Schedules of Assets and Liabilities (the "Schedules") and Amended Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules.  The previously-filed *Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* are also incorporated herein.  These notes collectively comprise an integral part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules.  Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtors in accordance with the Debtors' financial reporting and accounting policies and procedures.

### Notes Regarding the Debtors' Statement and Schedules

Any changes to the schedules are shown as highlighted in yellow on the PDF of the filed version of the Schedules.

Any changes to attachments to the schedules are shown with a blackline of the attachment.  In the case of Schedule of Financial Affairs question no. 18 for Heritage Land Company, LLC and The Rhodes Companies, LLC, the attachment was omitted from the original filing and is attached to the amendment.

### Note to Schedule F  - Creditors Holding Unsecured Nonpriority Claims

Amended Schedule F is revised to reflect invoices received through May 31, 2009 for goods or services provided prior to the Petition Date.

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

2

Additionally, the Debtor has received authority from the Bankruptcy Court through various orders to make payments to certain holders of claims for amounts owed prior to the Petition Date. If those amounts have been paid pursuant to Bankruptcy Court Order through the course of the Debtor's Chapter 11 Case, the Debtor's books and records no longer show any amount owing to the vendor and, accordingly, such vendor's claim may be listed as $0.00.

DOCS_LA:201483.5

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **The Rhodes Companies, LLC**
Debtor(s)

Case No. **09-14814**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __8__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7/1/09__

Signature __/s/ Joseph Schramm__
Joseph Schramm
Authorized Agent

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.