Entered on Docket
July 09, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile: 702/382-1169

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br>aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>ORDER AUTHORIZING THE DEBTORS TO PUBLISH NOTICE OF THE BAR DATES AND APPROVING THE FORM OF THE PUBLICATION NOTICE PURSUANT TO FRBP 2002(l) [RE: DOCKET NO. 202]<br><br>Hearing Date:    June 26, 2009<br>Hearing Time:    1:30 p.m. |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818);

DOCS_LA:202878.2

Upon the motion, dated June 1, 2009 (the "Motion"),[2] of The Rhodes Companies, LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order") (i) authorizing the Debtors to publish notice of the Bar Dates and (ii) approving the Debtors' proposed form and manner of notice of the Publication Notice [Docket No. 202]; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this "is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted.

2. Pursuant to Rule 2002(l) of the Bankruptcy Rules, the form of the Publication Notice as modified by the attached hereto, is approved in all respects. The manner of publication of the Bar Dates approved herein is deemed to fulfill the notice requirements of the Bankruptcy Rules.

---

Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] All capitalized terms used but otherwise not defied herein shall have the meanings set forth in the Motion.

3. The Debtors are authorized to cause publication of the attached Bar Date Notice in the *Las Vegas Review-Journal*, the *Kingman Daily Miner*, and such other local newspapers, trade journals, or similar publications as the Debtors deem appropriate, no later than ten days after entry of this Order.

4. Publication of the Publication Notice in the manner set forth above shall be deemed good and sufficient notice of the Bar Dates to all unknown creditors.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

APPROVED:
OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Edward M. McDonald
August B. Landis
Edward McDonald
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:

Dated this 29th day of June 2009.

By: /s/Zachariah Larson
LARSON & STEPHENS
By:/s/ Zachariah Larson
Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Attorneys for the Debtors and Debtors in Possession

DOCS_LA:202878.2

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**

General Bar Date: August 5, 2009 at 4:00 p.m. (PT)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 31, 2009, the following companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Primary Filers"):

| | |
|---|---|
| Heritage Land Company, LLC (Case No. 09-14778) | The Rhodes Companies, LLC (Case No. 09-14814) |
| Tribes Holdings, LLC (Case No. 09-14817) | Apache Framing, LLC (Case No. 09-14818) |
| Geronimo Plumbing LLC (Case No. 09-14820) | Gung-Ho Concrete LLC (Case No. 09-14822) |
| Bravo, Inc. (Case No. 09-14825) | Elkhorn Partners (Case No. 09- 14828) |
| Six Feathers Holdings, LLC (Case No. 09-14833) | Elkhorn Investments, Inc. (Case No. 09-14837) |
| Jarupa, LLC (Case No. 09-14839) | Rhodes Realty, Inc. (Case No. 09-14841) |
| C & J Holdings, Inc. (Case No. 09-14843) | Rhodes Ranch General Partnership (Case No. 09-14844) |
| Rhodes Design and Development Corporation (Case No. 09-14846) | Parcel 20, LLC (Case No. 09-14848) |
| Tuscany Acquisitions IV, LLC (Case No. 09-14849) | Tuscany Acquisitions III, LLC (Case No. 09-14850) |
| Tuscany Acquisitions II, LLC (Case No. 09-14852) | Tuscany Acquisitions, LLC (Case No. 09-14853) |
| Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854) | Overflow, LP (Case No. 09-14856) |
| Wallboard, LP (Case No. 09-14858) | Jackknife, LP (Case No. 09-14860) |
| Batcave, LP (Case No. 09-14861) | Chalkline, LP (Case No. 09-14862) |
| Glynda, LP (Case No. 09-14865) | Tick, LP (Case No. 09-14866) |
| Rhodes Arizona Properties, LLC (Case No. 09-14868) | |

On April 1, 2009, the following additional companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Secondary Filers"):

| | |
|---|---|
| Tuscany Golf Country Club, LLC (Case No. 09-14884) | Pinnacle Grading, LLC (Case No. 09-14887) |
| Rhodes Homes Arizona, LLC (Case No. 09- 14882) | |

Collectively, we refer to the Primary Filers and the Secondary Filers as the "Debtors." On April 13, 2009, the United States Bankruptcy Court for the District of Nevada (the "Court") issued a *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines* (the "Bar Date Notice") in each of the Debtors' bankruptcy cases establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the Debtors.

As established by the Bar Date Notice, all persons and entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the above Debtors that arose prior to the bankruptcy filing of the Debtors, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before 4:00 p.m. (prevailing Pacific Time), on **August 5, 2009** (the "General Bar Date"), by ~~sending~~mailing or delivering an original proof of claim form to Omni Management Group, LLC ("Omni") at 16501 Ventura Boulevard, Suite 440, Encino, California 91436 so that it is actually received on or before the General Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

All governmental units who have a claim or potential claim against the Primary Filers MUST FILE A PROOF OF CLAIM on or before 4:00 p.m. (Prevailing Pacific Time), on **September 28, 2009** (or by September 29, 2009 for claims against the Secondary Filers) (the "Governmental Bar Date"), by ~~sending~~mailing or delivering an original proof of claim form to Omni at 16501 Ventura Boulevard, Suite 440, Encino, California 91426 so that it is actually received on or before the Governmental Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

Any entity filing a proof of claim must identify on its proof of claim form the particular Debtor against which its Claim is asserted. Any Claim filed in the joint administration case – Case No. 09-14814-LBR – or otherwise without identifying a Debtor will be deemed as filed only against The Rhodes Companies, LLC.

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING A CLAIM AGAINST ANY OF THE DEBTORS, OR RECEIVING DISTRIBUTIONS UNDER, OR VOTING UPON ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES.

If you have questions concerning whether or not you need to file a Proof of Claim, you should consult your attorney. A copy of the Bar Date Notice or a Proof of Claim form may be obtained by from the website of the Debtors' claims agent, free of charge, at: http://www.omnimgt.com/rhodes or by contacting the Debtors' claims agent, in writing, at Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 477, Encino, CA 91436, or by phone at: (866) 989-6144. The Bar Date Notice, as well as the Debtors' Schedules of Assets and Liabilities, can also be viewed, for a fee, on the United States Bankruptcy Court for the District of Nevada's website at https://ecf.nvb.uscourts.gov and are also available for inspection free of charge on Omni's website at: http://www.omnimgt.com/rhodes.