NILE LEATHAM, ESQ.
Nevada Bar No. 002838
TIMOTHY P. THOMAS, ESQ.
Nevada Bar No. 005148
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail: nleatham@klnevada.com
tthomas@klnevada.com

IRA S. DIZENGOFF (NY Bar No. 2565687)
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com

*Counsel for* ***First Lien Steering Committee***

***Electronically Filed***
***July 9, 2009***

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

CASE NO. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

Affects: )
)
☒ All Debtors )
☐ The Following Debtor(s): )
)
)

**CERTIFICATE OF SERVICE**

1. On July 9, 2009, I served the following document(s) (*specify*):

**OBJECTION OF THE FIRST LIEN STEERING COMMITTEE TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER EXTENDING THEIR EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE AND (II) EMERGENCY MOTION TO EXTEND THE 90-DAY TIME PERIOD TO FILE A PLAN UNDER SECTION 362(d)(3) OF THE BANKRUPTCY CODE**

2. I served the above-named document(s) by the following means to the persons as listed below:

(***Check all that apply***)

☒ **a.** **ECF System (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
rjean@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com; msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com; gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com; dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐ **b.** **United States mail, postage fully prepaid**
**(*List persons and addresses. Attach additional paper if necessary*)**

☐ **c.** **Personal Service (*List persons and addresses. Attach additional paper if necessary*)**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** **(*List persons and email addresses. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (***A declaration by the messenger must be attached to this Certificate of Service***).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): **July 9, 2009**.

*/s/ Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472