Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)    **E-FILED July 10, 2009**
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.    BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]  Debtors. | Chapter 11 |
| Affects: ■   All Debtors □   The following Debtor(s) | Date:   July 17, 2009 Time:   1:30 p.m. Judge:  Honorable Linda B. Riegle |

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

**OBJECTION TO AND JOINDER IN FIRST LIEN STEERING COMMITTEE'S OBJECTION TO DEBTORS' EMERGENCY MOTION FOR AN ORDER EXTENDING CASH COLLATERAL TERMINATION DATE**

Credit Suisse, Cayman Islands Branch ("Credit Suisse"), as agent for the lenders under the first lien Credit Agreement dated November 21, 2005 (as amended, the "First Lien Credit Agreement") and for other Secured Parties (as defined in the First Lien Credit Agreement) (collectively with the lenders under the First Lien Credit Agreement, the "First Lien Lenders"), hereby (1) objects to the Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date (the "Motion") **[Docket No. 236]** filed by the above-captioned debtors (the "Debtors"); and (2) joins in the objection **[Docket No. 313]** to the Motion (the "First Lien Steering Committee Objection") filed by the steering committee comprised of certain lenders under the First Lien Credit Agreement (the "First Lien Steering Committee").[2]

**OBJECTION**

By the Motion, the Debtors seek to extend their use of the First Lien Lenders' cash collateral. As discussed in the First Lien Steering Committee Objection, the Debtors cannot meet their burden of demonstrating that the First Lien Lenders' interests are adequately protected under the circumstances. Accordingly, the Debtors cannot be allowed to use the First Lien Lenders' cash collateral absent consent.

As the Court is aware, the Debtors have separately requested an extension of the exclusive periods (the "Exclusive Periods") during which they may file a plan and solicit acceptances thereof through and including October 28, 2009 and December 27, 2009, respectively. Credit Suisse has objected, and joined in the First Lien Steering Committee's objection, to that request.

In good faith, the First Lien Lenders have previously consented to the use of their cash collateral while parties in interest pursued negotiations regarding a potential global resolution

---

[2] In reviewing the Objection and Joinder, Credit Suisse respectfully requests that this Court take judicial notice of its entire docket herein. It is well-established that this Court can take judicial notice of matters contained within its own files. Fed. R. Bankr. Pro. 9017 incorporating Fed. R. Evid. 201; U.S. v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); In re Blumer, 95 B.R. 143, 146 (9th Cir. B.A.P. 1988); In re Rogers, 278 B.R. 201, 204 (Bankr. D. Nev. 2002).

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

1   of these chapter 11 cases. No such global resolution has been reached at this time, but certain

2   parties in interest are continuing negotiations regarding a potential resolution of these cases.

3   Although Credit Suisse is hopeful that a satisfactory global consensual resolution of these

4   bankruptcy cases can ultimately be reached, it is unwilling at this time to consent to further use

5   of cash collateral. If the Exclusive Periods are allowed to lapse and other parties are thereby

6   afforded the opportunity to propose a plan, further use of cash collateral on a consensual basis

7   may be available.

8                                    **CONCLUSION**

9   For the foregoing reasons and those set forth in the First Lien Steering Committee Objection,

10   Credit Suisse respectfully requests that the Court deny the Motion and grant Credit Suisse such

11   other and further relief as is appropriate under the circumstances.

12

13   DATED this 9th day of July, 2009.

14                                    By: _____

15                                         SYLVESTER & POLEDNAK, LTD.
                                          Jeffrey R. Sylvester (Nevada Bar No. 4396)
16                                         James B. MacRobbie (Nevada Bar No. 7430)
                                          7371 Prairie Falcon Road, Suite 120
17                                         Las Vegas, Nevada 89128
                                          Telephone: (702) 952-5200
18                                         Facsimile: (702) 952-5205
                                          jeff@sylvesterpolednak.com
19                                         james@sylvesterpolednak.com

20                                         and

21                                         SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
22                                         Van C. Durrer, II, Esq. (admitted *pro hac vice*)
                                          Ramon M. Naguiat, Esq. (admitted *pro hac vice*)
23                                         300 South Grand Avenue, Suite 3400
                                          Los Angeles, California 90071-3144
24                                         Telephone:  (213) 687-5000
                                          Facsimile:  (213) 687-5600
25                                         van.durrer@skadden.com
                                          ramon.naguiat@skadden.com
26
                                          *Attorneys for Creditor Credit Suisse, Cayman Islands Branch*
27

28

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

- 3 -

**CERTIFICATE OF SERVICE**

1.     On July 10, 2009, I served the following document(s) (*specify*):

**OBJECTION TO AND JOINDER IN FIRST LIEN STEERING COMMITTEE'S OBJECTION TO DEBTORS' EMERGENCY MOTION FOR AN ORDER EXTENDING CASH COLLATERAL TERMINATION DATE**

2.     I served the above-named document(s) by the following means to the persons as listed below:

    *(Check all that apply)*

    ■   a.    **ECF System (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)**

JAMES I. STANG and SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.
jstang@pszjlaw.com; scho@pszjlaw.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com; susans@lslawnvcom; laurar@lslawnv.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com; axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com; dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
Richard.dreitzer@bullivant.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN and SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
rjean@lionelsawyer.com; smyers@lionelsawyer.com; gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com;

BART K. LARSEN on behalf of Creditor REEF COLONIAL, LLC
blarsen@lawrsen.com; jierien@lawrosen.com; msoderquist@lawrosen.com

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

NILE LEATHAM and TIMOTHY P. THOMAS on behalf of Creditor
STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com; tthomas@klnevada.com; ckishi@klnevada.com;
dhoule@klnevada.com; bankruptcy@klnevada.com

EDWARD M. McDONALD on behalf of U.S. Trustee - LV-11
Edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
PROPERTIES – NEVADA, LLC
olster@lbbslaw.com; gjovig@lbbslaw.com; gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK,
N.A.
mark.somerstein@ropesgray.com

DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN &
BATH, LLC
donaldhwilliamslaw@gmail.com; taylorsellers@gmail.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

■ **b.** **United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Rhodes Homes Service List"**

_____ **c.** Personal Service *(List persons and address. Attach additional pages if necessary)*

_____ **d.** By direct email (as opposed to through the ECF System) *(List persons and email addresses. Attach additional pages if necessary)*

_____ **e.** By fax transmission *(List persons and fax numbers. Attach additional pages if necessary)*

_____ **f.** By messenger *(List persons and address. Attach additional pages if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 10th day of July, 2009.

_____

An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

- 5 -

## RHODES HOMES SERVICE LIST

### Office of the United States Trustee
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

The Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

### Counsel to the Official Committee of Unsecured Creditors
### (and Request for Special Notice)
Rew R. Goodenow
Karl Y. Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett
David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

### Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

### Counsel to The Steering Committee of 1st Lien Lenders
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479
(Fax) 612-667-9825

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

**Request For Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119
(Fax) 702-385-3025

3