James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382-1170
Facsimile:  702/382-1169

Attorneys for Debtors and Debtors in Possession

*E-file: July 13, 2009*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,
aka "Rhodes Homes," et al.,[1]

　　　　Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**DECLARATION OF DAVID ABADIR IN SUPPORT OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [Re:  Docket No. 264]**

Hearing Date:    July 17, 2009
Hearing Time:    1:30 p.m.

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_NY:18454.1

1. I am an associate of the firm of Pachulski Stang Ziehl & Jones LLP, which maintains an office at 780 Third Avenue, 36th Floor, New York, New York 10017-2024. I am duly admitted to practice law in the States of Massachusetts and New York, and the United States District Courts for the Southern District of New York. I am authorized to submit this declaration in support (the "Declaration") of the *Motion of Debtors for Entry of an Order under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property*, dated June 22, 2009 [Docket No. 264] (the "Motion").

2. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness in this matter I could and would competently testify thereto.

3. In their Motion, the Debtors requested entry of an order extending the time period by which the Debtors must assume or reject certain unexpired nonresidential leases (the "Leases") pursuant to section 365(d)(4) of the Bankruptcy Code.

4. After the Motion was filed and served on June 22, 2009, the Debtors identified a subsequent group of landlords for Leases who are listed in the Supplemental Service List annexed to the *Supplemental Notice of Hearing*, dated June 29, 2009 [Docket No. 291]. On June 29, 2009, the Debtors served these landlords by Federal Express overnight delivery with a copy of the Motion and the Notice of Hearing, which was dated June 29, 2009, as evidenced by the Certificate of Service annexed to the Supplemental Notice of Hearing. [Docket No. 291]

5. On or about July 8, 2009, I telephoned and spoke with each of the landlords listed on the Supplemental Service List, except Glynda Rhodes. No landlord expressed any objection to the relief sought by the Motion. With respect to Glynda Rhodes, my colleague, Shirley Cho, emailed Mrs. Rhodes' counsel who confirmed by return email on July 8, 2009 that Mrs. Rhodes does not have any objection to the Motion either. Accordingly, none of the landlords listed on the Supplemental Service List object to the relief requested in the Motion.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2009

*/s/ David A. Abadir*
David A. Abadir