James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: July 14, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
- ☐ All Debtors
- ☒ Affects the following Debtor(s)
  BRAVO, INC.

# NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING STIPULATION FOR CONTINUANCE [RE DOCKET 3021]** was entered on July 14, 2009. A copy of the Order is attached hereto.

**DATED** this 14th day of July, 2009.

        **LARSON & STEPHENS**

        /s/ Zachariah Larson, Esq.
        Zachariah Larson, Bar No. 7787
        Kyle O. Stephens, Bar No. 7928
        810 S. Casino Center Blvd., Suite 104
        Las Vegas, NV 89101
        Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

**Entered on Docket**
**July 14, 2009**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] Debtors. | (Jointly Administered)  Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

73203-001\DOCS_LA:204012.3

| Affects: | Hearing Date: July 17, 2009 |
|---|---|
| ☐ All Debtors<br>☒ Affects the following Debtor(s)<br>Bravo, Inc. | Hearing Time: 1:30 p.m.<br>Courtroom 1 |

### ORDER GRANTING STIPULATION FOR CONTINUANCE [RE DOCKET 302]

Upon consideration of the *Stipulation for Continuance* between Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC (the "Movant"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved, the hearing on the *Motion for Relief from Stay* [Docket Number 302] shall take place on August 6, 2009 at 1:30 p.m., the Debtor's response date is extended through and including July 24, 2009 at 5:00 p.m., and Movant's reply date is extended through and including July 29, 2009 at 5:00 p.m.

PREPARED AND SUBMITTED BY:

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 38201169
Attorneys for the Debtors

LEWIS BRISBOIS BRISGAARD & SMITH LLP

By: /s/ Janice J. Brown, Esq.
Janice J. Brown, Esq., Bar No. 001118
400 South Fourth St., Suite 500
Las Vegas, Nevada 89101
Tel: (702) 893-3303
Fax: (702) 893-3789
Attorneys for Movant

///
///
///

Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:204012.3                                  2

1  APPROVED / ~~DISAPPROVED~~:

2

3  SARA L. KISTLER, ACTING UNITED
   STATES TRUSTEE

4

5  By: _____
   August B. Landis
6  Assistant United States Trustee
   300 Las Vegas Blvd. S., Ste. 4300
7  Las Vegas, NV 89101
   Tel:  (702) 388-6600 Ext. 235
8  Fax:  (702) 388-6658
   Email: augie.landis@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:204017.3

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s)<br>Bravo, Inc. | Hearing Date: July 17, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:203945.4

## STIPULATION FOR CONTINUANCE

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC ("Movant"), by and through undersigned counsel, hereby represent and stipulate as follows:

A. Movant filed a *Motion for Relief from Stay* [Bravo Docket Number 15] (the "Motion"), which was scheduled for hearing on June 30, 2009.

B. Movant and the Debtor filed a stipulation (the "Stipulation") to continue the hearing on the Motion until July 17, 2009 [Rhodes Docket Number 288]. The Court approved the Stipulation [Rhodes Docket Number 289] and directed Movant to refile the Motion in the above-captioned case.

C. Movant refiled the Motion (the "Refiled Motion") in the above-captioned case on July 2, 2009 [Rhodes Docket Number 302].

D. The Refiled Motion is different than the Motion. In order to provide the Debtor with adequate notice and time to object, as required under the case management order [Rhodes Docket Number 119], the parties desire to continue the hearing on the Refiled Motion until the omnibus hearing date on August 6, 2009 at 1:30 p.m.

E. The parties are seeking an order of this Court approving this Stipulation for a continuance in order to ensure that Movant does not waive its rights under the "30 day rule" pursuant to Local Rule 4001(a)(1)(B) and does not waive any rights afforded by section 362 of the Bankruptcy Code.

///
///
///

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-001\DOCS_LA:203945.4

2

1  WHEREFORE, the parties stipulate and agree, subject to the approval of this Court, to
2  continue the hearing on the Motion until the omnibus hearing date on August 6, 2009 at 1:30
3  p.m., or to such other date as the Court deems appropriate, with Debtor's response date being
4  extended through and including July 24, 2009 at 5:00 p.m., and Movant's reply date being
5  extended through and including July 29, 2009 at 5:00 p.m.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
   Zachariah Larson, Esq., Bar No. 7787
   810 S. Casino Center Blvd., Suite 104
   Las Vegas, Nevada 89101
   Tel: (702) 382-1170
   Fax: (702) 38201169
Attorneys for the Debtors

LEWIS BRISBOIS BRISGAARD & SMITH LLP

By: /s/ Janice J. Brown, Esq.
   Janice J. Brown, Esq., Bar No. 001118
   400 South Fourth St., Suite 500
   Las Vegas, Nevada 89101
   Tel: (702) 893-3303
   Fax: (702) 893-3789
Attorneys for Movant

73203-001\DOCS_LA:203945.4                 3