1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: July 15, 2009
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
3  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
7         wdisse@pszjlaw.com

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702/382.1170
   Facsimile:  702/382.1169
11 Email: zlarson@lslawnv.com
12 Attorneys for Debtors and
   Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]  Debtors. | Chapter 11 |
| Affects: | DATE: July 17, 2009<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 1 |
| ☒ All Debtors<br>☐ Affects the following Debtor(s) | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

# STATUS AND AGENDA FOR JULY 17, 2009 HEARING

# AT 1:30 P.M.

1.  **Motion For Authorization to Pay Salary to James M. Rhodes** *[Rhodes Docket No. 94]*

Related Filings:

A.  *Declaration Of James M. Rhodes* [Rhodes Docket No. 95]

B.  *Declaration Of Paul David Huygens* [Rhodes Docket No. 96]

C.  *Request for Judicial Notice in Support of Motion for Authorization to Pay Salary to James M. Rhodes* [Rhodes Docket No. 97]

D.  *Notice of Hearing* [Rhodes Docket No. 98]

E.  *Supplemental Certificate of Service* for Docket Entries 94, 95, 96, 97 and 98 [Rhodes Docket No. 114]

F.  *Certificate of Service* for Docket Entries 94, 95, 96, 97 and 98 [Rhodes Docket No. 115]

G.  *Supplemental Statement Re Motion for Authorization to Pay Salary to James M. Rhodes* [Rhodes Docket No. 138].

H.  *Declaration of Paul David Huygens in Support of Supplemental Statement* [Rhodes Docket No. 139]

I.  *The Acting United States Trustee's Opposition to Debtors' Motion to Pay Salary to James M. Rhodes* [Rhodes Docket No. 144]

J.  *Certificate of Service* for Docket Entries 138 and 139 [Rhodes Docket No. 151]

**STATUS:** The U.S. Trustee's objection has been resolved.  Mr. Landis will place the relevant terms on the record at the hearing.  A form order will be submitted to the Court following the hearing pursuant to applicable local rules.

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:204062.1

**2.    Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors** *[Rhodes Docket No. 233]*

Related Filings:

A. *Ex Parte Motion for Order Shortening Time* [Rhodes Docket No. 234]

B. *Attorney Information Sheet* [Rhodes Docket No. 235]

C. *Order Shortening Time to Hear Debtors' Emergency Motion to Extend the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors* (Related document(s) 234 ) [Rhodes Docket No. 247]

D. *Notice of Hearing* for Docket No. 247 [Rhodes Docket No. 252]

E. *Certificate of Service* (Related document(s) 233 Emergency Motion to Extend Time filed by Debtor THE RHODES COMPANIES, LLC, 234 Motion for Order Shortening Time filed by Debtor THE RHODES COMPANIES, LLC) [Rhodes Docket No. 253]

F. *Notice of Hearing* for Docket No. 233 [Rhodes Docket No. 254]

G. *Certificate of Service* for Docket Nos. 247, 252 and 254 [Rhodes Docket No. 268]

H. *Interim Stipulation Re Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(D)(3) of the Bankruptcy Code for Certain of the Debtors* [Rhodes Docket No. 275]

I. *Order Approving Interim Stipulation Re Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(D)(3) of the Bankruptcy Code for Certain of the Debtors* [Rhodes Docket No. 294]

J. *Notice of Entry of Order* re Docket No. 294 [Rhodes Docket No. 296]

K. *Certificate of Service* re Docket No. 296 [Rhodes Docket No. 299]

L. *Objection of the First Lien Steering Committee to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement* [Rhodes Docket No. 306]

M. *Certificate of Service* for Docket No. 306 [Rhodes Docket No. 307]

N. *Objection to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement and Joinder in First Lien Steering Committee's Objection Thereto* [Rhodes Docket No. 308]

O. *Certificate of Service* for Docket No. 308 [Rhodes Docket No. 311]

P.  *Debtors' Reply to Objection of the First Lien Steering Committee to Motion of Debtors for Entry of an Order Extending Their Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code and (II) Emergency Motion to Extend the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code [Relates to Docket Nos. 233 and 261]* [Rhodes Docket No. 320]

**STATUS**:  This matter is going forward.

3.  **Emergency Motion to Extend Cash Collateral Termination Date** *[Rhodes Docket No. 236]*

Related Filings:

A.  *Ex Parte Motion for Order Shortening Time* Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC  [Rhodes Docket No. 237]

B.  *Attorney Information Sheet* [Rhodes Docket No. 238]

C.  *Order Shortening Time to Hear Debtors' Emergency Motion for an Order Extending the Cash Collateral Termination Date* [Rhodes Docket No. 248]

D.  *Notice of Hearing* for Docket No. 248 [Rhodes Docket No. 251]

E.  *Certificate of Service* (Related document(s) 236 Motion to Extend Time filed by Debtor THE RHODES COMPANIES, LLC, 237 Motion for Order Shortening Time filed by Debtor THE RHODES COMPANIES, LLC, 238 Attorney Information Sheet filed by Debtor THE RHODES COMPANIES, LLC) [Rhodes Docket No. 253]

F.  *Notice of Hearing* for Docket No. 236 [Rhodes Docket No. 255]

G.  *Certificate of Service* for Docket No. 248 and 251 [Rhodes Docket No. 268]

H.  *Notice of Extension of Cash Collateral Termination Date Re Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders Re Debtors' Motion and Request for Continuance of Emergency Motion to Extend Time to Extend Cash Collateral Termination Date* [Rhodes Docket No. 274]

I.  *Notice of Filing of Amended Budget* [Rhodes Docket No. 284]

J.  *Statement Of The First Lien Steering Committee With Respect To Debtors' Emergency Motion For An Order Extending Cash Collateral Termination Date* [Rhodes Docket No. 285]

K.  *Opposition of First Lien Steering Committee To Debtors' Emergency Motion For An Order Extending Cash Collateral Termination Date* [Rhodes Docket No. 313]

L.  *Objection to and Joinder in First Lien Steering Committee's Objection to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date*

73203-002\DOCS_LA:204062.1                    4

[Rhodes Docket No. 314]

M. *Certificate of Service* for *313* [Rhodes Docket No. 315]

N. *Reply to Objection of the First Lien Steering Committee to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date [Re: Docket Number 236]* [Rhodes Docket No. 321]

O. *Notice of Filing of Amended Budget re Emergency Motion to Extend Cash Collateral Termination Date* [Rhodes Docket No. 322]

**STATUS**: This matter is going forward.

**4.    Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement** *[Rhodes Docket No. 261]*

Related Filings:

A. *Notice of Hearing on Docket No. 261* [Rhodes Docket No. 262]

B. *Certificate of Service* for Docket Nos. 261, 262 [Rhodes Docket No. 269]

C. *Objection of the First Lien Steering Committee to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement* [Rhodes Docket No. 306]

D. *Certificate of Service* for Docket No. 306 [Rhodes Docket No. 307]

E. *Objection to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement and Joinder in First Lien Steering Committee's Objection Thereto* [Rhodes Docket No. 308]

F. *Certificate of Service* for Docket No. 308 [Rhodes Docket No. 311]

G. *Debtors' Reply to Objection of the First Lien Steering Committee to Motion of Debtors for Entry of an Order Extending Their Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code and (II) Emergency Motion to Extend the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code [Relates to Docket Nos. 233 and 261]* [Rhodes Docket No. 320]

**STATUS**: This matter will be going forward.

**5.    Motion to Extend Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property** *[Rhodes Docket No. 264]*

Related Filings:

A. *Notice of Hearing* for Docket No. 264 [Rhodes Docket No. 265]

B. *Certificate of Service* for Docket Nos. 264 and 265 [Rhodes Docket No. 270]

C. *Supplemental Notice of Hearing* for Rhodes Docket No. 264 [Rhodes Docket No. 291]

D. *Certificate of Service* for Docket No. 291 [Rhodes Docket No. 299]

E. *Declaration of David Abadir* [Rhodes Docket No. 316]

**STATUS**: This matter will be going forward. No objections or responses have been received. A proposed form of order was submitted with the Motion.

Dated:    July 15, 2009             LARSON & STEPHENS

 /s/Zachariah Larson
Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101

–and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Counsel for Debtors and
Debtors in Possession

73203-002\DOCS_LA:204062.1             6