J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket Nos. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com;
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

**E-filed:** July 15, 2009
**Hearing**: July 17, 2009, 1:30 pm

*Proposed Counsel to the Official Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>   aka "Rhodes Homes, *et al*.,"<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### COMMITTEE'S STATEMENT REGARDING DEBTORS' PENDING MOTIONS TO EXTEND EXCLUSIVITY AND ALLOW CONTINUED USE OF CASH COLLATERAL

The Official Committee (the "Committee") of Unsecured Creditors of the Rhodes Companies, LLC, *et al*. (the "Debtors"), by and through its undersigned proposed counsel, respectfully offers its Statement Regarding the Debtors' Pending Motions to Extend Exclusivity [docket # 233] and Allow Continued Use of Cash Collateral [docket # 236]:

### STATEMENT

The Committee supports extending exclusivity long enough to see if a consensual plan is possible. It believes the Debtors can show that its secured lenders are protected adequately to permit the continued use of their cash collateral in the meantime.

18422.001/4841-1267-7124.1

- 2 -

The Committee was formed six weeks ago, on May 26, 2009. It comprises subcontractors for and service providers to the Debtors. Its members have long histories with the Debtors. The Committee knows the Debtors' assets and operations very well. It knows the Debtors' residential building industry and market very well. It is active and independent.

Soon after its formation, the Committee received a reorganization plan concept term sheet from the first lien lenders' steering committee. The document proposed a favorable treatment for unsecured creditors. More recently, the Committee received a plan concept term sheet from the Debtors' non-debtor affiliates. It proposed slightly more favorable treatment for unsecured creditors, and it addressed numerous plan points with increasing detail. The Committee has met, by conference call, with counsel for the Debtors and the non-debtor affiliates. It has raised with them its issues with their plan concept, including the treatment of the estate's self-insured retention construction defect insurance policies. The Committee looks forward to having similar discussions, in the near future, with the lenders' representatives. The Committee anticipates another round of term sheets, in short order, exploring feasible plan concepts in still greater detail.

In the Committee's view, the present trajectory of negotiations is fairly well aimed toward a consensual plan. The Debtors' recent mediation overture is also a positive sign. Of course, it remains too early to tell if the negotiations will be successful. Nevertheless, in the Committee's view, this case is more likely to be cost-effectively successful if these negotiations are allowed and encouraged, rather than if rival plans are hastily filed and competitively prosecuted.

## **CONCLUSION**

The Committee supports extending exclusivity long enough – into September – to see if a consensual plan is possible. It believes the secured lenders will remain adequately protected during the meantime. It hopes the parties will agree on these points and present their agreements,

rather than press their differences, at the hearings on these issues that are scheduled for Friday, July 17, 2009.

Dated: July 15, 2009.

**PARSONS BEHLE & LATIMER**

　/s/  J. Thomas Beckett

J. Thomas Beckett,
David P. Billings,
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

Rew R. Goodenow,
50 West Liberty Street, Suite 750
Reno,  NV  89501

*Proposed  Counsel to the Official Committee*

18422.001/4841-1267-7124.1