J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket Nos. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com;
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Proposed Counsel to the Official Committee*

**E-filed:** July 16, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>  aka "Rhodes Homes, *et al*.,"<br><br>  Debtors. | Case No. BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### CERTIFICATE OF SERVICE

1. On the 15th day of July, 2009, I served the following document(s) (specify):

    a.  **Committee's July 15 Statement Regarding Debtors' Pending Motions to Extend Exclusivity and Allow Continued Use of Cash Collateral**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☒   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

PARSONS
BEHLE &
LATIMER

4851-0449-9204.1

| | |
|---|---|
| 1 | SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC |
| 2 | scho@pszjlaw.com |
| 3 | JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| 4 | tbw@jonesvargas.com |
| 5 | KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY |
| 6 | hkelley@leachjohnson.com |
| 7 | RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch |
| 8 | RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com |

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐ **b.    United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐ **c.    Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the

PARSONS
BEHLE &
LATIMER

- 2 -

4851-0449-9204.1

document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*Shirley S. Cho; axelrodb@gtlaw.com; Dublin, Philip; Dizengoff, Ira; Somerstein, Mark; James Stang; Landis, Augie (USTP); Goodenow, Rew R.; Billings, David P.; Beckett, J. Thomas; Beverly Wolf (bev@ipair.com); Donna Hann (dhann@ipair.com); Helen Buchanan (hbuchanan@swiron.com); Hollstein, Catherine; Jim VanWoerkom (jvanwoerkom@gcwallace.com); S. Bradley Wadsworth (BWadsworth@mmelectricinc.net)*

☐ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

☐ **g.** **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): July 16, 2009

|   J. Thomas Beckett   |   /s/ J. Thomas Beckett   |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |