SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com
*Attorneys for Credit Suisse*

E-FILED July 17, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:

■ All Debtors
☐ The following Debtor(s)

Case No. BK-S-09-14814-LBR
Chapter 11

(Jointly Administered)

**SUBSTITUTION OF ATTORNEYS**
(LOCAL COUNSEL ONLY)

Creditor, CREDIT SUISSE, Cayman Islands Branch, as agent for the lenders under the first lien Credit Agreement dated November 21, 2005 (as amended, the "First Lien Credit Agreement") and for other Secured Parties (as defined in the First Lien Credit Agreement), hereby substitutes the

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

law firm of SYLVESTER & POLEDNAK, LTD. as its local counsel attorneys in the above-entitled action(s) in the place and stead of the law firm of LIONEL SAWYER & COLLINS.

DATED this 8th day of July, 2009.

**CREDIT SUISSE, Cayman Islands Branch**

Graham Lawrence
Vice President

By: _____
Its: _____Director_____

The law firm of LIONEL SAWYER & COLLINS, attorneys of record (local counsel only) for Creditor, CREDIT SUISSE, does hereby consent to the substitution of the law firm of SYLVESTER & POLEDNAK, LTD., as attorneys (local counsel only) for Creditor, CREDIT SUISSE in the above-entitled action(s) in its place and stead.

DATED this 9th day of July, 2009.

**LIONEL SAWYER & COLLINS**

By _____
Rodney Jean, Esq.
1700 Bank of American Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101

The law firm of SYLVESTER & POLEDNAK, LTD., hereby agrees to be substituted in the place and stead (as local counsel only) of LIONEL SAWYER & COLLINS as attorneys for Creditor, CREDIT SUISSE in the above-entitled action(s).

DATED this 9th day of July, 2009.

**SYLVESTER & POLEDNAK, LTD.**

By _____
James B. MacRobbie, Esq.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128

2