SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com
*Attorneys for Credit Suisse*

E-FILED July 17, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.        BK-S-09-14814-LBR<br>Chapter 11<br><br>(Jointly Administered) |
| Affects:<br><br>■    All Debtors<br>☐    The following Debtor(s) | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned, attorney of record for Creditor CREDIT SUISSE, Cayman Islands Branch,

as agent for the lenders under the first lien Credit Agreement dated November 21, 2005 (as amended,

the "First Lien Credit Agreement") and for other Secured Parties (as defined in the First Lien Credit

Agreement), has submitted to the Court a "Verified Petition for Permission to Practice in this Case

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

1  Only," which has been approved.  Not being regularly admitted to the bar of this Court, and not

2  maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best

3  interests of the client to designate JEFFREY R. SYLVESTER, ESQ., NV Bar No. 4396, attorney

4  at law, member of the State Bar of Nevada and previously admitted to practice before the above-

5  entitled Court, as associate local counsel in this action.  The address of said designated Nevada

6  Counsel is: SYLVESTER & POLEDNAK, LTD., 7371 Prairie Falcon Road, Suite 120, Las Vegas,

7  Nevada 89128, (702) 952-5200, jeff@sylvesterpolednak.com.

8       By this designation the undersigned attorneys and party agree that all documents and other

9  papers issued out of this Court in the above-entitled case may be served on the designated local

10 counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-

11 counsel.  Further, this designation constitutes agreement and authorization by the undersigned for

12 the designated local counsel to sign stipulations binding on all of us.  The time for performing any

13 act under applicable Rule shall run from the date of service on the local counsel.

14       DATED this  8th  day of July, 2009.

15
                                    SKADDEN, ARPS, SLATE,
16                                   MEAGHER & FLOM, LLP.

17
                             By _____
18                                   Ramon M. Naguiat, Esq.
19                                   300 S. Grand Avenue, #3400
                                    Los Angeles, California 90071
20                                   *Counsel for Credit Suisse*

21

22

23

24

25

26

27

28

2

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out -of-state counsel of record and to keep such counsel informed as to the status of the case.

DATED this ___17th___ day of July, 2009.

SYLVESTER & POLEDNAK, LTD.

By _____
Jeffrey R. Sylvester, Esq.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
*Designated Nevada Counsel*

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party appoints JEFFREY R. SYLVESTER, ESQ. as their Designated Nevada Counsel in this case.

DATED this ___8th___ day of July, 2009.

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP

By _____
Ramon M. Naguiat, Esq.
300 S. Grand Avenue, #3400
Los Angeles, California 90071
*Counsel for Credit Suisse*

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

3