Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. Macrobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

Attorneys for Creditor Credit Suisse, Cayman Islands Branch

E-FILED July 17, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>■ All Debtors | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**CERTIFICATE OF SERVICE**

1. On July 9, 2009, I served the following document(s) (*specify*):

   1) SUBSTITUTION OF ATTORNEYS (LOCAL COUNSEL ONLY); AND
   2) DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ■ a. **ECF System** (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)

   JAMES I. STANG and SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.
   jstang@pszjlaw.com; scho@pszjlaw.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com; susans@lslawnvcom; laurar@lslawnv.com

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com; axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   tbw@jonesvargas.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   mwalters@marquisaurbach.com; dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

   RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   Richard.dreitzer@bullivant.com

   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
   ecf@parsonsbehle.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

   RODNEY M. JEAN and SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   rjean@lionelsawyer.com; smyers@lionelsawyer.com; gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com;

   BART K. LARSEN on behalf of Creditor REEF COLONIAL, LLC
   blarsen@lawrsen.com; jierien@lawrosen.com; msoderquist@lawrosen.com

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

NILE LEATHAM and TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com; tthomas@klnevada.com; ckishi@klnevada.com; dhoule@klnevada.com; bankruptcy@klnevada.com

EDWARD M. McDONALD on behalf of U.S. Trustee - LV-11
Edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC
olster@lbbslaw.com; gjovig@lbbslaw.com; gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN & BATH, LLC
donaldhwilliamslaw@gmail.com; taylorsellers@gmail.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

■ b.  United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Rhodes Homes Service List"

___ c.  Personal Service *(List persons and address. Attach additional pages if necessary)*

___ d.  By direct email (as opposed to through the ECF System) *(List persons and email addresses. Attach additional pages if necessary)*

___ e.  By fax transmission *(List persons and fax numbers. Attach additional pages if necessary)*

___ f.  By messenger *(List persons and address. Attach additional pages if necessary)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of July, 2009.

_____
An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

3

# RHODES HOMES SERVICE LIST

**Office of the U.S. Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, Nv 89101
(Fax) 702-388-6658

Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow, Esq.
Karl Y. Olseon, Esq.
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett, Esq.
David P. Billings, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod, Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
(Fax) 702-792-9002

**Counsel to The Steering Committee of the 1st Lien Lenders**
Ira Dizengoff, Esq.
Phillip Dublin, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212-872-1002

Page 1 of 3

Nile Leatham, Esq.
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein, Esq.
Don Demakis, Esq.
Ben Schneider, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
Credit Suisse Loan Funding LLC
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, N.A.
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer, II, Esq.
Ramon M. Naguiat, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, #3400
Los Angeles, CA 90071-3177
(Fax) 213-687-5600

**Request for Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams
WILLIAMS & WIESE
612 S. Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
(Fax) 702-650-2995

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Suite 200
Las Vegas, NV 89119
(Fax) 702-385-3025