James I. Stang, Esq. (CA Bar No. 94435)  
Shirley S. Cho, Esq. (CA Bar No. 192616)  
Werner Disse, Esq. (CA Bar No. 143458)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Blvd., 11th Floor  
Los Angeles, California 90067-4100  
Telephone: 310/277-6910  
Facsimile:  310/201-0760  
Email: jstang@pszjlaw.com  
       scho@pszjlaw.com  
       wdisse@pszjlaw.com  

Zachariah Larson, Esq. (NV Bar No. 7787)  
LARSON & STEPHENS  
810 S. Casino Center Blvd., Ste. 104  
Las Vegas, NV  89101  
Telephone:  702/382.1170  
Facsimile:  702/382.1169  
Email: zlarson@lslawnv.com  

Attorneys for Debtors and Debtors in Possession

E-File: July 17, 2009

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

☒ Affects All Debtors  
☐ Affects the following Debtors:

Case No. 09-14814 LBR

Date: July 17, 2009  
Time: 1:30 p.m.  
Place: Courtroom 1

## PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalk-line, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:205245.1

This Stipulation is entered into by and between the Debtors, the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), the Administrative Agent for the Second Lien Lenders (the "Second Lien Agent"), the Official Committee of Unsecured Creditors (the "OCUC"), and certain non-Debtor affiliates of the Debtors (the "Non-Debtor Affiliates"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

## RECITALS

WHEREAS, the Debtors filed the *Emergency Motion to Extend Time on the 90-Day Time Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors* [Rhodes Docket No. 233] (the "SARE Motion");

WHEREAS, the Debtors filed the *Emergency Motion to Extend Cash Collateral Termination Date* [Docket No. 236] (the "Cash Collateral Extension Motion");

WHEREAS, the Debtors filed the *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement* [Docket No. 261] (the "Exclusivity Extension Motion");

WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement* [Docket No. 306];

WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket Number 236] [Docket No. 321];

WHEREAS, the Agent filed the *Objection to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement and Joinder in First Lien Steering Committee's Objection Thereto* [Rhodes Docket No. 308];

DOCS_LA:205245.1                                             2

WHEREAS, the Agent filed the *Objection to and Joinder in First Lien Steering Committee's Objection to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket No. 314];

WHEREAS, the OCUC filed the *Committee's Statement Regarding Debtors' Pending Motions to Extend Exclusivity and Allow Continued Use of Cash Collateral* [Docket No. 324];

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364*, etc. [Docket No. 126] (the "<u>Final Cash Collateral Order</u>");

WHEREAS, the Parties have agreed to a plan mediation pursuant to the agreement set forth below with either Judge Zive (District of Nevada), Judge Neiter (Central District California) or a mutually acceptable mediator to determine if the terms of a consensual plan between the Parties can be reached (the "<u>Plan Mediation</u>");

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

**AGREEMENT**

1. The exclusive period under section 1121(d)(1) of the Bankruptcy Code under which only the Debtors may file a plan of reorganization is terminated immediately, provided that none of the Parties shall file a plan of reorganization or facilitate any other person in filing a plan of reorganization prior to August 28, 2009, regardless of the status of the Plan Mediation.

2. The 90-day period under Section 362(d)(3) of the Bankruptcy Code is extended until August 28, 2009.

3.	The Parties shall engage in good faith non-binding Plan Mediation session(s) and the Plan Mediation shall last no longer than a total of 24 hours over three business days, unless (i) the Mediator declares an impasse prior to the expiration of such three business day (24 hour) period, or (ii) all of the Parties otherwise agree.

4.	Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Order through August 28, 2009 at 11:59 p.m. (prevailing Pacific Time) based on the Budget attached hereto as **Exhibit A**, which shall supplement the original Budget attached to the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect.

5.	The Budget attached hereto as **Exhibit A** is the governing Budget under the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waive.

6.	Notwithstanding anything to the contrary in this Order, the budget line items for Pinnacle in **Exhibit A** shall be included in any Cash Collateral Order(s) through October 2, 2009.

7.	The SARE Motion and Exclusivity Extension Motion shall be deemed withdrawn, with prejudice, upon entry of an Order by the Bankruptcy Court approving this Stipulation.

8.	The Cash Collateral Extension Motion shall be continued to August 28, 2009.

Dated:  July 17, 2009

| | |
|---|---|
| APPROVED<br><br>By: _____<br>AKIN GUMP STRAUSS<br>HAUER & FELD LLP<br>Ira S. Dizengoff (NY Bar No. 2565687)<br>Philip C. Dublin (NY Bar No. 2959344)<br>Abid Qureshi (NY Bar No. 268437)<br>One Bryant Park<br>New York, NY 10036<br>*Counsel for the First Lien Steering Committee* | APPROVED<br><br>By: _____<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>Ramon M. Naguiat<br>300 S. Grand Ave., #3400<br>Los Angeles, CA 90071<br>*Counsel for Credit Suisse, Cayman Islands Branch, as Agent for First Lien Lenders* |
| APPROVED<br><br>By: _____<br>ROPES & GRAY LLP<br>Don S. De Amicis<br>Mark R. Somerstein<br>Benjamin L. Schneider<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Counsel for Wells Fargo, N.A., as Agent for the Second Lien Lenders* | APPROVED<br><br>By: _____<br>J. Thomas Beckett<br>Parsons Behle & Latimer<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>*Counsel for Official Committee of Unsecured Creditors* |
| APPROVED<br><br>By: _____<br>Brett A. Axelrod<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>*Counsel for James M. Rhodes and Sagebrush Enterprises, Inc.* | APPROVED<br><br>By: _____<br>James I. Stang<br>Pachulski Stang Ziehl Young & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067<br>*Counsel for Debtors and Debtors-in-Possession* |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Error! Unknown document property name.

5

# EXHIBIT A

**Rhodes Homes 17 Week Cash Flow Forecast**
**Revised 7/15/2009**

7/15/2009
FINAL

Starting Cash on 6/5/2009 (Projection) $ 4,093,290

| Line # | Week Ending | Actuals 11 6/12/2009 | Actuals 12 6/19/2009 | 13 6/26/2009 | 14 7/3/2009 | 15 7/10/2009 | 16 7/17/2009 | 17 7/24/2009 | 18 7/31/2009 | 19 8/7/2009 | 20 8/14/2009 | 21 8/21/2009 | 22 8/28/2009 | 23 9/4/2009 | 24 9/11/2009 | 25 9/18/2009 | 26 9/25/2009 | 27 10/2/2009 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | 1 | 0 | 3 | 2 | 4 | 3 | 4 | 4 | 4 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 29 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 3 | 3 | 2 | 2 | 3 | 3 | 2 | 22 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 4 | Net Revenues - Backlog (Sold) | $ 271,664 | $ - | $ 710,616 | $ 457,863 | $ 944,297 | $ 528,734 | $ 1,014,112 | $ 786,611 | $ 857,907 | $ 461,518 | $ - | $ - | $ 218,941 | $ - | $ 375,310 | $ - | $ - | $ 6,627,573 |
| 5 | Net Revenues - New Sales Not started (Projected) | - | 5,608 | - | - | - | - | - | - | 380,000 | 380,000 | 570,000 | 570,000 | 380,000 | 380,000 | 570,000 | 570,000 | 380,000 | 4,185,608 |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | 393,361 | - | - | - | - | 290,750 | 281,650 | - | 245,250 | 363,550 | 372,650 | - | - | - | - | - | - | 1,947,211 |
| 7 | Revenues - Park Construction | - | - | - | - | - | - | 315,000 | - | - | - | - | - | - | - | - | - | - | 315,000 |
| 8 | Tuscany Golf Course Revenues | 57,694 | 56,057 | 54,000 | 52,000 | 48,000 | 48,000 | 48,000 | 48,000 | 51,000 | 51,000 | 51,000 | 51,000 | 67,000 | - | - | 25,000 | - | 707,751 |
| 9 | Pinnacle Grading Revenues | - | - | - | - | 58,412 | 262,049 | - | - | - | 217,000 | 55,000 | - | 271,000 | 56,435 | - | 2,060,000 | 392,289 | 3,372,185 |
| 10 | Miscellaneous Refunds, Fees, True Ups | 75,973 | 3,986 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 79,959 |
| 11 | **Total Cash Receipts** | 798,692 | 65,651 | 764,616 | 509,863 | 1,050,709 | 1,129,533 | 1,658,762 | 834,611 | 1,534,157 | 1,473,068 | 1,048,650 | 621,000 | 936,941 | 436,435 | 945,310 | 2,630,000 | 797,289 | 17,235,287 |
| 12 | Insurance Financing | - | - | - | 22,287 | - | - | - | - | 22,287 | - | - | - | 22,287 | - | - | - | 22,287 | 89,149 |
| 13 | IT Services / Equip. | 1,778 | - | 2,695 | 8,591 | - | - | - | - | 8,591 | - | - | - | 8,591 | - | - | - | 8,591 | 38,835 |
| 14 | Storage | - | - | - | 1,665 | - | - | - | - | 1,665 | - | - | - | 1,665 | - | - | - | 1,665 | 6,660 |
| 15 | Rent | - | - | - | 30,509 | - | - | - | - | 30,509 | - | - | - | 30,509 | - | - | - | 30,509 | 122,035 |
| 16 | Brokerage License | - | - | - | 1,000 | - | - | - | - | 1,000 | - | - | - | 1,000 | - | - | - | 1,000 | 4,000 |
| 17 | HOA Fees (1) | 21,100 | - | - | 9,308 | - | - | - | - | 9,308 | - | - | - | 9,308 | - | - | - | 9,308 | 58,332 |
| 18 | Model Home Leases (2) | 3,583 | - | - | 30,014 | - | - | - | - | 30,014 | - | - | - | 30,014 | - | - | - | 30,014 | 123,639 |
| 19 | **Total 1st of Month Payments** | 26,461 | - | 2,695 | 103,374 | - | - | - | - | 103,374 | - | - | - | 103,374 | - | - | - | 103,374 | 442,650 |
| 20 | Rhodes Homes Payroll (3) | 72,549 | 72,128 | 72,549 | 72,549 | 72,549 | 72,549 | 172,733 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 78,809 | 1,395,691 |
| 21 | Rhodes Homes Ordinary Course Professionals | - | - | - | 5,000 | - | - | - | - | 20,000 | - | - | - | 20,000 | - | - | - | 20,000 | 65,000 |
| 22 | Rhodes Homes Consultants | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 | Rhodes Homes AZ Payroll | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 13,828 |
| 24 | Pinnacle Payroll | 18,211 | 18,784 | 17,266 | 18,409 | 15,227 | 17,200 | 17,200 | 17,200 | 17,200 | 26,800 | 12,750 | 12,750 | 15,300 | 15,300 | 15,300 | 37,850 | 34,534 | 327,280 |
| 25 | **Total Payroll and Benefits** | 91,573 | 91,725 | 90,628 | 96,771 | 88,589 | 90,562 | 190,747 | 96,822 | 116,822 | 106,422 | 92,372 | 92,372 | 114,922 | 94,922 | 94,922 | 117,472 | 134,156 | 1,801,800 |
| 26a | Pinnacle (Job Cost) | 156,865 | 1,643 | - | 46,018 | 16,674 | 267,935 | 9,300 | 9,300 | 9,300 | 235,800 | 61,800 | 6,800 | 270,300 | 65,735 | 8,800 | 1,009,800 | 190,059 | 2,366,129 |
| 26b | Pinnacle Overhead | 77,231 | 8,947 | 35,713 | 10,675 | 11,283 | 4,346 | 8,058 | 4,346 | 5,196 | 8,346 | 8,058 | 9,535 | 4,346 | 8,346 | 4,346 | 4,346 | 13,247 | 226,365 |
| 27 | Pinnacle (Equipment Notes Payments) | - | - | 102,474 | - | 67,204 | 28,152 | - | - | 64,227 | - | 28,152 | - | 64,227 | - | 28,152 | - | - | 382,588 |
| 28 | RH Vertical Costs to Complete - Backlog+Standing (Unsold) | 108,029 | 88,492 | 160,490 | 145,900 | 136,173 | 116,720 | 97,266 | 72,950 | 53,497 | 29,180 | 14,590 | 9,727 | 9,727 | 4,863 | 4,863 | - | - | 1,052,465 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started(4) | 25,549 | 16,328 | 45,500 | 77,000 | 108,500 | 140,000 | 171,500 | 218,750 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 262,500 | 3,165,626 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) (5) | 57,600 | 8,619 | 75,794 | 177,906 | 64,241 | 28,875 | 40,692 | 37,710 | 18,718 | 20,130 | 23,476 | 31,433 | 87,654 | 32,117 | 23,476 | 37,510 | 19,432 | 785,383 |
| 31 | Rhodes Ranch Park (Job Cost) | 7,925 | 1,672 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,597 |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | 7,367 | 1,740 | 7,500 | 7,500 | 7,500 | 7,500 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 204,107 |
| 33 | Rhodes Homes Vertical Costs - A/P | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 34 | Rhodes Homes Land Dev. - A/P | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 35 | Rhodes Homes Land Dev. - Spirit Underground A/P | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 36 | Rhodes Homes Land Dev. - Park A/P | 61,197 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 61,197 |
| 37 | **Total Job Cost** | 501,762 | 127,441 | 427,470 | 464,998 | 411,575 | 593,528 | 341,816 | 358,055 | 428,437 | 570,956 | 409,864 | 333,518 | 654,716 | 448,789 | 322,986 | 1,357,308 | 500,238 | 8,253,457 |
| 38 | Sales / Marketing | 25,285 | 2,746 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 16,070 | 269,088 |
| 39 | G & A | 13,191 | 6,517 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 18,400 | 295,708 |
| 40 | Utility Deposits | - | - | 3,151 | - | - | 8,786 | - | - | - | - | - | - | - | - | - | - | - | 11,937 |
| 41 | Builder Subsidies to Tuscany HOA (6) | 55,047 | - | - | 18,349 | - | - | - | - | 18,349 | - | - | - | 18,349 | - | - | - | 18,349 | 128,443 |
| 42 | Sales and Use Tax / Property Taxes | - | - | - | - | - | - | - | - | - | - | - | - | 526,937 | - | - | - | - | 526,937 |
| 43 | Debtor's Restructuring Professionals (7) | 508,875 | - | - | - | 300,500 | - | - | - | 279,250 | - | - | - | - | 495,250 | - | 530,000 | - | 2,113,875 |
| 44 | Committee's Restructuring Professionals (8) | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | - | - | 114,706 | - | 88,235 | - | 352,941 |
| 45 | Lenders' Professionals (9) | - | 283,024 | 314,414 | - | 447,000 | - | - | - | 365,000 | - | - | - | 340,000 | - | - | 365,000 | - | 2,114,439 |
| 46 | US Trustee Payment Center | - | - | - | - | - | - | - | 55,000 | - | - | - | - | - | - | - | - | - | 55,000 |
| 47 | Employee & Consultant Housing and Travel Expenses | 2,234 | - | 6,500 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 4,500 | 46,734 |
| 48 | **G&A Expenditures** | 604,632 | 292,288 | 358,535 | 57,319 | 858,970 | 45,257 | 36,470 | 91,470 | 776,569 | 36,470 | 36,470 | 36,470 | 584,257 | 986,426 | 36,470 | 36,470 | 1,040,554 | 5,915,102 |
| 49 | **Tuscany Golf Course Costs** | 138,972 | 23,826 | 65,000 | 94,000 | 101,200 | 20,920 | 67,300 | 94,000 | 110,500 | 51,420 | 70,800 | 24,000 | 169,000 | 16,120 | 64,740 | 15,060 | 74,240 | 1,201,098 |
| 50 | **Starting Cash Position** | 4,093,290 | 3,528,583 | 3,058,952 | 2,879,240 | 2,572,641 | 2,163,015 | 2,542,281 | 3,564,710 | 3,758,974 | 3,757,428 | 4,465,228 | 4,904,372 | 5,039,012 | 4,349,684 | 3,239,862 | 3,666,054 | 4,769,743 | 4,093,290 |
| 51 | Projected Net Revenue | 798,692 | 65,651 | 764,616 | 509,863 | 1,050,709 | 1,129,533 | 1,658,762 | 834,611 | 1,534,157 | 1,473,068 | 1,048,650 | 621,000 | 936,941 | 436,435 | 945,310 | 2,630,000 | 797,289 | 17,235,287 |
| 52 | Disbursement for Week | 1,363,399 | 535,281 | 944,328 | 816,462 | 1,460,335 | 750,267 | 636,333 | 640,348 | 1,535,702 | 765,268 | 609,507 | 486,360 | 1,626,268 | 1,546,257 | 519,118 | 1,526,391 | 1,852,562 | 17,614,106 |
| 53 | **Ending Cash Position** | $ 3,528,583 | $ 3,058,952 | $ 2,879,240 | $ 2,572,641 | $ 2,163,015 | $ 2,542,281 | $ 3,564,710 | $ 3,758,974 | $ 3,757,428 | $ 4,465,228 | $ 4,904,372 | $ 5,039,012 | $ 4,349,684 | $ 3,239,862 | $ 3,666,054 | $ 4,769,743 | $ 3,714,471 | $ 3,714,471 |

**Notes:**
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) Preserves $48, (iii) $5,000 X-It, and (iv) $1,500 West 57th
(2) Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch
(3) Week 1 includes Jim Rhodes salary catch-up payment of $100,000 and $8,504 of payroll tax liabilities (subject to court approval)
(4) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction
(5) Land development work as required by development agmts; includes $238,560 of work required for bond exonerations and $137,495 related to renewal of performance bonds
(6) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support
(7) Payments to Pachulski-Stang, Larson & Stephens, Omni, Acceleron Group and the Sullivan Group.
(8) Payments to Beckett; Holdback of $39,706 on 9/11.
(9) Payments to WCP, Akin Gump, Koslear & Leatham.