E-filed: July 20, 2009

1  Robert R. Kinas (Nevada Bar No. 6019)
   Claire Y. Dossier (Nevada Bar No. 10030)
2  Nishat Baig (Nevada Bar No. 11047)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169
4  Telephone: (702) 784-5200
   Facsimile:  (702) 784-5252
5  Email: rkinas@swlaw.com
          cdossier@swlaw.com
6         nbaig@swlaw.com
   *Attorneys for Caterpillar Financial Services*
7  *Corporation*

8

9                  UNITED STATES BANKRUPTCY COURT

10                      DISTRICT OF NEVADA

11

| | |
|---|---|
| In re:  Heritage Land Company, LLC<br>☐    Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR<br>Case No. 09-14817-LBR |
| In re:  The Rhodes Companies, LLC<br>☐    Affects this Debtor | Case No. 09-14818-LBR<br>Case No. 09-14820-LBR |
| In re:  Tribes Holdings, LLC<br>☐    Affects this Debtor | Case No. 09-14822-LBR<br>Case No. 09-14825-LBR |
| In re:  Apache Framing, LLC<br>☐    Affects this Debtor | Case No. 09-14828-LBR<br>Case No. 09-14833-LBR |
| In re:  Geronimo Plumbing, LLC<br>☐    Affects this Debtor | Case No. 09-14837-LBR<br>Case No. 09-14839-LBR<br>Case No. 09-14841-LBR |
| In re:  Gung-Ho Concrete, LLC<br>☐    Affects this Debtor | Case No. 09-14843-LBR<br>Case No. 09-14844-LBR |
| In re: Bravo, Inc.<br>☐    Affects this Debtor | Case No. 09-14846-LBR<br>Case No. 09-14848-LBR |
| In re: Elkhorn Partners<br>☐    Affects this Debtor | Case No. 09-14849-LBR<br>Case No. 09-14850-LBR |
| In re: Six Feathers Holdings, LLC<br>☐    Affects this Debtor | Case No. 09-14852-LBR<br>Case No. 09-14853-LBR<br>Case No. 09-14854-LBR |
| In re: Elkhorn Investments, Inc.<br>☐    Affects this Debtor | Case No. 09-14856-LBR<br>Case No. 09-14858-LBR |
| In re: Jarupa, LLC<br>☐    Affects this Debtor | Case No. 09-14860-LBR<br>Case No. 09-14861-LBR |
| In re: Rhodes Realty, Inc.<br>☐    Affects this Debtor | Case No. 09-14862-LBR<br>Case No. 09-14865-LBR |
| In re: C & J Holdings, Inc.<br>☐    Affects this Debtor | Case No. 09-14866-LBR<br>Case No. 09-14868-LBR |

10342124.1

| | |
|---|---|
| In re: Rhodes Ranch General Partnership<br>☐ Affects this Debtor | Case No. 09-14882-LBR<br>Case No. 09-14884-LBR<br>Case No. 09-14887-LBR |
| In re: Rhodes Design and Development Corporation<br>☐ Affects this Debtor | **Jointly Administered Under**<br>**Case No. BK-S-09-14814-LBR** |
| In re: Parcel 20, LLC<br>☐ Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions IV, LLC<br>☐ Affects this Debtor | |
| In re: Tuscany Acquisitions III, LLC<br>☐ Affects this Debtor | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| In re: Tuscany Acquisitions II, LLC<br>☐ Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐ Affects this Debtor | |
| In re: Rhodes Ranch Golf Country Club<br>☐ Affects this Debtor | |
| In re: Overflow, LP<br>☐ Affects this Debtor | |
| In re: Wallboard, LP<br>☐ Affects this Debtor | |
| In re: Jackknife, LP<br>☐ Affects this Debtor | |
| In re: Batcave, LP<br>☐ Affects this Debtor | |
| In re: Chalkline, LP<br>☐ Affects this Debtor | |
| In re: Glynda, LP<br>☐ Affects this Debtor | |
| In re: Tick, LP<br>☐ Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐ Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐ Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐ Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒ Affects this Debtor | |

SNELL & WILMER L.L.P hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned

10342124.1

- 2 -

proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer at the address listed below; that this request shall remain a continuing request; and that Snell & Wilmer be added to the master mailing matrix.

>Robert R. Kinas, Esq.
>Claire Y. Dossier, Esq.
>Nishat Baig, Esq.
>SNELL & WILMER L.L.P.
>3883 Howard Hughes Parkway, Suite 1100
>Las Vegas, Nevada 89169

DATED this 20th day of July, 2009.

>SNELL & WILMER L.L.P.
>
>By: /s/ Nishat Baig
>Robert R. Kinas, Esq.
>Claire Y. Dossier, Esq.
>Nishat Baig, Esq.
>3883 Howard Hughes Parkway, Suite 1100
>Las Vegas, NV 89169
>*Attorneys for Caterpillar Financial Services Corporation*

10342124.1

- 3 -