E-filed: July 22, 2009

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
Nishat Baig (Nevada Bar No. 11047)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com
       nbaig@swlaw.com
*Attorneys for Caterpillar Financial Services Corporation*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Heritage Land Company, LLC<br>☐ Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR<br>Case No. 09-14817-LBR |
| In re: The Rhodes Companies, LLC<br>☐ Affects this Debtor | Case No. 09-14818-LBR<br>Case No. 09-14820-LBR |
| In re: Tribes Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14822-LBR<br>Case No. 09-14825-LBR |
| In re: Apache Framing, LLC<br>☐ Affects this Debtor | Case No. 09-14828-LBR<br>Case No. 09-14833-LBR |
| In re: Geronimo Plumbing, LLC<br>☐ Affects this Debtor | Case No. 09-14837-LBR<br>Case No. 09-14839-LBR<br>Case No. 09-14841-LBR |
| In re: Gung-Ho Concrete, LLC<br>☐ Affects this Debtor | Case No. 09-14843-LBR<br>Case No. 09-14844-LBR |
| In re: Bravo, Inc.<br>☐ Affects this Debtor | Case No. 09-14846-LBR<br>Case No. 09-14848-LBR |
| In re: Elkhorn Partners<br>☐ Affects this Debtor | Case No. 09-14849-LBR<br>Case No. 09-14850-LBR |
| In re: Six Feathers Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14852-LBR<br>Case No. 09-14853-LBR |
| In re: Elkhorn Investments, Inc.<br>☐ Affects this Debtor | Case No. 09-14854-LBR<br>Case No. 09-14856-LBR<br>Case No. 09-14858-LBR |
| In re: Jarupa, LLC<br>☐ Affects this Debtor | Case No. 09-14860-LBR<br>Case No. 09-14861-LBR |
| In re: Rhodes Realty, Inc.<br>☐ Affects this Debtor | Case No. 09-14862-LBR<br>Case No. 09-14865-LBR |
| In re: C & J Holdings, Inc.<br>☐ Affects this Debtor | Case No. 09-14866-LBR<br>Case No. 09-14868-LBR |

10342850.1

| | |
|---|---|
| In re: Rhodes Ranch General Partnership<br>☐     Affects this Debtor | Case No. 09-14882-LBR<br>Case No. 09-14884-LBR |
| In re: Rhodes Design and Development Corporation<br>☐     Affects this Debtor | Case No. 09-14887-LBR<br>**Jointly Administered Under** |
| In re: Parcel 20, LLC<br>☐     Affects this Debtor | **Case No. BK-S-09-14814-LBR** |
| In re: Tuscany Acquisitions IV, LLC<br>☐     Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions III, LLC<br>☐     Affects this Debtor | **CERTIFICATE OF SERVICE** |
| In re: Tuscany Acquisitions II, LLC<br>☐     Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐     Affects this Debtor | |
| In re: Rhodes Ranch Golf Country Club<br>☐     Affects this Debtor | |
| In re: Overflow, LP<br>☐     Affects this Debtor | |
| In re: Wallboard, LP<br>☐     Affects this Debtor | |
| In re: Jackknife, LP<br>☐     Affects this Debtor | |
| In re: Batcave, LP<br>☐     Affects this Debtor | |
| In re: Chalkline, LP<br>☐     Affects this Debtor | |
| In re: Glynda, LP<br>☐     Affects this Debtor | |
| In re: Tick, LP<br>☐     Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐     Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐     Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐     Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒     Affects this Debtor | |

I served the **NOTICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** [docket 333] for Snell & Wilmer L.L.P., attorneys for Caterpillar Financial Services

10342850.1

- 2 -

1  Corporation, in the above matter via the following means on the date specified to the persons as
2  listed below:

3  **VIA ECF SYSTEM (July 20, 2009):**

4  See ECF filing receipt attached as Exhibit 1.

6  **VIA U.S. MAIL (postage fully pre-paid) (July 22, 2009):**

7  The Rhodes Companies, LLC
   4730 S. Ft. Apache #300
8  Las Vegas, NV 89147

9  David S. Lee
   7575 Vegas Drive, #150
10 Las Vegas, NV 89128

12 James I. Stang
   Pachulski Stang Ziehl & Jones LLP
13 10100 Santa Monica Blvd. #1100
   Los Angeles, CA 90067

14 Shirley S. Cho
15 Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd, 11th Floor
16 Los Angeles, CA 90067

17 Zachariah Larson
   Larson & Stephens
18 810 S. Casino Center Blvd., Suite 104
19 Las Vegas, NV 89101

20 U.S. Trustee – LV – 11
   300 Las Vegas Blvd. S., Suite 4300
21 Las Vegas, NV 89101

23 Edward M. McDonald
   Office of U.S. Trustee
   300 Las Vegas Blvd. So., Suite 4300
24 Las Vegas, NV 89101

26 Sunstate Companies, Inc.
   4435 East Colton Avenue, Suite 101
   Las Vegas, NV 89115

10342850.1

- 3 -

| | |
|---|---|
| 1 | GC Wallace |
| 2 | 6655 South Cimarron Road |
|   | Las Vegas, NV  89113 |
| 3 | |
| 4 | Aspen Concrete Inc. |
|   | 4177 East Huntington Drive |
| 5 | Flagstaff, AZ  86004 |
| 6 | American Soils Engineering LLC |
|   | 6000 South Eastern Avenue, Suite 6B |
| 7 | Las Vegas, NV  89119 |
| 8 | Triton Grading & Paving LLC |
|   | 4220 Arcata Way |
| 9 | Bldg. B, Suite 1 |
|   | N. Las Vegas, NV  89030 |
| 10 | |
| 11 | Sunland Asphalt |
|    | P. O. Box 20814 |
| 12 | Bullhead City, AZ  86439 |
| 13 | Cabinetec, Inc. |
|    | 2711 E. Craig Road |
| 14 | Suite A & B |
|    | N. Las Vegas, NV  89030 |
| 15 | |
| 16 | K.H. Landscaping, Inc. |
|    | 2595 South Cimarron Road |
| 17 | Suite 206 |
|    | Las Vegas, NV  89117-7613 |
| 18 | |
| 19 | Envision Concrete |
|    | 5655 Reference Street |
| 20 | Las Vegas, NV  89122 |
| 21 | N.J. Shaum & Son Inc. |
|    | P. O. Box 819 |
| 22 | Flagstaff, AZ  86002 |
| 23 | |
| 24 | MS Concrete, Inc. |
|    | 3840 North Commerce |
| 25 | Las Vegas, NV  89032 |
| 26 | Blair's Carpet Valley – C |
|    | 7465 West Sunset Road |
| 27 | Suite 1200 |
|    | Las Vegas, NV  89113 |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10342850.1

- 4 -

| | |
|---|---|
| 1 | American Asphalt & Grading Co. |
| 2 | 3624 Goldfield Street<br>North Las Vegas, NV 89032 |
| 3 | |
| | Evans Recreation Installations |
| 4 | P. O. Box 42607<br>Las Vegas, NV 89116-1607 |
| 5 | |
| 6 | Integrity Masonry, Inc.<br>5330 West Quail Avenue |
| 7 | Las Vegas, NV 89118 |
| 8 | J&J Enterprises, Inc. |
| | 5920 West Cougar Avenue |
| 9 | Las Vegas, NV 89139 |
| 10 | |
| | Western Landscape Construction |
| 11 | 4670 South Polaris Avenue<br>Las Vegas, NV 89103 |
| 12 | |
| 13 | WestCor Construction<br>5620 Stephanie Street |
| 14 | Las Vegas, NV 89122 |
| 15 | Interstate Plumbing & A/C |
| | 7201 West Post Road |
| 16 | Las Vegas, NV 89113 |
| 17 | Slater Hanifan Group |
| 18 | 5740 South Arville, #216<br>Las Vegas, NV 89118 |
| 19 | |
| | TSS Enterprises, Inc. |
| 20 | 2827 East Illini Street<br>Phoenix, AZ 85040 |
| 21 | |
| 22 | Westar Kitchens & Bath<br>9025 South Kyrene Road |
| 23 | Tempe, AZ 85284 |
| 24 | |
| | Iovino Masonry Inc. |
| 25 | 9260 El Camino Road<br>Las Vegas, NV 89139 |
| 26 | |
| | The Masonry Group Nevada, Inc. |
| 27 | 4685 Berg Street<br>North Las Vegas, NV 89081 |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10342850.1

- 5 -

Northland Exploration Surveys
528 West Aspen Avenue
Flagstaff, AZ  86001-5308

Nile Leatham, Esq.
Kolesar & Leatham, CHTD.
3320 W. Sahara Ave., Suite 380
Las Vegas, NV  89102-3202

Timothy P. Thomas, Esq.
Kolesar & Leatham, CHTD.
3320 W. Sahara Ave., Suite 380
Las Vegas, NV  89102-3202

Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV  89101

Rew R. Goodenow
Parsons Behle & Latimer
50 West Liberty Street, suite 750
Reno, NV  89501

J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
P. O. Box 45898
Salt Lake City, UT  84145-0898

Karl Y, Olsen
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, NV  89501

David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
P. O. Box 45898
Salt Lake City, UT  84145-0898

Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, NV  89169

Bart K. Larsen
Rosenfeld Roberson
6725 Via Austi Parkway, Suite 200
Las Vegas, NV  89119

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of July, 2009.

_Mary Full_
Mary Full

10342850.1

- 7 -

# EXHIBIT 1

# EXHIBIT 1

4128106.1

## Miscellaneous:

<u>09-14814-lbr THE RHODES COMPANIES, LLC</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: JNTADMN, LEAD, BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 7/20/2009 at 9:44 AM PDT and filed on 7/20/2009
**Case Name:**      THE RHODES COMPANIES, LLC
**Case Number:**    <u>09-14814-lbr</u>
**Document Number:** <u>333</u>

**Docket Text:**
Notice of Appearance and Request for Notice Filed by ROBERT R. KINAS on behalf of CATERPILLAR FINANCIAL SERVICES CORPORATION (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\fullmoldagain\Desktop\CAT - Rhodes - NOA.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/20/2009] [FileNumber=12985663-0
] [b0b89eb860c6f7a421bff1d67c62490b3bf2b8a35cc4ca2cd38ed0800d2bcedc101
ddd002d7279eb2cbb5e77cbee0bb996ded7d8152b159ddf4a527ff1897208]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com,
dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@sv

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA,
LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067