1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: July 22, 2009
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
7         wdisse@pszjlaw.com

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone: 702/382.1170
   Facsimile: 702/382.1169
11 Email: zlarson@lslawnv.com

12
   Attorneys for Debtors and
13 Debtors in Possession

14            **UNITED STATES BANKRUPTCY COURT**

15                   **DISTRICT OF NEVADA**

16 In re:                              Case No.: BK-S-09-14814-LBR
                                       (Jointly Administered)
17
   THE RHODES COMPANIES, LLC, aka
18 "Rhodes Homes, et al.,[1]              Chapter 11

19              Debtors.

20

21 [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
   14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
22 Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho
   Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
23 Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc.
   (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
24 Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design
   and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
25 Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany
   Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
26 Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No.
   09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
27 14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC
   (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
28 (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382.1170  Fax: (702) 382-1169

Affects:

☒  All Debtors
☐  Affects the following Debtor(s)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION [RE: DOCKET NO. 233, 236, 261]** was entered on July 21, 2009.  A copy of the Order is attached hereto.

**DATED** this 22nd day of July, 2009.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor



**Entered on Docket
July 21, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (SBN 94435)
Shirley S. Cho, Esq. (SBN 192616)
Werner Disse, Esq. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: 09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | Hearing Date: July 17, 2009 Hearing Time: 1:30 p.m. Courtroom: 1 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814; Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820; Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14828); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14831); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-

Affects:

☒  All Debtors
☐  Affects the following Debtor(s)

1
2
3
4

## ORDER GRANTING PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION [Re Docket Nos. 233, 236, 261]

Upon consideration of the Plan Exclusivity and Cash Collateral Stipulation attached

hereto as Exhibit A (the "Stipulation"), and good cause appearing,

1.    IT IS HEREBY ORDERED that the Stipulation is approved.

Prepared and Submitted this 17th day of July, 2009 by:

LARSON & STEPHENS

By:  /s/ Zachariah Larson
Zachariah Larson, Esq, (NV Bar No 7787)
Kyle O. Stephens, Esq, (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
Attorney for Debtors and Debtors in Possession

APPROVED / ~~DISAPPROVED~~
SARA L. KISTLER,
ACTING UNITED STATES TRUSTEE.

By:
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone:    (702) 388-6600 Ext. 235
Telefax:      (702) 388-6658
Email:        augie.landis@usdoj.gov

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848), Tuscany Acquisitions IV LLC (Case No 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852), Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14855); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882), Tuscany Golf Country Club, LLC (Case No. 09-14844), and Pinnacle Grading, LLC (Case No. 09-14867)

# EXHIBIT A

1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: July 17, 2009
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email: jstang@pszjlaw.com
6       scho@pszjlaw.com
7       wdisse@pszjlaw.com

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV 89101
10 Telephone: 702/382.1170
11 Facsimile: 702/382.1169
   Email: zlarson@lslawnv.com

12
   Attorneys for Debtors and Debtors in Possession
13

14               UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF NEVADA

15 In re:                                    Case No. 09-14814 LBR

16 THE RHODES COMPANIES, LLC, aka "Rhodes
17 Homes," et al.,[1]                        Date:  July 17, 2009
                                             Time:  1:30 p.m.
18             Debtors.                       Place: Courtroom 1

19 ☒ Affects All Debtors
   ☐ Affects the following Debtors:

20

21         PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION

22

23 [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The
24 Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No.
   09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No.
25 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-
   14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-
26 14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and
   Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No.
27 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
   Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No.
28 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalk-
   line, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties,
   LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-
   14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:205245.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1      This Stipulation is entered into by and between the Debtors, the First Lien Steering

2 Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), the

3 Administrative Agent for the Second Lien Lenders (the "Second Lien Agent"), the Official

4 Committee of Unsecured Creditors (the "OCUC"), and certain non-Debtor affiliates of the

5 Debtors (the "Non-Debtor Affiliates"). The foregoing parties (together, the "Parties") hereby

6 enter into this Stipulation and agree as follows:

7 <div align="center">**RECITALS**</div>

8
9      WHEREAS, the Debtors filed the *Emergency Motion to Extend Time on the 90-Day Time*

10 *Period to File a Plan Under Section 362(d)(3) of the Bankruptcy Code for Certain of the Debtors*

11 [Rhodes Docket No. 233] (the "SARE Motion");

12      WHEREAS, the Debtors filed the *Emergency Motion to Extend Cash Collateral Termi-*

13 *nation Date* [Docket No. 236] (the "Cash Collateral Extension Motion");

14
15      WHEREAS, the Debtors filed the *Motion to Extend Exclusivity Period for Filing a*

16 *Chapter 11 Plan and/or Disclosure Statement* [Docket No. 261] (the "Exclusivity Extension

17 Motion");

18
19      WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to Motion*

20 *to Extend Exclusivity Period for Filing a Chapter 11 Plan and/or Disclosure Statement* [Docket

21 No. 306];

22      WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to*

23 *Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket

24 Number 236] [Docket No. 321];

25
26      WHEREAS, the Agent filed the *Objection to Motion to Extend Exclusivity Period for*

27 *Filing a Chapter 11 Plan and/or Disclosure Statement and Joinder in First Lien Steering*

28 *Committee's Objection Thereto* [Rhodes Docket No. 308];

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

WHEREAS, the Agent filed the *Objection to and Joinder in First Lien Steering Com-mittee's Objection to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket No. 314];

WHEREAS, the OCUC filed the *Committee's Statement Regarding Debtors' Pending Motions to Extend Exclusivity and Allow Continued Use of Cash Collateral* [Docket No. 324];

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bank-ruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364,* etc. [Docket No. 126] (the "Final Cash Collateral Order");

WHEREAS, the Parties have agreed to a plan mediation pursuant to the agreement set forth below with either Judge Zive (District of Nevada), Judge Neiter (Central District California) or a mutually acceptable mediator to determine if the terms of a consensual plan between the Parties can be reached (the "Plan Mediation");

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

## AGREEMENT

1.      The exclusive period under section 1121(d)(1) of the Bankruptcy Code under which only the Debtors may file a plan of reorganization is terminated immediately, provided that none of the Parties shall file a plan of reorganization or facilitate any other person in filing a plan of reorganization prior to August 28, 2009, regardless of the status of the Plan Mediation.

2.      The 90-day period under Section 362(d)(3) of the Bankruptcy Code is extended until August 28, 2009.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

3.      The Parties shall engage in good faith non-binding Plan Mediation session(s) and the Plan Mediation shall last no longer than a total of 24 hours over three business days, unless (i) the Mediator declares an impasse prior to the expiration of such three business day (24 hour) period, or (ii) all of the Parties otherwise agree.

4.      Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Order through August 28, 2009 at 11:59 p.m. (prevailing Pacific Time) based on the Budget attached hereto as **Exhibit A**, which shall supplement the original Budget attached to the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect.

5.      The Budget attached hereto as **Exhibit A** is the governing Budget under the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waive.

6.      Notwithstanding anything to the contrary in this Order, the budget line items for Pinnacle in **Exhibit A** shall be included in any Cash Collateral Order(s) through October 2, 2009.

7.      The SARE Motion and Exclusivity Extension Motion shall be deemed withdrawn, with prejudice, upon entry of an Order by the Bankruptcy Court approving this Stipulation.

8.      The Cash Collateral Extension Motion shall be continued to August 28, 2009.

Dated: July 17, 2009

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1

2  **APPROVED**

3  By:

4  AKIN GUMP STRAUSS
   HAUER & FELD LLP
   Ira S. Dizengoff (NY Bar No. 2565687)

5  Philip C. Dublin (NY Bar No. 2959344)
   Abid Qureshi (NY Bar No. 268437)

6  One Bryant Park

7  New York, NY 10036
   *Counsel for the First Lien Steering Committee*

8

9  **APPROVED**

10 By:
   ROPES & GRAY LLP

11 Don S. De Amicis
   Mark R. Somerstein

12 Benjamin L. Schneider

13 1211 Avenue of the Americas,
   New York, NY 10036-8704

14 *Counsel for Wells Fargo, N.A., as Agent for
   the Second Lien Lenders*

15

16 **APPROVED**

17 By:
   Brett A. Axelrod

18 Greenberg Traurig, LLP
   3773 Howard Hughes Parkway

19 Suite 400 North

20 Las Vegas, NV 89169
   *Counsel for James M. Rhodes and Sagebrush*

21 *Enterprises, Inc.*

22

23

24

25

26

27

28

**APPROVED**

By:
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Ramon M. Naguiat
300 S. Grand Ave., #3400
Los Angeles, CA 90071
*Counsel for Credit Suisse, Cayman Islands
Branch, as Agent for First Lien Lenders*

**APPROVED**

By:
J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
*Counsel for Official Committee of
Unsecured Creditors*

**APPROVED**

By:
James I. Stang
Pachulski Stang Ziehl Young & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
*Counsel for Debtors and Debtors-in-
Possession*

# EXHIBIT A

Rhodes Homes 13 Week Cash Flow Forecast
Revised 7/15/2009

[illegible]