E-Filed: July 22, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: **THE RHODES COMPANIES, LLC**, aka "Rhodes Homes, et al..[1] Debtor. | Chapter 11 Case No.: BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| [X] Affects All Debtors<br>[ ] Affects the following Debtors | Chapter 11 |

## NOTICE OF FILING OF VERIFICATION OF PUBLICATION IN LAS VEGAS REVIEW-JOURNAL

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Verification of Publication** in LAS VEGAS REVIEW-JOURNAL regarding Notice of Deadline for the Filing Proofs of Claim.

///

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No.
(Continued...)

Dated: July 22, 2009 PACHULSKI STANG ZIEHL & JONES LLP

/s/ Shirley S. Cho, Esq.
James I Stang, Esq (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Adadir, Esq. (NY Bar No. DA-0741)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Telephone: 310/277.6910
Facsimile: 310/201.0760

and

LARSON & STEPHENS
Zachariah Larson, (NV Bar No. 7787)
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169

Attorneys for the Debtors and Debtors in Possession

---

09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

AFFP  DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)  SS:

STACEY M. LEWIS, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

SITRICK ADVERTISING                6773511SIT        5418134

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 2 edition(s) of said newspaper issued from 07/06/2009 to 07/07/2009, on the following days:

07/06/2009
07/07/2009

Signed: _Stacey M. Lewis_

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
___ day of _July_, 2009.

_Linda Espinoza_
Notary Public

LINDA ESPINOZA
Notary Public State of Nevada
No. 00-64106-1
My appt. exp. July 17, 2012

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA SOUTHERN DIVISION**

In re:
THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,
    Debtors.

Case No.: 09-14814-LBR
(Jointly Administered)
Chapter 11

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**

**General Bar Date: August 5, 2009 at 4:00 p.m. (PT)**

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 31, 2009, the following companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Primary Filers"):

Heritage Land Company, LLC (Case No. 09-14778)
Tribes Holdings, LLC (Case No. 09-14817)
Geronimo Plumbing LLC (Case No. 09-14820)
Bravo, Inc. (Case No. 09-14825)
Six Feathers Holdings, LLC (Case No. 09-14833)
Jarupa, LLC (Case No. 09-14839)
C & J Holdings, Inc. (Case No. 09-14843)
Rhodes Design and Development Corporation (Case No. 09-14846)
Tuscany Acquisitions IV, LLC (Case No. 09-14849)
Tuscany Acquisitions II, LLC (Case No. 09-14852)
Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854)
Wallboard, LP (Case No. 09-14858)
Batcave, LP (Case No. 09-14861)
Glynda, LP (Case No. 09-14865)
Rhodes Arizona Properties, LLC (Case No. 09-14868)

The Rhodes Companies, LLC (Case No. 09-14814)
Apache Framing, LLC (Case No. 09-14818)
Gung-Ho Concrete LLC (Case No. 09-14822)
Elkhorn Partners (Case No. 09-14828)
Elkhorn Investments, Inc. (Case No. 09-14837)
Rhodes Realty, Inc. (Case No. 09-14841)
Rhodes Ranch General Partnership (Case No. 09-14844)
Parcel 20, LLC (Case No. 09-14848)
Tuscany Acquisitions III, LLC (Case No. 09-14850)
Tuscany Acquisitions, LLC (Case No. 09-14853)
Overflow, LP (Case No. 09-14856)
Jackknife, LP (Case No. 09-14860)
Chalkline, LP (Case No. 09-14862)
Tick, LP (Case No. 09-14866)

On April 1, 2009, the following additional companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Secondary Filers"):

Tuscany Golf Country Club, LLC (Case No. 09-14884)
Rhodes Homes Arizona, LLC (Case No. 09-14882)

Pinnacle Grading, LLC (Case No. 09-14887)

Collectively, we refer to the Primary Filers and the Secondary Filers as the "Debtors." On April 13, 2009, the United States Bankruptcy Court for the District of Nevada (the "Court") issued a *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines* (the "Bar Date Notice") in each of the Debtors' bankruptcy cases establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the Debtors.

As established by the Bar Date Notice, all persons and entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the above Debtors that arose prior to the bankruptcy filing of the Debtors, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **4:00 p.m. (prevailing Pacific Time), on August 5, 2009** (the "General Bar Date"), by mailing or delivering an original proof of claim form to Omni Management Group, LLC ("Omni") at 16501 Ventura Boulevard, Suite 440, Encino, California 91436 so that it is actually received on or before the General Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

All governmental units who have a claim or potential claim against the Primary Filers MUST FILE A PROOF OF CLAIM on or before 4:00 p.m. (Prevailing Pacific Time), on September 28, 2009 (or by September 29, 2009 for claims against the Secondary Filers) (the "Governmental Bar Date"), by mailing or delivering an original proof of claim form to Omni at 16501 Ventura Boulevard, Suite 440, Encino, California 91426 so that it is actually received on or before the Governmental Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

Any entity filing a proof of claim must identify on its proof of claim form the particular Debtor against which its Claim is asserted. Any Claim filed in the joint administration case – Case No. 09-14814-LBR – or otherwise without identifying a Debtor will be deemed as filed only against The Rhodes Companies, LLC.

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING A CLAIM AGAINST ANY OF THE DEBTORS, OR RECEIVING DISTRIBUTIONS UNDER, OR VOTING UPON ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES.

If you have questions concerning whether or not you need to file a Proof of Claim, you should consult your attorney. A copy of the Bar Date Notice or a Proof of Claim form may be obtained by from the website of the Debtors' claims agent, free of charge, at: http://www.omnimgt.com/rhodes or by contacting the Debtors' claims agent, in writing, at Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 477, Encino, CA 91436, or by phone at: (866) 989-6144. The Bar Date Notice, as well as the Debtors' Schedules of Assets and Liabilities, can also be viewed, for a fee, on the United States Bankruptcy Court for the District of Nevada's website at https://ecf.nvb.uscourts.gov and are also available for inspection free of charge on Omni's website at: http://www.omnimgt.com/rhodes.

PUB: July 6, 7, 2009 LV Review-Journal