E-Filed: July 22, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka<br><br>"Rhodes Homes, et al..[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br><br>(Jointly Administered) |
|---|---|
| [X] Affects All Debtors<br><br>[ ] Affects the following Debtors | Chapter 11 |

## NOTICE OF FILING OF VERIFICATION OF PUBLICATION IN THE KINGMAN DAILY MINER

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Verification of Publication** in THE KINGMAN DAILY MINER regarding Notice of Deadline for the Filing Proofs of Claim.

///

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

Dated: July 22, 2009             PACHULSKI STANG ZIEHL & JONES LLP

/s/ Shirley S. Cho, Esq.
James I Stang, Esq (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Adadir, Esq. (NY Bar No. DA-0741)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Telephone: 310/277.6910
Facsimile: 310/201.0760

and

LARSON & STEPHENS
Zachariah Larson, (NV Bar No. 7787)
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169

Attorneys for the Debtors and Debtors in Possession

# **AFFIDAVIT OF PUBLICATION**

## Kingman Daily Miner

3015 Stockton Hill Road, Kingman, AZ 86401
web: www.kingmandailyminer.com • e-mail: legals@kingmandailyminer.com
Phone (928) 753-6397, ext. 242 • Fax (928) 753-5661
*"Serving Kingman since 1882"*

STATE OF ARIZONA    )
County of Mohave    ) ss.

I, **Melinda Mauser**, being first duly sworn on her oath says:
That she is the Legals Clerk of THE KINGMAN DAILY MINER
An Arizona corporation, which owns and publishes the Miner,
a Daily Newspaper published in the City of Kingman, County of Mohave,
Arizona, that the notice attached hereto, namely,

**Notice of Dealine**
**Ad. No. 136029**

Has, to the personal knowledge of affiant, **6th** day of **July, 2009**
to the **7th** day of **July, 2009** inclusive without change, interruption or omission, amounting in
**2** insertions, made of the following dates;
**7/6, 7/7/2009**

By _____
Legal Clerk, **10th** Day of **July, 2009**

State of Arizona

County of Mohave

On this _13_ day of _July_, 20_09_
Legal Clerk, whom I know personally to be
the person who signed the above document
and she proved she signed it.

_____
Notary Public
My Commission Expires August 9, 2011



**General Bar Date: August 5, 2009 at 4:00 p.m. (PT)**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 31, 2009, the following companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Primary Filers"):

Heritage Land Company, LLC (Case No. 09-14778)
The Rhodes Companies, LLC (Case No. 09-14814)
Tribes Holdings, LLC (Case No. 09-14817)
Apache Framing, LLC (Case No. 09-14818)
Geronimo Plumbing LLC (Case No. 09-14820)
Gung-Ho Concrete LLC (Case No. 09-14822)
Bravo, Inc. (Case No. 09-14825)
Elkhorn Partners (Case No. 09- 14828)
Six Feathers Holdings, LLC (Case No. 09-14833)
Elkhorn Investments, Inc. (Case No. 09-14837)
Jarupa, LLC (Case No. 09-14839)
Rhodes Realty, Inc. (Case No. 09-14841)
C & J Holdings, Inc. (Case No. 09-14843)
Rhodes Ranch General Partnership (Case No. 09-14844)
Rhodes Design and Development Corporation (Case No. 09-14846)
Parcel 20, LLC (Case No. 09-14848)
Tuscany Acquisitions IV, LLC (Case No. 09-14849)
Tuscany Acquisitions III, LLC (Case No. 09-14850)
Tuscany Acquisitions II, LLC (Case No. 09-14852)
Tuscany Acquisitions, LLC (Case No. 09-14853)
Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854)
Overflow, LP (Case No. 09-14856)
Wallboard, LP (Case No. 09-14858)
Jackknife, LP (Case No. 09-14860)
Batcave, LP (Case No. 09-14861)
Chalkline, LP (Case No. 09-14862)
Glynda, LP (Case No. 09-14865)
Tick, LP (Case No. 09-14866)
Rhodes Arizona Properties, LLC (Case No. 09-14868)

On April 1, 2009, the following additional companies each commenced bankruptcy cases in the United States Bankruptcy Court for the District of Nevada by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Secondary Filers"):

Tuscany Golf Country Club, LLC (Case No. 09-14884)
Pinnacle Grading, LLC (Case No. 09-14887)
Rhodes Homes Arizona, LLC (Case No. 09- 14882)

Collectively, we refer to the Primary Filers and the Secondary Filers as the "Debtors." On April 13, 2009, the United States Bankruptcy Court for the District of Nevada (the "Court") issued a Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Bar Date Notice") in each of the Debtors' bankruptcy cases establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the Debtors.

As established by the Bar Date Notice, all persons and entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the above Debtors that arose prior to the bankruptcy filing of the Debtors, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before 4:00 p.m. (prevailing Pacific Time), on August 5, 2009 (the "General Bar Date"), by mailing or delivering an original proof of claim form to Omni Management Group, LLC ("Omni") at 16501 Ventura Boulevard, Suite 440, Encino, California 91436 so that it is actually received on or before the General Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

All governmental units who have a claim or potential claim against the Primary Filers MUST FILE A PROOF OF CLAIM on or before 4:00 p.m. (Prevailing Pacific Time), on September 28, 2009 (or by September 29, 2009 for claims against the Secondary Filers) (the "Governmental Bar Date"), by mailing or delivering an original proof of claim form to Omni at 16501 Ventura Boulevard, Suite 440, Encino, California 91426 so that it is actually received on or before the Governmental Bar Date. Proofs of claim may also be filed electronically by using the court's Electronic Case Filing system for registered users. Proofs of claim sent by facsimile or telecopy will not be accepted.

Any entity filing a proof of claim must identify on its proof of claim form the particular Debtor against which its Claim is asserted. Any Claim filed in the joint administration case – Case No. 09-14814-LBR – or otherwise without identifying a Debtor will be deemed as filed only against The Rhodes Companies, LLC.

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING A CLAIM AGAINST ANY OF THE DEBTORS, OR RECEIVING DISTRIBUTIONS UNDER, OR VOTING UPON ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES.

If you have questions concerning whether or not you need to file a Proof of Claim, you should consult your attorney. A copy of the Bar Date Notice or a Proof of Claim form may be obtained by from the website of the Debtors' claims agent, free of charge, at: http://www.omnimgt.com/rhodes or by contacting the Debtors' claims agent, in writing, at Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 477, Encino, CA 91436, or by phone at: (866) 989-6144. The Bar Date Notice, as well as the Debtors' Schedules of Assets and Liabilities, can also be viewed, for a fee, on the United States Bankruptcy Court for the District of Nevada's website at https://ecf.nvb.uscourts.gov and are also available for inspection free of charge on Omni's website at: http://www.omnimgt.com/rhodes.
Published: July 6 & 7, 2009

---

(136223)
TITLE ORDER NO. 09051513 Trustee Sale No. 135099AZ Loan No. 5303413263 NOTICE OF TRUSTEE'S SALE The following legally described trust property will be sold, pursuant to the pow-