UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al..¹<br><br>                                    Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| [X]  Affects All Debtors<br><br>[ ]  Affects the following Debtors | |

**CERTIFICATE OF SERVICE**

      I, Nova George, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

      On July 22, 2009, I served the following documents:

- **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

- **PROOF OF CLAIM FORM**

(The above documents for <u>each</u> of the debtors 32 cases were served upon all parties )

By placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit A</u>.  In the event the address was a P.O. Box, document(s) listed above were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail at Los Angeles, California addressed to the parties listed on the Service List attached hereto as <u>Exhibit A</u>..

---

¹ The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

Executed on July 23, 2009, at Encino, California

_____
Nova George

**EXHIBIT A**

The Rhodes Companies, LLC - Federal Express and\or Express Mail                                    Served 7/22/2009

| | | |
|---|---|---|
| AIG EXCESS CASUALTY CLAIM DEPARTMENT<br>ATTN: BANKRUPTCY DESK/ MANAGING AGENT<br>70 PINE STREET<br>NEW YORK, NY  10270 | AMERICAN INTERNATIONAL SPECIALTY LINES INSURA<br>ATTN: BANKRUPTCY DESK/ MANAGING AGENT<br>175 WATER STREET<br>NEW YORK, NY  10038 | AMERICAN INTERNATIONAL SPECIALTY LINES INSU<br>MICHAEL MITROVIC, ESQ.<br>PO BOX 2603<br>JERSEY CITY, NJ  07303 |
| LEXINGTON INSURANCE COMPANY<br>COUNSEL, LEGAL DEPARTMENT<br>200 STATE STREET<br>BOSTON, MA  02109 | LLOYDS/ASPEN<br>ATTN: BANKRUPTCY DESK/ MANAGING AGENT<br>MENDES AND MOUNT, LLP<br>750 SEVENTH AVENUE<br>NEW YORK, NY  10019 | LLOYDS/ASPEN<br>DEVONSHIRE GROUP<br>ATTN: MR. C. M. GRAHAM<br>1851 EAST FIRST STREET, STE. 1400<br>SANTA ANA, CA  92705 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITT<br>ADMINISTRATIVE OFFICES<br>70 PINE STREET<br>NEW YORK, NY  10270-0150 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITT<br>HOME OFFICE<br>1750 CNG TOWER<br>PITTSBURGH, PA  15222 | |

Creditors:  8