James I. Stang, Esq. (CA Bar No. 94435)                    E-File:  July 28, 2009
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | |
| | Chapter 11 |
| Debtors. | |
| Affects: | Hearing Date:  August 28, 2009 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| ☐ | All Debtors | Hearing Time:  1:30 p.m. |
|---|---|---|
| ☒ | Affects the following Debtor(s) | Courtroom 1 |

RHODES RANCH GOLF COUNTRY
CLUB, LLC

**DEBTOR'S OBJECTION TO PAR 3 LANDSCAPE & MAINTENANCE, INC.'S CLAIM**

**PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**

**RULES 3003 AND 3007 (NON-DEBTOR CLAIM)**

Rhodes Ranch Golf Country Club, LLC and its affiliated debtors (collectively, the "Debtors"), by their undersigned counsel, hereby objects (the "Objection") to the claim of Par 3 Landscape & Maintenance, Inc. (the "Non-Debtor Claim") attached hereto as **Exhibit A**, due to the fact that the claim is a non-Debtor claim erroneously filed against the Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request the entry of an order (the "Order") disallowing and expunging in full the Disputed Claim as indicated in further detail below.[2]  In support of this Objection, the Debtors rely on the *Declaration of Paul D. Huygens in Support of Debtors' Objection to Par 3 Landscape & Maintenance, Inc.'s Claim Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and* 3007 [Non-Debtor Claim], attached hereto as **Exhibit B**.  In further support of this Objection, the Debtors respectfully represents as follows:

**BACKGROUND**

1.      On March 31, 2009, the above-captioned Debtors (the "Primary Filers") except Tuscany Golf Country Club, LLC, Pinnacle Grading, LLC, and Rhodes Homes Arizona, LLC (the "Secondary Filers") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code.  On April 1, 2009, the Secondary Filers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  All references to Petition Date herein shall mean March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable. The Debtors are continuing in possession of their property and are operating and managing their

---

[2]  The Debtors reserve the right to file additional omnibus objections, whether on substantive or non-substantive grounds, to any and all other claims filed against their estates.

businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

## RELIEF REQUESTED

2.      By this Objection, the Debtors seek entry of an order, pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, disallowing and expunging in full the Non-Debtor Claim as indicated in further detail below.

## OBJECTION

3.      The Non-Debtor claim relates to expenses of the Rhodes Ranch golf course, which was sold by the Debtors to Rhodes Ranch Golf, Inc. in December 2008 as required under their credit agreement.  Rhodes Ranch Golf, Inc. is a non-Debtor affiliate of the Debtors.  The Debtors have not operated the Rhodes Ranch golf course since December 2008; therefore, the Non-Debtor Claim is not a valid claim against the Debtors, but rather is a claim against a non-debtor affiliate of the Debtors upon information and belief.  The Debtor sent the claimant a letter requesting that the claimant withdraw its claim to avoid an objection being filed.  See **Exhibit C.** As of the date and filing of this Objection, no response has been received.

4.      Bankruptcy Code section 502 authorizes a party in interest to object to claims. *See* 11 U.S.C. §502(a).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and amount of the claim.  *Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), aff'd, 91 F.3d 151 (9th Cir. 1996) (quoting *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992)).  The Bankruptcy Appellate Panel for the Ninth Circuit explained the shifting burdens of proof with respect to objection to proofs of claim as follows:

> The burden of proof for claims brought in the bankruptcy court
> under 11 U.S.C.A. § 502(a) rests on different parties at different
> times.  Initially, the claimant must allege facts sufficient to support
> the claim.  If the averments in his filed claim meet this standard of

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

sufficiency, it is "prima facie" valid. In other words, a claim that
alleges facts sufficient to support a legal liability to the claimant
satisfies the claimant's initial obligation to go forward. . . . The
burden of persuasion is always on the claimant.

*Id.* (emphasis added). Following this decision, the District Court for the Northern District of
California emphasized, "unless the claimant has alleged 'facts sufficient to support a legal
liability, 'the claim is not prima facie valid." *In re Hongnisto*, 293 B.R. 45, 50 (N.D. Cal. 2003)
(quoting *Consolidated Pioneer Mortg.,* 178 B.R. at 266) (holding that the claimant's proof of
claim failed to allege sufficient facts to support a legal liability and consequently disallowed the
proof of claim); *see Consolidated Pioneer Mortg.,* 178 B.R. at 227 (holding that because the
proof of claim did not allege sufficient facts to support the claim, the proof of claim was
disallowed).

5.    Based on the Debtor's review of its books and records and the proof of claim filed
by the claimant, the claimant has no valid legal justification for asserting the filed claim against
the Debtor. As a result, the Debtor submits that this claim should be expunged by the Court.

## CONCLUSION

6.    The Debtor objects to the allowance of the Non-Debtor Claim as set forth herein
for the reasons stated herein, and the Debtor hereby moves this Court for an Order disallowing
and expunging the Non-Debtor Claim.

## NOTICE

7.    No trustee or examiner has been appointed in these chapter 11 cases. Notice of
this objection has been provided to (i) the United States Trustee for the District of Nevada, (ii)
counsel to the Creditors' Committee, (iii) the creditor for which the Debtors are objecting to the
claim in this Objection in accordance with the address provided in the proof of claim for the
Non-Debtor Claim, (iv) each person or entity that has filed a notice of appearance and request for
special notice, and (v) other required parties pursuant to the Court's case management order

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  entered in these cases.  The Debtors submit that in light of the nature of the relief requested

2  herein, no other or further notice is required.

3         8.        Pursuant to Bankruptcy Rule 3007, the Debtors have provided the claimant

4  affected by this Objection with at least thirty (30) days' notice of the hearing on the Objection.

5         WHEREFORE, the Debtors respectfully request that the Court enter an Order,

6  substantially in the form attached hereto as **Exhibit D**, disallowing and expunging the Non-

7  Debtor Claim, and granting such other and further relief as the Court deems just an proper under

8  the circumstances of these chapter 11 cases.

9

10 **DATED** this 28th day of July, 2009.

11

12                                                **LARSON & STEPHENS**

13                                                 /s/ Zachariah Larson, Esq.
                                                  Zachariah Larson, Bar No. 7787
14                                                Kyle O. Stephens, Bar No. 7928
                                                  810 S. Casino Center Blvd., Suite 104
15                                                Las Vegas, NV  89101
                                                  702/382-1170
16                                                Attorneys for Debtors and Debtors in
17                                                Possession

18

19

20

21

22

23

24

25

26

27

28

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Ranch Golf and Country Club** | Case Number: **09-14854** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

*Par 3 Landscape & Maintenance, Inc.*

Name and address where notices should be sent:

**PAR-3 LANDSCAPE**
4610 Wynn Rd.
Las Vegas, NV. 89103

TEL: (7 0 2) 2 5 3 - 7 8 7 8

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: __ / __ / __

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ) - 

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.

**1. Amount of Claim as of Date Case Filed:** $ 1 9 2 0 . 0 0

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
S E R V I C E S   P E R F O R M E D
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**
0 D 0 1

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ . ____ Annual Interest Rate: ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ . ____ Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ _____ . ____ | $ _____ . ____ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:
$ _____ . ____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date 0 4 / 2 1 / 2 0 0 9 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name: K A M   B R I A N
Title: C O U N S E L

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

POC0857

3

# Par-3 Landscape & Maintenance, Inc .

4610 Wynn Road, Suite B
Las Vegas, NV 89103

Voice:   702-253-7878
Fax:      702-253-7879

# INVOICE

| | |
|---|---|
| Invoice Number: | 771840 |
| Invoice Date: | Mar 26, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To: |
|---|
| Rhodes Ranch<br>20 Rhodes Ranch Parkway<br>Las Vegas, NV 89148 |

| Ship to: |
|---|
| |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RHOD-01 | | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Julio Ramos | | 4/10/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | 40 cy Box | Location: Maintenance Shop<br>Drop Box Ticket #96974 3/17/09 #364 | 480.00 | 480.00 |

| | | |
|---|---|---|
| Subtotal | | 480.00 |
| Sales Tax | | |
| Total Invoice Amount | | 480.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **480.00** |

Check/Credit Memo No:

Past due balances are subject to 18% Annual Finance Charge.

# Par-3 Landscape & Maintenance, Inc .

4610 Wynn Road, Suite B
Las Vegas, NV 89103

Voice: 702-253-7878
Fax: 702-253-7879

# INVOICE

| | |
|---|---|
| Invoice Number: | 771913 |
| Invoice Date: | Mar 27, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Rhodes Ranch<br>20 Rhodes Ranch Parkway<br>Las Vegas, NV 89148 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RHOD-01 | | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Julio Ramos | | 4/11/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Location: Maintenance Shop | | |
| 1.00 | 40 cy Box | Drop Box Ticket #95660 3/25/09 #357 | 480.00 | 480.00 |
| 1.00 | 40 cy Box | Drop Box Ticket #98740 3/26/09 #322 | 480.00 | 480.00 |

| | |
|---|---|
| Subtotal | 960.00 |
| Sales Tax | |
| Total Invoice Amount | 960.00 |
| Payment/Credit Applied | |
| **TOTAL** | **960.00** |

Check/Credit Memo No:

Past due balances are subject to 18% Annual Finance Charge.

# Par-3 Landscape & Maintenance, Inc .

4610 Wynn Road, Suite B
Las Vegas, NV 89103

Voice: 702-253-7878
Fax: 702-253-7879

# INVOICE

| | |
|---|---|
| Invoice Number: | 771982 |
| Invoice Date: | Mar 31, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To: |
|---|
| Rhodes Ranch |
| 20 Rhodes Ranch Parkway |
| Las Vegas, NV 89148 |

| Ship to: |
|---|
| |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RHOD-01 | | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Julio Ramos | | 4/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Location: Maintenance Shop | | |
| 1.00 | 40 cy Box | Drop Box Ticket #98746 3/31/09 #314 | 480.00 | 480.00 |

| | | |
|---|---|---|
| Subtotal | | 480.00 |
| Sales Tax | | |
| Total Invoice Amount | | 480.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **480.00** |

Check/Credit Memo No:

Past due balances are subject to 18% Annual Finance Charge.

# EXHIBIT B

1

2   James I. Stang, Esq. (CA Bar No. 94435)
    Shirley S. Cho, Esq. (CA Bar No. 192616)
3   Werner Disse, Esq. (CA Bar No. 143458)
    PACHULSKI STANG ZIEHL & JONES LLP
4   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
5   Telephone: 310/277-6910
    Facsimile:  310/201-0760
6   Email: jstang@pszjlaw.com
            scho@pszjlaw.com
7           wdisse@pszjlaw.com

8   Zachariah Larson, Esq. (NV Bar No. 7787)
    LARSON & STEPHENS
9   810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV  89101
10  Telephone:  702/382.1170
    Facsimile:  702/382.1169
11  Email: zlarson@lslawnv.com

12  Attorneys for Debtors and
    Debtors in Possession

13              **UNITED STATES BANKRUPTCY COURT**

14                   **DISTRICT OF NEVADA**

15

16  In re:                              Case No.: BK-S-09-14814-LBR
                                        (Jointly Administered)
17  THE RHODES COMPANIES, LLC, aka
    "Rhodes Homes," et al.,[1]          Chapter 11
18
19              Debtors.

20  Affects:                            Hearing Date:  August 28, 2009
    ☐      All Debtors                  Hearing Time:  1:30 p.m.
21

22  [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
    14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
23  Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
    No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
24  14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
    LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
25  Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
    09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
26  Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
    Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
27  LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
    (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
28  09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
    14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-023\DOCS_LA:205446.1

| ☒    Affects the following Debtor(s) |
|---|
| Rhodes Ranch Golf Country Club, LLC 09-14854-LBR |

Courtroom 1

## DECLARATION OF PAUL D. HUYGENS IN SUPPORT OF DEBTORS' OBJECTION TO PAR 3 LANDSCAPE & MAINTENANCE, INC.'S CLAIM [NON-DEBTOR CLAIM]

I, Paul D. Huygens, declare as follows:

1.      I am the Senior Vice President of Special Projects of the above-captioned Debtors and Debtors in possession.  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.      This declaration is submitted in support of the *Debtors' Objection to Par 3 Landscape & Maintenance, Inc.'s Claim Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Non-Debtor Claim]* (the "Objection").

3.      I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Objection, and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

4.      The claim and attached information and documentation were carefully reviewed and analyzed in good faith, and the Debtors' books and records were referenced for additonal support, utilizing due diligence by appropriate personnel of the Debtors.  These efforts have resulted in the identification of the disputed "Non-Debtor Claim", identified in Exhibit "A" to the Objection.  I have personally reviewed the Non-Debtor Claim.

5.      The Non-Debtor claim relates to expenses of the Rhodes Ranch golf course, which was sold by the Debtors to Rhodes Ranch Golf, Inc. in December 2008.  Rhodes Ranch Golf, Inc. is a non-Debtor affiliate of the Debtors.  The Debtors have not operated the Rhodes Ranch golf course since December 2008.

6.      To the best of my knowledge, information and belief, the claim attached as Exhibit "A" is not a valid claim against the Debtors, but is a claim against non-debtor affiliates

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

of the Debtors.  The claimant has no valid legal justification for asserting the filed claim against the given Debtor.  As a result, I believe that this claim should be disallowed and expunged by the Court.

7.    I believe that granting the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24 day of July, 2009, at Las Vegas, Nevada.

Paul D. Huygens

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT

# C



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Michael Matteo                    July 8, 2009                    mmatteo@pszjlaw.com
                                                                  310.277.6910

**VIA U.S. FIRST CLASS MAIL**

Kam Brian
Par-3 Landscape
4510 Wynn Road
Las Vegas, NV  89103

Re:    **The Rhodes Companies, LLC, et al.**
       **USBC Case No. 09-14814 LBR**

Dear Kam:

This firm represents Rhodes Ranch Golf Country Club (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14854 LBR).  You filed a proof of claim on behalf of Par-3 Landscape, designated as proof of claim number 3 in the amount of $1,920.00 in the Debtor's bankruptcy case.

Based on the invoice attached to your company's proof of claim, the claim relates to services or goods provided to the Rhodes Ranch golf course, which is no longer owned by the Debtor.  In December 2008, the Debtor sold the golf course to a non-Debtor affiliate called Rhodes Ranch Golf, Inc.  Rhodes Ranch Golf, Inc. is not a Debtor in these proceedings and is not in bankruptcy.  The Debtor has not operated the Rhodes Ranch golf course since December 2008.  Furthermore, it is our understanding that your claim has been or will be paid by Rhodes Ranch Golf, Inc.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: WWW.PSZJLAW.COM

73203-023\DOCS_LA:204693.1



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

July 8, 2009
Page 2

Therefore, please withdraw your claim by signing and returning the enclosed Notice of Withdrawal of Claim form by July 20, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court. Thank you.

Very truly yours,

Michael A. Matteo, Paralegal

Enclosure

# EXHIBIT D

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382-1170
Facsimile:  702/382-1169

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>          Debtors.<br><br>――――――――――――――<br><br>Affects:<br><br>☐   All Debtors<br>☒   Affects the following Debtor(s)<br><br>Rhodes Ranch Golf Country Club, LLC<br>09-14854-LBR | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818);

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## ORDER SUSTAINING DEBTOR'S OBJECTION TO PAR-3 LANDSCAPE & MAINTENANCE, INC.'S CLAIM PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [NON-DEBTOR CLAIM] [RE DOCKET NO. ___]

Upon consideration of *Debtor's Objection to Par 3 Landscape & Maintenance, Inc.'s Claim Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Non-Debtor Claim]* (the "Objection"),[2] filed by The Rhodes Companies, LLC ("Rhodes") and its affiliated debtors (collectively, the "Debtors"), requesting that the Court enter an order disallowing and expunging in full the Non-Debtor Claim; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the claim attached as Exhibit "A" and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Objection establishes just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1.    Claim number 3 of Par 3 Landscape & Maintenance, Inc. in the amount of $1,920 filed in the Rhodes Ranch Golf Country Club Case is hereby disallowed; and

2.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

---

Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

APPROVED AS TO FORM AND CONTENT:

DATED this _____ day of July 2009.

By: _____

UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV  89101

Submitted by:
DATED this __ day of July 2009.

By: /s/ Zachariah Larson _____

LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors*