James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

-and-

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382-1170
Facsimile:  702/382-1169

Attorneys for Debtors and Debtors in Possession

E-file: <u>July 28, 2009</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

In re:

THE RHODES COMPANIES, LLC,
aka "Rhodes Homes," et al.,[1]

    Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**NOTICE OF FILING OF AMENDED EXHIBIT A TO PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION [RELATES TO DOCKET NO. 332]**

Hearing Date: July 17, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**PLEASE TAKE NOTICE** that the First Lien Steering Committee and the Debtors have agreed to the form of an amended Budget to the Final Cash Collateral Order (as defined in the Stipulation), which is attached hereto as Exhibit A. The Budget replaces and supersedes the Exhibit A that was previously filed as Exhibit A to the Stipulation re Plan Exclusivity and Cash Collateral [Docket No. 332] (the "Stipulation"), which Stipulation was approved by Order entered on July 21, 2009 [Docket No. 336].

Dated: July 28, 2009

LARSON & STEPHENS

By: */s/ Zachariah Larson*
Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169

and

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
David A. Abadir, Esq. (NY Bar No. DA-0741)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for the Debtors and Debtors in Possession

# EXHIBIT A

Rhodes Homes 17 Week Cash Flow Forecast
Revised 7/23/2009

| Line # | Week Ending | Starting Cash on 6/5/2009 (Projection) $ 4,093,290 | Actuals 11 6/12/2009 | Actuals 12 6/19/2009 | Actuals 13 6/26/2009 | Actuals 14 7/3/2009 | Actuals 15 7/10/2009 | Actuals 16 7/17/2009 | 17 7/24/2009 | 18 7/31/2009 | 19 8/7/2009 | 20 8/14/2009 | 21 8/21/2009 | 22 8/28/2009 | 23 9/4/2009 | 24 9/11/2009 | 25 9/18/2009 | 26 9/25/2009 | 27 10/2/2009 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | | 1 | 0 | 1 | 7 | 2 | 3 | 0 | 2 | 4 | 0 | 2 | 2 | 0 | 0 | 3 | 4 | 8 | 39 |
| 2 | Units Closed - New Sales Not Started (Projected) | | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | | 2 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 4 | Net Revenues - Backlog (Sold) | | $ 271,664 | $ - | $ 275,634 | $ 1,511,884 | $ 384,199 | $ 633,126 | $ - | $ 447,076 | $ 1,123,058 | $ - | $ 390,928 | $ 436,002 | $ - | $ - | $ 532,533 | $ 918,662 | $ 1,829,030 | $ 8,753,797 |
| 5 | Net Revenues - New Sales Not started (Projected) | | - | 5,608 | 453,233 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 458,840 |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | | 393,361 | - | 284,633 | - | 294,171 | 181,346 | 56,515 | - | - | - | - | - | - | - | - | - | - | 1,210,026 |
| 7 | Revenues - Park Construction | | - | - | - | - | - | 315,000 | - | - | - | - | - | - | - | - | - | - | - | 315,000 |
| 8 | Tuscany Golf Course Revenues | | 57,694 | 56,057 | 49,509 | 62,786 | 37,446 | 40,192 | 43,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | - | - | - | 25,000 | 635,684 |
| 9 | Pinnacle Grading Revenues | | - | - | - | - | 58,412 | 262,050 | - | - | - | 217,000 | 55,000 | - | 220,000 | - | - | 2,060,000 | - | 2,872,462 |
| 10 | Miscellaneous Refunds, Fees, True Ups | | 75,973 | 3,986 | 95,462 | 300 | 13,450 | 91,313 | - | - | - | - | - | - | - | - | - | - | - | 280,484 |
| 11 | **Total Cash Receipts** | | **798,692** | **65,651** | **1,158,471** | **1,574,970** | **787,679** | **1,523,026** | **99,515** | **491,076** | **1,167,058** | **261,000** | **489,928** | **480,002** | **264,000** | **-** | **532,533** | **2,978,662** | **1,854,030** | **14,526,293** |
| 12 | Insurance Financing | | - | - | - | 22,288 | - | - | 22,287 | - | - | - | 22,287 | - | - | - | 22,287 | - | - | 89,149 |
| 13 | IT Services / Equip. | | 1,778 | - | - | 8,591 | - | - | - | - | 8,591 | - | - | - | 8,591 | - | - | - | 8,591 | 36,140 |
| 14 | Storage | | - | - | 108 | 1,635 | - | - | - | - | 1,665 | - | - | - | 1,665 | - | - | - | 1,665 | 6,738 |
| 15 | Rent | | - | - | - | 30,509 | - | - | - | - | 30,509 | - | - | - | 30,509 | - | - | - | 30,509 | 122,035 |
| 16 | Brokerage License | | - | - | - | 1,000 | - | - | - | - | 1,000 | - | - | - | 1,000 | - | - | - | 1,000 | 4,000 |
| 17 | HOA Fees (1) | | 21,100 | - | - | 2,808 | 5,000 | - | - | - | 9,308 | - | - | - | 9,308 | - | - | - | 9,308 | 56,832 |
| 18 | Model Home Leases (2) | | 3,583 | - | - | 30,014 | - | - | - | - | 30,014 | - | - | - | 30,014 | - | - | - | 30,014 | 123,639 |
| 19 | **Total 1st of Month Payments** | | **26,461** | **-** | **108** | **96,844** | **5,000** | **-** | **22,287** | **-** | **81,086** | **-** | **22,287** | **-** | **81,086** | **-** | **22,287** | **-** | **81,086** | **438,533** |
| 20 | Rhodes Homes Payroll (3) | | 72,549 | 72,128 | 66,682 | 70,487 | 69,387 | 69,177 | 168,795 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 1,337,913 |
| 21 | Rhodes Homes Ordinary Course Professionals | | - | - | - | - | - | - | - | 10,000 | - | - | 10,000 | - | - | 10,000 | - | - | 10,000 | 40,000 |
| 22 | Rhodes Homes Consultants | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 | Rhodes Homes AZ Payroll | | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 13,828 |
| 24 | Pinnacle Payroll | | 18,211 | 18,784 | 17,266 | 18,409 | 15,227 | 18,126 | 21,378 | 18,125 | 21,377 | 17,200 | 14,020 | 14,020 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 268,642 |
| 25 | **Total Payroll and Benefits** | | **91,573** | **91,725** | **84,761** | **89,709** | **85,428** | **88,116** | **190,987** | **103,809** | **97,061** | **92,884** | **99,704** | **89,704** | **86,984** | **96,984** | **86,984** | **86,984** | **96,984** | **1,660,383** |
| 26a | Pinnacle (Job Cost) | | 156,865 | 1,643 | - | 46,018 | 16,674 | 258,635 | 9,300 | 9,300 | 8,800 | 222,800 | 5,800 | 5,800 | 225,800 | 5,300 | 4,300 | 1,024,300 | 3,800 | 2,005,135 |
| 26b | Pinnacle (Overhead) | | 77,231 | 8,947 | 35,713 | 10,675 | 11,283 | 4,281 | 8,058 | 4,346 | 9,535 | 8,346 | 4,346 | 8,058 | 9,535 | 8,346 | 4,346 | 4,346 | 13,247 | 230,639 |
| 27 | Pinnacle (Equipment Notes Payments) | | - | - | 102,474 | - | 67,204 | - | 24,001 | 28,152 | 64,227 | - | - | 28,152 | - | 64,227 | - | 28,152 | - | 406,589 |
| 28 | RH Vertical Costs to Complete - Backlog+Standing (Unsold) | | 108,029 | 88,492 | 91,783 | 195,316 | 85,410 | 59,970 | 173,562 | 182,240 | 173,562 | 173,562 | 190,918 | 190,918 | 190,918 | 208,274 | 225,631 | 216,952 | 199,596 | 2,755,132 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started(4) | | 25,549 | 16,328 | 62,784 | 17,485 | 4,625 | 264 | - | - | - | - | - | 10,500 | - | 31,500 | 57,750 | 99,750 | 136,500 | 189,000 | 652,034 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) (5) | | 57,600 | 8,619 | 6,640 | 42,053 | 65,203 | 12,470 | 60,733 | 57,751 | 38,758 | 40,171 | 43,517 | 51,474 | 107,695 | 52,158 | 43,517 | 57,551 | 39,473 | 785,383 |
| 31 | Rhodes Ranch Park (Job Cost) | | 7,925 | 1,672 | 41 | - | 2,974 | - | 7,380 | - | - | - | - | - | - | - | - | - | - | 19,992 |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | | 7,367 | 1,740 | 5,049 | 10,844 | 2,608 | 620 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 110,729 |
| 33 | Rhodes Homes Vertical Costs - A/P | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 34 | Rhodes Homes Land Dev. - A/P | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 35 | Rhodes Homes Land Dev. - Spirit Underground A/P | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 36 | Rhodes Homes Land Dev. - Park A/P | | 61,197 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 61,197 |
| 37 | **Total Job Cost** | | **501,762** | **127,441** | **304,484** | **322,390** | **255,980** | **336,240** | **290,534** | **289,289** | **302,382** | **452,379** | **252,081** | **302,402** | **572,948** | **403,556** | **385,044** | **1,475,301** | **452,616** | **7,026,830** |
| 38 | Sales / Marketing | | 25,285 | 2,746 | 866 | 23 | 25,945 | 17,118 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 233,634 |
| 39 | G & A | | 13,191 | 6,517 | 32,842 | 6,408 | 6,943 | 6,054 | 22,550 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 249,506 |
| 40 | Utility Deposits | | - | - | 7,377 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,377 |
| 41 | Builder Subsidies to Tuscany HOA (6) | | 55,047 | - | - | - | 18,349 | - | - | - | 18,349 | - | - | - | 18,349 | - | - | - | 18,349 | 128,443 |
| 42 | Sales and Use Tax / Property Taxes | | - | - | - | - | - | - | - | 57,300 | - | - | - | 469,637 | - | - | - | - | - | 526,937 |
| 43 | Debtor's Restructuring Professionals (7) | | 508,875 | - | - | - | 191,439 | - | - | - | 367,250 | - | - | - | - | - | - | 495,250 | 0 | 1,562,814 |
| 44 | Committee's Restructuring Professionals (8) | | - | - | - | - | - | - | - | - | 150,000 | - | - | - | - | - | - | 114,706 | # | 264,706 |
| 45 | Lenders' Professionals (9) | | - | 283,024 | 314,414 | - | - | 196,048 | - | - | 560,000 | - | - | - | - | - | - | 340,000 | - | 1,693,487 |
| 46 | US Trustee Payment Center | | - | - | - | - | - | 325 | 34,125 | 20,875 | - | - | - | - | - | - | - | - | - | 55,325 |
| 47 | Employee & Consultant Housing and Travel Expenses | | 2,234 | - | - | 5,816 | - | 3,137 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 40,687 |
| 48 | **G&A Expenditures** | | **604,632** | **292,288** | **355,500** | **12,246** | **242,677** | **222,683** | **73,370** | **110,370** | **1,130,294** | **32,195** | **32,195** | **501,833** | **53,044** | **32,195** | **32,195** | **32,195** | **1,003,000** | **4,762,916** |
| 49 | Tuscany Golf Course Costs | | 138,972 | 23,826 | 66,171 | 24,914 | 122,147 | 22,547 | 67,300 | 104,000 | 110,500 | 51,420 | 70,800 | 24,000 | 179,000 | 23,620 | 74,240 | 24,560 | 75,500 | 1,203,517 |
| 50 | Starting Cash Position | | 4,093,290 | 3,528,583 | 3,058,952 | 3,406,400 | 4,435,266 | 4,511,713 | 5,365,153 | 4,820,189 | 4,703,797 | 4,149,530 | 3,781,652 | 3,794,512 | 3,356,575 | 2,647,511 | 2,091,156 | 2,022,939 | 3,382,560 | 4,093,290 |
| 51 | Projected Net Revenue | | 798,692 | 65,651 | 1,158,471 | 1,574,970 | 787,679 | 1,523,026 | 99,515 | 491,076 | 1,167,058 | 261,000 | 489,928 | 480,002 | 264,000 | - | 532,533 | 2,978,662 | 1,854,030 | 14,526,293 |
| 52 | Disbursement for Week | | 1,363,399 | 535,281 | 811,023 | 546,104 | 711,231 | 669,587 | 644,478 | 607,468 | 1,721,324 | 628,878 | 477,068 | 917,939 | 973,063 | 556,355 | 600,751 | 1,619,041 | 1,709,187 | 15,092,179 |
| 53 | **Ending Cash Position** | | **$ 3,528,583** | **$ 3,058,952** | **$ 3,406,400** | **$ 4,435,266** | **$ 4,511,713** | **$ 5,365,153** | **$ 4,820,189** | **$ 4,703,797** | **$ 4,149,530** | **$ 3,781,652** | **$ 3,794,512** | **$ 3,356,575** | **$ 2,647,511** | **$ 2,091,156** | **$ 2,022,939** | **$ 3,382,560** | **$ 3,527,403** | **3,527,403** |

Notes:
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) Preserves $48, (iii) $5,000 X-It, and (iv) $1,500 West 57th
(2) Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch
(3) Week 1 includes Jim Rhodes salary catch-up payment of $100,000 and $8,504 of payroll tax liabilities (subject to court approval)
(4) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction
(5) Land development work as required by development agmts; includes $238,560 of work required for bond exonerations and $137,495 related to renewal of performance bonds
(6) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support
(7) Payments to Pachulski-Stang, Larson & Stephens, Omni, Accelleron Group and the Sullivan Group.
(8) Payments to Beckett; Holdback of $39,706 on 9/11.
(9) Payments to WCP, Akin Gump, Koslear & Leatham.