E-filed: August 4, 2009

RODNEY M. JEAN
SUSAN MYERS
LIONEL SAWYER & COLLINS
300 S. Fourth St. # 1700
Las Vegas, NV 89146
Telehone: (702) 383-8888
Facsimile: (702) 383-8845
rjean@lionelsawyer.com
smyers@lionelsawyer.com

Attorneys for Credit Suisse, Cayman
Islands Branch, as Agent For First Lien
Lenders (Local Counsel Only)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al, [1] | Chapter 11 (Jointly Administered) |
| Debtors. | |
| Affects: | **EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| _X_ All Debtors | |
| ___ Affects the following Debtor(s): | Date: n/a<br>Time: n/a |

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable are: Heritage Land Company, LLC (2918), The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC 94838).

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  Rodney M. Jean and Susan L. Myers of the law firm of Lionel Sawyer & Collins ("LSC") bring this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List. LSC represented Credit Suisse, Cayman Islands Branch, as Agent for First Lien Lenders ("Credit Suisse") as Local Counsel. A Substitution of Attorneys (local counsel only) was filed in this case on July 17, 2009 (DE 328), a copy of which is attached hereto as Exhibit "1". Credit Suisse local counsel is now Jeffrey R. Sylvester, Esq. of the law firm of Sylvester & Polednak, Ltd. (See Ex. 1).

The services of LSC are no longer required by Credit Suisse and LSC is no longer involved in this case, and has no need to receive CM/ECF notification in this case on behalf of Credit Suisse.

Counsel therefore requests that LSC be allowed to withdraw from this case and be removed from the CM/ECF service list in this proceeding.

Dated this 4th day of August, 2009.

                Respectfully submitted,

                LIONEL SAWYER & COLLINS

By:  /s/  Susan L. Myers
Rodney M. Jean, NBN 1395
Susan L. Myers, NBN 5078
300 South Fourth St., #1700
Las Vegas, NV 89101

Attorneys for Credit Suisse, Cayman Islands Branch, as Agent For First Lien Lenders (Local Counsel Only)

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

# EXHIBIT "1"

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com
*Attorneys for Credit Suisse*

E-FILED July 17, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 (Jointly Administered) |
| Debtors. | |
| Affects:<br>■ All Debtors<br>☐ The following Debtor(s) | **SUBSTITUTION OF ATTORNEYS**<br>(LOCAL COUNSEL ONLY) |

Creditor, CREDIT SUISSE, Cayman Islands Branch, as agent for the lenders under the first lien Credit Agreement dated November 21, 2005 (as amended, the "First Lien Credit Agreement") and for other Secured Parties (as defined in the First Lien Credit Agreement), hereby substitutes the

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

law firm of SYLVESTER & POLEDNAK, LTD. as its local counsel attorneys in the above-entitled action(s) in the place and stead of the law firm of LIONEL SAWYER & COLLINS.

DATED this 8th day of July, 2009.

**CREDIT SUISSE, Cayman Islands Branch**

Graham Lawrence
Vice President

By: _____
Its: _____

The law firm of LIONEL SAWYER & COLLINS, attorneys of record (local counsel only) for Creditor, CREDIT SUISSE, does hereby consent to the substitution of the law firm of SYLVESTER & POLEDNAK, LTD., as attorneys (local counsel only) for Creditor, CREDIT SUISSE in the above-entitled action(s) in its place and stead.

DATED this 9th day of July, 2009.

**LIONEL SAWYER & COLLINS**

By _____
Rodney Jean, Esq.
1700 Bank of American Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101

The law firm of SYLVESTER & POLEDNAK, LTD., hereby agrees to be substituted in the place and stead (as local counsel only) of LIONEL SAWYER & COLLINS as attorneys for Creditor, CREDIT SUISSE in the above-entitled action(s).

DATED this 9th day of July, 2009.

**SYLVESTER & POLEDNAK, LTD.**

By _____
James B. MacRobbie, Esq.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 982-5200

2