Rodney M. Jean, NBN 1395
rjean@lionelsawyer.com
Susan L. Myers, Esq., NBN 5078
smyers@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

E-Filed on: August 4, 2009

Local Counsel for Credit Suisse, Cayman Islands Branch,
as Agent for First Lien Lenders

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-09-14814-LBR |
| HERITAGE LAND COMPANY, LLC, a Nevada limited liability company, et al., | Chapter 11 (Jointly Administered) |
| Debtors. | |
| Affects:<br>X    All debtors<br>___  Affects the following debtor(s): | **CERTIFICATE OF SERVICE RE: EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

On August 4, 2009, I served the following document(s):

**Ex Parte Motion to Withdraw and Remove Counsel from CM/ECF Service List**

2.  I served the above-named document(s) by the following means to the persons as listed below:

[x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

*   **Brett A. Axelrod** on behalf of Creditor Sagebrush Enterprises, Inc.
    lvecffilings@gtlaw.com, axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

Page 1 of 4

| | | |
|---|---|---|
| 1 | * | **Shirley S Cho** on behalf of Debtor The Rhodes Companies, LLC<br>schor@pszjlaw.com |
| 2 | * | **Janet L. Chubb** on behalf of Creditor Commerce Associates, LLC<br>tbw@jonesvargas.com |
| 4 | * | **David A. Colvin** on behalf of Creditor Dana Kepner Companies, LLC<br>mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;<br>kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com |
| 6 | * | **Richard I. Dreitzer** on behalf of Creditor Inc. Integrity Masonry<br>richard.dreitzer@bullivant.com |
| 7 | * | **Rew R. Goodenow** on behalf of Creditor Creditors Committee<br>ecf@parsonsbehle.com |
| 9 | * | **Kirby C. Gruchow** on behalf of Creditor Nevada Power Company<br>hkelley@leachjohnson.com |
| 10 | * | **Robert R. Kinas** on behalf of Creditor Caterpillar Financial Svc. Corp.<br>rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;<br>cdossier@swlaw.com; lvdocket@mindspring.com;<br>vcampbell@swlaw.com; nbaig@swlaw.com |
| 13 | * | **Bart K. Larsen** on behalf of Creditor Reef Colonial, LLC<br>blarsen@lawrosen.com, jierien@lawrosen.com;<br>msoderquist@lawrosen.com |
| 15 | * | **Zachariah Larson** on behalf of Debtor Apache Framing, LLC<br>ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com;<br>overflow@lslawnv.com |
| 17 | * | **Nile Leatham** on behalf of Creditor Steering Committee of Senior Secured Lenders<br>nleatham@klnevada.com, ckishi@klnevada.com;<br>bankruptcy@klnevada.com |
| 19 | * | **Charles M. Litt** on behalf of Creditor The Preserve at Elkhorn Springs Homeowners Association, Inc.<br>rblack@feinberggrant.com, efilings@hotmail.com |
| 21 | * | **Edward M. McDonald** on behalf of U.S. Trustee - LV - 11<br>edward.m.mcdonald@usdoj.gov |
| 23 | * | **Jeffrey D. Olster** on behalf of Creditor Harsch Investment Properties - Nevada, LLC<br>olsater@lbbslaw.com, gjovig@lbbslaw.com; gwhited@lbbslaw.com |
| 25 | * | **Mark R. Somerstein** on behalf of Creditor Wells Fargo Bank, N.A.<br>mark.somerstein@ropesgray.com |
| 27 | * | **Jeffrey R. Sylvester** on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>jeff@sylvesterpolednak.com |

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

Page 2 of 4

|   |   |   |
|---|---|---|
| * | **Timothy P. Thomas** on behalf of Creditor Steering Committee of Senior Secured Lenders tthomas@klnevada.com, bankruptcy@klnevada.com; dhoule@klnevada.com |   |
| * | **U.S. Trustee - LV - 11** USTPRegion17.lv.ecf@usdoj.gov |   |
| * | **Donald H. Williams** on behalf of Creditor Westar Kitchen & Bath, LLC DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |   |

[ } ]    b.    **United States mail, postage fully prepaid** (list persons and addresses):

[ ]    c.    **Personal Service** (List persons and addresses):

     [ ]    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

     [ ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 4th day of August, 2009.

                    /s/     Ginger Bagley
        An Employee of Lionel Sawyer & Collins

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-4-