**Entered on Docket
August 04, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

RODNEY M. JEAN
SUSAN MYERS
LIONEL SAWYER & COLLINS
300 S. Fourth St. # 1700
Las Vegas, NV 89146
Telehone: (702) 383-8888
Facsimile: (702) 383-8845
rjean@lionelsawyer.com
smyers@lionelsawyer.com

Attorneys for Credit Suisse, Cayman Islands Branch, as Agent For First Lien Lenders (Local Counsel Only)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al, [1]<br><br>    Debtors.<br>------------------------------------------------------<br>Affects:<br><br>  _X_  All Debtors<br><br>  _____  Affects the following Debtor(s): | Case No. BK-S-09-14814-LBR<br>Chapter 11<br>(Jointly Administered)<br><br>**EX PARTE ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST**<br><br>Date: n/a<br>Time: n/a |

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable are: Heritage Land Company, LLC (2918), The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC 94838).

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  **The Court hereby grants** the Ex Parte Motion to Withdraw and remove Counsel from
2  the CM/ECF Service List filed by Rodney M. Jean and Susan L. Myers of the law firm of Lionel
3  Sawyer & Collins (DE 389).
4  The Clerk of the Court is hereby directed to discontinue notice in the above-captioned
5  case(s) by removing Rodney M. Jean, Susan L. Myers and Lionel Sawyer & Collins from the
6  CM/ECF service list.
7  Submitted by:
8  LIONEL SAWYER & COLLINS

10  By:        /s/    Susan L. Myers
         Rodney M. Jean, NBN 1395
11       Susan L. Myers, NBN 5078
         300 South Fourth Street, Suite 1700
12       Las Vegas, NV  89101

# # #

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2