

**Entered on Docket
August 06, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re ) | Case No. BK-S-09-14814-LBR |
| ) | Chapter 11 |
| ) | |
| ) | Status Hearing |
| THE RHODES COMPANIES, LLC, et. al., ) | DATE:   September 3, 2009 |
| ) | TIME:   1:30 p.m. |
| Debtors. ) | |
| ) | |
| _____ ) | |

### ORDER RE: MEDIATION

UPON THE COURT'S OWN MOTION,

IT IS HEREBY ORDERED that parties are respond to Judge Neiter's orders, requests and/or directions re: mediation on a joint consensual plan.

IT IS FURTHER ORDERED that the parties are to appear at a status hearing on September 3, 2009 at 1:30 p.m. before Bankruptcy Judge Linda B. Riegle in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Copies noticed through BNC to:

James Stang, Esq.
Shirley Cho, Esq.
Pachuslki Stang Ziehl & Jones LLP
10010 Santa Monica Blvd, 11th Floor
Los Gangles, CA 90067

| | |
|---|---|
| 1 | Philip C. Dublin, Esq. |
| | Meredith LaHaie, Esq. |
| 2 | Akin Gump Strauss Hauer Feld LLP |
| | One Bryant Park |
| 3 | New York, NY 10036 |
| 4 | J. Thomas Beckett, Esq. |
| | Rew. R. Goodenow, Esq. |
| 5 | Parsons Behle & Latimer |
| | 201 S. Main Street, Suite 1800 |
| 6 | P.O. Box 45898 |
| | Salt Lake City, UT 84145 |
| 7 | |
| | Ramon Naguiat, Esq. |
| 8 | Skadden Arps Slate Meagher & Flom LLP |
| | 300 South Grand Avenue, #3400 |
| 9 | Los Angeles, CA 90071 |
| 10 | Mark Somerstein, Esq. |
| | Don Scott de Amicis, Esq. |
| 11 | Ben Schneider, Esq. |
| | Ropes & Gray LLP |
| 12 | 1211 Avenue of the Americas |
| | New York, NY 10036 |
| 13 | |
| | Brett A. Axelrod, Esq. |
| 14 | Greenberg Traurig LLP |
| | 3773 Howard Hughes Parkway |
| 15 | Suite 400 North |
| | Las Vegas, NV 89169 |