Case 09-14814-lbr    Doc 385    Entered 08/06/09 08:38:24    Page 1 of 2



**Entered on Docket**
**August 06, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

**\* \* \* \* \* \***

| | |
|---|---|
| In re | ) Case No. BK-S-09-14814-LBR |
| | ) Chapter 11 |
| | ) |
| | ) Status Hearing |
| THE RHODES COMPANIES, LLC, et. al., | ) DATE:  September 3, 2009 |
| | ) TIME:   1:30 p.m. |
| Debtors. | ) |
| | ) |
| _____ | ) |

### ORDER RE: MEDIATION

UPON THE COURT'S OWN MOTION,

IT IS HEREBY ORDERED that parties are respond to Judge Neiter's orders, requests and/or directions re: mediation on a joint consensual plan.

IT IS FURTHER ORDERED that the parties are to appear at a status hearing on September 3, 2009 at 1:30 p.m. before Bankruptcy Judge Linda B. Riegle in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Copies noticed through BNC to:

> James Stang, Esq.
> Shirley Cho, Esq.
> Pachuslki Stang Ziehl & Jones LLP
> 10010 Santa Monica Blvd, 11th Floor
> Los Gangles, CA 90067

Case 09-14814-gwz   Doc 396   Entered 08/06/09 08:35:24   Page 2 of 2

1

Philip C. Dublin, Esq.
Meredith LaHaie, Esq.

2

Akin Gump Strauss Hauer Feld LLP
One Bryant Park

3

New York, NY 10036

4

J. Thomas Beckett, Esq.
Rew. R. Goodenow, Esq.

5

Parsons Behle & Latimer
201 S. Main Street, Suite 1800

6

P.O. Box 45898
Salt Lake City, UT 84145

7

8

Ramon Naguiat, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, #3400

9

Los Angeles, CA 90071

10

Mark Somerstein, Esq.
Don Scott de Amicis, Esq.

11

Ben Schneider, Esq.
Ropes & Gray LLP

12

1211 Avenue of the Americas
New York, NY 10036

13

14

Brett A. Axelrod, Esq.
Greenberg Traurig LLP
3773 Howard Hughes Parkway

15

Suite 400 North
Las Vegas, NV 89169

16

17

18

19

20

21

22

23

24

25

26