Entered on Docket
August 06, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re ) | Case No. BK-S-09-14814-LBR |
| ) | Chapter 11 |
| ) | |
| ) | <u>Status Hearing</u> |
| THE RHODES COMPANIES, LLC, et. al., ) | DATE:   September 3, 2009 |
| ) | TIME:   1:30 p.m. |
| Debtors. ) | |
| ) | |
| _____ ) | |

## ORDER RE: MEDIATION

UPON THE COURT'S OWN MOTION,

IT IS HEREBY ORDERED that parties are respond to Judge Neiter's orders, requests and/or directions re: mediation on a joint consensual plan.

IT IS FURTHER ORDERED that the parties are to appear at a status hearing on September 3, 2009 at 1:30 p.m. before Bankruptcy Judge Linda B. Riegle in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Copies noticed through BNC to:

James Stang, Esq.
Shirley Cho, Esq.
Pachuslki Stang Ziehl & Jones LLP
10010 Santa Monica Blvd, 11th Floor
Los Gangles, CA 90067

| | |
|---|---|
| 1 | Philip C. Dublin, Esq. |
| | Meredith LaHaie, Esq. |
| 2 | Akin Gump Strauss Hauer Feld LLP |
| | One Bryant Park |
| 3 | New York, NY 10036 |
| 4 | J. Thomas Beckett, Esq. |
| | Rew. R. Goodenow, Esq. |
| 5 | Parsons Behle & Latimer |
| | 201 S. Main Street, Suite 1800 |
| 6 | P.O. Box 45898 |
| | Salt Lake City, UT 84145 |
| 7 | |
| | Ramon Naguiat, Esq. |
| 8 | Skadden Arps Slate Meagher & Flom LLP |
| | 300 South Grand Avenue, #3400 |
| 9 | Los Angeles, CA 90071 |
| 10 | Mark Somerstein, Esq. |
| | Don Scott de Amicis, Esq. |
| 11 | Ben Schneider, Esq. |
| | Ropes & Gray LLP |
| 12 | 1211 Avenue of the Americas |
| | New York, NY 10036 |
| 13 | |
| | Brett A. Axelrod, Esq. |
| 14 | Greenberg Traurig LLP |
| | 3773 Howard Hughes Parkway |
| 15 | Suite 400 North |
| | Las Vegas, NV 89169 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

# CERTIFICATE OF NOTICE

```
District/off: 0978-2              User: fishermd            Page 1 of 1              Date Rcvd: Aug 06, 2009
Case: 09-14814                    Form ID: pdf928           Total Noticed: 6

The following entities were noticed by first class mail on Aug 08, 2009.
aty         +JAMES I STANG,    10100 SANTA MONICA BLVD #1100,    LOS ANGELES, CA 90067-4111
            +J. THOMAS BECKETT, ESQ.,    201 S. MAIN STREET, SUITE 1800,    P.O. BOX 45898,
              SALT LAKE CITY, UT 84145-0898
            +MEREDITH LAHAIE, ESQ.,    ONE BRYANT PARK,    NEW YORK, NY 10036-6715
            +PHILIP C. DUBLIN, ESQ.,    ONE BRYANT PARK,    NEW YORK, NY 10036-6715
            +RAMON NAGUIAT, ESQ.,    300 SOUTH GRAND AVENUE, #3400,    LOS ANGELES, CA 90071-3137
            +REW R. GOODENOW, ESQ.,    201 S. MAIN STREET, SUITE 1800,    P.O. BOX 45898,
              SALT LAKE CITY, UT 84145-0898
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 08, 2009**            Signature:    _Joseph Speetjens_