1  JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
   jm@amclaw.com
2  ANDERSON, McPHARLIN & CONNERS LLP
   777 North Rainbow Boulevard
3  Suite 145
   Las Vegas, Nevada 89107
4  Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

5  Attorneys for Creditor,
   *Stanley Consultants, Inc.*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| | Hearing Date: N/A |
| | Hearing Time: N/A |

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

TO:   THE ABOVE-NAMED DEBTOR

TO:   ZACHARIAH LARSON, ESQ., LARSON & STEPHENS, ATTORNEY FOR DEBTORS

TO:   JAMES STANG, ESQ., PACHULSKI STANG ZIEHL & JONES LLP FOR DEBTORS

TO:   UNITED STATES TRUSTEE

TO:   ALL CREDITORS AND OTHER PARTIES-IN-INTEREST

JANIECE S. MARSHALL, ESQ., of the law firm of Anderson, McPharlin & Conners LLP, attorney for Creditor, Stanley Consultants, Inc., hereby enters an appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and further hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in

732150.1 5835.005

1 response to the foregoing, and pursuant to Bankruptcy Rule 2002(g), all notices required be sent
2 to STANLEY CONSULTANTS, INC., by the Debtors, pursuant to Bankruptcy Rule 2002, should
3 be directed to:

>    Janiece S. Marshall, Esq.
>    Anderson, McPharlin & Conners LLP
>    777 North Rainbow Boulevard, Suite 145
>    Las Vegas, Nevada 89107
>    Telephone:   (702) 479-1010
>    Facsimile:   (702) 479-1025
>    Email:       jm@amclaw.com

Dated this 12th day of August, 2009.

ANDERSON, McPHARLIN & CONNERS LLP

By: _____/s/ #4686_____
Janiece S. Marshall, Esq., Bar No. 4686
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Attorneys for Creditor
*Stanley Consultants, Inc.*

2

**CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I am employed in Clark County. I am over the age of 18 years and not a party to this action. My business address is Anderson, McPharlin & Conners LLP, 777 North Rainbow Boulevard, Suite 145, Las Vegas, Nevada 89107.

I hereby certify that on this 12th day August, 2009, I did serve, via Electronic Mail by the ECF system, a copy of the above and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2009.

_____
JULIE A. GARCIA
Employee of ANDERSON, McPHARLIN & CONNERS LLP