# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 24

Dana Kepner Company hereby withdraws its proofs of claim, designated as Claim No. 24 filed in the above-captioned case.

Dated: 8/5/, 2009

_____
(signature)
By: **David A. Colvin, Esq.**   (print name)
Its: **Attorney**   (title)