# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 15

Westar Kitchen & Bath, LLC hereby withdraws its proofs of claim, designated as Claim No. 15 filed in the above-captioned case.

Dated: _____, 2009

_____
(signature)

By: Donald H. Williams, Esq.     (print name)
Its: Attorney of Record            (title)