| Invoice number 83450 | | 73203   00002 | Page 59 |
|---|---|---|---|
| 04/29/2009 | TE | Travel Expense [E110] Dollar Rent A Car from 4/27 - 4/29, PJJ | $231.23 |
| 04/30/2009 | RE | Reproduction Expense. [E101] | $96.00 |
| 04/30/2009 | LN | 73203.00001 Lexis Charges for 04-30-09 | $220.86 |
| 04/30/2009 | PAC | 73203.00001 PACER Charges for 04-30-09 | $8.48 |
| 04/30/2009 | PAC | 73203.00002 PACER Charges for 04-30-09 | $17.28 |
| 04/30/2009 | PO | 73203.00002 :Postage Charges for 04-30-09 | $3.80 |
| 04/30/2009 | PO | 73203.00002 :Postage Charges for 04-30-09 | $1.34 |
| 04/30/2009 | PO | 73203.00002 :Postage Charges for 04-30-09 | $10.03 |
| 04/30/2009 | PO | 73203.00001 :Postage Charges for 04-30-09 | $21.83 |
| 04/30/2009 | PO | 73203.00001 :Postage Charges for 04-30-09 | $0.39 |
| 04/30/2009 | PO | 73203.00001 :Postage Charges for 04-30-09 | $6.03 |
| 04/30/2009 | PO | 73203.00001 :Postage Charges for 04-30-09 | $34.83 |
| 04/30/2009 | RE | (DOC 3012 @0.10 PER PG) | $301.20 |
| 04/30/2009 | RE | (DOC 456 @0.10 PER PG) | $45.60 |
| 04/30/2009 | RE | (DOC 438 @0.10 PER PG) | $43.80 |
| 04/30/2009 | RE | (DOC 1375 @0.10 PER PG) | $137.50 |
| 04/30/2009 | RE | (AGR 204 @0.10 PER PG) | $20.40 |
| 04/30/2009 | RE | (AGR 16 @0.10 PER PG) | $1.60 |
| 04/30/2009 | RE | (AGR 1 @0.10 PER PG) | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 04/30/2009 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 04/30/2009 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |

| Invoice number 83450 | | 73203  00002 | | | Page 60 |
|---|---|---|---|---|---|
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | | | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | | | $3.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | | | $3.70 |
| 04/30/2009 | RE2 | SCAN/COPY ( 145 @0.10 PER PG) | | | $14.50 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | | | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | | | $2.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | | | $2.90 |
| 04/30/2009 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | | | $2.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | | | $11.60 |
| 04/30/2009 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | | | $2.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | | | $2.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | | | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | | | $2.30 |
| 04/30/2009 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | | | $3.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | | | $3.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | | | $3.80 |
| 04/30/2009 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | | | $4.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | | | $2.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | | | $0.60 |
| 04/30/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | | | $0.30 |
| 04/30/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | | | $0.30 |
| 04/30/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | | | $0.20 |
| 04/30/2009 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | | | $0.40 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | | $0.10 |
| 04/30/2009 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | | | $0.70 |
| | | Total Expenses: | | | $21,802.63 |

## Summary:

| | | | | |
|---|---|---|---|---|
| Total professional services | | | $436,971.50 | |
| Total expenses | | | $21,802.63 | |
| **Net current charges** | | | $458,774.13 | |
| | | | | |
| **Total balance now due** | | | $458,774.13 | |

| | | | | | |
|---|---|---|---|---|---|
| AJK | Kornfeld, Alan J. | | 124.20 | 725.00 | $90,045.00 |
| DAA | Abadir, David A. | | 1.10 | 350.00 | $385.00 |
| DGP | Parker, Daryl G. | | 0.50 | 625.00 | $312.50 |
| GNB | Brown, Gillian N. | | 1.50 | 475.00 | $712.50 |
| JAM | Morris, John A. | | 2.00 | 695.00 | $1,390.00 |

Invoice number 83450     73203   00002                                          Page  61

| | | | | |
|---|---|---:|---:|---:|
| JER | Rojas, Jorge E. | 1.50 | 195.00 | $292.50 |
| JIS | Stang, James I. | 73.10 | 795.00 | $58,114.50 |
| JK | Kandel, Jeffrey | 2.60 | 525.00 | $1,365.00 |
| JSP | Pomerantz, Jason S. | 60.90 | 495.00 | $30,145.50 |
| LAF | Forrester, Leslie A. | 3.10 | 250.00 | $775.00 |
| MAM | Matteo, Mike A. | 56.60 | 195.00 | $11,037.00 |
| PJJ | Jeffries, Patricia J. | 53.20 | 225.00 | $11,970.00 |
| RMS | Saunders, Robert M. | 0.50 | 495.00 | $247.50 |
| SEG | Goldich, Stanley E. | 7.10 | 675.00 | $4,792.50 |
| SSC | Cho, Shirley S. | 221.40 | 595.00 | $131,733.00 |
| WD | Disse, Werner | 189.20 | 495.00 | $93,654.00 |
| | | 798.50 | | $436,971.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 6.90 | $3,976.50 |
| BL | Bankruptcy Litigation [L430] | 112.00 | $80,177.00 |
| CA | Case Administration [B110] | 29.60 | $12,452.00 |
| CO | Claims Admin/Objections[B310] | 3.60 | $1,300.00 |
| CPO | Comp. of Prof./Others | 33.50 | $17,194.50 |
| EB | Employee Benefit/Pension-B220 | 10.10 | $5,733.50 |
| FD | First Day | 40.20 | $23,769.00 |
| FF | Financial Filings [B110] | 164.70 | $69,284.50 |
| FN | Financing [B230] | 108.30 | $62,861.50 |
| HE | Hearing | 61.40 | $37,458.00 |
| MC | Meeting of Creditors [B150] | 14.40 | $6,554.00 |
| OP | Operations [B210] | 53.40 | $28,778.00 |
| PD | Plan & Disclosure Stmt. [B320] | 18.90 | $12,109.00 |
| RP | Retention of Prof. [B160] | 13.80 | $6,371.00 |
| RPO | Ret. of Prof./Other | 84.30 | $45,391.50 |
| SL | Stay Litigation [B140] | 2.80 | $1,486.00 |
| TI | Tax Issues [B240] | 5.30 | $3,020.00 |
| TR | Travel | 35.30 | $19,055.50 |
| | | 798.50 | $436,971.50 |

Invoice number 83450     73203  00002                                              Page  62

## Expense Code Summary

| | |
|---|---:|
| Air Fare [E110] | $1,370.80 |
| Auto Travel Expense [E109] | $600.77 |
| Working Meals [E1 | $263.50 |
| Federal Express [E108] | $1,082.56 |
| Guest Parking [E124] | $48.00 |
| Hotel Expense [E110] | $733.80 |
| Incoming Faxes [E104] | $0.20 |
| IH- Messenger Service | $127.00 |
| Lexis/Nexis- Legal Research [E | $2,062.64 |
| Outside Services | $1,019.27 |
| Pacer - Court Research | $483.12 |
| Postage [E108] | $539.22 |
| Reproduction Expense [E101] | $11,849.80 |
| Reproduction/ Scan Copy | $1,101.10 |
| Travel Expense [E110] | $231.23 |
| Westlaw - Legal Research [E106 | $289.62 |
| | $21,802.63 |