# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number **84489**          73203    00029          JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated: April 30, 2009 | $1,218.50 |
| Payments received since last invoice, last payment received -- June 15, 2009 | $1,035.73 |
| Net balance forward | $182.77 |

Re:   Tuscany Acquisitions LLC

**Statement of Professional Services Rendered Through**          **06/30/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Claims Admin/Objections[B310]** | | | | | |
| 06/01/09 | PJJ | Prepare claims analysis | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | 0.20 | 225.00 | $45.00 |
| 06/08/09 | PJJ | Download claims and email per S Cho's request | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| **Task Code Total** | | | **0.80** | | **$180.00** |
| **Financial Filings [B110]** | | | | | |
| 06/03/09 | PJJ | Work on amended Schedules | 0.40 | 225.00 | $90.00 |
| 06/04/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/09/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/11/09 | PJJ | Review amended Schedules from client; compare with original filings | 0.40 | 225.00 | $90.00 |
| 06/12/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/13/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/15/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/16/09 | PJJ | Work on amended Schedule A | 0.60 | 225.00 | $135.00 |
| 06/17/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/18/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/19/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | 0.10 | 225.00 | $22.50 |

Invoice number  84489          73203    00029                                                      Page  2

| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | 0.10 | 225.00 | $22.50 |
| 06/26/09 | PJJ | Work on amended Schedule F | 0.10 | 225.00 | $22.50 |
| 06/27/09 | PJJ | Work on revisions to amended schedules | 0.40 | 225.00 | $90.00 |
| 06/29/09 | PJJ | Work on revisions to amended schedules | 0.20 | 225.00 | $45.00 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | **4.40** | | **$990.00** |
| | **Total professional services:** | | **5.20** | | **$1,170.00** |

### Summary:

| Total professional services | $1,170.00 |
| **Net current charges** | **$1,170.00** |
| Net balance forward | $182.77 |
| **Total balance now due** | **$1,352.77** |

| PJJ | Jeffries, Patricia J. | 5.20 | 225.00 | $1,170.00 |
| | | 5.20 | | $1,170.00 |

### Task Code Summary

| | | | Hours | Amount |
| CO | Claims Admin/Objections[B310] | | 0.80 | $180.00 |
| FF | Financial Filings [B110] | | 4.40 | $990.00 |
| | | | 5.20 | $1,170.00 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number **84490**         73203   00030         JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated: April 30, 2009 | $1,090.00 |
| Payments received since last invoice, last payment received -- June 15, 2009 | $926.50 |
| Net balance forward | $163.50 |

Re:   Tuscany Acquisitions II LLC

**Statement of Professional Services Rendered Through**         06/30/2009

**Claims Admin/Objections[B310]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 06/01/09 | PJJ | Prepare claims analysis | | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | | 0.20 | 225.00 | $45.00 |
| 06/08/09 | PJJ | Download claims and email per S Cho's request | | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | | 0.20 | 225.00 | $45.00 |
| **Task Code Total** | | | | **0.80** | | **$180.00** |

**Financial Filings [B110]**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 06/09/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/11/09 | PJJ | Review amended Schedules from client; compare with original filings | 0.40 | 225.00 | $90.00 |
| 06/12/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/13/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/15/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/17/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/18/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/19/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | 0.10 | 225.00 | $22.50 |
| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | 0.10 | 225.00 | $22.50 |
| 06/26/09 | PJJ | Work on amended Schedule F | 0.10 | 225.00 | $22.50 |
| 06/27/09 | PJJ | Work on revisions to amended schedules | 0.40 | 225.00 | $90.00 |

Invoice number 84490  73203  00030  Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/29/09 | PJJ | Work on revisions to amended schedules | 0.20 | 225.00 | $45.00 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | 0.10 | 225.00 | $22.50 |
| | | **Task Code Total** | **3.00** | | **$675.00** |
| | | **Total professional services:** | **3.80** | | **$855.00** |

### Summary:

| | | |
|---|---|---|
| Total professional services | $855.00 | |
| **Net current charges** | **$855.00** | |
| Net balance forward | $163.50 | |
| **Total balance now due** | **$1,018.50** | |

| | | | | | |
|---|---|---|---|---|---|
| PJJ | Jeffries, Patricia J. | 3.80 | 225.00 | | $855.00 |
| | | 3.80 | | | $855.00 |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| CO | Claims Admin/Objections[B310] | | 0.80 | $180.00 |
| FF | Financial Filings [B110] | | 3.00 | $675.00 |
| | | | 3.80 | $855.00 |

**PACHULSKI STANG ZIEHL & JONES LLP**

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number **84491**      73203   00031      JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated: April 30, 2009 | $1,109.50 |
| Payments received since last invoice, last payment received -- June 15, 2009 | $943.08 |
| Net balance forward | $166.42 |

Re:   Tuscany Acquisitions III LLC

**Statement of Professional Services Rendered Through**   **06/30/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Claims Admin/Objections[B310]** | | | | | |
| 06/01/09 | PJJ | Prepare claims analysis | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | 0.20 | 225.00 | $45.00 |
| 06/08/09 | PJJ | Download claims and email per S Cho's request | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| **Task Code Total** | | | **0.80** | | **$180.00** |
| **Financial Filings [B110]** | | | | | |
| 06/04/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/09/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/11/09 | PJJ | Review amended Schedules from client; compare with original filings | 0.40 | 225.00 | $90.00 |
| 06/12/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/13/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/15/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/17/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/18/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/19/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | 0.10 | 225.00 | $22.50 |
| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | 0.10 | 225.00 | $22.50 |
| 06/26/09 | PJJ | Work on amended Schedule F | 0.10 | 225.00 | $22.50 |

Invoice number 84491        73203   00031                                                      Page  2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/27/09 | PJJ | Work on revisions to amended schedules | 0.40 | 225.00 | $90.00 |
| 06/29/09 | PJJ | Work on revisions to amended schedules | 0.20 | 225.00 | $45.00 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | 0.10 | 225.00 | $22.50 |
| | | **Task Code Total** | **3.40** | | **$765.00** |
| | | **Total professional services:** | **4.20** | | **$945.00** |

### Summary:

| | | |
|---|---|---|
| Total professional services | | $945.00 |
| **Net current charges** | | **$945.00** |
| Net balance forward | | $166.42 |
| **Total balance now due** | | **$1,111.42** |

| | | | | | |
|---|---|---|---|---|---|
| PJJ | Jeffries, Patricia J. | | 4.20 | 225.00 | $945.00 |
| | | | 4.20 | | $945.00 |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| CO | Claims Admin/Objections[B310] | | 0.80 | $180.00 |
| FF | Financial Filings [B110] | | 3.40 | $765.00 |
| | | | 4.20 | $945.00 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number  84492         73203  00032         JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated: April 30, 2009 | $1,169.00 |
| Payments received since last invoice, last payment received -- June 15, 2009 | $993.65 |
| Net balance forward | $175.35 |

Re:  Tuscany Acquisitions IV LLC

**Statement of Professional Services Rendered Through**  06/30/2009

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 06/30/09 | DGP | Read and consider title report, court records, mechanic's lien filings re Isaac Building and Design mechanic's lien claim | 0.80 | 625.00 | $500.00 |
| | | **Task Code Total** | **0.80** | | **$500.00** |
| | | **Asset Analysis/Recovery[B120]** | | | |
| 06/10/09 | JIS | Review issue re failure to provide trust deed on Tuscany IV. | 0.10 | 795.00 | $79.50 |
| | | **Task Code Total** | **0.10** | | **$79.50** |
| | | **Claims Admin/Objections[B310]** | | | |
| 06/01/09 | PJJ | Prepare claims analysis | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | 0.20 | 225.00 | $45.00 |
| 06/08/09 | PJJ | Download claims and email per S Cho's request | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| | | **Task Code Total** | **0.80** | | **$180.00** |

Invoice number 84492     73203   00032                                                                                   Page 2

### Financial Filings [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/09/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/11/09 | PJJ | Review amended Schedules from client; compare with original filings | 0.40 | 225.00 | $90.00 |
| 06/12/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/13/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/15/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/16/09 | PJJ | Work on amended Schedule A | 0.60 | 225.00 | $135.00 |
| 06/17/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/18/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/19/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | 0.10 | 225.00 | $22.50 |
| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | 0.10 | 225.00 | $22.50 |
| 06/26/09 | PJJ | Work on amended Schedule F | 0.10 | 225.00 | $22.50 |
| 06/27/09 | PJJ | Work on revisions to amended schedules | 0.40 | 225.00 | $90.00 |
| 06/29/09 | PJJ | Work on revisions to amended schedules | 0.20 | 225.00 | $45.00 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | 0.10 | 225.00 | $22.50 |
| | | **Task Code Total** | **4.00** | | **$900.00** |
| | | **Total professional services:** | **5.70** | | **$1,659.50** |

### Summary:

| | | |
|---|---|---|
| Total professional services | $1,659.50 | |
| **Net current charges** | $1,659.50 | |
| Net balance forward | $175.35 | |
| **Total balance now due** | $1,834.85 | |

| | | | | | |
|---|---|---|---|---|---|
| DGP | Parker, Daryl G. | 0.80 | 625.00 | | $500.00 |
| JIS | Stang, James I. | 0.10 | 795.00 | | $79.50 |
| PJJ | Jeffries, Patricia J. | 4.80 | 225.00 | | $1,080.00 |
| | | 5.70 | | | $1,659.50 |

## Task Code Summary

|    |                              | Hours | Amount     |
|----|------------------------------|-------|------------|
|    |                              | 0.80  | $500.00    |
| AA | Asset Analysis/Recovery[B120]| 0.10  | $79.50     |
| CO | Claims Admin/Objections[B310]| 0.80  | $180.00    |
| FF | Financial Filings [B110]     | 4.00  | $900.00    |
|    |                              | 5.70  | $1,659.50  |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number **84522**     73203  00033     JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

Balance forward as of last invoice, dated:  May 31, 2009          $1,137.97
Net balance forward                                               $1,137.97

Re:   Tuscany Golf Country Club LLC

**Statement of Professional Services Rendered Through**     06/30/2009

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | |
| 06/01/09 | PJJ | Prepare claims analysis | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | 0.20 | 225.00 | $45.00 |
| 06/08/09 | PJJ | Download claims and email per S Cho's request | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| **Task Code Total** | | | **0.80** | | **$180.00** |
| **Financial Filings [B110]** | | | | | |
| 06/03/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/09/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/11/09 | PJJ | Review amended Schedules from client; compare with original filings | 0.40 | 225.00 | $90.00 |
| 06/12/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/13/09 | PJJ | Work on amended schedules | 0.40 | 225.00 | $90.00 |
| 06/15/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/17/09 | PJJ | Work on amended schedules | 0.30 | 225.00 | $67.50 |
| 06/18/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/19/09 | PJJ | Work on amended schedules | 0.10 | 225.00 | $22.50 |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | 0.10 | 225.00 | $22.50 |
| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | 0.10 | 225.00 | $22.50 |
| 06/26/09 | PJJ | Work on amended Schedule F | 0.10 | 225.00 | $22.50 |

| Invoice number 84522 | 73203 00033 | | | Page 2 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 06/27/09 | PJJ | Work on revisions to amended schedules | 0.40 | 225.00 | $90.00 |
| 06/29/09 | PJJ | Work on revisions to amended schedules | 0.20 | 225.00 | $45.00 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | **3.40** | | **$765.00** |
| | **Total professional services:** | | **4.20** | | **$945.00** |

## Summary:

| | | |
|---|---|---|
| Total professional services | $945.00 | |
| **Net current charges** | **$945.00** | |
| Net balance forward | $1,137.97 | |
| **Total balance now due** | **$2,082.97** | |

| PJJ | Jeffries, Patricia J. | 4.20 | 225.00 | $945.00 |
|---|---|---|---|---|
| | | 4.20 | | $945.00 |

## Task Code Summary

| | | **Hours** | **Amount** |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.80 | $180.00 |
| FF | Financial Filings [B110] | 3.40 | $765.00 |
| | | 4.20 | $945.00 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2009

Invoice Number **84523**          73203   00034          JIS

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated: April 30, 2009 | $922.50 |
| Payments received since last invoice, last payment received -- June 15, 2009 | $784.13 |
| Net balance forward | $138.37 |

Re:   Wallboard LP

**Statement of Professional Services Rendered Through**          **06/30/2009**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Claims Admin/Objections[B310]** | | | | |
| 06/01/09 | PJJ | Prepare claims analysis | | 0.20 | 225.00 | $45.00 |
| 06/02/09 | PJJ | Work on claims analysis | | 0.20 | 225.00 | $45.00 |
| 06/10/09 | PJJ | Update claims analysis | | 0.20 | 225.00 | $45.00 |
| | **Task Code Total** | | | **0.60** | | **$135.00** |
| | | **Financial Filings [B110]** | | | | |
| 06/22/09 | PJJ | Work on amended schedules and statement of financial affairs | | 0.10 | 225.00 | $22.50 |
| 06/23/09 | PJJ | Prepare signature pages to Schedules and Statements | | 0.10 | 225.00 | $22.50 |
| 06/30/09 | PJJ | Work on revisions to amended schedules and statements | | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | | **0.30** | | **$67.50** |
| | **Total professional services:** | | | **0.90** | | **$202.50** |

*Summary:*

| | |
|---|---|
| Total professional services | $202.50 |
| **Net current charges** | **$202.50** |

**Invoice number 84523**    73203    00034    Page 2

| | Net balance forward | | $138.37 | |
|---|---|---|---|---|
| | **Total balance now due** | | $340.87 | |
| PJJ | Jeffries, Patricia J. | 0.90 | 225.00 | $202.50 |
| | | 0.90 | | $202.50 |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| CO | Claims Admin/Objections[B310] | | 0.60 | $135.00 |
| FF | Financial Filings [B110] | | 0.30 | $67.50 |
| | | | 0.90 | $202.50 |