Billed and Unbilled Recap Of Time Detail - [18422.001 - BANKRUPTCY]                                                                    Page 1
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM

| Date | Office | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/13/2009 | 0836 | DAVID P. BILLINGS | 0.60 | 108.00 | REVIEW OF RHODES HOMES DOCKET FOR T. BECKETT (.2); REVIEW OF GINN RESORTS DOCKET FOR T. BECKETT (.2); RESEARCH ON SIMILAR LOANS: ST. REGIS, WESTGATE, GOLDFIELD PRESERVE, ETC (.2). | 18422.001 | 2331354 |
| 05/20/2009 | 0836 | DAVID P. BILLINGS | 2.60 | 468.00 | STRATEGY SESSION WITH T. BECKETT REGARDING RHODES HOMES BANKRUPTCY (.5); STRATEGY SESSION WITH T. BECKETT, M. DYKES, AND M. YOUNG REGARDING RHODES HOMES BANKRUPTCY (1.7); ANALYSIS OF MOTION TO APPOINT A TRUSTEE FOR RHODES (.4). | 18422.001 | 2332640 |
| 05/21/2009 | 0836 | DAVID P. BILLINGS | 1.30 | 234.00 | ANALYSIS OF RHODES ORGANIZATIONAL CHART AND PROJECT SUMMARY (.7); SEARCH FOR RHODES DOCUMENTS (.6). | 18422.001 | 2333116 |
| 05/21/2009 | 7080 | LINDA O. MYERS | 1.30 | 175.50 | (RHODES) SEARCH DOCUMENTS PRODUCED BY CREDIT SUISSE IN YELLOWSTONE LITIGATION REGARDING RHODES AND ADVISE T. BECKETT ACCORDINGLY (1.00); COMMUNICATIONS WITH D. BILLINGS REGARDING SAME (.30). | 18422.001 | 2336772 |
| 05/22/2009 | 7080 | LINDA O. MYERS | 2.20 | 297.00 | (RHODES) REVIEW DOCUMENTS AND METADATA OF DOCUMENTS PRODUCED BY CREDIT SUISSE IN YELLOWSTONE LITIGATION REGARDING RHODES AND ADVISE T. BECKETT ACCORDINGLY (2.0); FOLLOW-UP COMMUNICATIONS WITH D. BILLINGS REGARDING SAME (.20). | 18422.001 | 2336786 |
| 05/22/2009 | 0836 | DAVID P. BILLINGS | 0.70 | 126.00 | SEARCH ON DATABASE FOR RHODES DOCUMENTS. | 18422.001 | 2333417 |
| 05/23/2009 | 7080 | LINDA O. MYERS | 2.25 | 303.75 | REVIEW AND BRIEFCASE DOCUMENTS IN SUMMATION PRODUCED BY CREDIT SUISSE REFERENCING RHODES AND S. BARCY FOR REVIEW BY T. BECKETT AND D. BILLINGS AND ADVISE ACCORDINGLY. | 18422.001 | 2336809 |
| 05/26/2009 | 0836 | DAVID P. BILLINGS | 1.10 | 198.00 | ANALYSIS OF RHODES DOCUMENTS (.8); STRATEGY SESSION WITH T. BECKETT REGARDING FORMATION OF RHODES COMMITTEE (.3). | 18422.001 | 2334147 |
| 05/27/2009 | 0836 | DAVID P. BILLINGS | 0.50 | 90.00 | LOCATE A COPY OF THE YELLOWSTONE COMMITTEE COMPLAINT FOR RHODES COMMITTEE MEMBERS (.1); STRATEGY SESSION WITH T. BECKETT ON RHODES (.4). | 18422.001 | 2334561 |
| 05/28/2009 | 0836 | DAVID P. BILLINGS | 0.80 | 144.00 | DOCUMENT REVIEW TO DO AN ANALYSIS OF CREDIT SUISSE EMPLOYEE OVERLAP ON RHODES, YELLOWSTONE, AND OTHER SIMILAR LOANS. | 18422.001 | 2335245 |
| 05/29/2009 | 0836 | DAVID P. BILLINGS | 1.90 | 342.00 | DRAFT APPLICATION FOR ENGAGEMENT OF PARSONS BEHLE & LATIMER AS COMMITTEE COUNSEL AND DECLARATION OF T. BECKETT (1.3); DRAFT NOTICE OF APPEARANCE AND REQUEST FOR NOTICE (.3); DRAFT SPREADSHEET ON RHODES COMMITTEE MEMBERS CONTACT INFORMATION AND NATURE OF BUSINESS, CLAIM, AND CLAIM AMOUNT (.3). | 18422.001 | 2336624 |
| 06/01/2009 | 0836 | DAVID P. BILLINGS | 1.40 | 252.00 | SEARCH FOR DOCUMENTS FOR WALL STREET JOURNAL REPORTER AT THE REQUEST OF T. BECKETT (.4); DRAFT OF RHODES NOTICE OF APPEARANCE AND APPLICATION FOR EMPLOYMENT (.5). | 18422.001 | 2338927 |
| 06/01/2009 | 0802 | REW R. GOODENOW | 7.00 | 2,450.00 | ATTEND MEETING AND INTERVIEW WITH COMMITTEE MEMBERS; REVIEW COURT FILE AND PLEADINGS. | 18422.001 | 2342310 |
| 06/01/2009 | 7080 | LINDA O. MYERS | 0.60 | 81.00 | ) REVIEW COMMUNICATIONS FROM T. BECKETT AND D. BILLINGS REGARDING CASE LAW RESEARCH AND COMMUNICATIONS WITH L. NEILSON REGARDING SAME. | 18422.001 | 2341297 |
| 06/01/2009 | 0557 | J. THOMAS BECKETT | 3.50 | 1,487.50 | (TELEPHONE CONFERENCE 06) IN PERSON COMMITTEE MEETING AFTER BEING SELECTED AS COUNSEL (.75); REVIEW CASH COLLATERAL, TRUSTEE MOTION PLEADINGS, ETC. (2.75). | 18422.001 | 2351138 |
| 06/02/2009 | 0557 | J. THOMAS BECKETT | 5.80 | 2,485.00 | REVIEW DOCUMENTS ON DOCKET AND OUTLINE CASE ISSUES FOR MEMO TO UCC. | 18422.001 | 2351145 |

Billed and Unbilled Recap Of Time Detail - [18422.001 - BANKRUPTCY]  Page 2
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/02/2009 | 7080 | LINDA O. MYERS | 4.70 | 634.50 | REVIEW CASE INFORMATION AND PREPARATION INFORMATION FOR POSTING ON THE UNSECURED CREDITORS COMMITTEE WEBSITE (2.0); WESTLAW RESEARCH REGARDING OTHER CASES INVOLVING CREDIT SUISSE AS CREDITOR AND COMMUNICATIONS WITH D. BILLINGS REGARDING SAME (2.70). | 18422.001 | 2341300 |
| 06/02/2009 | 0802 | REW R. GOODENOW | 1.30 | 455.00 | DRAFT PRO HAC VICE PETITION. | 18422.001 | 2342313 |
| 06/02/2009 | 8471 | ADAM WEINACKER | 5.25 | 735.00 | CONFERENCE WITH T. BECKETT; REVIEW DOCKET AND FILINGS TO ASCERTAIN PERTINENT INFORMATION FOR NEW CASE. | 18422.001 | 2339101 |
| 06/02/2009 | 0836 | DAVID P. BILLINGS | 0.90 | 162.00 | DRAFT RHODES PLEADING TEMPLATE (.1) DRAFT NOTICE OF APPEARANCE (.1) AND APPLICATION TO ENGAGE PARSONS BEHLE & LATIMER (.5). | 18422.001 | 2339132 |
| 06/03/2009 | 8471 | ADAM WEINACKER | 2.10 | 294.00 | CONFERENCE WITH T. BECKETT; TELEPHONE CONFERENCE WITH SHIRLEY CHO; PREPARE DOCUMENTS REQUESTED BY T. BECKETT. | 18422.001 | 2339255 |
| 06/03/2009 | 0802 | REW R. GOODENOW | 0.40 | 140.00 | TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL AND CONFERENCE CALL WITH COMMITTEE. | 18422.001 | 2342317 |
| 06/03/2009 | 0836 | DAVID P. BILLINGS | 2.40 | 432.00 | DRAFT MOTION TO ADMIT T. BECKETT AND D. BILLINGS PRO HAC VICE. | 18422.001 | 2342170 |
| 06/03/2009 | 0557 | J. THOMAS BECKETT | 2.80 | 1,190.00 | PREPARE FOR AND UCC CALL. | 18422.001 | 2351159 |
| 06/04/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | PREPARE AND SUBMIT PRO HAC VICE. | 18422.001 | 2351167 |
| 06/04/2009 | 0557 | J. THOMAS BECKETT | 4.00 | 1,700.00 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT (1.1); TELEPHONE CONFERENCE WITH DEBTORS REGARDING SAME (.3); REVIEW OUTLINE DOCKET DOCUMENTS. | 18422.001 | 2351172 |
| 06/04/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | REVISE AND DISTRIBUTE CONFIDENTIALITY AGREEMENT. | 18422.001 | 2351174 |
| 06/04/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | CONFERENCE WITH C. HOLLSTEIN REGARDING PLEADINGS FOR RHODES. | 18422.001 | 2342110 |
| 06/04/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT. | 18422.001 | 2342322 |
| 06/05/2009 | 0831 | KARL Y. OLSEN | 8.00 | 2,120.00 | TRAVEL TO LAS VEGAS, ATTEND HEARING WITH T. BECKETT, CONFERENCE WITH RHODES HOMES AND COUNSEL REGARDING CURRENT FINANCIAL CONDITION, TOUR RHODES PROPERTIES, RETURN TRAVEL FROM LAS VEGAS | 18422.001 | 2340441 |
| 06/05/2009 | 0557 | J. THOMAS BECKETT | 6.80 | 2,890.00 | PREPARE FOR AND HEARINGS (2.5); INTERVIEW FINANCIAL OFFICER (1.5); SITE TOUR (2.2); MEETING WITH DEBTOR COUNSEL (.75). | 18422.001 | 2351181 |
| 06/06/2009 | 0557 | J. THOMAS BECKETT | 2.80 | 1,190.00 | RETURN TO VEGAS AND REVIEW FINANCIAL INFORMATION REGARDING DEBTORS. | 18422.001 | 2351185 |
| 06/09/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | CONFERENCE CALL REGARDING UCC CONSTITUENT CLAIMS. | 18422.001 | 2351337 |
| 06/09/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | REVISED CONFIDENTIALITY AGREEMENT. | 18422.001 | 2351338 |
| 06/10/2009 | 0557 | J. THOMAS BECKETT | 1.60 | 680.00 | AGENDA FOR (.7) AND UCC CALL. | 18422.001 | 2351342 |
| 06/10/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | COMMITTEE CONFERENCE AND REVIEW AND REVISE MOTION TO EMPLOY. | 18422.001 | 2342333 |
| 06/10/2009 | 0836 | DAVID P. BILLINGS | 2.60 | 468.00 | DOCUMENT REVIEW FOR MORE CREDIT SUISSE LOANS.(.8); RHODES COMMITTEE CONFERENCE CALL (.6); EDITS TO DECLARATION OF T. BECKETT IN SUPPORT OF ENGAGEMENT AS RHODES COMMITTEE COUNSEL (.2) AND APPLICATION FOR EMPLOYMENT (.2); DRAFT 2019 MOTION AGAINST FIRST LIEN STEERING COMMITTEE IN RHODES (.8). | 18422.001 | 2342077 |

Billed and Unbilled Recap Of Time Detail - [18422.001 - BANKRUPTCY]  
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM

Page 3

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/10/2009 | 7080 | LINDA O. MYERS | 3.50 | 472.50 | COMMUNICATIONS WITH D. BILLINGS REGARDING DEBTORS' SCHEDULES AND CASE LAW RESEARCH AND ADVISE T. BECKETT AND D. BILLINGS ACCORDINGLY. | 18422.001 | 2347438 |
| 06/11/2009 | 7080 | LINDA O. MYERS | 6.20 | 837.00 | WESTLAW RESEARCH REGARDING BANKRUPTCY FILINGS INVOLVING CREDIT SUISSE AS CREDIT AND ORGANIZE SAME FOR REVIEW BY T. BECKETT AND D. BILLINGS PURSUANT TO COMMUNICATIONS REGARDING SAME. | 18422.001 | 2347447 |
| 06/12/2009 | 7080 | LINDA O. MYERS | 4.30 | 580.50 | CONTINUE REVIEW AND ORGANIZATION OF CASES INVOLVING CREDIT SUISSE AS A CREDITOR FOR REVIEW BY T. BECKETT AND D. BILLINGS. | 18422.001 | 2347454 |
| 06/15/2009 | 0836 | DAVID P. BILLINGS | 1.60 | 288.00 | CONFERENCE CALL WITH K. SOUVIRON (.1); EDIT PROPOSED ORDER (.2); EDIT B. WOLF'S APPLICATION FOR EMPLOYMENT OF PARSONS BEHLE (.2); EDIT DECLARATION OF T. BECKETT (.2); SEARCH FOR MORE CREDIT SUISSE BANKRUPTCIES (.8). | 18422.001 | 2343004 |
| 06/16/2009 | 0808 | MARK W. DYKES | 0.50 | 170.00 | CONFERENCE WITH T. BECKETT REGARDING DISCOVERY TO SEEK FROM CREDIT SUISSE REGARDING LOAN TO RHODES HOMES. | 18422.001 | 2346926 |
| 06/17/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | COMMITTEE CONFERENCE CALL. | 18422.001 | 2343678 |
| 06/17/2009 | 0836 | DAVID P. BILLINGS | 0.90 | 162.00 | RHODES COMMITTEE CONFERENCE CALL (.5); STRATEGY SESSION WITH T. BECKETT THEREON (.3). | 18422.001 | 2343723 |
| 06/17/2009 | 7080 | LINDA O. MYERS | 3.00 | 405.00 | REVIEW COURT DOCKET AND COMPILE INFORMATION FOR COMMITTEE WEBSITE. | 18422.001 | 2347463 |
| 06/17/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | FILE APPLICATION FOR ENGAGEMENT. | 18422.001 | 2351360 |
| 06/17/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | PREPARE FOR AND COMMITTEE CALL. | 18422.001 | 2351361 |
| 06/18/2009 | 7080 | LINDA O. MYERS | 2.50 | 337.50 | REVIEW AND COMPILE INFORMATION FOR COMMITTEE WEBSITE. | 18422.001 | 2347476 |
| 06/19/2009 | 0836 | DAVID P. BILLINGS | 0.40 | 72.00 | ANALYSIS OF MONTHLY OPERATING REPORT (.2); ANALYSIS OF MOTION TO EXTEND EXCLUSIVITY (.2). | 18422.001 | 2344385 |
| 06/23/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | CONFERENCE CALL WITH STEVE BLAUNER, COUNSEL TO PARTICIPANT. | 18422.001 | 2351367 |
| 06/24/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | TELEPHONE CONFERENCE WITH DEBTOR COUNSEL REGARDING PLAN. | 18422.001 | 2351373 |
| 06/24/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | CALL TO BRETT REGARDING PLAN. | 18422.001 | 2351374 |
| 06/24/2009 | 0557 | J. THOMAS BECKETT | 1.00 | 425.00 | PREPARE FOR AND COMMITTEE CALL. | 18422.001 | 2351375 |
| 06/24/2009 | 0836 | DAVID P. BILLINGS | 0.50 | 90.00 | RHODES COMMITTEE CONFERENCE CALL. | 18422.001 | 2346315 |
| 06/29/2009 | 7080 | LINDA O. MYERS | 8.50 | 1,147.50 | REVIEW COURT DOCKET AND CASE MATERIALS IN PREPARATION OF CASE TIMELINE FOR POSTING ON THE UNSECURED CREDITORS' COMMITTEE WEBSITE (4.00); COMMUNICATIONS WITH C. FORDHAM REGARDING LINKING SIGNIFICANT DOCUMENTS (.30); COMPILE AND SUPPLEMENT CASE TIMELINE IDENTIFYING UPCOMING EVENTS AND CASE HIGHLIGHTS TO DATE (4.20). | 18422.001 | 2349247 |
| 06/30/2009 | 7080 | LINDA O. MYERS | 8.50 | 1,147.50 | CONTINUE PREPARATION AND REVISION OF CASE TIMELINE IDENTIFYING SIGNIFICANT EVENTS AND SUPPLEMENT SAME WITH ADDITIONAL RECENT FILINGS (3.40); REVIEW AND REVISE SIGNIFICANT PARTIES, COURT DOCUMENTS AND FINANCIAL DOCUMENT LINKS (3.00); CONTINUE REVIEW AND FINALIZATION OF SUMMARY OF UPCOMING EVENTS AND CASE HIGHLIGHTS FOR PUBLISHING TO WEBSITE (2.10). | 18422.001 | 2349262 |