Billed and Unbilled Recap Of Cost Detail - [18422.001 - BANKRUPTCY]                                                                                                                Page 1
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM

| Date | Initials | Firm/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:48 - | 3375582 |
| 06/03/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:45 - | 3378163 |
| 06/03/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:46 - | 3378164 |
| 06/03/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:50 - | 3378165 |
| 06/03/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:53 - | 3378166 |
| 06/03/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:04 - | 3378167 |
| 06/03/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:08 - | 3378168 |
| 06/03/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:26 - | 3378169 |
| 06/03/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:31 - | 3378170 |
| 06/03/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:09 - | 3378178 |
| 06/04/2009 | 0999 | FIRM | 010 | 8.00 | 0.15 | 1.20 | PHOTOCOPIES BY 574-Souviron, Kathy AT 10:24 - | 3383085 |
| 06/04/2009 | 0999 | FIRM | 010 | 6.00 | 0.15 | 0.90 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:19 - | 3383086 |
| 06/04/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:32 - | 3383087 |
| 06/04/2009 | 0999 | FIRM | 010 | 6.00 | 0.15 | 0.90 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:09 - | 3383088 |
| 06/04/2009 | 0999 | FIRM | 010 | 6.00 | 0.15 | 0.90 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:11 - | 3383089 |
| 06/04/2009 | 0999 | FIRM | 010 | 6.00 | 0.15 | 0.90 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:14 - | 3383090 |
| 06/04/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:20 - | 3383091 |
| 06/04/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:28 - | 3383093 |
| 06/04/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:39 - | 3383094 |
| 06/04/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:07 - | 3383095 |
| 06/04/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:08 - | 3383096 |
| 06/04/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:12 - | 3383097 |
| 06/04/2009 | 0999 | FIRM | 010 | 7.00 | 0.15 | 1.05 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:13 - | 3383098 |
| 06/04/2009 | 0999 | FIRM | 010 | 7.00 | 0.15 | 1.05 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:14 - | 3383099 |
| 06/04/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:25 - | 3383100 |
| 06/04/2009 | 0999 | FIRM | 010 | 7.00 | 0.15 | 1.05 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:30 - | 3383101 |
| 06/04/2009 | 0999 | FIRM | 010 | 7.00 | 0.15 | 1.05 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:30 - | 3383102 |
| 06/04/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:32 - | 3383103 |
| 06/04/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:16 - | 3383106 |
| 06/04/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:17 - | 3383107 |
| 06/04/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:19 - | 3383108 |
| 06/05/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 11:27 - | 3383869 |
| 06/05/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:32 - | 3383870 |
| 06/08/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:44 - | 3385011 |
| 06/08/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:47 - | 3385012 |
| 06/08/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:32 - | 3385013 |
| 06/08/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:32 - | 3385014 |
| 06/09/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:45 - | 3386615 |

Billed and Unbilled Recap Of Cost Detail - [18422.001 - BANKRUPTCY]                                                                                    Page 2
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Resource |
|---|---|---|---|---|---|---|---|---|
| 06/09/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 12:41 - | 3386616 |
| 06/09/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 573-Tinnell, Rose AT 11:04 - | 3386621 |
| 06/12/2009 | 0999 | FIRM | 161 | 1.00 | 19.14 | 19.14 | - MEALS WHILE IN - LAS VEGAS, NV 006/05/09 - PAYEE: KARL OLSEN | 3388458 |
|  |  | Voucher=169109 Paid |  |  |  |  | Vendor=KARL OLSEN  Balance= .00 Amount= 78.05 |  |
|  |  |  |  |  |  |  | Check #1000166  06/12/2009 |  |
| 06/12/2009 | 0999 | FIRM | 162 | 1.00 | 58.91 | 58.91 | - HOTEL, TAXI'S & PARKING WHILE IN - LAS VEGAS, NV 006/05/09 - PAYEE: KARL OLSEN | 3388459 |
|  |  | Voucher=169109 Paid |  |  |  |  | Vendor=KARL OLSEN  Balance= .00 Amount= 78.05 |  |
|  |  |  |  |  |  |  | Check #1000166  06/12/2009 |  |
| 06/12/2009 | 0999 | FIRM | 162 | 1.00 | 355.07 | 355.07 | - HOTEL, TAXI'S & PARKING WHILE IN - LAS VEGAS, NV 06/05-06/09 - PAYEE: J. THOMAS BECKETT | 3388492 |
|  |  | Voucher=169160 Paid |  |  |  |  | Vendor=J. THOMAS BECKETT  Balance= .00 Amount= 355.07 |  |
|  |  |  |  |  |  |  | Check #1000150  06/12/2009 |  |
| 06/12/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:24 - | 3390680 |
| 06/12/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:55 - | 3390681 |
| 06/12/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 10:52 - | 3390682 |
| 06/12/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 10:54 - | 3390683 |
| 06/12/2009 | 0999 | FIRM | 010 | 14.00 | 0.15 | 2.10 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:01 - | 3390684 |
| 06/12/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:44 - | 3390685 |
| 06/12/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 14:51 - | 3390686 |
| 06/12/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:11 - | 3390687 |
| 06/12/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:11 - | 3390688 |
| 06/12/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:33 - | 3390689 |
| 06/12/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:35 - | 3390690 |
| 06/12/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:43 - | 3390691 |
| 06/12/2009 | 0999 | FIRM | 010 | 3.00 | 0.15 | 0.45 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:48 - | 3390692 |
| 06/12/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:58 - | 3390693 |
| 06/12/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:04 - | 3390694 |
| 06/16/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:12 - | 3393365 |
| 06/16/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:15 - | 3393366 |
| 06/16/2009 | 0999 | FIRM | 010 | 5.00 | 0.15 | 0.75 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:33 - | 3393367 |
| 06/16/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:36 - | 3393368 |
| 06/16/2009 | 0999 | FIRM | 010 | 14.00 | 0.15 | 2.10 | PHOTOCOPIES BY 574-Souviron, Kathy AT 09:39 - | 3393369 |
| 06/16/2009 | 0999 | FIRM | 010 | 4.00 | 0.15 | 0.60 | PHOTOCOPIES BY 574-Souviron, Kathy AT 13:41 - | 3393370 |
| 06/16/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 15:14 - | 3393371 |
| 06/17/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:49 - | 3394674 |
| 06/17/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:52 - | 3394675 |
| 06/17/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:53 - | 3394676 |
| 06/17/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:56 - | 3394677 |
| 06/17/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 17:18 - | 3394678 |
| 06/18/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 10:18 - | 3395687 |
| 06/18/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 10:36 - | 3395688 |

Billed and Unbilled Recap Of Cost Detail - [18422.001 - BANKRUPTCY]  
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   8/14/2009 9:18:02 AM                                                                                    Page 3

| Date | Index | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Check Number |
|---|---|---|---|---|---|---|---|---|
| 06/18/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 14:54 - | 3395689 |
| 06/22/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 14:46 - | 3397924 |
| 06/22/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 501-RNReception AT 16:28 - | 3397925 |
| 06/23/2009 | 0999 | FIRM Voucher=169422 Paid | 163 | 1.00 | 25.92 | 25.92 | LUNCH MEETING - - PAYEE: REW R. GOODENOW Vendor=REW R. GOODENOW Balance= .00 Amount= 25.92 Check #1000427  06/26/2009 | 3398381 |
| 06/23/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:30 - | 3399255 |
| 06/23/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 574-Souviron, Kathy AT 11:33 - | 3399256 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:29 - | 3400193 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:29 - | 3400194 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:29 - | 3400195 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:42 - | 3400196 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 12:43 - | 3400197 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 12:44 - | 3400198 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 12:44 - | 3400199 |
| 06/24/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 15:54 - | 3400200 |
| 06/25/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:46 - | 3400958 |
| 06/25/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:46 - | 3400959 |
| 06/25/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:46 - | 3400960 |
| 06/25/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 10:47 - | 3400961 |
| 06/29/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 12:27 - | 3403388 |
| 06/29/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 12:43 - | 3403389 |
| 06/30/2009 | 0999 | FIRM | 010 | 2.00 | 0.15 | 0.30 | PHOTOCOPIES BY 574-Souviron, Kathy AT 16:31 - | 3404545 |
| 06/30/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 16:39 - | 3404546 |
| 06/30/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 17:02 - | 3404547 |
| 06/30/2009 | 0999 | FIRM | 010 | 1.00 | 0.15 | 0.15 | PHOTOCOPIES BY 501-RNReception AT 17:03 - | 3404548 |