| | |
|---|---|
| J. Thomas Beckett, Utah Bar 5587<br>Admitted Pro Hac Vice, Docket No. 224<br>David P. Billings, Utah Bar #11510<br>Admitted Pro Hac Vice, Docket No. 225<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT  84111<br>(801) 536-6700<br>tbeckett@parsonsbehle.com;<br>dbillings@parsonsbehle.com | Rew R. Goodenow, Bar 3722<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno,  NV  89501<br>(775) 323-1601<br>rgoodenow@parsonsbehle.com |
| *Counsel to the Official Committee* | **E-Filed:** August 18, 2009 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>The Rhodes Companies, aka "Rhodes Homes, *et al*.,"<br><br>Debtor, | CASE NO.  BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

### **CERTIFICATE OF SERVICE**

1. On the 15th day of August, 2009, I served the following document(s) (specify):

    a. **First Interim Fee Application of Parsons Behle & Latimer as Counsel to the Unsecured Creditors Committee  [Docket No. 409];**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

    ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com,
    axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
    scho@pszjlaw.com

    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
    tbw@jonesvargas.com

18422.001/4814-6012-0068.1

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;
mtieu@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@,klnevada.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

- ■     **b.**     **United States mail, postage fully prepaid on August 17, 2009**
  *(List persons and addresses.  Attach additional paper if necessary)*

    **JAMES I. STANG**
    10100 SANTA MONICA BLVD #1100
    LOS ANGELES, CA 90067

    **SHIRLEY S. CHO**
    10100 SANTA MONICA BLVD 11TH FLOOR
    LOS ANGELES, CA 90067
    (310) 277-6910

    **ZACHARIAH LARSON**
    LARSON & STEPHENS
    810 S. CASINO CENTER BLVD.
    SUITE 104
    LAS VEGAS, NV 89101

    **MARK SOMERSTEIN**
    **DON DEMAKIS**
    BEN SCHNEIDER
    ROPES & GRAY LLP
    1211 AVENUE OF THE AMERICAS
    NEW YORK, NY 10036

**VAN C. DURRER II**
**RAMON M. NAGUIAT**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRANT AVENUE, #3400
LOS ANGELES, CA 90071-3144

**JEFFREY R. SYLVESTER, ESQ.**
**JAMES B. MACROBIE, ESQ.**
SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON RD., STE. 120
LAS VEGAS, NV 89128

**BRETT A. AXELROD**
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV 89169

☐    **c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.    By direct mail (as opposed to through the ECF System)**
           *(List persons and addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.    By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  August 18, 2009

| | |
|---|---|
| J. Thomas Beckett | /s/ J. Thomas Beckett |
| (Name of Declarant) | (Signature of Declarant) |