Entered on Docket
August 20, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

Affects:
☐ All Debtors
☒ Affects the following Debtor(s)
Rhodes Design and Development Corporation

Hearing Date: August 28, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

## ORDER GRANTING STIPULATION FOR CONTINUANCE [Docket No. 361]

Upon consideration of the *Stipulation for Continuance* between Rhodes Design and Development Corporation (the "Debtor") and The Preserve at Elkhorn Springs Homeowners Association (the "Movant"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved, the hearing on the *Motion for Relief from Automatic Stay for Purposes of Establishing Liability Against Debtor as Nominal Defendant* [Docket Number 361] shall take place on October 2, 2009 at 1:30 p.m., with Debtor's response date being extended through and including September 18, 2009 at 5:00 p.m.

PREPARED AND SUBMITTED BY:

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
    Zachariah Larson, Esq., Bar No. 7787
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
    Tel: (702) 382-1170
    Fax: (702) 38201169
Attorneys for the Debtors

---

Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:206326.2

2

APPROVED AS TO FORM AND CONTENT:
SARA L. KISTLER, ACTING UNITED
STATES TRUSTEE FOR REGION 17

By: _____
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone:   (702) 388-6600 Ext. 235
Telefax:     (702) 388-6658
Email:       augie.landis@usdoj.gov

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:206326.2