E FILED ON 8/20/09
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Virginia Springall-Smith

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
\* \* \* \* \* \***

| | | |
|---|---|---|
| In re: | ) | |
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 10/2/09 |
| | ) | Time: 1:30 p.m. |

**NOTICE OF HEARING RE:
MOTION FOR RELIED FROM AUTOMATIC STAY**

TO:   OFFICE OF THE UNITED STATES TRUSTEE
       ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a Motion for Relief From Automatic Stay was filed on August 20, 2009,   by THOMAS E. CROWE, ESQ..  The application seeks an order lifting the automatic stay.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then you must file an opposition with the court, and serve a copy on the person making the Application ***no later than 15 days*** after the date of this Notice.  If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served ***no later than 5 business days*** before the

hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada on October 2, 2009, at the hour of 1:30 p.m..

DATED this 20th of August, 2009.

           THOMAS E. CROWE PROFESSIONAL
           LAW CORPORATION

           By /s/ THOMAS E. CROWE
             THOMAS E. CROWE, ESQ.
             7381 W. Charleston Blvd.
             Suite 110
             Las Vegas, NV  89117

             ###