JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
 and  tbw@jonesvargas.com

Attorneys for Commerce Associates, LLC
and Bravo Underground, Inc.

*Electronically Filed on August 21, 2009*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al.,<br><br>Debtor.<br><br>■ Affects all Debtors.<br>☐ Affects the Following Debtors: | Case No.   BK-S-09-14814-lbr<br>Chapter    11<br><br>**RULE 2019 VERIFIED STATEMENT OF JONES VARGAS** |

I, Janet L. Chubb, Esq., declare, under penalty of perjury, and state, as follows:

1. I am an attorney licensed to practice law in the state of Nevada and am a shareholder of the law firm of Jones Vargas. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. Commerce Associates, LLC, ("Commerce") is a long time client of Jones Vargas. Commerce engaged Jones Vargas in 2004 to represent it with regard to the sale of real property to Rhodes Development and Design Corporation. Jones Vargas has continued to represent Commerce with regard to Rhodes Development and Design Corporation through to the present, including during the pendency of these Chapter 11 cases.

3. Bravo Underground, Inc., ("Bravo") is also a long time client of Jones Vargas, having first engaged the firm in 2005. Bravo requested that Jones Vargas review and monitor these Chapter 11 cases on its behalf because it is continuing to do work for the Debtors and may

1

1  have mechanics lien issues in the future.

2  DATED this 21st day of August, 2009.

3  JONES VARGAS

4  By:  //s// Janet L. Chubb
   JANET L. CHUBB, ESQ.

6  Attorneys for Commerce Associates, LLC, and Bravo Underground, Inc.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

2

**CERTIFICATE OF SERVICE**

1. On August 21, 2009, we filed and served the following document(s):

**RULE 2019 VERIFIED STATEMENT OF JONES VARGAS**

2. Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

- a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- BRETT A. AXELROD    lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com
- SHIRLEY S. CHO    scho@pszjlaw.com
- JANET L. CHUBB    tbw@jonesvargas.com
- DAVID A. COLVIN    mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com
- THOMAS E. CROWE    tcrowelaw@yahoo.com
- RICHARD I. DREITZER    richard.dreitzer@bullivant.com
- REW R. GOODENOW    ecf@parsonsbehle.com
- KIRBY C. GRUCHOW    hkelley@leachjohnson.com
- RODNEY M. JEAN    RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com
- BART K. LARSEN    blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com
- ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- CHARLES M. LITT    rblack@feinberggrant.com, efilings@hotmail.com
- JANIECE S MARSHALL    jm@amclaw.com, jag@amclaw.com
- EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
- SUSAN L. MYERS    smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
- JEFFREY D. OLSTER    olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com
- MARK R. SOMERSTEIN    mark.somerstein@ropesgray.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- TIMOTHY P. THOMAS    tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- DONALD H. WILLIAMS    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

3

|   |   |   |
|---|---|---|
| 1 | ☐ b. | **United States mail, postage fully prepaid** (list persons and addresses): |
| 2 | ☐ c. | **Personal Service** (list persons and addresses): I personally delivered the document(s) to the persons at these addresses: |
| 4 | ☐ d. | **By direct email (as opposed to through the ECF System)** (list persons and email addresses): |
| 5 | ☐ e. | **By fax transmission** (list persons and fax numbers): |
| 6 | ☐ f. | **By messenger**: |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of August, 2009.

Tawney Waldo             /s/ Tawney Waldo
Name                     Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

4