**Entered on Docket
August 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
TIMOTHY P. THOMAS, ESQ.
Nevada Bar No. 005148
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
              tthomas@klnevada.com

IRA S. DIZENGOFF (NY Bar No. 2565687)
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    idizengoff@akingump.com
              pdublin@akingump.com
              aqureshi@akingump.com

Counsel for **First Lien Steering Committee**

Rew R. Goodenow (NV Bar No. 3722)
Karl Y. Olsen (NV Bar No. 6767)
PARSONS, BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
E-Mail:    rgoodenow@parsonsbehle.com
              karlolsen@parsonsbehle.com

J. Thomas Beckett (Utah Bar No. 5587)
David P. Billings (Utah Bar No. 11510)
PARSONS, BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.536.6700
Facsimile: 801.536.6111
E-Mail:    tbeckett@parsonsbehle.com
              dbillings@parsonsbehle.com

Counsel for the **Official Committee of
Unsecured Creditors**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | **HEARING DATE:** N/A |
| | **HEARING TIME:** N/A |
| **Affects:** | STIPULATION AND AGREED ORDER BY AND AMONG THE FIRST LIEN STEERING COMMITTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE RHODES COMPANIES, LLC, ET AL. TO EXTEND THE TIME FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CHALLENGE PREPETITION OBLIGATIONS UNDER THE FINAL STIPULATED CASH COLLATERAL ORDER |
| ☒ All Debtors | |
| ☐ The following Debtor(s): | |

The First Lien Steering Committee (the "<u>First Lien Steering Committee</u>"), consisting of certain unaffiliated lenders under the Credit Agreement dated as of November 21, 2005 among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed Therein as the Lenders (collectively, the "<u>First Lien Lenders</u>"), and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead Arranger, and the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") of The Rhodes Companies, LLC, et al.,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

(collectively, the "Debtors") by and through their respective counsel, hereby enter into this stipulation and agreed order (the "Stipulated Order") and stipulate and agree as follows:

### RECITALS[2]

WHEREAS, on March 31, 2009 or April 1, 2009 (collectively, the "Petition Date") each of the Debtors filed in the United States Bankruptcy Court for the District of Nevada (the "Court") a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, on April 10, 2009, the Court entered an order jointly administering these chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules");

WHEREAS, on May 26, 2009 (the "Committee Formation Date") the Office of the United States Trustee for the District of Nevada appointed the Creditors' Committee. The Creditors' Committee currently consists of four members;

WHEREAS, on April 30, 2009, the Court entered a Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders Re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364 of Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Debtors' Prepetition Secured Parties and (C) Scheduling a Final Hearing; Memorandum of Points and Authorities Filed by Zachariah Larson on Behalf of Heritage Land Company, LLC [Relates to Heritage Docket No. 35] (the "Final Stipulated Cash Collateral Order"); and

WHEREAS, pursuant to paragraphs 10 and 11 of the Final Stipulated Cash Collateral Order, the Creditors' Committee has ninety days from the Committee Formation Date (through

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Stipulated Cash Collateral Order.

1  and including August 24, 2009) to file an adversary proceeding or contested matter asserting a
2  Challenge to the First Priority Indebtedness or the First Priority Liens.

### AGREED ORDER

**NOW, THEREFORE**, the First Lien Steering Committee and the Creditors' Committee hereby stipulate and agree that, upon Court approval hereof, it shall be ordered that:

1. The deadline established by paragraphs 10 and 11 of the Final Stipulated Cash Collateral Order with respect to the Creditors' Committee's time to file an adversary proceeding or contested matter asserting a Challenge to the First Priority Indebtedness or the First Priority Liens shall be extended from August 24, 2009, through and including September 11, 2009 (or such later date as may be agreed to by the First Lien Steering Committee, in its sole discretion).

2. Notwithstanding the extension for the Creditors' Committee set forth in the preceding paragraph, this Stipulated Order shall not entitle any other party to an extension of time

. . .

beyond August 24, 2009, to assert a Challenge to the First Priority Indebtedness or the First Priority Liens.

Dated this 26th day of August, 2009.

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Philip C. Dublin
   IRA S. DIZENGOFF (NY Bar # 2565687)
   PHILIP C. DUBLIN (NY Bar #2959344)
   ABID QURESHI (NY Bar # 2684637)
   One Bryant Park
   New York, NY 10036
   Telephone: 212.872.1000
   Facsimile: 212.872.1002
   E-Mail:  idizengoff@akingump.com
              pdublin@akingump.com
              aqureshi@akingump.com
              idizengoff@akingump.com

NILE LEATHAM, ESQ. (Nevada Bar #2838)
TIMOTHY P. THOMAS, ESQ.
 (Nevada Bar #5148)
**KOLESAR & LEATHAM, CHTD**.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         tthomas@klnevada.com

*Counsel for First Lien Steering Committee*

Dated this 26th day of August, 2009.

**PARSONS, BEHLE & LATIMER**

By: /s/ J. Thomas Beckett
   J. Thomas Beckett (Utah Bar No. 5587)
   David P. Billings (Utah Bar No. 11510)
   One Utah Center
   201 South Main Street, Suite 1800
   Salt Lake City, UT 84111
   Telephone: 801.536.6700
   Facsimile: 801.536.6111
   E-Mail:  tbeckett@parsonsbehle.com
              dbillings@parsonsbehle.com

Rew R. Goodenow (NV Bar No. 3722)
Karl Y. Olsen (NV Bar No. 6767)
PARSONS, BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
E-Mail:  rgoodenow@parsonsbehle.com
         karlolsen@parsonsbehle.com

*Counsel for the **Official Committee of Unsecured Creditors***

# # #

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472