James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-File:  August 27, 2009

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. 09-14814 LBR

Date:  August 28, 2009
Time:   1:30 p.m.
Place:  Courtroom 1

**PLAN EXCLUSIVITY AND CASH COLLATERAL STIPULATION**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalk-line, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:207064.2

This Stipulation is entered into by and between the Debtors, the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), the Administrative Agent for the Second Lien Lenders (the "Second Lien Agent"), the Official Committee of Unsecured Creditors (the "OCUC"), and certain non-Debtor affiliates of the Debtors (the "Non-Debtor Affiliates"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

## RECITALS

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364*, etc. [Docket No. 126] (the "Final Cash Collateral Order");

WHEREAS, the Debtors filed the *Emergency Motion to Extend Cash Collateral Termination Date* [Docket No. 236] (the "Cash Collateral Extension Motion");

WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket Number 236] [Docket No. 321];

WHEREAS, the Agent filed the *Objection to and Joinder in First Lien Steering Committee's Objection to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket No. 314];

WHEREAS, the OCUC filed the *Committee's Statement Regarding Debtors' Pending Motions to Extend Exclusivity and Allow Continued Use of Cash Collateral* [Docket No. 324];

WHEREAS, the Parties have previously entered into the Plan and Exclusivity Stipulation

(the "First Stipulation"), which Stipulation was approved by the *Order Granting Plan Exclusivity and Cash Collateral Stipulation* [Rhodes Docket No. 336];

WHEREAS, pursuant to the First Stipulation, the Cash Collateral Termination Date as defined in the Final Cash Collateral Order is currently set to expire on August 28, 2009 at 11:59 p.m. prevailing pacific time;

WHEREAS, pursuant to the First Stipulation, the Parties agreed that none of the Parties would file a plan of reorganization prior to August 28, 2009;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

### AGREEMENT

1. None of the Parties shall file a plan of reorganization or facilitate any other person in filing a plan of reorganization prior to September 18, 2009.

2. Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Collateral Order through October 2 at 11:59 p.m. (prevailing Pacific Time) based on the Budget filed with the Court on July 28, 2009 [Docket No. 359], which shall replace the original Budget attached to the Final Cash Collateral Order, with all other provisions of the Final Cash Collateral Order remaining in full force and effect, except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waived under the First Stipulation.

3. The Cash Collateral Extension Motion shall be continued to the omnibus hearing on October 2, 2009.

Dated:  August 27, 2009

DOCS_LA:207064.2

3

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

| | |
|---|---|
| **APPROVED** | **APPROVED** |
| By: _/s/ Philip C. Dublin_ | By: _/s/ Ramon M. Naguiat_ |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Ira S. Dizengoff (NY Bar No. 2565687) | Ramon M. Naguiat |
| Philip C. Dublin (NY Bar No. 2959344) | 300 S. Grand Ave., #3400 |
| Abid Qureshi (NY Bar No. 268437) | Los Angeles, CA 90071 |
| One Bryant Park | *Counsel for Credit Suisse, Cayman Islands Branch, as Agent for First Lien Lenders* |
| New York, NY 10036 | |
| *Counsel for the First Lien Steering Committee* | |
| | **APPROVED** |
| **APPROVED** | By: _/s/ J. Thomas Beckett_ |
| By: _/s/ Mark R. Somerstein_ | J. Thomas Beckett |
| ROPES & GRAY LLP | Parsons Behle & Latimer |
| Don S. De Amicis | One Utah Center |
| Mark R. Somerstein | 201 South Main Street, Suite 1800 |
| Benjamin L. Schneider | Salt Lake City, UT 84111 |
| 1211 Avenue of the Americas | *Counsel for Official Committee of Unsecured Creditors* |
| New York, NY 10036-8704 | |
| *Counsel for Wells Fargo, N.A., as Agent for the Second Lien Lenders* | |
| **APPROVED** | **APPROVED** |
| By: _/s/ Brett A. Axelrod_ | By: _/s/ James I. Stang_ |
| Brett A. Axelrod | James I. Stang |
| Greenberg Traurig, LLP | Pachulski Stang Ziehl Young & Jones LLP |
| 3773 Howard Hughes Parkway | 10100 Santa Monica Blvd., 11th Floor |
| Suite 400 North | Los Angeles, CA 90067 |
| Las Vegas, NV 89169 | *Counsel for Debtors and Debtors-in-Possession* |
| *Counsel for James M. Rhodes and Sagebrush Enterprises, Inc.* | |

DOCS_LA:207064.2

4