# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,

Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 18**

KTGY GROUP, INC. hereby withdraws its proof of claim, designated as Claim No. 18 filed in the above-captioned case.

Dated: 8/24, 2009

By: Genae Jenkins (print name)
Its: Project Accountant (title)

73203-002\DOCS_SF:66940.1