Entered on Docket
August 28, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | |
| "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

73203-001\DOCS_LA:204012.4

| Affects: | Hearing Date: August 28, 2009 |
| --- | --- |
| ☐ All Debtors | Hearing Time: 1:30 p.m. |
| ☒ Affects the following Debtor(s) | Courtroom 1 |
| Bravo, Inc. | |

### ORDER GRANTING STIPULATION FOR CONTINUANCE [Docket No. 302]

Upon consideration of the *Stipulation for Continuance* between Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC (the "Movant"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved, the hearing on the *Motion for Relief from Stay* [Docket Number 302] shall take place on October 2, 2009 at 1:30 p.m.

PREPARED AND SUBMITTED BY:

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 38201169
Attorneys for the Debtors

APPROVED/~~DISAPPROVED~~:
SARA L. KISTLER,
ACTING UNITED STATES TRUSTEE

By: [signature]
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone: (702) 388-6600 Ext. 235
Telefax: (702) 388-6658

Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:204012.4                    2

| | |
|---|---|
| James I. Stang, Esq. (CA Bar No. 94435)<br>Shirley S. Cho, Esq. (CA Bar No. 192616)<br>Werner Disse, Esq. (CA Bar No. 143458)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email: jstang@pszjlaw.com<br>       scho@pszjlaw.com<br>       wdisse@pszjlaw.com | E-file: August 27, 2009 |

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐   All Debtors<br>☒   Affects the following Debtor(s)<br>     Bravo, Inc. | Hearing Date:  August 28, 2009<br>Hearing Time:  1:30 p.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:203945.6

# STIPULATION FOR CONTINUANCE

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC ("Movant"), by and through undersigned counsel, hereby represent and stipulate as follows:

A. Movant's *Motion for Relief from Stay* [Rhodes Docket Number 302] (the "Motion") currently is scheduled for hearing on August 28, 2009.

B. The parties are trying to resolve the Motion consensually and require additional time to accomplish this result. Accordingly, the parties desire to continue the hearing on the Motion until the omnibus hearing date on October 2, 2009 at 1:30 p.m.

C. The parties are seeking an order of this Court approving this Stipulation for a continuance in order to ensure that Movant does not waive its rights under the "30 day rule" pursuant to Local Rule 4001(a)(1)(B) and does not waive any rights afforded by section 362 of the Bankruptcy Code.

WHEREFORE, the parties stipulate and agree, subject to the approval of this Court, to continue the hearing on the Motion until the omnibus hearing date on October 2, 2009 at 1:30 p.m., or to such other date as the Court deems appropriate.

| | |
|---|---|
| LARSON & STEPHENS | LEWIS BRISBOIS BRISGAARD & SMITH LLP |
| By: /s/ Zachariah Larson, Esq.<br>Zachariah Larson, Esq., Bar No. 7787<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-1170<br>Fax: (702) 38201169<br>Attorneys for the Debtors | By: /s/ Janice J. Brown, Esq.<br>Janice J. Brown, Esq., Bar No. 001118<br>400 South Fourth St., Suite 500<br>Las Vegas, Nevada 89101<br>Tel: (702) 893-3303<br>Fax: (702) 893-3789<br>Attorneys for Movant |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:203945.6

2