UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor. | Case No.: BK-S-09-14814-LBR<br><br>Chapter 11 |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 34

EAGLE PAINTING & DRYWALL hereby withdraws its proof of claim, designated as Claim No. 34 filed in the above-captioned case.

Dated: __8-27-09__, 2009

_____
(signature)
By: Cynthia Stine         (print name)
Its: Vice President        (title)

73203-002\DOCS_SF:66928.1