James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: August 31, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201044.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Affects:
☐ All Debtors
☒ Affects the following Debtor(s)

Apache Framing, LLC
Batcave, LP
Bravo, Inc.
Chalkline, LP
Elkhorn Partners, a Nevada LP
Geronimo Plumbing, LLC
Glynda, LP
Gung-Ho Concrete, LLC
Heritage Land Company, LLC
Jackknife, LP
Overflow, LP
Parcel 20, LLC
Pinnacle Grading, LLC
Rhodes Homes Arizona, LLC
Rhodes Arizona Properties, LLC
Rhodes Ranch Golf Country Club, LLC
Rhodes Ranch General Partnership
Six Feathers Holdings, LLC
Tribes Holdings, LLC
Tick, LP
Tuscany Golf Country Club, LLC
Wallboard, LP

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER CONTINUING DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND APPROVING STIPULATION THEREON [DOCKET NO. 354]** was entered on August 31, 2009. A copy of the Order is attached hereto.

**DATED** this 31st day of August, 2009.

                      **LARSON & STEPHENS**

                      /s/ Zachariah Larson, Esq.
                      Zachariah Larson, Bar No. 7787
                      Kyle O. Stephens, Bar No. 7928
                      810 S. Casino Center Blvd., Suite 104
                      Las Vegas, NV 89101
                      Attorneys for Debtor

**Entered on Docket**
**August 31, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
|  | (Jointly Administered) |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

73203-002\DOCS_LA:207039.1

|  |  |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] <br> Debtors. | Chapter 11 |
| Affects: <br> ☐ All Debtors <br> ☒ Affects the following Debtor(s): <br> APACHE FRAMING, LLC <br> BATCAVE, LP <br> BRAVO, INC. <br> CHALKLINE, LP <br> ELKHORN PARTNERS, A NEVADA LP <br> GERONIMO PLUMBING LLC <br> GLYNDA, LP <br> GUNG-HO CONCRETE LLC <br> HERITAGE LAND COMPANY, LLC <br> JACKKNIFE, LP <br> OVERFLOW, LP <br> PARCEL 20, LLC <br> PINNACLE GRADING, LLC <br> RHODES HOMES ARIZONA, LLC <br> RHODES ARIZONA PROPERTIES, LLC <br> THE RHODES COMPANIES, LLC <br> RHODES RANCH GOLF COUNTRY CLUB, LLC <br> RHODES RANCH GENERAL PARTNERSHIP <br> SIX FEATHERS HOLDINGS, LLC <br> TRIBES HOLDINGS, LLC <br> TICK, LP <br> TRIBES HOLDINGS, LLC <br> TUSCANY GOLF COUNTRY CLUB, LLC <br> WALLBOARD, LP | Hearing Date: August 28, 2009 <br> Hearing Time: 1:30 p.m. <br> Courtroom 1 |

## ORDER CONTINUING DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND APPROVING STIPULATION THEREON [DOCKET NO. 357]

Upon consideration of the attached Stipulation to continue the hearing on the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy*

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:207039.1    2

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

*Code, Bankruptcy Rules 3003 and 3007* (the "Objection"),[2] filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), IT IS HEREBY ORDERED THAT:

1. The Objection currently set for hearing on August 28, 2009 at 1:30 p.m. is continued to the omnibus hearing on October 2, 2009 at 1:30 p.m. The deadline for the IRS to respond to the Objection shall be extended to September 18, 2009 at 5 p.m. and the deadline for any response shall be September 25, 2009 at 5:00 p.m.

DATED this 28th day of August 2009.

APPROVED/~~DISAPPROVED~~

SARA L. KISTLER,
ACTING UNITED STATES TRUSTEE

By: /s/ August B. Landis
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone: (702) 388-6600 Ext. 235
Telefax:   (702) 388-6658
Email:     augie.landis@usdoj.gov

Submitted by:
DATED this ___ day of August 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

73203-002\DOCS_LA:207039.1                3

### Stipulation Between Internal Revenue Service and Debtors

Regarding the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* (the "Objection"), filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), the Debtors and the Internal Revenue Service ("IRS") hereby stipulate and agree in order to allow the parties additional time to consensually resolve all of the IRS's claims:

1. The Objection currently set for hearing on August 28, 2009 at 1:30 p.m. is continued to the omnibus hearing on October 2, 2009 at 1:30 p.m.

2. The deadline for the IRS to respond to the Objection shall be extended to September 18, 2009 at 5 p.m. and the deadline for any response shall be September 25, 2009 at 5:00 p.m.

3. Nothing in this Stipulation shall be deemed a waiver of personal jurisdiction by the United States.

Dated: August 27, 2009

By /s/ Rollin G. Thorley, Esq.
Rollin G. Thorley, Esq.
Counsel
Internal Revenue Service

Dated: August 27, 2009

By /s/ Shirley S. Cho
Shirley S. Cho, Esq.
Co-Counsel for The Rhodes Companies, LLC, Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:207039.1

4