E FILED ON 9/2/09
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Virginia Springall-Smith

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
### * * * * * *

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 10/2/09 |
| | ) | Time: 1:30 p.m. |

### CERTIFICATE OF E-SERVICE
### AMENDED MOTION FOR RELIEF FROM STAY

The undersigned certifies that on the 26th day of August, 2009, she submitted the

**AMENDED MOTION FOT RELIEF FROM STAY** to the Court for electronic filing and for

servicing upon parties on the Court's service list for the above-referenced case.


 /s/ PAMELA POULSEN
PAMELA POULSEN, an employee of
THOMAS E. CROWE, P.L.C.

   ###