James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: September 1, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1] | (Jointly Administered) |
| Debtors. | Chapter 11 |
| Affects: | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:207339.1

☒ All Debtors
☐ Affects the following Debtor(s)

**CERTIFICATE OF SERVICE**

1. On the 1st day of September, 2009, I served the following document(s) (specify):

    a. **Notice of Entry of Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon [Docket No. 452]; and**
    b. **Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy code, Bankruptcy Rules 3003 and 3007 [Docket No. 357].**

2. I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ☐    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    **09-14814-lbr Notice will be electronically mailed to:**

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com,
    axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
    scho@pszjlaw.com

    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
    tbw@jonesvargas.com

    DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
    mwalters@marquisaurbach.com,
    dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

    RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
    richard.dreitzer@bullivant.com

    REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
    ecf@parsonsbehle.com

    KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
    hkelley@leachjohnson.com

    ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:207339.1

2

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com,
susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    b.    **United States Certified Mail/Return Receipt Requested, postage fully prepaid**

U.S. Attorney General's Office (tracking no. 7006 2150 0004 8948 6853)
Attn: Civil Process Clerk
555 E. Washington Ave., Ste. 3900
Las Vegas, NV  89101

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

```
                                                  Gregory A. Brower (tracking no. 7006 2150 0004 8948 6815)
 1                                                U.S. Attorney
                                                  333 Las Vegas Blvd. S., Ste. 5000
 2                                                Las Vegas, NV  89101

 3
                                                  Eric Holder (tracking no. 7006 2150 0004 8948 6822)
 4                                                Attorney General
                                                  U.S. Department of Justice
 5                                                950 Pennsylvania Ave.
                                                  Washington, D.C.  20530-0001
 6
                                                  Sandra McKenzie (tracking no. 7006 2150 0004 8948 5757)
 7                                                Bankruptcy Specialist
                                                  Internal Revenue Service
 8                                                110 City Parkway, Stop 5028 LVG
                                                  Las Vegas, NV  89106
 9
10                                                Rose Milchling (tracking no. 7006 2150 0004 8948 5740)
                                                  Bankruptcy Specialist
11                                                Internal Revenue Service
                                                  110 City Parkway, Stop 5028 LVG
12                                                Las Vegas, NV  89106

13
                                                  Rollin G. Thorley (tracking no. 7006 2150 0004 8948 6839)
14                                                Sr. Counsel (Las Vegas)
                                                  Dept. of the Treasury
15                                                Internal Revenue Service
                                                  Office of Division counsel
16                                                Small Business/Self-Employed
                                                  110 City Parkway, Suite 301
17                                                Las Vegas, NV  89106

18
19           **I declare under penalty of perjury that the foregoing is true and correct.**

20
                                                  Signed on (date): September 1, 2009
21

22
                                                  Sophia L. Lee                        [signature]
23                                                (Name of Declarant)                  (Signature of Declarant)
```

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:207339.1                                  4