James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

E-File:  September 3, 2009

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

---

*Sidebar (left margin):*
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Affects:
☒   All Debtors
☐   Affects the following Debtor(s)

### NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER APPROVING MOTION TO APPROVE STIPULATION AMONG DEBTORS AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS AGENT, AUTHORIZING AGENT TO FILE CONSOLIDATED PROOFS OF CLAIM ON BEHALF OF ITSELF AND THE SECOND LIEN LENDERS *NUNC PRO TUNC* TO EXECUTION DATE OF STIPULATION [DOCKET 460]** was entered on September 3, 2009.  A copy of the Order is attached hereto.

**DATED** this 3rd day of  September, 2009.

**LARSON & STEPHENS**


 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

2

3

4

**Entered on Docket
September 03, 2009**

5

~~Hon. Linda B. Riegle~~
Hon. Linda B. Riegle
United States Bankruptcy Judge

6

7

8   James I. Stang, Esq. (CA Bar No. 94435)
    Shirley S. Cho, Esq. (CA Bar No. 192616)
9   Werner Disse, Esq. (CA Bar No. 143458)
    PACHULSKI STANG ZIEHL & JONES LLP
10  10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
11  Telephone: 310/277-6910
    Facsimile: 310/201-0760
12  Email: jstang@pszjlaw.com
        scho@pszjlaw.com
13          wdisse@pszjlaw.com

14

15  Zachariah Larson, Esq. (NV Bar No. 7787)
    LARSON & STEPHENS
16  810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
17  Telephone: 702/382.1170
    Facsimile: 702/382.1169
18  Email: zlarson@lslawnv.com
    Attorneys for Debtors and Debtors in Possession
19

20              **UNITED STATES BANKRUPTCY COURT**

21                   **DISTRICT OF NEVADA**

22  In re:                              Case No.: BK-S-09-14814-LBR
                                        (Jointly Administered)
23

24

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-
25  14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
    Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
26  No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
    14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
27  LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
    Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
28  09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
    Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
    Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
    LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP

73203-002\DOCS_LA:205749.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Chapter 11

Debtors.

Affects:
☒ All Debtors
☐ Affects the following Debtor(s):

Hearing Date: August 28, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

**ORDER APPROVING MOTION TO APPROVE STIPULATION AMONG DEBTORS AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS AGENT, AUTHORIZING AGENT TO FILE CONSOLIDATED PROOFS OF CLAIM ON BEHALF OF ITSELF AND THE SECOND LIEN LENDERS *NUNC PRO TUNC* TO EXECUTION DATE OF STIPULATION [RE DOCKET NO. 373]**

The Court having considered the *Joint Motion to Approve Stipulation Among Debtors and Wells Fargo Bank, National Association, as Agent, Authorizing Agent to File Consolidated Proofs of Claim on Behalf of Itself and the Second Lien Lenders Nunc Pro Tunc to Execution Date of Stipulation* [Docket No. 373] (the "Motion") filed by The Rhodes Companies, LLC, and its affiliated debtor entities, as debtors and debtors in possession and the Agent, and having found that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) the relief requested in the Motion is in the best interest of the Debtors and their respective estates, creditors, and equity security holders, (d) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary, and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings before the Court in connection with the Motion; and after due deliberation and cause appearing therefor, it is hereby:

**ORDERED** that the Motion is **GRANTED** *nunc pro tunc* to the execution date of the Stipulation;[2]

(Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] Capitalized terms used but otherwise not defined herein shall have the same meaning ascribed to them in the Motion.

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1      **ORDERED** that the *Stipulation Among Debtors and Wells Fargo Bank, National*

2   *Association, as Agent, Authorizing Agent to File Consolidated Proofs of Claim on Behalf of Itself*

3   *and the Second Lien Lenders*, attached hereto as Exhibit A, is approved;

4      **ORDERED** that the Agent is authorized to file the Consolidated Proofs of Claim on

5   behalf of itself and the Second Lien Lenders against the Debtors and the Consolidated Proofs of

6   Claim shall be deemed valid proofs of claim against each Debtor obligated under or with respect

7   to the Second Lien Credit Agreement *nunc pro tunc* to the execution date of the Stipulation;

8      **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

9

10   arising from the implementation of this Order.

11   APPROVED ~~AS TO FORM AND CONTENT~~:

12   DATED this 26th day of August 2009.

13   By: _____

14   UNITED STATES TRUSTEE

     August B. Landis
15   Office of the United States Trustee
     300 Las Vegas Blvd. S., Ste. 4300
16   Las Vegas, NV 89101

17   Submitted by:
     DATED this 28th day of August 2009.
18

19   By: ___/s/Zachariah Larson_____
     LARSON & STEPHENS
20   Zachariah Larson, Esq. (NV Bar No 7787)
     Kyle O. Stephens, Esq. (NV Bar No. 7928)
21   810 S. Casino Center Blvd., Ste. 104
     Las Vegas, NV 89101
22   (702) 382-1170 (Telephone)
     (702) 382-1169
23   zlarson@lslawnv.com
     *Attorneys for Debtors*
24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1  James I. Stang, Esq. (CA Bar No. 94435)
2  Shirley S. Cho, Esq. (CA Bar No. 192616)
   Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email: jstang@pszjlaw.com
6       scho@pszjlaw.com
        wdisse@pszjlaw.com
7

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV 89101
10 Telephone: 702/382.1170
   Facsimile: 702/382.1169
11 Email: zlarson@lslawnv.com
12 Attorneys for Debtors and Debtors in Possession

13              **UNITED STATES BANKRUPTCY COURT**

14                    **DISTRICT OF NEVADA**

15 | In re:                               | Case No.: BK-S-09-14814-LBR
                                          | (Jointly Administered)
16 | THE RHODES COMPANIES, LLC, aka       |
17 | "Rhodes Homes," et al.,[1]           | Chapter 11
18 |            Debtors.                  |
   | Affects:                             | Hearing Date: August 28, 2009
19 | ☒    All Debtors                     | Hearing Time: 1:30 p.m.
   | ☐    Affects the following Debtor(s):| Courtroom 1
20
21

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**STIPULATION AMONG DEBTORS AND WELLS FARGO
BANK, NATIONAL ASSOCIATION, AS AGENT, AUTHORIZING
AGENT TO FILE CONSOLIDATED PROOFS OF CLAIM ON
BEHALF OF ITSELF AND THE SECOND LIEN LENDERS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

Wells Fargo Bank, National Association, as successor administrative and collateral agent (the

"Agent") under that certain Credit Agreement dated November 21, 2005 (as may have been

amended from time to time, the "Second Lien Credit Agreement"), providing for a second lien

senior secured credit facility in the original principal amount of $70 million, by and through their

respective undersigned counsel, enter into this stipulation (the "Stipulation") authorizing the

Agent to file consolidated proofs of claim on behalf of itself and the holders of the second lien

loans (the "Second Lien Lenders") against the Debtors, for the reasons and on the terms and

conditions set forth below:

**RECITALS**

A.     On either March 31, 2009 or April, 1, 2009 (collectively, the "Petition Date"), the

Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code"). Pursuant to an order of the Court, the Debtors' chapter 11 cases

are being jointly administered.

B.     On April 10, 2009, the Court entered the *Order Authorizing Joint Administration

of Related Chapter 11 Cases and Setting Single Bar Date and Meeting of Creditors* [Docket No.

128], fixing May 7, 2009 as the date of the meeting of creditors for all Debtors in these cases.

Pursuant to that Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines, 90

days after the date first set at the meeting of creditors, was set as the bar date for filing general

unsecured claims in these chapter 11 cases, or August 5, 2009.

C.     The Debtors are parties to the Second Lien Credit Agreement. The Agent, on

behalf of itself and the Second Lien Lenders, asserts that the Debtors are indebted to the Second

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1    Lien Lenders under the Second Lien Credit Agreement in the aggregate principal amount of not

2    less than $70,700,000, plus interest, fees and costs.

3       D.      On July 30, 2009, the Agent filed consolidated proofs of claim against each of the

4    Debtors for all obligations due under the Second Lien Credit Agreement and related documents.

5       E.      At the Agent's request, the Debtors have agreed that the Agent may file

6    consolidated proofs of claim on behalf of itself and the Second Lien Lenders against the Debtors.

7       **NOW, THEREFORE**, it is hereby stipulated and agreed by and between the

8    parties to this Stipulation, through their undersigned counsel, that:

9

10      1.      To eliminate duplication and minimize costs, the Debtors hereby agree that the

11   Agent may file consolidated proofs of claim on behalf of itself and the Second Lien Lenders

12   against each of the Debtors; provided, however, that nothing contained herein shall affect the

13   right of any Second Lien Lender to file its own proof(s) of claim or to separately vote the amount

14   of its respective claim(s) based upon its holdings under the Second Lien Credit Agreement with

15   respect to any chapter 11 plan for which solicitation of acceptances may be sought in these

16   chapter 11 cases.

17

18      2.      The filing by the Agent of the consolidated proofs of claim in accordance with

19   paragraph 1 hereof shall be deemed valid proofs of claim against each of the Debtors filed by the

20   Agent and each of the Second Lien Lenders under the Second Lien Credit Agreement.

21      3.      The Agent shall not be required to file with its proof of claim any instruments,

22   agreements, notes or other documents (collectively, the "Documents") evidencing the amounts

23   due under the Second Lien Credit Agreement; provided, that, upon reasonable written request,

24   the Agent shall make copies of the Documents available to parties in interest.

25

26      4.      The terms and provisions of this Stipulation shall be binding upon the Debtors

27   and any successors in interest and assigns, including, without limitation, any trustee.

28

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:205749.1                              7

5.    To the extent that the Court denies approval of this Stipulation, the Debtors agree to provide each of the Second Lien Lenders with an extension of time to file proofs of claim through and including the 30th day after the date of entry of an order of the Court denying approval of this Stipulation.

6.    This Stipulation is for procedural purposes only, intended solely for the purpose of administrative convenience and minimizing costs, and shall not be interpreted or construed to affect substantively any right, claim, or defense (a) held by the Debtors, individually or collectively, with respect to such consolidated proofs of claim or any other claim filed against the estates; and (b) in respect of any consolidated proofs of claim filed by the Agent, including, but not limited to, the amount, extent, validity, priority, and enforceability of any claim asserted by such proof of claim.

Dated: July 30, 2009

**STIPULATED AND AGREED:**

By:/s/Shirley S. Cho
    James I. Stang, Esq. (CA Bar No. 94435)
    Shirley S. Cho, Esq. (CA Bar No. 192616)
    Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Tel: (310) 277-6910
Fax: (310) 201-0760
jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

By:/s/Benjamin L. Schneider
        Mark R. Somerstein
        Benjamin L. Schneider
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Mark.Somerstein@ropesgray.com
Benjamin.Schneider@ropesgray.com
Attorneys for Wells Fargo Bank, National
Association, as Agent

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:205749.1                                8