PHILIP S. GERSON, ESQ.
Nevada Bar No.: 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: banknv@rocgd.com
Counsel for Clark County

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC aka | Chapter 11 |
| "Rhodes Homes, et. al.". | |
| Debtor(s). | |

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX

**TO:** THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS

**PLEASE TAKE NOTICE** that PHILIP S. GERSON, ESQ. and OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorney of record for Clark County in the above-entitled proceeding, does hereby request that its address as listed below be added to the Master Mailing Matrix in this case and, as said attorney of record, that I receive notice of all proceedings in this matter.

DATED this 10th day of September, 2009.

Respectfully Submitted By:

_____
PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne
Las Vegas, Nevada 89129
Email: banknv@rocgd.com
Attorneys for CLARK COUNTY