PHILIP S. GERSON, ESQ.
Nevada Bar No.: 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: banknv@rocgd.com
Counsel for Clark County

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>THE RHODES COMPANIES, LLC aka "Rhodes Homes, et. al.".<br><br>Debtor(s). | CASE NO.: BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11 |

### CERTIFICATE OF SERVICE BY ELECTRONIC FILING

I HEREBY CERTIFY that on the 10th day of September, 2009, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX** on the interested parties in this action by causing such document to be transmitted this date via internet/electronic mail for service on all parties in this case via their e-mail addresses or in the manner pursuant to Court order:

/s/ Melissa Burgener
AN EMPLOYEE OF OLSON, CANNON,
GORMLEY & DESRUISSEAUX