1  ROGER J. GRANT, ESQ., NVB: 004103
2  CHARLES M. LITT, ESQ., NVB:006040
   DANIEL CLIFFORD, ESQ., NVB: 007656
3  FEINBERG GRANT MAYFIELD
4  KANEDA & LITT, LLP
   1955 Village Center Circle
5  Las Vegas, Nevada 89134
   (702) 947-4900 / (702) 947-4901 FAX
6
7  Attorneys for Movant
8
                UNITED STATES BANKRUPTCY COURT
9
                     DISTRICT OF NEVADA
10

| | |
|---|---|
| In re | CASE NO.: BK-S-09-14814 |
| RHODES DESIGN AND DEVELOPMENT CORPORATION, a Nevada corporation; RHODES RANCH GENERAL PARTNERSHIP, a Nevada general partnership; | *Motions previously filed in the following cases in error: BK-S-09-14844 and BK-S-09-148646* |
| | CHAPTER: 11 |
| | JUDGE LINDA B. RIEGLE |
| Debtors. | |
| THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; | WITHDRAWAL OF MOTIONS FOR RELIEF FROM AUTOMATIC STAY FOR PURPOSES OF ESTABLISHING LIABILITY AGAINST DEBTOR AS A NOMINAL DEFENDANT [11 U.S.C. § 362] FILED BY THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC. |
| Movant, | |
| v. | |
| RHODES DESIGN AND DEVELOPMENT CORPORATION, a Nevada corporation; RHODES RANCH GENERAL PARTNERSHIP, a Nevada general partnership; | Hearing Date:  10/2/09 |
| | Hearing Time:  1:30 p.m. |
| Respondents. | |

26    **COMES NOW** Movant, The Preserve at Elkhorn Springs Homeowners
27  Association, Inc., pursuant to the Motion of Debtor For Order Approving Settlement
28  Agreement with The Preserve at Elkhorn Springs Homeowners Association Pursuant

to Bankruptcy Rule 9019, and hereby withdraws its Motions for Relief from Automatic Stay for Purposes of Establishing Liability Against Debtor as a Nominal Defendant [11 U.S.C. § 362] erroneously filed in consolidated case numbers BK-S-09-14844 and BK-S-09-148646 on July 28, 2009.

DATED: September 9, 2009        *s:/Daniel H. Clifford, Esq.*
                                Attorneys for Movant

### CERTIFICATE OF E-SERVICE

The below hereby certifies that on the 10th [~~9th~~] day of September, 2009, she submitted WITHDRAWAL OF MOTIONS FOR RELIEF FROM AUTOMATIC STAY FOR PURPOSES OF ESTABLISHING LIABILITY AGAINST DEBTOR AS A NOMINAL DEFENDANT [11 U.S.C. § 362] FILED BY THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC. to the court for electronic filing and for service upon parties on the Court's service list for the above-referenced case.

*s:/ Robin Black*
An employee of the law firm of FEINBERG GRANT MAYFIELD KANEDA & LITT, LLP