# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,

Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 44**

SUNRISE MECHANICAL, INC. hereby withdraws its proof of claim, designated as Claim No. 44 filed in the above-captioned case.

Dated: 9-9-, 2009

By: Bonnie Reaves (signature) (print name)
Its: VPCFO (title)