James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

E-File: September 11, 2009

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>           Debtors.<br><br>Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

## DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL

I, Daryl M. Williams, hereby declare that the following is true to the best of my knowledge, information and belief: I am a partner of Baird, Williams & Greer, LLP, (the "Firm") which maintains offices at 6225 N. 24th St., Suite 125, Phoenix, Arizona, 85016.

1.      This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of Nevada that I am informed authorizes the above-captioned debtors and debtors in possession (the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases (the "Chapter 11 Cases").

2.      The Firm, through me, and members of the firm, have represented and advised the Debtors as counsel of record with respect to a broad range of aspects of the Debtors' business, including the action pending in the Maricopa County Superior Court for the state of Arizona, CV2006-011358, since August 4, 2006.

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to section 327 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with respect to such matters.  Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: conclude the pending litigation through trial and post-trial proceedings.

4.      The Firm's current customary [hourly] rates, subject to change from time to time, are set forth in the schedule attached as exhibit A to this declaration.  In the normal course of business, the Firm revises its regular [hourly] rates at the first of each year and requests that, effective the first of each year, the aforementioned rates be revised to the regular [hourly] rates which will be in effect at that time.

5.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any employee thereof has any connection with the Debtors or currently represents any of their creditors, other parties-in-interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to,

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1    connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors,

2    their estates or any class of creditors or equity interest holders.

3          6.     I believe that the Firm's representation of any other client in matters entirely

4    unrelated to the Debtors is not adverse to the Debtors' interests, or the interests of their creditors

5    or estates in respect of the matters for which the Firm will be engaged, nor will such services

6    impair the Firm's ability to represent the Debtors in the ordinary course in these Chapter 11

7    Cases.

8          7.     In addition, although unascertainable at this time after due inquiry, due to the

9    magnitude of the Debtors' potential universe of creditors and the Firm's clients, the Firm may

10   have in the past represented, currently represent, and may in the future represent entities that are

11   claimants of the Debtors in matters entirely unrelated to the Debtors and their estates.  The Firm

12   does not and will not represent any such entity in connection with these pending Chapter 11

13   Cases and does not have any relationship with any such entity, attorneys or accountants that

14   would be adverse to the Debtors or their estates.

15         8.     In the past year, the Firm has rendered services that have not yet been billed or

16   that have been billed but with respect to which payment has not yet been received.  The Firm is

17   currently owed $67,022.76 on account of such prepetition services, and additional services and

18   costs have been billed during the course of the bankruptcy prior to my retention by the

19   bankruptcy estate because of the necessity attending a pending, albeit stayed, case.  These post-

20   petition, pre-retention fees total $11,888.13.  Post-petition, pre-retention out-of-pocket costs

21   incurred total $3,777.15.

22         9.     In light of the foregoing, I believe that the Firm does not hold or represent any

23   interest materially adverse to the Debtors, their estates, creditors, or equity interest holders, as

24   identified to the Firm, with respect to the matters in which the firm will be engaged.

25         10.     Except as set forth herein, no promises have been received by the Firm or any

26   partner, associate or other professional thereof as to compensation in connection with these

27   Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1    Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure

2    of the United States Bankruptcy Court for the District of Delaware, and orders of this Court.

3          11.    The Firm further states that it has not shared, nor agreed to share any

4    compensation received in connection with these Chapter 11 Cases with another party or person,

5    other than as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

6          The foregoing constitutes the statement of the Firm pursuant to sections 329 and 504 of

7    the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(b).

8
9          I declare under penalty of perjury under the laws of the United States of America that the

10    foregoing is true and correct.

11          Executed this 10th day of September 2009, in Phoenix, Arizona.

12

13    Daryl M. Williams
Baird, Williams & Greer, LLP
14    6225 N. 24th St., Suite 125
Phoenix, AZ 85016
15

16

17

18

19

20

21

22

23

24

25

26

27

28

73203-002\DOCS_LA:202367.1    4

# Exhibit A

## BAIRD, WILLIAMS & GREER, L.L.P.
### Billing Rates as of June 2009

| Attorney Name | Initials | Hourly Rate |
|---|---|---|
| J. Ernest Baird | JEB | $325.00 |
| Daryl M. Williams | DMW | $450.00 |
| Robert L. Greer | RLG | $300.00 |
| James B. Reed | JBR | $225.00 |
| Michael C. Blair | MCB | $300.00 |
| Craig M. LaChance | CML | $225.00 |
| Jill J. Ormond | JJO | $200.00 |
| Carlos B. Gutierrez | CBG | $180.00 |
| Jacob M. Lewis | JML | $175.00 |
| Legal Assistant Name | Initials | Hourly Rate |
| Kim E. Spence | KES | $175.00 |
| Jeff H. Elder | JHE | $165.00 |
| Sarah E. Saucedo | SES | $100.00 |
| Dara J. Wilson | DJW | $105.00 |
| Document Clerk | DOC | $ 40.00 |

Z:\ZZ BWG Billing Rates\09.0617.wpd