# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 13

TRINITY GREEN SERVICES, LLC hereby withdraws its proof of claim, designated as Claim No. 13, filed in the above-captioned case.

Dated: Sept. 9, 2009

*Gayle Hennig, Controller* (signature)

By: Gayle Hennig (print name)
Its: Controller (title)