James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: September 22, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

# NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an ORDER APPROVING STIPULATION RE FILING OF PLAN AND SCHEDULING REQUEST RE DISCLOSURE STATEMENT HEARING AND LEASE ASSUMPTION/REJECTION DEADLINE [Re: Docket No. 491] was entered on September 22, 2009. A copy of the Order is attached hereto.

**DATED** this 22nd day of September, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1        2

**Entered on Docket**
**September 22, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtors: | Case No. 09-14814 LBR |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818);

DOCS_LA:207988.1

### ORDER APPROVING STIPULATION RE FILING OF PLAN AND SCHEDULING REQUEST RE DISCLOSURE STATEMENT HEARING AND LEASE ASSUMPTION/REJECTION DEADLINE [Re: Docket No. 491]

Upon consideration of the Stipulation re Filing of Plan and Scheduling Request re Disclosure Statement Hearing and Lease Assumption/Rejection Deadline [Docket No. 491] (the "Stipulation"), a copy of which is attached hereto for reference, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. The hearing on the disclosure statement currently set for October 19, 2009 at 9:30 a.m. shall be heard on the Debtors' omnibus hearing date of October 30, 2009 at 1:30 p.m.; and

3. The Debtors shall be permitted to schedule the hearing for a motion for extension of the section 365(d)(4) lease assumption/rejection deadline on October 19, 2009 at 9:30 a.m.

(APPROVED) DISAPPROVED:

DATED this 18th day of September 2009.

By: _____
UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

---

Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:207988.1

1  Submitted by:

2  DATED this 17th day of September 2009.

3  By:  /s/Zachariah Larson
   LARSON & STEPHENS
4  Zachariah Larson, Esq. (NV Bar No 7787)
   Kyle O. Stephens, Esq. (NV Bar No. 7928)
5  810 S. Casino Center Blvd., Ste. 104
6  Las Vegas, NV 89101
   (702) 382-1170 (Telephone)
7  (702) 382-1169
   zlarson@lslawnv.com
8  *Attorneys for Debtors and*
   *Debtors in Possession*
9

DOCS_LA:207988.1

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-File: September 17, 2009

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. 09-14814 LBR

Date: October 19, 2009
Time: 9:30 a.m.
Place: Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:207935.1

### STIPULATION RE FILING OF PLAN AND SCHEDULING REQUEST RE DISCLOSURE STATEMENT HEARING AND LEASE ASSUMPTION/REJECTION DEADLINE

This Stipulation is entered into by and between the Debtors, the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), the Administrative Agent for the Second Lien Lenders (the "Second Lien Agent"), the Official Committee of Unsecured Creditors (the "OCUC"), and certain non-Debtor affiliates of the Debtors (the "Rhodes Entities"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

### RECITALS

WHEREAS, the Court has set October 19, 2009 at 9:30 a.m. as the date and time for hearing on approval of the disclosure statement ("Disclosure Statement Approval Hearing");

WHEREAS, the Parties require additional time to file and prepare the plan of reorganization and disclosure statement;

WHEREAS, the Parties have agreed to not file any plan of reorganization through and including September 18, 2009 ("Plan Moratorium");

WHEREAS, the Debtors' deadline to assume or reject leases pursuant to section 365(d)(4) of the Bankruptcy Code is set to expire on October 27, 2009 ("Lease Extension Deadline");

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

# AGREEMENT

1. The Plan Moratorium is extended through and including September 25, 2009; provided, however, that if the Parties agree on the terms of a plan of reorganization in advance of September 25, 2009, such agreed upon plan may be filed in advance of September 25, 2009;

2. The Parties respectfully request that the Disclosure Statement Approval Hearing be moved to October 30, 2009 at 1:30 p.m. pacific; and

3. The Debtors respectfully request that the hearing on the Debtors' motion to extend the Lease Extension Deadline be heard on October 19, 2009 at 9:30 a.m. pacific.

Dated: September 17, 2009

**APPROVED**

By: /s/ Philip C. Dublin
AKIN GUMP STRAUSS
HAUER & FELD LLP
Ira S. Dizengoff (NY Bar No. 2565687)
 Philip C. Dublin (NY Bar No. 2959344)
 Abid Qureshi (NY Bar No. 268437)
One Bryant Park
New York, NY 10036
*Counsel for the First Lien Steering Committee*

**APPROVED**

By: /s/ Mark R. Somerstein
ROPES & GRAY LLP
Don S. De Amicis
Mark R. Somerstein
Benjamin L. Schneider
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for Wells Fargo, N.A., as Agent for the Second Lien Lenders*

**APPROVED**

By: /s/ Brett A. Axelrod
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North

**APPROVED**

By: /s/ Ramon M. Naguiat
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Ramon M. Naguiat
 300 S. Grand Ave., #3400
Los Angeles, CA 90071
*Counsel for Credit Suisse, Cayman Islands Branch, as Agent for First Lien Lenders*

**APPROVED**

By: /s/ J. Thomas Beckett
J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
*Counsel for Official Committee of Unsecured Creditors*

**APPROVED**

By: /s/ Shirley S. Cho
Shirley S. Cho
Pachulski Stang Ziehl Young & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

DOCS_LA:207935.1                                3

| | |
|---|---|
| Las Vegas, NV 89169<br>*Counsel for James M. Rhodes and Sagebrush Enterprises, Inc.* | *Counsel for Debtors and Debtors-in-Possession* |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

DOCS_LA:207935.1                                4