James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

E-File: September 24, 2009

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: October 19, 2009<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**MOTION OF DEBTORS FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF**

**Preliminary Statement**

The above-captioned debtors and debtors in possession (the "Debtors") are parties to certain unexpired leases of nonresidential real property. The Debtors file this motion ("Motion") seeking an extension of the time within which the Debtors must assume or reject unexpired leases of nonresidential real property (the "Leases"). The Leases include, among other things, the Debtors' corporate headquarters lease in Las Vegas, Nevada, various leases for storage, and the leases for model homes that the Debtors are leasing back from their customers who purchased the model homes.

**General Background**

1. On March 31, 2009, the above-captioned Debtors (the "Primary Filers") except Tuscany Golf Country Club LLC, Pinnacle Grading LLC, and Rhodes Homes Arizona LLC (the "Secondary Filers") filed voluntary petitions for relief under chapter 11 of title 11, United States Bankruptcy Code (the "Bankruptcy Code"). On April 1, 2009, the Secondary Filers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. All references to Petition Date herein shall mean March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable.

2. The Debtors are operating their businesses and managing their properties as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes.

3. The original period for assuming or rejecting the Leases was by July 29, 2009 for the Primary Filers and by July 30, 2009 for the Secondary Filers.

4. On June 27, 2009, the Debtors filed a motion to extend the time period within which the Debtors may assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4) of the Bankruptcy Code (the "First Extension Motion") [Docket Number 264].

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

5. On July 21, 2009, the Court entered an order approving the First Extension Motion [Docket Number 334] and extending the time period within which all of the Debtors assume or reject unexpired leases of nonresidential real property until October 27, 2009 (the "Deadline").

6. On or about September 10, 2009, the Debtors contacted the landlords on the Leases for an extension of the Deadline by sending a letter requesting the landlords' consent to extend the Deadline (the "Consent Letters"). As of the date and time of filing of this Motion, 14 of the 18 landlords contacted have consented in writing to an extension of the Deadline by returning the Consent Letters. A summary chart of the landlords and the affected Leases is set forth on Exhibit A attached hereto as well as a copy of the Consent Letters received as of the date and time of filing of this Motion.

## Relief Requested

7. By this Motion, the Debtors request entry of an order in the form attached hereto extending the time period by which the Debtors must assume or reject the Leases pursuant to section 365(d)(4) of the Bankruptcy Code through the earlier of: (i) January 31, 2010, which is approximately 90 days after the current deadline is set to expire; (ii) any date agreed to between the Debtors and the landlord; or (iii) the date of entry of an order confirming a plan in these cases. In two instances, the Debtors have agreed to an extension of the Deadline only through December 15, 2009 as requested by the applicable landlords. Absent the relief requested herein, the period for assuming or rejecting the Leases will expire on the Deadline.

8. The Debtors have re-contacted the remaining four landlords who have not returned their Consent Letters and will endeavor to obtain their Consent Letters prior to the Deadline. In the event that those landlords do not return their Consent Letters prior to the Deadline, those Leases shall be deemed automatically rejected as of the Deadline by operation of Bankruptcy Code section 365(d)(4) (the "Deemed Rejected Leases"). By this Motion, the Debtors request that the landlords for the Deemed Rejected Leases be required to file any claim arising from the rejection of their Deemed Rejected Lease within thirty days after the Deadline or else such claim shall be disallowed and barred from assertion against the Debtors.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**Basis for Relief**

Extensions of the deadline to assume or reject unexpired leases of non-residential real property are governed by Bankruptcy Code section 365(d)(4)(A)-(B), which provides that:

> (A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of – (i) the date that is 120 days after the order for relief; or (ii) the date of the entry of an order confirming a plan.
>
> (B)(i) The Court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.
>
> (ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

11 U.S.C. § 365(d)(4)(A) – (B). Thus, the Court may, for cause, order a subsequent extension of the Deadline if the applicable landlord has consented in writing. See id.

Courts have recognized the benefits to granting additional time under section 365(d)(4) of the Bankruptcy Code. See In re Channel Home Ctrs., Inc., 989 F.2d 682, 689 (3d Cir. 1993) ("[N]othing prevents a bankruptcy court from granting an extension because a particular debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."); see also In re Circle K Corp., 127 F.3d 904, 909 (9th Cir. 1997) (noting that bankruptcy courts often grant debtor's request for an extension).

Although the term "cause" as used in section 365(d)(4) is not defined in the Bankruptcy Code, in determining whether cause exists for an extension of the assumption or rejection time period under Bankruptcy Code section 365(d)(4), courts have relied on several factors, including the following:

(a) whether the case is complex and involves a large number of leases;

(b) whether the leases are primary among the debtor's assets;

(c) whether the lessor continues to receive postpetition rental payments;

(d) whether the continued occupation could damage the lessor and such lessor could not receive compensation under the Bankruptcy Code; and

(e) whether the debtor has been afforded enough time to develop a plan.

See In re Burger Boys, Inc., 94 F.3d 755, 761 (2d Cir. 1996); In re Wedtech Corp., 72 B.R. 464, 471-72 (Bankr. S.D.N.Y. 1987); see also Channel Home Ctrs., 989 F.2d 682, 689 (3d Cir. 1993) ("[I]t is permissible for a bankruptcy court to consider a particular debtor's need for more time in order to analyze leases in light of the plan it is formulating.") (citing Wedtech, 72 B.R. at 471-72.); see generally In re Pier 5 Management Co., Inc., 83 B.R. 392, 394 (Bankr. E.D. Va. 1988) (finding that cause existed to grant extension when party objecting to the extension hindered debtor's ability to decide whether to assume or reject lease).

The circumstances of the Debtors' cases satisfy certain of the factors set forth above. The Debtors have been actively negotiating and working with the First Lien Steering Committee to formulate a plan of reorganization. The Debtors seek the extension of time to assume or reject the Leases so that the decision to assume or reject can be made concurrently with the plan of reorganization. Without an extension, the Debtors might be compelled prematurely to assume substantial, long-term liabilities under the remaining unexpired Leases (potentially creating administrative expense claims). Alternatively, the Debtors might be compelled to forfeit potential benefits associated with the remaining unexpired leases, or incur unnecessary rejection damages claims, to the detriment of the Debtors' estates, their creditors and other parties in interest.

Furthermore, the Debtors are current on all of their postpetition rent obligations arising from and after the Petition Date for those Leases covered by the extension sought by this Motion.

Accordingly, for the reasons set forth above, the Debtors seek an extension of the Deadline within which the Debtors must move to assume or reject as set forth above to the extent that the landlords for the applicable Leases have consented in writing. The Debtors expect to have completed the process of analyzing the remaining Leases during this time period. However, in light of the Debtors' ongoing efforts to analyze such remaining unexpired Leases the present request is without prejudice to the Debtors' right to seek a further extension of the

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

section 365(d)(4) deadline if circumstances so warrant and in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

**Notice**

Pursuant to the *Order for Case Management*, entered on April 28, 2009 [Docket No. 119], the Debtors have provided notice of this Motion via first class mail to: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel to the First Lien Steering Committee; (c) counsel to the Second Lien Steering Committee; (d) counsel to the Official Committee of Unsecured Creditors; (e) landlords to the Leases; and (f) any persons who have filed a request for notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

**Conclusion**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in the Motion and such other and further relief as may be just and proper.

**DATED** this 24th day of September, 2009.

LARSON & STEPHENS

*/s/ Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382-1170
Attorneys for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**DECLARATION OF PAUL D. HUYGENS**

I, Paul D. Huygens, declare as follows:

1. I am the Senior Vice President of Special Projects for the Debtors. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others within the Debtors' organization), my review of relevant documents, or my opinion based upon my experience concerning the operations of the Debtors . If called upon to testify, I would testify to the facts set forth in this Declaration.

2. The Debtors are parties to certain unexpired leases of nonresidential real property. The Debtors are seeking a further extension of the time within which the Debtors must assume or reject unexpired leases of nonresidential real property (the "Leases"). The Leases include the Debtors' corporate headquarters lease in Las Vegas, Nevada, lease-backs on model homes, and various leases for storage. Attached hereto is a summary chart of the Leases.

3. On or about September 10, 2009, the Debtors contacted the landlords on the Leases for an extension of the Deadline by sending a letter requesting the landlords' consent to extend the Deadline (the "Consent Letters"). As of the date and time of filing of this Motion, 14 of the 18 landlords contacted have consented in writing to an extension of the Deadline by returning the Consent Letters. A summary chart of the landlords and the affected Leases is set forth on Exhibit A attached hereto as well as a copy of the Consent Letters received as of the date and time of filing of this Motion.

4. The Debtors have been actively negotiating and working with the First Lien Steering Committee to formulate a plan of reorganization. The Debtors seek the extension of time to assume or reject the Leases so that the decision to assume or reject can be made concurrently with the plan of reorganization. Without an extension, the Debtors might be compelled prematurely to assume substantial, long-term liabilities under the remaining unexpired Leases (potentially creating administrative expense claims). Alternatively, the Debtors might be compelled to forfeit potential benefits associated with the remaining unexpired leases, or incur unnecessary rejection damages claims, to the detriment of the Debtors' estates, their creditors and other parties in interest.

5. The Debtors are current on all of their postpetition rent obligations arising from and after the Petition Date for those Leases covered by the extension sought by this Motion.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of September 2009, at Las Vegas, Nevada.

*<u>/s/Paul D. Huygens</u>*
Paul D. Huygens

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered) |
|---|---|

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

| | |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Chapter 11 |
| Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | |

**ORDER APPROVING MOTION OF DEBTORS FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY – [DOCKET NO. ]**

Upon consideration of the *Motion of Debtors for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Motion") [Docket No. __], and good cause appearing,

IT IS HEREBY ORDERED THAT

1. The Motion is granted.

2. The time within which the Debtors[2] must assume or reject the Leases, pursuant to section 365(d)(4) of the Bankruptcy Code, is hereby extended through the earlier of: (i) January 31, 2010; (ii) any date agreed to between the Debtors and the landlord; or (iii) the date of entry of an order confirming a plan in these cases.

3. Nothing contained herein shall be deemed to authorize the assumption or rejection of any of the Leases, except that the Deemed Rejected Leases shall be deemed rejected on October 27, 2009 if the Debtors have not received the Consent Letters by such date.

---

Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Motion.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

4. Any claims arising out of the rejection of the Deemed Rejected Leases must be filed within 30 days of October 27, 2009 or else such claim shall be disallowed and barred from being asserted against the Debtors.

5. The extension granted in this Order is without prejudice to the Debtors' right to seek further extension(s) of their time to assume or reject some or all of the Leases.

6. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Notwithstanding the possible applicability of Rules 6004(h), 7062, and 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

APPROVED/ DISAPPROVED:

DATED this ____ day of October 2009.

By: ___________________________
UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:
DATED this ___ day of October 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors*

# EXHIBIT A

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| Glynda Rhodes | 5068 Spanish Heights Las Vegas, NV 89148 252 Angels Trace Court, Las Vegas 89148 | Yes | Rhodes Ranch General Partnership | 22 Indian Run Way Las Vegas, NV |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1036 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1040 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1044 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1048 Via Camelia Street Henderson, NV 89011 |
| Hua Hui Tseng Huang | 534 N. Orange #A | Left message | Parcel 20, LLC (RCO) | 765 Orchard Course Dr. |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| | La Puente, CA 91744 | Resent letter 9/22/09 | | Las Vegas, NV 89148 |
| I-Chieh E. Wang and Da Ching P. Wang | 52 Redwood Lane South Glastonbury, CT 06073 | Yes | Parcel 20, LLC (RCO) | 749 Orchard Course Dr. Las Vegas, NV 89148 |
| Xijuan Xu and Xikui Xu | 12845 Crestfield Court Rancho Cucamonga, CA 91739-8011 | Yes | Parcel 20, LLC (RCO) | 757 Orchard Course Dr. Las Vegas, NV 89148 |
| Elena Elamparo | 5261 Polis Drive La Palma, CA 90623 | Yes | Rhodes Ranch General Partnership | 111 Sandy Bunker Lane Las Vegas, NV |
| Tin Kerine Cheung | 2346 Indian Creek Rd Diamond Bar, CA 91765 | Resent letter 9/22/09 | Rhodes Ranch General Partnership | 101 Sandy Bunker Lane Las Vegas, NV |
| Tin Kerine Cheung | 2346 Indian Creek Rd Diamond Bar, CA 91765 | Resent letter 9/22/09 | Parcel 20, LLC (RCO | 687 Orchard Course Dr. Las Vegas, NV 89148 |
| Jammie S. K. Hsu | 7835 S. Rainbow Blvd. Ste 4-5 Las Vegas, NV 89139 | Yes | Parcel 20, LLC (RCO | 695 Orchard Course Dr. Las Vegas, NV 89148 |
| REEF Colonial, LLC | 1301 Fifth Avenue Suite 1500 Seattle, WA 98101 | Yes | Rhodes Design and Development Corporation | 4730 S. Fort Apache Rd. Suite 300 Las Vegas NV 89147 |
| Flamingo Self Storage | 8525 West Flamingo Road Las Vegas, NV | Yes | Rhodes Design and Development Corporation | 8525 West Flamingo Road, Unit 2258 |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| | 89147 | | | Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 2228 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 2543 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 1012 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Realty, Inc. | 9345 W. Flamingo Rd Unit 2135 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 1002 Las Vegas, NV 89147 |
| Mini Storage of Nevada | 4303 South Arville Las Vegas, NV 89103 | Yes | Rhodes Design and Development Corporation | 4303 South Arville, Unit D-232 Las Vegas, NV 89103 |
| Recall Information Management | 1428 Pama Lane Las Vegas, NV 89118 | Resent letter 9/22/09 | Rhodes Design and Development Corporation | 1428 Pama Lane Las Vegas, NV 89118 |
| Silverado Self Storage II | 9545 West Russell Road Las Vegas, NV 89148 | Yes | Rhodes Design and Development Corporation | 9545 West Russell Rd, Unit 3016 Las Vegas NV 89148 |
| Stow Away | 921 Olsen Street | Yes | Rhodes Realty, Inc. | 921 Olsen |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| | Henderson, NV 89015 | | | Street, Unit 136 Henderson, NV 89015 |
| Warm Springs R.V. & Mini Storage | 721 Cape Horn Avenue Henderson, NV 89011 | Resent letter 9/22/09 | Tribes Holdings, LLC | Unit D01 & W44 721 Cape Horn Avenue Henderson, NV 89011 |
| Neighborhood Association Group Attn: Master Association President and Tuscany Master Association Management Company | 133 Rhodes Ranch Parkway Las Vegas, NV 89148 | Yes | Rhodes Realty, Inc. | 850 Olivia Parkway Henderson, NV 89011 |



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 11, 2009

scho@pszjlaw.com
310.772.2364

Glynda Rhodes
5068 Spanish Heights
Las Vegas, NV 89148

Re: **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho



LAW OFFICES

September 11, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline through and including January 31, 2010.

Name: Glynda Rhodes
Title:
Date: 9-15-09



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

Alyssa Frank
3609 Bison Street
Scottsbluff, NE 69361

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name:
Title:
Date:



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho

September 10, 2009

I-Chieh E. Wang and Da Ching P. Wang
52 Redwood Lane
South Glastonbury, CT 06073

**Re: In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of it affiliates (the "Debtors") in its bankruptcy cases currently p in the United States Bankruptcy Court for the District of Ne Under section 365(d)(4) of the Bankruptcy Code, the Debto determine whether to assume or reject your lease by Octobe 2009 (the "Deadline"). However, because the Debtors are confirm their plan of reorganization, the Debtors require ad time in order to determine whether to assume or reject your and require an extension of the Deadline. By this letter, the request that you extend the Deadline through January 31, 20 order to assume or reject your lease. During this time, the D will continue to pay rent and perform their obligations unde lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by and returning this letter by September 21, 2009 in the self-a stamped envelope enclosed herewith so that we may timely motion with the Bankruptcy Court to extend the Deadline. note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically by the Deadline, which is a result that the Debtors wish to a this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will r further letter in December.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank yo

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadli through and including January 31, 2010.

Name: I-CHIEH E. WANG DA-CHING P. WAN
Title:
Date: Sept. 14, 2009



PACHULSKI
STANG
ZIEHL
&
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

I-Chieh E. Wang and Da Ching P. Wang
52 Redwood Lane
South Glastonbury, CT 06073

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: I-CHIEH E. WANG DA-CHING P. WANG
Title:
Date: Sept. 14, 2009



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

scho@pszjlaw.com
310.772.2364

September 10, 2009

Xikui Xu Xijuan Xu
12845 Crestfield Court
Rancho Cucamonga, CA 91739-8011

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank you.

Very truly yours,

[signature]

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

[signature]

Name: [illegible]
Title: Landlord
Date: 09-15-09



PACHULSKI
STANG
ZIEHL
&
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

scho@pszjlaw.com
310.772.2364

September 10, 2009

Elena Elamparo
5261 Polis Drive
La Palma, CA 90623

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: ELENA R. ELAMPARO
Title: LANDLORD
Date: 9-11-09



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho

September 11, 2009

scho@pszjlaw.com
310.772.2364

Jammie S. K. Hsu
7835 S. Rainbow Blvd., Ste 4-5
Las Vegas, NV 89139

**Re: In re: Rhodes Companies, LLC**

Dear Landlord:

This letter supersedes my letter to you of September 10, 2009. This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through December 15, 2009 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond December 15, 2009, in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

I, the above Landlord, hereby consent to extend the Deadline through and including December 15, 2009.

Name: Jammie S. K. Hsu
Title: owner/Landlord
Date: 9/22/09



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho
scho@pszjlaw.com
310.772.2364

September 10, 2009

REEF Colonial, LLC
1301 Fifth Avenue Ste 1500
Seattle, WA 98101

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: TOM GEHRIG
Title: Asset manager
Date: 9/14/09


LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

**Re: In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

PACHULSKI
STANG
ZIEHL
& JONES
LAW OFFICES

September 21, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline through and including January 31, 2010.

Frank J. Manna

Name: FRANK J. MANNA
Title: OFFICE MANAGER
Date: 09/21/09



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

scho@pszjlaw.com
310.772.2364

September 10, 2009

Fort Apache Self Storage
9345 W. Flamingo Road
Las Vegas, NV 89147

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
&
JONES
LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: PAUL F. PEPPARD
Title: MANAGING MEMBER
Date: 12 SEPTEMBER 09



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

**Re: <u>In re: Rhodes Companies, LLC</u>**

**Mini Storage of Nevada**
**4303 South Arville**
**Las Vegas, NV 89103**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Victor R. Harlan

Name: VICTOR R. HARLAN
Title: OWNER
Date: 9-21-09

RHODES UNIT D232 is $45.00 MO. (PAID TO 11-15-09)



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

scho@pszjlaw.com
310.772.2364

September 10, 2009

Silverado Self Storage II
9545 West Russell Road
Las Vegas, NV 89148

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: Loly Anllo
Title: Office Manager
Date: 9/16/09



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

**Stow Away**
**921 Olsen Street**
**Henderson, NV 89015**

**Re: <u>In re: Rhodes Companies, LLC</u>**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: Peter J. Olsen
Title: President Stow Away Properties Inc.
Date: 9/17/09

Re Rhodes Companies, LLC Bankruptcy Proceedings



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

Neighborhood Association Group
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

Re: In re: Rhodes Companies, LLC

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: Thomas Rossi..., Rhodes Ranch Association
Title: Assn.
Date: 9/16/09