## Exhibit B

**Debtors' Organizational Chart**



Rhodes Homes - Organizational Structure

Confidential

3/25/2009

## Exhibit C

**Current Cash Collateral Budget**

**Rhodes Homes 17 Week Cash Flow Forecast**
**Revised 7/23/2009**

| Line # | Starting Cash on 6/5/2009 (Projected) [illegible] | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending | 11 6/12/2009 | 12 6/19/2009 | 13 6/26/2009 | 14 7/3/2009 | 15 7/10/2009 | 16 7/17/2009 | 17 7/24/2009 | 18 7/31/2009 | 19 8/7/2009 | 20 8/14/2009 | 21 8/21/2009 | 22 8/28/2009 | 23 9/4/2009 | 24 9/11/2009 | 25 9/18/2009 | 26 9/25/2009 | 27 10/2/2009 | Totals |
| 1 | Units Closed - Backlog (Sold) | 1 | 0 | 1 | 2 | 2 | 1 | 0 | 2 | 4 | 0 | 2 | 2 | 0 | 0 | 2 | 4 | 8 | 29 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 2 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 8 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 6 |
| 4 | Net Revenues - Backlog (Sold) | $ 271,664 | $ | $ 275,834 | $ 1,511,884 | $ 384,179 | $ 833,126 | $ | $ 447,026 | $ 1,123,018 | $ | $ 290,928 | $ 436,002 | $ - | $ - | $ 533,133 | $ 918,447 | $ 1,873,000 | $ 8,753,792 |
| 5 | Net Revenues - New Sales Not Started (Projected) | | 5,608 | 431,231 | - | - | | - | - | | | | | | | | | | 454,840 |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | 391,941 | - | 284,633 | | 294,171 | 183,346 | 56,915 | - | | | - | | | | | - | | 1,210,826 |
| 7 | Revenues - Park Construction | | - | - | - | - | 115,000 | - | | | | | | | | | - | | 315,000 |
| 8 | Tuscany Golf Course Revenues | 57,694 | 36,057 | 45,509 | 62,786 | 37,446 | 40,192 | 43,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | | | | 25,000 | 615,684 |
| 9 | Pinnacle Grading Revenues | | | - | - | 58,413 | 262,850 | - | - | | 217,000 | 55,000 | - | 220,000 | | | 2,050,000 | | 3,873,463 |
| 10 | Miscellaneous Refunds, Fees, True Ups | 75,973 | 3,986 | 95,462 | 500 | 11,455 | 41,311 | | | | | | | | | | | | 790,484 |
| 11 | Total Cash Receipts | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 12 | Insurance Financing | - | - | - | 22,246 | - | - | 22,287 | - | - | - | 22,287 | - | - | - | 22,287 | - | - | 89,149 |
| 13 | IT Services / Equip | 1,278 | - | | 8,541 | - | - | - | | 8,591 | - | | - | 8,581 | - | | - | 8,591 | 36,140 |
| 14 | Storage | - | | 106 | 1,655 | - | - | - | | 1,665 | - | | - | 1,665 | | - | - | 1,643 | 6,734 |
| 15 | Rent | - | | - | 30,509 | - | - | - | - | 30,509 | | | - | 30,505 | | - | - | 30,509 | 122,035 |
| 16 | Brokerage License | - | - | | 1,000 | - | - | - | | 1,000 | | | - | 1,000 | - | - | - | 1,000 | 4,000 |
| 17 | HOA Fees (1) | 21,105 | - | - | 2,808 | 5,000 | - | - | | 9,308 | - | | - | 9,308 | - | - | - | 9,308 | 56,832 |
| 18 | Model Home Leases (2) | 2,581 | - | | 30,014 | - | - | - | | 30,014 | | | - | 30,014 | | - | - | 30,014 | 122,639 |
| 19 | Total Seller Month Payments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 20 | Rhodes Homes Payroll (3) | 72,549 | 73,120 | 68,687 | 70,487 | 69,907 | 68,577 | 148,795 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 74,871 | 1,317,583 |
| 21 | Rhodes Homes Ordinary Course Professionals | - | - | | - | | - | - | 10,000 | - | | 10,000 | - | - | 12,500 | | - | 12,500 | 40,000 |
| 22 | Rhodes Homes Consultants | - | - | | - | - | - | - | - | - | | | - | | | - | - | - | |
| 23 | Rhodes Homes AZ Payroll | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 13,826 |
| 24 | Pinnacle Payroll | 18,251 | 18,784 | 17,356 | 18,409 | 15,377 | 18,126 | 21,378 | 18,125 | 21,373 | 17,300 | 14,035 | 14,020 | 11,330 | 11,300 | 11,300 | 11,300 | 11,300 | 268,642 |
| 25 | Total Payroll and Benefits | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 25a | Pinnacle (Job Cost) | 156,865 | 1,841 | | 46,018 | 16,674 | 258,836 | 3,300 | 5,300 | 8,400 | 232,800 | 5,800 | 5,800 | 225,800 | 5,800 | 6,300 | 1,031,800 | 3,800 | 2,005,335 |
| 25b | Pinnacle (Overhead) | 77,231 | 3,947 | 35,713 | 10,875 | 13,283 | 4,181 | 8,058 | 4,344 | 8,535 | 8,346 | 4,346 | 8,058 | 9,335 | 8,346 | 4,346 | 4,346 | 11,247 | 230,639 |
| 27 | Pinnacle (Equipment Notes Payments) | - | - | 102,474 | - | 67,304 | - | 24,001 | 28,152 | 64,227 | - | | 28,153 | - | 64,227 | | 28,152 | - | 420,589 |
| 28 | RH Vertical Costs to Complete - Backlog - Standing (Unsold) | 308,039 | 46,492 | 51,783 | 195,114 | 85,413 | 39,570 | 171,562 | 182,240 | 173,542 | 171,562 | 140,918 | 190,918 | 190,934 | 208,274 | 225,631 | 216,952 | 199,596 | 2,795,332 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started (4) | 25,549 | 24,378 | 62,784 | 17,445 | 4,625 | 364 | | | | | | 10,500 | 72,500 | 57,750 | 99,750 | 138,500 | 189,000 | 652,054 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) (5) | 57,600 | 8,619 | 6,640 | 42,063 | 65,201 | 12,470 | 40,711 | 57,791 | 38,754 | 45,171 | 43,517 | 51,474 | 197,695 | 57,158 | 43,517 | 57,551 | 30,473 | 785,383 |
| 31 | Rhodes Ranch Park (Job Cost) | 3,915 | 1,677 | 41 | - | 2,974 | - | 2,360 | - | | - | | | | | - | - | | 19,992 |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | 2,342 | 2,743 | 3,049 | 10,244 | 2,608 | 620 | 7,500 | 7,600 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,600 | 7,500 | 7,500 | 110,229 |
| 33 | Rhodes Homes Vertical Costs - A/P | | - | | - | - | - | - | - | | | - | - | | - | - | - | - | |
| 34 | Rhodes Homes Land Dev. - A/P | - | - | | - | | | | | | | | - | | - | - | - | - | |
| 35 | Rhodes Homes Land Dev. - Spirit Underground A/P | | - | | - | - | | | | | - | - | - | | - | - | - | - | |
| 36 | Rhodes Homes Land Dev. - Park A/P | 61,197 | - | | - | | | | | - | | | - | | | - | - | | 61,197 |
| 37 | Total Job Cost | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 38 | Sales / Marketing | 25,285 | 2,746 | 866 | 23 | 25,945 | 17,318 | 14,685 | 14,095 | 14,695 | 14,695 | 14,095 | 14,685 | 14,695 | 14,695 | 14,695 | 14,695 | 14,095 | 273,654 |
| 39 | G & A | 13,191 | 6,517 | 32,847 | 5,438 | 8,943 | 6,054 | 22,513 | 15,500 | 16,500 | 13,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 349,506 |
| 40 | Utility Deposits | - | - | 7,377 | | | | - | | - | | - | | | | | | | 7,377 |
| 41 | Builder Subsidies to Tuscany HOA (6) | 55,047 | - | | | 18,349 | - | - | | 18,349 | - | - | - | 18,349 | | | - | 18,349 | 128,443 |
| 42 | Sales and Use Tax / Property Taxes | - | - | | | | - | | 17,300 | | | | 448,637 | | | | | | 526,937 |
| 43 | Debtor's Restructuring Professionals (7) | 508,875 | - | | | 193,479 | - | - | | 367,256 | | | | - | | | | 475,750 | 1,361,414 |
| 44 | Committee's Restructuring Professionals (8) | - | - | | | | - | | - | 150,000 | - | | | - | | | | 114,706 | 364,706 |
| 45 | Lenders' Professionals (9) | | 343,024 | 314,616 | | - | 198,048 | | - | 540,000 | | | | - | | | | 440,000 | 1,663,487 |
| 46 | US Trustee Payment Center | | - | - | - | | 325 | 34,135 | 20,839 | | - | | | - | | | | | 55,325 |
| 47 | Employee & Consultant Housing and Travel Expenses | 2,234 | - | | 5,814 | | 1,337 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 65,687 |
| 48 | G&A Expenditures | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 49 | Tuscany Golf Course Costs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 50 | Starting Cash Position | 4,093,290 | 3,538,383 | 1,968,952 | 3,408,400 | 4,435,244 | 4,531,713 | 5,364,153 | 4,820,189 | 4,703,797 | 4,149,530 | 3,785,852 | 3,794,611 | 3,314,577 | 2,647,311 | 3,091,156 | 2,002,839 | 3,361,546 | 4,093,290 |
| 51 | Projected Net Revenue | 798,852 | 65,651 | 1,158,473 | 1,574,970 | 787,679 | 1,521,026 | 91,515 | 451,076 | 1,167,054 | 261,000 | 489,928 | 480,002 | 264,000 | - | 533,513 | 2,978,662 | 1,854,032 | 14,436,293 |
| 52 | Disbursements for Week | 1,363,199 | 315,701 | 813,023 | 546,104 | 711,231 | 664,587 | 644,478 | 627,468 | 1,721,324 | 628,878 | 477,064 | 517,039 | 973,063 | 556,155 | 600,751 | 1,615,041 | 1,709,187 | 15,092,179 |
| 53 | Ending Cash Position | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Notes

(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) Preserves $48, (iii) $5,000 [illegible], and (iv) $1,500 West 57th
(2) Lease payments paid to owners of model homes (12 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch
(3) Week 1 includes Jim Rhodes salary catch up payment of $100,000 and $4,504 of payroll tax liabilities (subject to court approval)
(4) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction
(5) Land development work as required by development agmts, includes $231,540 of work required for bond exonerations and $137,495 related to renewal of performance bonds
(6) Includes monthly (i) $1,800 sales office rent estimate and (ii) $16,749 Tuscany HOA support
(7) Payments to Pachulski Stang, Larson & Stephens, Omni, Aclaeron Group and the Sullivan Group
(8) Payments to Beckett, Holdback of $75,706 on 9/12
(9) Payments to WCP, Akin Gump, [illegible] & Latham

**Exhibit D**

**Going Concern Analysis**

**[TO COME]**

**Exhibit E**

**Liquidation Analysis**

**[TO COME]**

## Exhibit F

**Pending Litigation**

CLAIMS AND ALL PENDING CASES
SEPTEMBER 18, 2009

| PENDING CASES | CASE NUMBER | COURT | Plaintiff's attorney | ADDRESS | NATURE OF THE CASE | STATUS |
|---|---|---|---|---|---|---|
| G. C. WALLACE, INC. VS. RHODES DESIGN AND DEVELOPMENT CORPORATION | 08-A-562220 | Nevada District Court | Robert Avila, Esq. | 50 South Jones Blvd, #203 Las Vegas, NV 89107 | CONTRACT CLAIM | DISCOVERY STAGE |
| AIR METHODS CORP VS. RHODES DESIGN AND DEVELOPMENT | 09-A-585543 | Nevada District Court | Craig Ihera, Esq. | 820 East Charleston Blvd. Las Vegas, NV 89104 | BREACH OF LEASE | CASE FILED 3/18/08 & SERVED 4/10/09. NO POST COMPLAINT PLEADINGS OR DISCOVERY. |
| INTEGRITY MASONRY, INC. VS. TUSCANY ACQUISTIONS IV, LLC et al | 09-A-582005 | Nevada District Court | Richard Dreitzer, Esq | Bullivant, Houser & Bailey, PC 3883 Howard Hughes Pkwy, #550 Las Vegas, NV 89169 | LIEN FORCLOSURE | CASE FILED JUST PRIOR TO STAY ORDER. NO RESPONSIVE PLEADINGS FILED |
| T.I. RESIDENTIAL, INC. VS. RHODES DESIGN AND DEVELOPMENT & RHODES RANCH GENERAL PARTNERSHIP | 09-A-585844 | Nevada District Court | Dana J. Nitz, Esq. | aw Offices of Rawlings, Olson, Cannon, Gormley & Desruisseaux 9950 W. Cheyenne Ave. Las Vegas, NV 89129 | CONTRACT CLAIM | CASE SERVED POST PETITION AND NO RESPONSIVE PLEADINGS ON FILE |

| PENDING CASES | CASE NUMBER | COURT | Plaintiff's attorney | ADDRESS | NATURE OF THE CASE | STATUS |
|---|---|---|---|---|---|---|
| LESLIE BLASCO, NEIL SCELSA, NANCY WILSON-SCELSA, EMILIE C. LUKO, VIRGILIO BERTO, JOHN | 08-A-578060 | Nevada District Court | Sherrock, Ryan & Rensavage P.C. | 2881 Business Park Court, Ste 210 Las Vegas, NV 89128 | CONSTRUCTION DEFECT | SUIT FILED BUT NOT SERVED |

| | | | |
|---|---|---|---|
| JIMMY L BOONE, HAZEL M. BOONE, YVETTE DANG, JOSE ARMANDO ELIQUE, JOHN A. HERMAN, PIA FLORES HERMANN, ALI JORDON, KEN MUMBY, PEARL H NEAL, BENJAMIN OKWYOUNG, CLARENCE J. RICHAWLSKI, AMY Y. CHENG, GREGORIO CORTEZ, DONNA OKWYONG VIOLETA CORTEZ, DEVRIES, PRASHANT GUPTE, RUPALI GUPTE, ANDREW TAXIARCHOS, ALEXANDRA TAXIARCHOS, JAMES HAEFELI, LESLIE HAEFELI, WALID YOUSIF, FAIZA YOUSIF, ROMAN E. GARZON, YVONNE SKRZECZYNA, JAMES E REMMERT, ROLONO GARCIA, HANK MAZE VS. RHODES RANCH LIMITED PARTNERSHIP, RHODES DESIGN AND DEVELOPMENT | NONE-NEVADA CHAP 40 NOTICE OF CONSTRUCTION DEFECT NO SUIT FILED | CONSTRUCTION DEFECT | IN INITIAL CHAPTER 40 NOTICE PERIOD |
| PALM HILLS FIVE HOME CONSTRUCTION DEFECT VS DESERT COMMUNITIES, INC. | NONE-NEVADA CHAP 40 NOTICE OF CONSTRUCITON DEFECT CLAIMS RECEIVED NO SUIT FILED | CONSTRUCTION DEFECT | IN INITIAL CHAPTER 40 NOTICE PERIOD |
| IN RE KITEC FITTING LITIGATION (CLASS ACTION "IN RE KITEC") | 6-A-493302   Nevada District Court | CONSTRUCTION DEFECT | SETTLED AND PENDING SETTLEMENT BANKRUPTCY APPROVAL, RE 25 HOMES; REMAINING PORTION OF CASE STAYED |
| **PENDING CASES** | **CASE NUMBER** | **NATURE OF THE CASE** | **STATUS** |

DOCS_LA 208208v1

**CLAIMS AND ALL PENDING CASES**
**SEPTEMBER 18, 2009**

| Case | No Suit Filed / Court | County | Counsel | Address | Nature / Construction Defect | Status |
|---|---|---|---|---|---|---|
| KEISER VS. RHODES HOMES (Tuscany Aveline) | NONE-NEVADA CHAP. 40 NOTICE OF CONSTRUCTION DEFECT CLAIMS RECEIVED NO SUIT FILED | | | | CONSTRUCTION DEFECT | Not Active |
| CASIMIRO VS. RHODES HOMES | NONE-NEVADA CHAP. 40 NOTICE CONSTRUCTION DEFECT CLAIMS RECEIVED NO SUIT FILED | | Robert Maddox, Esq. | 3811 W. Charleston Blvd. #110 Las Vegas, NV 89521 | CONSTRUCTION DEFECT | Not Active |
| RHODES HOMES ARIZONA, LLC VS. STANLEY CONSULTANT VS RHODES RANCH GENERAL PARTNERSHIP &RHODES DESIGN AND DEVELOPMENT AND DESERT COMMUNITIES, LLC DIBIA CUSTOM QUALITY HOMES, LLC | MARICOPA COUNTY, AZ SUPERIOR COURT NO. CV2006-596025 | Maricopa County, Arizona Superior Court | | | RHODES COMPLAINT FOR PROFESSIONAL NEGLIGENCE AND COUNTER CLAIM FOR BREACH OF CONTRACT | Extensive Discovery prior to stay |
| MARTINEZ & TUREK, INC. VS. RHODES HOMES ARIZONA, LLC, THE RHODES COMPANIES, LLC, & DESERT COMMUNITIES, LLC DIBIA CUSTOM QUALITY HOMES, LLC | SAN BERNARDINO COUNTY, CLAIFORNIA NO. CIVSS 808049 | San Bernardino County | | | BREACH OF CONTRACT | Debtors are not the real defendants and matter is being defended by Custom Quality Homes. |

| PENDING CASES | CASE NUMBER | | | | NATURE OF THE CASE | STATUS |
|---|---|---|---|---|---|---|
| VIRGINIA SPRINGALL-SMITH and SHANE SMITH VS. ROBERTO GUZMAN-LAUGINAS, GUNG-HO CONCRETE, LLC | 09-A-592034 | Nevada Clark County | | | AUTO ACCIDENT PERSONAL INJURY | CASE FILED 6/22/2009. CASE STAYED. NO RESPONSIVE PLEADINGS ON FILE. |
| DEBORA GENATO VS. NIGEL PARFITT, THOMAS ROBINSON, JAMES RHODES AND C&J HOLDINGS, INC. | 09-A-596025 | Nevada Clark County | | | EMPLOYEE MATTER SEXUAL HARRASSMENT HOSTLE WORK ENVIRONMENT GENDER DISCRIMINATION SLANDER PER SE | FILED POST PETITION. PLAINTIFFS INJUNCTION RELIEF DENIED. NO DISCOVERY OR RESPONSIVE PLEADING TO THE UNDERLYING COMPLAINT. CASE IS SUBJECT TO STAY. |

CLAIMS AND ALL PENDING CASES
SEPTEMBER 18, 2009

| | | | | PERSONAL INJURY | |
| --- | --- | --- | --- | --- | --- |
| IAN ROSEN VS. HARSCH INVESTMENTS 7 BRAVO, INC. AND HARSCH INVESTMENTS VS. BRAVO, INC. | 09-A-570558 | Nevada Clark County | | | ROSEN FORMER TRIBE EMPLOYEE SUIT FOR PERSONAL INJURY ON BRAVO PREMISES, HARSCH LANDLORD SUIT FOR INDEMNIFICATION IN PLEADING STAGE. STAYED, MOTION TO LIFT STAY PENDING ON 10/2/09 TO LIFT STAY TO PURSUE INSURANCE POLICY ONLY |

PENDING SETTLED CASES WITH INSURANCE

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| FULKS VS. ELKHORN (34 HOMES)-$4,000,000 INSURED SETTLEMENT | 5-A-528806 | Nevada District Court | | CONSTRUCTION DEFECT | |
| PRESERVES AT ELKHORN HOA VS RHODES HOMES (COMMON ELEMENTS) $197,000 INSURED SETTLEMENT | 5-A-536359 | Nevada District Court | | CONSTRUCTION DEFECT | |
| In Re Kitec (25 Homes in Preserves) $200,000 INSURED SETTLEMENT | 6-A-493302 | Nevada District Court | | CONSTRUCTION DEFECT | |

NOTICE OF CLAIMS NO SUIT FILED

| NATURE OF CLAIM | INSURED | | CLAIMANT | AMOUNT CLAIMED |
| --- | --- | --- | --- | --- |
| CONTRACT CLAIM ARISING FROM TUSCANY OPTION AGREEMENT | UNINSURED | | Commerce Associates, LLC | UNKOWN |
| BRACH OF CONTRACT FAILURE TO COMPLETE POST CLOSING CONSTRUCTION IN SPANISH HILLS | UNINSURED | | Xanadu SJBC Family Trust vs Rhodes Design and Development Corporation | APPROXIMATELY $18,0000 |

DOCS_LA 208208-1

Page 4

CLAIMS AND ALL PENDING CASES
SEPTEMBER 18, 2009

| BRACH OF CONTRACT FAILURE TO COMPLETE POST CLOSING CONSTRUCTION IN SPANISH HILLS | UNSURED | | The Robert Baldwin Trust vs. Rhodos Design and Development Corporation | | UNKNOWN |
|---|---|---|---|---|---|
| 8/18/2009 NOTICE OF MOLD CLAIM NO CASE PENDING | INSURED | | Curtis A. and Susan Bunce and Family | | UNKNOWN |

DOCS_LA 208208v1

Page 5