Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: 702.979.2357
Facsimile: 702.362.9472
E-Mail:   nleatham@klnevada.com


Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
          aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

*Electronically Filed*
*September 25, 2009*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>aka "Rhodes Homes," *et al.*,<br><br>Debtors.[1]<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following | Case No. 09-14814-LBR<br>(JointlyAdministered)<br><br>Chapter 11<br><br><br>Hearing Date: October 30, 2009<br>Hearing Time: 1:30 p.m.<br><br><br>NOTICE OF HEARING ON DISCLOSURE<br>STATEMENT FOR THE PLAN OF |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

| | |
|---|---|
| **Debtor(s)** | §   **REORGANIZATION PURSUANT TO**<br>§   **CHAPTER 11 OF THE UNITED STATES**<br>§   **BANKRUPTCY CODE FOR THE RHODES**<br>§   **COMPANIES, LLC, ET AL.** |

**PLEASE TAKE NOTICE** that, on September 25, 2009, the First Lien Steering Committee (the "First Lien Steering Committee") filed the Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. (as may be amended or modified from time to time, the "Plan") and the accompanying Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for The Rhodes Companies, LLC, et al. (as may be amended or modified from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that:

1. On September 25, 2009, the First Lien Steering Committee filed the Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials with Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto (the "Motion").

2. A hearing will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **October 30, 2009 at 1:30 p.m. (PST)** to consider the Motion and the entry of an order, among other things: (i) determining that the Disclosure Statement contains "adequate information" within the meaning ascribed to such term in Bankruptcy Code section 1125, and (ii) approving the Disclosure Statement.

3. Copies of the Disclosure Statement and the Motion may be obtained (i) by accessing PACER through the website of the United States Bankruptcy Court for the District of Nevada (http://www.nvb.uscourts.gov), (ii) for no charge on the website maintained by Omni Management Group (http://www.omnimgt.com/rhodes), or by sending a written request to the counsel at the addresses and facsimile numbers listed on the first page of this Notice.

4. Responses and objections, if any, to the approval of the Disclosure Statement must:
    (a)   be in writing;
    (b)   state the name and address of the objecting party and the nature of the Claim[2] or Interest of such party;
    (c)   state with particularity the basis and nature of any objection or proposed modification to the Disclosure Statement;
    (d)   be filed with, and served upon, the Bankruptcy Court; and
    (e)   be filed with the Bankruptcy Court and served on the following:

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and the Disclosure Statement.

2

1. <u>Office of the U.S. Trustee</u>
   Assistant United States Trustee
   Attn:   August B. Landis
   300 Las Vegas Boulevard South, Suite 4300
   Las Vegas, NV  89101

2. <u>Counsel to the Debtors</u>
   Pachulski Stang Ziehl & Jones LLP
   Attn:   James I. Stang, Esq.
            Shirley S. Cho, Esq.
   10100 Santa Monica Blvd., Suite 1100
   Los Angeles, California, 90067

3. <u>Counsel for the Official Committee of Unsecured Creditors</u>
   Parsons Behle & Latimer
   Attn:   J. Thomas Beckett
   201 S. Main St., Suite 1800
   Salt Lake City, UT  84111

4. <u>Counsel for the First Lien Steering Committee</u>
   Akin Gump Strauss Hauer & Feld LLP
   Attn:   Philip C. Dublin, Esq.
            One Bryant Park
   New York, New York 10036

5. <u>Counsel for the Agent for the Second Lien Lenders</u>
   Ropes & Gray LLP
   Attn:   Mark Somerstein, Esq.
            Benjamin Schneider, Esq
   1211 Avenue of the Americas
   New York, New York 10036

6. <u>Counsel for the Agent for the First Lien Lenders</u>
   Skadden, Arps, Slate, Meagher & Flom LLP
   Attn:   Van C. Durrer II
            Ramon M. Naguiat
   300 South Grand Avenue, Suite 3500
   Los Angeles, CA 90071

7. <u>Counsel for James M. Rhodes and Sagebrush Enterprises, Inc.</u>
   Greenberg Traurig, LLP
   Attn:   Brett A. Axelrod, Esq.
   3773 Howard Hughes Parkway
   Suite 400 North
   Las Vegas, Nevada  89169

> **PLEASE TAKE FURTHER NOTICE** that any objection to the Disclosure Statement or the Motion must be filed and served within 25 days after the date of this Notice.
>
> **PLEASE TAKE FURTHER NOTICE** that if you object to the Disclosure Statement or the Motion, you *must* file a **WRITTEN** response to the Disclosure Statement or the Motion with the court. You *must* also serve your written response on the person who sent this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, upon approval of the Disclosure Statement by the Bankruptcy Court, any party in interest that is entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Disclosure Statement and the Motion may be continued without further notice.

DATED this 25th day of September 2009.

By: /s/ *Philip C. Dublin*
Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(702) 979-2357 (Telephone)
(702) 362-9472 (Facsimile)
Nleatham@klnevada.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
pdublin@akingump.com
aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*