GREGORY A. BROWER
United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) |
| --- | --- |
|  | ) BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka | ) Chapter 11 |
| Rhodes Homes, et al., | ) |
|  | ) Hearing Date: October 2, 2009 |
| Debtors. | ) Time: 1:30 p.m. |
|  | ) |

## UNITED STATES' RESPONSE TO DEBTORS' OMNIBUS OJBECTION TO IRS CLAIMS

1. With regard to the objection to Claim No. 1, filed in Case No. 09-14865 against Glynda, LP in the amount of $500, the United States maintains that for the 2008 tax year the Internal Revenue Service did not receive either a partnership return or an extension of time to file a partnership return for this taxpayer.

2. With regard to the objection to Claim No. 3, filed in Case No. 09-14887 against Pinnacle Grading, LLC in the amount of $15,729.92, the United States maintains that an additional tax assessment in the amount of $11,176.53 and penalties in the amount of $2,801.62 was made against the taxpayer on April 13, 2009. The interest accrued to petition date is $1,751.77. The assessed liabilities set forth on the IRS proof of claim have not been paid.

3. The Internal Revenue Service is requesting additional information from the taxpayers with regard to these claims.

4675962.1

1     Wherefore, based on the foregoing, the United States' respectfully requests that the claims be allowed as filed.

    Dated this 28^(TH) day of September, 2009.

                                                 GREGORY A. BROWER
                                               United States Attorney

                                             /s/ Virginia Cronan Lowe
                                             VIRGINIA CRONAN LOWE
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice
                                             Post Office Box 683
                                             Ben Franklin Station
                                             Washington, D.C.  20044
                                             Telephone: (202) 307-6484

4675962.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO IRS CLAIMS has been made this 28th day of September, 2009, by ECF filing addressed to:

    Shirley S. Cho, Esq. at scho@pszjlaw.com

    Zachariah Larson, Esq. at ecf@lslawnv.com

    Edward M. McDonald, Esq. at edward.m.mcdonald@usdoj.gov

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

4675962.1