UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

### NOTICE OF AMENDED PROOF OF CLAIM NO. 19

CM PAINTING INC. hereby amends its proof of claim, designated as Claim No. 19 filed in the above-captioned case, from a claim in the amount of $8,355.00 to a claim in the amount of $7,445.00.

Dated: 9·22, 2009

_____
(signature)

By: chason Memmott (print name)
Its: president (title)

73203-002\DOCS_SF:67416.1