# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al..[1] | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
| Debtor. | Chapter 11 |

[X] Affects All Debtors

[  ] Affects the following Debtors

## CERTIFICATE OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On September 28, 2009, I served the following document:

- **Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, ET AL.**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

Executed on September 29, 2009, at Encino, California

Nova George

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818; Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**EXHIBIT A**

1 BAD COMPUTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 JASPER BUTTE STREET
LAS VEGAS NV 89130

181 RUSTY PLANK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 RUSTY PLANK AVE
LAS VEGAS, NV 89148

181 RUSTY PLANK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 ROYAL WOOD CT
LAS VEGAS, NV 89148

186 POCONO MANOR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 POCONO MANOR CT
LAS VEGAS, NV 89148

186 POCONO MANOR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6615 EDNA AVE
LAS VEGAS, NV 89146

19TH HOLE MARKETING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1019 N. COLORADO ST.
SUITE 100
GILBERT, AZ 85233

1ST CHOICE TERMITE & PEST CONT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W. SAHARA AVE. #105, K-25
LAS VEGAS, NV 89117

200 MPH PRINTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7423 NEWCREST CIRCLE
LAS VEGAS NV 89147

2005 SAGE SUMMIT CUS CONF
C/O CONFERON
3 ALLIED DRIVE, SUITE 306
DEDHAM MA 02026

212 SOFTWARE
SUPPORT DEPARTMENT
364-C CHRISTOPHER AVENUE
GAITHERSBURG MD 20879

266 BR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

266 BR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 SUNSHINE COAST LN
LAS VEGAS, NV 89148

3967 HEATHER AVE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3967  HEATHER AVE
KINGMAN, AZ 86401

3-D TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4001 S DECATUR BLVD # 37-187
LAS VEGAS, NV 89103

3-D TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

702 SPORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 DOG LEG TRAIL
MCKINNEY TX 75069

84 LUMBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 S. DECATUR
LAS VEGAS, NV 89103

944 MAGAZINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3070 W. POST ROAD
LAS VEGAS NV 89118

9687 MARCELLINE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8113 TIARA COVE CIR
LAS VEGAS, NV 89128

9687 MARCELLINE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9687 MARCELLINE AVE
LAS VEGAS, NV 89148

993317 ALBERTA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 SCANLON HILL N W
CALGARY AB T3L 1
CANADA

993317 ALBERTA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
377 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

A & A ELECTRIC, INC.
P. O. BOX 12755
LAS VEGAS NV 89112

A & A UNIFORMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 S. VALLEY VIEW BLVD.
SUITE J-101
LAS VEGAS NV 89102

A & L WESTERN AGRICULTURAL LAB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1311 WOODLAND AVENUE #1
MODESTO CA 95351

A A BETKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 DOG LEG DR
LAS VEGAS, NV 89148

A A PREMIER POOLS & SPAS
PATRICK MCCLAIN
5110 NORTH  BUFFALO
LAS VEGAS NV  89129

A AFFORDABLE STRIPING & SEALING LLC
ATTN: SHONDA DECKER
5795 S SANDHILL RD, SUITE F
LAS VEGAS, NV 89120
USA

A CHILDRENS DENTIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8710 W. CHARLESTON BLVD #100
LAS VEGAS NV  89117-5452

A COMPANY PORTABLE
PO BOX 5702
BOISE ID 83705

A COMPANY PORTABLE RESTROOMS
PO BOX 5702
BOISE, ID  83705

A COMPANY, INC
ATTN: CRYSTAL M. HIEBERT
3975 S EAGLESON RD
BOISE, ID 83705

A COMPANY, INC - LV
PORTABLE RESTROOMS
PO BOX 5702
BOISE, ID 83705

A CONSTRUCTION & AUTOGLASS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2980 S RAINBOW BLVD
SUITE 110J
LAS VEGAS, NV 89146

A F P PROPERTY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
328 VIA FRANCIOSA DR
HENDERSON, NV 89011

A F P PROPERTY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
686 BROADWAY
MASSAPEQUA, NY 11758

A FRIENDLY DRAIN CLEANER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 W. FLAMINGO RD. # 2025
LAS VEGAS NV  89147

A J & JOAN PUEDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6120 SILKDALE CT
TAMPA, FL 33625

A J & JOAN PUEDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

A LAMAR & SANDRA STOKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 BLAVEN DR
HENDERSON, NV 89002

A LAND ACQUISITIONS COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9001 NIGHT OWL COURT
LAS VEGAS NV 89134

A PERFECT FINISH
ADAM FISHER
6376 CANYON DAWN AVENUE
LAS VEGAS NV 89108

A PERFECT FINISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6867 SPEEDWAY BLVD
LAS VEGAS , NV  89115

A R ORNAMENTAL IRON,INC.
RON
1425 ATHOL AVENUE
HENDERSON NV 89015

A TO Z, INC.
BOB
P.O. BOX 97654
LAS VEGAS NV 89193-7654

A&B SECURITY GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3201 WEST SAHARA BLVD.
LAS VEGAS NV  89102

A&B SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1081 N. LAKE HAVASU AVE, UNIT 102
LAKE HAVASU CITY AZ 86403

A&D AUTOMATIC GATE AND ACCESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6442 WINDY STREET SUITE A
LAS VEGAS NV 89119

A.A. CASSARO CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4327 WEST SUNSET ROAD
LAS VEGAS, NV  89118

A.A. ROOFING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9505 GRENVILLE AVE.
LAS VEGAS NV  89134

A.D. WILLIAMS TURF SPRAYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25532 WEST SOUTHERN AVENUE
BUCKEYE, AZ  85326-5443

A.G.P. PLUMBING, INC.
ALFONSO GARCIA
1711 MAPLELEAF STREET
LAS VEGAS NV 89122

A.G.P. PLUMBING, INC.
GARY POLCI
4255 E. CHARLESTON BLVD. # 333
LAS VEGAS NV 89104

A.R.E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1606 S. COMMERCE
LAS VEGAS, NV 89102

A.T.D.
P.O. BOX 41308
JACKSONVILLE FL 32203-1308

A.T.D.
PO BOX 3110
JERSEY CITY, NJ 07303-3110

A-1 OFFICE MACHINE CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1215 SOUTH COMMERCE STREET
LAS VEGAS NV  89102

A-1 POOL SERVICE
PO BOX 27173
LAS VEGAS NV  89126

A-1 POOL SERVICE
PO BOX 751411
LAS VEGAS NV  89136

A-1 RUBBER STAMP & ENGRAVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 SOUTH VALLEY VIEW BLVD.
# O-103
LAS VEGAS NV 89102

A-1 SECURITY, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
917 S FIRST ST
LAS VEGAS NV  89101

A-1 STUCCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 E. WARM SPRINGS, SUITE 132
LAS VEGAS NV 89119

AA EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1830 W. MISSION ROAD
ESCONDIDO, CA  92029

AAA ACTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1537 W OAKEY BLVD
LAS VEGAS NV  89102

AAA DESIGNER LOGISTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2801 W. MISSION RD.
ALHAMBRA CA 91803

AAA HEATING & AIR
FIELD & SERVICE
& HEATING & COOLING SUPPLY
PO BOX 15128
LAS VEGAS NV 89114-5128

The Rhodes Companies, LLC - U.S. Mail

AAA PACKING & SHIPPING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2801 W. MISSION RD.
ALHAMBRA CA 91803

A-ALWAYS CLEAN POOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5504 LIVERPOOL RD.
LAS VEGAS NV 89107

AARON & SUSANIE-ANN EGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6683 BRISTOW FALLS CT
LAS VEGAS, NV 89148

AARON DIEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 LADIES TEE CT
LAS VEGAS, NV 89148

AARON STEARNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 HAZELMERE LN
LAS VEGAS, NV 89148

AARON UNGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 RIVERBEND DR S E
CALGARY AB T2C3X
CANADA

AARON UNGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

AARROW ADVERTISING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4312 VALETA ST.
SAN DIEGO CA 92107

ABAC,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3777 GULLIVER ST
LAS VEGAS, NV 89115

ABALOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5641 STRATFORD CIR
BUENA PARK, CA 90621

ABALOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9710 ZIEGLER AVE
LAS VEGAS, NV 89148

ABBOTT PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3021 S. VALLEY VIEW, #109
LAS VEGAS NV 89102

ABBOTT, STEVEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2317 CORAL MIST PL
N LAS VEGAS, NV 89034-3200

ABBOTT;KENNETH D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4124 SWEPT PLAINS ST
LAS VEGAS, NV 89129

ABBOTT'S CUSTOM PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1275 SHIMMERING GLEN DR.
HENDERSON, NV 89014

ABBOTT'S CUSTOM PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6275 HARRISON DR
SUITE 5
LAS VEGAS NV 89120

ABC DISTRIBUTING, LLC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 619000
NORTH MIAMI FL 33261-9000

ABC LOCKSMITH CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3981 E. SUNSET ROAD
#E
LAS VEGAS,  NV  89120

ABC LOCKSMITHS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3981 EAST SUNSET ROAD
SUITE E
LAS VEGAS, NV  89120

ABC LOGISTICS
PO BOX 50032
HENDERSON, NV 89016-0032

ABC MOVING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1645 N. 46TH STREET
MESA AZ 85205-4101

ABC SERVICE AMERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25 FOURTH ST. NW
FARIBAULT MN 55021

ABEL, KELLY L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9330 W. MAULE AVENUE #112
LAS VEGAS, NV 89148

ABES CONSTRUCTION
ABRAHAM
4241 E. RUSSEL ROAD
LAS VEGAS NV  89120

ABF CONSULTING ENGINEERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 W. VIKING RD
LAS VEGAS NV 89103

ABHISHEK MAKKAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
287 SOGGY RUFF WAY
LAS VEGAS, NV 89148

ABLE DIST. DIV OF HAJOCA
P.O. BOX 29364
PHOENIX, AZ 85038-9364

ABLE KITCHEN & BATH SHOWPLACE
MONJA CARDOZA
6380 S VALLEY VIEW SUITE 212/214
LAS VEGAS NV 89118

ABLE LOCK & KEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 PILOT ROAD STE B
LAS VEGAS NV  89119

ABLE LOCK & KEY
ERIC GOING
P. O. BOX 620539
LAS VEGAS, NV 89162

ABOLFAZL MOHAMMADI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA SAN GALLO CT
HENDERSON, NV 89011

ABRAHAM BENEFRAIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

ABRAHAM EFRIEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 WATERTON LAKES AVE
LAS VEGAS, NV 89148

ABRAHAM EFRIEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

ABREGO ROJOS;LIBORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2211 STATZ AVE # B
N LAS VEGAS, NV 89030

ABREU, ROVIRIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8532 SHADY PINES DR
LAS VEGAS, NV 89143

ABS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 S. VALLEY VIEW BLVD #N106
LAS VEGAS NV 89102

AC HOUSTON LUMBER COMPANY
PO BOX 337410
NORTH LAS VEGAS NV 89033-0041

ACCELERON GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3763 HOWARD HUGHES PKWY
LAS VEGAS, NV 89169

ACCELERON GROUP, LLC
ATTN: KEN WILES
A NEVADA LIMITED LIABILITY COMPANY
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ACCENT AWNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 S. MAIN
LAS VEGAS, NV 89104

ACCESS DOOR AND GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1023 WHITNEY RANCH DRIVE
HENDERSON NV AZ 89014

ACCESS TECH, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28075 N AVENUE STANFORD
VALENCIA CA 91355-1104

ACCESS TECHNOLOGIES CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 SUNPAC AVENUE
HENDERSON, NV 89015

ACCOUNTANTS, INC.
FILE 30235
P.O. BOX 60000
SAN FRANCISCO CA 94160

ACCOUNTANTS, INC.
P.O. BOX 60000
SAN FRANCISCO, CA 94160

ACCREDITED HOME LENDERS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15253 AVENUE OF SCIENCE BLDG 3
SAN DIEGO, CA 92128

ACCREDITED HOME LENDERS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
514 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ACCURATE BUILDING MAINTENANCE LLC
ATTN: TAMMY WIGHT
3062 SHERIDAN ST
LAS VEGAS, NV 89102

ACE CONCRETE, INC.
ERIC ESCOTO
400 WEST ATHENS AVENUE
HENDERSON NV 89015

ACE CONCRETE, INC.
MICHAEL BOHN
873 N. EASTERN AVENUE
LAS VEGAS, NV 89101

ACE FIRE SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1062 SOUTH MAIN STREET
LAS VEGAS NV 89101

ACE FIRE SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2620 WESTERN AVENUE
LAS VEGAS, NV 89109

ACE HARDWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 STOCKTON HILL RD.
KINGMAN AZ 86401

ACE USA
DEPT. CH 14089
PALATINE IL 60055-4089

ACEVEDO-PEREZ;ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 ALTO AVE
LAS VEGAS, NV 89115

ACME WELDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8370 W. CHEYENNE 109-207
LAS VEGAS, NV 89129

ACOSTA IBARRA,SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1224 W. WASHINGTON AVE
LAS VEGAS, NV 89106

ACOSTA, EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2717 WEBSTER ST
LAS VEGAS, NV

ACOSTA, ROBERT ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2153 GRAVEL HILL ST UNIT#201
LAS VEGAS, NV 89117

ACT I PROPETIES I LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4788 ESSEN CT
LAS VEGAS, NV 89147

ACT I PROPETIES I LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9173 ROYAL MONARCH CT
LAS VEGAS, NV 89147

ACTION DOOR SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2657 WINDMILL PARKWAY
SUITE 171
HENDERSON, NV 89074

ACTION LAWN SERVICE, INC.
ATTN: DAVID KITCHEN
6370 W. DEWEY DR.
LAS VEGAS, NV 89118

ACTION MOVING COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4109 GLENCOE AVENUE
MARILNA DEL RAY CA 90297

ACTION MOVING COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9792 EDMONDS WAY STE 11
EDMONDS, WA 98020

ACTION PARTY RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 S. ARVILLE
BLDG C26
LAS VEGAS NV  89103

ACTION SIGNS & PROMOTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13681 NEWPORT AVE
STE 8-312
TUSTIN CA 92780-7815

ACTION TOWING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3035 WESTWOOD DRIVE
LAS VEGAS NV  89109

ACTON WELDING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4765 INTERSTATE WAY
KINGMAN AZ 86401

ACUAUTLA RAMIREZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 N. PECOS RD. # 148
LAS VEGAS, NV 89101

ACUSHNET
PO BOX 88111
CHICAGO, IL  60695-1111

ACUSHNET COMPANY
ATTN: EILE MARTINS
P.O. BOX 965
FAIRHAVEN, MA 02719

ACUSHNET COMPANY
ATTN: ELLE MARTINS
P.O. BOX 965
FAIRHAVEN, MA 02719

ACUSHNET COMPANY
ATTN:EILE MARTINS
TITLEIST & FOOTJOY
P.O. BOX 965
FAIRHAVEN, MA 02719

ACUSHNET/ FOOTJOY
P.O. BOX 88111
CHICAGO, IL  60695-1111

AD WILLIAMS TURF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25532 WEST SOUTHERN AVE.
BUCKEYE, AZ  85326-5443

ADA & YUNG CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 BLUE TEE CT
LAS VEGAS, NV 89148

ADAM & MICHELLE ACOSTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1007 VIA CALDERIA PL
HENDERSON, NV 89011

ADAM & VERA THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ADAM CRINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 BLAVEN DR
HENDERSON, NV 89002

ADAM J. MANDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6808 EL CARMEN STREET
LONG BEACH CA 90815

ADAME,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2119 WHITE ST
N LAS VEGAS, NV 89030

ADAMS BROS/GARAGE DR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 CASSIA WAY SUITE 100
HENDERSON NV 89014

ADAMS BROTHERS CARPET IN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5625 S. ARVILLE, STE.E
LAS VEGAS NV 89118

ADAMS, STEVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5014 AVOCADO PARKWAY
FALLBROOK, CA 92028

ADAMS, SUSIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8221 SHELL BEACH CT
LAS VEGAS, NV 89117

ADARON LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5422 E. ROAD RUNNR RD
PARADISE VALLEY AZ 85253

ADDISON CONSTRUCTION SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5685 SOUTH CAMERON
LAS VEGAS, NV 89118

ADDISON GLASS & WINDOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5649 SOUTH CAMERON
LAS VEGAS NV  89118

ADELAIDA & JOHNNY BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1224 OLIVIA PKWY
HENDERSON, NV 89011

ADELAIDA & JOHNNY BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2658 INDIAN CREEK RD
DIAMOND BAR, CA 91765

ADELE ARCHIBALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9535 CASTILLANA CT
LAS VEGAS, NV 89147

ADEQ-STATE OF ARIZONA
P.O. BOX 18228
PHOENIX, AZ 85005

ADERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4545 W. DIABLO DR., SUITE A
LAS VEGAS NV  89118

ADINA SOMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

ADINA SOMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28722 WALNUT GRV
MISSION VIEJO, CA 92692

ADIR IONOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
218 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ADNAAN BUKHARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9677 VALMEYER AVE
LAS VEGAS, NV 89148

ADNAN & RITA KHAMOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2613 PALOMINO LN
MODESTO, CA 95355

ADNAN & RITA KHAMOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1079
LAS VEGAS, NV 89148

ADOPT A HIGHWAY MAINT. CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1211 DYER ROAD #110
SANTA ANA CA 92705

ADOT MOTER VEHICLE DIVISION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4005 N. 51ST AVE
PHOENIX AZ 85031-2688

ADR SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1640 WEST ALTA DRIVE, SUITE 4
LAS VEGAS NV 89106

ADRIAN OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
790 TELFER LN
HENDERSON, NV 89002

ADRIANA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 VIA DI CITTA DR
HENDERSON, NV 89011

ADRIANA GONZALEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

ADRIANA GONZALEZ
PO BOX 180483
CORONADO, CA 92178

ADT DRILLING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28150 N. ALMA SCHOOL RD. #103
PMB #440
SCOTTSDALE AZ 85262

ADVANCE JANITORIAL SERVICE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4054 ROMA RD.
KINGMAN AZ 86401

ADVANCED BRICK & CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8414 W. FARM RD. # 180-213
LAS VEGAS NV 89131

ADVANCED DEMOLITION TECHNOLOGIES
PO BOX 19667
LAS VEGAS, NV 89132-0667

ADVANCED EXERCISE EQUIP.
JOHN KUEHT
861 SOUTH PARK DRIVE #100
LITTLETON CO 80120

ADVANCED FUNDING STRATEGIES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1800 E SAHARA AVE STE 107
LAS VEGAS, NV 89104

ADVANCED FUNDING STRATEGIES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7236 GOLDEN FALCON ST
LAS VEGAS, NV 89131

ADVANCED LIGHTING SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
980 AMERICAN PACIFIC DR SUITE 107
HENDERSON NV 89014

ADVANCED RESERVE SOLUTIONS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 N GREEN VALLEY PKWY #200
HENDERSON NV 89074

ADVANTAGE FINANCIAL SERVICES
PETE DAVISON
108 FOXCROFT RAOD
WEST HARTFORD, CT 06119

ADVANTAGE FINANCIAL SERVICES LLC
PO BOX 609
CEDAR RAPIDS IA 52406-0609

ADVANTAGE TENNIS COURTS
POBOX 80744
LAS VEGAS NV 89180-0744

AERO PRODUCTS COMPONENT SERV.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1718 WEST 3RD STREET
TEMPE AZ 85281

AFARIAN-BEDROSSIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1163
LAS VEGAS, NV 89148

AFFIRMATIVE SECURITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2881 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89102

AFFIRMATIVE SECURITY
P.O. BOX 50396
HENDERSON NV 89016-0396

AFFORDABLE COMMUNICATIONS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1983 WHITNEY MESA DRIVE
HENDERSON, NV 89014

AFLAC
WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS GA 31999

AFLAC - RPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1932 WYNNTON RD.
REMITTANCE PROCESSING - AN# BBR08
COLUMBUS, GA 31999

AFLAC C/O MICHAEL IVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2990 SUNRIDGE HEIGHTS PARKWAY, SUITE 140
HENDERSON , NV 89052

AGGREGATE TRANSPORT CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5530 COUNTY ROAD 419
STEPHENVILLE, TX 76401-7850

AGGREGATE TRANSPORT COMPANY
P.O. BOX 4829
HUALAPAI AZ 86412

AGGREKO, LLC
P.O. BOX 972562
DALLAS TX 75397-2562

AGNES & ALBERTO ESTABILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 N VINEYARD BLVD APT E7
HONOLULU, HI 96817

AGNES & ALBERTO ESTABILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9332 BEARDED IRIS AVE
LAS VEGAS, NV 89148

AGNES & DIONISIO CASAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
487 VIA DEL FORO DR
HENDERSON, NV 89011

AGNES & DIONISIO CASAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6210 WINDY WATERS CT
LAS VEGAS, NV 89110

AGNIESZKA PLUTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

AGNUS DURGUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2233 TAHOE TIMER WAY
RIVERBANK CA 95367

AGRAMON, JOSE JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2127 GILDER STREET
N LAS VEGAS, NV 890030

AGRI-INJECT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5500 EAST HIGHWAY 34
YUMA, CO  80759

AGTEK DEVELOPMENT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
368 EARHART WAY
LIVERMORE, CA 94551

AGUADO,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 DALEY # 3
NORTH LAS VEGAS, NV 89030

AGUAS, MONTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3400 S. KOFA DR.  APT. 243-11
FLAGSTAFF, AZ 86001

AGUIAR-GARCIA;IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE #K2
LAS VEGAS, NV 89115

AGUILAR ALVARADO;MAUDILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2212 MC CARREN ST.
N LAS VEGAS, NV 89030

AGUILAR GARCIA;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1129 MILLER AVE
LAS VEGAS, NV 89106

AGUILAR MARTINEZ,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1622 PUTNAM AVE
NORTH LAS VEGAS, NV 89030

AGUILAR, BILLY GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 DAISY HILL
LAS VEGAS, NV 89106

AGUILAR;HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1129 MILLER AVE
LAS VEGAS, NV 89106

AGUILAR;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2305 GLASSPORT
LAS VEGAS, NV 89032

AGUILER,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3827 TROUT LAKE AVE
LAS VEGAS, NV 89115

AGUILERA CORTEZ;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1811 STEWART AVE # A
LAS VEGAS, NV 89101

AGUILERA, MARCELINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 NORTH 15TH STREET
LAS VEGAS, NV 89101

AGUILERA;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3827 TROUT LAKE AVE
LAS VEGAS, NV 89115

AGUILERA-RIOS;ISMAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8111 STEWART AVE # A
LAS VEGAS, NV 89101

AGUILERA-RIOS;JUAN ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8111 STEWART AVE # A
LAS VEGAS, NV 89101

AGUIRRE VALLES,ELEUTERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WASHINGTON WAY
HENDERSON, NV 89015

AGUIRRE-PALMA,EFREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. 13TH ST. APT C
LAS VEGAS, NV 89101

AGUIRRE-PALMA,JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. 13 TH ST. APT C
LAS VEGAS, NV 89101

AGUSTIN-SANTIAGO,JOSEFINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 S. NELLIS BLVD
LAS VEGAS, NV 89121

AHEAD HEADGEAR, INC.
ATTN: A/R DEPT.
270 SAMUEL BARNET BLVD.
NEW BEDFORD, MA  02745

AHERN RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4241 ARVILLE
LAS VEGAS, NV 89103

AHERN RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4241 S ARVILLE STREET
LAS VEGAS NV  89103

AHERN'S RENTAL CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4241 S. ARVILLE STREET
LAS VEGAS, NV  89103

AH-YIN YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 NORTH ELECTRIC AVE
ALHAMBRA CA 91801

AI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
322 WATERTON LAKES AVE
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

AICCO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1630 E SHAW AVE
#160
FRESNO, CA 93710

AICCO, INC.
DEPARTMENT 7615
LOS ANGELES CA 90084-7615

AICPA
P.O. BOX 10069
NEWARK NJ 07101-3069

AID FOR AIDS OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 SHADOW LANE STE 170
LAS VEGAS, NV 89106-4178

AIDA VIDALLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21403 S PERRY ST
CARSON, CA 90745

AIDA VIDALLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 BACK SPIN CT
LAS VEGAS, NV 89148

AIDM FOR AIDS OF NEVADA
C/O AFAN
701 SHADOWS LN STE 170
LAS VEGAS, NV 89106-4178

AIG EXCESS CASUALTY CLAIM DEPARTMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 PINE STREET
NEW YORK, NY  10270

AILEEN MANZANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6793 SCARLET FLAX ST
LAS VEGAS, NV 89148

AIM BROADCASTING/KLAV 1230
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1810 WELDON PLACE
LAS VEGAS NV 89104

AIMEE THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8921 LANSBERRY CT
LAS VEGAS, NV 89147

AIQUN REN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 PAXON HOLLOW CT
LAS VEGAS, NV 89148

AIQUN REN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2750 LA SALLE POINTE
CHINO HILLS, CA 91709

AIR CENTER OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1930 WESTERN AVE
LAS VEGAS NV  89102

AIR CENTER OF NEVADA
LARRY CHAPMAN
2900 S. HIGHLAND DRIVE STE 200
LAS VEGAS, NV 89109

AIR CONTROL AIR CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2571 N. KIOWA BLVD.
LAKE HAVASU CITY AZ 86403

AIR GAS
PO BOX 7423
PASADENA, CA  91109-7423

AIR METHODS CORP.
CRAIG IHARA ESQ
820 EAST CHARLESTON BOULEVARD
LAS VEGAS, NV 89104

AIR METHODS CORPORATION
ATTN: MARK R. KEENE
621 E. CARNEGIE DRIVE SUITE 210
SAN BERNARDINO, CA 92408-3536

AIR METHODS CORPORATION
P.O. BOX 31001-0819
PASADENA, CA 91110-0819

AIR QUALITY SERVICES OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5600 QUAIL MEADOW CT
LAS VEGAS NV 89131

AIR QUALITY SERVICES OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8031 DENEVIN STREET
LAS VEGAS, NV 89131

AIR QUALITY SERVICES OF NEVADA
SWANSON LAW FIRM, LLC
6787 W. TROPICANA AVE. SUITE #241
LAS VEGAS, NV 89103

AIR-CARE INC
VANESSA
3868 POST ROAD
LAS VEGAS NV  89120-3643

AIRGAS WEST
P O BOX 7423
PASADENA, CA  91109-7423 USA

AIRGROUP EXPRESS
PO BOX 3627
BELLEVUE VALLEY CA 98009-3627

AJAY & JENNIFER JHAVERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 CROOKED TREE DR
LAS VEGAS, NV 89148

AJAY & JENNIFER JHAVERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23324 ALAMOS LN
NEWHALL, CA 91321

AJILON PROFESSIONAL STAFFING
DEPT CH 14031
PALATINE, IL 60055-4031

AJIT DUDHEKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1112 SOTO PL
PLACENTIA, CA 92870

AJIT DUDHEKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 CROOKED TREE DR
LAS VEGAS, NV 89148

AJOY CHANDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 COLES STREET
JERSEY CITY NJ 07302

AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

**The Rhodes Companies, LLC - U.S. Mail**

AKIRA SAITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

AL & BETH CARDAMONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4689 LOMAS SANTA FE STREET
LAS VEGAS, NV 89147

AL YAMAMOTO
DBA HULI'S HWAIIAN STYLE CATERING

ALAIASA, MOEPULOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 BACKSPIN
LAS VEGAS, NV 89148

ALAN & ELENA AGUBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1015 VIA CALDERIA PL
HENDERSON, NV 89011

ALAN & ELENA AGUBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
906 W HILLCREST BLVD
MONROVIA, CA 91016

ALAN & THITIVAN WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
391 BLUE TEE CT
LAS VEGAS, NV 89148

ALAN BARTLETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

ALAN BARTLETT
PO BOX 240
JOSHUA TREE, CA 92252

ALAN CASTILLO
PEOPLE'S REALTY-MORTGAGE
16555 SHERMAN WY #C
VAN NUYS CA 91406

ALAN GUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2095 ALCOVA RIDGE DR
LAS VEGAS, NV 89135

ALAN GUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 PALM TRACE AVE
LAS VEGAS, NV 89148

ALAN HECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9302 ORCHID PANSY AVE
LAS VEGAS, NV 89148

ALAN HONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
758 RISE CANYON DR
HENDERSON, NV 89052-5755

ALAN HONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2092
LAS VEGAS, NV 89148

ALAN RENSBERGER TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1369 BACOBI ROAD
GOLDEN VALLEY, AZ 86413

ALAN SILVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1208 CLAIM JUMPER DR
LAS VEGAS, NV 89108

ALAN SILVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4757 ASHINGTON ST
LAS VEGAS, NV 89147

ALANIS-HUERTA,BERNABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5383 CORRAL CT
LAS VEGAS, NV 89119

ALANIZ-RUIZ;GRACIELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5304 RETABLO # A
LAS VEGAS, NV 89103

ALARMCO INC
ATTN: PATTI BECK
2007 LAS VEGAS BLVD SO.
LAS VEGAS, NV 89104

ALBA DECANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1560 NIGHTFALL LN
CHULA VISTA, CA 91915

ALBA DECANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

ALBA, DODIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9113 CRAVEN AVE
LAS VEGAS, NV 89149

ALBERT & ANITA PANEBIANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

ALBERT & COLLEENE PRECIADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2138
LAS VEGAS, NV 89148

ALBERT & DENISE NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 VIA DEL FORO DR
HENDERSON, NV 89011

ALBERT & MARILOU CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1492 VIA CORONEL
PALOS VERDES ESTATES, CA 90274

ALBERT & MARILOU CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
543 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

ALBERT & MARINETTE PETERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1057 VIA CANALE DR
HENDERSON, NV 89011

ALBERT & MARINETTE PETERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
813 N MARIPOSA ST
BURBANK, CA 91506

ALBERT & MARLENE MONTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ALBERT & MIDRENE HOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

ALBERT KAMATOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
334 HARPERS FERRY AVE
LAS VEGAS, NV 89148

ALBERT KAMATOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 W HACIENDA AVE UNIT 1033
LAS VEGAS, NV 89119-0347

ALBERT KIMBERLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 W HACIENDA AVE UNIT 1033
LAS VEGAS, NV 89118-0347

ALBERT PETROSSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ALBERT USTER IMPORTS, INC.
PO BOX 770
GAITHERSBURG, MD  20884-0770

ALBERT, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10175 SPRING MOUNTAIN RD #2091
LAS VEGAS, NV 89117

ALBERTINA DEVILLEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
170 RUSTY PLANK AVE
LAS VEGAS, NV 89148

ALBERTINA DEVILLEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2757 LODESTONE DR
LAS VEGAS, NV 89117

ALBERTO & CECILIA CARLUTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
163 CASTLE COURSE AVE
LAS VEGAS, NV 89148

ALBERTO & MILAGROS JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 SEA RIM AVE
LAS VEGAS, NV 89148

ALBERTO & NORMA CASILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 SHORT RUFF WAY
LAS VEGAS, NV 89148

ALBERTO & NORMA CASILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
849 BERRYESSA ST
MILPITAS, CA 95035

ALBERTO MONTEAGUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 FLYING HILLS AVE
LAS VEGAS, NV 89148

ALBERTO MONTEAGUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
223 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ALBRECHT CURTIS C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955  HEATHER AVE
KINGMAN, AZ 86401

ALCALA V., JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 LOCKWOOD AVE
NORTH LAS VEGAS, NV 89030

ALCALA,JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6201 E. LAKE MEAD # 250
LAS VEGAS, NV 89052

ALCALA-RUIZ, RAYMUNDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5791 AUCKLAND DR
LAS VEGAS, NV 89110

ALCON, BRENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 S TORREY PINES DR APT 10
LAS VEGAS, NV 89146-1016

ALCON, BRENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 S TORREY PINES DR APT 18
LAS VEGAS, NV 89146-1016

ALDER SALES CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6676 SOUTH 400 WEST
MURRAY UT 84107

ALEJANDRA VILLARREAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7228 COTTONSPARROW ST
LAS VEGAS, NV 89131

ALEJANDRO C MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 LINNBAKER LN UNIT 102
LAS VEGAS, NV 89110-5706

ALEJANDRO CAMPOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9790 MARCELLINE AVE
LAS VEGAS, NV 89148

ALEJANDRO DE LA ROSA-TRINIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 DUMBARTON STREET
LAS VEGAS NV  89110

ALEJANDRO NAVARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 VIA STELLATO ST
HENDERSON, NV 89011

ALEJO-CAMARENA,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 MACFAR LN
LAS VEGAS, NV 89101

ALEK VIENNEAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310 BROKEN PAR DR
LAS VEGAS, NV 89148

ALEKSEY GALKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 POCONO MANOR CT
LAS VEGAS, NV 89148

ALEKSEY GALKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 GIOTTO
ALISO VIEJO, CA 92656

ALEMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
583 CENTER GREEN DR
LAS VEGAS, NV 89148

ALENOUSH DAVIDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5350 WHITE OAK AVE APT 410
ENCINO, CA 91316

ALENOUSH DAVIDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2180
LAS VEGAS, NV 89148

ALESIA ROMANOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7233 BUGLEHORN ST
LAS VEGAS, NV 89131

ALESSANDRA GRANUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
798 ALDER GREEN AVE
HENDERSON, NV 89002

ALEX & ISAA PERALTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4669 LOMAS SANTA FE ST
LAS VEGAS, NV 89147

ALEX & JAN CANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

ALEX & JAN CANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
773 CREEKSIDE PL
CHULA VISTA, CA 91914

ALEX & JONETTE HODSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9473 VERNEDA CT
LAS VEGAS, NV 89147

ALEX BUALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27962 PASEO DEL NORTE
SAN JUAN CAPISTRANO, CA 92675

ALEX BUALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1099
LAS VEGAS, NV 89148

ALEX MENDOZA
REMAX OLSON ASSOCIATION
11141 TAMPA AVENUE
NORTHRIDGE CA 91326

ALEX SANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1129 VIA CANALE DR
HENDERSON, NV 89011

ALEXANDER & ALFRED CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2416 GREENWICH ST
SAN FRANCISCO, CA 94123

ALEXANDER & ALFRED CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2112
LAS VEGAS, NV 89148

ALEXANDER ACUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1094
LAS VEGAS, NV 89147

ALEXANDER DRYJENKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

ALEXANDER ELIZALDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

ALEXANDER, PHILLIP & MEIKEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 SAINT MALO BCH
OCEANSIDE,CA 92054-5854

ALEXANDRA PURBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 ANGELS TRACE CT
LAS VEGAS, NV 89148

ALEXANDRA TAXIARCHOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

ALEXANDRE & AMANDA GAUDELET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 VIA PALERMO DR
HENDERSON, NV 89011

ALEXANDRU NEDELCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7264 MORRISON ST
LAS VEGAS, NV 89148

ALEXANDRU NEDELCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9731 VALMEYER AVE
LAS VEGAS, NV 89148

ALFARAO-SERRANO,VICTOR M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2513 SALT LAKE ST
N LAS VEGAS, NV 89030

ALFARO,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3904 VIA LUCIA DR
LAS VEGAS, NV 89115

ALFONSO & RACHELLE RAMIREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
969 VIA STELLATO ST
HENDERSON, NV 89011

ALFONSO & REYNA BERNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 CASTLE CREEK CT
LAS VEGAS, NV 89148

ALFONSO & REYNA BERNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

ALFONSO BERNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 CENTER GREEN DR
LAS VEGAS, NV 89148

ALFONSO BERNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 CASTLE CREEK CT
LAS VEGAS, NV 89148

ALFREDO & CHERRY TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 SHORT RUFF WAY
LAS VEGAS, NV 89148

ALFREDO & CHERRY TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 SALMON WY
UNALAKSA, AK 99685

ALFREDO & ELVA MEJIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9259 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

ALFREDO & PILAR TEMOCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

ALFREDO & PILAR TEMOCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 TALL RUFF DR
LAS VEGAS, NV 89148

ALFREDO & YOLANDA MAGYAWI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

ALFREDO PONCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7233 TEALWOOD ST
LAS VEGAS, NV 89131

ALFREDO TEMOCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 RANCHO MARIA ST
LAS VEGAS, NV 89148

ALFREDO TEMOCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

ALFREDO VERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

ALI JORDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 WATERTON LAKES AVE
LAS VEGAS, NV 89148

ALI JORDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 WATERTON LAKES AVE
LAS VEGAS, NV 89148

ALICE ABCARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5350 WHITE OAK AVE APT 410
ENCINO, CA 91316

ALICE ABCARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

ALICIA FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13746 REVA CIR
CERRITOS, CA 90703

ALICIA FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
403 HIDDEN HOLE DR
LAS VEGAS, NV 89148

ALICIA SUCHOLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1024
LAS VEGAS, NV 89148

ALIFIA ALIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 SOGGY RUFF WAY
LAS VEGAS, NV 89148

ALIFIA ALIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

ALIMOHAMMAD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 RED TEE LN
LAS VEGAS, NV 89148

ALISON TEITLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

ALIXPARTNERS, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 WEST 57 STREET #3420
NEW YORK, NY 10019

ALIXPARTNERS, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 WEST 57TH STREET
SUITE 3420
NEW YORK NY 10019

AL-KHATIB EMAN & JAMAL CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3842  HEATHER AVE
KINGMAN, AZ 86401

ALL ABOUT BRICK PAVING
ANDREW VEAR
242 BARING CROSS STREET
HENDERSON, NV 89074

ALL ABOUT BRICK PAVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 S EASTERN AVENUE SUITE 101
LAS VEGAS, NV 89119

ALL ABOUT POOL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S. JONES BLVD. #149
LAS VEGAS NV 89146

ALL AMERICAN CARPET CARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2756 NORTH GREEN VALLEY PKWY #108
HENDERSON NV 89014

ALL AMERICAN CLEANING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3658 MIGUELS LANE
LAS VEGAS, NV 89120

ALL AMERICAN HOME THEATER, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2865 EVENING ROCK STREET
LAS VEGAS, NV  89135 UNITED STATES

ALL DRYWALL & PAINT INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 N. RANCHO DR. SUITE # 3
LAS VEGAS,, NV 89106

ALL DRYWALL & PAINT INC.
HUGO LEE
1850 SMITH STREET
LAS VEGAS, NV 89108

ALL DRYWALL & PAINT INC.
HUGO LEE 2864846
1601 N. RANCHO DR. SUITE # 3
LAS VEGAS, NV 89106

ALL PRO HOME INSPECTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1916 SMITH STREET
LAS VEGAS NV 89108

ALL STATE FASTNER CORP
PO BOX 426
ROSEVILLE, MI 48066

ALL STRIPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 S. RAINBOW BLVD.
#124
LAS VEGAS NV 89145-5329

ALL STRIPING
BOBBY DENNEY
228 BENGAL PLACE
LAS VEGAS, NV 89145

ALL VALLEY WALLCOVERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4705 ILLUSTRIOUS STREET
LAS VEGAS NV 89147

The Rhodes Companies, LLC - U.S. Mail                                                                                                         Served 9/28/2009

ALL VALLEY WALLCOVERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8160 N. TORREY PINES DRIVE
LAS VEGAS NV 89147

ALL WASTE SANITATION, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4356 WEST 12TH STREET
YUMA, AZ 85364

ALL WOOD TREASURES CO.
ED/JERRI/KIM
2063 E. CEDAR STREET
TEMPE AZ 85281

ALLA SKATOV REALTY EXECUTIVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2855 ST. ROSE PKWY
HENDERSON , NV  89052

ALLAN & MARIA USARAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1090 VIA CAPASSI WAY
HENDERSON, NV 89011

ALLAN CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1091 VIA CAPASSI WAY
HENDERSON, NV 89011

ALLARD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4456 FIORE BELLA BLVD
LAS VEGAS, NV 89135

ALLARD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1115
LAS VEGAS, NV 89148

ALLEIN & CLARIBEL VICTORIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 CROOKED TREE DR
LAS VEGAS, NV 89148

ALLEN & ASSOCIATES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4045 SPENCER ST STE 314
LAS VEGAS, NV 89119-5248

ALLEN & DEBBIE CROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
349 FALCONS FIRE AVE
LAS VEGAS, NV 89148

ALLEN & DEBBIE CROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8201 SW 13TH ST
LINCOLN, NE 68523

ALLEN CORCORAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

ALLEN CORCORAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

ALLEN DRILLING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4015 WEST TOMPKINS AVE,
LAS VEGAS NV 89103

ALLEN KRISTOPHER R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3986  HEATHER AVE
KINGMAN, AZ 86401

ALLEN TEMPORARY STAFFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4045 SPENCER ST
STE 314
LAS VEGAS, NV 89119-5248

ALLEN ZALEWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 WATERCUT CT
HENDERSON, NV 89002

ALLEN, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
635 ELDORADO
LAS VEGAS, NV 89123

ALLEN,TORRIE ANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 WEST BUTTERFIELD RD. # 18
CHINO VALLEY, AZ 86323

ALLEY, MICHAEL K
P O BOX 9144
PAHRUMP, NV 89060

ALLIANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 ELLIOTT RD.
HENDERSON, NV  89011

ALLIANCE DRILLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9618 N. VISTA DR
KINGMAN AZ 86401

ALLIANCE DRILLING
WYATT J. BROOKS
10096 MANO DRIVE
KINGMAN, AZ 86401

ALLIANCE MORTGAGE
ATTN: STACIE MARTIN
3230 S. FUFFALO DRIVE, SUITE 106
LAS VEGAS, NV 89117

ALLIANCE MORTGAGE
STACIE MARTIN
ATTN: STACIE MARTIN
3230 S. BUFFALO DRIVE, SUITE 106
LAS VEGAS NV 89117

ALLIED COLLECTION SERVICE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3080 S DURANGO DR STE 208
LAS VEGAS, NV 89117

ALLIED FORCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
602 HALL STREET
KINGMAN AZ 86401

ALLIED FORCES
PO BOX 1205
CHANDLER , AZ  85244

ALLIED PUBLISHING SERVICES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 READ'S WAY
NEW CASTLE DE 19720-1649

ALLIED TELEPHONE DIRECTORIES
P.O. BOX 3110
JERSEY CITY, NJ 07303-3110

ALLIGATOR SOUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9350 WEST SAHARA, # 130
LAS VEGAS NV 89117

ALLISON & CHRISTOPHER MODERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1170
LAS VEGAS, NV 89147

The Rhodes Companies, LLC - U.S. Mail

Served 9/28/2009

ALLISON KO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
390 FRINGE RUFF DR
LAS VEGAS, NV 89148

ALLISON REYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

ALLISON REYNOLDS
PO BOX 103321
DENVER, CO 80250

ALLPRO PAINT & COLLISION
CENTERS
3615 W. SPRINT MOUNTAIN RD
LAS VEGAS NV 89102

ALLY & KENNETH YEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 HONORS COURSE DR
LAS VEGAS, NV 89148

ALLY & KENNETH YEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5652 CACTUS THORN AVE
LAS VEGAS, NV 89118

ALLYSA AARON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 VIA DI CITTA DR
HENDERSON, NV 89011

ALMA FERNANDEZ-DURAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
178 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

ALMA FERNANDEZ-DURAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3420 SW 185TH AVE
MIRAMAR, FL 33029

ALMARAZ, JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4344 RITA CIRCLE
LAS VEGAS, NV 89115

ALMAS MOHAMMED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 RANCHO MARIA ST
LAS VEGAS, NV 89148

ALMAZ BELAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6747 GOLD YARROW ST
LAS VEGAS, NV 89148

ALOHA AIRLINES
P.O. BOX 30028
HONOLULU HI 96820

ALOHA VENDING
RICK TRAMAGLINO
QUALITY VENDING
106 EAGLEVIEW COURT
HENDERSON NV 89074

ALONSO MILLAN,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA, #78
LAS VEGAS, NV 89106

ALONSO-ASENCION,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1436 BIG TREE AVE
N LAS VEGAS, NV 89031

ALPHA HOME INSPECTIONS
CRAIG STIVALE
336 MARBLE FALLS ST.
LAS VEGAS NV 89139

ALPHA REALTY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2260 CORPORATE CIRCLE STE 430
ATTN: LOIS BROWN
HENDERSON NV 89074

ALPHA REALTY SERVICES
MARY AIKEN
8540 S. EASTERN STE 160
LAS VEGAS, NV 89123

ALPHEUS & DAPHNE NAKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1179
LAS VEGAS, NV 89148

ALPINE GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1550 E TROPICANA #7
LAS VEGAS, NV 89119

ALPINE WATER SYSTEMS
PO BOX 94436
LAS VEGAS NV 89193-4436

ALRUS CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
615 SIERRA ROSE DRIVE STE 1
RENO NV 89511

ALRUS CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6880 S MCCARRAN BLVD STE 10
RENO, NV 89509-6129

ALS,INC
P.O. BOX 30701
ALBUQUERQUE NM 87190

ALTAMIRANO JUAREZ,CARLOS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4099 E. BOSTON AVE
LAS VEGAS, NV 89108

ALTENBERN, DOUGLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3500 KILBURRY COURT
LAS VEGAS, NV 89129

AL-TER COMPUTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28075 AVENUE STANFORD
VALENCIA CA 91355

ALTERNATIVE LAWNS
P.O. BOX 230402
LAS VEGAS NV 89105

ALTERNATIVE OFFICE SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 WEST ALI BABA ST
LAS VEGAS, NV 89118

ALTERNATIVE SHOPPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3400 W. DESERT INN  SUITE 13
LAS VEGAS NV 89102

ALTERNATIVE SHOPPPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5239 CASPIN DR
LAS VEGAS, NV 89118-1410

ALTOBELLI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
387 PALM TRACE AVE
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

ALUMACAST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3184 FREMONT ST.
LAS VEGAS, NV 89104

ALUMACAST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
611 N. MAIN STREET
LAS VEGAS NV 89101

ALUMIFAX, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4325 WEST RENO AVENUE
LAS VEGAS NV 89118-1650

ALVARADO RAMIREZ,FRANCISCO J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3825 TROUT LAKE AVE
LAS VEGAS, NV 89115

ALVARADO,ADELSO E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2830 SO. DECATUR BLVD #11
LAS VEGAS, NV 89102

ALVARADO,HIGINIO B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5812 BALZAR
LAS VEGAS, NV 89108

ALVARADO,JOSE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1949 CINDY SUE ST
LAS VEGAS, NV 89106

ALVARADO,SILVANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4108 PARK POINT CT
LAS VEGAS, NV 89110

ALVARADO-BRAVO,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4108 PARK POINT CT
LAS VEGAS, NV 89110

ALVARADO-BRAVO,MARTINIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4108 PARK POINT CT
LAS VEGAS, NV 89110

ALVARADO-BRAVO,PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4108 PARK POINT CT
LAS VEGAS, NV 89110

ALVARADO-CRUZ,JOSE H
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1137 PAWNEE LN.
HENDERSON, NV 89015

ALVARDO, JUAN GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3825 TROUT LAKE AVENUE
LAS VEGAS, NV 89115

ALVARDO, PEDRO HERRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3668 DEER CREEK WAY
NO LAS VEGAS, NV 89115

ALVARDO,MARTHA E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 N. 12TH ST # D
LAS VEGAS, NV 89101

ALVAREZ & MARSAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
633 WEST FIFTH STREET
SUITE 2560
LOS ANGELES CA 90071

ALVAREZ, ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3059 CANAL DR
MOHAVE VALLEY, AZ 86440

ALVAREZ, RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1428 ARLINGTON HEIGHTS
LAS VEGAS, NV 89110

ALVAREZ, RENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3059 CANAL DR
MOHAVE VALLEY, AZ 86440

ALVAREZ,GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1428 ARLINGTON ST
LAS VEGAS, NV 89110

ALVAREZ;BERNARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 VILLA INN CT
LAS VEGAS, NV 89110

ALVAREZ;DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2851 S. DECATUR BLVD # 146
LAS VEGAS, NV 89102

ALVAREZ;JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 N. LAMB #270
LAS VEGAS, NV 89110

ALVAREZ;LEOBARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 N. LAMB #46
LAS VEGAS, NV 89110

ALVAREZ-LLANOS,ARNULFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2831 KIM LANE # 151
NORTH LAS VEGAS, NV 89030

ALVARO LUJAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4948 SARATOGA CIRCLE
LAS VEGAS, NV 89120

ALVIN TAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

ALYSSA & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1011 W 27TH ST
SCOTTSBLUFF, NE 69361

ALYSSA & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1036 VIA CAMELIA ST
HENDERSON, NV 89011

ALYSSA & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1040 VIA CAMELIA ST
HENDERSON, NV 89011

ALYSSA & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIA CAMELIA ST
HENDERSON, NV 89011

ALYSSA & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1048 VIA CAMELIA ST
HENDERSON, NV 89011

ALYSSA L. & ROGER FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3609 BISON STREET
SCOTTSBLUFF , NE  69361

AM. ASPHALT & GRADING SWPP DIV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3624 GOLDFIELD STREET
N. LAS VEGAS NV  89030

AMADIO, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 NEW RIVER CIR
HENDERSON, NV 89052

AMADO & MARITZA COTTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9315 LEMON MINT CT
LAS VEGAS, NV 89148

AMADOR JR,FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9829 CONCORD DOWNS
LAS VEGAS, NV 89117

AMALIA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 WATERTON LAKES AVE
LAS VEGAS, NV 89148

AMALIA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
357 DEANNE LN
DALY CITY, CA 94014

AMANDA & RUBEN URIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

AMANDA DIVITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
668 HARVESTER COURSE DR
LAS VEGAS, NV 89148

AMANDA LANDRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

AMANDA MARSHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 LADIES TEE CT
LAS VEGAS, NV 89148

AMANDA MORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

AMANDO & ESTER ESGUERRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
298 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

AMANDO & ESTER ESGUERRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 ANGELS TRACE CT
LAS VEGAS, NV 89148

AMANDO & ESTER ESGUERRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5279 GOLDEN EAGLE LN
ROANOKE, VA 24018

AMANN, PETER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 E DESERT INN ROAD #E-104
LAS VEGAS, NV 89109

AMARDEEP & BHUPINDER KHOSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 LADIES TEE CT
LAS VEGAS, NV 89148

AMARI ARTISTIC DESIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
813 NEW SEASON COURT
LAS VEGAS NV  89123

AMARPREET CHADHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

AMARPREET CHADHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8425 RUNNING DEER AVE UNIT 204
LAS VEGAS, NV 89145

AMAZON DESIGNS
ROGER HANKO
3857 ALTO AVENUE
LAS VEGAS NV 89115

AMBER DAWN CHRISTIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3203 E. THOMPSON AVENUE
KINGMAN AZ 86409

AMBER TYRRELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

AMBROSE,GEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 HARVARD AVE
SALT LAKE CITY, UT 84105

AMEC INFRASTRUCTURE,INC.
C/O HSBC BANK CANADA
P.O.BOX 12700
SEATTLE WA 98111

AMECA GARCIA;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 ROCK SPRINGS BLVD., 9
LAS VEGAS, NV 89128

AMELIA & ROSULO RAGUINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7306 ABBINGTON DR
OXON HILL, MD 20745

AMELIA & ROSULO RAGUINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9664 MARCELLINE AVE
LAS VEGAS, NV 89148

AMELITA & ARMENIO INIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 LADIES TEE CT
LAS VEGAS, NV 89148

AMELITA & ARMENIO INIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8932 184TH PL
HOLLIS, NY 11423

AMER HAMED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2005
LAS VEGAS, NV 89148

AMERICA ASIA INVESTMENTS,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA STREET
SAN FRANCISCO, CA 94118

AMERICAN AIRLINES PUBLISHING
PO BOX 7247-8814
PHILADELPHIA PA 19170-8814

AMERICAN ARBITRATION ASSOCIATI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6795 N. PALM AVE
2ND FLOOR
FRESNO CA 93704

AMERICAN ASPHALT & GRADING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2690 N. DECATUR BLVD
LAS VEGAS , NV  89108

AMERICAN ASPHALT & GRADING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3624 GOLDFIELD ST.
N. LAS VEGAS,  NV  89032

AMERICAN CLAY STABILIZATION
GARY STEWART
3175 E.WARM SPRINGS RD  SUITE 111
LAS VEGAS NV  89120

AMERICAN COMMONWEALTH MTG CO.
AAMCO
536 E. ST. LOUIS AVENUE
LAS VEGAS, NV 89104

AMERICAN DIGITAL NETWORKS
P.O. BOX 6607
ANNAPOLIS MD 21401

AMERICAN ELECTRIC SUPPLY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1872 W POMONA ROAD
CORONA CA 92880

AMERICAN EQUITIES, INC.
CONTRACT COLLECTION DEPT.
P.O. BOX 61427
VANCOUVER, WA 98666

AMERICAN EUROCOPTER
P.O. BOX 971227
DALLAS TX 75397-1227

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O THOMAS A. LEE III
BECKET AND LEE LLP
ATTORNEYS/AGENT FOR CREDITOR
POB 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS-CA
BOX 0001
LOS ANGELES CA 90096-0001

AMERICAN EXPRESS-FL
P. O. BOX 360001
FT. LAUDERDALE FL 33336-0001

AMERICAN FENCE CO.
PO BOX 19040
PHOENIX, AZ  85005-9040

AMERICAN FENCE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4230 LOSEE RD
N. LAS VEGAS NV 89030

AMERICAN FIDELITY ASSURANCE CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5100 N CLASSEN BLVD STE 400
OKLAHOMA CITY, OK 73118

AMERICAN FIDELITY ASSURANCE CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7220 GOLDEN FALCON ST
LAS VEGAS, NV 89131

AMERICAN FLAGS EXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12577 W. CUSTER AVENUE
BUTLER, WI 53007-1108

AMERICAN FUNDS
SERVICE COMPANY
P.O. BOX 6164
INDIANAPOLIS, IN 46206-6164

AMERICAN HEART ASSOCIATION
C/O KRISTI DOYLE
2929 S. 48TH STREET
TEMPE AZ 85282

AMERICAN HOME MORTGAGE SERVICING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
210 CROOKED TREE DR
LAS VEGAS, NV 89148

AMERICAN HOME MORTGAGE SERVICING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 REGENT BLVD STE 200
IRVING, TX 75063

AMERICAN INSPECTION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
505 E WINDMILL ROAD SUITE 1B-171
LAS VEGAS NV 89123

AMERICAN INTERNATIONAL         (SEE NOTES)
SPECIALTY LINES INSURANCE COMPANY
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP.
COMMERCIAL INSURANCE BANKRUPTCY COLLECTION
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

AMERICAN INTERNATIONAL RECOVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 SUMMER STREET
11TH FLOOR
BOSTON, MA 02110

AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY      (SEE NOTES)
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP.
COMMERCIAL INSURANCE BANKRUPTCY COLLECT
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

AMERICAN INTERNATIONAL SPECIALTY LINES INSURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 WATER STREET
NEW YORK, NY  10038

AMERICAN INTERNATIONAL SPECIALTY LINES INSURA
MICHAEL MITROVIC, ESQ.
PO BOX 2603
JERSEY CITY, NJ  07303

AMERICAN LEAK DETECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6185 HARRISON DR. #13
LAS VEGAS NV 89120

AMERICAN MAINTENANCE CO.
ART ATWOOD
7801 APLIN AVENUE
LAS VEGAS NV 89145

AMERICAN MEDIA CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5052 S. JONES BLVD
LAS VEGAS NV 89118

AMERICAN MEDIA CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8375 W. FLAMINGO RD, SUITE 100
LAS VEGAS NV 89147

AMERICAN MEDICAL RESPONSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 S. MARTIN LUTHER KING BLVD
LAS VEGAS NV 89102

AMERICAN MICROSYSTEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2190 REGAL PARKWAY
EULESS, TX  76040

AMERICAN MODERN HOME
DEPT. 00429
CINCINNATI OH 45274-0429

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

AMERICAN MORTGAGE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 TURTLE PEAK AVE
LAS VEGAS, NV 89148

AMERICAN NEEDLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1275 BUSCH PKWY
BUFFALO GROVE, IL  60089

AMERICAN OUTDOOR ADVERTISING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1702 E HIGHLAND AVE #310
PHOENIX, AZ 85016

AMERICAN OUTDOOR ADVERTISING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1702 E. HIGHLAN AVE SUITE 310
PHOENIX AZ 85016

AMERICAN RED BALL TRANSIT CO.
P.O. BOX 1127
INDIANAPOLIS IN 46206

AMERICAN RENT-A-FENCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4230 LOSEE ROAD
N LAS VEGAS NV  89030

AMERICAN SHREDDING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4280 W. WINDMILL LANE SUITE106
LAS VEGAS, NV  89139

AMERICAN SOILS ENGINEERING
C/O JENNIFER R. LLOYD-ROBINSON
PEZZILLO ROBINSON
6750 VIA AUSTI PKWY, STE. 170
LAS VEGAS, NV 89119

AMERICAN SOILS ENGINEERING
C/O JENNIFER R. LLOYD-ROBINSON
PEZZILLO ROBINSON
6750 VIA AUSTI PKWY, STE. 170
LAS VEGAS, NV 89119

AMERICAN SOILS ENGINEERING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 S EASTERN AVENUE
SUITE 6B
LAS VEGAS NV 89119

AMERICAN TERMINALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7435 S. EASTERN AVE.
STE: 5-409
LAS VEGAS, NV  89123

AMERICAN TRUF TREE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1960 TROON DR
HENDERSON, NV 89074-1039

AMERICAN TURF & TREE
P.O. BOX 530576
HENDERSON NV  89053

AMERICAN TURF SERVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7650 STAGE ROAD
BUENA PARK, CA  90621

AMERICAN TURF TREE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1960 TROON DR
HENDERSON, NV 89074-1039

AMERICAN WEST REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15400 N. COLUMBUS BOULEVARD
TUCSON, AZ 85379
EL MONTE CA 91731

AMERICAN WEST REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 CALLE ARROYO
9300 FLAIR DR. STE 107A
EL MONTE CA 91731

AMERICAN WORKER
DIVISION OF BOOT BARN
6322 W. SAHARA AVENUE
LAS VEGAS NV  89146

AMERICA'S FLOOD INSURANCE
P.O. BOX 910
RANCHO CORDOVA CA 95741-0910

AMERICA'S PRIVATE SECURITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 S. VALLEY VIEW BLVD
SUITE B-129
LAS VEGAS, NV 89102

AMERI-CHEM INC
AUDRA TUBIN
4320 W. RENO SUITE D
LAS VEGAS NV 89118

AMERI-FAB, INC.
PO BOX 87298
PHOENIX AZ 85080

AMEZCUA,EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1005 VIRGIL
LAS VEGAS, NV 89110

AMEZCUA;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4069 VICENTE
LAS VEGAS, NV 89115

AMMAAR KERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

AMMAR WEHBEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 TALL RUFF DR
LAS VEGAS, NV 89148

AMOR ARCHITECTURAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 CONVENTION CENTER DRIVE
SUITE 660
LAS VEGAS NV 89109

AMOS TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 JOHN L.
KINGMAN AZ 86401

AMPAM-LDI MECHANICAL (HVAC)
PATRICK NUNES
3842 E. POST RD.
LAS VEGAS NV 89120

AMPAM-PLUMBING OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5040 SOBB AVENUE
LAS VEGAS, NV 89118

AMPAM-RCR PLUMBING
GARY ECKLES
3985 W POST RD
LAS VEGAS NV 89118

AMRITRAJ SINGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 TALL RUFF DR
LAS VEGAS, NV 89148

AMTREND CORPORATION
AMIR MALIK
1458 MANHATTAN AVE.
FULLERTON CA 92831

AMY & TERENCE CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2416 GREENWICH ST
SAN FRANCISCO, CA 94123

AMY & TERENCE CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
394 FIRST ON DR
LAS VEGAS, NV 89148

AMY CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 TURTLE PEAK AVE
LAS VEGAS, NV 89148

AMY CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6825 BABY JADE CT
LAS VEGAS, NV 89148

AMY DALLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3703 W ARLINGTON ST
YAKIMA, WA 98902-3911

AMY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2161
LAS VEGAS, NV 89148

AMY SOYDARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIA SAINT LUCIA PL
HENDERSON, NV 89011

AMY SOYDARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1816 MCCUNE AVE
YUBA CITY, CA 95993

AMY Y. CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 TURTLE PEAK AVE
LAS VEGAS, NV 89148

AMY ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 HONORS COURSE DR
LAS VEGAS, NV 89148

AN MAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9663 MARCELLINE AVE
LAS VEGAS, NV 89148

AN NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9720 VALMEYER AVE
LAS VEGAS, NV 89148

ANA ADINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7010 MULBERRY CT.
DUBLIN CA 94568

ANA ALBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 S PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

ANA LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 VIA DI CITTA DR
HENDERSON, NV 89011

ANA MARIA DUBOIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2018 MAPLE SPRINGS STREET
HENDERSON NV  89002

ANASTASIA YUDIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

ANAYA-ENRIQUE,MARVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1008 HAZARD AVE
LAS VEGAS, NV 89108

ANCHOR INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10161 PARK RUN DR STE 150
LAS VEGAS, NV 89145

ANCHOR INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

ANDARU INTERIOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1607 W. ORANGE GROVE AVENUE #B
ORANGE CA 92868

ANDARU INTERIOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
614 N. ECKHOFF ST.
ORANGE CA 92868

ANDERSEN KES G & RUTH M TRUSTEES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3913  HEATHER AVE
KINGMAN, AZ 86401

ANDERSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

ANDERSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7213 TEALWOOD ST
LAS VEGAS, NV 89131

ANDERSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7430 RED CINDER ST
LAS VEGAS, NV 89131

ANDERSON, KEN J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3533 HEATHER AVE
KINGMAN, AZ 86401

ANDERSON, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
732 BEECHWHEAT WAY
HENDERSON, NV 8915

ANDERSON, SHANON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 OKLAHOMA DR
HENDERSON, NV 89015

ANDERSON,CHRISTOPHER S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4467 MIRAMAR DR
GOLDEN VALLEY, AZ 86413

ANDERSON,LESLIE J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8221 HARVEST SPRING PL
LAS VEGAS, NV 89143

ANDERSON;ERIC A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3636 MARKAM ST
LAS VEGAS, NV 89121

ANDRADE, ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
608 TRIEST CT APT C
LAS VEGAS, NV 89110

ANDRADE, AUDENCIO ALVAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1835 BRUCE ST APT #1
LAS VEGAS, NV 89030

ANDRADE, ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5210 E. OWENS # A
LAS VEGAS, NV 89110

ANDRADE'S CLEANING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
798 A STREET
LAS VEGAS,  NV  89106

ANDRE & VALERIE ANGLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 PERALTA AVE
LONG BEACH, CA 90803

ANDRE & VALERIE ANGLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

ANDRE ACOPIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ANDRE AGASSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3883 HOWARD HUGHES PKWY FL 8
LAS VEGAS, NV 89169-0965

ANDRE ANGLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 PERALTA AVENUE
LONG BEACH CA 90803

ANDREA ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

ANDREA ANICETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

ANDREA ANICETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9295 CROSSCOURT WAY
ELK GROVE, CA 95624

ANDREA BENITES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173  S. DURANGO DRIVE
LAS VEGAS NV 89148

ANDREA BENZEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3348 MOON RIVER ST
LAS VEGAS, NV 89129

ANDREA HADHAZY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8980 SALVATORE ST
LAS VEGAS, NV 89148

ANDREA HADHAZY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2144
LAS VEGAS, NV 89148

ANDREA K. BRYANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1436 VALLEJO STREET
SAN FRANCISCO, CA 94109

ANDREA SERRANO-LEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

ANDREA THURMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9728 ZIEGLER AVE
LAS VEGAS, NV 89148

ANDREI RIDETSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9297 PERENNIAL AVE
LAS VEGAS, NV 89148

ANDRES GUEITS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

ANDRES TOPCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1034 VIA NANDINA PL
HENDERSON, NV 89011

ANDRESS,ROBERT E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 ZELKOVA CT
LAS VEGAS, NV 89149

ANDREW & ALEXANDRA TAXIARCHOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

ANDREW & BETTY ZEPEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1556 W 221ST ST
TORRANCE, CA 90501

ANDREW & BETTY ZEPEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
264 SPRING HOLLOW DR
LAS VEGAS, NV 89148

ANDREW & CRYSTAL MARKOWICZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
493 VIA STRETTO AVE
HENDERSON, NV 89011

ANDREW & DYANNA MARTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9582 CASTILLANA CT
LAS VEGAS, NV 89147

ANDREW & JAMIE THOMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2168
LAS VEGAS, NV 89148

ANDREW & JAMIE THOMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9264 CABIN COVE AVE
LAS VEGAS, NV 89148

ANDREW & JEANINE SLUCIAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8729 LAS OLIVAS AVE
LAS VEGAS, NV 89147

ANDREW DORAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S. DURANGO DR.,# 212
LAS VEGAS NV 89148

ANDREW EUSEBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
566 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ANDREW HOELZEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIA DUPRE ST
HENDERSON, NV 89011

ANDREW SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
617 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ANDREW TAXIARCHOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

ANDREW WHITTAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9785 KAMPSVILLE AVE
LAS VEGAS, NV 89148

ANDREW YIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 DOUGLASBANK RISE S E
CALGARY AB T2Z1
CANADA

ANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
656 HARVESTER COURSE DR
LAS VEGAS, NV 89148

ANGELA & CHARLES CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 HONORS COURSE DR
LAS VEGAS, NV 89148

ANGELA & CHARLES CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 CANADA CT
CITY OF INDUSTRY, CA 91748

ANGELA BEARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6631 CREEPING THYME ST
LAS VEGAS, NV 89148

ANGELA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
167 CASTLE COURSE AVE
LAS VEGAS, NV 89148

ANGELA SERRATT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 VIA FRANCIOSA DR
HENDERSON, NV 89011

ANGELES, BENITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3612 TONOPAH AVENUE
NORTH LAS VEGAS, NV 89030

ANGELES-ESPARZA, FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3425 SULLIVANCE
LAS VEGAS, NV 89032

ANGELITO & GINALYNN BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
559 CENTER GREEN DR
LAS VEGAS, NV 89148

ANGELITO & GINALYNN BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9534 OAKLEY WAY
ELK GROVE, CA 95624

ANGELO & GIUSEPPINA MORDINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 S PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

ANGELO & GIUSEPPINA MORDINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310 COUNTY RD
DEMAREST, NJ 07627

ANGELO & JACQUELINE GEORGIOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 VIA MEZZA LUNA CT
HENDERSON, NV 89011

ANGELO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

ANGELO FAMILY
PO BOX 620402
LAS VEGAS, NV 89162

ANGIE HAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4790 ESSEN CT
LAS VEGAS, NV 89147

ANGUIANO G.,ELEODORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 N. 13TH ST # 309
LAS VEGAS, NV 89101

ANGUIANO,EVERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 N. 13TH ST # 309
LAS VEGAS, NV 89102

ANGUIANO,FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR. # 17 D
NORTH LAS VEGAS, NV 89030

ANGUIANO,GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 N 13TH ST #309
LAS VEGAS, NV 89101

ANGUINAOL,PATRICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3985 E. CHEYENNE AVE # 170
LAS VEGAS, NV 89115

ANGULO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 MACOBY RUN ST
LAS VEGAS, NV 89148

ANGULO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
459 S AZUSA AVE STE F
AZUSA, CA 91702

ANGULO MEDINA,JUAN MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4517TODSTOOL
LAS VEGAS, NV 89110

ANGULO, ALBERTO H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2127 GLIDER ST
N LAS VEGAS, NV 89030

ANGULO, VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 PAGE ST
LAS VEGAS, NV 89110

ANICETE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
130 COREY CREEK CT
LAS VEGAS, NV 89148

ANICETE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16623 MOUNT MICHAELIS CIR
FOUNTAIN VALLEY, CA 92708

**The Rhodes Companies, LLC - U.S. Mail**

ANICIA DELACRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2844 HILLSIDE DR
BURLINGAME, CA 94010

ANICIA DELACRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9709 WAUKEGAN AVE
LAS VEGAS, NV 89148

ANIELLO INSURANCE AGENCY
BABETTE HART
3012 W. CHARLESTON BLVD. #150
LAS VEGAS NV 89102

ANIL RANASINGHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 TALL RUFF DR
LAS VEGAS, NV 89148

ANINFA A. LEMKE
CRESTLINE FINANCIAL & MARKETING S
320 ARKANSAS ST.
VALLEJO CA 94590

ANIS ZEID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
238 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ANIS ZEID
PO BOX 5131
DOWNEY, CA 90241

ANITA DE DIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4791 AVENIDA DEL DIABLO
LAS VEGAS NV 89121-6001

ANKICA ZGURIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

ANN & ALAN CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
379 BLUE TEE CT
LAS VEGAS, NV 89148

ANN & ALAN CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38627 CHERRY LN APT 103
FREMONT, CA 94536

ANN ASHMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 THORNBUCK PL
LAS VEGAS, NV 89131

ANN MARIE VADALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
813 NEW SEASON CT
LAS VEGAS, NV  89123

ANNA & DIDIER HONORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

ANNA & DIDIER HONORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

ANNA DECHERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 ANGELS TRACE CT
LAS VEGAS, NV 89148

ANNA DECHERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1031
LAS VEGAS, NV 89148

ANNA DECHIRICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
322 TURTLE PEAK AVE
LAS VEGAS, NV 89148

ANNA DECHIRICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 ANGELS TRACE CT
LAS VEGAS, NV 89148

ANNA SALCEDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 LAYING UP CT
LAS VEGAS, NV 89148

ANNA SLOMKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 SEA RIM AVE
LAS VEGAS, NV 89148

ANNE CHOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4779 ESSEN CT
LAS VEGAS, NV 89147

ANNE CHOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6455 BRIGHT NIMBUS AVE
LAS VEGAS, NV 89139

ANNE GLEISNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

ANNE GLEISNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 PIMLICO DR
WALNUT CREEK, CA 94597

ANNE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3256 MONTECITO DRIVE
SAN JOSE CA 95135

ANNE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 CART CROSSING WAY
LAS VEGAS, NV 89148

ANNE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9658 AUTUMN WALK PL
ELK GROVE, CA 95757

ANNE ULLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 BRITTLETHORNE
LAS VEGAS NV

ANNIE & MARCELINO DACANAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9756 ZIEGLER AVE
LAS VEGAS, NV 89148

ANNIE & MARCELINO DACANAY
PSC 477 BOX 6
FPO, AP 96306

ANNIE CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12663 CHESHIRE ST
NORWALK, CA 90650

ANNIE CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1176
LAS VEGAS, NV 89148

ANONG SUPHUNTHUCHAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 RED TEE LN
LAS VEGAS, NV 89148

ANSWER PLUS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1840 E. SAHARA AVENUE
SUITES 201 & 205
LAS VEGAS NV 89104

ANTARES CAPITAL CORP
PAUL TRAYNOR
201 MERRITT 7, PO BOX 5201
NORWALK, CT 06851

ANTHONY & AARON RIGHELLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
223 SEA RIM AVE
LAS VEGAS, NV 89148

ANTHONY & AARON RIGHELLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2328 TIMBERLINE WAY
LAS VEGAS, NV 89117

ANTHONY & CONNIE LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
92 LAYING UP CT
LAS VEGAS, NV 89148

ANTHONY & CYNTHIA LYDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4758 ASHINGTON ST
LAS VEGAS, NV 89147

ANTHONY & DENISE GIORGIONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
537 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

ANTHONY & DONNA-LYNN WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
620 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ANTHONY & FRANCISCA IORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1048 VIA PRATO LN
HENDERSON, NV 89011

ANTHONY & FRANCISCA IORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13859 PALOMINO CT
VICTORVILLE, CA 92394

ANTHONY & JACQUELINE AMADEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25525 JONES RD
LITTLE ROCK, AR 72223

ANTHONY & JACQUELINE AMADEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
467 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ANTHONY & MARICEL CABRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 MACOBY RUN ST
LAS VEGAS, NV 89148

ANTHONY & PAMELA PERRELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 CASCADE LAKE ST
LAS VEGAS, NV 89148

ANTHONY & PATRICIA BIANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 CANDIDE ST
HENDERSON, NV 89002

ANTHONY & SYLVAN POOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3765 E SUNSET RD STE 9
LAS VEGAS, NV 89120-6209

ANTHONY DEVRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 BLACKSTONE RIVER AVE
LAS VEGAS, NV

ANTHONY DISANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

ANTHONY MALEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3651 ARVILLE STREET
APT. 143
LAS VEGAS NV 89103

ANTHONY MALON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4843 LAMES DR
LAS VEGAS, NV 89122

ANTHONY MATA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3460 HARDING ST
CARLSBAD, CA 92008

ANTHONY MCMURRAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

ANTHONY MURATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

ANTHONY N. SANDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 EAST SILVERADO RANCH BLVD.
#2126
LAS VEGAS NV 89123

ANTHONY N. SANDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 EAST SILVERADO RANCH BLVD.
#2126
LAS VEGAS, NV 89183

ANTHONY PERCONTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 CROOKED TREE DR
LAS VEGAS, NV 89148

ANTHONY PERCONTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4265 W POST RD
LAS VEGAS, NV 89118

ANTHONY SELEMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

ANTHONY STULPIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8836 CITRUS AVE
WESTMINSTER, CA 92683

ANTHONY STULPIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9738 KAMPSVILLE AVE
LAS VEGAS, NV 89148

ANTHONY STURDIVANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

ANTHONY STURDIVANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8956 CHANGING TIDES CT
LAS VEGAS, NV 89149

The Rhodes Companies, LLC - U.S. Mail

ANTHONY TILLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7109 S DURANGO DR # 305
LAS VEGAS, NV 89113

ANTHONY TILLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

ANTHONY VANHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8679 LAMAR ST
SPRING VALLEY, CA 91977

ANTHONY VANHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2159
LAS VEGAS, NV 89148

ANTIGONE JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
167 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

ANTIQUE ORIENTAL RUGS CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6680 W. FLAMINGO RD. # 10
LAS VEGAS NV 89103

ANTON & CARINA QIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 CART CROSSING WAY
LAS VEGAS, NV 89148

ANTON & CARINA QIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 CONEJO DR
MILLBRAE, CA 94030

ANTONIA & JEFFREY CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1457 BONITA TER
MONTEREY PARK, CA 91754

ANTONIA & JEFFREY CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 HONORS COURSE DR
LAS VEGAS, NV 89148

ANTONIO & LAURA SOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
545 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ANTONIO & MARINESA BANDALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4659 MUNICH CT
LAS VEGAS, NV 89147

ANTONIO & MARINESA BANDALES
PO BOX 97711
LAS VEGAS, NV 89193

ANTONIO & ROSA CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 VIA DEL CAPITANO CT
HENDERSON, NV 89011

ANTONIO DELEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 FIRST ON DR
LAS VEGAS, NV 89148

ANTONIO LITONJUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
365 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

ANTONIO PAGLIARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

ANTONIO PAGLIARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9333 LINCOLN BLVD
LOS ANGELES, CA 90045

ANTONIO QUIOGUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 A ARQUILLA ST
SAN LORENZO VILLAGE MAKATI

ANTONIO QUIOGUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 TALL RUFF DR
LAS VEGAS, NV 89148

ANUSSORN & TIPSUPA VERADEJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
358 PALM TRACE AVE
LAS VEGAS, NV 89148

ANYWORLD LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1350 E FLAMINGO RD STE 529
LAS VEGAS, NV 89119

ANYWORLD LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 CLIFF VALLEY DR
LAS VEGAS, NV 89148

ANZHELIKA NIKOLAYEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

ANZHELIKA NIKOLAYEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

AOK CLEANING PROFESSIONALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
662 PROSSER CREEK PL
HENDERSON, NV 89000-0952

AOK CLEANING PROFESSIONALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
662 PROSSER CREEK PL
HENDERSON, NV 89002-0952

APACHE FRAMING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

APACHE SPRINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4630 S. ARVILLE
STE B
LAS VEGAS NV 89103

APARICIO, ROMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2105 SUNRISE AVE #112
LAS VEGAS, NV 89101

APARICIO,ABRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
640 HITCHEN POST
HENDERSON, NV 89011

APCO EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 NORTH 5TH ST
N. LAS VEGAS, NV 89032

APCO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 N 5TH STREET
NORTH LAS VEGAS, NV 89032

APEX
BRETT TRAYLOR
3675 W. TECO #5
LAS VEGAS NV 89118

API FUND FOR PAYROLL EDUCATION
C/O AMERICAN PAYROLL ASSOCIATION
660 NORTH MAIN AVENUE STE 100
SAN ANTONIO TX 78205-1217

APICHAI VARUNPRABHA
C/O ARANYA TANGSUYANICH
3726 PORT RITCHEY STREET
LAS VEGAS NV 89147

APOLLO LIGHTING SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3510 CAVARETTA COURT
LAS VEGAS NV 89103

APPLE COMPUTER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3200 LAS VEGAS NV BLVD. SO
SUITE 1760
LAS VEGAS NV  89109

APPLE EXTERMINATING
ATTN: FRANK SPINELLI
2756 N. GREEN VALLEY PKWY., # 418
HENDERSON, NV 89014

APPLE EXTERMINATING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2756 N GREEN VALLEY PKWY
STE-418
HENDERSON, NV 89014

APPLE MASONRY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1265 ROCKPEBBLE AVENUE
N. LAS VEGAS NV 89030

APPLE MASONRY, INC.
ATTN: SHARON K APPLE
4547 N. RANCHO DR. #D
LAS VEGAS, NV 89130

APPLE PARTNERSHIP C/O
HENDERSON COMMUNITY FOUNDATION
178 WESTMINSTER WAY
HENDERSON, NV 89015

APPLEBY TAD & HEATHER JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3980  HEATHER AVE
KINGMAN, AZ 86401

APPLEONE EMPLOYMENT SERVICES
P.O. BOX 29048
GLENDALE CA 91209-9048

APPLEONE NEVADA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
327 W. BROADWAY
GLENDALE CA 91204

APPLIED UTILITY SERVICES
JEFFERY A. NEAL - MANAGER
7651 NORTH JONES BOULEVARD
LAS VEGAS NV  89131

APPRAISAL 2000
RESIDENTIAL APPRAISERS
2538 VERA CRUZ CIRCLE
HENDERSON NV 89074

APPRAISAL INSTITUTE
DEPARTMENT 97498
CHICAGO IL 60678-7498

APRIL DEGUZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10141 DRAGONS MEADOW CT
LAS VEGAS, NV 89148

AQUASCAPE POOL & SPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1911 S. RAINBOW BLVD
LAS VEGAS NV 89146

AQUASCAPE POOL & SPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
910 S. RAMPART BLVD
LAS VEGAS NV 89145

AQUILA STORAGE & TRANSPORT, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 WEST NINTH STREET
KANSAS CITY MO 64105

AR IRON LLC
ATTN: VICKIE SANTO
1425 ATHOL AVE.
HENDERSON, NV 89011
USA

ARANDA;HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 GOLDFIELD # 7
N LAS VEGAS, NV 89030

ARANETA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 RUSTY PLANK AVE
LAS VEGAS, NV 89148

ARAPAHOE CLEANING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7947

ARAPAHOE CLEANING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4731 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7948

ARAPAHOE CLEANING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT, SUITE 106
HENDERSON, NV 89015

ARAPAHOE CLEANING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT, SUITE B-106
HENDERSON NV  89015

ARAPAHOE CLEANING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147

ARARAT OUSTIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4767 ASHINGTON ST
LAS VEGAS, NV 89147

ARARAT WINE & LIQUOR WHOLESALE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 E. RUSSELL ROAD #194
LAS VEGAS, NV  89120

ARASH YAZDANPANAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ARAUJO,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3422 DUSTY VIEW ST
NORTH LAS VEGAS, NV 89030

ARAUJO-CALDERON,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3422 DUSTY VIEW
NORTH LAS VEGAS, NV 89030

The Rhodes Companies, LLC - U.S. Mail

ARBOR VIEW HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 WHISPERING SANDS DRIVE
LAS VEGAS NV  89131

ARC-COM FABRICS, INC.
STELLA
251 RHODES ISLAND ST. #101
SAN FRANCISCO CA 94103

ARCHER, DARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1509 DALLAS TER
HENDERSON, NV 89014

ARCHER;ROGER W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2488 STURROCK DR.
HENDERSON, NV 89044

ARCHIE & NELIA GADON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9253 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

ARCHIMEDES FUNDING IV (CAY)LTD
MIKE HATLEY
333 SOUTH GRAND AVENUE, SUITE #4100
LOS ANGELES, CA  90071

ARCHITECTUAL DIGEST
P.O. BOX 37641
BOONE IA 50037-2641

ARCHITECTURAL PRECAST, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4630 E. ANN RD.
LAS VEGAS NV 89115

ARCHITECTURAL PRODUCTS
P.O. BOX 387
BOGOTA NJ 07603

ARCHULETA, MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2808 SODRONO LN
HENDERSON, NV 89074

ARCINIEGA,LEOVIGILDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 COMB CR
LAS VEGAS, NV 89104

ARCLIGHT SYSTEMS LLC
ATTN: STEVE LAWRENCE
7000 CARDINAL PLACE
DUBLIN 473017
IRELAND

ARCLIGHT SYSTEMS LLC
ATTN: STEVE LAWRENCE
7000 CARDINAL PLACE
DUBLIN, OH 473017

ARDEN,THOMAS R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8015 FAIRFIELD AVE
LAS VEGAS, NV 89123

ARDESHIR TOUSSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1033 VIA CANALE DR
HENDERSON, NV 89011

ARDESHIR TOUSSI
PO BOX 1745
TUSTIN, CA 92781

ARDYCE NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

ARELLANO PADILLA,SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4109 BUFFALO BILL AVE
LAS VEGAS, NV 89110

ARELLANO, JUAN B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2397 ELLIS ST APT #6
NO. LAS VEGAS, NV 89030

ARELLANO, RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
369 STEELHEAD LN APT 201
LAS VEGAS, NV 89110-4885

ARELLANO,JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3801 SILVER DOLLAR # 201
LAS VEGAS, NV 89102

ARELLANO,MIGUEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4851 E. CHICAGO AVE., #4851
LAS VEGAS, NV 89104

ARELLANO,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1537 N. 23RD ST # 4
LAS VEGAS, NV 89101

ARELLANO-CEBALLOS ERACLIO CPWRS 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3781  HEATHER AVE
KINGMAN, AZ 86401

AREVALO,MARVIN GEOVANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2721 BRADY AVENUE
LAS VEGAS, NV 89101

AREVALO,WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

ARGENT HEALTHCARE FINANCIAL
SERVICES INC.
7650 MAGNA DRIVE
BELLEVILLE IL 62223

ARGUELLES, JERRY R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1739 SUNRIDGE DR
VENTURA, CA 93003

ARGUS SOFTWARE
PO BOX 671591
DALLAS TX 75267-1591

ARIAS,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 E. OWENS AVE APT 2
N LAS VEGAS, NV 89030

ARIAS-CAMPOS,JUAN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
736 ASTER LN # 12 A
LAS VEGAS, NV 89101

ARICOR WATER SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25213 N. 49TH DRIVE
GLENDALE, AZ 85310

ARIEL MACHADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
178 CASTLE COURSE AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

ARISTEO MANGUBAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 BLAVEN DR
HENDERSON, NV 89002

ARISTOTLE ELECTRIC INC.
PO BOX 35126
LAS VEGAS, NV 89133-5126

ARISTOTLE ELECTRIC INC.
TOM LEARNED
PO BOX 35126
LAS VEGAS NV 89133-5126

ARIZONA ATTORNEY GENERAL
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1275 WEST WASHINGTON STREET
PHOENIX, AZ 85007

ARIZONA CASUAL FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2305 W. HUNTINGTON DRIVE
TEMPE AZ 85282

ARIZONA CORP. COMM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 W WASHINGTON
PHOENIX, AZ 85007

ARIZONA CORPORATION COMMISSION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1300 W. WASHINGTON
PHOENIX, AZ  85007-2929

ARIZONA DEPARTMENT OF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1651 W. JACKSON, RM 121F
PHOENIX, AZ  85007

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
P.O. BOX 29203
PHOENIX, AZ 85038-9203

ARIZONA DEPARTMENT OF REVENUE
ATTN: CHRISTINA M. GARCIA
OFFICE OF THE ARIZONA ATTORNEY GENERAL
C/O TAX, BANKRUPTCY AND COLLECTION SECTION
1275 WEST WASHINGTON AVENUE
PHOENIX, AZ 85007

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29010
PHOENIX, AZ 85038-9010

ARIZONA DEPARTMENT OF TRANSPORTATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1651 W. JACKSON, RM 121F
PHOENIX, AZ 85007

ARIZONA DEPT OF ENVIRONMENTAL
QUALITY - WATER PERMITS SECTION
1110 WEST WASHINGTON ST., 5415B-3
PHOENIX AZ 85007

ARIZONA DEPT. OF REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2910 N 44TH ST
PHOENIX, AZ 85018

ARIZONA DEPT. OF REVENUE - TPT
PO BOX 29010
PHOENIX, AZ 85038-9010

ARIZONA DEPT. OF WATER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 N. THIRD ST.
PHOENIX, AZ 85004

ARIZONA DISCOUNT PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4565 N. LOMITA
KINGMAN, AZ 86409

ARIZONA LAND QUEST LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1608 BUFFALO TRAIL DRIVE
HENDERSON, NV 89014

ARIZONA LAND QUEST LLC
ATTN: JOHN  GALL
8783 BRINDISI PARK AVE
LAS VEGAS, NV 89148

ARIZONA LAND QUEST LLC
ATTN: JOHN R GALL
8783 BRINDISI PARK AVE
LAS VEGAS, NV 89148
USA

ARIZONA LEGISLATIVE COUNCIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 WEST WASHINGTON STREET
SUITE 100
PHOENIX AZ 85007-2899

ARIZONA PUBLIC SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 N. 5TH ST
PHOENIX, AZ 85072

ARIZONA PUBLIC SERVICES
P.O. BOX 2906
PHOENIX, AZ 85062-2906

ARIZONA REGISTRAR OF CONTRACT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 N CENTRAL AVE STE 400
PHOENIX, AZ 85012-1946

ARIZONA REPUBLIC NEWSPAPER
SUBSCRIPTION
P. O. BOX 1950
PHOENIX AZ 85001

ARIZONA SIGN COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2411 LOUISE AVENUE
KINGMAN AZ 86401

ARIZONA STATE LAND DEPARTMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 W. ADAMS
PHOENIX AZ 85007

ARIZONA STATE REGISTRAR OF CONTRACTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 N CENTRAL AVE STE 400
PHOENIX, AZ 85012-1946

ARIZONA STATE REGISTRAR OF CONTRACTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 NORTH CENTRAL AVE.
SUITE 400
PHOENIX, AZ 85012

ARIZONA STATE TREASURER'S OFFICE
ATTN: BANKRUTPCY DESK/MANAGING AGENT
1700 WEST WASHINGTON STREET, 1ST FLOOR
PHOENIX, AZ 85007

ARIZONA STATE UNIVERSITY
ATTN: WM W. BADGER
P. O. BLOX 870204
TEMPE AZ 85287-1769

ARIZONA STATE UNIVERSITY-PBSRG
DEL E WEBB SCHOOL OF CONSTRUCTION
PO BOX 870204
TEMPE AZ 85287-0204

ARIZONA SUN
PO BOX 1786
SCOTTSDALES, AZ  85252-1786

The Rhodes Companies, LLC - U.S. Mail

ARIZONA SUN PRODUCTS, INC.
ATTN: ROBERT B WALLACE
14806 N. 74TH ST.
SCOTTSDALE, AZ 85260

ARIZONA TILE & MARBLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5830 SOUTH DECATUR BLVD
LAS VEGAS NV  89118-3091

ARLENE MONTANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1109 VIA CANALE DR
HENDERSON, NV 89011

ARLENE MONTANO
HUNTINGTON GROUP
305 PASADENA AVE.
S. PASADENA, CA 91030

ARLENE MONTANO
HUNTINGTON MORTGAGE COMPANY
305 PASADENA AVE.
S. PASADENA CA 91030

ARLENE SCHLANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
572 VIA COLMO AVE
HENDERSON, NV 89011

ARLES A HERRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

ARMAN PIRIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5710 WALLIS LN
WOODLAND HILLS, CA 91367

ARMAN PIRIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9727 WAUKEGAN AVE
LAS VEGAS, NV 89148

ARMANDO & BEVERLY ALONZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8783 DEER CREEK CIR
STOCKTON, CA 95210

ARMANDO & BEVERLY ALONZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2052
LAS VEGAS, NV 89148

ARMANDO FELIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1480 N ESTATE DR
TUCSON, AZ 85715

ARMANDO FELIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
622 OVER PAR CT
LAS VEGAS, NV 89148

ARMEN SARKISIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ARMENDARIZ, CHRISTINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3788 MAJESTIC DR
LAS VEGAS, NV 89147

ARMENTA-ARAUJO, WENSESLAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3920 TIMBERLAKE DR
LAS VEGAS, NV 89115

ARMOND MATEVOSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 MELROSE AVE # 2
GLENDALE CA 91202

ARNA ROBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIALE PLACENZA PL
HENDERSON, NV 89011

ARNAK & MARIA PUNLERTPATHANAKON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9562 LOWER AZUSA RD
TEMPLE CITY, CA 91780

ARNAK & MARIA PUNLERTPATHANAKON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

ARNO ZWARG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1049 VIA CAMELIA ST
HENDERSON, NV 89011

ARNO ZWARG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1608 VIA LAZO
PALOS VERDES ESTATES, CA 90274

ARNOLD & ALMA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1217 DREAM BRODGE DR
LAS VEGAS NV 89144

ARNOLD MACHINERY CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4366 EAST HUNTINGTON DRIVE
FLAGSTAFF, AZ 86004

ARNOLD MACHINERY COMPANY
P.O. BOX 30020
SALT LAKE CITY, UT 84130

ARNOLD PIERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

ARNOLD SNYDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19620 HAMLIN ST
RESEDA, CA 91335

ARNOLD SNYDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1138
LAS VEGAS, NV 89148

ARRAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 CALLE PARQUE DR
EL PASO, TX 79912

ARRAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6738 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

ARREGUIN,MIGUEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3630 E OWENS AVE #2088
LAS VEGAS, NV 89110

ARRELLANO B.,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2327 ELLIS ST. # 6
NORTH LAS VEGAS, NV 89030

ARREOLA, FEDERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3809 CECILE AVE #206
LAS VEGAS, NV 89115

ARREOLA;ABRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2233 N. JONES BLVD. # 3
LAS VEGAS, NV 89108

ARREOLA;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 E. MC WILLIAMS
LAS VEGAS, NV 89101

ARREOLAL;CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2233 N. JONES BLVD. # 3
LAS VEGAS, NV 89108

ARRIN SYSTEMS, INC.
CDS CAPITAL, LLC
P.O.BOX 748
LYNBROOK NY 11563

ARRINGTON, BEATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8745 DON HORTON AVE
LAS VEGAS, NV 89178

ARRINGTONBEATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
581 OKEHAMPTON CT
LAS VEGAS, NV 89178-1239

ARROW AIR CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1776 COTTONWOOD LN
MOHAVE VALLEY, AZ 86440-9339

ARROWHEAD
PO BOX 856158
LOUISVILLE KY 40285-6158

ARROW-MAGNOLIA INTERNATIONAL, INC.
PO BOX 59089
DALLAS, TX  75229

ARROYO-GUILLEN;LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3236 MARY DEE AVE # A
N LAS VEGAS, NV 89030

ART & WENONA CANDALLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
434 CENTER GREEN DR
LAS VEGAS, NV 89148

ART & WENONA CANDALLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8006 AVALON ISLAND ST
LAS VEGAS, NV 89139

ART BROKERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
247 SHORELINE HWY.
MILL VALLEY, CA 94941

ART BROKERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3660 BRIDGEWAY
SAUSALITO CA 94965

ART CLASSICS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 EAST WISCONSIN
TRENTON IL 62293

ART MAISTO, M.D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 WATER HAZARD LANE
LAS VEGAS NV 89148

ART PFIZENMAYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 OLIVE CREST DRIVE
ENCINITAS CA 92024

ARTE DE MEXICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5356 RIVERTON AVENUE
NORTH HOLLYWOOD CA 91601

ARTERIORS HOME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4430 SIMONTON ROAD
DALLAS TX 75244

ARTHUR & EDITHA VILLANUEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
429 SKYHARBOUR LN
BAY POINT, CA 94565

ARTHUR & EDITHA VILLANUEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1124
LAS VEGAS, NV 89148

ARTHUR & MARY SISKIND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
655 PARK AVE APT 4F
NEW YORK, NY 10065

ARTHUR & MARY SISKIND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

ARTHUR CERVANTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 FIRST ON DR
LAS VEGAS, NV 89148

ARTHUR CERVANTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5208 SUSSEX PL
NEWARK, CA 94560

ARTHUR,ALMON RAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 S. MOUNTAIN AVE. # A161
UPLAND, CA 91786

ARTHUR,CHRISTOPHER SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9285 CLOUDBERRY CT.
LAS VEGAS, NV 89147

ARTHUR;CHRISTOPHER SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9285 CLOUD BERRY
LAS VEGAS, NV 89147

ARTISTIC IRON WORKS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 W. CHARLESTON BLVD.
LAS VEGAS, NV 89102

ARTISTIC IRON WORKS, INC
LOU GIBALDI
105 W. CHARLESTON BLVD.
LAS VEGAS NV  89102

ARTMAX INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4748 SOUTH ST. LOUIS AVE.
CHICAGO IL 60632

ARTURO & ANGELA GOMEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9696 VALMEYER AVE
LAS VEGAS, NV 89148

ARTURO & MARIA PANTOJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

ARTURO & MARIA PANTOJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9449 LAWGER AVE
SKOKIE, IL 60077

ARTURO & ROSEMARIE CORDERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
138 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ARTURO LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
637 BELSAY CASTLE CT
LAS VEGAS, NV 89178

ARTURO LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

ARUN & RUCHI SACHDEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 NW 154TH CT
EDMOND, OK 73013

ARUN & RUCHI SACHDEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ARUN MIRCHIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1605 NE 4TH ST
MOORE, OK 73160

ARUN MIRCHIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ARUTYUN GEVORKYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 MACOBY RUN ST
LAS VEGAS, NV 89148

ARYA FARINPOUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22346 MAYALL STREET
CHATSWORTH CA 91311

ARZO-GERSON,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2513 SALT LAKE ST
NORTH LAS VEGAS, NV 89030

ARZU MARQUEZ,MIGUEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
801 FAIRWAY DR
N LAS VEGAS, NV 89107

ARZU,MIGUEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
801 FAIRWAY DR.
LAS VEGAS, NV 89107

ASAEL AGUILERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

ASALIA MCINERNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6726 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

ASAP APPAREL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6151 MCLEOD DRIVE
LAS VEGAS NV 89120

ASAP APPAREL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6151 MCLEOD DRIVE
SUITE A
LAS VEGAS NV 89120

ASARI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

ASARI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 COELHO WAY
HONOLULU, HI 96817

ASCENCIO CARIAS,ANGELICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 MARY DEE # A
NORTH LAS VEGAS, NV 89030

ASCENCIO;RENAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
232 S. CRESTLINE DR
LAS VEGAS, NV 89107

ASHANTI PARTNERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7766 BRAMBLY CREEK CT
LAS VEGAS NV 89129-5511

ASHBY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
790 CRAIGMARK CT
HENDERSON, NV 89002

ASHFORD DOUGLAS & KELLI CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3895  HEATHER AVE
KINGMAN, AZ 86401

ASHWORTH
FILE 51141
LOS ANGELES, CA  90074-1141

ASHWORTH, INC
FILE # 53950
LOS ANGELES CA 900843950

ASIAN JOURNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1150 WILSHIRE BLVD
LOS ANGELES CA 90017

ASIAN WEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 SACRAMENTO STREET
SAN FRANCISCO CA 94108

ASLAM URSANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9795 WAUKEGAN AVE
LAS VEGAS, NV 89148

ASPEN CONCRETE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4177  E. HUNTINGTON DR.
FLAGSTAFF, AZ  86004

ASPEN PUBLISHERS
A WOLTERS KLUWER COMPANY
P.O. BOX 911
FREDERICK MD 21705-0911

ASPEN PUBLISHERS, INC.
ACCOUNTS RECEIVABLE DEPARTMENT
4829 INNOVATION WAY
CHICAGO, IL 60682-0048

ASSA ABLOY HOSPITALITY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3465 WAIALAE AVENUE
HONOLULU, HI 96816

**The Rhodes Companies, LLC - U.S. Mail**                                                                 Served 9/28/2009

ASSA ABLOY HOSPITALITY, INC.
P.O. BOX 890947
DALLAS TX 75389-0947

ASSAIGAI
ANALYTICAL LABORATORIES, INC.
4301 MASTHEAD NE
ALBUQUERQUENM 87109

ASSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33477 TREASURY CENTER
CHICAGO IL 60694-3400

ASSESSOR'S CARTOGRAPHY
OF MOHAVE COUNTY
315 OAK STREET, P. O. BOX 7000
KINGMAN AZ 86402

ASSOCIATED BUILDING CONSULTANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 MARINA BAY DRIVE
SUITE G
LEAGUE CITY TX 77573

ASTARITA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6673 BRISTOW FALLS CT
LAS VEGAS, NV 89148

ASTARITA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 NERVAL
NEWPORT COAST, CA 92657

ASTER GEBREKIRSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
626 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ASTORGA;JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 LAKEMEAD ST # 258
LAS VEGAS, NV 89115

ASUNCION CROWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S. DURANGO DRIVE
LAS VEGAS NV 89148

ASUNCION FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 ANGELS TRACE CT
LAS VEGAS, NV 89148

AT SYSTEMS SECURITY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2400 W. DUNLAP AVENUE
SUITE 225
PHOENIX AZ 85021-2886

AT&T
ACCT 702-227-0042 P
P. O BOX 78628
PHOENIX AZ 85062-8628

AT&T
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5565 GLEN RIDGE CONNECTOR
ATLANTA, GA 30342

AT&T MOBILITY
P.O. BOX 60017
LOS ANGELES CA 90060-0017

AT&T WIRELESS
P.O.BOX 8229
AURORA IL 60572-8229

AT&T WIRELESS SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5565 GLEN RIDGE CONNECTOR
ATLANTA, GA 30342

AT&T WIRELESS SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800-544-3859
PO BOX 79075
PHOENIX AZ 85062-9075

AT&T WIRELESS SERVICES
P O BOX 6463
CAROL STREAM, IL  60197-64693

ATCO INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2136 KINGSTON COURT, SE
MARIETTA, GA  30067-8902

ATCO. EQUIPMENT
P.O. BOX 1128
PERRIS, CA 92572

ATHER AHMED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

ATHER AHMED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9065 MCLEOD DR
HENDERSON, NV 89074

ATHERTON,EDWARD F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 BREEZYSHORE AVE
NORTH LAS VEGAS, NV 89031

ATI WINDOWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4181 W. OQUENDO 89118
401 A STREET
UPLAND CA 91876

ATI WINDOWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 SUNSET WAY, STE 100
HENDERSON, NV 89074

ATM DIV. OF SUPERIOR TENNIS COURTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1022 NEVADA HIGHWAY #111
BOULDER CITY NV 89005

ATR FITNESS A DIVISION OF
AMCO DISTRIBUTING SERVICES, INC.
23610 S. BANNING BLVD.
CARSON CA 90745

ATRIUM DOOR & WINDOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3890 W. NORTHWEST HWY #500
DALLAS, TX  75234

ATRIUM DOOR & WINDOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
690 S. 91ST AVE. BLDG. A
TOLLESON, AZ 85353

ATRIUM DOOR & WINDOW
TRAVIS/RAY
3890 W. NORTHWEST HWY #500
DALLAS, TX 75234

ATRIUM DOORS & WINDOWS OF ARIZONA
ATTN: CHRISTINE MCKENZIE
ATRIUM COMPANIES INC
3890 WEST NORTHWEST HWY #500
DALLAS, TX 75220

ATTENTUS CDO I, LTD
SARAH EVANGELISTA
2107 WILSON BLVD
ARLINGTON VA 22201

The Rhodes Companies, LLC - U.S. Mail

ATTILLA AND ROANNA MACZALA
C/O ERIC RANSAVAGE
7501 ARBORCREST AVE.
LAS VEGAS, NV 89131

AUBRY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
456 PUNTO VALLATA DR
HENDERSON, NV 89011

AUDREY GRAY
C/O ERIC RANSAVAGE
7411 THORNBUCK PL.
LAS VEGAS, NV 89131

AUGUSTIN REYES
VISION 1 REAL ESTATE

AUGUSTO & JOSEPHINE SARMIENTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4731 POPPYWOOD DR
LAS VEGAS, NV 89147

AUGUSTO & JOSEPHINE SARMIENTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

AUNT HATTIE'S
HOLSUM BAKERY
PO BOX 29192
PHOENIX, AZ  85038

AUREALYN & MICHAEL MIRABEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
386 CENTER GREEN DR
LAS VEGAS, NV 89148

AUREALYN & MICHAEL MIRABEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4287 CLARINBRIDGE CIR
DUBLIN, CA 94568

AURELIO R GASCON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1800 EDMOND ST
LAS VEGAS, NV

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10350 PARK MEADOWS DR
STE 200
LITTLETON, CO 80124-6800

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 DOG LEG DR
LAS VEGAS, NV 89148

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 SANDY BUNKER LN
LAS VEGAS, NV 89148

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
327 INVERNESS DR S
ENGLEWOOD, CO 80112

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
339 FALCONS FIRE AVE
LAS VEGAS, NV 89148

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
367 DOG LEG DR
LAS VEGAS, NV 89148

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3811  HEATHER AVE
KINGMAN, AZ 86401

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4643 CALIFA DR
LAS VEGAS, NV 89122

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
472 VIA STRETTO AVE
HENDERSON, NV 89011

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 5TH AVE
SCOTTSBLUFF, NE 69361

AURORA LOAN SERVICES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

AUSTIN & ELISE BURNETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

AUSTIN HARDWOODS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4245 W SUNSET ROAD
LAS VEGAS, NV 89106

AUSTIN HARDWOODS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4245 W. SUNSET
LAS VEGAS, NV 89118

AUTO FLEET SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8717 MARBLE DRIVE
LAS VEGAS NV 89134

AUTO ZONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4850 SOUTH JONES B
LAS VEGAS, NV 89103

AUTO ZONE
PO BOX 116067
ATLANTA, GA 30368-6067

AUTOFRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 FORBES RD
NORTHBOROUGH, MA  01532

AUTOMATED ACCESS, INC.
MARK AKINS
81 E. PYLE AVE.
LAS VEGAS NV 89123

AUTOMATED MAILING SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 S. VALLEY VIEW BLVD.  #C-105
LAS VEGAS NV 89102

AUTOZONE-AZ COMMERCIAL
PO BOX 116067
ATLANTA, GA 30368-6067

AUTUMN COTTAGE EQUITIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 RAYMERT DR # 309
LAS VEGAS, NV 89121

AUTUMN COTTAGE EQUITIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4781 FRANKFURT CT
LAS VEGAS, NV 89147

AV VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5000 W. OAKEY
SUITE E8
LAS VEGAS NV 89146

AVALOS FLORES,CARLOS CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN # 226
LAS VEGAS, NV 89156

AVALOS FLORES,JOSE R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN # 226
LAS VEGAS, NV 89156

AVALOS,JULIO CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 SNUG HARBOR # A
LAS VEGAS, NV 89110

AVALOS-GUZMAN,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 SNUG HARBOR # A
LAS VEGAS, NV 89110

AVALOS-SILVAS,IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5100 E. TROPICANA APT # 40-B
LAS VEGAS, NV 89122

AVARICE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2567 W CHEYENNE AVE
N LAS VEGAS, NV 89032

AVARICE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7401 HORNBLOWER AVE
LAS VEGAS, NV 89131

AVELAR, CECILIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
908 PYRAMID DR
LAS VEGAS, NV 89108

AVELINO & NENITA YUMANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13103 CLEARWOOD AVE
LA MIRADA, CA 90638

AVELINO & NENITA YUMANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
937 VIA STELLATO ST
HENDERSON, NV 89011

AVELO MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 GRANDOVER CT
LAS VEGAS, NV 89148

AVELO MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

AVENUE CLO FUND LTD
JESSICA RAYMOND
535 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022

AVIALL
P.O. BOX 671220
DALLAS TX 75267-1220

AVIATION LABORATORIES
P.O. BOX 260118
DALLAS TX 75326-0118

AVILA CARILLO,ELISEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1436 STEVENS ST
LAS VEGAS, NV 89110

AVILA CARRILLO,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3516 FULSTONE AVE
N LAS VEGAS, NV 89030

AVILA,BENJAMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5826 DODD ST
LAS VEGAS, NV 89122

AVILA,MICHAEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1612 PALOMA AVE
LAUGHLIN, NV 89029

AVILA,RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 MENLO SQUARE DR. # C
LAS VEGAS, NV 89101

AVILA,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2933 SALT LAKE
N LAS VEGAS, NV 89030

AVILA,ROGELIO NAVARRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2924 MAGNET STREET
N LAS VEGAS, NV 89030

AVILA;JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3220 FIGLER CT. # C
N LAS VEGAS, NV 89030

AVILA-NAVARRETE,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2933 SALT LAKE
N LAS VEGAS, NV 89030

AVILA-NAVARRETTE,PETRONILO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2933 SALT LAKE ST  N
N LAS VEGAS, NV 89030

AVILA-NUNEZ,DANILO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9221 ADAMHURST AVE
LAS VEGAS, NV 89148

AVILA-PEREZ,BENITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 N. 13TH ST. # D
LAS VEGAS, NV 89101

AVIS ELLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1121 SIDEHILL WAY
LAS VEGAS NV 89110

AVRAM & ELIZABETH INDIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 PANGLOSS ST
HENDERSON, NV 89002

AWESOME TUTORS
P. O. BOX 70911
LAS VEGAS NV  89170

AWESOME TUTORS
P. O. BOX 86831
SAN DIEGO, CA 92138

AWG CHARTER SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4740 S. VALLEY VIEW BLVD.
LAS VEGAS, NV  89103

AYALA VILLANUEVA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

AYALA:,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

AYALA-GARCIA,FRANCISCO
PO BOX 30955
LAS VEGAS, NV 89175

AYALA-GARCIA,RODRIGO
PO BOX 30955
LAS VEGAS, NV 89173

AYALA-RUEDA,TERESITA DE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3434 ARISTAS AVE # B
NORTH LAS VEGAS, NV 89030

AZ DEPARTMENT OF ECONOMIC SEC.
P.O. BOX 6028
PHOENIX, AZ 85005-6028

AZ DEPT OF REVENUE
PO BOX 29010
PHOENIX, AZ 29010

AZ DEPT. OF FIRE BUILDIING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1110 W. WASHINGTON STE 100
PHOENIX, AZ 85007

AZ LAND QUEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2701 ANDY DIVINE
SUITE 300
KINGMAN , AZ  86401

AZ REGISTRAR OF CONTRACTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
715 MAIN ST
KINGMAN, AZ 86401

AZATUHI SETOYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

AZIM PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2640 E BARNETT RD # E-335
MEDFORD, OR 97504

AZIM PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1021
LAS VEGAS, NV 89148

AZTEC PLUMBING CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 LOSEE RD
N. LAS VEGAS, NV 89030

AZTEC PLUMBING CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
550 FALLS CIR
MESQUITE, NV 89027-4909

AZTECH PLASTERING CO.
HCR 89033 BOX 2754
LAS VEGAS NV 89124

B & B ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 STOCKTON HILL RD # 312
KINGMAN, AZ 86401

B & C PLUMBING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
850 S. BOULDER HIGHWAY # 190
HENDERSON NV 89015

B & D SERVICE CENTER #180
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5565 S. DECATUR BLVD., STE 103
LAS VEGAS, NV 89118

B & F CONSTRUCTION INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2735 SIMMONS ST.  #100
N LAS VEGAS NV 89032

B & L DMV ENTERPRISES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4535 WEST SAHARA #115
LAS VEGAS, NV 89102

B & L DMV SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5321 DEL MONTE AVE
LAS VEGAS, NV 89146

B & L PLUMBING OF NV, INC.
JOSEPH SMITH
P.O. BOX 34568
LAS VEGAS NV 89133-4568

B & L PLUMBING OF NV, INC.
P.O. BOX 34568
LAS VEGAS, NV 89133-4568

B & M OFFICE PRODUCTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3175 W. ALI BABA LANE
SUITE 809
LAS VEGAS NV 89118

B & P, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S. JONES #228
LAS VEGAS NV 89146

B CHRISTIE JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2332 TILDEN WAY
HENDERSON, NV 89074

B CHRISTIE JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

B&F CONSTRUCTION, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2735 SIMMONS ST # 100
NORTH LAS VEGAS , NV  89032

B.A.W.N.S.I.G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
810 E 5TH STREET
STE A
CARSON CITY, NV 89701

B.D. TRIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6270 KIMBERLY AVE. SUITE B
LAS VEGAS , NV  89122-7655

BACKFLOW PREVENTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9506 TETON DIABLO AVE.
LAS VEGAS, NV  89117

BADGER CONSTRUCTION LLC
DR. WILLIAM W. BADGER
11005 E. CHESTNUT DRIVE
SUN LAKES AZ 85248

BADGER CONSTRUCTION, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4810 E. CARTIER AVENUE
LAS VEGAS, NV 89115

BADILLO GOMEZ;DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2949 SANDY LANE # A9
LAS VEGAS, NV 89115

BADILLO;MIGUEL ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 N. 11TH ST.
LAS VEGAS, NV 89101

BADILLO-RANGEL;ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
504 JULIAN ST., APT # A
LAS VEGAS, NV 89101

BAER, WAYNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2039 HIGH MESA
HENDERSON, NV 89012

BAETHKE, COLLIN MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2338 N. GREEN VALLEY APT#1615
HENDERSON, NV 89014

BAEZ CAMACHO;EDMUNDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1166 LULU AVE., #16
LAS VEGAS, NV 89119

BAEZ CAMACHO;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1166 LULU AVE., #16
LAS VEGAS, NV 89119

BAEZ-CAMACHO;CELSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1166 LULU AVE # 16
LAS VEGAS, NV 89119

BAHENA;AMPARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2309 N. MALLARD ST
LAS VEGAS, NV 89108

BAIER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 PANGLOSS ST
HENDERSON, NV 89002

BAILEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 THISTLE LN
EUREKA, CA 95503

BAILEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1156
LAS VEGAS, NV 89148

BAILEY'S SWEEPER SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4560 S. ARVILLE STREET
SUITE C15
LAS VEGAS, NV  89103

BAIRD, WILLIAMS & GREER, LLP
C/O DARYL M. WILLIAMS
6225 N. 24TH STREET, SUITE 125
PHOENIX, AZ 85016
USA

BAIR'S CARPET VALLEY - C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7465 WEST SUNSET ROAD
SUITE 1200
LAS VEGAS,  NV  89113

BAKER TRANSPORTATION LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1570 TUMBLEWEED DR
HENDERSON, NV 89015

BALANCE INSURANCE AGENCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17780 FITCH SUITE 150
IRVINE CA 92614

BALBIR & SATVINDER DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44750 MONTCLAIR CT
FREMONT, CA 94539

BALBIR & SATVINDER DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1053
LAS VEGAS, NV 89148

BALDERAMA LAMAS;JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3856 BLUE WAVE DR.
LAS VEGAS, NV 89115

BALDWIN DEVELOPMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6935 ALIANTE PARKWAY
SUITE 104-283
NORTH LAS VEGAS NV 89084

BALDWIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3600 LAS VEGAS BLVD S
LAS VEGAS, NV 89109

BALDWIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5228 SPANISH HEIGHTS DR
LAS VEGAS, NV 89148

BALLARD CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4181 DUSTIN AVE
LAS VEGAS NV 89120

BALLARD SPAHR ANDREWS INGERSOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, AZ 85012

BALLARD, TONYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4403 SHORTLEAF ST
LAS VEGAS, NV 89119

BALLEZA, ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3136 IROQUIOS LANE
NO LAS VEGAS, NV 89030

BALLI;ANTHONY D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1521 WATERCREEK DR.
N LAS VEGAS, NV 89032

BALLONS WITH A TWIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9811 W. CHARLESTON BLVD.,
SUITE 2443
LAS VEGAS NV 89117

BALTAZAR;GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1832 GOLDFIELD
N LAS VEGAS, NV 89030

BANCROFT, SUSA & GALLOWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4713 E. CAMP LOWELL DRIVE
TUCSON AZ 85712

BANGTSON MATTEW A & SARAH L CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3877 HEATHER AVE
KINGMAN, AZ 86401

BANK AMERICA NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10790 RANCHO BERNARDO RD
SAN DIEGO, CA 92127

BANK AMERICA NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 CROOKED PUTTER DR
LAS VEGAS, NV 89148

BANK AMERICA NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK AMERICA NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9770 KAMPSVILLE AVE
LAS VEGAS, NV 89148

BANK CITIBANK N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK CITIBANK N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1172
LAS VEGAS, NV 89148

BANK COUNTRYWIDE F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1047 VIA DI OLIVIA ST
HENDERSON, NV 89011

BANK COUNTRYWIDE F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 MACOBY RUN ST
LAS VEGAS, NV 89148

BANK COUNTRYWIDE F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK COUNTRYWIDE F S B TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK DEUTSCHE NATIONAL TR CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 LAYING UP CT
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 VIA SACRA ST
HENDERSON, NV 89011

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 VIA CAPASSI WAY
HENDERSON, NV 89011

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
139 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 ALLEGHENY CENTER MALL # 24-050
PITTSBURGH, PA 15212

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1575 PALM BEACH LAKES
WEST PALM BEACH, FL 33401

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1610 E SAINT ANDREW PL
SANTA ANA, CA 92705

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1610 E SAINT ANDREW PL # B150
SANTA ANA, CA 92705

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 SHORT RUFF WAY
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 SHORT RUFF WAY
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 RUSTY PLANK AVE
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 FLYING HILLS AVE
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
298 LADIES TEE CT
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 DOG LEG DR
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 VOLTAIRE AVE
HENDERSON, NV 89002

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
421 HIDDEN HOLE DR
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4708 MERCANTILE DR
FORT WORTH, TX 76137

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 FRANKFURT CT
LAS VEGAS, NV 89147

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR # 600
HOUSTON, TX 77081

The Rhodes Companies, LLC - U.S. Mail

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6639 BABYS TEAR PL
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 CORPORATE CENTER DR
RALEIGH, NC 27607

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2087
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2132
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9669 MARCELLINE AVE
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9693 MARCELLINE AVE
LAS VEGAS, NV 89148

BANK DEUTSCHE NATIONAL TR CO TRS
PO BOX 11000
SANTA ANA, CA 92711

BANK DEUTSCHE NATL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK DEUTSCHE NATL TR CO TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6627 BABYS TEAR PL
LAS VEGAS, NV 89148

BANK FLAGSTAR F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5151 CORPORATE DR
TROY, MI 48098

BANK FLAGSTAR F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2121
LAS VEGAS, NV 89148

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2929 WALDEN AVE
DEPEW, NY 14043

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR # 600
HOUSTON, TX 77081

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

BANK H S B C USA N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1059 VIA SAINT LUCIA PL
HENDERSON, NV 89011

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4606 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8769 LAS OLIVAS AVE
LAS VEGAS, NV 89147

BANK H S B C USA NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
949 VIA STELLATO ST
HENDERSON, NV 89011

BANK H S B C USA TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 FALCONS FIRE AVE
LAS VEGAS, NV 89148

BANK H S B C USA TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8100 NATIONS WAY
JACKSONVILLE, FL 32256

BANK INDYMAC F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 VIA FRANCIOSA DR
HENDERSON, NV 89011

BANK INDYMAC F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6854 ROSE MALLOW ST
LAS VEGAS, NV 89148

BANK INDYMAC F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6900 BEATRICE DR
KALAMAZOO, MI 49009

BANK INDYMAC FEDERAL F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4552 CALIFA DR
LAS VEGAS, NV 89122

BANK INDYMAC FEDERAL F S B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6900 BEATRICE DR
KALAMAZOO, MI 49009

BANK J P MORGAN CHASE N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
534 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

BANK J P MORGAN CHASE N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

BANK J P MORGAN CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 QUAIL VALLEY ST
LAS VEGAS, NV 89148

BANK J P MORGAN CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

BANK LA SALLE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

BANK LA SALLE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2131
LAS VEGAS, NV 89148

BANK LASALLE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

BANK LASALLE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

BANK LASALLE NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212

BANK LASALLE NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 ALLEGHENY CTR IDC 24-050
PITTSBURGH, PA 15202

BANK LASALLE NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 HARPERS FERRY AVE
LAS VEGAS, NV 89148

BANK LASALLE NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 SUNSET BAY ST
LAS VEGAS, NV 89148

BANK LASALLE NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1130
LAS VEGAS, NV 89147

BANK MORGAN J P CHASE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2780 LAKE VISTA DR
LEWISVILLE, TX 75067

BANK MORGAN J P CHASE N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6817 ROSE MALLOW ST
LAS VEGAS, NV 89148

BANK MORGAN J P CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

BANK MORGAN J P CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

BANK MORGAN J P CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 CEDAR RAE AVE
LAS VEGAS, NV 89131

BANK MORGAN J P CHASE NATL ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1088
LAS VEGAS, NV 89148

BANK MORGAN J P CHASE TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
345 CART CROSSING WAY
LAS VEGAS, NV 89148

BANK MORGAN J P CHASE TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
475 CROSSPOINT PKWY
GETZVILLE, NY 14068

BANK NEW YORK MELLON TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 BROKEN PAR DR
LAS VEGAS, NV 89148

BANK NEW YORK MELLON TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 TALL RUFF DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1128 VIA CANALE DR
HENDERSON, NV 89011

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 RED TEE LN
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 MACOBY RUN ST
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
228 DOG LEG DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
355 DOG LEG DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
372 CART CROSSING WAY
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
376 BROKEN PAR DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
411 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
412 FIRST ON DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
442 FIRST ON DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 LAYING UP CT
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
494 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
539 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
543 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
548 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7713 FALCONWING AVE
LAS VEGAS, NV 89131

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 SULLY CREEK CT
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1171
LAS VEGAS, NV 89148

BANK NEW YORK TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9685 WAUKEGAN AVE
LAS VEGAS, NV 89148

BANK NEW YORK TRUST CO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 VIA GALLIA ST
HENDERSON, NV 89011

BANK NEW YORK TRUST CO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 VISION DR
COLUMBUS, OH 43219

BANK OF OKLAHOMA
PAYMENT PROCESSING CENTER
P.O. BOX 268800
OKLAHOMA CITY OK 73126-8800

BANK U S N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1575 PALM BEACH LAKES
WEST PALM BEACH, FL 33401

BANK U S N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1417 N MAGNOLIA AVE
OCALA, FL 34475

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14523 SW MILLIKAN WAY STE 200
BEAVERTON, OR 97005

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
147 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 TALL RUFF DR
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1575 PALM BEACH LAKES
WEST PALM BEACH, FL 33401

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 DOG LEG DR
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 VIA DI CITTA DR
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 VIA FRANCIOSA DR
HENDERSON, NV 89011

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 VIA DI CITTA DR
HENDERSON, NV 89011

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 ADA
IRVINE, CA 92618

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 VISION DR
COLUMBUS, OH 43219

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
359 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 DOG LEG DR
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
376 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 CENTER GREEN DR
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
466 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
560 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
561 VIA DI PARIONE CT
HENDERSON, NV 89011

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 CORPORATE CENTER DR
RALEIGH, NC 27607

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
780 WIGAN PIER DR
HENDERSON, NV 89002

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
781 WIGAN PIER DR
HENDERSON, NV 89002

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 SUNSET BAY ST
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9665 KAMPSVILLE AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9694 DIETERICH AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9733 WAUKEGAN AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9754 KAMPSVILLE AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9772 WAUKEGAN AVE
LAS VEGAS, NV 89148

BANK U S NATIONAL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK 73118

BANK U S NATIONAL ASSOCIATION TR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

BANK U S NATIONAL ASSOCIATION TR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7495 NEW HORIZON WAY
FREDERICK, MD 21703

BANK U S NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK U S NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
536 VIA COLMO AVE
HENDERSON, NV 89011

BANK WACHOVIA N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 MACOBY RUN ST
LAS VEGAS, NV 89148

BANK WACHOVIA N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 CORPORATE CENTER DR
RALEIGH, NC 27607

BANK WELLS FARGO N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3476 STATEVIEW BLVD
FORT MILL, SC 29715

BANK WELLS FARGO N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK WELLS FARGO N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 FIRST ON DR
LAS VEGAS, NV 89148

BANK WELLS FARGO N A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1123
LAS VEGAS, NV 89147

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 VIRGINIA DR
FORT WASHINGTON, PA 19034

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 FLYING HILLS AVE
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1610 E SAINT ANDREW PL
SANTA ANA, CA 92705

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1610 E SAINT ANDREW PL # B150
SANTA ANA, CA 92705

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 BROOKSTONE CENTRE PKWY
COLUMBUS, GA 31904

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 BROKEN PAR DR
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3815 S WEST TEMPLE
SALT LAKE CITY, UT 84115

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4868 CALIFA DR
LAS VEGAS, NV 89122

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 LAYING UP CT
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 CORPORATE CENTER DR
RALEIGH, NC 27607

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
775 TOSSA DE MAR AVE
HENDERSON, NV 89002

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9255 DAMES ROCKET PL
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9654 DIETERICH AVE
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9663 VALMEYER AVE
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9708 KAMPSVILLE AVE
LAS VEGAS, NV 89148

BANK WELLS FARGO N A TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9781 MARCELLINE AVE
LAS VEGAS, NV 89148

BANK WELLS FARGO NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2780 LAKE VISTA DR
LEWISVILLE, TX 75067

BANK WELLS FARGO NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
502 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

BANK WELLS FARGO NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 STATE HIGHWAY 121 BYP
LEWISVILLE, TX 75067

BANK WELLS FARGO NATL ASSN TRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
941 VIA STELLATO ST
HENDERSON, NV 89011

BANK WEST OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3500 WEST SAHARA
LAS VEGAS, NV 89102

BANKS, TIFFANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7603 KENWOOD HILLS
LAS VEGAS, NV 89131

BANNER OUTLET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6185 S. VALLEY VIEW, STE. B
LAS VEGAS NV 89118

BANOVA, CIARA M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1054 PLENTYWOOD PL
HENDERSON, NV 89002

BANUELOS;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 LUPIN CT.
LAS VEGAS, NV 89110

BAO DAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1019 VIA LATINA ST
HENDERSON, NV 89011

BARAGAN-GUERRERO,GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1835 BRUCE
N LAS VEGAS, NV 89030

The Rhodes Companies, LLC - U.S. Mail                                                                                                          Served 9/28/2009

BARAHONA AMAYA,RAMON E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3642 BOULDER HIGHWAY # 427
LAS VEGAS, NV 89121

BARAHONA;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4763 CASSNA AVE
LAS VEGAS, NV 89115

BARAJAS, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 N BUFFALO DRIVE #104-194
LAS VEGAS, NV 89128

BARAJAS,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2052 BLEDSOE LANE
LAS VEGAS, NV 89156

BARAJAS-ZAMORA,JOAQUIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8117 NO TENAYA WAY
LAS VEGAS, NV 89131

BARBARA & MICHAEL VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 CART CROSSING WAY
LAS VEGAS, NV 89148

BARBARA & MICHAEL VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
506 21ST ST
HUNTINGTON BEACH, CA 92648

BARBARA ALLEN PHOTOGRAPHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 STARBROOK DRIVE
HENDERSON NV 89052

BARBARA BIRD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10500 SHORE FRONT PKWY APT 8H
ROCKAWAY PARK, NY 11694

BARBARA BIRD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1038
LAS VEGAS, NV 89148

BARBARA BLOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1905 STONEHAVEN CIR
LAS VEGAS, NV 89108

BARBARA BLOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9761 VALMEYER AVE
LAS VEGAS, NV 89148

BARBARA FUNTILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 WATER HAZARD LN
LAS VEGAS, NV 89148

BARBARA FUNTILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4236 FROST WAY
MODESTO, CA 95356

BARBARA HARTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2657 WINDMILL PKWY # 225
HENDERSON, NV 89074

BARBARA HARTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
752 WIGAN PIER DR
HENDERSON, NV 89002

BARBARA HERNBERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 CADDY BAG CT
LAS VEGAS, NV 89148

BARBARA KILBANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
507 POTTERS CT
HOLLAND, PA 18966

BARBARA KILBANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9745 VALMEYER AVE
LAS VEGAS, NV 89148

BARBARA MYLAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 SHORT RUFF WAY
LAS VEGAS, NV 89148

BARBARA O`CONNOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7605 FALCONWING AVE
LAS VEGAS, NV 89131

BARBARA REYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2721 JAMAICA BLVD S
LK HAVASU CTY, AZ 86406-7770

BARBARA REYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3868 HILLINGTON LN
LAKE HAVASU CITY, AZ 86404

BARBARA REYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4684 STUTTGART ST
LAS VEGAS, NV 89147

BARBARA STOGNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 PORTOFINO CIR
REDWOOD CITY, CA 94065

BARBARA STOGNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
779 WIGAN PIER DR
HENDERSON, NV 89002

BARBEQUES GALORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2580 S. DECATUR BLVD.
LAS VEGAS NV 89102

BARBEQUES GALORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9815 S. EASTERN AVE
LAS VEGAS NV 89183

BARBER, BECKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2021 BALLARD DRIVE
LAS VEGAS, NV 89104

BARBERO,NICOLE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2117 HOOVER CT
PLEASANT HILL, CA 94523

BARCENA FLORES,ARNULFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5920 MOUNT AUBURN ST
LAS VEGAS, NV 89130

BARCENA,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5920 MOUNT AUBURN ST
LAS VEGAS, NV 89130

BARCENA,JOSE G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3530 S. STIRRUP
PAHRUMP, NV 89048

**The Rhodes Companies, LLC - U.S. Mail**                                                                                      Served 9/28/2009

BARECAT EQUIPMENT, INC
P.O. BOX 2610
BUENA PARK, CA 90622

BARECAT EQUIPMENT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3672 PIRATE CIRCLE
HUNINGTON BEACH CA 92649

BARGULL, GREGORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9870 E FIRE AGATE PL
TUCSON, AZ 85749-8167

BARGULL, GREGORY
PO BOX 777655
HENDERSON, NV 89077

BARLER EQUIPMENT, INC.
P.O. BOX 6464
ORANGE, CA 92863-6464

BARNES,RYAN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1733 KUDU CT
DRAPER, UT 84020

BARON PEST CONTROL
P.O. BOX 22229
BULLHEAD CITY AZ 86439

BARON PEST SOLUTIONS
P.O. BOX 22229
BULLHEAD CITY, AZ 86439

BARONE JAMES H III & JOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3782  HEATHER AVE
KINGMAN, AZ 86401

BARRAGAN BLOCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2272 PONDAROSA LN.
BULLHEAD CITY AZ 86442

BARRAGAN, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2466 HARDIN RIDGE DR
HENDERSON, NV 89052

BARRAGAN-AVARCA;FIDENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4111 VENUS ST.
PAHRUMP, NV 89048

BARRALES;GAMALIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5310 LOWELL AVE
LAS VEGAS, NV 89110

BARRALES;JONATHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5320 LOWELL
LAS VEGAS, NV 89110

BARRALES-GARCIA;ERIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 LOWELL
N LAS VEGAS, NV 89030

BARRAZA,JOSE G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6093 APPLE ORCHARD DR.
LAS VEGAS, NV 89142

BARRERA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 HENNA
IRVINE, CA 92618

BARRERA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11025 MOUNT ROYAL AVE
LAS VEGAS, NV 89144

BARRERA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
528 VIA CENAMI CT
HENDERSON, NV 89011

BARRERA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

BARRERA-CHAVEZ,IRINEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1949 CINDY SUE #2
LAS VEGAS, NV 89106

BARRI LEVY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 FALCONS FIRE AVE
LAS VEGAS, NV 89148

BARRI LEVY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 TURTLE PEAK AVE
LAS VEGAS, NV 89148

BARRIENTOS,JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1636 RISING PEBBLE CT
N LAS VEGAS, NV 89031

BARRIOS-M,MILTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 PARADISE
LAS VEGAS, NV 89120

BARRON & BARBARA RAMOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 SANDY BUNKER LN
LAS VEGAS, NV 89148

BARROWCLOUGH, BERNARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 W FIFTH ST
ELECTRA, TX 76360

BARRY & GEORGINA GRIMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 VIA MEZZA LUNA CT
HENDERSON, NV 89011

BARRY DRUCKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BARRY GREEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

BARRY GREEN
PO BOX 400312
LAS VEGAS, NV 89140

BARRY KAGASOFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
523 W. SIXTH ST. SUITE 828
LOS ANGELES CA 90014

BARRY MICHAELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 DIAMOND RUN ST
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

BARRY OGAWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28004A S WESTERN AVE # 209
SAN PEDRO, CA 90732

BARRY OGAWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

BARRY POTOMSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9557 LOS COTOS CT
LAS VEGAS, NV 89147

BARSTOW SUPERIOR COURT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 EAST MOUNTAIN VIEW
BARSTOW CA 92311

BART & COLLIN WEBSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 S MILLHOLLOW RD
REXBURG, ID 83440

BART & COLLIN WEBSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2135
LAS VEGAS, NV 89148

BART DIRECTION ADVERTISING/BDA
C/O BART PRICE
850 BATTERY STREET
SAN FRANCISCO, CA 94111

BART K. LARSEN, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725 VIA AUSTI PARKWAY, STE. 200
LAS VEGAS, NV  89119

BARTOLO,RUBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 MAJESTY PALM DR.
LAS VEGAS, NV 89115

BASKOW & ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2948 E. RUSSELL ROAD
LAS VEGAS NV 89120

BASSEMIER, PAULA J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8746 N. STOCKON HILL RD. #38
KINGMAN, AZ 86401

BASSEMIER, ROGER D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8746 N. STOCKTON HILL RD. # 38
KINGMAN, AZ 86401

BASSETT FURNITURE DIRECT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7077 WEST SAHARA
LAS VEGAS NV 89117

BATCAVE, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

BATES INT'L MOTOR HOMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3690 S. EASTERN AVE., SUITE 220
LAS VEGAS NV 89119

BATES, BRANDON
PO BOX 182
MEXICAN SPRINGS, NM 87320

BATES, MICHAEL
PO BOX 173
MEXICAN SPRINGS, NM 87320

BAUDHUIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 ARDEN AVE
ROCKFORD, IL 61107

BAUDHUIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 SULLY CREEK CT
LAS VEGAS, NV 89148

BAUDOIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9595 CASTILLANA CT
LAS VEGAS, NV 89147

BAUDVILLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5380 52ND ST. S.E.
GRAND RAPIDS MI 49512-9765

BAUGHMAN & TURNER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 HINSON STREET
LAS VEGAS NV 89102-1604

BAWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 S. SALIMAN RD
CARSON CITY, NV 89701-5000

BAWN
P. O. BOX 1947
575 SOUTH SALIMAN ROAD
CARSON CITY NV 89701-5000

BAWNSIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 E. RENO, STE C9
LAS VEGAS, NV 89119

BAWNSIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 S. SALIMAN RD.
CARSON CITY, NV  89701

BAXTER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 INDIAN RUN WAY
LAS VEGAS, NV 89148

BAYNE, LAWRENCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1350 N. TOWN CENTER #1100
LAS VEGAS, NV 89134

BAYUS, AMY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10128 CLIMBING LILY ST
LAS VEGAS, NV 89183-7307

BC WIRE ROPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 E. REGAL PARK DR.
ANAHEIM CA 92806

BCL CAPITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 W. COLLEGE DRIVE
ATTN: LAW DEPARTMENT
MARSHALL MN 56258

BCL CAPITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5913 HIGHDALE CIRCLE
ALEXANDRIA, VA 22310
MARSHALL MN 56258

BE BUSINESS EXECUTIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 EAST SUNSET ROAD PO 96716
LAS VEGAS, NV 89193-6716

The Rhodes Companies, LLC - U.S. Mail

Served 9/28/2009

BE BUSINESS EXECUTIVE
LIFESTYLE MAGAZINE
1001 EAST SUNSET ROAD PO 96716
LAS VEGAS NV 89193-6716

BEARCOM
P.O.BOX 200600
DALLAS, TX  75320-0600

BEARING BELT CHAIN
DIVISION OF PURVIS INDUSTRIES
PO BOX 540757
DALLAS, TX  75354-0757

BEARING BELT CHAIN
PO BOX 14867
LAS VEGAS, NV  89114-4867

BEARING BELT CHAIN CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3525 ESSCO STREET
KINGMAN, AZ 86409

BEATRIZ CANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

BEAZER HOMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4670 S. FORT APACHE # 200
LAS VEGAS, NV 89147

BEAZER HOMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9121 W. RUSSELL RD.
SUITE 200
LAS VEGAS NV 89148

BECERRA, ISMAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5791 AUCKLAND DR
LAS VEGAS, NV 89110

BECERRA, MARCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5791 AUCKLAND DR
LAS VEGAS, NV 89110

BECERRA-LOPEZ,JOSE VINCENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5 BRITZ CIR APT B
N LAS VEGAS, NV 89030

BECHTEL PROFESSIONAL SER
WM H. BECHTEL
19744 BEACH BLVD. #316
HUNTINGTON BEACH CA 92648

BECKWITH PRINTING CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4580 W. HACIENDA
LAS VEGAS NV 89118

BECKY PINTAR, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PARKWAY, SUITE 530
LAS VEGAS, NV 89109

BECKY ULREY
CERTIFIED LEGAL VIDEOGRAPHY
3555 MERIDALE DRIVE, SUITE 2144
LAS VEGAS NV 89147

BECWAR, NANCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1800 MICHAELS COURT
HENDERSON, NV 89014

BEDOLLA C.;OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4352 PENNWOOD # 1
LAS VEGAS, NV 89102

BEDROCK CONCRETE PUMPING
P.O BOX 750309
LAS VEGAS, NV 89136

BEE KING BEE REMOVAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4421 SHOEN AVE.
LAS VEGAS NV 89110

BEE MASTER OF LAS VEGAS
PO BOX 620635
LAS VEGAS NV 89162

BEE REPORTING AGENCY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1486 KEW AVENUE
HEWLETT NY 11557

BEECHER CARLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19800 MACARTHUR BLVD.
SUITE 300
IRVINE, CA 92612

BEECHER CARLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2211 MICHELSON DR
STE 650
IRVINE, CA 92612-1392

BEEPER CITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3507 S. MARYLAND PARKWAY
LAS VEGAS NV 89109

BEEPER CITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4800 ALPINE PLACE
LAS VEGAS NV 89107

BEESABATHUNI & UMA MURTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
392 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

BEGAY,DENNIS
P. O. BOX 7229
WINSLOW, AZ 86047

BEGAY,MILTON
P.O. BOX 4265
BLUE GAP, AZ 86520

BEGAY,RAYMOND Y.
P.O. BOX 200
CAMERON, AZ 86020

BEHAVIORAL HEALTHCARE OPTIONS
PO BOX 15645
LAS VEGAS NV 89114-5645

BEHRENS, KELLY L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3365 DIEGO BAY
LAS VEGAS, NV 89117

BELANGEE, KRISTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1635 XANADU DR
HENDERSON, NV 89014

BELINDA DAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 FALCONS FIRE AVE
LAS VEGAS, NV 89148

BELINDA WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIA CANALE DR
HENDERSON, NV 89011

BELINDA WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5254 VERONICA ST
LOS ANGELES, CA 90008

BELL TRANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 INDUSTRIAL RD.
LAS VEGAS, NV  89102

BELL, BOYD & LLOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1615 L STREET N.W. STE 1200
WASHINGTON DC 20036-5610

BELL, BOYD & LLOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 WEST MADISON ST. - STE. 3300
CHICAGO, IL 60602

BELLA GRANDE ENTRANCES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3400 S PROCYON AVENUE SUITE 103C
LAS VEGAS NV 89102

BELLA GRANDE ENTRANCES, LLC
BRENT LARSEN
720 S. FOURTH STREET, STE 300
LAS VEGAS, NV 89101

BELLE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4138 VICKSBURG
NORTH HIGHLANDS CA 95660

BELLEW, JEREMIAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2755 NORTH LIGUERTA
GOLDEN VALLEY, AZ 86413

BELLINI COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5550 A CAMERON ST.
LAS VEGAS NV 89118

BELLO-GARCIA,LEOBARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 W. MILLER
NORTH LAS VEGAS, NV 89030

BELLO-GARCIA; LEOBARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 W. MILLER #50
N LAS VEGAS, NV 89030

BELTAN-BERNAL,SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5308 PADUA WAY
LAS VEGAS, NV 89107

BELTRAN DIARTE,FERMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 RYN AVE
LAS VEGAS, NV 89101

BELTRAN, MATEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 RYIN AVENUE
LAS VEGAS, NV 89101

BELTRAN,ARTEMIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 NELLIS BLVD #437
LAS VEGAS, NV 89169

BELTRAN,NICASIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5843 GOODSPRING
LAS VEGAS, NV 89110

BELTRAN;MANUEL R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3535 MERCURY ST,  #E
N LAS VEGAS, NV 89030

BEN ALKALAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4750 ASHINGTON ST
LAS VEGAS, NV 89147

BEN ALKALAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8101 W FLAMINGO RD UNIT 2139
LAS VEGAS, NV 89147

BEN HUFFMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3632 HAMMOCK ST
LAS VEGAS, NV 89147

BEN NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1707 15TH AVE
SAN FRANCISCO, CA 94122

BEN NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 SULLY CREEK CT
LAS VEGAS, NV 89148

BEN SCHNEIDER, ESQ.
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

BENCHMARK CONSULTING SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5443 S DURANGO DR
LAS VEGAS, NV 89113-1849

BENDA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2929 ASHBY AVE
LAS VEGAS, NV 89102

BENDA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

BENGOECHEA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1506 CLIFF BRANCH DR
HENDERSON, NV 89014

BENGOECHEA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 VIA DI CITTA DR
HENDERSON, NV 89011

BENGOECHEA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
534 VIA DEL CORALLO WAY
HENDERSON, NV 89011

BENISH, JAYMIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2612 GALIMARD TER
HENDERSON, NV 89044

BENITA FONTENETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1027 REGATTA PT
HERCULES, CA 94547

BENITA FONTENETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1140
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

BENITA FONTENETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2032
LAS VEGAS, NV 89148

BENJAMIN & ELIZABETH RUSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4778 CRAKOW CT
LAS VEGAS, NV 89147

BENJAMIN & MELISSA SCHMIDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13 CANDIDE ST
HENDERSON, NV 89002

BENJAMIN & VINEETA KOSHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 CROOKED TREE DR
LAS VEGAS, NV 89148

BENJAMIN & WAN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28110 HAYWARD DR
CASTAIC, CA 91384

BENJAMIN & WAN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 TALL RUFF DR
LAS VEGAS, NV 89148

BENJAMIN AGANON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
603 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

BENJAMIN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6672 BRISTOW FALLS CT
LAS VEGAS, NV 89148

BENJAMIN OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2213 DELVIN WAY
SOUTH SAN FRANCISCO, CA 94080

BENJAMIN OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 TAYMAN PARK AVE
LAS VEGAS, NV 89148

BENJAMIN WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1040 VIA CANALE DR
HENDERSON, NV 89011

BENJAMIN WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 MILL RUN CT
MORRIS PLAINS, NJ 07950

BENJIE EBALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 MACOBY RUN ST
LAS VEGAS, NV 89148

BENNETT, KELLY J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7620 FRENCH SPRINGS ST
LAS VEGAS, NV 89139

BENNETT,LENNY
P.O. BOX 3043
TUBA CITY, AZ 86045

BENNY TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 RANCHO MARIA ST
LAS VEGAS, NV 89148

BENNY'S ROAD SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3251 N. YAVAPAI
KINGMAN , AZ  86401

BENSON, FELICIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8350 WEST DESERT INN ROAD
LAS VEGAS, NV 89117

BENSON,DON D
P.O. BOX 188
ROCK POINT, AZ 86545

BENSON,RYAN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5340 N. BLAGG RD
PAHRUMP, NV 89060

BENTAR DEVELOPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5900 EMERALD AVE #B
LAS VEGAS NV 89122

BENTAR DEVELOPMENT
DEAN Y. KAJIOKA
810 CASINO CENTER BLVD
LAS VEGAS, NV 89101

BENTLEY, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7809 BROOK VALLEY DR
LAS VEGAS, NV 89123

BENZA, LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10733 MOON FLOWER ARBOR PLACE
LAS VEGAS, NV 89144

BENZEL,ANDREA S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3348 MOON RIVER ST
LAS VEGAS, NV 89129

BERCO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1120 MONTROSE AVENUE
ST. LOUIS, MO 63104

BERCO, INC.
DEBBIE EBNER
1120 MONTROSE AVENUE
ST. LOUIS MO 63104

BERDIEL OLGA M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3902  HEATHER AVE
KINGMAN, AZ 86401

BERGAMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 ARROW HIGHWAY
LA VERNE CA 91750-5217

BERGER & NORTON
A LAW CORPORATION
12121 WILSHIRE BLVD., SUITE 1300
LOS ANGELES CA 90025

BERNABE, RODRIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 E WEBB AVENUE
NORTH LAS VEGAS, NV 89030

BERNABE,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4608 SOLAR ECLIPSE DR
LAS VEGAS, NV 89115

BERNABE-MURGUIA,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4608 SOLAR ECLIPSE
LAS VEGAS, NV 89115

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

BERNABE-NARANJO,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4608 SOLAR ECLIPSE
LAS VEGAS, NV 89115

BERNADETTE A. RIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 HONORS COURSE DRIVE
LAS VEGAS NV 89148

BERNADETTE RIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 HONORS COURSE DR
LAS VEGAS, NV 89148

BERNAL;JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3041 CARROLL ST.
N LAS VEGAS, NV 89030

BERNAL-BUGUENO;GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2925 CARROLL ST.
N LAS VEGAS, NV 89030

BERNAL-CLAUDIO;SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4805 APAWANA
LAS VEGAS, NV 89108

BERNARD GO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3424 WREN AVE
CONCORD, CA 94519

BERNARD GO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
427 HIDDEN HOLE DR
LAS VEGAS, NV 89148

BERNARD MCCARRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

BERNARDO & JESLISA ANONUEVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
296 BRUSHY CREEK AVE
LAS VEGAS, NV 89148

BERNARDO & JESLISA ANONUEVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 BIG CREEK CT
LAS VEGAS, NV 89148

BERNHARDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1839 MORGANTON BLVD.
P.O. BOX 740
LENOIR NC 28645

BERNICE BORAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1736 E CHARLESTON BLVD #285
LAS VEGAS NV 89104

BERRETT, ANGELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 VERNON SPRINGS
LAS VEGAS, NV 89183

BERTHEAS, STACY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 CLEARWATER AVE
LAS VEGAS, NV 89147

BESSIE RAHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4035 S INDIANA AVE
CHICAGO, IL 60653

BESSIE RAHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

BEST AGENCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5565 S. DECATUR BLVD
SUITE 106
LAS VEGAS NV 89118

BEST APPROACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2627 W. BIRCHWOOD CIRCLE
SUITE 2
MESA, AZ 85202

BEST APPROACH PUBLICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2627 W BIRCHWOOD CIRCLE, STE 2
MESA, AZ 85202

BEST BLOCK TRUCKING, LLC
P.O. BOX 5795
YUMA, AZ 85366-5795

BEST REFRIGERATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 E. RUSSELL ROAD
SUITE A-4 #276
LAS VEGAS, NV 89120-3477

BEST WATER TRUCK SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2420 MARCO STREET
LAS VEGAS NV 89115

BEST WATER TRUCK SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4512 ANDREWS SUITE J
N LAS VEGAS NV 89031

BEST WESTERN KING'S INN. CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2930 E ANDY DEVINE
KINGMAN, AZ 86401

BETH & DEAN HOFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9777 KAMPSVILLE AVE
LAS VEGAS, NV 89148

BETH & KENNETH LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
585 OVER PAR CT
LAS VEGAS, NV 89148

BETH GIORDANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8860 STAR CANYON WAY
LAS VEGAS NV 89123

BETH VAUGHAN-CARDAMONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4689 LOMAS SANTA FE ST
LAS VEGAS, NV 89147

BETHANY & SCOTT RILEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9691 WAUKEGAN AVE
LAS VEGAS, NV 89148

BETI IRANOSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

BETI IRANOSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8422 PETALUMA DR
SUN VALLEY, CA 91352

BETTER BUSINESS BUREAU OF SO. NV.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2301 PALOMINO LANE
LAS VEGAS, NV 89107-4503

The Rhodes Companies, LLC - U.S. Mail

BETTER GLOBAL BUSINESS
COMMUNICATION
235 MAIN STREET SUITE 303
MADISON NJ 07940

BETTER HOMES & GARDENS
BILLING CENTER
1716 LOCUST STREET
DES MOINES IA 50309-3023

BETTY MAYNARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

BETTY NAPIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28106 BELLCREST ST
FARMINGTON HILLS, MI 48334

BETTY NAPIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

BETTY TEALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
454 FIRST ON DR
LAS VEGAS, NV 89148

BEVERLY BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11388 ORAZIO DR
LAS VEGAS, NV 89138

BEVERLY BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 DOG LEG DR
LAS VEGAS, NV 89148

BEVERLY GLADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6623 DAPPLE GRAY RD
LAS VEGAS, NV 89148

BEVERLY MORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6869 SCARLET FLAX ST
LAS VEGAS, NV 89148

BEVERLY MORRIS
PO BOX 1382
MARINA, CA 93933

BEVIEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

BEYNON SPORTS SURFACES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 ALT RD.
HUNT VALLEY MD 21030

BIBBY FINANCIAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
(SOUTHWEST) INC.
P. O. BOX 840875
DALLAS, TX 75284-0875

BIBBY FINANCIAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6585 S. ARVILLE ST.WAS
(SOUTHWEST) INC.
P. O. BOX 840875
DALLAS TX 75284-0875

BIG O TIRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1942 E. ANDY DEVING AVE. , RT 66
KINGMAN, AZ 86401

BIJAN & SCHOKOUGH JABER-ANSARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
222 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

BIJAN & SCHOKOUH JABER-ANSARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 BACK SPIN CT
LAS VEGAS, NV 89148

BIK LEONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
344 HARPERS FERRY AVE
LAS VEGAS, NV 89148

BIKE TRAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3759 N. RAINBOW BLVD.
LAS VEGAS NV 89108

BILL & EVA CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
288 PALM TRACE AVE
LAS VEGAS, NV 89148

BILL DOTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5891 ARANDAS COURT
LAS VEGAS NV 89103

BILL HEARD CHEVROLET
DEPT. 1265
PO BOX 2153
BIRMINGHAM AL 35287-1265

BILL STICKEL TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
729 KENDALL LANE
BOULDER CITY NV 89005

BILL SUBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

BILL SUBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 SUNSHINE COAST LN
LAS VEGAS, NV 89148

BILL VALLEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 FORREST HAVEN WAY
HENDERSON NV 89015

BILLIE COLEMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

BILLINGSLEY, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3495 FAIR OAK RD
SELINSGROVE, PA 17870-8935

BILLY & ROSALIE GUZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9253 ORCHID PANSY AVE
LAS VEGAS, NV 89148

BILLY & ROSALIE GUZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94-534 HOKUALA ST
MILILANI, HI 96789

BILLY JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 RENTON AVE S
RENTON, WA 98057

BILLY JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
379 CART CROSSING WAY
LAS VEGAS, NV 89148

BILYK,DAVID A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2132 LONESTAR
MOHAVE VALLEY, AZ 86440

BILYK,MICHAEL T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1931 ARDITTO DR
MOHAVE VALLEY, AZ 86440

BIMBO BAKERIES USA
FILE 52176
LOS ANGELES, CA  90074

BING LEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 SANDY BUNKER LN
LAS VEGAS, NV 89148

BINGHAM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9593 LOS COTOS CT
LAS VEGAS, NV 89147

BINH  LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8920 MINSK COURT
LAS VEGAS NV 89148

BIO TECH NUTRIENTS, LLC
ATTN: CHRISTY L BOWEN
818 W. BROOKS AVE
NORTH LAS VEGAS, NV 89030

BIRKHOLTZ, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8400 S MARYLAND PARKWAY #2026
LAS VEGAS, NV 89123

BIRON STEVE C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3901  HEATHER AVE
KINGMAN, AZ 86401

BISHOP GORMAN HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1801 S. MARYLAND PKWY.
LAS VEGAS NV 89104

BISHOP GORMAN HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5959 S. HUALAPAI WAY
LAS VEGAS NV 89148

BJS GLASS AND MIRRORS COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 EAST BASIC ROAD
HENDERSON NV 89015

BKM OFFICE ENVIRONMENTS
MISSY CROSS
2111 PORTOLA ROAD SUITE A
VENTURA CA 93003

BLACK & DECKER
P.O BOX 98692
CHICAGO, IL 60693

BLACK DEVELOPMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3871  HEATHER AVE
KINGMAN, AZ 86401

BLACK JOSEPH & MARY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3829  HEATHER AVE
KINGMAN, AZ 86401

BLACK MOUNTAIN AVIONICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
581 COLONIAL CUP ST.
HENDERSON NV 89015

BLACKBURN,DANIEL W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7301 LA MONA CT
LAS VEGAS, NV 89128

BLAIR & KRISTEN TOMPKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BLAIR CARL EUGENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1655 E SIERRA VISTA AVE
KINGMAN, AZ 86409-2429

BLAIR, EUGENE CARL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1655 E SIERRA VISTA AVE
KINGMAN, AZ 86409-2429

BLAIRS CARPET VALLEY
ATTN:  SHANELLE HENERSON
7465 WEST SUNSET ROAD
SUITE 1200
LAS VEGAS, NV  89113

BLANCA PLACZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 ANGELS TRACE CT
LAS VEGAS, NV 89148

BLANCA PLACZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
357 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

BLANCO,ERICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
853 KENICOTT PL
LAS VEGAS, NV 89110

BLASTEX DRILLING & BLASTING
PO BOX 91390
HENDERSON NV  89009

BLEEKER BOXES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5400 E. EMPIRE
FLAGSTAFF , AZ  86004

BLEVENS, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1027 VIA CALDERIA PLACE
HENDERSON, NV 89011

BLONN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

BLONN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4045 S BUFFALO DR # A101-154
LAS VEGAS, NV 89147

BLOUNT,MICHAEL D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3012 MAIN ST.
KINGMAN, AZ 86401

BLR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 MILL ROCK ROAD EAST
OLD SAYBROOK CT 06475

BLUE DIAMOND HEAVY HAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4815 ALTO AVE
LAS VEGAS, NV 89115

**The Rhodes Companies, LLC - U.S. Mail**

BLUE RIBBON STAIRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4395 S. CAMERON ST., UNIT
LAS VEGAS , NV  89103

BLUE RIBBON STAIRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5860 ALDER AVENUE
SUITE 500
SACRAMENTO CA 95828-1114

BLUE STAR JETS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
805 THIRD AVENUE
16TH FLOOR
NEW YORK NY 10022

BLUELEAP CONSULTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3765 PREAKNESS LANE
SUWANEE GA 30024

BLUEWATER FAMILY LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4515 COPPER SAGE ST STE 100
LAS VEGAS, NV 89115

BLUEWATER FAMILY LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6803 ROSE MALLOW ST
LAS VEGAS, NV 89148

B-LURE PAINTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4175 W. TOMPKINS AVENUE
LAS VEGAS, NV 89103

BMT MICRO INC.
PO BOX 15016
WILMINGTON, NC 28408

BNA
PO BOX 17009
BALTIMORE MD 21297-1009

BOARD OF CONTINUING LEGAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
295 HALCOMB AVE #A
RENO NV 89502

BOARD OF CONTINUING LEGAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 COURT STREET
RENO, NV 89501

BOARD OF REGENTS
UNLV DIV. OF CONTINUING EDUCATION
P.O. BOX 45109
LAS VEGAS NV 89154-1019

BOAT TRANSPORT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 E. LAKE MEAD DRIVE
HENDERSON NV 89105-3003

BOAT TRANSPORT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6600 W. CHARLESTON BLVD STE 122
LAS VEGAS, NV 89146

BOATING WORLD
ATTN: MAIL PROCESSING DEPT
P. O. BOX 1296
SAUSALITO CA 94966-1296

BOB BARKSDALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2288 E. CAMINO RIO
TUCSON AZ 85718

BOB' BARRICADES
P.O. BOX 863611
ORLANDO, FL  32886-3611

BOB FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31840 N. 45TH ST.
CAVE CREEK AZ 85331

BOB MORTON
PO BOX 4237
KINGMAN, AZ 86401

BOB WINOKUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 FIFE STREET
HENDERSON NV 89015

BOBBY & KIMBERLY WILLIAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 APPLE SPRINGS AVE
LAS VEGAS NV 89131

BOBBY BINDERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1077 VIA CANALE DR
HENDERSON, NV 89011

BOBBY KESSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BOBCAT OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 NORTH LOSEE RD
LAS VEGAS, NV 89030

BOB'S BARRICADES
P.O. BOX 863611
ORLANDO , FL  32886

BOB'S BARRICADES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4630 SANTA FE DRIVE
KINGMAN, AZ 86401

BOCKELMANN, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3070 SOUTH NELLIS BLVD #2130
LAS VEGAS, NV 89124

BODY POSITIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1144 E MCDOWELL RD #200
PHOENIX, AZ 85006

BOEHAN HENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9319 AVON PARK AVE
LAS VEGAS NV 89149

BOEP CHUON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
717 LOMA AVE
LONG BEACH CA 90804

BOGDAN & EMANUELA LIMPEDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1815 S WELCH CIR
LAKEWOOD, CO 80228

BOGDAN & EMANUELA LIMPEDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

BOHANNAN HUSTON INC.
COURTYARD I
7500 JEFFERSON ST. NE
ALBUQUERQUE NM 87109

BOK & ONJUNG HWANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

BOLANOS;FILEMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 N. 12TH ST. # D
LAS VEGAS, NV 89101

BOLLINGER, STACEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1019 GOLDA WAY
HENDERSON, NV 89011

BOLYVONG & OUNHCUAN TANOVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15795 SW BOBWHITE CIR
BEAVERTON, OR 97007

BOLYVONG & OUNHCUAN TANOVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2045
LAS VEGAS, NV 89148

BONANNI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 PANORAMA CREST AVE
LAS VEGAS, NV 89135

BONANNI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

BONANZA BEVERAGE
FILE NO. 6333 S. ENSWORTH ST.
LAS VEGAS, NV 89119

BONANZA BEVERAGE COMPANY
WHOLESALE BEVERAGE DEALERS
6333 SOUTH ENSWORTH STREET
LAS VEGAS, NV  89119 USA

BOND, RAYMOND
CONCHO RD. 5176 BOX 10219
GOLDEN VALLEY, AZ 86413

BONI ENTERPRISES LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4526 BARNES CT
LAS VEGAS, NV 89147

BONI ENTERPRISES LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4535 W SAHARA AVE STE 200
LAS VEGAS, NV 89102

BONILLA;EVER J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1409 LABRADOR DR.
LAS VEGAS, NV 89142

BONNELL, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4411 S SPENCER #52
LAS VEGAS, NV 89119

BONNIE & RAMI AVISCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 MARTINIQUE BAY LN
LAS VEGAS, NV 89147

BONNIE & RAMI AVISCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9721 DIETERICH AVE
LAS VEGAS, NV 89148

BONNIE BLACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5433 HWY 68
GOLDEN VALLEY, AZ 86413

BONNY YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 QUAIL WALK WAY
RIO VISTA, CA 94571

BONNY YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5418 ONTARIO COMM
FREMONT CA 94555

BONNY YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 SANDY BUNKER LN
LAS VEGAS, NV 89148

BOOMER PRODUCTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1828 PLUM COURT
HENDERSON NV 89014

BORDEN, STEFANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8780 W. NEVSO DR #128
LAS VEGAS, NV 89147

BORDER CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5580 S. ARVILLE
LAS VEGAS, NV 89118

BORDER CONSTRUCTION
P.O. BOX 5836
PHOENIX , AZ  85010

BORIS & YALINA ZHEBRAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1012 VIALE PLACENZA PL
HENDERSON, NV 89011

BORIS & YALINA ZHEBRAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 S HANNIBAL WAY
CENTENNIAL, CO 80015

BORIS ZAITSEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

BORIZ &  YALINA ZHEBRAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 S. HANNIBAL WAY
AURORA CO 80015

BORKA SAMARDZIJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2072
LAS VEGAS, NV 89148

BOSE CORPORATION
THE MOUNTAIN-MS #236
FRAMINGHAM MA 01701-9168

BOSS GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5892 TARPON GLADE CT.
LAS VEGAS, NV  89113

BOTH, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1834 JUNE LAKE DR
HENDERSON, NV 89052

BOULDER CITY MARINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 NEVADA WAY
BOULDER CITY NV 89005

The Rhodes Companies, LLC - U.S. Mail

BOULEVARD PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6130 W. TROPICANA, STE 242
LAS VEGAS NV 89103

BOURGEOIS, DYLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2780 DEVLIN
KINGMAN, AZ 86409

BOVADILLA-LOPEZ, IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 PEARL
LAS VEGAS, NV 89104

BOVARD, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3200 N. KABA
GOLDEN VALLEY, AZ 86413

BOVEDA, JOSEPH M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9609 BENDING RIVER
LAS VEGAS, NV 89129

BOWERS, NICHOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3030 N SAGE ST
KINGMAN, AZ 86401-4140

BOWMAN & BROOK, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2901 N CENTRAL AVE #1600
PHOENIX, AZ  85012

BOX BROTHERS NEVADA
CORPORATE OFFICE
6384 W. SAHARA BLVD.
LAS VEGAS

BOYLSTON, SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
517 S. OLEARY ST.
FLAGSTAFF, AZ 86001

BOYS & GIRLS CLUBS OF THE
EAST VALLEY A.J. BRANCH

BOYS&GIRLS CLUBS OF HENDERSON
ATTN: DANIELLE PEOT
401 DRAKE STREET
LAS VEGAS NV 89015-6016

BOYZO GARCIA;ELEAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11640 ROSSOVINO ST.
LAS VEGAS, NV 89123

BOYZO;HUMBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10222 LAVENDER MIST CT
LAS VEGAS, NV 89123

BPXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4903 CENTRAL AVENUE
RICHMOND, CA 94804

BPXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5190 S VALLEY VIEW #108
LAS VEGAS NV 89119

BRABOY, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1004 MONTE DE ORO
LAS VEGAS, NV 89183

BRAD & KAROLYN VOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIA LATINA ST
HENDERSON, NV 89011

BRAD AND AMIE MODGLIN
C/O ERIC RANSAVAGE
7431 CEDAR RAE AVE.
LAS VEGAS, NV 89131

BRAD BOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4321 W MASSINGALE RD
TUCSON, AZ 85741

BRAD HAMILTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4020 DRISCOLL MTN
LAS VEGAS NV 89129

BRAD S. & GAYLE S. BLAKELEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 E. DESERT ROSE DRIVE
HENDERSON NV 89015

BRAD VOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIA LATINA STREET
HENDERSON, NV 89011

BRAD VOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6428 WHEELHARROW PEAK DRIVE
LAS VEGAS NV 89108

BRADLEY & AMIE MODGLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7431 CEDAR RAE AVE
LAS VEGAS, NV 89131

BRADLEY & SUSAN DICKINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 SUNSET BAY ST
LAS VEGAS, NV 89148

BRADLEY SCHOUDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
793 WATERCUT CT
HENDERSON, NV 89002

BRADLEY WINDOW CORP.
TIM BAUMAN
2250 E.TROPICANA SUITE #19-111
LAS VEGAS NV 89119

BRADSTONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 E DELHI
N. LAS VEGAS, NV 89030

BRADY INDUSTRIES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4175 S. ARVILLE
LAS VEGAS NV 89103

BRADY INDUSTRIES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7055 LINDELL ROAD
LAS VEGAS NV 89118

BRANDAN REILLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9736 MARCELLINE AVE
LAS VEGAS, NV 89148

BRANDI KJOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9304 PERENNIAL AVE
LAS VEGAS, NV 89148

BRANDING INNOVATIONS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7096 SPRING BEAUTY AVE.
LAS VEGAS NV 89131

The Rhodes Companies, LLC - U.S. Mail

BRANDON & MYLINE DAHLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 TALL RUFF DR
LAS VEGAS, NV 89148

BRANDON ASHBY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
656 DEL PRADO DRIVE
BOULDER CITY , NV  89005

BRANDON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
631 N STEPHANIE ST # 587
HENDERSON, NV 89014

BRANDON IRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3965 W. OQUENDO RD.
LAS VEGAS NV 89118

BRANDON MALDONADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
246 VIA FRANCIOSA DR
HENDERSON, NV 89011

BRAVO CORTEZ,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1504 N. 22ND ST # 3
LAS VEGAS, NV 89101

BRAVO UNDERGROUND, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1183 CENTER POINT DR
HENDERSON , NV  89074

BRAVO-MENDOZA;MIGUEL ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3815 N. NELLIS # 32
LAS VEGAS, NV 89115

BREEN,ASHLEY MEGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21683 HIGHLINE RD.
TEHACHAPI, CA 93551

BRENDA & SHAWN BLOOMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7541 ARBORCREST AVE
LAS VEGAS, NV 89131

BRENDA F. LUNA
AND MANUEL JUDE ALINSUG
934 S. MANZANITA DR.
WEST COVINA CA 91791-3350

BRANDON & TANA FLOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1091 VIA SAINT LUCIA PL
HENDERSON, NV 89011

BRANDON BUTCHART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9304 PERENNIAL AVENUE
LAS VEGAS , NV  89139

BRANDON FLOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1018 VIA SACRA ST
HENDERSON, NV 89011

BRANDON KNOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6868 SCARLET FLAX ST
LAS VEGAS, NV 89148

BRANDT WELDING & FABRICATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2755 W. WILLOW BREEZE
CHINO VALLEY, AZ 86323

BRAVO II PUBLISHER PRICING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21220 DEVONSHIRE #102
CHATSWORTH CA 91311

BRAVO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR CT., STE B-106
HENDERSON, NV 89015

BRAZEAU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

BRENDA & MAXIMO DUMPIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 CHALON CIR
SALINAS, CA 93901

BRENDA BLANFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34 COBBS CREEK WAY
LAS VEGAS NV 89148

BRENDA F. LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
934 S. MANZANITA DR.
WEST COVINA, CA 91791-3350

BRANDON & TANA FLOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 3RD ST
SAN RAFAEL, CA 94901

BRANDON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
540 VIA COLMO AVE
HENDERSON, NV 89011

BRANDON ILIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

BRANDON M. OLIVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3150 SILVER SAGE DR
PAHRUMP, NV 89060-5503

BRASWELL,MARK A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4833 E. KEVIN ST.
SIERRA VISTA, AZ 85650

BRAVO MUNGUIA;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 PALISADE
LAS VEGAS, NV 89110

BRAVO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

BREECH, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3888 N ARABY RD.
GOLDEN VALLEY, AZ 86413-8020

BRENDA & MAXIMO DUMPIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 SHORT RUFF WAY
LAS VEGAS, NV 89148

BRENDA F. LUNA
AND LINDA EMPLEO LUNA
934 S. MANZANITA DR.
WEST COVINA CA 91791-3350

BRENDA GRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2525 NOSTRAND AVE APT 3L
BROOKLYN, NY 11210

**The Rhodes Companies, LLC - U.S. Mail**

BRENDA GRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

BRENDA THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 APPLE SPRINGS
LAS VEGAS NV 89131

BRENDA WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 TIE BREAKER CT
LAS VEGAS, NV 89148

BRENDAN & MARIA SHEEHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
344 DOG LEG DR
LAS VEGAS, NV 89148

BRENDAN & MARIA SHEEHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7380 CELATA LN
SAN DIEGO, CA 92129

BRENMARC, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 RUE CEZANNE
COTO DE CAZA CA 92679

BRENT & BRANDY MCDONNELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7480 EUROPA DR
SPARKS, NV 89436

BRENT & BRANDY MCDONNELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9256 BLUE FLAX PL
LAS VEGAS, NV 89148

BRENT & JANEAN MOORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
764 WIGAN PIER DR
HENDERSON, NV 89002

BRENT BALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 4TH ST APT G
SANTA MONICA, CA 90403

BRENT BALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
381 TAYMAN PARK AVE
LAS VEGAS, NV 89148

BRENT S JOHNSTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7450 NORTHROP DR APT 421
RIVERSIDE, CA 92508-5015

BRENTANO FABRICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 HENRY ADAMS ST
#144
SAN FRANCISCO, CA 94103

BRENTANO INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 HOLBROOK DR
WHEELING, IL 60090-5810

BRENTON HOLLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5835 W. PARADISE LANE
GLENDALE, AZ 85306

BRETT & BRIDGET MECHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
681 VORTEX AVE
HENDERSON, NV 89002

BRETT & CHRISTINE DRAPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 CROOKED TREE DR
LAS VEGAS, NV 89148

BRETT A. AXELROD
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV  89169

BRETT CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3341 SALMON CR
LAS VEGAS, NV 89129

BRETT CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7501 THORNBUCK PL
LAS VEGAS, NV 89131

BRETT OKUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2086
LAS VEGAS, NV 89148

BREWER,STEVEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14879 COUNTRY WEST DRIVE
CONROE, TX 77302

BRIAHNA DEFILIPPIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9686 PHOENICIAN AVE
LAS VEGAS, NV 89147

BRIAN & AMY GREENHOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2037
LAS VEGAS, NV 89148

BRIAN & AMY GREENHOUSE
PO BOX 2684
CENTENNIAL, CO 80161

BRIAN & CANDY GARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 CROOKED PUTTER DR
LAS VEGAS, NV 89148

BRIAN & HELEN REDSULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
773 WIGAN PIER DR
HENDERSON, NV 89002

BRIAN & JAMIE REYBURN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 VIA MEZZA LUNA CT
HENDERSON, NV 89011

BRIAN & JOANN STEPHENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3249 ROBINS CREEK PL
LAS VEGAS, NV 89135

BRIAN & JOANN STEPHENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
365 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

BRIAN & JODY HEIDORN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 DOG LEG DR
LAS VEGAS, NV 89148

BRIAN & JOLI PAULING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 TALL RUFF DR
LAS VEGAS, NV 89148

BRIAN & KARI HERMANSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 PUNTO VALLATA DR
HENDERSON, NV 89011

**The Rhodes Companies, LLC - U.S. Mail**

BRIAN & KIMBERLY MUELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3811 PECAN CT
MANVEL, TX 77578

BRIAN & KIMBERLY MUELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
758 TOSSA DE MAR AVE
HENDERSON, NV 89002

BRIAN & MELINDA SCHUMACHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1035 VIA DI OLIVIA ST
HENDERSON, NV 89011

BRIAN & MELINDA SCHUMACHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 STARBROOK DR
HENDERSON, NV 89052

BRIAN & TORI ARBOREEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 PANGLOSS ST
HENDERSON, NV 89002

BRIAN & YVONNE REEVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
688 VORTEX AVE
HENDERSON, NV 89002

BRIAN COER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 POINT BLUFF ST
HENDERSON, NV 89002-6597

BRIAN CUPERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
367 PALM TRACE AVE
LAS VEGAS, NV 89148

BRIAN DEFILIPPIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9686 PHOENICIAN AVE
LAS VEAS, NV 89147

BRIAN EMERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 CASTLE COURSE AVE
LAS VEGAS, NV 89148

BRIAN FOYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9397 OLYMPIA
LAS VEGAS NV 89149

BRIAN KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA SANGUINELLA ST
HENDERSON, NV 89011

BRIAN MCCOY, JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3292 AZTEC RD.
GOLDEN VALLEY, AZ 86413

BRIAN MEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4122 LONG COVE CIR
CORONA, CA 92883

BRIAN MEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95 SULLY CREEK CT
LAS VEGAS, NV 89148

BRIAN NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1707 15TH AVE
SAN FRANCISCO, CA 94122

BRIAN NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 CASTLE COURSE AVE
LAS VEGAS, NV 89148

BRIAN ROBERTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 VIA STRETTO AVE
HENDERSON, NV 89011

BRIAN ROBERTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8018 E SANTA ANA CANYON RD
ANAHEIM, CA 92808

BRIAN SINGLETON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
683 VORTEX AVE
HENDERSON, NV 89002

BRIAN TRINIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 DOG LEG DR
LAS VEGAS, NV 89148

BRIAN TRINIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3736 ACKERMAN DR
LOS ANGELES, CA 90065

BRICE, TIFFANY D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10294 W WINSTON AVE APT 11
BATON ROUGE, LA 70809-0522

BRICKER CONSTRUCTION INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 INDUSTRIAL PARK ROAD
SUITE 101
HENDERSON NV 89015

BRIDAL SPECTACULAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2320 S. DUNEVILLE
LAS VEGAS, NV 89146

BRIDGE;CURTIS LEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1664 LEATHER LEAF DR.
LAS VEGAS, NV 89123

BRIDGESTONE GOLF INC.
ATTN: DEBBIE GREEN
15320 INDUSTRIAL PARK BLVD
COVINGTON, GA 30014

BRIDGESTONE SPORTS
P.O. BOX 2908
CAROL STREAM, IL  60132-2908 USA

BRIDGIT ENDICOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 WICKED WEDGE WAY
LAS VEGAS, NV 89148

BRIGHTON COLLECTIBLES INC.
DBA LEEGIN CREATIVE LEATHER PRODUCTS INC
ATTN: LINDA J. SIMPSON
14022 NELSON AVE
CITY OF INDUSTRY, CA 90746

BRIMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28250 BALLARD DR.
LAKE FOREST IL 60045-4536

BRINKS INCORPORATED
FILE NO. 52005
LOS ANGELES, CA  90074-2005

BRINKS INCORPORATED
PO BOX 651696
CHARLOTTE NC 28265-1696

BRIONES;ALVARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2905 LAS VEGAS BLVD # 40
N LAS VEGAS, NV 89030

BRITTANI HOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2904 GNATCATCHER AVENUE
NORTH LAS VEGAS NV 89084

BRITTNEY BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1014 WANNAMAKER WAY
HENDERSON, NV 89015

BRITTON GROUP
ROI APPRAISALS
55 SOUTH GIBSON RD. SUITE 104
HENDERSON NV 89012

BROADBENT & ASSOCIATES, INC.
ATTN: JON BELL
8 WEST PACIFIC AVENUE
HENDERSON, NV 89015

BROADIE K D & CAROL A CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3166 MARSH CREEK
MC CAMMON, ID 83250

BROADIE K D & CAROL A CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4193 S ZIRCON RD
GOLDEN VALLEY, AZ 86413

BROCK LARSEN DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2318 COVE AVE.
LOS ANGELES CA 90039

BRODERICK;JACOB L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1065 DEWEY
GOLDEN VALLEY, AZ 86413

BROKAW, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
659 SPRINGBROOK DR
GRAND JUNCTION, CO 81504

BROOK FURNITURE RENTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4345 DEAN MARTIN DRIVE
LAS VEGAS, NV 89103

BROOK FURNITURE RENTAL
JOHN WILLIAMS
2199 NORSE DRIVE
PLEASANT HILL CA 94523

BROOKE BOHLKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
961 VIA STELLATO ST
HENDERSON, NV 89011

BROOKLYN & ASSOCIATES
MARK BROOKLYN
4611 TELLER AVENUE
NEWPORT BEACH CA 92660

BROOKS & LEIGH BOWMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
931 VIA CANALE DR
HENDERSON, NV 89011

BROOKS ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

BROOKS ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W SAHARA AVE # 105-B34
LAS VEGAS, NV 89117

BROOKS, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79844 DANDELION DR
LA QUINTA, CA 92253-4005

BROTHER INTERNATIONAL CORP.
EMA DEPARTMENT
PO BOX 6911
BRIDGEWATER NJ 08807

BROWN & PARTNERS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3275 SOUTH JONES, STE 101
LAS VEGAS NV 89146

BROWN DRILLING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3595 E. GORDON DR.
KINGMAN, AZ 86409

BROWN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
337 VELINO AVE
LAS VEGAS, NV 89123

BROWN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3901 VIA OROR AVE STE 100
LONG BEACH, CA 90810-1800

BROWN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

BROWN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9305 PERENNIAL AVE
LAS VEGAS, NV 89148

BROWN JORDAN CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9860 GIDLEY STREET
EL MONTE CA 91731

BROWN TANK & STEEL
RANDY & ROBERT BROWN
4300 S. 15 AVE.
PO BOX 20781
PHOENIX AZ 85036

BROWN,ANDREW RAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5635 BELIEVE CT.
LAS VEGAS, NV 89139

BROWN,EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2309  E. JAMIE RD.
FT MOHAVE, AZ 86429

BROWN,LARRY D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2442 CERRILLOS RD  #349
SANTE FE, NM 87505

BROWN,PHILLIP G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7472 EMERALD GLOW ST.
LAS VEGAS, NV 89123

BROWNSTEIN HYATT FARBER SCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 CITY PKWY STE 1600
LAS VEGAS, NV 89106-4614

BRUCE & ARLENE BELMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 LONGVIEW PARK PL
LOUISVILLE, KY 40245

BRUCE & ARLENE BELMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
933 VIA DOCCIA CT
HENDERSON, NV 89011

BRUCE & LORA LESTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7200 COTTONSPARROW ST
LAS VEGAS, NV 89131

BRUCE & RENE MCNEILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15001 SPILLMAN RANCH LOOP
AUSTIN, TX 78738

BRUCE & RENE MCNEILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

BRUCE BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 BLUE HERON LN
MISSOULA, MT 59804

BRUCE BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9713 VALMEYER AVE
LAS VEGAS, NV 89148

BRUCE FROST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1033
LAS VEGAS, NV 89148

BRUCE FROST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1034
LAS VEGAS, NV 89148

BRUCE FROST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1036
LAS VEGAS, NV 89148

BRUCE FROST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2033
LAS VEGAS, NV 89148

BRUCE I SHAPIRO,LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 WIGWAM PARKWAY, SUITE 102
HENDERSON NV 89074

BRUCE JORGENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 SOGGY RUFF WAY
LAS VEGAS, NV 89148

BRUCE JORGENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
923 S 80TH ST
MESA, AZ 85208

BRUCE ONAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1119
LAS VEGAS, NV 89147

BRUCE THOMAS
P.O. BOX 4818
HUALAPAI, AZ 86412

BRUCE W. MARTEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3705 RICK STRATTON DRIVE
LAS VEGAS NV 89120

BRUCE WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

BRUCE, GERALD & JANICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8409 NORMANDY SHORES ST
LAS VEGAS, NV 89131-1799

BRUNK,RICHARD L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9425 MEDFORD FALLS AVE
LAS VEGAS, NV 89149

BRUNO LEE TRUSTEE 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3931  HEATHER AVE
KINGMAN, AZ 86401

BRUNSCHWIG & FILS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 VIRGINIA RD
NORTH WHITE PLAINS NY 10603-0905
CANADA

BRUNSCHWIG & FILS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 VIRGINIA RD
NORTH WHITE PLAINS, NY 10603-0905

BRUNSON, NICHOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9944 SWIMMING HOLE STREET
LAS VEGAS, NV 89123

BRYAN & CARLA BERTGES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 HORNBLOWER AVE
LAS VEGAS, NV 89131

BRYAN & SONG NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 CASCADE LAKE ST
LAS VEGAS, NV 89148

BRYAN & SONG NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 FLYING HILLS AVE
LAS VEGAS, NV 89148

BRYAN AND CARLA BERTGES
C/O ERIC RANSAVAGE
7420 HORNBLOWER AVE.
LAS VEGAS, NV 89131

BRYAN BARANCIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 PHILLIPS ST APT 3
BOSTON, MA  02114-3434

BRYAN BARANCIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

BRYAN L. HERMANSON
CALIFORNIA MORTGAGE & REALTY
201-C CALLE DEL OAKS
DEL RAY OAKS CA 93940

BRYAN LOWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 ANGELS TRACE CT
LAS VEGAS, NV 89148

BRYNN BUTZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

BUBONOCICH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

BUCHANAN,RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
907 E. ESSEX DR.
LAS VEGAS, NV 89107

BUD & JENNIFER BUEHLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7641 ROLLING VIEW DR UNIT 201
LAS VEGAS, NV 89149

BUD & JENNIFER BUEHLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2015
LAS VEGAS, NV 89148

BUDGET BLINDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8610 S EASTERN
LAS VEGAS NV 89123

BUDGET BLINDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9178 SHORT HORSE CT
LAS VEGAS NV 89147

BUDZINSKI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
769 WIGAN PIER DR
HENDERSON, NV 89002

BUENAVENTURA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
415 HIDDEN HOLE DR
LAS VEGAS, NV 89148

BUENAVENTURA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4262 GALLAGHER RD
RIO OSO, CA 95674

BUENO;BLADIMIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2609 E. MESQUITE
LAS VEGAS, NV 89101

BUENO-GOMEZ;JOSE I
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2609 E. MESQUITE # A
LAS VEGAS, NV 89101

BUENROSTRO, FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7600 S RAINBOW #2094
LAS VEGAS, NV 89134

BUENROSTRO;JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6402 ELDORADO PINES AVE
LAS VEGAS, NV 89139

BUENSOLITO BONACUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
226 BOBOLINK WAY
HERCULES, CA 94547

BUENSOLITO BONACUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6877 ROSE MALLOW ST
LAS VEGAS, NV 89148

BUENTIEMPO;CHRISTPOHER J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEADOWS DALE DR.
N LAS VEGAS, NV 89031

BUHR TREVOR L & KATHY L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3962  HEATHER AVE
KINGMAN, AZ 86401

BUI HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7217 BUGLEHORN ST
LAS VEGAS, NV 89131

BUILDER
P.O.BOX 420370
PALM COAST FL 32142

BUILDER
PO BOX 3530
NORTHBROOK IL 60065-3530

BUILDER 1440
PO BOX 8500-54957
PHILADELPHIA, PA 19178-4957

BUILDER MT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 UNION BLVD
STE 500
LAKEWOOD , CO  80228

BUILDERS ASSOC OF WEST NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 S. SALIMAN RD.
CARSON CITY, NV  89701

BUILDERS ASSOC. OF WESTERN NV
SELF INSURED GROUP
810 E. 5TH STREET
CARSON CITY NV 89701

BUILDERS ASSOCIATION OF WESTERN NEVADA
C/O RICHARD S. STAUB, ESQ
P.O. BOX 392
1049 S. CARSON ST
CARSON CITY, NV 89702

BUILDERS ASSOCIATION OF WESTERN NEVADA,
SELF INSURED GROUP
C/O RICHARD S. STAUB, ESQ.
P.O. BOX 392
1049 S. CARSON ST.
CARSON CITY, NV 89702

BUILDERS INFORMATION GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 WEST WASHINGTON ST., STE. 450
CHICAGO, IL 60602

BUILDERS INFORMATION GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 N CLARK ST
STE 450
CHICAGO, IL 60602-2825

BUILDERS INFORMATION GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29 N CLARK ST STE 450
CHICAGO, IL 60602-2825

BUILDERS INSURANCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 SO VALLEY VIEW BLVD STE114
LAS VEGAS NV 89102

BUILDERS RISK PLAN
P.O.BOX 931795
ATLANTA GA 31193-1795

BUILDING PRODUCTS & SERVICES
NORMAN BOWMAN
4111 GREENBRIAR, SUITE E
STAFFORD TX 77477

BULBMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4230 CAMERON STREET
LAS VEGAS, NV  89103

BULL CONCRETE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6045 HAUCK STREET
LAS VEGAS, NV 89118-2819

BULLHEAD CITY BEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1905 LAKESIDE DR.
BULLHEAD CITY, AZ 86442

BULLIVAT HOUSER BAILEY PC
RE:INTEGRITY MASONRY INC.
C/O RICHARD DREITZER
3883 HOWARD HUGES PARKWAY, SUITE 550
LAS VEGAS, NV 89169

BULL'S-EYE BILLIARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 WEST WASHINGTON ST.
LAS VEGAS NV 89125

BULLY PUMPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6045 HAUCK ST
LAS VEGAS, NV 89118

BUNCHHOEUN & MONIROTH LONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

BUNCHHOEUN & MONIROTH LONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5591 PANAMA DR
BUENA PARK, CA 90620

BUREAU OF LAND MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701 N. TORRY PINES DRIVE
LAS VEGAS, NV 89130

BUREAU OF LAND MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4785 VEGAS DRIVE
LAS VEGAS NV 89108

BUREAU OF NATIONAL AFFAIRS
P.O. BOX 64543
BALTIMORE MD 21264-4543

BURLAKOFF GEORGE H
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3848 HEATHER AVE
KINGMAN, AZ 86401

BURLAP & LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5340 CAMERON ST.
# 19
LAS VEGAS, NV 89118

BURLEY, CHRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2240 RUNNABOUT DR
LAKE HAVASU, AZ 86403

BURNEY'S COMMERCIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4480 ALDEBARAN AVE.
LAS VEGAS, NV 89103

BURNHAM PAINTING & DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
668 MIDDLEGATE ROAD
HENDERSON NV 89011

BURNS, CECIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39516 VIA GALLETAS
MURRIETA, CA 92562

BURNS, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
124 S. SAN FRANCISCO ST.
FLAGSTAFF, AZ 86001

BURR, PILGER & MAYER LLP
KARL KNOCK
100 PRINGLE AVE.
STE. 340
WALNUT CREEK CA 94596

BURRIS, JACOB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3260 E. VINEYARD RD.
PHOENIX, AZ 85042

BURRIS, RANDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3745 WEST KENNETH ROAD
KINGMAN, AZ 86409

BURTNESS, JON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 DIAMOND RUN ST
LAS VEGAS, NV 89148-4416

BURTON & WILMA BASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2406 HARDIN RIDGE DR
HENDERSON, NV 89052

BURTON & WILMA BASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 SCRAMBLE DR
LAS VEGAS, NV 89148

BUSINESS & LEGAL REPORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 MILL ROCK ROAD EAST
OLD SAYBROOK CT 06475

BUSINESS 21 PUBLISHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453A BALTIMORE PIKE
SPRINGFIELD PA 19064

BUSINESS BANK OF NEVADA
PO BOX 82503
LAS VEGAS NV 89180-2503

BUSINESS OBJECTS AMERICAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3030 ORCHARD PARKWAY
SAN JOSE CA 95134

BUSINESS WEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

BUSSEY REAL ESTATE HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11329 VIA SPIGA DR
LAS VEGAS, NV 89138

BUSSEY REAL ESTATE HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 COREY CREEK CT
LAS VEGAS, NV 89148

BUTLER, EUGENE MARTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7264 ROME BLVD
LAS VEGAS, NV 89131

BUTLER, STEVEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S. DURANGO #109
LAS VEGAS, NV 89148

BUTTER PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7310 SMOKE RANCH SUITE D
LAS VEGAS NV 89128

BYL COLLCTONS SERVICES
PO BOX 98607
LAS VEGAS, NV 89193-8607

The Rhodes Companies, LLC - U.S. Mail

BYL COLLECTION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3305 SPRING MOUNTAIN ROAD STE 46
LAS VEGAS, NV 89102

BYRD, LUKE C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2048 SWEETWATER DR
BULLHEAD CITY, AZ 86442

BYRON IRBY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 PUNTO VALLATA DR
HENDERSON, NV 89011

BYRON MILLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7411 ARBORCREST AVE
LAS VEGAS, NV 89131

BYU CAREER PLACEMENT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2410 WSC
PROVO UT 846020

C & H CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5620 STEPHANIE ST
LAS VEGAS NV 89122

C & J HOLDINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE #300
LAS VEGAS, NV  89147

C & J HOLDINGS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

C & N PERFORMANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 SUNPAC CT
HENDERSON, NV 89011

C 5 COATINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4894 LONE MOUNTAIN DRIVE #124
LAS VEGAS, NV 89130

C B S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 SOUTH HOPE RD.
SUITE 3
GOLDEN VALLEY AZ 86413

C C G HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6440 SKY POINTE DR # 140-268
LAS VEGAS, NV 89131

C C G HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7521 CEDAR RAE AVE
LAS VEGAS, NV 89131

C CONSTRUCTION
POLARIS OFFICE
DBA SELECT BUILD
4339 CORPORATE CENTER DR, STE 108
NORTH LAS VEGAS NV 89030

C SHERMAN & CONNIE PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
762 TOSSA DE MAR AVE
HENDERSON, NV 89002

C SINCLAIR & MARTHA COTTINGHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
87 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

C WIESER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 E.SUNSET ROAD, SUITE 316
HENDERSON NV 89014

C. C. WATER RECLAMATION DIST.
PO BOX 98526
LAS VEGAS NV 8913-8526

C. J. WELCH NORTH, INC.
ARMAND WILLIAMSON
101 HENRY ADAMS STREET #230
SAN FRANCISCO CA 94103

C.T. SEWELL ELEMENTARY SCHOOL
C/O CARRIE A. LARSON
700 EAST LAKE MEAD PARKWAY
HENDERSON NV 89015

CA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO, CA. 95798-9067

CAALDERA,ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3405 NAVAJO WAY
LAS VEGAS, NV 89108

CABALLERO HERNANDEZ,ESTEBAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4204 EL PARQUE AVE
LAS VEGAS, NV 89102

CABALLERO,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 E CEDAR AVE # 257
LAS VEGAS, NV 89101

CABINET WEST DISTRIBUTORS
ATTN: LARRY NEWTON
150 CASSIA WAY SUITE 100
HENDERSON, NV 89014

CABINETEC, INC
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD, #A
N LAS VEGAS, NV 89030

CABINETEC, INC.
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD. #A
NORTH LAS VEGAS, NV 89030

CABINETEC, INC.
ATTN: TRACY L GOLDSACK
2711 EAST CRAIG RD, #A
NORTH LAS VEGAS, NV 89030

CABINETEC. INC
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD, #A
N LAS VEGAS, NV 89030

CABINETS, CLOSETS & GOOD
JONATHAN PRUNEDA
5081 S. ARVILLE
LAS VEGAS NV 89118

CABLEVISION OF ARIZONA
P.O. BOX 1604
ST. JOSEPH 64502-1604

CABRERA CRUZ,ANGEL V
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5540 W. HARMON # 1032
LAS VEGAS, NV 89103

CABRERA LEZAMA;JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5061 CAMBRIDGE
LAS VEGAS, NV 89109

CABRERA MORENO,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6221 YERBA LN
LAS VEGAS, NV 89108

CABRERA,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2608 VANA AVE
NORTH LAS VEGAS, NV 89030

CABRERA-C,ROQUE R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1321 KAR LEE # D
LAS VEGAS, NV 89146

CADDO INVESTMENTS, INC.
P. O. BOX 570217
LAS VEGAS NV 89157

CADILLAC OF LAS VEGAS NV W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5185 W. SAHARA BLVD.
LAS VEGAS NV 89146-3403

CADILLAC OF LAS VEGAS W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5185 W. SAHARA BLVD.
LAS VEGAS, NV 89146-3403

CAE & BRAD SWANGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 VIA MEZZA LUNA CT
HENDERSON, NV 89011

CAIN, GEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1413 PEYTON STEWART COURT
N LAS VEGAS, NV 89086

CALAVAN'S POOL & SPA SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5841 E. CHARLESTON BLVD SUITE 104
LAS VEGAS NV 89142

CALDERON ROSAS,LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3825 N. NELLIS BLVD # 100
LAS VEGAS, NV 89115

CALDERON,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2978 NOVA SCOTIA DR.
RIVERSIDE, CA 92506

CALDWELL, MATTHEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4998 RAPPAHANOCK
LAS VEGAS, NV 89122

CALEB & KATHY LETOURNEAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1159
LAS VEGAS, NV 89148

CALIENDO, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3795 S REDWOOD ST
LAS VEGAS, NV 89103

CALIENTE VENTURES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
109 SHORT RUFF WAY
LAS VEGAS, NV 89148

CALIENTE VENTURES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1394 OLSO LN
SAN JOSE, CA 95118

CALI-FAME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20934 SOUTH SANTA FE AVE.
CARSON , CA  90810-1131

CALIFORNIA BAR JOURNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 HOWARD ST.
SAN FRANCISCO CA 94105-1639

CALIFORNIA D.M.V
P.O. BOX 942894
SACREMENTO CA 94294-0895

CALIFORNIA FRANCHISE TAX BOARD
P. O BOX 942857
SACRAMENTO CA 94257-0631

CALIFORNIA NEVADA LINKS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3091 AMARILLO ST.
SIMI VALLEY, CA  93063

CALIFORNIA STATE DISBURSEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
#0310010521-01/53312-ROBERT HURNS
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067

CALIFORNIA STATE DISBURSEMENT
CASE#0730603864452 - ROBERT HURNS
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067

CALIFORNIA-NEVADA LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3091 AMARILLO ST.
SIMS VALLEY, CA  93063

CALLAWAY GOLF
P.O. BOX 9002
CARLSBAD , CA  92018-9002

CALLAWAY GOLF COMPANY
ATTN: DIANA SCHELIN
2180 RUTHERFORD ROAD
CARLSBAD, CA 92008

CALLVILLE BAY RESORT
HCR-30 BOX 100
ATTN: ACCOUNTS RECEIVABLE
LAS VEGAS NV 89124

CALLVILLE BAY RESORT
HCR-30 BOX 100
LAS VEGAS, NV 89124

CAL-VADA CONCRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
656 EASTGATE ROAD, SUTE A
HENDERSON NV 89015

CALVIN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CALVIN H KOONCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3313 CALUMET AVE
KINGMAN, AZ 86401-4920

CALVIN LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 FORTRESS COURSE CT
LAS VEGAS, NV 89148

CAMACHO, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3305 TABOR AVE
N LAS VEGAS, NV 89030

The Rhodes Companies, LLC - U.S. Mail

CAMACHO,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3414 COX ST.
NORTH LAS VEGAS, NV 89032

CAMANAG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3605 MAGNOLIA AVE
LONG BEACH, CA 90806

CAMANAG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
418 FIRST ON DR
LAS VEGAS, NV 89148

CAMARA, NANCY SUSAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39900 563RD ST
ZUMBRO FALLS, MN 55991-5166

CAMARA, SUSAN NANCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39900 563RD ST
ZUMBRO FALLS, MN 55991-5166

CAMARENA -ALCANTAR, ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3512 ORVIS ST
N. LAS VEGAS, NV 89030

CAMARENA DIAZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 MACFAR LN
LAS VEGAS, NV 89101

CAMARENA, RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2545 HIGH TREE STREET
NO LAS VEGAS, NV 89030

CAMARENA,OMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1661 CADILLAC LN
LAS VEGAS, NV 89106

CAMARENA;OMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 CADILLAC LN
LAS VEGAS, NV 89106

CAMERON & EVELYN KEENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4619 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

CAMERON CALDWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

CAMERON PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 PEREIRA DR
3 PEREIRA DR DEVONSHIRE, FL 00000
BERMUDA

CAMERON PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 PEREIRA DR
DEVONSHIRE, FL

CAMERON PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OVER PAR CT
LAS VEGAS, NV 89148

CAMERON T. ANICETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9295 CROSSCOURT WAY
ELK GROVE CA 95624

CAMILLE CASTRONUOVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

CAMINO CONSTRUCTORS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5404 TROPICAL TOUCAN
LAS VEGAS NV 89130

CAMPAGNANO, FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 N. BACOBI RD.
GOLDEN VALLEY, AZ 86413

CAMPBELL CONCRETE INC.
DEAN / RUBEN
5201 S. POLARIS
LAS VEGAS NV 89118

CAMPBELL-HULSEY, MICHELE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 DEERBROOK LANE
LAS VEGAS, NV 89107

CAMPOS MEDINA,ORLANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1532 VALA
LAS VEGAS, NV 89101

CAMPOS,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 CIRCLE DR
LAS VEGAS, NV 89101

CAMPOS,EPIFANIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1421 CROSSDALE AVE
LAS VEGAS, NV 89142

CANAC KITCHENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4580 WEST TECO AVENUE
LAS VEGAS, NV 89118

CANAL,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4574 ARMEL CT
LAS VEGAS, NV 89115

CANANWILL INC
ATTN: DAISY CRUZ
1000 MILLWAUKEE AVE
GLENVIEW, IL 60025

CANCINO;ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1604 PUTNAM #A
N LAS VEGAS, NV 89030

CANCINO;RAMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1608 PUTNAM # A
N LAS VEGAS, NV 89030

CANCINO-ESCALANTE;MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1608 PUTNAM #A
N LAS VEGAS, NV 89030

CANDACE HAMRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 VIA CANALE DR
HENDERSON, NV 89011

CANDACE HAMRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
513 ALEXANDER AVE
LAS VEGAS, NV 89106

CANDACE HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S JONES BLVD # 415
LAS VEGAS, NV 89146

The Rhodes Companies, LLC - U.S. Mail

Served 9/28/2009

CANDACE HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9730 DIETERICH AVE
LAS VEGAS, NV 89148

CANDANCE HAMRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 VIA CANALE
HENDERSON NV 89011

CANDELARIA MARTINEZ,AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1936 CINDY SUE # D
LAS VEGAS, NV 89106

CANDELARIA MONTOYA,MISAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1308 SILVER LAKE DR
LAS VEGAS, NV 89108

CANDIDO CABRERA,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4054 VICENTA CT
LAS VEGAS, NV 89115

CANDIDO-CLAVEL,FERNANDO DE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1723 EL MOLINO CIR
LAS VEGAS, NV 89108

CANDLELIGHTERS FOR CHILDHOOD
CANCER OF SOUTHERN NEVADA
3201 SOUTH MARYLAND PKWY STE 600
LAS VEGAS, NV 89109

CANDY GOODMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4718 ASHINGTON ST
LAS VEGAS, NV 89147

CANE & WEINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1941 BISHOP LANE
LOUISVILLE KY 40218

CANEPA RIEDY & RUBINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
851 S. RAMPART BLVD.
SUITE 160
LAS VEGAS NV 89145

CANFIELD, CODY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6079 RANCHO SANTA FE DR
LAS VEGAS, NV 89131

CANLAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
730 TOSSA DE MAR AVE
HENDERSON, NV 89002

CANTERA DOORS L.V., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6380 S. VALLEY VIEW BLVD.
SUITE 300
LAS VEGAS NV 89118

CANTU, CHEREE
PO BOX 3293
FLAGSTAFF, AZ 86003

CANTU,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3832 ARIZONA AVE
LAS VEGAS, NV 89104

CANYON CREATIVE & DESIGN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4375 S. POLARIS AVENUE, SUITE 4
LAS VEGAS NV 89103

CANYON SPRINGS HIGH SCHOOL
BASEBALL
350 EAST ALEXANDER ROAD
N.LAS VEGAS NV 89030

CANYON SPRINGS POOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S. JONES BLVD.
SUITE 126
LAS VEGAS NV 89146

CANYON STATE ENTERPRISES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4030 STOCKTON HILL RD.  #15
KINGMAN AZ 86409

CANYON TIRE SALES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 MAGNOLIA AVENUE
CORONA CA 98279

CANYON TRAILS FAMILY PRACTICE
P.O. BOX 379001
LAS VEGAS NV 89137-9001

CAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3626 PLACE DE LOUIS
SAN JOSE, CA 95148

CAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9746 KAMPSVILLE AVE
LAS VEGAS, NV 89148

CAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9747 WAUKEGAN AVE
LAS VEGAS, NV 89148

CAPENER, PENNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
397 RED EUCALYPTUS ST
HENDERSON, NV 89015

CAPITAL CABINET CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3645 LOSSEE ROAD
NORTH LAS VEGAS NV 89030

CAPITAL VALLEY CONSULTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7313 LA MONA CT
LAS VEGAS NV 89128

CAPITOL CORPORATE SERVICES
P. O. BOX 1831
AUSTIN TX 78767

CAPITOL NORTH AMERICAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1780 SOUTH MOJAVE ROAD
LAS VEGAS NV 89104

CAPPARELLI, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6640 LAVENDER LILY DRIVE #1
N LAS VEGAS, NV 89084

CAPRIOTTIS SANDWICH SHOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4825 SOUTH FORT APACHE
LAS VEGAS NV 89147

CAPT TUBS REPAIR SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2481 DAYTONA AVENUE
LAKE HAVASU CITY, AZ 86403

CARBAJAL,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 COMB CR
LAS VEGAS, NV 89104

CARBAJAL-ROCHA,JOSE R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 W. MILLER # 182
NORTH LAS VEGAS, NV 89030

CARDENAS B.,SIGIFREDI J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1848 GOLDFIELD
NORTH LAS VEGAS, NV 89030

CARDENAS GALLARDO;MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS
LAS VEGAS, NV 89119

CARDENAS, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2701 N. RAINBOW #1156
LAS VEGAS, NV 89108

CARDENAS;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 MARRY DEE
N LAS VEGAS, NV 89030

CARDENAS-DURAN;EMMANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3295 N. NELLIS BLVD # 11
LAS VEGAS, NV 89115

CARDENAS-GALLARDO,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS
LAS VEGAS, NV 89119

CARDINAL FREIGHT LINES INC
P.O BOX 30370
LAS VEGAS, NV 89173-0370

CARDMEMBER SERVICES
P.O. BOX 790408
ST. LOUIS MO 63179-0408

CARDONA,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4500 COOL VALLEY DR
LAS VEGAS, NV 89110

CAREFREE EMBROIDERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7662 E. GRAY RD. #104
SCOTTSDALE, AZ  85260

CARINO NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 VIA FRANCIOSA DRIVE
HENDERSON NV 89015

CARINO NELSON
PO BOX 401771
LAS VEGAS,NV 89140-1771

CARISA RESTIVO-PAULBICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W FLAMINGO RD # 4-352
LAS VEGAS, NV 89147-8392

CARISA RESTIVO-PAULBICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4802 STAVANGER LN
LAS VEGAS, NV 89147

CARL & ARAX GRIGORIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
203 SPRING HOLLOW DR
LAS VEGAS, NV 89148

CARL & SUSAN DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6750 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

CARL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
544 VIA COLMO AVE
HENDERSON, NV 89011

CARL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6572 KELL LN
LAS VEGAS, NV 89156

CARL FORMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
796 ALDER GREEN AVE
HENDERSON, NV 89002

CARL PAYNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4673 CALIFA DR
LAS VEGAS, NV 89122

CARLA HAMPTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
895 SIERRA VISTA DR
LAS VEGAS, NV 89169

CARLA STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 PANGLOSS ST
HENDERSON, NV 89002

CARLA STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7531 ARBORCREST AVE
LAS VEGAS, NV 89131

CARLETTO REAL ESTATE VEGAS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 E NECK RD
HUNTINGTON, NY 11743

CARLETTO REAL ESTATE VEGAS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

CARLETTO REAL ESTATE VEGAS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

CARLITO & ADELINA PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
589 VIA DI PARIONE CT
HENDERSON, NV 89011

CARLITO & ADELINA PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725 S EASTERN AVE BLDG 1
LAS VEGAS, NV 89119

CARLITO & LOLITA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 SHORT RUFF WAY
LAS VEGAS, NV 89148

CARLITO & LOLITA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18819 FAGAN AVE
ARTESIA, CA 90701

CARLO & LISA LAMARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4589 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

CARLOS & AKEMI DELOSREYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 BACK SPIN CT
LAS VEGAS, NV 89148

CARLOS & HELEN CEBALLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4772 LONE MESA DR
LAS VEGAS, NV 89147

CARLOS & LOLITA DELROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CARLOS & LOLITA DELROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1758 MCCOLLUM ST
LOS ANGELES, CA 90026

CARLOS DELASHERAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
216 VIA LUNA ROSA CT
HENDERSON, NV 89011

CARLOS DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5916 OLD RIDGE ROAD
NORTH LAS VEGAS NV 89031

CARLOS DUNO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
210 GENTRY WAY
RENO NV 89502

CARLOS INGUANZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
389 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

CARLOS LIERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 DALEY STREET N
LAS VEGAS NV 89030

CARLOS-LOPEZ, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1271 GARBO CT
LAS VEGAS, NV 89142

CARLSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 CLIFF VALLEY DR
LAS VEGAS, NV 89148

CARLYLE HIGH YIELD PART IV
LINDA PACE
520 MADISON AVENUE
NEW YORK NY 10010

CARMEL HOPKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2611 NAPA DRIVE
LAS VEGAS NV 89156

CARMELA BALLON-LECAROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
107 HONORS COURSE DR
LAS VEGAS, NV 89148

CARMELITA & WILFREDO MARALIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36143 CARRIAGE DR
STERLING HEIGHTS, MI 48310

CARMELITA & WILFREDO MARALIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

CARMEN GARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 CURRIE AVE
STATEN ISLAND, NY 10306

CARMEN GARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1069
LAS VEGAS, NV 89148

CARMEN ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 QUINTESSA CIR
LAS VEGAS, NV 89141

CARMEN ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9281 BLUE FLAX PL
LAS VEGAS, NV 89148

CARMEN ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9286 BLUE FLAX PL
LAS VEGAS, NV 89148

CARMEN ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9293 BLUE FLAX PL
LAS VEGAS, NV 89148

CARMEN WERNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6866 BABY JADE CT
LAS VEGAS, NV 89148

CARMINE & LORRAINE FERRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
527 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

CARO-ACOSTA, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3568 CLEARLAKE CT
LAS VEGAS, NV 89115

CAROL & BRUCE MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

CAROL A FRIEDLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10128 CREST BROOK PL
LAS VEGAS, NV 89134-2547

CAROL A. FRIEDLAND
CAROL
10337 JUNCTION HILL DRIVE
LAS VEGAS NV 89134

CAROL BEISWENGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

CAROL BEISWENGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5600 GROVELAND RD
HOLLY, MI 48442

CAROL CALLAHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

CAROL ELLIOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

CAROL GROVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1170 OLIVIA PKWY
HENDERSON, NV 89011

CAROL GROVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1801 CALIFORNIA ST STE 100
DENVER, CO 80202

CAROL GROVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1801 CALIFORNIA ST.
#100
DENVER CO 80202

CAROL JACQUES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

CAROL JACQUES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

CAROL SCHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10142 NORTHRIDGE DR
ALTA LOMA, CA 91737

CAROL SCHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

CAROL SCHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

CAROL SCHILL
PO BOX 2884
RANCHO CUCAMONGA, CA 91729

CAROL SPOERL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1982 ASCOT
MORADO, CA 94556

CAROLINE MORTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CAROLYN DUARTE
FULL AND FINAL SETTLEMENT
OF ALL CLAMIS

CAROLYN GARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1322 DUSTY SAGE CT
HENERSON, NV 89014-8883

CAROLYN GARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 VIA MEZZA LUNA CT
HENDERSON, NV 89011

CAROLYN GOODALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 WICKED WEDGE WAY
LAS VEGAS, NV 89148

CAROLYN SAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
379 FALCONS FIRE AVE
LAS VEGAS, NV 89148

CAROTENUTO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 CROOKED TREE DR
LAS VEGAS, NV 89148

CARPENTER SELLERS ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 S. JONES SUITE C
LAS VEGAS NV 89146

CARPERTS M MORE
ATTN: ALICIA ESTUS
ALLIED COLLECTION SERVICES, INC.
3080 S. DURANGO DRIVE, SUITE 208
LAS VEGAS, NV 89117

CARPETS N MORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3185 E TROPICANA AVENUE
LAS VEGAS, NV 89121

CARPETS N MORE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3185 E TROPICANA AVENUE
LAS VEGAS, NV 89121

CARPETS N MORE, LLC
JOHN ADAMS
3185 E TROPICANA AVENUE
LAS VEGAS NV 89121

CARPINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 CROOKED PUTTER DR
LAS VEGAS, NV 89148

CARPINO STONE APPLICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1987 WHITNEY MESA DR.
HENDERSON, NV 89014

CARPINO STONE APPLICATIONS
MICHAEL CARPINO
1987 WHITNEY MESA DR.
HENDERSON NV 89014

CARPIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9425 S MADISON ST
BURR RIDGE, IL 60527

CARPIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9668 WAUKEGAN AVE
LAS VEGAS, NV 89148

CARR,MIKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1774 RIVERGARDENS DRIVE
BULLHEAD CITY, AZ 86442

CARRANZA, ANDRES VASQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 PAGE STREET
LAS VEGAS, NV 89110

CARRASCO,HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4111 ANNIE OAKEY DR
LAS VEGAS, NV 89121

CARRASCO-M,RIGOBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3104 WRIGHT AVE
NORTH LAS VEGAS, NV 89030

CARRASCO-NUNEZ;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 TORREY PINES DR
LAS VEGAS, NV 89108

CARRATELLI, JR.;NICHOLAS R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9912 VIA TORO AVE
LAS VEGAS, NV 89117

CARRATELLI;JOSEPH D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9599 W. CHARLESTON, #1014
LAS VEGAS, NV 89117

CARRIE CABOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 LAYING UP CT
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

CARRILLO GARCIA,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3508 BASSLER ST
NORTH LAS VEGAS, NV 89030

CARRILLO HERNANDEZ,JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3508 BASSLER ST
NORTH LAS VEGAS, NV 89030

CARRILLO, JOSE C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4192 TATTERSALL PLACE
LAS VEGAS, NV 89115

CARRILLO, SAMANTHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2804 QUAIL LAKES COURT
LAS VEGAS, NV 89117

CARRILLO,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2050 S. MAGIC # 220
HENDERSON, NV 89002

CARRILLO,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1883 FULSTONE WAY APT # 2
LAS VEGAS, NV 89115

CARRILLO-S,JOSE ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1883 FULSTONE WAY # 2
LAS VEGAS, NV 89115

CARRILLO-S.,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1883 FULSTONE WAY # 2
LAS VEGAS, NV 89115

CARRINGTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1610 E SAINT ANDREW PL # B150
SANTA ANA, CA 92705

CARRINGTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9753 VALMEYER AVE
LAS VEGAS, NV 89148

CARSON DAY CENTURY 21 MONEYWORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8020 W. SAHARA AVE., #100
LAS VEGAS , NV  89117

CART PARTS
PO BOX 821810
PEMBROKE, FL  33082-1810

CARTER AL & SANDY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4353 S OPAL RD
GOLDEN VALLEY, AZ 86413

CARTER AL & SANDY CPWRS
PO BOX 608
BROWNSVILLE, CA 95919

CARTER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7845 HORSENETTLE ST
LAS VEGAS, NV 89149

CARTER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
787 TELFER LN
HENDERSON, NV 89002

CARTER OIL COMPANY, INC.
P.O. BOX 2506
FLAGSTAFF, AZ 86003

CARTER-BURGESS
ABDUL BHUIYAN
PO BOX 99350
FORT WORTH TX 76199-0350

CARTER-BURGESS, INC.
PO BOX 99350
FORT WORTH, TX 76199-0350

CARTIER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 VIALE PLACENZA PL
HENDERSON, NV 89011

CARTWRIGHT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4583 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

CARUSO, VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 EAST SAHARA #1024
LAS VEGAS, NV 89142

CARVER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

CARVER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 WATERTON LAKES AVE
LAS VEGAS, NV 89148

CARVER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CASE BY CASE, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3230 POLARIS AVENUE
UNIT 27
LAS VEGAS NV 89102

CASEY W. HIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7611 S 36TH ST SPT 104
PHENIX, AZ 85042-7280

CASH TRANSPORTATION, LLC
P.O. BOX 512
PINE, AZ 85544

CASHMAN EQUIPMENT COMPANY
FILE# 56751
LOS ANGELES, CA 90074-6751

CASHMAN EQUIPMENT RENTAL COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3101 EAST CRAIG ROAD N
NORTH LAS VEGAS, NV 89030

CASILLAS-LOPEZ,EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 GRIFFITH AVE
LAS VEGAS, NV 89104

CASINO READY MIX INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5355 N. BEESLEY DR
LAS VEGAS, NV 89115

CASOLUTIONS
PO BOX 530639
HENDERSON NV 89053-0639

CASSEL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

CASSIDY & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 THIRTEENTH STREET N.W.
SUITE 400
WASHINGTON DC 20005

CASSIDY, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
546 HESWALL COURT
HENDERSON, NV 89014

CASTEL
C/O DONGHIA TEXTILES
101 HENRY ADAMS ST., #144
SAN FRANCISCO CA 94103

CASTELLANOS FLORES,LUIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4961 APOLLOSTAR APT 3
LAS VEGAS, NV 89115

CASTELLANOS, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2920 BASSLER ST
N LAS VEGAS, NV 89030

CASTELLANOS,GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2008 E. SUNRISE AVE # 1
LAS VEGAS, NV 89101

CASTELLANOS-JIMENEZ;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR. # 2 H
N LAS VEGAS, NV 89030

CASTELLON;JULIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3236 MARY DEE AVE
N LAS VEGAS, NV 89030

CASTENANOS-MARIN;LUCIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3224 MARYDEE AVE APT A
N LAS VEGAS, NV 89030

CASTERTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
785 TOSSA DE MAR AVE
HENDERSON, NV 89002

CASTILE, EVERETT L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8250 N. GRAND CANYON DRIVE #1022
LAS VEGAS, NV 89166

CASTILLO,ERICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 BLACK FOREST
LAS VEGAS, NV 89102

CASTLE MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9360 W FLAMINGO RD STE 110
LAS VEGAS, NV 89147-6446

CASTREJON ALVAREZ;SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 E. BONANZA # 8
LAS VEGAS, NV 89101

CASTRO BENITEZ;JULIO C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # 86
LAS VEGAS, NV 89115

CASTRO INOCENCE;RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER
N LAS VEGAS, NV 89030

CASTRO, EDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2453 ELLIS ST
LAS VEGAS, NV 89030

CASTRO, FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1431 N 46TH ST APT 1
LINCOLN NE 68503-2302

CASTRO,ADOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2011 THUNDER STORM AVE
NORTH LAS VEGAS, NV 89032

CASTRO,ADOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2011THUNDER STORM AVE
N LAS VEGAS, NV 89032

CASTRO;CARLOS F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2021 SANDY LAKE # 8
LAS VEGAS, NV 89115

CASTRONOVO, AURELIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 CASCADE POKE ST
LAS VEGAS, NV 89148

CASTRO-PADILLA;FRANKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2635 WYANDOTTE # 22
LAS VEGAS, NV 89102

CASTRO-URIAS, BASILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 N. LAMB APT#229
LAS VEGAS, NV 89110

CASTULO LOPEZ,JOSE F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9815 MARTIN LUTHER KING
LAS VEGAS, NV 89106

CASTULO LOPEZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
985 MARTIN LUTHER KING # 106
LAS VEGAS, NV 89106

CASTULO LOPEZ,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
985 MARTIN LUTHER KING # 106
LAS VEGAS, NV 89106

CASTULO,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9815 MARTIN LUTHER KING
LAS VEGAS, NV 89106

CASTULO; PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
985 MARTIN LUTHER KING # 106
LAS VEGAS, NV 89106

CASTULO;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9815 MARTIN LUTHER KING
LAS VEGAS, NV 89106

CASTULO-LOPEZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
985 MARTIN LUTHER KING
LAS VEGAS, NV 89106

CAT ACCESSACCOUNT
P.O. BOX 905229
CHARLOTTE, NC 28290-5229

**The Rhodes Companies, LLC - U.S. Mail**

CAT ACESS
P.O. BOX 100647
PASADENA , CA  91189

CAT NOTE # 1
PO BOX 340001
NASHVILLE, TN  37203-0001

CATALANO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
359 FALCONS FIRE AVE
LAS VEGAS, NV 89148

CATALINA DRAPERIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6340 SUNSET CORPORATE DRIVE
LAS VEGAS NV 89120

CATERPILLAR FINANCIAL SERVICE
P.O. BOX 100647
PASADENA, CA  91189-0647

CATERPILLAR FINANCIAL SERVICES CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2120 W END AVE.
NASHVILLE, TN 37203

CATERPILLAR FINANCIAL SERVICES CORPORATION
C/O SNELL & WILMER L.L.P.
ATTN: ROBERT R. KINAS, ESQ.
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NV 89169

CATHERINE & JOHN BAUDOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
759 WIGAN PIER DR
HENDERSON, NV 89002

CATHERINE NOCERINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
726 TOSSA DE MAR
HENDERSON NV 89015

CATHERINE PICUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7340 W RUSSELL RD APT 1024
LAS VEGAS, NV 89113

CATHERINE PICUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2166
LAS VEGAS, NV 89148

CATHY OTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3865 ZUNI
KINGMAN AZ 86401

CATV 77
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 E. BEALE STREET
KINGMAN, AZ 86401

CAYETANO & JOVY PANGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CBA
PO BOX 5013
HAYWARD CA 94540-5013

CBC TRUCKING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3393 RANCHO RD.
GOLDEN VALLEY, AZ 86413

CBI CONSTRUCTORS, INC.
MARK JORDAN
25 W. 1ST STREET, SUITE 210
CLAREMONT CA 91711

CBS RADIO
VENUS H.
KKJJ-FM
PO BOX 100111
PASADENA CA 91189-0111

CCI PAINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 N. LINCOLN AVENUE
CORONA, CA 92882

CCI PAINTING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 HARRINGTON ST.
SUTIE B
CORONA CA 92880

CCI PAINTING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
721 NEVADA STREET, STE 308
REDLANDS, CA 92373

CCSN FOUNDATION & DEVELOPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6375 WEST CHARLESTON W3D
LAS VEGAS NV 89146

CE CUSTOMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2430 MOHAVE TRAIL
GOLDEN VALLEY, AZ 86413

CECIL BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39516 VIA GALLETAS
MURRIETEN, CA 92562

CECILIA NERVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

CECILIA NERVEZ
PO BOX 61186
LAFAYETTE, LA 70596

CECILIA OCAMPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27531 COURTVIEW DR
VALENCIA, CA 91354

CECILIA OCAMPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 COBBS CREEK WAY
LAS VEGAS, NV 89148

CEDAR ROOFING COMPANY IN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3645 W. OQUENDO, SUITE #200
LAS VEGAS, NV 89118-3145

CEDAR ROOFING COMPANY IN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4022 W. PONDEROSA
LAS VEGAS, NV 89118

CEDCO,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7210 PLACID STREET
LAS VEGAS, NV 89119

CEDENO,DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2522 ELLIS ST #4
N LAS VEGAS, NV 89030

CEDERBURG,DAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23672 ORANGE AVE
PARIS, CA 92570

The Rhodes Companies, LLC - U.S. Mail

CEFERINO & MIRLA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

CEFERINO & MIRLA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
980 W PINE AVE
ROSELLE, IL 60172

CELESTINE & MALCOLM JACKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

CELESTINO & EDITH CEASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 TALL RUFF DR
LAS VEGAS, NV 89148

CELESTINO & EDITH CEASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3241 BRANDON ST
PASADENA, CA 91107

CELIA & DANTE ARIZABAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 HARPERS FERRY AVE
LAS VEGAS, NV 89148

CELSO & FIELANI BUMAGAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 VIA LUNA ROSA CT
HENDERSON, NV 89011

CEMEX
P.O. BOX 73261
CHICAGO , IL  60673

CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
ATTN: PATTY CHANDLER
HENK TAYLOR
LEWIS AND ROCA LLP
40 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-4429

CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
C/O HENK TAYLOR
LEWIS AND ROCA LLP
40 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-4429

CENT CDO 10 LIMITED
ROBIN STANCIL
100 N. SEPULVEDA BOULEVARD, SUITE 650
EL SEGUNDO, CA  90245

CENTENNIAL HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10200 CENTENNIAL PARKWAY
LAS VEGAS NV 89149

CENTENNIAL SPRINGS MAILING:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS NV 89148

CENTENO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6345 LENAKING AVE
LAS VEGAS, NV 89122

CENTER EMERGENCY PHYSICIANS
P. O. BOX 13909
PHILADELPHIA PA 19101-3909

CENTER FOR NATURAL LANDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 W. ASH STREET
FALLBROOK, CA 92028

CENTER FOR NATURAL LANDS
MANAGEMENT
425 E. ALVARADO ST, STE H
FALLBROOK 92028-2960

CENTER GREEN LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
423 CENTER GREEN DR
LAS VEGAS, NV 89148

CENTER GREEN LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7321 SIBLEY AVE
LAS VEGAS, NV 89131

CENTRAL SERVICES & RECORDS DIVISION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 WRIGHT WAY
CARSON CITY, NV  89711-0725

CENTRAL TELEPHONE COMPANY - NEVADA
ATTN: SAMANTHA KARLSSON
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

CENTRAL TELEPHONE COMPANY- NEVADA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

CENTRAL VALLEY INSULATE
LLOYD DOMINGUEZ
3588 SOUTH VALLEY VIEW BLVD.
LAS VEGAS NV 89103

CENTURION SECURITY SYSTE
STEVE
917 S. 1ST STREET
LAS VEGAS NV 89101

CENTURY 21
BARBARA RICCA REALTY
P.O. BOX 3368
KINGMAN, AZ 86402

CENTURY 21 ADVANTAGE GOLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 NO GREEN VALLEY PKWY # 150
LAS VEGAS NV  NV 89014

CENTURY 21 AMBER REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23705 CRENSHAW BLVD. #100
TORRANCE, CA 90505

CENTURY 21 MONEYWORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8010 W SAHARA AVE STE 220
9230 S. EAST AVE.
LAS VEGAS NV  89123

CENTURY 21 MONEYWORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8020 W. SAHARA AVE STE 100
LAS VEGAS, NV 89117

CENTURY 21 MONEYWORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9230 S. EAST AVE.
LAS VEGAS, NV 89123

CENTURY CAST PRODUCT INC
GEOFF BRUNER
P. O. BOX 2933
POMONA CA 91769-2933

CENTURY CAST PRODUCT INC
P. O. BOX 2933
POMONA, CA 91769-2933

CENTURY CAST PRODUCT INC
ROBERT S. ANDERSON
1370 N. RED GUM
ANAHEIM, CA 92806

CENTURY REALTY & INVESTMENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10161 BOLSA AVE., SUITE A-207
WESTMINSTER CA 92683

CENTURY STEEL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6655 S EASTERN AVE
LAS VEGAS, NV 89119

CENTURY SURETY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 CLEVELAND AVENUE
WESTERVILLE, OH 43082

CERA PEREZ,NOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3649 CECILE ST # E 7
LAS VEGAS, NV 89115

CERIDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3201 34TH ST. SOUTH
ST. PETERSBURG , FL  33711-3828

CERIDIAN
P.O. BOX 10989
NEWARK NJ 07193

CERITERNO,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 TWING ST
NORTH LAS VEGAS, NV 89030

CERRITENO,CANDELARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2182 N. PECOS RD # 101
LAS VEGAS, NV 89115

CERTIFIED ENGINEERING SYS. INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2949 S MAIN STREET
SALT LAKE CITY UT 84115

CERTIFIED FLOORING INSPECTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5130 E CHARLESTON #5-5
LAS VEGAS NV 89142

CERTIFIED FOLDER DISPLAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1120 JOSHUA WAY
VISTA, CA  92081 USA

CERTIFIED LEGAL VIDEOGRAPHY
BECKY ULREY
3555 MERIDALE DRIVE SUITE 2144
LAS VEGAS NV  89147

CERTIFRESH CIGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4268 TWIN OAK LANE
ROBBINSDALE, MN  55422

CERVERO, NICOLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8555 WEST RUSSELL ROAD
LAS VEGAS, NV 89113

CESAR & LILIA BREGAUDIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1030 VIA NANDINA PL
HENDERSON, NV 89011

CESAR & LILIA BREGAUDIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22163 WIND FLOWER PL
SANTA CLARITA, CA 91390

CESAR & NELIA PICAZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 TAYMAN PARK AVE
LAS VEGAS, NV 89148

CESAR LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8620 REMICK AVE
SUN VALLEY, CA 91352

CESAR LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9658 MARCELLINE AVE
LAS VEGAS, NV 89148

CESAR MACIAS-CASTELLANOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5290 CARRIELLEN LN AOT B
LAS VEGAS NV 89110-3652

CESAR SO. BREGAUDLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22163 WIND FLOWER PLACE
SANTA CLARITA CA 91390

CEZAR & ALMA CUISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4314 CAMBRIA ST
FREMONT, CA 94538

CEZAR & ALMA CUISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9756 WAUKEGAN AVE
LAS VEGAS, NV 89148

CF DOMINICANA CIGARS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 MANOR ROAD
STATEN ISLAND NY 10314

CHACON, JOSE DOUGLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4123 SILVER DOLLAR APT I
LAS VEGAS, NV 89102

CHACON;HELIODORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3886 E. LAS VEGAS BLVD
LAS VEGAS, NV 89121

CHAD & ANGELA OHIRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9734 WAUKEGAN AVE
LAS VEGAS, NV 89148

CHAD & KRISTEN MASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 VIA FRANCIOSA DR
HENDERSON, NV 89011

CHAD & TANIA KEISER
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHAD & TANIA KEISER (445 PUNTO VALLATA DRIVE
C/O TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIC
3811W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHAD OHIRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1302 ECHO WIND AVENUE
HENDERSON NV 89052

CHAD ROSENBERGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9317 PERENNIAL AVE
LAS VEGAS, NV 89148

CHAIREZ-NUNEZ,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2293 MINER WAY
LAS VEGAS, NV 89104

**The Rhodes Companies, LLC - U.S. Mail**

CHALKLINE, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

CHALLENGE - T.P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1421 SOUTH COMMERCE
LAS VEGAS NV 89102

CHAMBERLAIN EDWARD R & JUDITH JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3932  HEATHER AVE
KINGMAN, AZ 86401

CHAMPION MOVERS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3003 S. VALLEY VIEW BLVD. STE 120
LAS VEGAS NV 89102

CHAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 FOREST GATE CIR
OAK BROOK, IL 60523

CHAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

CHAN, RAYMOND B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
636 VIA LINDA CT.
LAS VEGAS, NV 89144

CHANCE MCGUIRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
701 CAPRI DRIVE #9C
BOULDER CITY, NV 89005

CHANCE OJEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1220 OLIVIA PKWY
HENDERSON, NV 89011

CHANCES FOR CHILDREN
ATTN: TIMOTHY BOLEN
4040 EAST SAN GABRIEL
PHOENIX AZ 85044

CHANEY MORRIS J II & MELISSA CO-TRUSTEES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3907  HEATHER AVE
KINGMAN, AZ 86401

CHANG & SHAOING CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 CROOKED PUTTER DR
LAS VEGAS, NV 89148

CHANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1549 SILVER LN
DIAMOND BAR, CA 91765

CHANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
339 LADIES TEE CT
LAS VEGAS, NV 89148

CHANG KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 RANCHO MARIA ST
LAS VEGAS, NV 89148

CHANG YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

CHANG,LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2621 AMARILLO ST
LAS VEGAS, NV 89102

CHANTAL SULLIVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1795 BELCASTRO
LAS VEGAS, NV 89117

CHAODONG LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3269 QUAIL HOLLOW DR
FAIRFIELD, CA 94534

CHAODONG LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
89 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

CHAPIN, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
317 LAKEHURST RD.
LAS VEGAS, NV 89145

CHARINA AUMENTADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 MACOBY RUN ST
LAS VEGAS, NV 89148

CHARITO & FE BIALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

CHARITO & FE BIALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 W CALAYERAS BLVD
MILPITAS, CA 95035

CHARITO & FE BIALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 LOCH LOMOND CT
MILPITAS, CA 95035

CHARITO & FE BIALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6645 BABYS TEAR PL
LAS VEGAS, NV 89148

CHARITO & TIMOTEO PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
568 VIA COLMO AVE
HENDERSON, NV 89011

CHARITO & TIMOTEO PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 ORINO CT
MATAWAN, NJ 07747

CHARKITA MCGHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7209 BUGLEHORN ST
LAS VEGAS, NV 89131

CHARLENE TIBBS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 VIA LUNA ROSA CT
HENDERSON, NV 89011

CHARLES & CLARA NAGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIA CAMELIA ST
HENDERSON, NV 89011

CHARLES & CLARA NAGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7505 DEVON LANE
CHESTERLAND OH 44026

CHARLES & DANA PARKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 VOLTAIRE AVE
HENDERSON, NV 89002

**The Rhodes Companies, LLC - U.S. Mail**

CHARLES & DOREEN MCKEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 ARBORCREST AVE
LAS VEGAS, NV 89131

CHARLES & JANICE PRATHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

CHARLES & JILL HATFIELD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1066 VIA SAINT ANDREA PL
HENDERSON, NV 89011

CHARLES & JOANN ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7637 FALCONWING AVE
LAS VEGAS, NV 89131

CHARLES & JOY OSBORN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
448 PUNTO VALLATA DR
HENDERSON, NV 89011

CHARLES & JULIA WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 COBBS CREEK WAY
LAS VEGAS, NV 89148

CHARLES & LINDA CORRENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 RANCHO MARIA ST
LAS VEGAS, NV 89148

CHARLES & NADINE MCDOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
418 ARTHUR ST
GARY, IN 46404

CHARLES & NADINE MCDOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

CHARLES & NICKI ZARGANIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7241 COTTONSPARROW ST
LAS VEGAS, NV 89131

CHARLES & NICKI ZARGANIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
916 EVERGREEN WAY
MILLBRAE, CA 94030

CHARLES & ROSE DY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

CHARLES & RUTHY STULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9570 VERNEDA CT
LAS VEGAS, NV 89147

CHARLES BAGLEY
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHARLES BAGLEY (9499 MALASANA CT.)
C/O TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIC
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHARLES BLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ROLLING SPRINGS DR
LAS VEGAS NV 89148

CHARLES E. JACK APPRAISAL
CHARLES E. JACK
AND CONSULTING, INC.
8324 ANTLER RIDGE AVENUE
LAS VEGAS NV 89149-4505

CHARLES E. KELLY AND ASSOCIATE
THE KELLY LAW BUILDING
706 S. EIGHTH STREET
LAS VEGAS NV 89101

CHARLES HATHERILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8555 W SAHARA
LAS VEGAS, NV 89117

CHARLES HAWKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

CHARLES K. MOSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 COLLETON RIVER DRIVE
HENDERSON, NV 89052
USA

CHARLES LAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14446 CABINDA DR
HACIENDA HEIGHTS, CA 91745

CHARLES LAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

CHARLES M. DAMUS, ESQ. PROFESSIONAL CORPO
CHARLES M. DAMUS & ASSOCIATES
624 S. SIXTH STREET
LAS VEGAS, NV 89101-6920

CHARLES N. SHAPIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2301 REDWOOD STREET #1802
LAS VEGAS NV 89146-0000

CHARLES PATTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20207 GRATLAND DRIVE
SANTA CLARITA , CA  91351

CHARLES SAKURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9416 ARCADIA WOODS COURT
LAS VEGAS NV 89149

CHARLES SHEPHERD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 BLAVEN DR
HENDERSON, NV 89002

CHARLES SNYDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

CHARLES STOWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5109 STONEWOOD DR
RIVERSIDE, CA 92506

CHARLES STOWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
797 VORTEX AVE
HENDERSON, NV 89002

CHARLES TATOSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29005 VIA PASATIEMPO
LAGUNA NIGUEL, CA 92677

CHARLES TATOSIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CHARLES TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1055 VIA SAINT LUCIA PL
HENDERSON, NV 89011

CHARLES VONURFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1011 VIA CALDERIA PL
HENDERSON, NV 89011

CHARLES& NADINE MCDOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
418 ARTHUR STREET
GARY IN 6404

CHARLEY, BENISON
PO BOX 666
CROWNPOINT, NM 87313

CHARMAINE CENERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6637 SEA SWALLOW ST
NORTH LAS VEGAS, NV 89084

CHARMAINE CENERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1129
LAS VEGAS, NV 89148

CHARTER FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6117 S. MALT AVENUE 90040

CHARTER FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9401 WHITMORE STREET
EL MONTE, CA 91733

CHASE;TRAVIS S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1850 JANET LANE
PAHRUMP, NV 89060

CHAU NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
506 FIRST ON DR
LAS VEGAS, NV 89148

CHAVARRIA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 SILVER DOLLAR
LAS VEGAS, NV 89102

CHAVEZ CONSTRUCTION CLEAN UP
ATTN: DAVID CHAVEZ
2160 W. CHARLESTON BLVD. STE. M
LAS VEGAS, NV 89102
USA

CHAVEZ RAMIREZ,SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1920 CINDY SUE # D
LAS VEGAS, NV 89106

CHAVEZ RAMOS,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2301 ELLIS ST # 3
NORTH LAS VEGAS, NV 89030

CHAVEZ, ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 NO NELLIS #11
LAS VEGAS, NV 89115

CHAVEZ, GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4608 FIRESIDE LN.
LAS VEGAS, NV 89110

CHAVEZ, JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5521 MORENDO
LAS VEGAS, NV 89108

CHAVEZ, RYAN C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9612 SWEETSAGE AVE
LAS VEGAS, NV 89129

CHAVEZ,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 N. NELLIS # 11
LAS VEGAS, NV 89115

CHAVEZ,ELEASAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2445 SAN FELIPE ST
LAS VEGAS, NV 89115

CHAVEZ,JOSE ROSAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4362 E. LAKE MEAD BLVD SP# 42
LAS VEGAS, NV 89115

CHAVEZ,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2022 CRAWFORD ST, APT #2
N LAS VEGAS, NV 89030

CHAVEZ,MARK EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 SULLIVAN
FARMINGTON, NM 87401

CHAVEZ,MAURILIO T
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 E. NEW YORK # D
LAS VEGAS, NV 89102

CHAVEZ;ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 N. NELLIS # 11
LAS VEGAS, NV 89115

CHAVEZ;JOSE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1364 FALLING LEAF LN
LAS VEGAS, NV 89142

CHAVEZ-BALTAZAR, RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1334 N JONES BLVD
LAS VEGAS, NV 89108

CHAVEZ-MACIAS,JACINTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 ARISTOS AVE
LAS VEGAS, NV 89030

CHAVEZ-MEJIA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5330 E. CHARLESTON #41
LAS VEGAS, NV 89142

CHAVEZ-MONROY,AARON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3216 OSAGE AVE
LAS VEGAS, NV 89101

CHAVIRA, STACEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6362 ISABEL COVE
LAS VEGAS, NV 89139

CHAWLA ASSOCIATES
P.O. BOX 26931
LAS VEGAS NV 89126

CHEATHAM, CHRISTOPHER HENRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 S. FORT APACHE #1137
LAS VEGAS, NV 89117

The Rhodes Companies, LLC - U.S. Mail

CHEE,ROBINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6110 N. HWY 89, LOT #18
FLAGSTAFF, AZ 86004

CHEEP-CHEEP MOVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1650 HELM DRIVE
SUITE 700
LAS VEGAS NV 89119

CHEFS FOR KIDS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1208 EMERYWOOD COURT #D
LAS VEGAS NV 89117

CHELSEA FOWL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1032 VIALE PLACENZA PL
HENDERSON, NV 89011

CHELSEA GROSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
243 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

CHELSEA GROSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3047 VIA SARAFINA DR
HENDERSON, NV 89052

CHEM-AQUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3330 SUNRISE AVENUE
SUITE 107
LAS VEGAS NV 89101

CHEMDRY * LAS VEGAS
DBA: MADISON'S CLEANING CO,INC
3772 E. FLAMINGO ROAD
LAS VEGAS NV 89121

CHENEY, JESSICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2558 WILLIAMSBURG ST
HENDERSON, NV 89052

CHENG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20932 E WALNUT CANYON RD
WALNUT, CA 91789

CHENG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 DOG LEG DR
LAS VEGAS, NV 89148

CHERI PHELPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
711 LIDO PARK APT C
NEWPORT BEACH , CA 92663-4450

CHERIE & RANDALL KLESSIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
724 TOSSA DE MAR AVE
HENDERSON, NV 89002

CHERINE COPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIA SAINT LUCIA PL
HENDERSON, NV 89011

CHERINE COPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10476 FANCY FERN STREET
LAS VEGAS NV 89123

CHERISE TSUJIOKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

CHERLENE ABENDROTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
645 LAKE RD
GLEN ELLYN, IL 60137

CHERLENE ABENDROTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

CHERRY RODRIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 HONORS COURSE DR
LAS VEGAS, NV 89148

CHERRY RODRIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2668 SARATOGA DR
FULLERTON, CA 92835-4221

CHERRY TREE DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 PRONGHORN TRAIL
BOZEMAN MT 59718

CHERYL BERNARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

CHERYL BERNARD
PO BOX 336371
N LAS VEGAS, NV 89033

CHERYL MOWRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
480 VIA STRETTO AVE
HENDERSON, NV 89011

CHERYL TUREK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2085
LAS VEGAS, NV 89148

CHERYL ZINTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA LATINA ST
HENDERSON, NV 89011

CHESLEY,DENNIS E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
931 ANCHOR DR
HENDERSON, NV 89015

CHESLEY,JOSHUA C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1149 TUSCOLANA
LAS VEGAS, NV 89141

CHESLEY,MARGIE V
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
931 ANCHOR DR
HENDERSON, NV 89015

CHESLEY,MATTHEW G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 W. 600 N.
ST. GEORGE, UT 84770

CHESTER & SAU NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 BALBOA ST APT A
SAN FRANCISCO, CA 94121

CHESTER & SAU NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6861 BABY JADE CT
LAS VEGAS, NV 89148

CHESTNUTT, GERALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11078 ZAROD ROAD
LAS VEGAS, NV 89135

Served 9/28/2009

CHESTNUTT, GERALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2098 E PARKTON DR
DELTONA, FL 32725-3101

CHEVRON AND TEXACO
CARD SERVICES
PO BOX 2001
CONCORD CA 94529-0001

CHEVRON AND TEXACO
CARD SERVICES
PO BOX 530950
ALANTA, GA 30353-0950

CHEYENNE AUTO PARTS, INC
ATTN: VENUS LEWIS
4675 -C SO POLARIS AVE
LAS VEGAS, NV 89103

CHEYENNE PLUMBING
BILL REMLEY
3275 ALI BABA
LAS VEGAS NV 89118

CHEYENNE PLUMBING
BILL REMLEY
920 AUTUMN ROYAL LANE
LAS VEGAS NV 89144

CHI PASSARELLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 CLIFF VALLEY DR
LAS VEGAS, NV 89148

CHIAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10561 TANK HOUSE DR
STOCKTON, CA 95209

CHIAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
406 FIRST ON DR
LAS VEGAS, NV 89148

CHIA-SANCHEZ;FEDERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5413 N. LAMB BLVD SPACE # 32
LAS VEGAS, NV 89110

CHIA-WEI LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

CHICAGO TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1858 GOLDEN GATE AVE
KINGMAN, AZ 86401-4055

CHICAGO TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2699 E. ANDY DEVINE AVE
KINGMAN AZ 86401

CHICAGO TITLE AGENCY OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PKWY #120
LAS VEGAS, NV 89169

CHICAGO TITLE CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
621 RIVERSIDE DRIVE
PARKER AZ 85344

CHICAGO TITLE CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9500 WEST FLAMINGO RD.
SUITE 140
LAS VEGAS, NV 89147

CHICAGO TITLE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16969 VON KARMAN
IRVINE, CA 92606

CHICAGO TITLE INSURANCE CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2699 E. ANDY DEVINE AVE.
PO BOX 3599
KINGMAN AZ 86401

CHIEN CHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 N LINCOLN ST
STILLWATER, OK 74075

CHIEN CHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

CHIH CHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1820 COUNTRY KNOLL PL
HACIENDA HEIGHTS, CA 91745

CHIH CHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6851 SCARLET FLAX ST
LAS VEGAS, NV 89148

CHIH-CHUNG CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
761 WIGAN PIER DR
HENDERSON, NV 89002

CHIIKO & HIDEKI SASAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 ANGELS TRACE CT
LAS VEGAS, NV 89148

CHING FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 CAPUCHINO DR
MILLBRAE, CA 94030

CHING FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 SULLY CREEK CT
LAS VEGAS, NV 89148

CHINYERE ANSEL & STELIA CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3938  HEATHER AVE
KINGMAN, AZ 86401

CHO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10221 CENTREPARK DR APT 431
HOUSTON, TX 77043

CHO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

CHOATE WELL SERVICES
WATER SURVEYS
PO BOX 651
PIETOWN NM 87827

CHOICE ONE GRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 SE AIRPARK DR.
BEND, OR 97702

CHOICE ONE GRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4558 W. HACIENDA AVE
LAS VEGAS, NV 89118

CHOICE ONE GRAPHICS
KARRIE
142 SE AIRPARK DR.
BEND OR 97702

The Rhodes Companies, LLC - U.S. Mail

CHOL & INSOOK KYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
512 FIRST ON DR
LAS VEGAS, NV 89148

CHOL & KYONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CHOL & KYONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CHOL & KYONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CHOL & KYONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CHOL & KYONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7879 ELK MOUNTAIN ST
LAS VEGAS, NV 89113

CHONDRA COOLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 BROADCAST AVE
LAS VEGAS, NV 89183

CHONG & SUK PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
319 FALCONS FIRE AVE
LAS VEGAS, NV 89148

CHOONG & SOO BEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1238 S 57TH ST
RICHMOND, CA 94804

CHOONG & SOO BEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 PALM TRACE AVE
LAS VEGAS, NV 89148

CHORNG-TAO YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

CHOW CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 LAYING UP CT
LAS VEGAS, NV 89148

CHOW FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2103
LAS VEGAS, NV 89148

CHOW FAMILY
PO BOX 1731
BURLINGAME, CA 94011

CHRIS & CHRISTINA WHATLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
948 VIA CANALE DR
HENDERSON, NV 89011

CHRIS & JOANNE SPACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
796 WIGAN PIER DR
HENDERSON, NV 89002

CHRIS ALSTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 VIALE PLACENZA PL
HENDERSON, NV 89011

CHRIS ALSTON
PO BOX 6224
KINGMAN, AZ 86402

CHRIS BURLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2240 RUNABOUT DRIVE
LAKE HAVASU CITY, AZ 86403

CHRIS WOIDZIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3948 BUTTON CREEK ST
LAS VEGAS, NV 89183

CHRISTENSEN, DANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8993 CRYSTAL LAGOON COURT
LAS VEGAS, NV 89147

CHRISTIAN & MARIA SAPIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
542 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

CHRISTIAN CARPENTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5435 N RAINBOW BLVD
LAS VEGAS, NV 89130

CHRISTIAN HOPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3113 BARBARA COURT
HOLLYWOOD, CA 90068

CHRISTIAN HUGHES HOPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3113 BARBARA COURT
HOLLYWOOD CA 90068

CHRISTIAN OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 WICKED WEDGE WAY
LAS VEGAS, NV 89148

CHRISTIAN PEDERSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 SHORT RUFF WAY
LAS VEGAS, NV 89148

CHRISTIAN SANSANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 COBBS CREEK WAY
LAS VEGAS, NV 89148

CHRISTIAN SANSANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
965 LOOKING GLASS DR
DIAMOND BAR, CA 91765

CHRISTINA ANTONUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2053
LAS VEGAS, NV 89148

CHRISTINA ANTOUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69945 FISHER RD
BRUCE TWP, MI 4865-4107

CHRISTINA MADSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

CHRISTINA MADSON
PO BOX 1028
SANTA YNEZ, CA 93460

CHRISTINA MARIE ANTONUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69945 FISHER RD
BRUCE TWP, MI 48065-4107

CHRISTINA MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6753 GOLD YARROW ST
LAS VEGAS, NV 89148

CHRISTINA PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5013 ROYAL LAKE AVE
LAS VEGAS, NV 89131

CHRISTINA STRICKLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 TELFER LN
HENDERSON, NV 89002

CHRISTINA THEBEAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10245 HURLEY CROSS LN
LAS VEGAS, NV 89144

CHRISTINA WIEDERHOLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
542 LOS DOLCES ST
LAS VEGAS, NV 89138

CHRISTINA WIEDERHOLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

CHRISTINA ZILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

CHRISTINE CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
335 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

CHRISTINE CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6311 ARROWHEAD PL
LOS ANGELES, CA 90068

CHRISTINE GRAEVEN AND ANTOINETTE BUYAN
C/O ERIC RANSAVAGE
7521 CEDAR RAE AVE.
LAS VEGAS, NV 89131

CHRISTINE KAKAVULIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3658 AMBERGATE CT
LAS VEGAS, NV 89147

CHRISTINE KAKAVULIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2074
LAS VEGAS, NV 89148

CHRISTINE S. PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3319 CLIFDEN LANE
BURBANK CA 91504

CHRISTINE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9792 VALMEYER AVE
LAS VEGAS, NV 89148

CHRISTINE WIESER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 E. SUNSET # 316
HENDERSON NV 89014

CHRISTINE XIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6836 BABY JADE CT
LAS VEGAS, NV 89148

CHRISTINE YAN XIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6836 BABY JADE CT
LAS VEGAS NV 89148

CHRISTOPER BOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 WHISPERING PALMS
LAS VEGAS, NV 89123

CHRISTOPHER & ALLISON MODERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1802 TIGER CREEK AVE
HENDERSON NV 89012

CHRISTOPHER & BILLY PARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

CHRISTOPHER & CHERYL HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
347 CENTER GREEN DR
LAS VEGAS, NV 89148

CHRISTOPHER & ELIZABETH SIMMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 MACOBY RUN ST
LAS VEGAS, NV 89148

CHRISTOPHER & JENNIFER SEAQUIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 VIA LUNA ROSA CT
HENDERSON, NV 89011

CHRISTOPHER & JENNIFER WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 OLIMAR AVE
LAS VEGAS, NV 89148

CHRISTOPHER & JILL STEVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1188 OLIVIA PKWY
HENDERSON, NV 89011

CHRISTOPHER & JOY STRIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

CHRISTOPHER & KATHLEEN JANUIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 ALDER GREEN AVE
HENDERSON, NV 89002

CHRISTOPHER & LAURENE HALLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 FALCONS FIRE AVE
LAS VEGAS, NV 89148

CHRISTOPHER & MARISA SCARPULLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

CHRISTOPHER & MARISA SCARPULLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2553 PYRAMID PINES DR
HENDERSON, NV 89052

CHRISTOPHER & MARY ALDEGUER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 VIA FRANCIOSA DR
HENDERSON, NV 89011

CHRISTOPHER & MARY ALDEGUER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8333 HIGHLAND RANCH ST
LAS VEGAS, NV 89131

The Rhodes Companies, LLC - U.S. Mail

CHRISTOPHER & PATRICIA NANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1194 MELIA PL
PLACENTIA, CA 92870

CHRISTOPHER & PATRICIA NANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 FRINGE RUFF DR
LAS VEGAS, NV 89148

CHRISTOPHER & SUZANNE TADDEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1061 VIA PRATO LN
HENDERSON, NV 89011

CHRISTOPHER & SUZANNE TADDEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3147 CRANE CREEK PL
EAGAN, MN 55121

CHRISTOPHER BENNETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

CHRISTOPHER BROOKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79844 DANDELION DR
LA QUINTA, CA 92253

CHRISTOPHER BROOKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9256 PERENNIAL AVE
LAS VEGAS, NV 89148

CHRISTOPHER CAROSELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 RUSTY PLANK AVE
LAS VEGAS, NV 89148

CHRISTOPHER DYHRKOOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8612 FALCON CREST DR
MCKINNEY, TX 75070-6730

CHRISTOPHER ERICKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9704 ZIEGLER AVE
LAS VEGAS, NV 89148

CHRISTOPHER EVANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1462 SHADOW HAVEN LN
LAS VEGAS, NV 89183-6897

CHRISTOPHER FAVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1026 W WEBSTER RD
ROYAL OAK, MI 48073

CHRISTOPHER FAVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 SOGGY RUFF WAY
LAS VEGAS, NV 89148

CHRISTOPHER FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 BROKEN PAR DR
LAS VEGAS, NV 89148

CHRISTOPHER FUCHS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
154 TALL RUFF DR
LAS VEGAS, NV 89148

CHRISTOPHER GLEASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6820 SCARLET FLAX ST
LAS VEGAS, NV 89148

CHRISTOPHER HILDRETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 OLD VALLEY
LAS VEGAS NV 89149

CHRISTOPHER KNOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 LOUISE WHITE HOUSE HABELLVILL
LONDON UK N-19 3
UK

CHRISTOPHER KNOWLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

CHRISTOPHER PEITSCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

CHRISTOPHER PETERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
166 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

CHRISTOPHER PETERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5002 INKER ST
HOUSTON, TX 77007

CHRISTOPHER TADDEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3147 CRANE CREEK PL
EAGAN, MN 55121

CHRISTOPHER TADDEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

CHRISTOPHER THWENY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

CHRISTOPHER TROMBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7221 EAGLEGATE ST
LAS VEGAS, NV 89131

CHRISTOPHER TROTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2066
LAS VEGAS, NV 89148

CHRISTOPHER WELCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1177
LAS VEGAS, NV 89147

CHRISTOPHER YEPES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9311 PERENNIAL AVE
LAS VEGAS, NV 89148

CHRISTY ANDERSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 SCRAMBLE DR
LAS VEGAS, NV 89148

CHRISTY MCKINLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1057 VIA PRATO LN
HENDERSON, NV 89011

CHROME CRAFT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5950 88TH STREET
SACRAMENTO, CA 95828

CHUBB GROUP OF INS. CO.
PO BOX 7247-0180
PHILADELPHIA PA 19170-0180

The Rhodes Companies, LLC - U.S. Mail

CHUCK'S MASONRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7385 PRAIRIE FALCON ROAD #110
LAS VEGAS NV 89128

CHUCK'S MASONRY
CHARLES BARINGER
800 N. RAINBOW BLVD STE 208
LAS VEGAS, NV 89107

CHUL-SOO JO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1113 DOYLE PL
MOUNTAIN VIEW, CA 94040

CHUL-SOO JO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

CHUMA, TODD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 WHITNEY RANCH DR
LAS VEGAS, NV 89014

CHUNGU LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

CHURCH JOSHUA AND STEPHANIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1062 VIA SAINT ANDREA PL
HENDERSON, NV 89011

CHURCH STEPHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405-912 SELKIRK AVE
VICTORIA BC V9A2V1
CANADA

CHURCH STEPHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

CHURIE GROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

CHURM PUBLISHING GOLF GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1451 QUAIL STREET
SUITE 201
NEWPORT BEACH, CA  92660

CHWEN & LAI GUO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 SHORT RUFF WAY
LAS VEGAS, NV 89148

CHWEN & LAI GUO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3906 S PINEHURST CIR
DENVER, CO 80235

CHWEN & LEE GUO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 SHORT RUFF WAY
LAS VEGAS, NV 89148

CHWEN & LEE GUO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3906 S PINEHURST CIR
DENVER, CO 80235

CICILIANO,TERESA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1112 NAWKEE DR
N LAS VEGAS, NV 89030

CID RESERVE STUDIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 N. CENTRAL AVENUE
SUITE 1100
PHOENIX AZ 85012

CIFRANIC, APRIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6224 TOPWEED AVE
LAS VEGAS, NV 89130

CINDY GENTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 MAIN ST UNIT 7C
SAN FRANCISCO, CA 94105

CINDY GENTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 VIA PALERMO DR
HENDERSON, NV 89011

CINDY GREGORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8789 LAS OLIVAS AVE
LAS VEGAS, NV 89147

CINDY ROBERTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 PANGLOSS ST
HENDERSON, NV 89002

CINGULAR WIRELESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2805 WEST AGUA FRIA FREEWAY
PHOENIX, AZ 85027

CINGULAR WIRELESS
P.O. BOX 54360
LOS ANGELES CA 90054-0360

CINGULAR WIRELESS
P.O. BOX 60017
LOS ANGELES, CA 90060-0017

CINGULAR WIRELESS
P.O. BOX 79075
PHOENIX AZ 85062-9075

CINGULAR WIRELESS CA
P.O. BOX 60017
LOS ANGELES CA 90060-0017

CINTAS LOC #F35
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 W. PARKSIDE LANE
PHOENIX AZ 85027

CINTAS LOC #F35
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5432 W. MISSOURI AVE
GLENDALE AZ 85301

CINTAS LOC #F35
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5501 W. HADLEY STREET
PHOENIX AZ 85043

CIPRIAN, RAMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2443 SIDNEY SPRING ST
LAS VEGAS, NV 89030

CIRCLE SOFTWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2773 BARNET HIGHWAY SUITE 205
BC V3B 1C2
COQUITLAM CANADA

CIRCUIT CITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3778 S MARYLAND PKWY
LAS VEGAS, NV 89119

CIRILO & ROSANNA VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
218 CROOKED PUTTER DR
LAS VEGAS, NV 89148

CISNEROS,JUAN R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1838 HARVARD
NORTH LAS VEGAS, NV 89030

CIT FINANCIAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 OLD EAGLE SCHOOL RD
WAYNE, PA  19087

CIT FINANCIAL USA, INC
PO BOX 91448
CHICAGO IL 60693

CIT GROUP / COMMERCIAL SERVICES
PO BOX 1036
CHARLOTTE, NC  28201-1036

CIT GROUP/EF
FILE #55603
LOS ANGELES, CA 900745603

CIT GROUP/SALES FINANCING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
715 S. METROPOLITAN AVENUE
P.O. BOX 24330
OKLAHOMA CITY, OK 73124

CIT TECHNOLOGY FIN SERV INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23896 NETWORK PLACE
CHICAGO IL 60673-1238

CIT TECHNOLOGY FINANCING SERVICES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN: LESLIE BRUELAND
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800. E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CITIBANK SOUTH DAKOTA NA
ATTN: BEVERLY BOZUNG
DBA
4740 121ST ST
URBANDALE, IA 50323

CITIBANK TEXAS N A
PO BOX 790104
SAINT LOUIS, MO 63179-0104

CITIBANK TEXAS, N.A.
CUST/COMMERCIAL LOAN OPERATIONS
P.O. BOX 8680
BRYAN TX 77805-8680

CITICAPITAL (SM)
P.O BOX 6229
CAROL STREAM, IL  60197-6229

CITICAPITAL COMMERCIAL CORP
PO BOX 168647
IRVING, TX 75016-8647

CITICORP VENDOR FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2040 LINGLESTOWN ROAD
HARRISBURG, PA 17110

CITICORP VENDOR FINANCE
P.O. BOX 41647
PHILADELPHIA PA 19101-1647

CITIMORTGAGE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%CR TITLE SERV
OFALLON, MO 63368

CITIMORTGAGE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 TECHNOLOGY DR # MS-314
O FALLON, MO 63368

CITIMORTGAGE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9671 KAMPSVILLE AVE
LAS VEGAS, NV 89148

CITIMORTGAGE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9714 VALMEYER AVE
LAS VEGAS, NV 89148

CITIZENS UTILITIES RURAL CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 HIGH RIDGE PARK
STAMFORD CT 06905-1390

CITRIX SYSTEMS INC.
ATTN: LUIS GRULLON
851 WEST CYPERESS CREEK ROAD
FORT LAUDERDALE, FL 33309
USA

CITRIX SYSTEMS INC.
P.O. BOX 931686
ATLANTA, GA 31193-1686

CITRIX SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6400 N.W. 6TH WAY
FT. LAUDERDALE, FL 33309

CITY DEMOLITION DISPOSAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 SCHRITTER WAY
KINGMAN AZ 86401

CITY NATIONAL BANK
PO BOX 60938
LOS ANGELES CA 90060-0938

CITY OF BOULDER CITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 CALIFORNIA AVE
BOULDER CITY, NV 89005

CITY OF BOULDER CITY
PO BOX 61350
BOULDER CITY NV 89005

CITY OF BULLHEAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1255 MARINA BLVD.
BULLHEAD CITY, AZ 86442

CITY OF FLAGSTAFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 NORTH CENTRAL AVE.
SUITE 400
PHOENIX, AZ 85012

CITY OF FLAGSTAFF
P.O. BOX 22487
FLAGSTAFF, AZ  86002-2487

CITY OF FLAGSTAFF (METERS)
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 W. ASPEN AVE
FLAGSTAFF, AZ 86001

**The Rhodes Companies, LLC - U.S. Mail**

CITY OF FLAGSTAFF TPT
P.O. BOX 22518
FLAGSTAFF, AZ 86002-2518

CITY OF HEND BUS LIC
BUSINESS LICENSE DIVISION
PO BOX 95007
HENDERSON, NV 89009-5007

CITY OF HEND-1486
PO BOX 95011
HENDERSON, NV 89009-5011

CITY OF HEND-2894
PO BOX 95011
HENDERSON, NV 89009-5011

CITY OF HEND-8180
PO BOX 95011
HENDERSON, NV 89009-5011

CITY OF HEND-9052
PO BOX 95011
HENDERSON, NV 89009-5011

CITY OF HENDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 WATER ST.
HENDERSON, NV 89015

CITY OF HENDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 WATER STREET
HENDERSON, NV 89009

CITY OF HENDERSON
BUSINESS LICENSE DIVISION
P.O. BOX 95007
HENDERSON, NV 890095007

CITY OF HENDERSON
PO BOX 95011
HENDERSON, NV  89009

CITY OF HENDERSON
PO BOX 95011
HENDERSON, NV 89005-5011

CITY OF HENDERSON DEV. SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 S. WATER ST
PO. BOX 95050
HENDERSON, NV 89009-5050

CITY OF HENDERSON UTILITY SERV
P.O. BOX 95011
HENDERSON NV 89009-5011

CITY OF HENDERSON-FINANCE DEPT
BUSINESS LICENSE DIVISION
P.O. BOX 95007
HENDERSON NV 89009-5007

CITY OF HENDERSON-FINANCE DEPT
P.O. BOX 95007
HENDERSON, NV 89009-5007

CITY OF KINGMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310 NORTH 4TH STREET
KINGMAN, AZ  86401-5817

CITY OF KINGMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
412 OAK ST.
KINGMAN AZ 86401

CITY OF LAS VEAGS
PO BOX 52781
PHOENIX, AZ 85072-2781

CITY OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 STEWART AVE
LAS VEGAS NV 89101

CITY OF LAS VEGAS
C/O PHILIP R. BYRNES
LAS VEGAS CITY ATTORNEY
400 STEWART AVENUE, NINTH FLOOR
LAS VEGAS, NV 89101

CITY OF LAS VEGAS
DEPARTMENT OF FINANCE & BUSINESS
400 STEWART AVENUE
LAS VEGAS, NV 89193

CITY OF LAS VEGAS
PO BOX 52781
PHOENIX, AZ 85072-2781

CITY OF LAS VEGAS - LICENSE
DEPT. OF FINANCE & BUSINESS SERV
P.O. BOX 52799
PHOENIX, AZ 850722799

CITY OF LAS VEGAS - SEWER
DEPARTMENT OF FINANCE & BUSINESS
P.O. BOX 52794
PHOENIX, AZ 85072-2794

CITY OF LAS VEGAS (PARKING)
PARKING CITATIONS & HEARING OFFIC
P.O. BOX 52731
PHOENIX AZ 85072-2731

CITY OF MESQUITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 E. MESQUITE BLVD
MESQUITE, NV 89027

CITY OF NORTH LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 CIVIC CENTER DRIVE
NORTH LAS VEGAS, NV 89036

CITY OF NORTH LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2829 FORT SUMTER
NORTH LAS VEGAS, NV 89030

CITY OF PAHRUMP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 N. HIGHWAY 160
PAHRUMP, NV 89060

CIUBOTARU., MARIANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1191 CASA PALERMO CIR
HENDERSON, NV 89011-3143

CJM FINANCIAL, INC.
P.O. BOX 724
ANKENY, IA 50021

CKN-PARTNERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9960 WEST CHEYENNE AVE, SUITE 280
LAS VEGAS NV 89129

CLAIRE ABREU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

CLAIRE DAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W. WARM SPRINGS # 2170
LAS VEGAS NV 89148

CLANCY;DAVID A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1829 MOSER DR
HENDERSON, NV 89015

CLANCY;LAURIE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1829 MOSER DR
HENDERSON, NV 89015

CLARA SBARRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

CLARENCE & LINDA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
775 WIGAN PIER DR
HENDERSON, NV 89002

CLARENCE J. RICHWALSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

CLARENCE RICHWALSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

CLARITAS, INC.
PO BOX 533028
ATLANTA GA 30353-2028

CLARK CO AIR QUALITY & ENVIRON
MANAGEMENT
500 S. GRAND CENTRAL PKWY
LAS VEGAS NV 89155

CLARK CO ASSESSOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
PO BOX 551401
LAS VEGAS, NV  89155-1401

CLARK CO BLDG DEPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S GRAND CENTRAL PKWY
PO BOX 553530
LAS VEGAS, NV 89115-3530

CLARK CO TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CLARK CO. WATER RECLAMATION
P.O. BOX 98523
LAS VEGAS NV 89193-8526

CLARK COUNTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
LAS VEGAS NV 89155

CLARK COUNTY
DEPARTMENT OF BUSINESS LICENSE
500 S. GRAND CENTRAL PKWY, 3RD FL
LAS VEGAS, NV 89115-1810

CLARK COUNTY ASSESOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY, 2ND FL
PO BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY ASSESSOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CLARK COUNTY ASSESSOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
LAS VEGAS NV 89155-1401

CLARK COUNTY BAR & REST. SUPPL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1117 S. COMMERCE
LAS VEGAS, NV  89102

CLARK COUNTY BUILDING DEPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701  WEST RUSSELL RD
LAS VEGAS, NV 89118

CLARK COUNTY BUSINESS LICENSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY-3FL
P.O. BOX 551810
LAS VEGAS, NV  89155-1810

CLARK COUNTY BUSINESS LICENSE
PO BOX 98627
LAS VEGAS, NV 89193-8627

CLARK COUNTY CLERK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 LEWIS AVE.
3RD FLOOR
LAS VEGAS NV 89101

CLARK COUNTY CLERKS OFFI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 S. THIRD STREET
LAS VEGAS NV 89155

CLARK COUNTY COMPREHENSIVE
PLANNING 500 GRAND CENTRAL PKWY
PO BOX 551744
LAS VEGAS NV 89155-1744

CLARK COUNTY DEPARTMENT
OF AVIATION
P.O.BOX 11005
LAS VEGAS NV 89111-1005

CLARK COUNTY DEPT OF BUSINESS LICENSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S GRAND CENTRAL PKWY 3RD F
PO BOX 551810
LAS VEGAS, NV  89155-1810

CLARK COUNTY DEVELOP. SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701 RUSSELL RD
LAS VEAGS, NV 89118

CLARK COUNTY DEVELOPMENT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PARKWAY
LAS VEGAS, NV 89155

CLARK COUNTY FENCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3114 E CHARLESTON
LAS VEGAS NV 89104

CLARK COUNTY FENCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4845 W. RENO
LAS VEGAS NV 89118

CLARK COUNTY FIRE DEPARTMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 E FLAMINGO RD
LAS VEGAS, NV 89119

CLARK COUNTY GIS MANGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
#4016
LAS VEGAS NV 89106

**The Rhodes Companies, LLC - U.S. Mail**

CLARK COUNTY PLANNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
LAS VEGAS NV 89155

CLARK COUNTY PUBLIC WORK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
PO BOX 553530
LAS VEGAS NV 89115-3530

CLARK COUNTY RECLAMATION DIST
P O BOX 98526
LAS VEGAS, NV  89193-8526

CLARK COUNTY RECORDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 SOUTH GRAND CENTRAL PKWY
PO BOX 551510  2ND FLOOR
LAS VEGAS NV 89155-1510

CLARK COUNTY SANITATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5857 EAST FLAMINGO
LAS VEGAS NV 89122

CLARK COUNTY SANITATION DISTR
P O BOX 98526
LAS VEGAS, NV  89193-8526

CLARK COUNTY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4678 S VALLEY VIEW BLVD
LAS VEGAS, NV 89103

CLARK COUNTY TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PARKWAY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CLARK COUNTY TREASURER
ATTN: LINDA HOWARD
500 S. GRAND CENTRAL PKY
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY TREASURER
ATTN: LINDA HOWARD
REFERENCE #: 129-12-000-006
500 S GRAND CENTRAL PKY
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY TREASURER
ATTN: LINDA HOWARD
REFERENCE #: 160-32-812-070 & 160-32-812-075
500 S GRAND CENTRAL PKY
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY TREASURER
DEPT OF AIR QUALITY & ENV MGMT
500 S GRAND CENTRAL PKWY
LAS VEGAS, NV  89106

CLARK COUNTY-BUILDING DEPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701 WEST RUSSELL ROAD
LAS VEGAS, NV 89118

CLARK CTY DEPT OF BUS. LICENSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRANDE CENTRAL PKWY
3RD FLOOR
LAS VEGAS, NV 89155-1810

CLARK DIANE SEPARATE PROPERTY TR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
372 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

CLARK, CAMERON J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 JONES ST
LAS VEGAS, NV 89108

CLARK, WAYNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 JOHN L. AVE.
KINGMAN, AZ 86409

CLARK,CHARLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33080 GARNER ROAD. #B
LAKE ELSINORE, CA 92530

CLARK,DENIS BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5674 DESERT LAKE DR.
FT MOHAVE, AZ 86426

CLARK,FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33080 GARNER ROAD, APT # D
LAKE ELSINORE, CA 92530

CLARK,JAMES DALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33080 GARNER RD. APT. B
LAKE ELSINORE, CA 92530

CLARK,PAUL W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
995 TEPEE LANE.
PERRIS, CA 92570

CLAS INFORMATION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2020 HURLEY WAY
SUITE 350
SACRAMENTO CA 95825

CLASIC ARCHITECTURAL PRECAST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3430 W SUNSET RD STE A
LAS VEGAS, NV 89118-6841

CLASS OF PLAINTIFF HOMEOWNERS, IN RE KITEC
FITTING LITIGATION, CLARK CO., NV CASE #493302
C/O J. RANDALL JONES, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89169

CLASS OF PLAINTIFF HOMEOWNERS, IN RE KITEC
FITTING LITIGATION, CLARK CO., NV CASE #A49330Z
C/O J. RANDALL JONES, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89169

CLASS OF PLAINTIFF HOMEOWNERS, IN RE KITEC FITTI
C/O J. RANDALL JONES, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89169

CLASS!
UNLV
BOX 451025
LAS VEGAS NV 89154-1025

CLASSIC ARCHITECTURAL PRECAST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3430 W SUNSET RD STE A
LAS VEGAS, NV 89118-6841

CLASSIC BODY SHOP WEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5785 S DURANGO
LAS VEGAS NV 89113

CLASSIC CATERING
HAROLD MUTZ
1236 WESTERN
LAS VEGAS NV 89102

CLASSIC CATERING
ROBERT WILLIAMSON
2360 N. MARTIN LUTHER KING BLVD
LAS VEGAS NV 89130

The Rhodes Companies, LLC - U.S. Mail

CLASSIC DOOR & TRIM INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4625 WYNN ROAD
BUILDING B SUITE #1
LAS VEGAS, NV 89103

CLASSIC PLUMBING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3823 LOSEE RD.
N LAS VEGAS, NV 89030

CLASSY CLOSET, ETC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5030 W. OQUENDO RD, # 100
LAS VEGAS NV 89118-2825

CLAUDE & JOANN D`SOUZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 SHORT RUFF WAY
LAS VEGAS, NV 89148

CLAUDE & JOANN D`SOUZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
624 LYNWOOD ST
THOUSAND OAKS, CA 91360

CLAUDETTE ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1125 VIA CANALE DR
HENDERSON, NV 89011

CLAUDETTE ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5181 HICKORY CIR
CYPRESS, CA 90630

CLAUDIA FUNDULEA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

CLAUDIA MUELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

CLAUDIO & ISABEL BARATCART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

CLAY, BRYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 S NELLIS BLVD
LAS VEGAS, NV 89121

CLAY, KYLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 W. COUNTRY CLUB DR
HENDERSON, NV 89015

CLAYTON HURST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9674 ZIEGLER AVE
LAS VEGAS, NV 89148

CLAYTON RICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4291 SAN ALIVIA COURT
LAS VEGAS NV 89141

CLEAN WATER POOL SERV & REPAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3430 PURDUE WAY
LAS VEGAS NV 89115

CLEAR CHANNEL BROADCASTING INC
FILE NUMBER 91100
LOS ANGELES CA 90074-1100

CLEAR CHANNEL OUTDOOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1211 W. BONANZA ROAD
LAS VEGAS NV 89106

CLEAR MEDIA PROMOTIONS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17332 IRVINE BLVD
TUSTIN CA 92780

CLEARINGHOUSE
ATLAS#000137662502-RANDALL BURRIS
P.O. BOX 52107
PHOENIX, AZ 85072-2107

CLEARINGHOUSE
ATLAS#000973558400/N - BRANT DAIL
P.O. BOX 52107
PHOENIX, AZ 85072-2107

CLEMENTS, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38245 MURRIETA HOT SPRINGS RD. APT.# K-101
MURRIETA, CA 92563

CLEOTILDE TULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7549 HORNBLOWER AVE
LAS VEGAS, NV 89131

CLEVELAND GOLF
PO BOX 7270
NEWPORT BEACH, CA  92658-7270

CLIFFORD & CARMENCHITA TEJADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

CLIFFORD & ELSIE HANSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

CLINE REEVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7220 BUGLEHORN ST
LAS VEGAS, NV 89131

CLINT HALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
794 ALDER GREEN AVE
HENDERSON, NV 89002

CLINT SHERRILL & ASSOC., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
730 SAN MATEO SE
ALBUQUERQUE NM 87108

CLINTON & PAMELA HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9682 DIETERICH AVE
LAS VEGAS, NV 89148

CLOO,ROBYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11598 MAWADA ROAD
PHELAN, CA 92371

CLOSET & STORAGE CONCEPTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 WARM SPRINGS RD
SUITE 105
HENDERSON NV 89015

CLUB FORMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100-C BISHOP ST.
WINSTON-SALEM, NC  27104

CLYDE & OZELLA ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4511 DON RICARDO DR APT 1
LOS ANGELES, CA 90008

**The Rhodes Companies, LLC - U.S. Mail**

CLYDE & OZELLA ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7217 COTTONSPARROW ST
LAS VEGAS, NV 89131

CM PAINTING INC.
ATTN: CHASON MEMMOTT
10967 LAMPIONE ST
LAS VEGAS, NV 89141

CM PAINTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10967 LAMPIONE STREET
LAS VEGAS, NV 89141

CMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 E.VERDUG AVE
BURBANK, CA 91510-7740

CMA BUSINESS CREDIT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3110 W CHEYENNE AVE #100
N LAS VEGAS, NV 89032

CMA BUSINESS CREDIT SERVICES
P.O. BOX 7740
BURBANK, CA 91510-7740

CMT INCORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1556 E. FLAMINGO RD.  #106
LAS VEGAS NV 89119

CNH CAPITAL AMERICA
PO BOX 894703
LOS ANGELES, CA  90189-4703

CNH CAPITAL AMERICA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 BRUBAKER AVE.
NEW HOLLAND, PA 17557

CO ORLIE URACA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
387 CENTER GREEN DR
LAS VEGAS, NV 89148

CO PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4787 ESSEN CT
LAS VEGAS, NV 89147

CO PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
705 BERMUDA DR
SAN MATEO, CA 94403

COAST APPLIANCE PARTS CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2606 LEE AVENUE
SO. EL MONTE CA 91733

COAST WEST PLUMBING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2845 SYNERGY ST BLDG 11
N LAS VEGAS NV 89030

COAST WHOLESALE FLORIST, INC.
P.O. BOX 371445
MONTARA 94037-1445

COASTAL APPAREL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
812 JACOBS LADDER PL.
LAS VEGAS, NV  89138

COASTAL LIVING
P.O. BOX 62349
TAMPA FL 33662

COBARRUVIAS-BENITEZ;EMMANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3140 VAN DEER MEER
N LAS VEGAS, NV 89030

COBB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
556 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

COBB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8663 W SAHARA AVE
LAS VEGAS, NV 89117

COBIAN-R.,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1795 CASTLEBERRY AVE
LAS VEGAS, NV 89156

COBUIAN RODRIGUEZ,JUAN J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1795 CASTLEBERRY LN
NORTH LAS VEGAS, NV 89156

COCOLAN,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3337 CRAWFORD ST
N LAS VEGAS, NV 89030

COCOLAN,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3337 CRAWFORD ST
N LAS VEGAS, NV 89030

CODY HOLLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 218
LAS VEGAS, NV 89113

COH FINANCE DEPARTMENT
P.O BOX 95007
HENDERSON, NV 89009-5007

COHN REAL ESTATE LLC
ATTN: ED LUBIENIECKI
1801 CENTRY PARK EAST, STE. 2400
LOS ANGELES CA 90067

COLDWELL BANKER
AMY LUI
400 PRIMROSE RD.
BURLINGAME CA 94010

COLDWELL BANKER COMMERCIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 S. LAKE HAVASU AVENUE
LAKE HAVASU CITY AZ 86403

COLEMAN;WILLIAM E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 E. KAREN
LAS VEGAS, NV 89121

COLIN & FE MCGREGOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

COLIN & FE MCGREGOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8056 OLD EXCHANGE DR
COLORADO SPRINGS, CO 80920

COLIN ACEVEDO;CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4723 E. CORONADO
LAS VEGAS, NV 89104

COLIN GHARRITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

COLIN SEALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4848 CALIFA DR
LAS VEGAS, NV 89122

COLINDRES;JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2895 E. CHARLESTON BLVD
LAS VEGAS, NV 89104

COLLEEN & GEOFFREY ZIMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIA PANFILO AVE
HENDERSON, NV 89011

COLLEEN & GEOFFREY ZIMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
116 BOYD AVE
CHITTENANGO, NY 13037

COLLINS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9680 WAUKEGAN AVE
LAS VEGAS, NV 89148

COLLINS,PETER TERRANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 VIA DEL CORALLO WAY
HENDERSON, NV 89011

COLONIAL
PROCESSING CENTER
PO BOX 903
COLUMBIA, SC  29202-0903

COLONIAL BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4670 SOUTH FORT APACHE #250
LAS VEGAS NV 89147

COLONIAL FLAG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6313 S. PECOS RD # 2
LAS VEGAS, NV 89120

COLONIAL FLAG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6316 S. PECOS ROAD
LAS VEGAS, NV 89120

COLONIAL LIFE & ACCIDENT INS. CO.
PROCESSING CENTER
PO BOX 903
COLUMBIA, SC  29202-0903

COLONIAL SUPPLEMENTAL INS
P.O BOX 1365
COLUMBIA, SC 29202-1365

COLONIAL SUPPLEMENTAL INS
P.O BOX 903
COLUMBIA, SC 29202-0903

COLONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8720 STONY POINT PARKWAY, SUITE 300
RICHMOND, VA 23235

COLOR CONNECTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3880 STOCKTON HILL RD.
STE. 103-291
KINGMAN, AZ 86409

COLOR GAMUT DIGITAL IMAGING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1889 E. MAULE AVE UNIT J
LAS VEGAS NV 89119

COLOR GLO INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4616 W. SAHARA AVE. #384
LAS VEGAS, NV  89102

COLORADO RIVER BUILDING INDUSTRY ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2182 MCULLOCK BLVD. SUITE 1
LAKE HAVASU, AZ 86403

COLOURS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7373 PEAK DRIVE
SUITE 230
LAS VEGAS NV 89128

COLOURS, INC.
LESLIE PARRAGUIRRE
804 AQUITAINE COURT
LAS VEGAS, NV 89145

COMBINED MARKETING GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
711 NE BTLER MARKET RD
BEND,, OR  97701

COMBINED SERVICES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7555 HICHAM AVENUE
LAS VEGAS NV 89129

COMBS, KEVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2086 DIPINTO AVE
HENDERSON, NV 89052

COM-DATA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5301 N. MANUEL DR
LAS VEGAS NV 89149

COMFORT ENGINEERING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9175 W. FLAMINGO RD.
LAS VEGAS, NV 89147

COMMAND CENTER
KIRK WELSTAD
746 SOUTH BOULDER HIGHWAY
HENDERSON NV 89015

COMMERCE ASSOCIATES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2245 N GREEN VALLEY PKWY # 327
HENDERSON, NV 89104-5024

COMMERCE ASSOCIATES LLC
C/O LAUGHLIN ASSOCIATES INC
2533 NORTH CARSON STREET
CARSON CITY, NV 89706

COMMERCE ASSOCIATES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4511 W. CHEYENNE, SUITE 801
N. LAS VEGAS, NV 89032

COMMERCE ASSOCIATES, LLC
C/O JANET L. CHUBB, ESQ.
JONES VARGAS
P.O. BOX 281
RENO, NV 89504-0281

COMMERCE ASSOCIATES, LLC
CHAD PIQUET
2245 N. GREEN VALLEY PKWY, STE 327
HENDERSON, NV 89014

COMMERCE ASSOCIATES, LLC
GEORGE REINHARDT
T & G INVESTMENTS
4511 W. CHEYENNE, SUITE 801
N. LAS VEGAS NV 89032

**The Rhodes Companies, LLC - U.S. Mail**

COMMERCE TITLE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5550 PAINTED MIRAGE RD STE 250
LAS VEGAS, NV 89149-4620

COMMERCIAL CABINET COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 E. POST ROAD
LAS VEGAS NV 89120

COMMERCIAL FEDERAL BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 S. RANCHO DRIVE
SUITE D-30
LAS VEGAS NV 89106

COMMERCIAL FITNESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 S. PECOS, SUITE 300
LAS VEGAS NV 89120

COMMERCIAL HARDWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 W RUSSELL RD
LAS VEGAS NV 89118

COMMERICAL LIGHTING
AND SUPPLY INC.
3401 SIRIUS AVE
LAS VEGAS NV 89102

COMMUNICATION SPECIALISTS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3044 WHISPERING CREST DR.
HENDERSON, NV  89052

COMMUNITY ASSOCIATIONS,
INSTITUTE
DEPARTMENT 34793
ALEXANDRIA VA 22334-0793

COMMUNITY BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7676 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128

COMMUNITY BANK OF NEVADA
ATTN: MATT LANNING
8945 WEST RUSSELL RD., STE 300
LAS VEGAS NV 89148

COMMUNITY CAPITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 YACHT TRUANT
NEWPORT BEACH 92660

COMP USA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3535 W. SAHARA
P. O. BOX 200670
DALLAS TX 75320-0670

COMP USA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9090 N. ST. SIMMONS FREEWAY
DALLAS, TX 75247

COMP USA, INC.
P. O. BOX 200670
DALLAS, TX 75320-0670

COMPETITIVE EDGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5021 IXWORTH PLACE
WESTMINSTER CA 92683

COMPEWARE TECHNOLOGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2121 YOUNG STREET
DALLAS, TX 75201

COMPEWARE TECHNOLOGY
BENJAMIN GRAHAM
ASSOCIATES, INC.
3003 CARLISLE ST.,STE 200
DALLAS TX 75204

COMPLETE BUSINESS SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 E. MARBLE CANYON DR.
BULLHEAD CITY AZ 86442

COMPUTER CONTRACTORS ASSN.,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12261 ALISON DRIVE
CAMARILLO CA 93012-9338

COMPUTER FORMS
P.O. BOX 23456
PORTLAND OR 97281-3456

COMPUTER TECHNICAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4275 W BELL DR STE #10
LAS VEGAS NV 89118

COMSTOCK
PO BOX 19477
LAS VEGAS, NV  89132

COMSTOCK SO. WINE & SPIRITS
P.O. BOX 19299
LAS VEGAS, NV  89132-1227

COMTECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 WEST DESERT INN
SUITE E
LAS VEGAS, NV  89113

COMTECH BUSINESS SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 W DESERT INN RD.
SUITE E
LAS VEGAS, NV 89102

COMTECH COMMUNICATIONS SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 W DESERT INN RD, STE- E
LAS VEGAS, NV 89102

CONCENTRA MEDICAL CENTERS
OCCUPATIONAL HEALTH CENTERS
PO BOX 975287
DALLAS, TX  75397-5287

CONCETTA & ANTONIO BERTOLAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 TIDEWATER CT
LAS VEGAS, NV 89117

CONCETTA & ANTONIO BERTOLAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6682 BRISTOW FALLS CT
LAS VEGAS, NV 89148

CONCHITA BOQUIREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19925 RALPH ST
WALNUT, CA 91789

CONCHITA BOQUIREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 FRINGE RUFF DR
LAS VEGAS, NV 89148

CONCOBY, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 SPANISH DR
LAS VEGAS, NV 89110

CONCRETE CLEAN UP SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78030 CALLE BARCELONA, SUITE E
LA QUINTA CA 92253

CONCRETE DESIGNS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 S BROADMONT DR
TUCSON AZ 85713-5247

CONCRETE SPECIALITY
BARRY LANE
SERVICES, INC.
1911 N. FINE AVENUE, STE.101
FRESNO CA 93717

CONCRETE VISIONS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4255 E CHARLESTON BLVD STE 331
LAS VEGAS NV 89104

CONCRETE, INC
KEITH SALSBURY
252 SUN PAC AVENUE
HENDERSON NV 89015

CONCRETE, INC
KEITH SALSBURY
727 SUSANNAH WAY
HENDERSON NV 89015

CONDE D.,LORENZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 S. DECATUR BLVD # 269
LAS VEGAS, NV 89103

CONDE, GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 S. DECATUR #269
LAS VEGAS, NV 89103

CONEX INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
548 BLUEBIRD CANYON DRIVE
LAGUNA BEACH CA 92651

CONEX INTERNATIONAL
ATTN: NEIL KATZ
548 BLUEBIRD CANYON DRIVE
LAGUNA BEACH, CA 92651

CONEX INTERNATIONAL
NEIL KATZ
548 BLUEBIRD CANYON DRIVE
LAGUNA BEACH, CA 92651

CONFERON/FBO TIMBERLINE
TIMBERLINE SUMMIT 2004 CONFERENCE
427 UNIVERSITY AVE
NORWOOD MA 02062

CONFLUENT 3 LIMITED
PHILIP YARROW
ONE PARKVIEW PLAZA
OAKBROOK TERRACE, IL 60181

CONNER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8 PANGLOSS ST
HENDERSON, NV 89002

CONNIE CARPENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 VOLTAIRE AVE
HENDERSON, NV 89002

CONNIE FICARROTTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 SUNSET BAY ST
LAS VEGAS, NV 89148

CONNIE HENDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 RIVER POINTE DR
WINNIPEG MB R2M 5N7
CANADA

CONNIE HENDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
916 VIA STELLATO ST
HENDERSON, NV 89011

CONNIE KING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 MARIPOSA WAY
HENDERSON NV 89015

CONNIE LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3215 HAWKWOOD RD
DIAMOND BAR, CA 91765

CONNIE LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
561 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

CONNIE LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 LADIES TEE CT
LAS VEGAS, NV 89148

CONNIE LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 LEGEND HILLS DR
EDGEWATER, NJ 07020

CONRAD & SPERANZA PENN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10423 GRETA AVE
BUENA PARK, CA 90620

CONRAD & SPERANZA PENN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2011
LAS VEGAS, NV 89148

CONRAD,STEVEN DEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2405 NORTHFIELD AVE.
KINGMAN, AZ 86401

CONRADO & CRISTINA YABUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 CASTLE COURSE AVE
LAS VEGAS, NV 89148

CONRADO & ELIZABETH LAZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1017
LAS VEGAS, NV 89148

CONRADO & ELIZABETH LAZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1018
LAS VEGAS, NV 89148

CONRADO & ELIZABETH LAZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98-1637 KIAWE ST
AIEA, HI 96701

CONRADO & ELSA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 RUSTY PLANK AVE
LAS VEGAS, NV 89148

CONRADO & ELSA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 WOODSPRING PL
DIAMOND BAR, CA 91765

CONROY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6723 GOLD YARROW ST
LAS VEGAS, NV 89148

CONSOLACION & BONIFACIO PABO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

CONSOLACION & BONIFACIO PABO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
611 E REALTY ST
CARSON, CA 90745

CONSOLIDATED ELECTRICAL DISTRIBUTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 AIRWAY AVE.
KINGMAN, AZ 86409

CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.
C/O BECKY PINTAR ESQ
3993 HOWARD HUGHES PARKWAY SUITE 530
LAS VEGAS, NV 89109

CONSOLIDATED MORTGAGE CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1291 GALLERIA DRIVE
HENDERSON, NV 89014

CONSOLIDATED OFFICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 W. AMERIGE AVE
FULLERTON CA 92832

CONSOLIDATED OFFICE
P.O. BOX 12995
PALM DESERT, CA 92255-2995

CONSOLIDATED OFFICE
SYSTEMS
118 W. COMMONWEALTH AVE.
FULLERTON CA 92832

CONSOLIDATED REPROGRAPHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
702-
345 CLINTON ST.
COSTA MESA CA 92626-6011

CONSOLIDATED REPROGRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
345 CLINTON ST
COSTA MESA, CA 92626-6011

CONSOLIDATED ROOFING
KEN KAISER
737 SUSANNA WAY
HENDERSON NV 89015

CONSTABLES OFFICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 S. THIRD STREET
LAS VEGAS, NV 89155-2110

CONSTANCE CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA PANFILO AVE
HENDERSON, NV 89011

CONSTANCE CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16200 GOLDEN VIEW DR
ANCHORAGE, AK 99516

CONSTANCE ESPOSITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 CEDAR RAE AVE
LAS VEGAS, NV 89131

CONSTANT LIGHTING, INC.
DOUG
4216 N. PECOS ROAD
SUITE #103
LAS VEGAS NV 89115

CONSTANT LIGHTING, INC.
RICHARD AND ALLEN BLAZYK
666 ALBION AVE
SCHAUMBURG, IL 60193

CONSTANTIN & ALICE ABCARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5350 WHITE OAK AVE APT 410
ENCINO, CA 91316

CONSTANTIN & ALICE ABCARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

CONSTRUCTION BOLT & STUD OF NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2834 S. HIGHLAND DR.
LAS VEGAS, NV 89109

CONSTRUCTION BOOK EXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 OSER AVENUE SUITE 500
HAUPPAUGE, NY 11788

CONSTRUCTION FINANCIAL
MANAGEMENT ASSOCIATION
29 EMMONS DRIVE STE F-50
PRINCETON NJ 08540

CONSTRUCTION PROTECTIVE SVCS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
436 WEST WALNUT STREET
GARDENA CA 90248

CONSTRUCTION SEALANTS SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4450 W. DIABLO
LAS VEGAS, NV 89118

CONSTRUCTIVE BUSINESS SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5310 HARVEST HILL RD
SUITE 200
DALLAS TX 75230

CONSULTING ENGINEERS CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11480 SUNSET HILLS ROAD
SUITE #200E
RESTON, VA 20190

CONSULTING ENGINEERS CORP.
LYNN R. MORRIS
2131 E. BROADWAY RD.
SUITE 2
TEMPE AZ 85282

CONTECH CONSTRUCTION PRODUCTS
PO BOX 232151
LAS VEGAS NV 89105

CONTECH CONSTRUCTION PRODUCTS
RONALD KEATING
9025 CENTER POINT DRIVE STE 400
WESTCHESTER, OH 45069

CONTINENTAL DIESEL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2734 WEST PALM LANE
PHOENIX, AZ 85009

CONTINENTAL GLASS & HARDWARE
PO BOX 365469
N LAS VEGAS, NV 89036-9469

CONTINO VALHUERDI;JORGE F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4440 TAMARUS ST
LAS VEGAS, NV 89119

CONTRACTOR'S EXAM CENTER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 EAST WASHINGTON STREET
SUITE 150
PHOENIX, AZ 85034

CONTRERAS JR.;EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 E. SAN JACINTO
PERRIS, CA 92570

CONTRERAS, EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3021 AZTEC AVE
LAS VEGAS, NV 89101

CONTRERAS, MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2443 SIDNEY SPRING
LAS VEGAS, NV 89030

CONTRERAS,NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 N. 18TH ST
LAS VEGAS, NV 89101

CONTRERAS;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 N. LAMB BLVD #46
N LAS VEGAS, NV 89030

CONTRERAS;LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9554 SUNSHADE CT
LAS VEGAS, NV 89147

CONTRERAS-ARAUJO,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 LAKE MEAD
LAS VEGAS, NV 89115

CONVERSE CONSULTANTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
731 PILOT RD. STE. H
LAS VEGAS, NV 89119

CONVEYOR SALES COMPANY
P.O.BOX 60128
PHOENIX AZ 85082

COOK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

COOLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1993 S MESA DR
PALM SPRINGS, CA 92264

COOLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 VIA FRANCIOSA DR
HENDERSON, NV 89011

COOLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 ABORCREST AVE
LAS VEGAS, NV 89131

COOLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 ARBORCREST AVE
LAS VEGAS, NV 89131

COOPER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7208 COTTONSPARROW ST
LAS VEGAS, NV 89131

COOPER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7595 W CAMERO AVE
LAS VEGAS, NV 89113

COOPER RESEARCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3396 SKYLINE VIEW DR
RENO NV 89509

COOPER, BRYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3830 E. LUM AVE.
KINGMAN, AZ 86409

COORS OF LAS VEGAS
FILE 50335
LOS ANGELES, CA  90074-0335

COOSKEY, TOOLEN, GAGE, DUFFY & WOOG
C/O PHILLIP WOOG, ESQ.
535 ANTON BOULEVARD, 10TH FLOOR
COSTA MESA, CA 92626-1977

COPPLE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3660 GRAND AVE
DES MOINES, IA 50312

COPPLE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
393 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

COPY CARRIERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19110 S. VERMONT AVENUE
GARDENA CA 90248

COPY RIGHT VIDEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1554 18TH STREET
SANTA MONICA CA 90404

COPY SHOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3324 E LAKE MEAD BLVD
N LAS VEGAS, NV 89030

CORAZON & OSCAR TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1599 ALTHAM CT
SAN JOSE, CA 95132

CORAZON & OSCAR TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 RUSTY PLANK AVE
LAS VEGAS, NV 89148

CORAZON ALMEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 LAYING UP CT
LAS VEGAS, NV 89148

CORAZON ESTRELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10030 S ESTRELLA PKWY
GOODYEAR, AZ 85338

CORAZON MOJICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2704 E DIVISION ST
NATIONAL CITY, CA 91950

CORAZON MOJICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 BACK SPIN CT
LAS VEGAS, NV 89148

CORBEILLE, JILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3904 ARROWBROOK WAY
LAS VEGAS, NV 89032

CORBETT DAVID M & CAMBREA B CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3914  HEATHER AVE
KINGMAN, AZ 86401

CORBY D. ARNOLD, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2965 S. JONES SUITE A
LAS VEGAS NV 89146

CORBY D. ARNOLD, ESQ.
PROFESSIONAL CORPORATION
2965 S. JONES BLVD., - SUITE A
LAS VEGAS, NV 89146

CORDERO,RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2913 ELMS ST., #3
LAS VEGAS, NV 89101

CORDON,BENJAMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 E. OGDEN AVE
LAS VEGAS, NV 89101

CORDOVA, SANDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4708 MONTEBELLO AVENUE
LAS VEGAS, NV 89110

COREY TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
536 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

CORGLIANO, FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2014 HIGH MESA DR
HENDERSON, NV 89012

CORIA-SANCHEZ,RIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 SNUG HARBOR # D
LAS VEGAS, NV 89110

CORINNE HALFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

CORINNE HALFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8951 LANTA ISLAND AVE
LAS VEGAS, NV 89148

CORINNE MILAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9268 BLUE FLAX PL
LAS VEGAS, NV 89148

CORNEJO BANDERAS;JOSE FRUTOSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2217 SUNRISE AVE # 12
LAS VEGAS, NV 89101

CORNEJO, JOSUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3305 TABOR AVE
N LAS VEGAS, NV 89030

CORNERSTONE REALTY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3341 W. BALL RD.
ANAHEIM CA 92804

CORNERSTONE SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4729 GILBERT ROAD
LA GRANGE IL 60525

CORNERSTONE SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4731 S. WILLOW SPRINGS ROAD
LA GRANGE IL 60525

CORNWELL, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8312 FARM MEADOW AVE
LAS VEGAS, NV 89149

CORONA,ROMAN ROSAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2022 CRAWFORD STREET
N LAS VEGAS, NV 89030

CORONADO CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5620 STEPHANIE ST.
LAS VEGAS , NV  89122

CORONADO MASONRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5620 STEPHANIE ST.
LAS VEGAS, NV 89122

CORONADO;OROZCO;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4511 CALICO CLIFF
N LAS VEGAS, NV 89031

CORONA-GUTIERREZ,JOSE JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2185 METALWOOD
LAS VEGAS, NV 89142

CORPORATE CHALLENGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
749 VETERANS MEMORIAL DR.
LAS VEGAS NV 89101

CORPORATE EXPRESS
PO BOX 95708
CHICAGO IL 60694-5708

CORPORATE IMAGES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10624 S EASTERN AVENUE STE A-431
HENDERSON NV 89052

CORPORATION SERVICE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

CORPORATION TAXES
ATTN: BANKRUTPCY DESK/MANAGING AGENT
1550 COLLEGE PARKWAY
CARSON CITY, NV 89706

CORPORATION TAXES
ATTN: BANKRUTPCY DESK/MANAGING AGENT
1600 WEST MONROE
PHOENIX, AZ 85007

CORRALES, JOSE I
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 NORTH 15TH STREET
LAS VEGAS, NV 89101

CORRALES-GONZALEZ, CESAREO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2205 WILLOUGHBY
LAS VEGAS, NV 89101

CORRILO,ADRIANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2616 REYNOLDS
LAS VEGAS, NV 89030

CORRILO-TADEO,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1412 21ST # D
LAS VEGAS, NV 89101

CORT CLEARANCE CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5625 ARROYO SPRINGS ST STE 130
LAS VEGAS, NV 89113-1971

CORT CLEARANCE CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6625 ARROYO SPRINGS ST
STE 130
LAS VEGAS, NV 89113-1971

**The Rhodes Companies, LLC - U.S. Mail**

CORT CLEARANCE CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8625 ARROYO SPRINGS ST STE 130
LAS VEGAS, NV 89113-1971

CORTES,NORMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1332 SCENY WAY
LAS VEGAS, NV 89108

CORTEZ MARTINEZ;JOSE GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
517 N 28TH ST # 62
LAS VEGAS, NV 89101

CORTEZ, NORMA HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1332 SCENIC WAY
LAS VEGAS, NV 89108

CORTEZ,ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5873 WILLARD ST
LAS VEGAS, NV 89122

CORTEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
736 ASTE LN
LAS VEGAS, NV 89101

CORY & SUSAN WILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3411 W RIVER DR
MEQUON, WI 53097

CORY & SUSAN WILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
573 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

CORY AHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 ANGELS TRACE CT
LAS VEGAS, NV 89148

CORY MINGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
989 VIA CANALE DR
HENDERSON, NV 89011

COSTA WINDOW TREATMENTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 NE 40TH STREET, #2
MIAMI, FL 33137

COSTNER, RANDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 ANJOU
NEWPORT BEACH, CA 92657

COTA, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1650 N. PECOS ROAD APT#1033
LAS VEGAS, NV 89115

COTE BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 POINT BLUFF ST
HENDERSON, NV 89120-3161

COTE, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3166 E ELDORADO LN
LAS VEGAS, NV 89120-3158

COTE, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 POINT BLUFF ST
HENDERSON, NV 89002-6597

COUNSEL TO JAMES M. RHODES AND SAGEBRUSH EN
BRETT A. AXELROD
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV  89169

COUNSEL TO THE ADMINISTRATIVE AGENT FOR TH
RODNEY M. JEAN
SUSAN MYERS
LIONEL SAWYER & COLLINS
300 S. FOURTH STREET, #1700
LAS VEGAS, NV  89146

COUNSEL TO THE ADMINISTRATIVE AGENT FOR THE S
MARK SOMERSTEIN, DON DEMAKIS, BEN SCHNEIDER
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

COUNSEL TO THE STEERING COMMITTEE OF 1ST LIEN
IRA DIZENGOFF AND PHILLIP DUBLIN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY  10036

COUNTRY CASUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7601 RICKENBACKER DR.
GAITHERSBURG, MD 20879

COUNTRY FREIGHT SYSTEMS
KINGMAN AZ

COUNTRY SAMPLER DECORATE IDEAS
DECORATE WITH PAINT
P. O. BOX 420651
PALM COAST FL 32142-0651

COUNTRYWIDE
P.O. BOX 10219
VAN NUYS, CA  91410-0219

COUNTRYWIDE HOME LOANS
P.O. BOX 650070
DALLAS TX 75265-0070

COUNTRYWIDE HOME LOANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
136 WATER HAZARD LN
LAS VEGAS, NV 89148

COUNTRYWIDE HOME LOANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 DOG LEG DR
LAS VEGAS, NV 89148

COUNTRYWIDE HOME LOANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

COUNTRYWIDE HOME LOANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-88
SIMI VALLEY, CA 93065

COUNTRYWIDE HOME LOANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

COUNTRYWIDE LOAN
CUSTOMER SERV
P.O. BOX 5270
SIMI VALLEY , CA  93062

COUNTRYWIDE REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 E. CHARLESTON BLVD.
LAS VEGAS NV 89104

COUNTRYWIDE REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3311 S JONES BOULEVARD
LAS VEGAS NV 89146

COUNTRYWIDE TAX SERVICE CORP.
PO BOX 10211-SV3-24
VAN NUYS CA 91410-0211

COUNTY OF CLARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PARKWAY
LAS VEGAS , NV  89155

COUNTY OF IMPERIAL
DEPARTMENT OF CHILD SUPPORT
2795 S. 4TH STREET
EL CENTRO CA 92243

COUNTY TREASURER
ATTN: BANKRUPTCY DESK/MANAGING AGENT
10 SOUTH MAIN STREET
EUREKA, NV 89316

COURT TRUSTEE
PO BOX 989125
WEST SACRAMENTO, CA 95798-9125

COUTURE, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31332 TWILIGHT VISTA DR.
MENIFEE, CA 92584

COVARRUBIAS,LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2209 VAN PATTEN PL
LAS VEGAS, NV 89104

COVEREDGE
P.O. BOX 14925
LAS VEGAS NV 89114-4925

COWEN ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29 VESTA RD.
NATICK, MA 01760

COX CASTLE & NICHOLSON, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2049 CENTURY PARK EAST
28TH FLOOR
LOS ANGELES CA 90067-3284

COX COMMUNICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 S. MARTIN LUTHER KING
LAS VEGAS NV 89106

COX COMMUNICATIONS
PO BOX 53262
PHOENIX, AZ 85072-3262

COX COMMUNICATIONS
PO BOX 6059
CYPRESS, CA 90630-0059

COX MEDIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725 VIA AUSTI PKWY
LAS VEGAS, NV  89119

COX;DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 WHITNEY RANCH RD
LAS VEGAS, NV 89015

COYOTE COUNTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1455 EAST TROPICANA
SUITE 800
LAS VEGAS NV 89119

CPI REFINISHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4075 LOSEE ROAD
N LAS VEGAS NV 89030

CRABTREE;JON A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3420 TAYLOR AVE
N LAS VEGAS, NV 89030

CRAFTWORK FENCE INC
PO BOX 6127
KINGMAN, AZ 86402-6127

CRAIG & CHRISTINE KINZER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7241 TEALWOOD ST
LAS VEGAS, NV 89131

CRAIG & KRISTIN PASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7213 COTTONSPARROW ST
LAS VEGAS, NV 89131

CRAIG & MARIA WILKINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
789 VORTEX AVE
HENDERSON, NV 89002

CRAIG D. GUENTHER
CRAIG D. GUENTHER, P.C.
3037 E. WARM SPRINGS ROAD
SUITE 100
LAS VEGAS, NV  89120

CRAIG D. GUENTHER, P.C.
C/O CRAIG GUENTHER, ESQ.
3037 WARM SPRINGS ROAD, SUITE 100
LAS VEGAS, NV 89120

CRAIG D. GUENTHER, PC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3037 EAST WARM SPRINGS ROAD
SUITE 101
LAS VEGAS NV 89120-3759

CRAIG HAMMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2177
LAS VEGAS, NV 89148

CRAIG HAMMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9715 WAILINGS AVE
LAS VEGAS, NV 89148-5730

CRAIG I. IHARA
RE: AIR METHODS CORPORATION AND MERCY AIR SE
820 E. CHARLESTON BLVD.
LAS VEGAS, NV 89104

CRAIG IHARA, ESQ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
820 EAST CHARLESTON BOULEVARD
LAS VEGAS, NV 89104

CRAIG JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 RELDA ST
PLAINVIEW, NY 11803

CRAIG JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1154
LAS VEGAS, NV 89147

CRAIG LUMPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1122
LAS VEGAS, NV 89147

CRAIG MOORE ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5650 WEST CHARLESTON BLVD., # 7
LAS VEGAS NV 89146

The Rhodes Companies, LLC - U.S. Mail

CRAIG PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1899 COMMANDER DR.
LAKE HAVASU CITY AZ 86403

CRANE, CINDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3717 MARTINGALE DRIVE
KINGMAN, AZ 86409

CREATIVE FOAM SHAPES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4420 ANDREWS ST #B
N. LAS VEGAS, NV 89081

CREATIVE METAL SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5190 S. ARVILLE ST
LAS VEGAS NV 89118

CREATIVE POOL DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1725 S. RAINBOW BLVD. SUITE 10
LAS VEGAS NV 89146

CREATIVE POOL DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9333 W  SUNSET RDLAS VEGAS, NV 89148-4845

CREATIVE SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7322 NEWMAN BLVD
DEXTER MI 48130

CREATORS SHOWCASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9649 MARICOPA PT
LAS VEGAS NV 89109

CREDIT BUREAU CENTRAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2355 RED ROCK STREET
SUITE 200
LAS VEGAS NV 89146

CREDIT BUREAU CENTRAL
PO BOX 29299
LAS VEGAS, NV 89126

CREDIT SUISSE FIRST BOSTON
ATTN: ACCOUNTS RECEIVABLE - IBD
11 MADISON AVENUE, 11TH FLOOR
NEW YORK NY 10010

CREDIT SUISSE LOAN FUNDING LLC
AND VARIOUS LENDER PARTIES
ELEVEN MADISON AVE., 9TH FLOOR
NEW YORK, NY 10011

CREDIT SUISSE LOAN FUNDING LLC
ATTN:  TOM LYNCH
ELEVEN MADISON AVENUE, 9TH FLOOR
NEW YORK NY 10010

CREDIT SUISSE LOAN FUNDING LLC
LINDA PACE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
TOM LYNCH
ONE MADISON AVENUE, 9TH FLOOR
NEW YORK NY 10010

CREDIT SUISSE LOAN FUNDING LLC
WELLS FARGO, N.A. AS AGENT
AND VARIOUS LENDER PARTIES
ELEVEN MADISON AVE., 9TH FLOOR
NEW YORK, NY 10011

CREDIT SUISSE, CAYMAN ISLAND BRANCH
ATTN: BRYAN J. MATTHEWS - KYLE ELLIOTT
VAN C. DURRER II AND RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
ATTN: BRYAN J. MATTHEWS - KYLE ELLIOTT
VAN C. DURRER II AND RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
ATTN: BRYAN J. MATTHEWS - KYLE ELLIOTT
VAN C. DURRER II AND RAMON M. NAGUIAT
SKADDED, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
ATTN: BRYAN J. MATTHEWS - KYLE ELLIOTT
VAN C. DURRER II AND RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
C/O VAN C. DURRER II & RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CRISOSTOMO;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5817 IRIS AVE
LAS VEGAS, NV 89107

CRISTI OLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 INDIAN RUN WAY
LAS VEGAS, NV 89148

CRISTINA MARQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

CRISTINA SANEDRIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

CRISTOBAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
613 CRESENT DR
CHULA VISTA, CA 91911-6857

CRISTOBAL MANZANO,FRANCISCO J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 NOVA LN # 4
LAS VEGAS, NV 89115

CRISTOPHER ZEPEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 FALCONS FIRE AVE
LAS VEGAS, NV 89148

CRITERION GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2701 CRIMSON CANYON DRIVE
STE #120
LAS VEGAS NV 89128

CROSSWHITE, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 COBURN STREET
NORTH LAS VEGAS, NV 89032

CROWDER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

CROWLEY, MARGIE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 SAHALEE DR
LAS VEGAS, NV 89148

CROWN AIR QUALITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 SUMMERHOUSE
IRVINE, CA  92603

The Rhodes Companies, LLC - U.S. Mail

CRUMP ENGINEERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3202 E. FOOTHILL BLVD.
PASADENA CA 91107-3109

CRUPI, DINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1191 GOLDEN SPIKE COURT
HENDERSON, NV 89014

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1056 VIA SAINT LUCIA PL
HENDERSON, NV 89011

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1084 SAN MIGUEL CANYON RD APT J
WATSONVILLE, CA 95076

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15203 11TH ST STE C
VICTORVILLE, CA 92395

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 RANCHO MARIA ST
LAS VEGAS, NV 89148

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20238 CHICKASAW RD
APPLE VALLEY, CA 92307

CRUZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
547 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

CRUZ PRUDENCIO,MIRIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3439 E. CHEYENNE AVE
NORTH LAS VEGAS, NV 89030

CRUZ, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8975 W. WARM SPRINGS #16-1109
LAS VEGAS, NV 89148

CRUZ,JOSE T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST. # B-6
LAS VEGAS, NV 89102

CRUZ;CARLOS E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1412 HACIENDA AVE # C
LAS VEGAS, NV 89119

CRUZ;EDUARDO JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LN
N LAS VEGAS, NV 89115

CRUZ;LEONARDO DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 MEYER AVE
LAS VEGAS, NV 89101

CRUZ;MARIO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4352 PENWOOD
LAS VEGAS, NV 89102

CRUZ-ALTA,BERNABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 SPENCER ST
LAS VEGAS, NV 89101

CRUZ-CAMARENA;ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2512 HICKEY AVE
N LAS VEGAS, NV 89030

CRUZ-CANALES,CESAR A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3710 NICHOLAS DR
LAS VEGAS, NV 89115

CRUZ-GOMEZ;LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 MEYER AVE
LAS VEGAS, NV 89101

CRUZ-GONZALEZ;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 MERYER ST.
LAS VEGAS, NV 89101

CRUZ-J.;JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2244 STATZ
N LAS VEGAS, NV 89030

CRUZ-JAIME;GAUDENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 E. LAKE MEAD # 165
LAS VEGAS, NV 89115

CRUZ-MACIAS,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3405 NAVAJO WAY
LAS VEGAS, NV 89108

CRUZ-MARTINEZ,RODOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2831 KIM LANE # 151
NORTH LAS VEGAS, NV 89030

CRUZ-MEJIA,EVERADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2208 DEMETRIOS
LAS VEGAS, NV 89101

CRUZ-PEREZ,GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1921 CINDY SUE # 1
LAS VEGAS, NV 89106

CRWUA
P. O. BOX 1058
COACHELLA CA 92236

CRYSTAL ERICKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 YESTERDAY DR
HENDERSON, NV 89074

CRYSTAL GRAYOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

CRYSTAL L HAWKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2745 BRIENZA WAY
LAS VEGAS, NV 89117-3689

CRYSTALUSER.OM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26303 OAK RIDGE DRIVE
SPRING TX 77380-1918

CSAM FUNDING I
RAMIN KAMALI
11 MADISON AVENUE
NEW YORK NY 10010

CSC DILIGENZ
FINANCIAL FEDERAL CREDIT, INC.
17320 REDHILL AVENUE, STE 250
IRVINE CA 92614

The Rhodes Companies, LLC - U.S. Mail

CSI CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4070 PONDEROSA WAY
LAS VEGAS NV 89118

CSI INSTALLATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6018 LINOSA COURT
LAS VEGAS NV 89141

CT CORPORATION
P. O. BOX 4349
CAROL STREAM IL 60197-4349

CT3, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31805 HWY 79 SOUTH #789
TEMECULA, CA 92592

CTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 IMPASSIONED COURT
HENDERSON NV 89052

CUEN;JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
805 N. 20TH ST.
LAS VEGAS, NV 89101

CUEVAS, MAXIMINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
904 GREENBANK ST
LAS VEGAS, NV 89110

CUEVAS;JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4532 SWANDALE AVE
LAS VEGAS, NV 89121

CULLIGAN
NW 5120
PO BOX 1450
MINNEAPOLIS MN 54485-5120

CULLIGAN
PO BOX 5277
CAROL STREAM, IL  60197-5277

CULLIGAN WATER CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 S. 4TH ST.
KINGMAN AZ 86401

CULPEPPER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2612 W 134TH PL
GARDENA, CA 90249

CULPEPPER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2083
LAS VEGAS, NV 89148

CUMBIE JR.,HENRY L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6810 FOLANA
LAS VEGAS, NV 89101

CUMBIE, HENRY LUTHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 BROOKFIRELD DR UNIT D
MYRTLE BEACH, SC 29588-1362

CUMBIE, HENRY LUTHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6100 CARMEN BLVD #2010
LAS VEGAS, NV 89108

CUMMINS ROCKY MOUNTAIN LLC
A. ERIC SPARKS
3355 MARTINIQUE AVE
BOULDER, CO 80301

CUMMINS ROCKY MOUNTAIN LLC
AL FRANKLIN
P.O. BOX 894418
LOS ANGELES CA 90189-4418

CUMMINS ROCKY MOUNTAIN LLC
P.O. BOX 894418
LOS ANGELES, CA 90189-4418

CUMPLIDO;MATTHEW JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10609 SPRUCE BROUGH
LAS VEGAS, NV 89123

CUNHA CONSTRUCTION INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
904 EUGENE CERNAN ST.
LAS VEGAS NV 89145

CUNNINGHAM,TRAVEN R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5433 US HWY. 68 STE. A 215
GOLDEN VALLEY, AZ 86413

CURCURUTO, LEONARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3709 DIMAGGIO WAY
ANTIOCH, CA 94509-5725

CURIEL-CHAVEZ;GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY # 1115
N LAS VEGAS, NV 89030

CURLEY,CLAYTON M.
P.O. BOX 466  FT
WINGALE, NM 87316

CURTIS & SHARON ENK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9750 MARCELLINE AVE
LAS VEGAS, NV 89148

CURTIS BUNCE
C/O ERIC RANSAVAGE
7211 CHAPARRAL COVE LN.
LAS VEGAS, NV 89131

CURTIS CHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

CURTIS CHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98-1234 ILIEE PL
AIEA, HI 96701

CURTIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 RED CINDER ST
LAS VEGAS, NV 89131

CURTIS STEEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4565 WYNN RD.
LAS VEGAS, NV  89103

CUSHMAN & WAKEFIELD OF ARIZONA
VALUATION SERVICES
2525 EAST CAMELBACK ROAD, ST 1000
PHOENIX, AZ 85016

CUSHMAN & WAKEFIELD TEXAS,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1330 POST OAK BOULEVARD
SUITE 2700
HOUSTON, TX 77056

**The Rhodes Companies, LLC - U.S. Mail**                                                              Served 9/28/2009

CUSTODIO, JESUS NERIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1308 SILVERLAKE
LAS VEGAS, NV 89108

CUSTOM ACCESS SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 CRESTLINE LOOP
NORTH LAS VEGAS NV 89030

CUSTOM ASPHALT PAVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5815 EMERALD AVENUE
LAS VEGAS NV 89122-7304

CUSTOM ASPHALT PAVING
KENNETH A. WOLOSON
400 S. 4TH STREET, 3RD FLOOR
LAS VEGAS, NV 89101

CUSTOM BENEFIT CONSULTANTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7660 W. CHEYENNE, SUITE 109
LAS VEGAS NV 89129

CUSTOM FURNITURE RENTAL
P. O. BOX 270037
273 S. MARTIN LUTHER KING BLVD.
LAS VEGAS, NV 89127-0037

CUSTOM FURNITURE RENTAL
P. O. BOX 270037
301 S. MARTIN LUTHER KING BLVD.
LAS VEGAS NV 89106

CUSTOM HEARTH DIST., INC.
P.O. BOX 335367
N. LAS VEGAS, NV 89033

CUSTOM HEARTH DIST.,INC.
P.O. BOX 335367
N. LAS VEGAS, NV 89033

CUSTOM HEARTH DISTRIBUTORS
ATTN: CHRISTIAN LECATES
P.O. BOX 335367
N. LAS VEGAS, NV 89033

CUSTOM HEARTH DISTRIBUTOR'S INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 CRESTLINE LOOP
N. LAS VEGAS , NV  89030

CUSTOM INSULATION, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 CRESTLINE LOOP
N LAS VEGAS NV 89030

CUSTOM NETTING
MARVIN MIRANDA
3990 W. DEWEY DR. #4
LAS VEGAS NV 89118

CUSTOM SPECIALTIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 CRESTLINE LOOP
N. LAS VEGAS NV 89030

CUSTOM STONE
JAMIE OR TERRIE
3816 CIVIC CENTER DRIVE
N. LAS VEGAS NV 89030

CUSTOM STONE
MATTHEW WALDEN
732 S. 6TH STREET, STE 102
LAS VEGAS, NV 89101

CUTTER & BUCK
PO BOX 34855
SEATTLE, WA  98124-1855

CUTTING EDGE SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 E. "O" STREET
COLTON, CA 92324

CVEC INC.
PO BOX 3635
CHATSWORTH, CA 91313

CVEC, INC.
P.O. BOX3635
CHATSWORTH, CA  91313

CVL CONSULTANTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 SOUTH VALLEY VIEW, STE200
LAS VEGAS, NV 89118

CYBUL, DANIELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2180 E WARM SPRINGS RD UNIT 2075
LAS VEGAS, NV 89119-0447

CYNTHIA DONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 WIGAN PIER DR
HENDERSON, NV 89002

CYNTHIA HUNTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIA CANALE DR
HENDERSON, NV 89011

CYNTHIA OWENS-THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9460 LOS COTOS CT
LAS VEGAS, NV 89147

CYNTHIA SCHUMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9279 DAMES ROCKET PL
LAS VEGAS, NV 89148

CYNTHIA TAFOYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6816 WILLIAMS ISLAND CT
LAS VEGAS, NV 89131

CYNTHIA TAFOYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

CZ TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1488 E. CIENEGA DR.
WILLIAMS, AZ 86046

D & B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 REMITTANCE DRIVE, SUITE 1793
CHICAGO IL 60675-1793

D AND N NEVADA HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 BLUE TEE CT
LAS VEGAS, NV 89148

D AND N NEVADA HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PKWY STE 830
LAS VEGAS, NV 89169

D AND S CASTINGS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 WHITEHEAD RD
HAMILTON, NJ 08619

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

D AND S CASTINGS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

D C INSTALLATION CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4690 PANORAMIC COURT
LAS VEGAS NV 89129

D D M PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 FRINGE RUFF DR
LAS VEGAS, NV 89148

D D M PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 ANTEN GULLEY CT
LAS VEGAS, NV 89148

D D M PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9653 DIETERICH AVE
LAS VEGAS, NV 89148

D FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2126 ORCHARD MIST ST
LAS VEGAS, NV 89135

D FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
399 CENTER GREEN DR
LAS VEGAS, NV 89148

D L ENGINEERING & CONTROLS,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3550 N. CENTRAL AVE.
SUITE 1900
PHOENIX AZ 85012

D LPAWS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PKWY STE 830
LAS VEGAS, NV 89169

D LPAWS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9739 WAUKEGAN AVE
LAS VEGAS, NV 89148

D LPAWS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9762 VALMEYER AVE
LAS VEGAS, NV 89148

D RAO & JAYA PRASAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 SUNSHINE COAST LN
LAS VEGAS, NV 89148

D S C HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2106 SEWEE INDIAN CT
MT PLEASANT, SC 29466

D S C HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
925 VIA DOCCIA CT
HENDERSON, NV 89011

D W TURNER PUBLIC RELATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 GOLD AVE SW SUITE 700
ALBUQUERQUE NM 87102

D&K LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4021 E. PATRICK LANE
LAS VEGAS NV 89120

D&K LANDSCAPE
CHRISTOPHER YOUNG
228 S. 4TH STREET
LAS VEGAS, NV 89101

D&L LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1712 AFTON DR.
LAS VEGAS NV 89117

D.M. BABIJ WELDING
P.O. BOX 620092
LAS VEGAS NV 89162-0092

D.T. & SONS TIRE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7499 VICTOR AVE
HESPERIA, CA 92345

DAB ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
#395
7650 S. MCCLINTOCK DR. SUITE 103
TEMPE AZ 85283-1673

DAB ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7650 S. MCCLINTOCK DR. SUITE 103
TEMPE, AZ 85283-1673

DAE TOON LEE & YEE WAHO HO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11190 PRADO DEL RAY LN.
LAS VEGAS NV 89141

DAHER;DAVID E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3644 HAMMOCK ST.
LAS VEGAS, NV 89147

DAHLBERG PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 SAMOSET COURT
LAS VEGAS NV 89148

DAHLEN, JOSH DENNIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3313 CALUMET AVE
KIINGMAN, AZ 86401-4920

DAHLEN,JOSH DENNIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4815 CHINO
GOLDEN VALLEY, AZ 86413

DAHWEI WU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
494 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

DAIL, BRANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 TAYLOR ST.
KINGMAN, AZ 86401

DAILEY, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 S. HOPE RD.
GOLDEN VALLEY, AZ 86413

DAILY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

DAISY TOLENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4502 EASTBROOK AVE
LAKEWOOD, CA 90713

DAISY TOLENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2163
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

DALE & ANN MICHAELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 N CRESCENT HEIGHTS BLVD
LOS ANGELES, CA 90046

DALE & ANN MICHAELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA GALLIA ST
HENDERSON, NV 89011

DALE & LESLIE KUNKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6331 N WHALEBACK PL
TUCSON, AZ 85750

DALE & LESLIE KUNKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2141
LAS VEGAS, NV 89148

DALE & RACHEL EGGERS
DALE M. EGGERS (DESERT LUMBER)
5111 N. CIMARRON RD
LAS VEGAS NV 89149

DALE & VICTORIA BALDISSERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 ROLLING HILLS AVE
SAN MATEO, CA 94403

DALE & VICTORIA BALDISSERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1165
LAS VEGAS, NV 89148

DALE HIRAMOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

DALE MENNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 VIA DI CITTA DR
HENDERSON, NV 89011

DALE SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
629 S. ELOY ROAD
GOLDEN VALLEY, AZ 86413

DALE ZDENEK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9752 LOOKOUT CANYON CT
LAS VEGAS, NV  89183

DALE'S MOBILE WELDING
P.O. BOX 90004
HENDERSON NV  89009

DALE'S MOBILE WELDING
P.O. BOX 90324
HENDERSON NV  89009

DALIDA SANFRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

DALLMAN, AMY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5024 MILANGE STREET
NORTH LAS VEGAS, NV 89031

DAMASCENO & MAGDALENA MAGLALANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

DAMIEN PATTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
936 VIA STELLATO ST
HENDERSON, NV 89011

DAMON MASAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1077 VIA PRATO LN
HENDERSON, NV 89011

DAMON WESTPHAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2780 LINCOLN RD
LAS VEGAS, NV 89115

DAN BRADLEY GLASS SHOP, INC.
ATTN: JOY BRADLEY
4125 W DESERT INN RD
LAS VEGAS, NV 89102

DAN BRADLEY'S GLASS CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 W. DESERT INN
LAS VEGAS, NV 89102

DAN BRADLEY'S GLASS CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 W. DESERT INN
STE N-105
LAS VEGAS NV 89102

DAN DEMORALES AND HUYNHMAI DEMORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 FRINGE RUFF DRIVE
LAS VEGAS, NV 89148

DAN GEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6729 GOLD YARROW ST
LAS VEGAS, NV 89148

DAN HART & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 PARDISE ROAD STE 110
LAS VEGAS NV 89109

DAN MELNICK RESEARCH, INC.
DBA. DMR WEB DESIGN SERVICES
6005 LOGANWOOD DR.
ROCKVILLE MD 20852

DAN PACKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 HEDGEHOPE DRIVE
LAS VEGAS, NV 89123

DAN REGESTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 E. SUNSET RD. #2056
LAS VEGAS, NV  89119

DAN TARWATER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2144 BANNERWOOD ST.
HENDERSON, NV 89044

DANA CREATH DESIGNS
C/O OGATA ASSOCIATES
101 HENRY ADAMS STREET
SAN FRANCISCO CA 94103

DANA DICILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1157
LAS VEGAS, NV 89147

DANA KEPNER COMPANY
ATTN: DAVID A. COLVIN, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

DANA KEPNER COMPANY
ATTN: DEBORAH MANUNAKEA
700 ALCOTT
DENVER, CO 80204

**The Rhodes Companies, LLC - U.S. Mail**                                                          Served 9/28/2009

DANA KEPNER COMPANY
C/O DAVID A. COLVIN, ESQ.
FRANK M. FLANSBURG, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

DANA KEPNER COMPANY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 ALCOTT
DENVER, CO  80204

DANA SHIVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

DANI KURTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
792 ALDER GREEN AVE
HENDERSON, NV 89002

DANIAL CHERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6575 W. TROPICANA AVE. #1077
LAS VEGAS, NV 89103

DANIE ROSSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6824 BABY JADE CT
LAS VEGAS, NV 89148

DANIEL & BONITA MIRAMONTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 HIBISCUS ST
UPLAND, CA 91784

DANIEL & BONITA MIRAMONTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 BROKEN PAR DR
LAS VEGAS, NV 89148

DANIEL & BRIANNA WESOLOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
632 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

DANIEL & CHARLENE SICILIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47 PANGLOSS ST
HENDERSON, NV 89002

DANIEL & DEBORAH EVERTSZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 PELLERIA DR
AMERICAN CANYON, CA 94503

DANIEL & DEBORAH EVERTSZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

DANIEL & DEBORAH LYONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6759 GOLD YARROW ST
LAS VEGAS, NV 89148

DANIEL & ELISA CABAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

DANIEL & ELISA CABAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
228 HOOKANO ST
HILO, HI 96720

DANIEL & FARRAH STAUB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 TALL RUFF DR
LAS VEGAS, NV 89148

DANIEL & JUDY DELROSSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7741 FALCONWING AVE
LAS VEGAS, NV 89131

DANIEL & LINDA-MARIE KOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7817 FALCONWING AVE
LAS VEGAS, NV 89131

DANIEL & LINDA-MARIE KOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9025 ROCKVILLE AVE
LAS VEGAS, NV 89143

DANIEL & MARIA PACHECO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 SHORT RUFF WAY
LAS VEGAS, NV 89148

DANIEL ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10279 EVENING PRIMROSE AVE
LAS VEGAS, NV 89135

DANIEL ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

DANIEL BRENNAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531 WILLOW RD E # 2
STATEN ISLAND, NY 10314

DANIEL BRENNAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531-2 WILLOW ROAD EAST
STATEN ISLAND, NY 10314

DANIEL BRENNAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1102
LAS VEGAS, NV 89148

DANIEL BRIGGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
940 VIA STELLATO ST
HENDERSON, NV 89011

DANIEL BRODSKY ARCHITECT &
ASSOC., INC
5320 N. 16TH ST. SUITE 204
PHOENIX AZ 85016

DANIEL CHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2116 CASTLEBERRY LANE
LAS VEGAS NV 89156

DANIEL CHERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6575 W. TROPICANA AVE. #1077
LAS VEGAS NV 89103-0000

DANIEL CROCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 STANDING STONE ST
LAS VEGAS, NV 89148

DANIEL DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3978 LASS AVE.
KINGMAN, AZ 86409

DANIEL DONAHUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
329 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

DANIEL DONAHUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7831 W 95TH ST
BLOOMINGTON, MN 55438

DANIEL ENTENBERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 CENTER GREEN DR
LAS VEGAS, NV 89148

DANIEL ESPINOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 FALCONS FIRE AVE
LAS VEGAS, NV 89148

DANIEL GOODALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 VIA DI CITTA DR
HENDERSON, NV 89011

DANIEL GOSSELIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

DANIEL HOFFMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

DANIEL HOSHIYAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1436 MORAGA ST
SAN FRANCISCO, CA 94122

DANIEL HOSHIYAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7231 CHAPARRAL COVE LN
LAS VEGAS, NV 89131

DANIEL HUNTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38 BLAVEN DR
HENDERSON, NV 89002

DANIEL KEYS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

DANIEL KEYS
PO BOX 314
ROXBURY, CT 06783

DANIEL KOVACHEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 CLIFF VALLEY DR
LAS VEGAS, NV 89148

DANIEL L. PACKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S. JONES BLVD. 439
LAS VEGAS, NV 89146-6729

DANIEL LAYMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5034 SWIFT RIVER CT.
N. LAS VEGAS, NV 89031

DANIEL LYNCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 TALL RUFF DR
LAS VEGAS, NV 89148

DANIEL M. PACKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
641 SOLE ADDICTION
LAS VEGAS, NV 89123

DANIEL MCGINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA DI OLIVIA ST
HENDERSON, NV 89011

DANIEL PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
377 TRAILING PUTT WAY
LAS VEGAS, NV 89148

DANIEL PHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
149 HONORS COURSE DR
LAS VEGAS, NV 89148

DANIEL REEVE
SR. VICE PRESIDENT
LA JOLLA PACIFIC OF NEVADA, LTD.
9571 IRVINE CENTER DR.
IRVINE, CA 92618

DANIEL RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 E OWENS AVE
N LAS VEGAS, NV 89030-7269

DANIEL SEAVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
469 VIA STRETTO AVE
HENDERSON, NV 89011

DANIEL WATHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
456 CROCUS HILL ST.
LAS VEGAS NV 89138-1552

DANIEL WESTMEYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
928 VIA STELLATO ST
HENDERSON, NV 89011

DANIELA SLAVEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 DOG LEG DR
LAS VEGAS, NV 89148

DANIELIAN ASSOCIATES
ARCHITECTURE & PLANNING
SIXTY CORPORATE PARK
IRVINE,CA 92606

DANIELLE & KEITH DUNIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
744 WIGAN PIER DR
HENDERSON, NV 89002

DANIELLE VETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 HARPERS FERRY AVE
LAS VEGAS, NV 89148

DANIELLE WEAVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3757 E. POTTER AVENUE
KINGMAN, AZ 86409

DANIELL'S SEPTIC TANK
P.O. BOX 1483
BULLHEAD CITY, AZ 86430

DANIELL'S SEPTIC TANK
PUMPING & MAINTENANCE, INC.
P.O. BOX 1483
BULLHEAD CITY AZ 86430

DANIEL'S WEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5415 S. CAMERON #109
LAS VEGAS NV 89118

DANIEL'S WEST
HARRY FREEMAN
2201 GERONIMO WAY
LAS VEGAS, NV 89109

DANIELS,JEREMY Q
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
730 CENTER ST. # 8 B
HENDERSON, NV 89015

DANILO & EMMA MUPAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1087 MOONSTONE PL
CHULA VISTA, CA 91913

DANILO & EMMA MUPAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
93 HONORS COURSE DR
LAS VEGAS, NV 89148

DANILO & LOLITA FONTILLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12091 EDGECLIFF AVE
SYLMAR, CA 91342

DANILO & LOLITA FONTILLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 VIA FRANCIOSA DR
HENDERSON, NV 89011

DANILO & LOLITA FONTILLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 VIA FRANCIOSA DR
HENDERSON, NV 89011

DANILO & YOLANDA MANALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 TEAKWOOD ST
OXNARD, CA 93033

DANILO & YOLANDA MANALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

DANILO ABINALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
482 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

DANILO MANAPAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1011 ROLLING RDG
NEW WINDSOR, NY 12553

DANILO MANAPAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
337 PALM TRACE AVE
LAS VEGAS, NV 89148

DANIYAL ZIYAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4808 CALIFA DR
LAS VEGAS, NV 89122

DANNY & DONNA DODSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6814 SCARLET FLAX ST
LAS VEGAS, NV 89148

DANNY & TRAN SO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

DANNY & VIOLETA OLIVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
149 WATER HAZARD LN
LAS VEGAS, NV 89148

DANNY & VIOLETA OLIVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
154 AGATE WAY
HERCULES, CA 94547

DANNY & YUN KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9463 CASTILLANA CT
LAS VEGAS, NV 89147

DANNY HOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 RUSTY PLANK AVE
LAS VEGAS, NV 89148

DANNY MCALINDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
523 SHEFFIELD DR
HENDERSON, NV 89014

DANNY MIRANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1074 VIA CAPASSI WAY
HENDERSON, NV 89011

DANNY NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 TALL RUFF DR
LAS VEGAS, NV 89148

DANNY SOLOMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

DANNY WINEGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1204 OLIVIA PKWY
HENDERSON, NV 89011

DANNYS ALVAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9729 MARCELLINE AVE
LAS VEGAS, NV 89148

DANSBY'S TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4740 CINDEELLA LANE
LAS VEGAS NV 89102

DAQEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 S. GRAND CENTRAL PKWY
PO BOX 555210
LAS VEGAS NV 89155

DARBEE SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

DARBEE SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8336 JEREMIAHS LODGE AVE
LAS VEGAS, NV 89131

DARBY & ROWENA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA SACRA ST
HENDERSON, NV 89011

DARBY & ROWENA GARCIA
PO BOX 315
UNION CITY, CA 94587

DARCY ZAVISLAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 VIA GAROFANO AVE
HENDERSON, NV 89011

DARIN & DARIN HERSHEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
640 E HORIZON DR
HENDERSON, NV 89015

DARIN & DARIN HERSHEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
684 VORTEX AVE
HENDERSON, NV 89002

DARIN & HEATHER BAGNUOLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9570 CASTILLANA CT
LAS VEGAS, NV 89147-8210

DARIN & JEANNIE OLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 217
LAS VEGAS, NV 89113

DARINA GUEORGUIEVA
AL MANKHOOL RD
AL DURRAH 3 BLDG APP 702 BUR

DARINA GUEORGUIEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

DARK PROMOTIONAL PRODUCTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2450 CHANDLER AVE., SUITE18
LAS VEGAS NV 89120

DARLA MACLEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10316 WILLAMETTE PL
LAS VEGAS, NV 89134

DARLA MACLEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

DARLAK CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 INDUSTRIAL PARK ROAD # 305
HENDERSON NV 89015-6609

DARLENE FALCON &
WALTER BUDZINSKI
595 DOUBLE EAGLE CT SUITE 2000
RENO NV 89521

DARLENE J. COOK
UNKNOWN
LAS VEGAS, NV 89148

DARRAGH, PATRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9125 SPOONBILL RIDGE PLACE
LAS VEGAS, NV 89143

DARREL HANWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 TIE BREAKER CT
LAS VEGAS, NV 89148

DARRELL & RUTH JACKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
327 LADIES TEE CT
LAS VEGAS, NV 89148

DARREN & CANADA LYTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 TURTLE PEAK AVE
LAS VEGAS, NV 89148

DARREN & CANADA LYTLE
PO BOX 9023
RAPID CITY, SD 57709

DARREN & LAUREN KANESHIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 CAMPECHE CT
SAN RAMON, CA 94583

DARREN & LAUREN KANESHIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
763 WIGAN PIER DR
HENDERSON, NV 89002

DARREN HOELZLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
246 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

DARREN WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 HESTER AVE
SAN FRANCISCO, CA 94134

DARREN WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9681 MARCELLINE AVE
LAS VEGAS, NV 89148

DARRIN & HEATHER BAGNUOLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5126 SOMERSET DR
LAS VEGAS, NV 89120

DARRIN & HEATHER BAGNUOLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9570 CASTILLANA CT
LAS VEGAS, NV 89147

DARRIN & SANDY SCHETTLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 PANGLOSS ST
HENDERSON, NV 89002

DARRYL & KELLY MCCULLOUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

DARRYL C. LATTIMORE E.I.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 W. FLAMINGO RD.
LAS VEGAS NV 89147

DARRYL TATZ
BATHTUB & SINKS REFINISHING
PO BOX 35591
LAS VEGAS NV 89133

DART HELICOPTER SERVICES
PO BOX 430
414 INDUSTIRAL PARK RD.
PINEY FLATS TN 37686

DARYL & MICHELLE GILMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7411 CEDAR RAE AVE
LAS VEGAS, NV 89131

DASHAR INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 S CENTER ST STE 500
RENO, NV 89501

DASHAR INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9269 BLUE FLAX PL
LAS VEGAS, NV 89148

DASILVA; THERESA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 PARISIAN SPRINGS COURT
LAS VEGAS, NV 89148

DATA TRAQ
ATTN: JAN DEMAGGIO
3500 EMBUDITO NE
ALBUQUERQUE NM 87111

DAVE BAXTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 INDIAN RUN WAY
LAS VEGAS, NV 89148

DAVE DOMINGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13611 ONYX CT
LATHROP, CA 95330

DAVE DOMINGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6695 AVISTON ST
LAS VEGAS, NV 89148

DAVE GEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4605 CHUAR DRIVE
GOLDEN VALLEY, AZ 86413

DAVE SALEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4921 E RAY ROAD
PHOENIX, AZ 85044

DAVID  LIU & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10217 HAWK BAY PLACE
LAS VEGAS NV 89144

DAVID & ADELLA TORCHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

DAVID & CAROLYN MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16835 ALGONQUIN ST # 481
HUNTINGTON BEACH, CA 92649

DAVID & CAROLYN MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
566 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

DAVID & CATHLEEN WUERTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 NORTH 171 WIANT RD
WEST CHICAGO, IL 60185

DAVID & CATHLEEN WUERTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

DAVID & ELIZABETH MCDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10486 STONEWILLOW DR
PARKER, CO 80134

DAVID & ELIZABETH MCDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

DAVID & GRISELDA MCCASEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7311 CITRUS VALLEY AVE
CORONA, CA 92880

DAVID & GRISELDA MCCASEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2055
LAS VEGAS, NV 89148

DAVID & JANET MYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 W 6TH ST
ANTIOCH, CA 94509

DAVID & JANET MYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
455 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

DAVID & JANET PRAKKEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4939 CONRAD CT
SAN DIEGO, CA 92117

DAVID & JANET PRAKKEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

DAVID & JENNIFER BYRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32434 CAMPO DR
TEMECULA, CA 92592

DAVID & JENNIFER BYRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2096
LAS VEGAS, NV 89148

DAVID & JOANNE STEARN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22765 SPARROWDELL DR
CALABASAS, CA 91302

DAVID & JOANNE STEARN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1146
LAS VEGAS, NV 89148

DAVID & KAMILAH WORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 VIA DI CITTA DR
HENDERSON, NV 89011

DAVID & KRISTY HAYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 BLAVEN DR
HENDERSON, NV 89002

DAVID & LAURIE KELLAWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2975 LULLINGSTONE ST
LAS VEGAS, NV 89135

DAVID & LAURIE KELLAWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

DAVID & LESLIE SMYTHMORSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7212 EAGLEGATE ST
LAS VEGAS, NV 89131

DAVID & LIEN GORDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 LAYING UP CT
LAS VEGAS, NV 89148

DAVID & LINDA ZANDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
238 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

DAVID & LISA SATORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 VOLTAIRE AVE
HENDERSON, NV 89002

DAVID & LUKKANA HODGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
394 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

DAVID & LYNDA LEAVITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 PANGLOSS ST
HENDERSON, NV 89002

DAVID & MAREAN BRAUCHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1073 VIA SAINT ANDREA PL
HENDERSON, NV 89011

DAVID & MELISSA GARDNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9661 WAUKEGAN AVE
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**                                                                                    Served 9/28/2009

DAVID & MIRA KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 REAL LONG WAY
LAS VEGAS, NV 89148

DAVID & MIRA KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 DOG LEG DR
LAS VEGAS, NV 89148

DAVID & PATRICIA MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
335 TRAILING PUTT WAY
LAS VEGAS, NV 89148

DAVID & PATRICIA MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 CRYSTAL DR
GRANTS PASS, OR 97527

DAVID & PEGGY JACKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1022 VIA NANDINA PL
HENDERSON, NV 89011

DAVID & RENEE ROWLETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
687 VORTEX AVE
HENDERSON, NV 89002

DAVID & SANDRA HENDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

DAVID & SCOTT GOODMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1125
LAS VEGAS, NV 89147

DAVID & SHARON CHINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5601 LAGUNA PARK DR
ELK GROVE, CA 95758

DAVID & SHARON CHINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9263 BLUE FLAX PL
LAS VEGAS, NV 89148

DAVID & SONJA HAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9593 VERNEDA CT
LAS VEGAS, NV 89147

DAVID & STEPHEN SETO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 GRANT AVE APT D
SAN FRANCISCO, CA 94133

DAVID & STEPHEN SETO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2044
LAS VEGAS, NV 89148

DAVID & SUSAN LLOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

DAVID & YUPIN SHACKELFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

DAVID A. COLVIN, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV  89145

DAVID A. PALMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4475 AMBRIGO DRIVE
GOLDEN VALLEY AZ 86413

DAVID AND CHRISTINE FROHNEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 ISLEWORTH DR
HENDERSON, NV 89052

DAVID ANGUIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7240 COTTONSPARROW ST
LAS VEGAS, NV 89131

DAVID B. GENSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1139 SIERRA LAUREL CT.
HENDERSON NV  89014

DAVID BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

DAVID BILLINGSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3436 FAIR OAKS RD
SELINSGROVE, PA 17870-8935

DAVID BILLINGSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3496 FAIR OAKS RD
SELINSGROVE, PA 17870-8935

DAVID BOTBYL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA CANALE DR
HENDERSON, NV 89011

DAVID BOTBYL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA CANDLE AVE
HENDERSON, NV 89011

DAVID BRENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 SHORT RUFF WAY
LAS VEGAS, NV 89148

DAVID BRENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4302 PICKWICK CIR
HUNTINGTON BEACH, CA 92649

DAVID CASTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1489 RIDGECREST DR
LAS VEGAS, NV 89121-4949

DAVID CASTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4189 RIDGECREST DR
LAS VEGAS, NV 89121-4949

DAVID CASTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6242 ORDAZ AVENUE #103
HENDERSON NV 89011

DAVID CORRADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 INDIAN RUN WAY
LAS VEGAS, NV 89148

DAVID CORRADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 LONGSPUR RD
HIGHLAND HTS, OH 44143

DAVID DORANTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3211 FONTANA COLONY CT
N LAS VEGAS, NV 89031

**The Rhodes Companies, LLC - U.S. Mail**

DAVID DUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

DAVID E. RAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3114 E. CLAREMONT AVE.
PHOENIX AZ 85016-2356

DAVID FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 CENTER GREEN DR
LAS VEGAS, NV 89148

DAVID FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

DAVID FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

DAVID FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

DAVID FENCL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 BLAVEN DR
HENDERSON, NV 89002

DAVID FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
711 E. ROSECRANS AVENUE
LOS ANGELES CA 90059

DAVID GARCIA AND VICKEY MURRAY-GARCIA
C/O ERIC RANSAVAGE
7400 HORNBLOWER AVE.
LAS VEGAS, NV 89131

DAVID GARCIA AND VICKEY MURRAY-GARCIA
C/O ERIC RANSAVAGE
7410 HORNBLOWER AVE.
LAS VEGAS, NV 89131

DAVID GONZALEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

DAVID GORKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
395 APPLE RIVER CT
LAS VEGAS, NV 89148

DAVID GROOVER & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
627 SOUTH SEVENTH STREET
LAS VEGAS NV 89101

DAVID GUETZKOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

DAVID HAISLIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10876 E. SANTA FE TRAIL
SCOTTSDALE AZ 85262

DAVID HUCKABAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 HAZELMERE LN
LAS VEGAS, NV 89148

DAVID J. HANDELMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7920 CHERRY RIVER DRIVE
LAS VEGAS , NV  89145

DAVID KASEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 BRITTLETHORNE AVE
LAS VEGAS, NV 89131

DAVID KELLAWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9772 DERBYHILL CIRCLE
LAS VEGAS NV 89117

DAVID LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
507 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

DAVID LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7752 BEAR RIDGE ST
LAS VEGAS, NV 89113

DAVID LEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2448 PEPPERDALE DR
ROWLAND HEIGHTS, CA 91748

DAVID LEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6742 GOLD YARROW ST
LAS VEGAS, NV 89148

DAVID LO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
609 OVER PAR CT
LAS VEGAS, NV 89148

DAVID M. BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1280 OLIVA PARKWAY
HENDERSON NV 89011

DAVID MCREYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2622 TWIN PINES AVE.
HENDERSON, NV  89074

DAVID MORROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 VORTEX AVE
HENDERSON, NV 89002

DAVID N. VIGER JR., LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1704 SUN SHOWER CT.
HENDERSON NV 89074

DAVID NIZOWITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
765 WIGAN PIER DR
HENDERSON, NV 89002

DAVID R. BELDING
GOLD STRIKE HOTEL & GAMBLING
P.O.BOX 19278
JEAN NV 89019

DAVID RAFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525 N SYCAMORE AVE APT 313
LOS ANGELES, CA 90036

DAVID RAFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1124
LAS VEGAS, NV 89147

DAVID RIZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2215 UTOPIA PKWY
WHITESTONE, NY 11357

The Rhodes Companies, LLC - U.S. Mail

DAVID RIZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1120
LAS VEGAS, NV 89148

DAVID ROBERSON
P.O. BOX 2764
FLAGSTAFF, AZ 86003

DAVID S. LEE, ESQ.
LEE HERNANDEZ BROOKS GAROFALO & BLAKE
7575 VEGAS DR., SUITE 150
LAS VEGAS, NV  89128

DAVID SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6638 BABYS TEAR PL
LAS VEGAS, NV 89148

DAVID SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
937 GRANGER FARM WAY
LAS VEGAS, NV 89145

DAVID SCIALABBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1097
LAS VEGAS, NV 89148

DAVID SETO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 GRANT AVENUE, #D
SAN FRANCISCO CA 94133

DAVID SHAFSHAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9695 VALMEYER AVE
LAS VEGAS, NV 89148

DAVID SPENCER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 TEDDY DR
LAS VEGAS, NV 89102

DAVID SPERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

DAVID STEINBROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
554 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

DAVID STRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1089 VIA CANALE DR
HENDERSON, NV 89011

DAVID STRONG
PO BOX 90744
HENDERSON, NV 89009

DAVID SUMMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 VIA SAINT LUCIA PL
HENDERSON, NV 89011

DAVID SUMMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
806 BUCHANAN BLVD # 175
BOULDER CITY, NV 89005

DAVID VAPNITSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 CROOKED PUTTER DR
LAS VEGAS, NV 89148

DAVID VIVANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 ANGELS TRACE CT
LAS VEGAS, NV 89148

DAVID VIVANCO
P.O. BOX 628
BELL CA 90201

DAVID VIVANCO
PO BOX 39459
DOWNEY, CA 90239

DAVID VO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 VIA SACRA ST
HENDERSON, NV 89011

DAVID VO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9550 BOLSA AVE STE 106
WESTMINSTER, CA 92683

DAVID YANAGI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

DAVID YERICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9297 DAMES ROCKET PL
LAS VEGAS, NV 89148

DAVILA POLINO,ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2431 BASSLER ST., #C
N LAS VEGAS, NV 89030

DAVIS, CRISSY A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3978 LASS AVE
KINGMAN, AZ 86409

DAVIS, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3978 LASS AVE.
KINGMAN, AZ 86409

DAVIS, LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6060 ALLRED PLACE #103
HENDERSON, NV 89011

DAVIS, WILLIAM JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9727 N. SADDLEBACK DR.
KINGMAN, AZ 86401

DAVIS; LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6060 ALLRED PLACE
HENDERSON, NV 89011

DAVY & DEANNA CHAVARRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 VIA CANALE DR
HENDERSON, NV 89011

DAVY & DEANNA CHAVARRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11834 CALLE DEPOSITO
EL CAJON, CA 92019

DAWN ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1072
LAS VEGAS, NV 89148

DAWN FRANCIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 WHITE BLUFFS ST
LAS VEGAS, NV 89148

DAWN KEARNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIA PANFILO AVE
HENDERSON, NV 89011

DAWN M. LIBERTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DAWN RIDDLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
384 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

DAWN STEPIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

DAY & NIGHT SERVICES, INC.
STACY CHAPTER (CELL)
1220 EARTH COURT
NORTH LAS VEGAS NV 89032

DAY & NIGHT SWEEPING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 W. LAKE MEAD BLVD-PMB 473
LAS VEGAS NV 89128

DAY STAR CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3230 LARK CIRCLE
LAS VEGAS NV 89121

DAY STAR CONSTRUCTION
DANA DULFON
3900 S. PARADISE ROAD STE 120
LAS VEGAS, NV 89109

DAY TILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
683 RODDENBERRY AVENUE
LAS VEGAS NV 89123

DAY TILE
DOUG YOUNIE
9047 DANESBURY CT
LAS VEGAS, NV 89123

DAYSI & CHRISTOPHER VANCLEEF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6724 GOLD YARROW ST
LAS VEGAS, NV 89148

D-BEST INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5926 RED ROCK CIRCLE
LAS VEGAS, NV 89103

D-BEST TUB & SHOWER REPAIRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5926 RED ROCK CIRCLE
LAS VEGAS NV 89103

DBH RESOURCES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 S. SEPULVEDA BLVD. STE900
LOS ANGELES, CA 90034

DBH RESOURCES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
999 NORTH SEPULVEDA BLVD. STE 400
EL SEGUNDO CA 90245-2731

DBR ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3639 EL TORO
LAS VEGAS NV 89129

DC INSTALLATION CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6185 S. VALLEY VIEW
STE G
LAS VEGAS NV 89118

DCD REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
407 E. BEALE STREET
KINGMAN AZ 86401

DCD REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
616 E BEALE ST
KINGMAN, AZ 86401

DE ANDA,ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 GEIST # E 1
LAS VEGAS, NV 89115

DE AQUINO,JUAN PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4767 CONVAIERE  AVE # 1
N LAS VEGAS, NV 89115

DE DIOS;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3204 FLIGLER
N LAS VEGAS, NV 89030

DE GAONA JUAREZ,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4791 E. CRAIG # B
LAS VEGAS, NV 89115

DE JESUS ZULUAGA,JOSE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3439 E. CHEYENNE AVE
NORTH LAS VEGAS, NV 89030

DE LA LUZ GONZALEZ,JOSE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5801 EVERGREEN
LAS VEGAS, NV 89107

DE LA ROSA, ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 DUMBARTON ST
LAS VEGAS, NV 89110

DE LAGE LANDEN FIN.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 OLD EAGLE SCHOOL RD
WAYNE, IN  19087

DE LAGE LANDEN FINANCIAL SVCS
REF NO. 000000000515197
P.O. BOX 848411
DALLAS TX 7258-8411

DE LEON,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2620 TONOPAH
NORTH LAS VEGAS, NV 89030

DE LOERA, ALVARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5416 W WASHINGTON AVE APT A
LAS VEGAS, NV 89107

DE LOS SANTOS,J. JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1122 BONANZA AVE., #A
LAS VEGAS, NV 89011

DE LOS SANTOS,JOSE MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1833 KENNETH
NORTH LAS VEGAS, NV 89030

DEAN & DUNN ROOFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5385 SOUTH CAMERON
SUITE 21
LAS VEGAS NV 89118

The Rhodes Companies, LLC - U.S. Mail

DEAN & DUNN ROOFING
CHRISTOPHER BYRD
300 S FOURTH ST., SUITE 1400
LAS VEGAS NV 89101

DEAN & DUNN ROOFING, LLC
ATTN: CHRIS DEAN
5385 CAMERON ST. SUITE #21
LAS VEGAS, NV 89118

DEAN & SUSANNE GRIFFITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 RED CINDER ST
LAS VEGAS, NV 89131

DEAN LAZARKIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8734 STOCKHOLM AVE
LAS VEGAS, NV 89147

DEAN OSAFI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4796 FRANKFURT CT
LAS VEGAS, NV 89147

DEAN TAJIMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10741 OLD IRONSIDES AVE
LAS VEGAS, NV 89166-5099

DEAN TAJIMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

DEANDRA YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2153
LAS VEGAS, NV 89148

DEANN BOISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

DEANN BOISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7412 BEDFORD PINE CT
LAS VEGAS, NV 89113

DEANNA DOBEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
504 BECKTON PARK AVE
LAS VEGAS, NV 89178

DEANNA DOBEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

DEANNA FORSYTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3177 DEGAS TAPESTRY
HENDERSON, NV 89044

DEBBIE & AMY WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 LADIES TEE CT
LAS VEGAS, NV 89148

DEBBIE GILMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7230 LAS VEGAS NV BLVD #A183
LAS VEGAS NV 89119

DEBBIE PACKARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2570 HITCHCOCK STREET
HENDERSON, NV 89052

DEBBIE PACKARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25701 HITCHCOCK ST
HENDERSON, NV 89052

DEBERGER,JUSTIN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9450 BALTINGLASS ST
LAS VEGAS, NV 89123

DEBORA POPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
396 APPLE RIVER CT
LAS VEGAS, NV 89148

DEBORAH ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2050
LAS VEGAS, NV 89148

DEBORAH BERLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 HORIZON RD APT 630
FORT LEE, NJ 07024

DEBORAH BERLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

DEBORAH BIELAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 314
LAS VEGAS, NV 89113

DEBORAH BRUNNMEIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

DEBORAH NATANSOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2824 NE 24 PLACE
FT. LAUDERDALE FL 33305

DEBRA & MICHAEL BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

DEBRA GARCIA
GARNISHMENT - RICHARD FRIDLEY
897 S. SANTA MARIA RD.
GOLDEN VALLEY, AZ 86413

DEBRA PACKARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2570 HITCHCOCK STREET
HENDERSON, NV 89052

DEBRA STEFAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
620 VIA COLMO AVE
HENDERSON, NV 89011

DEBT RECOVERY SOLUTIONS, LLC.
P. O. BOX 9001
WESTBURY NY 11590-9001

DECHIRICO, DANIELLE D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1908 PLACID RAVINE ST
LAS VEGAS, NV 89117

DECHIRICO; KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1908 PLACID RAVINE
LAS VEGAS, NV 89117

DECK SYSTEMS NEVADA CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
441 EASTGATE ROAD SUITE A
HENDERSON , NV 89015

DECORATING IDEAS
P. O. BOX 420235
PALM COAST FL 32142-0235

DECORATIVE CRAFTS
CATHERINE
50 CHESTNUT STREET
GREENWICH CT 06830

DECORATORS EXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2055 RANDOLPH STREET
BELL GARDENS, CA 90255

DECORATORS EXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2055 RANDOLPH STREET
HUNTINGTON PARK CA 90255

DECORIZE, INC.
P.O. BOX 504112
ST. LOUIS MO 63150-4112

DEENAMMA JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 MACOBY RUN ST
LAS VEGAS, NV 89148

DEHART, DERIANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1551 MANAGUA DRIVE
LAS VEGAS, NV 89123

DEHERRERA,TED JUDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2846 MAHONGANY GROVE
HENDERSON, NV 89074

DEL ENGINEERING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3442 N BUFFALO DR
LAS VEGAS, NV 89129-7424

DEL ENGINEERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4965 N. DAPPLE GRAY ROAD
LAS VEGAS NV 89149

DEL GROSSO FLOOR COVERING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3170 PONDEROSA WAY
LAS VEGAS NV 89118

DEL GROSSO FLOOR COVERING, INC.
ATTN: JOSEPH TERRANA
3170 PONDEROSA WAY
LAS VEGAS, NV 89118

DEL NORTE DEPT CHILD SUPPORT
PO BOX 66
CRESCENT CITY, CA 95531-0066

DEL VAL SOTO,EDWGIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 LENWOOD
NORTH LAS VEGAS, NV 89030

DEL VAL-SOTO,GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3704 TABOR AVE
NORTH LAS VEGAS, NV 89030

DELANEY,BRIAN SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 HWY 68 BOX 228, UNIT C
GOLDEN VALLEY, AZ 86413

DELAROSA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

DELAROSA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 LAKEWOOD CIR
SAN MATEO, CA 94402

DELAROSA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
489 CENTER GREEN DR
LAS VEGAS, NV 89148

DELAWARE SECRETARY OF STATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 FEDERAL STREET, #4
DOVER, DE 19901

DELAWARE SECRETARY OF STATE
VENDOR #51-6000279

DELAYO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIA CANALE DR
HENDERSON, NV 89011

DELCON PEST CONTROL
PO BOX 34167
LAS VEGAS NV 89133

DELETTO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 VIA STRETTO AVE
HENDERSON, NV 89011

DELFANTE;MATTHEW J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5900 SKY POINTE DR. # 2096
LAS VEGAS, NV 89130

DELGADO,CIRILO F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6545 COLDWATER BAY DR
LAS VEGAS, NV 89122

DELGADO,RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3709 RESEDA CT
N LAS VEGAS, NV 89030

DELGADO;ISAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2855 N. WALNUT
LAS VEGAS, NV 89115

DELGADO;MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3563 TOKYO CT
LAS VEGAS, NV 89115

DELL ACCOUNT CREDIT PLAN
JANET HANCOCK
DEPT. 57-0005818029
P.O. BOX 9020
DES MOINES IA 50368-9020

DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
PO BOC 5275
CAROL STREAM IL 60197-5275

DELL COMMERCIAL CREDIT
P.O. BOX 689020
DEPT. 50-0059073471
DES MOINES IA 50368-9020

DELL COMPUTERS LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 S. BALDWIN AVE
ARCADIA, CA 91007

DELL COMPUTERS LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8007663355
C/O DELL USA L.P.
DEPT LA21205
PASADENA CA 91185-1205

DELL COMPUTERS LP
C/O DELL USA L.P.
DEPT LA21205
PASADENA, CA 91185-1205

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
4307 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

DELL FINANCIAL SERVICES, L.P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12234 N I H 35
BUILDING B
AUSTIN, TX 78735

DELL FINANCIAL SERVICES, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12234 NIH 35 BLDG. B
AUSTIN, TX 78753-1705

DELL FINANCIAL SVC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4307 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

DELL SERVICE SALES
P.O BOX 22130
OAKLAND CA 94623

DELOITTE & TOUCHE LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3773 HOWARD HUGHES PKWY, STE 490N
LAS VEGAS, NV 89169

DELOITTE & TOUCHE LLP
P. O. BOX 2079
CAROL STREAM IL 60132-2079

DELOITTE & TOUCHE LLP
PO BOX 403568
ATLANTA GA 30384-3568

DELOITTE & TOUCHE LLP
PO BOX 7247-6446
PHILADELPHIA PA 19170-6446

DELOITTE FINANCIAL ADVISORY
SERVICES LLP
13763 COLLECTIONS CENTER DR.
CHICAGO IL 60693

DELPERDANG, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4733 TORRANCE BLVD # 581
TORRANCE, CA 90503-4100

DELPERDANG,WILLIAM
P.O. BOX 666
SUN CITY, CA 82586

DELTA ECONOMIC CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16869 S.W. 65TH AVENUE
PMB 379
PORTLAND, OR 97035-7865

DELTA ECONOMIC CONSULTING
NEDRA
16869 S.W. 65TH AVENUE
PMB 379
PORTLAND OR 97035-7865

DELTA PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2570 METROPOLITAN DRIVE
TREVOSE, PA  19053

DELUCA
FILE 50329
LOS ANGELES, CA  90074-0329

DELUCA LIQUOR & WINE LTD
FILE 50329
LOS ANGELES, CA  90074-0329

DEME MANZUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 VIA FRANCIOSA DR
HENDERSON, NV 89011

DEMETRIUS & DARELYN FINISTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
643 CHERVIL VALLEY DR
LAS VEGAS, NV 89138

DEMETRIUS & DARELYN FINISTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1164
LAS VEGAS, NV 89147

DEMPSEY GRAPHICS
INFINITY ENTERPRISES, INC
1932 BOCAL COURT
LAS VEGAS NV 89123

DENEAULT, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1803 GHOST TRACE AVE
LAS VEGAS, NV 89183

DENISE LONGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3970 WAINSCOT CT.
LAS VEGAS NV 89147-6838

DENISE LONGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
83 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

DENISE MARSHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8965 EDGEWORTH PLACE
LAS VEGAS NV 89123

DENISE WASHINGTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7221 COTTONSPARROW ST
LAS VEGAS, NV 89131

DENITZA GASALI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 RUSTY PLANK AVE
LAS VEGAS, NV 89148

DENITZA LARSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1031 VIA CALDERIA PL
HENDERSON, NV 89011

DENNIS & ALISON CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

DENNIS & DOROTHY FROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
437 VIA STRETTO AVE
HENDERSON, NV 89011

DENNIS & DOROTHY FROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 SUMRALL WAY
RENO, NV 89502

DENNIS & JESSICA ARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 ELRIDGE DR
RANCHO PALOS VERDES, CA 90275

DENNIS & JESSICA ARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
959 VIA CANALE DR
HENDERSON, NV 89011

DENNIS & KATHLEEN KACHINSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 SPRING HOLLOW DR
LAS VEGAS, NV 89148

DENNIS & LUNINGNING FAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19348 WINGED FOOT CIR
NORTHRIDGE, CA 91326

DENNIS & LUNINGNING FAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
223 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

DENNIS & MICHELLE PIEDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 COOKS CREEK CT
LAS VEGAS, NV 89148

DENNIS & NANACY KRZEMINSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22526 PORTER ST
NOVI, MI 48374

DENNIS & NANACY KRZEMINSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 SUNSHINE COAST LN
LAS VEGAS, NV 89148

DENNIS & SUELLEN PIRAGES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
608 VIA COLMO AVE
HENDERSON, NV 89011

DENNIS & TESSA KHANH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4649 STUTTGART ST
LAS VEGAS, NV 89147

DENNIS & WENDY PECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

DENNIS BROTARLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30706 TIDEWATER DR
UNION CITY, CA 94587

DENNIS BROTARLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

DENNIS FUSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 RANCHO MARIA ST
LAS VEGAS, NV 89148

DENNIS FUSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9823 NEWVILLE AVE
DOWNEY, CA 90240

DENNIS FUSI & YOUNG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 RANCHO MARIA ST.
LAS VEGAS NV 89148

DENNIS JAMES FANTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1625 S.E.10TH AVE APT.#1003
FT. LAUDERDALE FL 33316

DENNIS MCDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
449 WRIGHT WAY
HENDERSON NV  89015

DENNIS MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7110 ATHELING WAY
WEST HILLS, CA 91307

DENNIS MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1111
LAS VEGAS, NV 89148

DENNIS NOLAN FOR NEVADA
STATE SENATE

DENNIS REGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 CASCADE LAKE ST
LAS VEGAS, NV 89148

DENNIS REGAN
PO BOX 670
LINCOLN CITY, OR 97367

DENNIS, DIONE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
711 DURHAM LANE #E
VENTURA, CA 93004

DENVER NEWSPAPER AGENCY
P.O. BOX 17070
DENVER CO 80217-0070

DEOKI & SHANTA SHARMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5 HARVEST LN
FREEHOLD, NJ 07728

DEOKI & SHANTA SHARMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2099
LAS VEGAS, NV 89148

DEPARTMENT OF ECONOMIC SECURITY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1717 WEST JEFFERSON, 050Z-1, ROOM 119
PHOENIX, AZ 85007

DEPARTMENT OF EMPLOYMENT
EMPLOYMENT SECURITY DIVISION
500 E. THIRD STREET
CARSON CITY NV 89713

DEPARTMENT OF MOTOR VEHICLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 WRIGHT WAY
CARSON CITY, NV 89711-0725

DEPARTMENT OF THE TREASURE
INTERNAL REVENUE SERVICE
ATTN: SANDRA MCKENZIE
P.O. BOX 21126
PHILADELPHIA, PA 19114

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN: ROSE MILCHLING
P.O. BOX 21126
PHILADELPHIA, PA 19114

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN: SANDRA MCKENZIE
P.O. BOX 21126
PHILADELPHIA, PA 19114

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

DEPARTMENT OF THE TREASURY -
INTERNAL REVENUE SERVICE
ATTN: SANDRA MCKENZIE
P.O. BOX 21126
PHILADELPHIA, PA 19114

DEPERIO-SANTOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 FORTRESS COURSE CT
LAS VEGAS, NV 89148

DEPERIO-SANTOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 FORTRESS COURSE CT
LAS VEGAS, NV 89148

DEPERIO-SANTOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4391 LARDO CANTATA ST
LAS VEGAS, NV 89135

DEPT FIRE BLDG & LIFE SAFETY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 WEST WASHINGTON - STE. 100
PHOENIX, AZ 85007-2935

DEPT OF HOMELAND SECURITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7900 AIRPORT RD
WINNEMUCCA, NV 89445

DEPT OF MOTOR VEHICLES
MOTOR CARRIER SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711

DEPT OF MOTOR VEHICLES
REGISTRATION DIVISION
8250 W. FLAMINGO
LAS VEGAS, NV 89147-4111

DEPT OF MOTOR VEHICLES
REGISTRATION DIVISION
LAS VEGAS NV 89102

DEPT. OF BUILDIING
FIRE & LIFE SAFETLY
1110 W. WASHINGTON STE 100
PHOENIX AZ 85007

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DEPT.OF MOTOR VEHICLES CALIF.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2415 1ST AVE
SACRAMENTO CA 94269-0001

DERBEW & ABREHET NEGASH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4777 ASHINGTON ST
LAS VEGAS, NV 89147

DEREK DINEHART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

DEREK HOFSTETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 E PAPAGO DR
FLAGSTAFF, AZ 86001

DEREK SOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1178
LAS VEGAS, NV 89147

DERELLA, NICHOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8172 IMPERIAL LAKES ST
LAS VEGAS, NV 89131

DERENTZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
527 VIA GAROFANO AVE
HENDERSON, NV 89011

DESERT / CLARK COUNTY
LIGHTING CO.
PO BOX 60451
LAS VEGAS NV 89160

DESERT COMMUNITIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE ROAD
LAS VEGAS NV 89147

DESERT HOME ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8635 W. SAHARA AVE. #441
LAS VEGAS, NV  89117

DESERT LINCOLN MERCURY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 NORTH GIBSON ROAD
HENDERSON, NV 89014

DESERT LUCK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%R ROSSI
MILLERSVILLE, MD 21108

DESERT LUCK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1035
LAS VEGAS, NV 89148

DESERT LUCK LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2035
LAS VEGAS, NV 89148

DESERT LUMBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4950 NORTH BERG STREET
N LAS VEGAS, NV 89030

DESERT MESSENGER
WALTER AKIN
P.O. BOX 1187
QUARTZSITE AZ 85346

DESERT PIPE & SUPPLY
ATTN:  KYLE
5245 PROCYON STREET
LAS VEGAS, NV 89118

DESERT PLASTERING LLC
ATTN: HERMELINDA RODRIGUEZ
2602 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

DESERT PLASTERING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2602 LOSEE ROAD
NORTH LAS VEGAS , NV  89030

DESERT PLASTERING, LLC
ATTN: HERMELINDA RODRIGUEZ
2602 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

DESERT PLASTERING, LLC
ATTN: HERMELINDA RODRIQUEZ
2602 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

DESERT RADIOLOGISTS
C/O PROFESSIONAL BILLING LTD.
3090 S. DURANGO # 200
LAS VEGAS NV 89117

DESERT RADIOLOGISTS
HARVEY EISNER
2020 PALOMINO LANE STE 100
LAS VEGAS, NV 89106

DESERT RESTAURANT EQUIP. SER., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2232 SOUTH NELLIS BLVD.
LAS VEGAS, NV 89104

DESERT RIDGE LANDSCAPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3840 CHOLLA DRIVE
LAKE HAVASU CITY, AZ 86406

DESERT SKY REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1306 AUTUMN WIND WAY
HENDERSON NV 89052

DESERT SPECIALTIES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 TRADE DRIVE
N. LAS VEGAS NV 89030

DESERT SPECIALTY RIGGING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5800 S VALLEY VIEW BLVD
STE-107
LAS VEGAS, NV 89118

DESERT SPRINGS POOL SPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8130 S VALLEY VIEW BLVD
LAS VEGAS, NV 89139-7892

DESERT SPRINGS POOL& SPA
LIN WIPPEL
550 N. STEPHANIE RD #A
HENDERSON NV 89014

DESERT SPRINGS POOL& SPA
LIN WIPPEL
8130 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89139

DESERT TRUSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4950 NORTH BERG STREET
N. LAS VEGAS, NV 89030

DESERT VALLEY PTG & D/W
DENNIS
2958 N. COMMERCE #1
NORTH LAS VEGAS NV 89030

DESERT VOLKSWAGON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6375 W SAHARA
LAS VEGAS, NV 89146

DESIGN LENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 N. VISTA DE LA LUNA
LAGUN BEACH , CA 92651

DESIGN SHOWCASE INTERIORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3585 EAST PATRICK LANE, SUITE 700
LAS VEGAS NV 89120

DESIGN SPACE MODULAR BUILDINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2235 ENCINITAS BLVD. SUITE 111
ENCINITAS, CA 92024

DESIGN SPACE MODULAR BUILDINGS
FRANK D'AMELIO
ACCOUNTS RECEIVABLE
2235 ENCINITAS BLVD., STE 111
ENCINITAS CA 92024-4356

DESIGN SPACE MODULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
711 MALL RING CIRCLE STE 104
HENDERSON , NV 89014

DESIGNER SERVICES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3585 E. PATRICK LN. #800
LAS VEGAS NV 89120

DESIGNER WINDOW COVERINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2216 LUCERNE DRIVE
HENDERSON, NV 89014

DESIGNSCAPES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5269 GREEN FOREST WAY
LAS VEGAS NV 89118

DESIREE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

DETROIT INDUSTRIAL TOOL
P.O BOX 7916
VAN NUYS, CA 91409-1068

DEUTERONOMY`S PROMISE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 BLAVEN DR
HENDERSON, NV 89002

DEUTERONOMY`S PROMISE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
785 TOSSA DE MAR AVE
HENDERSON, NV 89002

DEUTSCHE BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 WALL STREET
NEW YORK NY 10005

DEVA MCTEAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2165
LAS VEGAS, NV 89148

DEVAULT ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1655 THOMPSON COURT
KINGMAN AZ 86401

DEVAULT ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4395 N BOND STREET
KINGMAN AZ 86409

DEVELOPERS MAINTENANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 E. LAKE MEAD BLVD.
#220-C
LAS VEGAS NV 89115

DEVELOPMENT PLANNING & FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27127 CALLE ARROYO
SUITE 1910
SAN JUAN CAPISTRANO, CA 92675

DEVELOPMENT PLANNING & FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3302 EAST INDIAN SCHOOL,PHOENI
27127 CALLE ARROYO
SUITE 1910
SAN JUAN CAPISTRANO CA 92675

DEVELOPMENT PLANNING & FINANCING GROUP, IN
ATTN: TAMMY SCOFIELD
DPFG, INC.
27127 CALLE ARROYO STE 1910
SAN JUAN CAPISTRANO, CA 92675

DEVINE FLOORING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2153 E. GORDON, STE E
KINGMAN, AZ 86401

DEVINE, GRIFFIN G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7521 JOCKEY AVE
LAS VEGAS, NV 89130

DEVITA, EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 N. STOCKTON HILL RD. #F-206
KINGMAN, AZ 86409

DEVON GARRATT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 CADDY BAG CT
LAS VEGAS, NV 89148

DEVON TURNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

DEVON TURNER
PO BOX 314
HAKALAU, HI 96710-0314

DEVONSHIRE GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1851 EAST FIRST STREET
SUITE 1400
SANTA ANA CA 92705

DEVRIES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

DEVRIES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 SUNSHINE COAST LN
LAS VEGAS, NV 89148

DEVRIES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 SUNSHINE COAST LN
LAS VEGAS, NV 89148

DEVRIES JR.,RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3273 E. FLAMINGO RD. # 102
LAS VEGAS, NV 89121

DEVRIES S W LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8299 HAWKSHEAD SE
BYRON CENTER, MI 49315

DEVRIES S W LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2040
LAS VEGAS, NV 89148

DEWANE FERRIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
692 HARVESTER COURSE DR
LAS VEGAS NV 89148

DEWANE, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4432 BLUE ROYAL DRIVE
LAS VEGAS, NV 89031

DEX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8400 INNOVATION WAY
CHICAGO, IL  60682-0084

DEYU GONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1248 BRETMOOR WAY
SAN JOSE, CA 95129

DEYU GONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
617 OVER PAR CT
LAS VEGAS, NV 89148

DFS ACCEPTANCE
P.O BOX 99200
CHICAGO IL 60693

DHL EXPRESS (USA) INC.
PO BOX 4723
HOUSTON, TX 77210-4723

DIAL REPROGRAPHICS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 S 3RD STREET STE 910
LAS VEGAS NV 89101

DIAL REPROGRAPHICS, INC
BRYAN DIAL
42 GULF PINES AVE
LAS VEGAS, NV 89148

DIAMOND CONCRETE CUTTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 CORPORATE PARK DRIVE
HENDERSON NV  89074

DIAMOND CONSTRUCTION
ROB SMITH
7885 WESTWIND ROAD.
LAS VEGAS NV 89139

DIAMOND PATIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12A SUNSET WAY
SUITE 116
HENDERSON NV 89014

DIAMOND SPRING WATER, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2428 ASHFORK AVE.
KINGMAN, AZ 86401

DIAMOND SURVEYING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 S. ARVILLE ST., SUITE 205
LAS VEGAS NV 89118

DIAN NESCHEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 PANGLOSS ST
HENDERSON, NV 89002

DIANA BRYSON-DIKES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
473 VIA PALERMO DR
HENDERSON, NV 89011

DIANA PARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 BROKEN PAR DR
LAS VEGAS, NV 89148

DIANE FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7224 EAGLEGATE ST
LAS VEGAS, NV 89131

DIANE KLANITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4786 ESSEN CT
LAS VEGAS, NV 89147

DIANE ROTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
194 CROOKED PUTTER DR
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**                                                                        Served 9/28/2009

DIANE ROTH
PO BOX 81746
LAS VEGAS, NV 89180

DIAZ DE-LEON;JESUS S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WASHINGTON WAY
HENDERSON, NV 89015

DIAZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1121 RAPOSA DR
SAN JOSE, CA 95121

DIAZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9558 VERNEDA CT
LAS VEGAS, NV 89147

DIAZ SALDANA,RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 MCKELLAR CIRCLE, APT F
LAS VEGAS, NV 89119

DIAZ VALTIERRA,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 MCKELLAR CIRCLE, APT F
LAS VEGAS, NV 89119

DIAZ, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5916 OLD RIDGE ROAD
N LAS VEGAS, NV 89031

DIAZ, EDUARDO NUNEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 PERLITER AVENUE
NORTH LAS VEGAS, NV 89030

DIAZ, EFREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3016 E SAINT LOUIS AVE
LAS VEGAS, NV 89104-4264

DIAZ, LUIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 NOVA LN. #2
LAS VEGAS, NV 89115

DIAZ,EFREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4440 E. OGDEN AVE
LAS VEGAS, NV 89110

DIAZ,SARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3448 COLLEGE VIEW # B
NORTH LAS VEGAS, NV 89030

DIAZ,SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 PATTI ANN WOODS
HENDERSON, NV 89002

DIAZ-ARAGON;MARVIN LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1550 E. HARMON AVE
LAS VEGAS, NV 89119

DIAZ-DE LEON,JESUS S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WASHINGTON WAY
HENDERSON, NV 89015

DIAZ-GOMEZ;ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 SUN AVE # A
N LAS VEGAS, NV 89030

DIAZ-GONZALEZ,ANA D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3125 N. PECOS APT # 209
LAS VEGAS, NV 89115

DIAZ-NAVARRO;SERGIO A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2940 ARIES CR
LAS VEGAS, NV 89115

DIAZ-SALGADO,ERNESTO E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 KAREN AVE., #267
LAS VEGAS, NV 89109

DIAZ-SANTANA, JOSE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4321 CINDERELLA LN.
LAS VEGAS, NV 89102

DICKINSON, BRADLEY R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 SUNSET BAY ST.
LAS VEGAS, NV 89148

DICKINSON, SHANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2713 KNIGHTS BRIDGE ROAD
HENDERSON, NV 89074

DICRESCENZO, CHERIE Y
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7023 W. 64TH ST
CHICAGO, IL 60638

DIELCO CRANE SERVICES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5454 ARVILLE ST
LAS VEGAS, NV 89118

DIENA LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 RANCHO MARIA ST
LAS VEGAS, NV 89148

DIENA LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 PALM TRACE AVE
LAS VEGAS, NV 89148

DIENA LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DIGIOVANNI;CHARLES J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 MORNING VIEW DR
HENDERSON, NV 89008

DIGITEK, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2487 SOUTH GILBERT ROAD
SUITE 106-412
GILBERT AZ 85296

DILLEN, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1040 GERANIUM DR
HENDERSON, NV 89015

DILLON BOBBY L & DOROTHY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5033 S AMYTHEST RD
GOLDEN VALLEY, AZ 86413

DILLON BOBBY L & DOROTHY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 AURORA WY
BLYTHE, CA 92225

DIMARIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9262 DAMES ROCKET PL
LAS VEGAS, NV 89148

DINNELLA, FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2126 DAVIS AVE.
KINGMAN, AZ 86401

DIPIETRO; VERONICA  A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 CHASE CANYON COURT
LAS VEGAS, NV 89147

DIRECT GRADING & PAVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2755 N. LAMONT
LAS VEGAS , NV  89115

DIRECTIONAL CONCEPTS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15137 WOODLAWN AVENUE
TUSTIN 92780

DIRECTV
PO BOX 60036
LOS ANGELES, CA  90060-0036

DIRK & MICHELLE FEINBLATT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 TELFER LN
HENDERSON, NV 89002

DIRK GRIFFITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

DIRK GRIFFITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 ARBOUR GARDENS AVE
LAS VEGAS, NV 89148

DIR-OSHA
DIVISION OF INDUSTRIAL RELATIONS
1301 N. GREEN VALLEY PKWY
HENDERSON NV  89074

DIRT MAN
DBA: PALMS PLUS
7845 HAVEN ST.
LAS VEGAS NV 89123

DISCOUNT CELLULAR ACCESSORIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22935 VENTURA BLVD, SUITE 228
WOODLAND HILLS CA 91364

DISCOUNT TIRE CO.
P.O. BOX 29851
PHOENIX, AZ 85038-9851

DISCOUNT TIRES SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6565 W. SAHARA AVE
LAS VEGAS NV 89102

DISTINCTIVE CLEAN-UP
ALAN SKINNER
726 PROSPECT AVENUE
LAS VEGAS NV 89015

DISTINCTIVE CLEAN-UP
STEVE GOLDSTEIN
621 VIA LINDA CT
LAS VEGAS NV 89144

DISTINCTIVE DESIGNS 21, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24835 E. LA PALMA AVE. #J
YORBA LINDA, CA  92887

DISTINCTIVE HOMES MAGAZINE
PO BOX 9277
CANTON OH 44711

DISTINCTIVE MARBLE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 NORTH MOJAVE ROAD
LAS VEGAS, NV 89101

DITILLO, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2877 NIKKI TER
HENDERSON, NV 89074

DIV. OF WATER RESOURCES
STATE OF NEVADA
123 W. NYLE LANE, STE 246
CARSON CITY NV 89706-0818

DIV. OF WATER RESOURCES
STATE OF NEVADA
901 S. STEWART STREET, STE 2002
CARSON CITY NV 89701

DIVERSIFIED DRAFTING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5729 WALKINGSTICK LANE
NORTH LAS VEGAS, NV 89031

DIVERSIFIED GUARDIAN
BILL O'REILLY
4132 S. RAINBOW BLVD.
SUITE 216
LAS VEGAS NV 89103

DIVERSIFIED INTERESTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10777 W. TWAIN AVENUE #333
LAS VEGAS NV 89135

DIVERSIFIED PROTECTION SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6672 BOULDER HIGHWAY
SUITE 1
LAS VEGAS NV 89122

DIVERSIFIED REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10777 W. TWAIN AVE, STE 333
LAS VEGAS NV 89135

DIVERSIFIED REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
911 N. BUFFALO, SUITE 201
LAS VEGAS NV 89128

DIVERSIFIED SAFETY
PO BOX 694
BOCA RATON, FL  33429

DIVINA ESTAVILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 MACOBY RUN ST
LAS VEGAS, NV 89148

DIVINA ESTAVILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DIVINE ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3595 S. HIGHLAND DR
SUITE #4
LAS VEGAS NV 89103

DIVISION OF REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 E SAHARA AVE #102
LAS VEGAS, NV 89104

DIVIX GOLF INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1050 PIONEER WAY
SUITE G
EL CAJON, CA  92020

The Rhodes Companies, LLC - U.S. Mail

DIXON & CHRISTINE KELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

DIXON,WILLIAM B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2732 WATKINS GLEN
HENDERSON, NV 89052

DIXON;JASON M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1620 CHAPMAN DR.
LAS VEGAS, NV 89104

DJB GAS SERVICES INC
P.O BOX 1811
SALT LAKE CITY, UT 84110-1811

D-LIGHTED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5046 SPANISH HILLS DRIVE
LAS VEGAS NV 89148

DMD SPECIAL SITUATIONS FUNDING
AKIM GRATE/ALEXANDER CHAVEZ
4445 WILLARD AVE., 12TH FLOOR
CHEVY CHASE, MD 20815

DMITRY & LYUDMILA VOROBIEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DMITRY KOSOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 RUSTY PLANK AVE
LAS VEGAS, NV 89148

DMITRY KOSOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7548 HAMPTON AVE APT 302
WEST HOLLYWOOD, CA 90046

DMR WEB DESIGNS SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6005 LOGANWOOD DR
ROCKVILLE, MD 20815

DMR WEB DESIGNS SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6005 LOGANWOOD DR
ROCKVILLE, MD 20852

DMYTRO PAVLENKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

DNN ENTERPRISES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7513 CROCKETT LANE
FLAGSTAFF, AZ 86004

DO IT YOURSELF MAGAZINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1716 LOCUST STREET
DES MOINES IA 50309-3023

DOBBS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
222 CLIFF VALLEY DR
LAS VEGAS, NV 89148

DOBBS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

DOCUMENT EVENT VIDEOGRAPHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6822 SEBRING ST.
LAS VEGAS NV 89103-4302

DODSON-DIEFENBACH;BRUCE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 SAN ANDREAS AVE
LAS VEGAS, NV 89121

DODY GILENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

DOG & PONY SHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S. JONES BLVD.  #328
LAS VEGAS NV 89146

DOLORES KENNEDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9217 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

DOMENICO FERRARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 WICKED WEDGE WAY
LAS VEGAS, NV 89148

DOMINADOR & JOSEFINA SUGUITAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 SUMMERWIND DR
MILPITAS, CA 95035

DOMINADOR & JOSEFINA SUGUITAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6698 ROANOKE CT
LAS VEGAS, NV 89148

DOMINGA & REMEGIO ALEGADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2082
LAS VEGAS, NV 89148

DOMINGO & NENITA CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
360 TRAILING PUTT WAY
LAS VEGAS, NV 89148

DOMINGO & NENITA CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5080 HANAWAI ST APT G
LAHAINA, HI 96761

DOMINGUEZ,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
916 SNUG HARBOR ST # B
LAS VEGAS, NV 89110

DOMINGUEZ,BENANCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2751 E. BONANZA RD
LAS VEGAS, NV 89101

DOMINGUEZ,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
916 SNUG HARBOR ST. # B
LAS VEGAS, NV 89110

DOMINGUEZ,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1874 RENADA CIRCLE
NORTH LAS VEGAS, NV 89030

DOMINION ENTERPRISES
PO BOX 9277
CANTON OH 44711

DOMINO
P.O. BOX 37760
BOONE IA 50037

DOMUS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
690 VORTEX AVE
HENDERSON, NV 89002

DON & DOMINA ALVARICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6470 AETHER ST
LAS VEGAS, NV 89148

DON HAMLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

DON KLETZIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5180 CAMERON STREET #6
LAS VEGAS, NV 89118

DON LUCIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

DON MUNGCAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 S GRAND AVE STE 204
LOS ANGELES, CA 90012

DON MUNGCAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
308 WHITE BLUFFS ST
LAS VEGAS, NV 89148

DON POSADAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1345 CARLTON DR
GLENDALE, CA 91205

DON POSADAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 SOGGY RUFF WAY
LAS VEGAS, NV 89148

DONA AND BLISS RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2951 SIENA HEIGHTS DR #1321
HENDERSON NV  89052

DONALD & DEBBIE TYREE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28692 W HARVEST GLEN CIR
CARY, IL 60013

DONALD & DEBBIE TYREE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2105
LAS VEGAS, NV 89148

DONALD & JACLYN PALMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9690 VALMEYER AVE
LAS VEGAS, NV 89148

DONALD & LISA ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7411 HORNBLOWER AVE
LAS VEGAS, NV 89131

DONALD & MARIA MOSCATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1513 71ST ST
DARIEN, IL 60561

DONALD & MARIA MOSCATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 CLIFF VALLEY DR
LAS VEGAS, NV 89148

DONALD & MARIE SEARS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6783 GOLD YARROW ST
LAS VEGAS, NV 89148

DONALD & ROBYN VINES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7204 BUGLEHORN ST
LAS VEGAS, NV 89131

DONALD & TRACY MANNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 BLAVEN DR
HENDERSON, NV 89002

DONALD FIESELMAN AND LISA WOCHINSKI
C/O ERIC RANSAVAGE
7510 BISONWOOD AVE.
LAS VEGAS, NV 89131

DONALD H. WILLIAMS, ESQ.
WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV  89101

DONALD I. ROGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
738 ROCKY TRIAL ROAD
HENDERSON NV  89014

DONALD KLEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
956 VIA STELLATO ST
HENDERSON, NV 89011

DONALD NELSON
P O BOX 36790
LAS VEGAS NV 89133

DONALD RECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 SHORT RUFF WAY
LAS VEGAS, NV 89148

DONALD RECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 24 TH RD
ULYSSES, NE 68669

DONALD REYNOLDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

DONALD SNYDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4711 CALIFA DR
LAS VEGAS, NV 89122

DONALD, RICHARD S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5419 TROPICANA #2510
LAS VEGAS, NV 89103

DONALDSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
349 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

DONE RIGHT PLUMBING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3872 RAYMERT DRIVE
LAS VEGAS NV 89121

DONELL JACKSON
C/O ERIC RANSAVAGE
7220 RED CINDER ST.
LAS VEGAS, NV 89131

DONG & KITTY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

DONG CHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21812 SHEPPARD DR
EAGLE RIVER, AK 99577

DONG CHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
343 CENTER GREEN DR
LAS VEGAS, NV 89148

DONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1165 HELEN DR
MILLBRAE, CA 94030

DONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

DONG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 RUSTY PLANK AVE
LAS VEGAS, NV 89148

DONGHIA FURNITURE
TRACI ROCK/JOHN BOLIN
485 BROADWAY
NEW YORK NY 10013

DONGHIA FURNITURE
TRACI ROCK/JOHN BOLIN
56 WASHINGTON STREET
MOUNT VERNON, NY 10550

DONNA & BENJAMIN OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2213 DELVIN WAY
SOUTH SAN FRANCISCO, CA 94080

DONNA & BENJAMIN OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DONNA DUKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

DONNA HRUSKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
574 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

DONNA KOKOSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
997 VIA CANALE DR
HENDERSON, NV 89011

DONNA LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
535 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

DONNA OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2213 DELVIN WAY
S. SAN FRANCISCO, CA 94080

DONNA OWYOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 TAYMAN PARK AVE
LAS VEGAS, NV 89148

DONOVAN BROTHERS TRUCKING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3116 LA MESA DRIVE
HENDERSON, NV 89014

DONOVAN BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6150 W. 14400 S
HERRIMAN UT 84096

DONOVAN BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7198 PINE BARRENS
LAS VEGAS NV 89148

DON'S OFFICE PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
216 N. 5TH STREET
KINGMEN AZ 86401-5818

DON'S OFFICE PRODUCTS
ATTN: BRIAN E. HARRIS
216 N. 5TH STREET
KINGMAN, AZ 86401

DORAN & KERRY BLANCHFIELD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7208 BUGLEHORN ST
LAS VEGAS, NV 89131

DOREL VORINDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3482 HERA ST.
LAS VEGAS NV 89117

DORIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

DORIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10300 CHARLESTON BLVD # 13-249
LAS VEGAS, NV 89135

DORIS BARTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

DORIS BARTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9420 ANGELFISH DR
LAS VEGAS, NV 89117

DORIS BASIL-IBEGBULAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA LATINA ST
HENDERSON, NV 89011

DORIS BASIL-IBEGBULAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6265 CANEBRAKE COURT
LAS VEGAS NV 89141

DORIS J. SCHOONOVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3203 E THOMPSON AVE
KINGMAN, AZ 86409

DORIS MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

DOROTEO, RODOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2336 DALEY
N LAS VEGAS, NV 89030

DOROTHY CHERENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
663 OTONO DR
BOULDER CITY, NV 89005-3142

DOROTHY CHERENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

DOROTHY GARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9568 LOS COTOS
LAS VEGAS NV 89147

DOROTHY MARBURY, TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
861 N. NELLIS BLVD
LAS VEGAS NV 89110

DORSETT, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 EL CAMINO #243
LAS VEGAS, NV 89102

DOUBLE A ELECTRIC, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 E. CRAIG UNIT A
N. LAS VEGAS, NV 89030

DOUBLE A ELECTRIC, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
570 W. CHEYENNE AVENUE, SUITE 100
NORTH LAS VEGAS, NV 89030

DOUBLE A ELECTRIC, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
580 WEST CHEYENNE AVENUE STE 100
N. LAS VEGAS , NV 89030

DOUBLE A ELECTRIC, LLC
C/O BANKRUPTCY LAW CENTER, LLC
1100 S. 10TH STREET
LAS VEGAS, NV 89104

DOUBLE A ELECTRIC, LLC
C/O LISA C. THOMPSON
BANKRUPTCY LAW CENTER, LLC
1100 S. 10TH ST.
LAS VEGAS, NV 89104

DOUBLE TREE SECURITY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5157 HUNTINGTON ROAD
FORT MAJAVE, AZ 86426

DOUCET, ANNA P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 CHAMBERS STREET
LAS VEGAS, NV 89115

DOUG PFANNENSTIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1032 VIA CANALE DR
HENDERSON, NV 89011

DOUGALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 INDIAN RUN WAY
LAS VEGAS, NV 89148

DOUGLAS & JANE BELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
750 WIGAN PIER DR
HENDERSON, NV 89002

DOUGLAS & JILL FORESTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 BROKEN PAR DR
LAS VEGAS, NV 89148

DOUGLAS & KIMBERLY ECKROTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4484 NORMANDY CT
LONG GROVE, IL 60047

DOUGLAS & KIMBERLY ECKROTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 LAYING UP CT
LAS VEGAS, NV 89148

DOUGLAS & MONA CANADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 VIA PALERMO DR
HENDERSON, NV 89011

DOUGLAS & PATRICIA FOERTSCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
976 VIA CANALE DR
HENDERSON, NV 89011

DOUGLAS & SYLVIA EINFELD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
435 CASA RIO DR
KELOWNA BC V1Z 3L6
CANADA

DOUGLAS & SYLVIA EINFELD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
599 CENTER GREEN DR
LAS VEGAS, NV 89148

DOUGLAS BUSCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

DOUGLAS E. SWALLOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2940 MAJESTIC HEIGHTS
LAS VEGAS NV 89117

DOUGLAS EPLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11105 N 1115 ST #1102
SCOTTSDALE AZ 85259

DOUGLAS HALWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 BLUE TEE CT
LAS VEGAS, NV 89148

DOUGLAS HALWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8949-107A AVE
GRAND PRAIRIE AB
CANADA

DOUGLAS VETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1133 WESTCHESTER AVE
WHITE PLAINS, NY 10604

DOUGLAS VETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1121
LAS VEGAS, NV 89148

DOW JONES & COMPANY, INC
OCR PROCESSING
P.O. BOX 931
CHICOPEE MA 01021-0931

DOWN BY THE RIVER FINISH CARPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3108 LEAWOOD DRIVE #B
LAKE HAVASU CITY, AZ 86404

DOWN SYNDROME ORGANIZATION
OF SOUTHERN NEVADA
5300 VEGAS DRIVE
LAS VEGAS NV 89108-2347

DOWNEY BRAND, LLP
ATTORNEYS-AT-LAW
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CA 95814

DOWNEY BRAND, LLP
DOWNEYBRAND.COM
ATTORNEYS-AT-LAW
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO CA 95814

DR DRYWALL & PAINT TOO, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2620 S MARYLAND PKWY #135
LAS VEGAS, NV 89109

DR. DRYWALL & PAINT,TOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2408 SANTA CLARA ST
LAS VEGAS NV 89104

DR. DRYWALL & PAINT,TOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
953 E. SAHARA BLDG F # F15
LAS VEGAS, NV 89104

DR. KINCAID CHAIR LO
P. O. BOX 925
LANOIR NC 28645

DRAKE ASPHALT & CONCRETE
SYSTEMS
PO BOX 231749
LAS VEGAS NV 89105

DRATTER ELECTRICAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2681 INDUSTRIAL ROAD
LAS VEGAS, NV  89109

DRAZAN & TANJA MARINOVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 DOG LEG DR
LAS VEGAS, NV 89148

DREAM TUBS INC,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7388 SCOTTISH CASTLE AVENUE
LAS VEGAS, NV 89113

DREW ASPHALT PAVING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4510 N. VALADEZ ST.
LAS VEGAS NV 89129

DREW BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9271 ORCHID PANSY AVE
LAS VEGAS, NV 89148

DRI RESEARCH FOUNDATION
ATTN: HILARY CROWLEY
755 EAST FLAMINGO ROAD
LAS VEGAS NV 89119

DRI RESIDENTIAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17182 ARMSTRONG AVENUE
IRVINE, CA 92614

DRI RESIDENTIAL NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17182 ARMSTRONG AVE
IRVINE, CA 92614-5718

DRINA FRIED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1035 VIA SANGUINELLA ST
HENDERSON, NV 89011

DRINA FRIED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 WESTBLUFF CT
BAKERSFIELD, CA 93305

DRISKILL,ROBERT MICHEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26201 WHEAT STREET
SUN CITY, CA 82585

DRIVESAVERS DATA RECOVERY, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 BEL MARIN KEYS BLVD.
NOVATO CA 94949

DROR MIDANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6772 GOLD YARROW ST
LAS VEGAS, NV 89148

DS WATER/SPARKLETTS
P.O. BOX 660579
DALLAS, TX 975266-0579

D'STYLE
C/O QUANTUM RESOURCES
13030 INGLEWOOD AVE. #200
HAWTHORNE, CA 90250

D'STYLE
SHARON/STEVE
C/O QUANTUM RESOURCES
13030 INGLEWOOD AVE. #200
HAWTHORNE CA 90250

DTG OPERATIONS, INC.
SUBROGATION DEPARTMENT
DEPT. 927
TULSA OK 74182

DUFFY, PATRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10986 IRIS CANYON LANE
LAS VEGAS, NV 89135

DUGER HAUL IT ALL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
845 ROLLING HILLS PLZ. N.
LAKE HAVASU CITY AZ 86406

DUK & YONG CHONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

DUKE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 BIG CREEK CT
LAS VEGAS, NV 89148

DUKE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6778 GOLD YARROW ST
LAS VEGAS, NV 89148

DULCE & GERALDO MATIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
495 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

DUN & BRADSTREET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 REMITTANCE DR SUITE 1793
CHICAGO IL 0675-1793

DUNCAN, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 FLAMING CORAL LANE
LAS VEGAS, NV 89130

DUNN EDWARDS CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4885 EAST 52ND PLACE
LOS ANGELES CA 90040-2884

DUNN LEASING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9705 MARCELLINE AVE
LAS VEGAS, NV 89148

DUNN LEASING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
PO BOX 28100
LAS VEGAS, NV 89126

DUO DARLISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10809 SILVER LACE LN
LAS VEGAS, NV 89135

The Rhodes Companies, LLC - U.S. Mail

DUO DARLISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

DUPONT, RAYMOND C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6914 E HAWTHORNE STREET
TUCSON, AZ 85710

DURAN ONOFRE, RIGOBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3512 ORVIS ST NORTH
N LAS VEGAS, NV 89030

DURAN ONOFRE,RIGOBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 S. NELLIS # 22
LAS VEGAS, NV 89121

DURAN, LINDSEY G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8876 CONTRADA CT
LAS VEGAS, NV 89148

DURAN,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
380 MAYDELLE # F
LAS VEGAS, NV 89101

DURON, ALAIN JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
919 N. BELVEDERE AVE  #1101
TUCSON, AZ 85711

DUSKO & LIDIJA ZIVANOVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9699 MARCELLINE AVE
LAS VEGAS, NV 89148

DUST BUSTERS AIR QUALITY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3433 LOSEE ROAD # 5
NORTH LAS VEGAS NV 89030

DUST BUSTERS AIR QUALITY, LLC
DEBRA GRANT
6988 O'BANNON DRIVE
LAS VEGAS, NV 89117

DUST DOWN WATER TRUCKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 E. HOUSTON AVENUE
GILBERT AZ 85234

DUSTIN FITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

DUTTON, EDWARD J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11434 JOSHUA DRIVE #22
YUMA, AZ 85365

DWELL
P.O. BOX 5100
HARLAN IA 51593

DWIGHT & GUIA CABELLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
472 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

DWIGHT & GUIA CABELLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8382 SNOWDEN AVE
PANORAMA CITY, CA 91402

DWIGHT HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 CRAIGMARK CT
HENDERSON, NV 89002

DWIGHT HAYES
P.O. BOX 1937
DOLAN SPRINGS AZ 86441

DWILLIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
799 TELFER LN
HENDERSON, NV 89002

DWILLIS FAMILY
PO BOX 62055
BOULDER CITY, NV 89006

DWYAN W. WOODLAND
ARROW AIR CONDITIONING
1776 COTTONWOOD LANE
MOHAVE VALLEY AZ 86440

DYHRKOPP, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8612 FALCON CREST DR
MCKINNEY, TX 75070-6730

DYLAN LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4911 MISSION BAY DRIVE
LAS VEGAS, NV 89113-1350

DYNAMIC HEATING & AIR CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 BIRTCHER DRIVE
LAS VEGAS, NV 89118

DYNAMIC HEATING & AIR OF NEVADA, INC.
ATTN: MICHAEL MAHONY
3315 BIRTCHER DRIVE
LAS VEGAS, NV 89118
USA

DYNAMIC PLUMBING SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4745 COPPER SAGE STREET
LAS VEGAS NV 89115

DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA
ATTN: SUSAN BARKER
4745 COPPER SAGE STREET
LAS VEGAS, NV 89115

DYNASTY CULTURED MARBLE PROD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3099 SYCAMORE AVE.
KINGMAN AZ 86401

DYNTEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19700 FAIRCHILD RD
IRVINE , CA  92612

DYNTEK SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1453 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0014

E & D COMPANY, PLLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4943 N. 29TH E STE. A
IDAHO FALLS ID 83401

E.O.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1705 ANDERSON AVENUE
COMPTON CA 90220

EADE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 TALL RUFF DR
LAS VEGAS, NV 89148

EAGAR WELDING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 SENECA DRIVE
FLAGSTAFF, AZ 86001

EAGLE CHEMICAL SERVICE
P.O. BOX 11033
FORT MOJAVE AZ 86427

EAGLE FENCE COMPANY
CHIP LORIN
P.O. BOX 12386
BULLHEAD CITY AZ 86429

EAGLE HEIGHTS HOA AT ELKHORN SPRINGS
C/O LEROY M THOMPSON
3373 WYNN ROAD SUITE C
LAS VEGAS, NV 89102

EAGLE JET AVIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5220 HAVEN ST.
SUITE 105, HANGER 5
LAS VEGAS, NV 89119

EAGLE JET AVIATION
VAN NUYS OFFICE
5220 HAVEN ST.
SUITE 105
LAS VEGAS NV 89119

EAGLE MOUNTAIN CONST.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3885 E INDUSTRIAL
FLAGSTAFF, AZ 86004

EAGLE PAINTING & DRYWALL
ATTN: CYNTHIA STINE
6225 HARRISON DRIVE, SUITE #1
LAS VEGAS, NV 89120
USA

EAGLE PAINTING & DRYWALL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6225 HARRISON DR
SUITE 1
LAS VEGAS, NV 89120

EAGLE PROMOTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4575 W. POST ROAD
SUITE 100
LAS VEGAS NV 89118

EAGLE QUEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4312 EVANS RIDGE COURT
LAS VEGAS NV 89129

EAKIN;RYAN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
705 HERITAGE POINT
HENDERSON, NV 89015

EAMON & JESSIE SPRINGALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 COREY CREEK CT
LAS VEGAS, NV 89148

EARL POINTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5011 PACHIC VILLAGE DR
CARPINTERIA, CA 93013

EARL POINTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9258 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

EARL WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9668 ZIEGLER AVE
LAS VEGAS, NV 89148

EARNEST & RACHEL COE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
247 DOG LEG DR
LAS VEGAS, NV 89148

EARNEST ELLIOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 HONORS COURSE DR
LAS VEGAS, NV 89148

EARTH DEVELOPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7777 HAUCK STREET
PO BOX 36717
LAS VEGAS NV 89139-0101

EARTHCALC INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
909 15 ST. , SUITE 6
MODESTO CA 95354

EARTHLINK NETWORK, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1375 PEACHTREE ST. N.E.
ATLANTA, GA 30309-3173

EARTHLINK NETWORK, INC.
ATTN: VANESSA
PO BOX 6452
CAROL STREAM IL 60197-6452

EARTHLINK NETWORK, INC.
PO BOX 6452
CAROL STREAM, IL 60197-6452

EAST & WEST COAST SUPPLIES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 AVENUE J
BROOKLYN NY 11210

EAST PENN MANUFACTURING, INC
BOX 4191
P.O. BOX 8500
PHILADELPHIA, PA 19178-4191

EAST VALLEY PARTNERSHIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 S. POWER ROAD
SUITE 225-1
MESA, AZ 85209

EASTERN PACIFIC APPAREL
P O BOX 72
BRATTLRBORO, VT  05302-0072

EASTGATE REALTY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7010 165TH PL SW
EDMONDS, WA 98026

EASTGATE REALTY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1025
LAS VEGAS, NV 89148

EASTGATE REALTY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1028
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7010 165TH PL SW
EDMONDS, WA 98026

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7019 165TH PL SW
EDMONDS, WA 98026

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1026
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1027
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2025
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2026
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2027
LAS VEGAS, NV 89148

EASTGATE REALTY CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2028
LAS VEGAS, NV 89148

EASTRIDGE TEMPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4220 S. MARYLAND PRKWY,STE 205
LAS VEGAS NV 89119

EBBIN MOSER + SKAGGS LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
550 MONTGOMERY ST., SUITE 900
SAN FRANCISCO CA 94111

ECAMERAFILMS.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 SOUTH 2ND STREET
SUITE K
DEER PARK MD 11729

ECAMERAFILMS.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 SOUTH 2ND STREET
SUITE K
DEER PARK, NY 11729

ECAMSECURE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
436 W. WALNUT ST.
GARDENA CA 90248

ECCO
ATTENTION CREDIT DEPARTMENT
1417 N SUSAN STREET
SANTA ANNA, CA 92703

ECHEVERRIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 WATERTON LAKES AVE
LAS VEGAS, NV 89148

ECHEVERRIA FAMILY
PO BOX 7696
VENTURA, CA 93006

ECHO STORAGE OPTIONS
P.O. BOX 6487
KINGMAN AZ 86402-6487

ECLIPS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
343 HARPERS FERRY AVE
LAS VEGAS, NV 89148

ECOLAB PEST ELIMINATION
P.O. 6007
GRAND FORKS, ND  58206-6007

ECON APPLIANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6630 ARROYO SPRINGS ST.
STE 1200
LAS VEGAS, NV 89113

ECONOMY MOVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4287 W. SWIFT
P.O. BOX 7624
FRESNO CA 93747

ECOSURE
P.O. BOX 6009
GRAND FORKS, ND  58206

ED & PAIGE SONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
366 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

EDDIE & ABUNDIA PANCIPANCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
577 OVER PAR CT
LAS VEGAS, NV 89148

EDDIE & ABUNDIA PANCIPANCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
87-126 HELELUA ST APT D202
WAIANAE, HI 96792

EDDIE & FANNIE LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1172 EARNEST ST
HERCULES, CA 94547

EDDIE & FANNIE LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 TAYMAN PARK AVE
LAS VEGAS, NV 89148

EDDIE HUNTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

EDDY-LI YIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1129 FAIRVIEW AVE UNIT C2
ARCADIA, CA 91007

EDDY-LI YIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 LADIES TEE CT
LAS VEGAS, NV 89148

EDELMAN
TEDDY & ARTHUR EDELMAN
80 PICKETT DISTRICT ROAD
NEW MILFORD CT 06776

EDER, COREY M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4389 CLEAR BROOKE PL
LAS VEGAS, NV 89178

EDER, PAUL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
570 SWISS COTTAGE AVE
LAS VEGAS, NV 89178

EDERLYN & ARNULFO ALCARAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9712 MARCELLINE AVE
LAS VEGAS, NV 89148

EDGAR CAMEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
307 YOAKUM PKWY APT 1508
ALEXANDRIA, VA 22304

EDGAR CAMEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1067
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail                                                                          Served 9/28/2009

EDGAR MANVELYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310 TAYMAN PARK AVE
LAS VEGAS, NV 89148

EDGAR MANVELYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
466 RIVERDALE DR APT 208
GLENDALE, CA 91204

EDGAR MCDOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

EDGARDO & IRMA VALDIVIESO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 LAYING UP CT
LAS VEGAS, NV 89148

EDGARDO & LIGAYA SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5499 CARBILLO SUR
EL SOBRANTE, CA 94803

EDGARDO & LIGAYA SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1142
LAS VEGAS, NV 89148

EDGARDO & MARIA CRISOSTOMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6621 BABYS TEAR PL
LAS VEGAS, NV 89148

EDGARDO & MARIA CRISOSTOMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7327 RISTORO ST
LAS VEGAS, NV 89148

EDGARDO ASUNCION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ANGELS TRACE COURT
LAS VEGAS NV 89148

EDGARDO BARRANTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8438 CAPRICORN WAY UNIT 16
SAN DIEGO, CA 92126

EDGARDO BARRANTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1083
LAS VEGAS, NV 89148

EDIL & GAUDELIA BAUZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 SPRING HOLLOW DR
LAS VEGAS, NV 89148

EDILBERTO & ANITA LANSANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2248 TANGER CT
UNION CITY, CA 94587

EDILBERTO & ANITA LANSANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

EDITH CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 CLIFF VALLEY DR
LAS VEGAS, NV 89148

EDITHA & DANILO SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

EDITHA & DANILO SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3912 SPYGLASS CT
STOCKTON, CA 95219

EDMUND & JANET GYLLENHAMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 OVER PAR CT
LAS VEGAS, NV 89148

EDMUND YEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
614 SHENANDOAH STREET
THOUSAND OAKS CA 91360

EDNA & DANILO PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1061 VIA CORTO ST
HENDERSON, NV 89011

EDNA & DANILO PAULE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7701 MAN O WAR ST
LAS VEGAS, NV 89131

EDUARDO & ELOIZA BALUYUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 TAYMAN PARK AVE
LAS VEGAS, NV 89148

EDUARDO & ISABEL RAMIREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

EDWARD & AMY JETER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7225 TEALWOOD ST
LAS VEGAS, NV 89131

EDWARD & ANNE KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 CASCADE LAKE ST
LAS VEGAS, NV 89148

EDWARD & ANNE KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

EDWARD & BUA JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 VIA DI CITTA DR
HENDERSON, NV 89011

EDWARD & BUA JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7020 STATENDAM CT
MCLEAN, VA 22101

EDWARD & JANINA MACEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
118 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

EDWARD & JANINA MACEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

EDWARD & MARTA DEVRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 SULLY CREEK CT
LAS VEGAS, NV 89148

EDWARD & MARTA DEVRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 SUNSHINE COAST LN
LAS VEGAS, NV 89148

EDWARD & PEARL WATSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

**The Rhodes Companies, LLC - U.S. Mail**

EDWARD & PEARL WATSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8820 HORIZON RIDGE WIND AVE #101
LAS VEGAS, NV 89178

EDWARD & VERA VIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1072 VIA CORTO ST
HENDERSON, NV 89011

EDWARD & VERA VIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 SW WASHINGTON ST STE 758
PORTLAND, OR 97205

EDWARD A. WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3214 VELVET ROSE
LAS VEGAS, NV 89135

EDWARD CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
923 VIA CANALE DR
HENDERSON, NV 89011

EDWARD HARBORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
515 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

EDWARD KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 WALL STREET
APT. 2808
NEW YORK NY 10005

EDWARD ROSALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2938 OMAHA AVE
VENTURA, CA 93001-1227

EDWARD ROSALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1084
LAS VEGAS, NV 89148

EDWARD ROSALES
PO BOX 1082
CARPINTERIA, CA 93014

EDWARD S. JONES
AND BUA T. JONES
7020 STATENDAM COURT
MCLEAN VA 22101

EDWARD SAMBRANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 E MOSS ST
CHULA VISTA, CA 91911

EDWARD SAMBRANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

EDWARD SHAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1143
LAS VEGAS, NV 89148

EDWARD SWADISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 CASCADE LAKE ST
LAS VEGAS, NV 89148

EDWARD SWADISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4640 ARVILLE ST STE D
LAS VEGAS, NV 89103

EDWARD WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1095
LAS VEGAS, NV 89147

EDWARDS, HALE, STURMAN AND
CUSHING, LTD.
415 SOUTH SIXTH STREET, SUITE 300
LAS VEGAS NV 89101-6937

EDWARDS,BETTY
P.O. BOX 1001
TONALEA, AZ 86044

EDWARDS;ANDREW D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9836 LENOX CREST PL.
LAS VEGAS, NV 89134

EDWIGE FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 DOG LEG DR
LAS VEGAS, NV 89148

EDWIGE FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

EDWIN & DEBORAH BERGQUIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 VOLTAIRE AVE
HENDERSON, NV 89002

EDWIN & GAIL EDEJER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19 QUAIL VALLEY ST
LAS VEGAS, NV 89148

EDWIN & GAIL EDEJER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6571 W OQUENDO RD
LAS VEGAS, NV 89118

EDWIN & GINA BEAMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

EDWIN & SONIA PORTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 MACOBY RUN ST
LAS VEGAS, NV 89148

EDWIN & SONIA PORTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
218 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

EDWIN & SONIA PORTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4135 FOREST HILL CT
HAYWARD, CA 94542

EDWIN & SONIA PORTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
837 GELLERT BLVD
DALY CITY, CA 94015

EFFECTIVE RISK MANAGEMENT
PAULINE THOMAS, CRM,CIC,ARM
19200 VON KARMAN AVE, STE 500
IRVINE CA 92612-8553

EFFICIENT SPACE PLANNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4337 W. SUNSET RD
LAS VEGAS NV 89118

EFRAIM PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4633 N LARAMIE AVE
CHICAGO, IL 60630

EFRAIM PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

EFRAIN AMECUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1005 VIRGIL ST
LAS VEGAS, NV 89190
USA

EFREN DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3016 E SAINT LOUIS AVE
LAS VEGAS, NV 89104-4264

EGBERT POWER AND SOUND INC
ALL THESE CABLES
3000 W. ANN ROAD 102-125
NORTH LAS VEGAS NV 89031

EGBERT POWER AND SOUND INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3585 S. HIGHLAND DR. # 52
LAS VEGAS, NV 89103

EGGERS,ROBERT L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7045 W. AGUA FRIA DRIVE
GOLDEN VALLEY, AZ 86413

EHUD BEN-AMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 ANGELS TRACE CT
LAS VEGAS, NV 89148

EHUD BEN-AMI
PO BOX 241547
LOS ANGELES, CA 90024

E-INFORMATION TECHNOLOGY
PO BOX 50402
HENDERSON NV 89016-0402

EJIGU BIRRU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6789 GOLD YARROW ST
LAS VEGAS, NV 89148

ELAINA HARTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9657 MARCELLINE AVE
LAS VEGAS, NV 89148

ELAINE & TONY LUU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 CROOKED PUTTER DR
LAS VEGAS, NV 89148

ELAINE & TONY LUU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3605 HUMMER RD
ANNANDALE, VA 22003

ELAINE GOODMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 VORTEX AVE
HENDERSON, NV 89002

ELAIS H. MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 N JONES BLVD APT 2021
LAS VEGAS, NV 89108-3779

ELAN FINANCIAL SERVICES
P.O.BOX 790408
ST. LOUIS MO 63179-0408

ELDERHORST BELLS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
875 GRAVEL PIKE
PALM PA 18070

ELDON & TEAL ALVORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9310 PERENNIAL AVE
LAS VEGAS, NV 89148

ELDORADO HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1139 N. LINN LANE
LAS VEGAS NV 89110

ELEANOR BENITEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1007 S CENTRAL AVE # 212
GLENDALE, CA 91204

ELEANOR BENITEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6697 KEYESPORT CT
LAS VEGAS, NV 89148

ELECTRIC CAL, INC.
JASON KNIGHT
DBA/ REEL SOUND
6440 SCHIRLLS STREET
LAS VEGAS NV 89118

ELECTRIC LIGHTWAVE, INC.
P.O. BOX 20553
ROCHESTER NY 14602-0553

ELEMENT LANDSCAPE & CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 PAINTED VIEW ST.
HENDERSON NV 89012

ELENA ELAMPARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 SANDY BUNKER LN
LAS VEGAS, NV 89148

ELENA ELAMPARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5261 POLIS DR
LA PALMA, CA 90623

ELENA R. ELAMPARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5261 POLIS DRIVE
LA PALMA CA 90623

ELENA SLANEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

ELENA SLANEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
372 GRANDOVER CT
LAS VEGAS, NV 89148

ELENA WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7528 ROYAL CRYSTAL ST
LAS VEGAS NV 89149-0170

ELENITA & ALEXANDER PENANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 ROCK RUN ST
LAS VEGAS, NV 89148

ELIAS & VIOLET MASSARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1090
LAS VEGAS, NV 89148

ELIAS H. MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 N JONES BLVD APT 2021
LAS VEGAS, NV 89108-3779

ELIAZAR ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 ROBERTS ST #A
RENO, NV 89502

ELISE IMBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 VIA SAINT ANDREA PL
HENDERSON, NV 89011

ELISHA MCCALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

ELISHA MCCALL
PO BOX 4413
CEDAR HILL, TX 75106

ELITE INSTALLATIONS,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9312 RICARDO LANE
LAS VEGAS NV 89117

ELITE REALTY
ALEXIS HARDING
8605 S. EASTERN AVE STE B-102
LAS VEGAS NV

ELIZABETH & ERNESTO SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2351 FLINT AVE
SAN JOSE, CA 95148

ELIZABETH & ERNESTO SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 HORNBLOWER AVE
LAS VEGAS, NV 89131

ELIZABETH & JEAN-PIERRE ROMPRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6736 GOLD YARROW ST
LAS VEGAS, NV 89148

ELIZABETH & RICHARD HUEBNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8960 LANSBERRY CT
LAS VEGAS, NV 89147

ELIZABETH & RICHARD KOLKOSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7501 HORNBLOWER AVE
LAS VEGAS, NV 89131

ELIZABETH F. LUU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1576 10TH AVENUE
SAN FANCISCO CA 94122

ELIZABETH HARTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

ELIZABETH HARTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7225 COTTONSPARROW ST
LAS VEGAS, NV 89131

ELIZABETH HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

ELIZABETH HUANG & MICHAEL MOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2012 HORIZON COURT
SAN LEANDRO CA 94579

ELIZABETH LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 ANGELS TRACE CT
LAS VEGAS, NV 89148

ELIZABETH LUU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1576 10TH AVE
SAN FRANCISCO, CA 94122

ELIZABETH LUU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1042
LAS VEGAS, NV 89148

ELIZABETH MARCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1101
LAS VEGAS, NV 89148

ELIZABETH MONTGOMERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

ELIZABETH MORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

ELIZABETH QUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
308 DOG LEG DR
LAS VEGAS, NV 89148

ELIZABETH QUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9970 WAXBERRY CT
LAS VEGAS, NV 89178

ELIZABETH TOBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ELIZONDO;ALEX S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 E. BONANZA RD. # 149
LAS VEGAS, NV 89110

ELKHORN INVESTMENTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

ELKHORN PARTNERS L P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

ELKINS, JOHNNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11027 PENTLAND DOWNS ST
LAS VEGAS, NV 89141

ELLEN KAPTAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
424 VIA STRETTO AVE
HENDERSON, NV 89011

ELLENSWORTH TRUCK & AUTO MACH.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1167 KNOLLWOOD CIRCLE
ANAHEIM CA 92801

ELLOITT & SANDRA SAFERIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1051 VIA SAINT LUCIA PL
HENDERSON, NV 89011

ELLSWORTH,BRANDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2122 DAVIS AVE
KINGMAN, AZ 83401

ELMER & MARIA GOROSPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 DOG LEG DR
LAS VEGAS, NV 89148

ELMIRA PARKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 BANFF CT
LAS VEGAS NV 89148

ELROY GOMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
782 WIGAN PIER DR
HENDERSON, NV 89002

ELSA & ROMULO CONLU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
787 CRAIGMARK CT
HENDERSON, NV 89002

ELSA PAHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9711 MARCELLINE AVE
LAS VEGAS, NV 89148

ELSA PAHANG
PO BOX 23082
KETCHIKAN, AK 99901

ELSIDITA YUMUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
113 WATER HAZARD LN
LAS VEGAS, NV 89148

ELSIDITA YUMUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
803 E HADLER ST
CARSON, CA 90745

ELSINORE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

ELSINORE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3430 BUNKERHILL DR # A
N LAS VEGAS, NV 89032

ELSINORE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
489 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ELVIE JIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2131 S FERRIER CT
LA HABRA, CA 90631

ELVIE JIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 VIA FRANCIOSA DR
HENDERSON, NV 89011

EMAD & /OR KHWEISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6835 ROSE MALLOW ST
LAS VEGAS, NV 89148

EMANUEL & SHANNON SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 VORTEX AVE
HENDERSON, NV 89002

EMBARQ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2340 E. TROPICANA AVE
LAS VEGAS, NV 89119

EMBARQ
P.O. BOX 660068
DALLAS , TX  8-75255-0068

EMBARQ
P.O. BOX 79133
PHOENIX, AZ  85062-9133

EMBARQ
PO BOX 219008
KANSAS CITY , MO  64121

EMBARQ
PO BOX 660068
DALLAS TX 75266-0068

EMBARQ
PO BOX 79133
PHOENIX AZ 85062-9133

EMBARQ
PO BOX 96031
CHARLOTTE NC 28296-0031

EMBARQ COMMUNICATIONS, INC
PO BOX 219008
KANSAS CITY MO 64121-9108

EMBARQ COMMUNICATIONS, INC
PO BOX 79255
CITY OF INDUSTRY, CA 91716-9255

EMBARQ COMMUNICATIONS, INC.
ATTN: SAMANTHA KARLSSON
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

EMBARQ- DEPOSIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 S. VALLEY VIEW BLVD.
ATTN: SUBDIVISION DESK
LAS VEGAS NV 89107

EMC INSURANCE COMPANIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16150 N. ARROWHEAD
FOUNTAIN CENTER DR, SUITE 350
PEORIA AZ 85385

EMCENTRIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4411 MAR ESCARPA
SAN CLEMENTE CA 92673

EMEDCO
P.O. BOX
BUFFALO NY 14240-0369

EMEN & ARK TOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
167 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

EMEN & ARK TOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 SWEENY ST
SAN FRANCISCO, CA 94134

EMERALD AIRE HEATING & A/C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2622 TWIN PINES AVE.
HENDERSON, NV  89074

EMERALD SHOTCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7150 W LANDBERG AVE
LAS VEGAS NV 89124

**The Rhodes Companies, LLC - U.S. Mail**

EMETERIA UTTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4878 CALIFA DR
LAS VEGAS, NV 89122

EMI NETWORK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 ELM STREET, SUITE 1150
CINCINNATI OH 45202

EMILE C. LIAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 TAYMAN PARK AVE
LAS VEGAS, NV 89148

EMILIA SAMBAJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 IBIS COURT
HENDERSON NV  89052

EMILIO & JANETH FERMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6867 BABY JADE CT
LAS VEGAS, NV 89148

EMILY & FELIX REFUERZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1730 SACCHETTI CIR
STOCKTON, CA 95206

EMILY & FELIX REFUERZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6615 BABYS TEAR PL
LAS VEGAS, NV 89148

EMILY CHOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA SANGUINELLA ST
HENDERSON, NV 89011

EMILY CHOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
543 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

EMILY CHOE-KELLER WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA SANGUINELLA STREET
4652 HOLLYWOOD BLVD
LOS ANGELES CA 90027

EMILY CHOE-KELLER WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4652 HOLLYWOOD BLVD
LOS ANGELES, CA 90027

EMMA HEALY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2043
LAS VEGAS, NV 89148

EMMANUEL CARDENUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9475 MARSHALL CREEK ST
LAS VEGAS, NV 89178

EMMANUEL CHAMBERLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 HARPERS FERRY AVE
LAS VEGAS, NV 89148

EMOND & EDEN LABAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3501 SHADY TIMGBER ST
LAS VEGAS, NV 89129

EMOND & EDEN LABAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

EMP. BENEFITS INST. OF AMER.
P.O. BOX 33410
SEATTLE WA 98133-0410

EMPG/ST. ROSE DOMINICAN HOSP
P. O. BOX
COLUMBUS OH 43218-2554

EMPIRE APPRAISAL SERVICES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5265 S DURANGO BLVD. SUITE 100
LAS VEGAS NV 89113

EMPIRE CAT
P.O. BOX 2985
PHOENIX AZ 85062

EMPIRE CAT
P.O. BOX 29879
PHOENIX, AZ  85038-9879

EMPIRE SOUTHWEST, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1725 S. COUNTRY CLUB DR.
MESA, AZ 85210-6003

EMPIRE SOUTHWEST, LLC
ATTN: GARY JENSEN
P.O. BOX 2985
PHOENIX, AZ 85062

EMPIRE STEEL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1757 AUTUMN RUST DR.
LAS VEGAS, NV 89119

EMPIRE TRANSPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 W. IRON AVE.
MESA AZ 85210

EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 66014
ANAHEIM CA 92816

EMPLOYMENT SECURITY DIVISION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 E. THIRD ST
CARSON CITY, NV 89713-0030

EMTIAZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3619 MALIBU COUNTRY DR
MALIBU, CA 90265

EMTIAZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ENCO SOUTHWEST, INC.
STEVE COTTRELL
1426 PUEBLO DRIVE
BOULDER CITY AZ 89005-3207

ENDURA STEEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1470 EAST TORRANCE RD
FT. MOHAVE, AZ 86430

ENDY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 QUAIL VALLEY ST
LAS VEGAS, NV 89148

ENDY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2037 CHERRY CREEK CIR
LAS VEGAS, NV 89135

ENERGY INSPECTORS
ATTN: TROY SHAY
8515 EDNA AVE
SUITE 210
LAS VEGAS, NV 89117

ENERGY INSPECTORS (WREDCO)
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8515 EDNA AVENUE
SUITE 210
LAS VEGAS NV 89117

ENERGY INSPECTROS (WREDCO, INC.)
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7945 W SAHARA AVE STE 201
LAS VEGAS, NV 89117

ENGER'S FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8779 LAS OLIVAS AVE
LAS VEGAS, NV 89147

ENGINEERING SOLUTIONS & DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9393 W 110TH ST., SUITE 500
OVERLAND PARK KS 66210

ENGLAND, AMIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10299 KALANG ST
LAS VEGAS, NV 89178-8027

ENGLISH GARDEN FLORIST
AT TIFFANY SQUARE
4171 S. MARYLAND PARKWAY
LAS VEGAS NV 89119

ENID RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 115
LAS VEGAS, NV 89113

ENOCH & CATHERINE WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7209 TEALWOOD ST
LAS VEGAS, NV 89131

ENRICO ANZALONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3831 FLICKERING STAR DR
LAS VEGAS, NV 89103

ENRICO ANZALONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2062
LAS VEGAS, NV 89148

ENRIQUE & MARIBEL ORNELAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
468 PUNTO VALLATA DR
HENDERSON, NV 89011

ENRIQUE & RUBY LANTICAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 PAVON
HERCULES, CA 94547

ENRIQUE & RUBY LANTICAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 DAISY SPRINGS CT
LAS VEGAS, NV 89148

ENVIORMENTAL TECHNOLOGY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 E SUNSET RD
HENDERSON, NV 89011-4324

ENVIORONMENTAL TECHNOLOGY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 E SUNSET RD
HENDERSON, NV 89011-4325

ENVIRONMENTAL HEALTH SERV. INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3460 W. CHEYENNE AVE.
NORTH LAS VEGAS NV 89032

ENVIRONMENTAL MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1214 WIGWAM PKWY # 100
HENDERSON, NV 89074-8156

ENVIRONMENTAL MANAGEMENT SOLUTIONS INC
ATTN: JOHN E. LETKEMAN
1214 WIGMAN PARKWAY SUITE 100
HENDERSON, NV 89074-8156
USA

ENVIRONMENTAL MANAGEMENT SOLUTIONS INC
ATTN: JOHN E. LETKEMAN
1214 WIGWAM PARKWAY SUITE 100
HENDERSON, NV 89074-8156
USA

ENVIRONMENTAL SYSTEMS RESEARCH
GEORGE ISHIKAWA
ESRI, INC.
FILE NO. 54630
LOS ANGELES CA 90074-4630

ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, IN
ATTN: JESSICA M. PHILLIP
380 NEW YORK ST.
REDLANDS, CA. 92373

ENVIRONMENTAL TECHNOLOGY SERV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3020 BUILDERS AVENUE
LAS VEGAS NV 89101

ENVIRONMENTAL TECHNOLOGY SERV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 E SUNSET RD
HENDERSON, NV 89001-4324

ENVIRONMENTAL TECHNOLOGY SERV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 E SUNSET RD
HENDERSON, NV 89011-4324

ENVIRONMENTAL WASHOUT SYTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2552 SHELLSBURG AVENUE
P.O. BOX 777400
HENDERSON NV 89007

ENVIROSPECAILIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
337
7801 ALMA DR STE 105
PLANO, TX 75025-3483

ENVIROSPECIALIST
JIM SMITH
PO BOX 1288
FT. WORTH TX 76101-1288

ENVIROSPECIALIST
PO BOX 1288
FT. WORTH, TX 76101-1288

ENVISION CONCRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5655 REFERENCE ST.
LAS VEGAS, NV 89122

ENVISION CONCRETE, LLC
ATTN: MANUEL A. DELTORO
5655 REFERENCE ST.
LAS VEGAS, NV 89122

ENVISION LANDSCAPING
MANDO DEL TORO
5655 REFERENCE STREET
LAS VEGAS NV 89122

EPICUREAN CHARITABLE FOUNDATIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8970 WEST TROPICANA AVE
SUITE 2
LAS VEGAS NV 89147

The Rhodes Companies, LLC - U.S. Mail

EPMG/ST ROSE DOMINICAN
HOSP SM
PO BOX 182554
COLUMBUS OH 43218-2554

EPROVIDED.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5485 SPUR CROSS TRAIL
ATTN: DATA RECOVERY
PARKER CO 80134

EQUIPMENT FINANCE
NW-8178
PO BOX 1450
MINNEAPOLIS, MN  55485-8178

EQUIPMENT FINANCING & LEASING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
733 MARQUETTE AVE.
SUITE 700
MINNEAPOLIS, MN 55402

EREDIA,JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 W. CARTIER AVE
NORTH LAS VEGAS, NV 89030

EREZ ATAVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
510 CENTER GREEN DR
LAS VEGAS, NV 89148

EREZ ATAVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8415 WATSON RANCH RD
SAN DIEGO, CA 92129

ERIC & BRENDA NIDIFFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
956 VIA CANALE DR
HENDERSON, NV 89011

ERIC & BROOKE JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 RUSTY PLANK AVE
LAS VEGAS, NV 89148

ERIC & CAROLE FULKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7340 RED CINDER ST
LAS VEGAS, NV 89131

ERIC & CHRISTINE HOBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 PANGLOSS ST
HENDERSON, NV 89002

ERIC & CHRISTINE HOBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6722 DOOLITTLE DR
EDWARDS, CA 93523

ERIC & CLAIRE RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
459 CENTER GREEN DR
LAS VEGAS, NV 89148

ERIC & CLAIRE RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
810 POPPY CT
SAN PABLO, CA 94806

ERIC & EVA DELACRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
797 TELFER LN
HENDERSON, NV 89002

ERIC & HSIAO CHIN ENDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2037 CHERRY CREEK CIRCLE
LAS VEGAS NV 89135

ERIC & JOSEFINA GALERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9582 VERNEDA CT
LAS VEGAS, NV 89147

ERIC & KIMBERLY AITKEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
96 BACK SPIN CT
LAS VEGAS, NV 89148

ERIC & MARIBETH BINDUES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 PANGLOSS ST
HENDERSON, NV 89002

ERIC & TAMARA STAFFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1002 VIA SAINT ANDREA PL
HENDERSON, NV 89011

ERIC & YENNY KAPLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 STANDING STONE ST
LAS VEGAS, NV 89148

ERIC & YENNY KAPLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
997 KENNEDY BLVD STE A25
ORLANDO, FL 32810

ERIC AND CAROLE FULKS
C/O ERIC RANSAVAGE
7340 RED CINDER ST.
LAS VEGAS, NV 89131

ERIC BONN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1061
LAS VEGAS, NV 89148

ERIC DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1127
LAS VEGAS, NV 89147

ERIC DOBBERSTEIN & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1399 GALLERIA DRIVE
SUITE 201
HENDERSON, NV 89014

ERIC DOBBERSTEIN, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1391 GALLERIA DRIVE #201
HENDERSON, NV 89014

ERIC HOLDER
ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
WASHINGTON, D.C.  20530-0001

ERIC J. TUNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1360 EGBERT AVE
SAN FRANCISCO, CA 94124

ERIC KELLSTADT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3005 SOUTH EVEN AVE.
JOPLIN MO 64804

ERIC LAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
247 PALM TRACE AVE
LAS VEGAS, NV 89148

ERIC MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1812 WARRENVILLE ST
LAS VEGAS, NV 89117

ERIC MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
592 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ERIC NICHOLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4623 CALIFA DR
LAS VEGAS, NV 89122

ERIC NIELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9836 RED DEER ST
LAS VEGAS, LV 89143

ERIC RANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
449 PUNTO VALLATA DR
HENDERSON, NV 89011

ERIC RANSAVAGE, ESQ
RE: LESLIE BLASCO
SHINNICK LAW FIRM, P.C.
2881 BUSINESS PARK CT., SUITE 210
LAS VEGAS, NV 89128

ERIC STRAUSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1232 OLIVIA PKWY
HENDERSON, NV 89011

ERIC YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5525 PINE AVE
CHINO HILLS, CA 91709

ERIC YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

ERICA ETIENNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

ERICA RAMOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2078
LAS VEGAS, NV 89148

ERICA YI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
384 BANFF CT
LAS VEGAS, NV 89148

ERICKA MOYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 CEDAR RAE AVE
LAS VEGAS, NV 89131

ERICKSON, MIKE B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 BIRCH ST
LAS VEGAS, NV 89102

ERICKSON,CRYSTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 YESTERDAY DR
HENDERSON, NV 89074

ERICKSON,MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 BIRCH
LAS VEGAS, NV 89102

ERIE COTTON PRODUCTS
PO BOX 267
ERIE, PA  16512-0267

ERIKA DUNCAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1363 WOODHAVEN CIR
TAYLORSVILLE, UT 84123

ERIKA DUNCAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
287 FRINGE RUFF DR
LAS VEGAS, NV 89148

ERIN GRIJALVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1171
LAS VEGAS, NV 89147

ERIN KENNY CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 QUEEN VALLEY COURT
LAS VEGAS NV 89148

ERIN MATTERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1174
LAS VEGAS, NV 89147

ERIN MAVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5897 HUFF MOUNTAIN AVE
LAS VEGAS, NV 89131

ERIN REISWERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
358 CART CROSSING WAY
LAS VEGAS, NV 89148

ERIN SANDLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9793 KAMPSVILLE AVE
LAS VEGAS, NV 89148

ERLINDA & JULIAN EUSEBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3714 WILD LILY CT
LAS VEGAS, NV 89147

ERLINDA & JULIAN EUSEBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

ERLINDA & VINCENTE ALABAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 FRINGE RUFF DR
LAS VEGAS, NV 89148

ERLINDA & VINCENTE ALABAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
693 BERRYESSA ST
MILPITAS, CA 95035

ERMAN PORRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 VIA FRANCIOSA DR
HENDERSON, NV 89011

ERMAN PORRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4741 BELMONT RD
DOWNERS GROVE, IL 60515

ERNEST & MARLYN BAUZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 SPRING HOLLOW DR
LAS VEGAS, NV 89148

ERNEST & MARLYN BAUZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 W SUSANNE MARIE CT
AZUSA, CA 91702

ERNEST & PEGGY SARDELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2046
LAS VEGAS, NV 89148

ERNEST C. FAGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 MAGNESIUM STREET
HENDERSON NV  89015

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
645 LAKE RD
GLEN ELLYN, IL 60137

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

ERNEST SCHERER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

ERNESTINE HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1100
LAS VEGAS, NV 89148

ERNESTO & CHARITO NICOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6860 BABY JADE CT
LAS VEGAS, NV 89148

ERNESTO & ERMELINDA TUMBAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1824 BERKSHIRE DR
FULLERTON, CA 92833

ERNESTO & ERMELINDA TUMBAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
610 OVER PAR CT
LAS VEGAS, NV 89148

ERNESTO & GELITA MEJIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3525 PEACH BLOSSOM ST
NATIONAL CITY, CA 91950

ERNESTO & GELITA MEJIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

ERNESTO & ISABELITA PURUGANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 ALFRED AVE
WALNUT CREEK, CA 94597

ERNESTO & ISABELITA PURUGANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 CENTER GREEN DR
LAS VEGAS, NV 89148

ERNESTO MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
541 VIA RUSCELLO WAY
HENDERSON, NV 89011

ERNESTO MARTINEZ
PO BOX 5048
CHATSWORTH, CA 91313

ERNESTO PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

ERNESTO PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7459 MANFRE ST
LAS VEGAS, NV 89148

ERNESTO PEREZ
PMB 253
2576 BROADWAY
NEW YORK, NY 10025-5654

ERNIE WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

ERNST & YOUNG LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2049 CENTURY PARK EAST
LOS ANGELES CA 90067

ERNST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

ERNST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8578 LAMBERT DR
LAS VEGAS, NV 89147

ERP MANAGEMENT-FAST,LLC
RANDY MILLER
C/O MH2 TECHNOLOGIES, LTD.
5055 KELLER SPRINGS,STE 100
ADDISON TX 75001

ERROL L. MONTGOMERY & ASSOC.
CONSULTANTS IN HYDROGEOLOGY
1550 E PRINCE ROAD
TUCSON AZ 85719

ES2
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
(ENGINEERING SYSTEM SOLUTIONS)
6380 S. VALLEY VIEW BLVD #406
LAS VEGAS NV 89118

ESCALANTE,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 W. PHILADELPHIA
LAS VEGAS, NV 89102

ESCAMILLA,MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1921 CINDY SUE # D
LAS VEGAS, NV 89106

ESCAMILLA;MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1921 CINDY SUE # D
LAS VEGAS, NV 89105

ESCOBAR,DOUGLAS ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3904 VIA LUCIA DR.
LAS VEGAS, NV 89115

ESCOBAR,JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4954 LARKSPUR ST.
LAS VEGAS, NV 89120

ESCOBAR,JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
512 S. MARYLAND PKWY APT C
LAS VEGAS, NV 89101

ESCOBAR,JOSE O.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1333 SUNPOINT
LAS VEGAS, NV 89108

ESCOBAR-LEON,JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2513 SALT LAKE ST.
NORTH LAS VEGAS, NV 89030

ESCOBOZA,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955 ALGONQUIN # 222
LAS VEGAS, NV 89119

ESCOTO, DONNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
747 DESCARTES AVE
HENDERSON, NV 89015

ESLAVA,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 ALLEN LANE, #2
LAS VEGAS, NV 89106

ESPARZA DIAZ,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 SAN FELIPE ST
LAS VEGAS, NV 89115

ESPARZA S.,NORBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4104 MEADOW VALLEY
LAS VEGAS, NV 89107

ESPARZA, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3311 COLEMAN ST.
LAS VEGAS, NV 89032

ESPARZA,HERIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3416 HEATHER AVE
N LAS VEGAS, NV 89030

ESPARZA,JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3311 COLEMAN
N LAS VEGAS, NV 89032

ESPARZA,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2260 DOLLY LANE APT B
LAS VEGAS, NV 89115

ESPERON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12640 CHERRYWOOD ST
POWAY, CA 92064

ESPERON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2061
LAS VEGAS, NV 89148

ESPINOZA, HERIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 PECOS RD
LAS VEGAS, NV 89115

ESPINOZA,MARCOS I.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
979 FLAPJACK
HENDERSON, NV 89014

ESPINOZA;CARLOS R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3240 MARY DEE
N LAS VEGAS, NV 89030

ESPINOZA;ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN RD # 2008
LAS VEGAS, NV 89103

ESPINOZA;JESUS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 WYNN RD # 805
LAS VEGAS, NV 89103

ESPINOZA-CRUZ;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3827 TROUC LAKE AVE
LAS VEGAS, NV 89115

ESPN RADIO 920
KBAD AM
8755 W. FLAMINGO RD
LAS VEGAS NV 89147

ESQUEDA R.,JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3201 E. TONOPAH AVE
NORTH LAS VEGAS, NV 89030

ESQUEDA RAMIREZ,HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2302 WILKINSON
NORTH LAS VEGAS, NV 89030

ESQUEDA, NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6341 SHAWNEE AVE
LAS VEGAS, NV 89107

ESQUIVEL;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2609 MESQUITE #A
LAS VEGAS, NV 89101

ESRI INC.
FILE 54630
LOS ANGELES CA 90074-4630

ESSIE SINERIZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ESSIE SINERIZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13240 ARBORETUM AVE
BAKERSFIELD, CA 93314

ESTADA,ALONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5636 E. LAKE MEAD
LAS VEGA, NV 89156

ESTEBAN HENNINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
965 VIA STELLATO ST
HENDERSON, NV 89011

ESTELA & BERNARDO IPAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 HARPERS FERRY AVE
LAS VEGAS, NV 89148

ESTELA & ROBERTO FIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3641 PINTAIL TER
FREMONT, CA 94555

ESTELA & ROBERTO FIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9690 KAMPSVILLE AVE
LAS VEGAS, NV 89148

ESTRADA NAVARRETE,ELIAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 E. OWENS AVE
N LAS VEGAS, NV 89030

ESTRADA RAMOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6452 SILENT PINE AVE
LAS VEGAS, NV 89156-7523

ESTRADA, MAXIMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 EMMONS AVE
N LAS VEGAS, NV 89030-7421

ESTRADA,CRISTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. 20TH ST
LAS VEGAS, NV 89101

ESTRADA,MAXIMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2516 REYNOLDS AVE
N LAS VEGAS, NV 89030

ESTRELLA JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 FIRST ON DR
LAS VEGAS, NV 89148

ESTRELLA JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6050 RIVERBANK CIR
STOCKTON, CA 95219

ESTRELLA VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10663 LANGMUIR AVE
SUN LAND CA 91040

ESTRELLA VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
114 SHORT RUFF WAY
LAS VEGAS, NV 89148

ESTRELLA,EZEQUIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2304 WILLOUGHBY AVE
LAS VEGAS, NV 89101

ETHAN STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2261 MARKET ST # 329
SAN FRANCISCO, CA 94114

ETHAN STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6785 SCARLET FLAX ST
LAS VEGAS, NV 89148

ETS CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 PIDGEON HILL DR.
SUITE 200
STERLING, VA  20165

ETSITTY,DEAN D.
P.O. BOX H44-RRTP
CHINLE, AZ 86503

ETSITTY,LEROY
P.O. BOX 2682
KAYENTA, AZ 86033

ETSITTY,LUCAS
PO BOX 155
ROCKPOINT, AZ 86545

EUFEMIA & CLEMENTE CRISTOBAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2932 S BARCELONA ST
SPRING VALLEY, CA 91977

EUFEMIA & CLEMENTE CRISTOBAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
613 CRESCENT DR
CHULA VISTA, CA 91911-6857

EUFEMIA & CLEMENTE CRISTOBAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

EUFEMIA CATAPANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10245 S MARYLAND PKWY UNIT 2213
LAS VEGAS, NV 89183

EUFEMIA CATAPANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1078
LAS VEGAS, NV 89148

EUGENE & BARBARA EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24735 LYDON
REDFORD, MI 48239

EUGENE & BARBARA EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
386 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

EUGENE & CARMEN CAROLINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 LOCH MEADE DR
LAKELAND, TN 38002

EUGENE & CARMEN CAROLINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
494 FIRST ON DR
LAS VEGAS, NV 89148

EUGENE & CATHERINE DIMITRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 SAHALEE DR
LAS VEGAS, NV 89148

EUGENE & CATHERINE DIMITRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

EUGENE & ESPERANZA TWANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 SHORT RUFF WAY
LAS VEGAS, NV 89148

EUGENE & ESPERANZA TWANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6474 BULLOCK DR
SAN DIEGO, CA 92114

EUGENE & MARGARET FRANKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15233 MAGNOLIA BLVD UNIT 302
SHERMAN OAKS, CA 91403

EUGENE & MARGARET FRANKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

EUGENIA DELROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4783 ESSEN CT
LAS VEGAS, NV 89147

EUGENIA DELROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8072 ELGIN LN
DUBLIN, CA 94568

EULALIO & MARCELL MORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

EUN & HYUN AN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

EUNJI KO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 TRAILING PUTT WAY
LAS VEGAS, NV 89148

EURODESIGN, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13428 BENSON AVENUE
CHINO, CA 91710

EVA GRYCZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8749 LAS OLIVAS AVE
LAS VEGAS, NV 89147

EVAN FORREST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1510 BROAD ST
SAN LUIS OBISPO, CA 93401

EVANS RECREATION INSTALLATIONS
P.O. BOX 42607
LAS VEGAS NV 89116-1607

EVANS, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1462 SHADOW HAVEN LN
LAS VEGAS, NV 89183-6897

EVANS,CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11682 TERENZIO CT
LAS VEGAS, NV 89183

EVANS,CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11682 TEREZIO CT
LAS VEGAS, NV 89183

EVANSTON
MARKEL SHAND INC.
TEN PARKWAY NORTH
DEERFIELD, IL 60015

EVELIA DELAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIA CANALE DR
HENDERSON, NV 89011

EVELYN & ERICA BINUYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
919 VIA CANALE DR
HENDERSON, NV 89011

EVELYN MATONOVICH, TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29 PHEASANT RIDGE DRIVE
HENDERSON NV  89014

EVELYN MERRIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 CENTER GREEN DR
LAS VEGAS, NV 89148

EVELYN SALAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
478 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

EVELYN VALENTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
355 S MADISON AVE UNIT 201
PASADENA, CA 91101

EVELYN VALENTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
92 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

EVELYNE AGUIRRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

EVELYNE AGUIRRE
PO BOX 220793
NEWHALL, CA 91322

EVENT 1 SOFTWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9320 SW BARBUR
SUITE 240
PORTLAND OR 97219

EVENTS & MORE BY DEE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1877 MORTHGATE BLVD. STE 1
SARASOTA, FL  34234

EVER ELECTRIC
P.O. BOX 6653
KINGMAN AZ 86401

EVER READY GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2525 E INDIAN SCHOOL RD
PHOENIX, AZ 85016-6738

EVEREST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 MARTINSVILLE ROAD, P. O. BOX 830
LIBERTY CORNER, NJ 07938-0830

EVERETT & JOAN SYPHUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

EVER-PAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2499 PALMYRITA AVE.
RIVERSIDE CA 92507

EVISOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2360 S. EMERSON ST.
DENVER CO 80210

EWING BROTHERS TOWING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 A STREET
LAS VEGAS NV 89106

EWING FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1129
LAS VEGAS, NV 89147

EXCLUSIVELY LEGAL
C/O EASTRIDGE PERSONNEL OF LV
FILE 55355
LOS ANGELES CA 90074-5355

EXECUTIVE PAINTING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3600 SO HIGHLAND #9
LAS VEGAS NV 89103

EXECUTIVE PLASTERING , INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3656 N. RANCHO DR. SUITE 101
LAS VEGAS , NV  89130

EXECUTIVE PLASTERING, INC.
ATTN: BRUCE BIRT
3656 N. RANCHO DR. #101
LAS VEGAS, NV 89130

EXECUTIVE PLUMBING,HEATING,AIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4170 W. HARMON AVE. SUITE #6
LAS VEGAS NV 89103

**The Rhodes Companies, LLC - U.S. Mail**

EXODUS & CORAZON GRANADOSIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA DUPRE ST
HENDERSON, NV 89011

EXODUS & CORAZON GRANADOSIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA DUPRE STREET
HENDERSON NV  89011-0812

EXOTIC MILLWORKS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5034 SWIFT RIVER COURT
NORTH LAS VEGAS NV 89031

EXOTICAR PAINTWORKS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2901 S. HIGHLAND  BLDG. 10E
LAS VEGAS NV 89109

EXPAND A SIGN -USA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
621 SOUTH PARK DRIVE UNIT 1400
LITTLETON, CO  80120

EXPRESS LOCK N KEY
RELIABLE LOCK N KEY
900 E KAREN AVE. # C211
LAS VEGAS NV 89109

EXPRESS LUBE & TIRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1861 CHICAGO AVE
KINGMAN, AZ 86401

EXPRESS PERSONNEL SERVICES
PO BOX 268951
OKLAHOMA CITY OK 73126-8951

EXPRESS TEL
PAYMENT CENTER # 5450
P.O. BOX 410468
SALT LAKE CITY UT 84141-0468

EXTERIOR SYSTEMS
RICHARD GERSTEL
PO BOX 716
SCOTTSDALE AZ 85252

EXTREME AUDIO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3420 S. JONES BLVD.
LAS VEGAS NV 89146

EZ GO
EZ GO, A TEXTRON COMPANY
26007 NETWORK PLACE
CHICAGO, IL  60673-1260

EZRA & ESTHER AINHOREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 MOUNTAIN HILLS CT APT 204
LAS VEGAS, NV 89128

EZRA & ESTHER AINHOREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
87 TALL RUFF DR
LAS VEGAS, NV 89148

F C D B 8020 R E O LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
348 PALM TRACE AVE
LAS VEGAS, NV 89148

F C D B 8020 R E O LLC
PO BOX 105219
ATLANTA, GA 30348

F FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
93 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

F. WILLARD AND CAROL GRIFFITH
C/O ERIC RANSAVAGE
7501 CEDAR GULF AVE.
LAS VEGAS, NV 89131

FABIAN & CLENDENIN
ATTORNEYS AT LAW
P.O.BOX 510210
SALT LAKE CITY UT 84151-0210

FABIAN & CLENDENIN
P.O.BOX 510210
SALT LAKE CITY, UT 84151-0210

FABRICE CHARBONNEAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

FABRICUT CONTRACT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9303 EAST 46TH STREET
TULSA, OK 74145

FAB-TEC INC
P.O. BOX 390
WASHINGTON, UT 84780

FACE FORWARD TECHNOLOGIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 UNION BLVD.
SUITE 208
LAKEWOOD, CO  80228

FACT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1050 S. RAINBOW BLVD
LAS VEGAS NV 89145

FACTORY:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5555 BROOKS ST.
MONTCLAIR CA 91763

FAGIN RACHAEL MOROLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
510 FOGG ST
LAS VEGAS, NV 89110-4031

FAIRWAY CHEVROLET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3100 E. SAHARA AVENUE
LAS VEGAS NV 89104

FAIRWAY GM PARTS CENTER
PO BOX 42997
LAS VEGAS, NV 89104

FAITH LUTHERN JR/SR. HIGH
ATTN: BETH HOLMES -TUITION DEPT
2015 S. HUALAPAI WAY
LAS VEGAS NV 89117

FAIZA YOUSIF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 TURTLE PEAK AVE
LAS VEGAS, NV 89148

FAMILIAN PIPE & SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 COMMERICAL AVE
CHICO, CA 95973

FAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
831 COLUMBA LN
FOSTER CITY, CA 94404

The Rhodes Companies, LLC - U.S. Mail

FAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2054
LAS VEGAS, NV 89148

FAN FINANCIAL 18 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 TAYMAN PARK AVE
LAS VEGAS, NV 89148

FAN FINANCIAL 18 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 NW 10TH AVE STE 307
PORTLAND, OR 97209

FANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2332 VINA DEL MAR
OXNARD, CA 93035

FANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8970 LANSBERRY CT
LAS VEGAS, NV 89147

FAOP OPERATING COMPANY LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1120 LAS VEGAS NV BOULEVARD SO.
LAS VEGAS NV 89104-1312

FARID GHAZALI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
177 DOG LEG DR
LAS VEGAS, NV 89148

FARID KHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24362 HATTERAS ST
WOODLAND HILLS, CA 91367

FARID KHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

FARIDEH DEILAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 REDLANDS ST
PLAYA DEL REY, CA 90293

FARIDEH DEILAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1056
LAS VEGAS, NV 89148

FARLEY PUBLIC AFFAIRS GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22816 N 48TH PLACE
PHOENIX AZ 85054

FARMER BROS. CO.
CARRIE OR CHRIS
FILE #55172
LOS ANGLES CA 90074-5172

FARMER BROS. CO.
FILE #55172
LOS ANGLES, CA 90074-5172

FARNSWORTH;JASUN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1128 VICTORIAN HILLS AVE
HENDERSON, NV 89015

FARROW AND HELLEN SMITH
C/O ERIC RANSAVAGE
7421 BISONWOOD AVE.
LAS VEGAS, NV 89131

FAST FRED'S INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5420 E. FOREST DRIVE
FLAGSTAFF, AZ 86004

FAST GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6255 S. SANDHILL RD
LAS VEGAS, NV 89120

FASTENERS, INC.
P. O. BOX 80536
LAS VEGAS, NV 89180-0536

FASTFRAME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3827 E. SUNSET
SUITE A
LAS VEGAS NV 89120

FASTRACK TRANSPORTATION, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9098 PRINCESS AVE.
FLAGSTAFF, AZ  86004

FASTSIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1291 S. DECATUR BLVD. #190
LAS VEGAS, NV 89102

FASTSIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4704 W. SAHARA AVE #2
LAS VEGAS, NV 89102

FATCO-NOTEWORLD
P. O. BOX 52159
PHOENIX, AZ 85072-2159

FATCO-NOTEWORLD
P. O. DRAWER 487
ACCOUNT SERVICING CENTER
P. O. BOX 34055
SEATTLE WA 98124-1055

FAVELA-MARTINEZ, RENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2924 BASSLER ST
N LAS VEGAS, NV 89030

FE TABOADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2218 BELL STREET
#2
HARLINGEN TX 78550

FEATHERAN, NATASHA KS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7720 GOLDEN TALON AVE
LAS VEGAS, NV 89131

FEDERAL
CHUBB GROUP OF INSURANCE COMPANIES
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 TECHNOLOGY DR
O FALLON, MO 63368

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1410 SPRING HILL RD
MCLEAN, VA 22102

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 WICKED WEDGE WAY
LAS VEGAS, NV 89148

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 CORPORATE PARK STE 400A
IRVINE, CA 92606

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
327 PALM TRACE AVE
LAS VEGAS, NV 89148

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 VIA STRETTO AVE
HENDERSON, NV 89011

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5000 PLANO PKWY
CARROLLTON, TX 75010

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525 VIA CENAMI CT
HENDERSON, NV 89011

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
585 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
801 JOHN BARROW RD STE 1
LITTLE ROCK, AR 72205

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1172
LAS VEGAS, NV 89147

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1122
LAS VEGAS, NV 89148

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9683 VALMEYER AVE
LAS VEGAS, NV 89148

FEDERAL HOME LOAN MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9707 KAMPSVILLE AVE
LAS VEGAS, NV 89148

FEDERAL NATIOANL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

FEDERAL NATIOANL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6871 ROSE MALLOW ST
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 TECHNOLOGY DR # MS-314
O FALLON, MO 63368

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 VIRGINIA DR
FORT WASHINGTON, PA 19034

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 N LOS ROBLES AVE
PASADENA, CA 91101

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 RUSTY PLANK AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 TALL RUFF DR
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
203 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 DOG LEG DR
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 VIA FRANCIOSA DR
HENDERSON, NV 89011

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 DOG LEG DR
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 DOG LEG DR
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 DOG LEG DR
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 VISION DR
COLUMBUS, OH 43219

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38 COBBS CREEK WAY
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 VIA STRETTO AVE
HENDERSON, NV 89011

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 5TH AVE
SCOTTSBLUFF, NE 69361

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6689 ROANOKE CT
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 OLIMAR AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 ROCK RUN ST
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2003
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9296 ORCHID PANSY AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9692 WAUKEGAN AVE
LAS VEGAS, NV 89148

FEDERAL NATIONAL MORTGAGE ASSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9777 VALMEYER AVE
LAS VEGAS, NV 89148

FEDERAL WASHINGTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 PIKE ST
SEATTLE, WA 98101

FEDERAL WASHINGTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

FEDERICO VILLAFUERTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 CADDY BAG CT
LAS VEGAS, NV 89148

FEDERICO VILLAFUERTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4027 W AVENUE 41
LOS ANGELES, CA 90065

FEDEX
P. O. BOX 7221
PASADENA CA 91109-7321

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS / FEDEX GROUND
ATTN: WILLIAM B. SELIGSTEIN
REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

FEDEX CUSTOMER INFORMATION SERVICE
ATTN: WILLIAM B. SELIGSTEIN
REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

FEDEX FREIGHT
P.O. BOX 649002
SAN JOSE, CA 95164

FED-EX KINKOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
671 MALL RING CIR
HENDERSON NV  89014-6619

FEGA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16010 VALLEY VISTA BLVD
ENCINO, CA 91436

FEGA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

FEINBERG, GRANT, MAYFIELD,
KANEDA & LITT, LLP
1955 VILLAGE CENTER CIRCLE
LAS VEGAS NV 89137

FELECIA FLOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7229 TEALWOOD ST
LAS VEGAS, NV 89131

FELICIA ORTIZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1166
LAS VEGAS, NV 89147

FELICIANO DALUGDUGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

FELICIANO DALUGDUGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
621 AUGUSTINA PL
CHULA VISTA, CA 91910

FELICITO & CHRISTINE CALLEJO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10336 ACHILPA ST
LAS VEGAS, NV 89178

FELICITO & CHRISTINE CALLEJO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
164 DOG LEG DR
LAS VEGAS, NV 89148

FELIPE PENALOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4633 CALIFA DR
LAS VEGAS, NV 89122

FELIX BERNAL,EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 LEEWOD
NORTH LAS VEGAS, NV 89030

FELIX BOCETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6676 KEYESPORT CT
LAS VEGAS, NV 89148

FELIX BOCETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9837 RAVARI DR
CYPRESS, CA 90630

FELIX DEL VAL,JOSE G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6008 GOLDEN SUN CT
LAS VEGAS, NV 89081

FELIX RAMIREZ AND
SARALYN SAN AGUSTIN
623 N. ABBOT AVE
SAN JOSE CA 95035

FELIX SALAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13917 ANDERSON ST
PARAMOUNT, CA 90723

FELIX SALAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
402 HIDDEN HOLE DR
LAS VEGAS, NV 89148

FELIX, LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1864 HASIB CT
LAS VEGAS, NV 89156

FELIX,ADRIAN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3115 TWINNING ST.
NORTH LAS VEGAS, NV 89030

FELIX,GENARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 LENWOOD
NORTH LAS VEGAS, NV 89030

FELIX,GUADALUPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 LENWOOD
NORTH LAS VEGAS, NV 89030

FELIX-DELVAL; JOSE G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6008 GOLDEN SUN CT
LAS VEGAS, NV 89081

FELMA DUQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

FELY SANTIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 HARPERS FERRY AVE
LAS VEGAS, NV 89148

FELY SANTIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
668 SPRUCE AVE
SOUTH SAN FRANCISCO, CA 94080

FEN OU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4782 LONE MESA DR
LAS VEGAS, NV 89147

FENNEMORE CRAIG
LAW OFFICES
3003 NORTH CENTRAL AVE., STE 2600
PHOENIX AZ 85012-2913

FERDINAND & MAELECORA RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2302 CAVES RD
OWINGS MILLS, MD 21117

FERDINAND & MAELECORA RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 VIA DEL FORO DR
HENDERSON, NV 89011

FERDINAND & MARIVIC LALUCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2480 EL CAMINO REAL
REDWOOD CITY, CA 94063

FERDINAND & MARIVIC LALUCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 INDIAN RUN WAY
LAS VEGAS, NV 89148

FERDINAND & RHODORA CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
505 VIA PALERMO DR
HENDERSON, NV 89011

FERDINAND REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22039 LONDELIUS ST
WEST HILLS, CA 91304

FERDINAND REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
490 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

FERGUSON ENTERPRISES INC. #675
FILE #56809
LOS ANGELES, CA 90074-6809

FERGUSON ENTERPRISES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
739 W SUNSET ROAD
HENDERSON NV  89115-2601

FERGUSON ENTERPRISES, INC.
FERGUSON ENTERPRISES INC. #675
FILE #56809
LOS ANGELES, CA  90074-6809

FERGUSON WATERWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
740 CAPE HORN DRIVE
HENDERSON, NV  89011-4020

FERGUSON, JILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2040 MONDO CT
LAS VEGAS, NV 89123

FERGUSON,HUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 JAYLAR CR
LAS VEGAS, NV 89102

FERNANDEZ,JUAN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3151 S. FORTUNA AVE  APT.#18
YUMA, AZ 85365

FERNANDEZ-LOPEZ,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3317 OSAGE
LAS VEGAS, NV 89101

FERNANDEZ-P.,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
436 N. 21ST ST.
LAS VEGAS, NV 89107

FERNANDO & EMELITA RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 VIA FRANCIOSA DR
HENDERSON, NV 89011

FERNANDO & EMELITA RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8816 KATHERINE AVE
PANORAMA CITY, CA 91402

FERNANDO GUEVARRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1118 BRUNSWICK ST
DALY CITY, CA 94014

The Rhodes Companies, LLC - U.S. Mail

FERNANDO GUEVARRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

FERNANDO SIMMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

FERRARO MARBLE COMPANIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4155 SOBB AVENUE
LAS VEGAS , NV  89118

FERRELLGAS
PO BOX 173940
DENVER CO 80217-3940

FERTILE EARTH CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9384 SOUTH 670 WEST
SANDY UT 84070

FEW, THOMAS L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10030 TITTLETON AVE
LAS VEGAS, NV 89148

FFM, LLC
C/O FAISS FOLEY WARREN PR
515 SOUTH SEVENTH STREET
LAS VEGAS NV 89101

FFM, LLC
C/O FAISS FOLEY WARREN PR
919 E BONNEVILLE AVE
LAS VEGAS, NV 89101-7032

FIDELINO CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 DOG LEG DR
LAS VEGAS, NV 89148

FIELDS,DOUGLAS D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3459 N. JEWEL ST.
KINGMAN, AZ 86401

FIERRO PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7531 N TORREY PINES DR
LAS VEGAS, NV 89131

FIERRO PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1158
LAS VEGAS, NV 89148

FIERRO SOSA,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1836 S. BRAND ST
NORTH LAS VEGAS, NV 89030

FIERRO SOSA,ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2020 MCCARRAN ST
NORTH LAS VEGAS, NV 89030

FIESTA EVENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1724 E 54TH ST
CHICAGO, IL 60615

FIGUEROA, RAYMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
969 FLAMINGO ROAD #179
LAS VEGAS, NV 89119

FIGUEROA,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1824 CRYSTAL CHIMES DR
LAS VEGAS, NV 89106

FIGUEROA,SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 WEBB AVE
NORTH LAS VEGAS, NV 89030

FILA USA, INC.
PO BOX 8500-4630
PHILADELPHIA, PA  19178-4630

FILIPOWSKI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1338 ANDREW LN
MANTECA, CA 95336

FILIPOWSKI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1107
LAS VEGAS, NV 89148

FILKA MANOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 TAYMAN PARK AVE
LAS VEGAS, NV 89148

FILOMENO NAZAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 COREY CREEK
LAS VEGAS NV 89148

FINANCIAL COMPTROLLER
ATTN: BANKRUTPCY DESK/MANAGING AGENT
2525 EAST ROOSEVELT STREET
PHOENIX, AZ 85008

FINANCIAL COMPTROLLER
ATTN: BANKRUTPCY DESK/MANAGING AGENT
569 COURT STREET
ELKO, NV 89801

FINANCIAL FEDERAL CREDIT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 CORPORATE PARK, SUITE 240
IRVINE, CA 92606

FINANCIAL FEDERAL CREDIT, INC.
SCARBROUGH COMPANY
P. O. BOX 201503
HOUSTON TX 77216-1503

FIND A LOCAL BUSINESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 SOUTH RIVERSIDE PLAZA
SUITE 1800
CHICAGO IL 60606

FINE ART LAMPS
ASHLEY
C/O MITCH ZERG & ASSOCIATES
31838 VILLAGE CENTER ROAD
WESTLAKE VILLAGE CA 91361

FINE ART LAMPS
C/O MITCH ZERG & ASSOCIATES
31838 VILLAGE CENTER ROAD
WESTLAKE VILLAGE, CA 91361

FINK, LAWRENCE S.
GENERAL DELIVERY
FLAGSTAFF, AZ 86001

FINLEY, OLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11147 PRADO DEL REY LANE
LAS VEGAS, NV 89141

FINNEGAN, DEBORAH M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
794 AMY COURT
BOULDER CITY, NV 89005

FIORELLA TEALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1736 E CHARLESTON BLVD # 122
LAS VEGAS, NV 89104

FIORELLA TEALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 DAISY SPRINGS CT
LAS VEGAS, NV 89148

FIRE HYDRANT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 W RUSSELL RD STE 7
LAS VEGAS, NV 89118-2303

FIRE INSURANCE EXCHANGE AND
DANIEL S. SIMON, ESQ.
810 S. CASINO CENTER BLVD
LAS VEGAS NV 89101

FIRE-N-ICE HEATING & AIR CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2912 S. HIGHLABD DR. #E
LAS VEGAS, NV  89109

FIREPRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5130 E. CHARLESTON, SUITE 5-142
LAS VEGAS, NV 89142

FIRESTAR, LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3231 CENTRAL PARK WEST
TOLEDO OH 43617

FIRESTOP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4113 WAGON TRAIL AVE, STE. 100
LAS VEGAS NV 89118

FIRMALINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2908 ENGLISH RD
CHINO HILLS, CA 91709

FIRMALINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
570 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

FIRST AMER TITLE - TRUST DEPT.
POST OFFICE BOX 52023
PHOENIX AZ 85072-2023

FIRST AMERICAN BANK
BRADY HUTKA
8401 N CENTRAL EXPRESSWAY #500
DALLAS TX 75225

FIRST AMERICAN BANK TEXAS, SSB
ATTN: CONS./COMM. LOAN OPERATIONS
P.O. BOX 8680
BRYAN TX 77805-8680

FIRST AMERICAN REAL ESTATE SOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5601 E. LA PALMA AVE.
ATTN: BRENDA BURNS 4TH FLR
ANAHEIM CA 92807

FIRST AMERICAN TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1500 S WHITE MOUNTAIN RD STE 401B
SHOW LOW, AZ 85901-7117

FIRST AMERICAN TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2601 LOUISIANA BLVD NE
ALBUQUERQUE NM 87110

FIRST AMERICAN TITLE INS. CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2213 STOCKTON HILL RD
KINGMAN, AZ 86401

FIRST AMERICAN TITLE INS. CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2340 HIGHWAY 95
BULLHEAD CITY AZ 86442

FIRST AMERICAN TITLE INS. CO.
NATIONAL COMMERCIAL SERVICES
180 CASSIA WAY, SUITE 502
HENDERSON NV  89014

FIRST AMERICAN TITLE INSURANCE
AGENCY OF MOHAVE INC.
PO BOX 4029
KINGMAN AZ 86401

FIRST CHOICE REALTY & FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382-B SO. LEMON AVENUE
WALNUT CA 91789

FIRST CLASS SANITATION
P.O. BOX 1921
FLAGSTAFF , AZ  86002

FIRST GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4625 E SUNSET
LAS VEGAS NV

FIRST INSURANCE FUNDING CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
08879-0001-853277 ACCOUNT #
P. O. BOX 66468
CHICAGO IL 60666-0468

FIRST INSURANCE FUNDING CORP.
P. O. BOX 66468
CHICAGO, IL 60666-0468

FIRST NATIONAL BANK
P. O. BOX 62823
PHOENIX AZ 85082-2823

FIRST NATIONAL BANK OF NEVADA
VICTOR ALVAREZ
4001 S. DECATUR BLVD., SUITE 18
LAS VEGAS NV 89103

FIRST NATIONAL OF AMERICA,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 MOUNT AIRY ROAD
BASKING RIDGE NJ 07920

FIRST NATIONS FUNDING REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4500 E. PACIFIC COAST HW
STE 200
LONG BEACH CA 90804

FIRST PLACE INVESTMENTS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1167 COTTONWOOD RANCH CT
HENDERSON, NV 89052

FIRST PLACE INVESTMENTS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4779 FRANKFURT CT
LAS VEGAS, NV 89147

FIRST RISK MANAGEMENT
THE PLAZA
1250 GREENWOOD AVE.,SUITE 3
JENKINTOWN PA 19046

FISHER ASSOCIATES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1406 MONROE DRIVE
ATLANTA, GA 30324

FISHER, DERON A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4325 W. ROME BLVD APT #3141
N LAS VEGAS, NV 89084

FLAGS AND MARKETING UNLIMITED
GRAYNER ENTERPRISES
6120 W. TROPICANA A-16 #362
LAS VEGAS NV 89103-4694

FLAGSTAFF LANDSCAPE PRODUCTS INC
ATTN: WILLIAM S WEISS
PO BOX 30326
FLAGSTAFF, AZ 86003

FLAGSTAFF LANDSCAPE PRODUCTS,
P.O. BOX 30326
FLAGSTAFF, AZ 96003

FLAGSTAFF ROLLOFF & STORAGE UNITS INC
DBA BLEEKER'S BOXES
ATTN: GILLIAN BLEEKER
5400 E EMPIRE
FLAGSTAFF, AZ 86004

FLAGSTAFF WALK-IN CLINIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1110 E. ROUTE 66
FLAGSTAFF, AZ 86001

FLAMINGO-DURANGO SELF ST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8525 W. FLAMINGO RD.
LAS VEGAS NV 89147

FLATTOUT TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5285 COPLEY DRIVE
FLAGSTAFF, AZ 86004

FLAVIO ZARATTINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W. WARM SPRINGS #2098
LAS VEGAS NV 89148

FLEISCHMANN, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3165 MCLENNAN AVE
LAS VEGAS, NV 89081

FLEMING ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3285 SOUTHERN AVE
KINGMAN AZ 86401

FLEMING, THERON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3285 SOUTHERN AVE.
KINGMAN, AZ 86401

FLEMISTER-ARCHILA, CHARMAINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
580 KELSFORD DR
LAS VEGAS, NV 89123

FLETCHER JONES IMPORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7300 W SAHARA
LAS VEGAS, NV 89117

FLETCHER JONES-MERCEDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 S. DECATUR BLVD
LAS VEGAS NV 89107

FLETCHER, CLIFTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8233 HERCULES DR
LAS VEGAS, NV 89128

FLEXSIM SOFTWARE PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1577 TECHNOLOGY WAY BLDG A
OREM UT 84097

FLOOR COATING CREATIONS
TED HARRIS
4110 WEST ALI BABA LANE
LAS VEGAS NV 89118

FLOOR DESIGNS OF NEVADA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4565 WEST POST ROAD
LAS VEGAS NV 89118-3926

FLOORING EVOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6001 S. DECATUR BLVD., SUITE C
LAS VEGAS NV 89118

FLORANTE DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 STANDING STONE ST
LAS VEGAS, NV 89148

FLORANTE SUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1812 MAPLE PARK DR W
CANTON, MI 48188

FLORANTE SUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

FLORENCE DOYLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

FLORENCIO & AIDA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

FLORENCIO & AIDA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 THE MARK LN UNIT 402
SAN DIEGO, CA 92101

FLORES DESIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4618 PACIFIC BLVD.
VERNON CA 90058

FLORES GONZALEZ,ARTURO R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 ADWILL # A
LAS VEGAS, NV 89106

FLORES, BENITO COTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1650 N. PECOS APT#1033
LAS VEGAS, NV 89115

FLORES, CALIXTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 KING PALM AVENUE
LAS VEGAS, NV 89115

FLORES, NOEL GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 SALEM DRIVE
LAS VEGAS, NV 89102

FLORES,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 KING PALM AVE
LAS VEGAS, NV 89115

FLORES,JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3916 CULL CANYON DR
LAS VEGAS, NV 89110

FLORES,JOYQUIN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3904 VIA LUCIA DR.
LAS VEGAS, NV 89115

FLORES,JUANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 KING PALM AVE
LAS VEGAS, NV 89115

FLORES,JUNIOR IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1413 REV WILSON
LAS VEGAS, NV 89030

FLORES,MAHOMEDALID
P . O . BOX 271684
N LAS VEGAS, NV 89127

FLORES,SALVADORA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3565 E. COLTON
LAS VEGAS, NV 89115

FLORES;ANMI SADDAID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3755 N. NELLIS #45
LAS VEGAS, NV 89115

FLORES;CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4401 SHOEN AVE
LAS VEGAS, NV 89110

FLORES;ERIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2244 MC CAREN ST.
N LAS VEGAS, NV 89030

FLORES;LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR. #15-G
N LAS VEGAS, NV 89115

FLORES;OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5416 SEABAUGH AVE
LAS VEGAS, NV 89107

FLORO & MARGARITA FLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 HORNBLOWER AVE
LAS VEGAS, NV 89131

FLORO & MARGARITA FLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
838 ALCOSTA DR
MILPITAS, CA 95035

FLOYD & KELLY LUMPKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32932 CANTERBURY RD
AVON LAKE, OH 44012

FLOYD & KELLY LUMPKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1040
LAS VEGAS, NV 89148

FLYNN, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6954 EMERALD SPRING LANE
LAS VEGAS, NV 89113

FOAMTECH, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3340 PEPPER LANE, SUITE 110
LAS VEGAS, NV 89120

FOLMAR, CHRISTOPHER A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6501 VEGAS DRIVE #1035
LAS VEGAS, NV 89108

FONG & A-LAN YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

FONG & A-LAN YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3545 PADUA AVE
CLAREMONT, CA 91711

FONG BROTHERS COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5731 SOUTH ALAMEDA STREET
LOS ANGELES, CA 90058

FONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 HONORS COURSE DR
LAS VEGAS, NV 89148

FONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
520 AZORES CIR
BAY POINT, CA 94565

FONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 VOLTAIRE AVE
HENDERSON, NV 89002

FOOTHILL HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 COLLEGE DRIVE
HENDERSON NV  89002

FORBES
FORBES MAGAZINE
P . O . BOX 5468
HARLAN IA 51593-4968

FORBES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9257 BLUE FLAX PL
LAS VEGAS, NV 89148

FORD
PO BOX 542000
OMAHA, NE  68154-8000

FORD COUNTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 NORTH GIBSON ROAD
HENDERSON, NV 89014

FORD CREDIT
P.O. BOX 7172
PASADENA, CA 91109-7172

FORD FORT APACHE INVESTMENTS
ATTN: FARUS FARMANALI
6370 W. FLAMINGO RD., # 40
LAS VEGAS NV  89103

FORD MOTOR CREDIT
ATTENTION: DEPT A
P.O. BOX 239801
LAS VEGAS, NV 89105

FORD MOTOR CREDIT
C/O JEFFERY G. SLOANE
FORD MOTOR CREDIT COMPANY
P.O. BOX 55000
DETROIT, MI 48255-0953

FORD MOTOR CREDIT
PINNACLE CHECK SENT TO:
ATTENTION: DEPT A
P.O. BOX 239801
LAS VEGAS NV 89105

**The Rhodes Companies, LLC - U.S. Mail**

FORD MOTOR CREDIT
PO BOX 54200
OMAHA, NE 68154

FORD MOTOR CREDIT
PO BOX 55000
DETROIT, MI 48255-0953

FORD MOTOR CREDIT COMPANY
P.O. BOX 55000
DRAWER 55-953
DETROIT, MI 48255-0953

FORD MOTOR CREDIT COMPANY
PO BOX 790119
ST. LOUIS, MO 63179-0119

FORD; JON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7345 S DURANGO
LAS VEGAS, NV 89113

FORE-PAR GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7650 STAGE RD
BUENA PARK, CA  90621

FOREST PRODUCTS SOCIETY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2801 MARSHALL CT.
MADISON WI 53705-2295

FORMS SURFACES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6393 CINDY LANE
CARPINTERIA CA 93013

FORSS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
468 PROSPECT ST
NEWPORT BEACH, CA 92663

FORSS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

FORSYTH, DEANNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3177 DEGAS TAPESTRY AVE
HENDERSON, NV 89044

FORT APACHE SELF STORAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9345 W FLAMINGO
LAS VEGAS NV 89147

FORTE GIFTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10889 EDEN RIDGE AVENUE
LAS VEGAS NV 89135

FORTUNE
CORPORATE RATE SERVICE
P. O. BOX 61440
TAMPA FL 33661-1440

FOURTH PHASE LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6050 S. VALLEY VIEW BLVD.
LAS VEGAS NV 89118

FOWLER,ARCHIE
PO BOX 485
TONALEA, AZ 86044

FOX FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

FOX FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8513 COPPER FALLS AVE
LAS VEGAS, NV 89129

FOX SECURITY INC.
DBA GAYLORD SECURITY
953 E. SAHARA AVE. SUITE 255
LAS VEGAS NV 89104-3096

FOX, MATTHEW G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 GOLDENWOOD CIR
SIMI VALLEY, CA 93065-6771

FOXWORTH GALBRAITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3060 AIRWAY AVE.
KINGMAN AZ 86409

FRADELLA IRON WORKS INC
JIM MCCRAKEN
707 YUCCA SREET
BOULDER CITY AZ 89005

FRAGA;RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6501 W. CHARLESTON BLVD # 226
LAS VEGAS, NV 89146

FRAGA-J.,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 N. PECOS
LAS VEGAS, NV 89101

FRAN KAYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
394 NW BREEZY POINT LOOP
PORT ST LUCIE, FL 34986

FRAN KAYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 217
LAS VEGAS, NV 89113

FRANCES CHELLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4607 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

FRANCES CHELLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8720 CARLITA JOY CT
LAS VEGAS, NV 89117

FRANCESCA ERVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

FRANCESCO GRECO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

FRANCESCO GRECO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 HANFORD RD
STONEHAM, MA 02180

FRANCHISE TAX BOARD
P.O.BOX 942857
SACRAMENTO, CA 94257-0511

FRANCIS & GWENDOLYN PASCOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 VIA NANDINA PL
HENDERSON, NV 89011

FRANCIS & GWENDOLYN PASCOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16755 W CHERRY STAGE RD
COLORADO SPRINGS, CO 80921

FRANCIS & IRENE DUNIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
748 WIGAN PIER DR
HENDERSON, NV 89002

FRANCIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2185 KERSHNER RD
DAYTON, OH 45414

FRANCIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
264 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

FRANCIS LARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

FRANCIS LARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6360 COSMOS ST
CORONA, CA 92880

FRANCIS MCKENZIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

FRANCIS SO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4785 FRANKFURT CT
LAS VEGAS, NV 89147

FRANCISCO & MARIA ABASTILLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2870 COTTONWOOD DR
SAN BRUNO, CA 94066

FRANCISCO & MARIA ABASTILLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 TOSSA DE MAR AVE
HENDERSON, NV 89002

FRANCISCO CIFUENTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3456 CIVIC CENTER DRIVE
# 8
NORTH LAS VEGAS, NV 89030

FRANCISCO CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7244 COTTONSPARROW ST
LAS VEGAS, NV 89131

FRANCISCO PIMENTEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 VIA FRANCIOSA DR
HENDERSON, NV 89011

FRANCISCO-CHAVEZ, MARCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 NORTH NELLIS #10
LAS VEGAS, NV 89115

FRANCO KAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 FORTRESS COURSE CT
LAS VEGAS, NV 89148

FRANCO KAM
PO BOX 4895
WEST HILLS, CA 91308

FRANK & ANGELA AGLIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 217
LAS VEGAS, NV 89113

FRANK & ANGELA AGLIO
PO BOX 547
SAN CLEMENTE, CA 92674

FRANK & NANCY MENDOLIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
780 TOSSA DE MAR AVE
HENDERSON, NV 89002

FRANK BILOTTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15615 - 100 ST
EDMONTON AB T5X
CANADA

FRANK BILOTTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
163 SHORT RUFF WAY
LAS VEGAS, NV 89148

FRANK CORGLAINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5140 EMMONS RD
FOWERVILLE, MI 48836-9547

FRANK CRESCENTINI
INVESTIGATIONS
7345 S. DURANGO DR, B107-229
LAS VEGAS NV 89113

FRANK CROUCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

FRANK CROUCH
PO BOX 11913
SAN BERNARDINO, CA 92423

FRANK DAVENPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1113 VIA CANALE DR
HENDERSON, NV 89011

FRANK DAVENPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3372 NAROD ST
LAS VEGAS, NV 89121

FRANK L CORGLIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5140 EMMONS RD
FOWLERVILLE, MI 48836-9547

FRANK LITTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6639 DAPPLE GRAY RD
LAS VEGAS, NV 89148

FRANK PETERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

FRANK PETERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496-52477 HIGHWAY 21
SHERWOOD PARK AB T8A-6K2
CANADA

FRANK RODRIGUEZ SERVICES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3675 S. RAINBOW BLVD # 180
LAS VEGAS, NV 89103

FRANK RODRIGUEZ SERVICES, INC
ATTN: FRANK RODRIGUEZ
3675 S. RAINBOW BLVD # 180
LAS VEGAS, NV 89103

The Rhodes Companies, LLC - U.S. Mail

FRANK RODRIQUEZ SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3675 S. RAINBOW, # 180
LAS VEGAS, NV 89103

FRANK RUSTIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

FRANK SEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
223 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

FRANK STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 WICKED WEDGE WAY
LAS VEGAS, NV 89148

FRANK WILLIAM & SUZANNE CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3925  HEATHER AVE
KINGMAN, AZ 86401

FRANK WILLIAM J & SUZANNE JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3872  HEATHER AVE
KINGMAN, AZ 86401

FRANKLIN D. CHURCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2535 RAFFERTY CREEK COURT
LAS VEGAS NV 89156

FRANKLIN DOCUMENT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 S. VALLEY VIEW BLVD.
#N-108
LAS VEGAS NV 89102

FRANKLIN;JOHN B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2912 HOWARD DR
LAS VEGAS, NV 89104

FRANTZ, RALPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7380 SO EASTERN AVE #124-190
LAS VEGAS, NV 89123

FRANZ & ISOLDE BARTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
937 RUE GRAND PARADIS LN
HENDERSON, NV 89011

FRAUSTO-GONZALES;RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3844 E. CAREY AVE.
LAS VEGAS, NV 89115

FRAUTSCHY, DENNIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4012 S. 104TH ST
GREENFIELD, WI 53228

FRAYRE, DANIEL URBANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 E WEBB AVE
N LAS VEGAS, NV 89030

FRAZEE INDUSTRIES, INC.
DEPT. #2510
LOS ANGELES, CA 90084-2510

FRAZEE PAINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6625 MIRAMAR ROAD
P. O. BOX 122471
SAN DIEGO CA 9112-2471

FRED & MARY SHARP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5333 S CORNING AVE
LOS ANGELES, CA 90056

FRED & MARY SHARP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

FRED AND PAMELA ELDEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 N GREENTREE DRIVE - EAST
LITCHFIELD AZ 85340

FRED HAUPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1513 TIFFANY PARK CIR
SANTA MARIA, CA 93455

FRED HAUPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

FRED LABAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

FRED OLDFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6608 CROSSTIMBER COURT
LAS VEGAS NV 89108

FRED STROUD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

FREDA MARITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 BROKEN PAR DR
LAS VEGAS, NV 89148

FREDERIC & CATHERINE COHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1142 OLIVIA PKWY
HENDERSON, NV 89011

FREDERICK CHIN
PRESIDENT - LAKE LAS VEGAS
1605 LAKE LAS VEGAS NV PARKWAY
HENDERSON NV 89011

FREDRICK & KAREN LOMBARDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
472 PUNTO VALLATA DR
HENDERSON, NV 89011

FREE WEAR FASHION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 SWEETWATER LANE
EDISON, NJ  08837

FREEDOM SECURITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2303 E. SAHARA AVE # 204
LAS VEGAS NV 89104

FREEDOM UNDERGROUND, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6555 W GARY AVE
LAS VEGAS, NV 89139

FREELANCE LANDSCAPE MGMT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4465 W ARBY
LAS VEGAS, NV 89118

FREELING GUINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13948 WASHBURN ST
DETROIT, MI 48238

FREELING GUINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8784 STOCKHOLM AVE
LAS VEGAS, NV 89147

FREEMAN & NINA JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7225 BUGLEHORN ST
LAS VEGAS, NV 89131

FREEMAN,GREG THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6532 ACACIA RD.
PHELAN, CA 92371

FREEMAN-CLARK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5913 AMBER STATION AVE
LAS VEGAS, NV 89131

FREEMAN-CLARK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 BLAVEN DR
HENDERSON, NV 89002

FREESANITY.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. SUNSET RD.
P.O. BOX 96716
LAS VEGAS NV 89193-6716

FREIDAY CONSTRUCTION, INC.
P.O. BOX 4267
KINGMAN, AZ 86401

FREIDAY CONSTRUCTION, INC.
P.O. BOX 4267
KINGMAN, AZ 86402

FREMONT EMERGENCY SERVICES
POST OFFICE BOX 1569
LAS VEGAS NV 89125

FRENCH BOUQUET FLOWER SH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3265 E. TROPICANA AVE
STE. A-
LAS VEGAS,  NV  89121

FRENCH BOUQUET FLOWER SH
JOANNIE
3265 E. TROPICANA AVE, STE. A-
LAS VEGAS NV 89121

FRENCH, CODY W.
C/O OFFICE BAR 251 E CENTER
POCATELLA, ID 83201

FRESH SQUEEZED
TONI WHITTIER
854 CYPRESS PINES WAY
HENDERSON NV  89015

FREUND, LORI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2056 LORDSBURG LANE
LAS VEGAS, NV 89134

FRIAS, HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3661 ALTO AVE
LAS VEGAS, NV 89115

FRIDAY, CHARLES
PO BOX 228
YUCCA, AZ 86438

FRIDLEY, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
872  S. SAN PEDRO RD.
GOLDEN VALLEY, AZ 86413

FRIEDLAND, CAROL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10128 CREST BROOK PL
LAS VEGAS, NV 89134-2547

FRIENDLY FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
660 NO. DECATUR BLVD.
LAS VEGAS NV 89107

FRIENDS OF SEAN FELLOWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1321 ROBBERS ROOST AVENUE
HENDERSON NV  89012

FRIENDS OF TANAKA ELEMENTARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6583 PEACHTREE LANE
LAS VEGAS, NV 89103

FROILAN SARADPON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 CASCADE LAKE ST
LAS VEGAS, NV 89148

FROILAN SARADPON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9573 ASHLYN CIR
OWINGS MILLS, MD 21117

FRONTIER
P. O. BOX 20550
ROCHESTER, NY  14602-0550

FRONTIER
P. O. BOX 3609
P. O. BOX 20550
ROCHESTER NY 14602-0550

FRONTIER COMMUNICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 S. AZTEC GOLDEN VALLEY
GOLDEN VALLEY, AZ 86413

FRONTIER COMMUNICATIONS
P.O. BOX 20567
ROCHESTER NY 14602-0567

FRONTIER INSURANCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2213 N. GREEN VALLEY PARKWAY, STE 101
HENDERSON , NV  89014

FRONTIER MANAGEMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1049 VIA PRATO LN
HENDERSON, NV 89011

FRONTIER MANAGEMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3609 BISON
SCOTTSBLUFF, NE 69361

FRONTIER PHONE
PO BOX 23008
ROCHESTER, NY 14692

FRYATT, KIMBERLY MICHELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2891 PAINTED LILLY DR
LAS VEGAS, NV 89135

FUCHS, GARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
113 SOUTH BUTEO WOODS LANE
LAS VEGAS, NV 89144

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

FUENTES ISLAS,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3790 SHIREBROOK # 167
LAS VEGAS, NV 89115

FUENTES, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3112 LAVA AVE
LAS VEGAS, NV 89101

FUENTES, EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2901 MULLIGAN ST
LAS VEGAS, NV 89101

FULL CIRCLE CONSULT INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3670 N. RANCHO DR. SUITE # 103
LAS VEGAS NV 89130

FULL CIRCLE ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13 SPOONBILL DR
ALISO VIEJO, CA 92656

FULL CIRCLE ENTERPRISES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2118
LAS VEGAS, NV 89148

FULLER, LESLIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5628 BONDS FLAT ST
LAS VEGAS, NV 89148

FUNG CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 DOG LEG DR
LAS VEGAS, NV 89148

FUNG CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8455 W FLAMINGO RD STE 5
LAS VEGAS, NV 89147

FUNG TSANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

FURLINGER; LEESA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2079 TOIYABE STREET
LAS VEGAS, NV 89156

FUSION MEDIA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 NORTH MAIN STREET
SUITE 7
CEDAR CITY UT 84720

G FORCE RESTORATION, INC.
MICHAEL R. DEVINE
2550 CHANDLER AVENUE
SUITE 52
LAS VEGAS NV 89120

G M A C MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1063 VIA SAINT LUCIA PL
HENDERSON, NV 89011

G M A C MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 VIRGINIA DR
FORT WASHINGTON, PA 19034

G M A C MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
177 PAXON HOLLOW CT
LAS VEGAS, NV 89148

G NEIL
P.O.BOX 451179
SUNRISE FL 33345-1179

G PHOTOGRAPHIC.COM
GEORGE BEKICH II
11597 ANDORRA ST
LAS VEGAS NV 89183

G PHOTOGRAPHIC.COM
GEORGE BEKICH II
1290 CAPITAL GAINS #1
HENDERSON, NV 89074

G Y PROPERTY HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5180 SPANISH HEIGHTS DR
LAS VEGAS, NV 89148

G. C. WALLACE, INC.
ATTN: JAMES VANWOERKOM
6655 SOUTH CIMARRON ROAD
LAS VEGAS, NV 89113-2132

G.C. ELECTRIC, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4130 ARCTIC SPRING AVE
SUITE 1
NORTH LAS VEGAS, NV 89115

G.C. WALLACE
C/O ROBERT AVILA, ESQ.
50 SOUTH JONES BLVD., #203
LAS VEGAS, NV 89107

G.C. WALLACE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6655 S. CIMMARRON ROAD
LAS VEGAS , NV  89113

G.C.WALLACE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1555 S. RAINBOW BLVD
LAS VEGAS, NV 89146

G.C.WALLACE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6655 SOUTH CIMARRON ROAD
LAS VEGAS NV 89113-2132

GABRIEL & KIDUSAN HAILU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9251 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

GABRIEL & ROSA DELEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
689 VORTEX AVE
HENDERSON, NV 89002

GABRIEL LABORICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9651 VALMEYER AVE
LAS VEGAS, NV 89148

GABRIELA & EMIL BOTEZATU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9290 ORCHID PANSY AVE
LAS VEGAS, NV 89148

GABRIELA LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

GABRIELA LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8421 INSIGNIA AVE UNIT 105
LAS VEGAS, NV 89178-8628

GABRIELA RAMZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9193 HOMBARD AVE.
LAS VEGAS NV 89148

GAC ACCESS CONTROLS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2721 NORTH LOSEE ROAD
NORTH LAS VEGAS NV 89030

GAIL BANKSTON-HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
558 EVERGREEN ST APT 15
INGLEWOOD, CA 90302

GAIL BANKSTON-HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

GAINEY CERAMICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 ARROW HIGHWAY
LA VERNE CA 91750-5217

GALAN;ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6156 LANNING
LAS VEGAS, NV 89108

GALAN;OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6156 LANNING
LAS VEGAS, NV 89108

GALAN;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6156 LANNING LN
LAS VEGAS, NV 89108

GALARZA,ALVARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3431 DAPPLE DR
N LAS VEGAS, NV 89032

GALE & REYNEL GLEPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6442 AETHER ST
LAS VEGAS, NV 89148

GALE BUILDING PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 TRADE DRIVE
N LAS VEGAS, NV 89030

GALE INSULATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 S. LYNN DR.
FORT MOHAVE AZ 86426

GALICIA,BERNARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3565 E. COLTON
LAS VEGAS, NV 89115

GALINDO-LOPEZ;EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 SATURN AVE UNIT D
N LAS VEGAS, NV 89030

GALLAGHER & KENNEDY, P.A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2575 E. CAMELBACK RD.
PHOENIX AZ 85016

GALLARDO,GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1504 N 22ND ST UNIT # 3
LAS VEGAS, NV 89101

GALLARDO,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2829 WESTERN
N LAS VEGAS, NV 89030

GALLARDO-INZUNZA,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 E. LAKE MEAD BLVD # 197
LAS VEGAS, NV 89115

GALLEGOS DELGADO;FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5500 SEABOUGH AVE
LAS VEGAS, NV 89107

GALLEGOS;FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 WILLOUGHBY
LAS VEGAS, NV 89101

GALLEGOS-CORTEZ;GERMAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2617 HAREWOOD
N LAS VEGAS, NV 89030

GALLEGOS-M.;GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 MEYER ST.
LAS VEGAS, NV 89101

GALLOWAY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

GALVAN,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 E. TONOPAH
NORTH LAS VEGAS, NV 89030

GAMBLERS GENERAL STORE, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 S. MAIN ST
LAS VEGAS NV 89101

GAME TIME C/O GREAT WESTERN
PARK & PLAYGROUND
PO BOX 97 2598 W 5700 S
WELLSVILLE UT 84338

GAMEZ-BERISTAIN,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 CAREY AVE
NORTH LAS VEGAS, NV 89030

GANDARA,JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6152 WITHROW DOWNS
NORTH LAS VEGAS, NV 89081

GANESH & SHWETA KADAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
598 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

GANQING JIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 HONORS COURSE DR
LAS VEGAS, NV 89148

GAP TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3596 N. BENTON ST.
KINGMAN, AZ 86401

GARCIA AMAYA,OSWALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5325 E. TROPICANA # 1020
LAS VEGAS, NV 89122

GARCIA ANDRADE;ROSALIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3236 MARY DEE # B
N LAS VEGAS, NV 89030

GARCIA BAUTISTA;MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # E-8
LAS VEGAS, NV 89115

GARCIA CALVILLO,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5101 KANSAS AVE
LAS VEGAS, NV 89107

GARCIA JR.; JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
715 ALOE YUCCA
HENDERSON, NV 89011

GARCIA REYNA,AZADOC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1834 BARTOLI # 4
LAS VEGA, NV 89115

GARCIA RIVERA,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
709 DELTA ST
LAS VEGAS, NV 89101

GARCIA, ABEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4525 YAKIMA AVE
LAS VEGAS, NV 89121

GARCIA, ANTHONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4037 KRISTINE LYNN AVE
NO LAS VEGAS, NV 89081

GARCIA, ASUNCION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4519 SUN VALLEY DRIVE
LAS VEGAS, NV 89121

GARCIA, CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 YAKIMA AVE
LAS VEGAS, NV 89121

GARCIA, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6268 BONILLO DR
LAS VEGAS, NV 89103

GARCIA, ESTEBAN MOLINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2522 STATZ APT #3
NO. LAS VEGAS, NV 89030

GARCIA, JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 CEDAR APT #218
LAS VEGAS, NV 89101

GARCIA, JENNIFER M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10824 WALLFLOWER AVE
LAS VEGAS, NV 89135

GARCIA, JOAQUIN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4480 W. SIRIUS AVE #204
LAS VEGAS, NV 89102

GARCIA, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1004 N JONES
LAS VEGAS, NV 89108

GARCIA, LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1004 N. JONES # C
LAS VEGAS, NV 89108

GARCIA, MARCIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 YAKIMA AVE
LAS VEGAS, NV 89121

GARCIA, MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6501 W CHARLESTON BLVD #99
LAS VEGAS, NV 89146

GARCIA, OCTAVIO TIRADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 CONSTANTINE AVE
LAS VEGAS, NV 89101

GARCIA, ONORIO FRAGOSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1008 WILIOM AVE
NO LAS VEGAS, NV 89030

GARCIA, SALVADOR J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 ARBOUR GARDEN DR
LAS VEGAS, NV 89148

GARCIA,BALTAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 JANE AVE
LAS VEGAS, NV 89104

GARCIA,EDGARDO ELIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4054 VICENTA CT.
LAS VEGAS, NV 89115

GARCIA,JOAQUIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 CHRISTINA ST # A
NORTH LAS VEGAS, NV 89030

GARCIA,JOSE R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5516 W. BARTLETT ST
LAS VEGAS, NV 89106

GARCIA,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 AZALEA CT.
LAS VEGAS, NV 89117

GARCIA,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6300 W. TROPICANA # 273
LAS VEGAS, NV 89103

GARCIA,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2050 GRAN BASIN
LAS VEGAS, NV 89156

GARCIA,MARCELINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 HOWARD AVE
LAS VEGAS, NV 89104

GARCIA,PATRICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 GEIST # C 3
LAS VEGAS, NV 89115

GARCIA,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2152 CRAWFORD
N LAS VEGAS, NV 89030

GARCIA,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 VENTANA HEIGHTS
HENDERSON, NV 89110

GARCIA;ADOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 E. LAKE MEAD # K 113
LAS VEGAS, NV 89115

GARCIA;ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 N. NELLIS APT 1139
LAS VEGAS, NV 89125

GARCIA;DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5310 LOWELL
LAS VEGAS, NV 89110

GARCIA;GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4303 E. VIKING RD
LAS VEGAS, NV 89121

GARCIA;ISIDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 BROOKS
N LAS VEGAS, NV 89030

GARCIA;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
715 ALOE YUCCA
HENDERSON, NV 89015

GARCIA;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 S. NELLIS BLVD
LAS VEGAS, NV 89121

GARCIA;JULIAN H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE #H3
LAS VEGAS, NV 89115

GARCIA;LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 E. LAKE MEAD # K 113
LAS VEGAS, NV 89115

GARCIA;MIGUEL ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5252 ELGIN
LAS VEGAS, NV 89101

GARCIA;MIGUEL R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 BROOKS
N LAS VEGAS, NV 89030

GARCIA;RANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # B-5
LAS VEGAS, NV 89115

GARCIA-BADILLO;ISIDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4650 E. CAREY # 60
LAS VEGAS, NV 89115

GARCIA-C.;MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # E - 8
LAS VEGAS, NV 89115

GARCIA-DIAZ,NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3705 DEL RIO DR.  NORTH
N LAS VEGAS, NV 89030

GARCIA-GARCIA;JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 E. TROPICANA
LAS VEGAS, NV 89119

GARCIA-HARO;JOSE S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3232 FIGLER # A
N LAS VEGAS, NV 89030

GARCIA-HERNANDEZ,JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2608 BROOKS AVE
N LAS VEGAS, NV 89030

GARCIA-LOPEZ,ISAAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
816 LANGTRY
LAS VEGAS, NV 89107

GARCIA-MAGANA;JUAN C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4480 ARLINGTON
LAS VEGAS, NV 89110

GARCIA-MAGANA;RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4480 ARLINGTON PARK
LAS VEGAS, NV 89110

GARCIA-N.;MARIO FCO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3856 BLUE WAVE DR
LAS VEGAS, NV 89115

GARCIA-SANCHEZ, JOHNNY D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4355 S. JONES #20
LAS VEGAS, NV 89103

GARCIA-SANCHEZ;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3140 VAN DEER MEER
LAS VEGAS, NV 89032

GARCIA-VELAZQUEZ;EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2240 STATZ # C
N LAS VEGAS, NV 89030

GARNER, CAROLYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1322 DUSTY SAGE CT
HENDERSON, NV 89014-8883

GAROFALO, RANDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2317 ROBINHOOD PL
ORANGE, CA 92867

GARRET LARSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8603 E. GLENCOVE ST.
MESA, AZ 85207

GARRETT DONALDSON
PO BOX 5087
GOODYEAR AZ 85338

GARRETT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9568 LOS COTOS CT
LAS VEGAS, NV 89147

GARRETT WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11271 VENTURA BLVD # 471
STUDIO CITY, CA 91604

GARRETT WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1132
LAS VEGAS, NV 89147

GARRY & MADELINE KERSEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
789 TELFER LN
HENDERSON, NV 89002

GARTH & ALI STABLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

GARY  LEWEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2743 STONEBRIDGE CT
MARYVILLE, IL 62062-6452

The Rhodes Companies, LLC - U.S. Mail

GARY & ANN HERTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1114
LAS VEGAS, NV 89148

GARY & ARLENE SHIBE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
166 S BROOK HILL LN
VERNON HILLS, IL 60061

GARY & ARLENE SHIBE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

GARY & DIANE RAVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8724 STOCKHOLM AVE
LAS VEGAS, NV 89147

GARY & JANICE GOCZKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
163 FLETCHER DR
DES PLAINES, IL 60016

GARY & JANICE GOCZKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

GARY & JANICE GOCZKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

GARY & JILL BURCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
96 RANCHO MARIA ST
LAS VEGAS, NV 89148

GARY & JONELL YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1072 VIA CANALE DR
HENDERSON, NV 89011

GARY & JONELL YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7541 EASTGATE RD
HENDERSON, NV 89011

GARY & KAREN PHILBROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13368 MARCH WAY
CORONA, CA 92879

GARY & KAREN PHILBROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

GARY & MARGRET MITREA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
686 VORTEX AVE
HENDERSON, NV 89002

GARY & REBECCA WOOLDRIDGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
564 VIA COLMO AVE
HENDERSON, NV 89011

GARY & SUSAN WATERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11325 EARLY SUN CT
LAS VEGAS, NV 89135

GARY & SUSAN WATERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9656 WAUKEGAN AVE
LAS VEGAS, NV 89148

GARY & URSULA BECKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
596 VIA COLMO AVE
HENDERSON, NV 89011

GARY BECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

GARY BECKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7027 CANNON CT.
HUNTINGTON BEACH CA 92648

GARY CASTRONUOVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

GARY D JACOBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29139 OUTRIGGER
LAKE ELSINOR, CA 92530

GARY EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 FRINGE RUFF DR
LAS VEGAS, NV 89148

GARY FRAZIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4120 ERINBIRD  AVENUE
NORTH LAS VEGAS NV 89084

GARY GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 CATRON
OAKLAND 94603

GARY H. KENT INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3120 S DURANGO DR STE 304
LAS VEGAS, NV 89134- 8317

GARY HERTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1023
LAS VEGAS, NV 89148

GARY HERTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1045
LAS VEGAS, NV 89148

GARY LENNON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 VIA FRANCIOSA DR
HENDERSON, NV 89011

GARY LEWEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2743 STONEBRIDGE CT
MARYVILLE, IL 62062-6452

GARY MATTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11013 CLIFF SWALLOW AVE
LAS VEGAS, NV 89144

GARY MATTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

GARY MCADAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9544 LOS COTOS CT
LAS VEGAS, NV 89147

GARY MELNIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2170 CENTURY PARK EAST #1110
LOS ANGELES CA 90067

GARY MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18894 E MILAN PL
AURORA CO 80014

GARY MYERS
GRM REAL ESTATE SERVICES
1423 E. WESTCHESTER DR.
CHANDLER AZ 85249

GARY NORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 MANZANILLA WAY
OCEANSIDE, CA 92057

GARY NORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

GARY SALONISEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17981 JOSHUA DR
YORBA LINDA, CA 92886

GARY SALONISEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
774 WIGAN PIER DR
HENDERSON, NV 89002

GARY SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2870 PEACEFUL GROVE ST
LAS VEGAS, NV 89135

GARY SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 TALL RUFF DR
LAS VEGAS, NV 89148

GARY WILHELMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR
LAS VEGAS NV 89148

GAS AUTO ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1500 WESTERN AVE.
LAS VEGAS, NV 89102

GASSETT, CHRISTOPHER M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5580 W. SANDCASTLE DR.
GOLDEN VALLEY, AZ 86413

GASTON & LINDA LAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
347 PALM TRACE AVE
LAS VEGAS, NV 89148

GATES, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8203 NE WYGANT ST
PORTLAND, OR 97220-4766

GATES, JAMES M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8203 NE WYGANT ST
PORTLAND, OR 97220-4766

GATES;JAMES M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
509 NORTHEAST STANTON
PORTLAND, OR 97212

GATLIFF ERIC & MICHELLE CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3799 HEATHER AVE
KINGMAN, AZ 86401

GAUDIN JAGUAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7200 W SAHARA
LAS VEGAS, NV 89117

GAUDIN PORSCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7200 W. SAHARA
LAS VEGAS NV 89117

GAUN'S TREE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7840 CANDY LANE
FLAGSTAFF, AZ 86004

GAUTHIER-SCOTT, DEBRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2800 BROOKPARK, DR
MANHATTAN,KS 66502-8441

GAVINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1047 VIA GALLIA ST
HENDERSON, NV 89011

GAVINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1047 VIA SAN GALLO CT
HENDERSON, NV 89011

GAVINO GUTIERREZ,OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2127 BELMONT ST # A
N LAS VEGAS, NV 89030

GAVINO GUTIERREZ,ROSALIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5020 JACARILLO
NORTH LAS VEGAS, NV 89031

GAVINO,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4328 SANTA CLARITA
LAS VEGAS, NV 89115

GAVLAK-YEMC FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
137 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

GAYLE NAGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1368 KENWOOD RD
SANTA BARBARA, CA 93109

GAYLE NAGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
317 PALM TRACE AVE
LAS VEGAS, NV 89148

GCR TIRE CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2815 N. 32ND AVE
PHOENIX, AZ 85009

GCS SERVICE, INC.
PO BOX 64373
ST. PAUL, MN 55164-0373

GCSAA
P.O.BOX 419004
KANSA CITY, MO 64141-6004

GDI VENTURES, LLC
ATTN: ELAINE FEENEY
600 HERSCH AVE
PAGOSA SPRINGS CO 81147

GDI VENTURES, LLC
ATTN: ELAINE FEENEY
688 TAMARISK COURT
LOUISVILLE, CO 80027

GDS  PILOT CAR SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 OLD LINCOLN HWY
GRANTSVILLE, UT 84029

GE CAPITAL
P.O. BOX 802585
CHICAGO , IL  60680-2585

GE CAPITAL
PO BOX 6229
CAROL STREAM, IL  60197-6229

GE CAPITAL MODULAR SPACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 EAST SWEDESFORD ROAD
PO BOX 641595
PITTSBURGH PA 15264-1595

GE CAPITAL MODULAR SPACE
PO BOX 641595
PITTSBURGH, PA 15264-1595

GE CONCRETE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
114 TUCKER ST., SUITE 6
KINGMAN AZ 86401

GE CONSUMER SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4610 ARVILLE STREET
LAS VEGAS NV 89103

GE MONEY BANK DBA LESCO
ATTN: RAMESH SINGH
RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR GE MONEY BANK   1616883 - 5874888
25 SE 2ND AVE STE 1120
MIAMI, FL 33131

GEAR FOR SPORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9700 COMMERCE PKWY
P.O. BOX 14908
LENEXA KS 66219

GEDANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1312 OLIVIA PKWY
HENDERSON, NV 89011

GEDANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2043 COLEMAN CT
SIMI VALLEY, CA 93063

GEDEON-GUARDADO,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2830 S DECATUR BLVD #16
LAS VEGAS, NV 89102

GEMINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
475 STEAMBOAT ROAD
GREENWICH, CT 06830

GEMMA SLADKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4784 LONE MESA DR
LAS VEGAS, NV 89147

GENATO; DEBORAH J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5229 PARK CREEK COURT
N. LAS VEGAS, NV 89031

GENE & JOAN KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

GENE & MARY MABASA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 VIA STRETTO AVE
HENDERSON, NV 89011

GENE HECKERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 WICKED WEDGE WAY
LAS VEGAS, NV 89148

GENE SUGANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

GENE T. PORTER, LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 HORIZON RIDGE PKWY
SUITE 300
HENDERSON NV  89052

GENE WITTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

GENERAL BINDING CORP
PO BOX 71361
CHICAGO IL 60694-1361

GENERAL ELECTRIC CAPITAL CORP
BRENT CHASE
201 MERRITT 7, P.O. BOX 5201
NORWALK, CT  06856-5201

GENERAL ELECTRIC CAPITAL CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11010 PRARIE LAKES DRIVE
SUITE 150
EDEN PRAIRIE, MN 55344

GENERAL ELECTRIC CAPITAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1961 HIRST DRIVE
MOBERLY, MO  65270

GENERAL ELECTRIC CO
JIM
GE/RCA CONSUMER SERVICE
PO BOX 840255
DALLAS TX 75284

GENERAL PETROLEUM CORPORATION
PO BOX 31001-1235
PASADENA, CA 91110-1234

GENERAL STEEL CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1075 S. YUKON ST.
SUITE 250
LAKEWOOD CO 80226

GENERQAL ELECTRIC CAPITAL CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11010 PRAIRIE LAKES DR., STE 150
EDEN PRAIRIE, MN 55344-3891

GENE'S LOCKSMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
738 W. SUNSET ROAD
HENDERSON NV  89011

GENESIS MEDICAL GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 NORTH GREEN VALLEY PKWY
#110
HENDERSON NV  89074

GENEVA HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
581 VIA DI PARIONE CT
HENDERSON, NV 89011

GEO TEK INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6835 SOUTH ESCONDIDO STREET #A
LAS VEGAS, NV 89119-3832

The Rhodes Companies, LLC - U.S. Mail

GEO TEK, INC.
ATTN: CHRISTOPHER AMEN
6835 S. ESCONDIDO STREET, SUITE A
LAS VEGAS, NV 89119-3832

GEOCON INLAND EMPIRE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 SOUTH VALLEY VIEW BLVD.
SUITE 624
LAS VEGAS NV 89118

GEOFFREY & GENEVIEVE KWONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 WATERTON LAKES AVE
LAS VEGAS, NV 89148

GEOFFREY & GENEVIEVE KWONG
PO BOX 5898
SHERMAN OAKS, CA 91413

GEOFFREY & SERENA NERVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 RUSTY PLANK AVE
LAS VEGAS, NV 89148

GEOFFREY HSIEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2559 PURPLE HEATHER PL
HENDERSON, NV 89052

GEOFFREY HSIEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9698 WAUKEGAN AVE
LAS VEGAS, NV 89148

GEOFFREY SAMPANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20786 QUIET BROOK PL
POTOMAC FALLS, VA 20165

GEOFFREY SAMPANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
56 DAISY SPRINGS CT
LAS VEGAS, NV 89148

GEORGE & CYNTHIA GAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1154 OLIVIA PKWY
HENDERSON, NV 89011

GEORGE & DEBORAH VANWINGERDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 BLAVEN DR
HENDERSON, NV 89002

GEORGE & DOREEN HANADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1177 QUEEN ST APT 2107
HONOLULU, HI 96814

GEORGE & DOREEN HANADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 FORTRESS COURSE CT
LAS VEGAS, NV 89148

GEORGE & ELENA LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11329 WOODMAR LN NE
ALBUQUERQUE, NM 87111

GEORGE & ELENA LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
386 APPLE RIVER CT
LAS VEGAS, NV 89148

GEORGE & ELISA UY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
137 WATER HAZARD LN
LAS VEGAS, NV 89148

GEORGE & ELISA UY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 CALLE AKELIA
SAN CLEMENTE, CA 92673

GEORGE & GERALDINE BENDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39297 BERINGER DR
MURRIETA, CA 92563

GEORGE & GERALDINE BENDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1057
LAS VEGAS, NV 89148

GEORGE & LE CAPPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
485 VIA STRETTO AVE
HENDERSON, NV 89011

GEORGE & LE CAPPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8538 LAMBERT DR
LAS VEGAS, NV 89147

GEORGE & LINDA FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6031 EAGLE RIDGE PLACE
DUNCAN BC V9L5M9
CANADA

GEORGE & LINDA FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1149
LAS VEGAS, NV 89148

GEORGE & MARTA PELAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4768 CRAKOW CT
LAS VEGAS, NV 89147

GEORGE & ROBERTA O`HARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531 VIA DEL CORALLO WAY
HENDERSON, NV 89011

GEORGE & VIRGINIA FILART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1626 FALLING STAR LN
CHINO HILLS, CA 91709

GEORGE & VIRGINIA FILART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 SPRING HOLLOW DR
LAS VEGAS, NV 89148

GEORGE AMBROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 HARVARD AVENUE
SALT LAKE CITY, UT 84105

GEORGE AWAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 VOLTAIRE AVE
HENDERSON, NV 89002

GEORGE BLACKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
448 VIA DEL FORO DR
HENDERSON, NV 89011

GEORGE F TIBSHERANY INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7150 E CAMELBACK RD
SUITE #500
SCOTTSDALE AZ 85251

GEORGE FIELDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
184 MACOBY RUN ST
LAS VEGAS, NV 89148

GEORGE GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

GEORGE HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

GEORGE Q. VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7875 ALAMEDA CREEK ST
LAS VEGAS, NV 89113

GEORGE RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

GEORGE VARHELYI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
586 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

GEORGE, DAVE A
G4493 FENTON RD. # 68
BURTON, MI 48529

GEORGE, DAVID  P., SR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4605 CHUAR DR.
GOLDEN VALLEY, AZ 86413

GEORGESON, CHAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9296 ASPEN SHADOW ST
LAS VEGAS, NV 89178

GEORGIA MAJOR LIBERTY REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2920 SO. DURANGO DRIVE
LAS VEGAS , NV  89117

GEOSTRUCTURAL TOOL KIT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2804 LONGHORN BLVD.
AUSTIN TX 78758

GEOTEK, INC
ATTN: CHRISTOPHER AMEN
6835 S. ESCONDIDO STREET, SUITE A
LAS VEGAS, NV 89119

GEOTEK, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6835 S. ESCONDIDO STREET
SUITE A
LAS VEGAS, NV 89119

GERALD & ARLETTE LEBIZAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7322 S RAINBOW BLVD
LAS VEGAS, NV 89139

GERALD & ARLETTE LEBIZAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2070
LAS VEGAS, NV 89148

GERALD & CAROL JEFFERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3065 OLIVIA HEIGHTS AVE
HENDERSON, NV 89052

GERALD & CAROL JEFFERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1169
LAS VEGAS, NV 89147

GERALD & PRISCILLA MESSMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1541 DORAN DR
LAS VEGAS, NV 89123

GERALD & PRISCILLA MESSMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

GERALD & SANDRA DUBANSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4568 CALIFA DR
LAS VEGAS, NV 89122

GERALD GUARIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1358 LA CRESCENTIA DR
CHULA VISTA, CA 91910

GERALD GUARIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

GERALD SHURLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

GERALDINE DICKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1512 OUTRIGGER STREET
WEST COVINA, CA 91790

GERARD & JANICE BRUCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8409 NORMANDY SHORES ST
LAS VEGAS, NV 89131

GERARD AZOULAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8911 LANSBERRY CT
LAS VEGAS, NV 89147

GERARDO & JOSEPHINE PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9254 ORCHID PANSY AVE
LAS VEGAS, NV 89148

GERBER, PAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
888 BARE BRANCH AVE
LAS VEGAS, NV 89123

GERLACH, TONI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3150 S. NELLIS #2088
LAS VEGAS, NV 89121

GEROLAGA;RICKY T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9766 SILVER PEBBLE
LAS VEGAS, NV 89123

GEROME & MACELSA GUANSING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6675 AVISTON ST
LAS VEGAS, NV 89148

GEROME & MACELSA GUANSING
PSC 561 BOX 516
FPO, AP 96310

GERONIMO & IRIS VASQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4789 FRANKFURT CT
LAS VEGAS, NV 89147

GERONIMO & IRIS VASQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5590 GREELEY PL
FREMONT, CA 94538

GERONIMO PLUMBING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7947

The Rhodes Companies, LLC - U.S. Mail

GERONIMO VASQUEZ
IRIS VASQUEZ
5590 GREELEY PLACE
FREMONT CA 94538

GERRY & ROSALINE DEVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5263 CEDAR BEND DR
NORTH LAS VEGAS, NV 89031

GERRY & ROSALINE DEVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

GERTRUDE CABUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 QUAIL VALLEY ST
LAS VEGAS, NV 89148

GESCO NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1868 ANAMOR ST
REDWOOD CITY CA 94061

GET ROOFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
745 WEST SUNSET ROAD
HENDERSON NV  89015

GEZA BALASKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA DUPRE ST
HENDERSON, NV 89011

GHASSEN & MIRIAM KHOURY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
580 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

GHENNET HAILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 DOG LEG DR
LAS VEGAS, NV 89148

GHENNET HAILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9520 VICTORY GARDEN AVE
LAS VEGAS, NV 89149

GHOST RIDER TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4049 CASSIDY DRIVE
FORT MOHAVE, AZ 86423

GIACOMO MONOPOLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

GIANT TEXTILES CORPORATION
PATRICK OR AMY
PO BOX 84228
SEATTLE WA 89124

GIATI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 HENRY ADAMS #136
SAN FRANCISCO CA 94103

GIBBONS, TIMOTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1152 PARADISE RIVER ROAD
HENDERSON, NV 89002-8933

GIBI & LUCKOSE JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 SANDY BUNKER LN
LAS VEGAS, NV 89148

GIBLIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 WICKED WEDGE WAY
LAS VEGAS, NV 89148

GIBLIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8300 HARVEST SPRING PL
LAS VEAGS, NV 89143-6409

GIBLIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8300 HASRVEST SPRING PL
LAS VEGAS, NV 89143-6409

GIBSON, DUNN  & CRUTCHER LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 SOUTH GRAND AVENUE
LOS ANGELES CA 90071

GIESE, JOSH A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5244 RAPPAHANOCK ST
LAS VEGAS, NV 89122

GIESELLE & MICHAEL EASTMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
402 CENTER GREEN DR
LAS VEGAS, NV 89148

GIFFORD ELECTRIC TECHNOLOGIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5066 W. POST RD
LAS VEGAS, NV  89148

GIFFORD, SARAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5628 BONDS FLAT ST
LAS VEGAS, NV 89148

GIL & ULLA GALLIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
539 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

GIL ALCALA,ISIDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR. # 17 D
NORTH LAS VEGAS, NV 89030

GIL GOMEZ,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5623 TUNIS AVE
LAS VEGAS, NV 89122

GILBERT & MARY LANDIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4700 CALIFA DR
LAS VEGAS, NV 89122

GILBERT & PATRICIA BRILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3250 S TOWN CENTER DR UNIT 2063
LAS VEGAS, NV 89135

GILBERT & PATRICIA BRILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

GILBERT & SUSAN BOOZIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 SANDERLING
IRVINE, CA 92604

GILBERT & SUSAN BOOZIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1132
LAS VEGAS, NV 89148

GILBERT LANDIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701 CALIFA DR
LAS VEGAS, NV 89122

GILBERT LANDIN
PO BOX 20117
LAS VEGAS, NV 89112

GILBRILL THORLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

GILDERSLEEVE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 ARCATA
IRVINE, CA 92602

GILDERSLEEVE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1173
LAS VEGAS, NV 89148

GILES, KRISTEN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 ROMA CT. #B
MONTROSE, CO 81401

GIL-GALVEZ,FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
466 LINN
LAS VEGAS, NV 89110

GILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8250 N GRAND CANYON DR UNIT 2020
LAS VEGAS, NV 89166-3731

GILLIAM, ROGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6565 LORRAINE DR.
RIVERSIDE, CA 92506

GILMORE, JOSEPH & LENTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6817 S. EASTERN STE 102
LAS VEGAS NV 89119

GINA CHURCHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3691 WASATCH
REDDING, CA 96001

GINA HONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4756 LONE MESA DR
LAS VEGAS, NV 89147

GINA RUMMELHART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 SHORT RUFF WAY
LAS VEGAS, NV 89148

GINMIR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5147 MOUNTAIN FOLIAGE DR
LAS VEGAS, NV 89148

GINMIR LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1120
LAS VEGAS, NV 89147

GIOK & DIANDI WEDHAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10816 STAMFIELD DR
RANCHO CUCAMONGA, CA 91730

GIOK & DIANDI WEDHAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9713 KAMPSVILLE AVE
LAS VEGAS, NV 89148

GIORDANO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 VIA STELLATO ST
HENDERSON, NV 89011

GIOVANNA GURRIERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1228 OLIVIA PKWY
HENDERSON, NV 89011

GIOVANNA RACCOSTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9905 DEER CT
LAS VEGAS NV 89134

GIROUX GLASS, INC.
BRIAN COMENO
3620 S. HIGHLAND
LAS VEGAS NV 89103

GIT ER DONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4430 NORTH ADAMS
KINGMAN AZ 86401

GIUDICESSI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6816 DALI AVE # E206
LAND O LAKES, FL 34637

GIUDICESSI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

GIUSEPPE & MARIE MILITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7233 EAGLEGATE ST
LAS VEGAS, NV 89131

GIUSEPPE & NANCY SAPUTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 CEDAR RAE AVE
LAS VEGAS, NV 89131

GIUSEPPE & RONI BELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2009 ASPEN BROOK DR
HENDERSON, NV 89074

GIUSEPPE & RONI BELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1151
LAS VEGAS, NV 89148

GLANT TEXTILE CORPORATION
PO BOX 84228
SEATTLE WA 98124

GLASS BLOCK WINDOW CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3807 W. ADAMS ST.
PHOENIX, AZ 85009

GLASS DOCTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1125 AMERICAN PACIFIC DR.
SUITE D
HENDERSON NV 89074

GLASSIC ART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5850 S. POLARIS , STE. 700
LAS VEGAS NV 89129

GLB INSURANCE GROUP OF NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4455 SOUTH PECOS RD
LAS VEGAS, NV 89121

GLEN & CHERYL WAYNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 RED CINDER ST
LAS VEGAS, NV 89131

GLEN & GENEVIEVE HOTINSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7521 THORNBUCK PL
LAS VEGAS, NV 89131

GLEN JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
544 PLUMOSA
VISTA CA 92083

GLEN KLANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 WHITE WILLOW AVE.
LAS VEGAS NV 89123-1102

GLEN YUEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
776 WIGAN PIER DR
HENDERSON, NV 89002

GLENDA TANGEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1016
LAS VEGAS, NV 89148

GLENN & CHRISTINE YAKABI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

GLENN AND RENE M. RAYNES
REVOCABLE FAMILY TRUST
1930 VILLAGE CENTER CIRCLE #3-705
LAS VEGAS NV 89134

GLENN COBB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

GLENN COBB
PO BOX 427
PASADENA, CA 91102

GLENN HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1136 VIA CANALE DR
HENDERSON, NV 89011

GLENN RAYNES TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9817 CANYON ROCK PLACE
LAS VEGAS NV 89134

GLENNA GAUDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 VIA STRETTO AVE
HENDERSON, NV 89011

GLOBAL ARCHITECTURAL MODELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3863 S. VALLEY VIEW #10
LAS VEGAS NV 89147

GLOBAL INSIGHT (USA), INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 WINTER ST. STE 4300N
P. O BOX 845730
BOSTON MA 02884-5730

GLOBAL INSIGHT (USA), INC.
P. O BOX 845730
BOSTON, MA 02884-5730

GLOBAL TOUR GOLF INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1345 SPECIALTY DR.
SUITE E
VISTA, CA  92081

GLOBALSTAR USA
P. O. BOX 30519
LOS ANGELES CA 90030-0519

GLORIA G. ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2495 AUTUMN CHASE LANE
HENDERSON NV  89052

GLORIA ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIA CAMELIA ST
HENDERSON, NV 89011

GLORIA ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2495 AUTUMN CHASE LN
HENDERSON, NV 89052

GLORIFINA TRINIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4810 LONE GROVE DR
LAS VEGAS, NV 89139

GLORIFINA TRINIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6507 BETHALTO ST
LAS VEGAS, NV 89148

GLYNDA RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE COURT
LAS VEGAS , NV  89148

GLYNDA, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

GMAC
ATTN: M. BOHEN
P.O. BOX 130424
ROSEVILLE, MN 55113

GMAC
P. O. BOX 9001948
LOUISVILLE KY 40290-1948

GMAC
P.O. BOX 78234
PHOENIX, AZ 85062-8234

GMAC
PAYMENT PROCESSING CENTER
P. O. BOX 78234
PHOENIX, AZ 85062-8234

GMAC
PAYMENT PROCESSING CENTER
PO BOX 9001952
LOUISVILLE, KY 40290-1952

GMAC PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE, KY 40290-1948

GMS CONCRETE, INC.
GARY STURM
4140 CANNOLI CIRCLE, SUITE A
LAS VEGAS NV 89103

GODELA & ANANIAS GASACAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 HONORS COURSE DR
LAS VEGAS, NV 89148

GODINEZ-LUCATERO;GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3204 FIGLER # B
N LAS VEGAS, NV 89030

GODOY MATEO,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2945 CLIFFORD # 104
LAS VEGAS, NV 89115

GODOY;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 TORRY PINES DR. # 2108
N LAS VEGAS, NV 89108

GOLD MOUNTAIN DEVELOPMENT CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 WARM SPRINGS RD
SUITE 100
LAS VEGAS NV 89109

GOLD VALUE CALIFORNIA REALTY
LEN B. DIAZ
9135 LANGDON AVENUE
NORTH HILLS CA 91343

GOLDBERG BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

GOLDEN POINT INVESTMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 CASTLE COURSE AVE
LAS VEGAS, NV 89148

GOLDEN POINT INVESTMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 CLIFF VALLEY DR
LAS VEGAS, NV 89148

GOLDEN TRIANGLE DEVELOPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 DARK FOREST AVE
LAS VEGAS, NV 89123

GOLDEN VALLEY MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2215 HUALAPAI MTN. RD. #H
KINGMAN AZ 86409

GOLDEN WEST INDUSTRIAL SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2180 AGATE COURT
SIMI VALLEY, CA 93065

GOLDEN WEST INDUSTRIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5505 S.E. JOHNSON CREEK BLVD.
PORTLAND, OR 97206

GOLDEN WEST INDUSTRIES, INC.
LAURA
5505 S.E. JOHNSON CREEK BLVD.
PORTLAND OR 97206

GOLDSMITH JOINT REVOCABLE LIV TR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

GOLDY, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2326 EAST RIVERVIEW CIRCLE
BULLHEAD CITY, AZ 86442

GOLF ASSOCIATES SCORECARD CO.
PO BOX 6917
91 WESTSIDE DR
ASHEVILLE, NC 28816

GOLF DESIGN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11621 MARKON DRIVE
GARDEN GROVE, CA 92841

GOLF LAS VEGAS NOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 DONLON COURT
HENDERSON, NV 89012

GOLF LAS VEGAS NOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 DONLON COURT
HENDERSON, NV 89015

GOLF LOGIX SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16055 N. DIAL BLVD.
SUITE 5
SCOTTSDALE, AZ 85260

GOLF SAND INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1011 E. ALEXANDER ROAD
NORTH LAS VEGAS, NV 89030

GOLF SCORECARDS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9735 SW SUNSHINE ST, STE 700
BEAVERTON, OR 97005

GOLF VENTURES WEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5101 GATEWAY BLVD.
SUITE 18
LAKELAND, FL 33811

GOLFER'S GUIDE
MKTG. SOLUTIONS
P.O. BOX 5926
HILTON HEAD IS., SC 29938-5926

GOLFER'S GUIDE MARKETING, SOLUTIONS, LLC
ATTN: LINDA G PAGANO
P.O. BOX 5926
HILTON HEAD, SC 29938

GOLFHERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15333 N PIMA ROAD
SUITE 245
SCOTTSDALE, AZ 85260

GOLFSWITCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6380 EAST THOMAS ROAD
SUITE 232
SCOTTSDALE, AZ 85251

GOLFSWITCH, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6390 EAST THOMAS ROAD
SUITE 300
SCOTTSDALE AZ 85251

GOLIGHTLY TIRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 E HUNTINGTON DR
FLAGSTAFF, AZ 86004

GOLOB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIA LATINA ST
HENDERSON, NV 89011

GOLOB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 SAN FLORENTINE AVE
LAS VEGAS, NV 89141

GOMEZ CONSTRUCTION INC
ARMANDO GOMEZ
7204 SHADY SPRINGS ST.
LAS VEGAS NV 89131

GOMEZ DE LA TORRE;OSVALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 RAMSEY ST
LAS VEGAS, NV 89107

GOMEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIA GALLIA ST
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

GOMEZ FAMILY
PO BOX 6542
THOUSAND OAKS, CA 91359

GOMEZ Q,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3822 ARIZONA AVE
LAS VEGAS, NV 89104

GOMEZ,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2944 PECOS RD., #204
LAS VEGAS, NV 89115

GOMEZ,EDGAR JORDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 GUNDERSON BLVD
LAS VEGAS, NV 89103

GOMEZ,ERNESTO L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3825 TROUT LAKE AVE
LAS VEGAS, NV 89115

GOMEZ;JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2421 SALT LAKE ST. # C
N LAS VEGAS, NV 89030

GOMEZ;MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2421 SALT LAKE ST. # C
LAS VEGAS, NV 89030

GOMEZ;PERCIVAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 CEDAR AVE., #132
LAS VEGAS, NV 89101

GOMEZ-MADRIGAL;EVELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE, #E-4
LAS VEGAS, NV 89115

GOMEZ-RERAN.LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 N. NELLIS # 12
LAS VEGAS, NV 89115

GONNIE,EDISON
P.O. BOX 2338
KAYENTA, AZ 86033

GONZALES ESQUIJAROSA;YUDDENIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 BOULDER HWY APT 2112
LAS VEGAS, NV 89121

GONZALES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1575 BOUNDARY PEAK WAY
LAS VEGAS, NV 89135

GONZALES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

GONZALES, JORGE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5235 TROPICANA #1098
LAS VEGAS, NV 89122

GONZALES,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
904 N. 20TH ST. # C
LAS VEGAS, NV 89101

GONZALES;JORGE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2211 BASSLER ST., #B
N LAS VEGAS, NV 89030

GONZALES-VASQUEA, RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 N. 20TH ST.
LAS VEGAS, NV 89110

GONZALEZ HEREDIA,RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 W. CARTIER AVE
NORTH LAS VEGAS, NV 89030

GONZALEZ LIAS,OSVALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6867 BONILLO DR
LAS VEGAS, NV 89103

GONZALEZ TALAMANTES,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4624 BEATRICE AVE
LAS VEGAS, NV 89110

GONZALEZ, GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3615 THOMAS AVE #3
N LAS VEGAS, NV 89030

GONZALEZ, HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2631 DONNA ST APT D
N LAS VEGAS, NV 89030-1639

GONZALEZ, HENRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6508 KIMBERLY CIRCLE
LAS VEGAS, NV 89107

GONZALEZ, JESUS MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 PAGE ST
LAS VEGAS, NV 89110

GONZALEZ, JOSEPH A.
PO BOX 34027
LAS VEGAS, NV 89133

GONZALEZ, JUAN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 DONGOLA CT
LAS VEGAS, NV 89110

GONZALEZ, RODRIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3040 CHARLESTON #2198
LAS VEGAS, NV 89104

GONZALEZ,ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3405 NAVAJO WAY
LAS VEGAS, NV 89108

GONZALEZ,GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 N. WALNUT RD # 7
LAS VEGAS, NV 89115

GONZALEZ,GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
852 DUSK
LAS VEGAS, NV 89110

GONZALEZ,JOAQUIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3324 MARY ANN AVE
LAS VEGAS, NV 89101

GONZALEZ,JORGE ALEXIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6012 RIPPLE CLOUD CT
NORTH LAS VEGAS, NV 89031

The Rhodes Companies, LLC - U.S. Mail

GONZALEZ,LUIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 STEVENS # 2
LAS VEGAS, NV 89115

GONZALEZ,OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1780 LUCKY
LAS VEGAS, NV 89104

GONZALEZ,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6300 BRITANNY WAY
LAS VEGAS, NV 89107

GONZALEZ,RODOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 W. CALLE SAUCO
SAHUARITA, AZ 85629

GONZALEZ,RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 STANLEY AVE
NORTH LAS VEGAS, NV 89030

GONZALEZ; LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 STEVENS #2
LAS VEGAS, NV 89115

GONZALEZ;ELVIA LUCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 FALCON RIDGE
LAS VEGAS, NV 89142

GONZALEZ;JORGE ALEXIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4801 E. TROPICANA
LAS VEGAS, NV 89121

GONZALEZ;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1608 PUTNAM
N LAS VEGAS, NV 89030

GONZALEZ;JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 N. CRISTY LANE
LAS VEGAS, NV 89110

GONZALEZ;MISAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3220 FIGLER APT C 1
N LAS VEGAS, NV 89030

GONZALEZ;PORFIRIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 N. NELLIS BLVD. #146
LAS VEGAS, NV 89115

GONZALEZ-ANAYA,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1636 RISING PEBBLE CT
N LAS VEGAS, NV 89031

GONZALEZ-LOPEZ; GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
852 DUSK  LAS VEGAS, NV 89110
LAS VEGAS, NV 89110

GONZALEZ-MONTOYA;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1520 BLUE STAR
LAS VEGAS, NV 89032

GONZALEZ-MONTOYA;REFUGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1520 BLUE STAR
LAS VEGAS, NV 89032

GONZALEZ-NARANJO;OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 FALLON RIDGE
LAS VEGAS, NV 89142

GONZALEZ-ORELLANA,WILDREDO Y
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3916 CULL CANYON
LAS VEGAS, NV 89110

GONZALEZ-RODRIGUEZ,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2293 MINER WAY
LAS VEGAS, NV 89104

GONZALEZ-RUIZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
895 DALTON DR
LAS VEGAS, NV 89119

GONZALEZ-V.,JOSE G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1910 FERREL # 22
LAS VEGAS, NV 89106

GONZALO & IRMA SEGURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4622 CALIFA DR
LAS VEGAS, NV 89122

GOOD TECHNOLOGY
DEPT CH 17433
PATALINE IL 60055-7433

GOOD VIBRATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5544 GREEN FERRY AVENUE
LAS VEGAS, NV  89131

GOODFELLOW CORPORATION
P.O. BOX 60070
BOULDER CITY, NV 89005

GOODWIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11122 CICITA ST
LAS VEGAS, NV 89141

GOODWIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

GOODWYN PRODUCTION GROUP
P. O. BOX 33429
LAS VEGAS NV 89133

GOPHER SPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 24TH AVE. NW
P.O. BOX 998
OWATONNA MN 55060

GORDON & REES LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 BATTERY STREET #2000
SAN FRANCISCO, CA  94111

GORDON & SILVER, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 HOWARD HUGHES PKWY NINTH FL
LAS VEGAS, NV 89109

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
3960 HOWARD HUGHES PKWY NINTH FL
LAS VEGAS NV 89109

GORDON DIXON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9546 VERNEDA CT
LAS VEGAS, NV 89147

The Rhodes Companies, LLC - U.S. Mail

GORDON PAVING CO.,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 W. HARMON AVE, STE 11
LAS VEGAS NV 89103

GORSKI, RONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1875 MESQUITE CANYON DR
HENDERSON, NV 89012

GORT METALS CORPORATION
JOHN
2336 WHIPPLETREE
LAS VEGAS NV 89119-2860

GORZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 OAK BROOK CLUB DR APT A302
OAK BROOK, IL 60523

GORZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1020
LAS VEGAS, NV 89148

GOSSAGE, TRAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
776 ANNE LANE
HENDERSON, NV 89015

GOTHIC GROUNDS MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10005 SOUTH 3RD STREET
LAS VEGAS NV 89101

GOTHIC LANDSCAPING
WESS WILLIAMS
4565 W. NEVSO DRIVE
LAS VEGAS NV 89103

GOTHIC LANDSCAPING,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27502 SCOTT AVENUE
VALENCIA, CA 91355

GOTTSCHALL, KAREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1713 N SHEFFIELD AVE APT 1N
CHICAGO, IL 60614-9311

GOURMET FOODS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3365 BIRTCHER DR.
LAS VEGAS, NV  89118

GOUVIS ENGINEERING CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2150 E. TAHQUITZ CANYON
SUITE 9
PALM SPRINGS CA 92262

GRABBE,LOREN A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2540 BARBARA AVE
YUMA, AZ 85365

GRACE & VIVIAN CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 WHITE BLUFFS ST
LAS VEGAS, NV 89148

GRACE & VIVIAN CHUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4265 KISSENA BLVD APT 632
FLUSHING, NY 11355

GRACE DIOKNO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1361 BRANHAM LN
SAN JOSE, CA 95118

GRACE DIOKNO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
367 CENTER GREEN DR
LAS VEGAS, NV 89148

GRACE MADRID-ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10279 EVENING PRIMROSE AVE
LAS VEGAS, NV 89135

GRACE MADRID-ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6813 BABY JADE CT
LAS VEGAS, NV 89148

GRACE MADRID-ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2008
LAS VEGAS, NV 89148

GRACE MASTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 BRIDGEWATER HEIGHTS DR
VILLA RIDGE, MO 63089

GRACE MASTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4792 ESSEN CT
LAS VEGAS, NV 89147

GRACIA,STEPHAN CJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9418 SOUTH 46TH DR.
LAVEEN, AZ 85339

GRACIA-QUINTANA;MARTHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5304 RETABLO # A
LAS VEGAS, NV 89103

GRAFF, BRANDON M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5549 MERRIWEATHER
LAS VEGAS, NV 89113

GRAFF, LARRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5549 MERRIWEATHER DR
LAS VEGAS, NV 89113

GRAHAM & ALINA PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
328 LADIES TEE CT
LAS VEGAS, NV 89148

GRAHAM, JEANETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9100 WEST FLAMINGO ROAD
LAS VEGAS, NV 89147

GRAHAM,RUSSELL DARWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1494 GOULD ST.
SAN BERNARDINO, CA 92408

GRAHAM,STEVEN RUSSELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1482 GOULD ST.
SAN BERNARDINO, CA 92408

GRAINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2401 WESTERN AVE
LAS VEGAS NV 89102-4815

GRAINGER
DEPT 847532843
PO BOX 419267
KANSAS CITY, MO  64141-6267

GRAINGER
P.O. BOX 419267
KANSAS CITY, MO  64141-6267

The Rhodes Companies, LLC - U.S. Mail

GRAM, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8500 MENAUL BLVD, SUITE B-335
ALBUQUERQUE NM 87112

GRANADA HILLS HOA
C/O RMI MANAGEMENT LLC
630 TRADE CENTER DRIVE SUITE 100
LAS VEGAS, NV 89119

GRANADA HILLS HOA
ELLEN
C/O HORIZON COMMUNITY MGMT,LLC
601 WHITNEY RANCH BLDG B-10
HENDERSON NV 89014

GRANBERRY SUPPLY
PO BOX 90550
PHOENIX, AZ  85066-0550 USA

GRANBERRY SUPPLY CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2665 S HIGHLAND
LAS VEGAS, NV 89109

GRAND CENTRAL ASSET TRUST SOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
540 W. MADISON ST.
CHICAGO, IL 60661

GRAND WAILEA RESORT HOTEL &SPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3850 WAILEA ALANUL
WAILEA MAUI HI 96753

GRAND WAILEA WEDDINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3850 WAILEA ALANUI DRIVE
WAILEA, MAUI HI 96753

GRANITE WORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2360 E. LA MADRE WAY
NORTH LAS VEGAS, NV 89081

GRANITE WORLD LTD LLC
ATTN: JAMES BLASCO
2630 E. LA MADRE WAY
N. LAS VEGAS, NV 89081

GRANT & SUSAN GRAVATTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 PANGLOSS ST
HENDERSON, NV 89002

GRANT BROWNBACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

GRANT KLEIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
407 ASH STREET
HENDERSON NV 89015

GRANT WESTPHAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 VIA STRETTO AVE
HENDERSON, NV 89011

GRANT WESTPHAL
PO BOX 301
SANDWICH, IL 60548

GRAPHISOFT U.S. INC
ONE GATEWAY CENTER
SUITE 302
NEWTON MA 02458

GRAY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7411 THORNBUCK PL
LAS VEGAS, NV 89131

GRAY JR., ROBERT STEELE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
517 KRISTIN LANE
HENDERSON, NV 89011

GRAY;JOHN BROOKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1829 MOSER
HENDERSON, NV 89015

GRAZYNA PITUCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

GREAT BRITISH LIGHTING
C/O CHAR PENNIMAN
467 VIA ROYAL
WALNUT CREEK CA 94597

GREAT BUNS BAKERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3270 E. TROPICANA AVE.
LAS VEGAS, NV  89121

GREAT WEST COMMERCIAL TIRE
P. O. BOX 3697
3101 ARMOUR
KINGMAN AZ 86402

GREAT WEST TRUCK CENTER, INC
PO BOX 3697
KINGMAN, AZ 86402

GREAT WESTERN PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
& PLAYGROUND
P.O. BOX 97
WELLSVILLE UT 84339

GREATAMERICA LEASING CORPORATION
ATTN: DEBBIE BURNS
PO BOX 609
CEDAR RAPIDS, IA 52406

GREATER LV ASSOC. OF REALTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 E. SAHARA AVE.
LAS VEGAS NV 89104-3706

GREATER PHOENIX CAPITAL LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 218
LAS VEGAS, NV 89113

GREATER PHOENIX CAPITAL LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7580 E GRAY RD STE 202
SCOTTSDALE, AZ 85260

GREAT-WEST HEALTHCARE
GREAT-WEST MAIL CENTER
1000 GREAT WEST DRIVE
KENNETT MO 63857

GREELEY AND HANSEN LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4625 S POLARIS AVENUE #210
LAS VEGAS NV 89103

GREEN & PEST FREE NATURALLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9384 SOUTH 670 WEST
SANDY UT 84070

GREEN FROG ART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5150 PALM VALLEY ROAD #300
PONTE VEDRA BEACH FL 32082

**The Rhodes Companies, LLC - U.S. Mail**                                                                                    Served 9/28/2009

GREEN FROG ART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 FAIRFIELD BLVD STE 1
PONTE VEDRA, FL 32082-4628

GREEN TREE LANDSCAPE & MAINT.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1010 N. STEPHANIE ST.
SUITE A6
HENDESON, NV 89014

GREEN TREE LANDSCAPE & MAINT.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 WEST MAYFLOWER AVE
N. LAS VEGAS NV 89030

GREEN VALLEY ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5841 E. CHARLESTON BLVD.
#230 - 350
LAS VEGAS, NV 89142

GREEN VALLEY RANCH
STATION CASINO
P.O.BOX 230160
LAS VEGAS NV 89123

GREEN;JAMES M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 W. SAHARA # 261
LAS VEGAS, NV 89102

GREENBACK CONSULTING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3041 W HORIZON RIDGE PKWY STE 150
HENDERSON, NV 89052

GREENBACK CONSULTING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
692 VORTEX AVE
HENDERSON, NV 89002

GREENBERG TRAURIG, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3773 HOWARD HUGHES PKWY
SUITE 400 NORTH
LAS VEGAS NV 89169

GREENGRASS; CHRISTINE C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5938 CANDIA COURT
LAS VEGAS, NV 89141

GREENPOINT MORTGAGE FUNDING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 DOG LEG DR
LAS VEGAS, NV 89148

GREENPOINT MORTGAGE FUNDING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 BROOKSTONE CENTRE PKWY
COLUMBUS, GA 31904

GREENPOINT MORTGAGE FUNDING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 FRINGE RUFF DR
LAS VEGAS, NV 89148

GREENPOINT MORTGAGE FUNDING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9787 WAUKEGAN AVE
LAS VEGAS, NV 89148

GREENSKEEPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4607 LAKE VIEW CANYON RD #388
WESTLAKE VILLAGE, CA  91361

GREENSPUN MEDIA GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2290 CORPORATE CIRCLE SUITE 250
HENDERSON NV  89074

GREER, KELLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
296 KYLAND COVE AVE
LAS VEGAS, NV 89123

GREG DOCTOLERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6490 AETHER ST
LAS VEGAS, NV 89148

GREG DOCTOLERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94-556 LAENUI ST
WAIPAHU, HI 96797

GREG NORMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 ACQUISITION, INC.
PO BOX 601898
CHARLOTTE, NC  28260-1898

GREG NORMAN
P.O. BOX 1036
CHARLOTTE, NC  28201-1036

GREG RANDELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1175
LAS VEGAS, NV 89147

GREG ROSAMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 N FAIRLAND ST
PRYOR, OK 74361

GREGG FARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7320 W VERDE WAY
LAS VEGAS, NV 89149

GREGORIO & VIOLETA CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 SEA RIM AVE
LAS VEGAS, NV 89148

GREGORIO DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2224 OCANA AVE
LONG BEACH, CA 90815

GREGORIO DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 RUSTY PLANK AVE
LAS VEGAS, NV 89148

GREGORY & CARRIE RACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
584 VIA COLMO AVE
HENDERSON, NV 89011

GREGORY & MARY STAINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 VIA CENAMI CT
HENDERSON, NV 89011

GREGORY & MARY STAINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6840 IRON OAK DR
BAKERSFIELD, CA 93312

GREGORY & SHAUNA ROBINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 RED CINDER ST
LAS VEGAS, NV 89131

GREGORY & SXE MCCONVILLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4567 BARNES CT
LAS VEGAS, NV 89147

GREGORY & SYLVIA COOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 VIA STRETTO AVE
HENDERSON, NV 89011

GREGORY & YULIYA VALDOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8719 LAS OLIVAS AVE
LAS VEGAS, NV 89147

GREGORY A. BROWER
U.S. ATTORNEY
333 LAS VEGAS BLVD. S., STE. 5000
LAS VEGAS, NV  89101

GREGORY BASHANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 SANDY BUNKER LN
LAS VEGAS, NV 89148

GREGORY LYONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8237 DUCHARNE AVENUE
LAS VEGAS, NV 89145

GREGORY PIODELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1042 VIA NANDINA PL
HENDERSON, NV 89011

GREGORY POPECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 PANGLOSS ST
HENDERSON, NV 89002

GREGORY S. GILBERT, ESQ.
PEEL BRIMLEY, LLP
3333 E. SERENE AVE.,# 200
LAS VEGAS NV 89047

GREGORY SCHUDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 ALDER GREEN AVE
HENDERSON, NV 89002

GREGORY WONTOREK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 N MCKINLEY ST # 111-487
CORONA, CA 92879

GREGORY WONTOREK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
523 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

GREKO ROMANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4825 SOUTH FORT APACHE
LAS VEGAS NV 89147

GRESSER, MONICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6326 SUN BRIAR COURT
LAS VEGAS, NV 89141

GRETCHEN APPLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7200 BUGLEHORN ST
LAS VEGAS, NV 89131

GRETCHEN HESSINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

GRETCHEN RATLIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4032 GAREY AVE
CLAREMONT, CA 91711

GRETCHEN RATLIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9664 VALMEYER AVE
LAS VEGAS, NV 89148

GRIFFIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35014 LILAC LOOP
UNION CITY, CA 94587

GRIFFIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1064
LAS VEGAS, NV 89148

GRIFFIN, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2619 VALENTINE AVE.
KINGMAN, AZ 86401

GRIFFITH, DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 RED CINDER ST
LAS VEGAS, NV 89131

GRIFFITH, DIRK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 ARBOR GARDEN AVE
LAS VEGAS, NV 89148

GRIFFITH, KIRK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 E HARMON AVE # K102
LAS VEGAS, NV 89169-7003

GRIFFITH,KIRK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3154 GREENDALE ST
LAS VEGAS, NV 89121

GRIJALVA; BRENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11147 PRADO DEL REY
LAS VEGAS, NV 89141

GRIMSHAW, MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8985 UNION GAP ROAD
LAS VEGAS, NV 89123

GRINNELL FIRE PROTECTION
DEPT CH 10320
PALATINE, IL  60055-0320

GRISELDA & RAUL COLLAZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1049 VIA CANALE DR
HENDERSON, NV 89011

GRISELDA MCCASEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7311 CITRUS VALLEY AVE
CORONA, CA 92880

GRISELDA MCCASEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1080
LAS VEGAS, NV 89148

GRISSOM & ASSOCIATES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1818 INDUSTRIAL RD.
SUITE 202
LAS VEGAS NV 89102

GRITTON,WESLEY
P.O. BOX 231923
LAS VEGAS, NV 89123

GROVER & KAYCE DAHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 TALL RUFF DR
LAS VEGAS, NV 89148

GROVER & KAYCE DAHN
PO BOX 666
DUBOIS, WY 82513

The Rhodes Companies, LLC - U.S. Mail

GROVER & LINDA WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9301 ORCHID PANSY AVE
LAS VEGAS, NV 89148

GRUBER, AMOS
PO BOX 4103
YATAHEY, NM 87375

GSG CONSTRUCTION MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 HOWARD HUGHES PARKWAY
SUITE 200
LAS VEGAS NV 89169

GUADALUPE & ISODORO POLANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3623 KUTZTOWN RD
LAURELDALE, PA 19605

GUADALUPE & ISODORO POLANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7236 COTTONSPARROW ST
LAS VEGAS, NV 89131

GUADALUPE CLARAMUNT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4740 LONE MESA DR
LAS VEGAS, NV 89147

GUADALUPE MONTANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 SWEET SUGAR PINE DR
HENDERSON, NV 89015-7489

GUADALUPE MONTANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1068
LAS VEGAS, NV 89148

GUANG TSAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 LAYING UP CT
LAS VEGAS, NV 89148

GUANG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 PETTACRE CLOSE
LONDON U K SE28 OBS
UK

GUANG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 SPRING HOLLOW DR
LAS VEGAS, NV 89148

GUARANTY CALIFORNIA INSURANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 S. FIGUEROA ST.
36TH FLOOR
LOS ANGELES, CA 90071-1602

GUARDADO, FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2830 SO. DECATUR BLVD #16
LAS VEGAS, NV 89102

GUARDADO, ISAAC MEJIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 W SIRIUS AVE
LAS VEGAS, NV 89102

GUARDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36280 TREASURY CENTER
CHICAGO, IL 60694-6200

GUARDIAN
ID #00-398255 DIV 0005
P.O. BOX 51505
LOS ANGELES, CA 90051-5805

GUARDIAN
P.O. BOX 51505
LOS ANGELES CA 90051-5805

GUARDIAN CARPET CLEANING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4132 S RAINBOW BLVD STE 216
LAS VEGAS NV 89103

GUARDIAN DENTAL & VISION
P.O. BOX 51505
LOS ANGELES , CA  90051-5805

GUARDIAN INSURANCE CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36280 TREASURY CENTER
CHICAGO IL 60694-6200

GUARDIAN LIFE INS-ALT. FUNDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 BURGESS PLACE
BETHLEHEM, PA 18017

GUARDIAN LIFE INSURANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36280 TREASURY CENTER
CHICAGO, IL 60694-6200

GUARDIAN LIFE INSURANCE CO.
P.O. BOX 51505
LOS ANGELES, CA 90051-5805

GUARDIAN PREMIUMS
P.O BOX 51505
LOS ANGELES, CA 90051-5805

GUARDIAN-CLAIMS
ATTN: NANCY HIEB
3900 BURGESS PLACE
BETHLEHEM, PA  18017

GUERECA,SANTOS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4379 N. MTN. MEADOW DR.
FLAGSTAFF, AZ 86004

GUERRA, ELMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6508 KIMBERLY CIRCLE
LAS VEGAS, NV 89107

GUERRA, NAOMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
239 FULLERTON AVE
HENDERSON, NV 89015

GUERRERO RAMOS,MIGUEL F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955 E. CHARLES BLVD # 145
LAS VEGAS, NV 89104

GUERRERO,JOSE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3712 LOYOLA ST
NORTH LAS VEGAS, NV 89030

GUERRERO,JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2245 LA PUENTE
LAS VEGAS, NV 89115

GUERRERO-RAMOS;MIGUEL F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955 E. CHARLESTON BLVD # 145
LAS VEGAS, NV 89104

GUETZOIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22113 DEVONSHIRE ST
CHATSWORTH, CA 91311

GUETZOIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
428 CENTER GREEN DR
LAS VEGAS, NV 89148

GUETZOLAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22113 DEVONSHIRE ST
CHATSWORTH, CA 91311

GUETZOLAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 BACK SPIN CT
LAS VEGAS, NV 89148

GUEVARA, ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1315 N MOJAVE
LAS VEGAS, NV 89030

GUIDO & LUCY CACACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 HIGH TIDE CT
LAS VEGAS, NV 89117

GUIDO & LUCY CACACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1048
LAS VEGAS, NV 89148

GUILLERMO & CARLINA GALERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

GUILLERMO & LAURA LUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

GUILLERMO & LAURA LUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9180 GLENNON AVE
LAS VEGAS, NV 89148

GUIZAR GAMAS,JUAN RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 N. LAMB # F
LAS VEGAS, NV 89101

GULF STREAM COMPASS CLO 2003-1
GREG BLASZCZYNSKI
4201 CONGRESS ST. - SUITE 475
CHARLOTTE NC 28209

GUNASEELAN RAJENDRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9772 ZIEGLER AVE
LAS VEGAS, NV 89148

GUND
PO BOX 18148
NEWARK, NJ  07191

GUNG HO CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7947

GUNG-HO CONCRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT, SUITE B-106
HENDERSON, NV 89015

GUNG-HO CONCRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE
SUITE 300
LAS VEGAS, NV 89147

GUNG-HO CONCRETE, LLC
DAN PACKARD
470 MIRROR COURT, SUITE B-106
HENDERSON NV  89015

GUNIER, CHAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 VISCANIO PLACE
LAS VEGAS, NV 89138

GUNIER, CHAD C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 VISCANIO PLACE
LAS VEGAS, NV 89138

GURLIACCIO, NICOLE D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 N JONES BLVD APT 102
LAS VEGAS, NV 89108

GURULE;JONATHAN P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7283 CESTRUM RD
LAS VEGAS, NV 89113

GURULE;ROBERT J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5155 W. TROPICANA #2029
LAS VEGAS, NV 89103

GUTHRIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1225 MONTEREY ST
REDLANDS, CA 92373

GUTHRIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2064
LAS VEGAS, NV 89148

GUTIERREZ JIMENEZ, MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4574 ARMEL CT
LAS VEGAS, NV 89115-5440

GUTIERREZ JIMENEZ,MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 HONEY LAKE ST
LAS VEGAS, NV 89110

GUTIERREZ JIMENEZ;LEOPOLDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
863 SAMOY ST
LAS VEGAS, NV 89110

GUTIERREZ MARTINEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1821 FLOWER DR
NORTH LAS VEGAS, NV 89030

GUTIERREZ OCHOA,JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 KANE AVE
LAS VEGAS, NV 89110

GUTIERREZ OCHOA,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
863 SAMOY ST
LAS VEGAS, NV 89110

GUTIERREZ, ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3416 TAYLOR AVE
N LAS VEGAS, NV 89030

GUTIERREZ, JOSE DE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVE APT. 1206
N LAS VEGAS, NV 89030

GUTIERREZ, MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
387 MANCINI CT
HENDERSON, NV 89014

GUTIERREZ,CORTES,CHRISTIAN Y.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2237 MC CARREN ST. # 1
NORTH LAS VEGAS, NV 89030

GUTIERREZ,FERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2813 STANLEY AVE
NORTH LAS VEGAS, NV 89030

GUTIERREZ,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2219 PATRIOTIC
NORTH LAS VEGAS, NV 89032

GUTIERREZ,OMAR G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2920 DALEY ST
N LAS VEGAS, NV 89030

GUTIERREZ,SAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2000 E. OWENS AVE
NORTH LAS VEGAS, NV 89030

GUTIERREZ;ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2809 HOLMES ST
N LAS VEGAS, NV 89030

GUTIERREZ;FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2813 STANLEY AVE
N LAS VEGAS, NV 89030

GUTIERREZ;ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2800 SAMANTHA
N LAS VEGAS, NV 89030

GUTIERREZ-BLANCO,LIONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WASHINGTON WAY
HENDERSON, NV 89015

GUTIERREZ-CORTES,FIDENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2237 MC CARREN ST. # 1
NORTH LAS VEGAS, NV 89030

GUTIERREZ-JIMENEZ,LEOPOLDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
863 SAMOY ST
LAS VEGAS, NV 89110

GUTIERREZ-JIMENEZ; MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 HONEY LAKE ST
LAS VEGAS, NV 89110

GUTIRREZ,ALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3655 E. SAHARA #2126
LAS VEGAS, NV 89104

GUY & SON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25420 WALSH CENTER DRIVE
MURRIETA, CA 92562

GUY & STACEY FIORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 FLYING HILLS AVE
LAS VEGAS, NV 89148

GUY EVANS
PO BOX 42426
LAS VEGAS NV 89116

GUY EVANS CONTRACTOR SERVICES
ATTN: KRISTIN OSWEILER
MASCO ADMINISTRATIVE SERVICES
260 JIMMY ANN DRIVE
DAYTONA BEACH, FL 32114

GUY EVANS CONTRACTOR SERVICES
ATTN: KRISTIN OSWEILER, MASCO ADMINISTRA
260 JIMMY ANN DRIVE
DAYTONA BEACH, FL 32114

GUY EVANS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 SPECTRUM BLVD.
LAS VEGAS, NV 89101

GUY EVANS INC.
PO BOX 42426
LAS VEGAS , NV  89116

GUY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
776 TOSSA DE MAR AVE
HENDERSON, NV 89002

GUZMAN RODRIGUEZ,MARCOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 E. BONANZA
LAS VEGAS, NV 89110

GUZMAN,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1607 REXFORD
LAS VEGAS, NV 89104

GUZMAN-L,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3309 BASSLER ST
N LAS VEGAS, NV 89030

GWEN AMIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 ARBORCREST AVE
LAS VEGAS, NV 89131

GWEN E. AMIE
C/O ERIC RANSAVAGE
7520 ARBORCREST AVE.
LAS VEGAS , NV 89131

GWENDOLYN LO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1073 VIA CANALE DR
HENDERSON, NV 89011

GWENDOLYN LO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2309 ROCKEFELLOW LN
REDONDO BEACH, CA 90278

GWENDOLYN WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

GYLLSTROM, JAN K.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1139 CALVERT ST
HENDERSON, NV 89002

H & H PRINTERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4666 N. STOCKTON HILL ROAD
KINGMAN AZ 86409-1757

H & S LANDSCAPE & GRADING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2087 DELAWARE DRIVE
KINGMAN AZ 86401

H BROWN AND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4435 RINKER LN
LAS VEGAS NV 89147

H2O ENVIRONMENTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4280 N. PECOS
LAS VEGAS NV 89115

HA & JOHNNY LIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 SHORT RUFF WAY
LAS VEGAS, NV 89148

HA & JOHNNY LIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9820 CORNWALL CROSSING LN
LAS VEGAS, NV 89147

HA & MYUNG OH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1523 RIDGE POINT DR
BOUNTIFUL, UT 84010

HA & MYUNG OH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 VIA LUNA ROSA CT
HENDERSON, NV 89011

HAE AN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
368 PALM TRACE AVE
LAS VEGAS, NV 89148

HAEFELI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

HAGGLOF FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
119 SPANISH BAY DR
APTOS, CA 95003

HAGGLOF FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

HAIFENG NICOLAS LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14071 ARATOGA SUNNYVALE ROAD
SARATOGA, CA 95070

HAIFENG NICOLAS LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14071 SARATOGA SUNNYVALE RD
SARATOGA , CA  95070

HAIG CHOLAKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 WATERTON LAKES AVE
LAS VEGAS, NV 89148

HAIGS QUALITY PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6360 SUNSET CORPORATE DR.
LAS VEGAS, NV 89120

HAIG'S QUALITY PRINTING-NEVADA
BILLING CONTACT SUMMIT FINANCI
SUMMIT FINANCIAL RESOURCES LP
PO BOX 29680
PHOENIX AZ 85038-9680

HAIM OVAIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 VIA DEL CAPITANO CT
HENDERSON, NV 89011

HAL & MICHELLE WEAVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9709 DIETERICH AVE
LAS VEGAS, NV 89148

HAL GOLDBLATT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4513 DEL MONTE AVENUE
LAS VEGAS NV 89102

HALEH & HOMER TOUSSIMEHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
792 VORTEX AVE
HENDERSON, NV 89002

HALF III, OLIVER
HC 61 BOX 87
WINSLOW, AZ 86047

HALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 SANDY BUNKER LN
LAS VEGAS, NV 89148

HALL FAMILY
PO BOX 1478
KEY WEST, FL 33041

HALL, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5592 CHAPIN MESA AVENUE
LAS VEGAS, NV 89139

HALLMART COLLECTIBLES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11684 VENTURA BLVD., SUITE 953
STUDIO CITY CA 91604

HALVORSEN, AUDREY JO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2180 E WARM SPRINGS RD #1101
LAS VEGAS, NV 89119

HAMBARIAN JOSHUA A 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3788  HEATHER AVE
KINGMAN, AZ 86401

HAMEK MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7088 QUEBEC ST
VANCOUVER BC V5X3G7
CANADA

HAMEK MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

HAMID PANAHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1393 MANORWOOD ST
LAS VEGAS, NV 89135

HAMID PANAHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 SOGGY RUFF WAY
LAS VEGAS, NV 89148

HAMILTON, REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1704 QUEEN VICTORIA STREET #203
LAS VEGAS, NV 89144

HAMILTON, ROXANNE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1409 UNBRIDLED CIR
LAS VEGAS, NV 89117

HAMMOND CAULKING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2485 WEST HORIZON RIDGE PARKWAY
SUITE 110
HENDERSON NV  89052

HAMMOND SEAN JT 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5352 S ALEXANDRITE RD
GOLDEN VALLEY, AZ 86413

HAMOR FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1054 VIA DI OLIVIA ST
HENDERSON, NV 89011

HAMOR FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10635 SAN PALATINA ST
LAS VEGAS, NV 89141

HAMPTON TEDDER TECH SERV
CARL WEISS
4920 ALTO AVENUE
LAS VEGAS NV 89115

HAN YONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

HANDLOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1220 SONATINA DR
HENDERSON, NV 89052

HANDLOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1105
LAS VEGAS, NV 89148

HANDY MAN GREEN MAINTENANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2815 W. FORT AVE. # 1062
LAS VEGAS NV 89123

HANER CONSTRUCTION
HOME VOICE MAIL
5201 PATRICIA AVENUE
LAS VEGAS NV 89130

HANG EM' HIGH CRANE SERV.,LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3719 N. 4TH STREET
KINGMAN AZ 86401

HANI & GALE BAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 SIROCCO PL S W
CALGARY AB T3H 2
CANADA

HANI & GALE BAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 SPRING HOLLOW DR
LAS VEGAS, NV 89148

HANI BIBO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4571 CALIFA DR
LAS VEGAS, NV 89122

HANI KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

HANK MAZE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 SEA RIM AVE
LAS VEGAS, NV 89148

HANKIAT & ROSALIE CHUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6812 BABY JADE CT
LAS VEGAS, NV 89148

HANKIAT & ROSALIE CHUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
804 FIEDALE LN
GARYSLAKE, FL 60030

HANLEY WOOD E-MEDIA
ONE THOMAS CIRCLE NW, SUITE 600
WASHINGTON DC 20005

HANLEY WOOD MARKET INTELLIGENC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 ANTON BLVD STE 950
COSTA MESA CA 92626

HANLEY-WOOD, LLC
P.O.BOX 75120
BALTIMORE MD 21275-5120

HANNA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1190 HILARY PL
NORTH VANCOUVER BC V7
CANADA

HANNA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2019
LAS VEGAS, NV 89148

HANNAH KIM
LAW OFFICES OF JONGWON YI LLC
1700 7TH AVENUE SUITE 2100
SEATTLE, WA 94101

HANNO, DANIELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5855 WEST ROCHELLE
LAS VEGAS, NV 89103

HANSEN,JACOB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2730 E. CAROL AVE
MESA, AZ 85204

HAO GU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

HAO ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

HAO ZHANG
R4-1402 #9 CAO QIAO XIN YUAN
FENT TAI DISTRICT BEIJING
CHINA

HAONING & CHRISTINE WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

HAONING & CHRISTINE WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 SAGE CANYON RD
POMONA, CA 91766

HARBOR FREIGHT TOOLS
PO BOX 6010
CAMARILLO, CA 93011-6010

HARDEV & AMANDEEP MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7088 QUEBEC ST
VANCOUVER BC V5X 3G7
CANADA

HARDEV & AMANDEEP MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

HARDEV MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7088 QUEBEC ST
VANCOUVER BC V5X 3G7 CANADA
CANADA

HARDEV MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

HARDIN & SONS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 WEST CHEYENNE AVE.
NORTH LAS VEGAS NV 89030

HARDWOOD CREATIONS
RICKY KIMBALL
P.O. BOX 53843
IRVINE CA 92619-3843

HARDY, ROBERT D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6510 ANSONIA CT
LAS VEGAS, NV 89118

HARLEY & MARY DELANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 VIA LATINA ST
HENDERSON, NV 89011

HARLEY & MARY DELANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 BURR OAK DR
ANN ARBOR, MI 48103

HARLEY CARBERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
376 LADIES TEE CT
LAS VEGAS, NV 89148

HARMON PUBLISHING
P.O. BOX 9277
CANTON OH 44711

HARMONY HEIGHTS MAILING:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS NV 89148

HARMONY POINTE MAILING:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS NV 89148

HAROLD & PHYLLIS BALDWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14505 FIGUERAS RD
LA MIRADA, CA 90638

HAROLD & PHYLLIS BALDWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 CANDIDE ST
HENDERSON, NV 89002

HAROLD GRAVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7404 RED SWALLOW ST
LAS VEGAS, NV 89131

HAROLD LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6460 AETHER ST
LAS VEGAS, NV 89148

HAROLD WAITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1626 WILCOX AVE
LOS ANGELES, CA 90028

HAROLD WAITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

HARPER'S UNDERGROUND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1740 W. MULBERRY
PHOENIX AZ 85015

HARRELL;ROLAND T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9115 SANDY SLATE WAY
LAS VEGAS, NV 89123

HARRIS CONSULTING ENGIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 PILOT ROAD SUITE I
LAS VEGAS NV 89119

HARRIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
423 PURE RAIN CT
LAS VEGAS, NV 89148

HARRIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6821 SCARLET FLAX ST
LAS VEGAS, NV 89148

HARRIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

HARRIS, LORI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6821 SCARLET FLAX STREET
LAS VEGAS, NV 89148

HARRISON DOOR CO. INC.
DENA GOODMAN
1951 RAMROD AVENUE
HENDERSON NV  89014

HARRISON KEMP JONES COULTHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89169

HARRISON LANDSCAPING
ERIC LUDIAN
1951 RAMROD AVE
HENDERSON NV  89014

HARRISON, KEMP & JONES
TRUST ACCOUNT
FBO RAINBOW DEVELOPMENT CORP.

HARRISON, ROBERT W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 ENADIA ST
HENDERSON, NV 89074

HARRY & MADELAINE HENDRICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 RANCHO MARIA ST
LAS VEGAS, NV 89148

HARRY & MADELAINE HENDRICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 SULLY CREEK CT
LAS VEGAS, NV 89148

HARRY & PATRICIA WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 VIA COLMO AVE
HENDERSON, NV 89011

HARRY BOWLER
P.O.BOX 80704
LAS VEGAS NV 89180-0704

HARRY HENDRICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 RANCHO MARIA ST
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

HARRY KU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1244 OLIVIA PKWY
HENDERSON, NV 89011

HARRY KU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 MIDDLESEX RD
TYNGSBORO, MA 01879

HARRY KU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 MIDDLESEX RD # D-3B
TYNGSBORO, MA 01879

HARRY KU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
469 VIA PALERMO DR
HENDERSON, NV 89011

HARRY LEAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11835 PORTINA DR UNIT 1026
LAS VEGAS, NV 89138

HARRY LEAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

HARRY MORTENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 EL CAMINO RD.
LAS VEGAS NV 89103-2221

HARSCH INVESTMENT PROPERTIES
HENDERSON COMMERCE CENTER
UNIT #21, PO BOX 5000
PORTLAND, OR 97208-5000

HARSCH INVESTMENT PROPERTIES - NEVADA LLC
C/O JANICE J BROWN
LEWIS BRISBOIS
400 SOUTH FOURTH ST., SUIT 500
LAS VEGAS, NV 89101

HARSCH INVESTMENTS
C/O LOUIS BRISBOIS BISGARRD & SMITH LLP
400 SOUTH 4TH STREET
LAS VEGAS, NV 89101

HARSHAW FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 CEDAR RAE AVE
LAS VEGAS, NV 89131

HART CONSULTING, LLC
ATTN: JOE HART
3020 HUALAPAI MOUNTAIN ROAD
KINGMAN AZ 86401

HART, CINNAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5230 WILLOWDALE COURT
N LAS VEGAS, NV 89031

HARTER, BRIAN K
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3942 W. BURRO DR.
GOLDEN VALLEY, AZ 86413

HARTFORD
HARTFORD PLAZA
HARTFORD, CT 06115

HARTFORD FIRE INSURANCE COMPANY
ATTN: RICARDO ANZALDUA
BANKRUPTCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD, CT 06115

HARTFORD FIRE INSURANCE COMPANY
BANKRUPTCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD CT 0615

HARTFORD INSURANCE COMPANY
OF THE MIDWEST
PO BOX 650346
DALLAS TX 75265-0346

HARTMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7521 ARBORCREST AVE
LAS VEGAS, NV 89131

HARTNETT LAW GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 E. COMMONWEALTH AVE.
FULLERTON, CA 92832-2017

HARTWELL KRISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3805  HEATHER AVE
KINGMAN, AZ 86401

HARVARD BUSINESS REVIEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 HARVARD WAY
BOSTON MA 02163

HARVEY & KAREN HIGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9487 CASTILLANA CT
LAS VEGAS, NV 89147

HARVEY & RAMONA TROWBRIDGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1043 VIA SAN GALLO CT
HENDERSON, NV 89011

HARVEY & RAMONA TROWBRIDGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 W HAYWARD CT
MARTINEZ, CA 94553

HARVEY JR.,RUSSELL WAYNE
P.O. BOX 4104
MESA, AZ 85211

HARVEY, NICHOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 WEST SAHARA #1068
LAS VEGAS, NV 89102

HASELEY, NANCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 E 27TH ST APT GF
NEW YORK, NY 10016-8955

HASELEY, NANCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 MADISON ST APT 2
NEWARK, NJ 07105-2390

HASIM RAHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9461 VERNEDA CT
LAS VEGAS, NV 89147

HASKAN,DERRICK
PO BOX 1005
KAYENTA, AZ 86033

HASTIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 VIA STRETTO AVE
HENDERSON, NV 89011

HASWELL, CARL W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1106 E. HAMPTON DR.
OZARK, MO 65721

HAUGH, JAMES R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1217 CHARMAST LANE
LAS VEGAS, NV 89102

HAUNTEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 N. RAINBOW BLVD. STE 208
LAS VEGAS NV 89107

HAVASU DOORS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1110 AVIATION DRIVE
LAKE HAVASU CITY AZ 86404

HAVASU GLASS & MIRROR, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
845 KIOWA AVE.
LAKE HAVASU CITY AZ 86403

HAVE GLOVES! WILL TRAVEL!
P.O. BOX 363104
N. LAS VEGAS NV 89036-7104

HAWK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 HONORS COURSE DR
LAS VEGAS, NV 89148

HAWK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4627 203RD ST NE
ARLINGTON, WA 98223

HAWK RIDGE SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3100 MILL STREET
SUITE 214
RENO NV 89502

HAWKINS, CRYSTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2745 BRIENZA WAY
LAS VEGAS, NV 89117-3689

HAWKINS, CRYSTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9581 VILLA CALERA ST
LAS VEGAS, NV 89148

HAWTHORNE VILLAGE
P.O. BOX 886
MORTON GROVE IL 60053-0886

HAYE DANIEL J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3919  HEATHER AVE
KINGMAN, AZ 86401

HAYES, GENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
561 CASTLE STONE COURT
LAS VEGAS, NV 89123

HAYS & LINDA BRICKELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4642 CALIFA DR
LAS VEGAS, NV 89122

HAYWARD RUBBER STAMP
P. O. BOX 351
HAYWARD CA 94541

HAYWARD RUBBER STAMP
PO BOX 35126
HAYWARD, CA 94541

HAZEL M. BOONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 GRANDOVER CT
LAS VEGAS, NV 89148

HD SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1420 TORRANCE ROAD
BULLHEAD , AZ  86413

HD SUPPLY WATERWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1420 TORRANCE RD.
BULLHEAD CITY, AZ  86426

HD SUPPLY WATERWORKS
BRANCH 3032
855 W. BONANZA RD
LAS VEGAS NV 89106

HD SUPPLY WATERWORKS LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6770 BERMUDA RD
LAS VEGAS, NV 89119

HDR ENGINEERING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 TURN PIKE DRIVE
FOLSOM CA 95630

HEAD QUARTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 HIGHWAY 68 UNIT C
PMB 449
GOLDEN VALLEY, AZ 86413

HEAD QUARTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 HWY 68
GOLDEN VALLEY , AZ  86413

HEAD QUARTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 HWY 68 UNIT C
GOLDEN VALLEY, AZ  86413

HEAD QUARTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 HWY 68 UNIT C
PMB 449
GOLDEN VALLEY, AZ 86413

HEAD QUARTERS
PO BOX 10449
4120 HWY 68
GOLDEN VALLEY AZ 86413

HEALTH FITNESS CORPORATION
NW 7254
P.O. BOX 1450
MINNEAPOLIS MN 55485-7254

HEALTH PLAN OF NEVADA
P.O. BOX 1388
LAS VEGAS NV 89125-1388

HEALTH PLAN OF NEVADA
P.O. BOX 15645
LAS VEGAS , NV  89114-5645

HEALTH PLAN OF NEVADA
PLAN 50501938-1009
P.O. BOX 1388
LAS VEGAS, NV 89125-1388

HEALTH PLAN OF NEVADA
PO BOX 1388
LAS VEGAS, NV 89125-1388

HEALTH PLAN OF NEVADA INC
GROUP SERVICES
PO BOX 1388
LAS VEGAS, NV 891251388

**The Rhodes Companies, LLC - U.S. Mail**

HEARTLAND AUTOMOTIVE SERVICES
DBA JIFFY LUBE - REGION 40
PO BOX 541133
OMAHA NE 68154

HEATH LLIESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9780 ZIEGLER AVE
LAS VEGAS, NV 89148

HEATHER CARAVELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
348 TRAILING PUTT WAY
LAS VEGAS, NV 89148

HEATHER COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 GARRAFOR BAY ST
LAS VEGAS, NV 89138

HEATHER COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

HEATHER ECKELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

HEAVY DUTY LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3451 LOSEE ROAD STE F
N LAS VEGAS NV 89030

HEAVY DUTY WELDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2550 N. NBELLIS BLVD. SUITE A
LAS VEGAS, NV  89115

HECTOR & KEVIN MILLARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 VIA DI CITTA DR
HENDERSON, NV 89011

HECTOR L RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4622 MILVIO AVE
LAS VEGAS, NV 89141-4201

HECTOR MANUEL LOPEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4237 SILVER DOLLAR AVE APT 1
LAS VEGAS, NV 89102-7481

HECTOR MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

HECTOR MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

HECTOR ROMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
143 WATER HAZARD LN
LAS VEGAS, NV 89148

HEDGES NICOLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 E 5TH ST
SCOTT CITY, KS 67871-1603

HEE NO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
360 TAYMAN PARK AVE
LAS VEGAS, NV 89148

HEIDI AMIRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4777 CRAKOW CT
LAS VEGAS, NV 89147

HEIDI F. ZWARG SHELTERED
ARNO I. ZWARG
MARITAL TRUST, DATED 10-3-96
1608 VIA LAZO
PALOS VERDES ESTATES CA 90274

HEIDI F. ZWARG SHELTERED
MARITAL TRUST, DATED 10-3-96
1608 VIA LAZO
PALOS VERDES ESTATES, CA 90274

HEIDI METELLUS
C/O ERIC RANSAVAGE
7531 APPLE SPRINGS AVE.
LAS VEGAS, NV 89131

HEIDI MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7531 APPLE SPRINGS
LAS VEGAS NV 89131

HEIDY TEIEFITU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

HEIDY TEIEFITU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

HEIGHTS STILETTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3855 E 127TH WAY
THORNTON, CO 80241

HEIGHTS STILETTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

HEIKA, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3647 LANAI
LAS VEGAS, NV 89104

HELD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
920 VIA STELLATO ST
HENDERSON, NV 89011

HELEN CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
146 CROOKED PUTTER DR
LAS VEGAS, NV 89148

HELEN CHEN
PO BOX 4360
MOUNTAIN VIEW, CA 94040

HELEN NG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
591 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

HELEN PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8416 LUNA BAY LN
LAS VEGAS, NV 89128

HELEN PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1136
LAS VEGAS, NV 89148

HELEN VICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

HELEN VICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7016 RIO GRANDE GORGE CT
LAS VEGAS, NV 89130

HELEN WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 WHITE BLUFFS ST
LAS VEGAS, NV 89148

HELENA ALEXANDER DETMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2804 COTTONEASTER ST
LAS VEGAS, NV 89135-2043

HELENA CHEMICAL CO.
P.O. BOX 6000
FILE NO 73801
SAN FRANCISCO, CA  94160-3801

HELENA CHEMICAL CO.
P.O. BOX 60000
FILE #73801
SAN FRANCISCO, CA  94160-3801

HELENA CHEMICAL CO.
P.O. BOX 60000
SAN FRANCISCO, CA  94160-3801

HELENA DETMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2804 COTTONEASTER ST
LAS VEGAS, NV 89135-2043

HELENA DETMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2108
LAS VEGAS, NV 89148

HELINM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
925 ACEQUIA MADRE
SANTA FE, NM 87505

HELLI NEW MEXICO
P. O. BOX 240
925 ACEQUIA MADRE
SANTA FE NM 87505

HELP OF SOUTHERN NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1640 E. FLAMINGO RD., #100
LAS VEGAS, NV 89119

HELP U 2 BE SEEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4690 DEER FOREST DR.
LAS VEGAS NV 89139

HELVIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 CROOKED PUTTER DR
LAS VEGAS, NV 89148

HELVIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2701 HOT SPRINGS BLVD
LAS VEGAS, NM 87701

HENDERSON CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
590 S. BOULDER HIGHWAY
HENDERSON, NV 89015

HENDERSON CHEVROLET
P.O. BOX 90610
240 NORTH GIBSON ROAD
HENDERSON, NV 89009-0610

HENDERSON CHEVROLET
PO BOX 90610
HENDERSON, NV 89009-0610

HENDERSON MASONRY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 SUNPAC AVENUE
HENDERSON , NV  89011

HENDERSON NV CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
590 S. BOULDER HIGHWAY
HENDERSON NV 89015

HENDERSON NV CHEVROLET
PO BOX 90610
240 NORTH GIBSON ROAD
HENDERSON NV 89009-0610

HENDERSON NV COMMUNITY FOUNDATION
P.O.BOX 95050
HENDERSON NV  890095050

HENDERSON NV HOME NEWS
P.O. BOX 90430
HENDERSON NV  89009

HENDRICKS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 RANCHO MARIA ST
LAS VEGAS, NV 89148

HENDRICKSON,ADAM F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2836 E. TAYLOR
N LAS VEGAS, NV 89030

HENNINGFELD, HANA PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8979 ELLENBROOK ST
LAS VEGAS, NV 89148

HENRI SPECIALTIES CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 ORVILLE WRIGHT COURT
LAS VEGAS NV 89119

HENRY & CAROL BELFONTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 ANGELS TRACE CT
LAS VEGAS, NV 89148

HENRY & CAROL BELFONTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7129 NE ANTIOCH RD
GLADSTONE, MO 64119

HENRY & ERMAZELL JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7539 HORNBLOWER AVE
LAS VEGAS, NV 89131

HENRY & HENRY LAYGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 SECOND ST
PALO ALTO, CA 94306

HENRY & HENRY LAYGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8920 LANSBERRY CT
LAS VEGAS, NV 89147

HENRY & NHATTAN PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7631 PARK FOREST DR
HUNTINGTON BEACH, CA 92648

HENRY & NHATTAN PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1110
LAS VEGAS, NV 89148

HENRY & NHATTAN PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2171
LAS VEGAS, NV 89148

HENRY & NORIS LARKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 BAYPARK CIR
SOUTH SAN FRANCISCO, CA 94080

HENRY & NORIS LARKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

HENRY AND HUNG-YEH TIEE &
JENNY AND DAVID PEACOCK
C/O ERIC RANSAVAGE
7421 THORNBUCK PL.
LAS VEGAS, NV 89131

HENRY MOLENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 ASHBRIDGE BAY DR
PITTSBURG, CA 94565

HENRY MOLENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

HENRY VILLANUEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3937 SPENCER ST. #71
LAS VEGAS, NV 89119

HEREDIA, JOSE PALMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 22ND ST. # 1
LAS VEGAS, NV 89101

HERENIA & EUGENE PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
581 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

HERENIA & EUGENE PEREZ
PO BOX 2718
DALY CITY, CA 94017

HERITAGE CROSS APPAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17100 E. SHEA BLVD.
SUITE 600
FOUNTAIN HILLS, AZ  85268

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE #300
LAS VEGAS, NV  89147

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4731 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4733 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4734 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4735 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4736 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4737 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4738 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4739 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4740 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4741 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4742 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4743 S FORT APACHE #300
LAS VEGAS, NV 86413

HERITAGE LAND COMPANY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

HERITAGE SHUTTER NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 S. ARVILLE STREET
SUITE B2-14
LAS VEGAS NV 89103

HERMAN & JANIS WOOTEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 HONORS COURSE DR
LAS VEGAS, NV 89148

HERMAN & MILAGROS ESCOBAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 TAYMAN PARK AVE
LAS VEGAS, NV 89148

HERMAN M. ADAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 FREMONT STREET
SUITE 110
LAS VEGAS NV 89101

HERMINIA & EMMANUEL DIOKNO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6818 ROSE MALLOW ST
LAS VEGAS, NV 89148

HERMINIA & MARIO OLIVEROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 TALL RUFF DR
LAS VEGAS, NV 89148

HERMINIA & MARIO OLIVEROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8564 MADEIRA CT
ELK GROVE, CA 95624

HERMINIA SCANNICCHIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3206 IVAN HOE RANCH RD.
EL CAJON, CA 92019

HERMINIA SCANNICCHIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3206 IVANHOE RANCH RD.
EL CAJON CA 92019

HERNANDEZ CRUZ,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1920 CINDY SUE # C
LAS VEGAS, NV 89106

HERNANDEZ DURAN;ABRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6078 JUDSON
LAS VEGAS, NV 89156

HERNANDEZ DURAN;JOSE ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6078 JUDSON AVE
LAS VEGAS, NV 89156

HERNANDEZ DURAN;NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6078 JUDSON
LAS VEGAS, NV 89156

HERNANDEZ MARTIN,RODOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7267 WEST PARK
LAS VEGAS, NV 89147

HERNANDEZ MIRANDA;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1553 SILVER MEZA WAY
LAS VEGAS, NV 89109

HERNANDEZ MURGIA,GREGORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4045 SHADY OAK DR
LAS VEGAS, NV 89115

HERNANDEZ OLIVARES,VICTOR H
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1428 ARLINGTON ST
LAS VEGAS, NV 89110

HERNANDEZ, EFREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2522 STATZ AVE #3
NORTH LAS VEGAS, NV 89030

HERNANDEZ, JUAN DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 E WEBB AVE
N LAS VEGAS, NV 89030

HERNANDEZ, MARTIN CHURAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 E WEBB AVE
N LAS VEGAS, NV 89030

HERNANDEZ, MOISES CALDERON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1330 FRANK STREET
LAS VEGAS, NV 89104

HERNANDEZ, RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 E. TONOPAH AVE TRLR 3
N LAS VEGAS, NV 89030

HERNANDEZ, RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4162 QUEEN ISABEL CT
LAS VEGAS, NV 89115

HERNANDEZ, VICTOR MORENO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4355 SOUTH JONES #20
LAS VEGAS, NV 89103

HERNANDEZ,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 GEIST # C 3
LAS VEGAS, NV 89115

HERNANDEZ,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 COMB CR
LAS VEGAS, NV 89104

HERNANDEZ,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 EL CAMINO APT # 247
LAS VEGAS, NV 89102

HERNANDEZ,DENNIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3777 GULLIVER ST
LAS VEGAS, NV 89115

HERNANDEZ,DONOTUSE!
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 N. 22ND ST # 3
LAS VEGAS, NV 89101

HERNANDEZ,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 22ND ST # 1
LAS VEGAS, NV 89101

HERNANDEZ,FREDDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3623 KOLENDO APT B
LAS VEGAS, NV 89102

HERNANDEZ,GASPAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2421 STATZ
N LAS VEGAS, NV 89030

HERNANDEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3617 VALLEY FORGE AVE # 1174
LAS VEGAS, NV 89110

HERNANDEZ,JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2445 SAN FELIPE ST
LAS VEGAS, NV 89115

HERNANDEZ,JOSE S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5621 AUBURN AVE
LAS VEGAS, NV 89108

HERNANDEZ,JOSE T
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6413 BRITANNY WAY
LAS VEGAS, NV 89103

HERNANDEZ,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2313 SUPERIOR POSITION
NORTH LAS VEGAS, NV 89032

HERNANDEZ,JUBENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
808 SENBICA HEIGHTS
LAS VEGAS, NV 89081

HERNANDEZ,LEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 POPLAR LN
LAS VEGAS, NV 89101

HERNANDEZ,LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6124 EVENSAIL DR
LAS VEGAS, NV 89156

The Rhodes Companies, LLC - U.S. Mail

HERNANDEZ,LIBORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY # 4-407
N LAS VEGAS, NV 89030

HERNANDEZ,OCIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5020 JACARILLA
NORTH LAS VEGAS, NV 89030

HERNANDEZ,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2108 CRAWFORD ST. # 1
NORTH LAS VEGAS, NV 89030

HERNANDEZ,VICTOR M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9193 SPOONBILL RIDGE
LAS VEGAS, NV 89143

HERNANDEZ; ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 GEIST # C 3
LAS VEGAS, NV 89115

HERNANDEZ; DENNIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3777 GULLIVER ST
LAS VEGAS, NV 89115

HERNANDEZ;ADRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6453 EVERGREEN AVE
LAS VEGAS, NV 89107

HERNANDEZ;BENJAMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50 N. 21 ST. #18
LAS VEGAS, NV 89101

HERNANDEZ;EDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50 N. 21ST # 18
LAS VEGAS, NV 89101

HERNANDEZ;GONZALO A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2065 RAWHIDE ST
LAS VEGAS, NV 89119

HERNANDEZ;JOSUE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1826 FALLING TREE AVE
N LAS VEGAS, NV 89031

HERNANDEZ;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9554 SUNSHADE CT
LAS VEGAS, NV 89147

HERNANDEZ-ANGEL,LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVE # 1401
NORTH LAS VEGAS, NV 89030

HERNANDEZ-CASILLAS,JULIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2445 SAN FELIPE ST
LAS VEGAS, NV 89115

HERNANDEZ-CRUZ,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1921 CINDY SUE APT 1
LAS VEGAS, NV 89106

HERNANDEZ-DURAN;JUAN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6078 JUDSON AVE
LAS VEGAS, NV 89156

HERNANDEZ-FLORES,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1425 STANLEY AVE
NORTH LAS VEGAS, NV 89030

HERNANDEZ-GARCIA,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1425 STANLEY AVE
NORTH LAS VEGAS, NV 89030

HERNANDEZ-GONZALEZ,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
92 LINN
LAS VEGAS, NV 89110

HERNANDEZ-GONZALEZ,LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1740 BRECKENWOOD CT # 3
LAS VEGAS, NV 89115

HERNANDEZ-HERNANDEZ,DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3705 LIGHT HOUSE
LAS VEGAS, NV 89110

HERNANDEZ-M.,VICTORIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 AZALEA CIRCLE
LAS VEGAS, NV 89107

HERNANDEZ-PERCASTRE;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 FAIRFAX CINCLER ST. # 1
LAS VEGAS, NV 89119

HERNANDEZ-PEREZ,JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 E. CHARLESTON # 19
LAS VEGAS, NV 89104

HERNANDEZ-RAMOS;EBERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4301 TARA AVE # 4
LAS VEGAS, NV 89102

HERNANDEZ-RESENDIZ,PORFIRIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3300 DURHAM AVE
LAS VEGAS, NV 89101

HERNANDEZ-ROBLANDA,HILARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3623 KOLENDO APT B
LAS VEGAS, NV 89103

HERNANDEZ-SALINAS,GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 BN. LAMB LVD # 79
LAS VEGAS, NV 89110

HERNANDEZ-SARABIA,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 N. 22ND ST. # 3
LAS VEGAS, NV 89101

HERNANDEZ-SOTO,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1835 N. BRUCE #3
N LAS VEGAS, NV 89030

HERNANEDEZ-RAMIREZ,UBALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2327 BASSLER ST
N LAS VEGAS, NV 89030

HERNANEZ-M,VICTORIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 AZALEA CR.
LAS VEGAS, NV 89107

HERREA GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS, VEGAS, NV 89119-2820

HERRERA ARLES A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS, VEGAS, NV 89119-2820

HERRERA NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

HERRERA PARDO,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1536 N 22ND ST #3
LAS VEGAS, NV 89101

HERRERA, ARLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIAGO ST.
LAS VEGAS, NV 89119-2820

HERRERA, ARLES A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

HERRERA, GENARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

HERRERA, JOSE ROMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4156 PENWOOD APT C
LAS VEGAS, NV 89102

HERRERA, MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3518 SIMMONS ST
NO. LAS VEGAS, NV 89032

HERRERA, NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

HERRERA, NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6274 SPANISH MOSS AVE
LAS VEGAS, NV 89108

HERRERA, RAUL ARELLANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3518 SIMMONS
NO LAS VEGAS, NV 89032

HERRERA, WILBER R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 RUBBER AVENUE
NORTH LAS VEGAS, NV 89032

HERRERA,ALFONSO T
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 WILBER # B
PAHRUMP, NV 89048

HERRERA;EVERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
616 N. 12TH ST. # A
LAS VEGAS, NV 89101

HERRERA-HUIZAR,RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2305 THERESA AVE
LAS VEGAS, NV 89101

HEW FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
170 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

HEW FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

HEWETT'S ISLAND CDO LTD
RYAN ECKERT
55 WATER STREET PLAZA LEVEL 3RD FL
NEW YORK, NY 10041

HEWITT, ALAN L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7885 ORIOLE
MOHAVE VALLEY, AZ 86440

HIATT FURNITURE MFG. CO. INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12520 S. CHADRON AVE.
HAWTHORNE CA 90250

HICKMAN,CORDELL R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1433 NEEDLES HWY.
NEEDLES, CA 92363

HIDEKI & CHIIKO SASAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

HIDEKI & CHIIKO SASAKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 ANGELS TRACE CT
LAS VEGAS, NV 89148

HIEN & GLADYS TRUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7425 BUGLER SWAN WAY
NORTH LAS VEGAS, NV 89084

HIEN & GLADYS TRUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9753 KAMPSVILLE AVE
LAS VEGAS, NV 89148

HIEN & GLADYS TRUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9769 KAMPSVILLE AVE
LAS VEGAS, NV 89148

HIEN LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

HIGAREDA-E;LUIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 MCCARRAN ST
N LAS VEGAS, NV 89030

HIGH,CASEY W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4960 HARRISON DR # 125
LAS VEGAS, NV 89120

HIGHBRIDGE PARTNERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9820 WILLOW CREEK ROAD
SUITE 445
SAN DIEGO CA 92131

HIGHER GROUND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

HIGHER GROUND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 CROOKED TREE DR
LAS VEGAS, NV 89148

HIGHER GROUND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9472 LOS COTOS CT
LAS VEGAS, NV 89147

The Rhodes Companies, LLC - U.S. Mail

HIGHER GROUND LLC
PO BOX 98378
LAS VEGAS, NV 89193

HIGHLAND CREDIT OPP CDO LTD.
KURT DAUM
13455 NOEL ROAD, SUITE 800
DALLAS, TX 75240

HIGHWAY RENTALS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4533 ANDREWS ST.
N. LAS VEGAS NV 89081

HIGHWAY STRIPING AND SIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3425 BUNKERHILL DRIVE
SUITE B
N. LAS VEGAS NV 89032

HIGHWAY TECHNOLOGIES INC.
P.O. BOX 51581
LOS ANGELES, CA 90051-5881

HIGINIO MARCO RODRIQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 DALEY STREET
NORTH LAS VEGAS NV 89030

HILA HAVDALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9719 VALMEYER AVE
LAS VEGAS, NV 89148

HILDRETH, CHRISTOPHER W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725 OLD VALLEY ST
LAS VEGAS, NV 89149

HILL INTERNATIONAL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 LIPPINCOTT CENTRE
MARLTON, NJ 08053

HILMAN ROLLERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 TIMBER LANE
MARLBORO NJ 07746

HILTI INC.
PO BOX 382002
PITTSBURG, PA 15250-8002

HIME, BRYON P.
P.O. BOX 2008
NIPOMO, CA 93444

HIME, BRYON P.
PO BOX 141
KINGMAN, AZ 86402-0141

HINOJOSA-URIBE, SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1168 PLEASANT BROOK ST
LAS VEGAS, NV 89142

HINOJOZA, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1168 PLEASANT BROOK ST
LAS VEGAS, NV 89142

HIP NEVADA LLC
HENDERSON COMMERCE CENTER UNIT 21
PO BOX 5000
PORTLAND, OR 97208-5000

HI-PAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3685 PECOS MCLEOD
LAS VEGAS NV 89121

HIPPO GOLF COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2270 COSMOS CT, SUITE 120
CARLSBAD, CA 92011

HIROKO HASHIMOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2071
LAS VEGAS, NV 89148

HIROSHI & KAZUKO TAJIMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 BRUSHY CREEK AVE
LAS VEGAS, NV 89148

HIRSCHI MASONRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4685 BERG ST.
N. LAS VEGAS NV 89081

HLAVATY, DANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8017 NESTLED VISTA
LAS VEGAS, NV 89128

HMX SPORTSWEAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3275 PAYSPHERE CIRCLE
CHICAGO , IL 60674

HMX SPORTSWEAR, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
610 UHLER RD
EASTON, PA 18040

HO MAN & AH KUEN CHIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 HARPERS FERRY AVENUE
LAS VEGAS NV 89148

HOA DVD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2060-D AVE ARBOLES #103
THOUSAND OAKS CA 91362

HOBBS, ONG & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 PARADISE RD
SUITE 152
LAS VEGAS NV 89109

HOBBS;VICTOR LEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3849 CINNAMON WOOD WAY
LAS VEGAS, NV 89115

HOBBYTOWN USA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5085 WEST SAHARA
SUITE 134
LAS VEGAS NV 89146

HOBO FOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 W. LAKE MEAD BLVD.# 312
LAS VEGAS, NV 89108

HO-CHANG LIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
387 LADIES TEE CT
LAS VEGAS, NV 89148

HODZIC FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

HODZIC FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 QUAIL VALLEY ST
LAS VEGAS, NV 89148

HODZIC FAMILY
POSTFACH 2922
76016 KARLSRUHE GERMANY,  76016

HOFLANBD & ASSOCIATES
C/O JOSEPH M. KARACSONYI, ESQ.
228 SOUTH FOURTH STREET, 1ST FLOOR
LAS VEGAS, NV 89101

HOLCOMB, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2133 ARPEGGIO AVE
HENDERSON, NV 89052

HOLGUIN,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5867 WILLARD ST
LAS VEGAS, NV 89122

HOLIDAY INN EXPRESS KINGMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3031 E. ANDY DEVINE AVE.
KINGMAN AZ 86401

HOLIDAY LIGHTING DYNAMICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2694 HOLLOVALE LANE
HENDERSON NV  89052

HOLLMAN INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 WALNUT HILL LANE, SUITE 110
IRVING TX 75038

HOLLY COWDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 WHITE BLUFFS ST
LAS VEGAS, NV 89148

HOLLY DAPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

HOLLY JOINT TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 SAHALEE DR
LAS VEGAS, NV 89148

HOLMAN'S OF NEVADA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4445 S. VALLEY VIEW BLVD, #2
LAS VEGAS NV 89103

HOLMSTROM, JOHNNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5080 VIA DE PALMA DR
LAS VEGAS, NV 89146-7022

HOLMSTRORM, JOHNNY K.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5080 VIA DE PALMA DR
LAS VEGAS, NV 89146-7022

HOLT'S CHEMDRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6217 SAGINAW DRIVE
LAS VEGAS, NV 89108

HOLUB - DAVIS; PATRICIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3129 FRIGATE WAY
NORTH LAS VEGAS, NV 89084

HOME BUYER'S WARRANTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2-10 HOME BUYERS WARRANTY
1417 WEST ARKANSAS LANE
ARLINGTON TX 76013

HOME COUNTRYWIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1079 VIA SAINT LUCIA PL
HENDERSON, NV 89011

HOME COUNTRYWIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

HOME COUNTRYWIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

HOME DEPOT
PO BOX 6029
THE LAKES, NV  88901-6029

HOME DEPOT
PO BOX 6031
THE LAKSE,  NV  88901-6031

HOME DEPOT CREDIT SERVICES
P.O. BOX 6029
DEPT. 32 - 2001952575
THE LAKES, NV 889016029

HOME FINISHES, INC.
DIANE
3037 INDEPENDENCE DRIVE
SUITE A
LIVERMORE CA 94550

HOME INTERCOM COMPANY
PAUL CASPANY
6656 W. FREDONIA DRIVE
LAS VEGAS NV 89108

HOMEBUILDER
PO BOX 13237
SCOTTSDALE, AZ 85267-3237

HOMER CHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1125 RED IRON WAY
LAS VEGAS NV 89110

HOMER LIWAG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

HOMER MICHAELS
HOMER MICHAELS
8716 BURNING HIDE AVENUE
LAS VEGAS NV 89143

HOMEREADY, INC.
GILBERT GANSCHOW
7470 DEAN MARTIN DRIVE
SUITE # 112
LAS VEGAS NV 89139

HOMES & LIVING
BRETT-X1068
TRADER PUBLISHING
P.O.BOX 9277
CANTON OH 44711

HOMES & LIVING
TRADER PUBLISHING
P.O.BOX 9277
CANTON, OH 44711

HOMES HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

HOMESALES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 VISION DR
COLUMBUS, OH 43219

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

HOMESALES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
473 VIA STRETTO AVE
HENDERSON, NV 89011

HOMESONTV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 TEN PALMS COURT
LAS VEGAS NV 89117

HOMESTORE SALES COMPANY, INC.
P.O BOX 13239
SCOTTSDALE AZ 85267-3239

HONEYWELL MORTGAGE & REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6331 GREENLEAF AVE., SUITE B
WHITTIER CA 90601

HONG CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 VORTEX AVE
HENDERSON, NV 89002

HONG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
146 CASTLE COURSE AVE
LAS VEGAS, NV 89148

HONORATO BUSCAINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2449 CREEKSIDE RUN
CHINO HILLS, CA 91709

HONORATO BUSCAINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 CENTER GREEN DR
LAS VEGAS, NV 89148

HOOLIHAN'S EXCAVATING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
652 MIDDLEGATE ROAD
HENDERSON NV  89015

HOPPER RESOURCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2951 MARION DRIVE #117
LAS VEGAS, NV 89115

HORACIO & LEONOR BONETTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 MACOBY RUN ST
LAS VEGAS, NV 89148

HORACIO & LEONOR BONETTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
380 WHITLY BAY AVE
LAS VEGAS, NV 89148

HORIZON PRECAST, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3625 SUNSHINE DR.
KINGMAN AZ 86409-3449

HORST LIEBL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1148 AMBERTON LN
THOUSAND OAKS, CA 91320

HORST LIEBL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2039
LAS VEGAS, NV 89148

HORTEGA RODRIGUEZ,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3825 N. NELLIS BLVD # 100
LAS VEGAS, NV 89115

HORTENSE FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
356 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

HORTENSE FAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

HOSEA KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 SOGGY RUFF WAY
LAS VEGAS, NV 89148

HOSPITALITY TRADING CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 ANACAPA STREET
SANTA BARBARA CA 93101

HOSPITALITY WORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
655 DEERFIELD ROAD, SUITE 100
DEERFIELD IL 60015

HOSSEIM AZARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 DAISY SPRINGS CT
LAS VEGAS, NV 89148

HOSSEIM AZARI
PO BOX 655
VAN NUYS, CA 91408

HOTACK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

HOTSY SOUTHWEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2910 S. HIGHLAND
UNIT L
LAS VEGAS, NV  89109

HOTSY SOUTHWEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2910 S. HIGHLAND DRIVE
LAS VEGAS, NV 89109

HOUCK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2176 LUAU CT
HENDERSON, NV 89074

HOUCK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2155
LAS VEGAS, NV 89148

HOUSE & GARDEN
PROFESSIONAL RELATIONS
P. O. BOX 37632
BOONE IA 50037-0632

HOUSE OF FORGINGS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16684 AIR CENTER BLVD
HOUSTON, TX 77032

HOUSEHOLD FIN REALITY CORP NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 MACOBY RUN ST
LAS VEGAS, NV 89148

HOUSEHOLD FIN REALITY CORP NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
931 CORPORATE CENTER DR
POMONA, CA 91768

HOUSEHOLD FINANCE REALTY CORP NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
636 GRAND REGENCY BLVD
BRANDON, FL 33510

The Rhodes Companies, LLC - U.S. Mail                                              Served 9/28/2009

HOUSEHOLD FINANCE REALTY CORP NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

HOUSEHOLD FINANCE REALTY CORP NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
782 VORTEX AVE
HENDERSON, NV 89002

HOUSEHOLDER,GUY R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4399 W. HAMBLIN
FLAGSTAFF, AZ 86004

HOUSTON-STAFFORD ELECTRI
MIKE / CHRIS
451 MARK LEANY DRIVE
HENDERSON NV  89015

HOWARD & JODY GOLDSTEIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
376 APPLE RIVER CT
LAS VEGAS, NV 89148

HOWARD & JODY GOLDSTEIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
616 CHERVIL VALLEY DR
LAS VEGAS, NV 89138

HOWARD ALTSHULER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 VOLTAIRE AVE
HENDERSON, NV 89002

HOWARD CHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13717 BANNON DRIVE
CERRITOS CA 90703

HOWARD F. SCHEUNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1952 N HOPE RD
MIDLAND, MI 48642-7937

HOWARD LERNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 VIA FRANCIOSA DR
HENDERSON, NV 89011

HOWARD LOGSDON
LOGSDON CONTRACTING, LLC
2711 W. WINDMILL LANE
LAS VEGAS NV 89123

HOWARD W. AVERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
680 GREAT DANE CT
HENDERSON, NV 89052

HOWELL SHAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 RANCHO MARIA ST
LAS VEGAS, NV 89148

HOWIE
C/O ERIC DOBBERSTEIN ESQ
1391 GALLERIA DRIVE 201
HENDERSON, NV 89014

HOY'S TOWEL SCENT
P.O. BOX 1585
RED LODGE,, MT  59068

HPN
PO BOX 1388
LAS VEGAS, NV  89125-1388

HR BUSINESS PARTNERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7525 RUSHING CURRENT ST
LAS VEGAS, NV 89131

HS  WORLDWIDE PARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1821 SANTA CRUZ STREET
SAN PEDRO CA 90732

HSBC BANK NEVADA, N.A.
ECAST SETTLEMENT CORPORATION
C/O BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL RD, SUITE 200
TUCSON, AZ 85712

HSBC BANK NEVADA, N.A. (OFFICEMAX COMM)
ATTN: JOSE SEGURA
ECAST SETTLEMENT CORPORATION
C/O BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL ROAD, SUITE #200
TUCSON, AZ 85712

HSBC BUSINESS SOLUTIONS
C/O NORTHERN TOOL & EQUIPMENT
P.O. BOX 5219
CAROL STREAM IL 60197-5219

HSIU & SHENG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1500 ATLANTIC ST
UNION CITY, CA 94587

HSIU & SHENG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1147
LAS VEGAS, NV 89147

HSIU YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 N PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

HSIU YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9316 PERENNIAL AVE
LAS VEGAS, NV 89148

HTA PLUMBING & MECHANICAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2049 PABCO ROAD
HENDERSON NV  89011

HUA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8910 LANSBERRY CT
LAS VEGAS, NV 89147

HUA HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
534 N ORANGE AVE APT A
LA PUENTE, CA 91744

HUA HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
765 ORCHARD COURSE DR
LAS VEGAS, NV 89148

HUA HUI TSENG HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
534 N. ORANGE #A
LA PUENTE CA 91744

HUANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
592 OVER PAR CT
LAS VEGAS, NV 89148

HUANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
689 COLONIAL DR
YOUNGSTOWN, OH 44505

HUAYING WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 TURTLE PEAK AVE
LAS VEGAS, NV 89148

HUB INNTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE, SUITE 400
WESTMONT, IL 60559-5570

HUB INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE, SUITE 400
WESTMONT, IL  90559-5570

HUB INTERNATIONAL MILNE OF AZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 EAST GLENDALE AVE
PHOENIX, AZ 85020-5505

HUB INTERNATIONAL SCHEER'S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE
SUITE 400
WESTMONT, IL  60559-5570

HUB INTERNATIONAL SCHEER'S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMOUNT LANE, SUITE 400
WESTMONT , IL  60559--5570

HUBBARD, MARY ANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 GARWOOD COURT
HENDERSON, NV 89074

HUBKA SONDRA S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3787  HEATHER AVE
KINGMAN, AZ 86401

HUDDLESTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 TURTLE PEAK AVE
LAS VEGAS, NV 89148

HUERTA-VELEZ,SEBASTIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 MARLIN AVE #1
LAS VEGAS, NV 89101

HUFF COMMERCIAL INTERIORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4077 SOUTH INDUSTRIAL ROAD
LAS VEGAS NV 89103

HUFFMAN;BEN W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3632 HAMMOCK ST
LAS VEGAS, NV 89147

HUGH MUNRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 TURTLE PEAK AVE
LAS VEGAS, NV 89148

HUGH MUNRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7926 HILLSIDE AVE
LOS ANGELES, CA 90046

HUGHES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9299 BLUE FAX PL
LAS VEGAS, NV 89148

HUGHES SUPPLY INC.
PO BOX 79382
CITY OF INDUSTRY, CA  91716-9382

HUGHES, LYNN E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4105 MOUNTAIN TREK
LAS VEGAS, NV 89129

HUGO DESMARAIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2030
LAS VEGAS, NV 89148

HUGO RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

HUI ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 SHORT RUFF WAY
LAS VEGAS, NV 89148

HUIZAR, JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3059 CANAL DR.
MOHAVE VALLEY, AZ 86440

HUIZAR, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4949 MESA VERDE DR.
FT MOHAVE, AZ 86426

HUIZAR, MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2131 RIVERIA DR.
BULLHEAD CITY, AZ 86442

HULSIZER;MATHEW W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4312 DEL SANTOS
LAS VEGAS, NV 89121

HUMAN RESOURCES COUNCIL
PO BOX 804441
KANSAS CITY MO 64180-4441

HUMPHREYS & PARTNERS
ARCHITECTS
5339 ALPHA ROAD STE 300
DALLAS TX 75240-7307

HUNG & AI PHUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1118 S 9TH ST
ALHAMBRA, CA 91801

HUNG & AI PHUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
620 HARVESTER COURSE DR
LAS VEGAS, NV 89148

HUNG DANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 HAZELMERE LN
LAS VEGAS, NV 89148

HUNG DANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 CASCADE LAKE ST
LAS VEGAS, NV 89148

HUNG HOANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA GALLIA ST
HENDERSON, NV 89011

HUNG LUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

HUNG NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13291 LEE DR
WESTMINSTER, CA 92683

HUNG NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 VIA DI CITTA DR
HENDERSON, NV 89011

HUNG-SHING TSANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26 BUCKINGHAM DRIVE
AURORA IL 60506

HUNG-SHING TSANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 ANGELS TRACE CT
LAS VEGAS, NV 89148

HUNT, CHRISTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
603 VALLEY VIEW DR
HENDERSON, NV 89002

HUNT, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11441 ALLERTON PARK DR STE 211
LAS VEGAS, NV 89135-3375

HUPF RAYMOND J & CAROLE S CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3908  HEATHER AVE
KINGMAN, AZ 86401

HURNS, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4394 CINDY RD.
FT MOHAVE, AZ 86426

HURTADO AVENDANO,ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4440 E. OGDEN AVE
LAS VEGAS, NV 89110

HUTCHINS DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2335 SILVER WOLF DRIVE
HENDERSON, NV 89015

HUTCHISON, JOSH R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2709 N. STEVES BLVD.
FLAGSTAFF, AZ 86004

HUY & TIET LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 TALL RUFF DR
LAS VEGAS, NV 89148

HUY & TIET LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7471 PORT ORCHARD AVE
LAS VEGAS, NV 89113

HUY NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

HUYEN NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIALE PLACENZA PL
HENDERSON, NV 89011

HUYEN NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11220 109 AVE
EDMONTON AB T5H 110
CANADA

HUYGENS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 VIA COLMO AVE
HENDERSON, NV 89011

HUYNH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2018 32ND AVE
SAN FRANCISCO, CA 94116

HUYNH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 SOGGY RUFF WAY
LAS VEGAS, NV 89148

HUYNH HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 WICKED WEDGE WAY
LAS VEGAS, NV 89148

HY & CAROLINA LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 CLIFF VALLEY DR
LAS VEGAS, NV 89148

HY & CAROLINA LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7524 BRADFORD PEAR DR
IRVING, TX 75063

HYACINTH LIGUTOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3558 HARBOR TIDES STREET
LAS VEGAS NV 89147

HYATT & STUBBLEFIELD, P.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 PEACHTREE STREET, N.E.
SUITE 1200
ATLANTA GA 30303

HY-BAR WINDOWS & DOORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6210 ANNIE OAKLEY
LAS VEGAS NV  89120

HYDRO ARCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
980 MARY CREST ROAD SUITE B
HENDERSON NV  89014

HYDROHOIST SOUTHWEST LTD.
P.O. BOX 60517
BOULDER CITY NV 89006

HYE & KEUM KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
381 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

HYE & KEUM KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 S PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

HYE KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 TAYMAN PARK AVE
LAS VEGAS, NV 89148

HYEON KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 WATERTON LAKES AVE
LAS VEGAS, NV 89148

HYPERION GROUP PUBLIC AFFAIRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4413 N. SADDLEBAG TRAIL SUITE # 1
SCOTTSDALE AZ 85251

HYPHEN SOLUTIONS, LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16301 QUORUM DR
STE 100A
ADISON, TX 75001-6861

HYPHEN SOLUTIONS, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 KELLER SPRINGS ROAD #200
ADDISON TX 75001

HYUN & SUNG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 WHITE BLUFFS ST
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

HYUN KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4778 LONE MESA DR
LAS VEGAS, NV 89147

I. ELIZABETH PERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5518 MONCINNA STREET
LAS VEGAS , NV  89118

I. MARTINEZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 HEDGE WAY # 5
LAS VEGAS, NV 89110

IAAPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1448 DUKE STREET
ALEXANDRIA VA 22314

IAFRATE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2175 STOCKWELL RD APT 916
BOSSIER CITY, LA 71111

IAFRATE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

IAN & VIRGINIA LESLIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 CEDAR RAE AVE
LAS VEGAS, NV 89131

IAN HWANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

IAN MURRAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

IAN ROSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 MOHAWK
LAS VEGAS, NV 89107

IAN ROSEN
C/O LLYOD BAKER
BAKER LAW OFFICES
500 SOUTH 8TH STREET
LAS VEGAS, NV 89101

IAN ROSEN
C/O LOYD W BAKER ESQ
500 SOUTH 8TH STREET
LAS VEGAS, NV 89101

IAN SHAFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 ROCK RUN ST
LAS VEGAS, NV 89148

IAN UNDERHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 JACARANDA ARBOR STREET
LAS VEGAS NV 89144

IBANEZ,MIGUEL ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5554 HALVERN
LAS VEGAS, NV 89110

IBARRA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2542 1/4 FOLSOM ST
LOS ANGELES, CA 90033

IBARRA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 116
LAS VEGAS, NV 89113

IBARRA,MARIO E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 REV WILSON AVE
NORTH LAS VEGAS, NV 89030

IBARRA;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3822 CONNIE AVE
LAS VEGAS, NV 89115

IBARRA;JULIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3609 AMAZON AVE
LAS VEGAS, NV 89110

IBARRA-LOZANO,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6413 BRITTANY WAY
LAS VEGAS, NV 89107

IBARRA-NOGUEDA,MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1329 REV WILSON AVE
NORTH LAS VEGAS, NV 89030

IBARRIA VILLAFANA;JOSE D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4474 LINDALE AVE
N LAS VEGAS, NV 89121

IBARRIA VILLAFANA;JULIO C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4970 CHAISING HEART WAY
LAS VEGAS, NV 89115

IBARRIA-VILLAFINA;LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4474 LINDALE AVE
LAS VEGAS, NV 89121

IBI-INTERNATIONAL
BUSINESS INDEX
600 17TH STREET,STE 2800 SOUTH
DENVER CO 80202

IBS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12201 GAYTON RD.
SUITE 100
RICHMOND, VA  23238

ICE LAS VEGAS
ROBERT G. URICHUK
5175 WEST DIABLO DRIVE, STE. 105
LAS VEGAS NV 89118

I-CHIEH & DA-CHING WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 REDWOOD LN
SOUTH GLASTONBURY, CT 06073

I-CHIEH & DA-CHING WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
749 ORCHARD COURSE DR
LAS VEGAS, NV 89148

I-CHIEH E. WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 REDWOOD LANE
S. GLASTONBURY CT 06073

ICON RECEIVABLES
C/O M&T BANK
PO BOX 8000 DEPT.006
BUFFALO NY 14267

ICSOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 PINE STREET
NEW YORK, NY 10270

The Rhodes Companies, LLC - U.S. Mail

ID INTERIOR DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE RD, SUITE 300
LAS VEGAS, NV 89147

ID INTERIOR DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5564 S. FORT APACHE ROAD
SUITE 100
LAS VEGAS NV 89148

IDANIA & AMAURY TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4616 S 6TH AVE
TUCSON, AZ 85714

IDANIA & AMAURY TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

IDCSERVCO
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1925
CULVER CITY CA 90232-1925

IDEAL ELECTRICAL CONTRACTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3508 E. CHARLESTON BLVD.
SUITE A
LAS VEGAS NV 89110

IDEAL ELECTRICAL CONTRACTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3508 E. CHARLESTON BLVD.
SUITE A
LAS VEGAS, NV 89104

IDEAL PRODUCTS
P.O. BOX 4090
ONTARIO CA 91761

IES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15287 ROAD 28 1/2
MADERA, CA  93638-2324

IFS ENTERPRISES
P.O. BOX 5758
LOS ALAMITOS , CA  90720

IGELEKE JR., JOSHUA
PO BOX 20491
LAS VEGAS, NV 89112-2491

IGNACIO AND SHEILA LEDESMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 S SALT SPRAY CT
LAS VEGAS NV 89139

IGXG MANAGEMENT LLC
JESSICA RAYMOND
540 MADISON AVENUE, SUITE 21A
NEW YORK, NY 10022

IHAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

IHAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 BAY COLONY DR
WESTWOOD, MA 02090

IKE & CAROLYN NNAJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

IKE & CAROLYN NNAJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3081 ASHBOURNE CIR
SAN RAMON, CA 94583

IKLAS DIMAYA-UNLIMITED REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 W. WILBUR ROAD
SUITE 102
THOUSAND OAKS 91360

IKLAS DIMAYA-UNLIMITED REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5804 MUSTANG DR
SIMI VALLEY, CA 93063

IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERTSON
ACCOUNTS RECEIVABLE CENTER
BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERTSON - BANKRUPTCY
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD - SUITE 400
MACON, GA 31210

IKON OFFICE SOLUTIONS
P.O. BOX 31001-0850
PASADENA, CA 91110-0850

IKON OFFICE SOLUTIONS
PO BOX 7420
PASADENA, CA 91109-7420

IKON OFFICE SOLUTIONS, INC.
RECOVERY & BANKRUPTCY
PO BOX 13147
MACON, GA 31208

ILEANA FRATUT-FILIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
492 VIA STRETTO AVE
HENDERSON, NV 89011

ILLINI LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3230 S BUFFALO DR STE 108
LAS VEGAS, NV 89117

ILLINI LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1086
LAS VEGAS, NV 89148

ILSOO KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1049 VIA SAINT LUCIA PL
HENDERSON, NV 89011

IMA DESIGN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 MICHELSON DR. SUITE 125
IRVINE, CA 92612

IMAGE ONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9360 WEST FLAMINGO ROAD
SUITE 110-450
LAS VEGAS NV 89147

IMELDA AFABLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 VIA FRANCIOSA DR
HENDERSON, NV 89011

IMEX WARE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2000 E. MAULE AVENUE
LAS VEGAS NV 89119

IMMOBILIA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4455 W SUNSET RD
LAS VEGAS, NV 89118

The Rhodes Companies, LLC - U.S. Mail                                                          Served 9/28/2009

IMMOBILIA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6735 GOLD YARROW ST
LAS VEGAS, NV 89148

IMPERIAL HEADWEAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1-800-933-9444
P.O.BOX 971363
DALLAS TX 75397-1363

IMPERIAL HEADWEAR,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1086 PAYSPHERE CIR.
CHICAGO, IL  60674

IMPERIAL IRON, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4226 FIDUS DR.
LAS VEGAS NV 89103-3709

IMPERIAL STEEL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4226 FIDUS DRIVE
LAS VEGAS NV 89103

IMRAN THANVI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

IMRAN THANVI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
819 COVINA WAY
FREMONT, CA 94539

IN BUSINESS LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2290 CORPORATE CIRCLE
SUITE 250
HENDERSON NV  89074

INDEPENDENT LANDSCAPE SERVICES
PO BOX 92456
HENDERSON, NV 89009-2456

INDERJEET JULKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16418 BAINBROOK AVE
CERRITOS, CA 90703

INDERJEET JULKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 CROOKED TREE DR
LAS VEGAS, NV 89148

INDOFF INCORPORATED
P.O. BOX 842808
KANSAS CITY, MO 64184-2808

INDOFF INCORPORATED
PO BOX 790120
ST LOUIS, MO 63179-0120

INDUSTRIAL COMM. OF ARIZONA
DIVISION OF OCCUPATIONAL SAFETY
P. O. BOX 19070
PHOENIX AZ 85005-9070

INDUSTRIAL COMMISSION OF ARIZONA
ATTN: BANKRUTPCY DESK/MANAGING AGENT
800 WEST WASHINGTON STREET
PHOENIX, AZ 85007

INDUSTRIAL ELECTRONIC SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15287 ROAD 28 1/2
MADERA, CA  93638-2324

INDUSTRIAL SERVICES, ACE STEAM CLEANING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5420 KETTERING PL.
LAS VEGAS, NV  89107

INDYMAC BANK
P.O. BOX 78826
PHOENIX AZ 85062-8826

INFINITY ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3347 S. HIGHLAND DR. SUITE 304
LAS VEGAS NV 89109

INFINITY PROMOTIONS GP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6655 W. SAHARA AVENUE D-208
LAS VEGAS NV 89146

INFLIGHT SURF & SAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1250 PACIFIC COAST HWY
SEAL BEACH CA 90740

INFO CUBIC LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9250 E COSTILLA AVE
STE 230
GREENWOOD VILLAGE CO 80112

INFO STOR OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1428 PAMA LANE
LAS VEGAS NV 89119

INFORMATION LEASING CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
995 DALTON AVE.
CINCINNATI, OH 45203

INFO-TECH RESEARCH GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 CLARENCE STREET 2ND FLOOR
LONDON, ONTARIO
CANADA N6A 3M6

INGAR CARLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

INGERSOLL-RAND FINANCIAL SVCS
DIV. OF CITICAPITAL COMM. CORP.
P.O. BOX 6229
CAROL STREAM, IL 60197-6229

INLAND HOBBS MATERIAL
PO BOX 61564
PHOENIX, AZ 85082-1564

INLAND LITHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4305 E LA PALMA AVENUE
ANAHEIM CA 92807

INNOVA - CHAMPION DISCS, INC
ATTN: GAVIN T MUIR
11077 ARROW RTE
RANCHO CUCAMONGA, CA 91730

INNOVA-CHAMPION DISCS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11077 ARROW ROUTE
RANCHO CUCAMONGA, CA 91730

INNOVATIVE ACCESS CONTROL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4365 SOUTH CAMERON
SUITE A
LAS VEGAS NV 89103

INNOVATIVE CARPETS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 LEGION DR.
CRESSKILL NJ 07626

INNOVATIVE PROSPECTS CO. LLC
P.O. BOX 668307
POMPANO BEACH, FL 33066 UNITED STATES

INS CO. STATE OF PA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 PINE STREET
NEW YORK, NY 10270

INSIGHT
P. O. BOX 78825
PHOENIX, AZ 85062-8825

INSIGHT GLOBAL FINANCE
PO BOX 100706
PASADENA CA 91189-0706

INSTITUTE OF BUSINESS
PUBLICATIONS
748 SPRINGDALE DR. SUITE 150
EXTON PA 19341

INSULPRO PROJECTS
A MASCO COMPANY
697 CORINTHIAN WAY
LAS VEGAS NV 89030

INSURANCE SUPPORT CENTER
P. O. BOX 53981
PHOENIX, AZ 85072-3981

INSURANCE SUPPORT CENTER
SHERRI HAMILTON
P. O. BOX 53981
PHOENIX AZ 85072-3981

INTEGRA REALTY RESOURCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1635 VILLAGE CENTER CIRCLE, # 150
LAS VEGAS NV 89134

INTEGRA TELECOM
PO BOX 20553
ROCHESTER, NY 14602-0553

INTEGRA TELECOM
PO BOX 2966
MILWAUKEE WI 93201

INTEGRATED BUSINESS SYSTEMS
ATTN: BOBBI JONES
12201 GAYTON RD, SUITE 100
RICHMOND, VA 23238

INTEGRATED FLIGHT SYSTEM
PO BOX 163976
FORT WORTH , TX 76161-3976

INTEGRATED FLIGHT SYSTEMS
P.O. BOX 12697
RENO NV 89510

INTEGRATED SYSTEMS GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W SAHARA AVE SUITE 105
LAS VEGAS NV 89117

INTEGRITY COLLISION CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6770 REDWOOD ST
LAS VEGAS, NV 89118

INTEGRITY MASONRY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5215 W OQUENDO RD. #2
LAS VEGAS, NV 89118

INTEGRITY MASONRY, INC
RICHARD DREITZER, ESQ.
BULLIVANT, HOUSER & BAILEY, PC
3883 HOWARD HUGHES PKWY, NO. 550
LAS VEGAS, NV 89169

INTEGRITY MASONRY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2570 B-N. NELLIS BLVD
LAS VEGAS , NV 89115

INTEGRITY MASONRY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5330 W. QUAIL AVENUE
LAS VEGAS, NV 89118

INTEGRITY MASONRY, INC.
ATTN: HAROLD LEFLER
5125 W. OQUENDO AVE
LAS VEGAS, NV 89118

INTEGRITY MASONRY, INC.
ATTN: HAROLD LEFLER
5215 W OQUENDO RD. #2
LAS VEGAS, NV 89118

INTEGRITY MASONRY, INC.
C/O BULLIVANT HOUSER BAILEY PC
3883 HOWARD HUGHES PARKWAY 550
LAS VEGAS, NV 89169

INTEGRITY MASONRY, INC.
C/O RICHARD I. DREITZER, ESQ.
COUNSEL FOR CREDITOR
BULLIVANT HOUSER BAILEY, PC
3883 HOWARD HUGHES PARKWAY, SUITE 550
LAS VEGAS, NV 89169

INTELLICEPT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1444 PIONEER WAY #13
EL CAJON CA 92020

INTENSE SCHOOL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8211 W. BROWARD BLVD. #210
FORT LAUDERDALE FL 33324

INTERA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9111A RESEARCH BLVD.
AUSTIN TX 78758

INTERCALL
PO BOX 281866
ATLANTA GA 30384-1866

INTERIANO, JOSE A NIETO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1330 FRANK STREET
LAS VEGAS, NV 89104

INTERIOR DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE BLVD.
SUITE 300
LAS VEGAS, NV 89147

INTERIOR DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5564 SOUTH FORT APACHE ROAD
SUITE 110
LAS VEGAS NV 89148

INTERIOR DESIGNS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5615 SOUTH CAMERON ST.
SUITE #1
LAS VEGAS, NV 89118

INTERIOR FINISHWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 N. BRUCE ST. #9
LAS VEGAS NV 89030

INTERIOR SPECIALISTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1630 FARADAY
7465 W. SUNSET RD
SUITE 1200
LAS VEGAS NV 89113

INTERIOR SPECIALISTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7465 W. SUNSET RD
SUITE 1200
LAS VEGAS,  NV  89113

INTERIOR SPECIALISTS, INC.
C/O TAMALYN E. LEWIS
RIDENOUR HIENTON & LEWIS
201 N. CENTRAL AVE. #3300
PHOEIX, AZ 85004

INTERIOR SPECIALTIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7465 W. SUNSET RD, SUITE 1200
LAS VEGAS , NV  89113

INTERISK LIMITED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 DOVER DRIVE STE 200
NEWPORT BEACH, CA 92660

INTERMOUNTAIN SLURRY
PO BOX 1841
SPARKS NV 89432

INTERMOUNTAIN SLURRY SEAL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4560 DONAVAN WAY STE K
N. LAS VEGAS NV 89081

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 CITY PARK WAY STOP 5028 LVG
LAS VEGAS, NV 89106

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 CITY PARKWAY STOP 5028 LVG
LAS VEGAS, NV 89106

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 CITY PARKWAY STOP 5028 LVG
LAS VEGAS, NV 89114

INTERNAL REVENUE SERVICE
FRESNO CA 93888

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

INTERNAL REVENUE SERVICE
P.O. BOX 21126
DPN 781
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
TAXPAYER ASSISTANCE
OGDEN UT 84201

INTERNATIONAL ART PROP., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 SAN CARLOS AVENUE
SAUSALITO CA 94965

INTERNATIONAL COMMERCIAL SUPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 VALLEY VIEW DR
STE-P101
LAS VEGAS, NV 89141

INTERNATIONAL HOUSE OF BLUES
FOUNDATION
3950 SOUTH LAS VEGAS NV BLVD.
LAS VEGAS NV 89119

INTERNATIONAL IRON WORKS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 S. MALT AVENUE
LOS ANGELES, CA 90040

INTERNET CORPORATION LISTING
SERVICE
303 PARK AVENUE S, #1073
NEW YORK NY 10010

INTERNET MARKETING REPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN PA 19355

INTERSTATE BATTERIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4151 W OQUENDO RD
LAS VEGAS, NV 89118

INTERSTATE PLUMBING & AIR CONDITIONING, LLC
ATTN: BEVERLY WOLF
7201 W. POST ROAD
LAS VEGAS, NV 89113

INTERSTATE SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7201 WEST POST RD
LAS VEGAS, NV 89113

INTERTECH COMPUTER PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5225 S. 39TH STREET
PHOENIX AZ 85040

INTERWEST SUPPLY COMPANY, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 S REDWOOD ROAD
SALT LAKE CITY, UT 84104-3536

INTREPID IRON, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3321 WESTERN AVENUE
LAS VEGAS , NV  89109

INYO COUNTY TREASURER
ALISHA MCMURTRIE
TAX COLLECTOR
PO BOX O
INDEPENDENCE CA 93526-0614

INZUNZA,JOSE H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 KENNETH RD.
NORTH LAS VEGAS, NV 89030

IOANNIS ALEXAKIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3572 TUNDRA RD
VENICE, FL 34293

IOBP
INSTITUTE OF BUSINESS PUBLICATION
748 SPRINGDALE DRIVE SUITE 150
EXTON PA 19341

ION POPESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 315
LAS VEGAS, NV 89113

IORGULESCU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10301 HAWK RAVINE ST
LAS VEGAS, NV 89178

IORGULESCU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
473 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

IOVINO MASONRY
ATTN: JERRY JORGENSON
9260 EL CAMINO ROAD
LAS VEGAS, NV 89139
USA

IOVINO MASONRY
ATTN: MATTHEW LEWIS
9260 EL CAMINO RD
LAS VEGAS, NV 89139

IOVINO MASONRY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9260 EL CAMINO RD.
LAS VEGAS NV 89139

IRA DIZENGOFF AND PHILLIP DUBLIN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

IRA LAPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 VIA PALERMO DR
HENDERSON, NV 89011

IRENE & DAVID NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
857 WHITEBIRCH LN
WANTAGH, NY 11793

IRENE & DAVID NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1162
LAS VEGAS, NV 89148

IRENE AVILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

IRENE AVILA
PO BOX 15365
LAS VEGAS, NV 89114-5365

IRENE MINDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 HONORS COURSE DR
LAS VEGAS, NV 89148

IRENE MINDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7386 CALLE REAL APT 1
GOLETA, CA 93117

IRENE MINDO & TEOFILO JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
329 W. PADRE
SANTA BARBARA, CA 93105

IRENE-CRESPO;ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4675 BABY BIRD
LAS VEGAS, NV 89110

IRINA ALEXIEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4796 LONE MESA DR
LAS VEGAS, NV 89147

IRINA LEBEDEFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

IRINA PETROVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9708 VALMEYER AVE
LAS VEGAS, NV 89148

IRIS LEVI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 CLIFF VALLEY DR
LAS VEGAS, NV 89148

IRLA LADIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 SHORT RUFF WAY
LAS VEGAS, NV 89148

IRLA LADIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1376 W 1ST ST
SAN PEDRO, CA 90732

IRMA LEDESMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4784 ESSEN CT
LAS VEGAS, NV 89147

IRMA LEDESMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5716 LA SEYNE PL
SAN JOSE, CA 95138

IRON SPECIALISTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1102 SHARP CIRCLE
NORTH LAS VEGAS NV 89030

IRONWOOD DRYWALL LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3729 NORTHFIELD
KINGMAN, AZ 86401

IRWIN COMMERCIAL FINANCE CORP.
EQUIPMENT FINANCE
330 120TH AVENUE NE, SUITE 110
BELLEVUE CA 98005

ISAAC BUILDING & DESIGN CO INC
ZE'EV YACOBOVSKY, PRESIDENT
3068 EAST SUNSET ROAD #4
LAS VEGAS, NV 89120

ISAAC BUILDING & DESIGN CO. INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3068 E. SUNSET RD. #4
LAS VEGAS, NV 89120

ISABEL GRIGORIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

ISABEL JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
610 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ISABEL JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6217 ANASTASIA ST
SIMI VALLEY, CA 93063

ISABEL STREELMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19303 SW 4TH STREET
PEMBROKE PINES FL 33029

ISAGANI & VIRGINIA ABALOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 HONORS COURSE DR
LAS VEGAS, NV 89148

ISAIAS & CONSUELO CUPINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 W HIGHLAND DR
OCONTO FALLS, WI 54154

ISAIAS & CONSUELO CUPINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 INDIAN RUN WAY
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

ISCO INDUSTRIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
926 BAXTER AVENUE
BOX 4545
LOUISVILLE KY 40204

ISIAH & TAMIRA JAKES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
789 TOSSA DE MAR AVE
HENDERSON, NV 89002

ISLAND OASIS
PO BOX 711558
CINCINNATI, OH 45271-1558

ISLAND OASIS FROZEN BEVERAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 NORFOLK STREET
PO BOX 711558
CINCINNATI OH 45271-1558

ISMAEL & AURORA CARINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 OLIMAR AVE
LAS VEGAS, NV 89148

ISRAEL & MARIA FAUSTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6939 FENTON ST
CHINO, CA 91710

ISRAEL & MARIA FAUSTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

ISRAEL & ROMELY GAMBOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 SOGGY RUFF WAY
LAS VEGAS, NV 89148

ISRAEL RAMOS-ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6452 SILENT PINE AVE
LAS VEGAS NV 79156-7523

ITALY SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2407 S. HIGHLAND
LAS VEGAS NV 89102

ITZHAK & ANGELITA BERENHOLZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 ABERDEEN RD
ELIZABETH, NJ 07208

ITZHAK & ANGELITA BERENHOLZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9090 RED SHORES WAY
LAS VEGAS, NV 89147

IVAN & ISABEL PATRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6712 GOLD YARROW ST
LAS VEGAS, NV 89148

IVAN & ISABEL PATRON
PO BOX 1784
SAN JUAN CAPISTRANO, CA 92693

IVAN KARABACHEV, M.D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3201 S. MARYLAND PKWY #500
LAS VEGAS NV 89109

IVAN KLIMOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 VIA MEZZA LUNA CT
HENDERSON, NV 89011

IVES, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2841 N. WALNUT HILLS DR.  #4
FLAGSTAFF, AZ 86004

IVS ASSOCIATES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 CONTINENTAL DR.
SUITE 210
NEWARK DE 19713

IVY, WILLIE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4615 HWY 68
GOLDEN VALLEY, AZ 86413

IVY, WILLIE, JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4615 HWY 68
GOLDEN VALLEY, AZ 86413

IVY'S WELDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3292 N. AZTECK
GOLDEN VALLEY AZ 86413

J & C YORK TRUCKING, INC
HC 31 BOX 880
HAPPY JACK, AZ 86024

J & J ENTERPRISES SERVICES, INC.
ATTN: MELISSA PERRY
5920 W. COUGAR AVE.
LAS VEGAS, NV 89139
USA

J & P WHOLESALE & IMPORTS
P.O. BOX
LAS VEGAS, NV  89132 UNITED STATES

J & R TRUCKING, LLC
P.O. BOX 2338
FLAGSTAFF, AZ 86003

J E LP CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20913 COSTANSO ST
WOODLAND HILLS, CA 91364

J E LP CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 CROOKED TREE DR
LAS VEGAS, NV 89148

J FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7531 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

J FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9545 LOS COTOS CT
LAS VEGAS, NV 89147

J J J O R S INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6168 NATALIE RD
CHINO HILLS, CA 91709

J J J O R S INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2107
LAS VEGAS, NV 89148

J OR J WELDING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
203 W BROOKS AVE
STE F
N LAS VEGAS NV 89030-3927

J OR J WELDING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3061 BRIGHT STAR RD
DOUGLASVILLE, GA 30135

The Rhodes Companies, LLC - U.S. Mail

J P CHASE MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 BROKEN PAR DR
LAS VEGAS, NV 89148

J P CHASE MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
450 AMERICAN ST
SIMI VALLEY, CA 93065

J P M C SPECIALTY MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14800 FRYE RD
FORT WORTH, TX 76155

J P M C SPECIALTY MORTGAGE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2172
LAS VEGAS, NV 89148

J S W REAL ESTATE INVEST LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5594 S FORT APACHE RD STE 100
LAS VEGAS, NV 89148

J S W REAL ESTATE INVEST LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9696 KAMPSVILLE AVE
LAS VEGAS, NV 89148

J&J ENTERPRISES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 HELM DRIVE
LAS VEGAS , NV  89119

J&J ENTERPRISES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5920 W. COUGAR AVE.
LAS VEGAS NV 89139

J&J GLASS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3910 W. SPRING MOUNTAIN RD.
SUITE B-1
LAS VEGAS NV 89102

J. A. VAY & SONS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5546 CAMINO AL NORTE 2-256
N. LAS VEGAS NV 89031

J. F. MANUFACTURING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13760 MOUNTAIN AVE.
CHINO, CA  91710

J. PERRY CONSTRUCTION INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4487 RENO
LAS VEGAS NV 89118

J. THOMAS BECKETT
DAVID P. BILLINGS
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
SALT LAKE CITY, UT  84111

J.B. KNOWLES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31336 WOODSHIRE LN.
BLUE RIVER WI 53518-4634

J.D. POWER & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 TOWNSGATE ROAD
WESTLAKE VILLAGE CA 91361

J.E.C. JAMES ECONN & CO. INS.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 SOUTH FIGUEROA STREET
36TH FLOOR
LOS ANGELES CA 90071-1602

J.J. KELLER & ASSOCIATES, INC.
PO BOX 548
NEENAH, WI 54957-0548

JA HA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 BROKEN PAR DR
LAS VEGAS, NV 89148

JABBAR & NASRIN MIRREGHABIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1853 CORRE CAMINO WAY
VISTA, CA 92084

JABBAR & NASRIN MIRREGHABIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2089
LAS VEGAS, NV 89148

JACESARE AND ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
671 PROFESSIONAL AVE.
SUITE 504
HENDERSON NV  89015

JACK & COLLEEN FITHIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
288 VIA DI CITTA DR
HENDERSON, NV 89011

JACK & PAULINE HURFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
407 VILLAGE GROVE
SHERWOOD PARK AB
CANADA

JACK & PAULINE HURFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1003
LAS VEGAS, NV 89148

JACK AND SONS AUTOMOTIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7010 W. RUSSELL ROAD
LAS VEGAS NV 89113

JACK JI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
326 DOG LEG DR
LAS VEGAS, NV 89148

JACK PHILLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2261 LAUREN DR
LAS VEGAS, NV 89134

JACK PHILLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

JACK POTS PORTABLES, INC.
P.O. BOX 1444
LAKE HAVASU CITY AZ 86405

JACK ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JACKIE HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9285 DAMES ROCKET PLACE
LAS VEGAS NV 89148

JACKKNIFE, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

JACKPOT GRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4290 CAMERON STREET
SUITE 8
LAS VEGAS, NV 89103

The Rhodes Companies, LLC - U.S. Mail

JACKPOT SANITATION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2440 MARCOS STREET
LAS VEGAS, NV 89115

JACKS VISION LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 INDUSTRIAL PARK ROAD
SUITE 307
HENDERSON NV 89015

JACKSON MARSHA L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3896  HEATHER AVE
KINGMAN, AZ 86401

JACKSON MARSHA L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3999  HEATHER AVE
KINGMAN, AZ 86401

JACOB & CARMEL GONZALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIA GALLIA ST
HENDERSON, NV 89011

JACOB HANSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2730 E. CAROL AVENUE
MESA AZ 85204

JACOBS CONSULTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8100 W. SAHARA, SUITE 200
LAS VEGAS, NV 89117

JACOBS CONSULTING, INC.
SCOTT JACOBS
8076 W. SAHRA AVENUE
SUITE B
LAS VEGAS NV 89117

JACOBS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

JACOBS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 MISTY SPRINGS CT
LAS VEGAS, NV 89148

JACOBSEN'S MARINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300A E. LAKE MEAD DRIVE
HENDERSON NV 89015

JACOBSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 STANDING STONE ST
LAS VEGAS, NV 89148

JACOBSON, ROBERT K.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 QUEEN VALLEY CT
LAS VEGAS, NV 89148

JACQUELINE BENJAMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9688 DIETERICH AVE
LAS VEGAS, NV 89148

JACQUELINE GILBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
203 SEA RIM AVE
LAS VEGAS, NV 89148

JACQUELINE GUINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34626 YELLOW PARROT DR
ZEPHYRHILLS, FL 33541

JACQUELINE GUINN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1167
LAS VEGAS, NV 89148

JACQUELINE JANSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JACQUELINE JANSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 N ROBERTSON BLVD # 314
BEVERLY HILLS, CA 90211

JACQUELINE SOLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1508 MISTY SKY DR
HENDERSON, NV 89052

JACQUELYN TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3901 CHERRYWOOD AVE
LOS ANGELES, CA 90008

JACQUELYN TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4709 LOMAS SANTA FE ST
LAS VEGAS, NV 89147

JACQUELYNN HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9285 DAMES ROCKET PL
LAS VEGAS, NV 89148

JACQUES & JENNY PHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8930 LANSBERRY CT
LAS VEGAS, NV 89147

JACQULYN KERR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8350 W DESERT INN RD APT 1085
LAS VEGAS, NV 89117

JACQULYN KERR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1145
LAS VEGAS, NV 89148

JADE & LORRAINE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 HARPERS FERRY AVE
LAS VEGAS, NV 89148

JADE & LORRAINE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
591 CENTER GREEN DR
LAS VEGAS, NV 89148

JADE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
591 CENTER GREEN DR
LAS VEGAS, NV 89148

JADE HAVILAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 NIA PRATO LN
HENDERSON, NV 89011

JADE HAVILAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 VIA PRATO LN
HENDERSON, NV 89011

JADWIGA KUC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

JADWIGA KUC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7480 RIVER DOVE CT
LAS VEGAS, NV 89139

The Rhodes Companies, LLC - U.S. Mail

JAE CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1518 QUIET POND LN
SAN JOSE, CA 95138

JAE CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9670 MARCELLINE AVE
LAS VEGAS, NV 89148

JAE HA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

JAE-YOON RIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 MARCO ISLAND ST
LAS VEGAS, NV 89148

JAE-YOUN BAEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

JAFFER YASEYYEDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2076 RIDGELINE AVE
VISTA, CA 92081

JAFFER YASEYYEDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1180
LAS VEGAS, NV 89148

JAIME & LETTY TYCANGCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
210 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JAIME & LETTY TYCANGCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
609 BALBOA ST
WEST COVINA, CA 91791

JAIME & ROSALINDA MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 SANDY BUNKER LN
LAS VEGAS, NV 89148

JAIME & ROSALINDA MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
243 CROOKED TREE DR
LAS VEGAS, NV 89148

JAIME & ROSALINDA MALLARI
PO BOX 5427
SOUTH SAN FRANCISCO, CA 94083

JAIME JOVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

JAIMIE BLUE
DBA BELLA LUNA PICTURES
6930 PARADISE ROAD #2004
LAS VEGAS NV 89119

JAKE & DANIEL RUDOLPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JAKE BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JAKE SAKURAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

JAKE WORLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7431 THORNBUCK PL
LAS VEGAS, NV 89131

JAKE WORLINE
PO BOX 751135
LAS VEGAS, NV 89136

JAKES WIRE ROPE & RIGGINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3365  W PATRICK LANE STE-B
LAS VEGAS, NV 89118

JALENE ROGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9149 RUSTY RIFLE AVE.
LAS VEGAS NV 89143

JAM FAMILY TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1583 ASHFIELD VALLEY AVENUE
LAS VEGAS NV 89123

JAMA HUGGINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6865 S. TAMAROS  #101
LAS VEGAS NV 89119

JAMA INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1540 CANYON LEDGE CT
LAS VEGAS, NV 89117

JAMA INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9654 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JAMAL ELKHANSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2077
LAS VEGAS, NV 89148

JAMES & ALISON MAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

JAMES & BARBARA HAYDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
952 VIA STELLATO ST
HENDERSON, NV 89011

JAMES & CHERYL KARNUTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 ANGELS TRACE CT
LAS VEGAS, NV 89148

JAMES & CLAIRE GRACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

JAMES & CYNTHIA CODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 RED CINDER ST
LAS VEGAS, NV 89131

JAMES & CYNTHIA LUPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 RUSTY PLANK AVE
LAS VEGAS, NV 89148

JAMES & CYNTHIA LUPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
226 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JAMES & DEBORAH BARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
774 TOSSA DE MAR AVE
HENDERSON, NV 89002

JAMES & DEBORAH BARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
774 TOSSA DEL MAR AVE
HENDERSON, NV 89015

JAMES & DIAWANTI ANSELMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

JAMES & DORIS POMERENING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

JAMES & EVANGELINE NOVOTNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 TOSSA DE MAR AVE
HENDERSON, NV 89002

JAMES & GLYNDA RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE COURT
LAS VEGAS NV 89148

JAMES & GLYNDA RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147

JAMES & GLYNDA RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9691 DIETERICH AVE
LAS VEGAS, NV 89148

JAMES & GRACE CHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1812 CANFIELD RD
PARK RIDGE, IL 60068

JAMES & GRACE CHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
48 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JAMES & IRINA SALVATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

JAMES & IRINA SALVATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7080 W PATRICK LN
LAS VEGAS, NV 89113

JAMES & ISABEL GRIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4650 73RD ST
LA MESA, CA 91941

JAMES & ISABEL GRIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1155
LAS VEGAS, NV 89148

JAMES & JESSIE YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 TALL RUFF DR
LAS VEGAS, NV 89148

JAMES & JESSIE YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5760 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

JAMES & JESSIE YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
686 HARVESTER COURSE DR
LAS VEGAS, NV 89148

JAMES & JOYCE DIVIRGILIUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7529 HORNBLOWER AVE
LAS VEGAS, NV 89131

JAMES & KATHRINE DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1117 VIA CANALE DR
HENDERSON, NV 89011

JAMES & KATHRINE DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 20TH ST
HUNTINGTON BEACH, CA 92648

JAMES & KATHRYN KARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

JAMES & KATHRYN KARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 SAHALEE DR
LAS VEGAS, NV 89148

JAMES & KIM DEVLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
612 VIA COLMO AVE
HENDERSON, NV 89011

JAMES & KIMBERLY BOONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 VIA STRETTO AVE
HENDERSON, NV 89011

JAMES & LARAINE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9558 CASTILLANA CT
LAS VEGAS, NV 89147

JAMES & LAUREN HESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JAMES & LAURIE WALKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5536 HAWLEY CT
LAS VEGAS, NV 89118

JAMES & LAURIE WALKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9737 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JAMES & LEA WOZNIAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5954 WINDWARD WAY
PORTAGE, IN 46368

JAMES & LEA WOZNIAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1015
LAS VEGAS, NV 89148

JAMES & LINDA KRACHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21427 METEOR DR
CUPERTINO, CA 95014

JAMES & LINDA KRACHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4795 FRANKFURT CT
LAS VEGAS, NV 89147

JAMES & MANI PARROTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
178 PAXON HOLLOW CT
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

JAMES & MARIA SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6847 ROSE MALLOW ST
LAS VEGAS, NV 89148

JAMES & MAUREEN SIPLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3312 AMISH AVENUE
N. LAS VEGAS NV 89031

JAMES & PAOLA MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
424 FIRST ON DR
LAS VEGAS, NV 89148

JAMES & PAOLA MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9887 BROOK CANYON DR # 228-7476
LAS VEGAS, NV 89147

JAMES & ROSAN BARNEWOLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1212 OLIVIA PKWY
HENDERSON, NV 89011

JAMES & SIMONE COOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7501 CEDAR RAE AVE
LAS VEGAS, NV 89131

JAMES & STACIE FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 CROOKED TREE DR
LAS VEGAS, NV 89148

JAMES & SUSAN DAMITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7221 TEALWOOD ST
LAS VEGAS, NV 89131

JAMES & TERRI LONGWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1053 VIA PRATO LN
HENDERSON, NV 89011

JAMES & THERESA LOCKLAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 SHORT RUFF WAY
LAS VEGAS, NV 89148

JAMES A. BEVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
679 VORTEX AVE
HENDERSON NV 89015

JAMES AND SIMONE COOK
C/O ERIC RANSAVAGE
7501 CEDAR RAE AVE.
LAS VEGAS, NV 89131

JAMES BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 QUAIL VALLEY ST
LAS VEGAS, NV 89148

JAMES BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 LAKEVIEW VLG
CHILLICOTHE, MO 64601

JAMES BEAL & DEAN A JELMINI
ATTORNEYS AT LAW
C/O LAW OFFICES OF NATALIE BLAKE
LOS ANGELES CA 90025

JAMES BEVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
679 VORTEX AVE
HENDERSON, NV 89002

JAMES BRACCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

JAMES BREEDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

JAMES BROOKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

JAMES CANDELA AND DIANE ROSSER
C/O ERIC RANSAVAGE
7240 CEDAR GULF AVE.
LAS VEGAS, NV 89131

JAMES CONWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

JAMES CRONK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6517 BETHALTO ST
LAS VEGAS, NV 89148

JAMES D BREECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3888 N ARABY RD
GOLDEN VALLEY, AZ 86413-8020

JAMES DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 20TH STREET
HUNTINGTON BEACH CA 92648

JAMES E. GARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4911 MISSION BAY DRIVE
LAS VEGAS, NV 89113-1350

JAMES E. REMMERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1755 SUNSET BLVD
BOULDER, CO 80304

JAMES E. REMMERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 SEA RIM AVE
LAS VEGAS, NV 89148

JAMES ECONN & COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 S. FIGUEROA ST. 36TH FL.
LOS ANGELES CA 90071-1602

JAMES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 RANCHO MARIA ST
LAS VEGAS, NV 89148

JAMES G.COYNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 INDIAN RUN WAY
LAS VEGAS NV 89148

JAMES GARRETT TRUST
C/O JAMES E GARRETT
4911 MISSION BAY DRIVE
LAS VEGAS NV 89113-1350

JAMES GRAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
288 SCRAMBLE DR
LAS VEGAS, NV 89148

JAMES GREEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 W SAHARA # 261
LAS VEGAS, NV 89102

The Rhodes Companies, LLC - U.S. Mail

JAMES HAEFELI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

JAMES HUNT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11441 ALLERTON PARK DR UNIT 211
LAS VEGAS, NV 89135

JAMES HUNT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 CROOKED PUTTER DR
LAS VEGAS, NV 89148

JAMES J. PISANELLI, ESQ.
BROWNSTEIN HYATT FARBER SCHRECK PC
300 S FOURTH ST., SUITE 1200
LAS VEGAS, NV 89101

JAMES JENKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35800 CALLE NOPAL
TEMECULA, CA  92592

JAMES JENNINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 CART CROSSING WAY
LAS VEGAS, NV 89148

JAMES KILROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

JAMES KRACHT
LINDA KRACHT
21427 METEOR DRIVE
CUPERTINO CA 95014

JAMES LAPELUSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1178 OLINIA PKWY
HENDERSON, NV 89011

JAMES LAPELUSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 VIA LUNA ROSA CT
HENDERSON, NV 89011

JAMES LUDWIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3210 GRACE ST NW APT 311
WASHINGTON, DC 20007-3672

JAMES LUDWIG
P. O. BOX 93325
LAS VEGAS NV 89193

JAMES M RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE #300
LAS VEGAS, NV  89147

JAMES M RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4747 S FORT APACHE #300
LAS VEGAS, NV 86413

JAMES MAIOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9490 W. ANN ROAD
LAS VEGAS NV 89149

JAMES MARINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

JAMES MARKEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6557 HARBOR DR NW
CANTON, OH 44718

JAMES MARKEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2079
LAS VEGAS, NV 89148

JAMES METZGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

JAMES METZGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7956 MISSION CENTER CT UNIT H
SAN DIEGO, CA 92108

JAMES MILKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10137 DRAGONS MEADOW CT
LAS VEGAS, NV 89148

JAMES NAMETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIA PRATO LN
HENDERSON, NV 89011

JAMES NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2843 VIA FLORENTINE ST
HENDERSON, NV 89074

JAMES NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4768 CALIFA DR
LAS VEGAS, NV 89122

JAMES NIKOPOULOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 FIRST ON DR
LAS VEGAS, NV 89148

JAMES NIKOPOULOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7881 ROCKWIND CT
LAS VEGAS, NV 89117

JAMES O`HARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6812 ROSE MALLOW ST
LAS VEGAS, NV 89148

JAMES ORR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
771 WIGAN PIER DR
HENDERSON, NV 89002

JAMES RAYMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1280 OLIVIA PKWY
HENDERSON, NV 89011

JAMES REMMERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1755 SUNSET BLVD
BOULDER, CO 80304

JAMES REMMERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 SEA RIM AVE
LAS VEGAS, NV 89148

JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY, ST 400 NORTH
LAS VEGAS, NV 89169

JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY, SUITE 400 NOR
LAS VEGAS, NV 89169

JAMES RIVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66641 WEST BROAD STREET, SUITE 300
RICHMOND, VA 23230

JAMES ROBERT KARNUTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 TAYMAN PARK AVENUE
LAS VEGAS NV 89148

JAMES SARUBBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
483 VIA DEL FORO DR
HENDERSON, NV 89011

JAMES SEVERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2365 D WOOSTER CIR
LAS VEGAS NV 89108

JAMES SHANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
279 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

JAMES SIDENSTRICKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 VIA VANNUCCI WAY
HENDERSON, NV 89011

JAMES SIMMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

JAMES STEVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1121
LAS VEGAS, NV 89147

JAMES SWAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5329 S. CAMERON ST
STE #109
LAS VEGAS NV 89118

JAMES TRUSS COMPANY INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4220 DONOVAN WAY
N LAS VEGAS, NV 89030

JAMES V. FASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1951 ATLANTIC AVE.
KINGMAN, AZ 68401

JAMES WITKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

JAMIE HAYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
347 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

JAMIE HAYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8959 LA MANGA AVE
LAS VEGAS, NV 89147

JAMIE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
952 VIA CANALE DR
HENDERSON, NV 89011

JAMIE PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6633 BABYS TEAR PL
LAS VEGAS, NV 89148

JAMMIE HSU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
695 ORCHARD COURSE DR
LAS VEGAS, NV 89148

JAMMIE HSU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7835 S RAINBOW BLVD STE 4
LAS VEGAS, NV 89139

JAMMIE S.K. HSU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7835 SOUTH RAINBOW BLVD.
SUITE 4-5
LAS VEGAS NV 89139

JAMS, INC.
P. O. BOX 512850
LOS ANGELES 90051-0850

JAN & WEN STUBBS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

JAN & WEN STUBBS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7346 BRINCO PEAK ST
LAS VEGAS, NV 89139

JANAKI SUTTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
238 VIA FRANCIOSA DR
HENDERSON, NV 89011

JANAS DYMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 APPLE RIVER CT
LAS VEGAS, NV 89148

JANE HOFFNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 BARLOVENTO CT
NEWPORT BEACH, CA 92663

JANE HOFFNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

JANE MEMMOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2675 WINDMILL PARKWAY #3923
HENDERSON NV  89074

JANE POLLAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
128 WELLINGTON RD
INDIANAPOLIS, IN 46260

JANE POLLAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 SAHALEE DR
LAS VEGAS, NV 89148

JANE YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4601 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

JANET & DONALD COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 CANDIDE ST
HENDERSON, NV 89002

JANET AMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

JANET CACDAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
394 TRAILING PUTT WAY
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

JANET L. CHUBB, ESQ.
MICHAEL E. BUCKLEY, ESQ.
JONES VARGAS
P.O. BOX 281
RENO, NV 89504-0281

JANET L. CHUBB, ESQ. NEVADA STATE BAR NO. 176
RE COMMERCE ASSOCIATES, LLC
JONES VARGAS
100 W. LIBERTY ST, 12TH FLOOR
P.O. BOX 281
RENO, NV 89504-0281

JANET MEDRANO-ABREGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4728 CALIFA DR
LAS VEGAS, NV 89122

JANET RAGON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1133
LAS VEGAS, NV 89148

JANET SWIFTBIRD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 S 11TH ST
MARION, IA 52302

JANICE GREER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1019 VIA CALDERIA PL
HENDERSON, NV 89011

JANICE J. BROWN, ESQ.
JEFFREY D. OLSTER, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, STE. 500
LAS VEGAS, NV  89101

JANICE MCGRIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1268 OLIVIA PKWY
HENDERSON, NV 89011

JANICE STUTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1150 OLIVIA PKWY
HENDERSON, NV 89011

JANICE WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

JANIECE S. MARSHALL, ESQ.
ANDERSON, MCPHARLIN & CONNERS LLP
777 NORTH RAINBOW BLVD., STE. 145
LAS VEGAS, NV  89107

JANNA MALIZIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3276 N POLO DR
APTOS, CA 95003

JANNA MALIZIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
336 BROKEN PAR DR
LAS VEGAS, NV 89148

JANNA STRICKLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9726 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JAQUEZ;JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7001 W. CHARLESTON BLVD # 2027
LAS VEGAS, NV 89117

JARA;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 NOVA LN APT 2
LAS VEGAS, NV 89115

JARA-ZARATE, VICTOR M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
608 GREENHURST RD
LAS VEGAS, NV 89145

JARDINE, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2558 SWAN LANE
LAS VEGAS, NV 89121

JARED & BRIDGET MOSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
128 MACOBY RUN ST
LAS VEGAS, NV 89148

JARED & JENNIFER GREEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 LADIES TEE CT
LAS VEGAS, NV 89148

JARED & PAMELA ODD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

JARED FESTNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

JARED MARKS, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3753 HOWARD HUGHES PKWY #200
LAS VEGAS, NV 89169

JARED WEISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6768 PASTEL CAMELLIA
LAS VEGAS NV 89148

JAROSLAW & JENNIFER MARCINIAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

JAROSLAW & JENNIFER MARCINIAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7219 AMHURST WAY
CLEARWATER, FL 33764

JARUPA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

JASEN VANDERWORK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2890 SHENANDOAH RD.
RIVERSIDE, CA 92506

JASMINE YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
124 MACOBY RUN ST
LAS VEGAS, NV 89148

JASMINE YAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
489 W SUMMERFIELD CIR
ANAHEIM, CA 92802

JASON & AMY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 PUNTO VALLATA DR
HENDERSON, NV 89011

JASON & KIMBERLY MOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7245 TEALWOOD ST
LAS VEGAS, NV 89131

JASON & LISA BOWLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

JASON & MELISSA LAPORTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
717 JANE EYRE PL
HENDERSON, NV 89002

JASON & PAMELA HENNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6856 SCARLET FLAX ST
LAS VEGAS, NV 89148

JASON & SARAH CASTIGLIONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1058 VIA DI OLIVIA ST
HENDERSON, NV 89011

JASON & TERRY ONO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1462 DANYELLE CT
LAS VEGAS, NV 89117

JASON & TERRY ONO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

JASON BATUNGBACAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 RUSTY PLANK AVE
LAS VEGAS, NV 89148

JASON BATUNGBACAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7092 HAWAII KAI DR APT 27
HONOLULU, HI 96825

JASON CATHCART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10255 BRIGHT HARBOR
LAS VEGAS NV 89135

JASON CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3425 WASATCH DR.
LAS VEGAS NV 89122

JASON FABER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1118
LAS VEGAS, NV 89147

JASON MENENDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

JASON MENENDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9699 POWELL PLATEAU CT
LAS VEGAS, NV 89148

JASON MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

JASON NEWITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE #1150
LAS VEGAS NV 89147

JASON ROZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8916 EGYPTIAN AVENUE
LAS VEGAS NV 89143

JASON SPRONK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 VIA CANALE DR
HENDERSON, NV 89011

JASON WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19 PANGLOSS ST
HENDERSON, NV 89002

JASON WOYWOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2260 VILLEFORT CT.
LAS VEGAS NV 89117

JAUREGUI,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
828 N. 24TH ST. # B
LAS VEGAS, NV 89101

JAUREGUI;JOSE E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3266 GOLD RUN
N LAS VEGAS, NV 89032

JAUREGUI;MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1542 JABONERIA DR.
LAS VEGAS, NV 89104

JAUREGUI-LOPEZ;JOSE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 CAREY AVE # 1515
N LAS VEGAS, NV 89030

JAUREGUY,GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2665 S. BRUCE # 293
LAS VEGAS, NV 89109

JAVIER & GLORIA PACHECO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9678 VALMEYER AVE
LAS VEGAS, NV 89148

JAY & PAMELA POSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

JAY ABBOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9222 W. TROPICANA AVE.
LAS VEGAS NV 89147

JAY BARTLETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 WIGAN PIER DR
HENDERSON, NV 89002

JAY BOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496 BIGHORN RIDGE AVE
HENDERSON, NV 89012

JAY BOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 VOLTAIRE AVE
HENDERSON, NV 89002

JAY CLEVELAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9250 PERENNIAL AVE
LAS VEGAS, NV 89148

JAY EARL SMITH, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1935 VILLAGE CENTER CIR
LAS VEGAS, NV 89134

JAY GILDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18593 BROOKHURST ST
FOUNTAIN VALLEY, CA 92708

JAY GILDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

JAY H. YOUNGMAN
PO BOX 334
TAHOMA CA 96142

JAY KAPUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 VIA DI CITTA DR
HENDERSON, NV 89011

JAY KHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

JAY REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9270 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

JAYAR MANUFACTURING COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5225 S. VALLEY VIEW BLVD. #3-6
LAS VEGAS, NV 89118

JAYAR MANUFACTURING COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7370 COMMERCIAL WAY
HENDERSON NV 89011

JAYLEE DEVELOPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3975 WEST QUAIL #10
LAS VEGAS NV 89118

JAY'S SHARPENING SERVICE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2961 INDUSTRIAL ROAD #509
LAS VEGAS, NV  89109

JAZLIN SIMEONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 TALL RUFF DR
LAS VEGAS, NV 89148

JC CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25413 JUNO ST.
SUN CITY CA 92586

JC GOLF ACCESSORIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3602 S.JASON STREET
ENGLEWOOD, CO  80110

JCI STRUCTURAL ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8076 W. SAHARA AVENUE
SUITE B
LAS VEGAS NV 89117

JCI STRUCTURAL ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8100 W. SAHARA
SUITE 200
LAS VEGAS, NV 89117

JCON SKYMEDIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 COOPER AVENUE # 112
TONAWANDA NY 14150

JEAN & SASHA ERRAMOUSPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 VIA FRANCIOSA DR
HENDERSON, NV 89011

JEAN SONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

JEANETTE NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
542 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

JEANETTE NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5835 E RIDGEMONT CT
ORANGE, CA 92869

JEANINE ZEIGLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 SUNSET BAY ST
LAS VEGAS NV 89148

JEANNE BETHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2059 S 900 E
BOUNTIFUL, UT 84010

JEANNE BETHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

JEANNIE CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1083 S MOUNT VERNON AVE
COLTON, CA 92324

JEANNIE CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2007
LAS VEGAS, NV 89148

JEANNIE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JEB SINGRAUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 RUSTY PLANK AVE
LAS VEGAS, NV 89148

JEBE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 SAN FELICIA WAY
LOS ALTOS, CA 94022

JEBE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 PANGLOSS ST
HENDERSON, NV 89002

JEFF & GINA TOMASINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

JEFF FEGERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3451 LOSEE RD. #E
NORTH LAS VEGAS NV 89030

JEFF LEONARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8141 HYDRA LANE
LAS VEGAS, NV 89128

JEFF STEMPLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 TETON PINES DRIVE
HENDERSON NV 89014

JEFF STRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5521 RED SUN DRIVE
LAS VEGAS, NV 89129

JEFF VINCENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3704 CANTLE DR.
KINGMAN, AZ 86409

The Rhodes Companies, LLC - U.S. Mail

JEFFERY HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 BACK SPIN CT
LAS VEGAS, NV 89148

JEFFERY, RYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4200 PARADISE RD
LAS VEGAS, NV 89169

JEFFREY & ANGELINA WELCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 SUNSET BAY ST
LAS VEGAS, NV 89148

JEFFREY & ATTYNA DEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 MIDDLEFIELD DR
SAN FRANCISCO, CA 94132

JEFFREY & ATTYNA DEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1091
LAS VEGAS, NV 89148

JEFFREY & BETHANY BRINEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31282 CEANOTHUS DR
LAGUNA BEACH, CA 92651

JEFFREY & BETHANY BRINEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
915 VIA CANALE DR
HENDERSON, NV 89011

JEFFREY & BRENDA BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7550 CEDAR RAE AVE
LAS VEGAS, NV 89131

JEFFREY & DEVECIA VENUTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9715 WAUKEGAN AVE
LAS VEGAS, NV 89148

JEFFREY & EMIRE STITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 OLIVIA PKWY
HENDERSON, NV 89011

JEFFREY & JOANNA MCCOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2060
LAS VEGAS, NV 89148

JEFFREY & KEVIN LEDUFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

JEFFREY & KEVIN LEDUFF
PO BOX 3321
LA HABRA, CA 90632

JEFFREY & KRISTINA KNEBL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1081 VIA CANALE DR
HENDERSON, NV 89011

JEFFREY & KRISTINA KNEBL
PO BOX 91656
HENDERSON, NV 89009

JEFFREY & LEE MIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 VIA MEZZA LUNA CT
HENDERSON, NV 89011

JEFFREY & LINDA HOECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1860 CAPISTRANO WAY
BURLINGAME, CA 94010

JEFFREY & LINDA HOECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2093
LAS VEGAS, NV 89148

JEFFREY & LOLITA COSIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1033 VIALE PLACENZA PL
HENDERSON, NV 89011

JEFFREY & LUANNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 SANDY BUNKER LN
LAS VEGAS, NV 89148

JEFFREY & SHERRY SCHUERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
567 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

JEFFREY & TERESA TABOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 CANDIDE ST
HENDERSON, NV 89002

JEFFREY AND BRENDA BAKER
C/O ERIC RANSAVAGE
7550 CEDAR RAE AVE.
LAS VEGAS, NV 89131

JEFFREY AND MEREDITH HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2989 VIA DELLA AMORE
HENDERSON NV  89052

JEFFREY CARILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 BROKEN PAR DR
LAS VEGAS, NV 89148

JEFFREY CLARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10076 SAN GERVASIO AVE
LAS VEGAS, NV 89147

JEFFREY CLARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

JEFFREY GEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4624 STUTTGART ST
LAS VEGAS, NV 89147

JEFFREY GREEN PHOTOGRAPHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 VEGAS VALLEY DRIVE
LAS VEGAS NV 89109

JEFFREY GUYER & TRICIA GAINES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2872 MOONLIGHT BAY LANE
LAS VEGAS NV 89129

JEFFREY LONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

JEFFREY OAKIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 CLUB MEADOWS DR
HENDERSON, NV 89074

JEFFREY R. SYLVESTER, ESQ.
JAMES B. MACROBBIE, EQ.
SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON ROAD, STE. 120
LAS VEGAS, NV  89128

The Rhodes Companies, LLC - U.S. Mail

JEFFREY S. BARCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 ROUND HILL ROAD
TIBURON, CA 94920

JEFFREY SHARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
794 VORTEX AVE
HENDERSON, NV 89002

JEFFREY VONGLODFELTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
58 BLAVEN DR
HENDERSON, NV 89002

JEFFREY W. STEMPEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 TENTON PINES DR
HENDERSON NV  89014

JEFFREY WEINBERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 W. PACIFIC AVE #2
HENDERSON NV  89015

JEHU MARISCAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

JEN & SHUYIANG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 S 2ND AVE
ARCADIA, CA 91006

JEN & SHUYIANG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 CENTER GREEN DR
LAS VEGAS, NV 89148

JENI GREENWOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 TELFER LN
HENDERSON, NV 89002

JENILEE ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 TRAILING PUTT WAY
LAS VEGAS, NV 89148

JENKINS, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35800 CALLE NOPAL
TEMECULA, CA 92592

JENNA CREEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 STANDING STONE ST
LAS VEGAS, NV 89148

JENNA CREEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3709 ANDREEN LN
SPRING VALLEY, CA 91977

JENNIE HANAOKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12888 SUNDOWN LN
CHINO HILLS, CA 91709

JENNIE HANAOKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

JENNIFER & MICHAEL PASCUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

JENNIFER & SHAWN SCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
480 VIA PALERMO DR
HENDERSON, NV 89011

JENNIFER BURMEISTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9236 THUNDER FALLS CT
LAS VEGAS, NV 89149

JENNIFER BURRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5938 SAKHALIN AVE
LAS VEGAS, NV 89139

JENNIFER BURRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

JENNIFER ENYART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1256 OLIVIA PKWY
HENDERSON, NV 89011

JENNIFER GETTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7220 COTTONSPARROW ST
LAS VEGAS, NV 89131

JENNIFER JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1071
LAS VEGAS, NV 89148

JENNIFER KLEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3210 WATERFORD CT APT 1003
ROCHESTER HILLS, MI 48309

JENNIFER KLEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

JENNIFER MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4632 CALIFA DR
LAS VEGAS, NV 89122

JENNIFER NOBLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

JENNIFER PAEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

JENNIFER POOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

JENNIFER POOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7399 W DIABLO DR
LAS VEGAS, NV 89113

JENNIFER SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 DOG LEG DR
LAS VEGAS, NV 89148

JENNIFER SOMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9235 TULIP TRESTLE
LAS VEGAS NV 89148

JENNIFER THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6448 AETHER ST
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail                                                        Served 9/28/2009

JENNIFER WEBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 ANGELS TRACE CT
LAS VEGAS, NV 89148

JENNIFER WEBER
PO BOX 4800050
LOS ANGELES, CA 90048

JENNIFER YIP-OW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

JENNIFER YIP-OW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1555 FILLMORE ST
SAN FRANCISCO, CA 94115

JENNY CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
638 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

JENNY CHING YING LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 RUSTY PLANK AVE
LAS VEGAS NV 89148

JENSEN ENTERPRISES DBA: JENSEN PRECAST
ATTN: C. AGUINAGA
3853 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

JENSEN FENCEN, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2360 BUCKHORN BEND
KINGMAN AZ 86409

JENSEN PRE CAST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3853 LOSEE ROAD
LAS VEGAS, NV 89030-3326

JEOM LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
412 VIA STRETTO AVE
HENDERSON, NV 89011

JEOM LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9883 RIDGEHAVEN AVE
LAS VEGAS, NV 89148

JERALDO JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6678 ROANOKE CT
LAS VEGAS, NV 89148

JEREMIAH JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1113
LAS VEGAS, NV 89148

JEREMY & BEVERLY DAVISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 VIA STELLATO ST
HENDERSON, NV 89011

JEREMY & STACY POWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6848 ROSE MALLOW ST
LAS VEGAS, NV 89148

JEREMY WEISBART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
897 VIA STELLATO ST
HENDERSON, NV 89011

JEREMY ZAETZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 DOG LEG DR
LAS VEGAS, NV 89148

JEREZ LEMUS;CARLOS HUMBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1550 E. HARMON AVE., #407
LAS VEGAS, NV 89119

JERICHO TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

JEROME HAMILTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4206 W RENO AVE
LAS VEGAS, NV  89118

JEROME JAMES MANCINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1811 NAUARRE LANE
HENDERSON NV  89014

JERRICK & PACITA CORNELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16307 ALPINE PL
LA MIRADA, CA 90638

JERRICK & PACITA CORNELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

JERRY & MARIBEL PINEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43070 NORIA RD
FREMONT, CA 94539

JERRY & MARIBEL PINEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9796 ZIEGLER AVE
LAS VEGAS, NV 89148

JERRY CABEBE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 BANFF CT
LAS VEGAS, NV 89148

JERRY DOEBLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6762 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

JERRY KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 BACK SPIN CT
LAS VEGAS, NV 89148

JERRY KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5810 BOULDER BROOK CT
LAS VEGAS, NV 89149

JERRY LAPOUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

JERRY SPIVEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7229 BUGLEHORN ST
LAS VEGAS, NV 89131

JERZY & DANUTA KAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 CROOKED TREE DR
LAS VEGAS, NV 89148

JESSE & APRIL PARKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6692 BRISTOW FALLS CT
LAS VEGAS, NV 89148

JESSE & HARRIET CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

JESSE & HARRIET CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32409 MONTEREY DR
UNION CITY, CA 94587

JESSE & SARA TILLIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 VIA FRANCIOSA DR
HENDERSON, NV 89011

JESSE CURIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1066 VIA SAINT LUCIA PL
HENDERSON, NV 89011

JESSE ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6025 W. FLAMINGO RD.,# 215
LAS VEGAS NV 89103-0107

JESSE GOULD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 SANDY BUNKER LN
LAS VEGAS, NV 89148

JESSE JIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
527 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

JESSE SHOOP
MESTIZO USA
2245 SEAHURST DRIVE, STE. G
LAS VEGAS NV 89142

JESSE VAZQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 STAVANGER LANE
LAS VEGAS NV 89147

JESSICA JORDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 BACK SPIN CT
LAS VEGAS, NV 89148

JESSICA'S CHILDREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6691 IRONBOUND BAY
LAS VEGAS NV 89139

JESSIE MCNAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 E SUNSET RD APT 1137
LAS VEGAS, NV 89119-4952

JESSIKA JANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
71 BLAVEN DR
HENDERSON, NV 89002

JESUS & CHARITO DELOSREYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JESUS & CHARITO DELOSREYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4250 BIRMINGHAM WAY
UNION CITY, CA 94587

JESUS & CHRISTINE VEGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 VIA MEZZA LUNA CT
HENDERSON, NV 89011

JESUS & FELICIDAD BUENASEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9294 BEARDED IRIS AVE
LAS VEGAS, NV 89148

JESUS & MARIE FLORENDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4726 ASHINGTON ST
LAS VEGAS, NV 89147

JESUS & YASMIN CASTELLANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14713 BRUCE ST
BELLFLOWER, CA 90706

JESUS & YASMIN CASTELLANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
593 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

JESUS BUENASEDA JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9294 BEARDED IRIS AVE
LAS VEGAS, NV 89148

JET NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4511 W. CHEYENNE
SUITE 3
NORTH LAS VEGAS NV 89032

JET SOURCE, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2056 PALOMAR AIRPORT ROAD
CARLSBAD CA 92011

JEVGINE AVADIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 SPENCER ST
GLENDALE, CA 91202

JEVGINE AVADIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

JEWEL-CRAFT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4122 OLYMPIC BOULEVARD
ERLANGER KY 41018

JF MANUFACTURING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13760 MOUNTAIN AVE.
CHINO, CA  91710

JHALANI BENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 MACOBY RUN ST
LAS VEGAS, NV 89148

JI YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
138 COOKS CREEK CT
LAS VEGAS, NV 89148

JIA/ZHAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1073 OAKTREE DR
SAN JOSE, CA 95129

JIA/ZHAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 BACK SPIN CT
LAS VEGAS, NV 89148

JIANWEI GE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
329 FRINGE RUFF DR
LAS VEGAS, NV 89148

JIANWEI GE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9975 PEACE WAY UNIT 2084
LAS VEGAS, NV 89147

JIANWEN ZENG
PO BOX 81264
LAS VEGAS NV 89180

JIETAO SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
178 TALL RUFF DR
LAS VEGAS, NV 89148

JIHOON KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
389 FRINGE RUFF DR
LAS VEGAS, NV 89148

JILL & DAVID BOLLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1048 VIA SAINT LUCIA PL
HENDERSON, NV 89011

JILL CENTONI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9303 LEMON MINT CT
LAS VEGAS, NV 89148

JILL LUCKETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6809 SCARLET FLAX ST
LAS VEGAS, NV 89148

JILL MARANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6741 GOLD YARROW ST
LAS VEGAS, NV 89148

JILLIAN TINDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1101 VIA CANALE DR
HENDERSON, NV 89011

JIM & NHAN TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
468 VIA STRETTO AVE
HENDERSON, NV 89011

JIM & NHAN TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
955 VIA CANALE DR
HENDERSON, NV 89011

JIM CHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
754 WIGAN PIER DR
HENDERSON, NV 89002

JIM REICHERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 SEA RIM AVE
LAS VEGAS, NV 89148

JIM REICHERT
PO BOX 1
MARION, IL 62959

JIM WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
676 SARI DR.
LAS VEGAS, NV 89110

JIM WHITEHEAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3915 FERNWOOD ST
SAN MATEO, CA 94403

JIM WHITEHEAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1093
LAS VEGAS, NV 89148

JIM, LEONARD
PO BOX 427
CROWNPOINT, NM 87313

JIMEMEZ,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33080 GARNER ROAD, APT A
LAKE ELSINORE, CA 92530

JIMENEZ GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4574 ARMEL CT
LAS VEGAS, NV 89115-5440

JIMENEZ III;RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3373 WAYWARD CT.
LAS VEGAS, NV 89129

JIMENEZ OCHOA,MIGUEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4575 E CHICAGO AVE
LAS VEGAS, NV 89104

JIMENEZ POLANCO;ALONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVE., #1
N LAS VEGAS, NV 89030

JIMENEZ QUINONES,ADOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9552 W. TROPICANA
LAS VEGAS, NV 89147

JIMENEZ,ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5140 FARNDALE AVE # A
LAS VEGAS, NV 89122

JIMENEZ,ISMAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
725 LILY LN. # 17 A
LAS VEGAS, NV 89101

JIMENEZ,JULIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8211 BROWARD LANE
LAS VEGAS, NV 89147

JIMENEZ-CASTILLO,ABIGAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
360 N 15TH ST # B
LAS VEGAS, NV 89101

JIMMIE VEGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1130 OLIVIA PKWY
HENDERSON, NV 89011

JIMMY & HAZEL BOONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 GRANDOVER CT
LAS VEGAS, NV 89148

JIMMY CHARALAMBOUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 LADIES TEE CT
LAS VEGAS, NV 89148

JIMMY CHARALAMBOUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525 E SEASIDE WAY UNIT 1509
LONG BEACH, CA 90802

JIMMY CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13331 PRESIDIO PL
TUSTIN, CA 92782

JIMMY CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

JIMMY L. BOONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 GRANDOVER CT
LAS VEGAS, NV 89148

JIMMY RAFFERTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9761 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JIMMY VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 TALL RUFF DR
LAS VEGAS, NV 89148

JIM'S HOUSE OF GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2445 AIRWAY
KINGMAN AZ 86401

JIN JIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9748 ZIEGLER AVE
LAS VEGAS, NV 89148

JING PENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 215
LAS VEGAS, NV 89113

JING PENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8962 SANIBEL SHORE AVE
LAS VEGAS, NV 89147

JINGLIAN JIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 TALL RUFF DR
LAS VEGAS, NV 89148

JIRONG XIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50 LAYING UP CT
LAS VEGAS, NV 89148

JJW ENTERTAINMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23910 N 19TH AVE #30
PHOENIX, AZ 85085

JLS CONCRETE PUMPIMG INC
P.O BOX 667
OAK VIEW, CA 93022

JMA ARCHITECTURE STUDIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10150 COVINGTON CROSS DRIVE
LAS VEGAS NV 89144

JMB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10040 WEST CHEYENNE
SUITE 170-22
LAA VEGAA, NV  89129

JML EQUIPMENT REPAIR, LLC
P.O. BOX 50146
PARKS, AZ 86018

JN HOLDING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
612 MEYER LANE
STE 11
REDONDO BEACH CA 90278

JO BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

JO DITTRICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

JOACHIM HEUMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8759 LAS OLIVAS AVE
LAS VEGAS, NV 89147

JOAN & PAUL CARAPUCCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4659 STUTTGART ST
LAS VEGAS, NV 89147

JOAN LEDUC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

JOAN TRAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10372 MADRE AVE
LAS VEGAS NV 89135

JOANN WILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7221 GOLDEN FALCON ST
LAS VEGAS, NV 89131

JOANNA BUCKLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4585 CALIFA DR
LAS VEGAS, NV 89122

JOANNE ARTEMIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1112
LAS VEGAS, NV 89148

JOBING.COM
PO BOX 29386
PHOENIX AZ 85038-9386

JOBTARGET.COM
ACCOUNTING DEPT.
22 MASONIC ST., SUITE 302
NEW LONDON 06320

JOCELYN & RONALDO FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12719 GOETHE PL
GRANADA HILLS, CA 91344

JOCELYN & RONALDO FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JOCELYN CAPANGPANGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

JOCELYN KING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 PANGLOSS ST
HENDERSON, NV 89002

JOCK SHOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5785 W. SAHARA BLVD.
LAS VEGAS NV 89146

JODY MCCAVITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2018
LAS VEGAS, NV 89148

JODY STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

JOE & JENNE MONCADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
413 PURE RAIN CT
LAS VEGAS, NV 89148

JOE & JENNE MONCADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2048
LAS VEGAS, NV 89148

JOE AND CAROL OTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
621 SHAWOW MOUNTAIN DRIVE
KINGMAN AZ 86401

JOE MYERS GALILEO GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2920 GREEN VALLEY PKWY, #424
HENDERSON , NV  89014

JOE PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3206 FONTANA COLONY CT
NORTH LAS VEGAS, NV 89031

JOE TURNER CUSTOMER SERVICE
CONSULTING
3525 SANDYBROOK LANE
NAPA CA 94558

JOEL & CELIA SOLLOWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3889 WILD CHERRY OVAL
BEACHWOOD, OH 44122

JOEL & CELIA SOLLOWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2024
LAS VEGAS, NV 89148

JOEL & DONNA RUMPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 SOGGY RUFF WAY
LAS VEGAS, NV 89148

JOEL & GEMMA DANCEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4865 LAMES DR
LAS VEGAS, NV 89122

JOEL & KATHERINE KAPLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
577 VIA DI PARIONE CT
HENDERSON, NV 89011

JOEL & MABEL CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
515 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

JOEL & MABEL CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
920 HAUNANI PL
WAILUKU, HI 96793

JOEL & SHARON COFFMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 CASCADE LAKE ST
LAS VEGAS, NV 89148

JOEL & SUSAN MARSHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1162 OLIVIA PKWY
HENDERSON, NV 89011

JOEL KOESTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2180 E. WARM SPRINGS RD.
APT. 2193
LAS VEGAS, NV  89119

JOEL MOREJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 VIA SANGUINELLA ST
HENDERSON, NV 89011

JOEL PAYNE ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2880 E. FLAMINGO RD. STE E
LAS VEGAS NV 89121

JOEL ROUSSEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6768 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

JOEL ROUSSEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9405 LOW TIDE CT
LAS VEGAS, NV 89117

JOE'S CARPET
P.O. BOX 3423
KINGMAN AZ 86402

JOEY & JACQUILINE CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9270 BEARDED IRIS AVE
LAS VEGAS, NV 89148

JOEY & TIA PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8940 MINSK CT
LAS VEGAS, NV 89147

JOHANNA LEYDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1069 VIA PRATO LN
HENDERSON, NV 89011

JOHANNA TRESSLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2013
LAS VEGAS, NV 89148

JOHANNES GOTTSCHALK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIA DI OLIVIA ST
HENDERSON, NV 89011

JOHANNES GOTTSCHALK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2765 BRANDS HATCH CT
HENDERSON, NV 89052

JOHANSEN, HEATHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
417 VIA STRETTO AVENUE
HENDERSON, NV 89011

JOHN & ANDREA MCKEAGUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1074
LAS VEGAS, NV 89148

JOHN & ANNIEBELLE TUQUERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11910 YEARLING ST
CERRITOS, CA 90703

JOHN & ANNIEBELLE TUQUERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 SOGGY RUFF WAY
LAS VEGAS, NV 89148

JOHN & BRENDA SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
398 BLUE TEE CT
LAS VEGAS, NV 89148

JOHN & CAROLYN DISCOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12261 ALISON DR
SANTA ROSA VALLEY, CA 93012

The Rhodes Companies, LLC - U.S. Mail

JOHN & CAROLYN DISCOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
941 RUE GRAND PARADIS LN
HENDERSON, NV 89011

JOHN & DAWN LIBERTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JOHN & DEANNA COLUCCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 BLAVEN DR
HENDERSON, NV 89002

JOHN & DENYEL MATHISEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1085 VIA PRATO LN
HENDERSON, NV 89011

JOHN & DORTHY BUTLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

JOHN & ELLEN SPATAFORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

JOHN & ENCI YOUSSEFI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
745 WIGAN PIER DR
HENDERSON, NV 89002

JOHN & ENCI YOUSSEFI
PO BOX 174
BELMONT, CA 94002

JOHN & GRETCHEN FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1166
LAS VEGAS, NV 89148

JOHN & JANE MACCLAFFERTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 BLAVEN DR
HENDERSON, NV 89002

JOHN & JILL CHAMBERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7216 BUGLEHORN ST
LAS VEGAS, NV 89131

JOHN & JILL LAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
609 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

JOHN & JIN KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 SANDY BUNKER LN
LAS VEGAS, NV 89148

JOHN & JOHN CARROLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JOHN & JUDITH STADER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 PASQUAL AVE
VENTURA, CA 93004

JOHN & JUDITH STADER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

JOHN & KAREN CAMPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 CASCADE LAKE ST
LAS VEGAS, NV 89148

JOHN & KATHLEEN BOBOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 INDIAN RUN WAY
LAS VEGAS, NV 89148

JOHN & KATHLEEN BOBOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2203 DICKINSON RD APT 101
CHESTERTON, IN 46304

JOHN & KATHRINA DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1838 ESPRIT CT
SAN JOSE, CA 95131

JOHN & KATHRINA DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
210 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

JOHN & KATHRYN DANIELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7321 CHAPARRAL COVE LN
LAS VEGAS, NV 89131

JOHN & KHADIJA ROHRER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 RUSTY PLANK AVE
LAS VEGAS, NV 89148

JOHN & KIM FERRARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
757 WIGAN PIER DR
HENDERSON, NV 89002

JOHN & MARIE GARGANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 VIA FRANCIOSA DR
HENDERSON, NV 89011

JOHN & MARIE MARTORANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
288 SOGGY RUFF WAY
LAS VEGAS, NV 89148

JOHN & MELINDA ALDRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2815 PROSPECT ST
CORONA, CA 92881

JOHN & MELINDA ALDRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

JOHN & MICHELE POLCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

JOHN & NICOLE SCHALLENKAMP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6036 SANDALWOOD DR
BILLINGS, MT 59106

JOHN & NICOLE SCHALLENKAMP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
968 VIA STELLATO ST
HENDERSON, NV 89011

JOHN & NONITA LEARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 SANDY BUNKER LN
LAS VEGAS, NV 89148

JOHN & PAULA BREWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47 VOLTAIRE AVE
HENDERSON, NV 89002

The Rhodes Companies, LLC - U.S. Mail

JOHN & PIA HERMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JOHN & PIMEI CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 CADDY BAG CT
LAS VEGAS, NV 89148

JOHN & PIMEI CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S JONES BLVD # 31
LAS VEGAS, NV 89146

JOHN & PI-MEI CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 S JONES BLVD # 31
LAS VEGAS, NV 89146

JOHN & PI-MEI CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

JOHN & RHONDA GLAZE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6806 BABY JADE CT
LAS VEGAS, NV 89148

JOHN & SANDRA DYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JOHN & SANDRA DYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5528 W 123RD PL
HAWTHORNE, CA 90250

JOHN & SUSAN CHANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 CENTER GREEN DR
LAS VEGAS, NV 89148

JOHN & SUSAN CHANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
394 CENTER GREEN DR
LAS VEGAS, NV 89148

JOHN & SUSAN CHANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7571 JACARANDA BAY ST
LAS VEGAS, NV 89139

JOHN & TERESA BOGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

JOHN & TERESA BOGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9130 COUNTY RD #190
MANVEL, TX 77578

JOHN A. DORSETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 EL CAMINO #243
LAS VEGAS NV 89102

JOHN A. HERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 TAYMAN PARK AVE.
LAS VEGAS, NV  89148

JOHN ACCARDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
362 RANDOEVER ST.
LAS VEGAS NV 89148

JOHN AND MARIE VENTEAU
PO BOX 713
MATTITUCK NY 11952

JOHN ASHBURN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 VIA DEL FORO DR
HENDERSON, NV 89011

JOHN ASHBURN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95-462 MAHULI ST
MILILANI, HI 96789

JOHN ASHBURN
PO BOX 893831
MILILANI, HI 96789-0831

JOHN BROWN FABRICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11427 NORTH HWY. 59
GRAVETTE 72736

JOHN BURWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14330 HILL PRINCE
SAN ANTONIO TX 78248

JOHN C. JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3633 LILY HAVEN AVE
LAS VEGAS NV 89120

JOHN CASO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5304 CORAL GABLES
LAS VEGAS NV 89130

JOHN CERESO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 VIA STRETTO AVE
HENDERSON, NV 89011

JOHN CHAPMAN LAND PLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 CORPORATE PLAZA, SUITE 202
NEWPORT BEACH CA 92660

JOHN CHARLES DESIGNS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6600 CABALLERO BLVD.
BUENA PARK CA 90620

JOHN COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

JOHN D BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7450 S. EASTERN AVE #2081
LAS VEGAS NV 89123

JOHN E. HAMPTON & ASSOCIATES
ATTONREYS & CONSULTANTS AT LAW
8235 DOUGLAS AVE, SUITE 1300
DALLAS TX 75225

JOHN FENCL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

JOHN FRATUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
492 VIA STRETTO AVE
HENDERSON NV  89015-0838

JOHN GATRELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
576 VIA COLMO AVE
HENDERSON, NV 89011

**The Rhodes Companies, LLC - U.S. Mail**

JOHN GENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 WATERRON LAKES AVE
LAS VEGAS, NV 89148

JOHN GILJE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 115
LAS VEGAS, NV 89113

JOHN GILJE
PO BOX 2428
LAKE HAVASU CITY, AZ 86405

JOHN GUPTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%W SCHAFFER
OLD BROOKVILLE, NY 11545

JOHN GUPTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

JOHN HANCOCK
FREEDOM 529 EMP CODE 10471
P.O.BOX 17603
BALTIMORE MD 21297-1603

JOHN HANNA & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
663 VALLEY AVE STE 100
SOLANA BEACH, CA 92075-4404

JOHN HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 E OHIO ST APT 514
CHICAGO, IL 60611

JOHN HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

JOHN HURZEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1061 VIA CANALE DR
HENDERSON, NV 89011

JOHN HURZEL
PO BOX 2433
CARSON CITY, NV 89702

JOHN J. SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9159 W. FLAMINGO
SUITE 100
LAS VEGAS, NV 89147

JOHN J. SMITH
JIM SMITH
9159 W. FLAMINGO
SUITE 100
LAS VEGAS NV 89147

JOHN K. MANGUM, P.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
318 WEST ROOSEVELT STREET
PHOENIX AZ 85003

JOHN LITTLEJOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

JOHN MAGBUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
184 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

JOHN MAGBUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9123 IRON CACTUS AVE
LAS VEGAS, NV 89148

JOHN MALINOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24 GOODWILL CT
NEWPORT BEACH, CA 92663

JOHN MALINOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

JOHN MALINOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 SHOREBREAKER DR
LAGUNA NIGUEL, CA 92677-9302

JOHN MAMUSCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2360 S. EMERSON ST.
DENVER CO 80210

JOHN MAMUSCIA
3937 OSCEOLA ST
DENVER, CO 80212-2142

JOHN MARMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

JOHN MASSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIA SAINT LUCIA PL
HENDERSON, NV 89011

JOHN MOCZYNSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4708 CALIFA DR
LAS VEGAS, NV 89122

JOHN MORGERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1069 VIA CORTO ST
HENDERSON, NV 89011

JOHN MORGERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5310 SILVER WING BLVD
LOUISVILLE, KY 40241

JOHN P. LIBERTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JOHN PAPPAGEORGE CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3445 WESTWIND RD
LAS VEGAS NV 89146

JOHN PERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JOHN PERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 PERFECT LURE ST
LAS VEGAS, NV 89129

JOHN PRLINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6225 RACEL ST
LAS VEGAS,  NV  89131

JOHN R. COOPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3396 SKYLINE VIEW DR
RENO 89509

JOHN R. OBINIANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6455 LAKE SCENE STREET
LAS VEGAS NV 89148

JOHN RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2113 HILLSGATE ST
LAS VEGAS,  NV  89134

JOHN RIZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
781 TOSSA DE MAR AVE
HENDERSON, NV 89002

JOHN ROBERDS TRUCKING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 EAST BIRCH AVE. STE. 501
FLAGSTAFF, AZ 86001

JOHN ROBERTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 ANGELS TRACE CT
LAS VEGAS, NV 89148

JOHN ROBERTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 BROKEN PAR DR
LAS VEGAS, NV 89148

JOHN RODGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6203-97TH AVE COURT WEST
UNIVERSITY PLACE, WA 98467

JOHN RODGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
769 TOSSA DE MAR AVE
HENDERSON, NV 89002

JOHN SCARSELLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6685 AVISTON ST
LAS VEGAS, NV 89148

JOHN SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1064 VIA CORTO ST
HENDERSON, NV 89011

JOHN SHEEHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

JOHN SIDMAN-ST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1135
LAS VEGAS, NV 89148

JOHN STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 215
LAS VEGAS, NV 89113

JOHN STONE
PO BOX 1811
ZEPHYR COVE, NV 89448

JOHN SUNDELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2587 LOCKLEVEN WY
HENDERSON, NV 89044

JOHN SUNDELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

JOHN SZLYK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 WALNUT HILL RD
CHESTNUT HILL, MA 02467

JOHN SZLYK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
792 WATERCUT CT
HENDERSON, NV 89002

JOHN TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 PACIFIC AVE STE 300
SAN FRANCISCO, CA 94133

JOHN TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9684 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JOHN THEISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
380 TAYMAN PARK AVE
LAS VEGAS, NV 89148

JOHN THOMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8950 MINSK CT
LAS VEGAS, NV 89147

JOHN VENNOCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

JOHN VILLANEUVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
655 BAKER ST APT T104
COSTA MESA, CA 92626

JOHN VILLANEUVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

JOHN WALDRIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6774 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

JOHN WOODBURY
AMBIENT IMAGE, INC
PO BOX 26464
LAS VEGAS NV 89126

JOHNNY & ADELAIDA BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2075 VILLAGE CENTER CIR
LAS VEGAS, NV 89134

JOHNNY & ADELAIDA BUSTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

JOHNNY & ALICIA CALIMLIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 VIA LUNA ROSA CT
HENDERSON, NV 89011

JOHNNY & ALICIA CALIMLIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2617 CAMINO DEL SOL
FULLERTON, CA 92833

JOHNNY PULACHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

JOHNNY ROCKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1863 DESERT FOREST WAY
HENDERSON, NV 89012

**The Rhodes Companies, LLC - U.S. Mail**

JOHNNY ROCKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
764 TOSSA DE MAR AVE
HENDERSON, NV 89002

JOHNSON ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2919 MEADE AVE STE A
LAS VEGAS, NV 89102-0748

JOHNSON ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3874 SILVESTRI LANE
LAS VEGAS, NV 89120

JOHNSON ELECTRIC
PAT RAEBELL
3874 SILVESTRI LANE
LAS VEGAS NV 89120

JOHNSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 ANGELS TRACE CT
LAS VEGAS, NV 89148

JOHNSON HEAVY TOWING CO.
P.O. BOX  30606
FLAGSTAFF, AZ 86003

JOHNSON, AMANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3450 N. HUALAPAI, UNIT 1080
LAS VEGAS, NV 89129

JOHNSON, BRENT S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7450 NORTHROP DR APT 421
RIVERSIDE, CA 92508-5015

JOHNSON, BRENT S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8820 W. BELL ROAD APT#158
PEORIA, CO 85382

JOHNSON, LUCINDA
PO BOX 777956
HENDERSON, NV 89077

JOHNSON, LYNN D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2108 CALLE DE ESPANA
LAS VEGAS, NV 89102

JOHNSON;JOSEPH L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 E. QUARTZ # 7747
SANDY VALLEY, NV 89109

JOHNSTON, JERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1113 BYORICK WAY
LAS VEGAS, NV 89128

JOHNSTONE SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2314 WESTERN AVE
LAS VEGAS NV 89102-4803

JOLLEY URGA WIRTH & WOODBURY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGHES PARKWAY
WELLS FARGO TOWER 16TH FLOOR
LAS VEGAS, NV 89109

JOLLEY URGA WIRTH & WOODBURY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGHES PARKWAY
WELLS FARGO TOWER 16TH FLOOR
LAS VEGAS NV 89169

JOLYNN SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1003 VIA CALDERIA PL
HENDERSON, NV 89011

JON & ANNELIESE PURSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA SACRA ST
HENDERSON, NV 89011

JON & MERYL KERN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 HAZELMERE LN
LAS VEGAS, NV 89148

JON & MICHELLE CHIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
560 VIA DIACCETO AVE
HENDERSON, NV 89011

JON & ROSA FRANKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
145 HONORS COURSE DR
LAS VEGAS, NV 89148

JON BARNHARDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10040 W. CHEYENNE
SUITE 170-22
LAS VEGAS, NV  89129

JON BURTNESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 DIAMOND RUN ST
LAS VEGAS, NV 89148

JON BURTNESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9060 STANGE AVE
LAS VEGAS, NV 89129

JON DORSEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3121 BIRCH GROVE CT
LAS VEGAS, NV 89134

JON DORSEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

JON SHIRLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 POCONO MANOR CT
LAS VEGAS, NV 89148

JON VALKENBURG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10993 LADYBURN CT
LAS VEGAS, NV 89141

JON VALKENBURG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

JONAS & VAIDAS CIKOTAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14012 LABEAU AVE
CHARLOTTE, NC 28277

JONAS & VAIDAS CIKOTAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

JONATHAN & LISA DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1304 OLIVIA PKWY
HENDERSON, NV 89011

JONATHAN ZAMORA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1090 VIA SAINT LUCIA PL
HENDERSON, NV 89011

JONES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JONES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 RANCHO MARIA ST
LAS VEGAS, NV 89148

JONES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 N 700 E # 223
ST GEORGE, UT 84770

JONES MEDIA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4145 WEST TECO AVENUE
LAS VEGAS, NV 89118

JONES PAINT & GLASS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 S. 1200 EAST
ST. GEORGE UT 84790

JONES VARGAS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3773 HOWARD HUGHES PKWY 3RD FL
LAS VEGAS NV 89109

JONES, GLEN ALVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
861 RAMIREZ FAMILY WAY
KINGMAN, AZ 86401

JONES, NEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10208 E. LAKEVIEW AVE.
MESA, AZ 85209

JONES, NICOLE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10115 JEFFREYS ST. UNIT 1137
LAS VEGAS, NV 89183

JONES, PILAR SACHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8985 S. DURANGO DR #1152
LAS VEGAS, NV 89113

JONES, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2309 SOUTHERN
KINGMAN, AZ 86401

JONES, SHANNON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
317 GARDENIA LANE
LAS VEGAS, NV 89107

JONGLUCK MUTRAIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
415 S CREST RD
ORANGE, CA 92868

JONGLUCK MUTRAIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 VIA DEL CORALLO WAY
HENDERSON, NV 89011

JONO CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1208 OLIVIA PKWY
HENDERSON, NV 89011

JONO CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25425 COLETTE WAY
CALABASAS, CA 91302

JORDAN ENGINEERING GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4908 EAST MCDOWELL RD
SUITE 103
PHOENIX AZ 85008

JORDAN WINDOWS
P.O. BOX 24755
TEMPE, AZ 85285-4755

JORDAN WINDOWS
ROCK ISLAND CORP
5865 SOUTH ASH AVE
TEMPE, AZ 85283

JORDAN,BARBARA L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2875 MCVICAR AVE.
KINGMAN, AZ 86401

JORGE & CONSOLACION BLANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2517 LARK SPARROW WAY
ELK GROVE, CA 95757

JORGE & CONSOLACION BLANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1163
LAS VEGAS, NV 89147

JORGE & TSUILIN VALENZUELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
638 HARVESTER COURSE DR
LAS VEGAS, NV 89148

JORGE ACOSTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 CENTER GREEN DR
LAS VEGAS, NV 89148

JORGE ACOSTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5418 ONTARIO CMN
FREMONT, CA 94555

JORGE AMARILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4813 ELMHURST LN
LAS VEGAS, NV 89108

JORGE ANDRADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 CROOKED PUTTER DR
LAS VEGAS, NV 89148

JORGE ANDRADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3904 W 171ST ST
TORRANCE, CA 90504

JORGE C. ZEPEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5208 MOUNTAIN VIEW DRIVE
LAS VEGAS NV 89146

JORGE CARRILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9686 ZIEGLER AVE
LAS VEGAS, NV 89148

JORGE MORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1167
LAS VEGAS, NV 89147

JORGE PALACIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
380 WHITLY BAY AVE
LAS VEGAS, NV 89148

JORGE PALACIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

JORGE SANCHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR APT 13C
N LAS VEGAS, NV 89030-8152

JOSE & ANNIE DEJESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24341 SUNNYCREST CT
DIAMOND BAR, CA 91765

JOSE & ANNIE DEJESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 VIA STRETTO AVE
HENDERSON, NV 89011

JOSE & ANNIE DEJESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
893 VIA STELLATO ST
HENDERSON, NV 89011

JOSE & BELEN COTAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2515 SYCAMORE HILLS DR
FORT WAYNE, IN 46814

JOSE & BELEN COTAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JOSE & GLORIA MARTEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
137 QUAIL VALLEY ST
LAS VEGAS, NV 89148

JOSE & JOSEFINA LABAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17 JAMESTOWN DR
MICHIGAN CITY, IN 46360

JOSE & JOSEFINA LABAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

JOSE & LINDA CATALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10117 PINNACLE VIEW PL
LAS VEGAS, NV 89134

JOSE & LINDA CATALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1001
LAS VEGAS, NV 89148

JOSE & MELLIZA VILLARAZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 CROOKED PUTTER DR
LAS VEGAS, NV 89148

JOSE & NELSA AGUILAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4683 CALIFA DR
LAS VEGAS, NV 89122

JOSE & RHODORA CATURAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6780 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

JOSE & RHODORA CATURAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8 LYCETT CIR
DALY CITY, CA 94015

JOSE & ROXASITA YASUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4553 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

JOSE & RUTH GAMBOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 HONORS COURSE DR
LAS VEGAS, NV 89148

JOSE & SHIRLEY JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1166 OLIVIA PKWY
HENDERSON, NV 89011

JOSE & SHIRLEY JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 GALILEO DR
EAST WINDSOR, NJ 08512

JOSE & TINA BASILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9764 WAUKEGAN AVE
LAS VEGAS, NV 89148

JOSE & ZENAIDA GAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1106 E JAY ST
CARSON, CA 90745

JOSE & ZENAIDA GAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 TIE BREAKER CT
LAS VEGAS, NV 89148

JOSE ABAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4338 HELAMAN AVE
LAS VEGAS, NV 89120

JOSE ABAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

JOSE ALVAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

JOSE AQUINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1768 LAGUNA ST
SEASIDE, CA 93955

JOSE AQUINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 SHORT RUFF WAY
LAS VEGAS, NV 89148

JOSE ARMANDO ELIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
354 HARPERS FERRY
LAS VEGAS, NV 89148

JOSE CIPRIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2149
LAS VEGAS, NV 89148

JOSE COLLADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1173
LAS VEGAS, NV 89147

JOSE CORONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10022 AMBER FIELD ST
LAS VEGAS, NV 89178

JOSE CORONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

JOSE CORONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

JOSE CORRALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
109 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JOSE CORRALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8431 MONDAVI HILL CT
LAS VEGAS, NV 89139-7166

JOSE DONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1102
LAS VEGAS, NV 89147

JOSE DONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9741 RIDGEBLUFF AVE
LAS VEGAS, NV 89148

JOSE ELIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
354 HARPERS FERRY AVE
LAS VEGAS, NV 89148

JOSE ESCOBAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9241 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

JOSE G. AYAP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4771 MOUNTAIRE PLACE
SAN JOSE , CA  95138

JOSE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 VIA FRANCIOSA DR
HENDERSON, NV 89011

JOSE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4184 SEVILLE ST
LAS VEGAS, NV 89121

JOSE HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4749 CALIFA DR
LAS VEGAS, NV 89122

JOSE PADILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6853 ROSE MALLOW ST
LAS VEGAS, NV 89148

JOSEFINA & MARGUERITE KRAMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 VIA MEZZA LUNA CT
HENDERSON, NV 89011

JOSELUIS & BERTHA ROBLEDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4692 CALIFA DR
LAS VEGAS, NV 89122

JOSEPH & AIDA WHETSTONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3939 RUSKIN ST
LAS VEGAS, NV 89147

JOSEPH & AIDA WHETSTONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

JOSEPH & AMY MUCKLEROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9716 WAUKEGAN AVE
LAS VEGAS, NV 89148

JOSEPH & ANGELA STODDARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
439 HIDDEN HOLDE DR
LAS VEGAS, NV 89148

JOSEPH & BETHANY REDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

JOSEPH & CATHERINE NOCERINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
726 TOSSA DE MAR AVE
HENDERSON, NV 89002

JOSEPH & CHERYL YANCEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1068 VIA CANALE DR
HENDERSON, NV 89011

JOSEPH & COLLEEN BREWSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6796 ROSE MALLOW ST
LAS VEGAS, NV 89148

JOSEPH & DEANNA FRANCIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1154
LAS VEGAS, NV 89148

JOSEPH & DEBRA FRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

JOSEPH & HOPE ZERILLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 KEATS PL
GREENLAWN, NY 11740

JOSEPH & HOPE ZERILLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

JOSEPH & JAMIE RAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1059 VIA SAINT ANDREA PL
HENDERSON, NV 89011

JOSEPH & JENNIFER QUINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 PANGLOSS ST
HENDERSON, NV 89002

JOSEPH & JUDY PASCUZZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 DOG LEG DR
LAS VEGAS, NV 89148

JOSEPH & JUDY PASCUZZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9232 DALMAHOY PL
LAS VEGAS, NV 89145

JOSEPH & JUDY PASCUZZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9780 WAUKEGAN AVE
LAS VEGAS, NV 89148

JOSEPH & JULIA HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 CROOKED PUTTER DR
LAS VEGAS, NV 89148

JOSEPH & JULIA HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8 FREEMAN ST
NEWARK, NJ 07105

JOSEPH & KRISTEN DODD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3782 RILEY ANN AVE
LAS VEGAS NV 89139

JOSEPH & LAURIE CIFUNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
417 CENTER GREEN DR
LAS VEGAS, NV 89148

JOSEPH & LAURIE CIFUNE
PO BOX 403
LYNDHURST, NJ 07071

JOSEPH & LENTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3027 E. WARM SPRINGS RD.  #200
LAS VEGAS NV 89120

JOSEPH & MARGARITA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 POCONO MANOR CT
LAS VEGAS, NV 89148

JOSEPH & MARGARITA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 ENSIGN LN
REDWOOD CITY, CA 94065

JOSEPH & MARIA DUNGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 CENTER GREEN DR
LAS VEGAS, NV 89148

JOSEPH & MARIA DUNGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4705 SHETLAND CT
ANTIOCH, CA 94531

JOSEPH & MARIE ZERILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

JOSEPH & MICHELLE RANDAZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 CASCADE LAKE ST
LAS VEGAS, NV 89148

JOSEPH & MICHELLE RANDAZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3429 RAVEN AVE
LAS VEGAS, NV 89139

JOSEPH & MICHELLE RANDAZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

JOSEPH & MICHELLE SCIBETTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 TIE BREAKER CT
LAS VEGAS, NV 89148

JOSEPH & PEGGY SARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
908 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

JOSEPH & SHARON KWOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
860 MERIDIAN BAY LANE #223
FOSTER CITY CA 94404

JOSEPH & THOMAS KELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
909 VIA STELLATO ST
HENDERSON, NV 89011

JOSEPH BOSTEDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7182 S IRELAND WAY
CENTENNIAL, CO 80016

JOSEPH BOSTEDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9764 ZIEGLER AVE
LAS VEGAS, NV 89148

JOSEPH CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
307 DESCANO GARDEN DR
LAS VEGAS, NV 89148

JOSEPH CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7466 DESERTSCAPE AVE
LAS VEGAS, NV 89178

JOSEPH E. FARIS
ASSISTANT
1359 RIMROCK DRIVE
SAN JOSE CA 95120

JOSEPH E. PARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1359 RIMROCK DRIVE
SAN JOSE, CA 95120

JOSEPH ELIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1359 RIMROCK DRIVE
SAN JOSE CA 95120

JOSEPH FARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1359 RIMROCK DR
SAN JOSE, CA 95120

JOSEPH FARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 SANDY BUNKER LN
LAS VEGAS, NV 89148

JOSEPH J. LACH, JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5012 HOLLYWOOD ROAD
NORTH LAS VEGAS NV 89031

JOSEPH KITHAS & PATRICIA MOISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
222-2 BIG HORN DR
BOULDER CITY AZ 89005

JOSEPH LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2154
LAS VEGAS, NV 89148

JOSEPH M. MUNOZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 BRANDERMILL DRIVE
HENDERSON NV 89052

JOSEPH NASTASI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
560 RICHLAND BLVD
BRIGHTWATERS, NY 11718

JOSEPH NASTASI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

JOSEPH NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 WATERTON LAKES AVE
LAS VEGAS, NV 89148

JOSEPH SOLLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
576 VIA DI PARIONE CT
HENDERSON, NV 89011

JOSEPH TSZE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
448 FIRST ON DR
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

JOSEPH WOLFLICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 VIA SAN GALLO CT
HENDERSON, NV 89011

JOSEPHINE & RICHARD SO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1621 DOLE ST APT 102
HONOLULU, HI 96822

JOSEPHINE & RICHARD SO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 TRAILING PUTT WAY
LAS VEGAS, NV 89148

JOSEPHINE WEBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

JOSEPHINE WEBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 OLIVER ST
DALY CITY, CA 94014

JOSH & AMBER CLAUNCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 VIA MEZZA LUNA CT
HENDERSON, NV 89011

JOSH D DAHLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3313 CALUMET AVE
KINGMAN, AZ 86401-4920

JOSHUA & ALICIA DOBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 TALL RUFF DR
LAS VEGAS, NV 89148

JOSHUA & KARI SKINNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1043 VIA SANGUINELLA ST
HENDERSON, NV 89011

JOSHUA & LINDSAY HAHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1176
LAS VEGAS, NV 89147

JOSHUA A.HAMBARIAN AND
NICHOLAS HAMBARIAN
2735 CAMINO DEL MAR
DEL MAR CA 92014

JOSHUA CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 PALMETTO POINTE DR
HENDERSON, NV 89012

JOSHUA CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6863 SCARLET FLAX ST
LAS VEGAS, NV 89148

JOSHUA GRANTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1008 BANNOCKBURN STREET
LAS VEGAS NV 89145

JOSHUA IGELEKE, JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2705 KINGCLAVEN DRIVE
HENDERSON NV  89044

JOSHUA M. HEGLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9946 W. MESA VISTA AVE
LAS VEGAS , NV  89148

JOSHUA NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 CLIFF VALLEY DR
LAS VEGAS, NV 89148

JOSHUA ZEHNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

JOSIELYN JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
379 CENTER GREEN DR
LAS VEGAS, NV 89148

JOSIELYN JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5863 OCEAN TERRACE DR
RANCHO PALOS VERDES, CA 90275

JOSUE ROMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

JOURNEY'S APPLIANCE REPAIRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4301 S.VALLEYVIEW BLVD. UNIT 14
LAS VEGAS NV 89103

JOVELLANOS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4653 CALIFA DR
LAS VEGAS, NV 89122

JOVEN CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8042 CANTALOUPE AVE
PANORAMA CITY CA 91402

JOWERS, CHARLIE F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 SINFOLD PARK AVE
LAS VEGAS, NV 89148

JOYCE CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1154 WILLIAMSBURG CIR
GRAYSLAKE, IL 60030

JOYCE CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2059
LAS VEGAS, NV 89148

JOYCE LEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 HARPERS FERRY AVE
LAS VEGAS, NV 89148

JOYCE PARCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9241 TULIP TRESTLE AVENUE
LAS VEGAS NV 89148

JOYCE SCHOELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6631 DAPPLE GRAY RD
LAS VEGAS, NV 89148

JOYCE ULIBARRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7212 COTTONSPARROW ST
LAS VEGAS, NV 89131

JPL ENGINEERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8620 SOUTH EASTERN AVENUE
SUITE 8
LAS VEGAS NV 89123

JS PEST CONTROL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3157 N. RAINBOW BLVD. #568
LAS VEGAS NV 89108-4578

JUAN & ANABEL CAMACHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4738 CALIFA DR
LAS VEGAS, NV 89122

JUAN & EILEEN SANTILLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4012 S RAINBOW BLVD # 745
LAS VEGAS, NV 89103

JUAN & EILEEN SANTILLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 SULLY CREEK CT
LAS VEGAS, NV 89148

JUAN & VITALIA BOYZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
518 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

JUAN ALCALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 CRAWFORD ST
N LAS VEGAS, NV 89030-4635

JUAN MERHEB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 VIA FRANCIOSA DR
HENDERSON, NV 89011

JUAN SANJURJO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA CANALE DR
HENDERSON, NV 89011

JUAN V. ALCALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 CRAWFORD ST
N LAS VEGAS, NV 89030-4635

JUAN VALENCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1177
LAS VEGAS, NV 89148

JUANA E. ARAIZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 VIA PALERMO DR.
HENDERSON NV  89011

JUAREZ ESTRADA,JOAQUIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 13TH ST #D
LAS VEGAS, NV 89101

JUAREZ ESTRADA,JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 N. 13TH ST # D
LAS VEGAS, NV 89101

JUAREZ LEGARRA,MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA #78
LAS VEGAS, NV 89106

JUAREZ,HERIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA #78
LAS VEGAS, NV 89106

JUAREZ,REYNALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 N. 13TH ST. # D
LAS VEGAS, NV 89101

JUAREZ,SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 N. 13TH ST # D
LAS VEGAS, NV 89010

JUAREZ-CABRERA;GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2009 W. TROPICANA
LAS VEGAS, NV 89103

JUAREZ-LOPEZ,FREDY DAMIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA BLVD., #21
LAS VEGAS, NV 89106

JUAREZ-LOPEZ,GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA #21
LAS VEGAS, NV 89106

JUD & BARBARA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 SEA RIM AVE
LAS VEGAS, NV 89148

JUDITH LANGEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10141 SOMERDALE CY
LAS VEGAS NV 89148

JUDITH MCCARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 TOSSA DE MAR AVE
HENDERSON, NV 89002

JUDITH WHITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
447 CENTER GREEN DR
LAS VEGAS, NV 89148

JUDITH WHITE
PO BOX 95554
LAS VEGAS, NV 89193

JUDSON & GLORIA BERGGREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 HORNBLOWER AVE
LAS VEGAS, NV 89131

JUDY BRITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7224 BUGLEHORN ST
LAS VEGAS, NV 89131

JUDY BRITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7578 CATALINA HARBOR ST
LAS VEGAS, NV 89131

JUDY CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 VIA DI CITTA DR
HENDERSON, NV 89011

JUDY NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4052 MONTHILL AVE.
LAS VEGAS NV 89121

JUDY SHALLENBERGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JUI & DUO LAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
296 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JUICE MEDIA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7433 CLEGHORN CANYON WAY
LAS VEGAS NV 89113

JULES KALUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1046 VIA NANDINA PL
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

JULES KALUNA
PO BOX 5311
RENO, NV 89513

JULIA PARROT-BASTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

JULIA SCHWALB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 VIA LUNA ROSA CT
HENDERSON, NV 89011

JULIAN & SOPHIA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 WATERTON LAKES AVE
LAS VEGAS, NV 89148

JULIAN IBARRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3609 AMAZON AVE
LAS VEGAS, NV 89110

JULIE & WILSON ABUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 VIA STELLATO ST
HENDERSON, NV 89011

JULIE HICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

JULIE LYNCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 BLAVEN DR
HENDERSON, NV 89002

JULIE SCHMITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 RUSTY PLANK AVE
LAS VEGAS, NV 89148

JULIE SCHMITZ
PO BOX 675423
RANCHO SANTA FE, CA 92067

JULIE TORIZAWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9714 KAMPSVILLE AVE
LAS VEGAS, NV 89148

JULIET & NILO MIRANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11962 JANETTE LN
GARDEN GROVE, CA 92840

JULIET & NILO MIRANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
544 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

JULIO MENDOZA
REMAX OLSON & ASSOCIATES

JULIO MENDOZA
REMAX OLSON & ASSOCIATES
11141 TAMPA AVENUE
NORTHRIDGE CA 91326

JULIO PADILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
372 TURTLE PEAK AVE
LAS VEGAS, NV 89148

JULIUS & SANDRA BEREZOVSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

JULIUS CONNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

JUMPSTART HEAVY EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 LANCEWOOD WAY
IRVINE, CA 92612-2108

JUMPSTART HEAVY EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
553 N TUSTIN AVE
APT A
SANTA ANA, CA 92705-3765

JUMPSTART HEAVY EQUIPMENT
GLEN A. JONES
10 LANCEWOOD WAY
IRVINE, CA 92612-2108

JUMPSTART HEAVY EQUIPMENT
GLEN A. JONES
625 EBBCREEK DRIVE #D
CORONA CA 92880

JUN & YIMIN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 DIAMOND RUN ST
LAS VEGAS, NV 89148

JUN & YIMIN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8694 MESQUITE HILLS ST
LAS VEGAS, NV 89139

JUN CHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 WICKED WEDGE WAY
LAS VEGAS, NV 89148

JUN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8694 MESQUITE HILLS ST
LAS VEGAS, NV 89139

JUN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9309 LEMON MINT CT
LAS VEGAS, NV 89148

JUN SUI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 SHORT RUFF WAY
LAS VEGAS, NV 89148

JUNG & PILL SHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 WATER HAZARD LN
LAS VEGAS, NV 89148

JUNG & PILL SHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25609 MESQUITE CT
VALENCIA, CA 91381

JUNG HAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

JUNG LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
348 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

JURIST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 SUNSHINE COAST LN
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

JURIST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

JUST BECAUSE GIFTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3924 DIAMOND RIDGE ST
LAS VEGAS NV 89129

JUST BLUEPRINTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 8TH ST.
KINGMAN , AZ  86401

JUST BLUEPRINTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3142 STOCKTON HILL ROAD
KINGMAN AZ 86401

JUSTIN & JAYNELL CHAMBERS
JUSTIN CELL
1812 STOCKTON HILL ROAD
KINGMAN AZ 86401

JUSTIN & RENEE BRATTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9789 MARCELLINE AVE
LAS VEGAS, NV 89148

JUSTIN CAJIUAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1085 VIA CANALE DR
HENDERSON, NV 89011

JUSTIN RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
417 VIA STRETTO AVE
HENDERSON, NV 89011

JUSTIN SARAGOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2023
LAS VEGAS, NV 89148

JUSTIN TRENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
184 PAXON HOLLOW CT
LAS VEGAS, NV 89148

JUSTIN TRENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2145 FRANCESCO CT
LIVERMORE, CA 94550

JUSTINIANO JAOJOCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

JUVENILE DIABETES RESEARCH
FOUNDATION
5542 S. FORT APACHE RD SUITE 120
LAS VEGAS NV 89148

JUYD LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

JW ZUNINO & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3191 S. JONES BLVD
LAS VEGAS NV 89146

JWILLIAMS STAFFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19762 MAC ARTHUR BLVD.
SUITE 120
IRVINE CA 92612

JWILLIAMS STAFFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19762 MAC ARTHUR BLVD.
SUITE 120
IRVINE, CA 82612

K & D CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4367 W. SUNSET ROAD
BUILDING G SUITE A
LAS VEGAS, NV 89118

K & K DOOR & TRIM
ROY HESTER
5620 CAMERON STREET SUITE E
LAS VEGAS NV 89118

K & K PLASTERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5795 ROGERS STREET
LAS VEGAS NV 89118

K & K PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 WEST FLAMINGO ROAD, #2000
LAS VEGAS NV 89147

K FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 SEA RIM AVE
LAS VEGAS, NV 89148

K FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6612 GOSSAMER FOG AVE
LAS VEGAS, NV 89139

K H LANDSCAPING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7842 W. SAHARA AVENUE
LAS VEGAS , NV  89117

K J GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
676 SARI DRIVE
LAS VEGAS, NV 89110-4227

K J INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20530 EARLGATE ST
WALNUT, CA 91789

K J INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 FRINGE RUFF DR
LAS VEGAS, NV 89148

K J INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
448 WALNUT AVE
ARCADIA, CA 91007

K J INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
502 CENTER GREEN DR
LAS VEGAS, NV 89148

K J INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 LAYING UP CT
LAS VEGAS, NV 89148

K S PLATINUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

K S PLATINUM
PO BOX 82182
LAS VEGAS, NV 89180

K&D CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4367 W. SUNSET ROAD
BUILDING G SUITE A
LAS VEGAS NV 89118

The Rhodes Companies, LLC - U.S. Mail

K. BRINKERHOFF ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6998 STONE MEADOW AVE
LAS VEGAS, NV 89142

K. H. LANDSCAPING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2595 S. CIMARRON ROAD
SUITE 206
LAS VEGAS,  NV  89117-7613

K. H. LANDSCAPING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7842 WEST SAHARA AVE
SUITE 130
LAS VEGAS, NV 89117

K. H. LANDSCAPING INC.
KENNY
2595 S. CIMARRON ROAD
SUITE 206
LAS VEGAS NV 89117-7613

K. H. LANDSCAPING INC.
LAUREN LARKINS
2595 S. CIMARRON ROAD
SUITE 206
LAS VEGAS, NV 89117-7613

K.D INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4939 KAIBAB FOREST AVE
LAS VEGAS NV 89141

K.H. LANDSCAPE & MAINTENANCE, INC.
ATTN: AMY HARRISON
K.H. LANDSCAPING
8370 W. CHEYENNE AVE. #109-301
LAS VEGAS, NV 89129

K.H. LANDSCAPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2595 S. CIMARRON ROAD
SUITE 206
LAS VEGAS, NV  89117

K.H. LANDSCAPING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8370 W.CHEYENNE AVE.
LAS VEGAS, NV 89129

KACHINA HEAT TRANSFER INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28978 N 70TH DR
PEORIA, AZ 85383-6629

KACHINAD LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5105 GENTLE RIVER AVE
LAS VEGAS, NV 89130

KACHINAD LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 217
LAS VEGAS, NV 89113

KAHNRAD AWALT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85461330 METAVANTE WAY
SIOUX FALLS, SD 57186

KAHNRAD AWALT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2174
LAS VEGAS, NV 89148

KAI & LO LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

KAI & LO LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 SANDY BUNKER LN
LAS VEGAS, NV 89148

KAI & LO LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
877 DARIEN WAY
SAN FRANCISCO, CA 94127

KAI & LO LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2125
LAS VEGAS, NV 89148

KAIRONG & XIU GAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9556 LOS COTOS CT
LAS VEGAS, NV 89147

KAKANI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4759 CRAKOW CT
LAS VEGAS, NV 89147

KAKAVULIAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 TAYMAN PARK AVE
LAS VEGAS, NV 89148

KAKAVULIAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3658 AMBERGATE CT
LAS VEGAS, NV 89147

KALLFELIZ TEAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4590 N RANCHO DR STE 3
LAS VEGAS, NV 89130-3428

KALLFELZ TEAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4590 N RANCHO DR STE 3
LAS VEGAS, NV 89130-3428

KAM LAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1030 WINSTON AVE
SAN MARINO, CA 91108

KAM LAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 TALL RUFF DR
LAS VEGAS, NV 89148

KAM WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2330 W AVENUE 33
LOS ANGELES, CA 90065

KAM WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
378 CENTER GREEN DR
LAS VEGAS, NV 89148

KAMER ZUCKER ABBOTT
ATTORNEYS-AT-LAW
3000 W. CHARLESTON BLVD. STE 3
LAS VEGAS NV 89102

KAMINS-MARKESE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 TURTLE PEAK AVE
LAS VEGAS, NV 89148

KAMRAN NOURI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9255 BEARDED IRIS AVE
LAS VEGAS, NV 89148

KAMROOZ MAJD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

KAMROOZ MAJD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
836 N LA CIENEGA BLVD
LOS ANGELES, CA 90069

KANDISE LEONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
116 HONORS COURSE DR
LAS VEGAS, NV 89148

KAREN BARNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

KAREN BASTIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 VIA DUPRE ST
HENDERSON, NV 89011

KAREN BASTIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5903 PRESERVATION DR
HAMILTON, MI 49419

KAREN CHAPMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
758 WIGAN PIER DR
HENDERSON, NV 89002

KAREN LUCKEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 FIRESTONE DR.
LAS VEGAS NV 89145-4087

KAREN MCCHESNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
980 VIA CANALE DR
HENDERSON, NV 89011

KAREN XIAO GOLDEN REAL ESTATE & INV.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4425 W. SPING MOUNTAIN #300
LAS VEGAS , NV  89102

KAREY GOTSCHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1713 N SHEFFIELD AVE APT 1N
CHICAGO, IL 60614-9311

KAREY GOTSCHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1713 N SHEFFIELD AVE APT 1N
CHICAGO, IL 60614-9311

KARI & STEVEN JACOBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

KARIN HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9692 ZIEGLER AVE
LAS VEGAS, NV 89148

KARINE OGANESYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 TAYMAN PARK AVE
LAS VEGAS, NV 89148

KARL & FLORA TZENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 CELEBRATION DR
MILPITAS, CA 95035

KARL & FLORA TZENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

KARLA GALINDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7345 MISTY GLOW CT
LAS VEGAS, NV 89131

KARLA GALINDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7705 FALCONWING AVE
LAS VEGAS, NV 89131

KARO, KEVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1321 ALDERTON LANE
LAS VEGAS, NV 89144

KARR;MICHAEL PATCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 W. SUNSET, #1086
HENDERSON, NV 89113

KARSTENSSON, LINNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 CONTRADA FIORE DRIVE
HENDERSON, NV 89011

KASHA KHONGPLUEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6691 KREB LAKE CT
LAS VEGAS, NV 89148

KASHWERE COMFORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19749 BAHAMA STREET
NORTHRIDGE CA 91324

KATERINA LUKJANCIKOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1098
LAS VEGAS, NV 89147

KATHELYN HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1065 VIA PRATO LN
HENDERSON, NV 89011

KATHELYN HILL
PO BOX 92632
ANCHORAGE, AK 99509

KATHERINE HAMMONDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2156
LAS VEGAS, NV 89148

KATHERINE HEFFNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2058
LAS VEGAS, NV 89148

KATHERINE LARSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6838 SCARLET FLAX ST
LAS VEGAS, NV 89148

KATHERINE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 TURTLE PEAK AVE
LAS VEGAS, NV 89148

KATHERINE MARTIN-MARTYR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6830 BABY JADE CT
LAS VEGAS, NV 89148

KATHERINE MCDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7228 BUGLEHORN ST
LAS VEGAS, NV 89131

KATHLEEN & TERRY BRATTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7212 BUGLEHORN ST
LAS VEGAS, NV 89131

KATHLEEN BENNETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
523 VIA DEL CORALLO WAY
HENDERSON, NV 89011

KATHLEEN GANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1126 OLIVIA PKWY
HENDERSON, NV 89011

KATHLEEN MOROCCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 SEA RIM AVE
LAS VEGAS, NV 89148

KATHLEEN MULLINNIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 ORO  VALLEY DR IVE
HENDRSON NV 89052

KATHLEEN URBANSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
336 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

KATHLEEN VANSITTERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

KATHRINE MOORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6841 ROSE MALLOW ST
LAS VEGAS, NV 89148

KATHRYN TURNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2113
LAS VEGAS, NV 89148

KATHY & PAUL PUGLISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1304 SANJO FARMS DR
CHESAPEAKE, VA 23320

KATHY & PAUL PUGLISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
529 VIA DEL CAPITANO CT
HENDERSON, NV 89011

KATHY BIE-SHIA & RICHARD C CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7681 RIVER MIST COURT
LAS VEGAS NV 89113

KATHY BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4602 CALIFA DR
LAS VEGAS, NV 89122

KATHY LIEBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5318 MAGNOLIA CROSSING ST
LAS VEGAS, NV 9148-7661

KATHY LIEBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 LAYING UP CT
LAS VEGAS, NV 89148

KATHY MAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 INDIAN RUN WAY
LAS VEGAS, NV 89148

KATHY MORENO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1065
LAS VEGAS, NV 89148

KATHY MUITER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

KATJA DITTMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1053 VIA CANALE DR
HENDERSON, NV 89011

KATONAH IX CLO LTD
JACK STACK
295 MADISON AVENUE
NEW YORK , N.Y. 10017

KATONAH VII LTD
JACK STACK
295 MADISON AVENUE
NEW YORK , N.Y. 10017

KAUFMAN, KAUFMAN & ASSOCIATES
PC TRUST ACCOUNT
2000 S. EASTERN AVENUE
LAS VEGAS NV 89104

KAURA HEINEMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7835 SO. RAINBOW BLVD #4-21
LAS VEGAS NV  89139

KAY GREENAWALT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
485 VIA PALERMO DR
HENDERSON, NV 89011

KAY PULLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

KAYE  MACCLENDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 ROLLING COVE AVE
HENDERSON, NV 89011

KAYLA MAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 LADIES TEE CT
LAS VEGAS, NV 89148

KAZARIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1116
LAS VEGAS, NV 89148

KAZUE & TONI CHINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 QUEEN VALLEY CT
LAS VEGAS, NV 89148

KAZUE & TONI CHINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

KAZUE & TONI CHINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

KAZUE & TONI CHINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

KB HOME NEVADA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1902 POPLAR AVE
LAS VEGAS, NV 89101

KB HOME NEVADA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5655 BADURA AVE
LAS VEGAS, NV 89118

KBC FINANCL PROD CAYMAN IS LTD
STEPHEN KING
140 EAST 45TH STREET, 4TH FL
NEW YORK, NY 10017

The Rhodes Companies, LLC - U.S. Mail

KBI
DBA ACTION CRUSHING
931 AMERICAN PACIFIC DR 107
HENDERSON NV  89014

KBI CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5201 S. POLARIS
LAS VEGAS NV 89118

KD INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4939 KAIBAB FOREST AVENUE
LAS VEGAS, NV 89141

KDT CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5130 S VALLEY VIEW BLVD #110
LAS VEGAS NV  89118

KE HSIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

KEADRICK D.  WASHINGTON
WASHINGTON FINANCIAL
3129 S. HACIENDA BLVD. STE 301
HACIENDA HEIGHTS CA 91745-3604

KEADRICK WASHINGTON
WASHINGTON FINANCIAL
3129 S. HACIENDA BLVD. STE 301
HACIENDA HEIGHTS, CA 91745-3604

KECK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6803 MATARO DR
LAS VEGAS, NV 89103

KECK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

KEE WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 SEA RIM AVE
LAS VEGAS, NV 89148

KEEFE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

KEENAN LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
831 W. BONANZA RD
LAS VEGAS, NV 89106-3595

KEEP MEMORY ALIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8379 W. SUNSET RD.
SUITE 200
LAS VEGAS, NV 89113

KEEP MEMORY ALIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 WEST SAHARA AVE
PMB 105-177
LAS VEGAS NV 89117

KEISER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 PUNTO VALLATA DR
HENDERSON, NV 89011

KEITH & EDDIE MURILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

KEITH & EDDIE MURILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
820 CANTERRA ST UNIT 1054
LAS VEGAS, NV 89138

KEITH & JANET OBERLANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 VIA VANNUCCI WAY
HENDERSON, NV 89011

KEITH & KARYL DENNISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

KEITH & KARYL DENNISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7754 GALLOPING HILLS ST
LAS VEGAS, NV 89113

KEITH & WENDY SWATSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5295 MALTA ST
DENVER, CO 80249

KEITH & WENDY SWATSLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1032
LAS VEGAS, NV 89148

KEITH FURILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1272 OLIVIA PKWY
HENDERSON, NV 89011

KEITH TU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA DUPRE ST
HENDERSON, NV 89011

KELLER EQUIPMENT COMPANY
P.O. BOX 60485
PHOENIX AZ 85082-0485

KELLER WILLIAMS REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4652 HOLLYWOOD BLVD.
LOS ANGELES CA 90027

KELLER, KATHRYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1641 TURF DR
HENDERSON, NV 89002

KELLOGG-CUTLER-YENCHEK
BOBBIE SMITH
INSURANCE SERVICES
330 E. CHARLESTON BLVD.
LAS VEGAS NV 89104

KELLY & CAROL FALTIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
968 VIA CANALE DR
HENDERSON, NV 89011

KELLY & TAMMY PIERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
118 TALL RUFF DR
LAS VEGAS, NV 89148

KELLY CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

KELLY CONNERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
170 CROOKED PUTTER DR
LAS VEGAS, NV 89148

KELLY DEVERELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1006
LAS VEGAS, NV 89148

KELLY DEVERELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9124 EAGLE RIDGE DR
LAS VEGAS, NV 89134

KELLY DUDEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

KELLY FRENCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
114 WICKED WEDGE WAY
LAS VEGAS, NV 89148

KELLY LUJAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
89 DAISY SPRINGS CT
LAS VEGAS, NV 89148

KELLY ORTIZ
PO BOX 491
PALM SPRINGS, CA 92263-0491

KELLY STEELE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3663 E OQUENDO RD
LAS VEGAS, NV 89120

KELLY STEELE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6674 AVISTON ST
LAS VEGAS, NV 89148

KELLY THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

KELLY-HOOKS, LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6709 SCAVENGER HUNT ST
N LAS VEGAS, NV 89084

KELLY'S PIPE & SUPPLY CO., INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2124 INDUSTRIAL ROAD
LAS VEGAS NV 89114

KELVIN & DESEREE PALAFOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
794 WATERCUT CT
HENDERSON, NV 89002

KEN & BARBARA MCPHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29-788 CITADEL DR
PORT COOUITLAM BC
CANADA

KEN & BARBARA MCPHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29-788 CITADEL DR
PORT COOUITLAM BC V3C
CANADA

KEN & BARBARA MCPHEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2021
LAS VEGAS, NV 89148

KEN EARL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9741 RED BEAR CT.
LAS VEGAS NV 98117

KEN MUMBLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
334 SEA RIM
LAS VEGAS, NV 89148

KEN PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

KEN SACHS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7113 HONEYSUCKLE CT
LAS VEGAS NV 89119

KENNEDY, MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1113 VIA CANALE
HENDERSON, NV 89011

KENNETH & ANGELA HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
533 VIA PALERMO DR
HENDERSON, NV 89011

KENNETH & CLAUDETTE DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2110 FOREST RIDGE RD
SAINT CHARLES, IL 60174

KENNETH & CLAUDETTE DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

KENNETH & DANA HOBACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9278 BEARDED IRIS AVE
LAS VEGAS, NV 89148

KENNETH & IRMA GILBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7519 HORNBLOWER AVE
LAS VEGAS, NV 89131

KENNETH & MICHELE MOSES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
789 CRAIGMARK CT
HENDERSON, NV 89002

KENNETH & MIRIAM ROBERTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 VIA DEL FORO DR
HENDERSON, NV 89011

KENNETH & REBECCA COLGATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
680 VORTEX AVE
HENDERSON, NV 89002

KENNETH & SUMI NAKAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 VIA FRANCIOSA DR
HENDERSON, NV 89011

KENNETH & TAMERA HOWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 CROOKED PUTTER DR
LAS VEGAS, NV 89148

KENNETH & TANYA SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55-620C IOSEPA ST
LAIE, HI 96762

KENNETH & TANYA SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

KENNETH A SELTZER, CPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17 CANDLEWYCK DRIVE
HENDERSON NV  89052

KENNETH ANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4968 MOUNTAIN FOLIAGE DR
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

KENNETH ANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5148 SPANISH HEIGHTS DR
LAS VEGAS, NV 89148

KENNETH CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6773 PRAIRIE CLOVER ST
LAS VEGAS, NV 89148

KENNETH CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIA CANALE DR
HENDERSON, NV 89011

KENNETH FERGUSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1543 WILLIAM WAY
CONCORD, CA 94520

KENNETH FERGUSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2176
LAS VEGAS, NV 89148

KENNETH FLYNN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6954 EMERALD SPRING
LAS VEGAS NV 89113

KENNETH L SLOCKBOWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 WHITE CAP LN
NEWPORT COAST, CA 92657-1092

KENNETH LINDAMOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5060 W DOVEWOOD LN
FRESNO, CA 93722

KENNETH LOMBARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1139
LAS VEGAS, NV 89148

KENNETH LOWMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

KENNETH MADL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9798 MARCELLINE AVE
LAS VEGAS, NV 89148

KENNETH O´NEILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6679 ROANOKE CT
LAS VEGAS, NV 89148

KENNETH SLOCKBOWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 WHITE CAP LN
NEWPORT COAST, CA 92657-1092

KENNETH SLOCKBOWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9580 LOS COTOS CT
LAS VEGAS, NV 89147

KENNETH WEBSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 APPLE RIVER CT
LAS VEGAS, NV 89148

KENNITH & DEBORAH PANCAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7205 COTTONSPARROW ST
LAS VEGAS, NV 89131

KENNITH ANTOS AND SHELIA NEUMAN ANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5148 SPANISH HEIGHTS DRIVE
LAS VEGAS, NV 89148

KENNY CHIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 HARPERS FERRY AVE
LAS VEGAS, NV 89148

KENNY CHIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 JACKSON ST # 2
SAN FRANCISCO, CA 94133

KENNY VAN HOANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
& HUYNH CHI KIM
2133 CAROBWOOD LN
SAN JOSE CA 95132-1213

KENO-AM LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8755 W. FLAMINGO RD.
LAS VEGAS NV 89147

KENT & LORIS DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5600 DEL REY AVE
LAS VEGAS, NV 89146

KENT & LORIS DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7224 COTTONSPARROW ST
LAS VEGAS, NV 89131

KENT & SHARI MCNAMARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

KENT & SHARI MCNAMARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3070 BLUE HERON TRCE
MEDINA, OH 44256

KENT REICHERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1119
LAS VEGAS, NV 89148

KENTON RUSSELL & CINDY JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3985  HEATHER AVE
KINGMAN, AZ 86401

KENT'S GLASS & MIRROR INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3140 POLARIS #38
LAS VEGAS NV 89102

KENYA JAMAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 PALM TRACE AVE
LAS VEGAS, NV 89148

KEPENG LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
329 FALCONS FIRE AVE
LAS VEGAS, NV 89148

KERRI-ANN SIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 WICKED WEDGE WAY
LAS VEGAS, NV 89148

KERRIE & JOSEPH KISSANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 CROOKED PUTTER DR
LAS VEGAS, NV 89148

KERRY ANDERSON
C/O ERIC RANSAVAGE
7430 RED CINDER ST.
LAS VEGAS, NV 89131
USA

KERRY CARTMILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 CORPORATE CIR STE 185
HENDERSON, NV 89074

KERRY CARTMILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

KERRY GULINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 TALL RUFF DR
LAS VEGAS, NV 89148

KESGOMOL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIALE PLACENZA PL
HENDERSON, NV 89011

KESGOMOL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
661 MIDDLEGATE RD
HENDERSON, NV 89011

KETCHUM, RYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10599 PUEBLO SPRINGS
LAS VEGAS, NV 89123

KEVIN & CARRIE CATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34 TALL RUFF DR
LAS VEGAS, NV 89148

KEVIN & CHRISTINA ECLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4647 MUNICH CT
LAS VEGAS, NV 89147

KEVIN & KATHERINE MERCADANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 TIE BREAKER CT
LAS VEGAS, NV 89148

KEVIN & KATHERINE MERCADANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 DIGREGORIO DR
WORCESTER, MA 01604

KEVIN & LISA OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 TURTLE PEAK AVE
LAS VEGAS, NV 89148

KEVIN & LISA OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3580 BAYSIDE RD
ORONO, MN 55356

KEVIN & VALERIE DUFFLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
754 TOSSA DE MAR AVE
HENDERSON, NV 89002

KEVIN & VIOLET MCKEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7229 EAGLEGATE ST
LAS VEGAS, NV 89131

KEVIN COLOSIMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7213 BUGLEHORN ST
LAS VEGAS, NV 89131

KEVIN CUSICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
527 VIA DEL CORALLO WAY
HENDERSON, NV 89011

KEVIN FELLOWES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

KEVIN FELLOWES
C/O ERIC RANSAVAGE
7410 BRIDLEHORNE AVE.
LAS VEGAS, NV 89131

KEVIN HALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 LORING ST
SAN DIEGO, CA 92109

KEVIN HALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1043
LAS VEGAS, NV 89148

KEVIN HALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1050
LAS VEGAS, NV 89148

KEVIN L. CROOK ARCHITECT, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1360 REYNOLDS AVE.
SUITE 110
IRVINE 92614

KEVIN LABOMBARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

KEVIN O´LEARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 VIA STRETTO AVE
HENDERSON, NV 89011

KGMN-FM
NEW WEST BROADCASTING
812 E. BEALE ST.
KINGMAN AZ 86401

KHALID & SAJIDA BAIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 PILGRIM LOOP
FREMONT, CA 94539

KHALID & SAJIDA BAIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

KHALID & SAJIDA BAIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

KHAMSONE & SOUNANH LUANGRATH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1040 VIA SAINT LUCIA PL
HENDERSON, NV 89011

KHIEM CAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 VIA DI CITTA DR
HENDERSON, NV 89011

KHIS & YOMMANA SURAVALLOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
614 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

KHOA & SHANNON DO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 VIA PALERMO DR
HENDERSON, NV 89011

KHOA & SHANNON DO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
928 VIA STELLATO ST
HENDERSON, NV 89011

KHOA DO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
929 VIA STELLATO ST
HENDERSON, NV 89011

KHRISTY LAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
393 TRAILING PUTT WAY
LAS VEGAS, NV 89148

KI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 TOWNSEND STREET #100 WEST
SAN FRANCISCO CA 94103

KIDS TO KIDS SPREAD THE WORD
NEVADA
260 EAST DESERT ROSE DRIVE
HENDERSON NV  89015

KIELSMEIER CLAYTON R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3812  HEATHER AVE
KINGMAN, AZ 86401

KIELSMEIER RAYMOND M ETAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3943  HEATHER AVE
KINGMAN, AZ 86401

KIESLING HESS FINISHING
KIM APPLEGATE
13205 ESTRELLA AVENUE
GARDENA CA 90248

KIET TRINH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
46 TALL RUFF DR
LAS VEGAS, NV 89148

KIGH & KEN FONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
338 DOG LEG DR
LAS VEGAS, NV 89148

KILBY, NICHOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7045 ACORN CT
LAS VEGAS, NV 89147

KILGORE, MICHELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7138 QUARTERHORSE LANE
LAS VEGAS, NV 89148

KILIAN & ELAINE WHELAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 PEREIRA DR
DEVONSHIRE BERMUDA 01, FL 00000
BERMUDA

KILIAN & ELAINE WHELAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 BLUE TEE CT
LAS VEGAS, NV 89148

KILSDONK, RAYMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5072 TRANQUIL STREAM CT
LAS VEGAS, NV 89148

KIM DECHIRICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1908 PLACID RAVINE
LAS VEGAS NV 89117

KIM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 CASCADE LAKE ST
LAS VEGAS, NV 89148

KIM HORN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 UNION STREET
SUITE A
PRESCOTT AZ 86303

KIM LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8764 LAS OLIVAS AVE
LAS VEGAS, NV 89147

KIM LONDON SALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11614 S. APPALOOSA DR.
PHOENIX, AZ 85044

KIM RAPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 PLEASANT SUMMIT DRIVE
HENDERSON NV  89012

KIM VU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6839 SCARLET FLAX ST
LAS VEGAS, NV 89148

KIM, EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19569 RINALDI ST UNIT #5
NORTHRIDGE, CA 91326

KIMBALL EQUIPMENT COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 SOUTH 7TH STREET
PHOENIX, AZ 85034

KIMBERLEY STONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

KIMBERLY & DAVID PICCIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1056 VIA CANALE DR
HENDERSON, NV 89011

KIMBERLY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 WATERTON LAKES AVE
LAS VEGAS, NV 89148

KIMBERLY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6607 COSTA BRAVA RD
LAS VEGAS, NV 89146

KIMBERLY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

KIMBERLY KOLCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113-2042

KIMBERLY OLESON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 VIALE PLACENZA PL
HENDERSON, NV 89011

KIMBERLY PROPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2034
LAS VEGAS, NV 89148

KIMBERLY ROMBARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 CROOKED TREE WAY
LAS VEGAS NV  89148

KIM-HOA NEEDHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5187 BRIAR PATCH WAY
LAS VEGAS, NV 89118

KIM-HOA NEEDHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
557 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

KIMLEY-HORN & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2080 FLAMINGO RD
STE 210
LAS VEGAS NV 89119

KIN & JANICE CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

KIN & JANICE CHAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
750 W BONITA AVE APT 18
CLAREMONT, CA 91711

KINCAID LAND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 WICKED WEDGE WAY
LAS VEGAS, NV 89148

KINCAID LAND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 SOGGY RUFF WAY
LAS VEGAS, NV 89148

KINCAID LAND LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3208 RUGBY DR
BILLINGS, MT 59102

KINESYS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 BELLAM BLVD.
SAN RAFAEL, CA  90490

KING, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1930 VILLAGE CENTER CIR
LAS VEGAS, NV 89144

KINGMAN AREA CHAMBER OF COMM.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 W. ANDY DEVINE
P. O. BOX 1150
KINGMAN, AZ 86401

KINGMAN AUTO SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2595 AIRFIELD AVE.
KINGMAN AZ  86401

KINGMAN AUTO SUPPLY CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2910 AIRFIELD
KINGMAN, AZ 86401

KINGMAN AZ AREA CHAMBER OF COMM.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 W. ANDY DEVINE
P.O. BOX 1150
KINGMAN AZ 86401

KINGMAN AZ AUTO SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2595 AIRFIELD AVE
KINGMAN, AZ  86401

KINGMAN AZ AUTO SUPPLY CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2910 AIRFIELD
KINGMAN AZ 86401

KINGMAN AZ BOYS & GIRLS CLUB
P. O. BOX 4362
301 N. 1ST STREET
KINGMAN AZ 86402

KINGMAN AZ DAILY MINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 STOCKTON HILL ROAD
KINGMAN AZ 86401

KINGMAN AZ HIGH SCHOOL BAND
ATTN: MR. HERNANDEZ
4182 NORTH BANK STREET
KINGMAN AZ 86409

KINGMAN AZ NEWSPAPERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 STOCKTON HILL RD.
KINGMAN AZ 86401

KINGMAN AZ REGIONAL MED. FOUND.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3269 STOCKTON HILL ROAD
KINGMAN AZ 86401

KINGMAN AZ TOOLS PLUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 E. BEALE ST.
KINGMAN AZ 86401

KINGMAN AZ TRUE VALUE HOME CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3633 STOCKTON HILL RD.
KINGMAN AZ 86401

KINGMAN BOYS & GIRLS CLUB
P. O. BOX 4362
301 N. 1ST STREET
KINGMAN, AZ 86402

KINGMAN DAILY MINER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 STOCKTON HILL ROAD
KINGMAN, AZ 86401

KINGMAN EQUIPMENT SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4925 E FINANCE WAY
KINGMAN, AZ 86401-6794

KINGMAN NEWSPAPERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 STOCKTON HILL RD.
KINGMAN, AZ 86401

KINGMAN REGIONAL MED. FOUND.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3269 STOCKTON HILL ROAD
KINGMAN, AZ 86401

KINGMAN REGIONAL MEDICAL CENTR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3269 STOCKTON HILL ROAD
KINGMAN, AZ 86409

KINGMAN TOOLS PLUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 E. BEALE ST.
KINGMAN, AZ 86401

KINGMAN TRUE VALUE HOME CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3633 STOCKTON HILL RD.
KINGMAN, AZ 86401

KINGMAN TRUE VALUE HOME CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3633 STOCKTON HILL ROAD
KINGMAN, AZ  86409

KINGMAN/GOLDEN VALLEY MLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1923 KINO
KINGMAN AZ 86401

KINGSLAND I,LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1325 AVENUE OF THE AMERICAS,
27TH FLOOR
SCOTTSDALE AZ 85267-3239

The Rhodes Companies, LLC - U.S. Mail

KINKADE APPRAISAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5757 N. TEE PEE LANE
LAS VEGAS NV 89149

KINKO'S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4750 WEST SAHARA AVENUE
LAS VEGAS NV

KINNISON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17811 N 64TH AVE
GLENDALE, AZ 85308

KINNISON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
794 WIGAN PIER DR
HENDERSON, NV 89002

KINSEY,BILL B
P.O BOX 425
FLAGSTAFF, AZ 86004

KINSEY,CATHERINE ANN
PO BOX 425
FLAGSTAFF, AZ 86001

KIN-TEC MACHINES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5808 DIABASE DRIVE
GOLDEN VALLEY, AZ 86413

KIRBY ADAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6824 ROSE MALLOW ST
LAS VEGAS, NV 89148

KIRCO ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2016 DETROIT AVE.
KINGMAN AZ 86401

KIRK BRYNJULSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 WENTWORTH DRIVE
HENDERSON, NV 89074

KIRK JUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2336 28TH STREET #D
SANTA MONICA CA 90405

KIRK NORMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9752 W. DIABLO DRIVE
LAS VEGAS , NV  89148

KIRKLAND DEVELOPMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 WENTWORTH DRIVE
HENDERSON NV  89074

KIRSH MEDIA GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 SOUTH THIRD ST.
LAS VEGAS NV 89101

KISER, KYLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3625 MAYA CIRCLE
KINGMAN, AZ 86409

KISOOK HWANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2474 RAM CROSSING WAY
HENDERSON, NV 89074

KISOOK HWANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

KITAGAWA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 E 18TH ST
NATIONAL CITY, CA 91950

KITAGAWA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1168
LAS VEGAS, NV 89148

KITCHEN, ANGIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 LA ALBA ST
HENDERSON, NV 89074

KITEC
HARRISON KEMP JONES COULTHARD
3800 HOWARD HUGHES PARKWAY 17TH FLOOR
LAS VEGAS, NV 89169

KITTY LEPNIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 HIDDEN HOLE DR
LAS VEGAS, NV 89148

KIVANC ORENGIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3688 E TOMPKINS AVE
LAS VEGAS, NV 89121

KIVANC ORENGIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
680 HARVESTER COURSE DR
LAS VEGAS, NV 89148

KJUL-FM 104.3
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1455 TROPICANA   STE 800
LAS VEGAS NV 89119

KKB CLEANING SERVICE INC
SCOTT GERSHMAN
P.O.BOX 370597
LAS VEGAS NV 89137-0597

KKE ARCHITECTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 FIRST AVE N. #500
400 N. STEPHANIE
SUITE 245
HENDERSON NV  89014

KKE ARCHITECTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 N. STEPHANIE
SUITE 245
HENDERSON, NV 89014

KKLZ 96.3 FM CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1455 E. TROPICANA
SUITE 800
LAS VEGAS NV 89119

KLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3228 CHANNEL 8 DRIVE
LAS VEGAS NV 89109

KLIMA, MIKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10833 SILVER LACE LANE
LAS VEGAS, NV 89135

KLINGSPOR ABRASIVES INCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8709 KERNS ST
SAN DIEGO, CA 92154

KLINGSPOR ABRASIVES, INC.
P.O. BOX 2367
HICKORY, NC 28603-2367

KLINT & ARACELI HEADLEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

KLINT & ARACELI HEADLEE
PO BOX 145
DULZURA, CA 91917

KLVX
ATTN: KURT MISCHE
4210 CHANNEL 10 DRIVE
LAS VEGAS NV 89119

KMR, AVIATION, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1150 S. VINEYARD
ONTARIO CA 91761

KMXB FM
PO BOX 100111
PASADENA CA 91189-0111

KNECHT, MARCELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 BLACK ISLAND ST #201
LAS VEGAS, NV 89128

KNEIP FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27011 KARNS CT UNIT 2104
CANYON COUNTRY, CA 91387

KNEIP FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

KNELL, AARON P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
704 BLOOMINGFIELD LN
LAS VEGAS, NV 89145

KNELL, TRAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
704 BLOOMINGFIELD LN
LAS VEGAS, NV 89145

KNIGHT ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 MARY CREST RD, SUITE P
HENDERSON NV  89074

KNIGHT ELECTRIC, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 MARY CREST ROAD SUITE P
LAS VEGAS , NV  89074

KNIGHT FIRE PROTECTION
SHANE DOWDY
2101 WESTERN AVENUE
LAS VEGAS NV 89102

KNIGHT, KENNETH L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 CORA HILLS COURT
LAS VEGAS, NV 89148

KNIGHT, LYNDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6779 FLORA DR
LAS VEGAS, NV 89103

KNIGHT, SAMIRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1630 WESTWIND ROAD
LAS VEGAS, NV 89146

KNOX COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 W.DEER VALLEY ROAD
PHOENIX AZ 85027

KOAMI ACOLATSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1344 CORTE BAGALSO
SAN MARCOS, CA 92069

KOAMI ACOLATSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2020
LAS VEGAS, NV 89148

KOBES, TERESA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11256 MORATELLA CT
LAS VEGAS, NV 89141

KOCH & SCOW, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11500 EASTERN AVENUE
SUITE 110
HENDERSON NV  56052
HENDERSON NV  56052

KOCH, NATHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8005 GALLAGHER ISLAND ST
LAS VEGAS, NV 89143

KOCHE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 SAHALEE DR
LAS VEGAS, NV 89148

KOEI LIAUW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 TURTLE PEAK AVE
LAS VEGAS, NV 89148

KOESTER, JOEL F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2180 E. WARM SPRINGS RD #2193
LAS VEGAS, NV 89119

KOFI BARYEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 VIA COLUMBO ST
HENDERSON, NV 89011

KOHLER RENTAL POWER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 HIGHLAND DRIVE
7766 COLLECTION CENTER DR.
SUITE 714
CHICAGO IL 60693

KOHLER RENTAL POWER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7766 COLLECTION CENTER DR.
SUITE 714
CHICAGO,  IL  60693

KOHLEY, BRIAN P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1731 RIVER GARDENS
BULLHEAD CITY, AZ 86442

KOHLEY,NICHOLAS SHANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1731 RIVER GARDENS
BULLHEAD CITY, AZ 86442

KOHUT, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
528 BET TWICE
HENDERSON, NV 89015

KOICH, KIMBERLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113-2042

KOLOB INDUSTRIES INC. DBA GREEN VALLEY ELEC
ATTN: KERRY H GIFFORD
5841 E. CHARLESTON BLVD.
#230-350
LAS VEGAS, NV 89142

The Rhodes Companies, LLC - U.S. Mail

KOLOB INDUSTRIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5841 E. CHARLESTON BLVD.
#230-350
LAS VEGAS NV 89142

KOLOB INDUSTRIES, INC.
DBA GREEN VALLEY ELECTRIC
ATTN: KERRY H GIFFORD
5841 E. CHARLESTON BLVD.
#230-350
LAS VEGAS, NV 89142

KOMP FM
JULIETTE STERN
LOTUS BROADCASTING CORP.
4660 SOUTH DECATUR
LAS VEGAS NV 89103

KONOPNICKI, DANIEL J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4515 S. DURANGO #2155
LAS VEGAS, NV 89147

KONRAD PIATKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
143 SHORT RUFF WAY
LAS VEGAS, NV 89148

KOONCE, CALVIN HARVEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3313 CALUMET AVE
KINGMAN, AZ 86401-4920

KOONCE,CALVIN HARVEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4815 CHINO
GOLDEN VALLEY, AZ 86413

KOSAKA DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 WEST MICHELTORENA ST. SUITE B
SANTA BARBARA CA 93101

KOUROSH HORMOZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
763 TOSSA DE MAR AVE
HENDERSON, NV 89002

KOUTNOUYAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
247 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

KOUTNOUYAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4370 FAIRLAWN DR
FLINTRIDGE, CA 91011

KOVACS III,EDWARD J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5320 ROCK CREEK LN
LAS VEGAS, NV 89130

KQAS-FM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2725 E. DESERT INN RD., SUITE 180
LAS VEGAS NV 89121

KRAEGER, JENNIFER A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6480 ANNIE OAKLEY DR #522
LAS VEGAS, NV 89120

KRAUTH;JASON S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7565 DURHAM HALL # 201
LAS VEGAS, NV 89130

KRAVET
ELLEN
C/O ELLEN POWELL ASSOC.
939 15TH STREET # 11
SANTA MONICA CA 90403

KRIS ELLIOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 SPRING HOLLOW DR
LAS VEGAS, NV 89148

KRIS YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15343 NORTON ST
SAN LEANDRO, CA 94579

KRIS YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

KRISTEN RECKLITIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

KRISTEN ROSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7240 ROGERS STREET
LAS VEGAS NV 89118

KRISTIN CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 WICKED WEDGE WAY
LAS VEGAS, NV 89148

KRISTIN RUSSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 BLAVEN DR
HENDERSON, NV 89002

KRISTINA KEGEYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10911 HESBY ST APT 4
NORTH HOLLYWOOD, CA 91601

KRISTINA KEGEYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 WATERTON LAKES AVE
LAS VEGAS, NV 89148

KRISTINE BECKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1118 OLIVIA PKWY
HENDERSON, NV 89011

KRISTINE BECKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2566 SYKES CREEK DR
MERRITT ISLAND, FL 32953

KRISTINE SATAMIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

KRISTOFFER JOHN PAREL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4561 TARA DRIVE
ENCINO CA91436

KRISTOPHER & J A CUVA-SCHEIBLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
178 FLYING HILLS AVE
LAS VEGAS, NV 89148

KRISTOPHER DERENTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1034 VIA SAN GALLO CT
HENDERSON, NV 89011

KRISTOPHER MOHFANZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1116
LAS VEGAS, NV 89147

KRISTY SPACKMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8615 CHERRY CREEK COURT
WICHITA, KS 67207

KRISZTINA STEVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

KRISZTINA STEVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7768 EAGLE LAKE AVE
LAS VEGAS, NV 89147

KRITSADA & NITAYA BUJADHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1107 E. TROPICANA BLVD.
LAS VEGAS NV 89119

KRITSADA & NITAYA BUJADHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 RUSTY PLANK AVE
LAS VEGAS, NV 89148

KRITSADA & NITAYA BUJADHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 ANGELS TRACE CT
LAS VEGAS, NV 89148

KRLV AM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5010 SOUTH SPENCER STREET
LAS VEGAS NV 89119

KRMC FOUNDATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3269 STOCKTON HILL RD.
KINGMAN AZ 86409

KRUEGER, DEBRA S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 EMDEN ST
HENDERSON, NV 89015

KRZYSZTOF KOCHMANSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6859 ROSE MALLOW ST
LAS VEGAS, NV 89148

KSTJ-FM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1455 E. TROPICANA #800
LAS VEGAS NV 89119

KTGY GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17922 FITCH
IRVINE CA 92614

KTGY GROUP, INC.
ATTN: GENAE JENKINS
17922 FITCH
IRVINE, CA 92614

KUM KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6699 ROANOKE CT
LAS VEGAS, NV 89148

KUMI WATABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3550 CARTER DR APT 48
SOUTH SAN FRANCISCO, CA 94080

KUMI WATABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2133
LAS VEGAS, NV 89148

KUMMER KAEMPFER BONNER &
RENSHAW, INC
3800 HOWARD HUGHES PKWY.
LAS VEGAS NV 89109

KUNIKO THELANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
46 W POTOMAE AVE
LOMBARD, IL 60148

KUNIKO THELANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

KUNIO WATANABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
222 WATERTON LAKES AVE
LAS VEGAS, NV 89148

KUNKEL, ADAM C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
552 FINN VALLEY
LAS VEGAS, NV 89148

KUNKEL, KYLE C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
552 FYNN VALLEY
LAS VEGAS, NV 89148

KUNSTHAUS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
511 CENTER GREEN DR
LAS VEGAS, NV 89148

KUO & JESSICA CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
166 TALL RUFF DR
LAS VEGAS, NV 89148

KUO & JESSICA CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
945 IRONSHOE CT
WALNUT, CA 91789

KUO & KIM SHIEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 MACOBY RUN ST
LAS VEGAS, NV 89148

KUO-CHU & NANCY HSU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
147 CROOKED PUTTER DR
LAS VEGAS, NV 89148

KUO-CHU & NANCY HSU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6741 SEA SWALLOW ST
N LAS VEGAS, NV 89084

KURT TORNESLOG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5606 WEST COLLINS
GOLDEN VALLEY AZ 86413

KUSATANI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4577 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

KUSTOM KINGS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5580 S. DECATUR BLVD
LAS VEGAS NV 89118

KVBC-TV3
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1500 FOREMASTER LANE
LAS VEGAS NV 89101

KVILHAUG, KATIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 E. AGATE #503
LAS VEGAS, NV 89123

KWAN & JUM YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9702 KAMPSVILLE AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

KWOCK & SHUET LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 SUNSET BAY ST
LAS VEGAS, NV 89148

KWOK & CONSUELO TSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

KWOK & ELAINE LEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3620 REDWOOD RD
OAKLAND, CA 94619

KWOK & ELAINE LEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 BLAVEN DR
HENDERSON, NV 89002

KWOK CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 W 16TH ST # 7
NEW YORK, NY 10011

KWOK CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
74 LAYING UP CT
LAS VEGAS, NV 89148

KWOK KAN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16W. 16TH ST.
APT 7PN
NEW YORK, NY 10011

KXPT FM-LOTUS BROADCASTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8755 W. FLAMINGO RD.
LAS VEGAS, NV 89147

KYLE & RICA MCCLEARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
747 WIGAN PIER DR
HENDERSON, NV 89002

KYLE MOYER & COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7525 E. CAMELBACK ROAD, STE 104
SCOTTSDALE, AZ 85251

KYLE MOYER & COMPANY
JANET BETTS
HOLME ROBERTS & OWEN, LLP
16427 N. SCOTTSDALE RD, STE 300
SCOTTSDALE, AZ 85254

KYLE MOYER & COMPANY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7525 EAST CAMELBACK RD.
SUITE 104
SCOTTSDALE AZ 85251

KYLE NORTHUP DYSON & DYSON REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8330 W. SAHARA, #110
LAS VEGAS , NV  89117

KYLE YAHIRO-OKINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1156
LAS VEGAS, NV 89147

KYONG OSBOURNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

KYONG OSBOURNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9655 BROOKS LAKE AVE
LAS VEGAS, NV 89148

KYUNG PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 DAYTONA ST
PAHRUMP, NV 89048

KYUNG PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1094
LAS VEGAS, NV 89148

KZKE - FM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
812 EAST BEALE STREET
KINGMAN AZ 86401

L & M FOOD SERVICE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
885 AIRPARK DRIVE
BULLHEAD CITY, AZ 86429

L & R TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3655 HODGES RD
KINGMAN AZ 86409

L & S AIR CONDITIONING
L & S MECHANICAL
290 SUNPAC AVE
HENDERSON NV  89015

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 SUNSHINE COAST LN
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
129 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 WATER HAZARD LN
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 WATER HAZARD LN
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
458 CENTER GREEN DR
LAS VEGAS, NV 89148

L E F PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 N MICHIGAN AVE APT 2301
CHICAGO, IL 60611

L FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 SWEET WILLOW LN
LAS VEGAS, NV 89135

L FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
58 TALL RUFF DR
LAS VEGAS, NV 89148

L FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6677 KEYESPORT CT
LAS VEGAS, NV 89148

L FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

**The Rhodes Companies, LLC - U.S. Mail**                                                              Served 9/28/2009

L FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
903 E ROUTE 66 STE D
GLENDORA, CA 91740

L N S SERVICE
L & S MECHANICAL
290 SUNPAC AVE
HENDERSON, NV 89015

L.T.R.D. CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3531 E RUSSELL ROAD STE G
LAS VEGAS NV 89120

L.V. CHAMBER OF COMMERCE
LANA WOODWARD
3720 HOWARD HUGHES PARKWAY
LAS VEGAS NV  89109-0937

L.V. REVIEW JOURNAL
P.O. BOX 920
LAS VEGAS, NV  89125-0920

LA COUNTY COURT TRUSTEE
P.O. BOX 513544
LOS ANGELES, CA 90051

LA COUNTY COURT TRUSTEE
PO BOX 989126
W SACRAMENTO,CA 9598-9125

LA JOLLA PACIFIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9571 IRVINE CENTER DRIVE
IRVINE CA 92618

LA JOLLA PACIFIC OF ARIZONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9571 IRVINE CENTER DRIVE
IRVINE, CA 92618

LA JOLLA PACIFIC OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9571 IRVINE CENTER DRIVE
IRVINE, CA 92618

LA JOLLA PACIFIC OF NEVADA, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 GODDARD
IRVINE , CA  92618

LA MAISON T LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
433 HIDDEN HOLE DR
LAS VEGAS, NV 89148

LA MAISON T LLC
PO BOX 280
ATWOOD, CA 92811

LA QUINTA INN & SUITES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7101 CASCADE VALLEY COURT
LAS VEGAS NV 89128

LAB SAFETY SUPPLY,INC
P.O. BOX 5004
JANESVILLE WI 53547-5004

LABOR EXPRESS
P.O. BOX 15000
CHANDLER AZ 85244-5000

LABOR READY TEMPORARY SW
P.O. BOX 31001-0257
PASADENA CA 91110-0257

LABOR SYSTEMS
PO BOX 1205
CHANDLER AZ 85244-1205

LAE, MARK ANTHONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5315 SUN MEADOW CT
N LAS VEGAS, NV 89031

LAFRANCE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5829 AUSTIN ENGLISH ST
N LAS VEGAS, NV 89081

LAFRANCE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6755 PRAIRIE CLOVER ST
LAS VEGAS, NV 89148

LAGANA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 ALTURA VISTA
LOS GATOS, CA 95032

LAGANA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1137
LAS VEGAS, NV 89148

LAGUNA GEOSCIENCES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31655 COAST HWY A
LAGUNA BEACH, CA 92651-6979

LAGUNA GEOSCIENCES, INC.
ANNE MCGRAW
31655 SOUTH COAST HIGHWAY, SUITE A
LAGUNA BEACH, CA 92651

LAI & NANCY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9677 KAMPSVILLE AVE
LAS VEGAS, NV 89148

LAI KWOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 TAYMAN PARK AVE
LAS VEGAS, NV 89148

LAI KWOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA ST
SAN FRANCISCO, CA 94118

LAINA-MORALES;JONIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1321 KARILEE CT. # A
LAS VEGAS, NV 89146

LAISURE COONEY OUTDOOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1302 WEST CAMELBACK ROAD
PHOENIX AZ 85013

LAIZURE, GARY R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8204 AYLESBURY AVE
LAS VEGAS, NV 89129

LAKE & COBB PLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10429 S. 51ST ST.
SUITE 215
PHOENIX AZ 85044

LAKE RIDGE REALTY
CHERYL WILLIAMS
P. O. BOX 21885
BULLHEAD CITY AZ 86439

LAKIN, BARBARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2330 CRESTVIEW DR
LAGUNA BEACH, CA 92651-3473

LALLEY;JEFFREY P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
650 S. TOWNCENTER DR., #2120
LAS VEGAS, NV 89144

LAMAR COMPANIES
MONICA
PO BOX 96030
BATON ROUGE LA 70896

LAMAR COMPANIES
PO BOX 96030
BATON ROUGE, LA 70896

LAMAR, ROXANNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2114 KALMIA CT
OXNARD, CA 93030

LAMAS-A.;ANSELMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3856 BLUE WAVE DR.
LAS VEGAS, NV 89115

LAMAS-DELGADO,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 BONANZA #2074
LAS VEGAS, NV 89110

LAMB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

LAMB FAMILY
PO BOX 558
DUBOIS, WY 82513

LAMBERT KRISTEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3732 ORO WAY
BULLHEAD CITY, AZ 86442-8018

LAMBERT, KRISTEN G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3434 MINERAL PARK DR.
BULLHEAD CITY, AZ 86442

LAMPS PLUS CENTENNIAL
ATTN: ACCOUNTS RECEIVABLE
20250 PLUMMER STREET
CHATSWORTH, CA 91311

LAMPS PLUS CENTENNIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
#20250 PLUMMER ST.
CHATSWORTH, CA 91311

LAMPS PLUS CENTENNIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20250 PLUMMER STREET
CHATSWORTH, CA  91311

LAMPS PLUS CENTENNIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6340 S. SANDHILL RD. # 2
LAS VEGAS , NV  89120

LAMPS PLUS CENTENNIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6340 S. SANDHILL RD., STE. 6
LAS VEGAS, NV 89120

LAMPS PLUS CENTENNIAL
GAIL FORMAN/6340 S.SANDHILL RD
ATTN: ACCOUNTS RECEIVABLE
20250 PLUMMER STREET
CHATSWORTH CA 91311

LANCE MILLAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
481 VIA PALERMO DR
HENDERSON, NV 89011

LAND AMERICA ACCOUNT SERVICING
POST OFFICE BOX 2986
PHOENIX AZ 85062

LAND TITLE OF NEVADA
SUSAN COLEMAN
P.O. BOX 26239
LAS VEGAS NV 89126

LANDACO LANDSCAPING & GRADING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4660 S. POLARIS
LAS VEGAS, NV 89103

LANDAMERICA TRANSNATION TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 N STOCKTON HILL RD STE 108
KINGMAN, AZ 86401-4140

LANDISCOR AERIAL INFORMATION
JOHN LLOYD
P. O BOX 98309
PHOENIX AZ 85038-8309

LANDMARK BOOKS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 CLOVERFIELD BOULEVARD
2ND FLOOR, SOUTH TOWER
SANTA MONICA CA 90404

LANDMARK CDO LIMITED
JOHN D'ANGELO
6 LANMARK SQUARE
STAMFORD CT

LANDON SCHECHTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 VOLTAIRE AVE
HENDERSON, NV 89002

LANDSCAPE SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 W MAYFLOWER AVE
N LAS VEGAS, NV 89030

LANDSCAPES UNLIMITED, LLC
SOUTHWEST REGIONAL OFFICE
8145 EAST EVANS RD. STE 7
SCOTTSDALE AZ 85260

LANDSLIDE STRATEGIC MEDIA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8408 E. REDWING ROAD
SCOTTSDALE AZ 85250

LANE FURNITURE IND., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5380 HWY 145
P.O. BOX 1627
TUPELO MS 38802

LANGFORD CRANE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6130 W. TROPICANA
PMB # 218
LAS VEGAS, NV 89103

LANGUAGE LEARNING ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2654 VALLEY AVE.
SUITE J
WINCHESTER VA 22601

LANI B. MISALUCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 MOUNTAIN DEN AVENUE
LAS VEGAS NV 89179

The Rhodes Companies, LLC - U.S. Mail

LANIER, LAURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7615 E HORESHOE LN APT B
PRESCOTT VLY, AZ 86314-3373

LANIER, LAURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8780 W NEVSO DR
LAS VEGAS, NV 89147

LANVIN SINGTALAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

LAPADURA,CHRISTOPHER LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2478 E. JOHN CABOT RD.
PHOENIX, AZ 85032

LAPTOP CITY ONLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1391 N. MILITARY TRAIL
WEST PALM BEACH FL 33409

LAQUITTER DRUMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
359 TRAILING PUTT WAY
LAS VEGAS, NV 89148

LARA, JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1589 PASTURE LANE
LAS VEGAS, NV 89110

LARA, LORENZO EUFRACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1255 RAWHIDE ST #1
LAS VEGAS, NV 89119

LARRY & CHERYL MAYORGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
495 CENTER GREEN DR
LAS VEGAS, NV 89148

LARRY & CHERYL MAYORGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 EVENING DEW DR
LAS VEGAS, NV 89110

LARRY & ELAINE SKINNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

LARRY & ELAINE SKINNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
910 HALIBURTON RD
EDMONTON AB T6R
CANADA

LARRY & MELY IDANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 BROKEN PAR DR
LAS VEGAS, NV 89148

LARRY & REGINA BEAULAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4725 ASHINGTON ST
LAS VEGAS, NV 89147

LARRY & SHAWNTEL MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
785 WIGAN PIER DR
HENDERSON, NV 89002

LARRY AND ARDIS LEAVITT
C/O ERIC RANSAVAGE
7400 BRITTLEHORNE AVE.
LAS VEGAS, NV 89131

LARRY BLACKWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3987 TOPAWA DRIVE
LAS VEGAS NV 89103

LARRY CASTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 MONTEREY DR
OCEANSIDE, CA 92058

LARRY D. NOLAN
DECEASED

LARRY D. NOLAN
HC 37, BOX 2087
DOLAN SPRINGS AZ 86441

LARRY ERRTHUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11243 FIEFOLE
LAS VEGAS NV 89141

LARRY FITCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

LARRY GURGANUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1441 FOOTHILLS VILLAGE DR
HENDERSON, NV 89012

LARRY GURGANUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 CART CROSSING WAY
LAS VEGAS, NV 89148

LARRY HOLMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 ROSEMARY LN
LAS VEGAS, NV 89107

LARRY HOLMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

LARRY IVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

LARRY MCGOVERN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1146 OLIVIA PKWY
HENDERSON, NV 89011

LARRY MCGOVERN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 FRAGRANT ORCHARD ST
HENDERSON, NV 89015

LARRY MICHAELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

LARRY SIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1008 KANAVI WAY
IVINS UT 84738

LARRY STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9766 MARCELLINE AVE
LAS VEGAS, NV 89148

LARRY'S TOWING & TRANSPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6800 W. GARY AVE
LAS VEGAS NV 89139

The Rhodes Companies, LLC - U.S. Mail

LARSON & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4058  DEAN MARTIN DRIVE
LAS VEGAS, NV 89103

LARSON & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4058 S. INDUSTRIAL ROAD
LAS VEGAS NV 89103

LARSON & STEPHENS
ATTORNEYS AT LAW
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101

LARSON & STEPHENS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
810 S CASINO CENTER BLVD
LAS VEGAS, NV 89101

LARTRELL REDMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6711 SURFBIRD ST
N LAS VEGAS, NV 89084

LARTRELL REDMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1014
LAS VEGAS, NV 89148

LAS CONSULTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
856 E. SAHARA #201
LAS VEGAS NV 89104

LAS VEAGAS CUSTOMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4851 W HACIENDA AVE ATE 1
LAS VEGAS, NV 89118-1557

LAS VEGAS ART MUSEUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9600 WEST SAHARA
LAS VEGAS, NV 89117

LAS VEGAS AUTHORITY
ATTN: PAT O'HARA
10325 NU-WAV BLVD.
LAS VEGAS, NV  89124

LAS VEGAS BILLBOARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5665 S. VALLEY VIEW BLVD#4
LAS VEGAS NV 89119

LAS VEGAS BILLBOARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5665 S. VALLEY VIEW DR.
LAS VEGAS , NV  89118

LAS VEGAS BRIDE MAGAZINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3320 N. BUFFALO
SUITE 102
LAS VEGAS, NV  89129

LAS VEGAS CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3720 HOWARD HUGHES PARKWAY
LAS VEGAS, NV  89109

LAS VEGAS CLARK COUNTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
833 LAS VEGAS BLVD NORTH 4TH FLOO
LAS VEGAS, NV 89101

LAS VEGAS COLOR GRAPHICS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4265 W SUNSET ROAD
LAS VEGAS, NV 89118

LAS VEGAS CUSTOMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4851 W HACIENDA AVE STE 1
LAS VEGAS, NV 89118-1557

LAS VEGAS DVD TRANSFER CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6732 W. OAK VALLEY DR.
LAS VEGAS,  NV  89103

LAS VEGAS GOLF ADVENTURES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5524 SOUTH FORT APACHE ROAD
SUITE 110
LAS VEGAS, NV  89148

LAS VEGAS GOLF ATHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 ANTHEM VILLAGE DR #E-240
HENDERSON, NV 89052

LAS VEGAS GOLF AUTHORITY
ATTN: PAT O'HARA
10325 NU-WAV KAIV BLVD.
LAS VEGAS, NV  89124

LAS VEGAS GOLF.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 ANTHEM VILLAGE DRIVE
SUITE E-240
HENDERSON, NV  89052

LAS VEGAS GOLF.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 ANTHEM VILLAGE DRIVE
SUITE W-240
HENDERSON,, NV  89052

LAS VEGAS JUSTICE COURT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 LEWIS AVENUE
LAS VEGAS, NV 89155

LAS VEGAS LIFE, LLC
A GREENSPUN MEDIA GROUP PUB.
2290 CORPORATE CIRCLE, SUITE 250
HENDERSON NV  89074

LAS VEGAS LIMOUSINES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5010 SO. VALLEY VIEW BLVD.
LAS VEGAS, NV  89118

LAS VEGAS MAGAZINE
SHOWBIZ WEEKLY, INC.
2290 CORPORATE CIRCLE SUITE 250
HENDERSON NV  89074

LAS VEGAS MUNICIPAL COURT
P. O. BOX 9855
LAS VEGAS NV 89193

LAS VEGAS NV 51'S BASEBALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
850 LAS VEGAS BLVD. NORTH
LAS VEGAS NV 89101

LAS VEGAS NV ART MUSEUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9600 WEST SAHARA
LAS VEGAS NV 89117

LAS VEGAS NV CHAMBER OF COMMERCE
ATTN: SALES DEPARTMENT
3720 HOWARD HUGHES PARKWAY
LAS VEGAS NV 89109-0937

LAS VEGAS NV CHINESE DAILY NEWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4215 SPRING MOUNTAIN ROAD
SUITE B-208A
LAS VEGAS NV 89102

LAS VEGAS NV CLARK COUNTY
LIBRARY DISTRICT
833 LAS VEGAS NV BLVD NORTH 4TH FLOO
LAS VEGAS NV 89101

The Rhodes Companies, LLC - U.S. Mail

LAS VEGAS NV COLOR GRAPHICS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4265 W SUNSET ROAD
LAS VEGAS NV 89118

LAS VEGAS NV DVD TRANSFER CO.
RENS SWANN
6732 W. OAK VALLEY DR.
LAS VEGAS NV 89103

LAS VEGAS NV ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3305 MEADE AVENUE
LAS VEGAS NV  89102

LAS VEGAS NV ENTERTAINMENT
PRODUCTIONS
4990 PARADISE RD.,STE 103
LAS VEGAS NV 89119

LAS VEGAS NV JUSTICE COURT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 LEWIS AVENUE
LAS VEGAS NV 89155

LAS VEGAS NV NEUROSURGERY
ORTHOPAEDICS & REHABILIATION
501 S. RANCHO DR. I-67
LAS VEGAS NV 89106

LAS VEGAS NV OFFICE FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7370 S. INDUSTRIAL ROAD STE 405
LAS VEGAS NV 89139

LAS VEGAS NV REPROGRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5329 S. CAMERON
SUITE 112
LAS VEGAS NV 89118

LAS VEGAS NV SHED COMPANY
P.O. BOX 36790
LAS VEGAS NV 89133-6790

LAS VEGAS NV SOUTHWEST ROTARY CLU
PO BOX 70126
UNIVERSITY STATION
LAS VEGAS NV 89170-0126

LAS VEGAS NV STILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
# 8 RED FAWN COURT
HENDERSON NV 89074

LAS VEGAS NV UNDERGROUND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5790 WYNN ROAD SUITE 2
LAS VEGAS NV 89118

LAS VEGAS NV VALLEY WATER D
CUSTOMER SERVICE
1001 SOUTH VALLEY VIEW BLVD
ATTN:REMITTANCE PROCESSING
LAS VEGAS NV 89153

LAS VEGAS PARTY TENTS & RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4695 NEVSO AVE.
LAS VEGAS, NV  89103

LAS VEGAS PAVING CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4420 SOUTH DECATUR BLVD.
LAS VEGAS, NV 89103-5803

LAS VEGAS PUBLICATIONS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8689 W. SAHARA AVE
SUITE 260
LAS VEGAS NV 89117

LAS VEGAS REVIEW JOURNAL
P.O. BOX 70
LAS VEGAS NV 89125

LAS VEGAS REVIEW JOURNAL
PO BOX 920
LAS VEGAS, NV 89125-0920

LAS VEGAS REVIEW-JOURNAL
CREDIT OFFICE
P.O. BOX 70
LAS VEGAS, NV  89125-0070

LAS VEGAS REVIEW-JOURNAL
P.O. BOX 920
LAS VEGAS, NV 89125-0920

LAS VEGAS STILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
# 8 RED FAWN COURT
HENDERSON, NV 89074

LAS VEGAS SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3250 W. HARMON AVE
LAS VEGAS, NV  89103

LAS VEGAS TOILET RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2069 N. CHRISTY LANE
LAS VEGAS NV 89156

LAS VEGAS TOWEL
PO BOX 94946
LAS VEGAS, NV  89193-4946

LAS VEGAS TOWNSHIP COURT 128
REFERENCE CITATION #421906

LAS VEGAS VALLEY WATER D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 SOUTH VALLEY VIEW BLVD
ATTN:REMITTANCE PROCESSING
LAS VEGAS, NV 89153

LASER PRINTER SPECIALIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4625 WYNN ROAD  #104
LAS VEGAS NV 89103

LASER WORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1517 W. OAKEY BLVD.
LAS VEGAS NV 89102

LASLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5116 ROLLING FAIRWAY DR
VALRICO, FL 33596

LASLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1029
LAS VEGAS, NV 89148

LASTING IMPRESSIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7777 HAUCK STREET
LAS VEGAS NV 89139

LASVEGAS.COM
MONICA PETERSON
1111 W. BONANZA ROAD
LAS VEGAS NV 89125-0070

LATHAM & WATKINS LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
633 WEST FIFTH STREET
SUITE 4000
LOS ANGELES CA 90071-2007

The Rhodes Companies, LLC - U.S. Mail

LATITUDE CLO I
CHARLES STRAUSE
1850 GATEWAY DRIVE  SUITE 650
SAN MATEO, CA, 94404

LAUANA & ALBERT HART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8572 WHITESAILS CIR
HUNTINGTON BEACH, CA 92646

LAUANA & ALBERT HART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
953 VIA STELLATO ST
HENDERSON, NV 89011

LAURA BAILEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10245 SO. MARYLAND PKWY #237
LAS VEGAS , NV  89183

LAURA BIRHOLTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2801 S VALLEY VIEW BLVD STE 10
LAS VEGAS, NV 89102

LAURA BIRHOLTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6860 ROSE MALLOW ST
LAS VEGAS, NV 89148

LAURA BUSCAGLIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1049
LAS VEGAS, NV 89148

LAURA D`AMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
785 TELFER LN
HENDERSON, NV 89002

LAURA ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9703 DIETERICH AVE
LAS VEGAS, NV 89148

LAURA HOLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6790 GOLD YARROW ST
LAS VEGAS, NV 89148

LAURA JEBE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4618 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

LAURA ROMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

LAURA TOLENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2094
LAS VEGAS, NV 89148

LAURA VALLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
347 TRAILING PUTT WAY
LAS VEGAS, NV 89148

LAURA VALLENARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1055 VIA SAN GALLO CT
HENDERSON, NV 89011

LAURA YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
326 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

LAUREANO & MARIA NATIVIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19431 TRENTHAM AVE
CERRITOS, CA 90703

LAUREANO & MARIA NATIVIDAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 SULLY CREEK CT
LAS VEGAS, NV 89148

LAUREEN STEVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9261 DAMES ROCKET PL
LAS VEGAS, NV 89148

LAUREN & ADRIENNE FINLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3254 W CANYON AVE
SAN DIEGO, CA 92123

LAUREN & ADRIENNE FINLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

LAURENCE & VICTORIA BROCATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1405 SAINTSBURY DR
LAS VEGAS, NV 89144

LAURENCE & VICTORIA BROCATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

LAURIE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 MALONEY CT
SUISUN CITY, CA 94585

LAURIE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6855 BABY JADE CT
LAS VEGAS, NV 89148

LAURIE PAQUETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 WATERTON LAKES AVE
LAS VEGAS, NV 89148

LAURIENTI; BARBARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8490 LAMBART DRIVE
LAS VEGAS, NV 89147

LAVELLE & JOHNSON, P.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PKWY STE 400
LAS VEGAS, NV 89169-5993

LAVELLE & JOHNSON, P.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8831 W. SAHARA
LAS VEGAS, NV 89117

LAVELLE JOHNSON PC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3993 HOWARD HUGHES PKWY STE 400
LAS VEGAS, NV 89169-5993

LAVIN,WILLIAM M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7608 TWISTED PINE AVE
NORTH LAS VEGAS, NV 89131

LAVITORIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 MANDALAY AVE
HERCULES, CA 94547

LAVITORIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 VIA FRANCIOSA DR
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail                                                                                    Served 9/28/2009

LAVONNE RITZEMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4225 DRY FORK RD
WHITES CREEK, TN 37189

LAVONNE RITZEMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

LAW OFFICES OF JONGWON YI, LLC
C/O JONGWON YI, ESQ.
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 94101

LAW OFFICES OF RAWLINGS, OLSON, CANNON, GROM
C/O DANA J. NITZ, ESQ.
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129

LAWRENCE & AIDA LIPTAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1126
LAS VEGAS, NV 89148

LAWRENCE & KIM GRACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22192 CRANE ST
LAKE FOREST, CA 92630

LAWRENCE & KIM GRACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

LAWRENCE & SANDRA CASOVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
110 WESER CLOSE
EDMONTON AB T6M2
CANADA

LAWRENCE & SANDRA CASOVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
218 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LAWRENCE & SIBEL HOUCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
146 DOG LEG DR
LAS VEGAS, NV 89148

LAWRENCE & SIBEL HOUCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2176 LUAU CT
HENDERSON, NV 89074

LAWRENCE STRZELECKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 COOKS CREEK CT
LAS VEGAS, NV 89148

LAWRENCE STRZELECKI
PO BOX 370694
MILWAUKEE, WI 53237

LAWRENCE WLEZIEN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30131 TOWN CENTER DRIVE
SUITE 268
LAGUNA NIGUEL CA 92677-2082

LAWRIE & SARON WRIGHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1034 VIA SANGUINELLA ST
HENDERSON, NV 89011

LAWSON PRODUCTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2689 PAYSPHERE CIRCLE
CHICAGO, IL 60674

LAWSON, PERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
570 COUNTRY APPLE AVE
LAS VEGAS, NV 89183

LAWTON, CAMERON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6300 WEST TROPICANA #101
LAS VEGAS, NV 89103

LAYMAN IV JOHN P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3728 WHITE PLAINS DR
LAS VEGAS, NV 89129-6582

LAYMAN SR.,JOHN P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8512 LYNHURST DR.
LAS VEGAS, NV 89134

LAYMAN, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3728 WHITE PLAINS DR
LAS VEGAS, NV 89129-6582

LAYMAN, JOHN P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3728 WHITE PLAINS DR
LAS VEGAS, NV 89129-6582

LAYMAN,DANIEL JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5034 SWIFT RIVER CT
NORTH LAS VEGAS, NV 89031

LAYNE CHRISTENSEN CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5916 PAYSPHERE CIRCLE
CHICAGO, IL  60674

LAYNE CHRISTENSEN COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12030 E. RIGGS ROAD
CHANDLER AZ 85249-3701

LAYNE CHRISTENSEN COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5916 PAYSPHERE CIRCLE
CHICAGO, IL  60674

LAYTON TECHNOLOGY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3710 CORPOREX PARK DR STE 100
ONE TAMPA CITY CENTER
SUITE 2500
TAMPA FL 33602

LAYVA GASPAR;AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDI LANE
LAS VEGAS, NV 89115

LAZARO HERNANDEZ,WILFRIDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 MACFAR LN
LAS VEGAS, NV 89101

LAZARO SERRANO,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN # 1051
LAS VEGAS, NV 89103

LAZARO,IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
404 LEONARD
LAS VEGAS, NV 89106

LAZARO;ERNESTO RAYMUNDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE
LAS VEGAS, NV 89115

LB FURNITURE INDUSTRIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
99 SOUTH THIRD STREET
HUDSON, NY 12534

LCSC SELLER FINANCE
OFFICE
COLLECTION ACCOUNT
3637 SENTARA WAY, STE 303
VIRGINIA BEACH VA 23452

LEACH, JOHNSON, SONG & GRUCHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5495 S. RAINBOW BLVD. #202
LAS VEGAS NV 89118

LEAH GREGORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7195 ISLAND OAK AVE
LAS VEGAS, NV 89113

LEAH GREGORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2067
LAS VEGAS, NV 89148

LEAL, CRYSTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
326 AZURE AVE
LAS VEGAS, NV 89031

LEAL, ISMAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 E. BONANZA RD. #144
LAS VEGAS, NV 89110

LEANDRO & SHARON GALAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 PUNTO VALLATA DR
HENDERSON, NV 89011

LEAR & LEAR LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
808 E SOUTH TEMPLE
SALT LAKE CTY, UT  84102-1305

LEAR & LEAR LLP LAW OFFICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 S.MAIN STE 2200
808 E. SOUTH TEMPLE
SALT LAKE CITY UT 84102

LEAR & LEAR LLP LAW OFFICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 SOUTH MAIN SUITE 2200
WELLS FARGO CENTER
SALT LAKE CITY, UT 84111

LEAR & LEAR LLP LAW OFFICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
808 E SOUTH TEMPLE
SALT LAKE CTY, UT 84102-1305

LEARNING ASSESSMENT PARTNERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1325 AIRMOTIVE WAY
SUITE #160
RENO NV 89502

LEARNING FOR LIFE
ATTN: SPONSORSHIPS
7220 SOUTH PARADISE ROAD
LAS VEGAS NV 89119

LEBOEUF;CY JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2364 MC VICAR
KINGMAN, AZ 86401

LECLAIRRYAN,A PROFESSIONAL CRP
RIVERFRONT PLAZA, EAST TOWER
951 E. BRYD STREET - EIGHTH FLOOR
RICHMOND VA 23219

LEDESMA HERNANDEZ,RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2030 MCCARRAN ST. # 3
NORTH LAS VEGAS, NV 89030

LEDEZMA VERA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2512 HIGH TREE ST
N LAS VEGAS, NV 89030

LEDEZMA, ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 N. LAMB APT. 125
LAS VEGAS, NV 89110

LEE & NE JEONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 DOG LEG DR
LAS VEGAS, NV 89148

LEE & RUSSELL
ATTORNEYS AT LAW
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128

LEE & RUSSELL CLIENT TRUST ACC
TAX ID # 06-1663241
7575 VEGAS DRIVE, STE 150
LAS VEGAS NV 89128

LEE & RUSSELL, APC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7575 VEGAS DRIVE
SUITE 150
LAS VEGAS NV 89128

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 SANDY BUNKER LN
LAS VEGAS, NV 89148

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
279 BROKEN PAR DR
LAS VEGAS, NV 89148

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2924 COPPER BEACH CT
LAS VEGAS, NV 89117

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
296 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 SANDY BUNKER LN
LAS VEGAS, NV 89148

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 SANDY BUNKER LN
LAS VEGAS, NV 89148

LEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
877 DARIEN WAY
SAN FRANCISCO, CA 94127

LEE GRISSOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14556 NEWPORT AVE UNIT 2
TUSTIN, CA 92780

LEE GRISSOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

LEE JOFA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 CENTRAL AVENUE SOUTH
BETHPAGE NY 11714

LEE LAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310 FALCONS FIRE AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

LEE LAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6480 SPRING MOUNTAIN RD STE 2
LAS VEGAS, NV 89146

LEE MARKHOLT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
130 WATER HAZARD LN
LAS VEGAS, NV 89148

LEE MARKHOLT
PO BOX 1225
EATONVILLE, WA 98328

LEE MITCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6345 BELGIUM DR
LAS VEGAS, NV 89122

LEE MITCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WAYFAIRE
RANCHO SANTA MARGARITA, CA 92688

LEE NEVADA TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 PUNTO VALLATA DR
HENDERSON, NV 89011

LEE O'BRIEN
C/O ERIC RANSAVAGE
7541 CEDAR GULF AVE.
LAS VEGAS, NV 89131

LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BL
ATTN: NATASHA L. BROOKS
7575 VEGAS DRIVE #150
LAS VEGAS, NV 89128

LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO &
C/O DAVID LEE, ESQ.
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128

LEE,HERNANDEZ,KELSEY,BROOKS
GAROFALO, & BLAKE
7575 VEGAS DRIVE #150
LAS VEGAS NV 89128

LEEANN STEWART-SCHENCKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9702 VALMEYER AVE
LAS VEGAS, NV 89148

LEEGIN CREATIVE
PO BOX 406
LA PUENTE, CA 91747

LEEGIN CREATIVE LEATHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14022 NELSON AVE.
CITY OF INDUSTRY, CA 91746

LEE-HONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 HAZELMERE LN
LAS VEGAS, NV 89148

LEEPER'S STAIR PRODUCTS
P.O. BOX 17098
LONG BEACH, CA 90807

LEGACY CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4339 NO. RANCHO RD.
LAS VEGAS NV 89

LEGACY HOMES REALTY INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3796 EMERCY CT
CONCORD, CA 94518-1745

LEGACY HOMES REALTY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 SAN PABLO AVE
SUITE B-5
HERCULES CA 94547

LEGAL DOCUMENT SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
710 SOUTH 8TH STREET
LAS VEGAS NV 89101

LEGAL EASE OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 NORTH BUFFALO DRIVE, SUITE C
LAS VEGAS NV 89145

LEGEND RANCH POA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1834 HIGHWAY 95
BULLHEAD CITY AZ 86442

LEGEND WINDOWS FOR THE WEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8050 S. ARVILLE, #101
LAS VEGAS NV 89139

LEGGIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4781 ESSEN CT
LAS VEGAS, NV 89147

LEGGIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 LA SEYNE PL
SAN JOSE, CA 95138

LEGRO, SHANNON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8440 S. LAS VEGAS BLVD #6247
LAS VEGAS, NV 89123

LEHMAN COMMERCIAL PAPER INC.
BRADLEY SWEENEY
745 SEVENTH AVENUE
NEW YORK NY 10019

LEHMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4648 MUNICH CT
LAS VEGAS, NV 89147

LEI, JOSHUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9314 CIDER SPRINGS CT
LAS VEGAS, NV 89148

LEIBOWITZ SHUMAKER BERGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
& RUBENS LLP
201 NORTH CIVIC DRIVE, SUITE 180
WALNUT CREEK CA 94596-8226

LEIGH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 FALCONS FIRE AVE
LAS VEGAS, NV 89148

LEIGH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA ST
SAN FRANCISCO, CA 94118

LEILANI MARCELINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6823 ROSE MALLOW ST
LAS VEGAS, NV 89148

LEITER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 BRITTLETHORNE AVE
LAS VEGAS, NV 89131

The Rhodes Companies, LLC - U.S. Mail

LEMELIN;BARBARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
763 HERITAGE VISTA AVE
HENDERSON, NV 89015

LEMOINE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7310 RED CINDER ST
LAS VEGAS, NV 89131

LEMUS ESCOBAR,RUTILIO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2905 JAMESTOWN WAY
LAS VEGAS, NV 89102

LEMUS MEJIA,JOSE G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2905 JAMESTOWN WAY
LAS VEGAS, NV 89102

LEMUS,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1740 BRECKENWOOD CT # 3
LAS VEGAS, NV 89115

LEMUS,PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2905 JAMESTOWN WAY
LAS VEGAS, NV 89102

LENA ISTED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1132 VIA CANALE DR
HENDERSON, NV 89011

LENDING TEAM MORTGAGE
SANNY LAM
3000 ALEMANY BLVD
SAN FRANCISCO CA 94112

LENELL PATRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 HORNBLOWER AVE
LAS VEGAS, NV 89131

LENIN & YANETH RODAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

LEO CORSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6416 GUNDERSON BLVD
LAS VEGAS, NV 89103

LEO MAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

LEON DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1313 SPRING MEADOW LN
CONCORD, CA 94521

LEON DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
255 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LEON HO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7209 COTTONSPARROW ST
LAS VEGAS, NV 89131

LEON NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
955 VIA CANALE DR
HENDERSON, NV 89011

LEON PENA,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3704 HADDOCK AVE
NORTH LAS VEGAS, NV 89030

LEONARD & BETSY RHODES
LIVING TRUST
3024 HIGHLAND FALLS
LAS VEGAS NV 89134

LEONARD & SHIRLEY MANGALINDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11555 ALLEN
TUSTIN, CA 92782

LEONARD & SHIRLEY MANGALINDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

LEONARD MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 WICKED WEDGE WAY
LAS VEGAS, NV 89148

LEONARD MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4892 STAVANGER LN
LAS VEGAS, NV 89147

LEONARD RASHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 SANDY BUNKER LN
LAS VEGAS, NV 89148

LEONARD RASHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20262 VIA CELLINI
PORTER RANCH CA 91326

LEONARD SCHROADER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

LEONARD URSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LEONARD, DICKER & SCHREIBER, LLP
C/O MICHAEL ROGERS, ESQ.
9430 OLYMPIC BOULEVARD #400
BEVERLY HILLS, CA 90212-4519

LEONARD,JEFFERY MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8141 HYDRA LANE
LAS VEGAS, NV 89128

LEONARDO KATIGBAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3326 HILLSIDE GARDEN DR
LAS VEGAS, NV 89135

LEONARDO KATIGBAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

LEON-CARDENAS;MARCO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 DOCHES ST.
N LAS VEGAS, NV 89030

LEONEL & SANDRA TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
787 VORTEX AVE
HENDERSON, NV 89002

LEONEL HERNANDEZ-ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E CAREY AVE APT 1206
N LAS VEGAS, NV 89030-1810

The Rhodes Companies, LLC - U.S. Mail

LEONIDES & CAROLEN ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1012
LAS VEGAS, NV 89148

LEONIDES & CAROLEN ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
973 SEASCAPE CIR
RODEO, CA 94572

LEONISA & ARMANDO MARASIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
533 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

LEON-RODRIGUEZ;ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 DUCHES AVE
N LAS VEGAS, NV 89030

LEOPOLDO & ROSARIO FRAUSTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 TAYMAN PARK AVE
LAS VEGAS, NV 89148

LEOPOLDO M. ASUNCION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ANGELS TRACE COURT
LAS VEGAS NV 89148

LEOPOLD'S BAKERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10260 W. CHARLESTON BLVD.
SUITE 4
LAS VEGAS, NV 89135

LERNA WENDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 CHADWELL CT
HENDERSON NV 89074

LERNA WENDLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 BOOTSPUR DR
HENDERSON, NV 89012-2451

LERNIK MORADIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1640 IRVING AVE
GLENDALE, CA 91201

LERNIK MORADIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 315
LAS VEGAS, NV 89113

LEROY ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6420 E TROPICANA AVE #490
LAS VEGAS, NV 89122

LEROY'S ACE HARDWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 STOCKTON HILL RD
KINGMAN AZ 86401

LES & DEBBIE SCHWARTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
239 SPRING HOLLOW DR
LAS VEGAS, NV 89148

LES & DEBBIE SCHWARTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6212 39TH AVE
STETTLER AB T0C
CANADA

LESLIE & KEVIN ROWENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 PUNTO VALLATA DR
HENDERSON, NV 89011

LESLIE & LESLIE BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 SEA RIM AVE
LAS VEGAS, NV 89148

LESLIE & MARIA ACKERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10102 GISH AVE
TUJUNGA, CA 91042

LESLIE & MARIA ACKERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1082
LAS VEGAS, NV 89148

LESLIE & MICHELLE LEVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 HARPERS FERRY AVE
LAS VEGAS, NV 89148

LESLIE & MICHELLE LEVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3765 PAMA LN
LAS VEGAS, NV 89120

LESLIE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8221 HARVEST SPRING PL
LAS VEGAS, NV 89143

LESLIE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9109 WATERMELON SEED AVE
LAS VEGAS, NV 89143

LESLIE BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 SEA RIM AVE
LAS VEGAS, NV 89148

LESLIE BROTHERTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

LESLIE HAEFELI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

LESLIE LACUESTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
578 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

LESLIE LACUESTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8603 EILEEN ST
SPRING VALLEY, CA 91977

LESLY & FERDINAND DEVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9308 BEARDED IRIS AVE
LAS VEGAS, NV 89148

LETICIA WATSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10-734 DABNEY DRIVE # 57
SAN DIEGO CA 92126

LETIZIA AD TEAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8010 W. SAHARA AVE.SUITE 260
LAS VEGAS NV 89117

LEUNG, MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10632 CHICKASAW CEDAR COURT
LAS VEGAS, NV 89129

LEVAUX FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 DOG LEG DR
LAS VEGAS, NV 89148

LEVAUX FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 TIE BREAKER CT
LAS VEGAS, NV 89148

LEVAUX FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

LEVENT YILMAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2056
LAS VEGAS, NV 89148

LEVERAGE COMMUNICATIONS
INC.
3111 SOUTH VALLEY VIEW    INC
# E108
LAS VEGAS NV 89102

LEVIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4565 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

LEVIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4571 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

LEVITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 S. MARTIN LUTHER KING BLVD.
LAS VEGAS NV 89106-4340

LEVON STEPHANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
210 CROOKED PINE DR
LAS VEGAS, NV 89148

LEVON STEPHANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 BRUSHY CREEK AVE
LAS VEGAS, NV 89148

LEWEY, GARY L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8820 JEWEL RIDGE AVE
LAS VEGAS, NV 89148

LEWIS BRISBOIS BISGARRD & SMITH, LLP
C/O JANICE BROWN, ESQ.
400 SOUTH 4TH STREET
LAS VEGAS, NV 89101

LEWIS M ETCOFF, PH.D., P.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8475 S. EASTERN
SUITE 205
LAS VEGAS NV 89123

LEXINGTON INSURANCE COMPANY
COUNSEL, LEGAL DEPARTMENT
200 STATE STREET
BOSTON, MA  02109

LEXON INSURANCE COMPANY
BOND SAFEGUARD INSURANCE COMPANY
1919 S. HIGHLAND DR. BLDG. A
SUITE 300
LOMBARD, IL 60148

LEXON/BOND SAFEGUARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 S. HIGHLAND DRIVE, BUILDING A
LOMBARD , IL  60148

LEY, FERNANDO R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5747 ALLEGRO AVE
LAS VEGAS, NV 89110

LEYDECKER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

LEYDECKER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 216
LAS VEGAS, NV 89113

LEYDECKER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

LEY-MONTOYA, RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 PAGE ST
LAS VEGAS, NV 89110

LEYVA GASPAR,AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDI LANE
LAS VEGAS, NV 89115

LEYVA SERRANO;ANDREW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2240 BASSLER # 1
N LAS VEGAS, NV 89030

LEZAMA;CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5155 W. TROPICANA # 2009
LAS VEGAS, NV 89103

LGS ARCHITECTS-NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2444 DUPONT DRIVE
IRVINE CA 92612

LI LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 PALM TRACE AVE
LAS VEGAS, NV 89148

LI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 RANCHO MARIA ST
LAS VEGAS, NV 89148

LI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 HARPERS FERRY AVE
LAS VEGAS, NV 89148

LI TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9660 KAMPSVILLE AVE
LAS VEGAS, NV 89148

LI TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9787 MAPLE SUGAR LEAF PL
LAS VEGAS, NV 89148

LI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
109 STANDING STONE ST
LAS VEGAS, NV 89148

LI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4940 EARL GROS AVE #1
BATON ROUGHE, LA 70820

LIAN LIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

LIANGCAI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2172 DE NARVIK DR
HENDERSON, NV 89044

**The Rhodes Companies, LLC - U.S. Mail**

LIANGCAI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 DAISY SPRINGS CT
LAS VEGAS, NV 89148

LIANNE SHIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 TRAILING PUTT WAY
LAS VEGAS, NV 89148

LIANNE SHIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 ANGELS TRACE CT
LAS VEGAS, NV 89148

LIAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 TAYMAN PARK AVE
LAS VEGAS, NV 89148

LIBBY W. RAYNES FAMILY TRUST
C/O PREMIER TRUST OF NEVADA
2700 WEST SAHARA AVE STE 300
LAS VEGAS NV 89102

LIBERTY CUTTING & CORING
HCR 33 BOX 41
LAS VEGAS NV 89124

LIBERTY FIRE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1306 WEST CRAIG RD.
SUITE E, #155
N. LAS VEGAS NV 89032

LIBERTY FLAG & SPECIALTY CO.
P. O. BOX 398
REEDSBURG WI 53959-0398

LIBERTY HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 LIBERTY HEIGHTS AVE.
HENDERSON NV  89052

LIBERTY REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2451 S. BUFFALO DR
LAS VEGAS NV 89117

LIED ANIMAL SHELTER
KARA KIDWELL
655 NORTH MOJAVE ROAD
LAS VEGAS NV 89101-2401

LIED DISCOVERY CHILDREN'S
MUSEUM
833 LAS VEGAS NV BOULEVARD NORTH
LAS VEGAS NV 89101

LIEN LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 116
LAS VEGAS, NV 89113

LIEN-THI DUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3000 HIGH VIEW DR.
HENDERSON NV  89014

LIERA;JEFFREY G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2851 S. DECATUR BLVD. # 145
LAS VEGAS, NV 89102

LIGAYA PADLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37085 WALNUT ST APT C
NEWARK, CA 94560

LIGAYA PADLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
582 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

LIGHT, SHAWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7777 S. JONES BLVD. APT 1232
LAS VEGAS, NV 89139

LIJUN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9252 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

LILI CLAIRE FOUNDATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2800 28TH STREET, SUITE 160
SANTA MONICA CA 90405

LILI TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

LILIA NAVARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 BROKEN PAR DR
LAS VEGAS, NV 89148

LILIA NAVARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
893 TRAMWAY DR
MILPITAS, CA 95035

LILIBETH SIELER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
549 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

LILIYA ZLOTNIKOVA AND
AFROIM PSAVKO
12783 CALLE DE LOS ROSES
SAN DIEGO CA 92129

LILLIAN MELGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9070 RED SHORES WAY
LAS VEGAS, NV 89147

LILY & HOWARD CHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13717 BANNON DR
CERRITOS, CA 90703

LILY & HOWARD CHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 TALL RUFF DR
LAS VEGAS, NV 89148

LILY JACK
ASHLEY
MITCH ZERG & ASSOCIATES
31838 VILLAGE CENTER RD
WESTLAKE VILLAGE CA 91361

LILY JACK
MITCH ZERG & ASSOCIATES
31838 VILLAGE CENTER RD
WESTLAKE VILLAGE, CA 91361

LILY SY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4788 FRANKFURT CT
LAS VEGAS, NV 89147

LILY SY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
693 APPLAUSE PL
SAN JOSE, CA 95134

LILY TIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 WICKED WEDGE WAY
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

LILYA BEZINOVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 WATERTON LAKES AVE
LAS VEGAS, NV 89148

LILYA BEZINOVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8159 SANTA MONICA BLVD STE 201
WEST HOLLYWOOD, CA 90046

LIM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LIM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
391 CENTER GREEN DR
LAS VEGAS, NV 89148

LIM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 SUNSET BAY ST
LAS VEGAS, NV 89148

LIMON; MARIA D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3708 INTERNET AVENUE
NORTH LAS VEGAS, NV 89031

LIMON-RAMIREZ;VICENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30011 PAUL AVE
LAS VEGAS, NV 89106

LIN FAMILY
ATTN:BANKRUPTCY DESK/ MANAGING AGENT
377 PALM TRACE AVE
LAS VEGAS, NV 89148

LIN JIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6807 BABY JADE CT
LAS VEGAS, NV 89148

LIN JIN
PO BOX 31511
LAS VEGAS, NV 89173

LIN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 HARPERS FERRY AVE
LAS VEGAS, NV 89148

LINARES, ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1536 LA JOLLA AVENUE
LAS VEGAS, NV 89169

LINARES, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2004 EAST MESQUITE AVE
LAS VEGAS, NV 89101

LINARES-MATA, VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2004 EAST MESQUITE AVE
LAS VEGAS, NV 89101

LINCOLN,GUSTAFSON,CERCOS
C/O NICHOLAS B. SALERNO, ESQ.
CLIENT TRUST ACCOUNT
2300 WEST SAHARA, STE 300 BOX 2
LAS VEGAS NV 89102

LINCOLN,GUSTAFSON,CERCOS
CLIENT TRUST ACCOUNT
2300 WEST SAHARA, STE 300 BOX 2
LAS VEGAS, NV 89102

LINDA & CHRISTOPHER ROBERTSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

LINDA & LEE WEISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 TOSSA DE MAR AVE
HENDERSON, NV 89002

LINDA AYDELOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2155 WHITEWATER DR
BULLHEAD CITY, AZ 86442

LINDA AYDELOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
71 SUNSET BAY ST
LAS VEGAS, NV 89148

LINDA DIVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 PIUTE LANE
HENDERSON NV  89015

LINDA HONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

LINDA JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
106 SUNSET BAY ST
LAS VEGAS, NV 89148

LINDA JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

LINDA MATTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9137 RESEDA BLVD #91324
NORTHRIDGE, CA 91324

LINDA OYLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8227 HEATHER ROCK CT
LAS VEGAS, NV 89117

LINDA OYLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9278 ORCHID PANSY AVE
LAS VEGAS, NV 89148

LINDA PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7204 COTTONSPARROW ST
LAS VEGAS, NV 89131

LINDA SAENZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
644 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

LINDA SORENSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

LINDA WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6228 WINDFRESH DRIVE
LAS VEGAS NV 89148

LINDA WARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

LINDA WATKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

LINDA WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 CASCADE LAKE ST
LAS VEGAS, NV 89148

LINDA WOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9462 VERNEDA CT
LAS VEGAS, NV 89147

LINDAU & ASSOCIATES
PO BOX 371623
LAS VEGAS, NV 89137-1623

LINFIELD DESIGN ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2136 F RUTLAND DRIVE
AUSTIN TX 78758

LINJUN ZHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 CROOKED PUTTER DR
LAS VEGAS, NV 89148

LINJUN ZHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19782 GLEN BRAE DR
SARATOGA, CA 95070

LINJUN ZHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

LINO MEJIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2179
LAS VEGAS, NV 89148

LINTON, MILES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
508 DALE AVE    APT. #3
FLAGSTAFF, AZ 86001

LIONEL SAWYER & COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 BANK OF AMERICA PLAZA
300 S. FOURTH STREET
LAS VEGAS NV 89101

LIP & HGAI HOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 PALM TRACE AVE
LAS VEGAS, NV 89148

LISA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 VIA PRATO LN
HENDERSON, NV 89011

LISA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 IRVINE PL INVERURIE
ABERDEENSHIRE AB51
SCOTLAND

LISA DAVENPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN RD #1075
LAS VEGAS, NV 89103

LISA DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6060 ALLRED PL#103
HENDERSON NV  89011

LISA LARSEN
KELLER WILLIAMS REALTY
2230 CORPORATE CIRCLE STE 250
HENDERSON NV  89074

LISA LUNETTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 FULTON STREET
APT. 21G
NEW YORK NY 10038

LISA M. MUNOZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9414 BOULDER CREEK ST.
LAS VEGAS NV 89123

LISA MAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10049 CLAVERTON CT
LAS VEGAS, NV 89148

LISA MAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LISA MAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

LISA MORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7509 HORNBLOWER AVE
LAS VEGAS, NV 89131

LISA MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4501 CEDROS AVE APT 332
SHERMAN OAKS, CA 91403

LISA MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1098
LAS VEGAS, NV 89148

LISA POVILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

LISA RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
137 SHORT RUFF WAY
LAS VEGAS, NV 89148

LISA UREMOVICH-HILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
685 VORTEX AVE
HENDERSON, NV 89002

LISA YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 FRINGE RUFF DR
LAS VEGAS, NV 89148

LISA YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 FLORIDA AVE
PITTSBURGH, PA 15228

LITIG@TION DOCUMENT GROUP INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGES
SUITE 115
LAS VEGAS NV 89109

LITO & EVELYN CUARTERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 SUNDANCE DR
POMONA, CA 91766

LITO & EVELYN CUARTERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
74 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

LITTLE BAJA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3033 FORD AVE.
LAS VEGAS NV 89139

The Rhodes Companies, LLC - U.S. Mail

LITTLE JR.,WALDO M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3409 CARBURY CT
LAS VEGAS, NV 89129

LITTLER MENDELSON
P. O. BOX 45547
SAN FRANCISCO, CA 94145-0547

LITTON LOAN SERVICING LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 E JOHN CARPENTER FWY # 300
IRVING, TX 75062

LITTON LOAN SERVICING LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3920  HEATHER AVE
KINGMAN, AZ 86401

LITTON LOAN SERVICING LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 VIA PALERMO DR
HENDERSON, NV 89011

LIUCHU HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 CROOKED PUTTER DR
LAS VEGAS, NV 89148

LIVE LARGE PROMOTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2285 CORAL RIDGE DRIVE
HENDERSON NV  89052

LIVING WATER LAWN & GARDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8322 SUNSET HORIZON ST
LAS VEGAS, NV 89131

LIZA WOLFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 CROOKED TREE DR
LAS VEGAS, NV 89148

LLAMAS,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 N. LAMB BLVD # 68
LAS VEGAS, NV 89110

LLAMAS;REY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4682 HIDALGO WAY
LAS VEGAS, NV 89121

LLANOS GOMEZ;HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3224 MARY DEE # A
N LAS VEGAS, NV 89030

LLOREN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19451 RED HAWK RD
WALNUT, CA 91789

LLOREN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9703 WAUKEGAN AVE
LAS VEGAS, NV 89148

LLOYD & CARMELA CURRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

LLOYD ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
456 VIA STRETTO AVE
HENDERSON, NV 89011

LLOYD TANJI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3395 HARDESTY ST
HONOLULU, HI 96816

LLOYD TANJI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9722 WAUKEGAN AVE
LAS VEGAS, NV 89148

LLOYD WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6466 AETHER ST
LAS VEGAS, NV 89148

LLOYD'S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5701 W. SUNSET RD
LAS VEGAS, NV  89118

LLOYDS OF LONDON
JANSEN  & HASTINGS  INTERMEDIARIES, LTD
ONE AMERICAN SQ.
LONDON, ENGLAND EC3N 2LS

LLOYDS REFRIDGERATION INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5701 W SUNSET RD
LAS VEGAS, NV 89118-3451

LLOYDS REFRIGERATION INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5701 W SUNSET RD
LAS VEGAS, NV 89118-3451

LLOYDS/ASPEN
DEVONSHIRE GROUP
ATTN:  MR. C. M. GRAHAM
1851 EAST FIRST STREET, STE. 1400
SANTA ANA, CA  92705

LLOYDS/ASPEN
MENDES AND MOUNT, LLP
750 SEVENTH AVENUE
NEW YORK, NY  10019

LMG, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7220 INDUSTRIAL ROAD, SUITE 300
LAS VEGAS NV 89118-5230

LOAN CARE ACCOUNT SERVICING
P. O. BOX 791340
BALTIMORE MD 21279-1340

LOBATO CAMARENA,JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3512 ORVIS
NORTH LAS VEGAS, NV 89030

LOBATO,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3801 SILVER DOLLAR # 201
LAS VEGAS, NV 89102

LOBATO-A.;JOSE MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 CHRISTINA ST
N LAS VEGAS, NV 89030

LOCAL GUIDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
811 BRIDGER, SUITE 380
LAS VEGAS, NN  89101

LOCKHART COLLECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10532 PAINTER AVE.
SANTA FE SPRINGS, CA 90670

LOCKSHOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4528 W. DIABLO DR. SUITE C114
LAS VEGAS NV 89118

LOEWENSTEIN INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 E FRAZIER AVE
LIBERTY, NC 27298-8289

LOEWENSTEIN INC.
BEATA
1801 N. ANDREWS AVE.
POMPANO BEACH CA 33069

LOGAN, RAYMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 AUTUMN MOON DR
LAS VEGAS, NV 89123

LOGO APPAREL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 DESERT POINT DR. SUITE #A
LAS VEGAS, NV  89118

LOGO GOLF CHIPS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10924 HESS BLVD.
MORONGO VALLEY, CA  92256 USA

LOGSDON CONTRACTING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1509 ANDREW DAVID AVE.
NORTH LAS VEGAS NV 89086

LOHMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4682 CALIFA DR
LAS VEGAS, NV 89122

LOIS COPPLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
393 HIGHLAND HILLS CT
LAS VEGAS NV 89148

LOIS SAMUELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 STRATFORD RD
DEERFIELD, IL 60015

LOIS SAMUELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 ANGELS TRACE CT
LAS VEGAS, NV 89148

LOK FAMILY 1 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1842 BIRDIE LN
HENDERSON, NV 89074

LOK FAMILY 1 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47 DIAMOND RUN ST
LAS VEGAS, NV 89148

LOLA MITCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
139 COOKS CREEK CT
LAS VEGAS, NV 89148

LOLITA MANINGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6830 ROSE MALLOW ST
LAS VEGAS, NV 89148

LOMBARDO, ALISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8624 FENWICK WAY
DUBLIN, CA 94567

LOMELI-VEGA, RAMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 N. NELLIS #2086
LAS VEGAS, NV 89110

LONG LAKE
P.O. BOX 3117
FLAGSTAFF, AZ 86003-3117

LONG, KASEY A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1950 GOLDEN GATE AVE.
KINGMAN, AZ 86401

LONNIE WARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 JASPER BUTTE STREET
LAS VEGAS NV 89130

LOPEZ AMESCUA;ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7717 PARTRIDGE
LAS VEGAS, NV 89145

LOPEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 CLIFF VALLEY DR
LAS VEGAS, NV 89148

LOPEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
523 VIA GAROFANO AVE
HENDERSON, NV 89011

LOPEZ GARCIA;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2895 E. CHARLESTON #1101
LAS VEGAS, NV 89104

LOPEZ GARZA;MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4509 SAN JOAQUIN
LAS VEGAS, NV 89102

LOPEZ MORENO;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA #21
LAS VEGAS, NV 89106

LOPEZ PAREDES;JOSE F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4805 NEVADA AVE
LAS VEGAS, NV 89104

LOPEZ PEREZ;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 W. MCWILLIAMS #B
LAS VEGAS, NV 89106

LOPEZ RAMIREZ;IMELDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2335 DALEY ST # 4
NORTH LAS VEGAS, NV 89030

LOPEZ VALDOVINOS;LEODORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 PAUL AVE
LAS VEGAS, NV 89106

LOPEZ, AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2005 EAST PERLITER AVENUE
NO. LAS VEGAS, NV 89030

LOPEZ, FELIX BARRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4152 PARAMOUMT ST
LAS VEGAS, NV 89115

LOPEZ, GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
883 NO. 17TH STREET
LAS VEGAS, NV 89101

LOPEZ, HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
437 SILVER DOLLAR AVE APT 1
LAS VEAGS, NV 89102-7481

LOPEZ, JORGE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 W. SIRUS AVENUE #F94
LAS VEGAS, NV 89102

LOPEZ, LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 DALEY ST
N LAS VEGAS, NV 89030

LOPEZ, RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4840 NOVATO WAY
LAS VEGAS, NV 89120

LOPEZ, RODRIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6603 GRAND OAKS DRIVE
LAS VEGAS, NV 89156

LOPEZ,HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3950 SILVER DOLLAR #101
LAS VEGAS, NV 89102

LOPEZ,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6106 CAMBALA CT
LAS VEGAS, NV 89139

LOPEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2424 STATZ #2
N LAS VEGAS, NV 89030

LOPEZ,JOSE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA
LAS VEGAS, NV 89106

LOPEZ,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 1/2 COOLIDGE ST
N LAS VEGAS, NV 89030

LOPEZ,MARIA LOURDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1850 GARFIELD ST.
NORTH LAS VEGAS, NV 89030

LOPEZ,MARIO A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 ARDMORE ST
LAS VEGAS, NV 89104

LOPEZ,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3964 SILVER DOLLAR #204
LAS VEGAS, NV 89102

LOPEZ;CARLOS FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3038 CARROL ST.
N LAS VEGAS, NV 89030

LOPEZ;EMMANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1525 SPLINTER ROCK WAY
N LAS VEGAS, NV 89031

LOPEZ;FELICIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4805 NEVADA AVE
LAS VEGAS, NV 89104

LOPEZ;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
704 ENCANTO
LAS VEGAS, NV 89101

LOPEZ;HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3815 N. NELLIS BLVD # 97
LAS VEGAS, NV 89115

LOPEZ;IBRAHIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2029 MARONAY
LAS VEGAS, NV 89104

LOPEZ;ISAAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3228 MARY DEE
N LAS VEGAS, NV 89030

LOPEZ;JORGE H
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # G-5
LAS VEGAS, NV 89115

LOPEZ;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2508 STANLEY AVE
N LAS VEGAS, NV 89030

LOPEZ-A.;OFELIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 FALCON RIDGE
LAS VEGAS, NV 89142

LOPEZ-DELGADILLO;LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER # 3A
N LAS VEGAS, NV 89030

LOPEZ-GIL, HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4449 ISABELLA AVE
LAS VEGAS, NV 89110

LOPEZ-HINOJOSA, ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3564 SAN PASCUAL AVE
LAS VEGAS, NV 89115

LOPEZ-INOCENCE;MISAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 N. PECOS APT J91
LAS VEGAS, NV 89101

LOPEZ-LOPEZ;JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2650 SAN DOMINGO LN
LAS VEGAS, NV 89115

LOPEZ-MARTIN, GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8245 OGEE DRIVE
LAS VEGAS, NV 89145

LOPEZ-MARTINEZ;JOSE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3417 E. CAREY AVE
NORTH LAS VEGAS, NV 89030

LOPEZ-ROJO;JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2212 CARROLL ST # B
NORTH LAS VEGA, NV 89030

LOPEZ-ROSALES;MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
432 N. 15TH ST # C
LAS VEGAS, NV 89101

LOPEZ-V.;VALDEMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 S. MARTIN LUTHER KING BLVD
LAS VEGAS, NV 89106

LORA SALAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1013
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

LORENA RIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 CHIMNEY RIDGE PL
STERLING, VA 20165

LORENA RIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1118
LAS VEGAS, NV 89148

LORENZA COLEMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1065 VIA CORTO ST
HENDERSON, NV 89011

LORENZO & CARMELITA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
395 CENTER GREEN DR
LAS VEGAS, NV 89148

LORENZO & CARMELITA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 E BAY ST STE 806
JACKSONVILLE, FL 32202

LORENZO & CARMELITA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8242 JOSE CIRCLE WEST
JACKSONVILLE FL 32217

LORENZO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 TAYLOR ST
STATEN ISLAND, NY 10310

LORENZO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

LORETA ARENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 HIDDEN HOLE DR
LAS VEGAS, NV 89148

LORI & MARC LABRECQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7401 CEDAR RAE AVE
LAS VEGAS, NV 89131

LORI A & HENRI SHORT, SR.
PO BOX 8561
LANCASTER CA 93539

LORI SCALLEAT
JEFF
4822 STAVENGER LANE
LAS VEGAS NV  89117

LORI WHITTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
565 VIA DI PARIONE CT
HENDERSON, NV 89011

LORI WINCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 FALCONS FIRE AVE
LAS VEGAS, NV 89148

LORIN & BODIL HUGHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 S PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

LORIN & BODIL HUGHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8530 GAGNIER BLVD
LAS VEGAS, NV 89113

LORMAN EDUCATION SERVICES
P.O. BIX 509
EAU CLAIRE  WI 54702-0509

LORRAINE & REYNALDO MANALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33527 STEPHANO CT
FREMONT, CA 94555

LORRAINE & REYNALDO MANALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 BACK SPIN CT
LAS VEGAS, NV 89148

LORRAINE COUGHLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2147
LAS VEGAS, NV 89148

LORRAINE LAZCANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

LOS ANGELES FREIGHTLINER
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

LOS ANGELES TIMES LLC
P. O. BOX 60040
GENERAL MAIL FACILITY
LOS ANGELES CA 90099-021

LOUELLA LEA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

LOUGHREY, CORY
PO BOX 50507
PARK, AZ 86018

LOUIE CORDERO
P O BOX 81147
LAS VEGAS NV 89180

LOUIE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 BROKEN PAR DR
LAS VEGAS, NV 89148

LOUIE FAMILY
PO BOX 3137
SOUTH PASADENA, CA 91031

LOUIS & DOLORES D`AMICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 SAHALEE DR
LAS VEGAS, NV 89148

LOUIS & DOLORES D`AMICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

LOUIS RAUTENBERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1051
LAS VEGAS, NV 89148

LOURDES VARGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

LOVE ENGINEERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3442 NORTH BUFFALO DR.
LAS VEGAS, NV 89129

LOVELACE, MEGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10571 FABRICA ST
LAS VEGAS, NV 89141

LOVELLA & DEAN MALICDEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 VIA FRANCIOSA DR
HENDERSON, NV 89011

LOWE, MONTGOMERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5329 STRIKING POINT COURT
LAS VEGAS, NV 89130

LOWELL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

LOWENSTEIN INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 E FRAZIER AVE.
LIBERTY, NC 27298-8289

LOWES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 S. FORT APACHE ROAD
LAS VEGAS NV 89148

LOWE'S
PO BOX 530954
ATLANTA, GA  30353-0954

LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA GA 30353-0970

LOWE'S COMPANIES INC.
PO BOX 530954
ATLANTA, GA  30353-0954

LOWRY, LARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1930 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

LOYD K. KINNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5808 DIABASE DR.
GOLDEN VALLEY, AZ 86413

LOYD W. BAKER, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 SOUTH 8TH STREET
LAS VEGAS, NV 89101

LOZA,DOMINGO RIVAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 GRIFFITH AVE
LAS VEGAS, NV 89104

LOZA-VARELA;SERGIO D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 E. TROPICANA # 260
LAS VEGAS, NV 89106

LPA, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5161 CALIFORNIA AVE
SUITE 100
IRVINE, CA 92617

LR NELSON CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6765 W. RUSSELL RD.
SUITE 200
LAS VEGAS NV 89118-1885

LS CONSTRUCTION CONSULTING SVC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W. FLAMINGO RD.
SUITE 4-117
LAS VEGAS, NV 89135

LUAN & LUAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5760 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

LUAN & LUAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6767 PRAIRIE CLOVER ST
LAS VEGAS, NV 89148

LUBAWY & ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8250 W. CHARLESTON BLVD., STE 100
LAS VEGAS NV 89117

LUCAS, BAHTIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6655 FLAMINIAN LANE #101
N LAS VEGAS, NV 89084

LUCCHESI,GALATI ARC. INC
NO 1099 NEEDED
500 PILOT ROAD SUITE A
LAS VEGAS NV 89119

LUCHENG MAILLOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
598 OVER PAR CT
LAS VEGAS, NV 89148

LUCIA ULLOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN RD #2028
LAS VEGAS, NV 89103

LUCIO PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS ST APT 133
LAS VEGAS, NV 89119-2036

LUCKY CAB CO. OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 W. DIABLO DR.
LAS VEGAS NV 89118

LUCKY LIMOSINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4195 W. DIABLO DR.
LAS VEGAS, NV 89118

LUCY STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
748 YELLOWTAIL WAY
HENDERSON, NV 89002

LUDOVICO & ZENAIDA BENGSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1807 BY WOODS LN
STEVENSON, MD 21153

LUDOVICO & ZENAIDA BENGSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
499 VIA DEL FORO DR
HENDERSON, NV 89011

LUGUNA GEOSCIENCES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31655 COAST HWY # A
LAGUNA BEACH, CA 92651-6979

LUIS & DOROTHY HALAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5 TUTTY CIR
SAYREVILLE, NJ 08872

LUIS & DOROTHY HALAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525 VIA DEL CAPITANO CT
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

LUIS & JOANNA LUQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
767 WIGAN PIER DR
HENDERSON, NV 89002

LUIS & KARMINA OCHOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1069 VIA CANALE DR
HENDERSON, NV 89011

LUIS & MARIA CRISOSTOMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8930 MINSK CT
LAS VEGAS, NV 89147

LUIS & MARIA CRISOSTOMO
PO BOX 502546
SAIPAN, MP 96950

LUIS & MOLLY JAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4758 CALIFA DR
LAS VEGAS, NV 89122

LUIS & MOLLY JAYO
PO BOX 33968
RENO, NV 89533

LUIS MORENO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1935 CRUISER CT
LAS VEGAS, NV 89156

LUIS ROJAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
497 VIA PALERMO DR
HENDERSON, NV 89011

LUJAN,JOSHUA AARON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
533 BAY BRIDGE DR
NORTH LAS VEGAS, NV 89032

LUKAS KRATOCHVIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

LUMBER SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5555 SOUTH ARVILLE
LAS VEGAS, NV 89118

LUMINITA IONESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 S 4TH ST # 218
LAS VEGAS, NV 89101

LUMINITA IONESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9656 ZIEGLER AVE
LAS VEGAS, NV 89148

LUN LIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
149 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

LUN LIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2206 WOODLANDS DR
TYLER, TX 75703

LUNA CRUZ,FIDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4870 CHARLESTON AVE # 15
LAS VEGAS, NV 89104

LUNA FIERROS,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3739 NORTHERN LIGHT DR.
LAS VEGAS, NV 89115

LUNA, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1524 COBB LANE
LAS VEGAS, NV 89101

LUNA,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4706 TAMALPIAS AVE
LAS VEGAS, NV 89120

LUNA,FREDDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3937 S. SPENCER # 165
LAS VEGAS, NV 89119

LUNA;LORENZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3630 OWENS
LAS VEGAS, NV 89110

LUNAS CONSTRUCTION, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 E. CARTIER AVENUE
LAS VEGAS NV 89115

LUNAS ROLL-OFF RENTAL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 E. CARTIER AVE.
LAS VEGAS NV 89115

LUNDBERG,BRIAN KENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6742 SHELTER LANE
LAS VEGAS, NV 89103

LUNDEEN, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4704 W MAULDING AVE
LAA VEGAS, NV  89139

LUNDEEN, DAVID M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4704 W. MAULDING AVE
LAS VEGAS, NV 89139

LUNETTA, LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1849 LYELL CANYON LANE
LAS VEGAS, NV 89134

LUPENCIO, NOE MARCIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3028 GLENDALE
NO. LAS VEGAS, NV 89030

LUTFI & LERZAN SURMEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2106
LAS VEGAS, NV 89148

LUTHIEN MELCHIOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

LUTHIEN MELCHIOR
PO BOX 543
LYONS, CO 80540-0543

LUTHIEN MELCHIOR
PO BOX 80112
LAS VEGAS, NV 89180

LUXURY LAS VEGAS
TANJA ANGUAY
LAS VEGAS NV REVIEW JOURNAL
1111 W. BONANZA ROAD
LAS VEGAS NV 89106-3545

The Rhodes Companies, LLC - U.S. Mail                                                                                                          Served 9/28/2009

LV CLARK COUNTY LIBRARY DIST.
PERFORMING ARTS CENTER

LV ENGINEERS.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 CACTUS GARDEN DRIVE
SUITE A-17
HENDERSON NV 89014

LV VALLEY GROUNDWATER MGMT PRO
C/O SO. NEVADA WATER AUTHORITY
1001 S.VALLEY VIEW BLVD.
LAS VEGAS NV 89153

LVCMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6875 SPEEDWAY BLVD UNIT U-102
LAS VEGAS NV 89115

LY & THUY NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 CLEAR LAKE AVE
MILPITAS, CA 95035

LY & THUY NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9688 MARCELLINE AVE
LAS VEGAS, NV 89148

LYDDON, JACKIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7879 WINDHAMRIDGE DR
LAS VEGAS, NV 89139

LYDWINE ZAMOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
930 VIA CANALE DR
HENDERSON, NV 89011

LYN PAMBUENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19858 PARTHENIA ST
NORTHRIDGE, CA 91324

LYN PAMBUENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
278 CADDY BAG CT
LAS VEGAS, NV 89148

LYNDA I. DIVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 PIUTE
HENDERSON NV 89015

LYNDELL KEWLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 RANCHO MARIA ST
LAS VEGAS, NV 89148

LYNDI WEAVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3757 E. POTTER AVENUE
KINGMAN, AZ 86409

LYNDSI PINKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2057
LAS VEGAS, NV 89148

LYNETTE BOGGS MCDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W. FLAMINGO ROAD STE 4
LAS VEGAS, NV 89147

LYNETTE BOGGS MCDONALD
FOR COUNTY COMMISSIONER

LYNN MENDELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

LYNN THAYER
C/O ERIC RANSAVAGE
7511 CEDAR RAE AVE.
LAS VEGAS, NV 89131

LYNNE WILLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
977 VIA COLUMBO ST
HENDERSON, NV 89011

LYNNMARIE HOMES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA GALLIA ST
HENDERSON, NV 89011

LYNNMARIE HOMES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9913 FOX SPRINGS DR
LAS VEGAS, NV 89117

LYUDMILA GEORGIEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
384 TRAILING PUTT WAY
LAS VEGAS, NV 89148

LYUDMYLA KOVALCHUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 WICKED WEDGE WAY
LAS VEGAS, NV 89148

M & A TRAILERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10162 LIVE OAK AVENUE
FONTANA 92335

M & M ELECTRIC INC.
ATTN: S BRADLEY WADSWORTH
3655 W. DEWEY DRIVE
LAS VEGAS, NV 89118

M & M ELECTRIC, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3655 W. DEWEY DRIVE
LAS VEGAS,  NV 89118

M & M ELECTRIC, INC
ATTN: E BRADLEY WADSWORTH
3655 W DEWEY DR.
LAS VEGAS, NV 89118

M & M ELECTRIC, INC
ATTN: S BRADLEY WADSWORTH
3655 W. DEWEY DRIVE
LAS VEGAS, NV 89118

M & M INSTALLATION, INC.
MELANIE
3315 E. RUSSELL ROAD #A4-261
LAS VEGAS NV 89120

M K J NEW GRANADA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 HONORS COURSE DR
LAS VEGAS, NV 89148

M K J NEW GRANADA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

M MARIAH NIESLANIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 29 RD
GRAND JUNCTION, CO 81503

M MARIAH NIESLANIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

M MING & STELLA QUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

M MING & STELLA QUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 SEA CLIFF AVE
SAN FRANCISCO, CA 94121

M S CONCRETE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3840 NORTH COMMERCE
LAS VEGAS,  NV  89032

M S CONCRETE, INC.
NEDRA STEPHENSEN
AND SERVICE ROCK PRODUCTS
3840 NORTH COMMERCE
LAS VEGAS NV 89032

M S I LANDSCAPING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4820 QUALITY COURT
SUITE B
LAS VEGAS NV 89103

M STAFF SOLUTIONS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2921 N. TENAYA WAY
SUITE 201
LAS VEGAS NV 89128

M YI HUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 CERISIERS AVE
BROSSARD QC J4Z3W7
CANADA

M YI HUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

M&M ELECTRIC, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3655 W. DEWEY DRIVE
LAS VEGAS NV 89118

M.A. ENGINEERING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3281 S. HIGLAND DR. STE 813
LAS VEGAS NV 89109

M.A.D. PAINTING, INC.
ANTHONY DELGADO
3121 BLOSSOM GLEN DRIVE
HENDERSON NV  89014

M.D.C HOLDINGS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 S MONACO ST #500
DENVER, CO 80237

M2 GROUP, INC
ABBY HEYEN
4854 E. BASELINE RD., SUITE 104
MESA AZ 85206

MA PENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1510 CRESTWOOD DR
SAN BRUNO, CA 94066

MA PENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
548 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

MAC GOLF
GOLF ART & AWARDS
PO BOX 129
COLLEYVILLE, TX  76034

MAC REPAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7075 REDWOOD BLVD STE G
NOVATO CA 94945

MACARI, VICTORIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1575 W. WARM SPRINGS ROAD
HENDERSON, NV 89014

MACFADDEN PROTECH,LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 SEVENTH AVE.
NEW YORK, NY  10001

MACIAS ORTIZ,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4961 WELTER AVE
LAS VEGAS, NV 89104

MACIAS SOLIS,OMAR ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6557 FIELDMOUSE
LAS VEGAS, NV 89142

MACIAS,MARIA DE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 ARISTOS AVE
NORTH LAS VEGAS, NV 89030

MACIAS;PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2609 MESQUITE #A
LAS VEGAS, NV 89101

MACIAS-CASTELLANOS,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 STEELHEAD LN # 203
LAS VEGAS, NV 89110

MACK BRADLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2129
LAS VEGAS, NV 89148

MACKEY, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5250 NO DIAMOND M RANCH ROAD
KINGMAN, AZ 86401

MACTEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8809 COLORFUL PINES
LAS VEGAS NV 89143

MACTUS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 RUSTY PLANK AVE
LAS VEGAS, NV 89148

MACTUS FAMILY
PO BOX 45235
PHOENIX, AZ 85064

MADALENA WALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W RUSSELL RD APT 2055
LAS VEGAS, NV 89148-4547

MADDEN BRAND HIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6810 NEW TAMPA HIGHWAY
SUITE 200
LAKELAND, FL 33815

MADELYN CARNATE-PERALTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9717 MARCELLINE AVE
LAS VEGAS, NV 89148

MADISON PARK FUNDING V
RAMIN KAMALI
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

The Rhodes Companies, LLC - U.S. Mail

MADRID HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9510 COSTILANA ST.
LAS VEGAS NV 89147

MADRID HOA
C/O RMI MANAGEMENT LLC
259 NORTH PECOS ROAD SUITE 100
HENDERSON, NV 89074

MADRID VALDEZ,JESUS O.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 LUXOR WAY # 2218
LAS VEGAS, NV 89115

MADRID, ROLANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 BRIDGEWATER AVE
LAS VEGAS, NV 89110

MADRID-LEYVA,RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5222 STARTER ST
LAS VEGAS, NV 89156

MADRIGAL,RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4299 STUDIO ST
LAS VEGAS, NV 89115

MADRIGAL;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE # K-2
LAS VEGAS, NV 89115

MAE MOODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 MCCOY ST
WINNEMUCCA, NV 89445

MAGALLON;CONSTANTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2524 SANDY LN.
LAS VEGAS, NV 89115

MAGALONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 OBERLE PL
PLACENTIA, CA 92870

MAGALONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
497 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MAGANA GOMEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5464 STACKED CHIPS RD # 103
LAS VEGAS, NV 89122

MAGANA, BLADIMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1015 STONE RIVER DR
NO LAS VEGAS, NV 89030

MAGAZINE PAYMENT SERVICES, INC
BOATING WORLD
P.O. BOX 1296
SAUSALITO CA 94966

MAGAZINE PUBLICATIONS OF LVRJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 W. BONANZA ROAD
LAS VEGAS NV 89106-3545

MAGDA JIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 LADIES TEE CT
LAS VEGAS, NV 89148

MAGDALENA & ALEXIS VILLANUEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 RUSTY PLANK AVE
LAS VEGAS, NV 89148

MAGDALENA & ALEXIS VILLANUEVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2310 N WALNUT RD
LAS VEGAS, NV 89115

MAGDALENA WALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3644 S. FORT APACHE #2146
LAS VEGAS NV 89147

MAGDALENA WALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W RUSSELL RD APT 2056
LAS VEGAS, NV 89148-4547

MAGDELENA WALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9265 W RUSSELL RD APT 2056
LAS VEGAS, NV 89148-4547

MAGDELENA WALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W RUSSELL RD APT 2055
LAS VEGAS, NV 89148-4547

MAGDOS, TY A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9732 CATHEDRAL STAIRS C
LAS VEGAS, NV 89148

MAGI HSIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 TRAILING PUTT WAY
LAS VEGAS, NV 89148

MAGI HSIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 ANGELS TRACE CT
LAS VEGAS, NV 89148

MAGI HSIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

MAGIC TOUCH INTERIOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4425 E SAHARA AVENUE
SUITE 16
LAS VEGAS NV 89104

MAGIC VALLEY INSPECTION
BRUCE-249-4122
1829 E. CHARLESTON #103
LAS VEGAS NV 89104

MAGLIO, ANTHONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5301 LA PATERA LANE
LAS VEGAS, NV 89149

MAGNETITE V CLO LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 EAST 52ND STREET
NEW YORK, NY 10022

MAHAN SUE ANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3853  HEATHER AVE
KINGMAN, AZ 86401

MAHARAM
RAMONA/ASHA
45 RASONS COURT
HAUPPAUGE NY 11788

MAHELONA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1775 VICTORIA WAY
SAN MARCOS, CA 92069

MAHELONA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

MAHER FARAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
247 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MAHER FARAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
732 TOWNE LAKE DR
MONTGOMERY, AL 36117

MAHNAZ EGHTERAFI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
138 SHORT RUFF WAY
LAS VEGAS, NV 89148

MAHNAZ EGHTERAFI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8805 E CLOUDVIEW WAY
ANAHEIM, CA 92808

MAHO, SHANNON D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3430 N. BERN ST.
FLAGSTAFF, AZ 86004

MAHVIZ PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%TOWER REALTY
LAS VEGAS, NV 89147

MAHVIZ PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

MAIKER MONTEAGUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 WICKED WEDGE WAY
LAS VEGAS NV 89148

MAILA AGANON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 HONORS COURSE DR
LAS VEGAS, NV 89148

MAILE CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5031 SOBB AVE
LAS VEGAS, NV 89118

MAILMAX MAILING SOLUTIONS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 HOWARD HUGHES PKWY
SUITE 100
LAS VEGAS NV 89169

MAINAMUNDSON & ASSOCIATES CPAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10191 PARK RUN DR #200
LAS VEGAS, NV 89145

MAITE COPENTTIPY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1169
LAS VEGAS, NV 89148

MAJARLICA ENTERPRISES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

MAJARLICA ENTERPRISES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 W SAHARA AVE # 127
LAS VEGAS, NV 89102

MAJESTIC COLOR
PO BOX 13109
LAS VEGAS NV 89112-1109

MAJESTIC COLOR GROWERS, INC.
P.O. BOX 620150
LAS VEGAS NV 89162

MAJESTIC PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3823 LOSEE ROAD
NO LAS VEGAS NV 89030

MAJESTIC PROPERTY HOLDINGS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
189 PAXON HOLLOW CT
LAS VEGAS, NV 89148

MAJESTIC PROPERTY HOLDINGS LLC
PO BOX 371357
LAS VEGAS, NV 89137

MAJILITE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2464 22ND AVENUE
SAN FRANCISCO CA 94116

MAJILITE CORPORATION
C/O LAUREN SCHULTE & ASSOCIATES
1530 BROADWAY ROAD
DRACUT MA 01826-2830

MAJOR DISTRIBUTORS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3744 W. MEADE AVENUE
LAS VEGAS NV 89102

MAKE-A-WISH FOUND. OF SO. NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3885 S. DECATUR BLVD., SUITE 1000
LAS VEGAS NV 89103

MAKOI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 SHORT RUFF WAY
LAS VEGAS, NV 89148

MALDONADO C., DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 STANLEY
N LAS VEGAS, NV 89030

MALDONADO PADILLA,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 W. PHILADELPHIA # 6
LAS VEGAS, NV 89102

MALDONADO,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1728 HOWARD AVE
LAS VEGAS, NV 89115

MALDONADO,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1728 HOWARD AVE
LAS VEGAS, NV 89104

MALDONADO;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3041 CARROLL ST.
N LAS VEGAS, NV 89030

MALDONADO-GUTIERREZ;JOSE E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3739 FOUNTAIN CT.
N LAS VEGAS, NV 89032

MALINOWSKI, JOHN M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 SHOREBREAKER DR
LAGUNA NIGUEL, CA 92677-9302

MALLARI, JOHN & MODESTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11040 LINDEN LEAF AVE
LAS VEGAS, NV 89144-4568

MAMIE ZHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 SHAWNEE AVE
SAN FRANCISCO, CA 94112

MAMIE ZHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9731 KAMPSVILLE AVE
LAS VEGAS, NV 89148

MAMMOTH TRANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4205 W. TOMPKINS SUITE #7
LAS VEGAS, NV  89103

MAMON, BRYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6120 W. TROPICANA
LAS VEGAS, NV 89103

MAMUSCIA, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3937 OSCEOLA ST.
DENVER, CO 80212-2142

MAN & JIE YAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2015 PEACEFUL HILLS RD
WALNUT, CA 91789

MAN & JIE YAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9689 VALMEYER AVE
LAS VEGAS, NV 89148

MANAFORTUNA PRODUCTIONS, INC.
LISA FAITH
2756 N. GREEN VALLEY PKWY.
#777
HENDERSON NV 89014

MANATT, PHELPS & PHILLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11355 WEST OLYMPIC BLVD.
LOS ANGELES CA 90064-1614

MANAYAN, MARIETTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6023 QUINTILLION AVENUE
LAS VEGAS, NV 89122

MANCHESTER GRAND HYATT
ONE MARKET PLACE
SAN DIEGO CA 92101

MANCILLA CONTRERAS,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 N. NELLIS # 11
LAS VEGAS, NV 89115

MANCINAS-CASTRO;GENARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1721 LINDEN AVE
LAS VEGAS, NV 89101

MANCINI, JEROME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 MAGIC CANYON DR
HENDERSON, NV 89002

MANDALAY HOME FURNISHINGS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7391 EARL CIRCLE
HUNTINGTON BEACH CA 92647

MANDUJANO,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2309 N. JONES # 2
LAS VEGAS, NV 89108

MANGANAL SALES CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1240 S. LLINCOLN
COLTON, CA 92324

MANISH & ANAMIKA SHARMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 PRECEDENT PL
MANALAPAN, NJ 07726

MANISH & ANAMIKA SHARMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2068
LAS VEGAS, NV 89148

MANNING, HALL & SALISBURY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
617 SOUTH EIGHTH STREET
SUITE A
LAS VEGAS NV 89101-7004

MANOLITO & GRACE BALUYOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
109 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

MANOLO & EMELITA ROBLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19828 TURTLE SPRINGS WAY
NORTHRIDGE, CA 91326

MANOLO & EMELITA ROBLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 BACK SPIN CT
LAS VEGAS, NV 89148

MANOLO MONTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
104 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

MANOLO MONTES
PO BOX 573
SCHOOLCRAFT, MI 49087

MANPOWER TEMPORARY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8170 W. SAHARA AVE
SUITE 207
LAS VEGAS NV 89117

MANUEL & EVELYN CASANOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 TIE BREAKER CT
LAS VEGAS, NV 89148

MANUEL & EVELYN CASANOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
745 BUHL MORTON RD
GALLIPOLIS, OH 45631

MANUEL & JESSICA DEL TORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1066 VIA NANDINA PL
HENDERSON, NV 89011

MANUEL & LETICIA ANEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
232 ANGELS TRACE CT
LAS VEGAS, NV 89148

MANUEL & TERESA ARTIGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
484 VIA PALERMO DR
HENDERSON, NV 89011

MANUEL CASANOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
164 CROOKED PUTTER DR
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

MANUEL CASANOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
745 BUHL MORTON RD
GALLIPOLIS, OH 45631

MANUEL GALLEGUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
493 VIA PALERMO DR
HENDERSON, NV 89011

MANUEL GALLEGUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6464 BRYN MAWR DR
LOS ANGELES, CA 90068

MANUEL VIEITES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 SOGGY RUFF WAY
LAS VEGAS, NV 89148

MANUFACTURERS' NEWS, INC.
ATTN: ANZHELIKA KAMINSKA
1633 CENTRAL STREET
EVANSTON, IL 60201

MANUFACTURERS' NEWS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1633 CENTRAL ST.
EVANSTON, IL  60201-1569

MANYA EVANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

MAPINFO CORPORATION
ONE GLOBAL VIEW
TROY NY12180

MAPINFO CORPORATION
ONE GLOBAL VIEW
TROY, NY 12180

MAQUEDA, BENITO CANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7108 POWDERHORN CIRCLE
LAS VEGAS, NV 8928

MAQUEDA,ALFONSO MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W. CHARLESTON
LAS VEGAS, NV 89146

MARAVILLAS-TOVAR,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3112 TWINING
NORTH LAS VEGAS, NV 89030

MARC & CHERYL VETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 SUNSET BAY ST
LAS VEGAS, NV 89148

MARC & DOROTHY SLIWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

MARC COHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2536 BECHAMEL PL
HENDERSON, NV 89044

MARC COHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 CADDY BAG CT
LAS VEGAS, NV 89148

MARC DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIA DUPRE ST
HENDERSON, NV 89011

MARC SZABO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50485 VIA AMANTE
LA QUINTA CA 92253

MARC WEBSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1150
LAS VEGAS, NV 89148

MARC ZEBRASKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MARC ZEBRASKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 PALM DR
HERMOSA BEACH, CA 90254

MARCELLO CARDENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MARCH OF DIMES SO NV DIVISION
ATTN: DALE ANDREASON
820 RANCHO LANE, SUITE 55
LAS VEGAS NV 89106

MARCH OF DIMES-AZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3550 N. CENTRAL AVE #610
PHOENIX AZ 85012

MARCI SIMMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9569 LOS COTOS CT
LAS VEGAS, NV 89147

MARCIA & LEONARD POLIANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

MARCIA DENINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6647 DAPPLE GRAY RD
LAS VEGAS, NV 89148

MARCIE FLECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MARCO & JENNIFER TRANIELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2990 TRANSVERSE CREEK LN
LAS VEGAS, NV 89135

MARCO & JENNIFER TRANIELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

MARCO & JURISHA TAMBAOAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5800 FORBES DR
NEWARK, CA 94560

MARCO & JURISHA TAMBAOAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
96 DAISY SPRINGS CT
LAS VEGAS, NV 89148

MARCO CRANE & RIGGING
P.O. BOX 18008
PHOENIX, AZ 85009

MARCO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

MARCO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

MARCO RENTALS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 N. SUSAN ST.
SANTA ANA CA 92703

MARCOA PUBLISHING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4415 WEST SPRING MOUNTAIN RD.
SUITE 205
LAS VEGAS NV 89102

MARCONI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 BLAVEN DR
HENDERSON, NV 89002

MARCUS & JAMEAIL WILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1093 VIA PRATO LN
HENDERSON, NV 89011

MARGARET A. BEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6540 CASAMAR STREET
N. LAS VEGAS NV 89086

MARGARET DOMENY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

MARGARET DOMENY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
764 OLD BARN RD
LAKE BARRINGTON, IL 60010

MARGARET SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 TALL RUFF DR
LAS VEGAS, NV 89148

MARGARET SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 RUSTY PLANK AVE
LAS VEGAS, NV 89148

MARGARET WILLIAMS-JONES
C/O ERIC RANSAVAGE
7401 HORNBLOWER AVE.
LAS VEGAS, NV 89131

MARGARETA MAGYARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2165 BRIGHAM ST # 10
BROOKLYN, NY 11229

MARGARETA MAGYARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

MARGARITA H. MANGONDAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12850 COVEY LANE
HOUSTON TX 77099

MARGARITO MONTESDEOCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 COREY CREEK CT
LAS VEGAS, NV 89148

MARGIE CULATA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
587 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MARGOLIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MARIA & EDWARD ELAYDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1618 MOUNT TAMALPAIS AVE
CHULA VISTA, CA 91913

MARIA & EDWARD ELAYDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9694 MARCELLINE AVE
LAS VEGAS, NV 89148

MARIA & JEFFREY MCMILLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 SUNSHINE COAST LN
LAS VEGAS, NV 89148

MARIA & JOEL CENABRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19353 BRYABT ST
NORTHRIDGE, CA 91324

MARIA & JOEL CENABRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

MARIA & OTIS JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 FRANKFORT ST
DAL CITY, CA 94014-1313

MARIA & OTIS JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 FRANKFORT ST
DALY CITY, CA 94014-1313

MARIA & OTIS JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 REAL LONG WAY
LAS VEGAS, NV 89148

MARIA & OTIS JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2445 CROCKER WAY
ANTIOCH, CA 94531

MARIA & PATRICK CUMMINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9772 VALMEYER AVE
LAS VEGAS, NV 89148

MARIA & RAUL DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MARIA & ROBERT ANTIKOLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1066 VIA CAPASSI WAY
HENDERSON, NV 89011

MARIA & ROBERT ANTIKOLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
481 VIA STRETTO AVE
HENDERSON, NV 89011

MARIA & RODELIO RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
131 WATER HAZARD LN
LAS VEGAS, NV 89148

MARIA & RODELIO RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 PINEVIEW AVE
BARDONIA, NY 10954

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

MARIA & THOMAS ESCALANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MARIA & THOMAS ESCALANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
438 ALHAMBRA RD
SOUTH SAN FRANCISCO, CA 94080

MARIA & ULYSSES VALENCERINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 DAISY SPRINGS CT
LAS VEGAS, NV 89148

MARIA & ULYSSES VALENCERINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

MARIA ARCHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 HONORS COURSE DR
LAS VEGAS, NV 89148

MARIA AUSTRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
509 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MARIA BASCHSHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7078 MONTCLIFF AVE
LAS VEGAS, NV 89147

MARIA BASCHSHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9298 DAMES ROCKET PL
LAS VEGAS, NV 89148

MARIA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 TIDEWATER COVE
BUENA PARK CA 90621

MARIA BOTHMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 HARPERS FERRY AVE
LAS VEGAS, NV 89148

MARIA BOTHMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7651 FELIZ CAMINO AVE
LAS VEGAS, NV 89129

MARIA DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8581 HAYLOFT PLACE
RIVERSIDE CA 92508

MARIA DELGADILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
421 VIA STRETTO AVE
HENDERSON, NV 89011

MARIA GALVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4611 DEER FOREST AVE
LAS VEGAS, NV 89139

MARIA GALVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1011
LAS VEGAS, NV 89148

MARIA GUERRERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1131 COMPASS LN APT 105
FOSTER CITY, CA 94404

MARIA GUERRERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1008
LAS VEGAS, NV 89148

MARIA LEGASPI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
403 FIRST ON DR
LAS VEGAS, NV 89148

MARIA LEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
569 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MARIA LERDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
378 PALM TRACE AVE
LAS VEGAS, NV 89148

MARIA MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
232 DOG LEG DR
LAS VEGAS, NV 89148

MARIA MILITANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2010
LAS VEGAS, NV 89148

MARIA PORTNOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2036
LAS VEGAS, NV 89148

MARIA RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

MARIA ROMANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

MARIAN, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2312 SILVEREYE DR
N LAS VEGAS, NV 89084

MARIANA CIUBOTARU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1191 CASA PALERMO CIR
HENDERSON, NV 89011-3143

MARIANA CIUBOTARU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
939 VIA CANALE DR
HENDERSON, NV 89011

MARIANA MATTHEWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4777 ESSEN CT
LAS VEGAS, NV 89147

MARIANNE DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6686 KEYESPORT CT
LAS VEGAS, NV 89148

MARIANNE DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8620 REMICK AVE
SUN VALLEY, CA 91352

MARIANNE ROGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 ARBORCREST AVE
LAS VEGAS, NV 89131

MARIBEL FUENTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16571 FLOWER GLEN DR
HACIENDA HEIGHTS, CA 91745

MARIBEL FUENTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 CADDY BAG CT
LAS VEGAS, NV 89148

MARICAR ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

MARICOPA ASSOCIATION OF GOV'T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 NORTH 1ST AVENUE, SUITE 300
PHOENIX, AZ 85003

MARIDEL RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 BROKEN PAR DR
LAS VEGAS, NV 89148

MARIE & JEFFREY MCMILLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 SAHALEE DR
LAS VEGAS, NV 89148

MARIE & JEFFREY MCMILLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

MARIE LASERNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11650 RIVER RIM RD
SAN DIEGO, CA 92126

MARIE LASERNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

MARIE LASERNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S. DURANGO DR.
LAS VEGAS NV 89148

MARIE PORNIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

MARIE PORNIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

MARIE PORNIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

MARIE REYNOSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2766 ARMACOST AVE
LOS ANGELES, CA 90064

MARIE REYNOSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

MARIE ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
360 FALCONS FIRE AVE
LAS VEGAS, NV 89148

MARIE ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
669 KEW GARDENS DR
LAS VEGAS, NV 89178

MARIETTA MANAYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6023 QUINTILLION AVE.
LAS VEGAS, NV 89122

MARIK VACLAV R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3949  HEATHER AVE
KINGMAN, AZ 86401

MARILYN & JUAN BENITEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1048 VIA CANALE DR
HENDERSON, NV 89011

MARILYN & JUAN BENITEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1850 PARKLAND WAY
SAN DIEGO, CA 92114

MARILYN SAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18448 LEMARSH ST UNIT 50
NORTHRIDGE, CA 91325

MARILYN SAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1147
LAS VEGAS, NV 89148

MARIN,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4693 SAN RAFAEL
LAS VEGAS, NV 89120

MARIN,MARICELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
579 POMEROL AVE
LAS VEGAS, NV 89123

MARIN;MARICELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
618 ESSEX EAST DR
LAS VEGAS, NV 89108

MARINE FLYNN JT 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3961  HEATHER AVE
KINGMAN, AZ 86401

MARINE WEST DISTRIBUTORS
P.O. BOX 1082
BOULDER CITY AZ 89005

MARIN-MIRANDA,NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 JUNE AVE
LAS VEGAS, NV 89104

MARIO & IMELDA PINEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 E ROBLIN ST
CARSON, CA 90746

MARIO & IMELDA PINEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 CENTER GREEN DR
LAS VEGAS, NV 89148

MARIO & NORA MARIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

MARIO & NORA MARIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9154 PERSHING AVE
ORANGEVALE, CA 95662

MARIO & PERLITA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11839 RIVER RIM RD
SAN DIEGO, CA 92126

MARIO & PERLITA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
554 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MARIO E. DIAZ & ASSOC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2525 E. ARIZONA BUILTMORE CIR
SUITE A-117
PHOENIX AZ 85016

MARIO FELIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
130 TALL RUFF DR
LAS VEGAS, NV 89148

MARIO FELIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1464 N ESTATE DR
TUCSON, AZ 85715

MARION KELSCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 CAROL WAY
MIDVALE UT 84047

MARIPOSA REAL ESTATE ADVISORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1613 CHELSEA RD.
UNIT 204
SAN MARINO CA 91108

MARISA CASTANEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3464 GOSLING STREET
LAS VEGAS NV 89117

MARITONI & CHARLES ALONZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

MARITZA COLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7229 GOLDEN FALCON ST
LAS VEGAS, NV 89131

MARJILYN MARANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 S COMMONWEALTH AVE
LOS ANGELES, CA 90004

MARJILYN MARANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
56 LAYING UP CT
LAS VEGAS, NV 89148

MARJORIE HOGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 LARKIN VW
WATSONVILLE, CA 95076

MARJORIE HOGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

MARK & ANA NICOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 SPRING HOLLOW DR
LAS VEGAS, NV 89148

MARK & ANGELA ANDREWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9658 VALMEYER AVE
LAS VEGAS, NV 89148

MARK & BETTY CURZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

MARK & BETTY CURZON
PO BOX 347
SISTER BAY, WI 54234

MARK & BEVERLY FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1292 OLIVIA PKWY
HENDERSON, NV 89011

MARK & BEVERLY FORD
PO BOX 11431
LAS VEGAS, NV 89111

MARK & CARRIE AYALA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7701 FALCONWING AVE
LAS VEGAS, NV 89131

MARK & CHARLENE STANFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 VIA STRETTO AVE
HENDERSON, NV 89011

MARK & CHERI PERLMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 CASCADE LAKE ST
LAS VEGAS, NV 89148

MARK & DARSANN CHASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2367 CHASING STAR AVE.
LAS VEGAS NV 89123

MARK & DILCIA MILLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 VIA FRANCIOSA DR
HENDERSON, NV 89011

MARK & FELICIA NEMCEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
787 TOSSA DE MAR AVE
HENDERSON, NV 89002

MARK & JILL BUNTROCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5465 CARDINAL RIDGE CT UNIT 104
LAS VEGAS, NV 89149

MARK & JILL BUNTROCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

MARK & LESLIE MCGARRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 ANGELS TRACE CT
LAS VEGAS, NV 89148

MARK & MARIA MANZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 FIRST ON DR
LAS VEGAS, NV 89148

MARK & MARIA MANZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 WATER WAY
RIVERHEAD, NY 11901

MARK & SANDRA KAMHOLZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 VIA STRETTO AVE
HENDERSON, NV 89011

MARK & SANDRA KAMHOLZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 BRANTWOOD DR
WEST SENECA, NY 14224

MARK & STEPHANIE STEFL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
968 VIA VANNUCCI WAY
HENDERSON, NV 89011

**The Rhodes Companies, LLC - U.S. Mail**

MARK & TRACEY PROUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1036 VIA SAINT LUCIA PL
HENDERSON, NV 89011

MARK & WANDA SHUMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
616 VIA COLMO AVE
HENDERSON, NV 89011

MARK & WENDY VENUTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1055
LAS VEGAS, NV 89148

MARK & WENDY VENUTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9305 LEXFORD WAY
BRIGHTON, MI 48114

MARK A. MESEC & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8401 NORTH CENTRAL ESPRESSWAY
SUITE 345
DALLAS TX 75225

MARK ALFREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 VIA FRANCIOSA DR
HENDERSON, NV 89011

MARK BALLEZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 CROOKED TREE DR
LAS VEGAS, NV 89148

MARK BALLEZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35794 AUGUSTINE CT
FREMONT, CA 94536

MARK BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3707 SEASHOSRE PALM CT
LAS VEGAS, NV 89121

MARK BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9737 VALMEYER AVE
LAS VEGAS, NV 89148

MARK CASTILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MARK CROWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

MARK CROWE
PO BOX 446
WALNUT, CA 91788

MARK DAVID INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
621 SOUTHWEST ST
HIGH POINT, NC 27260

MARK E. HALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2620 REGATTA DR
LAS VEGAS, NV 89128

MARK GERARDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1174
LAS VEGAS, NV 89148

MARK GERLITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 RANCHO MARIA ST
LAS VEGAS, NV 89148

MARK GERLITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 PANAMOUNT ST N W
CALGARY AB T3K0C
CANADA

MARK GLYMAN, MDDDS
ERIC D. WANSON, MDDMD
2030 E. FLAMINGO RD.,STE. 288
LAS VEGAS NV 89119-5163

MARK HINKLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MARK HURLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 CALICO STREET
LAS VEGAS NV 89108

MARK JERUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 RUE CEZANNE
COTO DE CAZA, CA 92679

MARK KAROLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2050 W WARM SPRINGS RD UNIT 121
HENDERSON, NV 89014

MARK KAROLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

MARK KRISTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7217 GOLDEN FALCON ST
LAS VEGAS, NV 89131

MARK LANCASTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 VIA DI OLIVIA ST
HENDERSON, NV 89011

MARK LANCASTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4512 TEEN BARNES RD
FREDERICK, MD 21703

MARK MAYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

MARK MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 UIA ANADEJA
RANCHO SANTA MARGARITA, CA 92688

MARK MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
48 BACK SPIN CT
LAS VEGAS, NV 89148

MARK NIERRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2167
LAS VEGAS, NV 89148

MARK PELZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8350 W. DESERT INN RD. #1019
LAS VEGAS NV 89117

MARK PLEBANSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

MARK PURDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1096
LAS VEGAS, NV 89147

MARK R. SOMERSTEIN, ESQ.
RE: WELLS FARGO BANK, NATIONAL ASSOCIATION
AS ADMINISTRATIVE AGENT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MARK RAWSEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

MARK RESNICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
170 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MARK ROSS JOHNSON ARCHITECT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4790 W UNIVERSITY AVENUE
LAS VEGAS NV 89103

MARK ROULEAU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8 CANDIDE ST
HENDERSON, NV 89002

MARK SCHONEBAUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
216 VIA MEZZA LUNA CT
HENDERSON, NV 89011

MARK SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
759 TOSSA DE MAR AVE
HENDERSON, NV 89002

MARK SOMERSTEIN
DON DEMAKIS, BEN SCHNEIDER
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MARK THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16811 NOYES AVE
IRVINE, CA 92606

MARK THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2140
LAS VEGAS, NV 89148

MARK VALMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5712 PACESETTER ST
N LAS VEGAS, NV 89081

MARK WOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
89 HONORS COURSE DR
LAS VEGAS, NV 89148

MARKESEION, WINSTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3736 LONE OAK
LAS VEGAS, NV 89110

MARKETING DIRECTIONS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14850 SCENIC HEIGHTS RD.
SUITE 155
EDEN PRAIRIE MN 55344

MARKETING RESULTS PLUS, LLC
P.O. BOX 231085
LAS VEGAS NV 89123

MARKETING SOLUTIONS CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10317 WELLSIDE HILL AVE
LAS VEGAS NV 89128

MARKEZIC, ADRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 CLEARWATER AVE
LAS VEGAS, NV 89147

MARKO BLAGOJEVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1844 SIERRA VALLEY WAY
LAS VEGAS, NV 89128-3040

MARKO BLAGOJEVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9740 ZIEGLER AVE
LAS VEGAS, NV 89148

MARKO MIJACEVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9277 ORCHID PANSY AVE
LAS VEGAS, NV 89148

MARLAN C. WALKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1885 EUCALYPTUS HILL ROAD
SANTA BARBARA CA 93108

MARLENE KALNITZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9474 VERNEDA CT
LAS VEGAS, NV 89147

MARLENY NORIEGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 FLYING HILLS AVE
LAS VEGAS, NV 89148

MARLEY & GRACE PACPACO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1431 FEATHER HILL CT
THOUSAND OAKS, CA 91320

MARLEY & GRACE PACPACO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MARQUEZ-FLORES;MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3229 FIGLER ST # B
N LAS VEGAS, NV 89030

MARQUIS & AURBACH TRUST ACCOUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10001 PARK RUN DR
LAS VEGAS, NV 89145

MARRON & ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 FOURTH STREET NW
ALBUQUERQUE NM 87107

MARSHALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16435 CARLSON DR
MORGAN HILL, CA 95037

MARSHALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
503 CENTER GREEN DR
LAS VEGAS, NV 89148

MARSHALL HUNDERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1196 OLIVIA PKWY
HENDERSON, NV 89011

MARSHALL HUNDERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
631 WOTHERSPOON CLOSE
EDMONTON AB T6M2
CANADA

MARTA & SEBASTIAN LOPEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6621 CREEPING THYME ST
LAS VEGAS, NV 89148

MARTENSEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 PANGLOSS ST
HENDERSON, NV 89002

MARTENSEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 12TH AVE
HONOLULU, HI 96816

MARTIN & CATHY MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4855 LAMES DR
LAS VEGAS, NV 89122

MARTIN & LAURA GONSKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

MARTIN BASSICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 SEA RIM AVE
LAS VEGAS, NV 89148

MARTIN DELIYSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2051
LAS VEGAS, NV 89148

MARTIN LAURSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 HONORS COURSE DR
LAS VEGAS, NV 89148

MARTIN MARTIN,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 E. BONANZA RD # 3
LAS VEGAS, NV 89110

MARTIN MARTIN,MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W. CHARLESTON # 123
LAS VEGAS, NV 89146

MARTIN ROACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1034 VIA DI OLIVIA ST
HENDERSON, NV 89011

MARTIN RONALD & KATHY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3775  HEATHER AVE
KINGMAN, AZ 86401

MARTIN SANTIAGO,CLEMENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W. CHARLESTON
LAS VEGAS, NV 89146

MARTIN SANTIAGO,FLORENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W. CHARLESTON # 123
LAS VEGAS, NV 89146

MARTIN SWANTY
CHRYSLER DODGE JEEP
2640 E. ANDY DEVINE
KINGMAN AZ 86401

MARTIN, AARON CATALAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4501 EUGENE AVE
LAS VEGAS, NV 89108

MARTIN, APOLINAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2029 GRACEWOOD ST
NO LAS VEGAS, NV 89032

MARTIN, BACILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7108 POWDERHORN CIRCLE
LAS VEGAS, NV 89128

MARTIN, FILOGONIO SANTIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W CHARLESTON BLVD #123
LAS VEGAS, NV 89146

MARTIN, THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7811 W. ABRIGO DR.
GOLDEN VALLEY, AZ 86413

MARTINA GEINZER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 SEA RIM AVE
LAS VEGAS, NV 89148

MARTINA GEINZER
PO BOX 80808
LAS VEGAS, NV 89180

MARTIN-CRUZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2215 SLEEPY
LAS VEGAS, NV 89106

MARTINEZ & TUREK, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 SOUTH CEDAR AVENUE
RIALTO CA 92376-9102

MARTINEZ & TUREK, INC.
LEONARD DICKER SCHREIBER LLP
9430 OLYMPIC BOULEVARD 400
BEVERLY HILLS, CA 90212-4519

MARTINEZ BAUTISTA,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
402 SPENCER ST
LAS VEGAS, NV 89101

MARTINEZ GALVEZ,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6217 SESPE ST
LAS VEGAS, NV 89108

MARTINEZ RODRIGUEZ,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 LILLIS
NORTH LAS VEGAS, NV 89130

MARTINEZ ROJO,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1641 INGRAHAM ST
NORTH LAS VEGAS, NV 89030

MARTINEZ, ALEJANDRO PEREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6500 W CHARLESTON BLVD #123
LAS VEGAS, NV 89146

MARTINEZ, BENJAMIN ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1330 FRANK STREET
LAS VEGAS, NV 89104

MARTINEZ, CATHY D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8301 FULTON RANCH ST
LAS VEGAS, NV 89131

MARTINEZ, ELIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 N JONES BLVD APT 2021
LAS VEGAS, NV 89109-3779

MARTINEZ, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 AZALEA
LAS VEGAS, NV 89107

MARTINEZ, LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1217 N. JONES BLVD. #103
LAS VEGAS, NV 89108

MARTINEZ, MARCELINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2522 STATZ APT #3
NO. LAS VEGAS, NV 89030

MARTINEZ, SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7917 DAPPLED LIGHT AVE
LAS VEGAS, NV 89131

MARTINEZ,BASILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2510 CRAWFORD ST. # B
N LAS VEGAS, NV 89030

MARTINEZ,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2201 SUN AVE # A
N LAS VEGAS, NV 89030

MARTINEZ,ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2725 MAGNET STREET
N LAS VEGAS, NV 89030

MARTINEZ,GILMAR A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 MARY DEE AVE # A
NORTH LAS VEGAS, NV 89030

MARTINEZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 WHITE ST.
N LAS VEGAS, NV 89030

MARTINEZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2201 PERLITER AVE
N LAS VEGAS, NV 89030

MARTINEZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4204 CALIBER
LAS VEGAS, NV 89110

MARTINEZ,MIGUEL D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1941 CINDY SUE
LAS VEGAS, NV 89106

MARTINEZ,OCTAVIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
724 DELTA ST
N LAS VEGAS, NV 89030

MARTINEZ;BRAYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 SILVER DOLLAR # 2
LAS VEGAS, NV 89102

MARTINEZ;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5606 MEIKLE LN., #C
LAS VEGAS, NV 89156

MARTINEZ;SEVERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 COLLEGE VIEW DR. # B
N LAS VEGAS, NV 89030

MARTINEZ-BALBUENO,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2108 BIRCH LEAF CR
LAS VEGAS, NV 89156

MARTINEZ-C.,ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4560 E. MONROE AVE
LAS VEGAS, NV 89110

MARTINEZ-CORDOVA,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
848 HEDGE WAY # 4
LAS VEGAS, NV 89110

MARTINEZ-GARCIA,EULALIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2241 N. ELLIS
N LAS VEGAS, NV 89030

MARTINEZ-OLMOS,RENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
705 14TH ST
LAS VEGAS, NV 89110

MARTINEZ-SANDOVAL;ISAAC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1500 E. KAREN AVE # 338
LAS VEGAS, NV 89119

MARTINEZ-VALLES,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 E. BONANZA APT 1045
LAS VEGAS, NV 89110

MARTINIANO QUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MARTINIANO QUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7137 CRESSIDA CT
LAS VEGAS, NV 89113

MARTIRES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
484 VIA STRETTO AVE
HENDERSON, NV 89011

MARTYAK, GREG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1448 EVENING SONG AVE
HENDERSON, NV 89012

MARTYN WALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2146
LAS VEGAS, NV 89148

MARTYN WALL
PO BOX 75056
RPO WEST HILLS CALGARY
CANADA

MARVIC
C/O SLOAN MIYASATO
2 HENRY ADAMS ST
SAN FRANCISCO CA 94103

MARVIC TEXTILES USA, LTD
UNIT I, WESTPOINT TRADING EST.
ALLIANCE RD, ACTION
LONDON, W3 0RA
UK

MARVIN & TIFFANY MATLOCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

MARVIN CASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10062 FLOKTON AVE
LAS VEGAS, NV 89148

MARVIN CASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1109
LAS VEGAS, NV 89148

MARWAN SALAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
106 N GLENDALE AVE # 195
GLENDALE, CA 91206

MARWAN SALAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

MARWAN SALAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

MARWAN SALAH
PO BOX 658
DOWNEY, CA 90241

MARY & BRIAN FALLUCCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 PERSHING RD
CLIFTON, NJ 07013

MARY & BRIAN FALLUCCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

MARY & GARY OWENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1004 VIALE PLACENZA PL
HENDERSON, NV 89011

MARY & GARY OWENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1880 ARAPAHOE ST APT 2005
DENVER, CO 80202

MARY & MARC DILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

MARY & MARC DILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

MARY & MARC DILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8601 E CANYON VISTA DR
ANAHEIM, CA 92808

MARY & MONICA WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6796 GOLD YARROW ST
LAS VEGAS, NV 89148

MARY & VICTOR HELDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 E HORIZON RIDGE PKWY STE 110
HENDERSON, NV 89002

MARY & VICTOR HELDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
760 TOSSA DE MAR AVE
HENDERSON, NV 89002

MARY AUTERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 CLIFF VALLEY DR
LAS VEGAS, NV 89148

MARY AVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

MARY AVENS
PO BOX 400775
LAS VEGAS, NV 89140

MARY BUONANTONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MARY CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1596 TEAK AVE
MERCED, CA 95340

MARY CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

MARY CLARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

MARY GALVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1022 VIA SACRA ST
HENDERSON, NV 89011

MARY GALVEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14765 APPLE VALLEY RD
APPLE VALLEY, CA 92307

MARY GARLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 VORTEX AVE
HENDERSON, NV 89002

MARY JENNINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

MARY JOY DAVID-SAN ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5327 LAMOILLE CIRCLE
LAS VEGAS NV 89120-2076

MARY MURATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

MARY MURATORE
MAIL STOP SV-31A
SIMI VALLEY, CA 93065

MARYANN ALINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2067 AVENIDA HACIENDA
CHINO HILLS, CA 91709

MARYANN ALINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
905 VIA STELLATO ST
HENDERSON, NV 89011

MARYBEL DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 CART CROSSING WAY
LAS VEGAS, NV 89148

MARYLOU & JESUS PARAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 FIRST ON DR
LAS VEGAS, NV 89148

MARYLOU & JESUS PARAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6707 FLORENCE PL
RANCHO CUCAMONGA, CA 91701

MASAMI & MIYUKI ABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 CASTLE COURSE AVE
LAS VEGAS, NV 89148

MASAMI & MIYUKI ABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147

MASCARENAS, NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10216 SINGING VIEW CT
LAS VEGAS, NV 89129

MASCO BUILDER CABINET GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5353 W US 223
ADRIAN MI 49221

MASS MARKETING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7209 DIXIE HWY.
FAORFOE;D, OH 45014-5596

MASS MUTUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1295 STATE ST
SPRINGFIELD, MA 01111

MASSENZIO & PATRIZIA IANNUZZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3248 RIBBLE CRESENT
OAKVILLE ON L6M 0B1
CANADA

MASSENZIO & PATRIZIA IANNUZZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
377 FRINGE RUFF DR
LAS VEGAS, NV 89148

MASSMUTUAL FINANCIAL GROUP
BETH VIVIAN WALKER
DISABILITY INCOME
BOX 371837
PITTSBURGH PA 15250-7837

MASSMUTUAL FINANCIAL GROUP
DISABILITY INCOME
BOX 371837
PITTSBURGH, PA 15250-7837

MASTECH NORTH AMERICA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3680 QUAIL AVENUE
LAS VEGAS NV 89118

MASTER TRENCHING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3805 WHITE QUAIL
LAS VEGAS, NV 89032

MASTERFILE CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 BLOOR STREET EAST
SOUTH TOWER, 2ND FLOOR
TORONTO, CANADA 3R8

MASTROPIERI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

MASTROPIERI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8365 TURTLE CREEK CIR
LAS VEGAS, NV 89113

MATHEW MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 INDIAN RUN WAY
LAS VEGAS, NV 89148

MATLINPATTERSON GLOBAL OPPOR
ROBERT H. WEISS
520 MADISON AVENUE, 35TH FLOOR
NEW YORK, NY 10022-4213

MATMAN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5015 WEST SAHARA AVE., STE 125
LAS VEGAS NV 89103

MATRIX MEDIA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
463 E. TOWN STREET
SUITE 200
COLUMBUS, OH 43215

MATSUBARA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
147 TALL RUFF DR
LAS VEGAS, NV 89148

MATT ADAMOUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
612 FALLSMEAD CIR
LONGWOOD, FL 32750

MATT EAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1042 VIA DI OLIVIA ST
HENDERSON, NV 89011

MATT REITZEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1279 SHIMMERING GLEN AVE
HENDERSON, NV 89014

MATT SMITH PHYICAL THERAPY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
848 N. RAINBOW BLVD 357
LAS VEGAS NV 89107-1103

MATTHEW & CATHERINE PAUPST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9757 MARCELLINE AVE
LAS VEGAS, NV 89148

MATTHEW & FRANK PARVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1056 VIA PRATO LN
HENDERSON, NV 89011

MATTHEW & GRACE GRAHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7237 BUGLEHORN ST
LAS VEGAS, NV 89131

MATTHEW & JENNAVELLE CHURLIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1260 OLIVIA PKWY
HENDERSON, NV 89011

MATTHEW & JOANNA CALDERONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3729 CLAYTON RD
CONCORD, CA 94521

MATTHEW & JOANNA CALDERONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

MATTHEW & LILLIAN ROMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 SEPULVEDA CT
MILPITAS, CA 95035

MATTHEW & LILLIAN ROMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
518 CENTER GREEN DR
LAS VEGAS, NV 89148

MATTHEW & MICHELLE GIBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1008 VIALE PLACENZA PL
HENDERSON, NV 89011

MATTHEW BENDIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

MATTHEW COCHRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17 CANDIDE ST
HENDERSON, NV 89002

MATTHEW EXCELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
793 ALDER GREEN AVE
HENDERSON, NV 89002

MATTHEW FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 GOLDENWOOD CIR
SIMI VALLEY, CA 93065-6771

MATTHEW FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1134
LAS VEGAS, NV 89148

MATTHEW GARLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9284 ORCHID PANSY AVE
LAS VEGAS, NV 89148

MATTHEW HENNAGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1074 OLIVIA PKWY
HENDERSON, NV 89011

MATTHEW J. TANICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9316 BEARDED IRIS DR
LAS VEGAS, NV 89148

MATTHEW KODLICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
391 CENTERTON RD
BRIDGETON, NJ 08302

MATTHEW KODLICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

MATTHEW PHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 BARONET DR
LAS VEGAS, NV 89138

MATTHEW PHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4764 LONE MESA DR
LAS VEGAS, NV 89147

MATTHEW PRIDDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
398 BLUE TEE CT.
LAS VEGAS, NV 89148-5253

MATTHEW TANICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6754 GOLD YARROW ST
LAS VEGAS, NV 89148

MATTHEW TANICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9316 BEARDED IRIS AVE
LAS VEGAS, NV 89148

MATTHEW WEHLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
399 BLUE TEE CT
LAS VEGAS, NV 89148

MATTHEW ZIZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
751 WIGAN PIER DR
HENDERSON, NV 89002

MATTINGLY JAMES D & ROBIN CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3836  HEATHER AVE
KINGMAN, AZ 86401

MAU & KIM NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6263 NARCISSUS AVE
NEWARK, CA 94560

MAU & KIM NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9778 KAMPSVILLE AVE
LAS VEGAS, NV 89148

MAUREENA & WILLIAM KOSAREFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

MAURICE & NAJLA COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7025 RANCHO DE TAOS CT
LAS VEGAS, NV 89130

MAURICE & NAJLA COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7729 FALCONWING AVE
LAS VEGAS, NV 89131

MAURICE HABER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

MAURICE KAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5123 EL CEMONTE AVE
DAVIS, CA 95618

MAURICE KAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
552 VIA COLMO AVE
HENDERSON, NV 89011

MAURICE RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

MAURICE SEEBECK JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2721 COPPER COVE DRIVE
HENDERSON NV 89074

MAURICIO RAMOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59456 CHISOLM TRL
LAS VEGAS, NV 89118

MAURO & PURIFICACION CUSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4547 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

MAURO CANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
562 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

MAVERICK HELICOPTER TOURS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6075 LAS VEGAS NV BLVD. SOUTH
LAS VEGAS NV 89119

MAVERICK PAVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4535 W. RUSSELL SUITE 14
LAS VEGAS NV 89118

MAX & CAROLYN FISHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 VIA DI CITTA DR
HENDERSON, NV 89011

MAX CHRISTIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4850 LAMES DR
LAS VEGAS, NV 89122

MAXIMINO & FLERIDA GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
58 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

MAXIMINO GUTIERREZ
C/O KEITH D KAUFMAN
2000 S EASTERN AVE
LAS VEGAS, NV 89104

MAXIMINO MATA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4818 CALIFA DR
LAS VEGAS, NV 89122

MAXINE SCHNEIDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

MAXWELL & DIANE BRONKELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25 PANGLOSS ST
HENDERSON, NV 89002

MAY & WILLIAM DOMINGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9718 MARCELLINE AVE
LAS VEGAS, NV 89148

MAYEN,MARCELINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4918 DOBSON
LAS VEGAS, NV 89115

MAYES, TIMOTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
968 COUNTRY BACK RD
LAS VEGAS, NV 89701

MAYO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
749 WIGAN PIER DR
HENDERSON, NV 89002

MAYORGA'S WELDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 S. ELDEN
FLAGSTAFF, AZ 86001

MAYRAND PUBLISHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 LAWRENCE PAQUETTE
INDUSTRIAL DRIVE
CHAMPLAIN, NY 12919

MAYRAND PUBLISHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 POWER DAM WAY
SUITE PA-1-4
PLATTSBURGH PA 12901

MAYUMI & DAVID MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
529 VIA CENAMI CT
HENDERSON, NV 89011

MAYUMI & DAVID MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8254 CALMOSA AVE
WHITTIER, CA 90602

MAYWOOD FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 WEST HOWCOFT RD.
MAYWOOD NJ 07607

MAZIAD & JOUNAYA ABOULHOSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 TRAILING PUTT WAY
LAS VEGAS, NV 89148

MAZIAD & JOUNAYA ABOULHOSN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
674 SHIREHAMPTON DR
LAS VEGAS, NV 89178

MAZO,JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
810 M ST
LAS VEGAS, NV 89106

MB CONSULTING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 BALSA STREET
HENDERSON NV  89015-8232

MCAFEE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3965 FREEDOM CIRCLE
SANTA CLARA CA 95054-0963

MCARC FOUNDATION THRIFTSTORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2050 AIRWAY AVE.
KINGMAN, AZ 86409-3643

MCCAFFERY RESERVE CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 PLAYA DEL NORTE STREET
LA JOLLA CA 92037

MCCANDLESS INTERNATIONAL TRUCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3780 LOSEE ROAD
LAS VEGAS NV 89030

MCCANN;MATTHEW D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9351 BATLINGLASS ST
LAS VEGAS, NV 89123

MCCARREN INTERNATIONAL AIRPORT
ENFORCEMENT SECTION
P.O. BOX 11005
LAS VEGAS NV 89111-1005

MCCARTER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4880 LAMES DR
LAS VEGAS, NV 89122

MCCARTY, LANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9490 W ANN ROAD
LAS VEGAS, NV 89149

MCCLARY, BLAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 HAVASU CT
HENDERSON, NV 89014

MCCLELLAND FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

MCCLOY, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
381 GRANDOVER CT
LAS VEGAS, NV 89139

The Rhodes Companies, LLC - U.S. Mail

MCCLURE, JOHN L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 TEDFORD
BULLHEAD CITY, AZ 86429

MCCONNELL CABINETS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3275 ALI BABA, SUITE 516
LAS VEGAS, NV 89118

MCCONNELL CABINETS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3380 HACIENDA AVE., SUITE 108
LAS VEGAS , NV  89118

MCCONNELL CABINETS, INC.
MARILYN VINDEDAL
3275 ALI BABA, SUITE 516
LAS VEGAS NV 89118

MCCOY, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3292 N. AZTEC
GOLDEN VALLEY, AZ 86413

MCCOY, SHAWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4415 N. CANELO RD.
GOLDEN VALLEY, AZ 86413

MCCOY,IAN SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2048 SWEETWATER DR.
BULLHEAD CITY, AZ 86442

MCCOY-PARENTI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7236 BUGLEHORN ST
LAS VEGAS, NV 89131

MCCULLOUGH, CLINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1632 HACIENDA HORSE COURT
HENDERSON, NV 89002

MCDONALD -CARANO-WILSON, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 WEST SAHARA AVENUE
NO. 10, SUITE 1000
LAS VEGAS NV 89102

MCFADDEN, DALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5580 S DECATUR BLVD STE 114
LAS VEGAS, NV 89118-6259

MCFADDEN-DALE INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4477 WEST RENO AVE
LAS VEGAS, NV 89118

MCFARLANE, ARLEEN
C/O LAYNE COMPANY
ATLANTA, GA 30342

MCGARRY INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 ANGELS TRACE CT
LAS VEGAS, NV 89148

MCGARRY INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 DOG LEG DR
LAS VEGAS, NV 89148

MCGRATH, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
672 RIVERBEND PLACE
HENDERSON, NV 89052

MCGRAW ENTERPRISES
P.O. BOX 211
JOSEPH CITY, AZ 86032

MCGRAW HILL CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7625 COLLECTION CENTER DR.
CHICAGO, IL 60693-0076

MCHERNY, LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11741 STONEWALL SPRING AVE
LAS VEGAS, NV 89138

MCINTOSH COMMUNICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4640 S ARVILLE STE. E.
LAS VEGAS, NV  89103

MCKENZIE, KATINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
510 COLLEGE DRIVE #1423
HENDERSON, NV 89015

MCLAUGHLIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
472 VIA PALERMO DR
HENDERSON, NV 89011

MCLAUGHLIN, MICHAEL J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5649 W. COLLINS DR.
GOLDEN VALLEY, AZ 86413

MDBEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1905 LAKESIDE DR.
BULLHEAD CITY AZ 86442

MEAD, JOSHUA L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3530 ROBIN LANE
KINGMAN, AZ 86409

MEAD;SHAYNE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 E. LAKE MEAD #2323
HENDERSON, NV 89015

MEADOWS HOA AT ELKHORN SPRINGS
C/O BENCHMARK PROPERTIES INC
1515 EAST TROPICANA SUITE 350A
LAS VEGAS, NV 89119

MEADOWS HOMEOWNER ASSOCIATION
C/O BENCHMARK ASSOCIATION
1515 E. TROPICANA, STE 350A
LAS VEGAS NV 89105

MEANS, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
499 ANNET STREET
HENDERSON, NV 89052

MEAN-ZOUN ZENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 HARPERS FERRY AVE
LAS VEGAS, NV 89148

MEAN-ZOUN ZENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 ANGELS TRACE CT
LAS VEGAS, NV 89148

MEDIA DISTRIBUTORS
ATTN: MONA
1219 FOLSUM AVE.
SAN FRANCISCO CA 94103

MEDIATRAC, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5000 EXECUTIVE PARKWAY
SUITE 250
SAN RAMON CA 94583

The Rhodes Companies, LLC - U.S. Mail

MEDINA CRUZ;EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 MEYER
LAS VEGAS, NV 89101

MEDINA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MEDINA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3728 ROCKY SHORE DR
VALLEJO, CA 94591

MEDINA LOPEZ;MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3871 TWINKLE STAR
LAS VEGAS, NV 89115

MEDINA MEDRANO,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3216 OSAGE AVE
LAS VEGAS, NV 89101

MEDINA PAINTING & DRYWALL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4016 HATCH ST
NORTH LAS VEGAS NV 89032

MEDINA, CARLOS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4192 TATTERSALL PLACE
LAS VEGAS, NV 89115

MEDINA, FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4344 RITA CIRCLE
LAS VEGAS, NV 89115

MEDINA, MARTIN M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1883 FULTONE WAY #2
LAS VEGAS, NV 89115

MEDINA,RIGOBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1957 ERMOSILLO
LAS VEGAS, NV 89115

MEDINA-JIMENEZ,DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2433 SAINT GEORGE ST APT # 4
NORTH LAS VEGAS, NV 89030

MEDINA-LIMA, RIVALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2320 TUCUMCARI DR. APT 2074
LAS VEGAS, NV 89108

MEDRANO,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3320 HONDURAS PL
NORTH LAS VEGAS, NV 89030

MEDRANO;ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4433 W. LAKE MEAD BKVD
LAS VEGAS, NV 89108

MEE & ERIC CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 REAL LONG WAY
LAS VEGAS, NV 89148

MEEI LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 CLYDE ST
CHESTNUT HILL, MA 02467

MEEI LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4792 LONE MESA DR
LAS VEGAS, NV 89147

MEEK, MYRNA & BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16945 OLD LAKE RD
RIVERSIDE, CA 92503-0249

MEEKS + PARTNERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20401 SW BIRCH STREET
SUITE 200
NEWPORT BEACH CA 92660

MEEKS, WAYNE R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3972 E. POTTER
KINGMAN, AZ 86409

MEERKAT INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 HATHAWAY ST. B
BANNING CA 92220

MEI DONG XIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5170 S. JONES BLVD.
LAS VEGAS NV 89118

MEI FANG WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2105 FOREST VIEW AVENUE
HILLSBOROUGH CA 94010

MEI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2105 FOREST VIEW AVE
HILLSBOROUGH, CA 94010

MEI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9267 BEARDED IRIS AVE
LAS VEGAS, NV 89148

MEIHUA JIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

MEILIN CHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
518 FIRST ON DR
LAS VEGAS, NV 89148

MEILING FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11621 VILLA MALAPARTE AVE
LAS VEGAS, NV 89138

MEILING FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
365 FRINGE RUFF DR
LAS VEGAS, NV 89148

MEISHACH MOORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8049 DIAMOND GORGE RD
LAS VEGAS, NV 89178

MEJIA,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6556 MT ROY LN
LAS VEGAS, NV 89156

MEJIA,JJESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6556 MT ROY LN
LAS VEGAS, NV 89156

MEJIA,PORFIRIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1906 SANTA PAULA
LAS VEGAS, NV 89104

MEJIA;GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1680 STEVEN # 2
LAS VEGAS, NV 89115

MEJIA;JUAN F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3632 KOLENDO CT. # B
LAS VEGAS, NV 89103

MEJIA;NORTBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 KANE AVE
LAS VEGAS, NV 89110

MEJIA-SALCIDO;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3295 SANDY LN
LAS VEGAS, NV 89115

MELANIE WHITT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7208 EAGELGATE ST
LAS VEGAS, NV 89131

MELARA-AMAYA,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5900 BROMLEY APT # 7
LAS VEGAS, NV 89107

MELBA SORIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 CASCADE LAKE ST
LAS VEGAS, NV 89148

MELCHOR & BARBARA FUNTILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

MELCHOR & BARBARA FUNTILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4236 FROST WAY
MODESTO, CA 95356

MELDRUM FAMILY TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 POLARIS
LAS VEGAS NV 89102

MELECIA PEDRAZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 MACOBY RUN ST
LAS VEGAS, NV 89148

MELENDEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
46 BLAVEN DR
HENDERSON, NV 89002

MELENDEZ-MORALES,OTTONIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3076 CONGRESS AVE
LAS VEGAS, NV 89121

MELINA ISMAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
346 CART CROSSING WAY
LAS VEGAS, NV 89148

MELINDA & VIRGILIO AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 TRAILING PUTT WAY
LAS VEGAS, NV 89148

MELINDA & VIRGILIO AGUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 WILSON AVE
DEDHAM, MA 02026

MELISSA FARMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 OLIMAR AVE
LAS VEGAS, NV 89148

MELISSA FRANCES MACK
LAW OFFICES OF MELISSA MACK
1139 LEEWARD LANE
ALAMEDA, CA 94502

MELISSA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6454 AETHER ST
LAS VEGAS, NV 89148

MELISSA MACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1139 LEEWARD LN
ALAMEDA, CA 94502

MELISSA MACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
366 APPLE RIVER CT
LAS VEGAS, NV 89148

MELISSA PATTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2049
LAS VEGAS, NV 89148

MELISSA ROGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8912 W. NAPOLL DRIVE
LAS VEGAS NV 89117

MELISSA ROLDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

MELISSA ROTHERMEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 315
LAS VEGAS, NV 89113

MELISSA SPIEGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

MELNICK, ANIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7198 PINE BARRENS STREET
LAS VEGAS, NV 89148

MELNICK, BRITTNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7198 PINE BARRENS STREET
LAS VEGAS, NV 89148

MELO,ARCENIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2293 MINER WAY
LAS VEGAS, NV 89104

MELTON DANIELS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2073
LAS VEGAS, NV 89148

MELVIN ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8764 STOCKHOLM AVE
LAS VEGAS, NV 89147

MELVIN DENNY AKO, INC.
MELVIN AKO
25492 TERRENO DR.
MISSION VIEJO CA 92691

MEMPHIS CHAMPIONSHP BBQ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3380 W. HACIENDA
SUITE 102
LAS VEGAS NV 89118

The Rhodes Companies, LLC - U.S. Mail                                          Served 9/28/2009

MENDENHALL SMITH
ATTN: LISA MORACA
3571 RED ROCK ST., STE. A
LAS VEGAS, NV 89103

MENDENHALL SMITH STRUC ENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3571 RED ROCK STREET
SUITE A
LAS VEGAS, NV 89103

MENDENHALL SMITH, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3571 REDROCK #A
LAS VEGAS, NV 89103

MENDEZ SANCHEZ;RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4645 METPARK
LAS VEGAS, NV 89110

MENDEZ, FRANCISCO J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 BRECKENWOOD CT APT #3
LAS VEGAS, NV 89115

MENDEZ;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2140 CLANCY ST
LAS VEGAS, NV 89156

MENDEZ;ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3200 MCLEOD
LAS VEGAS, NV 89121

MENDEZ;ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2314 MCCARRAN ST
LAS VEGAS, NV 89030

MENDIETA LEON;JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3334 FLYING CT
NORTH LAS VEGAS, NV 89032

MENDIVIL,CARLOS ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3790 SHIREBROOK APT # 167
LAS VEGAS, NV 89115

MENDOZA PEREZ;BLADEMIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
826 SOCORRO SONG
LAS VEGAS, NV 89052

MENDOZA, ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2026 WHIPPLETREE
LAS VEGAS, NV 89121

MENDOZA, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2026 WHIPPLE TREE
LAS VEGAS, NV 89119

MENDOZA, MARYVI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7973 DUTCH VILLAS ST
LAS VEGAS, NV 89139

MENDOZA, SIMON A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2881 PRESTONWOOD ST
LAS VEGAS, NV 89156

MENDOZA,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3257 E. FLAMINGO RD # 208
LAS VEGAS, NV 89121

MENDOZA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4770 E. OWENS AVE
LAS VEGAS, NV 89110

MENDOZA,OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5325 E TROPICANA
LAS VEGAS, NV 89122

MENDOZA,REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5500 SEAVAUGH
LAS VEGAS, NV 89107

MENDOZA;FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4069 VICENTA
LAS VEGAS, NV 89115

MENDOZA;ROBERTO CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1892 N. GATEWAY RD.
LAS VEGAS, NV 89115

MENDOZA-CERBERA,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3447 COLLEGE VIEW # B
NORTH LAS VEGAS, NV 89030

MENDOZA-GONZALEZ;SAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1072 LEESBURG ST
LAS VEGAS, NV 89110

MENDOZA-LAMADRID,PALEMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3317 LOCKWOOD AVE
NORTH LAS VEGAS, NV 89030

MENDOZA-LOPEZ, MICHAEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9103 HARBOR WIND AVE
LAS VEGAS, NV 89178

MENDOZA-LOPEZ,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4098 PISTACHIO NUT AVE
LAS VEGAS, NV 89115

MENDOZA-LUCERO;MARIO T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1553 SILVER MEZA WAY
LAS VEGAS, NV 89109

MENDOZA-MADRIGAL;ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3257 E. FLAMINGO RD. # 208
LAS VEGAS, NV 89121

MENDREI & CECILIA LEELIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 ANGELS TRACE CT
LAS VEGAS, NV 89148

MENESES, FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
613 N. 12TH STREET APT B
LAS VEGAS, NV 89101

MENTOR 4
WILLIAM R. WEBER JR.
4040 SOUTH EASTERN AVE.
SUITE 100
LAS VEGAS NV 89119

MENTZER;JAMES W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 TUKAWAY CT
HENDERSON, NV 89014

MERCADO,GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 STANLEY AVE
NORTH LAS VEGAS, NV 89030

MERCANTILE SYSTEMS & SUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1280 CENTRAL BLVD.,STE E2
BRENTWOODCA 94513

MERCEDES & RICKY LABINDALAUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 SHORT RUFF WAY
LAS VEGAS, NV 89148

MERCEDES & RICKY LABINDALAUA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 DOWNING CIR
SALINAS, CA 93906

MERCEDES-BENZ CREDIT-KY
P.O.BOX 9001880
LOUISVILLE KY 40290

MERCEDES-BENZ FINANCIAL
P.O. BOX 9001921
LOUISVILLE KY 40290-1921

MERCURY LDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 PEPPER LANE
LAS VEGAS, NV 89120

MERCURY REPROGRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 PEPPER LANE
LAS VEGAS NV 89120

MERCY AIR SERVICES, INC.
P. O. BOX 31001-0819
PASADENA CA 91110-0819

MEREDITH MCGHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955 SWENSON # 34
LAS VEGAS NV 89119

MEREDITH, WEINSTEIN & NUMBERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 WARD STREET
LARKSPUR CA 94939-1326

MERLO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3712 AQUARIUS DR
HUNTINGTON BEACH, CA 92649

MERLO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

MEROPE MAGSINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1436 BUTTERFIELD AVE
SAN DIMAS, CA 91773

MEROPE MAGSINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 MACOBY RUN ST
LAS VEGAS, NV 89148

MERRITT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
985 VIA CANALE DR
HENDERSON, NV 89011

MERRY CARNAHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

MERRYHILL SCHOOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 S. DURANGO DR
LAS VEGAS, NV 89113

MERTENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4385 BAKER
KINGMAN , AZ 86409

MERTENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4385 BAKER DR.
KINGMAN AZ 86409

MESKEREM DEGEFU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9786 KAMPSVILLE AVE
LAS VEGAS, NV 89148

MESQUITE MATERIAL TESTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
752 WEST PIONEER BLVD
MESQUITE NM 89027

MESQUITE MATERIAL TESTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
752 WEST PIONEER BLVD
MESQUITE, NV 89027

MESTAS ROOFING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5630 STEPHANIE STREET SUITE B
LAS VEGAS, NV 89122

MESTRE GREVE ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27812 EL LAZO RD
LAGUNA NIGUEL AZ 92677

MESTRE GREVE ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27812 EL LAZO RD
LAGUNA NIGUEL, CA 92677

METHOD 123
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33A NAPIER AVENUE
TAKAPUNA
AUCKLAND NEW ZEALAND

METRO DIESEL INJECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12631 LOS NIETOS ROAD
SANTA FE SPRINGS, CA 90670

METRO ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 BIRTCHER DRIVE
LAS VEGAS NV 89118

METRO TRUCKING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4815 ALTO
LAS VEGAS, NV 89115

METROCALL, INC.
P.O. BOX 740521
ATLANTA GA 30374-0521

METROPOLITAN OUTDOOR PRODUCTS, LLC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 WEST LAKE MEAD BLVD.
SUITE 150
LAS VEGAS, NV 89108

METROSTUDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10370 RICHMOND AVE ST 750
P.O. BOX 2683, DEPT. #00
HOUSTON, TX 77252

METROSTUDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 ALTA DR. #1406
LAS VEGAS , NV 89145

METROSTUDY
P.O. BOX 2683, DEPT. #00
HOUSTON, TX 77252

METTHE PRIDDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3429 NORTHHAVEN RD
DALLAD, TX 75229-2645

METZOIAN,MICHAEL V
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 STURGEON # 103
LAS VEGAS, NV 89110

MEYER MICHAEL JT 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3878  HEATHER AVE
KINGMAN, AZ 86401

MEYERS GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
714-540-8500
555 ANTON BLVD., SUITE 950
COSTA MESA CA 92626

MEZA, FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 NORTH 15TH STREET
LAS VEGAS, NV 89101

MEZA, HUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 MCCARREN ST APT #3
NO LAS VEGAS, NV 89030

MGM GRAND
ROBERT URICHUK
3799 LAS VEGAS NV BLVD,SOUTH
LAS VEGAS NV 89109

MIA & MICHAEL PAVICICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1149
LAS VEGAS, NV 89147

MIAGROS PINERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
680 HARVESTER COURSE DRIVE
LAS VEGAS NV 89148

MIAO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MIAO FAMILY
PO BOX 112-833
TAIPEI
TAIWAN

MIAO SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1555 E ROCHELLE AVE # 123-2
LAS VEGAS, NV 89119

MIAO SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 TAYMAN PARK AVE
LAS VEGAS, NV 89148

MICHAEL & ABBY JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

MICHAEL & ALISON ORCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 TURTLE PEAK AVE
LAS VEGAS, NV 89148

MICHAEL & BARBARA TRICARICHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

MICHAEL & BRELAN ARMSTRONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 PANGLOSS ST
HENDERSON, NV 89002

MICHAEL & CARMALON BEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10283 CAMINITO TORONJO
SAN DIEGO, CA 92131

MICHAEL & CARMALON BEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 314
LAS VEGAS, NV 89113

MICHAEL & CAROLYN BROWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
480 VIA DEL FORO DR
HENDERSON, NV 89011

MICHAEL & CATHERINE RIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2148
LAS VEGAS, NV 89148

MICHAEL & CHARMAINE DEMUNDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
762 WIGAN PIER DR
HENDERSON, NV 89002

MICHAEL & CHRISTINE CHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 VIA MEZZA LUNA CT
HENDERSON, NV 89011

MICHAEL & DIANNA CACCIABAUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 PANGLOSS ST
HENDERSON, NV 89002

MICHAEL & DONNA HIGELMIRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2974 TYBURN ST
LOS ANGELES, CA 90039

MICHAEL & DONNA HIGELMIRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

MICHAEL & DOROTHY FURILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1252 OLIVIA PKWY
HENDERSON, NV 89011

MICHAEL & DOROTHY FURILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2724 ALTAIR AVE
THOUSAND OAKS, CA 91360

MICHAEL & ELISABETH FREELAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 VIA STRETTO AVE
HENDERSON, NV 89011

MICHAEL & ELISABETH FREELAND
PO BOX 997
EL DORADO, CA 95623

MICHAEL & ELIZABETH FETHEROLF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9315 ORCHID PANSY AVE
LAS VEGAS, NV 89148

MICHAEL & ELIZABETH VOLK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

MICHAEL & FE GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

MICHAEL & GAY SHAPIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

MICHAEL & GAY SHAPIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 COOLWATER RD
BELL CANYON, CA 91307

MICHAEL & HAYLEY GAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22261 LANTERN LN
LAKE FOREST, CA 92630

MICHAEL & HAYLEY GAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
264 SEA RIM AVE
LAS VEGAS, NV 89148

MICHAEL & ISABEL KIRK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7229 COTTONSPARROW ST
LAS VEGAS, NV 89131

MICHAEL & JANET HUGHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4430 INDEPENDENCE AVE N
NEW HOPE, MN 55428

MICHAEL & JANET HUGHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

MICHAEL & JEANETT MULHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

MICHAEL & JESSICA MAHAYOSNAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6607 BABYS TEAR PL
LAS VEGAS, NV 89148

MICHAEL & JOY PANCAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10442 ARTFUL STONE AVE
LAS VEGAS, NV 89149-1502

MICHAEL & JOY PANCAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7237 TEALWOOD ST
LAS VEGAS, NV 89131

MICHAEL & JOYCE LEWIS
JOYCE LEWIS
10503 ANGELO TENERO AVE
LAS VEGAS NV 89135

MICHAEL & KAREN EARLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 CLIFF VALLEY DR
LAS VEGAS, NV 89148

MICHAEL & KATHERINE RAMEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 VOLTAIRE AVE
HENDERSON, NV 89002

MICHAEL & LEONOR KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1035 VIA CALDERIA PL
HENDERSON, NV 89011

MICHAEL & LOUISA GILDNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9324 BEARDED IRIS AVE
LAS VEGAS, NV 89148

MICHAEL & MARIA BARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 VIA STREET AVENUE
HENDERSON, NV 89011

MICHAEL & MARIA BARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 VIA STREETO AVENUE
HENDERSON, NV 89011

MICHAEL & MARIA BARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 VIA STRETTO AVE
HENDERSON, NV 89011

MICHAEL & MARIA MOURES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
778 WIGAN PIER DR
HENDERSON, NV 89002

MICHAEL & MICHELLE POLITI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
964 VIA CANALE DR
HENDERSON, NV 89011

MICHAEL & NATIVIDAD GILBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
56 SUNSET BAY ST
LAS VEGAS, NV 89148

MICHAEL & PAIGE RUSSELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4651 MUNICH CT
LAS VEGAS, NV 89147

MICHAEL & PATRICIA DUDEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5606 SAN FLORENTINE AVE
LAS VEGAS, NV 89141

MICHAEL & PATRICIA DUDEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

MICHAEL & SANDRA MARRANCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15 TALL RUFF DR
LAS VEGAS, NV 89148

MICHAEL & SANDRA MARRANCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 CROWN POINT LN
WILLIAMSVILLE, NY 14221

MICHAEL & SHARON O`BRIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 PANGLOSS ST
HENDERSON, NV 89002

MICHAEL & SHARON WALKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 HARPERS FERRY AVE
LAS VEGAS, NV 89148

MICHAEL & SUSAN NEIDENTHAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
639 GREENLEAF AVE
SMYRNA, TN 37167

MICHAEL & SUSAN NEIDENTHAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2169
LAS VEGAS, NV 89148

MICHAEL & SUSAN RAWLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496 VIA DEL FORO DR
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail                                                                                    Served 9/28/2009

MICHAEL & SUSAN RAWLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 VIA DEL FORO DR
HENDERSON, NV 89011

MICHAEL & TONI GOLDSMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 POCONO MANOR CT
LAS VEGAS, NV 89148

MICHAEL & TRINIDAD ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3220 LONGVIEW DR
SAN BRUNO, CA 94066

MICHAEL & TRINIDAD ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2164
LAS VEGAS, NV 89148

MICHAEL & YULIN NICHOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

MICHAEL A. EGGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6437 GREY DOVE CIRCLE
LAS VEGAS NV 89118

MICHAEL ADARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1761 BUTANO DR
MILPITAS, CA 95035

MICHAEL ADARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
477 CENTER GREEN DR
LAS VEGAS, NV 89148

MICHAEL AND LAURA RIBANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 LUCINDA DRIVE
BABYLON NY 11702

MICHAEL AND MICHELLE ORLANDO
C/O ERIC RANSAVAGE
7401 BRIDLEHORNE AVE.
LAS VEGAS, NV 89131

MICHAEL ANTHONY INGRASSI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 CHERRY DR
HENDERSON, NV 89002-8453

MICHAEL ARTINIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

MICHAEL BISONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3575 ROOSEVELT ST APT 105
CARLSBAD, CA 92008-5046

MICHAEL BISONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3575 ROOSEVELT ST APT 106
CARLSBAD, CA 92008-5045

MICHAEL BLEVINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1027 VIA CALDERIA PLACE
HENDERSON, NV 89011

MICHAEL BLISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9732 KAMPSVILLE AVE
LAS VEGAS, NV 89148

MICHAEL CONRAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4100 BENNETT MOUNTAIN STREET
LAS VEGAS NV 89129

MICHAEL CORRENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 218
LAS VEGAS, NV 89113

MICHAEL CORRIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 DESCANO GARDEN DR
LAS VEGAS, NV 89148

MICHAEL CRAMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
905 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

MICHAEL DESILVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2981 BRIGHTON CREEK COURT
LAS VEGAS NV 89135

MICHAEL EDENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
342 ANGELS TRACE CT
LAS VEGAS, NV 89148

MICHAEL EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
404 VIA STRETTO AVE
HENDERSON, NV 89011

MICHAEL EMPEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
798 VORTEX AVE
HENDERSON, NV 89002

MICHAEL FASTOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

MICHAEL FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 COOKS CREEK CT
LAS VEGAS, NV 89148

MICHAEL FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3233 WINGED FOOT DR
FAIRFIELD, CA 94534

MICHAEL GABOLDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4366 SPOONER LAKE CIR
LAS VEGAS, NV 89147

MICHAEL GABOLDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4774 FRANKFURT CT
LAS VEGAS, NV 89147

MICHAEL GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
773 TOSSA DE MAR AVE
HENDERSON, NV 89002

MICHAEL GROCHOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
721 JANE EYRE PL
HENDERSON, NV 89002

MICHAEL HETEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
790 ALDER GREEN AVE
HENDERSON, NV 89002

MICHAEL J GAUTHIER
PO BOX 91036
HENDERSON, NV 89009-1036

MICHAEL J MCKENNA MD PC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6070 S. FORT APACHE ROAD
SUITE 100
LAS VEGAS NV 89148

MICHAEL J. GAUTHIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2833 SECRET CANYON RD
HENDERSON, NV 89074

MICHAEL J. GAUTHIER
PO BOX 46764
LAS VEGAS NV 89114

MICHAEL J. MCLAUGHLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5649 WEST COLLINS
GOLDEN VALLEY AZ 86413

MICHAEL JACKNESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9676 MARCELLINE AVE
LAS VEGAS, NV 89148

MICHAEL KAYFEZ AND
GOOLD PATTERSON ALES & DAY

MICHAEL KEITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 D ALTRUI DR
HILLSBOROUGH, NJ 08844

MICHAEL KEITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
934 VIA CANALE DR
HENDERSON, NV 89011

MICHAEL KIGHTLINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9581 VERNEDA CT
LAS VEGAS, NV 89147

MICHAEL LEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 PAXON HOLLOW CT
LAS VEGAS, NV 89148

MICHAEL LIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
357 PALM TRACE AVE
LAS VEGAS, NV 89148

MICHAEL LIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 SHARON HILLS ST
HENDERSON, NV 89052

MICHAEL LOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 DOG LEG DR
LAS VEGAS, NV 89148

MICHAEL LOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8406 MONDAVI HILL CT
LAS VEGAS, NV 89139

MICHAEL LOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 VIA ERMITAS
RANCHO SANTA MARGARITA, CA 92688

MICHAEL LOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2084
LAS VEGAS, NV 89148

MICHAEL MAIONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

MICHAEL MASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

MICHAEL MATOFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2453 HILL STREET
SANTA MONICA CA 90406

MICHAEL MAZZONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 BLAVEN DR
HENDERSON, NV 89002

MICHAEL MCNEELY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 RUSTY PLANK AVE
LAS VEGAS, NV 89148

MICHAEL MORADIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2101
LAS VEGAS, NV 89148

MICHAEL MULCONREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

MICHAEL MUNDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

MICHAEL MYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ANGELS TRACE CT
LAS VEGAS, NV 89148

MICHAEL MYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7537 S RAINBOW BLVD STE 109
LAS VEGAS, NV 89139

MICHAEL NAPOLITANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 ELSIAN DR
ANDOVER, MA 01810-1639

MICHAEL NAPOLITANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 ELYSIAN DR
ANDOVER, MA 01810-1639

MICHAEL NAPOLITANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
889 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

MICHAEL PARKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10142 WORAHRIDGE
RANCHO CUCAMONGA, CA 91730

MICHAEL PARKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

MICHAEL PARKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MICHAEL PASIEKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
876 CLOUD PL
WARMINSTER, PA 18974

MICHAEL PASIEKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1041
LAS VEGAS, NV 89148

MICHAEL RIBAUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4320 W DESERT INN RD STE C
LAS VEGAS, NV 89102

MICHAEL RIBAUDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1070
LAS VEGAS, NV 89148

MICHAEL ROTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6681 KREB LAKE CT
LAS VEGAS, NV 89148

MICHAEL RUBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5060 EVANWOOD AVE
OAK PARK, CA 91377

MICHAEL RUBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 BACK SPIN CT
LAS VEGAS, NV 89148

MICHAEL S. NAKAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 CALLE AMABLE
GLENDALE CA 91208

MICHAEL SARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1106
LAS VEGAS, NV 89148

MICHAEL SCHENCKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7030 PAINTED DESERT ST
LAS VEGAS, NV 89131

MICHAEL STYPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1158
LAS VEGAS, NV 89147

MICHAEL SUSSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6779 PRAIRIE CLOVER ST
LAS VEGAS, NV 89148

MICHAEL SUTTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
468 VIA PALERMO DR
HENDERSON, NV 89011

MICHAEL T. FRALEY
RR HCR BOX 729
SANDY VALLEY NV 89019

MICHAEL TISSERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2043 W EL CAMINO REAL APT 313
MOUNTAIN VIEW, CA 94040

MICHAEL TISSERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 LAYING UP CT
LAS VEGAS, NV 89148

MICHAEL TSAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 WATERTON LAKES AVE
LAS VEGAS, NV 89148

MICHAEL TSAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 SEA RIM AVE
LAS VEGAS, NV 89148

MICHAEL VALIENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1046 VIA SANGUINELLA ST
HENDERSON, NV 89011

MICHAEL VALIENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 TRAILING PUTT WAY
LAS VEGAS, NV 89148

MICHAEL VALIENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4915 E BOSTON AVE
LAS VEGAS, NV 89104

MICHAEL WATSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

MICHAEL WIRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 CADDY BAG CT
LAS VEGAS, NV 89148

MICHAEL XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 CENTER GREEN DR
LAS VEGAS, NV 89148

MICHAEL ZAKIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1083 VIA SAINT LUCIA PL
HENDERSON, NV 89011

MICHAEL'S SIGNS & DISPLAYS
CELL
660 E. ELDORADO LANE
LAS VEGAS NV 89123

MICHAL WSZEBOROWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9782 MARCELLINE AVE
LAS VEGAS, NV 89148

MICHEAL & MEGAN SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7217 TEALWOOD ST
LAS VEGAS, NV 89131

MICHELE GEMAYEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 DOG LEG DR
LAS VEGAS, NV 89148

MICHELE GEMAYEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
923 HILTS AVE
LOS ANGELES, CA 90024

MICHELE HANSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 VIA GALLIA ST
HENDERSON, NV 89011

MICHELLE & DENNIS PIEDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
897 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

MICHELLE & PRESTON DICKENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 DOG LEG DR
LAS VEGAS, NV 89148

MICHELLE BELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA CANALE DR
HENDERSON, NV 89011

MICHELLE BLAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
318 FRINGE RUFF DR
LAS VEGAS, NV 89148

MICHELLE BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 TAD MOORE AVENUE
LAS VEGAS NV 89148

MICHELLE EATON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
512 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

MICHELLE GULLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9325 DESERT INN # 126
LAS VEGAS NV 89117

MICHELLE JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

MICHELLE MYERS WILLIAMS FIRST FEDERAL REALT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2421 W. HORIZON RIDGE PKWY #110
HENDERSON , NV  89052

MICHELLE PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 MARCO ISLAND ST
LAS VEGAS, NV 89148

MICHELLE SHAVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9712 DIETERICH AVE
LAS VEGAS, NV 89148

MICHELLE STANEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 DOG LEG DR
LAS VEGAS, NV 89148

MICHELLE ZHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9080 RED SHORES WAY
LAS VEGAS, NV 89147

MICHELLI KALTSAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6844 SCARLET FLAX ST
LAS VEGAS, NV 89148

MICHIYO & HIROYUKI HOJO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
359 ATHENS ST
SAN FRANCISCO, CA 94112

MICHIYO & HIROYUKI HOJO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

MICKI LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MICKI LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 MAHALANI ST # M
WAILUKU, HI 96793

MICROSOFT TECHNET
P.O. BOX 5540
PLEASANTON CA 94566-9940

MIDA FRESQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

MIDA FRESQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7825 SEA ROCK RD
LAS VEGAS, NV 89128

MIDNIGHT PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2721 LOSEE ROAD
SUITE A
NORTH LAS VEGAS, NV 89030

MIGNEA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5929 CORAL FLAT ST
N LAS VEGAS, NV 89031

MIGNEA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

MIGUEL & ISRAELITA DELAPAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6715 MARIANNE DR
SUITLAND, MD 20746

MIGUEL & ISRAELITA DELAPAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
981 VIA CANALE DR
HENDERSON, NV 89011

MIGUEL & SHERYL ROA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 CART CROSSING WAY
LAS VEGAS, NV 89148

MIGUEL GONZALEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 SOGGY RUFF WAY
LAS VEGAS, NV 89148

MIGUEL GONZALEZ
PO BOX 30036
LAS VEGAS, NV 89173

MIGUEL SALIDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 DOG LEG DR
LAS VEGAS, NV 89148

MIHWA BAE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 TAYMAN PARK AVE
LAS VEGAS, NV 89148

MIKE & AMY JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
328 PALM TRACE AVE
LAS VEGAS, NV 89148

MIKE CARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1774 RIVERGRIDEN DR.
BULLHEAD CITY, AZ

MIKE EGGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6437 GREY DOVE CIRCLE
LAS VEGAS NV 89118

MIKE ERICKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 BIRCH ST.
LAS VEGAS, NV 89102

MIKE GUPTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
104 POUND HOLLOW RD
GLEN HEAD, NY 11545

The Rhodes Companies, LLC - U.S. Mail

MIKE GUPTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

MIKE NAKAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 CALLE AMABLE
GLENDALE, CA 91208

MIKELL & LINDA DALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 RED CINDER ST
LAS VEGAS, NV 89131

MIKELL AND LINDA DALE
C/O ERIC RANSAVAGE
7400 RED CINDER ST.
LAS VEGAS, NV 89131

MIKE'S ADVENTURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6070 SWEDE LANE
FLAGSTAFF, AZ 86004

MIKE'S DRAIN AND PLUMBLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3560 POLARIS AVE
SUITE# 23
LAS VEGAS NV 89103

MIKHAIL & ANASTASIA SAVCHENKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2102
LAS VEGAS, NV 89148

MIKHAIL & EDITA FIKHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19321 CALIFA ST
TARZANA, CA 91356

MIKHAIL & EDITA FIKHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

MILAGROS & LEOPOLDO DELATORRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5831 196TH PL
FRESH MEADOWS, NY 11365

MILAGROS & LEOPOLDO DELATORRE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6671 KREB LAKE CT
LAS VEGAS, NV 89148

MILAGROS MALAPIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
92 CASCADE LAKE ST
LAS VEGAS, NV 89148

MILAN STARUSTKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9261 BEARDED IRIS AVE
LAS VEGAS, NV 89148

MILAN STARUSTKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9827 ANTELOPE CANYON
LAS VEGAS NV 89147

MILDRED DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6670 KREB LAKE CT
LAS VEGAS, NV 89148

MILDRED DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8620 REMICK AVE
SUN VALLEY, CA 91352

MILENA DANEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9461 LOS COTOS CT
LAS VEGAS, NV 89147

MILENA PAMUKOVA REALTY EXECUTIVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1903 SO. JONES BLVD
LAS VEGAS , NV 89146

MILES SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 WICKED WEDGE WAY
LAS VEGAS, NV 89148

MILGARD MANUFACTURING, INC
P.O. BOX 53583
PHOENIX, AZ 85072

MILGARD MANUFACTURING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2550 N. NEVADA STREET
CHANDLER, AZ 85225

MILGARD MANUFACTURING, INC.
ATTN: DIANE M. MONACHELLI
2550 N. NEVADA STREET
CHANDLER, AZ 85225

MILGARD MANUFACTURING, INC.
PO BOX 53583
PHOENIX, AZ 85072

MILGARD WINDOWS CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7600 EASTGATE ROAD
HENDERSON , NV 89015

MILGARD WINDOWS CORP.
DIANE MONACHELLI
P. O. BOX 53583
PHOENIX AZ 85072

MILGARD WINDOWS CORP.
P. O. BOX 53583
PHOENIX, AZ 85072

MILIVOJ MARIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7439 PARNELL AVE
LAS VEGAS, NV 89147

MILIVOJ MARIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1089
LAS VEGAS, NV 89148

MILLAN;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2235 SHATZ ST
LAS VEGAS, NV 89156

MILLENIUM STAFFING & MGMT SVCS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8230 W. CHARLESTON BLVD
LAS VEGAS, NV 89117

MILLENIUM STAFFING & MGMT SVCS
ELLEN ROBINSON
P.O.BOX 931974
CLEVELAND OH 44193

MILLER BLADES
JODI SUDDARTH
PO BOX 9000-150
ALTA LOMA CA 91701

MILLER DESIGN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10305 CANYON VALLEY AVENUE
LAS VEGAS NV 89145

MILLER RENTALS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 W. DEWEY DR. SUITE #14
LAS VEGAS NV 89118-2345

MILLER RICHARD & LIZBETH CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5353 S TURQUOIS RD
GOLDEN VALLEY, AZ 86413

MILLER RICHARD & LIZBETH CPWRS
PO BOX 783
KINGMAN, AZ 86402

MILLER, BROOKE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1087 PARADISE COACH DR
HENDERSON, NV 89002

MILLER, JEFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1087 PARADISE COACH DR
HENDERSON, NV 89002

MILLER, MORGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 PRAIRIE SKY CT
HENDERSON, NV 89074

MILLER, THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2858 UTICA CIR
LAS VEGAS, NV 89146

MILNE;ZACKERY T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10501 HORSESHOE FALLS CT
LAS VEGAS, NV 89144

MILNER, ROSELYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1485 DUNEVILLE ST
LAS VEGAS, NV 89146-1215

MILTON & LILIA FLETCHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
432 VIA STRETTO AVE
HENDERSON, NV 89011

MILTON PHILPOTTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

MILTONA TURF PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11760 TROY LANE N
MAPLE GROVE, MN  55369

MIN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 SPRING HOLLOW DR
LAS VEGAS, NV 89148

MIN CHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 N PAINTED MOUNTAIN DR
LAS VEGAS, NV 89148

MIN CHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9314 LEMON MINT CT
LAS VEGAS, NV 89148

MIN-CHEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

MIN-CHEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

MIND THEATRE AUDIO, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3485 W. HARMON, SUITE 100
LAS VEGAS NV 89103

MING HUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

MING HUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9313 QUEEN CHARLOTTE DR
LAS VEGAS, NV 89145

MINH & MUOI QUACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 CLIFF VALLEY DR
LAS VEGAS, NV 89148

MINH CAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521A 37TH AVE
SAN FRANCISCO, CA 94121

MINH CAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9726 VALMEYER AVE
LAS VEGAS, NV 89148

MINH LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8920 MINSK CT
LAS VEGAS, NV 89147

MINI STORAGE OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4303 SOUTH ARVILLE
LAS VEGAS NV 89103

MINORITIES IN PROGRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21133 VICTORY BLVD. #215
CANOGA PARK CA 91303

MINSK INVESTMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7631 JACARANDA BAY ST
LAS VEGAS, NV 89139

MINSK INVESTMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8911 MINSK CT
LAS VEGAS, NV 89147

MIRA & DAVID KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 REAL LONG WAY
LAS VEGAS, NV 89148

MIRACLE METHOD OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5151 PROCYON ST # 104
LAS VEGAS NV 89118

MIRACLE PLAYGROUND SALES SW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2657 WINDMILL PARKWAY #195
HENDERSON NV 89074-3384

MIRAFUENTES JR.;ALFRED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4813 NARA VISTA WAY #202
LAS VEGAS, NV 89103

MIRAJOY RAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
441 PUNTO VALLATA DR
HENDERSON, NV 89011

MIRAJOY RAYO & ARTURO CASIMIRO
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

MIRAJOY RAYO & ARTURO CASIMIRO (441 PUNTO VAL
C/O TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

MIRAMONTES;BLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 MARY DEE # A
N LAS VEGAS, NV 89030

MIRAMONTES-C., OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 MARY DEE AVE APT APT D
N LAS VEAGS, NV 89030-8197

MIRAMONTES-C.;OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2512 CARROLL ST, #B
N LAS VEGAS, NV 89030

MIRANDA;JOSE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR. APT 10 A
N LAS VEGAS, NV 89030

MIREYA SALAMANCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

MIRSADA & RANKO GLISIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4748 CALIFA DR
LAS VEGAS, NV 89122

MIS GROUP
PO BOX 678119
DALLAS TX 75267-8119

MISBAH KHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1918 MOUNTAIN ASPEN LN
KINGWOOD, TX 77345

MISBAH KHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1128
LAS VEGAS, NV 89148

MISSION BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2439 HUALAPAI MOUNTAIN ROAD
KINGMAN AZ 86401

MIST SYSTEMS INT. INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4820 QUALITY CT SUITE#B
LAS VEGAS NV 89103

MISTER SAUSAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8209 LAUDERDALE CT
LAS VEGAS, NV  89128-7101

MITCHELL & KIM SNECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
416 VIA STRETTO AVE
HENDERSON, NV 89011

MITCHELL & LISA WIEDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 STERLING CIR
DIX HILLS, NY 11746

MITCHELL & LISA WIEDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1058
LAS VEGAS, NV 89148

MITCHELL ARONSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1159
LAS VEGAS, NV 89147

MITCHELL, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5938 TYBALT COURT
LAS VEGAS, NV 89113

MITOSHI H. FUJIO-WHITE, ESQ.
BOORNAZIAN, JENSEN & GARTHE
555 12TH ST., SUITE 1800
OAKLAND, CA  94607

MIXED - MEDIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3585 E PATRICK LANE STE 800
LAS VEGAS NV 89120

MIYAMOTO INTERNATIONAL INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1450 HALYARD DR
SUITE 1
WEST SACRAMENTO, CA 95691

MIZUNO USA, INC
P.O. DRAWER 101831
ATLANTA, GA  30392

MLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 HOWARD HUGHES PARKWAY
SUITE 290
LAS VEGAS NV 89109-5972

MOB MORTON
PO BOX 4237
KINGMAN AZ 86401

MOBILE BILLBOARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5460 DESERT POINT DRIVE
LAS VEGAS, NV 89118

MOBILE BILLBOARDS
WWW.MBBLV.COM
5460 DESERT POINT DRIVE
LAS VEGAS NV 89118

MOBILE MINI INC
PO BOX 79149
PHOENIX, AZ 85062-9149

MOBILE MINI, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14425 ARVILLE
LAS VEGAS , NV  89124

MOBILE MINI, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3101 WESTWOOD DRIVE
LAS VEGAS, NV 89109

MOBILE MINI, INC.
P.O. BOX 79149
PHOENIX, AZ  85062-9149

MOCCASIN CONSOLIDATED COURT
H.C. 65 BOX 90
123 SOUTH MAIN
MOCCASIN, AZ 86022

MODESTO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13846 W DUBLIN DR
LOCKPORT, IL 60491

**The Rhodes Companies, LLC - U.S. Mail**                                                                                      Served 9/28/2009

MODESTO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

MODSPACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12603 COLLECTION CENTER DR
CHICAGO , IL  60693

MODULAR BUILDING SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 SANDRA LEE BLVD.
WEST MILTON PA 17886

MODULAR SPACE CORPORATION
P.O. BOX 641595
PITTSBURGH PA 15264-1595

MOFFAT,STEVE ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3537 BOWIE RD.
GOLDEN VALLEY, AZ 86413

MOHAMED KACEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

MOHAMMAD QASEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2198 ORCHARD MIST ST
LAS VEGAS, NV 89135

MOHAMMAD QASEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

MOHAMMAD TOUSSIMEHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
169 BUDD AVE
CAMPBELL, CA 95008

MOHAMMAD TOUSSIMEHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
766 TOSSA DE MAR AVE
HENDERSON, NV 89002

MOHAVE  COUNTY TREASURER
P.O. BOX 712
KINGMAN, AZ 86402-0712

MOHAVE CO. AND ENV. HEALTH
P.O. BOX 7000
E. HWY 66 SUITE A
KINGMAN AZ 86402-7000

MOHAVE COUNTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1305 HANCOCK RD #5
BULLHEAD CITY, AZ 86442

MOHAVE COUNTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 W. BEALE STREET
KINGMAN, AZ 86402

MOHAVE COUNTY
C/O MATTHEW J. SMITH - DOLORES H. MILKIE
MOHAVE COUNTY ATTORNEY'S OFFICE --
CIVIL DIVISION
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE COUNTY
C/O MATTHEW J. SMITH - DOLORES H. MILKIE
MOHAVE COUNTY ATTORNEY'S OFFICE--CIVIL DIVISIO
P. O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE COUNTY
C/O MATTHEW J. SMITH - DOLORES H. MILKIE
MOHAVE COUNTY ATTORNEY'S OFFICE--CIVIL DIVISIO
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE COUNTY
MOHAVE COUNTY ATTORNEY'S OFFICE-CIVIL DI
P.O. BOX 7000
KINGMAN, AZ 86402-700

MOHAVE COUNTY ASSESSOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 W. BEALE ST.
PO BOX 7000
KINGMAN AZ 86402

MOHAVE COUNTY COMMUNITY &
ECONOMIC DEVELOPMENT
P.O. BOX 7000
KINGMAN AZ 86402-7000

MOHAVE COUNTY FAIR ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 FAIRGROUNDS BLVD.
KINGMAN AZ 86401-4169

MOHAVE COUNTY LANDOWNERS ASSN
P. O. BOX 3877
KINGMAN, AZ 86402-9975

MOHAVE COUNTY PLANNING
PO BOX 7000
KINGMAN, AZ 86402

MOHAVE COUNTY RECORDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1305 HANCOCK RD #5
BULLHEAD CITY, AS 86442

MOHAVE COUNTY SHERIFF'S OFFICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 WEST BEALE STREET
ATTN: CIVIL DIVISION
P. O. BOX 1191
KINGMAN AZ 89402

MOHAVE COUNTY SHERRIF'S OFFICE
ATTN:  CIVIL DIVISION
P.O. BOX 1191
KINGMAN, AZ 86402

MOHAVE COUNTY TREASURER
LEE E. FABRIZIO
P.O. BOX 52657
PHOENIX, AZ 85072

MOHAVE COUNTY TREASURER
P. O. BOX 712
3313 E. OAK STREET
KINGMAN AZ 86402

MOHAVE ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
928 HANCOCK ROAD BULLHEAD CITY
BULLHEAD CITY, AZ 86442

MOHAVE ELECTRIC COOPERATIVE
P.O. BOX 2000
BULLHEAD CITY AZ 86430

MOHAVE ELECTRIC COOPERATIVE, INC.
ATTN: GREG SEANEY
PO BOX 1045
BULLHEAD CITY, AZ 86430-1045

MOHAVE ENGINEERING ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2202 STOCKTON ROAD
KINGMAN AZ 86401

MOHAVE MOBILE WELDING
P.O. BOX 6668
KINGMAN, AZ 86402

**The Rhodes Companies, LLC - U.S. Mail**

MOHAVE NUT AND BOLT, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 STOCKTON HILL RD # 293
KINGMAN AZ 86401

MOHAVE STATE BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3737 STOCKTON HILL RD.
KINGMAN AZ 86401

MOHAVE UTILITY EQUIPMENT CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2210 E. AIRWAY
KINGMAN AZ 86401

MOJAVE CO.-COMM. DEVELOPMENT
P.O. BOX 7000
KINGMAN AZ 86402-7000

MOLINA,CARLOS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2604 JANSEN AVE
LAS VEGAS, NV 89101

MONA & TISH LIDJI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1215 ANCHORS WAY DR SPC 280
VENTURA, CA 93001

MONA & TISH LIDJI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1170
LAS VEGAS, NV 89148

MONA TILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
316 VIA FRANCIOSA DR
HENDERSON, NV 89011

MONA TILSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
975 EAST AVE # 128
CHICO, CA 95926

MONARCH MEDIA GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3665 DOVE ROAD
PORT HURON MI 48060

MONARCH PROMOTIONS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4505 WEST HACIENDA
LAS VEGAS NV 89118

MONARRES,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3705 STRUZ AVE
LAS VEGAS, NV 89110

MONARREZ,RAYMUNDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3705 STROZTS
LAS VEGAS, NV 89110

MONDIER KHAIRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 SUNSET BAY ST
LAS VEGAS, NV 89148

MONDRAGON,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2665 S. BASSLER ST. # 270
LAS VEGAS, NV 89109

MONEYTREE, INC. AND
DUBOWSKY LAW OFFICE CHTD.

MONGONAISE MACENAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6756 PASTEL CARNELIA ST
LAS VEGAS, NV 89148

MONICA BERGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1833 LYELL CANYON LANE
LAS VEGAS NV 89134

MONICA RUBIO-PESCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

MONIQUE DELGADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
945 VIA STELLATO ST
HENDERSON, NV 89011

MONMOUTH FABRICATORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5005 BELMAR BLVD SUITE C6
FARMINGDALE NJ 07727

MONRROY-REYES,JUVENAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 HOWARD AVE
LAS VEGAS, NV 89104

MONSEN ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 SOUTH MAIN
SALT LAKE CITY, UT 84101

MONSEN ENGINEERING SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5115 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89118

MONSTER.COM
P. O. BOX 90364
CHICAGO IL 60696-0364

MONSURU IBRAHEEM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1081 VIA PRATO LN
HENDERSON, NV 89011

MONTAGUE,CRAIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3609 ODLUM POINT LN
NORTH LAS VEGAS, NV 89032

MONTALBO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34 BLAVEN DR
HENDERSON, NV 89002

MONTALBO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
439 VIVIENNE DR
WATSONVILLE, CA 95076

MONTANA CSED
WAGE WITHHOLDING UNIT
P.O. BOX 8001
HELENA, MT 59604-8001

MONTANO,GUADALUPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2819 KIM AVE # 197
NORTH LAS VEGAS, NV 89030

MONTANO,MARCO AURELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3308 OSAGE AVE
LAS VEGAS, NV 89101

MONTANO-CORDOVA,ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
917 TONOPAH AVE
NORTH LAS VEGAS, NV 89030

MONTES DE OCA JR.,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19 MERRITT ST.
DOUGLAS, AZ 85607

MONTES, RAFAEL MONTOYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1455 E KATIE AVE # E16
LAS VEGAS, NV 89119

MONTES;ALEX M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3442 MONTEGO DR
LAS VEGAS, NV 89123

MONTES;MARCO ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2030 SPEAR ST
N LAS VEGAS, NV 89030

MONTGOMERY CONSULTING
ALLAN (JAY) EENHUIS
ENGINEERS, LLC
9640 W. TROPICANA AVE., #115
LAS VEGAS NV 89147

MONTGOMERY CONSULTING
ENGINEERS, LLC
5673 CAMERON STREET
LAS VEGAS, NV 89118

MONTGOMERY, HEATHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 SULLY CREEK CRT
LAS VEGAS, NV 89148

MONTOYA,T.JONAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2016 BONANZA # 2016
LAS VEGAS, NV 89101

MONTOYA-MARTIN;JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 CORDOBA LANE #C
LAS VEGAS, NV 89108

MONTY BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 E 2300 N
NORTH OGDEN, UT 84414

MONTY BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

MOO & JUNG CHAING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 TIE BREAKER CT
LAS VEGAS, NV 89148

MOO & JUNG CHAING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 W HARMON AVE APT 117
LAS VEGAS, NV 89103

MOODY PROPERTIES LLCSERIES D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

MOODY PROPERTIES LLCSERIES D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9994 NIKE WAY
LAS VEGAS, NV 89148

MOODY'S INVESTORS SERVICE
P. O. BOX 102597
ATLANTA GA 30368-0597

MOONS AUTO GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
408 S MAIN STREET
P.O. BOX 504
GADSDEN, AZ 85336

MOORE & ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1755 LAUREL LANE
PRESCOTT AZ 86301

MOORE MEDIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2255 RENAISSANCE
LAS VEGAS NV 89119

MOORE, ALAIN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5150 CONCHO RD.
GOLDEN VALLEY, AZ 86413

MOORE, SOFIYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9745 EDIFICE AVE
LAS VEGAS, NV 89117

MOORE,DONNA J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6435 GRASS MEADOWS DR. # 113
LAS VEGAS, NV 89142

MOORE,MEISHACH J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8049 DIAMOND GORGE RD
LAS VEGAS, NV 89178

MOORE,NATHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6435 GRASS MEADOWS DR. # 113
LAS VEGAS, NV 89142

MOORE,RYAN KEITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6069 ABBEY RD.
FLAGSTAFF, AZ 86004

MOORE;MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
651 MACBREY
LAS VEGAS, NV 89123

MORALES, SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1313 MEYER STREET
LAS VEGAS, NV 89101

MORALES,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1316 21ST # C
LAS VEGAS, NV 89101

MORALES,ISIDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2228 BASSLER
NORTH LAS VEGAS, NV 89030

MORALES-CARRILLO;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2911 MITZI
LAS VEGAS, NV 89101

MORALES-VILLANUEVA,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 HEDGE WAY # 5
LAS VEGAS, NV 89110

MORALLY SUPPLY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4695 NORTH AVE
OCEANSIDE, CA 92056

MORAN ESPINOZA, MARGARITA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3425 SULLIVAN CIR
N LAS VEGAS, NV 89032

MORAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
382 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

MORE;JASON B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 W. CHESAPEAKE WAY
LAS VEGAS, NV 89015

MOREJON, WILMER & JENNIFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
980 ARMILLARIA ST
HENDERSON, NV 89011-3030

MORENO, MARCELO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 PAGE ST
LAS VEGAS, NV 89110

MORENO,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
497 CALCATERRA # C
LAS VEGAS, NV 89119

MORENO,MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4098 PISTACHIO NUT AVE
LAS VEGAS, NV 89115

MORENO-C.,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2249 STATZ ST., #D
N LAS VEGAS, NV 89030

MORENO-HERNANDEZ, JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4355 S. JONES #20
LAS VEGAS, NV 89103

MORGAN GRIMSHAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8985 UNION GAP RD
LAS VEGAS,  NV  89123

MORGAN STANLEY PRIME INCOME TR
PHILIP YARROW
522 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NY 10036

MORGAN, STUART F.
P.O. BOX 6201
KINGMAN, AZ 86402

MORIN-NUNEZ,CARLOS Z.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 EL CAMINO AVE # 295
LAS VEGAS, NV 89102

MORIN-NUNEZ,JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 EL CAMINO AVE # 295
LAS VEGAS, NV 89102

MORLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

MORLEY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
306 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

MOROLES, FAGIN R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 TAYMAN PARK AVE
LAS VEGAS, NV 89148

MORONES;SALVADOR G.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 S. BOULDER HWY #2109
LAS VEGAS, NV 89121

MORPACE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31700 MIDDLEBELT ROAD
FARMINGTON HILLS MI 48334

MORRILL, VIRGINIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10175 W SPRING MOUNTAIN ROAD #2015
LAS VEGAS, NV 89117

MORRIS MATTINGLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

MORRIS STOCKSTILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

MORRIS, PICKERING, & SANNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 S. 4TH ST. SUITE 900
LAS VEGAS NV 89101

MORRIS, SHANNON L,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3125 W WARM SPRINGS #1224
HENDERSON, NV 89014

MORRIS;ROBERT A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
432 KIEL ST
HENDERSON, NV 89015

MORTON & JUANITA VELASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
184 FLYING HILLS AVE
LAS VEGAS, NV 89148

MOSLEY, CHARLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 COLLECTION RIVER DR
HENDERSON, NV 89052

MOTA, MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6980 ISSAC AVE.  APT# 4
LAS VEGAS, NV 89156

MOTA,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 MCCARRAN ST # D
N LAS VEGAS, NV 89030

MOTA,JUBENAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2509 FLOWER AVE
N LAS VEGAS, NV 89030

MOTA,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2533 TAYLOR AVE
N LAS VEGAS, NV 89030

MOTA,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3205 TABOR AVE., #B
N LAS VEGAS, NV 89030

MOTA,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3928 NEW HOPEWAY
LAS VEGAS, NV 89110

MOTIVATIONAL SYSTEMS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 CLEVELAND AVENUE
NATIONAL CITY CA 91950

The Rhodes Companies, LLC - U.S. Mail

MOTO-XPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
829 SAND PRIMROSE STREET
LAS VEGAS NV 89138

MOTT, HAROLD EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1935 LUCILLE AVE
KINGMAN, AZ 86401-4628

MOTT,HAROLD EDWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1026 PARKVIEW AVE.
KINGMAN, AZ 86401

MOUNTAIN SPRING FUNDING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 CROOKED PUTTER DR
LAS VEGAS, NV 89148

MOUNTAIN SPRING FUNDING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 RAYMERT DR # 309
LAS VEGAS, NV 89121

MOUSAW, RUSSELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1805 CAMINO CARLOS REY
N LAS VEGAS, NV 89031

MOVE SALES INC
PO BOX 4455
SCOTTSDALE, AZ 85261-4455

MOVE SALES, INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 13239
SCOTTSDALE AZ 85267-3239

MOVE SALES, INC
PO BOX 445
SCOTTSDALE, AZ 85261-4455

MOVE SALES, INC
PO BOX 4455
SCOTTSDALE, AZ 85261-4455

MOYES STOREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1850 NORTH CENTRAL AVENUE
SUITE 1100
PHOENIX AZ 85004

MPOWER COMMUNICATIONS
PO BOX 60767
LOS ANGELES CA 90060

MR TRACTOR SALES, INC.
P.O. BOX 7200
SAN BERNARDINO CA 92411

MR. GEORGE
PO BOX 400334
LAS VEGAS NV 89140

MR. WOO H. CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
% W.J.C.L.L.C.
2824 DOVE RUN CREEK DR
LAS VEGAS NV 89135

MRJ ARHITECTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4790 W UNIVERSITY AVE
LAS VEGAS NV 89103

MS CONCRETE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3840 N. COMMERCE
N. LAS VEGAS , NV  89032

MS. JANINE GUTHRIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1225 MONTEREY STREET
REDLANDS, CA  92373

MS. SHIRLEY CARASSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1980 WESLEY DRIVE
FOLSOM CA 95630

MSE / ERIK LUNDGAARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9811 W. CHARLESTON BLVD. #2403
LAS VEGAS, NV 89117

MSE ENVIRONMENTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9811 W. CHARLESTON BLVD
SUITE 2403
LAS VEGAS, NV 89117

MSI LANDSCAPING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4820 QUALITY CT. SUITE B
LAS VEGAS NV 89103-5221

MSIM PECONIC BAY LTD.
PHILIP YARROW
ONE PARKVIEW PLAZA
OAKBROOK TERRACE, IL 60181

MSP COMMUNICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 SOUTH SIXTH STREET
SUITE 500
MINNEAPOLIS, MN 55402

MT. HAWLEY INSURANCE CRP
TERRY
9025 N. LINDBERGH DRIVE
DEPT #3350
PEORIA IL 61615

MTS MOBILE WELDING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5468 BERCHMANS AVE
LAS VEGAS, NV 89122

MUBARAK GEHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1506 2ND ST
SELMA, CA 93662

MUBARAK GEHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9665 DIETERICH AVE
LAS VEGAS, NV 89148

MUBERA KURTAGIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 HIDDEN HOLE DR
LAS VEGAS, NV 89148

MUELLER STRIPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8591 FAIRFIELD AVENUE
LAS VEGAS NV 89123

MUI & CHRISTOPHER ROTHWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 BACK SPIN CT
LAS VEGAS, NV 89148

MUIJE & VARRICCHIO TRUST
ACCOUNT
302 E. CARSON AVE. STE 550
LAS VEGAS NV 89101

MULTI-TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41519 CHERRY STREET
MARRIETA, CA 92562

MUMBY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
334 SEA RIM AVE
LAS VEGAS, NV 89148

MUNAR, PRISCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8048 PALACE MONACO AVE
LAS VEGAS, NV 89117

MUNGUIA-SOTO;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2526 - C BULLOCH ST
N LAS VEGAS, NV 89030

MUNGUIA-SOTO;OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2526 - C BULLOCH ST
N LAS VEGAS, NV 89030

MUNIZ, JOSE ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47155 VANBUREN ST APT 220
INDIO, CA 92201

MUNOZ PEREZ JR.; JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3206 FONTANA COLONY CT
N LAS VEGAS, NV 89031

MUNOZ, JEREMY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3810 AMES
KINGMAN, AZ 86409

MUNOZ,HUMBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1616 STEVENS # 2
LAS VEGAS, NV 89115

MUOI THAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4765 CRAKOW CT
LAS VEGAS, NV 89147

MURGUIA, FRANCISCO S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3547 TOKIO COURT
LAS VEGAS, NV 89115

MURGUIA, MARIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5084 KELL LANE
LAS VEGAS, NV 89115

MURGUIA, OCTAVIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35547 TOKIO COURT
LAS VEGAS, NV 89115

MURGUIA,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1400 21ST ST. APT A
LAS VEGAS, NV 89101

MURGUIA,OCTAVIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3547 TOKIO CT
LAS VEGAS, NV 89115

MURIEL DEJESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4797 ESSEN CT
LAS VEGAS, NV 89147

MURPHY;TIMOTHY W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN RD
LAS VEGAS, NV 89031

MURRAY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 STANDING STONE ST
LAS VEGAS, NV 89148

MURRAY LEDARNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 FREDSON DR S E
CALGARY AB T2H1E
CANADA

MURRAY LEDARNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

MURRAY LEDARNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1127
LAS VEGAS, NV 89148

MURRAY'S IRON WORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1801 EAST 50TH STREET
LOS ANGELES, CA 90058

MUSHKIN & HAFER
PETER AND JOYCE KWAN

MV CLEANING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1516 REMEMBRANCE HILL
LAS VEGAS NV 89144-5412

MV SPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
88 SPENCE STREET
P.O. BOX 9171
BAY SHORE, NY  11706

MVD
P.O. BOX 4718
QUARTZSITE, AZ 85346

MY OTERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1035 VIA SAN GALLO CT
HENDERSON, NV 89011

MYERS TOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3866  HEATHER AVE
KINGMAN, AZ 86401

MYERS TRUCKING, LLC
P.O. BOX 1489
YUMA, AZ 85366

MYERS, JILL S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
455 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

MYRA SERRANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
298 BROKEN PAR DR
LAS VEGAS, NV 89148

MYRLE RASMUSSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 PANGLOSS ST
HENDERSON, NV 89002

MYRNA & BRIAN MEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1042 VIA SANGUINELLA ST
HENDERSON, NV 89011

MYRNA & BRIAN MEEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4122 LONG COVE CIR
CORONA, CA 92883

MYRNA PICARDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 COREY CREEK CT
LAS VEGAS, NV 89148

MYRNA PICARDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
406 FYNN VALLEY DR
LAS VEGAS, NV 89148

MYSTIC ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2580 N. LIOWA BLVD. #101
LAKE HAVASU CITY, AZ 86403

MYSTIC ELECTRIC
LYNDA KEMP
2580 N. LIOWA BLVD. #101
LAKE HAVASU CITY AZ 86403

N AND A LEE FAMILY LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 CENTER GREEN DR
LAS VEGAS, NV 89148

N AND A LEE FAMILY LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8216 JOSE BENTO WAY
SACRAMENTO, CA 95829

N FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 PUNTO VALLATA DR
HENDERSON, NV 89011

N. J. SHAUM & SON INC.
P.O. BOX 819
FLAGSTAFF, AZ  86002

NADEEM AHMAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 W 50TH ST APT 35D
NEW YORK, NY 10019

NADEEM AHMAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2137
LAS VEGAS, NV 89148

NADER & ROBYN SARKHOSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1087 VIA CAPASSI WAY
HENDERSON, NV 89011

NADER & ROBYN SARKHOSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 PHILLIPSBURG
IRVINE, CA 92620

NADINE & JONATHAN ENDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
957 VIA PIAVE CT
HENDERSON, NV 89011

NADINE GIUDICESSI
GARY GIUDIESSI
5840 MICHELIN CIRCLE
LAS VEGAS NV 89103

NAFEN HU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

NAFEN HU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18401 DANCY ST
ROWLAND HEIGHTS, CA 91748

NAGUI NAKHLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3501 ANTHONY DR
LAS VEGAS, NV 89121

NAGUI NAKHLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4603 CALIFA DR
LAS VEGAS, NV 89122

NAHALEH & NAGHMEH DOROUDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 SILKWOOD
ALISO VIEJO, CA 92656

NAHALEH & NAGHMEH DOROUDIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2002
LAS VEGAS, NV 89148

NAHB RESEARCH CENTER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 PRINCE GEORGE'S BLVD
UPPER MARLBORO MD 20774

NAJAR,JOSE PAULO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2011 THUNDER STORM AVE
N LAS VEGAS, NV 89032

NAKHLEH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10300 CHRISTINE PL
CHATSWORTH, CA 91311

NAKHLEH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 LADIES TEE CT
LAS VEGAS, NV 89148

NANCY & DENNIS SMOLAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

NANCY & DENNIS SMOLAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8296 PRIVATE LN
ANNANDALE, VA 22003

NANCY & JAMES SCHAAF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 WATER HAZARD LN
LAS VEGAS, NV 89148

NANCY & JAMES SCHAAF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9891 STAR DR
HUNTINGTON BEACH, CA 92646

NANCY & KENNETH JAHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1086 VIA SAINT LUCIA PL
HENDERSON, NV 89011

NANCY & KENNETH JAHR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16505 KIWI WAY
LAKE ELSINORE, CA 92530

NANCY & RICK CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
533 VIA DEL CAPITANO CT
HENDERSON, NV 89011

NANCY ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 PANGLOSS ST
HENDERSON, NV 89002

NANCY ESTRADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4121 MANTLE AVE
N LAS VEGAS, NV 89084

The Rhodes Companies, LLC - U.S. Mail

NANCY KURTIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

NANCY KWON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

NANCY MACDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

NANCY RUSCITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

NANCY SUSAN CAMARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39900 563RD ST
ZUMRO FALLS, MN 55991-5166

NANCY WILSON-SCELSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 TURTLE PEAK AVE
LAS VEGAS, NV 89148

NANETTE MORALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9292 DAMES ROCKET PL
LAS VEGAS, NV 89148

NAPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1865 E BUTLER AVE
FLAGSTAFF , AZ  86001

NAPA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2545 E. ANDY DEVINE
KINGMAN , AZ  86401

NAPA AUTO PARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1865 E BUTLER AVE
FLAGSTAFF, AZ  86001

NAPA AUTO PARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2545 E. ANDY DEVINE-RT. 66
KINGMAN AZ 86401

NAPOLES, CESAR JAUREQUI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2665 S. BRUCE
LAS VEGAS, NV 89109

NAPOLITANO, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 ELYSIAN DR
ANDOVER, MA 01810-1639

NARENDRA & MEERA MEHTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9682 MARCELLINE AVE
LAS VEGAS, NV 89148

NARENDRA & MEERA MEHTA
PO BOX 18171
MUNDS PARK, AZ 86017

NARESH & NITA CHOPRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
389 FALCONS FIRE AVE
LAS VEGAS, NV 89148

NARESH & NITA CHOPRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6662 SILENT HARBOR DR
HUNTINGTON BEACH, CA 92648

NARINDER BADWAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
222 ANGELS TRACE CT
LAS VEGAS, NV 89148

NARINE GYUMUSHYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 CARR DR
GLENDALE, CA 91205

NARINE GYUMUSHYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1062
LAS VEGAS, NV 89148

NASRIN SHARIATPOUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

NASRIN SHARIATPOUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8410 ELDORA AVE UNIT 2075
LAS VEGAS, NV 89117

NASSER GEORGES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6480 CLAREMORE COURT
LAS VEGAS NV 89110

NATALIA & JEREMY CHAFFIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

NATALIA ZELAZNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

NATALIE ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6865 ROSE MALLOW ST
LAS VEGAS, NV 89148

NATALIE BLAKE
ATTORNEY AT LAW
12100 WILSHIRE BLVD, STE 1125
LOS ANGELES CA 90025

NATALIE HULAJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 POCONO MANOR CT
LAS VEGAS, NV 89148

NATALIE MCKIMMEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8950 LANSBERRY CT
LAS VEGAS, NV 89147

NATASHA HAMPTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2829 BRIDLETON AVE
N LAS VEGAS, NV 89081

NATASHA HAMPTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4663 CALIFA DR
LAS VEGAS, NV 89122

NATASHA YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3505 BELLA VALENCIA CT
LAS VEGAS, NV 89141

NATASHA YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6766 GOLD YARROW ST
LAS VEGAS, NV 89148

NATHAN FROST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7224 TEALWOOD ST
LAS VEGAS, NV 89131

NATHAN HART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
163 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

NATHAN LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9486 VERNEDA CT
LAS VEGAS, NV 89147

NATHAN LENCIONI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4838 CALIFA DR
LAS VEGAS, NV 89122

NATHAN WAGNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
497 VIA STRETTO AVE
HENDERSON, NV 89011

NATHAN WILLIAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 LOCUST VALLEY AVE
LAS VEGAS, NV 89148

NATHAN WILLIAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6292 ATHENA DR
HUNTINGTON BEACH, CA 92647

NATHANIEL & JASMIN DODSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 INDIAN RUN WAY
LAS VEGAS, NV 89148

NATHANIEL CICOTELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1632 INDIAN COVE LANE
LAS VEGAS NV 89128

NATHANIEL LARSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1100
LAS VEGAS, NV 89147

NATIONAL ADVERTISING & PUBLISHING INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1245 FARMINGTON AVE # 104
WEST HARTFORD, CT  06107

NATIONAL ASSC. OF HOME BUILDER
PO BOX 409889
ATLANTA GA 30384-9799

NATIONAL BLACK DIGEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18653 VENTURA BLVD. #234
TARAZANA CA 91356

NATIONAL BUILDER SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1717 W. ORANGEWOOD AVE SUITE F
ORANGE CA 92868

NATIONAL CITY 102960
PO BOX 931034
CLEVELAND, OH  44193-0004

NATIONAL CITY 107363
PO BOX 931034
CLEVELAND, OH  44193 USA

NATIONAL CITY 115219
P.O. BOX 931034
CLEVELAND, OH  44193 UNITED STATES

NATIONAL CITY 765220
PO BOX 931034
CLEVELAND, OH  44193

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC
ATTN: LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 45203

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC
LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 45203

NATIONAL CITY COMMERCIAL CAPITAL CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
995 DALTON AVE.
CINCINNATI, OH 45203

NATIONAL CITY GOLF FINANCE
P.O. BOX 931034
CLEVELAND, OH  44193

NATIONAL CONSTRUCTION RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5675 PUEBLA ST.
LAS VEGAS, NV 89115

NATIONAL FIRE & MARINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4016 FARNAM STREET
OMAHA, NE 98131

NATIONAL FLOOD INSURANCE PROG.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 CORPORATE DR
KALISPELL, MT 59901-6074

NATIONAL GOLF COURSE OWNERS ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 SEVEN FARMS DRIVE
SECOND FLOOR
CHARLESTON, SC  29492

NATIONAL GOLF FOUNDATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1150 S. US HIGHWAY 1
SUITE 401
JUPITER, FL  33477-7226

NATIONAL HELICOPTER SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16750 ROSCOE BLVD.
& ENGINEERING COMPANY
P. O. BOX 17150
ENCINO CA 91406

NATIONAL HISPANIC EMPLOYMENT
REVIEW
15030 VENTURA BLVD., STE. 887
SHERMAN OAKS CA 91403

NATIONAL INFO-TECH CNTR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
525-K EAST MARKET ST. #302
LEESBURG VA 20176

NATIONAL JEWISH
LAS VEGAS HUMANITARIAN AWARD DINN
14724 VENTURA BLVD SUITE 900
SHERMAN OAKS, CA 91403

NATIONAL PRINT GROUP INC.
P.O. BOX 116424
ATLANTA GA 30368-6424

NATIONAL REGISTERED AGENTS,INC
P. O. BOX 927
WEST WINDSOR NJ 08550-0927

NATIONAL SEMINARS
PO BOX 419107
KANSAS CITY MO 64141-6107

NATIONAL TITLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1094 E. SAHARA AVENUE
LAS VEGAS NV 89104

NATIONAL UNION FIRE INSURANCE COMPANY OF P
ADMINISTRATIVE OFFICES
70 PINE STREET
NEW YORK, NY  10270-0150

NATIONAL UNION FIRE INSURANCE COMPANY OF PITT
HOME OFFICE
1750 CNG TOWER
PITTSBURGH, PA  15222

NATURES PARTNER, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1841 N. 23RD AVE.
PHOENIX AZ 85009

NAURRY KWON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
279 FALCONS FIRE AVE
LAS VEGAS, NV 89148

NAVA, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2147 ENFIELD CIRCLE #B
LAS VEGAS, NV 89156

NAVAJO PUMP &B SUPPLY INC
P.O. BOX  1299
PEORIA IL 85380-1299

NAVAJO PUMP B SUPPLY INC
PO BOX 798
TOLLESON, AZ 85353-0798

NAVA-R,AARON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3024 CAREY #3
N LAS VEGAS, NV 89030

NAVARETTE;LUIS M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN
LAS VEGAS, NV 89156

NAVARETTE-B;VICTOR H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN
LAS VEGAS, NV 89156

NAVARRETE,EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4032 SHADY OAK DR
LAS VEGAS, NV 89115

NAVARRETE,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2915 SALT LAKE ST
N LAS VEGAS, NV 89030

NAVARRETE-RESENDIZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2315 ELLIS ST. # C
NORTH LAS VEGAS, NV 89030

NAVARRO, ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 CLARGES LANE
LAS VEGAS, NV 89110

NAVASCA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 CROOKED TREE DR
LAS VEGAS, NV 89148

NAVDEEP & SATVINDER DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
343 DOG LEG DR
LAS VEGAS, NV 89148

NAVDEEP & SATVINDER DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44570 MONTCLAIRE CT
FREMONT, CA 94539

NAVEL;DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4255 W VIKING RD #537
LAS VEGAS, NV 89103

NAVICHOC,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2621 AMARILLO ST
LAS VEGAS, NV 89102

NAVICHOC,EDWIN O
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST # F 13
LAS VEGAS, NV 89102

NAVICHOC,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST
LAS VEGAS, NV 89102

NAVICHOC,LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST # F 13
LAS VEGAS, NV 89102

NCO FINANCIAL SYSTEMS, INC.
P. O. BOX 41593
PHILADELPHIA PA 19101-1593

NEAL & BRENDA DASTRUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1061 E PROVO CANYON RD
PROVO, UT 84604

NEAL & BRENDA DASTRUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

NEAL LINDSLEY
PO BOX 631
RAMONA, CA 92065

NEC FINANCIAL SERVICES INC.
PO BOX 100558
PASADENA, CA 91189-0558

NEC FINANCIAL SERVICES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 FRANK W BURR BLVD
TEANECK, NJ 07666-6704

NED & BERNICE KRAMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 PANGLOSS ST
HENDERSON, NV 89002

NEFF RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3682 S VALLEY VIEW BLVD
LAS VEGAS, NV 89103

NEGHAM KELLOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2120 PONT NATIONAL DRIVE
HENDERSON NV  89044

NEGHEM KELLOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
441 VIA PALERMO DR
HENDERSON, NV 89011

NEIL MCELROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 CADDY BAG CT
LAS VEGAS, NV 89148

NEIL MILANES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8744 STOCKHOLM AVE
LAS VEGAS, NV 89147

NEIL SCELSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 TURTLE PEAK AVE
LAS VEGAS, NV 89148

NELIA JIMENEZ REMAX ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9330 W. SAHARA AVENUE
LAS VEGAS , NV  89102

NELIA MEDFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
441 CENTER GREEN DR
LAS VEGAS, NV 89148

NELIA MEDFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7195 WOODSHAWN DR
SAN DIEGO, CA 92114

NELLIE HANSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7709 FALCONWING AVE
LAS VEGAS, NV 89131

NELMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

NELS BLOYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9785 VALMEYER AVE
LAS VEGAS, NV 89148

NELSON & ERICA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6478 AETHER ST
LAS VEGAS, NV 89148

NELSON & JOSIE CORROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
722 TOSSA DE MAR AVE
HENDERSON, NV 89002

NELSON & TOMASITA SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

NELSON HERRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5445 LATIGO ST
LAS VEGAS, NV 89119-2820

NELSON JUDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3841  HEATHER AVE
KINGMAN, AZ 86401

NELSON PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4559 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

NELSON TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17916 HOLMES AVE
CERRITOS, CA 90703

NELSON TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6693 BRISTOW FALLS CT
LAS VEGAS, NV 89148

NELSON WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5760 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

NELSON WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6730 GOLD YARROW ST
LAS VEGAS, NV 89148

NELSON, LAURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
821 MANTIS
LAS VEGAS, NV 89110

NELSON,SCOTT ERIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3374 W. MCCONNICO RD.
KINGMAN, AZ 86413

NENAD & ZORKA LOJANICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

NENITA ABBOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 CLARENDON RD
BURLINGAME, CA 94010

NENITA ABBOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
366 CENTER GREEN DR
LAS VEGAS, NV 89148

NEOFUNDS BY NEOPOST
PO BOX 31021
TAMPA FL 33631-3021

NEON DESERT INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1341 W MEDINAH CT
ANTHEM, AZ 85086

NEON DESERT INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
799 VORTEX AVE
HENDERSON, NV 89002

NEOPOST
P.O. BOX 4800
SAN FRANCISCO, CA 94145

NEOPOST LEASING
P. O. BOX 45822
SAN FRANCISCO CA 94145-0822

NEOPOST, INC.
P. O. BOX 45800
SAN FRANCISCO CA 94145-0800

NERIA CANONIZADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 HARPERS FERRY AVE
LAS VEGAS, NV 89148

NERIA CANONIZADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6760 MISSION ST
DALY CITY, CA 94014

NERI-QUINAREZ,FLORENTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 FLOWER
LAS VEGAS, NV 89101

NERISSA ILLUSTRISIMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

NES RENTALS
LOCAL ADDRESS:
P. O. BOX 951057
DALLAS TX 75395-1057

NESSEN LIGHTING INC
NINA BEVILACQUA
420RAILROADWAY
MAMARONECK NY 10543

NESTOR & THERESA CAMPOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12951 HAYNES ST
N HOLLYWOOD, CA 91606

NESTOR & THERESA CAMPOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1161
LAS VEGAS, NV 89148

NETCO, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5581 SOUTH CAMERON SUITE A
LAS VEGAS NV 89118

NETWORK REALTY
ANTHONY HAPIUK - AGENT

NEVADA  EMPLOYMENT SECURITY DI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 E. THIRD STREET
CARSON CITY, NV 89713-0030

NEVADA  INSTALLATION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7390 EASTGATE ROAD
STE 100
HENDERSON NV  89011

NEVADA ASSOCIATION SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6224 W. DESERT INN ROAD
SUITE A
LAS VEGAS NV 89146

NEVADA ATTORNEY GENERAL
ATTN: BANKRUTPCY DESK/MANAGING AGENT
100 NORTH CARSON STREET
CARSON CITY, NEVADA 89701-4717

NEVADA BEVERAGE COMPANY
FILE 50950
LOS ANGELES, CA  90074-0950

NEVADA CANCER INSTITUTE
C/O ROCK FOR THE CURE
10000 WEST CHARLESTON BLVD #260
LAS VEGAS NV 89135

NEVADA CARBIDE AND CUTTER,INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2120 SOUTH HIGHLAND DR. #F
LAS VEGAS, NV 89102

NEVADA CHILD SEEKERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2880 EAST FLAMINGO RD.,SUITE J
LAS VEGAS NV 89121

NEVADA COMPRESSED GAS & EQUIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1820 S. WESTERN AVE
LAS VEGAS, NV 89102

NEVADA CONSTRUCTION
LAURA SANCHEZ
CLEANUP
2745 N. NELLIS BLVD
LAS VEGAS NV 89115

NEVADA CONTRACTORS
INSURANCE COMPANY, INC.
1210 S. VALLEY VIEW, ST. 114
LAS VEGAS NV 89102

NEVADA COUNTERTOP CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2967 N LAMONT ST
LAS VEGAS, NV 89115-4524

NEVADA COUNTERTOP CORP.
DAVE
4031 INDUSTRIAL CENTER DR.
SUITE #703
N. LAS VEGAS NV 89030

NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING &
ATTN: BANKRUTPCY DESK/MANAGING AGENT
2800 EAST STREET LOUIS AVENUE
LAS VEGAS, NV 89104

NEVADA DEPARTMENT OF TAXATION
P.O. BOX 52674
PHOENIX, AZ 85072-2674

NEVADA DEPARTMENT OF TAXATION
STATE OF NEVADA
SALES/USE
PO BOX 52609
PHOENIX, AZ 85072

NEVADA DEPT OF PUBLIC SAFETY
DIVISION OF STATE FIRE MARSHAL
107 JACOBSEN WAY
CARSON CITY, NV 89711

NEVADA DEPT OF TAXATION
P.O. BOX  52674
PHOENIX, AZ 85072-2674

NEVADA DEPT OF TAXATION
P.O.BOX 52614
PHOENIX AZ 85072-2614

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101

NEVADA DEPT. OF TAXATION
P.O. BOX 52609
PHOENIX, AZ  85072

NEVADA DIVISION OF
ENVIRONMENTAL PROTECTION
333 W. NYE LANE ROOM 138
CARSON CITY,, NV 89706

NEVADA DIVISION OF
ENVIRONMENTAL PROTECTION
901 SOUTH STUART STREET STE 4001
CARSON CITY, NV 89701

NEVADA DIVISION OF REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 E SAHARA AVE #102
LAS VEGAS, NV 89104

NEVADA EMPLOYMENT SECUIRTY DIV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 E. THIRD ST
CARSON CITY, NV 89173-0030

The Rhodes Companies, LLC - U.S. Mail

NEVADA FIRE PROTECTION
DON BLUNT
6335 SO. PECOS SUITE #28
LAS VEGAS NV 89120

NEVADA GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4770 W. NEVSO DR. SUITE B12
LAS VEGAS NV 89103

NEVADA GYPSUM FLOORS,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3588 SO. VALLEY VIEW
LAS VEGAS, NV 89103

NEVADA HEALTH SCIENCES SYSTEM
JIM ROGERS
5550 W. FLAMINGO, SUITE C1
LAS VEGAS NV 89103

NEVADA HIGHWAY PATROL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 WRIGHT WAY
CARSON CITY, NV 89711-0525

NEVADA HORTICULTURAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8055 N. TIOGA WAY
LAS VEGAS NV 89131

NEVADA HOUSE OF HOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1015 SHARP CIRCLE
N LAS VEGAS NV 89030

NEVADA ILUMINATION INC.
P.O. BOX 42201
LAS VEGAS NV 89116

NEVADA INJURY PREVENTION
DEBBIE KREUN, PRESIDENT
4221 W. VAL DECHIANA AVE.
LAS VEGAS NV 89141-4257

NEVADA LEGAL NEWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
930 S. 4TH STREET, SUITE 100
LAS VEGAS NV 89101

NEVADA LEGAL SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 S. 6TH ST.
C/O NIKKI ASHMORE
LAS VEGAS NV 89101

NEVADA LINEN SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 W. MESA VISTA AVE.
LAS VEGAS, NV 89118

NEVADA PLASTERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 W LAKE MEAD BLVD.
BLDG. 1 STE 102
HENDERSON NV 89015

NEVADA POWER COMPANY
PO BOX 30086
RENO, NV 89520-3086

NEVADA POWER COMPANY D/B/A NV ENERGY
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

NEVADA PUBLIC RADIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1289 S. TORREY PINES
LAS VEGAS NV 89146

NEVADA READY MIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 CASSIA WAY
HENDERSON, NV 89014-6616

NEVADA SCHOOL OF THE ARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4170 SOUTH DECATUR BLVD.
SUITE A-4
LAS VEGAS NV 89103

NEVADA SECRETARY OF STATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 N. CARSON ST.
CARSON CITY, NV 89701-4201

NEVADA STATE CONTRACTORS BOARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2310 CORPORATE CIRCLE #200
HENDERSON, NV 89074

NEVADA STATE CONTRACTORS BOARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9670 GATEWAY DRIVE STE 100
RENO NV 89521

NEVADA STATE CONTRACTORS BOARD
DAN HAMMACK
2310 CORPORATE CIRCLE
SUITE 200
HENDERSON, NV 89074

NEVADA STATE TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 WASHINGTON AVE #4200
LAS VEGAS, NV 89101-1070

NEVADA STATE TREASURER
PO BOX 98513
LAS VEGAS, NV 891938513

NEVADA TITLE COMPANY INC
DOREEN NUDD
2500 N. BUFFALO DRIVE, STE 150
LAS VEGAS NV 89128

NEVADA UNCLAIMED PROPERTY
ATTN: MARY MCELHONE
NEVADA STATE TREASURER.
UNCLAIMED PROPERTY DIVISION
555 E. WASHINGTON AVE. # 4200
LAS VEGAS, NV 89101

NEVADA UTILITIES/TELEPHONE SER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 S. MAIN STREET
LAS VEGAS NV 89104

NEVADANS FOR SOUND GOVERNMENT
MARK WARDEN
3111 S. VALLEY VIEW BLVD.
SUITE B-109
LAS VEGAS NV 89102

NEVCON ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4141 W. OQUENDO RD. SUITE # 1
LAS VEGAS NV 89118-3005

NEVEDA POWER COMPANY D/B/A NV ENERGY
C/O KIRBY C. GRUCHOW, JR., ESQ
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 98118

NEVILLE EMERTON AND JULIA MOORE
ATTN: ERIC RANSAVAGE
7521 CEDAR GULF AVE.
LAS VEGAS, NV 89131

NEVILLE EMERTON AND JULIA MOORE
C/O ERIC RANSAVAGE
7521 CEDAR GULF AVE.
LAS VEGAS, NV 89131

NEVILLE, JESSICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11313 VIA SPIGA DR.
LAS VEGAS, NV 89138

NEW CONCEPT STONE WORK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2000 E MAULE AVE
LAS VEGAS, NV 89119-4610

NEW CONCEPT STONE WORK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6100 MOUNTAIN VISTA BUITE B
HENDERSON NV 89014

NEW CONCEPT STONEWORK INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2000 E MAULE  AVE
LAS VEGAS, NV 89119-4610

NEW CRETE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 W DEWEY DRIVE #110
LAS VEGAS, NV 89118

NEW CRETE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6639 SCHUSTER STREET
LAS VEGAS,  NV  89118

NEW CRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 W. DEWEY DR. SUILE 110
LAS VEGAS , NV  89118

NEW FREEDOM MORTGAGE CORP.
ATTN: CUSTOMER SERVICE
2363 SO. FOOTHILL BLVD.
SALT LAKE CITY UT 84109

NEW HOMEOWNER MAGAZINE
BILLING DEPARTMENT
PO BOX 370534
LAS VEGAS NV 89137

NEW HOMES INC.
PO BOX 9277
CANTON OH 44711

NEW HORIZON ACADEMY
C/O BARRY BECKER
50 SOUTH JONES BLVE
LAS VEGAS NV 89107

NEW HORIZONS COMPUTER LEARNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7674 W LAKE MEAD BLVD. #250
LAS VEGAS, NV 89128

NEW IMAGE ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4315 WEST POST RD.
LAS VEGAS NV 89118

NEW LIFE INTERNATIONAL CHURCH
P. O. BOX 81234
LAS VEGAS NV 89180-1234

NEW RESIDENT SERVICES, INC.
P.O.BOX 35195
LAS VEGAS, NV  89133

NEW VISION ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1306 W. CRAIG RD. STE E191
N LAS VEGAS NV 89032-0215

NEWCOMB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1073 VIA PRATO LN
HENDERSON, NV 89011

NEWCOMB FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1824 MADERA CANYON PL
LAS VEGAS, NV 89128

NEWCOURT FINANCIAL INC.
SHIRLEY MOSLY421
21146 NETWORK PLACE
CHICAGO IL 60673-1211

NEWMAN GARRISON GILMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20401 SW BIRCH ST. SUITE # 200
NEWPORT BEACH CA 92660

NEWMAN GARRISON GILMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20401 SW BIRCH ST. SUITE # 200
NEWPORT BEACH CA 92660

NEWMAN-FREY ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 S. LAS PALMAS AVE.
LOS ANGELES, CA 90020

NEWS WEST PUBLISHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2435 MIRACLE MILE
P.O. BOX 21209
BULLHEAD CITY AZ 86439

NEWY EDWARD W & CHASIDY A CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2626 SIMMS AVE
KINGMAN, AZ 86401

NEWY EDWARD W & CHASIDY A CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5225 S OPAL RD
GOLDEN VALLEY, AZ 86413

NEXT DESIGNER LOGISTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11235 CAMPANILE ST
LAS VEGAS, NV 89141

NEXT DESIGNER LOGISTICS
MARK SANDERS
10620 SOUTHERN HIGHLANDS PKWY
#110-394
LAS VEGAS NV 89141

NEXTEL-ATTN:LOCKBOX 7418
JAMES-2171
465 N. HALSTEAD, SUITE 160
PASADENA CA 91107

NEXTGEN INTEGRATED SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7165 BERMUDA RD.
LAS VEGAS NV 89119

NEZ, VIRGINIA
PO BOX 97
FLAGSTAFF, AZ 86002

NEZ,EMERSON
P.O. BOX 1001
TONALEA, AZ 86044

NEZ,RICHARD OWEN
P.O. BOX 1849
PARKER, AZ 85344

NEZ,VITA A.
P.O. BOX 1001
TONALEA, AZ 86044

NGA LO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9262 BLUE FLAX PL
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

NGA PHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 PALM TRACE AVE
LAS VEGAS, NV 89148

NGAI HOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 PALM TRACE AVE
LAS VEGAS, NV 89148

NG-HOUNG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
96 SULLY CREEK CT
LAS VEGAS, NV 89148

NGO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 SULLY CREEK CT
LAS VEGAS, NV 89148

NGUYEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
397 HIDDEN HOLE DR
LAS VEGAS, NV 89148

NGUYEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
48 WHITFORD
IRVINE, CA 92602

NHAT NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6843 BABY JADE CT
LAS VEGAS, NV 89148

NHUNG BACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 HONORS COURSE DR
LAS VEGAS, NV 89148

NHUNG PHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2018 32ND AVE
SAN FRANCISCO, CA 94116

NHUNG PHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9769 VALMEYER AVE
LAS VEGAS, NV 89148

NICANOR & SUZITA GRANADOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11964 MONTFORT CIR
GLEN ALLEN, VA 23059

NICANOR & SUZITA GRANADOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
145 CASTLE COURSE AVE
LAS VEGAS, NV 89148

NICHOLAS & CARYN RIVELLINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9592 LOS COTOS CT
LAS VEGAS, NV 89147

NICHOLAS & HEATHER DESANTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1012 VIA LATINA ST
HENDERSON, NV 89011

NICHOLAS & KAREN ZUBIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
893 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

NICHOLAS COX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 FIRST ON DR
LAS VEGAS, NV 89148

NICHOLAS COX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9659 KAMPSVILLE AVE
LAS VEGAS, NV 89148

NICHOLAS NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 LAYING UP CT
LAS VEGAS, NV 89148

NICHOLUS & MINDY STARLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1071 VIA SAINT LUCIA PL
HENDERSON, NV 89011

NICK & GEORGIA DALACAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 CASTLE CREEK CT
LAS VEGAS, NV 89148

NICK BOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3030 N SAGE ST
KINGMAN, AZ 86401-3857

NICK BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30360 N SAGE ST
KINGMAN, AZ 86401-3857

NICK BRUNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9944 SWIMMING HOLE STREET
LAS VEGAS NV 89183

NICK FILIPPIDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4542 GREY SPENCER DR
LAS VEGAS, NV 89141

NICK FILIPPIDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2001
LAS VEGAS, NV 89148

NICK RIVERA
RIVERA AUTO DETAIL
4830 LITTLE CAYMAN ST.
LAS VEGAS NV 89031

NICKEL, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1810 W. STATE ST #423
BOISE, ID 83702

NICKIE & JENNIFER JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 VIA CANALE DR
HENDERSON, NV 89011

NICKLAUS ENGINEERING, INC
P.O. BOX 6029
YUMA, AZ 85366-6029

NICOLAS HERNANDEZ,
FIRE INSURANCE EXCHANGE, AND
DANIEL S.SIMON, ESQ.

NICOLAS IBARRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

NICOLAS SFEIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 103
LAS VEGAS, NV 89113

NICOLAS SFEIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

NICOLAS SFEIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9667 BROOKS LAKE AVE
LAS VEGAS, NV 89148

NICOLAS, MARTINA L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8975 W. WARM SPRINGS RD #1106
LAS VEGAS, NV 89148

NICOLE HOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 SUNSET BAY ST
LAS VEGAS, NV 89148

NICOLE LEPORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1765 SUMMER BLUSH AVE
LAS VEGAS, NV 89183

NICOLE LEPORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

NICOLE NANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 TALL RUFF DR
LAS VEGAS, NV 89148

NICOLE RAMIREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

NICOLETA COSTIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 SEA RIM AVE
LAS VEGAS, NV 89148

NICOLETTE TUCKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1042 VIA SAN GALLO CT
HENDERSON, NV 89011

NICOLETTE TUCKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 RHYOLITE TER
HENDERSON, NV 89001-3088

NIDA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13543 PICO CT
FONTANA, CA 92336

NIDA SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 CENTER GREEN DR
LAS VEGAS, NV 89148

NIDA;DAVID ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3755 N. NELLIS # 31
LAS VEGAS, NV 89115

NIDA;KENNETH C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3755 N. NELLIS #31
LAS VEGAS, NV 89115

NIGEL HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 DECOY AVE
LONDON
ENGLAND

NIGEL HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
482 CENTER GREEN DR
LAS VEGAS, NV 89148

NIGHT SHIFT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5280 SOUTH VALLEY VIEW BLVD.
SUITE B
LAS VEGAS, NV 89118

NIGHTINGALE, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1811 CYPRUS LANE
BULLHEAD CITY, AZ 86442

NIGRO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 WINTHROP ST
QUINCY, MA 02169

NIGRO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

NIKE USA, INC.
PO BOX 847648
DALLAS, TX  75284-7648

NIKO SAMARXHIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
146 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

NIKOLINA MILOVANSKA-MARTCHEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2880 RED ROCK ST
LAS VEGAS, NV 89146

NIKOLINA MILOVANSKA-MARTCHEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

NILE LEATHAM & TIMOTHY P. THOMAS, ESQ.
KOLESAR & LEATHAM
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVE.
LAS VEGAS, NV 89102

NILEEN LUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 CASTLE COURSE AVE
LAS VEGAS, NV 89148

NIM TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

NIM TANG
PO BOX 5025
CHARLESTON, OR 97420

NINMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

NINMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 N RAINBOW BLVD STE 250
LAS VEGAS, NV 89107

NISHAT BAIG, ESQ.
SNELL & WILMER, LLP
3883 HOWARD HUGHES PARKWAY, STE. 1100
LAS VEGAS, NV  89169

NITAYA & KRITSADA BUJADHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 ANGELS TRACE CT
LAS VEGAS, NV 89148

NITIN GOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
593 OVER PAR CT
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

NITZ, WALTON, HEATON
PENNY
TRUST ACCOUNT
601 S. 10TH STREET
LAS VEGAS NV 89101

NITZ, WALTON, HEATON
TRUST ACCOUNT
601 S. 10TH STREET
LAS VEGAS, NV 89101

NIVEL PARTS & MFG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6358 PAYSPHERE CIRCLE
CHICAGO, IL  60674

NIXON, MARVIN F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8701 TANGLE WOOD DR
MCKINNEY, TX 75090

N-M VENTURES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4321 W FLAMINGO RD
LAS VEGAS, NV 89103

NMHG FINANCIAL SERVICES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 RIVERVIEW DR
DANSBURY, CT 06810-6268

NMHG FINANCIAL SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 RIVERVIEW DRIVE
HENDERSON, NV 89011

NMHG FINANCIAL SERVICES, INC.
P.O. BOX 643749
PITTSBURGH, PA 15264-3749

NOBILIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 LOCUST AVENUE
BERKELEY HEIGHTS NJ 07922

NOBLE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

NOBLE HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21220 DEVONSHIRE #102
CHATSWORTH CA 91311

NOBLE,J'LYN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
509 INDIAN BLUFF ST., #103
LAS VEGAS, NV 89145

NOBUYAMA, MONICA A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1423 SILENT SUNSET AVE
N LAS VEGAS, NV 89084

NOE & MARISELA QUINTERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 OLIMAR AVE
LAS VEGAS, NV 89148

NOEL & CARINA MATEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20912 RAINTREE LN
TRABUCO CANYON, CA 92679

NOEL & CARINA MATEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

NOEL & DANIELLE MATEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
756 TOSSA DE MAR AVE
HENDERSON, NV 89002

NOEL & MARINA IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
295 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

NOEL & MARYJEAN YRAOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 CASTLE COURSE AVE
LAS VEGAS, NV 89113

NOEL & SYLVIE COIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

NOEL & SYLVIE COIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

NOEL A. BEJARANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1739 22ND AVE
SAN FRANCISCO, CA 94122-4419

NOEL AND EDUARDA MANALOTO
AND JOHN HENRY WRIGHT, ESQ.

NOEL COIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

NOEL COIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 E AGATE AVE UNIT 409
LAS VEGAS, NV 89123

NOEL MARAMBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23031 MISSION DR
CARSON, CA 90745

NOEL MARAMBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9689 KAMPSVILLE AVE
LAS VEGAS, NV 89148

NOEL-PENA, DOLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4041 DEERFIELD AVE
LAS VEGAS, NV 89117

NOEMI ANDRO-VASKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

NOI HOANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
365 DOG LEG DR
LAS VEGAS, NV 89148

NOLAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

NORA & JOHN KUDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

NORA LANTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
296 DOG LEG DR
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

NORA LANTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 AGNES AVE
TEMPLE CITY, CA 91780

NORAIR ANTONYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

NORAIR ANTONYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6463 GILSON AVE
N HOLLYWOOD, CA 91606

NORIEGA,ERICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2105 MARIPOSA AVE
LAS VEGAS, NV 89104

NORMA GIGANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1725 E WOODRIDGE CIR
WEST COVINA, CA 91792

NORMA GIGANTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 CENTER GREEN DR
LAS VEGAS, NV 89148

NORMA GUTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 VIA DUPRE ST
HENDERSON, NV 89011

NORMA GUTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
519 MEYER LN # 346
REDONDO BEACH, CA 90278

NORMAN & JANET BALISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 CRAIGMARK CT
HENDERSON, NV 89002

NORMAN & MAYSIE MENDIOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6761 PRAIRIE CLOVER ST
LAS VEGAS, NV 89148

NORMAN & SYLVIA ROSENCRANTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23852 VILLENA
MISSION VIEJO CA 92692

NORMAN CHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4220 CALIFORNIA ST. # 202
SAN FRANCISCO CA 94118

NORMAN KATZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3102 APPALOOSA WAY
GRAYSLAKE , IL  60030

NORMAN MARTENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13803 SOUTH EAST 186 PL.
RENTON, WA 98058

NORMAN'S NURSERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 EAST DUARTE RD.
SAN GABRIEL, CA  91775-1139

NORPAC CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4125 W. DEWEY DR  SUITE A
LAS VEGAS NV 89118

NORTH AMERICAN MEDIA, LTD.
P.O. BOX 97714
LAS VEGAS NV 89193-7714

NORTH LAS VEGAS MUNICIPAL COUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2332 LAS VEGAS BLVD., NORTH
#100
NORTH LAS VEGAS, NV 89030

NORTH STAR MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2014 MAIN STREET
KINGMAN AZ 86401

NORTHERN ARIZONA CREDITORS  SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
543 E. ANDY DEVINE AVE.
KINGMAN, AZ 86401-5910

NORTHERN ARIZONA SAWCUTTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 E NAVAJO LANE
RIMROCK, AZ  86335

NORTHERN LIGHT TREE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9607 HERITAGE
FLAGSTAFF, AZ 86004

NORTHERN LIGHTS HOA AT ELKHORN SPRINGS
C/O BENCHMARK PROPERTIES INC
1515 EAST TROPICANA SUITE 350A
LAS VEGAS, NV 89119

NORTHERN MECHANICAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3340 SUNRISE AVENUE #103
LAS VEGAS NV 89101

NORTHERN SAFETY CO. INC.
P.O.BOX 4250
UTICA NY 13504-4250

NORTHERN TOOL & EQUIPMENT CO.
PO BOX 5219
CAROL STREAM, IL  60197-5219

NORTHLAND EXPLORATION SURVEYS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
528 WEST ASPEN AVENUE
FLAGSTAFF, AZ  86001-5308

NORTHLAND EXPLORATION SURVEYS
KEN KRENKY
528 W ASPEN AVE
FLAGSTAFF, AZ 86001

NORTHSTAR MARINE SURVEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3215 S. TENAYA WAY
LAS VEGAS NV 89117

NORTHWEST AUTLMATIC LUB, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1819 CENTRAL AVE
SUITE UNIT 38
KENT, WA 98032

NORTHWEST LOCK AND SAFE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2131 NORTHERN AVE.
KINGMAN, AZ  86409

NORTHWEST SECURITY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2131 NORTHERN AVE.
KINGMAN, AZ 86409-2589

NOTEPRO INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10645 N TATUM BLVD STE C200
PHOENIX, AZ 85028-3090

NOVA DISPLAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1626 PINER ROAD
SANTA ROSA CA 95403-1908

NOVAK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

NP STUDIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1841 N. 23RD AVE.
PHOENIX AZ 85009

NPG CABLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2585 MIRACLE MILE, SUITE 101
BULLHEAD CITY, AZ 86442

NPG CABLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 AIRWAY
KINGMAN, AZ  86404

NPG CABLE
P.O. BOX 1604
ST. JOSEPH MO 64502-1604

NRS CORPORATION
KEN AHLERS
P.O. BOX 1170
MILWAUKEE WI 53201-1170

NRS CORPORATION
P.O. BOX 1170
MILWAUKEE, WI 53201-1170

NU WORLD GRAPHICS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1801 WESTERN AVE.
LAS VEGAS, NV 89102-4615

NUCO PLASTERING AND STUCCO INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 VOLTAIRE AVE
HENDERSON, NV 89002

NUCO PLASTERING AND STUCCO INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9611 N 16TH AVE
PHOENIX, AZ 85021

NUCO PLASTERING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9611 N. 16TH AVE.
PHOENIX, AZ 85021-2126

NUCRANE MACHINERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 HOOVER AVE UNIT 1601
LAS VEGAS, NV 89101-6881

NUGENT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

NUMBER ONE INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1775 S FLEDWOOD ROAD
SALT LAKE CITY, UT 84104

NUMERIANO & VIRGINIA JUDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30269 WILLOWBROOK RD
HAYWARD, CA 94544

NUMERIANO & VIRGINIA JUDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4584 CALIFA DR
LAS VEGAS, NV 89122

NUNES, JR., ROCKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2558 SWAN LANE
LAS VEGAS, NV 89121

NUNEZ AVALOS;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 N. TORREY PINES #2108
LAS VEGAS, NV 89108

NUNEZ DIAZ,ERASMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5308 PADUA WAY
LAS VEGAS, NV 89107

NUNEZ, ALVARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1834 JEFFERSON ST
LAS VEGAS, NV 89030

NUNEZ, EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 PERLITER AVE
LAS VEGAS, NV 89030

NUNEZ,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5308 PADUA WAY
LAS VEGAS, NV 89107

NUNEZ,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2528 PERLITER AVE
NORTH LAS VEGAS, NV 89030

NUNEZ,GUADALUPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2208 DEMETRIOS
LAS VEGAS, NV 89101

NUNEZ,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4009 SUNRISE AVE
LAS VEGAS, NV 89110

NUNEZ,WILLIAM OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3663 S. VALLEY VIEW APT 306
LAS VEGAS, NV 89103

NUNEZ;FEDERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 N. TORREY PINES DR # 2108
LAS VEGAS, NV 89108

NUNEZ;GEORGE JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3802 PALOS VERDES
LAS VEGAS, NV 89119

NUNEZ-DIAZ; ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5308 PADUA WAY
LAS VEGAS, NV 89107

NUNGARARY,JOSE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3404 LILLIS CR
N LAS VEGAS, NV 89030

NUNO,TEODULO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809  1/2 COOLIDGE ST
N LAS VEGAS, NV 89030

NU-POWER, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4015 W DEWEY DRIVE
LAS VEGAS NV 89118

NUVIS LANDSCAPE ARCHITEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3151 AIRWAY AVENUE SUITE J1-J3
COSTA MESA, CA 92626

NUZHAT BUKHARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9686 WAUKEGAN AVE
LAS VEGAS, NV 89148

NV DEPT OF TAX (BUS)
PO BOX 52614
PHOENIX, AZ 85072-2614

NV DEPT OF TAXATION
PO BOX 52609
PHOENIX, AZ 85072-2609

NV DIV ENVIRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 S. STEWART STREET
SUITE 4001
CARSON CITY, NV 89701

NV DIVISION OF WATER RESOURCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 SHADOW LANE #201
LAS VEGAS NV 89109

NV EMPLOYMENT SECURITY DIV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 E THIRD ST
CARSON CITY, NV 89713-0030

NV ENERGY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6226 W. SAHARA
LAS VEGAS, NV 89146

NV ENERGY
P.O. BOX 30086
RENO, NV 89520-3086

NV ENVIRONMENTAL PROTECT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 S. STEWART ST.
CARSON CITY NV 89701

NV POWER 33500
PO BOX 30086
RENO, NV 89520-3086

NV POWER 60796
PO BOX 30086
RENO, NV 89520-3086

NV POWER 60804
PO BOX 30086
RENO, NV 89520-3086

NV POWER 76522
PO BOX 30086
RENO, NV 89520-3086

NV POWER 9591
PO BOX 30086
RENO, NV 89520-3086

NV STATE BOARD OF ACCOUNTANCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1325 AIRMOTIVE WAY
STE 220
RENO, NV 89502

NV STATE CONTRACTORS BRD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2310 CORPORATE CIRCLE,STE 200
HENDERSON NV 89074

NV. DEPARTMENT OF TAXATION
STATE OF NV - SALES/USE TAX
PO BOX 52609
PHOENIX, AZ 85072-2609

NYE & DAVID MYRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 VIA FRANCIOSA DR
HENDERSON, NV 89011

NYE COUNTY TREASURER
P.O. BOX 473
TONOPAH NV 89049-0473

NYSTROM BUILDING PRODUCT
JOE BIDWELL
NW 7845
PO BOX 1450
MINNEAPOLIS MN 55485-7845

O R A W A LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

O R A W A LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1157
LAS VEGAS, NV 89148

O R A W A LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W SAHARA AVE # 105-F28
LAS VEGAS, NV 89117

OAKLEY
FILE 55716
LOS ANGELES, CA 90074-5716

OAKSTONE PUBLISHING, LLC
P.O. BOX 381116
BIRMINGHAM AL 35238-1116

OAKSTONE WELLNESS
P.O. BOX 263
CHELSEA AL 35043

OASIS POOL MAINTENANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4 BERGHOLT CREST AVENUE
HENDERSON NV 89015

OBLEK;JOSEPH J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6908 LUNAR LIGHT ST., #3
LAS VEGAS, NV 89128

OCCUPATIONAL HEALTH CENTERS
PO BOX 5950
SPARKS, NV 89432

OCEGUEDA;ROMALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 STATZ # 2
N LAS VEGAS, NV 89030

OCHOA P.,JOEL F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 SACRAMENTO DR.
LAS VEGAS, NV 89110

OCHOA,GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2534 SALT LAKE ST.
NORTH LAS VEGAS, NV 89030

OCHOA-DIAZ,MANUEL G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3528 SAGUARO VALLEY
NORTH LAS VEGAS, NV 89030

OCHOA-DIAZ;GONZALO M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3528 SAGUARO VALLEY
N LAS VEGAS, NV 89030

ODIS REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7350 RED CINDER ST
LAS VEGAS, NV 89131

O'DONNELL, SEAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5855 HICKORY GLEN ROAD
LAS VEGAS, NV 89179

ODOR MASTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4616 W. SAHARA AVE PMB 178
LAS VEGAS, NV 89102

ODYSSEY CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6440 SKY POINTE DR
LAS VEGAS, NV 89131

ODYSSEY CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7804 ARDEN GROVE ST
LAS VEGAS NV 89113

OFELIA & NESTOR VILORIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 SHORT RUFF WAY
LAS VEGAS, NV 89148

OFF SHORE MARINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1090 E. LAKE MEAD DRIVE
HENDERSON NV  89015

OFFICE DEPOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3427 S MARYLAND PKWY
LAS VEGAS, NV 89109

OFFICE DEPOT
ATTN: KATHLEEN LARAMORE
6600 N. MILITARY TRAIL - S413G
BOCA RATON, FL 33496

OFFICE DEPOT
DEPT 56 - 8402272686
PO BOX 9020
DES MOINES, IA  50368-9020

OFFICE DEPOT
DEPT. 56 - 4220066145
PO BOX 689020
DES MOINES, IA 50368-9020

OFFICE DEPOT
P. O. BOX 70025
LOS ANGELES, CA 90074-0025

OFFICE DEPOT
PO BOX 689020
DES MOINES, IA 50368-9020

OFFICE DEPOT
ROBERT PARSONS
P. O. BOX 70025
LOS ANGELES CA 90074-0025

OFFICE DEPOT 6011 1600 5110 850
DEPT. 60-05110850
PO BOX 6716
THE LAKES, NV  88901-6716

OFFICE DEPOT, INC.
P.O. BOX 9020
DES MOINES, IA 50368-9020

OFFICE FURNITURE  PROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 GARDEN GROVE BLVD
SUIT# 103
GARDEN GROVE CA 92841

OFFICE FURNITURE USA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3211 BUILDERS AVE
LAS VEGAS NV 89101

OFFICE MAX
HSBC BUSINESS SOLUTIONS
PO BOX 5239
CAROL STREAM, IL  60197-5239

OFFICE MAX
PO BOX 5239
CAROL STREAM, IL  60197

OFFICE OF MANUFACTURED HOUSING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1110 W. WASHINGTONG STE. 100
PHOENIX AZ 85007

OFFICE OF THE ATTORNEY GENERAL
AG CASE #009433499
P.O. BOX 659791
SAN ANTONIO TX 78265-9791

OFFICE OF THE LABOR COMMISSIONER
ATTN: BANKRUTPCY DESK/MANAGING AGENT
555 EAST WASHINGTON AVENUE, SUITE 4100
LAS VEGAS, NV 89101

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  AUGUST B. LANDIS
300 LAS VEGAS BLVD. SOUTH, SUITE 4300
LAS VEGAS, NEVADA 89101

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE
LAS VEGAS, NV 89147

OFFICE PLUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3201 BUILDERS AVE
LAS VEGAS, NV 89101

OFFICE TEAM
FILE 73484
P. O. BOX 60000
SAN FRANCISCO, CA 94160-3484

OFFICE TEAM
FOR TEMP OFFICE HELP
FILE 73484
P. O. BOX 60000
SAN FRANCISCO CA 94160-3484

OFFICEMAX CREDIT PLAN
MARTY-X5182
DEPT. 58 - 3600826415
P.O. BOX 9020
DES MOINES IA 50638-9020

OFFSITE DEVELOPMENT INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4700 COPPER SAGE ST
SUITE C
LAS VEGAS NV 89115

OHMAR & LIZZEL VILLAVICENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 CANDIDE ST
HENDERSON, NV 89002

OISHIS PROPERTY MGMT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2075 VILLAGE CENTER CIR
LAS VEGAS, NV 89134-6251

OKADA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

OKADA FAMILY
PO BOX 1175
KAILUA KONA, HI 96745

OLAES, ALENA P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8777 MAULE AVENUE #2183
LAS VEGAS, NV 89148

OLDFORD,FREDERICK N.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6608 CROSSTIMBER CT
LAS VEGAS, NV 89108

OLEG BAKLANOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 TAYMAN PARK AVE
LAS VEGAS, NV 89148

OLEKSANDR PYLYPENKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

OLEKSIY MOGYLNYY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
287 DOG LEG DR
LAS VEGAS, NV 89148

OLERON & THERESA PASCUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10241 DEERFIELD LN
NORTHRIDGE, CA 91324

OLERON & THERESA PASCUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
93 TALL RUFF DR
LAS VEGAS, NV 89148

OLGA & CHRISTIAN IZQUIERDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
306 VIA FRANCIOSA DR
HENDERSON, NV 89011

OLGA ALBICKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 SEA RIM AVE
LAS VEGAS, NV 89148

OLGA EVDOKIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 218
LAS VEGAS, NV 89113

OLGUIN & LONA MORENO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

OLIVAR FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1511 MAXWELL LN
VISTA, CA 92084

OLIVAR FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2038
LAS VEGAS, NV 89148

OLIVAS-MEDINA,GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3028 GLENDALE
NORTH LAS VEGAS, NV 89030

OLIVER LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3855 S VALLEY VIEW BLVD #7
LAS VEGAS, NV 89103

OLIVER, BRANDON M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3150 SILVER SAGE DR
PAHRUMO, NV 89060-5503

OLIVER,BRANDON M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7809 ROBINGLEN AVE
LAS VEGAS, NV 89131

OLIVEROS;CUAUTEMOC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5198 GREENE LANE # B
LAS VEGAS, NV 89119

OLIVIA & DEDRIK ELLIOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1288 OLIVIA PKWY
HENDERSON, NV 89011

OLIVIA PAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1031 XIMENO AVE
LONG BEACH, CA 90804

OLIVIA PAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 FRINGE RUFF DR
LAS VEGAS, NV 89148

OLIVIA YABUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
599 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

OLVERA RESENDIZ,EMMANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 NOVA LN # 4
LAS VEGAS, NV 89115

OLVERA,ROGACIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4732 NOVA LN # 2
LAS VEGAS, NV 89115

OLVERA-RECENDIZ,LINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4743 AVENTURA CANYON
LAS VEGAS, NV 89139

OLVERA-VALLADARES,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. 13TH ST # C
LAS VEGAS, NV 89101

OMAR & MARTHA MOLINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
216 CROOKED TREE DR
LAS VEGAS, NV 89148

OMAR MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5860 WILLARD ST
LAS VEGAS, NV 89122-7414

OMAR MIRAMONTES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 MARY DEE AVE APT D
N LAS VEGAS, NV 89030-8197

OMAR RENDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3149 E. DESERT INN RD# 52
LAS VEGAS NV 89121

The Rhodes Companies, LLC - U.S. Mail

OMAR TORIBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6255 W. TROPICANA AVE #99
LAS VEGAS NV 89103

OMER BLOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
515 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

OMER ZAHEER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 OCEAN AVE APT B
SANTA MONICA, CA 90403

OMER ZAHEER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1130
LAS VEGAS, NV 89148

OMNI MANAGEMENT GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16501 VENTURA BOULEVARD
SUITE 440
ENCINO CA 91436-2068

ON DEMAND SEDAN & LIMOUSINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 WEST OAKEY
LAS VEGAS NV 89102

ON TIME SIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4960 SOUTH FORT APACHE, STE 440
LAS VEGAS NV 89148

ON TRACK MECHANICAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9360 BYHAM LANE
CHERRY VALLEY CA 92223

ONE COMMUNITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2699 N TENAYA WAY
LAS VEGAS, NV 89128

ONE COMMUNITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2100
LAS VEGAS, NV 89148

ONE PUTT PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1702 WESTERN
# C
LAS VEGAS, NV  89102

ONE STOP AUTOMOTIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 METCALF ROAD
KINGMAN, AZ 86401-5701

ONE STOP HYDRAULICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
294 METCALF RD.
KINGMAN AZ 86401

O'NEAL BILLIARD MECHANICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17048 QUEENSIDE DR.
COVINA CA 91722

ONOFRE,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 TWINING AVE
NORTH LAS VEGAS, NV 89030

ONOFRE,GREGORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1305 J ST
LAS VEGAS, NV 89106

ONOFRE,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 CHRISTINA ST # A
NORTH LAS VEGAS, NV 89030

ONOFRE-C.,REINALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3604 BARTLETT AVE
NORTH LAS VEGAS, NV 89030

ONOFRE-MELO,ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
924 MACFAR LN
LAS VEGAS, NV 89101

ONSTAR SUBSCRIPTION CENTER
PO BOX 77000
DETROIT MI 48277-0246

ONTIVEROS-ROJOS,ONTONIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 MC CARRAN
NORTH LAS VEGAS, NV 89030

OOTHOUDT BROS. INC.
P.O. BOX 2493
823 NORTH INDUSTRIAL DRIVE
CAMP VERDE, AZ 86322

OPPORTUNITY VILLAGE ARC.INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6300 WEST OAKEY BOULEVARD
LAS VEGAS NV 89146

OPULENCE STUDIOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1900 WESTERN AVE
LAS VEGAS NV 89102

ORALIA MOLINERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

ORANGE COUNTY REGISTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. GRAND AVE
SANTA ANA CA 92701

ORBIT ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13024 BEVERLY PARK ROAD
SUITE 102
MUKILTEO, WA  98275

ORCO CONSTRUCTION SUPPLY
DEPT 05891
PO BOX 39000
SAN FRANCISCO, CA 94139-5891

ORDONEZ-RAMIREZ,GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1912 REXFORD
LAS VEGAS, NV 89104

OREGON DEPT. OF JUSTICE
ID# 043AC8587C41 - MICHAEL DAILEY
PO BOX 14506
SALEM, OR 97309-0420

OREGON DEPT. OF JUSTICE
P.O. BOX 14506
SALEM, OR 97309-0420

ORELLANA, JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1372 HONOLULU
LAS VEGAS, NV 89104

OREN ADANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9652 VALMEYER AVE
LAS VEGAS, NV 89148

ORKIN PEST CONTROL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 ZIEBART PL., STE A
LAS VEGAS, NV 89103

ORKIN PEST CONTROL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 ARVILLE ST SUITE 201
LAS VEGAS NV 89118

ORLANDO RIVERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11653 ELIANTO STREET
LAS VEGAS NV 89123

ORLY HAYON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6804 ROSE MALLOW ST
LAS VEGAS, NV 89148

ORO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

OROZCO,VIRGILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1305 J ST.
LAS VEGAS, NV 89106

ORTALIZA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 RANCHO MARIA ST
LAS VEGAS, NV 89148

ORTEGA, FABIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 22ND ST. # 1
LAS VEGAS, NV 89101

ORTEGA,JOSE ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6336 GARWOOD
LAS VEGAS, NV 89107

ORTEGA;FEDERICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1512 LUCILLE ST
LAS VEGAS, NV 89101

ORTEGA-SILVA;ERNESTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3982 CHASING HEART WAY
LAS VEGAS, NV 89115

ORTIZ MONTES;JULIO CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3762 N. CEDAR AVE # 212
FRESNO, CA 93726

ORTIZ VEGA,LUIS FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
829 PARKHURST ST
LAS VEGAS, NV 89110

ORTIZ, FRANCISCO JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
883 NO 17TH STREET
LAS VEGAS, NV 89101

ORTIZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4951 HOLT AVENUE
LAS VEGAS, NV 89115

ORTIZ,JOSE DEL CARMEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2815 SAMANTHA CT.
NORTH LAS VEGAS, NV 89030

ORTIZ; JESUS G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4951 HOLT AVE
LAS VEGAS, NV 89115

ORTIZ;JOSE F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3285 SANDY LANE #2
LAS VEGAS, NV 89115

ORTIZ-MAGANA,JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4961 WELLTER AVE
LAS VEGAS, NV 89104

ORTIZ-MATA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
376 N. 15TH ST. # A
LAS VEGAS, NV 89101

ORYAN CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 CALLE ARROYO
SAN DIMAS, CA 91773

ORYAN CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 VIA CANALE DR
HENDERSON, NV 89011

OSBORN ARCHITECTS-ENGINEERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1300 EAST NINTH STREET, STE 1500
CLEVELAND, OH 44144-1573

OSBORN, SALLY R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10918 CIVILETTI ST
LAS VEGAS, NV 89141

OSBORNE, MIHAELA CIOBANU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6575 WEST TROPICANA AVENUE #2104
LAS VEGAS, NV 89103

OSCAR & HELEN NICOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 CROOKED TREE DR
LAS VEGAS, NV 89148

OSCAR PAREL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 TALL RUFF DR
LAS VEGAS, NV 89148

OSCAR PAREL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4561 TARA DEL
ENCINO CA 91436

OSHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1301 N GREEN VALLEY PKWY
HENDERSON NV  89074

OSTEEN JR.,JOE ALLEN
P.O. BOX 294321
PHELAN, CA 92329

OSTHEIMER & COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13981 ALYSSUM WAY
TUCSON, AZ 85737

OSWALDO & CECILIA CACHOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9718 DIETERICH AVE
LAS VEGAS, NV 89148

OSWALDO & CECILIA CACHOLA
PO BOX 612701
SAN JOSE, CA 95161

OTTO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
321 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

OTTO TRUCKING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4025 E PRESIDIO
MESA, AZ 85315

OUMER KASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9762 KAMPSVILLE AVE
LAS VEGAS, NV 89148

OUNJIAN, SALPIROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5504 VIA ROSA COURT
LAS VEGAS, NV 89130

OUTDOOR FURNITURE LIQUIDATORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6767 W. TROPICANA AVE,STE 212
LIQUIDATORS
LAS VEGAS NV 89117

OUTDOOR SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7935 W. SAHARA AVENUE
SUITE 201
LAS VEGAS, NV 89117

OVATION DEVELOPMENT CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1175 AMERICAN PACIFIC DRIVE
SUITE F
HENDERSON NV 89074

OVERFLOW, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE
SUITE 300
LAS VEGAS NV 89148

OVIST, SUSAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2548 SILVER BEACH DRIVE
HENDERSON, NV 89052

OWENS GEOTECHNICAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4480 WEST HACIENDA AVENUE
SUITE 104
LAS VEGAS NV 89118

OWENS MOBILE HOME
JOHN OWENS
SERVICE INC.
1932 SMITH ST.
LAS VEGAS NV 89108

OWENS, GARY & MARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4550 CHERRY CREEK S. DR APT 2111
DENVER, CO 80246-1545

OWS CLO I LTD
BILL LEMBERG
200 PARK AVE 7TH FLOOR
NEW YORK, NY 10166

OZZO DESIGN
OZZIE THORESON
36 A'ALAPAPA PLACE
KAILUA CA 96734

P & S METALS & SUPPLY CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5160 S. ROGERS ST.
LAS VEGAS, NV 89118-1543

P&C CATERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 MAIN ST
LAS VEGAS, NV 89102

P&L FENCING & IRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8414 W. FARM RD STE 180 475
LAS VEGAS NV 89131

P.I.P.E.S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43141 BUSINESS CENTER PKWY #201
LANCASTER, CA 63535

PABLO & AMELIA MARANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 CEDAR LN APT F3
OSSINING, NY 10562

PABLO & AMELIA MARANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
793 WIGAN PIER DR
HENDERSON, NV 89002

PABLO & ELIDA FLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7233 COTTONSPARROW ST
LAS VEGAS, NV 89131

PABLO SUAREZ JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
482 FIRST ON DRIVE
LAS VEGAS , NV 89148

PAC VAN N
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
652 MIDDLEGATE SUITE B
HENDERSON NV 89015

PACER TRANSPORT
PO BOX 841742
DALLAS, TX 75284-1742

PACHECO, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 E. LAKE MEAD #171
LAS VEGAS, NV 89115

PACHECO;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2737 DALEY ST.
N LAS VEGAS, NV 89030

PACHECO-OLIVAS, ADAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1820 BRAND ST
N LAS VEGAS, NV 89030

PACHECO-RODRIGUEZ, FRANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3661 ALTO AVE
LAS VEGAS, NV 89115

PACHULSKI STANG ZIEHL & JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10100 SANTA MONICA BLVD.
LOS ANGELES CA 90067

PACIFIC COAST STEEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4905 MURPHY CANYON RD
SAN DIEGO, CA 92123-4324

PACIFIC PROPERTY CONSULTANTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12725 STOWE DRIVE
POWAY CA 92064

PACIFIC STAIR PRODUCTS
P.O. BOX 941245
PLANO, TX 75094-1245

PACIFIC SUPPLIERS CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8541 LANKERSHIM BLVD
SUN VALLEY, CA 91352

The Rhodes Companies, LLC - U.S. Mail

PACIFIC TRUSS & COMPONENTS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5805 EMERALD AVE
LAS VEGAS, NV 89122

PACIFIC WEST BROKERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8767 SUNSHINE AVE
FLAGSTAFF, AZ 86004

PACIFICARE
FILE # U25141
4601 E HILTON AVE
PHOENIX AZ 85072-2078

PACIFICARE
P.O. BOX 53507
4601 E HILTON AVE
PHOENIX, AZ 85072-3507

PACKARD,DEBRA E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2570 HITCHCOCK ST
HENDERSON, NV 89052

PACKER,DANIEL L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 HEDGEHOPE DRIVE
LAS VEGAS, NV 89123

PACKER,TAYLOR J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 HEDGE DR
LAS VEGAS, NV 89123

PACULDO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

PACULDO FAMILY
PO BOX 1489
HUNTINGTON BEACH, CA 92647

PAC-VAN, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2693 PAYSPHERE CIRCLE
CHICAGO IL 60674

PADAWANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 RUSTY PLANK AVE
LAS VEGAS, NV 89148

PADAWANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
731 CASTLEREA LN
DES PLAINES, IL 60016

PADILLA CONSTRUCTION CO. OF NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1605 N. O'DONNELL WAY
ORANGE CA 92867

PADILLA MORENO,SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 PHILADELPHIA # 6
LAS VEGAS, NV 89102

PADILLA PADILLA,GENARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1311 S. 11TH ST
LAS VEGAS, NV 89104

PADILLA,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1135 E. DESERT INN # 1
LAS VEGAS, NV 89109

PADILLA-BAUTISTA,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
912 HASSETT
LAS VEGAS, NV 89104

PADILLA-FRAGA,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1917 BELMONT ST
LAS VEGAS, NV 89030

PADILLA-GARCIA,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2650 GRAN BASIN
LAS VEGAS, NV 89156

PADILLA-MORENO,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 W. PHILADELPHIA #6
LAS VEGAS, NV 89102

PADMA'S PLANTATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1375 ENGLAND DRIVE
BATAVIA IL 60510

PAIGE;ADAM N.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 CEDARCLIFF AVE
LAS VEGAS, NV 89123

PAIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 POCONO MANOR CT
LAS VEGAS, NV 89148

PAINT & PAPERWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4310 S. CAMERON ST.
LAS VEGAS NV 89146

PALACIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
440 PUNTO VALLATA DR
HENDERSON, NV 89011

PALACIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
881 GLENVIEW DR
SAN BRUNO, CA 94066

PALDI STEEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2220 CREASTLINE LOOP
N LAS VEGAS, NV 89030-4102

PALECEK
PO BOX 225
RICHMOND, CA  94804

PALETA;JOSE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 COLLEGE VIEW APT # B
N LAS VEGAS, NV 89030

PALLAS TEXTILES
NICHOLE
BIN 088
MILWAUKEE WI 53288-0088

PALM CARPET &TILE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7652 RIBBON ROCK ST
LAS VEGAS NV 89139

PALM GARDEN CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

PALM GARDENS HOA
C/O BENCHMARK PROPERTIES INC
1515 EAST TROPICANA SUITE 350A
LAS VEGAS, NV 89119

PALM GARDENS, LTD.
JIM RHODES
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

PALM HILLS HOA
C/O US BANK
P.O.BOX 500377
SAN DIEGO CA 92150-0377

PALM WEST LEATHER
PO BOX 661
GILBERT, AZ 85299

PALMBLAD, SHAWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2596 CAMINO DEL RIO
BULLHEAD CITY, AZ 86442

PALMER ELECTRIC INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1412 WESTERN AVE.
LAS VEGAS, NV 89102

PALMER, RACHEL
P.O. BOX 30051
LAS VEGAS, NV 89173

PAMELA BOULDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9245 TISHA RENEE AVE.
LAS VEGAS NV 89147

PAMELA MOORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7230 ELDERLY AVE
LAS VEGAS, NV 89131

PAMELA MOORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7737 FALCONWING AVE
LAS VEGAS, NV 89131

PAMELA NICHOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

PAMM'S EDD TRUCKING, CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3219 N. MANOR ROAD
FLAGSTAFF, AZ 86004-2115

PAMMY P P P INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

PAMMY P P P INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

PAMMY P P P INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5760 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

PANCAKE, MICHAEL & JOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10442 ARTFUL STONE AVE
LAS VEGAS, NV 89149-1502

PANDA WINDOWS & DOORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3415 BELLINGTON RD.
STE A190
N. LAS VEGAS NV 89030

PANDO-SHORTS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7401 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

PANGBURN, JEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6804 ENDORA DR
LAS VEGAS, NV 89103

PANGBURN, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6804 ENDORA DR
LAS VEGAS, NV 89103

PANORAMA ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4560 SUNDOWN DR.
GOLDEN VALLEY, AZ 86413

PANTOJA,BENICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 W. TROPICANA
LAS VEGAS, NV 89103

PANTOJA,JULIO
P.O. BOX 31536
LAS VEGAS, NV 89173

PAOLA MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7109 PAINTED BUTTE
LAS VEGAS NV 89178

PAPER SIGNATURES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1133 BROADWAY
SUITE 217
NEW YORK 10010

PAR 3 LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4610 WYNN RD.
SUITE B
LAS VEGAS, NV  89103

PAR 3 LANDSCAPE & MAINTENANCE, INC.
ATTN: KAM BRIAN
4610 WYNN RD.
LAS VEGAS, NV 89103

PAR 3 LANDSCAPE & MAINTENANCE, INC.
ATTN: KAM BRIAN
PAR-3 LANDSCAPE
4610 WYNN RD.
LAS VEGAS, NV 89103

PAR 5 ENTERPRISES INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 CLUB COURT
LAS VEGAS, NV  89144

PARADIGM ENGINEERING
P. O. BOX 676049
DALLAS, TX 75267-6049

PARADIGM ENGINEERING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972-829-8100  MAIN OFFICE #
P. O. BOX 202387
DALLAS TX 75320-2387

PARADISE POOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5110 N BUFFALO DRIVE
LAS VEGAS NV 89149

PARAMAZ KOSSAYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 VIA DI CITTA DR
HENDERSON, NV 89011

PARAMOUNT CAPITAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1918 FILBERT STREET
SUITE 101
SAN FRANCISCO CA 94123

PARAMOUNT DESTINATION SERVICES
PO BOX 19330
LAS VEGAS NV 89132-0330

PARAMOUNT RODEO
SANDY MARGOLIN
17501 VENTURA BLVD
ENCION CA 91316

PARCEL 20, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

PAREDES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 CASCADE LAKE ST
LAS VEGAS, NV 89148

PAREDES FAMILY
PO BOX 4405
CHATSWORTH, CA 91313

PAREDES,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1505 E. WILSON AVE
LAS VEGAS, NV 89101

PARFITT; NIGEL G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9360 W FLAMINGO #110-420
LAS VEGAS, NV 89147

PARISI PORTFOLIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4241 JUTLAND DR STE 304
SAN DIEGO, CA 92117-3654

PARK AVENUE CLEANERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7210 W. LAKE MEAD
SUITE 2
LAS VEGAS NV 89138

PARK COCKERILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3408 MARKRIDGE RD
LA CRESCENTA, CA 91214

PARK COCKERILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
415 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

PARKER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

PARKER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
509 NE 196TH AVE
CAMAS, WA 98607

PARKER FINCH & ASSOCIATES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 N. CENTRAL AVE
STE 1100
PHOENIX AZ 85012

PARKER OIL PRODUCTS, INC.
P.O. BOX 775
PARKER, AZ 85344

PARKER, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
581 BURTON ST
HENDERSON, NV 89015

PARKER, TARYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W FLAMINGO RD STE 4-171
LAS VEGAS, NV 89147

PARMENTER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 OCEAN HARBOUR LN
LAS VEGAS, NV 89148

PARMINDER & PAUL JANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 CROOKED PUTTER DR
LAS VEGAS, NV 89148

PARMINDER & PAUL JANDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 E SHERHERD AVE
FRESNO, CA 93720

PARRA PARRA ,EMETERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3406 E. DIANA DR
NORTH LAS VEGAS, NV 89030

PARRAGUIRRE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

PARRY; LISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 FOX LAKE AVENUE
LAS VEGAS, NV 89148

PARSONS BEHLE & LATIMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 S MAIN ST
STE 1800
SALT LAKE CITY UT 89111

PARSONS BROS ROCKERIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
710 W. SUNSET ROAD  #110
HENDERSON, NV 89015

PARTY LAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9326 W SAHARA AVE #2
LAS VEGAS, NV 89117

PARTY SUPERMART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
570 N STEPHANIE ST
HENDERSON, NV 89014-6612

PASSKEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4395 S. POLARIS
LAS VEGAS NV 89103

PASTRANA ARROYO,RAUL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 ELLINGSON DR.
LAS VEGAS, NV 89106

PAT DAVIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 IRON POINT RD APT 2022
FOLSOM, CA 95630

PAT DAVIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 314
LAS VEGAS, NV 89113

PAT DECARBO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2069
LAS VEGAS, NV 89148

PATCH CO, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2922 SERENE
HENDERSON NV  89074

The Rhodes Companies, LLC - U.S. Mail

PATCHARA & DUANE IONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 BLAVEN DR
HENDERSON, NV 89002

PATERNO & MERLINDA TRIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
498 N ABBOTT AVE
MILPITAS, CA 95035

PATERNO & MERLINDA TRIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
586 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

PATIENT FINANCIAL SERVICES
MAYO CLINIC SCOTTSDALE
P.O.BOX 52557
PHOENIX AZ 85072-2557

PATINO DIAZ,DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 ELLIS ST. # 2
NORTH LAS VEGAS, NV 89030

PATRICE EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

PATRICE EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9601 SOQUEL DR
APTOS, CA 95003

PATRICIA & MICHAEL WOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 GALWAY BAY
ALAMEDA, CA 94502

PATRICIA & MICHAEL WOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
53 VOLTAIRE AVE
HENDERSON, NV 89002

PATRICIA BECKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11464 GLOWING SUNSET LANE
LAS VEGAS NV 89135

PATRICIA DUBOIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7435 CANTATA CREST
LAS VEGAS , NV  89178

PATRICIA EYSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25582 STARBOARD DR
DANA POINT, CA 92629

PATRICIA EYSTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

PATRICIA FARLEY-SAAVEDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7525 RUSHING CURRENT ST
LAS VEGAS NV 89131

PATRICIA FRANKOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

PATRICIA HINDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 FALCONS FIRE AVE
LAS VEGAS, NV 89148

PATRICIA MICALI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29 PANGLOSS ST
HENDERSON, NV 89002

PATRICIA NARAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
719 JANE EYRE PL
HENDERSON, NV 89002

PATRICIA PENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

PATRICIA RENNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 RANCHO MARIA ST
LAS VEGAS, NV 89148

PATRICIA SAUNDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 DOG LEG DR
LAS VEGAS, NV 89148

PATRICIA SHARP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

PATRICIA SHUTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

PATRICIA SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4788 CALIFA DR
LAS VEGAS, NV 89122

PATRICIA SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7521 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

PATRICIA SMITH
PO BOX 335609
N LAS VEGAS, NV 89033

PATRICK & ANNA ESPINOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8910 MINSK CT
LAS VEGAS, NV 89147

PATRICK & CARMEN DAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

PATRICK & DIANE POWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 RUSTY PLANK AVE
LAS VEGAS, NV 89148

PATRICK & MAY SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
602 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

PATRICK & MONICA CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3999 GOLDEN TERRACE LN
CHINO HILLS, CA 91709

PATRICK & MONICA CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 HONORS COURSE DR
LAS VEGAS, NV 89148

PATRICK & SARAH OREILLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13683 WOODCOCK AVE
SYLMAR, CA 91342

The Rhodes Companies, LLC - U.S. Mail

PATRICK & SARAH OREILLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1046
LAS VEGAS, NV 89148

PATRICK AVAKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

PATRICK AVAKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
936 N HOWARD ST
GLENDALE, CA 91207

PATRICK BERGSRUD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

PATRICK CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

PATRICK CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7208 ROYAL MELBOURNE DR
LAS VEGAS, NV 89131

PATRICK FERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

PATRICK HARTMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1005 JUPITER LANE
COLORADO SPRINGS CO 80906

PATRICK KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

PATRICK KELLY
PO BOX 6990
HILO, HI 96720

PATRICK PATTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 DAISY SPRINGS CT
LAS VEGAS, NV 89148

PATRICK PATTERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91-1048 KAIAU AVE # 16H
KAPOLEI, HI 96707

PATRICK RUSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
335 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

PATRICK THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7431 HORNBLOWER AVE
LAS VEGAS, NV 89131

PATRICK ZIADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9683 KAMPSVILLE AVE
LAS VEGAS, NV 89148

PATRICK ZIADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9746 VALMEYER AVE
LAS VEGAS, NV 89148

PATRINA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 TAYMAN PARK AVE
LAS VEGAS, NV 89148

PATRINA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 FOREST PARK CT
PACIFICA, CA 94044

PATTERSON JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3979  HEATHER AVE
KINGMAN, AZ 86401

PAUL & DEBORAH HAYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9724 DIETERICH AVE
LAS VEGAS, NV 89148

PAUL & DEBORAH OWENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13929 BLACKBEARD DR
CORPUS CHRISTI, TX 78418

PAUL & DEBORAH OWENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

PAUL & DIONA GREENBAUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7201 TEALWOOD ST
LAS VEGAS, NV 89131

PAUL & KIMBERLY LIPKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 MANOR DR
PIEDMONT, CA 94611

PAUL & KIMBERLY LIPKIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
396 HIDDEN HOLE DR
LAS VEGAS, NV 89148

PAUL & KYUNG ARUSELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 SHORT RUFF WAY
LAS VEGAS, NV 89148

PAUL & NANCY LINK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1158 OLIVIA PKWY
HENDERSON, NV 89011

PAUL & NANCY LINK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
867 DIAMOND RIDGE CIR
CASTLE ROCK, CO 80108

PAUL & PRUDENCE BALUYOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

PAUL & PRUDENCE BALUYOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 MARCELLA WAY
MILLBRAE, CA 94030

PAUL & RITA OLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 CLIFF VALLEY DR
LAS VEGAS, NV 89148

PAUL & SHEILA RADLUND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
780 VORTEX AVE
HENDERSON, NV 89002

PAUL & SHELLI ZAMENSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
973 VIA CANALE DR
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

PAUL & VIVIANNE NIEMELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

PAUL & WANDA MURRAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2749 SUNGOLD DR
LAS VEGAS, NV 89134-8896

PAUL & WANDA MURRAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

PAUL & WANDA MURRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2749 SUNGOLD DR
LAS VEGS, NV 89134

PAUL BARULICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2114
LAS VEGAS, NV 89148

PAUL BENDIGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2150
LAS VEGAS, NV 89148

PAUL BENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 DOG LEG DRIVE
LAS VEGAS NV 1847.00

PAUL BUTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9684 VALMEYER AVE
LAS VEGAS, NV 89148

PAUL CHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4613 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

PAUL DAVIS RESTORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1818 INDUSTRIAL ROAD,STE 210
LAS VEGAS NV 89102-2631

PAUL DELONG
P.O. BOX 750609
LAS VEGAS, NV 89136

PAUL ELLIOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

PAUL EVERS
C/O ERIC RANSAVAGE
7421 BRIDLEHORNE AVE.
LAS VEGAS, NV 89131

PAUL FELIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

PAUL HORNIKX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25314 SE 36TH CT
ISSAQUAH, WA 98029

PAUL HORNIKX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2134
LAS VEGAS, NV 89148

PAUL HUYGENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 VIA COLMO
HENDERSON NV 89011

PAUL KARLIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3426 CLOVERDALE CT
LAS VEGAS, NV 89117

PAUL LIRETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 VIALE PLACENZA PL
HENDERSON, NV 89011

PAUL MACIEJEWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
279 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

PAUL MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1115
LAS VEGAS, NV 89147

PAUL MORWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44030 PINTO CREEK CIR
INDIAN WELLS, CA 92210

PAUL MORWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2090
LAS VEGAS, NV 89148

PAUL OSTERMILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7721 FALCONWING AVE
LAS VEGAS, NV 89131

PAUL PETTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
957 VIA STELLATO ST
HENDERSON, NV 89011

PAUL RENNEKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1104 NORELLAT RD.
HENDERSON NV 89015

PAUL ROSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 RUSTY PLANK AVE
LAS VEGAS, NV 89148

PAUL RUTHERFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1084 VIA CORTO ST
HENDERSON, NV 89011

PAUL THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1440 VIA SAVONA DR.
HENDERSON NV 89052-3126

PAUL VELEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 CASTLE COURSE AVE
LAS VEGAS, NV 89148

PAUL WEILAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

PAUL WERHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2102 CITROEN ST
LAS VEGAS, NV 89142

PAUL WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
650 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

PAUL,BEVERLY J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2242 S. DRAGOON RD.
GOLDEN VALLEY, AZ 86413

PAULA FORRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
369 FALCONS FIRE AVE
LAS VEGAS, NV 89148

PAULA HOLMWOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

PAULA IRAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 VIA FRANCIOSA DR
HENDERSON, NV 89011

PAULA PUIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4236 CHARLES STREET
DEARBORN MI 48126

PAULA SOLIMINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 BRETT CIR UNIT B
WAUCONDA, IL 60084

PAULA SOLIMINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 FALCONS FIRE AVE
LAS VEGAS, NV 89148

PAULA VARGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1160
LAS VEGAS, NV 89147

PAULBICK, CARISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W FLAMINGO RD # 4-352
LAS VEGAS, NV 89147-8392

PAULE, CARLITO& ADELINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725S EASTERN AVE BLDG 1
LAS VEGAS, NV 89119-2820

PAULETTE CLOUTIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6641 BRENTWOOD DR
HUNTINGTON BEACH, CA 92648

PAULETTE CLOUTIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
964 VIA STELLATO ST
HENDERSON, NV 89011

PAULINE & RODOLFO L. KABIGTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24 STONYHILL LANE
W. NYACK, NY 10994

PAULINE NOVAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5557 GOLD MINT LANE
LAS VEGAS NV 89122

PAULINE NOVAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2047
LAS VEGAS, NV 89148

PAULSON REPORTING SERVICES
P. O. BOX 79509
CITY OF INDUSTRY CA 91716-9509

PAULSON REPORTING SERVICES
WWW.PAULSONREPORTING.COM
P. O. BOX 79509
CITY OF INDUSTRY CA 91716-9509

PAVER MODULE OF NEVADA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 E. DELHI
N. LAS VEGAS NV  89030

PAYAN CAMACHO,ESMERALDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 MCCARRAN ST # C
NORTH LAS VEGAS, NV 89030

PAYAN-RUBIO,GREGORIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2812 HADDOCK # C
LAS VEGAS, NV 89110

PAZ RODRIGUEZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4205 TIMPANI DR
LAS VEGAS, NV 89110

PAZ;EDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 LINDEN AVE
LAS VEGAS, NV 89101

PAZ-SALDANA,GERARDO O
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
904 N. 20TH ST
LAS VEGAS, NV 89101

PAZ-VIVAR,JOSE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4205 TIMPANI DR
LAS VEGAS, NV 89110

PBCC
PITNEY BOWES CREDIT CORPORATION
P.O.BOX 856460
LOUISVILLE KY 40285-6460

PBS&J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2270 CORPORATE CIRCLE SUITE #100
HENDERSON , NV  89074

PC CLUB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3441 W. SAHARA BLVD
#D
LAS VEGAS NV 89102

PCBC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1215 K STREET
SUITE 1200
SACRAMENTO CA 95814

PEACHTREE BUSINESS
PO BOX 910
MILTON, WA  98354

PEACHTREE FORMS
P.O. BOX 850
MILTON, WA  98354

PEACOCK MOUNTAIN RANCH ASSC.
P.O. BOX 4734 HB
HUALAPAI AZ 86412

PEACOCK MOUNTAIN RANCH ASSOCIATION
ATTN: JAMES T SPILLERS
P.O. BOX 4734
HUALAPAI, AZ 86412

PEAK HOUR TRAFFIC DATA
COLLECTORS
197 CARLSBAD CAVERNS ST.
HENDERSON NV  89012

The Rhodes Companies, LLC - U.S. Mail                                                    Served 9/28/2009

PEARCE, CHRISTOPHER S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8510 GAGNIER BLVD
LAS VEGAS, NV 89113

PEARISO-CHIODINI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 CLIFF VALLEY DR
LAS VEGAS, NV 89148

PEARL & ROLANDO BAYOT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
340 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

PEARL H. NEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 PALM TRACE AVE
LAS VEGAS, NV 89148

PEARL NEAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 PALM TRACE AVE
LAS VEGAS, NV 89148

PEAVY, SCOTT L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10215 GHOST RIDER TRAIL
FLAGSTAFF, AZ 86004

PEBLEY, WILLIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2640 SIMMS AVE.
KINGMAN, AZ 86401

PECCOLE LITTLE LEAGUE BASEBALL
SPONSORSHIP
P.O. BOX 371352
LAS VEGAS NV 89137

PEDRAZA MURILLO,FIDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4428 HALBERT AVE
LAS VEGAS, NV 89110

PEDRO & ALINA MOURIZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1088 VIA CORTO ST
HENDERSON, NV 89011

PEDRO & MODESTA MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11040 LINDEN LEAF AVE
LAS VEAGS, NV 89144-4568

PEDRO & MODESTA MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1077
LAS VEGAS, NV 89148

PEDRO & TERESITA LACAP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 SUNSET BAY ST
LAS VEGAS, NV 89148

PEDRO GONZALEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
892 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

PEDRO MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11040 LINDEN LEAF AVE
LAS VEGAS, NV 89144-4568

PEDROZA, AVERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2224 MIDVALE TERRACE
HENDERSON, NV 89074

PEI LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18571 NOTTINGHAM LN
ROWLAND HEIGHTS, CA 91748

PEI LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 BACK SPIN CT
LAS VEGAS, NV 89148

PEILAI QIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 FALCONS FIRE AVE
LAS VEGAS, NV 89148

PEINADO,REYES QUEZADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 STANFORD ST
LAS VEGAS, NV 89107

PELAYO, JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4768 CRAKOW COURT
LAS VEGAS, NV 89147

PEM, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3390 WYNN ROAD STE A
LAS VEGAS NV 89102

PENA,BENITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4829 BALLANTINE DR.
LAS VEGAS, NV 89110

PEN-CAL ADMINISTRATORS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6210 STONERIDGE MALL RD., STE 300
PLEASANTON CA 94588

PENELOPE RAETY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

PENINSULA FLOORS, INC.
P.O. BOX 951404
DALLAS, TX 75395-1404

PENNINGTON JULIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3950  HEATHER AVE
KINGMAN, AZ 86401

PENUELAS,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2119 WHITE ST
NORTH LAS VEGAS, NV 89030

PEPSI BOTTLING GROUP
PO BOX 75948
CHICAGO, IL  60675-5948

PEPSI BOTTLING GROUP
PO BOX 841828
DALLAS, TX  75284-1828

PERALDO, LINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9999 WEST KATIE AVE #1170
LAS VEGAS, NV 89147

PERALTA TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6060 N. SMOKE RISE DR.
FLAGSTAFF, AZ 86004

PERALTA, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVENUE #715
NO. LAS VEGAS, NV 89030

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

PEREA-MEDINA,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4098 PISTACHIO NUT AVE
LAS VEGAS, NV 89115

PERENNIALS
LISA BERGMAN
3225 E. CARPENTER FREEWAY
IRVING TX 75062

PEREZ ATEAGA,ELVIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1924 CINDY SUE # C
LAS VEGAS, NV 89106

PEREZ GONZALEZ,EDUARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2516 HERROD DR
N LAS VEGAS, NV 89030

PEREZ GUTIERREZ, AUSTREBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38503850 MOUNTAIN VISTA ST APT 134
LAS VEGAS, NV 89121-4678

PEREZ GUTIERREZ,AUSTREBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3381 ATHENS ST., #4
LAS VEGAS, NV 89109

PEREZ LUCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS ST
APT 133
LAS VEGAS, NV 89119-2036

PEREZ MACIAS,HUGO E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 22ND ST
LAS VEGAS, NV 89101

PEREZ MACIAS,ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 22TH ST. # 4
LAS VEGAS, NV 89101

PEREZ MARTINEZ,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
380 MAYDELLE # F
LAS VEGAS, NV 89101

PEREZ NOYOLA,LIBRADO S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5855 WOODFIELD DR
LAS VEGAS, NV 89142

PEREZ OCHOA,MARIO
LAS VEGAS, NV 89120
LAS VEGAS, NV 89120

PEREZ, ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 N NELLIS APT #1107
LAS VEGAS, NV 89110

PEREZ, CHRISTINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3787 POINSETTA WAY
LAS VEGAS, NV 89147

PEREZ, ELIZABETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1921 CINDY SUE #1
LAS VEGAS, NV 89106

PEREZ, ELVIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1924 CINDYSUE STREET APT C
LAS VEGAS, NV 89106

PEREZ, GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5800 W CHARLESTON BLVD APT 2033
LAS VEGAS, NV 89146-1274

PEREZ, LUCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS STE APT 133
LAS VEGAS, NV 89119-2036

PEREZ, RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4215 DONGOLA CT
LAS VEGAS, NV 89110

PEREZ,GENARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2932 MARLIN # 1
LAS VEGAS, NV 89101

PEREZ,GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1311 S. 11TH ST
LAS VEGAS, NV 89104

PEREZ,JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1421 HENRY DR., #A
LAS VEGAS, NV 89110

PEREZ,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5554 HALVERN AVE
LAS VEGAS, NV 89110

PEREZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2908 N. PECOS RD # 104
LAS VEGAS, NV 89109

PEREZ,LUCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 TAMARUS ST # 319
LAS VEGAS, NV 89119

PEREZ,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2686 S. DECATUR
LAS VEGAS, NV 89102

PEREZ,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6309 BRITTANY WAY
LAS VEGAS, NV 89107

PEREZ;ABEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
572 RIVER BED ST
LAS VEGAS, NV 89110

PEREZ;RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3220 FIGLER APT B
N LAS VEGAS, NV 89030

PEREZ;SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6309 BRITTANY WAY
LAS VEGAS, NV 89107

PEREZ-CASTILLOS,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
813 HYATTSVILLE
LAS VEGAS, NV 89110

PEREZ-GASPAR,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4379 STUDIO
LAS VEGAS, NV 89115

PEREZ-GUZMAN,MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 LA BREA CT.
LAS VEGAS, NV 89110

The Rhodes Companies, LLC - U.S. Mail

PEREZ-MUNOZ,REMIGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2516 HERROD DR
N LAS VEGAS, NV 89030

PEREZ-RUIZ,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2686 S. DECATUR BLVD
LAS VEGAS, NV 89102

PEREZ-SANCHEZ;ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3220 FIGLER # B
N LAS VEGAS, NV 89030

PEREZ-VEGA,ADOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2650 GRAN BASIN
LAS VEGAS, NV 89156

PERFECT RAINGUTTERS
JARRETT JAMIESON
6295 HARRISON  #9
LAS VEGAS NV 89120

PERFECTO & DINA ARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23222 ROSANNA CT
TORRANCE, CA 90502

PERFECTO & DINA ARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
461 VIA STRETTO AVE
HENDERSON, NV 89011

PERFECTO AND DINA ARCA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23222 ROSANNA COURT
TORRANCE CA 90502

PERFORMANCE PLASTERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4840 EAST CARTIER AVENUE
LAS VEGAS NV 89115

PERFORMANCE PLUS ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27740 JEFFERSON AVENUE
SUITE 320
TEMECULA CA 92590

PERFORMANCE PLUS ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8930 WEST TROPICANA SUITE 10
LAS VEGAS , NV  89147

PERFORMANCE READY MIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7175 BERMUDA RD.
LAS VEGAS, NV  89119

PERI FORMWORK SYSTEMS, INC
P.O BOX 631914
BALTIMORE, MD 21263-1914

PERIDIAN INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 NEWPORT BLVD, SUITE 130
NEWPORT BEACH CA 92663

PERKINS COIE BROWN & BAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WA 98101-3099

PERLMAN ARCHITECTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2230 CORPORATE CIRCLE STE 290
HENDERSON NV  89074

PERPETUA GATAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 VIA DI CITTA DR
HENDERSON, NV 89011

PERREIRA, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3340 GILIAM COURT
LAS VEGAS, NV 89129

PERRY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2049 CENTURY PARK E STE 2500
LOS ANGELES, CA 90067

PERRY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
71 ROCK RUN ST
LAS VEGAS, NV 89148

PERSONNEL SAFETY ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3716 EAGLE MOUNTAIN DRIVE
FLAGSTAFF, AZ 86004

PESIN REAL ESTATE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10620 SOUTHERN HIGHLANDS PKWY
LAS VEGAS, NV 89141

PESIN REAL ESTATE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
495 VIA DEL FORO DR
HENDERSON, NV 89011

PETE KING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2575 E LONE MOUNTAIN ROAD
N. LAS VEGAS NV 89031

PETE PASSMAN MOULDING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8050 ARVILLE ST #107
LAS VEGAS, NV 89139

PETER & ANGELEE BOBECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2312 LADUE LN
FORT WAYNE, IN 46804

PETER & ANGELEE BOBECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2117
LAS VEGAS, NV 89148

PETER & DARADEL THALER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 PANGLOSS ST
HENDERSON, NV 89002

PETER & DARADEL THALER
PO BOX 60793
BOULDER CITY, NV 89006

PETER & DOLORES REICHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36765 MELBOURNE DR
STERLING HEIGHTS, MI 48312

PETER & DOLORES REICHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1030
LAS VEGAS, NV 89148

PETER & ELEANOR COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 VIA DEL CORALLO WAY
HENDERSON, NV 89011

PETER & MICHELLE NOWICKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
244 DOG LEG DR
LAS VEGAS, NV 89148

PETER & NANCY PHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 QUAIL VALLEY ST
LAS VEGAS, NV 89148

PETER & SOONA TABUNTSCHIKOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9771 WAUKEGAN AVE
LAS VEGAS, NV 89148

PETER & SOONA TABUNTSCHIKOW
PO BOX 1829
BLAINE, WA 98231

PETER AND SUSAN MALIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1104 ARABIAN SAND COURT
LAS VEGAS NV 89144

PETER CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 CROOKED PUTTER DR
LAS VEGAS, NV 89148

PETER CHURA AND MICHAEL PALLADINO
C/O ERIC RANSAVAGE
7240 RED CINDER ST.
LAS VEGAS, NV 89131

PETER COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 VIA DEL CORALLO WAY
HENDERSON NV  89011

PETER J RAHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2540 HEMPEL COVE CT
WINDERMERE, FL 34786-8214

PETER KO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2084 SAVANNAH RIVER ST
HENDERSON, NV 89044

PETER KO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 LADIES TEE CT
LAS VEGAS, NV 89148

PETER KO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8739 LAS OLIVAS AVE
LAS VEGAS, NV 89147

PETER KUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 CARL ST
SAN FRANCISCO, CA 94117

PETER KUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
152 CROOKED PUTTER DR
LAS VEGAS, NV 89148

PETER LUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9680 ZIEGLER AVE
LAS VEGAS, NV 89148

PETER NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1261 THORNBURY LN
SAN JOSE, CA 95138

PETER NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9740 WAUKEGAN AVE
LAS VEGAS, NV 89148

PETER PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
442 SUNRISE VILLA DR
LAS VEGAS NV 89110

PETER R. PEZZANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1754 FRANKLIN CHASE
HENDERSON NV  89012

PETER RAPONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

PETER RHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 DOG LEG DR
LAS VEGAS, NV 89148

PETER TIBONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 PUNTO VALLATA DR
HENDERSON, NV 89011

PETER TOMAINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 CLAY ST
RENO, NV 89501

PETER TOMAINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

PETER TRIPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1047 VIA SANGUINELLA ST
HENDERSON, NV 89011

PETER TRIPP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18077 COASTLINE DR APT 24
MALIBU, CA 90265

PETER WETHERALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

PETERBUILT OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4120 DONOVAN WAY
N. LAS VEGAS, NV 89030

PETRICK, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 LAILANI ST
LAS VEGAS, NV 89110

PETROZZA, WILLIAM J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6744 PASTEL CAMELLIA
LAS VEGAS, NV 89148

PETTIGRU COUNSELING ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 PETTIGRU STREET
GREENVILLE SC  29601

PEYROLO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35525 GEORGETOWN DR
STERLING HEIGHTS, MI 48312

PEYROLO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4798 CALIFA DR
LAS VEGAS, NV 89122

PGA MAGAZINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 PHILMONT AVENUE
SUITE 119
HUNTINGDON VALLEY, PA  19006

The Rhodes Companies, LLC - U.S. Mail

PGM C/O MICHELLE FERRISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 E. RENO, SUITE C9
LAS VEGAS , NV  89119

PGM SAFETY SERVICES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 S SALIMAN RD
CARSON CITY, NV 89701

PHANI GUDIPATI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 WIGAN PIER DR
HENDERSON, NV 89002

PHASE ONE CONSULTING ENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5135 CAMINO AL NORTE
SUITE 250
NORTH LAS VEGAS, NV 89031

PHASE ONE CONSULTING ENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6136 COTTONTAIL COVE STREET
LAS VEGAS, NV 89130

PHASE ONE CONSULTING ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2921 N. TENAYA WAY
LAS VEGAS , NV  89128

PHI & CHRISTINE SUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

PHI & CHRISTINE SUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3350 HARRISON ST APT 217
KINGMAN, AZ 86409

PHIL & JOE SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 CROOKED PUTTER DR
LAS VEGAS, NV 89148

PHIL & JOE SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 FRINGE RUFF DR
LAS VEGAS, NV 89148

PHIL & YEECHIN LIAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 CASCADE LAKE ST
LAS VEGAS, NV 89148

PHIL AND CINDY SHIPLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7804 SW 193RD STREET
MIAMI FL 33157

PHIL DEOFERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 REAL LONG WAY
LAS VEGAS, NV 89148

PHILADELPHIA
ONE BALA PLAZA, SUITE 100
BALA CYNWYD, PA 19004

PHILIP & AMANDA FLEMING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2157
LAS VEGAS, NV 89148

PHILIP & EUGENIA DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
545 VIA RUSCELLO WAY
HENDERSON, NV 89011

PHILIP & GRACE SECONDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4782 ESSEN CT
LAS VEGAS, NV 89147

PHILIP & GRACE SECONDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 FOERSTER ST
SAN FRANCISCO, CA 94127

PHILIP & JULIETTE FRANKLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 ANGELS TRACE CT
LAS VEGAS, NV 89148

PHILIP & MEIKEN ALEXANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 VIA DI CITTA DR
HENDERSON, NV 89011

PHILIP & MEIKEN ALEXANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 SAINT MALO BCH
OCEANSIDE, CA 92054-5854

PHILIP MARROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1480 THRUSH AVE APT 36
SAN LEANDRO, CA 94578

PHILIP MARROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

PHILIP S. GERSON, ESQ.
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV  89129

PHILIPPE ZIADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9746 VALMEYER AVE
LAS VEGAS, NV 89148

PHILLIP & JANET SCHOENWETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1093 VIA CANALE DR
HENDERSON, NV 89011

PHILLIP & JANET SCHOENWETTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30511 PALOS VERDES DR E
RANCHO PALOS VERDES, CA 90275

PHILLIP & MARGARET SWAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6711 GOLD YARROW ST
LAS VEGAS, NV 89148

PHILLIP & MARIA BUENVENIDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 HONORS COURSE DR
LAS VEGAS, NV 89148

PHILLIP & MARIA BUENVENIDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31825 59TH AVE S
AUBURN, WA 98001

PHILLIP & TERRI FONTENELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10693 BONCHESTER HILL ST
LAS VEGAS, NV 89141

PHILLIP & TERRI FONTENELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

PHILLIP CAMPAGNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11621 LONGHIRST HALL LN
LAS VEGAS, NV 89138

PHILLIP CAMPAGNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

PHILLIP FRIEDMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
960 VIA STELLATO ST
HENDERSON, NV 89011

PHILLIP PINEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

PHILLIPS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 SELKIRK DR
CORONA, CA 92881

PHILLIPS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 GRANDOVER CT
LAS VEGAS, NV 89148

PHILLIPS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
756 WIGAN PIER DR
HENDERSON, NV 89002

PHILLIPS FAMILY
PO BOX 531421
HENDERSON, NV 89053

PHILLIPS, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4034 RIDGEWOOD
LAS VEGAS, NV 89121

PHILLIPS,CHARLES
P.O. BOX 3443
KAYENTA, AZ 86033

PHILLP & MEIKEN  ALEXANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 SAINT MALO BCH
OCEANSIDE, CA 92054-5854

PHINEAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
307 W SANDISON ST
WILMINGTON, CA 90744

PHINEAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

PHOENIX CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 NORTH CENTRAL AVENUE
27TH FLOOR
PHOENIX, AZ 85004

PHOENIX DRAPERIES INTERNATIONA
SID NELLIS
2460 MALT AVENUE
CITY OF COMMERCE CA 90040

PHOENIX PEST & TERMITE CONTROL
P.O. BOX 11067
PHOENIX AZ 85061

PHOENIX PRECAST PRODUCTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1856 E. DEER VALLEY ROAD
PHOENIX AZ 85024

PHONG LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9498 VERNEDA CT
LAS VEGAS, NV 89147

PHOTO RESEARCH LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2919 "B" MEAD
LAS VEGAS, NV 89102

PHU DUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
356 DOG LEG DR
LAS VEGAS, NV 89148

PHU DUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8612 W 72ND TER
OVERLAND PARK, KS 66204

PHUONG KIM ONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8501 UNIVERSITY AVE
#2085
LAS VEGAS NV 89147

PIA FLORES-HERMANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 TAYMAN PARK AVE.
LAS VEGAS, NV 89148

PICKETT, LORI A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5554 TUNIS AVE
LAS VEGAS, NV 89122

PICORNELL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 WINSOR CT
SAYREVILLE, NJ 08872

PICORNELL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1164
LAS VEGAS, NV 89148

PICTOGRAPHICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 W. OQUENDO
LAS VEGAS NV 89118

PICTURE PERFECT ENT.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
702-375-1688
5046 SPANISH HILLS DR
LAS VEGAS NV 89148

PIERCE EISLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7201 EAST CAMELBACK ROAD
SUITE 245
SCOTTSDALE AZ 85251

PIEZON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7430 CEDAR RAE AVE
LAS VEGAS, NV 89131

PILAR TEMOCHE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

PILLSBURY, JESSICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9044 SIERRA PALMS WAY
HENDERSON, NV 89074

PIMENTAL,DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3250 ORANGE SUN
LAS VEGAS, NV 89135

PIN,GORDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
655 BARBARY PL
GLADSTONE, OR 97027

The Rhodes Companies, LLC - U.S. Mail

PINA MARTORANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

PINARDI, JEFFREY D.
P.O. BOX 11147
MOHAVE, AZ 86427

PINEDA, JERRY& MARIBEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9115 WYSTONE AVE
NORTHRIDGE, CA 91324

PINEDA, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2820 S. DECATUR BLVD
LAS VEGAS, NV 89102

PINEDA,ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 BLACK FOREST DR.
LAS VEGAS, NV 89102

PINEDA;IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 PAUL LN.
LAS VEGAS, NV 89106

PINETREE ENTERPRISE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
563 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

PINETREE ENTERPRISE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

PINETREE ENTERPRISE INC
PO BOX 16665
IRVINE, CA 92623

PING FANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 SPRING HOLLOW DR
LAS VEGAS, NV 89148

PING GE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
710 CAYMAN LN
FOSTER CITY, CA 94404

PING GE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 BACK SPIN CT
LAS VEGAS, NV 89148

PING NI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9667 WAUKEGAN AVE
LAS VEGAS, NV 89148

PING, INC
PO BOX 52450
PHOENIX, AZ  85072-2450

PINNACLE ARCHITECTURAL STUDIO
QUINN BOESENECKER
9755 WEST CHARLESTON BLVD.
LAS VEGAS NV 89117

PINNACLE GRADING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 SOUTH AZTEC ROAD
GOLDEN VALLEY AZ 86413

PINNACLE GRADING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

PINNACLE PRINTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3347 SOUTH HIGHLAND DRIVE
LAS VEGAS NV 89109

PINTO, RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
314 CLARGES LN
LAS VEGAS, NV 89110

PIONEER OVERHEAD DOOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4046 WEST PONEROSA WAY
LAS VEGAS NV 89118-8794

PIONEER WOODWORKING, LTD
CHRIS
4125 W. DEWEY DR. SUITE B
LAS VEGAS NV 89118

PIPE MAINTENANCE SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
412 E. GOWAN ROAD
N. LAS VEGAS , NV  89032

PIPER PLASTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7260 DEAN MARTIN DRIVE
SUITE 1000
LAS VEGAS, NV 89118

PIRACLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2302 SOUTH PRESIDENTS DRIVE
SUITE B
SALT LAKE CITY, UT 84120

PIRACLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
556 CONFLUENCE AVE
MURRAY, UT 84123-1385

PIRACLE
ORDER CHECKS FROM HOPE
2302 SOUTH PRESIDENTS DRIVE
SUITE B
SALT LAKE CITY UT 84120

PITNEY BOWES GLOBAL FINANCIAL
P.O. BOX 856460
LOUISVILLE, KY 40285-6460

PITNEY BOWES PURCHASE POWER
P.O. BOX 856042
LOUISVILLE KY 40285-6042

PITNEY BOWES, INC.
P.O. BOX 856390
LOUISVILLE, KY 40285-6390

PITNEY BOWES, INC.
SALES & GENERAL INFO
P.O. BOX 856390
LOUISVILLE KY 40285-6390

PIZANO-MEZA;SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1842 ESTANFOR
N LAS VEGAS, NV 89030

PLACENCIA, RAUL N
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8401 W. CHARLESTON BLVD. #2037
LAS VEGAS, NV 89117

PLAN B PRODUCTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1055 N. VICTORY PLACE
BURBANK CA 91502

PLANNED PARENTHOOD
ATTN: LIZ
320 WEST CHARLESTON
LAS VEGAS NV 89102

PLANTWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 GRAPHIC CENTER DRIVE
LAS VEGAS NV 89118

PLASENCIA H.,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
232 W. PHILADELPHIA #2
LAS VEGAS, NV 89102

PLASTICS WELCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 W DESERT INN RD STE W-110
LAS VEGAS, NV 89102-0757

PLATINUM FINISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5462 JACOBS FIELD STREET
LAS VEGAS NV 89148

PLAYER LANE PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17821 17TH ST STE 193
TUSTIN, CA 92780

PLAYER LANE PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

PLAYSCAPES, INC.
CHILDREN'S ENVIRONMENTS
2600 DANIELS STREET
MADISON WI 53718

PLOTNICK,ROBERT JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9349 DANCING DAFFODIL
LAS VEGAS, NV 89129

PLOTNICK,RYAN S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6116 SHADOW SPRINGS
LAS VEGAS, NV 89130

PLUMB LEVEL ART INSTALLATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4375 W.DESERT INN, C-219
LAS VEGAS NV 89102

PO & CAROL WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
253 CROOKED PUTTER DR
LAS VEGAS, NV 89148

POCASANGRE;MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1409 LABRADOR DR.
LAS VEGAS, NV 89142

PODOLL, ERIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2878 E WHITE MOUNTAIN BLVD
PINETOP, AZ 85935-7330

POLAR AIR & HEATING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5030 HARRISON DRIVE
LAS VEGAS NV 89120

POLINA CHEBOTAREVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
650 HARVESTER COURSE DR
LAS VEGAS, NV 89148

POLITO, GISELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2742 MANSVILLE AVE
HENDERSON, NV 89052

POLK,MARK DUANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2925 W. CAMPO BELLO DR.
PHOENIX, AZ 85053

POLL NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 CELESTINE CIR
LADERA RANCH, CA 92694

POLL NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9286 BEARDED IRIS AVE
LAS VEGAS, NV 89148

POLLACK & ASSOCIATES
C/O DONGHIA
101 HENRY ADAMS ST.  #144
SAN FRANCISCO, CA 94103

POLLACK & ASSOCIATES
C/O DONGHIA TEXTILES
150 VARICK STREET 10TH FL.
NEW YORK NY 10013

POLLACK & ASSOCIATES
TRACI ROCK
C/O DONGHIA
101 HENRY ADAMS ST.  #144
SAN FRANCISCO CA 94103

POLLY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
473 PUNTO VALLATA DR
HENDERSON, NV 89011

POLO CLEANERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4985 PORT APACHE DR STE 101
LAS VEGAS NV 89148

POMPEII FURNITURE
ASHLEY
C/O MITCH ZERG & ASSOCIATES
9860 GIDLEY ST
EL MONTE CA 91731

PONCE,KARINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1935 CRUISER CT
LAS VEGAS, NV 89156

PONCE;OLIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
825 N. LAMB #46
LAS VEGAS, NV 89110

PONDSCAPE DESIGNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 BOARDMAN POLAND ROAD
YOUNGSTOWN, OH  44517

POOL TABLES PLUS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 W WASHINGTON AVE STE 180
LAS VEGAS, NV 89128-4331

POOL TABLES PLUS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6985 W. SAHARA # 117
LAS VEGAS NV 89117

POOLE, KOURTNEY L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4281 PARKWAY LANE
LITTLE RIVER, SC 29566

POOLS BY GRUBE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
961 EMPIRE MESA WAY
HENDERSON NV  89015

POOR BOYS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20612 N. 36TH AVE
GLENDALE , AZ  85308

POOR BOYS TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20612 N. 36TH AVE
GLENDALE, AZ  85308

PORSHA REVESZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
298 BELAIR VIEW CT.
HENDERSON NV  89074

PORTAFRAME, INC
PO BOX 594
DEXTER MO  63841

POSADA-BRISENO;FELIPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 N. 13TH ST. # 612
LAS VEGAS, NV 89101

POST TENSIOING INSTITUTE STORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8601 NORTH BLACK CANYON HWY
STE. 103
PHOENIX AZ 85021

POST TENSION OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1179 CENTER POINT  DR
HENDERSON, NV 89074

POSTER COMPLIANCE CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3687 MT DIABLO BLVD STE B100
LAFAYETTE CA 94549-3744

POUYA MOHAJER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 WICKED WEDGE WAY
LAS VEGAS, NV 89148

POWELL,JAMES C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 S. LAKE HAVASU AVE APT. C74
LAKE HAVASU CITY, AZ 86403

POWEN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 AMBER DR
SAN FRAMCISCO, CA 94131-1654

POWEN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2935 JUDAH ST
SAN FRANCISCO, CA 94122

POWEN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 LONE MESA DR
LAS VEGAS, NV 89147

POWER & MOTORYACHT
P.O BOX 57544
BOULDER CO 80321-7544

POWER PLUS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3131 OLIVE STREET
LAS VEGAS NV 89104

POWERPLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21310 NETWORK PLACE
CHICAGO , IL  60673

POZOS SALAZAR;MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6948 DONSBACH WAY # D
LAS VEGAS, NV 89156

PRADO,JOSE R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 N. LAMB # F
LAS VEGAS, NV 89101

PRADO-MAGALLANES;JULIO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3630 E. OWENS AVE # 1009
LAS VEGAS, NV 89110

PRASHANT & RUPALI GUPTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 TAYMAN PARK AVE
LAS VEGAS, NV 89148

PRAXAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
310-PRAXAIR DISTRIBUTION INC.
P.O. BOX 120812 DEPT. 0812
DALLAS TX 75312-0812

PRAXAIR
P.O. BOX 120812, DEPT. 0812
DALLAS, TX 75312-0812

PRAXAIR DISTRIBUTION INC.
ATTN: WENDY FINNEGAN
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

PRECISION SIMULATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
396 CIVIC DRIVE, SUITE B
PLEASANT HILL CA 94523

PRECISION SURVEYS
P.O. BOX 94928
8414-D JEFFERSON ST. NE
ALBUQUERQUE NM 87199

PREM SIGNH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9301 THONDER COURT
LAS VEGAS NV 89149

PREMIER BUSINESS SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15909 B EAST GALE AVE
HACIENDA HEIGHTS CA 91745

PREMIER NEW HOMES
ATTN: SUMMER BETTING
15555 N. 79TH PLACE SUITE 200
SCOTTSDALE AZ 85260

PREMIER OFFICE SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1210 S. VALLEY VIEW BLVD
LAS VEGAS, NV  89102

PREMIER SPORTSCAR SERVICE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4005 W. DEWEY DRIVE
LAS VEGAS NV 89118

PREMIER TRUST OF NV INC.
CUSTODIAN FOR RENE RAYNES IRA
411 BONNEVILLE SUITE #1
LAS VEGAS NV 89101

PREMIUM FINANCING SPEC.
P.O.BOX 25287
TEMPE AZ 85285-5287

PREMIUM FINANCING SPECIALISTS
NATIONAL ACCOUNTS
P.O. BOX 419090
KANSAS CITY MO 64141-6090

The Rhodes Companies, LLC - U.S. Mail

PREMIUM LOAN TRUST I
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 S. LASALLE 23RD FL
CHICAGO IL 60603

PREMYSL PLACEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10040 BASALT HOLLOW AVE
LAS VEGAS, NV 89148

PREMYSL PLACEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7641 FALCONWING AVE
LAS VEGAS, NV 89131

PRESENT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
441 VIA STRETTO AVE
HENDERSON, NV 89011

PRESENT FAMILY
PO BOX 92165
HENDERSON, NV 89009

PRESLEY HOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4734 ASHINGTON ST
LAS VEGAS, NV 89147

PRESTIGE FLAG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
591 CAMINO DE LA REINA
#917
SAN DIEGO, CA 92108

PRESTIGE PLASTERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
790 LAKE HAVASU AVE.
SUITE 7
LAKE HAVASU CITY AZ 86403

PRG SCENIC TECHNOLOGIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6050 S. VALLEY VIEW BLVD
LAS VEGAS NV 89118

PRIBYL, ANTHONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5450 S FORT APACHE ROAD #168
LAS VEGAS, NV 89148

PRICE, BART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10001 PEACE WAY
LAS VEGAS, NV 89147

PRIDDY, MATTHEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3429 NORTHHAVEN RD
DALLAS, TX 75229-2645

PRIME COLOR OF NEVADA INC.
PO BOX 177
BLUE DIAMOND, NV 89004

PRINCE ROBERT & PEGGY JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10400 NE 881ST ST
VANCOUVER, WA 98662

PRINCE ROBERT & PEGGY JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4257 S TOPAZ RD GOLDEN VALLEY
GOLDEN VALLEY, AZ 86413

PRINCIPAL LIFE
DEPT 900
P.O. BOX 14416
DES MOINES 50306-3416

PRINCIPE, PETER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5421 E HARMON AVENUE Q11
LAS VEGAS, NV 89122

PRINGLE;DAVID J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2617 LENNA ST
LAS VEGAS, NV 89102

PRINT INTERNATIONAL
DAVE STEFANIC
345 HUDSON STREET
FIFTH FLOOR
NEW YORK 10014

PRIORITY BUILDING SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 MERCURY LN.
BREA, CA 92821

PRIORITY BUILDING SERVICES, LLC.
ATTN: KELLY ROCHA
521 MERCURY LN.
BREA, CA 92821

PRIORITY TIME SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 W 2000 S #1A
OREM, UT 84058

PRISCILLA & ROBERT MAGSALIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4792 FRANKFURT CT
LAS VEGAS, NV 89147

PRISCILLA LAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 FRINGE RUFF DR
LAS VEGAS, NV 89148

PRISCILLA LAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
446 25TH AVE APT 2
SAN FRANCISCO, CA 94121

PRISM LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1222 SILVER KNOLL AVE
LAS VEGAS NV 89123

PRLINA, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6225 RACEL ST
LAS VEGAS, NV 89131

PRO COLOR INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 S. VALLEY VIEW
SUITE 110
LAS VEGAS NV 89118

PRO GROUP MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
175 EAST RENO
SUITE C9
LAS VEGAS NV 89119

PRO SPECIALTIES GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8295 AERO PLACE
SUITE 260
SAN DIEGO CA 92123-1807

PRO TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4428 DAVID RD
KINGMAN AZ 86409

PRO TECT SECURITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3511 S.EASTERN AVENUE
LAS VEGAS NV 89109

PRO TURF PRODUCTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1011 E. ALEXANDER RD.
N. LAS VEGAS, NV 89030-3206

The Rhodes Companies, LLC - U.S. Mail                                                                          Served 9/28/2009

PRODUCTION PLUMBING
ROBERT KAHRE
1555 BLEDSOE LANE
LAS VEGAS NV 89110

PRODUCTION RESOURCE GROUP
PRG-SCENIC TECHNOLOGIES
C/O PROMIX
P.O. BOX 41261
SANTA ANA CA 92799-1261

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
194 WICKED WEDGE WAY
LAS VEGAS, NV 89148

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 FRINGE RUFF DR
LAS VEGAS, NV 89148

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34 COBBS CREEK WAY
LAS VEGAS, NV 89148

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 BIG CREEK CT
LAS VEGAS, NV 89148

PROFESSIONAL BILLING LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
83 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

PROFESSIONAL DOCUMENT PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3371 W. OQUENDO ROAD
LAS VEGAS NV 89118

PROFESSIONAL DOOR & MILLWORK
PO BOX 365469
N LAS VEGAS, NV 89036-9469

PROFESSIONAL DOOR & MILLWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2951 MORION DR STE #117B
LAS VEGAS, NV 89115

PROFESSIONAL GOLF BALL SERVICES
ATTN: ANTHONY FORD
12505 REED ROAD, SUITE 150
SUGAR LAND, TX 77478

PROFESSIONAL GOLFER'S ASSOC.
PGA OF AMERICA
PO BOX 30017
TAMPA, FL  33630-3017

PROGRESSIVE BUSINESS PUB.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 TECHNOLOGY DRIVE
PO BOX 3019
MALVERN PA 19355

PROGRESSIVE DRYWALL SYSTEMS
P.O. BOX 3595
LAKE HAVASU AZ 86405

PROGRESSIVE WHOLESALES
PO BOX 95127
LAS VEGAS NV  89193-5127

PROKOPCHUK, SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
760 SAN JACOMA PL
LAS VEGAS, NV 89138

PROLINK SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
410 S. BENSON LANE
CHANDLER, AZ  85224

PROLINK SYSTEMS, INC
ATTN: BIRTHE MURRAY
410 SOUTH BENSON LANE
CHANDLER, AZ 85224

PROMOTIONS & EVENT MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3390 WYNN ROAD, SUITE A
LAS VEGAS, NV 89102

PROPERTY MANAGEMENT SYSTEMS
TOPS SOFTWARE
364-C CHRISTOPHER AVENUE
GAITHERSBURG MD 20879

PROPS BY CHEFS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1417 ROMANESCA DR
HENDERSON, NV 89052

PROPS BY CHEFS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

PROSHOP MOTORSPORTS AND MARINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
575 WEST LAKE MEAD PARKWAY
HENDERSON, NV 89015

PRO-SWEEP OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4830 N. SERENE DRIVE
LAS VEGAS NV 89130

PROTECTION ONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 PILOT RD. STE. # B
LAS VEGAS, NV 89119

PROTECTION ONE
PO BOX 5714
CAROL STREAM, IL 60197-5714

PROVINCE REAL ESTATE ADVISORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2275 CORPORATE CIR #275
HENDERSON, NV 89074

PRUDENTIAL AMERICANA GROUP
CHRISTOPHER KOMAN - REALTOR
7475 W. SAHARA AVE, STE 100
LAS VEGAS NV 89117

PRUDENTIAL MOHAVE, REALTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2202 STOCKTON HILL RD., SUITE C
KINGMAN AZ 86401

PRUDENTIAL OVERALL SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3915 WEST HACIENDA
LAS VEGAS NV 89118

PRUDENTIAL OVERALL SUPPLY
ATTN: JUDY VEGA
P.O. BOX 112010
SANTA ANA, CA 92711

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 112010
SANTA ANA, CA 92711

The Rhodes Companies, LLC - U.S. Mail

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PRUS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

PTO SALES CORPORATION
PO BOX 1207
LA MIRADA, CA 90637-1207

PUCKETT,JASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2090 WESTERN AVE
NORCO, CA 92860

PUDWILL, DENNIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38 HOOKRUM LOOP
EVENING SHADE, AZ 72532

PUERTA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 JACKSON
LAS VEGAS, NV 89106

PUKKA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231232 MOMENTUM PLACE
CHICAGO, IL  60689-5311

PULIDO CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 SAHARA AVE # 572
LAS VEGAS NV 89102

PULIDO FUENTES,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 FRAD AVE
NORTH LAS VEGAS, NV 89031

PULIDO,JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6025 BRYCE CANYON AVE
LAS VEGAS, NV 89156

PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

PURDUE MARION & ASSOC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3455 CLIFF SHADOWS PKWY
SUITE 190
LAS VEGAS NV 89129

PUTTING GREENS DIRECT OF NV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5550 S. CAMERON SUITE H
LAS VEGAS NV 89118

PYRENEES INVESTMENTS 3 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
106 CASSIA WAY
HENDERSON, NV 89014

PYRENEES INVESTMENTS 3 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6833 SCARLET FLAX ST
LAS VEGAS, NV 89148

Q MEDIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8565 W CRAIG RD
LAS VEGAS NV 89129

QED AND REEL SOUND, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 MARY CREST DR. SUITE P
HENDERSON, NV  89074

QED, INC & SHANE CLIFFORD, ESQ
DISTRICT COURT CASE #A534449

QIONG TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4790 LONE MESA DR
LAS VEGAS, NV 89147

QUAIL CORPORATION INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2991 SOUTH 4E
YUMA, AZ 85365

QUALCOMM
FILE NO. 54210
LOS ANGELES, CA 90074-4210

QUALCOMM INCORPORATED
SALLY CADIRCI, LEGAL ANALYST
5775 MOREHOUSE DRIVE, AA-4420
SAN DIEGO, CA 82121

QUALCOMM INCORPORATED
SALLY CADIRCI, LEGAL ANALYST
5775 MOREHOUSE DRIVE, AA-4420
SAN DIEGO, CA 92121

QUALITY BUILT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12725 STOWE DR
POWAY CA 92061

QUALITY CABINETS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
865 PILOT RD
LAS VEGAS, NV 89118

QUALITY CABINETS OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
865 PILOT ROAD
LOCK BOX 842520
DALLAS TX 75284-2520

QUALITY CABINETS OF NEVADA
LOCK BOX 842520
DALLAS,  TX  75284-2520

QUALITY CARPET & UPHOLST.CLEAN
MIKE
5700 NEGRIL AVE
LAS VEGAS NV 89130

QUALITY CONCRETE SURFACES
JON FORSYTH
347 S. 700 W. #C
CEDAR CITY UT 84720

QUALITY DESIGN PRODUCTS LLC
JOE ERVIN
6373 INDUSTRIAL ROAD
LAS VEGAS AZ  89118

QUALITY FORD TRUCKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4150 DONAVEN WAY
LAS VEGAS NV

QUALITY IMPRESSIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6295 HARRISON DR.
SUITE 29
LAS VEGAS,  NV  89120

QUALITY INN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1400 E. ANDY DEVINE AVE.
KINGMAN AZ 86401

QUALITY INTERIORS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
104 S. MAPLE STREET
CORONA, CA 92880-1704

QUALITY INTERIORS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
748 SPRINGDALE DR. SUITE 150
CORONA, CA 92880-1704

QUALITY INTERIORS, INC
RICK MERIGOLD (PRESIDENT)
104 S. MAPLE STREET
CORONA CA 92880-1704

QUALITY INTERIORS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
803 E. PARKRIDGE
CORONA , CA 92879

QUALITY INTERIORS, INC.
ATTN: MOREEN GAUNDER
104 S. MAPLE STREET
CORONA, CA 92880
USA

QUALITY PAPER ROLLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6645 W. BADURA, BLDG B1
LAS VEGAS, NV 89118

QUALITY SCREEN PRINT CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 JEFFERSON NE, STE B
ALBUQUERQUE NM 87108

QUALITY TOWING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2201 NORTH COMMERCE STREET
NORTH LAS VEGAS, NV 89030

QUALITY WOOD PRODUCT LTD
ATTN: DARREN T STUDENT
3001 N. NELLIS BLVD
LAS VEGAS, NV 89115

QUALITY WOOD PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3001 N. NELLIS
LAS VEGAS , NV 89115

QUANTUM COLLECTIONS
P.O. BOX 364389
NORTH LAS VEGAS NV 89036-8389

QUANTUM RESOURCES
SHARON/STEVE
13030 INGLEWOOD AVE. #200
HAWTHORNE CA 90250

QUEST DIAGNOSTICS
P. O. BOX 79025
PHOENIX AZ 85062-9025

QUEZADA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 STANFORD ST
LAS VEGAS, NV 89107

QUICK CRETE PRODUCTS CRP
P.O. BOX 639
NORCO CA 92860-0639

QUICKS RADIATOR SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2925 N. LAS VEGAS BLVD.
SUITE A-B
N. LAS VEGAS, NV 89030

QUIET TECHNOLOGY SYSTEMS
DAVID DEMPSEY
255 N. PASADENA STREET
GILBERT AZ 85233

QUILES,MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2945 CLIFFORD # 104
LAS VEGAS, NV 89115

QUINN,MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2608 LOS VERDES
LAS VEGAS, NV 89102

QUINNCIE & KHANH DO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
434 HIDDEN HOLE DR
LAS VEGAS, NV 89148

QUINNCIE & KHANH DO
PO BOX 769
ROSEMEAD, CA 91770

QUINONES ALVAREZ,MARCELO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8117 N TENAYA WAY
N LAS VEGAS, NV 89131

QUINONES-ZUNIGA;HERIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5685 W. ROCHELLE # 108
LAS VEGAS, NV 89103

QUINONEZ,JESUS R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3312 DEACON AVE
LAS VEGAS, NV 89101

QUINTANA,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8109 HERCULES DR
LAS VEGAS, NV 89128

QUIRA MANTHEI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4655 HAMBURG ST
LAS VEGAS, NV 89147

QUIROZ-M.,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7626 LONE MOUNTAIN RD # 14
LAS VEGAS, NV 89129

QUN HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 QUAIL VALLEY ST
LAS VEGAS, NV 89148

QVS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2731 CRIMSON CANYON
LAS VEGAS NV 89128

QWEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 S. AZTEC
GOLDEN VALLEY, AZ 86413

QWEST
P.O. BOX 29039
PHOENIX , AZ 85038

QWEST
P.O. BOX 29039
PHOENIX, AZ 85038-9039

R & R EQUITIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5238 SPRING CANYON STREET
NORTH LAS VEGAS NV 89031

R & R TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8385 N. MERILEE LANE
FLAGSTAFF, AZ 86004

R BRIAN ROCES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

R F 2 INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9697 DIETERICH AVE
LAS VEGAS, NV 89148

R F 2 INVESTMENTS LLC
PO BOX 400686
LAS VEGAS, NV 89140

R FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 CLIFF VALLEY DR
LAS VEGAS, NV 89148

R FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
588 VIA COLMO AVE
HENDERSON, NV 89011

R FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6257 MIGHTY FLOTILLA AVE
LAS VEGAS, NV 89139

R FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2123
LAS VEGAS, NV 89148

R K PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2920 S RAINBOW BLVD STE 130
LAS VEGAS, NV 89146

R K PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1117
LAS VEGAS, NV 89148

R M & SUSAN AMENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4592 CALIFA DR
LAS VEGAS, NV 89122

R M & SUSAN AMENG
PO BOX 1304
LAS VEGAS, NV 89125

R P L CONSULTING GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
193 REAL LONG WAY
LAS VEGAS, NV 89148

R P L CONSULTING GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
256 N RACETRACK RD
HENDERSON, NV 89015

R RANCH VENTURES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
531 TOWNE AVENUE
LOS ANGELES, CA 90013

R RANCH VENTURES
JAMES FOOTE
C/O OF IRMA AU
1385 SIERRA MADRE VILLA AVENUE
PASADENA CA 91107

R RANCH VENTURES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 SANDY BUNKER LN
LAS VEGAS, NV 89148

R&R PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3334 E. MILBER STREET
TUSCON, AZ  85714

R. P. WEDDELL & SONS CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4945 E. CAREY
LAS VEGAS NV 89115

R. SCOTT DUGAN APPRAISAL CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6767 W. TROPICANA
SUITE #110
LAS VEGAS NV 89103

R.O. TRUCK & EQUIPTMENT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4120 LOSEE RD
NORTH LAS VEGAS, NV  89030

R.O.I. APPRAISAL, LTD.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 EAST SUNSET ROAD STE C-20
LAS VEGAS NV 89120

R.S. HERMAN ARCHITECTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6009 MELROSE AVE.
LOS ANGELES CA 90038

R.W. TURNER & SONS
PUMP & WINDMILL CO., INC
3471 HWY 89N
CHINO VALLEY AZ 86323

RACHAEL BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1092 VIA CORTO ST
HENDERSON, NV 89011

RACHEL & SONG NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
157 SHORT RUFF WAY
LAS VEGAS, NV 89148

RACHELLE RABAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 VIA FRANCIOSA DR
HENDERSON, NV 89011

RAFAEL & CHRISTIAN VIDAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
551 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

RAFAEL & ELSA ALABAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2804 FRESNO ST
SANTA CLARA, CA 95051

RAFAEL & ELSA ALABAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 FRINGE RUFF DR
LAS VEGAS, NV 89148

RAFAEL SERRANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

RAFAELA;SOCRATES IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4022 SILVER DOLLAR # 104
LAS VEGAS, NV 89102

RAFIK & IRINA KASPARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10387 GRIZZLY FOREST DR
LAS VEGAS, NV 89178

The Rhodes Companies, LLC - U.S. Mail                                          Served 9/28/2009

RAFIK & IRINA KASPARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4766 ASHINGTON ST
LAS VEGAS, NV 89147

RAGS TO RICHES, INC.
PETE AGUILAR
5420 S. CAMERON SUITE #109
LAS VEGAS NV 89118

RAHILL, PETER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9683 KAMPSVILLE ROAD
LAS VEGAS, NV 89148

RAIN 2 DAY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4850 E. CARTIER AVE.
LAS VEGAS NV 89115

RAINBOW INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6442 WINDY STREET #2
LAS VEGAS NV 89119

RAJENDER THAKRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1174 OLIVIA PKWY
HENDERSON, NV 89011

RAJENDER THAKRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14762 KINAI RD
APPLE VALLEY, CA 92307

RAJINDER BAJWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3247 VINTAGE OAKS CT
SAN JOSE, CA 95148

RAJINDER BAJWA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1175
LAS VEGAS, NV 89148

RAKEMAN PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3823 LOSEE ROAD
NORTH LAS VEGAS NV 89030

RALP PRODUCTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 HASKINS WAY, UNIT E
SOUTH SAN FRANCISCO, CA 94080

RALPH & ALICE ZANFARDINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1178
LAS VEGAS, NV 89148

RALPH & DEBORAH REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
696 VORTEX AVE
HENDERSON, NV 89002

RALPH & FELY POWELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
592 VIA COLMO AVE
HENDERSON, NV 89011

RALPH & FELY POWELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7616 MCNULTY AVE
WINNETKA, CA 91306

RALPH & KATHLEEN KEELING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4839 LAMES DR
LAS VEGAS, NV 89122

RALPH & LOIS NICOSIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
973 VIA COLUMBO ST
HENDERSON, NV 89011

RALPH & MARILYN NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 ALDER GREEN AVE
HENDERSON, NV 89002

RALPH & PATRICIA RAMSAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2314 MARTELL LN N W
EMONTON AB T6R 0
CANADA

RALPH & PATRICIA RAMSAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
551 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

RALPH & PEARL PERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

RALPH & TAMMY NEELY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9498 CASTILLANA CT
LAS VEGAS, NV 89147

RALPH JONES DISPLAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2576 EAST CHARLESTON BLVD
LAS VEGAS NV 89104-2323

RALPH MONTEMALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 CASTLE COURSE AVE
LAS VEGAS, NV 89148

RALPH PRODUCTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 HASKINS WAY, UNIT E
SOUTH SAN FRANCISCO CA 94080

RALPH WAROE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3558 PROCYON ST
LAS VEGAS, NV 89103

RALPH WAROE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 SUKLLY CREEK CT
LAS VEGAS, NV 89148

RALPH WAROE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 SULLY CREEK CT
LAS VEGAS, NV 89148

RALPH WAROE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9782 VALMEYER AVE
LAS VEGAS, NV 89148

RALSTON, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 FYNN VALLEY DR
LAS VEGAS, NV 89148

RAMAN KAPUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 SIERRA AVE
MOUNTAIN VIEW, CA 94041

RAMAN KAPUR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9755 WAUKEGAN AVE
LAS VEGAS, NV 89148

RAMESH & RENU KHITRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1065 VIA CANALE DR
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

RAMI & BONNIE AVISCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8665 MARTINIQUE BAY LN
LAS VEGAS, NV 89147

RAMI & BONNIE AVISCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9748 WAUKEGAN AVE
LAS VEGAS, NV 89148

RAMI & BONNIE AVISCHAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9758 MARCELLINE AVE
LAS VEGAS, NV 89148

RAMIEL & ELSIE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 NELSON CT
DALY CITY, CA 94015

RAMIEL & ELSIE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
397 FIRST ON DR
LAS VEGAS, NV 89148

RAMIEREZ MUNGUIA;SEBASTIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2508 STANLEY
N LAS VEGAS, NV 89030

RAMIEREZ-LOPEZ;ANTELMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2215 ENGLESTAR
LAS VEGAS, NV 89105

RAMIREZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7717 FALCONWING AVE
LAS VEGAS, NV 89131

RAMIREZ HERNANDEZ,DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 POPLAR
LAS VEGAS, NV 89101

RAMIREZ, EDMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10913 CALISTOGA SPRINGS CT
LAS VEGAS, NV 89144

RAMIREZ, JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 PAUL AVE
LAS VEGAS, NV 89106

RAMIREZ, MARIA DE LOURDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 N. 9TH ST
LAS VEGAS, NV 89101

RAMIREZ, SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1886 SHANNON CHRISTINE DR
LAS VEGAS, NV 89104

RAMIREZ,ANDRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
709 DELTA WILSON
LAS VEGAS, NV 89101

RAMIREZ,BYRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4054 VICENTA CT
LAS VEGAS, NV 89115

RAMIREZ,FIDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5464 STACKED CHIPS RD
LAS VEGAS, NV 89122

RAMIREZ,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 EMDEN DR.
HENDERSON, NV 89015

RAMIREZ,JAIMEZ A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2421 STATZ
N LAS VEGAS, NV 89030

RAMIREZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2817 HOLMES ST
NORTH LAS VEGAS, NV 89030

RAMIREZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2916 BASSLER ST
NORTH LAS VEGAS, NV 89030

RAMIREZ,MARIO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 LESLIE AVE
LAS VEGAS, NV 89101

RAMIREZ,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4509 SAN JOAQUIN
LAS VEGAS, NV 89102

RAMIREZ;JULIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3409 BLAKE AVE
LAS VEGAS, NV 89030

RAMIREZ;LUIS FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2895 E. CHARLESTON #1101
LAS VEGAS, NV 89104

RAMIREZ;ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
508 JULIAN ST., #A
LAS VEGAS, NV 89101

RAMIREZ-AGUILAR,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2806 TONOPAH AVE
NORTH LAS VEGAS, NV 89030

RAMIREZ-DE LA TORRE,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 MAGGIE BROOK AVE
HENDERSON, NV 89015

RAMIREZ-QUIRARTE,SABAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2404 ST. GEORGE ST.
NORTH LAS VEGAS, NV 89030

RAMIREZ-RIVERA,RIGOBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
709 DELTA WILSON
LAS VEGAS, NV 89101

RAMIREZ-SANCHEZ,CRECENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2933 SALT LAKE
N LAS VEGAS, NV 89030

RAMIREZ-TLAHUETL;LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3153 DOWNING PL
LAS VEGAS, NV 89121

RAMIREZ-TORRES,SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1814 S. FAIRFIELD
LAS VEGAS, NV 89102

RAMON & LYDIA DY-RAGOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
276 SOGGY RUFF WAY
LAS VEGAS, NV 89148

RAMON & LYDIA DY-RAGOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4411 ALEXIS DR
LAS VEGAS, NV 89103

RAMON NAKHLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9796 WAUKEGAN AVE
LAS VEGAS, NV 89148

RAMON SALINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2201 MCCARRAN ST
N LAS VEGAS, NV 89030-6202

RAMON SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 WICKED WEDGE WAY
LAS VEGAS, NV 89148

RAMONCITO & SOCORRO FORMOSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 CROOKED PUTTER DR
LAS VEGAS, NV 89148

RAMOS ALVAREZ;JOSE ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 TORREY PINES DR. # 2108
LAS VEGAS, NV 89108

RAMOS ELEAZER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3975 N NELLIS BLVD
APT 1107
LAS VEGAS, NV 89115-2740

RAMOS SOLORZANO;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4523 CALICO CLIFF CT
N LAS VEGAS, NV 89031

RAMOS, ELEAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3975 N NELLIS BLVD APT 1107
LAS VEGAS, NV 89115-2740

RAMOS, PETER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3647 N. HOOVER RD.
GOLDEN VALLEY, AZ 86413

RAMOS, WOODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8958 RUFINA
LAS VEGAS, NV 89149

RAMOS,LOCADIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2233 MCCARRAN ST. # A
NORTH LAS VEGAS, NV 89030

RAMOS;MAURICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 N. TORREY PINES DR. #2108
LAS VEGAS, NV 89108

RAMOSER, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1190 NAKOA COURT
HENDERSON, NV 89002

RAMOS-ESTRADA, ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6452 SILENT PINE AVE
LAS VEGAS, NV 89156-7523

RAMOS-ESTRADA,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 W. MILLER # 182
NORTH LAS VEGAS, NV 89030

RAMY SALCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1037 VIA PANFILO AVE
HENDERSON, NV 89011

RAMY SALCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16144 BIGHORN CT
CHINO HILLS, CA 91709

RANCH RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147

RANCH RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2110
LAS VEGAS, NV 89148

RANDAL C. GAROFALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2317 ROBINHOOD PLACE
ORANGE CA 92867

RANDAL GAROFALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2317 ROBINHOOD PL.
ORANGE, CA 92867

RANDALL & ANITA WARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2368 PIEPER LN
TUSTIN, CA 92782

RANDALL & ANITA WARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

RANDALL & BROOKE REED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
69 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

RANDALL D. PATTERSON
LEXINGTON INSURANCE
100 SUMMER STREET
BOSTON, MA 02110-2135

RANDLE WALTHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2158
LAS VEGAS, NV 89148

RANDOM LENGTHS
P.O.BOX 867
EUGENE OR 97440-0867

RANDY & DEBORAH ROLFSNESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
538 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

RANDY & KITTIE HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA SACRA ST
HENDERSON, NV 89011

RANDY & WESLEY MARX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
145 WICKED WEDGE WAY
LAS VEGAS, NV 89148

RANDY BROUSSARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7850 SALLY IRENE CT
LAS VEGAS, NV 89113-1708

RANDY BROUSSARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7858 SALLY IRENE CT
LAS VEGAS, NV 89113-1708

The Rhodes Companies, LLC - U.S. Mail                                                                                                   Served 9/28/2009

RANDY BROUSSARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1063
LAS VEGAS, NV 89148

RANDY BURRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3745 N KINO
KINGMAN, AZ  86401

RANDY D BROUSSARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7858 SALLY IRENE CT
LAS VEGAS, NV 89113-1708

RANDY HUGHES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1050 VIA DI OLIVIA ST
HENDERSON, NV 89011

RANDY WOLFE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26825 KENDALL LN
STEVENSON RANCH, CA 91381

RANDY WOLFE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 PANGLOSS ST
HENDERSON, NV 89002

RANGLE-ESTRELLA,HUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1916 CINDY SUE # D
LAS VEGAS, NV 89106

RANSOM & BENJAMIN PUBLISHERS
P.O. BOX 160
MYSTIC CT 06355

RANSOM, LUCIENNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1657 BENT ARROW DRIVE
N LAS VEGAS, NV 89031

RANSOM, WENDY L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
124 WATER HAZARD LANE
LAS VEGAS, NV 89148

RAPHAIL & LUDMILLA RUBINOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
917 VIA STELLATO ST
HENDERSON, NV 89011

RAPID COLOR, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3314 SOUTH HIGHLAND DRIVE
LAS VEGAS NV 89109

RAPID REFILL INK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7375 S. DURANGO DR.
LAS VEGAS NV 89113

RAQUEL BONSIGNORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1020 VIA DUPRE ST
HENDERSON, NV 89011

RAQUEL NASH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1865 N. WALNUT RD. APT 105
LAS VEGAS NV 89115

RAU, DAVID E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3114 E CLAREMONT AVE
PHOENIZ, AZ 85016

RAUL & RINA MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
574 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

RAUL ANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7510 ARBORCREST AVE
LAS VEGAS, NV 89131

RAUL ARELLANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
369 STEELHEAD LN APT 201
LAS VEGAS, NV 89110-4885

RAUL MACHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1097
LAS VEGAS, NV 89147

RAY & IKLAS DIMAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

RAY & IKLAS DIMAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5804 MUSTANG DR
SIMI VALLEY, CA 93063

RAY DEBROUWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9286 DAMES ROCKET PL
LAS VEGAS, NV 89148

RAY DEBROUWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9705 WASHBURN RD
DOWNEY, CA 90241

RAY LAYMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

RAY M. CHAVARRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1052 VIA CANALE DRIVE
HENDERSON NV  89011

RAY MHELONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7195 SOUTH DURANGO DRIVE 105
LAS VEGAS, NV 89113

RAYMON FALZONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

RAYMOND & DELIA VALDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
49 HUNT VALLEY TRAIL
HENDERSON NV  89052

RAYMOND & LYNN TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1818 SAINT CHARLES ST
ALAMEDA, CA 94501

RAYMOND & LYNN TORRES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 CROOKED TREE DR
LAS VEGAS, NV 89148

RAYMOND & MARIE COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
130 CHESTNUT ST
CAMDEN, ME 04843

RAYMOND & MARIE COLLINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2016
LAS VEGAS, NV 89148

RAYMOND & PATRICIA DANTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

RAYMOND & PATRICIA DANTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 PACIFIC DR
PORT MACQUARIE NSW 2444
AUSTRALIA

RAYMOND ALMANZAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
940 VIA CANALE DR
HENDERSON, NV 89011

RAYMOND ARAGON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
973 VIA STELLATO ST
HENDERSON, NV 89011

RAYMOND CORTENBACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10620 SOUTHERN HIGHLANDS PKWY
LAS VEGAS, NV 89141

RAYMOND CORTENBACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 TAYMAN PARK AVE
LAS VEGAS, NV 89148

RAYMOND M. LOGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 AUTUMN MOON DR
LAS VEGAS NV 89123

RAYMOND MIELNICZEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1124 VIA CANALE DR
HENDERSON, NV 89011

RAYMOND VANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13642 BIRCHBARK CT
ORLAND PARK, IL 60462

RAYMOND VANCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9280 DAMES ROCKET PL
LAS VEGAS, NV 89148

RAYMUND EUSEBIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
308 PALM TRACE AVE
LAS VEGAS, NV 89148

RAZ & AYELET BLIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6849 BABY JADE CT
LAS VEGAS, NV 89148

RAZMIC & ELDA SETAGHAIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
700 ROSELLI ST
BURBANK, CA 91501

RAZMIC & ELDA SETAGHAIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1054
LAS VEGAS, NV 89148

RBC BUILDER FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11011 RICHMOND AVENUE
SUITE 850
HOUSTON TX 77042

RBF CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14725 ALTRON PKWY
IRVINE CA 92618

RC WILEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4390 FLOSSMOOR ST
LAS VEGAS, NV 89115

RCD MECHANICAL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1820 WILLOW TRAIL
LAS VEGAS, NV 89108

RCR PLUMBING & MECHANICAL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5165 SCHRILLS
LAS VEGAS, NV  89118

RCR PLUMBING AND MECHANICAL, INC.
ATTN: CLIFF M. LACY
12620 MAGNOLIA AVENUE
RIVERSIDE, CA 92503
USA

RCS REAL ESTATE APPRAISAL
RED CLIFFS PROFESSIONAL PARK
321 NORTH MALL DRIVE, STE X-101
ST. GEORGE UT 84790

RD CUST. WELDING & FABRICATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1953 LUCILLE
KINGMAN AZ 86401

RE/ MA ELITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 S HULALPAI WAY STE 200
LAS VEGAS, NV 89147-5726

REACHI-MAYO;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5408 DEL RAY AVE
LAS VEGAS, NV 89146

REAL ESTATE ADVERTISING SERV.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4520 ENTERPRISE STREET
FREMONT CA 94538

REAL ESTATE BROKER
JESS MEDINA
7445 S. DURANGO DR. STE 104
LAS VEGAS NV 89148

REAL ESTATE ECONOMICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30131 TOWN CENTER DRIVE
STE 270
LAGUNA NIGUEL CA 92677

REAL ESTATE TEMPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2465 CAMPUS DR 1ST FL
PO BOX 18857
IRVINE CA 92623-8857

REAL ESTATE TEMPS
PO BOX 18857
IRVINE, CA 92623-8857

REALM OF DESIGN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1188 CENTER POINT DRIVE
HENDERSON NV  89014

REALTY 600
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1840 GLENDALE BLVD.
LOS ANGELES CA 90026

REALTY EXECUTIVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2601 STOCKTON HILL ROAD
SUITE B
KINGMAN AZ 86401

REALTY WEST INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 MARY CREST ROAD
HENDERSON,  NV  89074

REALTY WEST INC.
NICOLE
1100 MARY CREST ROAD
HENDERSON NV 89074

REAM, GAIL ROTHSTEIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

REBECCA & DOMINGO MISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15105 MATISSE CIR
LA MIRADA, CA 90638

REBECCA & DOMINGO MISA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

REBECCA GOBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

REBECCA GOBER
PSC 94 BOX 1301
APO, AE 09824

REBECCA SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
411 S VIRGIL AVE APT 202
LOS ANGELES, CA 90020

REBECCA SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1085
LAS VEGAS, NV 89148

REBEL BUILDERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9165 SOUTH JONES BLVD.
LAS VEGAS NV 89139

REBEL OIL CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 SOUTH HIGHLAND DR.
LAS VEGAS, NV 89102

REBEL PARTY RENTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4231 BERTOS DRIVE
LAS VEGAS NV 89103

REBEL PARTY RENTALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4215 BERTSOS DR.
LAS VEGAS, NV 89103

RECALL
P.O. BOX 101057
ATLANTA, GA 30392-1057

RECALL TOTAL INFORMATION
MANAGEMENT, INC.
PO BOX 841693
DALLAS TX 75284-1693

RECAT INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
325 WEST RIDER ST.
PERRIS CA 92571

RECENDIZ-GONZALEZ,ROMALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
465 FREDERICK AVE
LAS VEGAS, NV 89106

RECIO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

RECOVERY MANAGEMENT SYSTEMS CORPORATIO
FOR GE MONEY BANK
DBA LESCO
25 SE 2ND AVE STE 1120
MIAMI FL 33131

RED APPLE GRILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1989 REDWOOD STREET
LAS VEGAS NV 89146

RED BULL
DEPT. 9691
LOS ANGELES, CA 90084-9691

RED BULL NORTH AMERICA INC.
DEPT 9691
LOS ANGELES, CA 90084-9691

RED BURN TIRE COMPANY
PO BOX 14828
PHOENIX, AZ 85063-4828

RED LION HOTEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 NE GRAND AVENUE
PORTLAND OR 97232

RED ROCK MECHANICAL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6311 DEAN MARTIN DR.
LAS VEGAS NV 89118

RED ROCK MECHANICAL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6311 S. INDUSTRIAL ROAD
LAS VEGAS , NV 89118

RED ROSE ROOFING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4530 N. WALNUT RD.
N. LAS VEGAS NV 89081

RED STAR AUTOMOTIVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2147 NORTH DECATUR
LAS VEGAS NV 89108

REDBURN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 EAST CARTIER
LAS VEGAS, NV 89015

REDBURN TIRE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3801 WEST CLARENDON AVE.
PHOENIX, AZ 85019

REDBURN TIRE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 EAST CARTIER
LAS VEGAS, NV 89115

REDBURN TIRE COMPANY
PO BOX 14828
PHOENIX, AZ 85063-4828

REDDEN, CHARLTON P.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 FANTASIA LN
HENDERSON, NV 89074

REDDY ICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1201 SEARLES AVE
LAS VEGAS, NV 89101-1099

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

REDMAN, WALLACE
PO BOX 9564
PAHRUMP, NV 89060

REDROCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24401 HALSTED ROAD
FARMINGTON HILLS MI  48335

REDROCK COMMUNICATIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15530 ROCKFIELD BLVD.
SUITE B1
IRVINE CA 92618

REED & MELINDA HOWE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 WIGAN PIER DR
HENDERSON, NV 89002

REED CONSTRUCTION DATA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 TECHNOLOGY PKWY SOUTH STE-100
NORCROSS, GA 30092-2912

REED, WESLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4473 VICOBELLO
LAS VEGAS, NV 89141

REEF COLONIAL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8367 W. FLAMINGO , SUITE 201
LAS VEGAS, NV 89147

REEF COLONIAL, LLC
C/O THE EQUITY GROUP
P. O. BOX 98813
LAS VEGAS, NV 89193

REEF COLONIAL, LLC
GAYLYNN DAPPER
P. O. BOX 98898
DRAWER 2002
LAS VEGAS NV 89193-8898

REEF COLONIAL, LLC
LINDA CASTLE
C/O THE EQUITY GROUP
P. O. BOX 98813
LAS VEGAS NV 89193

REEF COLONIAL, LLC
P.O. BOX 98898, DRAWER 2002
LAS VEGAS , NV  89193

REEL SOUND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 MARY CREST
SUITE P
HENDERSON,  NV  89074

REESE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6815 SCARLET FLAX ST
LAS VEGAS, NV 89148

REEVES, EVANS, MCBRIDE,& ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2285 RENAISSANCE DR.
SUITE E
LAS VEGAS,  NV  89119

REEZWAN DOSSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
429 CENTER GREEN DR
LAS VEGAS, NV 89148

REGAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 RIVERSIDE DR.
KNOXVILLE , TN  37915

REGAL MATERIALS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 E DELHI
N LAS VEGAS NV  89030

REGALADO-VEGA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3416 HEATHER AVE
N LAS VEGAS, NV 89030

REGHIS ROMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
482 FIRST ON DR
LAS VEGAS, NV 89148

REGHIS ROMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7931 LONG BEACH ST
LAS VEGAS, NV 89139

REGINA EDWARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 CROOKED PUTTER DR
LAS VEGAS, NV 89148

REGINALD ASUNCION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 ANGELS TRACE COURT
LAS VEGAS NV 89148

REGIONAL YELLOW PAGES ONLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
626, REX-CORP PLAZA
UNIONDALE, NY  11556

REGIONS INTERSTATE BILLING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 5TH AVENUE SE
DECATUR AL 35601

REGISTAR OF CONTRACTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3838 N CENTRAL AVE STE 400
PHOENIX, AZ 80512-1946

REGISTRAR OF CONTRACTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800 W WASHINGTON 6TH FLOOR
PHOENIX, AZ  85007-2671

REHMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4595 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

REICHE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6394 CEDAR BROOK LN
WARRENTON, VA 20187

REICHE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
746 WIGAN PIER DR
HENDERSON, NV 89002

REID & JENNIFER GLASER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

REID & JENNIFER GLASER
PO BOX 566
VISTA, CA 92085

REID FORMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 RUSTY PLANK AVE
LAS VEGAS, NV 89148

REID, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W. WARM SPRINGS #2052
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail                                                                                    Served 9/28/2009

REIJI SERRATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 TALL RUFF DR
LAS VEGAS, NV 89148

REIJI SERRATORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9333 W SUNSET RD
LAS VEGAS, NV 89148

REINOLD;MICHAEL S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1620 E. CHAPMAN
LAS VEGAS, NV 89104

REINOSO-VALDEZ,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4961 WELTER AVE
LAS VEGAS, NV 89104

REIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2082 CATALINA BLVD
SAN DIEGO, CA 92107

REIS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

REISS, TRACI M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6691 IRONBOUND BAY
LAS VEGAS, NV 89139

RELAX INN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3016 E. ANDY DEVINE
KINGMAN AZ 86401

RELIABLE PUMP, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4105 W. BELL DRIVE
DBA RELIABLE PUMP & MOTOR
PO BOX 31115
LAS VEGAS NV 89173

RELIABLE PUMP, INC
DBA RELIABLE PUMP & MOTOR
PO BOX 31115
LAS VEGAS, NV 89173

RELIABLE SERVICE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2626 WESTWOOD DRIVE
LAS VEGAS NV 89109-1118

RELOCATING IN LAS VEGAS
P. O. BOX 100001
PO BOX 8680
PRAIRIE VILLAGE KS 66208

RELOCATING IN LAS VEGAS
PO BOX 8680
PRAIRIE VILLAGE, KS 66208

RELOCATION RESOURCES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1415 LOUISIANA #3475
HOUSTON, TX 77002

REMAX ELITE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3900 S HUALAPAI WAY STE 200
LAS VEGAS, NV 89147-5726

REMAX OF CHERRY HILL
ATTN: DEBRA CAMPBELL
1736 ROUTE 70 EAST
CHERRY HILL NJ 08003

REMAX OLSON ASSOC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16842 DEVONSHIRE ST.
GRANDA HILLS CA 91344

REMAX ONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5135 CAMINO EL NORTE
NORTH LAS VEGAS NV 89031

REMAX REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4435 S. BUFFALO DR.
LAS VEGAS NV 89147

REMEDY GOLF INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5125 CONVOY ST. #209
HENDERSON, NV  89011

RENA BELLINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 CROOKED PUTTER DR
LAS VEGAS, NV 89148

RENAISSANCE CATERING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3999 RENATE DRIVE
LAS VEGAS NV 89103

RENALDO CABICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7237 COTTONSPARROW ST
LAS VEGAS, NV 89131

RENDON, SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3337 COARRA DR.
KINGMAN, AZ 86409

RENDON, SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
706 W. GRAND CAYNON   APT. #5
FLAGSTAFF, AZ 86001

RENDON;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3990 SAVOY
LAS VEGAS, NV 89115

RENEE & MARK ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
792 TELFER LN
HENDERSON, NV 89002

RENEE BORBA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6696 KEYESPORT CT
LAS VEGAS, NV 89148

RENEE PERILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1051 VIA DI OLIVIA ST
HENDERSON, NV 89011

RENEE RAPISURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

RENITA & VERNON CARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9259 ORCHID PANSY AVE
LAS VEGAS, NV 89148

RENSBERGER, ALAN N.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1369 BACOBI RD.
GOLDEN VALLEY, AZ 86413

RENT A CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6140 W. TROPICANA #C-1
LAS VEGAS NV 89103

RENT-A-CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3280 STOCKTON HILL RD.
SUITE A
KINGMAN AZ 86409

RENTERIA, AIMEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3450 N. HUALAPAI WAY #1166
LAS VEGAS, NV 89129

RENTERIA, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3346 IBERIA ST
LAS VEGAS, NV 89146

RENZO & LORIE MARINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

REPUBLIC FURNITURE MFG. INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
930 EAST 61ST STREET
LOS ANGELES CA 90001-0867

REPUBLIC MORTGAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5598 S. FORT APACHE
LAS VEGAS NV 89148

REPUBLIC SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
770 E. SARAHA AVENUE
LAS VEGAS, NV 89193-8508

REPUBLIC SERVICES
PO BOX 78040
PHOENIX AZ 85062-8040

RESIDENTIAL FUNDING CORP
P.O.BOX 93895
CHICAGO IL 60661

RESIDENTIAL WARRANTY COMPANY
ATTN: KENNETH J. BUGGY
5300 DERRY STREET
HARRISBURG, PA 17111-3598

RESIDENTIAL WARRANTY CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5300 DERRY ST.
HARRISBURG PA 17111-3598

RESOURCE TECHNOLOGY ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1111 E. TOUHY AVE
SUITE 230
DES PLAINES IL 60018

RESUN LEASING, INC.
BANK OF AMERICA LOCKBOX SERVICES
12603 COLLECTION CENTER DRIVE
CHICAGO IL 60693

RETAIL ASSOCIATION OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
410 S. MINNESOTA STREET
CARSON CITY,  NV  89703-4272

REUBEN & NORMA FLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 PINE GROVE DR
NELSONVILLE, OH 45764

REUBEN & NORMA FLORES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
410 CENTER GREEN DR
LAS VEGAS, NV 89148

REVCO INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18720 CRENSHAW BLVD.
TORRANCE CA 90504

REVES, RUBEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 BROKEN PUTTER WAY
LAS VEGAS, NV 89148-5254

REVIEW JOURNAL
PO BOX 920
LAS VEGAS, NV  89125-0920

REW R. GOODENOW
KARL Y. OLSEON
PARSONS BEHLE & LATIMER
50 WEST LIBERTY ST., STE. 750
RENO, NV  89501

REX SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 CEDAR RAE AVE
LAS VEGAS, NV 89131

REYES GARBALENA,JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3918 BLACKFORD
LAS VEGAS, NV 89102

REYES GONZALEZ,MIGUEL ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
812 HYATTSBILLE
LAS VEGAS, NV 89110

REYES HERNANDEZ,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 POPLAR
LAS VEGAS, NV 89101

REYES LOPEZ,ELEUTERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5304 REGINA ROSE
LAS VEGAS, NV 89081

REYES, JUVENAL MONROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 HOWARD AVE
LAS VEGAS, NV 89104

REYES,HILARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVE # 1008
NORTH LAS VEGAS, NV 89030

REYES,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1409 SOMBRERO DR. # 1
LAS VEGAS, NV 89109

REYES,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4412 COOL VALLEY
LAS VEGAS, NV 89110

REYES;JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1409 SOMBRERO DR
LAS VEGAS, NV 89169

REYES-MARES,LUIS A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2820 MARYLN # D
LAS VEGAS, NV 89101

REYLEN BANGOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1859 CANTON DR
MILPITAS, CA 95035

REYLEN BANGOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 CROOKED TREE DR
LAS VEGAS, NV 89148

REYNALDO & PERLITA CABUSAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2028 NORTHCREST CT
MODESTO, CA 95355

REYNALDO & PERLITA CABUSAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9679 DIETERICH AVE
LAS VEGAS, NV 89148

REYNALDO DELACRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
90 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

REYNALDO DELACRUZ
PO BOX 337
SAINT CLAIRSVILLE, OH 43950

REYNALDO DELACRUZ
PO BOX 337
ST. CLAIRSVILLE OH 43950

REYNALDO GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 VIA FRANCIOSA DR
HENDERSON, NV 89011

REYNALDO GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3112 HARBISON WAY
NATIONAL CITY, CA 91950

REYNOZO;ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3020 SPEAR ST.
N LAS VEGAS, NV 89030

REZA & ELLEN SEFIDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 SHEPARD STRUT
HERCULES, CA 94547

REZA & ELLEN SEFIDI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1022
LAS VEGAS, NV 89148

RGR GROUP, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6763 W. CHARLESTON BLVD
LAS VEGAS NV 89146

RH DONNELLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8400 INNOVATION WAY
CHICAGO, IL  60682-0084

RHEYBURT & RHODORA VILLAFUERTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4576 CALIFA DR
LAS VEGAS, NV 89122

RHINOTEK COMPUTER PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2301 E. DEL AMO BLVD
CARSON CA 902200

RHODES ARIZONA PROPERTIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 SOUTH AZTEC ROAD
GOLDEN VALLEY, AZ 86413

RHODES DESIGN AND DEVELOPMENT CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1137
LAS VEGAS, NV 89147

RHODES DESIGN AND DEVELOPMENT CORP.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

RHODES ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4630 S ARVILLE ST
SUITE A
LAS VEGAS, NV 89103

RHODES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 INDIAN RUN WAY
LAS VEGAS, NV 89148

RHODES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE CT
LAS VEGAS, NV 89148

RHODES FRAMING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT
SUITE #B - 105 & 106
HENDERSON NV  89015

RHODES FRAMING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE
SUITE #300
LAS VEGAS, NV 89147

RHODES HOLDING LIMITED P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3024 N. HIGHLAND FALLS DR
LAS VEGAS NV 89134

RHODES HOMES ARIZONA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3806  HEATHER AVE
KINGMAN, AZ 86401

RHODES HOMES ARIZONA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 SOUTH AZTEC ROAD
GOLDEN VALLEY, AZ 86413

RHODES HOMES ARIZONA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE, STE 300
LAS VEGAS , NV  89147

RHODES JAMES M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3776  HEATHER AVE
KINGMAN, AZ 86401

RHODES JAMES M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800  HEATHER AVE
KINGMAN, AZ 86401

RHODES RANCH ASSOCIATION, INC.
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

RHODES RANCH ASSOCIATION, INC.
C/O NEIGHBORHOOD ASSOCIATION GROUP
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

RHODES RANCH COUNTRY CLUB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 RHODES RANCH PKWY
LAS VEGAS, NV 89113

RHODES RANCH GENERAL PARTNERSHIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

RHODES RANCH GOLF AND COUNTRY CLUB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 RHODES RANCH PARKWAY
LAS VEGAS, NV 89147

The Rhodes Companies, LLC - U.S. Mail

RHODES RANCH GOLF INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 RHODES RANCH PKWY
LAS VEGAS, NV 89148

RHODES RANCH GOLF INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 RHODES RANCH PKWY
LAS VEGAS, NV 89148

RHODES RANCH GOLF INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147

RHODES RANCH GOLF INC
LAS VEGAS, NV 89147

RHODES RANCH GOLF INC
LAS VEGAS, NV 89148

RHODES RANCH GOLF, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 RHODES RANCH PKWY
LAS VEGAS, NV  89148

RHODES RANCH HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS, NV  89148

RHODES RANCH HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOURTH FORT APACHE RD. #300
LAS VEGAS,  NV  89148

RHODES RANCH LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

RHODES REALTY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

RHODES REALTY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE
SUITE 300
LAS VEGAS, NV 89147

RHODES, DEBORAH L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8789 SPANISH MOUNTAIN
LAS VEGAS, NV 89113

RHODES, GLYNDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148

RHODES, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148

RHODES, JAMES M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5068 SPANISH HEIGHTS DRIVE
LAS VEGAS, NV 89113

RHODES, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2113 HILLSGATE ST
LAS VEGAS, NV 89134

RHODES, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148

RIAN APPLEBAUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2143
LAS VEGAS, NV 89148

RIBEIRO MANAGEMENT CO., LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 E. RENO AVENUE, SUITE A
LAS VEGAS NV 89119

RICARDO & FLORA HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17779 RIVERBEND RD
SALINAS, CA 93908

RICARDO & FLORA HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
569 VIA DI PARIONE CT
HENDERSON, NV 89011

RICARDO & JEANNIE MOLATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12834 VIA DONATELLO
PORTER RANCH, CA 91326

RICARDO & JEANNIE MOLATO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 TALL RUFF DR
LAS VEGAS, NV 89148

RICARDO & MARIDEL CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4284 COVENTRY WAY
UNION CITY, CA 94587

RICARDO & MARIDEL CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9701 KAMPSVILLE AVE
LAS VEGAS, NV 89148

RICARDO & NENITA RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 VIA FRANCIOSA DR
HENDERSON, NV 89011

RICARDO & RAMELO RUMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 VIA DI CITTA DR
HENDERSON, NV 89011

RICARDO & RAMELO RUMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4305 LISA DR
UNION CITY, CA 94587

RICARDO BYERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

RICARDO DAZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1050 W. COLLEGE VIEW DR.
APT 6
MONTEREY PARK CA 91754

RICARDO,MARCO ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1237 HASSELL AVE
LAS VEGAS, NV 89106

RICE II, CLAYTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4291 SAN ALIVIA COURT
LAS VEGAS, NV 89141

RICE SILBEY REUTHER & SULLIVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3960 HOWARD HUGHES PARKWAY
SUITE 700
LAS VEGAS NV 89109

RICE-SANCHEZ, MARINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 CASA MONTANA
BOULDER CITY, NV 89005

RICH BOWEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29381 OLD U.S. 33
WEST ELKHART MD 46514

RICH LEROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
548 VIA COLMO AVE
HENDERSON, NV 89011

RICH LEROY
PO BOX 2784
MALIBU, CA 90265

RICH WILLIAM & ELEANOR TRUSTEES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3793  HEATHER AVE
KINGMAN, AZ 86401

RICH;DANIEL L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10041 BASALT HOLLOW AVE
LAS VEGAS, NV 89148

RICHARD & ALLIE WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 RED CINDER ST
LAS VEGAS, NV 89131

RICHARD & AMY STEVENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4733 CALIFA DR
LAS VEGAS, NV 89122

RICHARD & AUDREY KANTHACK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 CEDAR RAE AVE
LAS VEGAS, NV 89131

RICHARD & BIE-SHIA CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
132 SANDY BUNKER LN
LAS VEGAS, NV 89148

RICHARD & BIE-SHIA CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7681 RIVER MIST CT
LAS VEGAS, NV 89113

RICHARD & ELISSA PALMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

RICHARD & ELISSA PALMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9804 CONCORD DOWNS AVE
LAS VEGAS, NV 89117

RICHARD & EVELYN YALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4549 LA TUNA CT
CAMARILLO, CA 93012

RICHARD & EVELYN YALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 215
LAS VEGAS, NV 89113

RICHARD & GLENDA LISLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1408 SPLENDIDO DR
LAS VEGAS, NV 89117

RICHARD & GLENDA LISLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 216
LAS VEGAS, NV 89113

RICHARD & JUDITH MOZERKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1201 WESTMINSTER DR
WOODRIDGE, IL 60517

RICHARD & JUDITH MOZERKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 HAZELMERE LN
LAS VEGAS, NV 89148

RICHARD & JUNE LAUBINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 VIA MEZZA LUNA CT
HENDERSON, NV 89011

RICHARD & KATHERINE ARTUSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 DOG LEG DR
LAS VEGAS, NV 89148

RICHARD & KATHERINE ARTUSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
535 GREEN GABLES AVE
LAS VEGAS, NV 89183

RICHARD & KENDRA ELLERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11900 E 350 HWY
RAYTOWN, MO 64138

RICHARD & KENDRA ELLERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 RANCHO MARIA ST
LAS VEGAS, NV 89148

RICHARD & LAUREN SLOCUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 VIA COLMO AVE
HENDERSON, NV 89011

RICHARD & LESLIE NOVICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1128
LAS VEGAS, NV 89147

RICHARD & MARCIA RICCI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

RICHARD & MARGIE POPOVITS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11436 S DRAKE AVE
CHICAGO, IL 60655

RICHARD & MARGIE POPOVITS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

RICHARD & MARYHELEN SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8941 LANSBERRY CT
LAS VEGAS, NV 89147

RICHARD & MONICA SARTHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3015 CORNWALL DR
GLENDALE, CA 91206

RICHARD & MONICA SARTHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
573 VIA DI PARIONE CT
HENDERSON, NV 89011

RICHARD & NICOLE HAMMOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1024 VIALE PLACENZA PL
HENDERSON, NV 89011

The Rhodes Companies, LLC - U.S. Mail

RICHARD & NORMA NIEMIEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19302 SE 178TH PL
RENTON, WA 98058

RICHARD & NORMA NIEMIEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
356 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

RICHARD & NORMA TOMPKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
527 CENTER GREEN DR
LAS VEGAS, NV 89148

RICHARD & PATRICIA OLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

RICHARD & SHARON HEIMBURGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4840 LAMES DR
LAS VEGAS, NV 89122

RICHARD & SONYA HOLDSWORTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
75 SULLY CREEK CT
LAS VEGAS, NV 89148

RICHARD & VICTORIA MARCOUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
927 VIA CANALE DR
HENDERSON, NV 89011

RICHARD ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 COREY CREEK CT
LAS VEGAS, NV 89148

RICHARD ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 STEARNS LN
SUDBURY, MA 01776

RICHARD BELT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

RICHARD BOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15463 WOODCREST DR
WHITTIER, CA 90604

RICHARD BOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2160
LAS VEGAS, NV 89148

RICHARD CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24 PANGLOSS ST
HENDERSON, NV 89002

RICHARD CHAD WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4416 W. DEL MONTE CIRCLE
LAS VEGAS NV 89102

RICHARD CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
644 HARVESTER COURSE DR
LAS VEGAS, NV 89148

RICHARD CUNNINGHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

RICHARD DOLPHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 115
LAS VEGAS, NV 89113

RICHARD E. JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 JONATHAN DRIVE
STAMFORD, CT. 06903

RICHARD FLEMKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1096
LAS VEGAS, NV 89148

RICHARD FLEMKE
PO BOX 82223
LAS VEGAS, NV 89180

RICHARD FONTELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4791 ESSEN CT
LAS VEGAS, NV 89147

RICHARD FONTELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8072 ELGIN LN
DUBLIN, CA 94568

RICHARD GOTSCHALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
251 CROOKED TREE DR
LAS VEGAS, NV 89148

RICHARD HINES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
885 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

RICHARD I. DREITZER, ESQ.
BULLIVANT HOUSER BAILEY PC
3980 HOWARD HUGHES PKWY., STE. 550
LAS VEGAS, NV  89169

RICHARD KLUTMAN,NEREIDA KLUTMA
HANEY,WOLOSON & MULLINS & NEHME-
TOMAKA & ASSOCIATES
LAS VEGAS NV

RICHARD LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2126
LAS VEGAS, NV 89148

RICHARD LETHRIDGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6866 ROSE MALLOW ST
LAS VEGAS, NV 89148

RICHARD LIEBERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9730 MARCELLINE AVE
LAS VEGAS, NV 89148

RICHARD LIEBERMAN
PO BOX 400563
LAS VEGAS, NV 89140

RICHARD LUKE ARCHITECTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9061 W. SAHARA AVENUE
LAS VEGAS, NV 89117

RICHARD MCCONIGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

RICHARD NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 CELESTINE CIR
LADERA RANCH, CA 92694

RICHARD NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
428 VIA STRETTO AVE
HENDERSON, NV 89011

RICHARD SANDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8788 LAS OLIVAS AVE
LAS VEGAS, NV 89147

RICHARD STGERMAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 VIA SAINT LUCIA PL
HENDERSON, NV 89011

RICHARD STGERMAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2607 WESTERN AVE APT 211
SEATTLE, WA 98121

RICHARD TEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
416 LAKE WINDEMERE ST
LAS VEGAS, NV 89138

RICHARD TEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9662 ZIEGLER AVE
LAS VEGAS, NV 89148

RICHARD VIGIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7232 COTTONSPARROW ST
LAS VEGAS, NV 89131

RICHARD VIGIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7922 SOARING BROOK ST
LAS VEGAS, NV 89131

RICHARD VITALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 E 54TH ST APT 27N
NEW YORK, NY 10022

RICHARD VITALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

RICHARD WORTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 WIGAN PIER DR
HENDERSON, NV 89002

RICHARD YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 GRANDOVER CT
LAS VEGAS, NV 89148

RICHARDS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4674 STUTTGART ST
LAS VEGAS, NV 89147

RICHEY, LANCE E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8162 BEAVER BROOK WAY
LAS VEGAS, NV 89123

RICHEY,KENNETH S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1625 APRIL SHOWER
LAS VEGAS, NV 89144

RICHIE CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 DOG LEG DR
LAS VEGAS, NV 89148

RICHIE CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
263 DOG LEG DR
LAS  VEGAS, 89148-2697

RICHMOND MANQUBAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
536 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

RICJY & SHUK LEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3090 MORNINGSIDE DR
THOUSAND OAKS, CA 91362

RICJY & SHUK LEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 RANCHO MARIA ST
LAS VEGAS, NV 89148

RICK & BARBARA MARRAZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2439 MAPLE ST
FRANKLIN PARK, IL 60131

RICK & BARBARA MARRAZZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2022
LAS VEGAS, NV 89148

RICK & PAM MEITZLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5550 MALLARO LANE
HOFFMAN ESTATES IL 60192

RICK HILDRETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3599 HAMMOCK DRIVE
LAS VEGAS NV 89147

RICK MORA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
929 EVENING FAWN DR
N LAS VEGAS, NV 89031

RICK WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4416 DEL MONTE CIRCLE
LAS VEGAS NV 89102

RICKETTS, TRACY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9225 W. CHARLESTON #1145
LAS VEGAS, NV 89117

RICKEY & DORIS LOFTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9474 CASTILLANA CT
LAS VEGAS, NV 89147

RICKEY & DORIS LOFTON
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

RICKEY & DORIS LOFTON (9474 CASTILLANA CT.)
C/O TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIC
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

RICKY & SHERRY CULLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4668 MUNICH CT
LAS VEGAS, NV 89147

RICKY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1050 VIA SANGUINELLA ST
HENDERSON, NV 89011

RICKY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 WATERTON LAKES AVE
LAS VEGAS, NV 89148

RICKY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 WATERTON LAKES AVE
LAS VEGAS, NV 89148

RICKY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 FALCONS FIRE AVE
LAS VEGAS, NV 89148

RICKY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
322 KAREN AVE UNIT 203
LAS VEGAS, NV 89109

RIEGGER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
768 TOSSA DE MAR AVE
HENDERSON, NV 89002

RIGHELLIS PC,
A PROFESSIONAL CORPORATION
2328 TIMBERLINE  WAY
LAS VEGAS NV 89117

RIGOBERTO CARRASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3317 TWINING AVE
N LAS VEGAS, NV 89030-8630

RIGOBERTO M. CARRASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3317 TWINGING AVE
N LAS VEGAS, NV 89030-6630

RIM ROCK ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7433 W. LAKE MEAD BLVD
SUITE 100
LAS VEGAS,  NV 89128

RINALDI & ASSOCIATES
P. O. BOX 90157
HENDERSON NV  89009-0157

RINCON CABRERA,RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 E. BONANZA
LAS VEGAS, NV 89101

RINCON, ALEJANDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
521 N. 16TH STREET
LAS VEGAS, NV 89101

RINKER MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5030 N LAMB BOULEVARD
LAS VEGAS NV 89115

RINKER MATERIALS
P.O. BOX 73261
CHICAGO, IL 60673-3261

RIO ALL-SUITE HOTEL & CASINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 W.FLAMINGO ROAD
LAS VEGAS NV 89103

RIOS, CHRISTIAN NUNEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2829 GEIST AVE
LAS VEGAS, NV 89115

RIOS-CRUIZ;ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3515 THOMAS AVE # 4
N LAS VEGAS, NV 89030

RIPBERGER, JASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12741 CORTARO (PO BOX 426)
TOPOCK, AZ 86436

RISE & RUN INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1995 WHITNEY MESA DRIVE
HENDERSON , NV  89014

RISK ENTERPRISE MANAGEMENT LTD
C/O CLARENDON AMERICA INS. CO.
P. O BOX 600
BREA CA 92822

RITZ CAMERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3562 S MARYLAND PKWY
LAS VEGAS, NV 89169

RIVAS RAMIREZ,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2400 WOOLY ROSE
LAS VEGAS, NV 89106

RIVAS, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8450 W. CHARLESTON BLVD. #1038
LAS VEGAS, NV 89117

RIVAS,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 GRIFFITH AVE
LAS VEGAS, NV 89104

RIVAS,GUADALUPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 E. KAREN AVE #343 BLD 40
LAS VEGAS, NV 89109

RIVAS,MARTINIANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 GRIFFITH
LAS VEGAS, NV 89104

RIVAS,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 E. KAREN # 277
N LAS VEGAS, NV 89030

RIVAS;EVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9554 SUNSHADE CT.
LAS VEGAS, NV 89147

RIVAS;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9554 SUNSHADE CT
LAS VEGAS, NV 89147

RIVAS;SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 RIVER BED ST.
LAS VEGAS, NV 89110

RIVAS-ALVAREZ;JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9040 DEBONAIR AVE
LAS VEGAS, NV 89147

RIVAS-CURIEL;DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9040 DEBONAIR AVE
LAS VEGAS, NV 89147

RIVER CITIES EXCAVATING, LLC
MIKE BRADLEY
2504 LILLIE AVE.
KINGMAN AZ 86401

RIVER CITY NEWSPAPERS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 WEST ACOMA BLVD.
LAKE HAVASU CITY 86403

RIVER CITY PETROLEUM
P.O. BOX 235
WEST SACRAMENTO, CA  95691-0235

RIVER DOORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4075 ARCADIA LANE
FORT MOHAVE AZ 86426

RIVER VALLEY AIR CONDITIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 F STREET
NEEDLES CA 92363

RIVERA CALDERON;HUMBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4221 BLOOMING DESERT CT
LAS VEGAS, NV 89115

RIVERA CRUZ,NATALIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3317 LOCKWOOD AVE
NORTH LAS VEGAS, NV 89030

RIVERA,ELMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 BLACK FOREST
LAS VEGAS, NV 89102

RIVERA,HECTOR L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 OBANNON DR # B
LAS VEGAS, NV 89102

RIVERA;ELMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3004 BLACK FOREST
LAS VEGAS, NV 89102

RIVERA;RUPERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4221 BLOOMING DESERT CT
LAS VEGAS, NV 89115

RIVERA-AMAYA,BALDEMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2900 E. CHARLESTON BLVD # 145
LAS VEGAS, NV 89104

RIVERA-BUSTILLOS,ERYCKE E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST # B-6
LAS VEGAS, NV 89102

RIVERA-MEJIA;FRANKLIN ADRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 E. LAKEMEAD BLVD # 159
LAS VEGAS, NV 89115

RIVERA-VAZQUEZ;VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1951 JONES BLVD # E201
LAS VEGAS, NV 89108

RIVERIA-JIMENEZ, LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 VALE
LAS VEGAS, NV 89115

RIVERS REVITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8754 STOCKHOLM AVE
LAS VEGAS, NV 89147

RIVES, ELLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9166 VINTAGE WINE AVE
LAS VEGAS, NV 89148

RIZA, MERGIM MARCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8985 S. DURANGO DR #1152
LAS VEGAS, NV 89113

RKA ENTERPRISES
SIGN XPRESS
3271 S. HIGHLAND DR. #711
LAS VEGAS NV 89109-1051

RMI MANAGEMENT, LLC
LISA SMITH
630 TRADE CENTER DRIVE
LAS VEGAS NV 89119

RNM ARCHITECTURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4611 TELLER AVENUE
NEWPORT BEACH, CA 92660

RNM DESIGN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 CORPORATE PARK SUITE 100
IRVINE CA 92606

ROA GARIA,EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1536 EMERALD DR.
BULLHEAD CITY, AZ 86442

ROAD RUNNER FIRE & SAFETY EQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2175 N. KIOWA BLVD. #105
LAKE HAVASU AZ 86403

ROAD RUNNER SANITARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1600 W. ACOMA BL # 45
LAKE HAVASU CITY, AZ 86403-2898

ROADSAFE TRAFFIC SYSTEMS INC
ATTN: ELISEO SEGUI
3015 E ILLINI ST
PHOENIX, AZ 85040

ROADSAFE TRAFFIC SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2771 INDUSTRIAL RD
LAS VEGAS , NV  89109

ROADSAFE TRAFFIC SYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
908 SHARP CIRCLE
NORTH LAS VEGAS,  NV  89030

ROANOKE, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7925 ENCHANTED POOL ST
LAS VEGAS, NV 89139

ROB & ADA CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 SPRING HOLLOW DR
LAS VEGAS, NV 89148

ROB & ADA CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
506 WHITEWOOD CREST
SASKATOON SK S7J 4L1
CANADA

ROB CATRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 PLATINUM ST
HENDERSON, NV 89015

ROBELEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 SUNSHINE COAST LN
LAS VEGAS, NV 89148

ROBERT & ALECIA NELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

ROBERT & ANGELA CASTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

ROBERT & ANN BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4658 MUNICH CT
LAS VEGAS, NV 89147

ROBERT & ANNALIESE PARLANTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1080 VIA SAINT LUCIA PL
HENDERSON, NV 89011

ROBERT & BERNICE PEARSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1089 VIA PRATO LN
HENDERSON, NV 89011

ROBERT & BETTY CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 E BLUE FLAME ST
KINGMAN, AZ 86409

ROBERT & BETTY CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4634 STUTTGART ST
LAS VEGAS, NV 89147

ROBERT & BRENDA THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

ROBERT & CANDICE SEMONIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2310 ANTLER AVE
VENTURA, CA 93003

ROBERT & CANDICE SEMONIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 SCRAMBLE DR
LAS VEGAS, NV 89148

ROBERT & CHRISTINE PELANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
790 WIGAN PIER DR
HENDERSON, NV 89002

ROBERT & CONSTANCE GAMIERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
623 ORCHARD COURSE DR
LAS VEGAS, NV 89148

ROBERT & DIANE GARDNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

ROBERT & EDEE ALEXANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6842 BABY JADE CT
LAS VEGAS, NV 89148

ROBERT & EVA-MARIE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

ROBERT & EVA-MARIE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9772 CANYON WALK AVE
LAS VEGAS, NV 89147

ROBERT & FRANCINE NICHOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ROBERT & GAIL IRWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
448 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT & GAIL REAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ROBERT & GLENNA STUART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 SEA RIM AVE
LAS VEGAS, NV 89148

ROBERT & GLENNA STUART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4021 MEADOWS LN
LAS VEGAS, NV 89107

ROBERT & HEROA BYRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
194 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

ROBERT & JEAN CAPPARELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 PANGLOSS ST
HENDERSON, NV 89002

ROBERT & JEANNE WEICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

ROBERT & JOYCE GAZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
489 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT & JOYCE IRVING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7240 BUGLEHORN ST
LAS VEGAS, NV 89131

ROBERT & KATHRYN CARTWRIGHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19116 NE 203RD CT
WOODINVILLE, WA 98077

ROBERT & KATHRYN CARTWRIGHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROBERT & LAURI BERNARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6826 SCARLET FLAX ST
LAS VEGAS, NV 89148

ROBERT & LEANOR VALENZUELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13480 FORRESTWOOD WAY
LATHROP, CA 95330

ROBERT & LEANOR VALENZUELA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
140 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ROBERT & LINDA O`BRIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1471 MARCHALL ST
ELMONT, NY 11003

ROBERT & LINDA O`BRIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
476 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT & LORRAINE ANTHONISEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7520 HORNBLOWER AVE
LAS VEGAS, NV 89131

The Rhodes Companies, LLC - U.S. Mail

ROBERT & LYDIA AKERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 VIA FRANCIOSA DR
HENDERSON, NV 89011

ROBERT & LYDIA AKERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
972 S PINEWOOD LN
NIXA, MO 65714

ROBERT & M ISABEL RIJKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10247 MAGGIRA PL
LAS VEGAS, NV 89135

ROBERT & M ISABEL RIJKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

ROBERT & MARCIA SCHELLHASE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 VIA PALERMO DR
HENDERSON, NV 89011

ROBERT & MARIE DELEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 CHESNEY DR
HENDERSON, NV 89074

ROBERT & MARIE DELEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1160
LAS VEGAS, NV 89148

ROBERT & MICHELLE WALTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
594 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROBERT & MYRNA DANGANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 LADIES TEE CT
LAS VEGAS, NV 89148

ROBERT & MYRNA DANGANAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5463 COUNTRY VIEW DR
EL SOBRANTE, CA 94803

ROBERT & MYRNA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
605 KAIMANA ST
KAHULUI, HI 96732

ROBERT & MYRNA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
656 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ROBERT & ROBIN CASEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 QUAIL VALLEY ST
LAS VEGAS, NV 89148

ROBERT & SAMANTHA HELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1080 VIA CORTO ST
HENDERSON, NV 89011

ROBERT & SHEILA BASKETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

ROBERT & SIEW MORAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1049 VIALE PLACENZA PL
HENDERSON, NV 89011

ROBERT & SUSAN KOHLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 RANCHO MARIA ST
LAS VEGAS, NV 89148

ROBERT & TAM SIMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

ROBERT & TAM SIMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
29 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

ROBERT & TAM SIMONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 MONTREAL DR
LAKELAND, FL 33810

ROBERT & THUCUC HAIGHT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4664 STUTTGART ST
LAS VEGAS, NV 89147

ROBERT & TINNI THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7031 TUSCANY WAY
EL DORADO HILLS, CA 95762

ROBERT & TINNI THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 116
LAS VEGAS, NV 89113

ROBERT ALLEN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2660 PAYSPHERE CIRCLE
CHICAGO IL 60674

ROBERT ALLEN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 CABOT BLVD.
MANSFIELD, MA 02048

ROBERT AND DEBORAH BERLINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11232 GOLDEN CHESTNUT PLACE
LAS VEGAS NV 89135

ROBERT AND LORRAINE ANTHONISEN
C/O ERIC RANSAVAGE
7520 HORNBLOWER AVE.
LAS VEGAS, NV 89131

ROBERT AND RUBY LOU DUQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
246 DUCK HOLLOW
LAS VEGAS NV 89148

ROBERT ASHLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 DOGWOOD HILLS ST
LAS VEGAS, NV 89148

ROBERT AVILA, ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50 SOUTH JONES BOULEVARD #203
LAS VEGAS, NV 89107

ROBERT BEARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT BEYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2777 PARADISE RD UNIT 502
LAS VEGAS, NV 89109

ROBERT BEYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9725 VALMEYER AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

ROBERT BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4658 MUNICH CT
LAS VEGAS NV 89147

ROBERT C NADDOX ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10587 DOUBLE R BLVD STE 100
RENO, NV 89528966

ROBERT C. MADDOX & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
595 DOUBLE EAGLE CT  SUITE 2000
RENO NV 89521

ROBERT CARR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6829 ROSE MALLOW ST
LAS VEGAS, NV 89148

ROBERT D. DEPREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11057 CLEAR MEADOWS DR.
LAS VEGAS NV 89134

ROBERT D`AMELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1145
LAS VEGAS, NV 89147

ROBERT DAVIDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
86 LEXINGTON AVE
ROCHELLE PARK, NJ 07662

ROBERT DAVIDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2031
LAS VEGAS, NV 89148

ROBERT DIVER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 PIUTE LANE
HENDERSON NV  89015

ROBERT DOWNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 GREGORIA CT
BALTIMORE, MD 21212

ROBERT DOWNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
933 RUE GRAND PARADIS LN
HENDERSON, NV 89011

ROBERT GEVORKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9499 CASTILLANA CT
LAS VEGAS, NV 89147

ROBERT GOCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1408 W FARRINGTON ST
W COVINA, CA 91790

ROBERT GOCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1104
LAS VEGAS, NV 89148

ROBERT GRANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 PORTIA COURT
LAS VEGAS NV 89113

ROBERT HALF FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
& ACCOUNTING
3980 HOWARD HUGHES PKWY SUITE 380
LAS VEGAS NV 89109

ROBERT HOFFMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
522 VIA DEL CORALLO WAY
HENDERSON, NV 89011

ROBERT JACOBY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA DI OLIVIA ST
HENDERSON, NV 89011

ROBERT JACOBY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30462 TERRACINA PL
CASTAIC, CA 91384

ROBERT JANKOVICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
365 APPLE RIVER CT
LAS VEGAS, NV 89148

ROBERT JANKOVICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 MARKET ST
POUGHKEEPSIE, NY 12601

ROBERT JAWELSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

ROBERT JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 CASTLE COURSE AVE
LAS VEGAS, NV 89148

ROBERT KELLY III
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16369 SUN SUMMIT DR
RIVERSIDE CA 92503

ROBERT KESSLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4774 ASHINGTON ST
LAS VEGAS, NV 89147

ROBERT KESSLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
710 CANARY WHARF DR
LAS VEGAS, NV 89178

ROBERT KHACHATOURIANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20808 TULSA ST
CHATSWORTH, CA 91311

ROBERT KHACHATOURIANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

ROBERT KRAUSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
83 ROCK RUN ST
LAS VEGAS, NV 89148

ROBERT LABANOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

ROBERT LABELLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 WIGAN PIER DR
HENDERSON, NV 89002

ROBERT LARIVEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1078 VIA CAPASSI WAY
HENDERSON, NV 89011

ROBERT M. EVANS
REEVES, EVANS, MCBRIDE & ZHANG LLP
2285 RENAISSANCE DRIVE
LAS VEGAS, NV  89119

The Rhodes Companies, LLC - U.S. Mail

ROBERT MADDOX, ESQ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3811 WEST CHARLESTON BOULEVARD #110
LAS VEGAS, NV 89521

ROBERT MANN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 RANCHO MARIA ST
LAS VEGAS, NV 89148

ROBERT MARIANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6735 N. TALMAN AVENUE
CHICAGO IL 60645

ROBERT MARINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5125 BERAN ST
TORRANCE, CA 90503

ROBERT MARINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

ROBERT MAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 VIA DEL FORO DR
HENDERSON, NV 89011

ROBERT MEISSNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
413 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT MERRICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

ROBERT NORTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5 PANGLOSS ST
HENDERSON, NV 89002

ROBERT OLAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
33 TALL RUFF DR
LAS VEGAS, NV 89148

ROBERT OSVALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 E NECK RD
HUNTINGTON, NY 11743

ROBERT OSVALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

ROBERT PEREIRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 BLAVEN DR
HENDERSON, NV 89002

ROBERT PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 NEWMILLER ST
HENDERSON, NV 89002

ROBERT PRICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2178
LAS VEGAS, NV 89148

ROBERT PUSATERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
207 RUSTY PLANK AVE
LAS VEGAS, NV 89148

ROBERT PUSATERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7704 MUSICAL LN
LAS VEGAS, NV 89145

ROBERT R. GONZALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
697 FORT SLOCUM STREET
LAS VEGAS NV 89183

ROBERT R. KINAS, ESQ.
CLAIRE Y. DOSSIER, ESQ.
SNELL & WILMER, LLP
3883 HOWARD HUGHES PARKWAY, STE. 1100
LAS VEGAS, NV  89169

ROBERT REYNOLDS ESQ.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
823 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

ROBERT REYNOZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3020 SPEAR ST
N LAS VEGAS, NV 89030

ROBERT ROBINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8940 LANSBERRY CT
LAS VEGAS, NV 89147

ROBERT ROSENBERGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

ROBERT SABATINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ROBERT SANDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5421 E. HARMON AVE. #P-21
LAS VEGAS, NV  89122

ROBERT SANTWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7586 ASPEN COLOR ST.
LAS VEGAS NV 89139

ROBERT SIDDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

ROBERT SIDDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

ROBERT SPECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10224 TRESOR
LAS VEGAS , NV  89134

ROBERT STRINGER COMPUTER CONSULTANT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1405 NEDLA CT.
LAS VEGAS, NV  89104

ROBERT SULLIVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

ROBERT SULLIVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
909 PURDY LODGE ST
LAS VEGAS, NV 89138

ROBERT SUTHERLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 RANCHO MARIA ST
LAS VEGAS, NV 89148-2751

Served 9/28/2009

ROBERT SUTHERLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

ROBERT SUTHERLAND JR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 RANCHO MARIA ST
LAS VEGAS, NV 89149-2751

ROBERT THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9257 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

ROBERT TIMLIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 BLAVEN DR
HENDERSON, NV 89002

ROBERT TIMOSHUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
449 VIA STRETTO AVE
HENDERSON, NV 89011

ROBERT WALTHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
218 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

ROBERT ZARAGOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1329 CURTISS AVE
SAN JOSE, CA 95125

ROBERT ZARAGOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

ROBERTO & GWENDOLYN HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
436 FIRST ON DR
LAS VEGAS, NV 89148

ROBERTO & JULITA MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1264 OLIVIA PKWY
HENDERSON, NV 89011

ROBERTO & JULITA MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4621 RUTH WAY
UNION CITY, CA 94587

ROBERTO & MARIA ANTIKOLL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1066 VIA CAPASSI WAY
HENDERSON, NV 89011

ROBERTO & NORMITA FLORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2518 GLEN DUNDEE WAY
SAN JOSE, CA 95148

ROBERTO & NORMITA FLORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
590 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROBERTO & SAN OCHOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4778 CALIFA DR
LAS VEGAS, NV 89122

ROBERTO OLIVAS-MERCADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
48 BLAVEN DR
HENDERSON, NV 89002

ROBERTS GLASS AND MIRROR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5216 SO. PROCYON
LAS VEGAS NV 89118

ROBERTSON INDUSTRIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4145 W. MERCURY WAY
SUITE 200
CHANDLER AZ 85226

ROBERTSON, JOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1251 STOKES ST
LAS VEGAS, NV 89110

ROBI & ROBERT BURNS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
517 VIA PALERMO DR
HENDERSON, NV 89011

ROBIN DELAGARZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
504 VIA PALERMO DR
HENDERSON, NV 89011

ROBIN GALLAWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

ROBIN MORELLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7205 TEALWOOD ST
LAS VEGAS, NV 89131

ROBINSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROBINSON GOLF DESIGN INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
361 FOREST AVENUE, SUITE 200
LAGUNA BEACH, CA 92651

ROBINSON, NICHOLAS S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 BREEZY SHORE
NORTH LAS VEGAS, NV 89031

ROBINSON, TOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9416 GREENHAM CIR
LAS VEGAS, NV 89117

ROBINSON,JOSEPH H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3666 MARGARITA WAY
LAS VEGAS, NV 89103

ROBINSON;WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1155 E. TWAIN AVE #108-210
LAS VEGAS, NV 89169

ROBISON ENGINEERING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 HIGH RIDGE COURT
RENO NV 89511

ROBLES GALARZA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3417 FISHERS LANDING
N LAS VEGAS, NV 89108

ROBLES MORO, J. JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5508 BURKSHIRE DR
LAS VEGAS, NV 89142

ROBLES, AMBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2800 E EASTERN AVENUE #914
LAS VEGAS, NV 89109

The Rhodes Companies, LLC - U.S. Mail

ROBLES, PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3421 COLEMAN ST.
LAS VEGAS, NV 89032

ROBLES,BALTAZAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
713 DELTA ST
LAS VEGAS, NV 89101

ROBLES,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4515 SOLAR ECLIPSE DR.
LAS VEGAS, NV 89115

ROBLES,PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 TAYLOR AVE
N LAS VEGAS, NV 89030

ROBLES,RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4515 SOLAR ECLIPSE
LAS VEGAS, NV 89115

ROBYN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5130 S FORT APACHE RD # 215-243
LAS VEGAS, NV 89148

ROBYN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9797 MARCELLINE AVE
LAS VEGAS, NV 89148

ROBYN JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

ROCES, ESTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 CROOKED PUTTER DRIVE
LAS VEGAS, NV 89148

ROCHA ANGULO,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
713 STARKS DR
LAS VEGAS, NV 89107

ROCHA CABRERA,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1536 N. 22ND ST # 3
LAS VEGAS, NV 89101

ROCHA,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 WHITE ST
N LAS VEGAS, NV 89030

ROCHA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2612 LINCOLN AVE
NORTH LAS VEGAS, NV 89030

ROCHELLE ENGSTROM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 PANGLOSS ST
HENDERSON, NV 89002

ROCHELLE SHERIDAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 RANCHO MARIA ST
LAS VEGAS, NV 89148

ROCHIEL WALLERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7177 LANSBROOK AVENUE
LAS VEGAS NV 89131

ROCK HARD CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 E. LAVAL DRIVE
P.O. BOX 90127
HENDERSON NV  89015

ROCK SOLUTIONS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2410 E. GOWAN RD.
N. LAS VEGAS NV 89030

ROCK WOOD CASUAL FURNITURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1273 N. JERVICE RD. E
OAKVILLE L6H1A7
CANADA

ROCKBREAKERS CONTRACTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8055 NORTH 24TH AVE
PHOENIX, AZ 85021

ROCKHURST UNIVERSITY
CONTINUING EDUCATION CENTER, INC
P.O. BOX 419107
KANSAS CITY MO 64141-6107

ROCK'S CONCRETE CUTTING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2971 CAMINO DEL RIO
BULLHEAD CITY, AZ 86442

ROCKY MOUNTAIN EQUIPMENT
CHARA STEWART
P.O. BOX 61237
BOULDER CITY NV 89006

ROCKY NASH PHOTOGRAPHY
RAQUEL TASHA NASH
1865 N. WALNUT ROAD, # 105
LAS VEGAS NV 89115

ROCKY TOP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 W. MAYFLOWER AVENUE
NORTH LAS VEGAS, NV 89030

RODEL & JEANN USAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95218 AKULI PL
MARYVILLE, HI 62062-6452

RODEL & JEANN USAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95218 AKULI PL
MILILANI, HI 96789-5500

RODEL & JEANNETTE USAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9662 WAUKEGAN AVE
LAS VEGAS, NV 89148

RODELO PINILI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9725 KAMPSVILLE AVE
LAS VEGAS, NV 89148

RODEO EVENT SPONSORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4666 STOCKTON HILL RD
KINGMAN AZ 86401

RODERICK SOLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9265 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

RODEY, DICKASON, SLOAN, AKIN,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
& ROBB, P.A.
201 3RD ST., N.W., SUITE 2200
ALBUQUERQUE NM 87103

RODEY, DICKASON, SLOAN, AKIN,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 3RD ST., N.W., SUITE 2200
ALBUQUERQUE, NM 87103

**The Rhodes Companies, LLC - U.S. Mail**

RODGERS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6203-97TH AVE COURT WEST
UNIVERSITY PLACE, WA 98467

RODGERS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
771 TOSSA DE MAR AVE
HENDERSON, NV 89002

RODNEY & LYDA HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 HORNBLOWER AVE
LAS VEGAS, NV 89131

RODNEY & PORTIA STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4771 CRAKOW CT
LAS VEGAS, NV 89147

RODNEY M. JEAN
SUSAN MYERS
LIONEL SAWYER & COLLINS
300 S. FOURTH STREET, #1700
LAS VEGAS, NV 89146

RODNEY RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
230 CROOKED PUTTER DR
LAS VEGAS, NV 89148

RODNEY RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6779 HERITAGE DR
POPLAR BLUFF, MO 63901

RODNEY STEWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

RODOLFO & ANITA LOPEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6270 HANNON CT
SAN DIEGO, CA 92117

RODOLFO & ANITA LOPEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

RODOLFO & FAIRLIE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 RED TEE LN
LAS VEGAS, NV 89148

RODOLFO & FAIRLIE GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1808 ASHTON AVE
BURLINGAME, CA 94010

RODOLFO & LOURDEST DORILAG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26 INDIAN RUN WAY
LAS VEGAS, NV 89148

RODOLFO & MARIA JAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 INDIAN RUN WAY
LAS VEGAS, NV 89148

RODOLFO & MARIA JAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1400 S LAKE PARK AVE STE 300
HOBART, IN 46342

RODOLFO & REBECCA GALGANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
106 TALL RUFF DR
LAS VEGAS, NV 89148

RODOLFO & ROSALIE MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1728 TRESTLE GLEN RD
PIEDMONT, CA 94610

RODOLFO & ROSALIE MARTINEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

RODOLFO & ROSALINA CARINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3237 E HILLTONIA DR
WEST COVINA, CA 91792

RODOLFO & ROSALINA CARINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

RODOLFO NINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

RODOLPH INC
PO BOX 1249
SONOMA CA 95476-1249

RODRIGO & ZOILA GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
551 CENTER GREEN DR
LAS VEGAS, NV 89148

RODRIGO & ZOILA GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 DANBURY ST
SALINAS, CA 93906

RODRIGO CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%T MOORE
LAS VEGAS, NV 89145

RODRIGO CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
206 CROOKED PUTTER DR
LAS VEGAS, NV 89148

RODRIGUEZ BARBOZA,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
73 SACREMENTO DR.
LAS VEGAS, NV 89110

RODRIGUEZ MORALES,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2521 WEBB
NORTH LAS VEGAS, NV 89030

RODRIGUEZ, DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 E OWENS AVE
LAS VEGAS, NV 89030-7269

RODRIGUEZ, DON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1115 MARIPOSA
BOULDER CITY, NV 89005

RODRIGUEZ, ERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4155 TWAIN AVE
LAS VEGAS, NV 89103

RODRIGUEZ, GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3133 GUSTIS CIR
N LAS VEGAS, NV 89030

RODRIGUEZ, HIJINIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5625 BIG SEA ST
LAS VEGAS, NV 89110

The Rhodes Companies, LLC - U.S. Mail                                           Served 9/28/2009

RODRIGUEZ, JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 E. BONANZA RD #17
LAS VEGAS, NV 89110

RODRIGUEZ, JAIME E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9752 VILLA LA MORA
LAS VEGAS, NV 89147

RODRIGUEZ, JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
765 REMINGTON DRIVE
LAS VEGAS, NV 89110

RODRIGUEZ, MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2946 N. WALNUT ROAD
LAS VEGAS, NV 89115

RODRIGUEZ, MELODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2030 RAWHIDE ST
LAS VEGAS, NV 89119

RODRIGUEZ, SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2030 RAWHIDE ST
LAS VEGAS, NV 89119

RODRIGUEZ, WALTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2700 DALEY ST
N LAS VEGAS, NV 89030

RODRIGUEZ,DANIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 E OWENS AVE
N LAS VEGAS, NV 89030-7269

RODRIGUEZ,FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7626 W. LONE MOUNTAIN RD # 14
LAS VEGAS, NV 89129

RODRIGUEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2534 SALT LAKE ST
NORTH LAS VEGAS, NV 89030

RODRIGUEZ,JUAN M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5250 RETABLO
LAS VEGAS, NV 89102

RODRIGUEZ,MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 MENLO SQUARE # C
LAS VEGAS, NV 89101

RODRIGUEZ,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4054 VICENTA CT
LAS VEGAS, NV 89115

RODRIGUEZ;EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3550 E. LAKE MEAD BLVD., #223
LAS VEGAS, NV 89115

RODRIGUEZ;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 E. BONANZA # 2043
LAS VEGAS, NV 89101

RODRIGUEZ;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2534 SALT LAKE ST
N LAS VEGAS, NV 89030

RODRIGUEZ;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
432 N. 15TH ST. # 3
LAS VEGAS, NV 89101

RODRIGUEZ;JOSE I.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2125 WEBSTER # 2
N LAS VEGAS, NV 89030

RODRIGUEZ;JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3140 VAN DEER MEER
N LAS VEGAS, NV 89030

RODRIGUEZ;JUAN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1294 E. HACIENDA # B
LAS VEGAS, NV 89119

RODRIGUEZ;JULIO CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2708 WEBSTER
N LAS VEGAS, NV 89030

RODRIGUEZ;NASRY K
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 E. KAREN AVE # 188
LAS VEGAS, NV 89121

RODRIGUEZ-ANGULO, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3133 CURTIS CIR
N LAS VEGAS, NV 89030

RODRIGUEZ-FUENTES,JESUS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
828 N. 24TH ST. # A
LAS VEGAS, NV 89101

RODRIGUEZ-GONZALEZ,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1508 COBB ST. # 2
LAS VEGAS, NV 89101

RODRIGUEZ-MORALES,EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1124 STONE RIVER
NORTH LAS VEGAS, NV 89030

RODRIGUEZ-REYES;JOSE NOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
390 N. 13TH ST.
LAS VEGAS, NV 89101

ROD'S EQUIPMENT REPAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6031 SATURN LANE
MIRA LOMA, CA 91752

ROGER & HILLARY VELADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 BLAVEN DR
HENDERSON, NV 89002

ROGER & MY BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 CANDIDE ST
HENDERSON, NV 89002

ROGER & MY BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9845 MASTERFUL DR
LAS VEGAS, NV 89148

ROGER & NICOLE ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
76 TALL RUFF DR
LAS VEGAS, NV 89148

ROGER & WANDA JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

ROGER GILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6565 LORRAINE DR
RIVERSIDE, CA 92506

ROGER J. GRANT, ESQ.
CHARLES M. LITT, ESQ.
FEINBERG GRANT MAYFIELD KANEDA & LITT, LLP
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

ROGERS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
359 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROGERS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9624 CREEMORE DR
TUJUNGA, CA 91042

ROJAS, JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1512 N. 21ST STREET #8
LAS VEGAS, NV 89101

ROJAS,FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
714 NELSON # K
NORTH LAS VEGAS, NV 89030

ROJAS;CARLOS R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7587 BERMUDA RD.
LAS VEGAS, NV 89123

ROJAS-VALENTIN;RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 LINDEN
LAS VEGAS, NV 89101

ROJO-AYALA,JUAN CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2437 STATZ AVE # 3
NORTH LAS VEGAS, NV 89030

ROLANDO & AGNES SILVERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1081
LAS VEGAS, NV 89148

ROLANDO & AGNES SILVERIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
955 PIERPONT ST
RAHWAY, NJ 07065

ROLANDO & JOSELYN SY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1296 OLIVIA PKWY
HENDERSON, NV 89011

ROLANDO & JOSELYN SY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
369 LONGHILL CT
SAN JOSE, CA 95138

ROLANDO & NORMA NAVARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
207 CROOKED PUTTER DR
LAS VEGAS, NV 89148

ROLANDO & NORMA NAVARRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3913 LONG BEACH BLVD
LONG BEACH, CA 90807

ROLANDO & SUSAN AGUILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 SOLIDAGO AVENUE
LAS VEGAS NV 89183

ROLANDO LAUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ROLLABELS, INK, INC
PO BOX 201
PALMYRA, NJ 08065-0201

ROLLABLES,INK.
P.O. BOX 201
PALMYRA NJ 08065-0201

ROLLAND LAWSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIA PRATO LN
HENDERSON, NV 89011

ROLLAND LAWSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3354 E JAEGER CIR
MESA, AZ 85213

ROLLIN G. THORLEY
SR. COUNSEL (LAS VEGAS)
DEPT. OF THE TREASURY
110 CITY PARKWAY, SUITE 301
LAS VEGAS, NV 89106

ROLONDO GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 WATERTON LAKES AVE
LAS VEGAS, NV 89148

ROLONDO GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
357 DEANNE LN
DALY CITY, CA 94014

ROLONO GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 WATERTON LAKES AVENUE
LAS VEGAS, NV 89148

ROMAN E. GARZON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
353 HARPERS FERRY
LAS VEGAS, NV 89148

ROMAN TAMAYO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

ROMAN, PERLITA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1708 CHANGING SEASONS ST
LAS VEGAS, NV 89144

ROMAN, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3509 MASTERCRAFT AVE
N LAS VEGAS, NV 89032

ROMANA WELLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
342 FRINGE RUFF DR
LAS VEGAS, NV 89148

ROMANO, ROSARIO J JR.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8713 SHERWOOD PARK DR
LAS VEGAS, NV 89131

ROMEO & IMELDA LADIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 SHORT RUFF WAY
LAS VEGAS, NV 89148

ROMEO & IMELDA LADIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1376 W 1ST ST
SAN PEDRO, CA 90732

ROMEO & ZEDEVA ALVIDERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3912 MONTE SERENO TER
FREMONT, CA 94539

ROMEO & ZEDEVA ALVIDERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

ROMEO VELIKOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9763 WAUKEGAN AVE
LAS VEGAS, NV 89148

ROMER & JULIET PAULINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 WATER HAZARD LN
LAS VEGAS, NV 89148

ROMER & JULIET PAULINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9632 HILLVIEW RD
ANAHEIM, CA 92804

ROMERO, JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 CRAWFORD ST. APT #2
N LAS VEGAS, NV 89030

ROMERO, PEDRO J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3565 E COLTON AVE
LAS VEGAS, NV 89115

ROMERO,EULALIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 MENLO SQUARE #D
LAS VEGAS, NV 89101

ROMERO,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2720 MENLO SQUARE DR., #D
LAS VEGAS, NV 89101

ROMERO,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
607 TRIEST # C
LAS VEGAS, NV 89110

ROMERO,JOSUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

ROMERO; LYNN RACHEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9588 FRESH CROWN COURT
LAS VEGAS, NV 89148

ROMERO;JOSUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

ROMERO;MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1215 COBBLE LAKE
N LAS VEGAS, NV 89081

ROMMEL  BARBADILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7655 IRONWOOD KNOLL AVENUE
LAS VEGAS, NV 89113

ROMMEL & MARY ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
119 WATER HAZARD LN
LAS VEGAS, NV 89148

ROMMEL & MARY ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
914 E OLIVE AVE
BURBANK, CA 91501

ROMMEL & MILAGROS BARBADILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7655 IRONWOOD KNOLL AVENUE
LAS VEGAS, NV 89113

ROMMEL BARBADILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 MYRTLE SPRINGS CT
LAS VEGAS, NV 89148

ROMO,ANTHONY R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3400 CABANA RD # 2118
LAS VEGAS, NV 89122

ROMO-RIZO JR.; JOSE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5831 W. LA MADRE WAY
LAS VEGAS, NV 89130

ROMUALDO & MICHAEL DEGUZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6484 AETHER ST
LAS VEGAS, NV 89148

ROMULUS ARCHERI
P.O.BOX 28533
LAS VEGAS NV 89126

ROMY & DORENE OCAMPO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

RON & MARCI TURKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 SCRAMBLE DR
LAS VEGAS, NV 89148

RON & MARIA AMERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4312 SAN MARINO CT
ELK GROVE, CA 95758

RON & MARIA AMERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1052
LAS VEGAS, NV 89148

RON & MICHELLE FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 W TORINO AVE
LAS VEGAS, NV 89139

RON & MICHELLE FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1123
LAS VEGAS, NV 89148

RON & SARIT LUGASHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9727 DIETERICH AVE
LAS VEGAS, NV 89148

RON D. MORGAN SR. AND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23232 SOLANO RD.
CORNING, CA 96021-3054

RON D. MORGAN SR. AND
KAYLA J. MORGAN
23232 SOLANO RD.
CORNING CA 96021-3054

RON FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1095
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

RON GILLETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9534 CASTILLANA COURT
LAS VEGAS NV 89147

RON GORSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1875 MESQUITE CANYON DR
LAS VEGAS NV 89012

RON MCTAGUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 RUSTY PLANK AVE
LAS VEGAS, NV 89148

RON RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12420 WINDANCE DR
GULFPORT, MS 39503

RON RUBI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 SOGGY RUFF WAY
LAS VEGAS, NV 89148

RON SOLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6872 ROSE MALLOW ST.
LAS VEGAS NV 89147

RON WARFIELD TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2345 N BETH WAY
FLAGSTAFF, AZ  86001

RONALD & CAROL LERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26822 CALLE MARIA
MISSION VIEJO, CA 92691

RONALD & CAROL LERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

RONALD & DIXIE ZACHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
682 VORTEX AVE
HENDERSON, NV 89002

RONALD & IRENE HILLGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
896 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

RONALD & LORETTA SHAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17015 JEANETTE AVENUE
CERRITOS CA 90703

RONALD & MARCI TURKEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1018 SHELDON AVENUE
STATEN ISLAND NY 10309-2115

RONALD & MARY ALDINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6009 GOLDEN SADDLE ST
LAS VEGAS, NV 89130

RONALD & MARY ALDINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7233 GOLDEN FALCON ST
LAS VEGAS, NV 89131

RONALD & MELISSA DEJONGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7201 COTTONSPARROW ST
LAS VEGAS, NV 89131

RONALD & MELODY THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

RONALD & MICHELLE FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3378 W PEBBLE RD
LAS VEGAS, NV 89139

RONALD & MICHELLE FAITHFULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1005
LAS VEGAS, NV 89148

RONALD & MIYA STATON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 RANCHO MARIA ST
LAS VEGAS, NV 89148

RONALD & ROBERTA LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 DON MIGUEL CIR
PALM DESERT, CA 92260

RONALD & ROBERTA LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 PUNTO VALLATA DR
HENDERSON, NV 89011

RONALD & SANDRA HINDMARCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

RONALD & TAMMY TABURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

RONALD F STEVENSON II
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 VIA PALERMO DR
HENDERSON, NV 89011-0824

RONALD F. STEVESON II
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 VIA PALERMO DR
HENDERSON, NV 89011-0824

RONALD HERMIDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 HIDDEN HOLE DR
LAS VEGAS, NV 89148

RONALD MANFREDINI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

RONALD MCDONALD HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2323 POTOSI ST.
LAS VEGAS NV 89146

RONALD MCKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1624 RUSSET DR
EUGENE, OR 97401

RONALD MCKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
766 WIGAN PIER DR
HENDERSON, NV 89002

RONALD SOLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6872 ROSE MALLOW ST
LAS VEGAS, NV 89148

RONALD YATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
339 CART CROSSING WAY
LAS VEGAS, NV 89148

RONALDO & SUSAN DEANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
124 HONORS COURSE DR
LAS VEGAS, NV 89148

RONDA GUTIERREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
948 VIA STELLATO ST
HENDERSON, NV 89011

RONEN ARAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1906 E DESERT LN
PHOENIX, AZ 85042

RONEN ARAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9735 MARCELLINE AVE
LAS VEGAS, NV 89148

RONG FANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 CONNEMARA WAY APT 18
SUNNYVALE, CA 94087

RONG FANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2091
LAS VEGAS, NV 89148

RONNEL MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 SEA RIM AVE
LAS VEGAS, NV 89148

RONNIE YESHARIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17401 VENTURA BLVD STE A17
ENCINO, CA 91316

RONNIE YESHARIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
483 CENTER GREEN DR
LAS VEGAS, NV 89148

RONNY & CATHERINE CHARRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
248 WICKED WEDGE WAY
LAS VEGAS, NV 89148

RONQUILLA SIGALA;OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6411 W. DEER SPRINGS
LAS VEGAS, NV

ROPP, CYNTHIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1445 SAN FELIPE DR
BOULDER CITY, NV 89005

ROQUE-FLORES;CARLOS MAGNO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5190 CHAMPION AVE
LAS VEGAS, NV 89119

RORIE, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
386 CENTER GREEN DR
LAS VEGAS, NV 89148

ROSA & JULIO MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18648 HILLSBORO RD
NORTHRIDGE, CA 91326

ROSA & JULIO MENDOZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9788 ZIEGLER AVE
LAS VEGAS, NV 89148

ROSA MARQUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ROSALBA AND GINO FERRARO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10254 SOFFERTO AVE
LAS VEGAS NV 89135

ROSALES R.,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3204 E. CAREY AVE
NORTH LAS VEGAS, NV 89030

ROSALES;LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4747 LUCITE LN, #3
LAS VEGAS, NV 89115

ROSALIE & EFREN CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 SAN MIGUEL COR A RITA STS
SAN JUAN CITY METRO MANILA
PHILIPPINES

ROSALIE & EFREN CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45 TALL RUFF DR
LAS VEGAS, NV 89148

ROSALINDA MALLARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
243 CROOKED TREE DRIVE
LAS VEGAS NV 89148

ROSALLBINA THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
511 PAINTED CLOUD PLACE
LAS VEGAS, NV 89144

ROSALYN ORDONEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1165
LAS VEGAS, NV 89147

ROSALYN ORDONEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94-1080 HALELEHUA ST
WAIPAHU, HI 96797

ROSALYNN & JAMES KIRK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
526 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROSARIO & RICARDO APACIONADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8045 HAMLIN AVE
SKOKIE, IL 60076

ROSARIO & RICARDO APACIONADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9749 MARCELLINE AVE
LAS VEGAS, NV 89148

ROSARIO & RIZALINDO REBONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1023 VIA CALDERIA PL
HENDERSON, NV 89011

ROSE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
391 CENTER GREEN DR
LAS VEGAS, NV 89148

ROSE LAW GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6613 N. SCOTTSDALE ROAD
SUITE 200
SCOTTSDALE, AZ 85250

ROSE MILCHLING
BANKRUPTCY SPECIALIST
INTERNAL REVENUE SERVICE
110 CITY PARKWAY, STOP 5028 LVG
LAS VEGAS, NV 89106

ROSE SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

ROSEANNE SCAROLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

ROSEDALE CLO II LTD
TROY ISAKSEN
700 ALEXANDER PARK, SUITE 201
PRINCETON, NJ 08540

ROSEDALE CLO LTD
TROY ISAKSEN
700 ALEXANDER PARK, SUITE 201
PRINCETON, NJ 08540

ROSELLAMAR DELMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1102 W 204TH ST
TORRANCE, CA 90502

ROSELLAMAR DELMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 PAXON HOLLOW CT
LAS VEGAS, NV 89148

ROSEMARIE & REYNALDO CELARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 HONORS COURSE DR
LAS VEGAS, NV 89148

ROSEMARY CUNNINGHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
224 VIA LUNA ROSA CT
HENDERSON, NV 89011

ROSEMARY GEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 LAKEWOOD CIR
SAN MATEO, CA 94402

ROSEMARY GEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 BLAVEN DR
HENDERSON, NV 89002

ROSEMARY H. COOLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1993 S. MESA DRIVE
PALM SPRINGS CA 92264

ROSEMARY KLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1057 VIA CORTO ST
HENDERSON, NV 89011

ROSEMARY KLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2550 GLENKERRY DR
ANCHORAGE, AK 99504

ROSEN,IAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 MOHAWK ST
LAS VEGAS, NV 89107

ROSENFELD & HANSEN LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGHES PARKWAY
SUITE 650
LAS VEGAS NV 89109

ROSENFELD & MONEY, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 HOWARD HUGHES PKWY # 650
LAS VEGAS NV 89109

ROSENFELD ROBERSON
RE:REEF COLONIAL, LLC
C/O BART K. LARSEN, ESQ.
6725 VIA AUSTI PARKWAY, SUITE 200
LAS VEGAS, NV 89119

ROSENLUND, SARALYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5493 RAILROAD RIVER AVENUE
LAS VEGAS, NV 89139

ROSETTE BLOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2104
LAS VEGAS, NV 89148

ROSITA & NICOLAS PRECIADO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3700 SAN PABLO AVENUE
HERCULES CA 94547

ROSS & ROSEMARY PORTALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9260 ORCHID PANSY AVE
LAS VEGAS, NV 89148

ROSS BROUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

ROSS LEWIS WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 OTONO LOOP
KYLE, TX 78640-5804

ROSS WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
304 OTONO LOOP
KLYE, TX 78640-5804

ROSS WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9657 BELLE AMOUR LANE
LAS VEGAS NV 89123

ROSS WOODARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9700 DIETERICH AVE
LAS VEGAS, NV 89148

ROSSI MCKEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

ROSSI MCKEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 ELDEN DR NE
ATLANTA, GA 30342

ROSYLENE POZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6644 BABYS TEAR PL
LAS VEGAS, NV 89148

ROTH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9734 ZIEGLER AVE
LAS VEGAS, NV 89148

ROTH STAFFING COMPANIES
DEPT 8892
LOS ANGELES CA 90084-8892

ROTO ROOTER SERVICES CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5372 COLLECTION CENTER DRIVE
CHICAGO IL 60693

ROTO-ROOTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5672 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

ROTROFF WILLIAM H
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3998  HEATHER AVE
KINGMAN, AZ 86401

ROUBEN & SARKIS PAPIKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 CASCADE LAKE ST
LAS VEGAS, NV 89148

ROUBEN & SARKIS PAPIKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1734 N OGDEN DR
LOS ANGELES, CA 90046

ROUBEN PAPIKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1551 N LA BREA AVE PH
HOLLYWOOD, CA 90028

ROUBEN PAPIKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

ROUBEN PAPIKIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

ROUMIANA TZENOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65 DAISY SPRINGS CT
LAS VEGAS, NV 89148

ROUTE 66 MOTORSPORTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2501 BEVERLY AVE.
KINGMAN AZ 86401

ROWENA & EMMANUEL DELA CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1138 OLIVIA PARKWAY
HENDERSON NV  89015

ROWENA & EMMANUEL DELACRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1138 OLIVIA PKWY
HENDERSON, NV 89011

ROWENA CAYABYAB-DUREG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1911 ALTA OAKS DR
ARCADIA, CA 91006

ROWENA CAYABYAB-DUREG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
93 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

ROY & OCTAVIA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 RAMO DR
ROCHESTER, NY 14606

ROY & OCTAVIA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
976 VIA STELLATO ST
HENDERSON, NV 89011

ROY & PEGGY PENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

ROY & SHIRLEY MARRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 BLAVEN DR
HENDERSON, NV 89002

ROY & SUSAN MORALDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
164 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

ROY & SUSAN MORALDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200006 TANAGER CT
SANTA CLARITA, CA 91351

ROY ADAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22797 WATSON HEIGHTS CIR
ASHBURN, VA 20148

ROY ADAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 TAYMAN PARK AVE
LAS VEGAS, NV 89148

ROY THEISS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 VIA FRANCIOSA DR
HENDERSON, NV 89011

ROYAL CUSTOM DESIGN, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1449 INDUSTRIAL PARK ST.
COVINA, CA 91722

ROYAL FESTIVALS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3675 S. RAINBOW BLVD
# 107-131
LAS VEGAS NV 89103

ROYAL SECURITY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2770 S. MARYLAND PKWY, STE 312
LAS VEGAS NV 89109

ROYAL SLUSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3436 OBERSON LN
N LAS VEGAS, NV 89032

ROYCE INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 WEST BROOKS AVE.
N. LAS VEGAS, NV  89030

RS CONSULTING
P.O. BOX 50511
PARKS AZ 86018

RS CROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21300 RIVER ROAD
PERRIS, CA 92570

RSC EQUIPMENT RENTAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3380 ST ROSE E23PKWY
HENDERSON, NV 89052

RSM MCGLADREY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 S. 4TH STREET
SUITE 600
LAS VEGAS NV 89101

RSUI INDEMNITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
945 E. PACES FERRY RD., SUITE 1800
ATLANTA, GA 30326

RSVP  PARTY RENTALS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4445 S. VALLEY VIEW #7
LAS VEGAS, NV  89103

RTS CONCRETE
ROBERT
4524 ORANGE HEIGHTS STREETS
LAS VEGAS NV 89129

The Rhodes Companies, LLC - U.S. Mail

RUANO,SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
828 N. 24TH ST. # A
LAS VEGAS, NV 89101

RUBEN & MARTHA VILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
743 WIGAN PIER DR
HENDERSON, NV 89002

RUBEN REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
783 ESPERANZA PL
CHULA VISTA, CA 91914

RUBEN REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

RUBEN REYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 BROKEN PUTTER WAY
LAS VEGAS, NV 89148-5254

RUBIO OROZCO;ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4511 CALICO CLIFF
N LAS VEGAS, NV 89031

RUBIO, WILLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6013 CEDAR LAKE COURT
LAS VEGAS, NV 89110

RUBIO; BARTOLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3751 MAJESTY PALM DR
LAS VEGAS, NV 89115

RUBIO;SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2509 REYNOLDS AVE
N LAS VEGAS, NV 89030

RUBY & ROBERT DUQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
246 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

RUBY RIETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24072 MADEIROS AVE
HAYWARD, CA 94541

RUBY RIETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
317 DOG LEG DR
LAS VEGAS, NV 89148

RUBY SHERBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
320 DOG LEG DR
LAS VEGAS, NV 89148

RUBY SHERBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7137 CRESSIDA CT
LAS VEGAS, NV 89113

RUDY & LINDSAY MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7725 FALCONWING AVE
LAS VEGAS, NV 89131

RUDY & SHIRLEY CARRASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1980 WESLEY DR
FOLSOM, CA 95630

RUDY & SHIRLEY CARRASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1087
LAS VEGAS, NV 89148

RUDY GLASS CO., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1920 HOLLY AVE
LAKE HAVASU CITY AZ 86403

RUELAS, JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 N. NELLIS #2086
LAS VEGAS, NV 89110

RUFINA CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1051 VIA SAN GALLO CT
HENDERSON, NV 89011

RUFINA CORPUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13122 BELLA VISTA CT
CHINO HILLS, CA 91709

RUFINO DEGUZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
795 ALDER GREEN AVE
HENDERSON, NV 89002

RUGBY INDUSTRIAL PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4545 W DIABLO
SUITE B
LAS VEGAS, NV 89118

RUGER'S H2O TRUCKING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26608 S 187TH STREET
QUEEN CREEK, AZ 85242

RUI & CHAO-JU CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

RUI & CHAO-JU CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3225 RIVERA ST
SAN FRANCISCO, CA 94116

RUI DONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 314
LAS VEGAS, NV 89113

RUI DONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9330 HORSE CANYON DR
LAS VEGAS, NV 89178

RUIZ GOMEZ;JUAN MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1325 TORRINGTON DR
LAS VEGAS, NV 89108

RUIZ MIRANDA;SUSANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR.
N LAS VEGAS, NV 89030

RUIZ RALPH L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3859  HEATHER AVE
KINGMAN, AZ 86401

RUIZ, JUAN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1513 VIRGIL ST
LAS VEGAS, NV 89110

RUIZ, MAURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1304 NORTH JONES BLVD
LAS VEGAS, NV 89108

The Rhodes Companies, LLC - U.S. Mail

RUIZ,ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. CAREY AVE # 1402
NORTH LAS VEGAS, NV 89030

RUIZ,HUGO C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2212 CARROLL ST
NORTH LAS VEGAS, NV 89030

RUIZ,JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3660 ALA DR. # 2
LAS VEGAS, NV 89103

RUIZ,MOISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2220 E. OWENS AVE
NORTH LAS VEGAS, NV 89030

RUIZ,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2725 E. EVANS # 151
NORTH LAS VEGAS, NV 89030

RUIZ,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3417 E. CHEYENNE AVE # 175
NORTH LAS VEGAS, NV 89030

RUIZ;VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2725 E. EVANS # 151
N LAS VEGAS, NV 89030

RUIZ-A.,GAUDENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1835 N. BRUCE ST
N LAS VEGAS, NV 89030

RUMANY LONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 VIA STRETTO AVE
HENDERSON, NV 89011

RUPALI GUPTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 TAYMAN PARK AVE
LAS VEGAS, NV 89148

RUPERTON RIVERA
PO BOX 336503
N LAS VEGAS, NV 89033-6503

RUSH TRUCK CENTER
REGIONS INTERSTATE BILLING CENTER
DEPT. 1265 P.O.BOX 2153
BIRMINGHAM, AL 35287-1265

RUSSELL & EUGENIA BOND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1060
LAS VEGAS, NV 89148

RUSSELL & INA MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 VIA STRETTO AVE
HENDERSON, NV 89011

RUSSELL & MERCEDITA VILLAMARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
435 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

RUSSELL GOLISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4132 S RAINBOW BLVD # 396
LAS VEGAS, NV 89103

RUSSELL GOLISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9308 LEMON MINT CT
LAS VEGAS, NV 89148

RUSSELL PHILLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 BROKEN PAR DR
LAS VEGAS, NV 89148

RUSSELL RENDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6836 ROSE MALLOW ST
LAS VEGAS, NV 89148

RUSSELL, ALLIE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24927 CAMINO DE ORO WAY
MORENO VALLEY, CA 92557

RUSSO, GIUSEPPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7804 GOLDEN TALON
LAS VEGAS, NV 89131

RUSSO, NICOLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7804 GOLDEN TALON AVE
LAS VEGAS, NV 89131

RUSSO, ROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7804 GOLDEN TALON AVE
LAS VEGAS, NV 89131

RUSTY SETSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 PARK NEWPORT #31
NEWPORT BEACH CA 92660

RUTH & DOUGLAS WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3404 COY DR
SHERMAN OAKS, CA 91423

RUTH & DOUGLAS WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 115
LAS VEGAS, NV 89113

RUTH GEBREMEDHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 PALM TRACE AVE
LAS VEGAS, NV 89148

RUTH SUMMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
115 NATHAN ST
WATERBURY, CT 06708

RUTH SUMMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

RVI PLANNING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 CONGRESS AVENUE STE 30
AUSTIN TX 78701

RVI PLANNING & LANDSCAPE ARCH.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
712 CONGRESS AVE.
SUITE 300
AUSTIN TX 78701

RYAN & MARJORIE KELLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6527 BETHALTO ST
LAS VEGAS, NV 89148

RYAN & RACHEL MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6845 SCARLET FLAX ST
LAS VEGAS, NV 89148

RYAN BARNES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1733 KUDU CT
DRAPER, UT 84020

RYAN BLANCHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

RYAN CHRIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2075
LAS VEGAS, NV 89148

RYAN GILLIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8250 N GRAND CAYON DR UINT 2024
LAS VEGAS, NV 89166-3731

RYAN HAYES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9741 MARCELLINE AVE
LAS VEGAS, NV 89148

RYAN KETCHUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10599 PUEBLO SPRINGS
LAS VEGAS, NV  89123

RYAN KLOSTERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7061 W GLENN DR
GLENDALE, AZ 85303

RYAN KLOSTERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1131
LAS VEGAS, NV 89148

RYAN MANDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 RANCHO MARIA ST
LAS VEGAS, NV 89148

RYAN PLOTNICK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2150 N. TENAYA
LAS VEGAS NV 89128

RYAN RAPP & UNDERWOOD, P.L.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3101 N. CENTRAL AVENUE
SUITE 1500
PHOENIX AZ 85012-2644

RYAN SOUCIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 WICKED WEDGE WAY
LAS VEGAS, NV 89148

RYAN SOUCIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
607 ORCHARD COURSE DR
LAS VEGAS, NV 89148

RYLAND & NICOLE WHITAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

S & B MECHANICAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2325 JACARANDA ST
MESA, AZ 85213

S & L EQUIPMENT, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4346 E. MAGNOLIA ST.
PHOENIX, AZ 85034

S & S PAINT & DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4612 HAYES PLACE
LAS VEGAS, NV 89107

S & S PAINT & DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4708 ELM AVE
LAS VEGAS, NV 89110

S FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
34767 RUMFORD TER
UNION CITY, CA 94587

S FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6848 BABY JADE CT
LAS VEGAS, NV 89148

S.C. SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 W. SAHARA AVE.
SUITE 553
LAS VEGAS, NV  89102

SAARINEN, RAILI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8904 MILO WAY
LAS VEGAS, NV 89102

SABALZA-CARMONA,J FAUSTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2601 E. STEWART AVE APT 1
LAS VEGAS, NV 89101

SABDI SOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 COLLEGE PKWY
CARSON CITY, NV 89706

SACON CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7385 PRAIRIE FALCON RD., #110
LAS VEGAS NV 89128

SACRAMENTO BEE NEWSPAPER
MARK CHOW (CLASSIFIERS)
SACRAMENTO CA

SADIE YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10 COBBS CREEK WAY
LAS VEGAS, NV 89148

SAENZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 CROOKED TREE DR
LAS VEGAS, NV 89148

SAENZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 ANDOVER RIDGE CT
HENDERSON, NV 89012

SAFECO INSURANCE CO
P.O.BOX 34685
SEATTLE WA 98124-1685

SAFEGUARD BUSINESS SYSTE
BILL MAXWELL
PO BOX 910947
LOS ANGELES CA 90091-0947

SAFEGUARD BUSINESS SYSTEMS
PO BOX 88043
CHICAGO IL 60680-1043

SAFEGUARD INSURANCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 S. HIGHLAND DRIVE, BUILDING A, STE 300
LOMBARD , IL  60148

The Rhodes Companies, LLC - U.S. Mail

SAFEGUUARD INSURANC COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 S. HIGHLAND AVE., BLDG A., STE 300
LOMBARD , IL  60148

SAFELITE AUTO GLASS
P.O. BOX 633197
CINCINNATI OH 45263-3197

SAFETY KLEEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5400 LEGACY DRIVE,
CLUSTER II BLDG. 3
PLANO TX 75024

SAFETY MEETING OUTLINES, INC.
PO BOX 700
FRANKFURT, IL 60423

SAFETY RAILS OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3031 HWY 119
LONGMONT, CO 80504

SAFETY RAILS OF NEVADA, INC.
ATTN: RANDY LOFQUIST
3447 RINGSTAR RD.
LAS VEGAS, NV 89030

SAFETY RAILS OF NV INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3447 RINGSTAR ROAD
LAS VEGAS, NV 89030

SAFETY SERVICE COMPANY
P.O. BOX 6408
YUMA, AZ 85366

SAFFLES CONSTRUCTION INC
SHARON
1350 E. FLAMINGO RD.#210
LAS VEGAS NV 89119

SAGE CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2752 ABELF LANE
LAS VEGAS NV 89115

SAGE CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3112 N. NELLIS BLVD
LAS VEGAS, NV 89115

SAGE SOFTWARE, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15195 NW GREENBRIER PARKWAY
BEAVERTON OR 97006-5701

SAGEBURSH ENTERPRISES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

SAHAGUN-PALOMERA;CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1205 ORANGE AVE
LAS VEGAS, NV 89108

SAI & PAULINE YIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 HIGHLAND HILLS CT
LAS VEGAS, NV 89148

SAIL MAGAZINE
MAGAZINE PAYMENT SERVICES, INC.
P. O. BOX 1296
SAUSALITO CA 94966-1296

SAKURAI, DAVID T.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
516 PURCELL DR
LAS VEGAS, NV 89107

SALAH ELBAKRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2350 CLIPPER ST
SAN MATEO, CA 94403

SALAH ELBAKRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 FAIRWAY WOODS DR
LAS VEGAS, NV 89148

SALANGO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 CROOKED TREE DR
LAS VEGAS, NV 89148

SALANGO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19915 CHRISTINA CIR
CERRITOS, CA 90703

SALAS CASTANEDA,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1204 N. 23RD ST
LAS VEGAS, NV 89101

SALAZAR, ROBERTO HERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1728 CORDOVA LANE #C
LAS VEGAS, NV 89108

SALAZAR,EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 HONEY LAKE CT
LAS VEGAS, NV 89110

SALAZAR,GILBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1333 REXSFORD P-2
LAS VEGAS, NV 89104

SALAZAR,MARIA M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3532 CHELSEA GROVE
LAS VEGAS, NV 89122

SALAZAR,ROBIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1033 GREEN WAY
LAS VEGAS, NV 89108

SALAZAR,VALENTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3404 LILLIS CR
N LAS VEGAS, NV 89030

SALAZAR;EDGAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1221 HONEY LAKE CT
LAS VEGAS, NV 89110

SALAZAR;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6919 DUNSBACH WAY # B
LAS VEGAS, NV 89156

SALAZAR;SERGIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4816 VIA RENALDO
LAS VEGAS, NV 89103

SALCIDO-LOPEZ;TEODULO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE
LAS VEGAS, NV 89115

SALDANA, JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2812 DESERT SONG DRIVE
LAS VEGAS, NV 89106

The Rhodes Companies, LLC - U.S. Mail

SALDI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
139 CROOKED PUTTER DR
LAS VEGAS, NV 89148

SALEM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
384 HARPERS FERRY AVE
LAS VEGAS, NV 89148

SALESTRAG VEGAS SEMINAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 ALTA DR 1406
LAS VEGAS, NV 89145-8501

SALESTRAQ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 ALTA DR. #1406
LAS VEGAS , NV  89145

SALESTRAQ
LARRY MURPHY
9101 ALTA DR. #1406
LAS VEGAS NV 89145

SALESTRAQ OF NEW MEXICO
P.O. BOX 16025
ALBUQUERQUE NM 87191

SALGADO;ALFRED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 SILVER DOLLAR AVE APT 201
LAS VEGAS, NV 89102

SALGADO;JOSE A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 SILVER DOLLAR AVE APT 201
LAS VEGAS, NV 89102

SALGADO-LAUREL;SANTIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1309 22ND ST # 1
LAS VEGAS, NV 89101

SALINAS T,RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2119 WEBSTER ST
NORTH LAS VEGAS, NV 89030

SALINAS, JOSE ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4716 SHOEN AVENUE
LAS VEGAS, NV 89110

SALINAS;MIGUEL A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3208 TAYLOR
N LAS VEGAS, NV 89030

SALINAS-E,ALFONZO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3142 RICHFORD PL
LAS VEGAS, NV 89102

SALINAS-MAGANA,ALAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4716 SHOEN AVE
LAS VEGAS, NV 89110

SALINIAS T.;RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2119 WEBSTER ST
N LAS VEGAS, NV 89030

SALLY BALECHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7251 W LAKE MEAD #300
LAS VEGAS, NV 89128

SALLY BENGOECHEA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 VIA DI CITTA
HENDERSON NV 89011

SALOMON & LILIAN DERAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18827 CLEARBROOK ST
NORTHRIDGE, CA 91326

SALOMON & LILIAN DERAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25 LAYING UP CT
LAS VEGAS, NV 89148

SALVADOR & ELEANOR GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
291 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

SALVADOR,ERIC F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7773 N. NATHAN HALE AVE.
TUCSON, AZ 85741

SALVATORE, WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4466 REGALO BELLO ST
LAS VEGAS, NV 89135

SAM & CINDY WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

SAM & CINDY WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
79 DORADO TER
SAN FRANCISCO, CA 94112

SAM & DONELLA BOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4775 FRANKFURT CT
LAS VEGAS, NV 89147

SAM & DONELLA BOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5138 SPANISH HILLS DR
LAS VEGAS, NV 89148

SAM & SHIRLEY WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2609 8TH AVE
OAKLAND, CA 94606

SAM & SHIRLEY WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1168
LAS VEGAS, NV 89147

SAM HUYNH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
503 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

SAM TSAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 SEA RIM AVE
LAS VEGAS, NV 89148

SAM TSAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 SUSAN PL
EDISON, NJ 08817

SAM ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 COOKS CREEK CT
LAS VEGAS, NV 89148

SAM ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
194 STRATA AVE
LAS VEGAS, NV 89148

SAMANTHA RADAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1037
LAS VEGAS, NV 89148

SAMANTHA WIMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

SAMBUCO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 SPRUCE LN
VALLEY STREAM, NY 11581

SAMBUCO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 ARBORCREST AVE
LAS VEGAS, NV 89131

SAME DAY BANNER & PRINT
SUPPLIES
4000 W. ALI BABA LANE, STE. A
LAS VEGAS NV 89118

SAME DAY PAINT & BODY CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
704 W. SUNSET RD.
HENDERSON, NV 89015

SAMMY LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2146 18TH AVENUE
SAN FRANCISCO 94116

SAMPSON, JASON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6201 SWEETBRIAR
LAS VEGAS, NV 89146

SAMRAN & KHORAPHIN THOMLOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4717 ASHINGTON ST
LAS VEGAS, NV 89147

SAMRAN & KHORAPHIN THOMLOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5145 COLFAX AVE
NORTH HOLLYWOOD, CA 91601

SAMROK USA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
236 CROOKED TREE DR
LAS VEGAS, NV 89148

SAMROK USA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43 RANCHRIDGE DR NW
CALGARY  AB T3G 1
CANADA

SAM'S CLUB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7175 SPRING MOUNTAIN ROAD
LAS VEGAS NV 89117

SAM'S CLUB/GECF
P.O. BOX 530970
ATLANTA, GA  30353-0970

SAMSUL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
153 CROOKED PUTTER DR
LAS VEGAS, NV 89148

SAMUEL & CYNTHIA AVILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
787 WIGAN PIER DR
HENDERSON, NV 89002

SAMUEL & FLORA WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

SAMUEL & FLORA WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 JACARANDA BAY ST
LAS VEGAS, NV 89139

SAMUEL & FLORA WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7540 JACKARANDA BAY ST
LAS VEGAS, NV 89139

SAMUEL & FLORA WALLACE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9706 MARCELLINE AVE
LAS VEGAS, NV 89148

SAMUEL & VI LYALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4330 QUAIL RUN CT
DANVILLE, CA 94506

SAMUEL & VI LYALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5 CANDIDE ST
HENDERSON, NV 89002

SAMUEL AND OSSIE WIGGINS
C/O ERIC RANSAVAGE
7401 ARBORCREST AVE.
LAS VEGAS, NV 89131

SAMUEL AZEKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 PANGLOSS ST
HENDERSON, NV 89002

SAMUEL AZEKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1942 SUNDOWN CANYON DR
HENDERSON, NV 89014

SAMUEL ELMORE IV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1030 WEATHER BOARD
HENDERSON NV 89011

SAMUEL HO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43643 SOUTHERLAND WAY
FREMONT, CA 94539

SAMUEL HO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6684 AVISTON ST
LAS VEGAS, NV 89148

SAMUEL SHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4733 ASHINGTON ST
LAS VEGAS, NV 89147

SAN BERNARDINO COUNTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
670 E. GILBERT ST.
SAN BERNARDINO CA 92415-0133

SAN GABRIEL CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10120 W. FLAMINGO RD.
STE 4-195
LAS VEGAS,  NV  89147

SAN GABRIEL CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9435 W TROPICANA AVE, #102 PMB157
LAS VEGAS, NV 89147

SAN GABRIEL CONSTRUCTION
ATTN: ERIC GARCIA
9435 W. TROPICANA SUITE 102 PMB 157
102 PMB 157
LAS VEGAS, NV 89147

SAN JOSE BUSINESS JOURNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
96 N. 3RD STREET
SUITE 100
SAN JOSE CA 95112

SAN MIGUEL, MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 CORA HILLS CT
LAS VEGAS, NV 89148

SANABRIA;FERNANDO J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2235 SHATZ ST
LAS VEGAS, NV 89156

SANABRIA;ISRAEL JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2235 SHATZ
LAS VEGAS, NV 89156

SANCHEZ CORNEJO,DAVID DE JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2216 W. OWENS AVE
NORTH LAS VEGAS, NV 89030

SANCHEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 TALBOT DR
HOLLISTER, CA 95023

SANCHEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

SANCHEZ HURTADO,JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
517 N. 28TH ST # 48
LAS VEGAS, NV 89101

SANCHEZ JIMENEZ;ROMEO
P.O. BOX 43935
LAS VEGAS, NV 89116

SANCHEZ JOSE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5017 SAGELYN ST
LAS VEGAS, NV 89122-0837

SANCHEZ LOPEZ,EFRAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2417 ARROWHEAD
NORTH LAS VEGAS, NV 89030

SANCHEZ V, JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR APT 13C
N LAS VEAGS, NV 89030-8152

SANCHEZ, JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR APT 13C
N LAS VEGAS, NV 89030-8152

SANCHEZ, JOSE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5017 SAGELYN ST
LAS VEGAS, NV 89122-0837

SANCHEZ, MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1760 N. DECATUR BLVD., #27
LAS VEGAS, NV 89108

SANCHEZ, OSCAR F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1846 BARTOLI #2
LAS VEGAS, NV 89115

SANCHEZ, SHANE K
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10085 CHESTNUT WOOD AVE
LAS VEGAS, NV 89148

SANCHEZ,ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1823 FULSTONE WAY # 1
LAS VEGAS, NV 89115

SANCHEZ,BARBA,ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2558 SAN FELIPE ST
LAS VEGAS, NV 89115

SANCHEZ,BRYAN N.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2664 SPRUCE CREEK DR
LAS VEGAS, NV 89135

SANCHEZ,JOSAFAT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 KARI LEE
LAS VEGAS, NV 89146

SANCHEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5004 S. MARYLAND PKWY # 10
LAS VEGAS, NV 89119

SANCHEZ,JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1936 CINDY SUE # D
LAS VEGAS, NV 89106

SANCHEZ,JOSE F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6063 SHENANDOAH AVE
LAS VEGAS, NV 89156

SANCHEZ,LIBRADO S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8632 YAMAMOTO ST
LAS VEGAS, NV 89131

SANCHEZ,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
816 JUDSON AVE
NORTH LAS VEGAS, NV 89030

SANCHEZ,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3964 SILVER DOLLAR AVE., #3964
LAS VEGAS, NV 89102

SANCHEZ-MONTEON;PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER # 3A
N LAS VEGAS, NV 89030

SANCHEZ-SOTO,MARIO R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
841 PARK HURST ST
LAS VEGAS, NV 89110

SANDERS CONSTRUCTION INC
P.O. BOX 92707
HENDERSON NV 89009

SANDERS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 WHITE BLUFFS ST
LAS VEGAS, NV 89148

SANDERS MARY E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3968  HEATHER AVE
KINGMAN, AZ 86401

SANDERS, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 E. KAREN AVE #324
LAS VEGAS, NV 89109

The Rhodes Companies, LLC - U.S. Mail                                                    Served 9/28/2009

SANDERS, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5421 E HARMON AVE. #P-21
LAS VEGAS, NV 89122

SANDI BERENDJI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 WATERTON LAKES AVE
LAS VEGAS, NV 89148

SANDI MENTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

SANDLIN LUMBER COMPANY, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5555 SOUTH ARVILLE
LAS VEGAS NV 89118

SANDOVAL SANABIA,MAURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3325 N. NELLIS BLVD # 171
LAS VEGAS, NV 89115

SANDOVAL;ANNA P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
579 POMEROL AVE
LAS VEGAS, NV 89123

SANDOVAL;FRANCISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3038 CARROLL ST.
N LAS VEGAS, NV 89030

SANDOVAL-ARIAS,TEODORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2524 MCCARREN APT 6
NORTH LAS VEGAS, NV 89030

SANDRA & WARREN WARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9581 LOS COTOS CT
LAS VEGAS, NV 89147

SANDRA FLETES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIA PRATO LN
HENDERSON, NV 89011

SANDRA GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15353 PATRONELLA AVE
GARDENA CA 90249

SANDRA M. WELPMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3014 LAKE BLAKELY RD.
HENDERSON NV 89052

SANDRA MCKENZIE
BANKRUPTCY SPECIALIST
INTERNAL REVENUE SERVICE
110 CITY PARKWAY, STOP 5028 LVG
LAS VEGAS, NV  89106

SANDRA PERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2029
LAS VEGAS, NV 89148

SANDRA STACEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5114 SCENIC RIDGE DR
LAS VEGAS NV 89148

SANDROWITZ, KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 LATTIMORE
LAS VEGAS, NV 89128

SANDVICK EQUIPMENT AND
SUPPLY COMPANY
P.O. BOX 8220
PHOENIX AZ 85066

SANDY ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6646 S DAPPLE GRAY RD
LAS VEGAS, NV 89148

SANDY ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9435 W TROPICANA AVE # 102-101
LAS VEGAS, NV 89147

SANDY HUBKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2404 N STOCKTON HILL RD #F
KINGMAN, AZ 86401

SANDY LAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6831 BABY JADE CT
LAS VEGAS, NV 89148

SANDY MCBRIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1306 AUTUMN WIND WAY
HENDERSON, NV 89012

SANG & YEN LY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
767 TOSSA DE MAR AVE
HENDERSON, NV 89002

SANHAPIT SAMPATISIRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10530 WILSHIRE BLVD APT 406
LOS ANGELES, CA 90024

SANHAPIT SAMPATISIRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

SANTA FE PACIFIC R.R.
C/O NEWMONT REALTY COMPANY
1700 LINCOLN STREET
DENVER CO 80203

SANTA FE RANCH P.O.A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1834 HIGHWAY 95
BULLHEAD CITY AZ 86442

SANTA MONICA AIRPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3223 DONALD DOUGLAS LOOP SOUTH
SUITE 3
SANTA MONICA CA 90405

SANTAELLA ARELLANO;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5350 TROPICANA AVE
LAS VEGAS, NV 89022

SANTANA,OMAR R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1915 CRAWFORD
NORTH LAS VEGAS, NV 89030

SANTIAGO GARCIA,CANDIDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 CRESTLINE DR
LAS VEGAS, NV 89107

SANTIAGO MARTINEZ,RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 CRESTLINE
LAS VEGAS, NV 89107

SANTIAGO, JUAN A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1600 PACIFIC TERRACE DR
LAS VEGAS, NV 891258-3262

The Rhodes Companies, LLC - U.S. Mail

SANTIAGO,JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5266 STAMPA AVE
LAS VEGAS, NV 89146

SANTIAGO;ALEXIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5528 GREAT DIVIDE
N LAS VEGAS, NV 89031

SANTIAGO-CRUZ,OSCAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 CRESTLINE
LAS VEGAS, NV 89107

SANTIAGO-MARTINEZ,IVAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
409 CRESTLINE # D
LAS VEGAS, NV 89107

SANTINI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4710 LAGUNA VISTA ST
LAS VEGAS, NV 89147

SANTORO, DRIGGS, WALCH,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 S. FOURTH ST  3RD FLOOR
LAS VEGAS, NV 89101

SANTOS-LAZARO,JOEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 CHRISTINA ST.
NORTH LAS VEGAS, NV 89030

SANTOS-LINARES,LEONARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1413 HENRI DR APT A
LAS VEGAS, NV 89110

SANUCCI, KATHRYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7230 SHALLOWFORD AVE
LAS VEGAS, NV 89131

SARA EFRAIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

SARA GRIMALDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7216 COTTONSPARROW ST
LAS VEGAS, NV 89131

SARA STOTTLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 BLAVEN DR
HENDERSON, NV 89002

SARABIA, GABRIEL QUINTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1498 ARLINGTON HEIGHTS
LAS VEGAS, NV 89110

SARABRIA-RIVERO;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1842 STANFORD
N LAS VEGAS, NV 89030

SARAH & BRALY JOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 CROOKED PUTTER DR
LAS VEGAS, NV 89148

SARAH GURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2868 REEF BAY LN
LAS VEGAS, NV 89128

SARAH GURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4784 FRANKFURT CT
LAS VEGAS, NV 89147

SARAH THORNTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9616 PORT ORANGE LN
LAS VEGAS NV 89134

SARAH WOLFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

SAREENA MANISUTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 ANGELS TRACE CT
LAS VEGAS, NV 89148

SARI GROSSMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
511 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

SARINDAR & PARAMJIT DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
43542 CALLEGOS AVE
FREMONT, CA 94539

SARINDAR & PARAMJIT DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2009
LAS VEGAS, NV 89148

SARINDAR & PARAMJIT DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2012
LAS VEGAS, NV 89148

SASSAN SADIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
328 BROKEN PAR DR
LAS VEGAS, NV 89148

SASSAN SADIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
335 1ST ST
LOS ALTOS, CA 94022

SATVINDER & BALBIR DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44570 MONTCLAIRE CT
FREMONT, CA 94539

SATVINDER & BALBIR DHILLON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6818 BABY JADE CT
LAS VEGAS, NV 89148

SAUNDERS BROTHERS
PO BOX 1016
WESTBROOK, ME 04098-1016

SAVALZA,RAMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2217 SUNRISE AVE
LAS VEGAS, NV 89101

SAVEERA LAMWAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1201 FOLSOM ST
SAN FRANCISCO, CA 94103

SAVEERA LAMWAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

SAVINGS COLONIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2626 A WEST FREEWAY
FORT WORTH, TX 76102

SAVINGS COLONIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 CART CROSSING WAY
LAS VEGAS, NV 89148

SAW HORSE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2281 CANDLESTICK AVE
HENDERSON, NV 89052

SAW HORSE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
446 CENTER GREEN DR
LAS VEGAS, NV 89148

SBC
P.O. BOX 989045
WEST SACRAMENTO CA 95798-9045

SC FUELS
P.O. BOX 14014
ORANGE , CA  92863

SCAFFIDI, KRYSTLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9461 BOROUGH PARK
LAS VEGAS, NV 89145

SCAPPA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 PANGLOSS ST
HENDERSON, NV 89002

SCARBROUGH COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7372 WALNUT AVENUE, # X
BUENA PARK CA 90620

SCARBROUGH, TYLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1511 BEACH COMBER
SEAL BEACH, CA 90740

SCENIC TECHNOLOGIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6050 S. VALLEY VIEW BLVD # C
LAS VEGAS NV 89118-3152

SCF  ARIZONA
P.O. BOX 33049
PHOENIX AZ 85067-3049

SCHALL, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1185  ORCHARD ST
GOLDEN, CO 80401

SCHARPNICK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1105 VIA CANALE DR
HENDERSON, NV 89011

SCHARPNICK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 VIA POTENZA CT
HENDERSON, NV 89011

SCHEER'S INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE, SUITE 400
WESTMONT, IL 60559-5570

SCHENCKE,MICHAEL J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9702 VALMEYER AVE
LAS VEGAS, NV 89148

SCHERMERHORN, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3305 LA CASCADA VENUE
N LAS VEGAS, NV 89031

SCHEUNER, HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1952 N HOPE RD
MIDLAND, MI 48642-7937

SCHNEIDER, MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2321 KALKASKA DR
HENDERSON, NV 89044

SCHRAMM JR., JOSEPH H.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6666 W WASHINGTON AVE APT 210
LAS VEGAS, NV 89107

SCHRECK BRIGNONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
100 CITY PKWY ASTE 1600
LAS VEGAS, NV 89106-4614

SCHULLER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6607 234TH ST SW
MOUNTLAKE TERRACE, WA 98043

SCHULLER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

SCHWAB SALES, LLC
P.O. BOX 979
GILBERT, AZ 85299-0979

SCHWARTZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2844 WESTWOOD BLVD
LOS ANGELES, CA 90064

SCHWARTZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

SCHWARTZ, ARNOLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3001 W. WARM SPRINGS #4112
HENDERSON, NV 89014

SCHWARTZ;VINCENT A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6905 CORNFLOWER #4
LAS VEGAS, NV 89123

SCHWEIT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
134 DOG LEG DR
LAS VEGAS, NV 89148

SCHWEIT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3029 MISTY HARBOUR DR
LAS VEGAS, NV 89117

SCINC MARKETING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10624 S. EASTERN AVE
STE. A-763
HENDERSON NV 89052

SCNS SPORTS FOODS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1527. W. 13TH ST.
SUITE H
UPLAND, CA  91786

SCOREGOLF CANADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5397 EGLINTON AVE. W.
SUITE 101
TORONTO, ONTARIO M9C 5K6 CANADA

The Rhodes Companies, LLC - U.S. Mail

SCOTT & ARSENIA ALDERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7232 BUGLEHORN ST
LAS VEGAS, NV 89131

SCOTT & CARA SATHRUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1620 AMALFI CT
LAS VEGAS, NV 89117-1165

SCOTT & CARA SATHRUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9655 WAUKEGAN AVE
LAS VEGAS, NV 89148

SCOTT & CONNIE WHALEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9229 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

SCOTT & DAWN STEINBACH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

SCOTT & DEBBIE HAGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
632 HARVESTER COURSE DR
LAS VEGAS, NV 89148

SCOTT & JOANNE THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1074 VIA SAINT LUCIA PL
HENDERSON, NV 89011

SCOTT & JUGATX HARTUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
969 VIA COLUMBO ST
HENDERSON, NV 89011

SCOTT & KENNI BURDETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
691 VORTEX AVE
HENDERSON, NV 89002

SCOTT & NANCY CAMERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

SCOTT A STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 VIA MEZZA LUNA CT
HENDERSON, NV 89011-0876

SCOTT A. STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
573 DURAN ST
HENDERSON NV 89015

SCOTT ANDRLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
298 PALM TRACE AVE
LAS VEGAS, NV 89148

SCOTT ARCHITECTURAL LIGHTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
355 WATT DRIVE
FAIRFIELD CA 94585

SCOTT CAREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 FALCONS FIRE AVE
LAS VEGAS, NV 89148

SCOTT CAREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3540 W SAHARA AVE # 736
LAS VEGAS, NV 89102

SCOTT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1082 OLIVIA PKWY
HENDERSON, NV 89011

SCOTT FLANIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2516 MALAGA DR
SAN JOSE, CA 95125

SCOTT FLANIGAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1059
LAS VEGAS, NV 89148

SCOTT LEBARON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

SCOTT NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 QUAIL VALLEY ST
LAS VEGAS, NV 89148

SCOTT POLETTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
952 VIA VANNUCCI WAY
HENDERSON, NV 89011

SCOTT R. HOOPINGARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10175 SPENCER ST #2
LAS VEGAS NV 89123

SCOTT SCARBROUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1250 PACIFIC COAST HWY
SEAL BEACH , CA  90740

SCOTT SCARBROUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1511 BEACHCOMBER
SEAL BEACH, CA 90740-5735

SCOTT SEGARS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
492 VIA DEL FORO DR
HENDERSON, NV 89011

SCOTT SIMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9695 KAMPSVILLE AVE
LAS VEGAS, NV 89148

SCOTT SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

SCOTT STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 VIA MEZZA LUNA CT
HENDERSON, NV 89011

SCOTT WILKINS
P.O. BOX 743204
LOS ANGELES CA 90004

SCOTT-GAUTHIER DEBRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2800 BROOKPARK DR
MANHATTAN, KS 66502-8441

SCOULAR & LAURA REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10128 COLUTER PINE AVE
LAS VEGAS, NV 89129

SCOULAR & LAURA REID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2119
LAS VEGAS, NV 89148

SCR DEVELOPMENT
PO BOX 2407
COTTONWOOD, AZ 86326

SCREENMOBILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2141 HENNIKER WAY
LAS VEGAS NV 89134

SDA ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6430 LOOKOUT MOUNTAIN DR.
LAS VEGAS, NV 89110

SDA ELECTRIC, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6403 LOOKOUT MOUNTAIN DRIVE
LAS VEGAS NV 89110-1910

SDG COM SERV
P.O.BOX 28547
LAS VEGAS NV 89126

SEA BREEZE BEVERAGES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9811 W. CHARLESTON BLVD.
SUITE 2449
LAA VEGAS, NV  89117

SEALCO, INC
JOE WADKINS
875 SILVERADO RANCH BLVD.
SUITE #1164
LAS VEGAS NV 89109

SEAN & ANDREW MAGANITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
279 SOGGY RUFF WAY
LAS VEGAS, NV 89148

SEAN & ANDREW MAGANITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 FIELDSTONE DR
FREMONT, CA 94536

SEAN & LIDA CHATMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
322 ANGELS TRACE CT
LAS VEGAS, NV 89148

SEAN & LIDA CHATMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 MONTSERRAT DR
REDWOOD CITY, CA 94065

SEAN & SUZANNE BROADBENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
933 VIA STELLATO ST
HENDERSON, NV 89011

SEAN CAHALIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
512 MCDERMIT ST
LAS VEGAS, NV 89107

SEAN CALLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19401 HIGHRIDGE WAY
PORTOLA HILLS, CA 92679

SEAN CALLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

SEAN CHATMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 PINE ST. # 2106
SAN FRANCISCO CA 94111

SEAN CHATMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

SEAN CHATMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 MONTSERRAT DR
REDWOOD CITY, CA 94065

SEAN GALLAGHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
813 OLD MINE CREEK LANE
LAS VEGAS NV 89134

SEAN MCMANUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1054 VIA SAINT ANDREA PL
HENDERSON, NV 89011

SEAN ZAHNISER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1153
LAS VEGAS, NV 89147

SEAR-BROWN GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 MERIDIAN CENTRE
SUITE 250
ROCHESTER NY 14618

SEARCHLIGHT TOWNSHIP
JUSTICE COURT
P. O. BOX 815
SEARCHLIGHT NV 89046

SEARS COMMERCIAL ONE
PO BOX 689131
DES MOINESIA  50368-9131

SEARS CONTRACT SALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
74 HORSEWEED CIRCLE
HENDERSON, NV 89015

SEATON JR.,RANDALL SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4618 NORTH EDEN RD.
GOLDEN VALLEY, AZ 86413

SEBASTIAN & ANDREA CRAPANZANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 E 12TH ST
BROOKLYN, NY 11230

SEBASTIAN & ANDREA CRAPANZANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7330 RED CINDER ST
LAS VEGAS, NV 89131

SEBASTIAN & MELISSA VALLET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1028 VIA LATINA ST
HENDERSON, NV 89011

SEBASTIAN & TAMANY SILVESTRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1060 VIA CANALE DR
HENDERSON, NV 89011

SEBASTIAN AND ANDREA CRAPANZANO
C/O ERIC RANSAVAGE
7330 RED CINDER ST.
LAS VEGAS, NV 89131

SEBASTIAN,DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1417 BROOKS AVE
NORTH LAS VEGAS, NV 89030

SECCO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail                                                                                      Served 9/28/2009

SECRETARY HOUSING AND URBAN DEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13832 N 32ND ST # D-150
PHOENIX, AZ 85032

SECRETARY HOUSING AND URBAN DEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5312 BOLSA AVE STE 200
HUNTINGTON BEACH, CA 92649

SECRETARY HOUSING AND URBAN DEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

SECRETARY HOUSING AND URBAN DEV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2115
LAS VEGAS, NV 89148

SECRETARY OF STATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 N. CARSON ST
CARSON CITY, NV 89701-4201

SECRETARY OF STATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 NORTH CARSON STREET
SUITE 1
CARSON CITY, NV  89701-4299

SECRETARY OF STATE - AZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 W. WASHINGTON
PHOENIX AZ 85007

SECRETARY OF STATE - CA
STATE OF CALIFORNIA
1500 11TH STREET, 3RD FLOOR
SACRAMENTO CA 95814

SECRETARY OF STATE - SD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 E CAPITOL AVE #204
PIERRE, SD 57501

SECRETARY OF STATE DEAN HELLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 NORTH CARSON ST, #3
CARSON CITY NV

SECURITY ONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3100 S. VALLEY VIEW
LAS VEGAS NV 89102

SECURITY TITLE ACC'T SERVICING
POST OFFICE BOX 33279
PHOENIX AZ 85067

SECURITY TITLE AGENCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4645 N. 32ND ST. #A-100
PHOENIX AZ 85018

SECURTECH, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 BERMUDA ROAD, SUITE A
LAS VEGAS NV 89119

SEDORA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4745 S FORT APACHE #300
LAS VEGAS, NV  86413

SEDORA HOLDINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

SEERUP, MICHAEL S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9749 TUMBLE LAKE CT
LAS VEGAS, NV 89147

SEETAL TEJURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 DIAMOND RUN ST
LAS VEGAS, NV 89148

SEIBERT, HILLARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2790 E. SERENE
HENDERSON, NV 89074

SEIBERT,ROCKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2685 E NORTHFIELD AVE
KINGMAN, AZ 86409

SEITZ MICHAEL E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3937  HEATHER AVE
KINGMAN, AZ 86401

SEITZ MICHAEL G TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3973  HEATHER AVE
KINGMAN, AZ 86401

SELECT BUILD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5201 SOUTH POLARIS
LAS VEGAS, NV 89118

SELECT BUILD INTEGRATED CONSTRUCTION SERV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3051 MARION DRIVE, SUITE 101
LAS VEGAS , NV  89115

SELECT BUILD OF NEVADA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4339 CORPORATE CIRCLE DR, STE 108
NORTH LAS VEGAS, NV  89030

SELECTBUILD NEVADA, INC
ATTN: MARSHA PRESMYK
SELECTBUILD NEVADA, INC (WINDOWS)
6255 RANGE ROAD
LAS VEGAS, NV 89115

SELECTBUILD NEVADA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4339 CORPORATE CIRCLE DR.,STE 108
NORTH LAS VEGAS, NV  89030

SELECTBUILD NEVADA, INC.
ATTN: MARSHA PRESMYK
SELECTBUILD NEVADA INC (ROOFING)
6255 RANGE ROAD
LAS VEGAS, NV 89115

SELECTBUILD NEVADA, INC.
SELECTBUILD NEVADA INC (WINDOWS)
6255 RANGE ROAD
LAS VEGAS, NV 89115

SELESHI LEMMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6808 SCARLET FLAX ST
LAS VEGAS, NV 89148

SELLERS PETROLEUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
821 PACIFIC AVENUE
YUMA, AZ 85365

SELLING ON HOLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1400 PRESTON RD STE 300
PLANO TX 75093

SEONG & HYANG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3833 PAHOA AVE
HONOLULU, HI 96816

SEONG & HYANG KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

SER MAC INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2601 S. HIGHLAND DR
LAS VEGAS, NV 89109

SERENA EVANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6690 KREB LAKE CT
LAS VEGAS, NV 89148

SERGEANT, RANDY RAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1660 LAKESIDE DR. PMB 436
BULLHEAD CITY, AZ 86442

SERGIO & MA GIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1147 MISSISSAUGA VALLEY BLVD
MISSISSAUGA ON
CANADA

SERGIO & MA GIMENEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 FLYING HILLS AVE
LAS VEGAS, NV 89148

SERGIO & MARIA MEDINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4718 CALIFA DR
LAS VEGAS, NV 89122

SERGIO BLASCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

SERGIO MOROTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

SERJUN ANDAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 DAISY SPRINGS CT
LAS VEGAS, NV 89148

SERNA SERNA,GABRIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5210 E. OWENS
LAS VEGAS, NV 89110

SERNA, JOSE CARRILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1883 FULSTONE WAY #2
LAS VEGAS, NV 89115

SERNA, TEODORO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5210 E OWENS AVE #A
LAS VEGAS, NV 89110

SERNA,GABRIEL A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5210 E. OWENS # A
LAS VEGAS, NV 89110

SERRANO PEREZ,L. BACILIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
98 S. MARTIN LUTHER KING # 208
LAS VEGAS, NV 89106

SERRANO,RONALD A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5621 AUBURN ST
LAS VEGAS, NV 89108

SERRANO-OLIVA,MAURICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2513 SALT LAKE ST. # A
NORTH LAS VEGAS, NV 89030

SERRATO,DIONICIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3528 ORVIS ST.
N LAS VEGAS, NV 89030

SERRATOS QUINONEZ,EDGAR OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1931 ONA MARIE
NORTH LAS VEGAS, NV 89032

SERTAC PADIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

SERV PRO NORTHWEST LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 MIDDLEGATE RD.
HENDERSON, NV 89015

SERVICE MOTOR PARTS CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 BEACH STREET
MONTEBELLO CA 90640

SERVICE PROS.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3600 HIGHLAND DR. STE # 2
LAS VEGAS NV 89103

SERVICE ROCK PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
151 CASSIA WAY
HENDERSON, NV 89014

SERVICE ROCK PRODUCTS CORPORATION
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 SOUTH RANCHO DRIVE, BLDG. D
LAS VEGAS, NV 89106

SERVICE ROCK PRODUCTS CORPORATION
C/O D. CHRIS ALBRIGHT
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 SOUTH RANCHO DRIVE, BLDG. D
LAS VEGAS, NV 89106

SERVICE SOFTWARE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2100 WEST LITTLETON BLVD
SUITE 100
LITTLETON, CO 80120

SERVICE SOFTWARE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3929 E. ARAPAHOE RD
BUILDING 6-210
CENTENNIAL, CO 80122

SERVICE SOFTWARE, LLC
SUPPORT
2100 WEST LITTLETON BLVD
SUITE 100
LITTLETON CO 80120

SERVICEMASTER BY COX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
675 MARINA BLVD
BULLHEAD CITY, AZ 86442

SERVPRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
791 MIDDLEGATE RD.
HENDERSON, NV 89015

SETH & MICHELE ROBINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9685 DIETERICH AVE
LAS VEGAS, NV 89148

SETSER, RUSTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 PARK NEWPORT #311
NEWPORT BEACH, CA 92660

The Rhodes Companies, LLC - U.S. Mail

SEVENTY THREE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

SEVENTY THREE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8020 FESTIVITY CIR
LAS VEGAS, NV 89145

SEVERSON, MATTHEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1906 NIXON
IDAHO FALLS, ID 83404

SEVERSON, MATTHEW E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 W. HACIENDA AVENUE #2069
LAS VEGAS, NV 89118

SEVILLA  ROLANDO Q & NENITA S CO-TRUSTEE
ATTN:  BANKRUPTCY DESK/ MANAGING AGENT
3956  HEATHER AVE
KINGMAN, AZ 86401

SEVILLA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
166 FLYING HILLS AVE
LAS VEGAS, NV 89148

SEVILLA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1009
LAS VEGAS, NV 89148

SEVILLA ROLANDO & NENITA CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3860  HEATHER AVE
KINGMAN, AZ 86401

SEW WHAT MARINE FABRICATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 WATERDRAGON AVE.
LAS VEGAS NV 89110

SEWER CABLE EQUIPMENT CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2834 MARCOS ST
LAS VEGAS, NV 89115-3466

SHADI & LUBA GIRGIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 HONORS COURSE DR
LAS VEGAS, NV 89148

SHAFER, T. MECHELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
742 SOLITUDE POINTE AVE
HENDERSON, NV 89012

SHAFQAAT BUKHARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
265 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

SHAFQAAT BUKHARI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9697 WAUKEGAN AVE
LAS VEGAS, NV 89148

SHAHEN & SONA APRAHAMIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 CASCADE LAKE ST
LAS VEGAS, NV 89148

SHAHNAD KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

SHAHNAD KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9313 SHOSHONE AVE
NORTHRIDGE, CA 91325

SHAK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17015 JEANETTE AVE
CERRITOS, CA 90703

SHAK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 MYRTLE SPRINGS CT
LAS VEGAS, NV 89148

SHALLBETTER INC.
DEPT. #5315
P.O. BOX 3090
MILWAUKEE WI 53201

SHAMOUN, REM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5933 HORSEHAIR BLANKET DR
N LAS VEGAS, NV 89081

SHAN O-YUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9707 VALMEYER AVE
LAS VEGAS, NV 89148

SHANE DICKENSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8164  STACEY HILLS DR
CITRUS HEIGHTS, CA 95610

SHANE MONACO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1131
LAS VEGAS, NV 89147

SHANE RENSMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1101
LAS VEGAS, NV 89147

SHANE STEPHENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1121 VIA CANALE DR
HENDERSON, NV 89011

SHANEASE BAUMAN-CALDWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

SHANETT LELIVELD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

SHANHRI-LA TEA OF SO. NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3775 W. TECO AVE.
SUITE 6
LAS VEGAS, NV  89118

SHANI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 ARBORCREST AVE
LAS VEGAS, NV 89131

SHANNA HU HOTPOINT REALTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6292 W. SPRING MOUNTAIN #105
LAS VEGAS , NV  89146

SHANNON & BETHANN GUYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

SHANNON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 SUNSHINE COAST LN
LAS VEGAS, NV 89148

SHANNON SHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 TAYMAN PARK AVE
LAS VEGAS, NV 89148

SHANNON SHIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95 WALL ST APT 717
NEW YORK, NY 10005

SHANNON SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
585 VIA DI PARIONE CT
HENDERSON, NV 89011

SHAO-NING YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24 W STATE ST APT 8
GRANBY, MA 01033

SHAO-NING YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

SHARELLE SNOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6474 AETHER ST
LAS VEGAS, NV 89148

SHARI ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 HIGHPOINT PL
WEST WINDSOR, NJ 08550

SHARI ROBBINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 SHORT RUFF WAY
LAS VEGAS, NV 89148

SHARLENE & DAVID DICKINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 OLIVIA PKWY
HENDERSON, NV 89011

SHARON BERETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
516 E PORTLAND ST
PHOENIX, AZ 85004-1843

SHARON BERRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27605 N 74TH ST
SCOTTSDALE, AZ 85266

SHARON BERRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
449 VIA PALERMO DR
HENDERSON, NV 89011

SHARON BERRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
453 VIA PALERMO DR
HENDERSON, NV 89011

SHARON BERRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
516 E PORTLAND ST
PHOENI, AZ 85004-1843

SHARON HARRELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 DIAMOND PEAK CT
LAS VEGAS, NV 89117

SHARON HARRELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9754 VALMEYER AVE
LAS VEGAS, NV 89148

SHARON NASSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2127
LAS VEGAS, NV 89148

SHARON SHINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

SHARP PLUMBING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4842 BERG STREET
LAS VEGAS , NV  89031

SHARP PLUMBING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4842 NORTH BERG STREET
NORTH LAS VEGAS NV 89081-2621

SHARRON SCOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

SHAUN & LOU SPENCER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
550 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

SHAUN SHIRAISHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
45-180 MAHALANI PL APT 19
KANEOHE, HI 96744

SHAUN SHIRAISHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1153
LAS VEGAS, NV 89148

SHAUNA MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6765 GOLD YARROW ST
LAS VEGAS, NV 89148

SHAWN BOWEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1036 VIA CANALE DR
HENDERSON, NV 89011

SHAWN KOEHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

SHAWN KOEHN
PO BOX 401244
LAS VEGAS, NV 89140

SHAWN MARION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 NORTHWINDS PKWY STE 275
ALPHARETTA, GA 30009

SHAWN MARION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9484 LOS COTOS CT
LAS VEGAS, NV 89147

SHAWN MCWILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 W HORIZON RIDGE PKWY STE 202
HENDERSON, NV 89012

SHAWN MCWILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
47 BLAVEN DR
HENDERSON, NV 89002

SHAWN O`KEEFE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 PANGLOSS ST
HENDERSON, NV 89002

SHAWN SIMON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
119 STANDING STONE ST
LAS VEGAS, NV 89148

SHAY BASSETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

SHAYLON HOA
C/O NAG - NEIGHBORHOOD ASSOCIATION
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

SHAYLON HOMEOWNERS
ASSOCIATION, INC
133 RHODES RANCH PARKWAY
LAS VEGAS NV 89148

SHAYLON HOMEOWNERS' ASSOCIATION
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

SHAYLON MAILING:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS NV 89148

SHEARING FAMILY TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8506 WEST DESERT INN ROAD
LAS VEGAS NV 89117

SHEEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
180 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

SHEEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

SHEEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3512 WYNN RD
LAS VEGAS, NV 89103

SHEERS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE SUITE 400
WESTMONT , IL  60559

SHEETS CLOTHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4360 ACROPLIS AVENUE
N. LAS VEGAS NV 89031

SHEETZ, DEBBIE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10231 RUNNING FALLS ST
LAS VEGAS, NV 89178-5701

SHEIK ELLIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 FLYING HILLS AVE
LAS VEGAS, NV 89148

SHEIKH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 VIA FRANCIOSA DR
HENDERSON, NV 89011

SHEILA HEIDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

SHEILA HEIDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7841 SEA ROCK RD
LAS VEGAS, NV 89128

SHELBY WILLIAMS INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8687 MELROSE AVE.
LOS ANGELES, CA 90069

SHELBY WILLIAMS INDUSTRIES
JOHN HARRINGTON
8687 MELROSE AVE.
LOS ANGELESCA  90069

SHELLEY & JAMES GITOMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

SHELLY CAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

SHELLY LEIPHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4654 STUTTGART ST
LAS VEGAS, NV 89147

SHELLY MERLINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 JEFFREYS ST. APT. B 115
LAS VEGAS NV 89119

SHELTON BATTERY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3731 S. VALLEY VIEW BLVD.
LAS VEGAS, NV  89103

SHELTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6788 ROSE MALLOW ST
LAS VEGAS, NV 89148

SHELTON, EBERLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1322 S. ESTRELLA ROAD
GOLDEN VALLEY, AZ 86413

SHELTON, TANIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8952 MILLER POINT
LAS VEGAS, NV 89149

SHEMY PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

SHEMY PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

SHENG XUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4794 LONE MESA DR
LAS VEGAS, NV 89147

SHENGHUA LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
177 TALL RUFF DR
LAS VEGAS, NV 89148

SHER, GERALD R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6480 ANNIE OAKLEY DR. #214
LAS VEGAS, NV 89120

SHERATON NEW ORLEANS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 CANAL STREET
NEW ORLEANS LA 70130

The Rhodes Companies, LLC - U.S. Mail

SHEREE WHIGHAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13 PANGLOSS ST
HENDERSON, NV 89002

SHERESE & FRANCIS NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 VIA FRANCIOSA DR
HENDERSON, NV 89011

SHERIFF OF MOHAVE COUNTY
P.O. BOX 1191
KINGMAN AZ 86402

SHERMAN BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
678 VORTEX AVE
HENDERSON, NV 89002

SHERRI COX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9664 KAMPSVILLE AVE
LAS VEGAS, NV 89148

SHERWIN & LYNDA BENNES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
126 COREY CREEK CT
LAS VEGAS, NV 89148

SHI & JIAN LU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
324 TRAILING PUTT WAY
LAS VEGAS, NV 89148

SHIEL, CARLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
829 VALLEY BRUSH ST.
HENDERSON, NV 89052

SHIELDS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
520 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

SHIELDS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
947 WOODACRE DR
BOULDER CITY, NV 89005

SHIGEKI & KONOMI UEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 CLIFF VALLEY DR
LAS VEGAS, NV 89148

SHIGEKI & KONOMI UEDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2004
LAS VEGAS, NV 89148

SHIGERU & LINDA TAKASHIMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 SARACENO
NEWPORT COAST, CA 92657

SHIGERU & LINDA TAKASHIMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
445 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

SHIHO ISHIGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2139
LAS VEGAS, NV 89148

SHIMING WEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 CASCADE LAKE ST
LAS VEGAS, NV 89148

SHIMSHON ADANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
341 WATERTON LAKES AVE
LAS VEGAS, NV 89148

SHIN SHIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9657 VALMEYER AVE
LAS VEGAS, NV 89148

SHIN THOMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 FALCONS FIRE AVE
LAS VEGAS, NV 89148

SHIN THOMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7898 BLUE VENICE CT
LAS VEGAS, NV 89117

SHINN, DENNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6575 W TROPICANA AVENUE #2061
LAS VEGAS, NV 89103

SHINN, DENNY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9983 MCCAULEY RANCH AVE
LAS VEGAS, NV 89148-7636

SHINNICK, RYAN & RANSAVAGE P.C.
RE: ATTILLA AND ROANNA MACZALA
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: AUDREY GRAY
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: BRAD AND AMIE MODGLIN
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: BRYAN AND CARLA BERTGES
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: CHRISTINE GRAEVEN AND ANTOINETTE BUYAN
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: CURTIS BUNCE
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: DAVID GARCIA AND VICKEY MURRAY-GARCIA
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: DONALD FIESELMAN AND LISA WOCHINSKI
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: DONELL JACKSON
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: ERIC AND CAROLE FULKS
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: F. WILLARD AND CAROL GRIFFITH
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

The Rhodes Companies, LLC - U.S. Mail

SHINNICK, RYAN & RANSAVAGE P.C.
RE: FARROW AND HELLEN SMITH
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: GWEN E. AMIE
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: HEIDI METELLUS
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: JAMES AND SIMONE COOK
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: JAMES CANDELA AND DIANE ROSSER
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: JEFFREY AND BRENDA BAKER
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: KERRY ANDERSON
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: KEVIN FELLOWES
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: LARRY AND ARDIS LEAVITT
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: LEE O'BRIEN
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: LYNN THAYER
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: MARGARET WILLIAMS-JONES
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: MICHAEL AND MICHELLE ORLANDO
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: MIKELL AND LINDA DALE
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: NEVILLE EMERTON AND JULIA MOORE
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: PAUL EVERS
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: PETER CHURA AND MICHAEL PALLADINO
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: ROBERT AND LORRAINE ANTHONISEN
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: SABASTIAN AND ANDREA CRAPANZANO
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: SAMUEL AND OSSIE WIGGINS
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: STEPHEN ROBISON
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: THOMAS GROCE
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: VERONICA AND ROBERTO MEDINA
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: VICKIE CURTIS
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: VICTORIA LEIGH AND PORTIA POWELL
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: WILLIAM THURSTON
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE: WILLIE AND LENELL PATRICK
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHINNICK, RYAN & RANSAVAGE P.C.
RE:HENRY AND HUNG-YEH TIEE & JENNY AND DAVID P
C/O ERIC RANSAVAGE
2881 BUSINESS PARK COURT, SUITE 210
LAS VEGAS, NV 89128

SHIOU YEH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
183 CASTLE COURSE AVE
LAS VEGAS, NV 89148

SHIOW MEI-GUO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6130 W. FLAMINGO RD., # 211
LAS VEGAS NV 89103-2280

SHIRISH & SMITA PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13411 SAN REMO
TUSTIN, CA 92782

SHIRISH & SMITA PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1076
LAS VEGAS, NV 89148

SHIRLEY & WILLIAM LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 PACIFIC AVE STE 706
SAN FRANCISCO, CA 94133

SHIRLEY & WILLIAM LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2136
LAS VEGAS, NV 89148

SHIRLEY ASPIRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 COBBS CREEK WAY
LAS VEGAS, NV 89148

SHIRLEY B. PARRAGUIRRE
COUNTY CLERK ATTN: FFN
PO BOX 551604
LAS VEGAS NV 89155-1604

SHIRLEY BEST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1041 VIALE PLACENZA PL
HENDERSON, NV 89011

SHIRLEY ILES JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1256 WHITEHALL DRIVE
LONGMONT CO 80501

SHIRLEY SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
181 FARRAGUT ST
HERCULES, CA 94547

SHIRLEY SANTOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6862 SCARLET FLAX ST
LAS VEGAS, NV 89148

SHIRLEY'S PLAN SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 S PLUMER
TUCSON, AZ 85719

SHIU CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
676 HARVESTER COURSE DR
LAS VEGAS, NV 89148

SHIVONE MARIA L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3830  HEATHER AVE
KINGMAN, AZ 86401

SHIZUE TAKEUCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10734 DABNEY DR APT 62
SAN DIEGO, CA 92126

SHIZUE TAKEUCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

SHLOM BENEFRAIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 SUNSHINE COAST LN
LAS VEGAS, NV 89148

SHONKWILER MARCOUX ADVERTISING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7180 POLLOCK DRIVE, STE. 100
LAS VEGAS NV 89119

SHORT ENTRERPRISES LLC
DBA ARTHUR'S SALES AND SERVICE
523 E. ANDY DEVINE AVE
KINGMAN AZ 86491

SHORT, STEVEN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4615 HWY 68
GOLDEN VALLEY, AZ 86413

SHOWCASE INVESTMENTS LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8879 W FLAMINGO RD STE 201
LAS VEGAS, NV 89147

SHOWCASE INVESTMENTS LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1162
LAS VEGAS, NV 89147

SHOWCASE PUBLISHING INC
PO BOX 8680
PRAIRIE VILLAGE KS 66208-0680

SHRM
SOCIETY FOR HUMAN RESOURCE MGMT.
PO BOX 79482
BALTIMORE MD 21298-8614

SHRM STORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1650 BLUGRASS LAKES, PKY
ALPHARETTA GA 30004

SHUANGYANG LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9291 PERENNIAL AVE
LAS VEGAS, NV 89148

SHUMEI & PETER KAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
349 DOG LEG DR
LAS VEGAS, NV 89148

SHUMEI & PETER KAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
857 GAINSBOROUGH DR
PASADENA, CA 91107

SHUN WU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 WATERTON LAKES AVE
LAS VEGAS, NV 89148

SHUSTEK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
84 DIXIE SPRINGS CT
LAS VEGAS, NV 89148

SHUTTER HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 E RENO AVE STE 13
LAS VEGAS, NV 89119-1171

SHUTTER HOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6675 S. TENAYA WAY
SUITE 160
LAS VEGAS NV 89113

SI XUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
68 LAYING UP CT
LAS VEGAS, NV 89148

SIARHEI KUDREVICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
229 WICKED WEDGE WAY
LAS VEGAS, NV 89148

SIARHEI KUDREVICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
74 TAMARRON CLIFFS ST
LAS VEGAS, NV 89148

SICOLI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
232 WATERTON LAKES AVE
LAS VEGAS, NV 89148

SIDEWINDERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6114 HARDSCRABBLE MESA RD
PINE, AZ 85544

SIEMENS BLDG TECHNOLOGIES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7850 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SIERRA READY MIX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4150 SMILEY ROAD
NORTH LAS VEGAS NV 89031

SIERRA SUMMIT CONSULTING, LLC
PO BOX 11907
ZEPHYR COVE NV 89448

SIERRA VISTA HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8100 WEST ROBINDALE ROAD
LAS VEGAS NV 89113

SIERRA WEST PUBLISHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
170 NORTH 200 WEST
ST GEORGE UT 84770

SIERRA,TONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2655 E. DEER SPRING WAY # 1165
LAS VEGAS, NV 89086

SIEW CHONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
54 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

SIEW CHONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9980 WAXBERRY CT
LAS VEGAS, NV 89178

SIGIFREDIJ. CARDENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1839 YALE ST APT A
N LAS VEAGS, NV 89030-3044

SIGIFREI CARDENAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1839 YALE ST APT A
N LAS VEGAS, NV 89030-3044

SIGN A RAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2707 E CRAIG RD
UNIT B
N. LAS VEGAS NV 89030

SIGN CITY, USA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4810  W. UNIVERSITY AVE.
LAS VEGAS NV 89103

SIGNAL GATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1800 SOUTH 5TH AVENUE
TUCSON AZ 85713

SIGNATURE CARPET SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18606 W. REBEL ROAD
HAUSER LAKE, ID 83854

SIGNATURE CARPET SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3170 POLARIS AVE., SUITE 10
18606 W. REBEL ROAD
HAUSER LAKE ID 83854

SIGNS FOR SUCCESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2813 E. ALEXANDER ROAD
N. LAS VEGAS, NV 89030

SIGNS FOR SUCCESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3432 N. BRUCE ST
SUITE 15
N. LAS VEGAS, NV 19030

SIGNS WEST, INC
ATTN: JIMMY J. MAEZ
1100 MARY CREST RD
HENDERSON, NV 89074

SIGNS WEST, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1100 MARY CREST RD
HENDERSON, NV 89074

SIGUENZA,ISRAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6101 CROMWELL CR.
LAS VEGAS, NV 89107

SILAS & STEPHANIE WALKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
136 TALL RUFF DR
LAS VEGAS, NV 89148

SILVA P,EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 KARI LEE CT # D
LAS VEGAS, NV 89146

SILVA,SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1324 KARY LEE # D
LAS VEGAS, NV 89110

SILVA-PEREZ,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3112 BRADY AVE
NORTH LAS VEGAS, NV 89101

SILVA-SOLIS,JAIME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4975 DUNEVILLE ST. # 134
LAS VEGAS, NV 89118

SILVER QUEEN INN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3285 E. ANDY DEVINE AVE
KINGMAN, AZ 86401

SILVER STATE BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8901 W. SAHARA AVE
2ND FLOOR
LAS VEGAS NV 89117

SILVER STATE BUILDER SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3555 W. QUAIL AVE
STE. A
LAS VEGAS, NV 89118

SILVER STATE BUILDER SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4205 W TOMPKINS AVE STE #3
LAS VEGAS,  NV  89103

SILVER STATE EXTERMINATOR CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5965 HARRISON DR.
SUITE 1
LAS VEGAS NV 89120

SILVER STATE FIREPLACES
DANNY CHECK
3555 W. QUAIL ROAD, STE A
LAS VEGAS NV 89118

SILVER STATE GOLF CA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
342 SUNPAC COURT
HENDERSON, NV  89015

SILVER STATE GOLF CARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 SUNPAC CT. STE.#1
HENDERSON, NV  89011

The Rhodes Companies, LLC - U.S. Mail                                                      Served 9/28/2009

SILVER STATE MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2025 E. FINANCIAL WAY,GLENDORA
DBA CALPORTLAND COMPANY
DEPT NO 7409
LOS ANGELES CA 90084-7409

SILVER STATE MATERIALS
DBA CALPORTLAND COMPANY
DEPT NO 7409
LOS ANGELES, CA 90084-7409

SILVER STATE SPECIALTIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3115 E. LONE MOUNTAIN ROAD
SUITE 1500
LAS VEGAS NV 89081

SILVER STATE STEEL GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10161 PARK RUN DR STE 150
LAS VEGAS, NV 89145-8872

SILVER STATE STEEL GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3680 W. RENO AVE.
LAS VEGAS , NV  89118

SILVER STATE STEEL GROUP
C/O STATE STEEL GROUP
10161 PARK RUN DR STE 150
LAS VEGAS, 89145-8872

SILVER STATE STEEL GROUP
PETE AGULAR
3680 W. RENO
LAS VEGAS NV 89118

SILVERADO SELF STORAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9545 WEST RUSSELL ROAD
LAS VEGAS NV 89148

SILVERBROOK GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 306
LAS VEGAS, NV 89113

SILVERBROOK GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9891 WONDERFUL DAY DR
LAS VEGAS, NV 89148

SILVERSTATE MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4005 DEAN MARTIN DRIVE
LAS VEGAS, NV 89103

SILVERSTONE INVESTMENT GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23679 CALABASAS RD SUITE 777
CALABASAS CA 91302

SILVIA & ROGER GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
491 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

SIM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8776 LAS OLIVAS AVE
LAS VEGAS, NV 89147

SIMIN CHETNIKOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6638 S DAPPLE GRAY RD
LAS VEGAS, NV 89148

SIMMONS KENT T & VIRGINIA S CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3974  HEATHER AVE
KINGMAN, AZ 86401

SIMMONS, BROOKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6255 W. ARBY AVENUE #197
LAS VEGAS, NV 89118

SIMO;FERNANDO M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3266 GOLD RUN
N LAS VEGAS, NV 89032

SIMON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6748 GOLD YARROW ST
LAS VEGAS, NV 89148

SIMON,CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30313 MARNE WAY
MEWIFEE, CA 82584

SIMPLEX GRINNELL
ATTN: BANKRUPTCY
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

SIMPLEX GRINNELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1110 PALMS AIRPORT DRIVE
LAS VEGAS , NV  89119

SIMPLEX GRINNELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1545 PAMA LANE
LAS VEGAS NV 89119

SIMPLEX GRINNELL
DEPT. CH 10320
PALATINE, IL  60055-0320

SIMPLOT PARTNERS
DEPT. 1136
LOS ANGELES, CA  90084-1136

SIMPSON NORTON
PO BOX 52534
PHOENIX, AZ  85072-2534

SIMPSON, BRENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7278 WESTPARK AVE
LAS VEGAS, NV 89147

SIN CITY AUTO DETAILING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2209 SUNLAND AVE.
LAS VEGAS NV 89106

SINAY-A,FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2500 PARADISE WAY
LAS VEGAS, NV 89120

SINESIA SHUMAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

SINGER MAX LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 LANGLEY AVE
IRVINE, CA 92614

SINGER MAX LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
211 CLIFF VALLEY DR
LAS VEGAS, NV 89148

SINGLETON, ANTHONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
982 RHYOLITE TERRACE
HENDERSON, NV 89015

SINGLETON, TERESA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10245 S. MARYLAND PKWY #107
LAS VEGAS, NV 89183

SIRMOS LIGHTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30-00 47TH AVENUE
LONG ISLAND CITY NY 11101

SISINIO & FE LIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9411 NEENAH AVE
MORTON GROVE, IL 60053

SISINIO & FE LIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
976 VIA VANNUCCI WAY
HENDERSON, NV 89011

SITECH SOUTHWEST, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4202 E. ELWOOD ST.,  SUITE 1
PHOENIX, AZ 85040

SITHILUK CHANSTAPORNKUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
277 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

SITHIPONG CHANSTAPORNKUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

SITI MA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 CROOKED PUTTER DR
LAS VEGAS, NV 89148

SIU CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

SIU YUET LEIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA STREET
SAN FRANCISCO CA 94118

SIX FEATHERS HOLDING, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT
SUITE B-106
HENDERSON NV  89015

SIX FEATHERS HOLDINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 SOUTH AZTEC ROAD
GOLDEN VALLEY, AZ 86413

SIXTOS,ONESIMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
217 JACKSON
LAS VEGAS, NV 89106

SKADDEN, ARPS, SLATE,MEAGHER &
AND AFFILIATES
P.O. BOX 1764
WHITE PLAINS NY 10602

SKAGGS COMPANIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3828 SOUTH MAIN STREET
SALT LAKE CITY UT 89115

SKAR, COURTNEY L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2056 17TH AVE
RICE LAKE, WI 54868

SKIPWORTH, LAURA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5880 BOULDER FALLS
HENDERSON, NV 89011

SKYLINE INSULATION & FIREPLACES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4151 INDUSTRIAL CENTER DRIVE, # 800
NORTH LAS VEGAS , NV  89030

SKYRYE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 PLEASANT SUMMIT
HENDERSON NV 89012

SKYWORD MARKETING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4636 EAST ELWOOD, SUITE 5
PHOENIX AZ 85040-1963

SLADKY; GEMMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4784 LONE MESA DRIVE
LAS VEGAS, NV 89147

SLATE,RONALD JOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3756 NORTH EDEN RD.
GOLDEN VALLEY, AZ 86413

SLATER HANIFAN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5720 ARVILLE STREET
LAS VEGAS , NV  89118

SLATER HANIFAN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 S ARVILLE #216
LAS VEGAS NV  89118

SLATER HANIFAN GROUP
ATTN: JERRY SLATER
5740 S. ARVILLE ST. #216
LAS VEGAS, NV 89118

SLAUGHTER, ET AL. CLASS ACTION CLAIM
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

SLAUGHTER, ET AL. CLASS ACTION CLAIM
C/O TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIC
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

SLOANE SEALEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

SLOBODAN MIJAJLOVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1213 HIGHWAY 70 EAST
NEW BERN NC 28560-6615

SLOWBOWER, KENNETH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 WHITE CAP LN
NEWPORT COAST, CA 92657-1092

SLOWTALKER, CARL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
609 SUNSET CT.
BARSTOW, CA 92311

SMAIL KHEDDAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2242 E 138TH PL S
BIXBY, OK 74008-4858

SMAIL KHEDDAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2400 MOUNTAIN OAK RD
BAKERSFIELD, CA 93311

SMAIL KHEDDAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2006
LAS VEGAS, NV 89148

SMALLWOOD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

SMALLWOOD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 1041 KALOLI LOOP
WAIPAHU, HI 96797

SMART, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9745 GRAND TETON DRIVE APT#1073
LAS VEGAS, NV 89149

SMARTMONEY
PROFESSIONAL SUBSCRIPTION SERVICE
P.O. BOX 7538
RED OAK IA 51591-0538

SMITH & TWEED
P.O. BOX 1036
CHARLOTTE, NC  28201-1036

SMITH FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4595 CALIFA DR
LAS VEGAS, NV 89122

SMITH LARSEN & WIXOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1935 VILLAGE CENTER CIRCLE
LAS VEGAS NV 89134

SMITH, ALINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 BROWNDEER CIRCLE
LAS VEGAS, NV 89129

SMITH, BRUCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1598 FALLING LEAF LANE
LAS VEGAS, NV 89142

SMITH, CHARLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7700 CATALINA HARBOR ST
LAS VEGAS, NV 89131

SMITH, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 VALERIAN ST
HENDERSON, NV 89015

SMITH, GREGORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5905 EVERVIEW COURT
LAS VEGAS, NV 89148

SMITH, JOHN J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10209 HUXLEY CROSS
LAS VEGAS, NV 89144

SMITH, MERLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
505 OLLAR LN.
HEAVENER, OK 74937

SMITH, TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10209 HUXLEY CROSS LANE
LAS VEGAS, NV 89144

SMITH, TIMOTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10925 SOUTHERN HIGHLANDS #2174
LAS VEGAS, NV 89141

SMITH, TIMOTHY K
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7280 HWY. 68
GOLDEN VALLEY, AZ 86413

SMITH,MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 S ELOY ROAD
GOLDEN VALLEY, AZ 86413

SMOOTH JAZZ105.7
THERESA TULLIS
RIVIERA BROACASTING GROUP
2725 E. DESERT INN STE. 180
LAS VEGAS NV 89121

SMS FINANCIAL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2645 NORTH 7TH AVENUE
PHOENIX AZ 85007

SNACK MAN INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7380 EASTGATE RD.
SUITE 180
HENDERSON, NV  89015

SNELL & WILMER , LLP
ONE ARIZONA CENTER
PHOENIX AZ 85004-2202

SNHRA -
P.O. BOX 80625
LAS VEGAS, NV 89180

SNIPPER, WAINER & MARKOFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 N. CANON DR.
PENTHOUSE
BEVERLY HILLS CA 90210

SNODGRASS, ASHLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4399 N. HAMBLIN
FLAGSTAFF, AZ 86004

SNOWDEN, LORETTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1420 METEORITE CIR
LAS VEGAS, NV 89128-1659

SNYDER, EVERETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8975 W. WARM SPRINGS RD #1127
LAS VEGAS, NV 89148

SNYDER;JAMES L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4200 PARADISE RD., #1106
LAS VEGAS, NV 89109

SO NV HOME BLDRS ASSOC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3685 SOUTH PECOS MCLEOD
LAS VEGAS NV 89121

SO. NEVADA GOLF ASSOC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2625 N. GREEN VALLEY PARKWAY
SUITE 100
HENDERSON, NV 89014

SO. NEVADA HEALTH DI
FILE50523
LOS ANGELES, CA  90074-0523

SO. NEVADA PAVING CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4040 FREHNER RD.
N. LAS VEGAS,  NV  89030

SO. NEVADA PEST CONTROL
JIM
4301 PRODUCTION WAY
LAS VEGAS NV 89115

SO. NV GOLF ASSOC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3590 EAST PATRICK LANE
SUITE C
LAS VEGAS, NV  89120

SO. NV HEALTH DISTRICT
ENVIRONMENTAL HEALTH
FILE 50523
LOS ANGELES, CA  90074-0523

SO. NV HUMAN RESOURCE ASSOC.
PO BOX 80625
LAS VEGAS, NV 89180

SO. NV. NEW HOMES GUIDE
JACKIE SIMMONS
PO BOX 920
LAS VEGAS NV 89125-0920

SO.NEVADA HYDROSEED DBA SOIL TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6420 SOUTH CAMERON
SUITE 207
LAS VEGAS, NV  89118 USA

SOA SALES OFFICE ACCESS., INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7211 PATTERSON DRIVE
GARDEN GROVE CA 92841

SOCIAL SECURITY ADMINISTRATION
ATTN: BANKRUPTCY DESK/MANAGING AGENT
333 LAS VEGAS BOULEVARD SOUTH, SUITE 8016
LAS VEGAS, NV 89101

SOCIAL SECURITY ADMINISTRATION
ATTN: BANKRUPTCY DESK/MANAGING AGENT
702 WEST JEROME AVENUE
PHOENIX, AZ 85003

SOCRATES ROUSSOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5201 S TORREY PINES DR UNIT 1273
LAS VEGAS, NV 89118

SOCRATES ROUSSOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

SOFIA & DON CAVALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 BANFF CT
LAS VEGAS, NV 89148

SOHRABI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

SOHRABI FAMILY
PO BOX 230668
ENCINITAS, CA 92023

SOIL FOODWEB OREGON LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 SW 3RD ST STE K
CORVALLIS, OR 97333-1795

SOIL TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5375 SOUTH CAMERON
SUITE L
LAS VEGAS NV 89118

SOLA KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6842 ROSE MALLOW ST
LAS VEGAS, NV 89148

SOLANO JUAREZ,MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2324 TESSA CT
LAS VEGAS, NV 89032

SOLANO VEGA,FIDENCIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2940 DALEY ST
NORTH LAS VEGAS, NV 89030

SOLANO-CASTRO;RAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3809 CECILE AVE # 201
LAS VEGAS, NV 89115

SOLAR ETC. INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
934 PALMETTO ST
HENDERSON NV 89015

SOLAR INDUSTRIES
PAUL SHULMAN
P.O.BOX 27337
TUCSON AZ 85726-7337

SOLBERG & KENNEDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5320 N. 16TH ST
PHOENIX AZ 85016

SOLEDAD MCCARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
390 BLUE TEE CT
LAS VEGAS, NV 89148

SOLEDAD MCCARTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5455 ZELZAH AVE APT 106
ENCINO, CA 91316

SOLID FOODWEB OREGON, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 SW 3RD ST
STE K
CORVALLIA, OR 97333-1796

SOLIS,SIJIFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1160 MAY AVE
LAS VEGAS, NV 89104

SOLIS-BAROJAS,FERNANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5205 HILLMAN AVE
LAS VEGAS, NV 89142

SOLMARIN, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
106 CLOUD CREST DR
HENDERSON, NV 89015

SOLOMON DWIGGINS & FREER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7881 W. CHARLESTON BLVD., STE 24
LAS VEGAS, NV 89117

SOLORZANO HUERTA;LUIS F.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2206 STATZ #B
N LAS VEGAS, NV 89030

SOMMER, CODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1152 ORPHINGTON COURT
HENDERSON, NV 89002

SOMRUDEE AMATAYAKUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

SOMRUDEE AMATAYAKUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94 EKAMAI RD
BANGKOK
THAILAND

SOMSUBHRA SIKDAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4785 ESSEN CT
LAS VEGAS, NV 89147

SOMSUBHRA SIKDAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5692 COUNTRY CLUB PKWY
SAN JOSE, CA 95138

SON CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 S STEPHANIE ST # B213
HENDERSON, NV 89012

SON CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9715 DIETERICH AVE
LAS VEGAS, NV 89148

SON LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
204 SEA RIM AVE
LAS VEGAS, NV 89148

SON TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17034 S BERENDO AVE
GARDENA, CA 90247

SON TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6854 BABY JADE CT
LAS VEGAS, NV 89148

SONG & MILLIE NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
103 CASCADE LAKE ST
LAS VEGAS, NV 89148

SONG & MILLIE NGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 CENTER GREEN DR
LAS VEGAS, NV 89148

SONIA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1371 FERNWOOD DR
MCKINLEYVILLE, CA 95519

SONIA BAUTISTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
560 VIA COLMO AVE
HENDERSON, NV 89011

SONIA FLEMING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1073
LAS VEGAS, NV 89148

SONIA SANABRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

SONIA SANABRIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 LAS VEGAS BLVD S UNIT 1108
LAS VEGAS, NV 89101

SONIA STANSMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
260 65TH ST APT 30K
BROOKLYN, NY 11220

SONIA STANSMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1092
LAS VEGAS, NV 89148

SONNTAG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 TOSSA DE MAR AVE
HENDERSON, NV 89002

SOOK LACAP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9287 BLUE FLAX PL
LAS VEGAS, NV 89148

SOON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
429 SAND BEACH RD
ALAMEDA, CA 94501

SOON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
50 BLAVEN DR
HENDERSON, NV 89002

SORIDA KLINHORMHUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

SORIN BUSICESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 DOG LEG DR
LAS VEGAS, NV 89148

SORIN REAL ESTATE CDO I LTD.
CAMERON KIRBY
420 LEXINGTON AVE - SUITE 2356
NEW YORK, NY 10170

SOS STAFFING
P. O. BOX 27008
SALT LAKE CITY UT 84127

SOSA GALINGDO,ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 TETON
LAS VEGAS, NV 89101

SOSA VARGAS,DANIEL I.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 TETON ST.
LAS VEGAS, NV 89101

SOSA,MARIA L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10961 PENTLAND DOWNS ST
LAS VEGAS, NV 89141

SOTO DIAMOND INVESTMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39 TALL RUFF DR
LAS VEGAS, NV 89148

SOTO MAYOR,HECTOR A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1811 FULSTONE # 3
LAS VEGAS, NV 89115

SOTO,OMAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
693 DAFFODIL DR.
BULLHEAD CITY, AZ 86442

SOTO-ESTRADA,AROLDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5554 HALVERM AVE
LAS VEGAS, NV 89110

SOTO-GARCIA, SAMUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
976 MILLER AVE
N LAS VEGAS, NV 89030

SOTO-HERNANDEZ,RAMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3216 TABOR AVE
N LAS VEGAS, NV 89030

SOTO-PAEZ;DARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
976 MILLER AVE
N LAS VEGAS, NV 89030

SOUCIE, ILENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 WICKED WEDGE WAY
LAS VEGAS, NV 89148

SOUCIE, RYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 WICKED WEDGE WAY
LAS VEGAS, NV 89148

SOUND PLUMBING & HEATING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6209 INDUSTRIAL ROAD
LAS VEGAS NV 89118

SOUTH DAKOTA SECRETARY
OF STATE
400 E. CAPITOL AVE
PIERRE SD 57501

SOUTH DATA INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 BOGGS DRIVE
MOUNT AIRY NC 27030

SOUTH VALLEY TRUCKING, LLC
P.O. BOX 5758
MOHAVE VALLEY, AZ 86446-6267

SOUTHERN ACCENTS
P.O. BOX 62331
TAMPA, FL 33662-3311

SOUTHERN AND COMSTOCK
PO BOX 19299
LAS VEGAS, NV  89132-0299

SOUTHERN ARIZONA PAVING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4102 EAST ILLINOIS ST
TUCSON AZ 85714

SOUTHERN HILLS HOSPITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4468
P.O. BOX 538620
ATLANTA GA 30353-8620

SOUTHERN HILLS HOSPITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 KINGSLEY DR # 1M0C1N
CINCINNATI, OH 45227-1115

SOUTHERN NEVADA GLASS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4770 W. NEVSO DRIVE # 12
LAS VEGAS NV 89103-3766

SOUTHERN NEVADA HEALTH DIST.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 SHADOW LANE
P.O.BOX 4426
LAS VEGAS NV 89127

SOUTHERN NEVADA INSPECT
PATRICK K.MILLER
6113 FAWN CIRCLE
LAS VEGAS, 89107

SOUTHERN NEVADA PAVING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3920 WEST HACIENDA
LAS VEGAS NV 89118

SOUTHERN NEVADA POOLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10345 S. EASTERN AVE
HENDERSON NV 89052

SOUTHERN NEVADA WELDING SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4375 WEST RENO #3
LAS VEGAS, NV 89118

SOUTHERN NV PEST CONTROL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4301 PRODUCTION WAY
LAS VEGAS NV 89115

SOUTHERN SECTION NEVADA APA
ATTN: LAURA MARTIN, COMM. DEVEL.
P.O. BOX 95050
HENDERSON NV 89009-5050

SOUTHWEST AIR CONDITIONING,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3020 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

SOUTHWEST AIR CONDITIONING,INC
MEGAN
3020 SOUTH VALLEY VIEW BLVD.
LAS VEGAS NV 89102

SOUTHWEST CONSULTING GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11858 BERNARDO PLAZA CT.
SUITE 101C
SAN DIEGO CA 92128

SOUTHWEST CONSULTING GROUP
ATTN: JEANIE FRAZIER - SCG
11858 BERNARDO PLAZA COURT, SUITE 101C
SAN DIEGO, CA 92128

SOUTHWEST CRUSHING LLC
P.O. BOX 2407
COTTONWOOD, AZ  86326

SOUTHWEST DESIGN GROUP, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2020 W. BONANZA STREET
LAS VEGAS NV 89106

SOUTHWEST DRAPERIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5530 EVALINE ST.
LAS VEGAS NV 89120

SOUTHWEST ENGINEERING IN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3610 N. RANCHO DRIVE
LAS VEGAS NV 89130

SOUTHWEST GAS 7087
PO BOX 98890
LAS VEGAS, NV  89150-0101

SOUTHWEST GAS CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4300 W. TROPICANA AVE
LAS VEGAS, NV 89103

SOUTHWEST GAS CORPORATION
ATTN: JAIMIE SHIPP
BANKRUPTCY DESK
PO BOX 1498
VICTORVILLE, CA 92393-1498

SOUTHWEST GAS CORPORATION
P.O. BOX 98512
LAS VEGAS, NV  89193

SOUTHWEST GAS CORPORATION
P.O. BOX 98890
LAS VEGAS, NV  89150-0101

SOUTHWEST HOSPITALITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4030 STOCKTON HILL RD #12
KINGMAN, AZ 86401

SOUTHWEST HOSPITALITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4030 STOCKTON HILL RD #2
KINGMAN AZ 86401

SOUTHWEST INDUSTRIAL, INC.
P.O. BOX 2908
FLAGSTAFF, AZ 86003

SOUTHWEST IRON WORKS LLC
C/O BRIAN K BERMAN, ESQ
721 GASS AVE
LAS VEGAS, NV 89101

SOUTHWEST IRON WORKS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 E RUSSEL ROAD
LAS VEGAS, NV 89122

SOUTHWEST IRON WORKS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 E RUSSELL ROAD
LAS VEGAS, NV 89122

SOUTHWEST IRON WORKS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 E. RUSSEL ROAD
LAS VEGAS, NV 89122

SOUTHWEST IRON WORKS, LLC
C/O BRIAN K BERMAN, ESQ
721 GASS AVE.
LAS VEGAS, NV 89101

SOUTHWEST IRON, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2606 LOSEE RD.
NORTH LAS VEGAS NV 89030

SOUTHWEST IRON, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 E. RUSSELL ROAD
LAS VEGAS , NV  89122

SOUTHWEST IRONWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2606 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

SOUTHWEST IRONWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5050 EAST RUSSELL ROAD
LAS VEGAS NV 89122

SOUTHWEST LINEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6335 SUNSET CORPORATE DRIVE
LAS VEGAS NV 89120

SOUTHWEST MASONRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4425 E. COLTON AVENUE
SUITE 110
LAS VEGAS, NV 89115

SOUTHWEST TREE COMPANY LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2538 ANTHEM VILLAGE DRIVE #100
HENDERSON NV 89052

SOUTHWESTERN PAVERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6585 S. ARVILLE ST.
LAS VEGAS, NV 89118

SOVA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3651 LINDELL RD STE G
LAS VEGAS, NV 89103

SOVA LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

SOYOUNG YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10620 SOUTHERN HIGHLANDS PKWY
LAS VEGAS, NV 89141

SOYOUNG YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

SPACKMAN; KRISTY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6063 HIDDEN ROCK DRIVE
NORTH LAS VEGAS, NV 89031

SPANISH HILLS HOA
C/O RMI MANAGEMENT, LLC
630 TRADE CENTER DRIVE
LAS VEGAS NV 89119

SPARKLETT'S DRINKING WAT
P.O. BOX 515326
LOS ANGELES, CA 90051-6626

SPARKLETT'S DRINKING WAT
P.O. BOX 660579
DALLAS,  TX  75266-0579

SPEC CONSTRUCTION
DANA STANLEY
1999 WHITNEY MESA DR. SUITE D
LAS VEGAS NV 89014

SPECIALTY ADVERTISING PRODUCTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
24705 SILVERWOOD RD.
HOWEY-IN-THE-HILLS, FL 34737

SPECIALTY ENGINEERING DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6380 S. VALLEY VIEW BLVD. # 406
LAS VEGAS NV 89118

SPECIALTY FINANCIAL
GRACE C.CAUDILL
P.O.BOX 838
6160 PLUMAS ST.
RENO NV 89509

SPECIALTY TECHNICAL PUBLISHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1225 E. KEITH RD UNIT 10
NORTH VANCOUVER V7J 1J3
CANADA

SPECIALTY TECHNICAL PUBLISHERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1225 E. KEITH RD UNIT 10
NORTH VANCOUVER, B.C. V7J 1J3

SPECTRA SOUTHWEST INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4202 E ELWOOD ST.
SUITE 1
PHOENIX, AZ 85040

SPEEDIE AND ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3331 E. WOOD STREET
PHOENIX, AZ 85040

The Rhodes Companies, LLC - U.S. Mail

SPENCE,DUSTY LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3972 E POTTER
KINGMAN, AZ 86409

SPENCER, DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6132 SKOKIE COURT
LAS VEGAS, NV 89130

SPINALE,JAMES D.
PO BOX 94113
LAS VEGAS, NV 89193

SPINROD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1870 CASTLE OAKS CT
WALNUT CREEK, CA 94595

SPINROD FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
339 DESCANO GARDEN DR
LAS VEGAS, NV 89148

SPIRIT UNDERGROUND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3525 WEST HACIENDA
LAS VEGAS, NV 89118

SPIRIT UNDERGROUND, L.L.C.
ATTN: DARCI WOOD
3525 W. HACIENDA AVE
LAS VEGAS, NV 89118

SPIRIT UNDERGROUND, L.L.C.
C/O TERESA KRPATA
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 HOWARD HUGHES PARKWAY, SUITE 1600
LAS VEGAS, NV 89169

SPIRIT UNDERGROUND, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3525 W. HACIENDA AVENUE
LAS VEGAS , NV 89118

SPIRIT UNDERGROUND, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 W. HACIENDA
LAS VEGAS , NV 89118

SPLASH WINDOW & SCREEN
CLEANING
P.O. BOX 10471
FORT MOHAVE AZ 86427

SPLASH WINDOW & SCREEN
P.O. BOX 10471
FORT MOHAVE, AZ 86427

SPORTS ENTERTAINMENT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
806 BUCHANAN BLVD. #115-303
BOULDER CITY NV 89005

SPORTS ILLUSTRATED
P. O. BOX 60001
TAMPA FL 33660-0001

SPORTS TURF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1019 "A" S. MELROSE ST.
PLACENTIA, CA 92870

SPORTS TURF IRRIGATION
ATTN: JANIS NICHOLL
1019- A S. MELROSE ST
PLACENTIA, CA 92870

SPORTSWEAR DESIGN INTERNATIONAL INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
502 WEST 300 SOUTH
SALT LAKE CITY, UT 84101

SPRING JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2162
LAS VEGAS, NV 89148

SPRING MOUNTAIN RESOURCES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 TAYMAN PARK AVE
LAS VEGAS, NV 89148

SPRING MOUNTAIN RESOURCES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

SPRING MOUNTAIN RESOURCES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5415 W HARMON AVE UNIT 1023
LAS VEGAS, NV 89103

SPRING MOUNTAIN RESOURCES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7021 BRIGHT SPRINGS CT
LAS VEGAS, NV 89113

SPRING VALLEY HIGH SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 SOUTH BUFFALO DRIVE
LAS VEGAS NV 89147

SPRINGER GOLF BALL COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12505 REED ROAD SUITE 200
SUGAR LAND, TX 77478

SPRINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
313 S. AZTEC
GOLDEN VALLEY, AZ 86413

SPRINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8400 INNOVATION WAY
CHICAGO, IL 60682-0084

SPRINT
P.O. BOX 219100
KANSAS CITY MO 64121-9100

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

SPRINT
PO BOX 79357
CITY OF INDUSTRY, CA 91716-9357

SPRINT - NC
PO BOX 96031
CHARLOTTE NC 28296-0031

SPRINT - TX
P. O. BOX 650270
DALLAS TX 75265-0270

SPRINT (CELL PHONES)
P.O. BOX 79357
CITY OF INDUSTRY, CA 91716-9357

SPRINT 702-138-1000-
PO BOX 660068
DALLAS, TX 75255-0068

SPRINT CA
P.O. BOX 79255
CITY OF INDUSTRY CA 91716-9255

SPRINT DEPOSIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 S. VALLEY VIEW BLVD.
ATTN: SUBDIVISION DESK
LAS VEGAS NV 89152

SPRINT NEXTEL
ATTN: SHAWNA HORNBUCKLE
SPRINT NEXTEL - CORRESPONDENCE
BANKRUPTCY
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

SPRINT NEXTEL - DISTRIBUTIONS
ATTN: BANKRUPTCY DEPT
PO BOX 3326
ENGLEWOOD, CO 80155-3326

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

SPRINT NORTH SUPPLY LEAS
P.O.BOX 550599
JACKSONVILLE FL 32255-0599

SPRINT PCS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6391 SPRINT PARKWAY
OVERLAND PARK , KS  66251

SPRINT PCS
P. O. BOX 4181
CAROL STREAM IL 60197-4181

SPRINT PCS
P. O. BOX 79357
CITY OF INDUSTRY, CA 91716-9357

SPRINT TELIMAGINE INC
PO BO X6434
CAROL STREAM, IL 60197-6434

SPRINT TELIMAGINE INC.
NINA PENNEY
PO BOX 98789
LAS VEGAS NV 89193

SPRINT YELLOW PAGES
DAYNISHA
PO BOX 805056
KANSAS CITY MO 64180-5056

SPRINT YELLOW PAGES
P.O. BOX 660068
DALLAS, TX  75266-0068 USA

SPRINT/CENTRAL TELEPHONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8882718694
P.O. BOX 79133
PHOENIX AZ 85062-9133

SPRINT-AZ
PO BOX 79133
PHOENIX AZ 85062-9133

SPRINT-CA
P. O. BOX 79357
CITY OF INDUSTRY CA 91716-9357

SPRINT-CA
P. O. BOX 54977
LOS ANGELES CA 90054-0977

SPRINT-IL
PO BOX 4181
CAROL STREAM IL 60197

SPRINT-MO
PO  BOX 872212
KANSAS CITY MO 64187-2212

SPRY FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
792 WIGAN PIER DR
HENDERSON, NV 89002

SPUR TRUCKING
JOHN&CYNTHIA BURT (OWNER)
2525 JAGERSON
KINGMAN AZ 86401

SRDJAN NIKOLICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

SRETKO & MIRJANA LOJANICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 206
LAS VEGAS, NV 89113

SRIXON SPORTS USA, INC.
P.O. BOX 102674
ATLANTA, GA  30368-2674

ST. ROSE DOMINICAN HEALTH
FOUNDATION
3001 ST. ROSE PARKWAY
HENDERSON NV  89052

ST.OF NV-REAL ESTATE DIV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 FAIRVIEW DR., SUITE 200
CARSON CITY NV 89701

STACI & TIMOTHY MCHALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 TALL RUFF DR
LAS VEGAS, NV 89148

STACKHOUSE TRUCK CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1660 E. LAKESIDE DR. UNIT 397
BULHEAD CITY, AZ 864442

STACY & XAVIER WARREN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 TALL RUFF DR
LAS VEGAS, NV 89148

STACY HULSING
P.O.BOX 1672
DUBOIS WY 82513

STACY THORNTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
655 LEWELLING BLVD # 2950
SAN LEANDRO, CA 94579

STACY THORNTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2065
LAS VEGAS, NV 89148

STAFFMARK
ATTN: TERRI AYERS
435 ELM ST. STE 300
CINCINNATI, OH 45202

The Rhodes Companies, LLC - U.S. Mail                                                                                    Served 9/28/2009

STAFFMARK, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3360 W. SAHARA AVENUE
SUITE 210
LAS VEGAS NV 89102

STAFFORD, DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6810 FALLONA
LAS VEGAS, NV 89156

STAFFORD, ERIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1027 VIA CALDERIA PL
HENDERSON, NV 89011

STAFFORD, JONATHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2857 PRESTONWOOD ST
LAS VEGAS, NV 89156

STAFFORD,DEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6810 FALLONA ST.
LAS VEGAS, NV 89156

STAN TOLOCZKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10416 ROCKY WATERS AVE
LAS VEGAS NV 89129

STAN WITTZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5900 MELO AVE.
LAS VEGAS NV 89131

STANDARD AND POOR'S
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2542 COLLECTION CENTER DRIVE
CHICAGO IL 60693

STANDARD BATTERY SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 PRODUCTION CT.
LAS VEGAS,, NV 89115

STANDARD PLUMBING SUPPLY CO.
PO BOX 708490
SANDY, UT 84070

STANDARD WHOLESALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
855 W. BONANZA ROAD
P.O BOX 4157 ANNEX
LAS VEGAS NV 89127

STANLEY & FELICIA SCHRIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4594 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

STANLEY & SHERRI YUCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
964 VIA VANNUCCI WAY
HENDERSON, NV 89011

STANLEY CONSULTANT
C/O FOLK & ASSOCIATES PC
3636 NORTH CENTRAL AVE STE 600

STANLEY CONSULTANT
C/O FOLK & ASSOCIATES PC
3636 NORTH CENTRAL AVE STE 600
PHOENIX, AZ 85012

STANLEY CONSULTANTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 S. EASTERN AVENUE
LAS VEGAS, NV 89119

STANLEY CONSULTANTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 S. EASTERN AVENUE
SUITE 140
LAS VEGAS, NV 89119

STANLEY CONSULTANTS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 S. EASTERN AVENUE, #140
LAS VEGAS, NV 89119

STANLEY CONSULTANTS, INC.
ATTN: DAVID J. FROHNEH
JANIECE S. MARSHALL, ESQ. NEVADA BAR NO. 4686
ANDERSON, MCPHARLIN & CONNERS LLP
777 N. RAINBOW BL. #145
LAS VEGAS, NV 89107

STANLEY FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2215 E 24TH ST
BROOKLYN, NY 11229

STANLEY FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 112
LAS VEGAS, NV 89113

STANLEY GUARDADO,RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2300 LA PUENTE ST.
LAS VEGAS, NV 89115

STANLEY SCHIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2024 PADDOCK LN
WILLIAMSTOWN, NJ 08094

STANLEY SCHIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
988 VIA CANALE DR
HENDERSON, NV 89011

STANLEY, CHARLES J., SR.
PO BOX 8571
FT MOHAVE, AZ 86427

STAPLES BUSINESS ADVANTAGE
P.O. BOX 83689
CHICAGO, IL 60696-3689

STAPLES CREDIT PLAN
PO BOX 689020
DEPT. 51 - 7819803072
DES MOINES, IA 50368-9020

STAPLES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2195 N. UNIVERSITY PARK BLVD.
LAYTON UT 84041

STAR EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4025 W. NEVSO DR.
LAS VEGAS, NV 89103

STAR INTERNATIONAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30322 ESPERANZA
SUITE 100
RANCHO SANTA MARGARITA CA 92688-2138

STARLA GALES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1075 VIA SAINT LUCIA PL
HENDERSON, NV 89011

START TO FINISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3975 WEST QUAIL
SUITE 8
LAS VEGAS, NV 89118

START TO FINISH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2595 S. CIMARRON RD., SUITE #103
LAS VEGAS NV 89117

STARWOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2040 S TENEYA WAY
LAS VEGAS, NV 89117

STATE BAR OF ARIZONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4201 NORTH 24TH ST SUITE 200
PHOENIX AZ 85016

STATE BAR OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 E. CHARLESTON BLVD
LAS VEGAS NV 89145

STATE COLL & DISB UNIT
PO BOX 98950
LAS VEGAS, NV 89193-8950

STATE COLLECTION & DISB
UNIT SCADU
P.O. BOX 98950
LAS VEGAS NV 89193

STATE COLLECTION & DISB.
P. O. BOX 989067
WEST SACRAMENTO CA 95798

STATE COLLECTIONS & DISTRIB
PO BOX 98950
LAS VEGAS, NV 89193-8950

STATE DRYWALL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 S WESTWOOD
MESA, AZ 85210

STATE FARM INSURANCE CO
AMBER
6332 SOUTH RAINBOW BLV. STE 100
LAS VEGAS NV 89118

STATE FARM INSURANCE CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6370 W FLAMINGO, STE 21
LAS VEGAS, NV 89103

STATE OF CALIFORNIA
BOARD OF EQUALIZATION
P.O.BOX 942879
SACRAMENTO CA 94279-0001

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P. O. BOX 942867
SACRAMENTO CA 94267-0011

STATE OF IDAHO
CASE #087212 - MONTE AGUAS
PO BOX 70008
BOISE, ID 83707-0108

STATE OF NEVADA
AR PAYMENTS
PO BOX 52685
PHOENIX, AZ 85072

STATE OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 E. WASHINGTON AVE.
SUITE 4900
LAS VEGAS, NV 89101

STATE OF NEVADA
BUSINESS LICENSE RENEWAL
P.O. BOX 52614
PHOENIX AZ 85072-2614

STATE OF NEVADA
DEPARTMENT OF TAXATION
1550 E. COLLEGE PARKWAY, STE 115
CARSON CITY, NV 89706-7937

STATE OF NEVADA
DEPARTMENT OF TAXATION-AR PAYMENT
P.O. BOX 52685
PHOENIX AZ 85072

STATE OF NEVADA
DEPT OF TAXATION - REVENUE DIV
1550 EAST COLLEGE PKWY, #115
CARSON CITY, NV 89706

STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION
500 E. THIRD ST
CARSON CITY, NV 89713-0030

STATE OF NEVADA AR
P>O> BOX 52685
PHOENIX, AZ  85072

STATE OF NEVADA DMV
ATTN: LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

STATE OF NV BUSINESS LICENSE
PO BOX 52614
PHOENIX, AZ 85072-2614

STATE OF NV-DIV. OF WATER RES.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 W. NYE LANE
ROOM 246
CARSON CITY NV 89706-0818

STATE RESTAURANT EQUIPMENT CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3163 SO. HIGHLAND DRIVE
LAS VEGAS, NV  89109 USA

STATE SECURITY SERVICES
P.O. BOX 407
KINGMAN AZ 86402

STATEWIDE FIRE PROTECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3130 WESTWOOD DRIVE
LAS VEGAS NV 89109

STATEWIDE LIGHTING
GAIL FOREMAN
800 E. SAHARA
LAS VEGAS NV 89104

STEAMATIC OF SOUTHERN NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2851 SYNERGY STREET
LAS VEGAS NV 89030

STEAM-WHIRL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3775 W. TECO AVENUE #5
LAS VEGAS NV 89118-6827

STEEL ENGINEERS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
716 WEST MEQUITE AVE
LAS VEGAS, NV 89106-4699

STEEL UNLIMITED, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 W VALLEY BLVD.
RIALTO, CA 92376

STEFANIE ENCARNACION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
144 SHORT RUFF WAY
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

STEFANIE ENCARNACION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21921 RASHDALL AVE
CARSON, CA 90745

STEFANO ARCOLEO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1007
LAS VEGAS, NV 89148

STEGALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1067 VIA SAINT LUCIA PL
HENDERSON, NV 89011

STEIFLE, DAVID MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
234 SUMMIT VISTA ST
HENDERSON, NV 89052

STELLA YIM-WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 CASTLE COURSE AVE
LAS VEGAS, NV 89148

STEPHAN BONNAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 VIA LUNA ROSA CT
HENDERSON, NV 89011

STEPHANIE & TIM KOUTRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
292 BROKEN PAR DR
LAS VEGAS, NV 89148

STEPHANIE & TIM KOUTRAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 S LEMON AVE # E139
WALNUT, CA 91789

STEPHANIE AGUILAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9276 PRAIRIE ASTER PL
LAS VEGAS, NV 89148

STEPHANIE BARILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
149 SULLIVAN AVE
FARMINGDALE, NY 11735

STEPHANIE BARILE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 204
LAS VEGAS, NV 89113

STEPHANIE HOELZEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
600 VIA COLMO AVE
HENDERSON NV 89011

STEPHANIE JURIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 WHITE BLUFFS ST
LAS VEGAS, NV 89148

STEPHANIE LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42410 N 46TH LN
PHOENIX, AZ 85086

STEPHANIE LE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
484 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

STEPHANIE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10548 MEADOW MIST AVE
LAS VEGAS, NV 89135

STEPHANIE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

STEPHANIE LIMPERIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
778 TOSSA DE MAR AVE
HENDERSON, NV 89002

STEPHANIE LIMPERIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
964 ASPEN BREEZE AVE
LAS VEGAS NV 89123

STEPHANIE RICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 WIGAN PIER DR
HENDERSON, NV 89002

STEPHANIE ROBERTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8951 LANSBERRY CT
LAS VEGAS, NV 89147

STEPHEN & ANGELIQUE GRADNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 VIA DEL CIELO
RANCHO PALOS VERDES, CA 90275

STEPHEN & ANGELIQUE GRADNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
471 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

STEPHEN & ANGELIQUE GRADNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
483 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

STEPHEN & BELIA MERKATZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 CASCADE LAKE ST
LAS VEGAS, NV 89148

STEPHEN & BERNADETTE ANDAYA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 108
LAS VEGAS, NV 89113

STEPHEN & CAROLINA GRIFFIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 DRYSDALE CIR
HENDERSON, NV 89074

STEPHEN & CAROLINA GRIFFIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 DRYSDALE CIR
HENDERSON, NV 89074-4100

STEPHEN & CAROLINA GRIFFIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6777 GOLD YARROW ST
LAS VEGAS, NV 89148

STEPHEN & COLOMBA HRIBIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4775 N TEE PEE LN
LAS VEGAS, NV 89129

STEPHEN & COLOMBA HRIBIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

STEPHEN & DONNA MAKEIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
549 VIA RUSCELLO WAY
HENDERSON, NV 89011

STEPHEN & INTHIRA LIGUTOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5498 PEACE RIVER CT
LAS VEGAS, NV 89148

The Rhodes Companies, LLC - U.S. Mail

STEPHEN & INTHIRA LIGUTOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
623 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

STEPHEN & JOSEPH WANCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1209 WASHINGTON AVE STE 509
SAINT LOUIS, MO 63103

STEPHEN & JOSEPH WANCHA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

STEPHEN & KASIA CRAIG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9462 MALASANA CT
LAS VEGAS, NV 89147

STEPHEN & MAYLEEN ANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1308 OLIVIA PKWY
HENDERSON, NV 89011

STEPHEN & MAYLEEN ANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 LAKEWOOD DR
CENTRALIA, IL 62801

STEPHEN & RENEE REED
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
784 ALDER GREEN AVE
HENDERSON, NV 89002

STEPHEN & RONG RICHARDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 HONORS COURSE DR
LAS VEGAS, NV 89148

STEPHEN ARNOLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 SPRING HOLLOW DR
LAS VEGAS, NV 89148

STEPHEN DEGUZMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30 COBBS CREEK WAY
LAS VEGAS, NV 89148

STEPHEN GABRIELSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12484 N. 76 TH ST.
SCOTTSDALE, AZ 85260

STEPHEN GRADNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 TALL RUFF DR
LAS VEGAS, NV 89148

STEPHEN LEE SETO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 GRANT AVENUE, #D
SAN FRANCISCO CA 94133

STEPHEN MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4828 CALIFA DR
LAS VEGAS, NV 89122

STEPHEN MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

STEPHEN OLSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

STEPHEN RENNIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11506 BELMONT LAKE DR UNIY 104
LAS VEGAS, NV 89135-1393

STEPHEN RENNIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8709 VILLA PABLO LN
LAS VEGAS, NV 89147

STEPHEN RENNIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1108
LAS VEGAS, NV 89148

STEPHEN ROBISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7411 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

STEPHEN ROBISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8309 GARNET CANYON LN
LAS VEGAS, NV 89129

STEPHEN ROBISON
C/O ERIC RANSAVAGE
7411 APPLE SPRINGS AVE.
LAS VEGAS, NV 89131

STEPHEN SCHWEYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
245 VIA DI CITTA DR
HENDERSON, NV 89011

STEPHEN SHAFFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
429 VIA STRETTO AVE
HENDERSON, NV 89011

STEPHEN W RENNIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11506 BELMONT LAKE DR UNIT 104
LAS VEGAS, NV 89135-1393

STEPHENS MEDIA GROUP
P.O. BOX 70
LAS VEGAS NV 89125-0070

STEPHENS, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 WADE HAMPTON TRAIL
HENDERSON, NV 89052

STERLING EDUCATION SERVICES
P.O. BOX 3127
EAU CLAIRE WI 54702-3127

STERLING NEVADA, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2825 COLEMAN ST
NORTH LAS VEGAS , NV  89032

STERN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5707 WISH AVE
ENCINO, CA 91316

STERN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1144
LAS VEGAS, NV 89148

STEUERLE, JOHN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4521 N. THRUMAN DR.
GOLDEN VALLEY, AZ 86413

STEVE & ANITA WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8931 LANSBERRY CT
LAS VEGAS, NV 89147

STEVE & LILY PARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
122 OCEAN HARBOUR LN
LAS VEGAS, NV 89148

STEVE & LILY PARIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

STEVE & MARLA MCCLINTOCK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
225 VIA LUNA ROSA CT
HENDERSON, NV 89011

STEVE ADAMS
N/A
N.A

STEVE ARTINGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
602 FYNN VALLEY DRIVE
LAS VEGAS NV 89148

STEVE BEYER PRODUCTIONS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 N. GIBSON ROAD
HENDERSON NV 89014

STEVE BIRON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
564 MANHATTAN PLACE
SAN JOSE CA 95136

STEVE CORONADO & STACY SUAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9831 BIG WINDOW ST
LAS VEGAS, NV 89178

STEVE KEMNITZER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 POCONO MANOR CT.
LAS VEGAS NV 89148

STEVE SELBREDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 WOODLAND CT
NOVATO, CA 94947

STEVE SELBREDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
358 BROKEN PAR DR
LAS VEGAS, NV 89148

STEVE SELBREDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38 LAYING UP CT
LAS VEGAS, NV 89148

STEVE STROM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1030 WEATHERBOARD STREET
HENDERSON NV 89011

STEVE TRIPLETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39817 AMBERLEY CIR
TEMECULA, CA 92591

STEVE TRIPLETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

STEVE WAGNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
400 N GREEN VALLEY PKWY
HENDERSON, NV 89074

STEVE WOLF & ASSOC. INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9602 SANTIAGO BLVD
VILLA PARK CA 92867

STEVEN & BRENDA COWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9701 VALMEYER AVE
LAS VEGAS, NV 89148

STEVEN & DENA MCINTOSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
793 VORTEX AVE
HENDERSON, NV 89002

STEVEN & DIANNE MACDONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7733 FALCONWING AVE
LAS VEGAS, NV 89131

STEVEN & EDWARD CUSHMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 211
LAS VEGAS, NV 89113

STEVEN & JENNIFER RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 SANDY BUNKER LN
LAS VEGAS, NV 89148

STEVEN & JENNIFER RHODES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5014 SPANISH HILLS DR
LAS VEGAS, NV 89148

STEVEN & JODI MAKRANSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6626 BABYS TEAR PL
LAS VEGAS, NV 89148

STEVEN & KATHY BARRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
87 SUNSET BAY ST
LAS VEGAS, NV 89148

STEVEN & KELLY HENDRICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2063
LAS VEGAS, NV 89148

STEVEN & MINDY THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 VIA DEL FORO DR
HENDERSON, NV 89011

STEVEN & NANCY MIHOVICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10147 DRAGONS MEADOW CT
LAS VEGAS, NV 89148

STEVEN & ROBIN BELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
107 OLDHAM PL
AMBLER, PA 19002

STEVEN & ROBIN BELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 WATERTON LAKES AVE
LAS VEGAS, NV 89148

STEVEN & SOUKSATHIT GORDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIALE PLACENZA PL
HENDERSON, NV 89011

STEVEN & SUSAN LALICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 N MAIN ST
GRANT PARK, IL 60940

STEVEN & SUSAN LALICH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
87 ROCK RUN ST
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**                                                                    Served 9/28/2009

STEVEN & THERESA EM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 VIA LUNA ROSA CT
HENDERSON, NV 89011

STEVEN & THERESA TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4858 CALIFA DR
LAS VEGAS, NV 89122

STEVEN & YOUNG BECK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
270 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

STEVEN ATKINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7408 RED SWALLOW ST
LAS VEGAS, NV 89131

STEVEN ATKINSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9574 MARINA VALLEY AVE
LAS VEGAS, NV 89147

STEVEN DESTEFANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1083 VIA CAPASSI WAY
HENDERSON, NV 89011

STEVEN DESTEFANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2050 W WARM SPRINGS RD UNIT 3821
HENDERSON, NV 89014

STEVEN ENTERPRISES, INC
PO BOX 16307
IRVINE CA 92623-6307

STEVEN ENTERPRISES, INC.
ATTN: AMY CARISOZA
17952 SKY PARK CIR. STE. E
IRVINE, CA 92614

STEVEN GAVALAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
378 TRAILING PUTT WAY
LAS VEGAS, NV 89148

STEVEN KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
580 VIA DI PARIONE CT
HENDERSON, NV 89011

STEVEN KANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9512 MONTANZA WAY
BUENA PARK, CA 90620

STEVEN KINKADE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

STEVEN KINKADE
PO BOX 391
GARDEN VALLEY, ID 83622

STEVEN L. RHODES, D.D.S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
501 SOUTH RANCHO DRIVE
E-29
LAS VEGAS NV 89106

STEVEN RALPHS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7232 EAGLEGATE ST
LAS VEGAS, NV 89131

STEVEN SAXON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1284 OLIVIA PKWY
HENDERSON, NV 89011

STEVEN SLEPION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2088
LAS VEGAS, NV 89148

STEVEN WATANABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9302 LEMON MINT CT
LAS VEGAS, NV 89148

STEVEN YOULES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1099
LAS VEGAS, NV 89147

STEVENSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 RANCHO LA COSTA ST
LAS VEGAS, NV 89138

STEVENSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 VIA PALERMO DR
HENDERSON, NV 89011

STEVENSON II, RONALD F
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
457 VIA PALERMO DR
HENDERSON,NV 89011-0824

STEVENSON JR., GARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7255 WEST SUNSET ROAD #10479
LAS VEGAS, NV 89113

STEWART ARCHIBALD & BARNEY LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7881 W. CHARLESTON BLVD.
SUITE 250
LAS VEGAS NV 89117-8323

STEWART ESCROW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1901 ORANGE TREE LN
REDLANDS, CA 92374

STEWART OCCHIPINTI, LLP
ATTORNEYS & COUNSELORS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK NY 10018

STEWART USA TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21421-111 AVE N W
EDMONTON AB T5S
CANADA

STEWART USA TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
464 PUNTO VALLATA DR
HENDERSON, NV 89011

STEWART&SUNDELL CONCRETE
BOB BLEDSOE.
1760 WEST BROOKS AVENUE
NORTH LAS VEGAS NV 89032

STEWART, LACY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7819 TAY RIVER CT
LAS VEGAS, NV 89166-5092

STEWART, MICHAEL L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2601 S. GRAND CANYON DR. #1068
LAS VEGAS, NV 89117

STEWART, SCOTT A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 VIA MEZZA LUNA CT
HENDERSON, NV 89011-0876

STIMULUS TECHNOLOGIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6100 S. MOUNTAIN VISTA ST.
SUITE 100
HENDERSON NV 89014

STIMULUS TECHNOLOGIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6100 S. MOUNTAIN VISTA ST.
SUITE D
HENDERSON, NV 89014

STITCH MONSTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
550 BRACKEN AVE.
LAS VEGAS NV 89104

STOCKBRIDGE NORTHWEST
P.O. BOX 6061
KINGMAN , AZ  86402

STOCKHAUSEN, NICOLE C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 OLD LAKE CIR
HENDERSON, NV 89074

STONE AGE DESIGN, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2043 PABCO ROAD
HENDERSON NV 89015

STONE MASONS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5581 S. CAMERON SUITE A
LAS VEGAS NV 89118

STONE, CAMERON M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2177 RATHKE DR
BULLHEAD CITY, AZ 86442

STONE, F. GREG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 WICKED WEDGE WAY
LAS V EGAS, NV 89148

STONEWALL PUBLISHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1380 E SAHARA AVE STE A
LAS VEGAS, NV 89104-3497

STONEWALL PUBLISHING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2408 PARDEE PLACE
LAS VEGAS NV 89104

STORAGE ONE AT RHODES RANCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8777 W. WARM SPRINGS ROAD
LAS VEGAS NV 89148

STORM AUTO GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 N. SHOSHONE ST.
FLAGSTAFF, AZ 86001

STOUDNOR, TROY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 SCISSORTAIL CT
N LAS VEGAS, NV 89084-3100

STOUT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 PANGLOSS ST
HENDERSON, NV 89002

STOUT LIGHTING
A DIV. OF STOUT ELECTRIC
6440 SCHIRILS ST.
LAS VEGAS NV 89118

STOUT, VANESSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1206 COUGAR COUNTRY
SAN ANTONIO, TX 78251-4054

STOW AWAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
921 OLSEN STREET
HENDERSON NV 89015

STRAIGHT DOWN
PO BOX 643382
CINNCINNATI, OH  45264-3382

STRAIGHT DOWN CLOTHING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 CLARION COURT
SAN LUIS OBISPO, CA 93401

STRAIGHT-LINE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8820 EL CAMINO RD
LAS VEGAS, NV 89139

STRATEGIC VALUE MASTER FUND
ALAN LIU
100 WEST PUTNAM: ALAN LIU
GREENWICH, CT 06830

STRATTON CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 KITTANSETT LOOP
HENDERSON NV 89052

STREET,MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2415 HARROD
KINGMAN, AZ 86401

STREETSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15641 PRODUCT LANE
SUITE 7
HUNTINGTON BEACH, CA 92649

STREETSCAPE
714-898-4842
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15641 PRODUCT LANE
SUITE 7
HUNTINGTON BEACH CA 92649

STRICKLAND FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7221 BUGLEHORN ST
LAS VEGAS, NV 89131

STRICKLAND FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7833 LONESOME HARBOR AVE
LAS VEGAS, NV 89131

STRIKER,TIMOTHY J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7675 HAMPTON COVE LN
LAS VEGAS, NV 89113

STRIPING SOLUTIONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4181 WEST OQUENDO
LAS VEGAS , NV  89118

STRUCTURAL DESIGN & MANAGEMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2288 S SOUTHWOOD DRIVE
WARSAW, IN 46580

STULL, TATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9365 LOTUS ELAN DR
LAS VEGAS, NV 89117

STUTZMAN JOHN E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3865  HEATHER AVE
KINGMAN, AZ 86401

STYLE WISE INTERACTIVE
RICHARD
6600 AMELIA EARHART COURT
LAS VEGAS NV 89119

SUAREZ GALAN;RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2617 E. MESQUITE AVE # D
LAS VEGAS, NV 89101

SUBDIVISION ACCEPTANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 E SUNSET RD
HENDERSON, NV 89011-4324

SUBIAS-IBARRA,CESAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2016 BONANZA # 2016
LAS VEGAS, NV 89101

SUBIAZ,MARSIAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2650 SAN DOMINGO
LAS VEGAS, NV 89115

SUBSCRIPTION ORDER SERVICES
P.O. BOX 162685
ALTAMONTE SPRINGS, FL  32716-2685

SUBU VIDU & JULIETA JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3794  HEATHER AVE
KINGMAN, AZ 86401

SUDHA GUTTIKONDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
71 RANCHO MARIA ST
LAS VEGAS, NV 89148

SUGARMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3350 PALM CENTER DR
LAS VEGAS, NV 89103

SUGARMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1117
LAS VEGAS, NV 89147

SUGEIRY; CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
831 SLEEPY MOON AVE
HENDERSON, NV 89012

SUGUITAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3616 MORNINGSIDE DR
EL SOBRANTE, CA 94803

SUGUITAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6760 GOLD YARROW ST
LAS VEGAS, NV 89148

SUK HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
287 PALM TRACE AVE
LAS VEGAS, NV 89148

SUKDAVE SINGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
772 WIGAN PIER DR
HENDERSON, NV 89002

SUKE ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 S ARROYO DR APT D
SAN GABRIEL, CA 91776

SUKE ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
479 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

SULETT, LEAH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
574 NEWBERRY SPRINGS DRIVE
LAS VEGAS, NV 89148

SULLIVAN GROUP REAL ESTATE ADV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12555 HIGH BLUFF DR #210
SAN DIEGO, CA 92130

SULLIVAN GROUP REAL ESTATE ADV
TIM SULLIVAN
12555 HIGH BLUFF DRIVE
SUITE 210
SAN DIEGO CA 92130

SULLIVAN, MICHAEL BRYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
981 WHITNEY RANCH DR. APT. # 1227
HENDERSON, NV 89014

SUMAN TANDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 RIVER DR S APT 2201
JERSEY CITY, NJ 07310

SUMAN TANDRA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2080
LAS VEGAS, NV 89148

SUMMERLIN BRIDAL SHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3320 N. BUFFALO DRIVE #102
LAS VEGAS, NV  89129

SUMMERLIN HOSP MED CTR, LLC
P. O. BOX 31001-0827
PASADENA CA 91110-0827

SUMMERS ELECTRICAL ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1129 GALLANT FOX AVENUE
HENDERSON NV 89015

SUN CAT SKYLIGHT
JOAN GEORGENS
4485 EMERALD AVE.
LAS VEGAS NV 89120

SUN CITY LANDSCAPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4270 WEST PATRICK LANE
LAS VEGAS NV 89118

SUN COUNTRY SYSTEMS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4500 DELANCY UNIT 3
LAS VEGAS NV 89103

SUN FLOWERS FLORIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3250 N. TENAYA WAY
SUITE 106
LAS VEGAS NV 89129

SUN OUTDOOR ADVERTISING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5630 DISTRICT BLVD., SUITE # 126
BAKERSFIELD, CA 93313

SUN STATE COMPONENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4915 N BERG ST
NO LAS VEGAS, NV 89031

SUN STATE COMPONENTS OF N. AZ
P.O. BOX 4077
KINGMAN AZ 86402

SUN STATE LUMBER
P.O. BOX 3699
KINGMAN AZ 86402

SUN VALLEY BUMPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2551 AIRWAY AVE
P.O. BOX 806
KINGMAN AZ 86401

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA, GA  30384-9211

SUNBURST CONSTRUCTION, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5180 CAMERON ST SUITE# 6
LAS VEGAS NV 89118

SUNBURST PAINTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3770 E. DESERT INN ROAD, # 273
LAS VEGAS, NV 89121

SUNBURST SHUTTERS
STAN
6480 W. FLAMINGO ROAD
LAS VEGAS NV 89103

SUNDANCE HELICOPTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5596 HAVEN STREET
LAS VEGAS NV 89119

SUNFLOWERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3250 N. TENAYA WAY #106
LAS VEGAS NV 89129

SUNGA, MELVIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
375 CENTER GREEN DR
LAS VEGAS, NV 89148

SUNIM MITCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2122
LAS VEGAS, NV 89148

SUNLAND ASPHALT
ATTN: MIKE MCWENIE
SUNLAND, INC. - ASPHALT & SEALCOATING
3002 S. PRIEST DR., SUITE 100
TEMPE, AZ 85282

SUNLAND ASPHALT
P.O. BOX 20814
BULLHEAD CITY , AZ  86439

SUNNI & JODY WESTBROOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
606 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

SUNRISE FIRE
PO BOX 82034
LAS VEGAS, NV  89180-2034

SUNRISE FIRE INC.
ATTN: GLENN D. BROWN
PO BOX 82034
LAS VEGAS, NV 89180

SUNRISE MECHANICAL INC
ATTN: BONNIE L REAVES
7380 COMMERCIAL WAY
HENDERSON, NV 89011

SUNRISE MECHANICAL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7380 COMMERCIAL WAY
HENDERSON , NV  89015

SUNRISE MECHANICAL, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7380 COMMERCIAL WAY
HENDERSON NV 89011

SUNRISE MOUNTAIN AVIONICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2830 N. RANCHO DRIVE
LAS VEGAS NV 89130

SUNRISE PAVING,INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5562 MOUNTAIN VISTA ST.
LAS VEGAS NV 89120

SUNRISE SOLAR SCREEN & BLIND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2454 LOSEE RD. SUITE A
LAS VEGAS, NV 89030

SUNSCAPE WINDOW COVERINGS
P. O. BOX 621811
LAS VEGAS NV 89162

SUNSET OASIS LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4575 WEST COUGAR
LAS VEGAS NV 89139

SUNSHINE CONCRETE & MATERIALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
500 LAKE HAVASU AVE. N. STE.D-100
LAKE HAVASU CITY, AZ 86403

SUNSHINE SUPPORT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19841 N 14TH ST.
PHOENIX, AZ  85024

SUNSTATE
P.O. BOX 52581
PHOENIX , AZ  85072

SUNSTATE COMPANIES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4435 E. COLTON AVE
SUITE 101
LAS VEGAS NV 89115

SUNSTATE COMPANIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9225 MANN STREET
LAS VEGAS , NV  89139

SUNSTATE COMPONENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4915 N. BERG ST.
N. LAS VEGAS, NV 89031

SUNSTATE EQUIPMENT
P.O BOX 52581
PHOENIX, AZ 85072-2581

SUNTHARY DELCASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
267 BROKEN PAR DR
LAS VEGAS, NV 89148

SUNTHARY DELCASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4158 WALNUT AVE
LONG BEACH, CA 90807

SUNWORLD LANDSCAPE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
451 E SUNSET RD
HENDERSON, NV 89011-4324

**The Rhodes Companies, LLC - U.S. Mail**                                                                                    Served 9/28/2009

SUPAVADEE SRISAKORN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5574 GOLDEN PALMS CT
LAS VEGAS, NV 89148

SUPAVADEE SRISAKORN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 215
LAS VEGAS, NV 89113

SUPER COLOR DIGITAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4495 W. SUNSET RD
LAS VEGAS NV 89118

SUPERIOR FRAME & TRIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1642 NORTH MCCULLOCH BLVD.
LAKE HAVASU CITY AZ 86403

SUPPORT PAYMENT CLEARING HOUSE
CASE# FC2002090434
P.O.BOX 52107
PHOENIX AZ 85072-2107

SUPREME COURT OF ARIZONA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 W. WASHINGTON STE 104
PHOENIX AZ 85007-3231

SURESH SADINENI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 SEA RIM AVE
LAS VEGAS, NV 89148

SURFACE SOLUTIONS
ATTN: EULALIO MORENO
P.O. BOX 335112
2305 DALTON RIDGE CT.
NORTH LAS VEGAS, NV 89033

SURFACE SOLUTIONS
EULALIO MORENO
P. O. BOX 335112
NORTH LAS VEGAS NV 89033

SURFACE SOLUTIONS
P. O. BOX 335112
NORTH LAS VEGAS, NV  89033

SURFACE SOLUTIONS
P.O. BOX 335112
N. LAS VEGAS, NV 89033

SURFACE SPECIALISTS OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2756  N. GREEN VALLEY PKWY
PMB 458
HENDERSON NV 89014

SURGICAL ARTS CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9499 W CHARLESTON 250
LAS VEGAS NV 89117

SURYA CARPET INC.
PO BOX 324
ADAIRSVILLE GA 30103

SUSAN & GREGG SCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7412 RED SWALLOW ST
LAS VEGAS, NV 89131

SUSAN & RICHARD BALDWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1122 OLIVIA PKWY
HENDERSON, NV 89011

SUSAN CARAMICO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

SUSAN COBB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 315
LAS VEGAS, NV 89113

SUSAN L. ENGELKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5904 PAVILION LAKES AVE.
LAS VEGAS NV 89122

SUSAN LAWSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

SUSAN MILLER ZAPPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 N RAINBOW BLVD STE 250
LAS VEGAS, NV 89107-1187

SUSAN NIELSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

SUSAN OVIST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2548 SILVSER BEACH DRIVE
LAS VEGAS NV 89052

SUSAN SACHANKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1276 OLIVIA PKWY
HENDERSON, NV 89011

SUSAN SHOOK ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
240 NEWPORT CENTER DRIVE
SUITE 220
NEWPORT BEACH CA 92660

SUSAN TOKUNAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA PANFILO AVE
HENDERSON, NV 89011

SUSAN TOKUNAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2406 RUE DE BOURDEAUX
HENDERSON, NV 89074

SUSAN WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

SUSAN WONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 HONORS COURSE DR
LAS VEGAS, NV 89148

SUSAN ZABOLOTNIUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1216 OLIVIA PKWY
HENDERSON, NV 89011

SUSAN ZABOLOTNIUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2109-16 YONGE ST
TORONTO ON M5E2
CANADA

SUSANNA & SAMMY YIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
447-32ND AVENUE
SAN FRANCISCO, CA 94121

SUSANNA & SAMMY YIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2041
LAS VEGAS, NV 89148

SUSANNA YIP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
447-32ND AVENUE
SAN FRANCISCO CA 94121

SUSIE L. LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
860 MERIDIAN BAY LANE # 223
FOSTER CITY CA 94404

SUSIE SHAWNEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 CANDLEWYCK DR
HENDERSON, NV 89052

SUSIE SHAWNEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 QUAIL VALLEY ST
LAS VEGAS, NV 89148

SUSTEEN, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8001 IRVINE CENTER DR.
SUITE 1500
IRVINE CA 92618

SUTHERLAND - PERENNIALS
MIMI/KRISTEN
C/O SHEARS & WINDOWS
101 HENRY ADAMS ST.  #256
SAN FRANCISCO CA 94103

SUTHERLAND FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5046 SPANISH HILLS DR
LAS VEGAS, NV 89148

SUTHERLAND FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9594 MALASANA CT
LAS VEGAS, NV 89147

SUZAN MCFARLAND
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

SUZANA RUTAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1950 E WARM SPRINGS ROAD
LAS VEGAS NV  89119

SUZANI ASMLASH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
182 RUSTY PLANK AVE
LAS VEGAS, NV 89148

SUZANNE & PHILIP RICHARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
925 VIA STELLATO ST
HENDERSON, NV 89011

SUZANNE KAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1047
LAS VEGAS, NV 89148

SUZANNE SIMONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2017
LAS VEGAS, NV 89148

SVOMA, RONALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 KIETH DRIVE PO BOX 50511
PARKS, AZ 86018

SWAFFORD DALE & TAMMY CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3991  HEATHER AVE
KINGMAN, AZ 86401

SWAN ADVERTISING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2880 MEADE AVENUE, SUITE 202
LAS VEGAS NV 89102

SWAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

SWAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W SAHARA AVE # 105-B34
LAS VEGAS, NV 89117

SWANER, RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3375 WEST PEBBLE ROAD
LAS VEGAS, NV 89139

SWANY POOL SERVICE, INC.
PO BOX 371000
LAS VEGAS NV 89137

SWARTS, MANNING & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10091 PARK RUN DRIVE #200
LAS VEGAS NV 89145

SY & LO-WEI DENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
165 TALL RUFF DR
LAS VEGAS, NV 89148

SYANG SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 CROOKED PUTTER DR
LAS VEGAS, NV 89148

SYANG SU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6025 MARIGOLD POINT CT
LAS VEGAS, NV 89120

SYDNEY WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 HONORS COURSE DR
LAS VEGAS, NV 89148

SYED ALI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9710 WAUKEGAN AVE
LAS VEGAS, NV 89148

SYKIA IMPORTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
158 WOLD CT.
EAU CLAIRE, WI 54701

SYLVAN LEARNING CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1181 SOUTH BUFFALO DRIVE # 120
LAS VEGAS NV 89117

SYLVESTER & MARILYN SIRNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9268 DAMES ROCKET PL
LAS VEGAS, NV 89148

SYLVESTER & SUSIE MITCHELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9223 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

SYLVIA & NARIMAN ZAHERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 CROOKED TREE DR
LAS VEGAS, NV 89148

SYLVIA & NARIMAN ZAHERI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
640 CORDOVA ST
DALY CITY, CA 94014

SYMANTEC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20330 STEVENS CREEK BLVD
CUPERTINO, CA 95014

SYMMETRY PRODUCTS GROUP
C/O LANCE INDUSTRIES, INC.
55 INDUSTRIAL CIRCLE
LINCOLN RI 02865

SYSCO
PO BOX 93537
LAS VEGAS, NV 89193

SYSCON CONSULTING
JERRY SLATER
2255 LORING AVENUE
HENDERSON NV 89074

SZABO, MARY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10409 SACRE COURT
LAS VEGAS, NV 89135

T & R PAINT & DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 W. BROOKS
N. LAS VEGAS NV 89630

T BROTHERS TILE LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4325 W PATRICK LN STE 120
LAS VEGAS, NV 89118-6864

T K B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6364 MIGHTY FLOTILLA AVE
LAS VEGAS, NV 89139

T K B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

T LP TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1029 VIA DI OLIVIA ST
HENDERSON, NV 89011

T. BROTHERS TILE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3450 S. POLARIS
LAS VEGAS NV 89102

T. BROTHERS TILE, LLV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4325 W PATRICK LN STE 120
LAS VEGAS, NV 89118-6864

T. VIRGILS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10624 S EASTERN SUITE A UNIT 327
HENDERSON, NV 89052

T.I. RESIDENTIAL
LAW OFFICES OF RAWLINGS OLSON ET AL
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129

T.I. RESIDENTIAL, INC.
C/O DANA JONATHON NITZ, ESQ.
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

T.P.S. PAINTING & DRYWALL, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
358 BEESLEY DR.
LAS VEGAS NV 89110

T.WARNOCK TRUCKING, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13302 1/2 BRIDGES AVE
YUMA, AZ 85365

T2 GREEN
PO BOX 55191
SHERMAN OAKS, CA 91413

TABAREZ MARTINEZ,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1641 INGRAHAM ST
NORTH LAS VEGAS, NV 89030

TADEO;ESTEBAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6453 EVERGREEN AVE
LAS VEGAS, NV 89107

TADEO-VALENTINEZ,JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3517 THOMAS AVE APT # 3
NORTH LAS VEGAS, NV 89030

TADEO-VALENTINEZ,MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3517 THOMAS AVE APT # 3
NORTH LAS VEGAS, NV 89030

TAEMI PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

TAIT & ASSOCIATES, INC.
P.O. BOX 11118
SANTA ANA, CA 92711-1118

TAK & SIU YEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1451 BONITA TER
MONTEREY PARK, CA 91754

TAK & SIU YEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
616 OVER PAR CT
LAS VEGAS, NV 89148

TAKE IT FROM THE TOP TALENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3658 MOON LIT RAIN DRIVE
LAS VEGAS NV 89135

TALAYUMPTEWA, ORVILLE
PO BOX 318 VILLAGE PLAZA
KYKOTSMOVI, AZ 86039

TALAYUMPTEWA, TRAVIS
PO BOX 318 VILLAGE PLAZA
KYKOTSMOVI, AZ 86039

TALTON, JR.;CARL L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W. RUSSELL RD., #2007
LAS VEGAS, NV 89148

TALTON;BRANDON C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W. RUSSELL RD., #2007
LAS VEGAS, NV 89148

TAMARA & ANTHONY CICCHETTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
192 WATERTON LAKES AVE
LAS VEGAS, NV 89148

TAMARA CHAMBERLAIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
555 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

TAMARA GARNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7430 HORNBLOWER AVE
LAS VEGAS, NV 89131

TAMARA LELYK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9256 DAMES ROCKET PL
LAS VEGAS, NV 89148

TAMI ZUEHLSDORF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1125
LAS VEGAS, NV 89148

TAMMRAH'JOY CHRISTOPHER
PO BOX 661114
ARCADIA, CA 91066

TAMMY & DAVID GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
436 VIA STRETTO AVE
HENDERSON, NV 89011

TAMMY WARDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1148
LAS VEGAS, NV 89148

TANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
760 RICOTA CT
HENDERSON, NV 89012

TANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
796 VORTEX AVE
HENDERSON, NV 89002

TANG NOG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3130 138TH ST APT 3C
FLUSHING, NY 11354

TANG NOG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
336 TRAILING PUTT WAY
LAS VEGAS, NV 89148

TANGERINE OFFICE SYS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1175 AMERICAN PACIFIC DRIVE
SUITE F
HENDERSON, NV  89074

TANK SHARKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9633 KELLY CREEK AVENUE
LAS VEGAS NV 89129

TANNER, JUDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7100 WEST ALEX ST
LAS VEGAS, NV 89129

TANNY & MARCIA ANCHETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 RANCHO MARIA ST
LAS VEGAS, NV 89148

TANTARA HOA
C/O EXCELLENCE COMMUNITY MANAGEMENT
601 WHITNEY RANCH SUITE B 10
HENDERSON, NV 89074

TAPIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21425 AVALON BLVD SPC 61
CARSON, CA 90745

TAPIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6801 SCARLET FLAX ST
LAS VEGAS, NV 89148

TARA & DAVID RUSSELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4680 LAGUNA VISTA ST
LAS VEGAS, NV 89147

TARA & MARK ALEXANDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1133 VIA CANALE DR
HENDERSON, NV 89011

TARA BOISSONNEAULT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
36 BLAVEN DR
HENDERSON, NV 89002

TARA ROGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1004
LAS VEGAS, NV 89148

TARBELL REALTORS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18356 IRVINE BLVD
2ND FLOOR
TUSTIN CA 92780

TARELO, ALFREDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1338 SMOKE TREE AVE
LAS VEGAS, NV 89108

TARGET NATIONAL BANK
P.O BOX 59317
MINNEAPOLIS MN 55459-0317

TARWATER, DAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2144 BANNER WOOD ST
HENDERSON, NV 89044

TATYANA ANTOKHINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
374 BANFF CT
LAS VEGAS, NV 89148

TAUNTON DIRECT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
63 S. MAIN STREET
PO BOX 5507
NEWTON CT 06470-5507

TAWNYA ROSENTHAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22721 CRESPI ST
.
WOODLAND HILLS, CA 91364

TAXPAYER TAXPAYER
LAS VEGAS, NV 89000

TAXPAYER TAXPAYER
SOUTH GRAND CENTRAL
HENDERSON, NV 89011

TAXPAYER TAXPAYER
SOUTH GRAND CENTRAL
LAS VEGAS, NV 89148

TAYLOR A. HASTINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 NORTH KENNETH ROAD
KINGMAN, AZ  86409

TAYLOR HASTINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 N KENNETH RD
KINGMAN, AZ 86409

**The Rhodes Companies, LLC - U.S. Mail**

TAYLOR MADE
FILE 56431
LOS ANGELES, CA  90074-6431

TAYLOR POPKO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
116 TUSCANY WAY
SHAVANO PARK, TX 78249

TAYLOR SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10209 HUXLEY CROSS LANE
LAS VEGAS, NV 89144

TAYLOR ZINK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10209 HUXLELY CROSS LANE
LAS VEGAS NV 89144

TAYLOR,AARON J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7725 COBDEN CT
LAS VEGAS, NV 89147

TAYLOR,JAMES A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7725 COBDEN CT
LAS VEGAS, NV 89147

TAYLOR; SHARLA D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
242 LANTANA BREEZE DRIVE
LAS VEGAS, NV 89183

TECHNICOM SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4130 N. LOSEE ROAD
N. LAS VEGAS NV 89030-3302

TED & PATRICIA WILKES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
249 VIA DI CITTA DR
HENDERSON, NV 89011

TED DEHERRERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2846 MAHONGANY
HENDERSON, NV 89074

TED WIENS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1701 LAS VEGAS BLVD
LAS VEGAS, NV 89104

TED WIENS TRUCK TIRE CENTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3810 SPRING MOUNTAIN ROAD
LAS VEGAS, NV 89102

TEDROS KEBEDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 OLIVIA PKWY
HENDERSON, NV 89011

TEDROS KEBEDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 ISLAND REEF AVE
HENDERSON, NV 89012

TEF DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1939 WIKIEUP  #1
KINGMAN, AZ 86401

TEHAMA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1-800-955-9400 EXT 1023
P.O.BOX 1079
DENVER CO 80256-1079

TEIJEIRO ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3817  HEATHER AVE
KINGMAN, AZ 86401

TEK SYSTEMS
P.O. BOX 198568
ATLANTA, GA 30384-8568

TEKSYSTEMS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7437 RACE RD.
HANOVER, MD 21076

TELEPACIFIC COMMUNICATIONS
P. O. BOX 526015
SACRAMENTO CA 95852-6015

TELEVISION MONITORING SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4132 S. RAINBOW BLVD. #213
LAS VEGAS NV 89103

TELIMAGINE
PO BO X6434
CAROL STREAM, IL 60197-6434

TELIMAGINE
PO BOX 98789
LAS VEGAS NV 89193

TEMPLIN, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7304 COFFEYVILLE AVE
LAS VEGAS, NV 89147

TEN COMPASS NORTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1080 MARY CREST ROAD
HENDERSON NV 89074

TENA, MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11640 ROSSOVINO ST
LAS VEGAS, NV 89183

TENGAN, LAWRENCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
504 EDGEFIELD RIDGE PL
HENDERSON, NV 89012

TENNESSEN THEODORE J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3835  HEATHER AVE
KINGMAN, AZ 86401

TEODULO GRANADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
186 CROOKED TREE DR
LAS VEGAS, NV 89148

TEOFILO BONILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5919 TYBALT CT
LAS VEGAS, NV 89113

TEOFILO BONILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

TERESA CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
191 WATER HAZARD LN
LAS VEGAS, NV 89148

TERESA CASTILLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2969 INGLEDALE TER
LOS ANGELES, CA 90039

The Rhodes Companies, LLC - U.S. Mail                                              Served 9/28/2009

TERESA ERICKSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1809 BIRCH ST
LAS VEGAS, NV 89102

TERESA KARAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
496 VIA PALERMO DR
HENDERSON, NV 89011

TERESA NORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
177 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

TERESITA & DANNY MAGSINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
598 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

TERESITA & N R RABANERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6537 BETHALTO ST
LAS VEGAS, NV 89148

TERESITA & N R RABANERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6670 MOUNT WHITNEY DR
BUENA PARK, CA 90620

TERESITA AFRICANO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

TERESITA BUHAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
128 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

TERESITA KAMEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

TERIZA ARGUELLES-ANICETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
357 CART CROSSING WAY
LAS VEGAS, NV 89148

TERIZA ARGUELLES-ANICETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
594 MONTEREY BLVD
SAN FRANCISCO, CA 94127

TERRA CONTRACTING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5980 WEST COUGAR
LAS VEGAS, NV 89139

TERRA MONTERO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 DAISY SPRINGS CT
LAS VEGAS, NV 89148

TERRA WEST PROPERTY MGMT.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2655 S. RAINBOW BLVD.  SUITE 200
LAS VEGAS NV 89146

TERRENCE & KATHLEEN ELDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9211 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

TERRENCE MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
793 TELFER LN
HENDERSON, NV 89002

TERRI CASTRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2049 JESSE SCOTT ST
LAS VEGAS NV  89106

TERRONES; J. PABLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 FALCON RIDGE ST.
LAS VEGAS, NV 89142

TERRY & BEV BRISEBOIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1053 VIA CAMELIA ST
HENDERSON, NV 89011

TERRY & BEV BRISEBOIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2805-12 ST N E
CALGARY AB T2E 7J2
CANADA

TERRY & JOYCE HARRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4860 LAMES DR
LAS VEGAS, NV 89122

TERRY & LAURA HOPPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 ROCKY MTN
COTO DE CAZA, CA 92679

TERRY & LAURA HOPPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 VIA FRANCIOSA DR
HENDERSON, NV 89011

TERRY & LINDA ONO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1462 DANYELLE COURT
LAS VEGAS NV 89117

TERRY & PEGGY GIBSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

TERRY CORNEIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1408 DIAMOND COUNTRY DRIVE
RENO NV 89521

TERRY GREGORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2142
LAS VEGAS, NV 89148

TERRY HICKMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7501 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

TERRY ONO, TRUSTEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1462 DANYELLE CT
LAS VEGAS NV 89117

TERRY PAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1618 NAVAJO POINT
HENDERSON NV 89074

TERRY THOMPSON ENTERPRISES
P.O. BOX 3457
KINGMAN, AZ 86402-3457

TERRYBERRY COMPANY, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2033 OAK INDUSTRIAL DRIVE N.E.
GRAND RAPIDS MI 49501

TE'S BY KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1402 EASTERN
KINGMAN AZ 86401

TESSY LAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 SOGGY RUFF WAY
LAS VEGAS, NV 89148

TESSY LAKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
568 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

TETRA TECH, INC
INFRASTRUCTURE SERVICES GROUP
FILE #55701-13
LOS ANGELES CA 90074-5701

TEXMO OIL COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2950 E. ANDY DEVINE AVE.
KINGMAN AZ 86401

TEXTRON
DEPT AT 40219
ATLANTA, GA  31192-0219

TEXTRON FINANCIAL
DEPT. AT 40219
ATLANTA, GA  31192-0219

TEXTRON FINANCIAL CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1451 MARVIN GRIFFIN RD
AUGUSTA GA 30906-3852

TEXTRON FINANCIAL CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 WESTMINSTER STREET
PROVIDENCE, RI 02903

TG INVESTMENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2245 N GREEN VALLEY PKWY
HENDERSON, NV 89014-5024

TGN ENTERPRISES
P.O.BOX 881411
SAN DIEGO CA 92168

THACKER, KENDALL R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9113 TANTALIZING AVE
LAS VEGAS, NV 89149

THANG O
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

THANH LA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1062 VIA SAINT LUCIA PL
HENDERSON, NV 89011

THANH-VAN VU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1208 STELLAR WAY
MILPITAS, CA 95035

THANH-VAN VU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 CART CROSSING WAY
LAS VEGAS, NV 89148

THAT EXTRA TOUCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3017 SHERIDAN ST. STE 2
LAS VEGAS NV 89102

THATCHER COMPANY OF NEVADA INC.
PO BOX 27407
SALT LAKE CITY, UT  84127

THAYER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 CEDAR RAE AVE
LAS VEGAS, NV 89131

THE  BUREAU OF NATIONAL
CUSTOMER RELATIO
AFFAIRS  INC.
1231 25TH STREET, N.W.
WASHINGTON DC 20037

THE AD GUYS
HCR 33 BOX 2953
LAS VEGAS NV 89124

THE ADVANTAGE GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1695 MEADOW WOOD LANE #200
RENO NV 89502-6511

THE ANDRE AGASSI CHARITABLE
FOUNDATION
3960 HOWARD HUGHES PKWY, STE. 750
LAS VEGAS NV 89109

THE ANIMAL FOUNDATION
ATTN: KARA KIDWELL
LIED ANIMAL SHELTER
655 NORTH MOJAVE ROAD
LAS VEGAS NV 89101-2401

THE ART GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3119 W POST ROAD
LAS VEGAS NV 89118

THE BALDWIN TRUST
RICE SILBEY REUTHER SULLIVAN LLP
3960 HOWARD HUGHES PARKWAY SUITE 700
LAS VEGAS, NV 89169

THE BARREL COMPANY INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3433 LOSEE RD #3
N. LAS VEGAS NV 89030

THE BATTERY SOURCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5015 W. SAHARA AVE. #124
LAS VEGAS NV 89102

THE BATTERY SOURCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5015 W. SAHARA AVE. #124
LAS VEGAS, NV  89146

THE BILCO COMPANY
C/O MITCHELL ASSOCIATES
5229 N 7TH AVENUE SUITE 102
PHOENIX AZ 85013-1963

THE BOBBIT GROUP
PO BOX 1346
HOOPA CA 95546

THE BOSTEDT CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8683 W. SAHARA AVE
STE 100
LAS VEGAS NV 89117

THE BUTLER DID IT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6729 AIRDALE CIRCLE
LAS VEGAS NV 89103

THE CABINET GUY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1070 DAYTONA AVE.
PAHRUMP NV 89048

THE CARROLL SCHOOL
DANA BLACKHURST
25 BAKER BRIDGE ROAD
LINCOLN MA 01773

THE CAWLEY COMPANY
P.O. BOX 2110
MANITOWOC, WI 54221-2110

THE CHANDLER COLLECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5548 LINDBERGH LANE
BELL CA 90201

THE CIT GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 FELLOWSHIP RD STE 300
MOUNT LAUREL, NJ 08054-1232

THE CIT GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 TOUCHTON RD. EAST
BLDG. 100  SUITE-300
JACKSONVILLE, FL 32245

THE CIT GROUP
FILE #55603
LOS ANGELES, CA 90074-5603

THE CIT GROUP
PO BOX 1079
DENVER, CO 80256-1079

THE CIT GROUP / EQUIPMENT FINANCING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1540 W FOUNTAINHEAD PKWY
TEMPE, AZ 85282

THE CIT GROUP/COMMERCIAL SERVICES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11 WEST 42ND STREET
NEW YORK, NY 10036

THE CIT GROUP/COMMERCIAL SERVICES INC.
ATTN: CHRISTINE DERY
11 WEST 42ND STREET
NEW YORK, NY 10036

THE CIT GROUP/EF
FILE # 54224
LOS ANGELES, CA 90074-4224

THE CIT GROUP/EF
FILE #55603
LOS ANGELES, CA 90074-5603

THE CIT GROUP/EQUIPMENT FINANCING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 FELLOWSHIP RD
STE 300
MOUNT LAUREL, NJ 08054-1232

THE CIT GROUP/SALES FINANCING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
715 S. METROPOLITAN AVENUE
P. O. BOX 24330
OKLAHOMA CITY OK 73124

THE CLEANING GALS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2025 MAYA DR.
KINGMAN, AZ 86401

THE CLUBS AT RHODES RANCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8975 W. WARM SPRINGS
LAS VEGAS NV 89148

THE CORPORATE SEARCH GROUP,INC
RECRUITMENT OF PROFESSIONALS
P. O. BOX 7303
LA VERNE CA 91750

THE COUNCIL ON EDUCATION
P.O. BOX 340023
BOSTON MA 02241-0423

THE COUNSELORS OF REAL ESTATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 NORTH MICHIGAN AVENUE
CHICAGO IL 60611-4089

THE CREDIT SUISSE INTERNATIONAL
ONE CABOT SQUARE
LONDON E14 4QJ
ENGLAND

THE ECONOMIST
SUBSCRIPTION DEPARTMENT
P.O.BOX 50402
BOULDER CO 80322-0402

THE FALLS @ RHODESRANCH
C/O CASTLE MANAGEMENT
110-521
9360 W FLAMINGO RD STE 110
LAS VEGAS, NV 89147-6446

THE FALLS @ RHODESRANCH
C/O CASTLE MANAGEMENT
9360 W FLAMINGO RD STE 110
LAS VEGAS, NV 89147-6446

THE FALLS HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

THE FALLS@RHODES RANCH
C/O CASTLE MANAGEMENT
P. O. BOX 94707
LAS VEGAS NV 89193-4707

THE FLOOD CONTROL DISTRICT OF MARICOPA COUNT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2801 WEST DURANGO ST.
PHOENIX, AZ 85009

THE FOOD HOTLINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3351 S. HIGHLAND, STE 208
LAS VEGAS NV 89108

THE GAME
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 DOWNING DRIVE
PO BOX 2516
PHENIX, AL 36868-2516

THE GAME, LLC
PO BOX 1831
COLUMBUS, GA 31902-1831

THE GARAGE DOOR CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
150 CASSIA WAY # 100
HENDERSON NV 89014

THE HOME DEPOT
DEPT 32 - 2013142843
PO BOX 6029
THE LAKES, NV 88901-6029

THE HOME DEPOT CREDIT SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2482070000000
DEPT. 32 - 2017234646
P. O. BOX 6029
THE LAKES NV 88901-6029

THE HOME SHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1501 TEN PALMS COURT
LAS VEGAS NV 89117

The Rhodes Companies, LLC - U.S. Mail

THE INTERNAL REVENUE SERVICE, DISTRICT DIRECT
SPECIAL PROCEDURES
ATTN: BANKRUPTCY UNIT
4750 WEST OAKEY
LAS VEGAS, NV  89102

THE JAMES FAMILY TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5010 SOUTH VALLEY VIEW BOULEVARD
LAS VEGAS, NV 89118

THE KINGSMEN
P.O. BOX 6211
KINGMEN, AZ 86402

THE KOKO COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4402 11TH STREET
SUITE 503
LONG ISLAND CITY NY 11101

THE LANDESIGN CONSULTANT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1134 CASTLE POINT AVENUE
LAS VEGAS NV 89014

THE LANDESIGN CONSULTANT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3650 E. POST ROAD
SUITE D
LAS VEGAS, NV 89120

THE LAS VEGAS NV PRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1385 PAMA LN
#111
LAS VEGAS NV 89119

THE LAW FIRM OF
JOHN E. HAMPTON & ASSOCIATES
8235 DOUGLAS AVE. SUITE 1300
DALLAS TX 75225

THE LAW OFFICES OF
KERMITT L. WATERS
704 SOUTH 9TH STREET
LAS VEGAS NV 89101

THE LAWRENCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
52 FIRST STREET, SUITE 210
SAN JOSE CA 95113

THE LEARNING CENTER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2975 S. RAINBOW BLVD.
SUITE D1
LAS VEGAS NV 89146

THE LIGHTHOUSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
425 WEST 10TH ST.
SAN PEDRO, CA 90731-3213

THE MAGIC WORLD OF PLANTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4535 W. SAHARA # 105
LAS VEGAS NV 89102

THE MASONRY GROUP NEVADA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4685 BERG ST
NORTH LAS VEGAS , NV  89081

THE MCFLETCHER CORPORATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8700 EAST VISTA BONITA DR.
SUITE 220
SCOTTSDALE, AZ 85255-3201

THE MCGRAW-HILL COMPANIES
P.O. BOX 4182
LOS ANGELES CA 90096-4182

THE MEADOWS SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8601 SCHOLAR LANE
LAS VEGAS NV 89128

THE MILI GROUP INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 E. WARM SPRINGS ROAD
LAS VEGAS NV 89119

THE MOBILE STORAGE GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5485 W. FLAMINGO ROAD
LAS VEGAS , NV  89103

THE MOBILE STORAGE GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7590 NORTH GLEN OAKS BLVD
PO BOX 10999
BURBANK CA 91510

THE MOBILE STORAGE GROUP
PO BOX 10999
BURBANK, CA 91510

THE NEON MUSEUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
821 LAS VEGAS NV BLVD. NORTH
LAS VEGAS NV 89101

THE NEWS
VINCE DUROCHER - SALES REP.
2290 CORPORATE CIRCLE, SUITE 250
HENDERSON NV 89074

THE OFFICE OF THE LABOR
COMMISSIONER
555 E. WASHINGTON AVE.,SUITE 4100
LAS VEGAS NV 89101

THE ORLEANS HOTEL & CASINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4500 W. TROPICANA AVE.
LAS VEGAS NV 89103

THE OSBORNE ENGINEERING COMPAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1300 EAST NINTH ST, SUITE 1500
CLEVELAND, OH 44114

THE PAVING STONE COMPANY
BRYAN
3995 INDUSTRIAL RD.
LAS VEGAS NV 89103

THE PLANTWORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3930 GRAPHICS CENTER DRIVE
LAS VEGAS NV 89118

THE PLASTIC MAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3919 RENATE DRIVE
LAS VEGAS NV 89103

THE POPCORN FACTORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1600 STEWART AVENUE
WESTBURY CT 11590

THE PRESERVES AT ELKHORN HOA
BENCHMARK ASSOCIATION SERVICES
1515 E. TROPICANA AVENUE,STE 350A
LAS VEGAS, NV 89119

THE PRESERVES AT ELKHORN HOA
C/O KALLFELZ TEAM ASSOC MGMT LLC
4590 N RANCHO DR STE 3
LAS VEGAS, NV 89130-3428

THE PRESERVES AT ELKHORN HOA
MARTI ZEIGLER (ASSOC. MGR)
BENCHMARK ASSOCIATION SERVICES
1515 E. TROPICANA AVENUE,STE 350A
LAS VEGAS NV 89119

THE PROJECT FOR
ARIZONA'S FUTURE
913 W. MCDOWELL
PHOENIX AZ 85007

THE PUBLIC EDUCATION FOUNDATIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3360 WEST SAHARA AVENUE
SUITE 160
LAS VEGAS NV 89102

THE RANDALL COMPANY
PETRA LATCH
8920 WEST TROPICANA AVENUE
SUITE 105
LAS VEGAS NV 89147

THE RHODES COMPANIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4744 S FORT APACHE #300
LAS VEGAS, NV  86413

THE RHODES COMPANIES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

THE ROGICH COMMUNICATIONS GROU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3980 HOWARD HUGHES PKWY
SUITE 550
LAS VEGAS NV 89109

THE ROSENFELD LAW GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6725 VIA AUSTI PARKWAY
SUITE 200
LAS VEGAS NV 89119

THE RUG MARKET AMERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5370 W. JEFFERSON BLVD.
LOS ANGELESCA  90016

THE SALVATION ARMY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3926  HEATHER AVE
KINGMAN, AZ 86401

THE SAN DIEGO UNION TRIBUNE
P.O. BOX 120191
SAN DIEGO CA 92112-0191

THE SHADE TREE
ATTN: HEATHER ESTUS
P. O. BOX 669
LAS VEGAS NV 89125

THE SPORTS AUTHORITY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5120 S. FORT APACHE ROAD
LAS VEGAS NV 89148

THE STANDARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 E. BEALE ST.
KINGMAN AZ 86401

THE STONEYARD, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 SPECTACLE POND ROAD
LITTLETON MA 01460

THE SULLIVAN GROUP
ATTN:  TIM SULLIVAN
12555 HIGH BLUFF DRIVE
SUITE 210
SAN DIEGO, CA  92130

THE TIBERTI COMPANY
ATTN: JELINDO A. TIBERTI II
4975 ROGERS STREET
LAS VEGAS, NV 89118
USA

THE TIBERTI COMPANY
ATTN: JELINDO TIBERTI
4975 ROGERS STREET
LAS VEGAS, NV 89118
USA

THE TIRE STORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
203 APPIAN WAY
HENDERSON, NV 89002-8219

THE TIRE STORE INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
704 W. SUNSET RD., BLDG #D
HENDERSON, NV 89015

THE TRIBUNE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 W. FIRST AVE.
MESA AZ 85210

THE TWT GROUP TWT, INC. (DBA THE WHEEL THIN
DANIEL L. COATS
11982 KIOWA AVE. #204
LOS ANGELES, CA 90049

THE UPS STORE #1104
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9030 W. SAHARA AVENUE
LAS VEGAS NV 89117

THE URBAN LAND INSTITUTE
DEPARTMENT 186
WASHINGTON DC 20055-0186

THE VILLAS AT KINGMAN
P.O. BOX 503310
SAN DIEGO, CA 92150-3310

THE VILLAS HOA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE SUITE 300
LAS VEGAS NV 89147

THE VILLAS OF KINGMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%PARKER FINCH
MGT.209 E BASELINE #E-208
TEMPE , AZ  85283

THE WALL STREET JOURNAL
ATTN: MANAGER SUBSCRIBER SERVICE
P.O. BOX 7007
CHICOPEE MA 01021-9985

THE WATER MAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1449 CARRIZO RD.
GOLDEN VALLEY AZ 86413

THE WEB GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 RUDOLPH AVE.
ELMWOOD PARK NJ 07407

THE WEBER GROUP, L.C.
FRED TREGASKES
16825 SOUTH WEBER DR.
CHANDLER AZ 85226-4112

THE WHEEL THING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5312 PALM DRIVE
LACANADA CA 91011

THE WINDO-PRO/DWIGHT HAYES
PO BOX 1937
DOLAN SPRINGS AZ 86441

THEARON & KAREN ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
753 WIGAN PIER DR
HENDERSON, NV 89002

The Rhodes Companies, LLC - U.S. Mail

THELMA & MANUEL DIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 JEFFERSON AVE
BRENTWOOD, NY 11717

THELMA & MANUEL DIAGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 DESCANO GARDEN DR
LAS VEGAS, NV 89148

THEODORE BRAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1074 DELANO ST
SAN LORENZO, CA 94580

THEODORE BRAGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9266 ORCHID PANSY AVE
LAS VEGAS, NV 89148

THEODORE BRYLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7530 CEDAR RAE AVE
LAS VEGAS, NV 89131

THEODORE STILWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

THEODORE STILWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9544 STONE OAK CT
SALINAS, CA 93907

THERESA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2301 EFFINGHAM ST
PORTSMOUTH, VA 23704

THERESA BROWN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

THERESA DINKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
626 HARVESTER COURSE DR
LAS VEGAS, NV 89148

THERESA FERREE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7245 HURST PARK RD
RENO, NV 89502

THERESA H. LAZORISAK
COOKSEY TOOLEN GAGE DUFFY & WOOG
535 ANTON BLVD., 10TH FLOOR
COSTA MESA, CA 92626

THERESA P. DINKINS
P.O.BOX 2382
DUBLIN CA 94568

THERESITA BOURDEAUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
378 HIGHLAND DR
PINEVILLE, LA 71360

THERESITA BOURDEAUX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4778 ESSEN CT
LAS VEGAS, NV 89147

THERMO FLUIDS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
39354 TREASURY CENTER
CHICAGO, IL 60694-9300

THIEN H. VU & KRISTINA TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
30806 WISTERIA CIRCLE
MURRIETA CA 92563

THINH TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
506 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

THINH TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9742 GARRETT CIR
HUNTINGTON BEACH, CA 92646

THINK BIG BALLONS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6170 W. LAKE MEAD BLVD
# 298
LAS VEGAS NV 89108

THK ASSOCIATES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2953 SOUTH PEORIA STREET
SUITE 101
AURORA CO 80014

THOMAS & ALBERTA FOX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

THOMAS & BETTE BISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1000 N GREEN VALLEY PKWY
HENDERSON, NV 89074

THOMAS & BETTE BISCO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
17 PANGLOSS ST
HENDERSON, NV 89002

THOMAS & BONNIE CALLAHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6811 ROSE MALLOW ST
LAS VEGAS, NV 89148

THOMAS & CONSTANCE PENDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4870 LAMES DR
LAS VEGAS, NV 89122

THOMAS & CRYSTAL HASELTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

THOMAS & CRYSTAL HASELTON
PO BOX 10912
PLEASANTON, CA 94588

THOMAS & DOROTHY OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
289 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

THOMAS & DOROTHY OLSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3355 N FIVE MILE RD # 302
BOISE, ID 83713

THOMAS & E SUZETTE PHILLIPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
556 VIA COLMO AVE
HENDERSON, NV 89011

THOMAS & EVELYN DAUMEYER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
461 PUNTO VALLATA DR
HENDERSON, NV 89011

THOMAS & JAMIE EMLAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
35 VOLTAIRE AVE
HENDERSON, NV 89002

The Rhodes Companies, LLC - U.S. Mail

THOMAS & JANET LOMBINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
155 MARCO ISLAND ST
LAS VEGAS, NV 89148

THOMAS & KARAN SIMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
489 VIA PALERMO DR
HENDERSON, NV 89011

THOMAS & KEIKO RIGGINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
926 VIA CANALE DR
HENDERSON, NV 89011

THOMAS & KELLI SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7201 BUGLEHORN ST
LAS VEGAS, NV 89131

THOMAS & LORI SHANAHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
266 BRUSHY CREEK AVE
LAS VEGAS, NV 89148

THOMAS & MUN CRANDALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

THOMAS & PAMELA DAHLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
977 VIA CANALE DR
HENDERSON, NV 89011

THOMAS & PAMELA DAHLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9929 LAUREL SPRINGS AVE
LAS VEGAS, NV 89134

THOMAS & PAMELA DAHLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
993 VIA CANALE DR
HENDERSON, NV 89011

THOMAS & ROSEMARY DIBBLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1457 E 8730 S
SANDY, UT 84093

THOMAS & ROSEMARY DIBBLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 SPRING HOLLOW DR
LAS VEGAS, NV 89148

THOMAS & SANDRA DONALDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
349 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

THOMAS & SANDRA DONALDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2130
LAS VEGAS, NV 89148

THOMAS & SUSAN CAVANAUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
391 HIDDEN HOLE DR
LAS VEGAS, NV 89148

THOMAS & SUSAN CAVANAUGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8540 DUNE LAKE RD SE
MOSES LAKE, WA 98837

THOMAS & VIRGINIA SCHWAB
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1068 VIA CORTO ST
HENDERSON, NV 89011

THOMAS & VIRGINIA SCHWAB
PO BOX 426
CAPITOLA, CA 95010

THOMAS & YOLANDA CLOYD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
40 BLAVEN DR
HENDERSON, NV 89002

THOMAS BUFFOLINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 CLIFF VALLEY DR
LAS VEGAS, NV 89148

THOMAS CARROLL AND ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5860 SOUTH PECOS, SUITE 400
LAS VEGAS NV 89120

THOMAS CARROLL AND ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6785 S EASTERN AVE STE 4
LAS VEGAS, NV 89119-3947

THOMAS COLETTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

THOMAS CONNOLLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
327 CART CROSSING WAY
LAS VEGAS, NV 89148

THOMAS COREY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
956 VIA VANNUCCI WAY
HENDERSON, NV 89011

THOMAS CROOKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1033 VIA PANFILO AVE
HENDERSON, NV 89011

THOMAS DIGIOLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 VIA DEL TRAMONTO ST
HENDERSON, NV 89011

THOMAS DOMBROWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 COBBS CREEK WAY
LAS VEGAS, NV 89148

THOMAS DZIKOWSKI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

THOMAS E. CROWE, ESQ.
LAW OFFICES OF THOMAS E. CROWE
7381 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV  89117

THOMAS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
694 VORTEX AVE
HENDERSON, NV 89002

THOMAS FORD
P.O. BOX 743204
LOS ANGELES CA 90004

THOMAS GROCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 RED CINDER ST
LAS VEGAS, NV 89131

THOMAS GROCE
C/O ERIC RANSAVAGE
7420 RED CINDER ST.
LAS VEGAS, NV 89131

**The Rhodes Companies, LLC - U.S. Mail**

THOMAS HOVORKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
782 TOSSA DE MAR AVE
HENDERSON, NV 89002

THOMAS HOVORKA
P.O.BOX 1454
SAN BRUNO CA 94066

THOMAS ISBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11837 LOVE ORCHID LN
LAS VEGAS, NV 89138

THOMAS ISBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1044
LAS VEGAS, NV 89148

THOMAS J. PUHEK, DDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3431 E. SUNSET RD., SUITE 301
LAS VEGAS NV 89120

THOMAS JANULEWICZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9307 ORCHID PANSY AVE
LAS VEGAS, NV 89148

THOMAS KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
334 CART CROSSING WAY
LAS VEGAS, NV 89148

THOMAS KING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 CROOKED TREE DR
LAS VEGAS, NV 89148

THOMAS PATUFKA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7123 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

THOMAS PERKINS & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6285 S VALLEY VIEW BLVD STE H
LAS VEGAS NV 89118

THOMAS RYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1192 OLIVIA PKWY
HENDERSON, NV 89011

THOMAS RYAN
N96 W14663 EMERALD LN
GERMANTOWN, WI 53022

THOMAS TAKEUCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 WICKED WEDGE WAY
LAS VEGAS, NV 89148

THOMAS TAKEUCHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
398 LUNALILO HOME RD
HONOLULU, HI 96825

THOMAS TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
107 RED TEE LN
LAS VEGAS, NV 89148

THOMAS TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2462 STRATHMORE AVE
ROSEMEAD, CA 91770

THOMAS TRIEU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 TURTLE PEAK AVE
LAS VEGAS, NV 89148

THOMAS, BRUCE A.
PO BOX 4818
HUALAPAI, AZ 86412

THOMAS, EDWIN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
650 ROLLING VALLEY WAY
HENDERSON, NV 89015

THOMAS, KELLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2728 BRIARCLIFF
HENDERSON, NV 89074

THOMAS,PETERSON
P.O. BOX 3501
INDIAN WELLS, AZ 86031

THOMPSON LEARNING
P. O. BOX 95999
CHICAGO IL 60694-5999

THOMPSON, ALDEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3818 HEATHER AVE.
KINGMAN, AZ 86401

THOMPSON, JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
635 W. ENSUENO CT
GILBERT , AZ 85233

THOMPSON, ROBERT B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1369 S. BACOBI RD
GOLDEN VALLEY, AZ 86413

THOMPSON,ADRIAN B
P.O. BOX 131
MEXICAN SPRINGS, NM 87320

THOMPSON,ROV D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 STURGEON LN
LAS VEGAS, NV 89101

THOMSON WEST
P.O BOX 6292
CAROL STREAM IL 60197-6292

THORBURN ASSOCIATES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2867 GROVE WAY
PO BOX 20399
CASTRO VALLEY CA 95456

THORNTON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
42 CASCADE LAKE ST
LAS VEGAS, NV 89148

THROUGH THE EYES OF A CHILD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
420 RED CANVAS PLACE
LAS VEGAS NV 89144

THU TRUONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1927 REED HILL DR.
WINDERMERE FL 34786

THUNDERBIRD MATERIALS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1040 S. SCHRITTER WAY
KINGMAN, AZ 86401

The Rhodes Companies, LLC - U.S. Mail

THY TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9475 CASTILLANA CT
LAS VEGAS, NV 89147

THYBONY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3720 N. KEDZIE AVE.
CHICAGO IL 60618-4543

TIAN FU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
305 FRINGE RUFF DR
LAS VEGAS, NV 89148

TIAN FU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5420 LINDSEY LN
CYPRESS, CA 90630

TIBERTI CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4975 ROGERS ST
LAS VEGAS, NV 89118

TIBURON HOA
C/O TAYLOR ASSOCIATION MANAGEMENT
259 NORTH PECOS ROAD SUITE 100
HENDERSON, NV 89074

TICK, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

TIEE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7421 THORNBUCK PL
LAS VEGAS, NV 89131

TIFFANY BANKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5809 LA JOLLA WAY
LAS VEGAS NV 89108

TIFFANY BELLOTTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1126
LAS VEGAS, NV 89147

TIFFANY JEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 MARBLY AVE
DALY CITY, CA 94015

TIFFANY JEW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2120
LAS VEGAS, NV 89148

TIFOSI OPTICS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1051 INDUSTRIAL BLVD.
WATKINSVILLE,GA  02241-3695 USA

TIGER CONSULTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
618 TUSTIN AVENUE
NEWPORT BEACH, CA 92663

TIGER,BRETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18375 S COTTONWOOD DRIVE
SOMERTON, AZ 85350

TIM LUCARELLI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6737 COSTA BRAVA ROAD
LAS VEGAS NV 89146

TIMBERLINE SOFTWARE
SAGE SOFTWARE, INC.
P.O.BOX 728
BEAVERTON OR 97075-0728

TIMBERLINE USERS GROUP
P.O. BOX 697
SYLVANIA, OH 43560

TIMMERS,RYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7456 W, CANCERO AVE
LAS VEGAS, NV 89113

TIMOTHY & ALTAGRACIA ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
530 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

TIMOTHY & CAROLINE DELUGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
41 DIAMOND RUN ST
LAS VEGAS, NV 89148

TIMOTHY & DEBORAH LEWIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6827 SCARLET FLAX ST
LAS VEGAS, NV 89148

TIMOTHY & GERALD NORMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9675 MARCELLINE AVE
LAS VEGAS, NV 89148

TIMOTHY & JULIET SHIRLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6832 SCARLET FLAX ST
LAS VEGAS, NV 89148

TIMOTHY & LAURA CANALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
238 PALM TRACE AVE
LAS VEGAS, NV 89148

TIMOTHY & STACEY SAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
262 FRINGE RUFF DR
LAS VEGAS, NV 89148

TIMOTHY & VALERIE BEDWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
755 WIGAN PIER DR
HENDERSON, NV 89002

TIMOTHY D. RASMUSSEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3400 CASANA DR. UNIT 1071
LAS VEGAS NV 89122

TIMOTHY FITZGERALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

TIMOTHY GILES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7809 FLAGLER STREET
LAS VEGAS NV 89139

TIMOTHY HASTIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1236 OLIVIA PKWY
HENDERSON, NV 89011

TIMOTHY KUSZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 BRITTLETHORNE AVE
LAS VEGAS, NV 89131

TIMOTHY MADISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6225 HUMUS AVE
LAS VEGAS, NV 89139

**The Rhodes Companies, LLC - U.S. Mail**

TIMOTHY MADISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

TIMOTHY MALAGON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
639 ORCHARD COURSE DR
LAS VEGAS, NV 89148

TIMOTHY MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

TIMOTHY MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2325 COCKATOO DR
N LAS VEGAS, NV 89084

TIMOTHY MCQUAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 CADDY BAG CT
LAS VEGAS, NV 89148

TIMOTHY MCQUAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6492 APPLEGATE CT
SAN JOSE, CA 95119

TIMOTHY MERSCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4847 LAMES DR
LAS VEGAS, NV 89122

TIMOTHY MORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6883 ROSE MALLOW ST
LAS VEGAS, NV 89148

TIMOTHY P. THOMAS, ESQ.
KOLESAR & LEATHAM
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVE.
LAS VEGAS, NV  89102.

TIMOTHY WATERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
205 DANDELION LN
SAN RAMON, CA 94582

TIMOTHY WATERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2081
LAS VEGAS, NV 89148

TIN & LINDA NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15403 BARBAROSSA DR
HOUSTON, TX 77083

TIN & LINDA NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
611 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

TIN CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 SANDY BUNKER LN
LAS VEGAS, NV 89148

TIN CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2346 INDIAN CREEK RD
DIAMOND BAR, CA 91765

TIN CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
687 ORCHARD COURSE DR
LAS VEGAS, NV 89148

TIN KERINE CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2346 INDIAN CREEK ROAD
DIAMOND BAR CA 91765

TINA AND/OR WILLIAM C GOLDBERG
P. O. BOX 4016
KINGMAN, AZ 86402

TINA LICATA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9 CAMPBELL ST
NEW HYDE PARK, NY 11040

TINA LICATA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2151
LAS VEGAS, NV 89148

TINA T LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

TINA T LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5450 WESLEYAN CT
LAS VEGAS, NV 89113

TINA YAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14007 BLUE RIBBON LN
CORONA, CA 92880

TINA YAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 SEA RIM AVE
LAS VEGAS, NV 89148

TINA ZARDIASHVILI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 BROKEN PAR DR
LAS VEGAS, NV 89148

TINA/WILLIAM GOLDBERG
PO BOX 4016
KINGMAN , AZ  86402

TINAT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
216 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

TINAT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5450 WESLEYAN CT
LAS VEGAS, NV 89113

TINAT LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9653 KAMPSVILLE AVE
LAS VEGAS, NV 89148

TING XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
173 WILLIAMSBURG CT
ALBANY, NY 12203

TING XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
378 FRINGE RUFF DR
LAS VEGAS, NV 89148

TINOCO,MARCO ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2831 KIM LN. APT 151
NORHT LAS VEGAS, NV 89030

TIRADO;JOSE L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4187 JACQUELINE WAY
LAS VEGAS, NV 89115

TIRE WORKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9590 W. TROPICANA AVE.
LAS VEGAS NV 89147

TIRE WORLD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3311 EAST ANDY DEVINE
KINGMAN, AZ 86401

TIREMASTERS/KKL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5680 NORTH SIMMONS
N. LAS VEGAS NV 89031

TISHARA COUSINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5015 W. SAHARA STE 125-217
LAS VEGAS NV 89146

TITA ROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12512 MANTILLA RD
SAN DIEGO, CA 92128

TITA ROSARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
538 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

TITAN STAIRS & TRIM INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5325 SOUTH VALLEY VIEW
LAS VEGAS, NV 89118

TITLEIST
ACUSHNET COMPANY
P.O.BOX 965
FAIRHAVEN MA 02719-0965

TITLEIST
P.O. BOX 88112
CHICAGO , IL  60695-1112

TITLEIST/ACUSHNET
PO BOX 88112
CHICAGO, IL  60695-1112

TITO LUNA AND STACEY DOWING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7777 S. JONES BLVD # 1075
LAS VEGAS NV 89139

TJIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 SHORT RUFF WAY
LAS VEGAS, NV 89148

TJIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
199 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

TJIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25395 PRADO DE LA FELICIDAD
CALABASAS, CA 91302

TJIA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7730 AIRPORT BUSINESS PKWY
VAN NUYS, CA 91406

TMAX GEAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2701 LOKER AVENUE WEST
CARLSBAD, CA  92008

TMAX GEAR
PO BOX 360286
PITTSBURGH, PA  15250-6286

TMAX GEAR
WELLS FARGO CENTURY
PO BOX 360286
PITTSBURGH, PA  15250-6286

T-MOBILE
P.O. BOX 742596
CINCINNATI OH 45274-2596

TO GO BY JO CATERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 W. SAHARA AVENUE
SUITE 105 - E23
LAS VEGAS NV 89117

TOBACCO LEAF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7175 WEST LAKE MEAD BLVD.
SUITE 120
LAS VEGAS, NV  89128

TOBARES FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
174 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
219 RUSTY PLANK AVE
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
308 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
331 FOREST PARK CT
PACIFICA, CA 94044

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
381 GRANDOVER CT
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
383 BANFF CT
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
388 FIRST ON DR
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA ST
SAN FRANCISCO, CA 94118

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2042
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2111
LAS VEGAS, NV 89148

TOBY & YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2128
LAS VEGAS, NV 89148

TOBY ABRAMS MERIT REALTY/LUXURY HOMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7854 W. SAHARA AVENUE
LAS VEGAS , NV  89117

**The Rhodes Companies, LLC - U.S. Mail**                                                          Served 9/28/2009

TODAY'S NEWS HERALD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2225 WEST ACOMA BLVD.
LAKE HAVASU CITY, AZ 86403

TODD & BRIGETTE HAJDUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

TODD & BRIGETTE HAJDUK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9317 MOUNTAIN RISE AVE
LAS VEGAS, NV 89129

TODD & KAREN KENNEDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9794 KAMPSVILLE AVE
LAS VEGAS, NV 89148

TODD & PRISCILA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
261 VIA DI CITTA DR
HENDERSON, NV 89011

TODD & PRISCILA LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5509 SUNVIEW WAY
ANTIOCH, CA 94531

TODD BRUNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4895 STAVANGER LN
LAS VEGAS, NV 89147

TODD BRUNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9462 CASTILLANA CT
LAS VEGAS, NV 89147

TODD HOPKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4615 PICO ST APT 5
SAN DIEGO, CA 92109

TODD HOPKINS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

TODD MCLEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
136 MARIA DR
PETALUMA, CA 94954

TODD MCLEAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

TODDES III, WALTER E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 BIG CREEK COURT
LAS VEGAS, NV 89148

TOENYES;PRESTON D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
221 W. HIGHLANDS
HENDERSON, NV 89015

TOM & ANN VONGCHANGLAW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6857 SCARLET FLAX ST
LAS VEGAS, NV 89148

TOM & HIEN TRANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
363 BANFF CT
LAS VEGAS, NV 89148

TOM & HIEN TRANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4205 E SUMMER CREEK LN
ANAHEIM, CA 92807

TOM FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
114 TUCKER PLAZA, SUITE 5
KINGMAN, AZ 86401

TOM FRANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1939 WIKIEUP #1
114 TUCKER PLAZA, SUITE 5
KINGMAN AZ 86401

TOM MULSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 S. TOWN CENTER DR.#2045
LAS VEGAS NV 89135

TOM R. GRIMMETT, CHAPTER 7
TRUSTEE FOR THE BANKRUPTCY ESTATE
OF CONCRETE, INC.

TOMISLAV & ROZALIJA BUNTIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
615 ORCHARD COURSE DR
LAS VEGAS, NV 89148

TOMO AIHARA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28 TALL RUFF DR
LAS VEGAS, NV 89148

TONEY L. EARL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 WILLIAMS AVENUE
SPRING VALLEY NY 10977

TONI DELELLIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 209
LAS VEGAS, NV 89113

TONIA HOLMES-SUTTON, M.ED
TONIA HOLMES-SUTTON        CELL:
ANDRE AGGASI COLLEGE PREPARATORY
1201 WEST LAKE MEAD BLVD.
LAS VEGAS NV 89156

TONIKA LYLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2170
LAS VEGAS, NV 89148

TONY & GEORGEEA GRISSOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2502 SERENITY CT
HENDERSON, NV 89074

TONY & GEORGEEA GRISSOM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
524 VIA CENAMI CT
HENDERSON, NV 89011

TONY & WAI CHOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
662 HARVESTER COURSE DR
LAS VEGAS, NV 89148

TONY HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4760 CRAKOW CT
LAS VEGAS, NV 89147

TONY MANITTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7100 WEST ALEXANDER BLVD.
BLDG. 2, APT. 1013
LAS VEGAS NV 89129

TONY MOSTAJIR
LANDCOR
4465 S. JONES #9
LAS VEGAS NV 89103

TONY WOOD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 TAYMAN PARK AVE
LAS VEGAS, NV 89148

TOOL SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2912 S. HIGHLAND DR., STE C
LAS VEGAS, NV 89109

TOOTHMAN;DAVIS E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9655 S. LAS VEGAS BLVD #222
LAS VEGAS, NV 89123

TOP BRASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1719 WHITEHEAD ROAD
BALTIMORE 21207

TOP HEALTH
PO BOX 263
CHELSEA AL 35043

TOP MARKS CONTRUCTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3150 W. WIGWAM AVE
LAS VEGAS, NV  89139

TOP NOTCH SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9260 EL CAMINO RD
LAS VEGAS NV 89139

TOPETE;JOSE G
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
516 PRINCESS AVE
LAS VEGAS, NV 89101

TOPPING, JUSTIN A.
LAS VEGAS, NV 89032

TOPS SOFTWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 C. CHRISTOPHER AVE
GAITHERSBURG, MD 20879

TOPS SOFTWARE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
364 C. CHRISTOPHER AVE
GAITHERSBURG MD 20879

TORIBIO;MARIO A
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12629 WALCRAFT ST
LAKEWOOD, CA 90715-1911

TORO CONCRETE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5655 REFERENCE STREET
LAS VEGAS NV 89122

TORO UNDERGROUND INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1916 N. BOULDER HWY, BLDG A
HENDERSON NV 89015

TORRES COMPANIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

TORRES COMPANIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
884 LOMA BONITA PL
LAS VEGAS, NV 89138

TORRES LAWN SERVICE & MORE
TEL L. CORRAL
2815 W FORD  APT. #1062
LAS VEGAS NV 89123

TORRES LOPEZ;MIGUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1408 E. NELSON ST. # E
NORTH LAS VEGAS, NV 89030

TORRES ROBLES;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3311 COLEMAN
LAS VEGAS, NV 89101

TORRES, ROBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
344 UPLAND BLVD
LAS VEGAS, NV 89104

TORRES;CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6053 GLENBOROUGH ST.
LAS VEGAS, NV 89115

TORRES;FIDEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 QUARTZ AVE PMB 7724
SANDY VALLEY, NV 89019

TORRES;GONZALO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2516 ELLIS ST. # 1
NORTH LAS VEGAS, NV 89130

TORRES;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3901 OLIVE ST
LAS VEGAS, NV 89104

TORRES;RENE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2707 THUNDERS STRUCK
N LAS VEGAS, NV 89030

TORRES-CRISTOSOMO;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
311 PAUL LN
LAS VEGAS, NV 89106

TORRES-HERNANDEZ;DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
290 E. BONANZA # 2166
LAS VEGAS, NV 89101

TORREZ DE LA CRUZ;ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1920 CEDAR AVE
LAS VEGAS, NV 89101

TORY GARBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6771 GOLD YARROW ST
LAS VEGAS, NV 89148

TOSCANO, JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3320 TOMAS AVE # A
N LAS VEGAS, NV 89030

TOSH MONDAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2124
LAS VEGAS, NV 89148

TOSHIBA BUSINESS SOLUTIONS
FILE 57202
LOS ANGELES, CA  90074-7202

TOSHIBA FINANCIAL SERVICES
P. O. BOX 31001-0271
PASADENA, CA  91110-0271

TOT TURF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4145 W. MERCURY WAY
CHANDLER , AZ 85226

TOTAL CONCRETE, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3823 LOSEE ROAD
N. LAS VEGAS NV 89030

TOTAL HOME WORKS
DAVID
4955 SOUTH DURANGO, SUITE 207
LAS VEGAS NV 89113

TOTAL SIGN SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3021 S. VALLEY VIEW # 108
LAS VEGAS NV 89102

TOTTURF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4145 W. MERCURY WAY
CHANDLER AZ 85226

TOUCH, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2121  SOUTH INDUSTRIAL ROAD
LAS VEGAS NV 89102

TOWBIN BENTLEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5555 W SAHARA
LAS VEGAS, NV 89146

TOWBIN JEEP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5555 WEST SAHARA AVE
LAS VEGAS NV 89146

TOWBIN MOTORCARS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2550 S. JONES BLVD.
LAS VEGAS NV 89146

TOWER BUILDERS LLC
ATTN: BRUCE BIRT
3656 N. RANCHO DR. #101
LAS VEGAS, NV 89130

TOWER BUILDERS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3656 N. RANCHO DR. SUITE 101
LAS VEGAS , NV  89130

TOWN & COUNTRY
P.O. BOX 7182
RED OAK IA 51591

TOWN & COUNTRY BANK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8620 W TROPICANA
LAS VEGAS, NV 89147

TOWNSEND, RICHARD ADAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3411 N. MAYER RD.
GOLDEN VALLEY, AZ 86413

TOWNSEND,TYSON S.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6659 CAVE ROCK AVE
LAS VEGAS, NV 89110

TOYOKO CALDERONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 216
LAS VEGAS, NV 89113

TOYOKO CALDERONE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

TRAASDAHL, AMBER N.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4045 BUFFALO DRIVE #A101-258
LAS VEGAS, NV 89147

TRACI CHRISAGIS PHOTOGRAPHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1068 NORDYKE AVE.
HENDERSON NV 89015

TRACIE WILLIAMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

TRACY F RICKETTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2209 PICCOLO WAY
LAS VEGAS, NV 89146-3044

TRACY MERRILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9267 DAMES ROCKET PL
LAS VEGAS, NV 89148

TRACY PRYOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1045 VIALE PLACENZA PL
HENDERSON, NV 89011

TRACY THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2145
LAS VEGAS, NV 89148

TRADEMARK ELECTRIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2119 ROY RODGERS WAY
KINGMAN AZ 86401

TRADEMARK GOLF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 CROSSROADS BLVD
SUITE 107
BRENTWOOD, TN  37027

TRAFFIC CONTROL & SAFETY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5380 CAMERON STREET SUITE 10
LAS VEGAS NV  89118

TRAFFIC CONTROL SERVICE, INC.
P.O. BOX  4180
FULLERTON, CA 92834

TRAILER TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5495 SOUTH VALLEY VIEW BLVD
LAS VEGAS, NV 89118

TRAN, THINH P
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9742 GARRETT CIR
HUNTINGTON BEACH, CA 92646-3643

TRANG TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
161 SANDY BUNKER LN
LAS VEGAS, NV 89148

TRANSNATION TILTLE INS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2699 E ANDY DEVINE AVE
KINGMAN, AZ 86401-4834

TRANSNATION TITLE INS. CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3880 STOCKTON HILL ROAD
SUITE 104
KINGMAN AZ 86401

TRANSNATION TITLE INSURANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1316 STOCKTON HILL ROAD
KINGMAN AZ 86401

TRANS-WEST TRUCK CENTER
PO BOX 1220
10150 CHERRY AVE
FONTANA, CA 92335

TRAPP,DOUGLAS L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1117 PLEASANT BROOKS ST.
LAS VEGAS, NV 89142

TRAVEL LODGE @ KINGMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3275 E. ANDY DEVINE AVE
KINGMAN, AZ 86401

TRAVELHERO.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15333 N PIMA RD STE 245
SCOTTSDALE, AZ 85260-2784

TRAVERS & ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 ALLEN AVE. STE 310
P.O. BOX 220519
SAINT LOUIS MO 63122

TRAVERS & ASSOCIATES
P.O. BOX 220519
SAINT LOUIS, MO 63122

TRAVIS & ANGELA NORBERG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
61 BLAVEN DR
HENDERSON, NV 89002

TRAVIS MATHEW APP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15547 GRAHAM ST
HUNTINGTON BEACH, CA  92649

TREASA WINKLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6717 GOLD YARROW ST
LAS VEGAS, NV 89148

TREESDALE GOLF AND COUNTRY CLUB
ONE ARNOLD PALMER DRIVE
GIBSONIA, PA  15044

TREND CURVE MARKETING
DIRECTIONS, INC.
14850 SCENIC HEIGHTS RD. STE. 155
EDEN PRAIRIE MN 55344

TRENDELL, TIMOTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2427 PING DR
HENDERSON, NV 89074

TRENLINK/COMPULINK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4211 W. SAHARA AVENUE # A
LAS VEGAS NV 89102

TREVOR & MARIA LOTHIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 208
LAS VEGAS, NV 89113

TRI POWER SCOOTERS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4375 W. RENO AVENUE, STE 6
LAS VEGAS NV 89118

TRIADIC ENTERPRISES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 W. HEMLOCK
P. O. BOX 471
DEMING NM 88031

TRIBBLE, GREGORY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10175 SPRING MOUNTAIN RD UNIT 2111
LAS VEGAS, NV 89117-8481

TRIBES HOLDINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7947

TRIBES HOLDINGS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4731 S FORT APACHE RD STE 300
LAS VEGAS, NV 89147-7948

TRIBES HOLDINGS LLC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR CT., STE B-106
HENDERSON, NV 89011

TRIBES HOLDINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR CT.
SUITE B # 106
HENDERSON NV 89015

TRIBES HOLDINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV  89147

TRIBES HOLDINGS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4748 S FORT APACHE #300
LAS VEGAS,  NV  86413

TRIBUNE
P.O. BOX 78317
PHOENIX AZ 85062-8317

TRI-CAR
P.O. BOX 2352
SANDY, UT 84091

TRINA PHINIZY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5514 MEGAN FAYE ST
N LAS VEGAS, NV 89031

TRINA PHINIZY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 312
LAS VEGAS, NV 89113

TRINH TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9745 KAMPSVILLE AVE
LAS VEGAS, NV 89148

TRINITY GREEN SERVICES, LLC
ATTN: GAYLE HENNIG
1165 S. STEMMONS FRWY. STE. 100
LEWISVILLE, TX 75067

TRINOVA, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
722 W. BROADWAY
GLENDALE CA 91204

TRIPLE 777 STEEL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2872 RINGE LANE
LAS VEGAS, NV 89156

TRISTAR WORLDWIDE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 S VALLEY VIEW BLVD
STE-604
LAS VEGAS, NV 89117

**The Rhodes Companies, LLC - U.S. Mail**    Served 9/28/2009

TRI-STATE AUTO GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4030 STOCKTON HILL RD STE 10
KINGMAN, AZ 86409

TRITON GRADING & PAVING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2247 CRESTLINE LOOP, SUITE B
N LAS VEGAS, NV 89030

TRITON GRADING & PAVING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4220 ARCATA WAY
BLDG B SUITE 1
N LAS VEGAS NV 89030

TROPHIES OF LAS VEGAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4295 S ARVILLE #A
LAS VEGAS, NV 89103

TROPICAL SANDS MAILING:
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PKWY
LAS VEGAS NV 89148

TROPICANA 3
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9590 W. TROPICANA AVE
LAS VEGAS NV 89147

TROPICANA DURANGO INVES.
JAMES RHODES
4730 S FORT APACHE ROAD
SUITE 300
LAS VEGAS NV 89147

TROPICANA EXPRESS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2121 SOUTH CASINO DRIVE
LAUGHLIN, NV 89028

TROY & DANA BURNETT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 VIA FRANCIOSA DR
HENDERSON, NV 89011

TROY & LAURA VANDERBURG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 RUSTY PLANK AVE
LAS VEGAS, NV 89148

TROY & TONY ALVAREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

TROY SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20071 LAWSON LN
HUNTINGTON BEACH, CA 92646

TROY SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 WATERTON LAKES AVE
LAS VEGAS, NV 89148

TROY STOUNDNOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2204 SCISSORTAIL CT
N LAS VEGAS, NV 89084-3100

TRUCK PARTS & EQUIPMENT CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4150 DONOVAN WAY
N. LAS VEGAS NV 89030

TRUCK TUB INTERNATIONAL
P.O. BOX 2111
PISMO BEACH, CA 93448

TRUE MARKETING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 SUNSET WAY
BUILDING B, STE 202
HENDERSON NV 89014

TRUEBA MARTINEZ;EDUARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4860 MILORIE COURT
LAS VEGAS, NV 89130

TRUESDELL RESIDENTIAL INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3529 E. WOOD ST.
PHOENIX AZ 85040-1834

TRUST GALPER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9594 CASTILLANA CT
LAS VEGAS, NV 89147

TRUSTEE CLARK COUNTY TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4612 CALIFA DR
LAS VEGAS, NV 89122

TRUSTEE CLARK COUNTY TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6741 QUARTERHORSE LN
LAS VEGAS, NV 89148

TRUSTEE CLARK COUNTY TREASURER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6795 GOLD YARROW ST
LAS VEGAS, NV 89148

TRYTON ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
742 E. MAHALA DR.
CAMP VERDE, AZ 86322

TSA OF NEVADA, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3110 S. RAINBOW BLVD
SUITE 104
LAS VEGAS NV 89146

TSCS
ROB GRIFFITH
TEXAS STATE CONSTRUCTION SYSTEMS
9100 SW FREEWAY, SUITE 100
HOUSTON TX 77074

TSI MONITORING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9555 DEL WEBB BLVD
LAS VEGAS, NV 89134-8317

TSI SALES & INSTALLATION LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9555 DEL WEBB BLVD
LAS VEGAS, NV 89134-8317

TSOSIE, RUTHIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2612 WIKIUP AVE.
KINGMAN, AZ 86401

TSS ENTERPRISES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2827 E ILLINI ST
PHOENIX , AZ 85040

TSS ENTERPRISES
GARY SIMLER
2827 E ELLINI ST
PHOENIX, AZ 85040

TSS ENTERPRISES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2827 E. ILLINI STREET
PHOENIX, AZ 85040

TSUN YOUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
46 SUNSET BAY ST
LAS VEGAS, NV 89148

T-TIME DESIGNS INC.
PO BOX 295
RUSHVILLE, IN 46173

TUAN TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
223 CROOKED PUTTER DR
LAS VEGAS, NV 89148

TUCKER, NICOLETTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
913 RHYOLITE TER
HENDERSON, NV 89011-3088

TUG/TIMBERLINE USERS GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5210 EAGLE RIDGE LANE
SYLVANIA OH 43560

TUN & CHENG MINLIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
22 QUAIL VALLEY ST
LAS VEGAS, NV 89148

TUN & CHENG MINLIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9251 SOUTHERN BREEZE DR
ORLANDO, FL 32836

TUNCON, LLC
P.O. BOX 1086
FLAGSTAFF, AZ 86002

TUNG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
371 TURTLE PEAK AVE
LAS VEGAS, NV 89148

TUNG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
801 FRANKLIN ST APT 1239
OAKLAND, CA 94607

TURF DEPOT DIRECT, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7618 CARLTON OAKS
LAS VEGAS, NV 89113

TURF DIAGNOSTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1858 PLEASANTVILLE RD. #168
BRIARCLIFF MANOR, NY 10510

TURF EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3558 S PROCYON AVE
LAS VEGAS NV 89103

TURF EQUIPMENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4022 PONDEROSA WAY
LAS VEGAS, NV 89118

TURF EQUIPMENT SOURC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10512 E. CHOLLA ST.
SCOTTSDALE, AZ 85259

TURF EQUIPMENT SUPPLY CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4022 PONDEROSA WAY
LAS VEGAS, NV 89118

TURF TECH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
806 BUCHANAN #115-276
BOULDER CITY, NV 89005

TURFGRASS AMERICA LP
P.O. BOX 848420
DALLAS TX 752848420

TURNER GREEN AFRASIABI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
535 ANTON BLVD., SUITE 850
COSTA MESA, CA 92626

TURNER REPORTING & CAPTIONING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8308 SLATE HARBOR CIRCLE
SUITE 9246
LAS VEGAS NV 89128

TURNER, CHELSEA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
32 SANDY BUNKER LN
LAS VEGAS, NV 89148

TUSCANY ACQUISITIONS II, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

TUSCANY ACQUISITIONS III, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

TUSCANY ACQUISITIONS IV, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

TUSCANY ACQUISITIONS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

TUSCANY APARTMENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
725 SOUTH HUALAPAI WAY
LAS VEGAS NV 89145

TUSCANY CABLE TV
P. O. BOX 23277
BULLHEAD CITY AZ 86439

TUSCANY GOLF COUNTRY CLUB, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
901 OLIVIA PARKWAY
HENDERSON, NV 89015

TUSCANY GOLF COURSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4746 S FORT APACHE #300
LAS VEGAS, NV 86413

TUSCANY MASTER ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PARKWAY
LAS VEGAS NV 89148

TUSCANY MASTER ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
850 OLIVIA PARKWAY
HENDERSON NV 89011

TUSCANY MASTER ASSOCIATION
C/O JOHN RHODES
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

TUSCANY MASTER ASSOCIATION
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

TV REAL ESTATE SHOW
RICH NEWMAN
1412 S. JONES BOULEVARD
LAS VEGAS NV 89146

The Rhodes Companies, LLC - U.S. Mail                                                                      Served 9/28/2009

TWEEDY, MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1346 S. DATE
MESA, AZ 85210

TWIST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2469 BENCH REEF PL
HENDERSON, NV 89052

TWIST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

TWT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5312 PALM DRIVE
LA CANADA, CA 91011

TWYLLA WILLIFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
302 WATERTON LAKES AVE
LAS VEGAS, NV 89148

TY & MARIANNE DARIEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4780 ESSEN CT
LAS VEGAS, NV 89147

TYE & KIMBERLY HOMERDING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7241 CHAPARRAL COVE LN
LAS VEGAS, NV 89131

TYGART;JAMES L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5901 REITER AVE
LAS VEGAS, NV 89108

TYGRIS VENDOR FINANCE, INC. F/K/A
U.S. EXPRESS LEASING, INC.
ATTN: ANNETTE MCGOVERN
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

TYGRIS VENDOR FINANCE, INC. F/K/A U.S. EXPRESS L
ATTN: ANNETTE MCGOVERN
10 WATERVIEW BLVD.
PARISPPANY, NJ 07054

TYGRUS VENDOR FINANCE
DEPT #1609
DENVER , CO  80291-1608

TYLER & KAREN DION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 PUNTO VALLATA DR
HENDERSON, NV 89011

TYONA BRANDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3842 HEATHER AVE
KIGMAN, AZ 86401-3844

TYONA BRANDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3842 HEATHER AVE
KINGMAN, AZ 86401-3844

TYONA BRANDT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4644 E. DESERT TRAIL
KINGMAN AZ 86401

TYRONE HICKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7500 ARBORCREST AVE
LAS VEGAS, NV 89131

TYRUS & LISA WASHINGTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
469 PUNTO VALLATA DR
HENDERSON, NV 89011

TZE & ALICE CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

U.S. DEPT. OF AGRICULTURE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8775 TECHNOLOGY WAY
RENO, NV  89521

U.S. FISH & WILDLIFE SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
911 N.E. 11TH AVE.
PORTLLAND, OR  97232-4181

U.S. LOAN SERVICING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3225 S. RAINBOW
SUITE 107
LAS VEGAS NV 89146

U.S. PLUMBING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
201 EAST BROOKS AVE.
N. LAS VEGAS, NV  89030-3920

UC REGENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
404 CAMINO DEL RIO SOUTH, STE-102
SAN DIEGO, CA 92108

UCN
PAYMENT CENTER #5450
P.O. BOX 410468
SALT LAKE CITY UT 84141

UDAYAN PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7127 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

UDAYAN PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

UDAYAN PATEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
908 POST ST
SAN FRANCISCO, CA 94109

UDOA ENTERPRISE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
82 MARGARET STREET, SUITE 203
PLATTSBURG NY 12901

UGARTECHEA;JASON ORLANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3159 RAINBOW ST.
KINGMAN, AZ 86409

ULINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2200 S. LAKESIDE DR.
WAUKEGAN IL 60085

ULI-THE URBAN LAND INSITUTE
DEPARTMENT 186
WASHINGTON DC 20055-0186

ULLMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7511 BRITTLETHORNE AVE
LAS VEGAS, NV 89131

ULLOA LOPEZ;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 MARY DEE # B
N LAS VEGAS, NV 89030

ULLOA RAMIREZ;JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER # 16B
N LAS VEGAS, NV 89030

ULLOA;NIURY M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2065 RAWHIDE ST
LAS VEGAS, NV 89119

ULLOA-LOPEZ;BRAULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3315 MARY DEE # B
N LAS VEGAS, NV 89030

ULLOA-LOPEZ;JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3212 MARY DEE # B
N LAS VEGAS, NV 89030

ULPIANO & MARILYN SIVILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1021 VIA SACRA ST
HENDERSON, NV 89011

ULPIANO & MARILYN SIVILA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4183 ASTIN CANYON CT
SAN JOSE, CA 95121

ULTIMATE ELECTRONICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
741 S. RAINBOW BLVD
LAS VEGAS NV 0

ULTIMATE STAFFING SERVICES
DEPT 8892
LOS ANGELES CA 90084-8892

ULTRA MASTER LTD
TERRY CONNER-GRAHAM
430 PARK AVENUE, 9TH FLOOR
NEW YORK, NY 10022

UNASSOCIATED PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

UNASSOCIATED PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19127 COUNTY RD 2
SAUK CENTRE, MN 56378

UNIFIRST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
568 PARKSON RD
HENDERSON , NV  89015

UNIQUE SIGNS USA INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4665 S. PROCYON ST. #K
LAS VEGAS NV 89103

UNIQUE TILE & MARBLE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9361 W GILMORE AVENUE
LAS VEGAS NV 89129

UNISHIPPERS LV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12235 BEACH BLVD.
SUITE 9
STANTON CA 90680-3943

UNISOURCE ENERGY CORPORATION
ATTN: CAROLINA VILLASCUESA
TUCSON ELECTRIC POWER CO.-SCCS
3950 E IRVINGTON RD, MS CS122
PO BOX 711
TUCSON, AZ 85702

UNISOURCE ENERGY SER
P.O. BOX 3099
KINGMAN , AZ  86402

UNISOURCE ENERGY SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1201 S. PLAZA WAY
FLAGSTAFF, AZ 86001

UNISOURCE ENERGY SERVICE-GAS
P.O. BOX 659581
SAN ANTONIO TX 78265-9581

UNISOURCE ENERGY SERVICE-GAS
P.O. BOX 80078
PRESCOTT, AZ 86304-8078

UNISOURCE ENERGY SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2498 AIRWAY AVE.
P.O. BOX 3099
KINGMAN , AZ  86402

UNISOURCE ENERGY SERVICES-ELEC
P.O. BOX 3099
KINGMAN, AZ 86402

UNISOURCE ENERGY SERVICES-ELEC
P.O. BOX 659564
SAN ANTONIO TX 78265-9564

UNISOURCE ENERGY SERVICES-ELEC
P.O. BOX 80079
PRESCOTT, AZ 86304-8079

UNITED FINANCIAL MGMT CO
ATTN: CONTROLLER - UNITED TITLE
3980 HOWARD HUGHES PARKWAY
LAS VEGAS NV 89109

UNITED GRAFIX, INC.
WILLIAM ROOP
10890 GENERAL DRIVE
ORLANDO FL 32824

UNITED PARCEL SERVICE
PO BOX 894820
LOS ANGELES, CA  90189-4820

UNITED RENTALS
ANNA
HIGHWAY TECHNOLOGIES
P.O. BOX 51581
LOS ANGELES CA 90051-5881

UNITED RENTALS
HIGHWAY TECHNOLOGIES
P.O. BOX 51581
LOS ANGELES, CA 90051-5881

UNITED RENTALS
P.O. BOX 846394
DALLAS , TX  75284

UNITED RENTALS HIGHWAY
TECHNOLOGIES, INC
PO BOX 51581
LOS ANGELES CA 90051-5881

UNITED RENTALS INC.
FILE 51122
LOS ANGELES, CA 90074-1122

UNITED RENTALS NORTHWEST
P.O. BOX 846394
DALLAS, TX  75284-6394

The Rhodes Companies, LLC - U.S. Mail                                                                                                      Served 9/28/2009

UNITED RENTALS NORTHWEST, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1595 RIVERVIEW DR
BULLHEAD CITY, AZ 86442

UNITED RENTALS NORTHWEST, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3521 N RANCHO DR
LAS VEGAS, NV 89130-3123

UNITED RENTALS NORTHWEST, INC.
CREDIT OFFICE #576
450 GLASS LANE #C
MODESTO, CA 95356

UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

UNITED RENTALS NORTHWEST, INC.
P.O. BOX 79334
CITY OF INDUSTRY CA 91716-9333

UNITED RENTALS NORTHWEST, INC.
P.O. BOX 79337
CITY OF INDUSTRY, CA 91716-9337

UNITED ROAD SERVICES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2201 NORTH COMMERCE STREET
N LAS VEGAS, NV 89030

UNITED SITE SERVICES OF NEVADA
PO BOX 231567
LAS VEGAS NV 89123

UNITED STATES ATTORNEY'S OFFICE
ATTN: CIVIL PROCESS CLERK
333 LAS VEGAS BLVD. SOUTH
SUITE 5000
LAS VEGAS, NV 89101

UNITED STATES GOLF ASSOCIATION
GOLF HOUSE
PO BOX 708
FAR HILLS, NJ  07931-0708

UNITED STATES POSTAL SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 E. SUNSET
LAS VEGAS NV 89199

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0149

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA SERVICE CENTER
PHILADELPHIA, PA 19255-0072

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 105078
ATLANTA, GA 30348-5078

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 105083
ATLANTA, GA 30348-5083

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 660095
DALLAS, TX 75266-0095

UNITED STATES TREASURY
IRS - R. DOVALINA / ID# 449831859
8701 S. GESSNER  STOP 5432HAL
HOUSTON, TX 77074-2926

UNITED TITLE OF NV CORP.
SUSAN COLEMAN
5550 W. FLAMINGO
SUITE B-1
LAS VEGAS NV 89103

UNITED VALLEY, LLC
RICHARD CHU
7681 RIVER MIST COURT
LAS VEGAS NV 89113

UNITED WESTERN PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

UNITED WESTERN PROPERTIES LLC
PO BOX 400700
LAS VEGAS, NV 89140

UNIVERSAL AUTOMOTIVE & ENGINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 WEST UTAH STREET
LAS VEGAS, NV 89102

UNIVERSAL BRASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5475 WYNN RD
SUITE 400
LAS VEGAS NV 89118-2349

UNIVERSAL CYLINDER EXCHANGE, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
692 N. CYPRESS, "B"
ORANGE, CA  92867

UNIVERSAL DOOR & TRIM, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3840 N. COMMERCE ST.
N. LAS VEGAS, NV 89032

UNIVEST COMMERCIAL, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4600 N. SCOTTSDALE RD.
SUITE 1400
SCOTTSDALE AZ 89231

UNLIMITED GLASS REPAIR
MARSHA
9090 FISHER AVE.
LAS VEGAS NV 89149

UNLV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4505 MARYLAND PARKWAY BOX 456004
LAS VEGAS NV 89154-6004

UNLV -ASCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4505 MARYLAND PKWY
BOX 454017
LAS VEGAS NV 89154-4017

UNLV FOUNDATION
PO BOX 456025
LAS VEGAS NV 89154-6025

UPS
P.O. BOX 894820
LOS ANGELES CA 90189-4820

UPS CONSULTING, INC.
ATTN: DONNA COBARRIS
303 PEACHTREE CENTER AVENUE, #100
ALPHARETTA, GA 30303

UPS DELIVERY SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577

UPS SUPPLY CHAIN SOLUTIONS,INC
ATTN: CUSTOMS BROKERAGE SERVICES
P.O. BOX 34486
LOUISVILLE KY 40232

URANDA, JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1120 MT. EVEREST
LAS VEGAS, NV 89110

URATA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
57 VOLTAIRE AVE
HENDERSON, NV 89002

URBAN LAND INSTITUTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 THOMAS JEFFERSON ST. NW
SUITE 500
WASHINGTON DC 20007

URBANO MAGBOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1835 KICKAPOO CT
MORGAN HILL, CA 95037

URBANO MAGBOO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

URBINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
237 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

URBINO FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
788 ANTIQUITY DR
FAIRFIELD, CA 94534

URIAS COMMUNICATIONS
P.O. BOX 14935
SCOTTSDALE, AZ 85267-4935

URIBE-VALDIVIA;ROBERT C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3236 FIGLER #4
N LAS VEGAS, NV 89030

URICHUK FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 HONORS COURSE DR
LAS VEGAS, NV 89148

UROLOGY SPECIALISTS OF NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5701 W. CHARLESTON BLVD STE 201
LAS VEGAS NV 89146-0903

URS CORPORATION
DEPT. 1028
PO BOX 121028
DALLAS TX 75312-1028

URSULA & JESUS OMINGA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
287 SPRING HOLLOW DR
LAS VEGAS, NV 89148

US - YELLOW, INC
ATTN: TRACI MASTROCINQUE
PO BOX 3110
JERSEY CITY, NJ 07303

US BANCORP EQUIPMENT FINANCE
PO BOX 230789
PORTLAND, OR 97281

US BANK CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13010 SW 68TH PKWY
PORTLAND , OR  97223

US DOT HAZ MAT REG
PO BOX 70985
CHARLOTTE, NC 28272-0985

US EXPRESS LEASING
DEPT #1608
DENVER, CO  802911608

US EXPRESS LEASING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 LANIDEX PLZ
PARSIPPANY, NJ 07054

US FISH & WILDLIFE SERVICES
PO BOX 709
ALBUQUERQUE NM 87103

US FOODSERVICE
LAS VEGAS DIVISION
P O BOX  3911
LAS VEGAS, NV  89127

US YELLOW
NATIONAL YELLOW PAGES
P. O. BOX 3110
JERSEY CITY NJ 07303-3110

USA TODAY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7950 JONES BRANCH DR.
MC LEAN VA 22108

USBANCORP EQUIPMENT FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
13010 SW 68TH PARKWAY
PORTLAND, OR  97223-0000

USBANCORP EQUIPMENT FINANCE
P.O. BOX 230789
13010 SW 68TH PARKWAY
PORTLAND OR 97281-0789

USFWS
NEVADA DEPT. OF WILDLIFE
4747 VEGAS DRIVE
LAS VEGAS, NV  89108

USMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 ANGELS TRACE CT
LAS VEGAS, NV 89148

USMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4271 SAINT PAUL CIR
PITTSBURG, CA 94565

USPS
P.O.BOX 894715
LOS ANGELES CA 90189-4715

UTILICO UNDERGROUND
PAT
P.O.BOX 34985
LAS VEGAS, NV 89133

V H INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
104 VIA DEL SIGNORIA
RANCHO MIRAGE, CA 92270

The Rhodes Companies, LLC - U.S. Mail

V H INVESTMENTS LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
185 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

V2 CREATIVE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
900 S. PAVILION CENTER DRIVE
#180
LAS VEGAS NV 89144-4584

VADIM & NATALYA OSIPOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
560 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

VAHE & DORINE AHARONIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4940 COLLETT AVE
ENCINO, CA 91436

VAHE & DORINE AHARONIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2116
LAS VEGAS, NV 89148

VAHE MARKARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1097 VIA PRATO LN
HENDERSON, NV 89011

VAHE MARKARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11774 THUNDERBIRD AVE
PORTER RANCH, CA 91326

VAHIK & LILIT BAGHDASSARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6961 RUBIO AVE
VAN NUYS, CA 91406

VAHIK & LILIT BAGHDASSARIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 313
LAS VEGAS, NV 89113

VAL PURCHEVA REALTY EXECUTIVES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1903 SO. JONES BLVD
LAS VEGAS , NV  89146

VALDEZ BARRERA;ARIEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 CEDAR AVE., #132
LAS VEGAS, NV 89101

VALDEZ ENTERPRISES LLC
STEVE VALDEZ
600 WILSHIRE AVE.
KINGMAN AZ 86401

VALDEZ, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3544 LABRUSCA VINES COURT
N LAS VEGAS, NV 89081

VALDEZ-JIMENEZ, JUAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4423 PINE GROVE ST
LAS VEGAS, NV 89148

VALDIVIA, JOSE DE LEON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
213 CERVANTES ST
LAS VEGAS, NV 89101

VALDOVINO LOPEZ; LEONEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 PAUL AVE
LAS VEGAS, NV 89106

VALDOVINOS-MARTINEZ;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3070 S. NELLIS BLVD # 2190
LAS VEGAS, NV 89121

VALENCIA COUNTY TREASURER
DIANA MARTINEZ-COPLEN
P. O. BOX 939
LOS LUNAS NM 87031-0939

VALENCIA MENDOZA,JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4770 E. OWENS AVE # 207
LAS VEGAS, NV 89110

VALENCIA, JOSE JULIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1650 N PECOS #3038
LAS VEGAS, NV 89115

VALENCIA,GERARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4770 E. OWENS
LAS VEGAS, NV 89110

VALENCIA-L,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1825 HOWARD AVE
LAS VEGAS, NV 89104

VALENCIA-VAZQUEZ,VICTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
917 TONOPAH AVE
NORTH LAS VEGAS, NV 89030

VALENTINA FIELDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 CROOKED PUTTER DR
LAS VEGAS, NV 89148

VALENZIAZ;CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2233 N. JONES BLVD # 3
LAS VEGAS, NV 89108

VALENZUELA AGUAYO,RODOLFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4898 E. MONROE
LAS VEGAS, NV 89110

VALENZUELA,GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 HEATHER AVE
N LAS VEGAS, NV 89030

VALENZUELA;ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 JONTUE ST
LAS VEGAS, NV 89115

VALENZUELA;JOSE A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3879 JONTUE ST.
LAS VEGAS, NV 89115

VALENZUELA-ROJO,MARIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1720 W. BONANZA., #78
LAS VEGAS, NV 89106

VALERIANO & GLADYS MOREJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 VIA SANGUINELLA ST
HENDERSON, NV 89011

VALERIANO & GLADYS MOREJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1046 VIA DI OLIVIA ST
HENDERSON, NV 89011

VALERIE ANGLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
460 PERALTA AVE
LONG BEACH, CA 90803

**The Rhodes Companies, LLC - U.S. Mail**

VALERIE ANGLES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1019
LAS VEGAS, NV 89148

VALERIE SCHERSCHLIGT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
370 CLARENCE HOUSE AVE UNIT 102
NORTH LAS VEGAS, NV 89032

VALERIE SCHERSCHLIGT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 116
LAS VEGAS, NV 89113

VALERIE THORNTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
480 W 10 N
OREM, UT 84057

VALERIE THORNTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7189 S DURANGO DR UNIT 302
LAS VEGAS, NV 89113

VALERIO, HECTOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
604 N. 9TH
LAS VEGAS, NV 89101

VALIENTE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4915 E BOSTON AVE
LAS VEGAS, NV 89104

VALIENTE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
542 VIA RIPAGRANDE AVE
HENDERSON, NV 89011

VALIMONT, RANDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9501 W SAHARA AVE
LAS VEGAS, NV 89117

VALLADARES-FLORES,ENRIQUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 N. 13TH ST. # C
LAS VEGAS, NV 89101

VALLE,JEOVANY A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1372 HONOLULU
LAS VEGAS, NV 89104

VALLE-ANAYA,RAUL O.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1372 HONOLULU ST
LAS VEGAS, NV 89104

VALLEJO,JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 LILLIS CIR
NORTH LAS VEGAS, NV 89030

VALLES-MARTINEZ,NICOLAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1212 PUTNAM AVE
NORTH LAS VEGAS, NV 89030

VALLEY AIR CONDITIONING &
REFRIGERATION, INC.
PO BOX 93061
LAS VEGAS, NV 89193

VALLEY AIR CONDITIONING INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9225 MANN STREET
LAS VEGAS NV 89139

VALLEY GREEN LANDSCAPING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5516 BOULDER HWY 2F-288
LAS VEGAS, NV 89147

VALLEY PIONEERS WATER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5998 W. CHINO DRIVE
GOLDEN VALLEY, AZ  86413

VALLEY PIONEERS WATER
COMPANY INC.
5998 W. CHINO DRIVE
GOLDEN VALLEY IL 86413

VALLEY PLACERS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3921 W. OQUENDO RD.
LAS VEGAS, NV 89118

VALLEY PLACERS INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4805 MURPHY CANYON RD
SAN DIEGO, CA 92123-4324

VALLEY,MICHAEL J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6925 WATER PIPET  AVE
NORTH LAS VEGAS, NV 89084

VALLEZ,CALEB D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6925 WATER PIPET AVE
NORTH LAS VEGAS, NV 89084

VALLEZ,DANNY B
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6235 GUADALUPE AVE
LAS VEGAS, NV 89108

VALLEZ,GILBERT B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
660 GRITTY GARNET AVE
LAS VEGAS, NV 89183

VALLEZ,JUSTIN D.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6235 GUADLUPE AVE
LAS VEGAS, NV 89108

VALMORE, MARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5712 PACESETTER ST
N LAS VEGAS, NV 89081

VALVERDE-VALDIVINOS;JOSE E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3204 FLIGLER
N LAS VEGAS, NV 89030

VAMSI SURAPANENI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 SANDY BUNKER LN
LAS VEGAS, NV 89148

VAN & PAMELA HUDSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 VIA LUNA ROSA CT
HENDERSON, NV 89011

VAN C. DURRER II
RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE, #3400
LOS ANGELES, CA 90071-3144

VAN KAMPEN DYNAMIC CRED OPP FN
GERARD FOGARTY
ONE PARKVIEW PLAZA
OAKBROOK TERRACE, IL 60181

VANDERWORK, JASEN C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2890 SHENANDOAH RD.
RIVERSIDE, CA 92506

The Rhodes Companies, LLC - U.S. Mail

VANESSA CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
511 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

VANESSA CAMPBELL
PO BOX 95697
LAS VEGAS, NV 89193

VANESSA M. STOUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1206 COUGAR COUNTRY
SAN ANTONIO, TX 78251-4054

VANESSA SCOUT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1206 COUGAR COUNTRY
SAN ANTONIO, TX 78251-4054

VARGAS, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4346 SCARLET SEA AVE
N LAS VEGAS, NV 89031

VARGAS, JUAN GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3200 SOUTH ARVILLE #99
LAS VEGAS, NV 89102

VARGAS, JUAN RAMIREZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4518 SUN VISTA
LAS VEGAS, NV 89104

VARGAS, MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4628 GRASSHOPPER DR
LAS VEGAS, NV 89122

VARGAS,ARNULFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6666 W. WASHINGTON # K-138
LAS VEGAS, NV 89107

VARGAS;CRISTIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 RAWHIDE #1127
LAS VEGAS, NV 89119

VARGAS-FLORES,CARLOS ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6312 TANZANITE
LAS VEGAS, NV 89130

VARGAS-FLORES,FAUSTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5225 PEBBLE BEACH BLVD
LAS VEGAS, NV 89108

VARGAS-SOSA;ARNOLDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3955 E. CHARLESTON BLVD., #256
LAS VEGAS, NV 89104

VARON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

VARON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14 PALOMINO LN
ROLLING HILLS ESTATES, CA 90274

VARTOUHIE PARTAMIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
233 VIA FRANCIOSA DR
HENDERSON, NV 89011

VARUNPRABHA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
78 MYRTLE SPRINGS CT
LAS VEGAS, NV 89148

VASILEVA, MARIETA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5535 CRESENT VALLEY
LAS VEGAS, NV 89148

VASILEVA, VALENTINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5535 CRESENT VALLEY ST
LAS VEGAS, NV 89148

VASQUEZ VILLALTA,ISAIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4400 HALBERT AVE
LAS VEGAS, NV 89110

VASQUEZ;ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2853 SANDY FALLS WAY
LAS VEGAS, NV 89142

VASQUEZ;JOSE LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4012 VIA VAQUERO
LAS VEGAS, NV 89102

VAUGHN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21922 JINETES
MISSION VIEJO, CA 92691

VAUGHN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

VAUNDA BROADHEAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3053 WEST CRAIG ROAD, SUITE E
NORTH LAS VEGAS NV  89032

VAVA SCHROEDER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
307 PALM TRACE AVE
LAS VEGAS, NV 89148

VAZQUEZ, FERNANDO DIAZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3401 N WALNUT #360
LAS VEGAS, NV 89115

VAZQUEZ,ALDO I
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1802 HARDING ST
NORTH LAS VEGAS, NV 89030

VAZQUEZ,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2751 E. BONANZA # F 1105
LAS VEGAS, NV 89101

VAZQUEZ,NOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2121 ULLOM DR.
LAS VEGAS, NV 89108

VAZQUEZ,VICENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2013 CARVER AVE
NORTH LAS VEGAS, NV 89032

VAZQUEZ-HERNANDEZ;RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2244 STATZ ST
N LAS VEGAS, NV 89030

VAZQUEZ-PERALTA;ROGELIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 E. KAREN AVE
LAS VEGAS, NV 89169

VAZZANA UNDERGROUND, INC
DONITA
6690 N. TENAYA WAY
LAS VEGAS NV 89131

VECELLIO,NATHAN JAMES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
#1 HARDY MOUNTAIN RD.
OATMAN, AZ 86433

VECTOR STRUCTURAL ENGINEERING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9138 S. STATE ST.
SUITE 101
SANDY AZ 84070

VEERACHART SRITONGSOOK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 HONORS COURSE DR
LAS VEGAS, NV 89148

VEGA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 PRINCEVILLE LN
LAS VEGAS, NV 89113

VEGA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6819 BABY JADE CT
LAS VEGAS, NV 89148

VEGA PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
542 MALICOAT AVE
OAKLEY, CA 94561

VEGA PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2173
LAS VEGAS, NV 89148

VEGA, JOSE ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2424 SAINT GEORGE ST #B
NORTH LAS VEGAS, NV 89030

VEGA-BEMARBE;GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1919 PRINCETON ST
N LAS VEGAS, NV 89030

VEGAS BAR & RESTARAUNT SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4375 S. VALLEY VIEW, STE. G
LAS VEGAS NV 89103

VEGAS GOLFER
FILE 749051
LOS ANGELES, CA  90074-9051

VEGAS MAGAZINE PARTNERS, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2290 CORPORATE CIRCLE, SUITE 250
HENDERSON NV  89074

VEGAS PAINTERS,
THE PROFESSIONALS
2820 SOUTH JONES BLVD. SUITE 1
LAS VEGAS NV  89146

VEGAS PROPANE INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4610 EAKER ST
N LAS VEGAS, NV 89081

VEGAS SEMINAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16 TAPADERO LANE
LAS VEGAS NV 89135

VEGAS SEMINAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9101 ALTA DR 1406
LAS VEGAS, NV 89145-8501

VEGAS VALLEY DISTRICT CO., INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3725 S. INDUSTRIAL ROAD
LAS VEGAS NV 89109

VEGAS VALLEY FIRE
PROTECTION
5740 SOUTH ARVILLE ST, STE 203
LAS VEGAS, NV 89118

VEGAS VALLEY LOCKING SYSTEMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6243 INDUSTRIAL ROAD
LAS VEGAS NV 89118-3803

VEGAS VERTICALS
P.O. BOX 1545
LOGANDALE NV 89021

VEGAS.COM, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2290 CORPORATE CIRCLE DRIVE
SUITE 250
HENDERSON NV 89074

VEGASGOLFER MAGAZINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2290 CORPORATE CIRCLE, SUITE 250
HENDERSON NV 89074

VELA,JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1925 CRAWFORD ST
NORTH LAS VEGAS, NV 89030

VELASCO-GUZMAN,GERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5325 E. TROPICANA
LAS VEGAS, NV 89122

VELASQUEZ FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

VELASQUEZ-A.,DANNY J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 ARVILLE ST B-6
LAS VEGAS, NV 89102

VELAY;RAMIRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4021 PAULA ST.
LAS VEGAS, NV 89103

VELAZQUEZ-R.;ARNULFO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3228 MARY DEE # C
LAS VEGAS, NV 89030

VELAZQUEZ-ZENDEJAS;JAVIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4055 TARA # 1
LAS VEGAS, NV 89102

VELEZ;ARTURO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2851 S. DECATUR
LAS VEGAS, NV 89102

VELIBOR & OLIVERA DJURIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 SOMERGLEN COMMON SW
CALGARY AB T2Y 4E8
CANADA

VELIBOR & OLIVERA DJURIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 303
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

VENEGAS,FILIBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5266 STAMPA AVE
LAS VEGAS, NV 89146

VENEGAS;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2101 SANDY LANE #3
LAS VEGAS, NV 89115

VENEKLASEN ASSOCIATES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 SIXTEENTH ST.
SANTA MONICA CA 90404

VENICIO INC.
JOHN DUNIA
5301 SHELIA STREET
COMMERCE CA 90040

VENKO & HEIKE NIKOLOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

VENKO & HEIKE NIKOLOV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8085 CANTO AVE
LAS VEGAS, NV 89147

VENTURA, RODOLFO A.
PO BOX 370991
LAS VEGAS, NV 89137

VENTURA,ANGEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1601 CORDOBA LN # C
LAS VEGAS, NV 89108

VENTURA,MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3750 E. BONANZA # 3
LAS VEGAS, NV 89110

VENTURA; JOEL M
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 N. 28TH ST, #338
LAS VEGAS, NV 89101

VENTURE II CDO 2002 LIMITED
CHRISTINE TANG
12 EAST 49TH STREET 29TH  FLOOR
NEW YORK, NY 10017

VERA CRAWFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9291 DAMES ROCKET PL
LAS VEGAS, NV 89148

VERA RAICEVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 DOG LEG DR
LAS VEGAS, NV 89148

VERANDA
P.O. BOX 7115
RED OAK IA 51591-2115

VERDIN-CHAVEZ;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3224 FIGLER #B
N LAS VEGAS, NV 89030

VERGARA;RAFAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3917 NELLIS BLVD # 221
LAS VEGAS, NV 89115

VERHOEVEN, RANDY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5468 W. CHINO RD.
GOLDEN VALLEY, AZ 86413

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

VERIZON WIRELESS
PO BOX 9622
MISSION HILLS CA 91346-9622

VERIZON WIRELESS WEST
ATTN: TERI FRINGER
VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

VERMAN LOPEZ;RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1830 SANTA PAULA
LAS VEGAS, NV 89101

VERONICA AND ROBERTO MEDINA
C/O ERIC RANSAVAGE
7401 BISONWOOD AVE.
LAS VEGAS, NV 89131

VERONICA RADER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4612 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

VERONICA SZALAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
208 PRICILLA AVE
DUQUESNE, PA

VERONICA,DIEGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
840 DUSK DR
LAS VEGAS, NV 89110

VERONIKA SZALAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
405 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

VERRY BEST SIGN HANGING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4460 W HACIENDA #108
LAS VEGAS, NV 89118

VERVILLE, CLIFF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
360 GOLDEN SHORE DR
LAS VEGAS, NV 89123

VESSELKA RIZOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9704 WAUKEGAN AVE
LAS VEGAS, NV 89148

VESTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6149 S RAINBOW BLVD
LAS VEGAS NV 89118

VIA DIRECT MARKETING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
502 BENEFICIAL PLACE
HENDERSON NV 89012

VIADIRECT MARKETING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5989 MCLEOD DRIVE
LAS VEGAS, NV  89120

VIAPIANA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2097
LAS VEGAS, NV 89148

VICKEY MURRAY-GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 HORNBLOWER AVE
LAS VEGAS, NV 89131

VICKI BRACY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8308 YORKSHIRE LN
MANASSAS, VA  20111

VICKI GLASS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2987 KALA KAUA AVE # 302
HONOLULU HI 96815

VICKI LAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPTINGS RD #1141
LAS VEGAS, NV 89148

VICKI MURRAY-GARCIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7410 HORNBLOWER AVE
LAS VEGAS, NV 89131

VICKIE & MICHAEL MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7224 GOLDEN FALCON ST
LAS VEGAS, NV 89131

VICKIE CURTIS
C/O ERIC RANSAVAGE
7530 RED CINDER ST.
LAS VEGAS, NV 89131

VICO SOFTWARE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
120 WASHINGTON STREET
SUITE 202-C
SALEM MA 01972

VIC'S PORTABLE MACHINING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 N. EAST END AVE.
POMONA CA 91767

VICTOR & JOSEPHINE PASCUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
293 SEA RIM AVE
LAS VEGAS, NV 89148

VICTOR & JOSEPHINE PASCUAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3982 HEMWAY CT
SIMI VALLEY, CA 93063

VICTOR & KATHERINA FONTANILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
202 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

VICTOR & KATHERINA FONTANILLA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
444 W 163RD ST
LAWNDALE, CA 90260

VICTOR & KATHRYN GIELISSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26 HUYLER DR
HYDE PARK, NY 12538

VICTOR & KATHRYN GIELISSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 212
LAS VEGAS, NV 89113

VICTOR & MELANIA CALOMFIRESCU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
243 SEA RIM AVE
LAS VEGAS, NV 89148

VICTOR & MICHELLE HAEHNEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4742 ASHINGTON ST
LAS VEGAS, NV 89147

VICTOR CHILL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

VICTOR GERODIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 113
LAS VEGAS, NV 89113

VICTOR HOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
597 HALLORAN SPRINGS RD
LAS VEGAS, NV 89148

VICTOR SALINAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

VICTOR UY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
64 SULLY CREEK CT
LAS VEGAS, NV 89148

VICTOR UY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7035 SANTA IRENE CIR
APT 36
BUENA PARK, CA 90620-4858

VICTOR UY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
940 S CAMERFORD LN
ANAHEIM, CA 92808

VICTOR WU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2160 SHELBURNE WAY
TORRANCE, CA 90503

VICTOR WU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 CENTER GREEN DR
LAS VEGAS, NV 89148

VICTORIA C. ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2118 ASHLEY RIDGE COURT
SAN JOSE CA 95138

VICTORIA LEIGH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

VICTORIA LEIGH AND PORTIA POWELL
C/O ERIC RANSAVAGE
7400 BRIDLEHORNE AVE.
LAS VEGAS, NV 89131

VICTORIA ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2118 ASHLEY RIDGE CT
SAN JOSE, CA 95138

VICTORIA ROSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4793 FRANKFURT CT
LAS VEGAS, NV 89147

VICTORIANO & JULIETA FERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
309 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

VICTORIANO & JULIETA FERNANDEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8533 RANCHITO AVE
PANORAMA CITY, CA 91402

The Rhodes Companies, LLC - U.S. Mail                                                                    Served 9/28/2009

VICTORIANO ADINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9863 RIDGEHAVEN AVE.
LAS VEGAS NV 89148-4636

VICTORINO & LILY GERODIAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

VICTORIYA GENTSAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 WATERTON LAKES AVE
LAS VEGAS, NV 89148

VIDALES, PEDRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4716 SHOEN AVENUE
LAS VEGAS, NV 89110

VIDALES-BARRIENTOS;ALBERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN
LAS VEGAS, NV 89156

VIDALES-BARRIENTOS;JORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5820 MEIKLE LN
LAS VEGAS, NV 89156

VIDAN, KATIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4908 FOREST OAKS DR
LAS VEGAS, NV 89149

VIEN WOODS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 MACOBY RUN ST
LAS VEGAS, NV 89148

VIERA BELTRAN,CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6008 GOLDEN SUN CT
LAS VEGAS, NV 89081

VIERA-PARDO; GUSTAVO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3832 ARIZONA AVE
LAS VEGAS, NV 89104

VIETMEIER, MARIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6308 SILVER EDGE ST
N LAS VEGAS, NV 89031

VIGIL, ANDREA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3732 COLEMAN
LAS VEGAS, NV 89032

VIGIL;DUSTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9746 VALMEYER AVE.
LAS VEGAS, NV 89148

VIJAYKUMAR LINGEGOWDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
172 CASCADE LAKE ST
LAS VEGAS, NV 89148

VIKING OFFICE PRODUCTS
PO BOX 88040
CHICAGO, IL 60680-1040

VIKTORIA VOLTSHEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

VILAIWAN WATANABE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6850 SCARLET FLAX ST
LAS VEGAS, NV 89148

VILALFANA SANDOVAL, HIPOLITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR APT 13C
N LAS VEAGS, NV 89030-8152

VILAS BALAKRISHNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 TALL RUFF DR
LAS VEGAS, NV 89148

VILLA GIL,ARMANDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 YALE ST. # 104
NORTH LAS VEGAS, NV 89030

VILLA GRANDE,MAER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1936 CINDY SUE # D
LAS VEGAS, NV 89106

VILLA GUZMAN;HENOCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3335 HAUCK # 1058
LAS VEGAS, NV 89146

VILLA GUZMAN;JOSE VICENTE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5675 RITTER
LAS VEGAS, NV 89118

VILLAGE VIEW LIGHTING INC.
ROB KEEGAN
490 EAST EASY STREET, #1
SIMI VALLEY 93065

VILLALFANA SANDOVAL HIPOLITO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 CIVIC CENTER DR APT 13C
N LAS VEGAS, NV 89030-8152

VILLALOBOS,JESUS M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2104 WHIT ST
N LAS VEGAS, NV 89030

VILLALTA,RICARDO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4247 RIDGEDALE AVE
LAS VEGAS, NV 89121

VILLANUEVA,EDWIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

VILLANUEVA,HENRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3937 SPENCER ST. # 71
LAS VEGAS, NV 89119

VILLANUEVA;HENRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6349 BRISTOL WAY
LAS VEGAS, NV 89107

VILLARD, KEITH W.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5315 SUN MEADOWS CT
N LAS VEGAS, NV 89031

VILLAREAL,JUAN M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2139 STATZ #4
N LAS VEGAS, NV 89030

VILLAS AT KINGMAN AZ HOA
C/O PARKER FINCH MANAGEMENT
P. O. BOX 503310
SAN DIEGO CA 92150-3310

The Rhodes Companies, LLC - U.S. Mail

VILLAS COMMUNITY ASSOCIATION
C/O KGDO HOLDING COMPANY DBA TERRA WEST
2655 S RAINBOW BLVD SUITE 200
LAS VEGAS, NV 89146

VILLAS IN KINGMAN AZ HOMEOWNER
ASSOCIATION
3838 N. CENTRAL AVENUE SUITE 1100
PHOENIX AZ 85012

VILLAS OF KINGMAN
C/O PARKER FINCH LAS VEGAS, LLC
118 CORPORATE PARK DRIVE, STE 105
HENDERSON, NV 89074

VILLASENOR, SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1304 N. JONES BLVD
LAS VEGAS, NV 89108

VILLEGAS,MANOLO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
329 NELLIS # 72
LAS VEGAS, NV 89115

VILLEGAS-MONTOYA,IGNACIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2214 STATZ # G
NORTH LAS VEGAS, NV 89030

VILMA & NIMROD KEMPIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1537 SILVER POND LN
SAN JOSE, CA 95138

VILMA & NIMROD KEMPIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

VINAY BENJAMIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7205 BUGLEHORN ST
LAS VEGAS, NV 89131

VINCENT & ANNETTE ALONZI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9583 MALASANA CT
LAS VEGAS, NV 89147

VINCENT B. LUNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20 LAURELHURST DR.
LADERA RANCH, CA 92694-0203

VINCENT JONES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
156 CASTLE COURSE AVE
LAS VEGAS, NV 89148

VINCENT LOPEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

VINYL INDUSTRIAL PRODUCTS, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1700 DOBBS ROAD
ST AUGUSTINE FL 32084

VIOLETA & JULIAN CUMTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 MARGARITA AVE
PALO ALTO, CA 94306

VIOLETA & JULIAN CUMTI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
395 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

VIOLETA CORTEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
254 SEA RIM AVE
LAS VEGAS, NV 89148

VIRAMONTES-GARICA;JUAN D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2812 MAGNET ST.
N LAS VEGAS, NV 89030

VIRGEN,JESUS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5231 SAN ANSELMO ST.
LAS VEGAS, NV 89120

VIRGIL & MONA PAYAWAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 CASCADE LAKE ST
LAS VEGAS, NV 89148

VIRGIL PAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
288 SPRING HOLLOW DR
LAS VEGAS, NV 89148

VIRGIL PAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
60 BOATWORKS DR
BAYONNE, NJ 07002

VIRGIL STEVE & GLENNA JT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3823  HEATHER AVE
KINGMAN, AZ 86401

VIRGILIO & ANN PAREDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 MAYAPPLE RD
SICKLERVILLE, NJ 08081

VIRGILIO & ANN PAREDES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
535 CENTER GREEN DR
LAS VEGAS, NV 89148

VIRGILIO & ANNIEVIE OBINIANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
285 CADDY BAG CT
LAS VEGAS, NV 89148

VIRGILIO BERTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
269 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

VIRGINIA & BRIAN KAPLAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
118 WATER HAZARD LN
LAS VEGAS, NV 89148

VIRGINIA & DEMOS FOURNIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4652 CALIFA DR
LAS VEGAS, NV 89122

VIRGINIA CASA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1044 VIALE PLACENZA PL
HENDERSON, NV 89011

VIRGINIA CASA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
85 BAY AVE W
HAMPTON BAYS, NY 11946

VIRGINIA CRONAN LOWE
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 683
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

VIRGINIA DARCY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

**The Rhodes Companies, LLC - U.S. Mail**

VIRGINIA FLUET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
631 OFARRELL ST APT 710
SAN FRANCISCO, CA 94109

VIRGINIA FLUET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2175
LAS VEGAS, NV 89148

VIRGINIA MARTIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1082 VIA CAPASSI WAY
HENDERSON, NV 89011

VIRGINIA,RICHARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
827 MANOR SHORES RD.
HENDERSON, NV 89002

VIRTUAL DESIGN GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3035 CROYDEN BAY
COSTA MESA 92626

VISION AIR
PO BOX 35260
LAS VEGAS NV 89193-5260

VISION DRYWALL & PAINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 LOSEE ROAD
N. LAS VEGAS NV 89030

VISION LANDSCAPE & DESIGN
P.O. BOX 3073
KINGMAN AZ 86402

VISION PERFECT SOFTWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1875 WEST 12600 SOUTH
PO BOX 310
RIVERTON, UT  84065-0310

VISION SERVICE PLAN - (NV)
FILE # 73279
P.O. BOX 60000
SAN FRANCISCO CA 94160-3279

VISTA BELLA HOMEOWNERS ASSOC.
P.O. BOX 6341
SCOTTSDALE, AZ 85261

VISTA CHEVROLET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5501 DREXEL ROAD
LAS VEGAS NV 89130

VISTA LANDSCAPE CENTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
951  E. WIGWAM PKWY
HENDERSON NV 89014

VISTAGE WORLDWIDE, INC
FILE 57158
LOS ANGELES CA 90074-7158

VISUAL MOTION
P.O. BOX 5741
TWIN FALLS ID 83303

VIVAN CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
71 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

VIVAN NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
346 BROKEN PAR DR
LAS VEGAS, NV 89148

VIVAN NGUYEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
487 COELHO ST
MILPITAS, CA 95035

VIVAR, ANTONIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5354 CORRAL COURT
LAS VEGAS, NV 89119

VIVIAN NARSSA & SUZAN MALIK
P.O. BOX 31324
LAS VEGAS NV 89173

VIVIEN FABRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

VIVIEN FABRO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7524 SALVADORA PL
LAS VEGAS, NV 89113

VLADIMIR SOSNINE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
168 DOG LEG DR
LAS VEGAS, NV 89148

VLV TRUCK PARTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3157 N. RAINBOW
LAS VEGAS, NV 89108

VMC ENTERPRISES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25550 WEST HIGHWAY 85
BUCKEYE, AZ 85326

VMN CONSULTING LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 SUNRISE AVE.
KINGMAN, AZ 86409

VMN TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6030 N SMOKE RISE DR
FLAGSTAFF, AZ 86004

VMS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
77 E WELDON AVE #230
PHOENIX, AZ 85012

VOLD, THOMAS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8443 WATERFORD BEND
LAS VEGAS, NV 89123

VOLVO RENTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5255 S VALLEY VIEW BLVD
LAS VEGAS, NV 89118

VORA, PAYAL D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8600 W CHARLESTON BLVD #1036
LAS VEGAS, NV 89117

VORTEX INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3198-M AIRPORT LOOP
COSTA MESA, CA 92626-9900

VOWELS, BRAD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6428 WHEELHARROW PEAK DR
LAS VEGAS, NV  89108

The Rhodes Companies, LLC - U.S. Mail

VOWLES, CARSON B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 VIA LATINA ST
HENDERSON, NV 89011

VTAT, INC.
WALLS & WIRES, DIV. OF VTAT
3062 VIA DEL CORSO COURT
HENDERSON, NV 89052

VU INVESTMENT GROUP LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9779 WAUKEGAN AVE
LAS VEGAS, NV 89148

VUONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
385 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

VUONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 LIVING EDENS CT
LAS VEGAS, NV 89148

W LARRY & DUHNGDAO WHITESELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
109 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

W M C MORTGAGE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
117 TALL RUFF DR
LAS VEGAS, NV 89148

W M C MORTGAGE CORP
PO BOX 650070
DALLAS, TX 75265

WAGNER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
528 VIA DEL CAPITANO CT
HENDERSON, NV 89011

WAGNER, KATHLEEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1121 CAHILL AVE
LAS VEGAS, NV 89128

WAITE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9689 GEIGER PEAK CT
LAS VEGAS, NV 89148

WAITE FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9788 WAUKEGAN AVE
LAS VEGAS, NV 89148

WAITE, STEVE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10616 GRAND CYPRESS AVE
LAS VEGAS, NV 89134

WAITE, STEVEN L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10616 GRAND CYPRESS AVE
LAS VEGAS, NV 89134

WAKIMOTO FARMS
P.O. BOX 5748
MOHAVE VALLEY, AZ 86446

WALD, MAGDALENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9625 W RUSSELL RD APT 2056
LAS VEGAS, NV 89148-4547

WALDROP FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

WALDROP, ALLEN J
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

WALID & FAIZA YOUSIF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 TURTLE PEAK AVE
LAS VEGAS, NV 89148

WALID YOUSIF
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
312 TURTLE PEAK AVE
LAS VEGAS, NV 89148

WALKER ELECTRIC, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1711 STOCKTON HILL RD. #281
KINGMAN AZ 86401

WALKER FAMILY LIMITED
PARTNERSHIP
1885 EUCALYPTUS HILL ROAD
SANTA BARBARA CA 93108

WALKER FURNITURE CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
301 S. MARTIN LUTHER KING BLVD
LAS VEGAS NV 89106

WALKER JR., LAWRENCE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5279 CONSUL AVE
LAS VEGAS, NV 89142-1834

WALKER ZANGER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4701 S. CAMERON ST.
SUITE P
LAS VEGAS NV 89103

WALKER, JANET
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7732 BEACH FALLS COURT
LAS VEGAS, NV 89149

WALKER, LAWRENCE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5279 CONSUL AVE
LAS VEGAS, NV 89142-1834

WALL CONSTRUCTORS INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6015 MCLEOD
LAS VEGAS NV 89120

WALL CONSTRUCTORS INCORPORATED
ATTN: BARRY WINNER
11975 DISCOVERY COURT
MOORPARK, CA 93021

WALL CONSTRUCTORS, INC
ATTN: BARRY WINNER
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

WALL CONSTRUCTORS, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4801 SPENCER STREET #186
LAS VEGAS , NV 89119

WALL CONSTRUCTORS, INC.
ATTN: BARRY WINNER
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

WALL CONSTRUCTORS, INCORPORATED
ATTN: BARRY WINNER
11975 DISCOVERY COURT
MOORPARK, CA 93021

WALL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4672 CALIFA DR
LAS VEGAS, NV 89122

WALL STREET JOURNAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 BURNETT RD
CHICOPEE MA 01020

WALL SYSTEMS INC - PAINT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

WALLACE DUNLAP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7205 EAGLEGATE ST
LAS VEGAS, NV 89131

WALLACE.MORRIS SURVEYING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5740 SOUTH ARVILLE STREET #206
LAS VEGAS, NV 89118

WALLACE; LINDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6228 WINDFRESH DRIVE
LAS VEGAS, NV 89148

WALLBOARD, LP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

WALSH, BRIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
744 ASBURY PARK ST
HENDERSON, NV 89052

WALT WALTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2461 E ORANGEHORPE AVE #200
FULLERTON, CA 92831

WALT WALTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 SUNSET BAY ST
LAS VEGAS, NV 89148

WALT WALTERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 PANGLOSS ST
HENDERSON, NV 89002

WALTER & DORA MIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
200 SW ELM ST
PULLMAN, WA 99163

WALTER & DORA MIH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 SOGGY RUFF WAY
LAS VEGAS, NV 89148

WALTER & IRENE DRECHSLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
105 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

WALTER & IRENE DRECHSLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
716 ONTARIO ST
OAK PARK, IL 60302

WALTER & JIAN KNAPIK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6732 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

WALTER & KAREN GOODHART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7420 ARBORCREST AVE
LAS VEGAS, NV 89131

WALTER & SYLVIA VALBUENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1017 VIA GALLIA ST
HENDERSON, NV 89011

WALTER & SYLVIA VALBUENA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7089 VETTUNO CT
RANCHO CUCAMONGA, CA 91701

WALTER BRECKAN TITLE I SCHOOL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1200 N. 27TH STREET
LAS VEGAS NV  89101

WALTER HAHN, PH.D.
REAL ESTATE CONSULTING
2102 BUSINESS CENTER DR. STE 206E
IRVINE CA 92612

WALTER KARL INC.
TWO BLUE HILL PLAZA
PO BOX 1662
PEARL RIVER NY 10965

WALTER STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
59 S 4TH ST
LEWISBURG, PA 17837

WALTER STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

WALTER STEWART
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

WALTERS WICKER, INC
ASHLEY
C/O MITCH ZERG & ASSOC
65 BANCKER STREERT
ENGLEWOOD NJ 07631

WAMCO NATIONAL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
676 SARI DRIVE
LAS VEGAS, NV 89110

WAN PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
141 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

WAN PAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5760 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

WANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2185 ALCOVA RIDGE DR
LAS VEGAS, NV 89135

WANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
624 VIA COLMO AVE
HENDERSON, NV 89011

WANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9065 CIRCLE LAKE DR
GRAND BLANC, MI 48439

WANG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9742 MARCELLINE AVE
LAS VEGAS, NV 89148

**The Rhodes Companies, LLC - U.S. Mail**

WANG SON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

WARD, BRENDA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9465 W. POST RD  APT. #1065
LAS VEGAS, NV 89148

WARD, LANDON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
652NW 120 ROAS
HARPER, KS 67058

WARFIELD TRUCKING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2345 N BETH WAY
FLAGSTAFF , AZ  86001

WARM SPRINGS RV & MINI STORAGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
721 CAPEHORN DR
HENDERSON, NV 89011

WARNER'S NURSEY & LANDSCAPE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1101 E BUTLER AVE
FLAGSTAFF, AZ 86001

WARREN & JUDITH KRASNOW
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7501 BRIDLEHORNE AVE
LAS VEGAS, NV 89131

WARREN'S HOMEWORK
P.O. BOX 80090
LAS VEGAS NV  89180

WARRINGTON, CLINTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
532 FEDERAL ST
HENDERSON, NV 89015

WASHINGTON MUTUAL
P. O. BOX 78148
PHOENIX AZ 85062-8148

WASHINGTON STATE SUPPORT REG.
P.O. BOX 45868
OLYMPIA, WA 98504-5868

WASSELL PAUL J & VICTORIA L CPWRS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3847  HEATHER AVE
KINGMAN, AZ 86401

WATCHGUARD SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 O'NEILL AVE.
BELMONT CA 94002-9817

WATER FX
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4535 W. RUSSEL RD. #7
LAS VEGAS, NV 89118

WATER FX
CUSTOM POOLS,SPAS,& FOUNTAINS LLC
4690 W. POST RD
LAS VEGAS NV  89118

WATER MOVERS
PO BOX 66693
PHOENIX AZ 85082

WATERPROOF SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4212 BERTSOS DR., STE #2
LAS VEGAS, NV 89103

WATTS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4693 CALIFA DR
LAS VEGAS, NV 89122

WAYDE STOKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1112 MONTANA AVE STE 381
SANTA MONICA, CA 90403

WAYDE STOKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25 CHATEAU WHISTLER CT
LAS VEGAS, NV 89148

WAYNE & LAUREL STRATULATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
227 SPRING HOLLOW DR
LAS VEGAS, NV 89148

WAYNE & LAUREL STRATULATE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4106-65A ST
STETTLER AB T0C
CANADA

WAYNE O. NORRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3189 LAUREN NICOLE LN
BUFORD GA 30519

WAYNE PROSSER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1012 VIA DUPRE ST
HENDERSON, NV 89011

WAYNE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14426 CLYMER ST
MISSION HILLS, CA 91345

WAYNE TRAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 210
LAS VEGAS, NV 89113

WAZUU DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4175 S. RILEY ROAD
SUITE 104
LAS VEGAS, NV 89147

WAZUU DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9030 W SAHARA AVE
LAS VEGAS, NV 89117-5744

WBJ INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2929 ENSALMO WAY
LAUGHLIN, NV 89029

WCR
REBECCA REID, TREASURER
5785 W. TROPICANA # 7
LAS VEGAS NV 89103

WDC EXPLORATION & WELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1421 S 39TH AVENUE
PHOENIX AZ 85009

WE MAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3111 SOUTH VALLEY VIEW
BLDG. D101
LAS VEGAS NV 89102

WEALTH MANAGEMENT GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3770 HOWARD HUGHES PKWY.
SUITE 200
LAS VEGAS NV 89109

The Rhodes Companies, LLC - U.S. Mail

WEAVER, DANIELLE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3757 E. POTTER AVE.
KINGMAN, AZ 86409

WEBB, JASON D
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
411 SCENIC DR
HENDERSON, NV 89002

WEBB, KRISTEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
373 RUSHING CREEK CT
HENDERSON, NV 89014

WEBSTER, JOSEPH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 S. BACOBI
GOLDEN VALLEY, AZ 86413

WEI & JONATHAN YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1265 MANOR DR
PITTSBURGH, PA 15241

WEI & JONATHAN YEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9728 WAUKEGAN AVE
LAS VEGAS, NV 89148

WEI CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

WEI CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21 SAHALEE DR
LAS VEGAS, NV 89148

WEI SHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
306 FRINGE RUFF DR
LAS VEGAS, NV 89148

WEI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5111 HILLSIDE PL
PALMDALE, CA 93551

WEI WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9765 MARCELLINE AVE
LAS VEGAS, NV 89148

WEILBRENNER,TRAVIS A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5580 W. SANDCASTLE DR.
GOLDEN VALLEY, AZ 86413

WEINER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 TURTLE PEAK AVE
LAS VEGAS, NV 89148

WEINER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
515 S FLOWER ST STE 2700
LOS ANGELES, CA 90071

WEINTRAUB ORGANIZATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 EAST EVANS AVE.,# 2-100
DENVER, CO 80222

WEINTRAUB, ALANA R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8301 W. FLAMINGO RD. #2080
LAS VEGAS, NV 89148

WELCH PLASTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 W DESERT INN RD
STE W110
LAS VEGAS, NV 89102-0757

WELDON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
282 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

WELDON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4464 LONE TREE WAY
ANTIOCH, CA 94531

WELLS FARGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1030 5TH AVE-REMITTANCE PROCES
P.O.. BOX 23003
COLUMBUS, GA 31901

WELLS FARGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
733 MARQUETTE AVE.
MINNEAPOLIS, MN 55402

WELLS FARGO
LETICIA X3169
1030 5TH AVE-REMITTANCE PROCES
P.O.. BOX 23003
COLUMBUS GA 31901

WELLS FARGO
PO BOX 1450
MINNEAPOLIS , MN  55485

WELLS FARGO AUTO FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1-800-559-3557
P.O.BOX 410448
SALT LAKE CITY UT 84141-0448

WELLS FARGO BANK
PO BOX 5058 MAC P6053-021
PORTLAND, OR 94163

WELLS FARGO BANK N.A.
P.O. BOX 63491 MAC A143-042
SAN FRANCISCO, CA 94163

WELLS FARGO BANK N.A. OVERDRAFT RECOVERY
PAYMENT PRC. DEPT.
ATTN: JULIE BRIDGES
P.O. BOX 63491 MACA143-042
SAN FRANCISCO, CA 94163

WELLS FARGO BANK N.A. OVERDRAFT RECOVERY
PAYMENT PRC. DEPT.
P.O. BOX 63491 MACA143-042
SAN FRANCISCO, CA 94163

WELLS FARGO BANK TRUST
FLEX SPENDING ACCOUNT
381 EAST BROADWAY STE 110
SALT LAKE CITY UT 84111-2684

WELLS FARGO BANK, N.A.
TRUST OPERATIONS
NW 5159,  P. O. BOX 1450
MINNEAPOLIS MN 55485-5159

WELLS FARGO BANK, NATIONAL ASSOCIATION
AS ADMINISTRATIVE AGENT
ATTN: DAVID BERGSTROM, ASSISTANT VICE PRES.
WELLS FARGO BANK, N.A., CORPORATE TRUST
625 MARQUETTE AVE.
MINNEAPOLIS, MN 55479

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: DAVID BERGSTROM
625 MARQUETTE AVE.
MAC N9311-110
MINNEAPOLIS, MN  55479

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: MICHAEL PINZON
45 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006

WELLS FARGO BANK, NATIONAL ASSOCIATION,
ATTN: DAVID BERGSTROM, ASST VICE PRES.
WELLS FARGO BANK, N.A., CORPORATE TRUST
625 MARQUETTE AVE.
MINNEAPOLIS, MN 55479

WELLS FARGO BK TRUST OPERATION
NW 5159
P. O. BOX 1450
MINNEAPOLIS MN 55485-5159

WELLS FARGO CARD SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
800-247-8101
P.O. BOX 30086
LOS ANGELES CA 90030-0086

WELLS FARGO CREDIT SUISSE LOAN FUNDING LLC
WELLS FARGO, N.A. AS AGENT
AND VARIOUS LENDER PARTIES
ELEVEN MADISON AVE., 9TH FLOOR
NEW YORK, NY 10011

WELLS FARGO EQUIPMENT
FINANCE, NW-8178
P.O. BOX 1450
MINNEAPOLIS MN 55485-8178

WELLS FARGO EQUIPMENT FINANCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
733 MARQUETTE AVE
MINNEAPOLIS, MN  55402

WELLS FARGO EQUIPMENT FINANCE
FILE #55603
LOS ANGELES, CA 90074-5603

WELLS FARGO EQUIPMENT FINANCE
NW 5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934

WELLS FARGO EQUIPMENT FINANCE
P.O. BOX 1450
MINNEAPOLIS, MN  55485-5934

WELLS FARGO EQUIPMENT FINANCE, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1540 W FOUNTAINHEAD PKWY
TEMPE, AZ 85282-1839

WELLS FARGO EQUIPMENT FINANCE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
15420 W FOUNTAINHEAD PKWY
TEMPE, AZ 85282

WELLS FARGO FINANCIAL NEVADA 2
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4119 121ST ST
URBANDALE, IA 50323

WELLS FARGO FINANCIAL NEVADA 2
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 PANGLOSS ST
HENDERSON, NV 89002

WELLS FARGO FLEX BENEFIT SERV
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
381 EAST BROADWAY #110
SALT LAKE CITY, UT 84111

WELLS FARGO FLEX BENEFIT SERV
PO BOX 45600
SALT LAKE CITY UT 84145-0600

WELLS FARGO HEALTH BENEFIT SER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 SOUTH MAIN STREET
4TH FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO HOME MORTGAGE
P. O. BOX 8417
CAROL STREAM IL 60197-8417

WELLS FARGO HOME MORTGAGE
P.O. BOX 54017
LOS ANGELES, CA 90054-0017

WELLS FARGO-10 TON DUMP TRUCKS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
733 MARQUETTE AVE
MINNEAPOLIS, MN  55402

WELLS, RYAN A.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
838 LIME ROCK ROAD
BOULDER CITY, NV 89005

WELLS,MICHAEL DALE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3066 LOMA VISTA
LAS VEGAS, NV 89120

WELSH PLASTICS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 W DESERT INN RD STE W110
LAS VEGAS, NV 89102-0757

WELSH,DAYTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3020 HAMMOND CIRCLE
MOHAVE VALLEY, AZ 86440

WELSH,HARLEY GREG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3815 N. NELLIS BLVD.  #45
LAS VEGAS, NV 89115

WEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
246 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

WEN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4448 FIORE BELLA BLVD
LAS VEGAS, NV 89135

WEN HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
212 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

WEN HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5201 S TORREY PINES DR UNIT 1282
LAS VEGAS, NV 89118

WEN JIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
220 DOG LEG DR
LAS VEGAS, NV 89148

WENDI PICKFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

WENDIE ASTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
932 VIA STELLATO ST
HENDERSON, NV 89011

WENDY BUTENSKY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1038 VIA NANDINA PL
HENDERSON, NV 89011

WENDY CHOUINARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 214
LAS VEGAS, NV 89113

The Rhodes Companies, LLC - U.S. Mail

WENDY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2953 VIA MERIDIANA
HENDERSON NV 89052

WENDY HARRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
638 SAINT CROIX ST
HENDERSON, NV 89012-7271

WENDY SCHUMMER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4662 CALIFA DR
LAS VEGAS, NV 89122

WENDY ZINK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
520 VIA DEL CAPITANO CT
HENDERSON, NV 89011

WENRAN LIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4786 LONE MESA DR
LAS VEGAS, NV 89147

WERDCO BC INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4660 FLIPPIN STREET
LAS VEGAS, NV 89115

WERHO,PAUL R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2102 CITROEN ST
LAS VEGAS, NV 89142

WESCOR CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5620 STEPHANIE ST.
LAS VEGAS , NV  89122

WESLEY & JEANNE HEU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1148
LAS VEGAS, NV 89147

WESLEY & JEANNE HEU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
94-457 KUAKAHI PL
WAIPAHU, HI 96797

WESLEY & JILL BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1300 OLIVIA PKWY
HENDERSON, NV 89011

WESLEY & MARY MURAKAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1156 LEXINGTON WAY
LIVERMORE, CA 94550

WESLEY & MARY MURAKAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
197 FLYING HILLS AVE
LAS VEGAS, NV 89148

WESLEY & MARY MURAKAMI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
198 RUSTY PLANK AVE
LAS VEGAS, NV 89148

WESSEL FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 SULLY CREEK CT
LAS VEGAS, NV 89148

WEST 57TH  HOMEOWNERS' ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

WEST COAST ENVIRONMENTAL INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5131 KESWICK ROAD
NORTH LAS VEGAS NV  89031

WEST COAST TURF
PO BOX 4563
PALM DESERT, CA  92261

WEST FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1075
LAS VEGAS, NV 89148

WEST TROPICANA PROPERTIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4630 SO. ARVILLE SUITE B
LAS VEGAS NV  89103

WESTAR CREDIT UNION
P.O.BOX  94138
LAS VEGAS NV 89193-4138

WESTAR KITCHEN & BATH, LLC
C/O DONALD H. WILLIAMS
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101

WESTAR KITCHEN & BATH, LLC
C/O DONALD H. WILLIAMS, ESQ.
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101

WESTAR KITCHENS & BATH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7370 S. DEAN MARTIN DR. SUITE 401
LAS VEGAS , NV  89139

WESTAR KITCHENS & BATH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9025 S. KYRENE ROAD
TEMPE, AZ 85284

WESTAR KITCHENS & BATH
RICHARD KERNER
9025 S. KYRENE ROAD
TEMPE AZ 85284

WESTBOURNE SUPPLY, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3681 MARKET ST
VENTURA, CA 93003

WESTBROOK,LARRY L
P.O. BOX 452
ASH FORK, AZ 86320

WESTCOR CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5570 REFERENCE STREET
LAS VEGAS , NV  89122

WESTCOR WINDOWS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5620 STEPHANIE STREET
LAS VEGAS, NV 89122

WESTERN EXTERMINATOR COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
108 W WYOMING AVE
LAS VEGAS, NV 89102

WESTERN LANDSCAPE CONSTRUCTION
ATTN: LOUIS GUTIERREZ
4021 W. CAREY AVE.
NORTH LAS VEGAS, NV 89032

WESTERN NATIONAL MUTUAL INS CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5350 W 78TH ST
EDINA, MN 55439

The Rhodes Companies, LLC - U.S. Mail                                                                                   Served 9/28/2009

WESTERN NATIONAL MUTUAL INS CO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
72 SUNSET BAY ST
LAS VEGAS, NV 89148

WESTERN OUTDOOR INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3060 BUSINESS LANE
LAS VEGAS, NV 89103

WESTERN OUTDOOR INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5163 INDIAN RIVER DR UINT 189
LAS VEGAS, NV 89103-6142

WESTERN OUTDOOR-LAND LSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3060 BUSINESS LANE
LAS VEGAS NV 89103

WESTERN PROGRESS COMPANY
C/O FRED R. ELDEAN
4828 N. GREENTR4EE DRIVE - EAST
LITCHFIELD AZ 85340

WESTERN SHOWER DOOR, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
121 N. GIBSON ROAD
HENDERSON, NV 89014

WESTERN SIGN & FLAG INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4181 W. OQUENDO ROAD
LAS VEGAS, NV 89118

WESTERN STATES CONTRACTING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2810 N. NELLIS BLVD.
LAS VEGAS NV 89115

WESTERN STATES HYDRO HOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12 D.V. FARMS DRIVE
DAMMERON VALLEYUT  84783

WESTERN SURETY
P. O. BOX 5077
SIOUX FALLS, SD 57117-5077

WESTERN TECHNOLOGIES, INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2400 EAST HUNTINGTON DRIVE
FLAGSTAFF, AZ 86004-8934

WESTERN TECHNOLOGIES, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3611 WEST TOMPKINS AVE
LAS VEGAS NV 89103-5618

WESTERN TRANSPORT, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1016 W. UNIVERSITY AVE #108
FLAGSTAFF, AZ 86001

WESTERNINTERIORS AND DESIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5410 WILSHIRE BLVD.
SUITE 200 WEST
LOS ANGELES CA 90036

WESTLAND PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
214 LENAPE HEIGHTS AVE
LAS VEGAS, NV 89148

WESTLAND PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
537 MARINA BLVD
SAN FRANCISCO, CA 94123

WESTLAND PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6680 KREB LAKE CT
LAS VEGAS, NV 89148

WESTLAND PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9659 DIETERICH AVE
LAS VEGAS, NV 89148

WESTSIDE DISPOSAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 N. HWY 93
GOLDEN VALLEY, AZ 86413

WESTSIDE DISPOSAL
P.O. BOX 10129
GOLDEN VALLEY AZ 86413

WESTSTAR LOAN SERVICING CORP.
P.O. BOX 29503
LAS VEGAS NV  89126

WESTWOOD PARTNERS, LTD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7881 S. DURANGO DR.
LAS VEGAS NV  89113

WHATLEY, JOSEPH L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8 SKYBIRD COURT
LAS VEGAS, NV 89135

WHEATON WORLD WIDE MOVING
P.O.BOX 50800
INDIANAPOLIS IN 46250-0800

WHEELER, JENNIFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9025 TEETERING ROCK
LAS VEGAS, NV 89143

WHEELER,STEVEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4206 N. EVEREST ST.
MESA, AZ 85215

WHIRLPOOL APPLIANCES
TIFFANY MIRACLE
10180 TREE BARK ST.
LAS VEGAS NV  89123

WHITE & CASE, LLP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
633 WEST FIFTH STREET, SUITE 1900
LOS ANGELES CA 90071-2007

WHITE CAP CONSTRUCTION SUPPLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 CORPORATE PARK DRIVE
HENDERSON, NV  89074

WHITE CAP CONSTRUCTION SUPPLY
DEPT 0998
LOS ANGELES, CA 90088-0998

WHITE CAP INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 CORPORATE PARK DR
HENDERSON, NV 89015

WHITE MOUNTAIN FRAMERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
470 MIRROR COURT SUITE B106
HENDERSON NV  89015

WHITE VALLEY CONSTRUCTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
671 PROFESSIONAL AVENUE STE 514
HENDERSON NV  89015

The Rhodes Companies, LLC - U.S. Mail

WHITE,DAVID HOWARD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1370 MAY AVE
LAS VEGAS, NV 89104

WHITE,GLENN DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1370 MAY AVE
LAS VEGAS, NV 89104

WHITE,MICHAEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5402 S. SIR RICHARD DR
LAS VEGAS, NV 89110

WHITE,WILLIAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1370 MAY AVE
LAS VEGAS, NV 89104

WHITEWATER WEST INDUSTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6700 MCMILLAN WAY
RICHMOND, BC, CANADA V6W-1J7

WHITSCELL, PAUL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7924 QUILL GORDON AVE
LAS VEGAS, NV 89149

WHITSON, DILLON W
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
775 BULLHEAD PWY
BULLHEAD CITY, AZ 86429

WHITTED, CHARMAYNE M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8093 TERECITA AVE
LAS VEGAS, NV 89147

WHOLESALE BUILDERS SUPPL
VINCE CATIGLIONE
5625 S. VALLEY VIEW
LAS VEGAS NV 89118

WHOLESALE WC CONNECTION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6280 S. VALLEY VIEW BLVD.
LAS VEGAS NV 89118

WHO'S CALLING
P.O. BOX 3675
SEATTLE WA 98124-3675

WIAK-INC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2465 LATHAM
MOUNTAIN VIEW, CA  94040

WIEDEMER,MICHAEL B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6153 BROWNING WAY
LAS VEGAS, NV 89130

WIGGINS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7401 ARBORCREST AVE
LAS VEGAS, NV 89131

WILD AT HEART, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31840 N. 45TH STREET
CAVE CREEK AZ 85331

WILD STREAK TALENT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3355 W. SPRING MT RD #264
LAS VEGAS NV  89102

WILD WEST PROPERTIES, L.L.C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8101 CAMINO PAISANO NW
ALBUQUERQUE NM 87120

WILDWOOD LAMPS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
516 PAUL STREET
ROCKY MOUNT, NC 27801

WILEY AUTO GROUP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3601 STOCKTON HILL RD
KINGMAN, AZ 86409

WILFREDO & ANACLETA RILLERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
195 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

WILFREDO & ANACLETA RILLERA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2150 WALDEN ST
OXNARD, CA 93033

WILFREDO SANCHEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9706 DIETERICH AVE
LAS VEGAS, NV 89148

WILHELMI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 111
LAS VEGAS, NV 89113

WILHELMINA & ROLANDO GRANADOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
112 HONORS COURSE DR
LAS VEGAS, NV 89148

WILHELMINA & ROLANDO GRANADOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

WILKIE, MARLENE J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2532 VALENCIA PL
HENDERSON, NV 89074

WILLAIM NAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8849 HAMPTON GREEN AVE
LAS VEGAS, NV 89129-8900

WILLARD BURKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5493 CHOLLA CACTUS AVE
LAS VEGAS, NV 89141

WILLARD BURKE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

WILLEY, TIMOTHY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7045 ELDORA AVE
LAS VEGAS, NV 89117

WILLIAM & ANGELA BARTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
772 TOSSA DE MAR AVE
HENDERSON, NV 89002

WILLIAM & BONNIE ABBOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1134 OLIVIA PKWY
HENDERSON, NV 89011

WILLIAM & DALE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4042 ELDERBERRY CIR
CORONA, CA 92882

The Rhodes Companies, LLC - U.S. Mail                                                          Served 9/28/2009

WILLIAM & DALE ANDERSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1066
LAS VEGAS, NV 89148

WILLIAM & DOUGLAS LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
332 LAKEWOOD GARDEN DR
LAS VEGAS, NV 89148

WILLIAM & DOUGLAS LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
728 PACIFIC AVE STE 706
SAN FRANCISCO, CA 94133

WILLIAM & GEORGIA NIDIFFER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
935 VIA CANALE DR
HENDERSON, NV 89011

WILLIAM & JACQUELINE TERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
38360 KINGSBURY DR
N RIDGEVILLE, OH 44039

WILLIAM & JACQUELINE TERRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 310
LAS VEGAS, NV 89113

WILLIAM & JOYCE ADAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 311
LAS VEGAS, NV 89113

WILLIAM & JOYCE ADAMSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
983 N SUNSET DR
WASHINGTON, UT 84780

WILLIAM & KEIKO FRENCH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
485 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

WILLIAM & KEIKO FRENCH
PSC 470 BOX 2869
FPO, AP 96534

WILLIAM & KITTY CARMODY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
755 TOSSA DE MAR AVE
HENDERSON, NV 89002

WILLIAM & LYNDA KEREKES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
272 WATERTON LAKES AVE
LAS VEGAS, NV 89148

WILLIAM & LYNDA KEREKES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6806 E TELEGRAPH ST
YUMA, AZ 85365

WILLIAM & MARIKA LAMANCUSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9716 ZIEGLER AVE
LAS VEGAS, NV 89148

WILLIAM & MARY DOMINGO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9718 MARCELLINE AVE.
LAS VEGAS NV  89147

WILLIAM & RICA COLBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
274 SEA RIM AVE
LAS VEGAS, NV 89148

WILLIAM & SANDRA PETROZZA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6744 PASTEL CAMELLIA ST
LAS VEGAS, NV 89148

WILLIAM & SHERMA GARDNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 SPRING HOLLOW DR
LAS VEGAS, NV 89148

WILLIAM & SHERMA GARDNER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8950 LABISH CENTER RD NE
SILVERTON, OR 97381

WILLIAM & SUSAN DENDIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
241 ARBOUR GARDEN AVE
LAS VEGAS, NV 89148

WILLIAM & TERESA MCNAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1013 VIA GALLIA ST
HENDERSON, NV 89011

WILLIAM & TERESA MCNAIR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
65975 AVENIDA LADERA
DESERT HOT SPRINGS, CA 92240

WILLIAM & THERESA GIBBS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8961 LANSBERRY CT
LAS VEGAS, NV 89147

WILLIAM & VICKY STGEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3450 BELLA SOVANA CT
LAS VEGAS, NV 89141

WILLIAM & VICKY STGEORGE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 216
LAS VEGAS, NV 89113

WILLIAM ABBOTT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1134 OLIVIA PKWY
HENDERSON NV  89009

WILLIAM BAKER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3209 MASON AVENUE
LAS VEGAS NV 89102

WILLIAM BARNES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7115 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

WILLIAM BREWER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4601 SNOWPOINT CT
LAS VEGAS, NV 89130

WILLIAM BRISCOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7119 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

WILLIAM C NAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8849 HAMPTON GREEN AVE
LAS VEGAS, NV 89129-8900

WILLIAM C. POLLY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26 VIA DI ROMA
LONG BEACH CA 90803

WILLIAM CASTELLANOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
102 SUNSET BAY ST
LAS VEGAS, NV 89148

WILLIAM CHOY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
299 DOG LEG DR
LAS VEGAS, NV 89148

WILLIAM CUVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2923 W SAHARA AVE
LAS VEGAS, NV 89102

WILLIAM CUVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 ARCADIAN SHORES ST
LAS VEGAS, NV 89148

WILLIAM DIBENEDETTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1064 VIA CANALE DR
HENDERSON, NV 89011

WILLIAM DIVELY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10473 BURENSBURG AVE
LAS VEGAS NV 89135

WILLIAM DUNBAR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
275 DOG LEG DR
LAS VEGAS, NV 89148

WILLIAM E. FEARS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5880 DUNEVILLE COURT
LAS VEGAS NV 89103

WILLIAM ENSIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
283 HARPERS FERRY AVE
LAS VEGAS, NV 89148

WILLIAM ENSIGN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5170 RUSTIC RIDGE DR
LAS VEGAS, NV 89148

WILLIAM EVERSOLE
P.O. BOX 60172
LAS VEGAS NV 89160

WILLIAM FARNSWORTH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7143 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

WILLIAM G. FORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
28453 HORESHOE CIRCLE
SANTA CLARITA CA 91390

WILLIAM GENTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2400 HISTORIC DECATUR RD
SAN DIEGO, CA 92106

WILLIAM GENTRY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9738 VALMEYER AVE
LAS VEGAS, NV 89148

WILLIAM HOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1036 VIALE PLACENZA PL
HENDERSON, NV 89011

WILLIAM HOWELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80345 PEBBLE BEACH DR
INDIO, CA 92201

WILLIAM J DELPERDANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4733 TORRANCE BLVD # 581
TORRANCE, CA 90503-4100

WILLIAM J. KINCAID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4653 PARK DRIVE #B
CARLSBAD CA

WILLIAM JOHNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
235 BLACKSTONE RIVER AVE
LAS VEGAS, NV 89148

WILLIAM MCKINNEY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9247 TULIP TRESTLE AVE
LAS VEGAS, NV 89148

WILLIAM NAIL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

WILLIAM ORRISON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

WILLIAM R DUNCAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6000 FLAMING CORAL LANE
LAS VEGAS NV 89130

WILLIAM R. BINETTI
ATTORNEY AT LAW
801 NEWMAN RD.
RACINE WI 53406-4035

WILLIAM RICHARDS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9793 VALMEYER AVE
LAS VEGAS, NV 89148

WILLIAM SEEGMILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1330 PORT ASHLEY
NEWPORT BEACH, CA 92660

WILLIAM SEEGMILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
95 BOWLER SPRINGS ST
LAS VEGAS, NV 89148

WILLIAM SMITH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7167 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

WILLIAM SWANSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 102
LAS VEGAS, NV 89113

WILLIAM SWANSON
PO BOX 401385
LAS VEGAS, NV 89140

WILLIAM THURSTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7400 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

WILLIAM THURSTON
C/O ERIC RANSAVAGE
7400 APPLE SPRINGS AVE.
LAS VEGAS, NV 89131

WILLIAM TURNBULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5450 WESLEYAN CT
LAS VEGAS, NV 89113

WILLIAM TURNBULL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
80 DAISY SPRINGS CT
LAS VEGAS, NV 89148

WILLIAM WALSH
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
101 RANCHO MARIA ST
LAS VEGAS, NV 89148

WILLIAM WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
167 WATER HAZARD LN
LAS VEGAS, NV 89148

WILLIAM WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1750 W ROMNEYA DR APT 247
ANAHEIM, CA 92801

WILLIAM WASHINGTON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5435 POMEROY CR.
LAS VEGAS NV 89142

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1001 S MEADOWS PKWY APT 1712
RENO, NV 89521

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
323 TRAILING PUTT WAY
LAS VEGAS, NV 89148

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3625 GUNDRY AVE
LONG BEACH, CA 90807

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7139 S DURANGO DR UNIT 109
LAS VEGAS, NV 89113

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7185 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7311 CHAPARRAL COVE LN
LAS VEGAS, NV 89131

WILLIAMS FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7616 CAPSTICK AVE
LAS VEGAS, NV 89129

WILLIAMS ROBERTS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
623 KATHY CT
GARDNERVILLE, NV 89460

WILLIAMS SCOTSMAN, INC.
P.O. BOX 91975
CHICAGO, IL 60693-1975

WILLIAMS, CHRISTOPHER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10919 PARADISE ROAD
HENDERSON, NV 89052

WILLIAMS, KENNETH JERMANE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
10500 N. 76TH DR.
PEORIA, AZ 85345

WILLIAMS,BRYAN LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 DUNEVILLE BLVD APT 147 BLDG 26
LAS VEGAS, NV 89118

WILLIAMS,CAROLYN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1746 DETROIT AVE
KINGMAN, AZ 86401

WILLIAMS;BRACY B.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6709 COBLE AZUL #102
LAS VEGAS, NV 89108

WILLIE AND LENELL PATRICK
C/O ERIC RANSAVAGE
7510 HORNBLOWER AVE.
LAS VEGAS, NV 89131

WILLIE GONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 OLIMAR AVE
LAS VEGAS, NV 89148

WILLIS ROOF CONSULTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4755 W. DEWEY DRIVE
LAS VEGAS , NV  89118

WILMAR CONTRACTING, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4525 W. HACIENDA AVENUE
LAS VEGAS , NV  89118

WILMAR CONTRACTING, INC.
ATTN: MELANIE HENRY
4525 W. HACIENDA AVE., SUITE 1
LAS VEGAS, NV 89118

WILMER & JENNIFER MOREJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1039 VIA SANGUINELLA ST
HENDERSON, NV 89011

WILMER & JENNIFER MOREJON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1043 VIA DI OLIVIA ST
HENDERSON, NV 89011

WILMORE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4525 WEST HACIENDA
SUITE 1
LAS VEGAS, NV 89113

WILSON FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 VOLTAIRE AVE
HENDERSON, NV 89002

WILSON PROPERTY TRUST
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4613 CALIFA DR
LAS VEGAS, NV 89122

WILSON, ROBERT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5824 MARY WAY
LAS VEGAS, NV 89108

WILSON, STEPHANIE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
452 CENTER GREEN DR
LAS VEGAS, NV 89138

WILSON; JOHN R
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2600 S TOWNCENTR #1049
LAS VEGAS, NV 89135

WILVERT CRAWFORD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1103
LAS VEGAS, NV 89148

WINDOW DEPOT INC.
DEBBIE ADCOCK
P.O. BOX 27337
TUCSON AZ 85726-7337

WINDOW DEPOT INC.
P.O. BOX 27337
TUCSON, AZ 85726-7337

WING & HIN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
143 MACOBY RUN ST
LAS VEGAS, NV 89148

WING & HIN CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
215 PARK ROW APT 12A
NEW YORK, NY 10038

WING YIN CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8066 LAPIS HARBOR AVE.
LAS VEGAS, NV 89117

WINGER, GLENN O.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4750 NAMBE DR
LAS VEGAS, NV 89121

WINKLER, VANESSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2857 PRESTONWOOD ST
LAS VEGAS, NV 89156

WINNING TECHNOLOGIES INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
#1 STONEY BROOK LANE
O'FALLONMO 63366

WINNING WIGWAM WINDFALL
C/O JOHN HORVAT
4045 SPENCER, #118
LAS VEGAS NV 89119

WINROC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3775 E. SAHARA
LAS VEGAS, NV 89104

WINSON WOO COUNTRYWIDE REALTY & MGMT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1401 E. CHARLESTON BLVD
LAS VEGAS , NV  89104

WINSTON,MARKESEION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3630 W. OWENS # 2060
LAS VEGAS, NV 89115

WINTER,CHRISTOPHER C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6604 ESCALON DR.
LAS VEGAS, NV 89108

WINZER
P.O. BOX 671482
DALLAS, TX  75267

WIRELESS CONSULTING CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4107 W. CHEYENNE AVE STE 110
N. LAS VEGAS , NV  89032

WIRELESS CONSULTING CORP
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4955 S DRUANGO DRIVE, STE 151
LAS VEGAS, NV 89113

WISDEK BUSINESS DEVELOPMENT CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1183 FINCH AVE. W
SUITE #600-PH
TORONTO M3J-2G2 CANADA

WISE, COURTNEY
C/O THE OFFICE BAR 251 E CENTER ST
POCATELLA, ID 83201

WITHAM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1932 ALTOZANO DR
EL CAJON, CA 92020

WITHAM FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7173 S DURANGO DR UNIT 106
LAS VEGAS, NV 89113

WITTEK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3865 COMMERCIAL AVE
NORTHBROOK, IL  60062

WJR CONSULTING SERVICES, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
339 HOLLILNS HALL STREET
LAS VEGAS NV  89145

WLAKER JR., LAWRENCE L
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5729 CONSUL AVE
LAS VEGAS, NV 89142-1834

WLC NEVADA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4580 S. POLARIS AVENUE
LAS VEGAS NV  89103

WLCH PLASTIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4080 W DESERT INN RD STE W110
LAS VEGAS, NV 89102-0757

WM.J.HOTZ STRUCTURAL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1609 CHANGING SEASONS ST.
LAS VEGAS NV  89144

WOJTOWITZ, JON M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9768 DREAM BROOK CT
LAS VEGAS, NV 89149

WOMACK;JAMES L.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5718 SMOKE RANCH RD
LAS VEGAS, NV 89108

WONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
286 ROLLING SPRINGS DR
LAS VEGAS, NV 89148

WONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3575 GRIFFITH PARK BLVD
LOS ANGELES, CA 90027

WONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
62 CASCADE LAKE ST
LAS VEGAS, NV 89148

WONG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1039
LAS VEGAS, NV 89148

WONRAVEE CHAVALIT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3720 FOUNTAIN CT.
NORTH LAS VEGAS NV 89032

WOO SHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 CASTLE COURSE AVE
LAS VEGAS, NV 89148

WOOD RODGERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3301 C STREET
BLDG. 100-B
SACRAMENTO, CA 95816

WOOD, SMITH, HENNING & BERMAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4175 S. RILEY STREET
SUITE 204
LAS VEGAS NV  89147

WOODARD FURNITURE
SHARON
C/O QUANTUM RESOURCES
13030 INGLEWOOD AVE. #200
HAWTHORNE CA 90250

WOODARD, LLC
P.O. BOX 73014
CHICAGO IL 60673-7014

WOODS, AMBER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8350 WEST DESERT INN ROAD
LAS VEGAS, NV 89117

WOODS, MATTHEW C.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
280 CATTLEBARON TERRACE
HENDERSON, NV 89012

WOODTY, TRENTON
PO BOX 318  VILLAGE PLAZA
KYKOTSMOVI, AZ 86039

WOODWORKERS EMPORIUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
125 N. GIBSON ST.
HENDERSON, NV 89014

WOODWORKERS EMPORIUM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5461 S ARVILLE
LAS VEGAS, NV 89118

WOODWORKS SOFTWARE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3380 SHERIDAN DR., STE 306
AMHERST NY 14226-1499

WOON & JINA RA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
31 LAYING UP CT
LAS VEGAS, NV 89148

WORK ZONE TRAFFICE SERVICES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4985 W DIABLO DR
LAS VEGAS, NV 89118-6091

WORKMAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
760 WIGAN PIER DR
HENDERSON, NV 89002

WORLD CAPITAL FUNDING IN
ATTN: ROSIE ASUNCION RE BROKER
10 EAST VIVIAN DRIVE
PLEASANT HILL CA 94523

WORLD FINANCIAL MARKING
ROSIE ASUNCION
1838 COLFAX STREET
CONCROD CA 94520

WORLD VARIETY PRODUCE INC.
PO BOX 21127
LOS ANGELES, CA  90021

WP SOUTH BUILDERS NEVADA, LLC
C/O JAMES E SMYTH
3800 HOWARD HUGHES PKWY 7TH FLOOR
LAS VEGAS, NV 89169

WREDCO, INC,
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7945 W SAHARA AVE STE 201
LAS VEGAS , NV 89117

WREDCO, INC.
P. O. BOX 81526
LAS VEGAS NV  89180

WRG DESIGN INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5415 SW WESTGATE DRIVE
SUITE 100
PORTLAND OR 97221

WRIGHT ENGINEERS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7425 PEAK DRIVE
LAS VEGAS , NV  89128

WRIGHT JUDD & WINCKLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 S. 4TH ST. #701 BOA PLAZA
LAS VEGAS, NV 89101

WRIGHT PAINTING/DRYWALL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6270 KIMBERLY, SUITE # D
LAS VEGAS, NV 89122

WRIGHT STANISH & WINCKLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
300 S. 4TH ST. #701 BOA PLAZA
LAS VEGAS NV  89101

WRIGHT STANISH & WINCKLER
C/O RICHARD A WRIGHT
300 S. 4TH STREET
SUITE 701
LAS VEGAS, NV 89101

WRIGHT, RONALD E.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8122 W. FLAMINGO RD
LAS VEGAS, NV 89148

WU HUAN MING JT 50
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3854  HEATHER AVE
KINGMAN, AZ 86401

WYMAN DUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3658 IVY CANYON CT
SAN JOSE, CA 95121

WYMAN DUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2109
LAS VEGAS, NV 89148

WYMAT, LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4177 E. HUNTINGTON DR.
FLAGSTAFF, AZ  86004

WYNONA BYRD
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

WYOMING CHILD SUPPORT
ENFORCEMENT 37236
P.O. BOX 1027
CHEYENNE WY 82003

The Rhodes Companies, LLC - U.S. Mail

X IT HOMEOWNERS ASSOCIATION
C/O TOM ROBINSON
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

XANADU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3745 LAS VEGAS BLVD S
LAS VEGAS, NV 89109

XANADU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5212 SPANISH HEIGHTS DR
LAS VEGAS, NV 89148

XANADU SJ&C FAMILY TRUST
RICE SILBEY REUTHER SULLIVAN LLP
3960 HOWARD HUGHES PARKWAY SUITE 700
LAS VEGAS, NV 89169

XEROX CORP.
PO BOX 7405
PASADENA CA 91109-7405

XEROX CORPORATION
P.O BOX 650361
DALLAS TX 75265-0361

XEROX CORPORATION
P.O.BOX 7413
PASADENA CA 91109-7413

XIAO HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6688 ROANOKE CT
LAS VEGAS, NV 89148

XIAO TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4741 ASHINGTON ST
LAS VEGAS, NV 89147

XIAO WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
196 DUCK HOLLOW AVE
LAS VEGAS, NV 89148

XIAO YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
127 HONORS COURSE DR
LAS VEGAS, NV 89148

XIAODONG YANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
116 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

XIAODONG YANG
LAS VEGAS NV  89113
LAS VEGAS, NV 89113

XIAOPING LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1438 S BLANEY AVE
SAN JOSE, CA 95129

XIAOPING LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
148 TALL RUFF DR
LAS VEGAS, NV 89148

XIAPING ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9060 RED SHORES WAY
LAS VEGAS, NV 89147

XIE BIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
111 RED TEE LN
LAS VEGAS, NV 89148

XIJUAN XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12845 CRESTFIELD COURT
RANCHO CUCAMONGA, CA 91739-8011

XIJUAN XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
757 ORCHARD COURSE DR
LAS VEGAS, NV 89148

XIKUI XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12845 CRESTFIELD COURT
RANCHO CUCAMONGA CA 91739-8011

XIN SHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16628 CHINA BERRY CT
CHINO HILLS, CA 91709

XIN SHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
471 CENTER GREEN DR
LAS VEGAS, NV 89148

XINCHU ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
81 SUNSHINE COAST LN
LAS VEGAS, NV 89148

X-IT
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W. TROPICANA AVE
LAS VEGAS NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
16021 ROYAL OAK RD
ENCINO, CA 91436

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1082
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1083
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1084
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1085
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1086
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1087
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1088
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1089
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1090
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1091
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1092
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1093
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1103
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1104
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1105
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1106
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1107
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1108
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1109
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1110
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1111
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1112
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1113
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1114
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1133
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1134
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1135
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1136
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1139
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1140
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1141
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1142
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1143
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1144
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1146
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1151
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1152
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1155
LAS VEGAS, NV 89147

X-IT AT 215 LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W TROPICANA AVE UNIT 1161
LAS VEGAS, NV 89147

X-IT HOMEOWNER'S ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
333 RHODES RANCH PARKWAY
LAS VEGAS NV  89148

X-IT HOMEOWNERS' ASSOCIATION
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
133 RHODES RANCH PARKWAY
LAS VEGAS, NV 89148

XIU XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 RUSTIC CLUB WAY
LAS VEGAS, NV 89148

XIUXIA XU
P.O. BOX 30391
LAS VEGAS NV 89173

XM SATELLITE RADIO
P.O. BOX 78054
PHOENIX AZ 85062-8054

XN ROSS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3182 PRADERA CIRCLE
LAS VEGAS NV 89121

XO COMM 63242
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

X-PRESS TRUX INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9120 DONEY PARK LANE
FLAGSTAFF, AZ 86004

XU HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
271 TRAILING PUTT WAY
LAS VEGAS, NV 89148

XUAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
330 TAYMAN PARK AVE
LAS VEGAS, NV 89148

XUAN LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6 CERRITO
IRVINE, CA 92612

XUEPING JIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6761 CROSBY CT
SAN JOSE, CA 95129

XUEPING JIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1002
LAS VEGAS, NV 89148

Y M B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
%TOWER REALTY
LAS VEGAS, NV 89147

Y M B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 104
LAS VEGAS, NV 89113

Y M B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 105
LAS VEGAS, NV 89113

Y M B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 107
LAS VEGAS, NV 89113

Y M B PROPERTIES LLC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7163 S DURANGO DR UNIT 201
LAS VEGAS, NV 89113

YABUT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1010
LAS VEGAS, NV 89148

YABUT FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9966 LIBERTY VIEW RD
LAS VEGAS, NV 89148

YACOBIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
377 TRANQUIL LN
OAK PARK, CA 91377

YACOBIAN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
786 TOSSA DE MAR AVE
HENDERSON, NV 89002

YAKSITCH, MELISSA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9522 SWISS STONE COURT
LAS VEGAS, NV 89123

YALAWNDA TAYLOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6837 BABY JADE CT
LAS VEGAS, NV 89148

YAMAMOTO, AUGUSTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9140 BUSHY TAIL AVENUE #103
LAS VEGAS, NV 89149

YAMAS CONTROLS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3951 PREFORMANCE DR STE C
SACRAMENTO CA 95838

YAMASHITA FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8727 STOCKHOLM AVE
LAS VEGAS, NV 89147

YAMIL RODRIGUEZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
508 FOSTER SPRINGS RD
LAS VEGAS, NV 89148

YAN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
809 VILLE FRANCHE
LAS VEGAS NV  89145

YAN LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9773 MARCELLINE AVE
LAS VEGAS, NV 89148

YANG SHIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
315 LADIES TEE CT
LAS VEGAS, NV 89148

YANJIE CHEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6632 BABYS TEAR PL
LAS VEGAS, NV 89148

YANPING BAGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
19 INDIAN RUN WAY
LAS VEGAS, NV 89148

YANPING BAGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 TALL RUFF DR
LAS VEGAS, NV 89148

YANPING BAGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 SPRING MOUNTAIN RD # 106
LAS VEGAS, NV 89102

YANPING BAGG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4350 SPRING MOUNTAIN RD STE 116
LAS VEGAS, NV 89102

YAO HE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2605 LAS VERDES ST
LAS VEGAS, NV 89102

YAO HE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7 CAPTAIN DR APT C408
EMERYVILLLE, CA 94608-1730

YAO HE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

YAO HOE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7
CAPTAIN DR APT C408
EMERYVILLE, CA 94608-1730

YAO TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
430 N SANDHILL BLVD
MESQUITE, NV 89027

YAO TAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4788 LONE MESA DR
LAS VEGAS, NV 89147

YAOBIN ZHOU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
190 PAXON HOLLOW CT
LAS VEGAS, NV 89148

YASKIN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
631 ORCHARD COURSE DR
LAS VEGAS, NV 89148

YASMIN AQUINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
91 BACK SPIN CT
LAS VEGAS, NV 89148

YAZZIE, JULIO
PO BOX 178
BRIMHALL, NM 87310

YAZZIE, RUFUS
PO BOX 1152
KAYENTA, AZ 86033

YAZZIE, TROY
PO BOX 7229
WINSLOW, AZ 86047

YAZZIE,DOYLE W.
P.O. BOX 7148
WINSLOW, AZ 86047

YAZZIE,JULIO C
P.O. BOX 178
BRIMHALL, NM 87310

YAZZIE,TROY C
P.O. BOX 142
BRIMHALL, NM 87310

YAZZIE,VANDY K.
P.O. BOX 7148
WINSLOW, AZ 86047

YEE WAH HO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
20514 E. PACIFIC DR.
WALNUT CA 91789

YELENA CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1520 VIA CASSIA
HENDERSON, NV 89052

YELENA CAMPBELL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2014
LAS VEGAS, NV 89148

YELENA GROCE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
352 TURTLE PEAK AVE
LAS VEGAS, NV 89148

YELLOW PAGES DISTRIBUTION
SERVICE
P.O. BOX 222045
DALLAS TX 75222-2045

YELLOW PAGES PROCESSING CENTER
PO BOX 471902
TULSA, OK 74147

YELLOW PAGES UNITED
PO BOX 95450
ATLANTA GA 30347-0450

YELLOW PAGES, INC
P.O. BOX 60007
ANAHEIM CA 92812-6007

YELLOW TRANSPORTATION, INC
P.O. BOX 730333
DALLAS, TX 75373

YELLOWHAIR,DARREL
PO BOX 656
TUBA CITY, AZ 86045

YEN MILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
318 PALM TRACE AVE
LAS VEGAS, NV 89148

YEN-HSI & GRACE CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1018 AQUAMARINE TER
UNION CITY, CA 94587

YEN-HSI & GRACE CHU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
435 CENTER GREEN DR
LAS VEGAS, NV 89148

YEON MUN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44 SULLY CREEK CT
LAS VEGAS, NV 89148

YERANOUHI ANISPEKYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1933 TAMARIND AVE APT 3
LOS ANGELES, CA 90068

YERANOUHI ANISPEKYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
70 RANCHO MARIA ST
LAS VEGAS, NV 89148

YERENA HERNANDEZ;ALFONSO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
432 N. 15TH ST # C
LAS VEGAS, NV 89101

YERENA OROSCO;CRISPIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1305 MCDONALD AVE
N LAS VEGAS, NV 89030

YERENA-PENA;MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2850 E. BONANZA
LAS VEGAS, NV 89109

YEUKLIN GONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2498 WESTERN AVE
ALTAMONT, NY 12009

YEUKLIN GONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9698 ZIEGLER AVE
LAS VEGAS, NV 89148

YI LI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
97 BACK SPIN CT
LAS VEGAS, NV 89148

YICHANG LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
128 HONORS COURSE DR
LAS VEGAS, NV 89148

YING & YANFANG LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
26 COBBS CREEK WAY
LAS VEGAS, NV 89148

YOGUIS;LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9554 SUNSHADE CT
LAS VEGAS, NV 89147

YOKO ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 SAINT THOMAS DR APT D
NEWPORT NEWS, VA 23606

YOKO ALLEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 309
LAS VEGAS, NV 89113

YOKO KAMINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
176 WICKED WEDGE WAY
LAS VEGAS, NV 89148

YOKO KAMINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
322 KAREN AVE UNIT 203
LAS VEGAS, NV 89109

YOLANDA TABUCANON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4748 LONE MESA DR
LAS VEGAS, NV 89147

YONG & YUNG CHUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
51 SUNSHINE COAST LN
LAS VEGAS, NV 89148

YONG KWON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
258 SPRING HOLLOW DR
LAS VEGAS, NV 89148

YONG PARKNAVY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1060 VIA NANDINA PL
HENDERSON, NV 89011

YONG PARKNAVY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8857 UNIVERSITY BLVD # A
MOON TOWNSHIP, PA 15108

YOSEF AVI-IZAK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2098
LAS VEGAS, NV 89148

YOUNG & OK PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
281 TAYMAN PARK AVE
LAS VEGAS, NV 89148

YOUNG & OK PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5657 DOUBLEDAY ST
LAS VEGAS, NV 89118

YOUNG AT HEART
ANN MARIE VADALA
813 NEW SEASON CT
LAS VEGAS NV  89123

YOUNG CHO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1086 VIA CAPASSI WAY
HENDERSON, NV 89011

YOUNG FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2 CASCADE LAKE ST
LAS VEGAS, NV 89148

YOUNG WEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
342 TURTLE PEAK AVE
LAS VEGAS, NV 89148

YOUNG, JOHN W.
P.O. BOX 632  TOPOCK
TOPOCK, AZ 86436

YOUNG, SKYLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
231 W. HORIZON RIDGE #1121
HENDERSON, NV 89012

YOUNGER BROTHERS WINDOWS NV
DO NOT USE
4815 W. RUSSELL ROAD
SUITE 3C
LAS VEGAS NV  89118

YOUR CLEANING CHOICE, INC.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5115 S. INDUSTRIAL ROAD
SUITE 102
LAS VEGAS NV  89118

YP.COM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2490 E SUNSET RD STE 100
LAS VEGAS, NV 89120-3521

YU & CINDY WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
21027 COMER DR
SARATOGA, CA 95070

YU & CINDY WANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
350 FRINGE RUFF DR
LAS VEGAS, NV 89148

YU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12474 SUMNER DR
SARATOGA, CA 95070

YU FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
366 FRINGE RUFF DR
LAS VEGAS, NV 89148

YU JIANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
162 CASTLE COURSE AVE
LAS VEGAS, NV 89148

YU LIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

YUAN & SHIN-LAN CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
179 WATER HAZARD LN
LAS VEGAS, NV 89148

YUAN & SHIN-LAN CHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7483 S CHAPPARAL CIR E
CENTENNIAL, CO 80016

YUAN CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23605 RIDGE LINE RD
DIAMOND BAR, CA 91765

YUAN CHENG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6694 AVISTON ST
LAS VEGAS, NV 89148

YUE, ALAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9162 HERRERA AVE
LAS VEGAS, NV 89129

YUEN & WING FONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2207 NW QUEENS WAY
GRANTS PASS, OR 97526

YUEN & WING FONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
250 TAYMAN PARK AVE
LAS VEGAS, NV 89148

YUGU TANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9774 MARCELLINE AVE
LAS VEGAS, NV 89148

YUI & JOYCE CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1 FOREST GATE CIR
OAK BROOK, IL 60523

YUI & JOYCE CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
171 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

YUI & JOYCE CHAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 BROKEN PUTTER WAY
LAS VEGAS, NV 89148

YUKIN KWAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
284 HICKORY HEIGHTS AVE
LAS VEGAS, NV 89148

YUKIO & TOSHIKO YOSHIMOTO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
209 VIA LUNA ROSA CT
HENDERSON, NV 89011

YUKO DUBOIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7151 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

YULE PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
268 W DUARTE RD
ARCADIA, CA 91007

YULE PARK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 1152
LAS VEGAS, NV 89148

YULIYA BURYK
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
194 RUSTY PLANK AVE
LAS VEGAS, NV 89148

YUMA TITLE ACCOUNT SERVICING
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1690 S 4TH AVENUE
POST OFFICE BOX 2765
YUMA AZ 85366

YUMEI CAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
259 FALCONS FIRE AVE
LAS VEGAS, NV 89148

YUMEI CAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5055 W HACIENDA AVE UNIT 2216
LAS VEGAS, NV 89118

YUMI MALINIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9700 MARCELLINE AVE
LAS VEGAS, NV 89148

YUN CHAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1708 PASEO MARAVILLA
CAMARILLO, CA 93012

YUN CHAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 110
LAS VEGAS, NV 89113

YUN CHOI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2076
LAS VEGAS, NV 89148

YUNG PUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
11518 RIDGE MIST TER
POTOMAC, MD 20854

YUNG PUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
23 QUAIL VALLEY ST
LAS VEGAS, NV 89148

YUNG YAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1122 PESCADERO ST
MILPITAS, CA 95035

YUNG YAO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
188 FORTRESS COURSE CT
LAS VEGAS, NV 89148

YUNHEE KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
124 WATER HAZARD LN
LAS VEGAS, NV 89148

YUNHEE KIM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
625 S BERENDO ST APT 507
LOS ANGELES, CA 90005

The Rhodes Companies, LLC - U.S. Mail

YUNYOUNG LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
545 NEWBERRY SPRINGS DR
LAS VEGAS, NV 89148

YUPAYAO CARL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6572 KELL LANE
LAS VEGAS NV  89156

YURIY KARAPETYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5173 HOLLYWOOD BLVD APT 207
LOS ANGELES, CA 90027

YURIY KARAPETYAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7155 S DURANGO DR UNIT 207
LAS VEGAS, NV 89113

YURRI SHILLER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2382 FALSETTO AVE
HENDERSON NV  89052

YVETTE DANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 TURTLE PEAK AVE
LAS VEGAS, NV 89148

YVONNE & GUADALUPE CISNEROS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6687 KEYESPORT CT
LAS VEGAS, NV 89148

YVONNE CHARTIER
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7103 S DURANGO DR UNIT 213
LAS VEGAS, NV 89113

YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
159 CASTLE COURSE AVE
LAS VEGAS, NV 89148

YVONNE LEE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4214 CALIFORNIA ST
SAN FRANCISCO, CA 94118

YVONNE SKRZECZYNA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
303 SEA RIM AVE
LAS VEGAS, NV 89148

ZACHARY & VALERIE THOMPSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
257 SPRING HOLLOW DR
LAS VEGAS, NV 89148

ZAHRA SOBHI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
273 VIA FRANCIOSA DR
HENDERSON, NV 89011

ZALDY ANTIOQUIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1087 VIA SAINT LUCIA PL
HENDERSON, NV 89011

ZAMBADA;DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3800 SNELLIS ST # 204
LAS VEGAS, NV 89121

ZAMORA,LUIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3851 WYNN # 1051
LAS VEGAS, NV 89103

ZAMUDIO,RUPERT R.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3515 TROTTING HORSE RD.
NORTH LAS VEGAS, NV 89032

ZANABIA;DAVID
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6453 EVERGREEN AVE
LAS VEGAS, NV 89107

ZANABIA;GUILLERMO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
6453 EVERGREEN AVE
LAS VEGAS, NV 89107

ZANABIA-GONZALEZ;SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7904 COPPER CANYON RD
LAS VEGAS, NV 891289

ZAPPER, SUSAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
777 N RAINBOW BLVD STE 250
LAS VEGAS, NV 89107-1711

ZARAGOZA,ISAI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2328 MCCARRAN ST # B
N LAS VEGAS, NV 89030

ZAREMBA;ROBERT J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3724 MARMALANE
LAS VEGAS, NV 89108

ZAVALA, JINA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8401 TILTED CART
LAS VEGAS, NV 89143

ZAYA OCHANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3 GREENRIDGE RD
ELGIN, IL 60120

ZAYA OCHANA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7147 S DURANGO DR UNIT 203
LAS VEGAS, NV 89113

ZAZUETA,DAVID J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1864 HASIB CT.
LAS VEGAS, NV 89156

ZBIGNIEW & DANUTA KOREPTA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
27 TALL RUFF DR
LAS VEGAS, NV 89148

ZBIGNIEW CABAJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
12997 PIPILO CT
SAN DIEGO, CA 92129

ZBIGNIEW CABAJ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7159 S DURANGO DR UNIT 308
LAS VEGAS, NV 89113

ZEC, DEVON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
252 ANGELS TRACE
LAS VEGAS, NV 89148

ZEE MEDICAL SERVICE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1618 WEST OAKEY
LAS VEGAS, NV 89102-2612

ZEE'S ARTISTRIES
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2505 ANTEM VILLAGE DR.
STE E577
HENDERSON NV  89052

Served 9/28/2009

ZEEVI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4644 STUTTGART ST
LAS VEGAS, NV 89147

ZEH, KRIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9550 W. SAHARA AVE. #3031
LAS VEGAS, NV 89117

ZEIGLER FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
66 SUNSET BAY ST
LAS VEGAS, NV 89148

ZELEDON;LESLIA M.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2650 POMONA DR.
LAS VEGAS, NV 89156

ZENAIDA & EDGARDO CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1248 OLIVIA PKWY
HENDERSON, NV 89011

ZENAIDA & EDGARDO CRUZ
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3257 SANTA ISABELLA CT
UNION CITY, CA 94587

ZENAIDA MUNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
107 WATER HAZARD LN
LAS VEGAS, NV 89148

ZENAIDA MUNSON
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
401 1ST AVE APT 2A
NEW YORK, NY 10010

ZENDEJAS JR, MANUEL
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3908 CENTURA AVE
LAS VEGAS, NV 89110

ZEPEDA, CARLOS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
2001 JADE HILLS CT
LAS VEGAS, NV 89106

ZEPEDA;JOSUE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1540 N. 22ND ST., #3
LAS VEGAS, NV 89101

ZHAO XU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7131 S DURANGO DR UNIT 202
LAS VEGAS, NV 89113

ZHEN YE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1161 YORK AVE APT 11A
NEW YORK, NY 10065

ZHEN YE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
119 HONORS COURSE DR
LAS VEGAS, NV 89148

ZHI JUN HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9951 RIDGEHAVEN AVE.
LAS VEGAS, NV 89148

ZHI YU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
187 POCONO MANOR CT
LAS VEGAS, NV 89148

ZHI ZHANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
67 RUSTY SPRINGS CT
LAS VEGAS, NV 89148

ZHIHUA HUANG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
184 TALL RUFF DR
LAS VEGAS, NV 89148

ZHIJUN TONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
142 TALL RUFF DR
LAS VEGAS, NV 89148

ZHIJUN TONG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
44832 VISTA DEL SOL
FREMONT, CA 94539

ZHIMIN SITU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1025 VIA DI OLIVIA ST
HENDERSON, NV 89011

ZHONGRUI XIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
160 TALL RUFF DR
LAS VEGAS, NV 89148

ZHONGRUI XIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
4176 BELL CMN
FREMONT, CA 94536

ZI HUA CHEUNG
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
25571 JERONIMO ROAD
MISSION VIEJO , CA  92691

ZIA ZIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5822 CHESTERFIELD CT
SAN JOSE, CA 95138

ZIA ZIA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7107 S DURANGO DR UNIT 305
LAS VEGAS, NV 89113

ZIAD KARAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
369 DOG LEG DR
LAS VEGAS, NV 89148

ZIAD KARAM
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
725 SECRET LONDON AVE
LAS VEGAS, NV 89178

ZIMMER, KATHLEEN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
8321 W FLORINE AVE
LAS VEGAS, NV 89129

ZIMMERMAN, KERRI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7885 W FLAMINGO ROAD
LAS VEGAS, NV 89147

ZIMMERMAN,STEPHAN E
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
3507 GREENWICK DR.
NORTH LAS VEGAS, NV 89032

ZIPPMANN FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
297 PALM TRACE AVE
LAS VEGAS, NV 89148

ZIV DAVIS
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
55 GRANT AVENUE
SAN FRANCISCO CA 94108

ZOHREN BEHIN-AIN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1026 VIA NANDINA PL
HENDERSON, NV 89011

ZOKIK PIRIJANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1640 IRVING AVE
GLENDALE, CA 91201

ZOKIK PIRIJANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 304
LAS VEGAS, NV 89113

ZORAN & VERA MALESEVIC
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9660 DIETERICH AVE
LAS VEGAS, NV 89148

ZORIK PIRIJANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1640 IRVING AVE
GLENDALE, CA 91201

ZORIK PIRIJANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7111 S DURANGO DR UNIT 205
LAS VEGAS, NV 89113

ZORIK PIRIJANIAN
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
7135 S DURANGO DR UNIT 307
LAS VEGAS, NV 89113

ZOTTOLI FAMILY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
951 VIA CANALE DR
HENDERSON, NV 89011

ZOUBIR MOUAKI-BENANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
207 WICKED WEDGE WAY
LAS VEGAS, NV 89148

ZOUBIR MOUAKI-BENANI
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2152
LAS VEGAS, NV 89148

ZOUBIR MOUAKI-C
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
488 CENTER GREEN DR
LAS VEGAS, NV 89148

ZUBIAS,JULIO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
840 HELD RD., #C
LAS VEGAS, NV 89101

ZULFIA ALIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
37 COBBS CREEK WAY
LAS VEGAS, NV 89148

ZULFIA ALIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
9050 W WARM SPRINGS RD UNIT 2095
LAS VEGAS, NV 89148

ZULFIA ALLMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18 COBBS CREEK WAY
LAS VEGAS, NV 89148

ZULFIA AULIMOVA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
123 COREY CREEK CT
LAS VEGAS, NV 89148

ZULUAGA,SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5812 W. WASHINGTON # C
LAS VEGAS, NV 89107

ZULUAGA;JOSE
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
5075 SPY GLASS HILL DR. # 204
LAS VEGAS, NV 89142

ZULVAGA;SALVADOR
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
18115 W. WASHINGTON # C
LAS VEGAS, NV 89107

ZUNIGA M,FAUSTINO
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1941 CINDY SUE
LAS VEGAS, NV 89106

ZUNIGA,FRANCISCO J.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1920 ALWIL ST. # D
LAS VEGAS, NV 89106

ZURICH AMERICAN
ZURICH ASSURANCE COMPANY OF AMERICAN
NEW YORK, NY 10038

ZURICH AMERICAN INSURANCE CO.
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE, SUITE 400,
WESTMONT , IL  60559

ZURICH AMERICAN INSURANCE CO.
ITS SUBSIDIARIES AND AFFILIATES  (SEE NOTES)
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PLACE, 50 SO. 16TH STREET, 22ND F
PHILADELPHIA, PA 19102

ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL, 50 S. 16TH ST, 22ND FL
PHILADELPHIA, PA 19102

ZURICH AMERICAN INSURANCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
1400 AMERICAN LANE
TOWER 2, FLOOR 3
SCHAUMBURG, IL 60196

ZURICH AMERICAN INSURANCE COMPANY
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
601 OAKMONT LANE, SUITE 400
WESTMONT , IL  60559

ZURICH NORTH AMERICA
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
135 S. LASALLE ST.
DEPT. 8712
CHICAGO IL 61674-8712

ZURICH RECOVERY SERVICES
P. O. BOX 64944
CHICAGO, IL 60666-0944

ZURICH SERVICES CORPORATION
P. O. BOX 66944
CHICAGO, IL 60666-0944

ZUYI QIU
ATTN: BANKRUPTCY DESK/ MANAGING AGENT
351 LADIES TEE CT
LAS VEGAS, NV 89148

Creditors:  15442