James I. Stang, Esq. (CA Bar No. 94435)  
Shirley S. Cho, Esq. (CA Bar No. 192616)  
Werner Disse, Esq. (CA Bar No. 143458)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Blvd., 11th Floor  
Los Angeles, California 90067-4100  
Telephone: 310/277-6910  
Facsimile:  310/201-0760  
Email: jstang@pszjlaw.com  
         scho@pszjlaw.com  
         wdisse@pszjlaw.com  

Zachariah Larson, Esq. (NV Bar No. 7787)  
LARSON & STEPHENS  
810 S. Casino Center Blvd., Ste. 104  
Las Vegas, NV  89101  
Telephone:  702/382.1170  
Facsimile:  702/382.1169  
Email: zlarson@lslawnv.com  

Attorneys for Debtors and Debtors in Possession

E-File: September 30, 2009

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>                    Debtors.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtors: | Case No. 09-14814 LBR<br><br>Date:   October 2, 2009<br>Time:   1:30 p.m.<br>Place:  Courtroom 1 |

**THIRD STIPULATION RE EMERGENCY MOTION TO EXTEND CASH COLLATERAL TERMINATION DATE [RE: DOCKET NO. 236]**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:208522.3

This Stipulation is entered into by and between the above-captioned Debtors and Debtors in Possession (the "Debtors"), the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), and the Official Committee of Unsecured Creditors (the "OCUC"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

**RECITALS**

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364*, etc. [Docket No. 126] (the "Final Cash Collateral Order");

WHEREAS, the Debtors filed the *Emergency Motion to Extend Cash Collateral Termination Date* [Docket No. 236] (the "Cash Collateral Extension Motion");

WHEREAS, the FLSC filed the *Objection of the First Lien Steering Committee to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket Number 236] [Docket No. 321];

WHEREAS, the Agent filed the *Objection to and Joinder in First Lien Steering Committee's Objection to Debtors' Emergency Motion for an Order Extending Cash Collateral Termination Date* [Docket No. 314];

WHEREAS, the OCUC filed the *Committee's Statement Regarding Debtors' Pending Motions to Extend Exclusivity and Allow Continued Use of Cash Collateral* [Docket No. 324];

WHEREAS, the Parties have previously entered into the Plan and Exclusivity Stipulation (the "First Stipulation"), which Stipulation was approved by the *Order Granting Plan Exclusivity*

DOCS_LA:208522.3                                    2

*and Cash Collateral Stipulation* [Docket No. 336];

WHEREAS, the Parties have entered into the Second Plan and Exclusivity Stipulation (the "Second Stipulation"), which Stipulation was approved by the *Order Granting Second Plan Exclusivity and Cash Collateral Stipulation* [Docket No. 444];

WHEREAS, pursuant to the Second Stipulation, the Cash Collateral Termination Date as defined in the Final Cash Collateral Order is currently set to expire on October 2, 2009 at 11:59 p.m. prevailing pacific time;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

## AGREEMENT

1. Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Collateral Order through January 11, 2010 at 11:59 p.m. (prevailing Pacific Time) based on the Budget attached hereto as Exhibit A (but solely through the time period of January 11, 2010), which shall supersede any other previously filed Budget, with all other provisions of the Final Cash Collateral Order remaining in full force and effect, except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waived under the First Stipulation.

2. The Challenge Period set forth in paragraph 10 of the Final Cash Collateral Order shall be extended through and including January 11, 2010.

3. The parties agree and acknowledge that line item 12 is for estimation purposes only and the Debtors shall consult with and obtain the consent of the FLSC, through Winchester Carlisle Partners, before expending any sums in connection with line item number 12 with respect to insurance premium renewals.

4. The Cash Collateral Extension Motion shall be deemed resolved as set forth above.

Dated:  September 30, 2009

**APPROVED**

By: __/s/ Philip C. Dublin__
AKIN GUMP STRAUSS
HAUER & FELD LLP
Ira S. Dizengoff (NY Bar No. 2565687)
 Philip C. Dublin (NY Bar No. 2959344)
 Abid Qureshi (NY Bar No. 268437)
One Bryant Park
New York, NY  10036
*Counsel for the First Lien Steering Committee*

**APPROVED**

By: __/s/ James I. Stang__
James I. Stang
Pachulski Stang Ziehl Young & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
*Counsel for Debtors and Debtors-in-Possession*

**APPROVED**

By: __/s/ Ramon M. Naguiat__
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Ramon M. Naguiat
 300 S. Grand Ave., #3400
Los Angeles, CA  90071
*Counsel for Credit Suisse, Cayman Islands*
 *Branch, as Agent for First Lien Lenders*

**APPROVED**

By: __/s/ J. Thomas Beckett__
J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
*Counsel for Official Committee of Unsecured Creditors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A

**Rhodes Homes 16 Week Cash Flow Forecast**
**Revised 9/30/2009**

Starting Cash on 9/25/2009 (Projection)    $ 4,521,342

| Line # | Week Ending | 27<br>10/2/2009 | 28<br>10/9/2009 | 29<br>10/16/2009 | 30<br>10/23/2009 | 31<br>10/30/2009 | 32<br>11/6/2009 | 33<br>11/13/2009 | 34<br>11/20/2009 | 35<br>11/27/2009 | 36<br>12/4/2009 | 37<br>12/11/2009 | 38<br>12/18/2009 | 39<br>12/25/2009 | 40<br>1/1/2010 | 41<br>1/8/2010 | 42<br>1/15/2010 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | 5 | 1 | 2 | 2 | 3 | 1 | 3 | 4 | 6 | 9 | 5 | 4 | 1 | 2 | 4 | 5 | 57 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 4 | Net Revenues - Backlog (Sold) | $ 1,278,558 | $ 162,721 | $ 356,142 | $ 715,108 | $ 733,630 | $ 266,338 | $ 829,882 | $ 845,113 | $ 1,438,265 | $ 2,542,909 | $ 1,220,547 | $ 742,275 | $ 225,256 | $ 354,246 | $ 834,033 | $ 1,259,350 | $ 13,804,372 |
| 5 | Net Revenues - New Sales Not started (Projected) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | - | - | - | - | - | - | - | - | - | - | - | - | - | 363,100 | - | - | 363,100 |
| 7 | Revenues - Park Construction | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 | Tuscany Golf Course Revenues | 25,000 | 81,000 | 99,000 | 81,000 | 80,000 | 59,000 | 57,000 | 64,000 | 43,000 | 48,000 | 38,000 | 23,000 | 18,000 | 52,000 | 50,000 | 50,000 | 868,000 |
| 9 | Pinnacle Grading Revenues | - | - | 1,237,946 | 62,535 | 250,000 | - | - | 846,424 | - | - | - | - | - | - | - | - | 2,396,905 |
| 10 | Miscellaneous Refunds, Fees, True Ups | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11 | **Total Cash Receipts** | 1,303,558 | 243,721 | 1,693,087 | 858,643 | 1,063,630 | 325,338 | 886,882 | 1,755,537 | 1,481,265 | 2,590,909 | 1,258,547 | 765,275 | 243,256 | 769,346 | 884,033 | 1,309,350 | 17,432,377 |
| 12 | Insurance Renewals | - | 206,494 | - | - | - | 137,967 | - | - | - | 157,829 | - | - | - | - | - | - | 502,290 |
| 13 | IT Services / Equip. | 8,591 | - | - | - | - | 8,591 | - | - | - | 8,591 | - | - | - | 8,591 | - | - | 34,362 |
| 14 | Storage | 1,635 | - | - | - | - | 1,635 | - | - | - | 1,635 | - | - | - | 1,635 | - | - | 6,540 |
| 15 | Rent | 30,509 | - | - | - | - | 30,509 | - | - | - | 30,509 | - | - | - | 30,509 | - | - | 122,035 |
| 16 | Brokerage License | 1,000 | - | - | - | - | 1,000 | - | - | - | 1,000 | - | - | - | 1,000 | - | - | 4,000 |
| 17 | HOA Fees (1) | 7,760 | - | - | - | - | 9,260 | - | - | - | 9,260 | - | - | - | 9,260 | - | - | 35,540 |
| 18 | Model Home Leases (2) | 31,052 | - | - | - | - | 31,052 | - | - | - | 27,072 | - | - | - | 23,092 | - | - | 112,267 |
| 19 | **Total 1st of Month Payments** | 80,546 | 206,494 | - | - | - | 220,013 | - | - | - | 235,895 | - | - | - | 74,086 | - | - | 817,034 |
| 20 | Rhodes Homes Payroll | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 73,202 | 1,171,232 |
| 21 | Rhodes Homes Ordinary Course Professionals | - | - | 30,000 | - | - | - | 45,000 | - | - | - | 65,000 | - | - | - | 50,000 | - | 190,000 |
| 22 | Rhodes Homes Consultants | - | - | - | - | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | - | - | 200,000 |
| 23 | Rhodes Homes AZ Payroll | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 13,015 |
| 24 | Pinnacle Payroll | 8,806 | 8,906 | 5,896 | 5,896 | 5,896 | 5,896 | 3,399 | 3,399 | 3,399 | 3,399 | 3,399 | 3,399 | 3,399 | 3,399 | 3,399 | 1,561 | 73,447 |
| 25 | **Total Payroll and Benefits** | 82,821 | 82,921 | 109,911 | 79,911 | 99,911 | 99,911 | 142,414 | 97,414 | 97,414 | 97,414 | 162,414 | 97,414 | 97,414 | 97,414 | 127,414 | 75,576 | 1,647,694 |
| 26a | Pinnacle (Job Cost) | 3,584 | 2,146 | 1,240,165 | 53,800 | 91,200 | 2,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 950 | 950 | 950 | 1,404,345 |
| 26b | Pinnacle (Overhead) | 20,410 | 11,714 | 21,917 | 7,251 | 21,511 | 51,396 | 4,446 | 6,018 | 8,800 | 11,785 | 4,446 | 4,446 | 8,665 | 10,585 | 4,446 | 4,446 | 202,281 |
| 27 | Pinnacle (Equipment Notes Payments) | 15,511 | 66,226 | - | - | 20,584 | 14,251 | 66,226 | - | 20,584 | 14,251 | 66,226 | - | 19,324 | 15,511 | 66,226 | - | 384,920 |
| 28 | RH Vertical Costs to Complete - Backlog+Standing (Unsold) | 550,672 | 377,315 | 380,464 | 380,464 | 370,452 | 380,464 | 370,452 | 340,415 | 310,379 | 310,379 | 320,391 | 340,415 | 290,354 | 335,409 | 240,293 | 150,183 | 5,448,501 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started(4) | - | 5,750 | 28,750 | 46,000 | 57,500 | 80,500 | 130,750 | 149,500 | 172,500 | 195,500 | 212,750 | 241,500 | 264,500 | 270,250 | 230,000 | 212,750 | 2,298,500 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) | 40,728 | 36,693 | 45,142 | 28,829 | 30,066 | 39,658 | 36,387 | 27,562 | 19,301 | 25,760 | 23,336 | 87,993 | 16,902 | 19,964 | 2,617 | 9,708 | 490,646 |
| 31 | Rhodes Ranch Park (Job Cost) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 120,000 |
| 33 | Rhodes Homes Vertical Costs - Pre Petition | - | - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 42,000 |
| 34 | Rhodes Homes Land Dev. - Liens | 35,000 | - | 9,000 | 9,000 | 9,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 150,000 |
| 35 | Rhodes Homes Land Dev. - Park A/P | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 36 | **Total Job Cost** | 673,405 | 507,344 | 1,735,938 | 535,845 | 610,813 | 586,969 | 627,961 | 543,195 | 551,263 | 577,374 | 646,849 | 694,054 | 619,445 | 671,169 | 563,032 | 396,537 | 10,541,194 |
| 37 | Sales / Marketing | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 235,127 |
| 38 | G & A | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,501 | 15,502 | 248,003 |
| 39 | Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 40 | Builder Subsidies to Tuscany HOA (5) | 18,349 | - | - | - | - | 18,349 | - | - | - | 18,349 | - | - | - | 18,349 | - | - | 73,396 |
| 41 | Sales and Use Tax / Property Taxes | - | 397,534 | - | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 397,534 | 825,068 |
| 42 | Debtor's Restructuring Professionals (6) | 344,208 | - | 25,000 | - | - | - | 212,500 | 51,250 | - | - | 292,500 | 21,250 | - | - | 324,040 | - | 1,270,748 |
| 43 | Committee's Restructuring Professionals (7) | - | 22,351 | - | - | - | - | 22,351 | - | - | - | 22,351 | - | - | - | 29,750 | - | 96,804 |
| 44 | Lenders' Professionals (9) | 288,000 | 210,000 | - | 84,167 | - | - | - | 250,000 | 200,000 | - | 390,000 | - | - | - | - | 350,000 | 1,772,167 |
| 45 | US Trustee Payment Center | - | - | - | - | 55,000 | - | - | - | - | - | - | - | - | - | - | - | 55,000 |
| 46 | Employee & Consultant Housing and Travel Expenses | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 42,000 |
| 47 | **G&A Expenditures** | 685,252 | 662,081 | 57,195 | 116,362 | 97,195 | 53,044 | 517,047 | 283,445 | 42,195 | 53,044 | 737,047 | 53,445 | 42,195 | 53,044 | 385,986 | 779,731 | 4,618,312 |
| 48 | **Tuscany Golf Course Costs** | 60,000 | 116,600 | 68,500 | 24,060 | 71,500 | 77,500 | 73,500 | 20,000 | 76,260 | 75,500 | 73,500 | 20,000 | 76,260 | 75,500 | 65,560 | 20,000 | 994,240 |
| 49 | **Starting Cash Position** | 4,521,342 | 4,242,876 | 2,911,157 | 2,632,700 | 2,735,163 | 2,919,374 | 2,207,274 | 1,733,234 | 2,544,716 | 3,258,848 | 4,810,529 | 4,449,265 | 4,349,627 | 3,757,568 | 3,555,700 | 3,297,740 | 4,521,342 |
| 50 | Projected Net Revenue | 1,303,558 | 243,721 | 1,693,087 | 858,643 | 1,063,630 | 325,338 | 886,882 | 1,755,537 | 1,481,265 | 2,590,909 | 1,258,547 | 765,275 | 243,256 | 769,346 | 884,033 | 1,309,350 | 17,432,377 |
| 51 | Disbursement for Week | 1,582,024 | 1,575,440 | 1,971,545 | 756,179 | 879,420 | 1,037,438 | 1,360,922 | 944,055 | 767,133 | 1,039,228 | 1,619,810 | 864,914 | 835,315 | 971,213 | 1,141,993 | 1,271,845 | 18,618,474 |
| 52 | **Ending Cash Position** | $ 4,242,876 | $ 2,911,157 | $ 2,632,700 | $ 2,735,163 | $ 2,919,374 | $ 2,207,274 | $ 1,733,234 | $ 2,544,716 | $ 3,258,848 | $ 4,810,529 | $ 4,449,265 | $ 4,349,627 | $ 3,757,568 | $ 3,555,700 | $ 3,297,740 | $ 3,335,245 | $ 3,335,245 |

**Notes:**
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) $5,000 X-It, and (iii) $1,500 West 57th.
(2) Lease payments paid to owners of model homes (11 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch.
(4) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction.
(5) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support.
(6) Payments to Pachulski-Stang, Larson & Stephens, Omni, Acceleron Group and the Sullivan Group.
(7) Payments to Beckett
(8) Payments to WCP, Akin Gump, Koslear & Leatham.