**Entered on Docket**
**October 01, 2009**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | |
| Debtors. | Chapter 11 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Affects:

☐ All Debtors

☒ Affects the following Debtor(s)
    Bravo, Inc.

Hearing Date: October 2, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

**ORDER GRANTING STIPULATION FOR CONTINUANCE [Docket Nos. 302 and 524]**

Upon consideration of the *Stipulation for Continuance* [Docket Number 524] between

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC (the "Movant"), and

good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved, and the hearing on the

*Motion for Relief from Stay* [Docket Number 302] shall take place on November 16, 2009 at 9:30

a.m.

APPROVED/DISAPPROVED:

DATED this ___ day of September, 2009.

By: _____
UNITED STATES TRUSTEE
August Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

PREPARED AND SUBMITTED BY:

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
    Zachariah Larson, Esq., Bar No. 7787
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
    Tel: (702) 382-1170
    Fax: (702) 38201169
Attorneys for the Debtors

LEWIS BRISBOIS BRISGAARD & SMITH
LLP

By: /s/ Janice J. Brown, Esq.
    Janice J. Brown, Esq., Bar No. 001118
    400 South Fourth St., Suite 500
    Las Vegas, Nevada 89101
    Tel: (702) 893-3303
    Fax: (702) 893-3789
Attorneys for Movant

Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1   James I. Stang, Esq. (CA Bar No. 94435)
    Shirley S. Cho, Esq. (CA Bar No. 192616)
2   Werner Disse, Esq. (CA Bar No. 143458)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
4   Telephone: 310/277-6910
    Facsimile: 310/201-0760
5   Email: jstang@pszjlaw.com
        scho@pszjlaw.com
6       wdisse@pszjlaw.com

7   Zachariah Larson, Esq. (NV Bar No. 7787)
    LARSON & STEPHENS
8   810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
9   Telephone: 702/382.1170
    Facsimile: 702/382.1169
10  Email: zlarson@lslawnv.com

11  Attorneys for Debtors and
    Debtors in Possession

*E-file: September 30, 2009*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

12                  **UNITED STATES BANKRUPTCY COURT**

13                          **DISTRICT OF NEVADA**

14  In re:                                    | Case No.: BK-S-09-14814-LBR
                                              | (Jointly Administered)
15  THE RHODES COMPANIES, LLC, aka
16  "Rhodes Homes," et al.,[1]                | Chapter 11
        Debtors.
17  Affects:                                  | Current Hearing Date: October 2, 2009
        ☐   All Debtors                        | Current Hearing Time: 1:30 p.m.
18      ☒   Affects the following Debtor(s)    | Courtroom 1
            Bravo, Inc.
19                                            | Proposed Hearing Date: November 16, 2009
                                              | Proposed Hearing Time: 9:30 a.m.
20

21

22  [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-
23  14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
    Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
24  No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
    14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
25  LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
    Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
26  09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
    Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
27  Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
    LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
28  (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
    09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
    14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:203945.7

## STIPULATION FOR CONTINUANCE [Docket No. 302]

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC ("Movant"),
by and through undersigned counsel, hereby represent and stipulate as follows:

    A.    Movant's *Motion for Relief from Stay* [Docket Number 302] (the "Motion")
currently is scheduled for hearing on October 2, 2009.

    B.    The parties are trying to resolve the Motion consensually and require additional
time to accomplish this result. Accordingly, the parties desire to continue the hearing on the
Motion until the omnibus hearing date on November 16, 2009 at 9:30 a.m.

    C.    The parties are seeking an order of this Court approving this Stipulation for a
continuance in order to ensure that Movant does not waive its rights under the "30 day rule"
pursuant to Local Rule 4001(a)(1)(B) and does not waive any rights afforded by section 362 of
the Bankruptcy Code.

WHEREFORE, the parties stipulate and agree, subject to the approval of this Court, to
continue the hearing on the Motion until the omnibus hearing date on November 16, 2009 at 9:30
a.m., or to such other date as the Court deems appropriate.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
    Zachariah Larson, Esq., Bar No. 7787
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
    Tel: (702) 382-1170
    Fax: (702) 38201169
Attorneys for the Debtors

LEWIS BRISBOIS BRISGAARD & SMITH
LLP

By: /s/ Janice J. Brown, Esq.
    Janice J. Brown, Esq., Bar No. 001118
    400 South Fourth St., Suite 500
    Las Vegas, Nevada 89101
    Tel: (702) 893-3303
    Fax: (702) 893-3789
Attorneys for Movant

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169