# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC,<br>               Debtor. | Case No.: BK-S-09-14814-LBR<br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 9

APPLE MASONRY, INC. hereby withdraws its proof of claim, designated as Claim No. 9, filed in the above-captioned case.

Dated: 9/30, 2009

By: _Sharon Apple_ (signature)
    SHARON APPLE (print name)
Its: CONTROLLER (title)