E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Virginia Springall-Smith

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | | |
|---|---|---|
| In re: | ) | |
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 10/30/09 |
| | ) | Time: 1:30 p.m. |

**CERTIFICATE OF MAILING RE: AMENDED MOTION FOR RELIEF FROM STAY**

I, PAMELA POULSEN, hereby certify that a copy of the AMENDED MOTION FOR RELIEF FROM STAY in the above-entitled case, was mailed by me on the 5th day of October, 2009, by placing the same in a sealed envelope, first-class postage prepaid, in the United States mail to the following party:

THE HARTFORD
P.O. Box 14267
Lexington, KY 40512
Claim CA0007545721

Dated this 5th day of October, 2009.

/s/ PAMELA POULSEN
PAMELA POULSEN, an employee of
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
###