James I. Stang, Esq. (SBN 94435)
Shirley S. Cho, Esq. (SBN 192616)
Werner Disse, Esq. (SBN 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: October 5, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, LLC, aka "Rhodes Homes", et al.,[1]<br><br>Debtors.<br><br>Affects:<br><br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>Rhodes Design & Development Corp. | Case No. 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION OF DEBTOR FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH NEVADA STATE CONTRACTORS BOARD PURSUANT TO BANKRUPTCY RULE 9019**<br><br>Hearing Date: October 19, 2009<br>Time: 9:30 a.m.<br>Courtroom: 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No.

DOCS_LA:208822.1

The above-captioned debtor and debtor-in-possession ("Debtor") moves this Court for an order shortening time to hear the *Motion Of Debtor For Order Approving Settlement Agreement With Nevada State Contractors Board Pursuant To Bankruptcy Rule 9019* ("Settlement Motion").

Per oral motion made by the Debtor at the omnibus hearing on October 2, 2009, the Debtor requested that this Motion be heard on shortened notice at the hearing scheduled for October 19, 2009 at 9:30 a.m. By oral order at the hearing, the Court granted the Debtor's request.

The Motion is made on shortened basis because the Nevada State Contractors Board (the "Board") is meeting to approve the settlement agreement on October 22, 2009 and the Board has proposed that the settlement agreement become effective on such date. The settlement involves the Debtor's use of its contractor's license in the state of Nevada, which permits the Debtor to operate and build houses. Because of the important of the license to the Debtor's business, the Debtors respectfully request that the Court grant this Application and hear the Settlement Motion on a shortened-time basis on October 19, 2009 at 9:30 a.m.

This Application is made and based upon Fed. R. Bankr. P. 9006, the following memorandum of points and authorities, the Affidavit of Zachariah Larson, Esq. ("Larson Affidavit"), the Attorney Information Sheet filed contemporaneously herewith, the Emergency Motion, and the papers and pleading on file herein, judicial notice of which is respectfully requested.

. . .

. . .

. . .

---

09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

WHEREFORE, the Debtors respectfully request that this Honorable Court grant this Application and issue an order shortening time, and for such other and further relief as the Court deems just and proper.

Dated:   October 5, 2009        LARSON & STEPHENS

/s/ Zachariah Larson

Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101

Attorneys for Debtors and
Debtors in Possession

## POINTS AND AUTHORITIES
## I.
## AFFIDAVIT OF ZACHARIAH LARSON, ESQ.

STATE OF NEVADA       )
                      ) ss.
COUNTY OF CLARK       )

I, Zachariah Larson, Esq., being first duly sworn, depose and say:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am a member with the law firm of Larson & Stephens, LLC, proposed attorneys for the above-captioned Debtors, in the above captioned matter and duly licensed to practice law in the State of Nevada.

3. The Debtor is requesting that the Settlement Motion, filed contemporaneously herewith, be heard on shortened time. An urgent and immediate need exists for the Debtor to obtain entry of order approving the settlement. Without the relief requested in the Settlement Motion, the Debtor will not be able to operate its business in the state of Nevada. Accordingly, I

. . .

. . .

. . .

believe that a hearing on the Settlement Motion on an expedited basis at the same time as the Court hears the other matters set for hearing on October 19, 2009 at 9:30 a.m. is necessary and warranted to avoid immediate and irreparable harm to the Debtors' estates.

DATED this 5th day of October, 2009.

ZACHARIAH LARSON, ESQ.

SUBSCRIBED AND SWORN to before me this ___ day of October, 2009.

_____
NOTARY PUBLIC

Carey Shurtliff
NOTARY PUBLIC STATE OF NEVADA
My Appointment Expires 05/13/2012
Appointment No 04-89493-1

## II.
## LEGAL ARGUMENT

Section 105, Title 11 United States Code (the "Bankruptcy Code") allows this Court to issue such orders as are necessary to carry out the provisions of this title. Fed. R. Bankr. P. 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c).

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by an affidavit stating the reasons for an expedited hearing. As set forth in the Larson Affidavit, there is a compelling reason for an expedited hearing.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice and how notice was provided or attempted to be provided. An Attorney Information Sheet was filed contemporaneously with this Application.

### III.
### CONCLUSION

WHEREFORE, the Debtors respectfully request that this Honorable Court grant this Application and issue an order shortening time to hear the Settlement Motion on October 19, 2009.

Dated: October 5, 2009        LARSON & STEPHENS

/s/ Zachariah Larson

Zachariah Larson, Esq. (NV Bar No. 7787)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101

Counsel for Debtors and
Debtors in Possession

DOCS_LA:208822.1                    5