James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-File: October 5, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:208825.1

# ATTORNEY INFORMATION SHEET

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| U.S. Trustee | **Not applicable.** | | |
| The Internal Revenue Service District Director | **Not applicable.** | | |
| Brett A. Axelrod Counsel to James M. Rhodes and Sagebrush Enterprises, Inc. | **Not applicable.** | | |
| Ramon M. Naguiat Counsel for Administrative Agent to the First Lien Lenders | **Not applicable.** | | |
| Jeffrey R. Sylvester James B. MacRobie Counsel to Adminstrative Agent for First Lien Lenders | **Not applicable.** | | |
| Phillip Dublin Counsel to the Steering Committee of First Lien Lenders | **Not applicable.** | | |
| Rew R. Goodenow Counsel to the Official Committee of Unsecured Creditors | **Not applicable.** | | |
| J. Thomas Beckett Counsel to the Official Committee of Unsecured Creditors | **Not applicable.** | | |
| Nile Leatham Timothy P. Thomas Counsel to the Steering Committee of 1st Lien Lenders | **Not applicable.** | | |
| Ira Dizengoff Phillip Dublin Counsel to the Steering Committee of 1st Lien Lenders | **Not applicable.** | | |

| | | |
|---|---|---|
| 1 | Timothy P. Thomas | **Not applicable.** |
| 2 | Counsel to the Steering Committee of First Lien Lenders | |
| 3 | | |
| 4 | Ben Schneider<br>Counsel to Administrative Agent<br>For the Second Lien Lenders | **Not applicable.** |
| 5 | | |
| 6 | Janet L. Chubb and<br>Michael E. Buckley | **Not applicable.** |
| 7 | Counsel to Commerce Associates, LLC | |
| 8 | | |
| 9 | Mark Somerstein<br>Don Demakis | **Not applicable.** |
| 10 | Ben Schneider<br>Counsel to the Administrative Agent | |
| 11 | for the Second Lien Lenders | |
| 12 | Ms. Janine Guthrie | **Not applicable.** |
| 13 | Donald H. Williams | **Not applicable.** |
| 14 | Counsel to Claimant<br>Westar Kitchen & Bath, LLC | |
| 15 | | |
| 16 | Tom Lynch<br>Credit Suisse Loan Funding | **Not applicable.** |
| 17 | David Bergstrom | **Not applicable.** |
| 18 | Wells Fargo Bank, National Association | |
| 19 | Richard I. Dreitzer | **Not applicable.** |
| 20 | Bullivant Houser Bailey PC<br>Counsel for Creditor Integrity Masonry, Inc. | |
| 21 | Bart K. Larsen | **Not applicable.** |
| 22 | Counsel for Reef Colonial | |
| 23 | Robert R. Kinas | **Not applicable.** |
| 24 | Claire Y. Dossier<br>Nishat Baig | |
| 25 | Counsel for Caterpillar Financial Services Corp. | |
| 26 | Janiece S. Marshall<br>Counsel for Creditor Stanley Corp. | **Not applicable.** |
| 27 | | |
| 28 | | |

Mitoshi H. Fujio-White        **Not applicable.**
Counsel for Lloy'ds of London

Randall D. Patterson        **Not applicable.**
Counsel for Insurance Company

Philip S. Gerson        **Not applicable.**
Counsel for Clark County

COMMENTS:

Submitted by:
**LARSON & STEPHENS**

*/s/ Zachariah Larson, Esq.*
Zachariah Larson, Esq., Bar No.: 7787
Kyle O. Stephens, Esq., Bar No.: 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Proposed attorneys for Debtor

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:208825.1

4