UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 47

K.H. LANDSCAPING, INC. hereby withdraws its proof of claim, designated as Claim No. 47 filed in the above-captioned case.

Dated: September 21, 2009

By: _Amy Harrelson_ (signature) (print name)
Its: OFFICE MANAGER (title)

73203-002\DOCS_SF:66938.1