James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

E-File:  October 13, 2009

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]
        Debtors.

Affects:

☒   All Debtors
☐   Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

DATE:      October 19, 2009
TIME:       9:30 a.m.
PLACE:     Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development

**NOTICE OF FILING AMENDED EXHIBIT A TO** *MOTION OF DEBTORS FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY* **[RHODES DOCKET NO. 497]**

Attached hereto is the Amended Exhibit A to the *Motion of Debtors for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* **[Rhodes Docket No. 497]** *(the* **"Lease Extension Motion")**.  The amended Exhibit A does not change the substance of the Lease Extension Motion but gives updated information as to the landlords' consents.

Dated:    October 13, 2009                LARSON & STEPHENS

                                          /s/Zachariah Larson
                                          Zachariah Larson, Esq. (NV Bar No. 7787)
                                          810 S. Casino Center Blvd., Ste. 104
                                          Las Vegas, Nevada  89101

                                          –and –

                                          PACHULSKI STANG ZIEHL & JONES LLP
                                          James I. Stang, Esq. (CA Bar No. 94435)
                                          Shirley S. Cho, Esq. (CA Bar No. 192616)
                                          Werner Disse, Esq. (CA Bar No. 143458)
                                          Pachulski Stang Ziehl & Jones LLP
                                          10100 Santa Monica Blvd., 11th Floor
                                          Los Angeles, California 90067-4100

                                          Co-Counsel for Debtors and Debtors in Possession

Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

73203-002\DOCS_LA:209229.1

# AMENDED EXHIBIT A

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| Glynda Rhodes | 5068 Spanish Heights Las Vegas, NV 89148<br>252 Angels Trace Court, Las Vegas 89148 | Yes | Rhodes Ranch General Partnership | 22 Indian Run Way<br>Las Vegas, NV |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361<br>3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1036 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361<br>3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1040 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361<br>3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1044 Via Camelia Street Henderson, NV 89011 |
| Alyssa L. and Roger L. Frank | 1011 West 27th Street Scottsbluff, NE 69361<br>3609 Bison Street, Scottsbluff, NE 69361 | Yes | Rhodes Design and Development Corporation | 1048 Via Camelia Street Henderson, NV 89011 |
| Hua Hui Tseng Huang | 534 N. Orange #A | Yes | Parcel 20, LLC (RCO) | 765 Orchard Course Dr. |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| | La Puente, CA 91744 | | | Las Vegas, NV 89148 |
| I-Chieh E. Wang and Da Ching P. Wang | 52 Redwood Lane South Glastonbury, CT 06073 | Yes | Parcel 20, LLC (RCO) | 749 Orchard Course Dr. Las Vegas, NV 89148 |
| Xijuan Xu and Xikui Xu | 12845 Crestfield Court Rancho Cucamonga, CA 91739-8011 | Yes | Parcel 20, LLC (RCO) | 757 Orchard Course Dr. Las Vegas, NV 89148 |
| Elena Elamparo | 5261 Polis Drive La Palma, CA 90623 | Yes | Rhodes Ranch General Partnership | 111 Sandy Bunker Lane Las Vegas, NV |
| Tin Kerine Cheung | 2346 Indian Creek Rd Diamond Bar, CA 91765 | Yes | Rhodes Ranch General Partnership | 101 Sandy Bunker Lane Las Vegas, NV |
| Tin Kerine Cheung | 2346 Indian Creek Rd Diamond Bar, CA 91765 | Yes | Parcel 20, LLC (RCO | 687 Orchard Course Dr. Las Vegas, NV 89148 |
| Jammie S. K. Hsu | 7835 S. Rainbow Blvd. Ste 4-5 Las Vegas, NV 89139 | Yes | Parcel 20, LLC (RCO | 695 Orchard Course Dr. Las Vegas, NV 89148 |
| REEF Colonial, LLC | 1301 Fifth Avenue Suite 1500 Seattle, WA 98101 | Yes | Rhodes Design and Development Corporation | 4730 S. Fort Apache Rd. Suite 300 Las Vegas NV 89147 |
| Flamingo Self Storage | 8525 West Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 8525 West Flamingo Road, Unit 2258 Las Vegas, NV |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|---|---|---|---|---|
| | | | | 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 2228 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 2543 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 1012 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Realty, Inc. | 9345 W. Flamingo Rd Unit 2135 Las Vegas, NV 89147 |
| Fort Apache Self Storage | 9345 W. Flamingo Road Las Vegas, NV 89147 | Yes | Rhodes Design and Development Corporation | 9345 W. Flamingo Rd Unit 1002 Las Vegas, NV 89147 |
| Mini Storage of Nevada | 4303 South Arville Las Vegas, NV 89103 | Yes | Rhodes Design and Development Corporation | 4303 South Arville, Unit D-232 Las Vegas, NV 89103 |
| Recall Information Management | 1428 Pama Lane Las Vegas, NV 89118 | Resent letter 9/22/09 | Rhodes Design and Development Corporation | 1428 Pama Lane Las Vegas, NV 89118 |
| Silverado Self Storage II | 9545 West Russell Road Las Vegas, NV 89148 | Yes | Rhodes Design and Development Corporation | 9545 West Russell Rd, Unit 3016 Las Vegas NV 89148 |
| Stow Away | 921 Olsen Street Henderson, NV | Yes | Rhodes Realty, Inc. | 921 Olsen Street, Unit 136 |

| Landlord | Service Address | Landlord Consent? | Debtor/Counter party | Rental property |
|----------|----------------|-------------------|---------------------|-----------------|
| | 89015 | | | Henderson, NV 89015 |
| Warm Springs R.V. & Mini Storage | 721 Cape Horn Avenue Henderson, NV 89011 | Yes | Tribes Holdings, LLC | Unit D01 & W44 721 Cape Horn Avenue Henderson, NV 89011 |
| Neighborhood Association Group Attn: Master Association President and Tuscany Master Association Management Company | 133 Rhodes Ranch Parkway Las Vegas, NV 89148 | Yes | Rhodes Realty, Inc. | 850 Olivia Parkway Henderson, NV 89011 |



## PACHULSKI
## STANG
## ZIEHL
## JONES

**L A W   O F F I C E S**
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho                September 11, 2009              scho@pszjlaw.com
                                                              310.772.2364

Glynda Rhodes
5068 Spanish Heights
Las Vegas, NV  89148

>           Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

Very truly yours,

Shirley S. Cho

73203-002\DOCS_LA:207730.1



LAW OFFICES

September 11, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline
through and including January 31, 2010.

Name: Glynda Rhodes
Title:
Date: 9-15-09



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

Shirley S. Cho                         September 10, 2009                    scho@pszjlaw.com
                                                                            310.772.2384

Alyssa Frank
3609 Bison Street
Scottsbluff, NE  69361

**Re:    In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com          73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name:
Title:
Date:



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                     September 24, 2009                     scho@pszjlaw.com
                                                                          310.772.2364

**Re:    In re: Rhodes Companies, LLC**

**Hua Hui Tseng Huang**
**534 N. Orange #A**
**La Puente, CA  91744**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777



PACHULSKI
STANG
ZIEHL
JONES
LAW OFFICES

September 24, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consent to extend the Deadline
through and including January 31, 2010.

Name:
Title:
Date: 10/8 - 2009

73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                    September 10, 2009

I-Chieh E. Wang and Da Ching P. Wang
52 Redwood Lane
South Glastonbury, CT  06073

**Re:    In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of it[s]
affiliates (the "Debtors") in its bankruptcy cases currently p[e]
in the United States Bankruptcy Court for the District of Ne[v]
Under section 365(d)(4) of the Bankruptcy Code, the Debtor[s]
determine whether to assume or reject your lease by Octob[er]
2009 (the "Deadline"). However, because the Debtors are [t]
confirm their plan of reorganization, the Debtors require ad[d]
time in order to determine whether to assume or reject your [lease]
and require an extension of the Deadline. By this letter, the[y]
request that you extend the Deadline through January 31, 20[10]
order to assume or reject your lease. During this time, the [Debtors]
will continue to pay rent and perform their obligations und[er]
lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time b[y]
and returning this letter by September 21, 2009 in the self-a[ddressed]
stamped envelope enclosed herewith so that we may timely
motion with the Bankruptcy Court to extend the Deadline.
note that if you do not sign and return this form, under the
Bankruptcy Code, your lease will be deemed automatically
by the Deadline, which is a result that the Debtors wish to a
this time. The Debtors may require more time to extend the
Deadline beyond January 31, 2010 in which case you will r[eceive]
further letter in December.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com                    73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ℰ ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions. Thank yo

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadli
through and including January 31, 2010.

Name: I-CHIEH E, WANG    DA-CHING P. WAN
Title:
Date: Sept. 14, 2009



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                    September 10, 2009                    scho@pszjlaw.com
                                                                         310.772.2364

I-Chieh E. Wang and Da Ching P. Wang
52 Redwood Lane
South Glastonbury, CT  06073

**Re:     In re: Rhodes Companies, LLC**

Dear Landlord:

  This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

  Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name: I-CHIEH E, WANG    DA-CHING P. WANG
Title:
Date: Sept. 14, 2009



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

Xikui Xu Xijuan Xu
12845 Crestfield Court
Rancho Cucamonga, CA  91739-8011

Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

**Please consent in writing to the extension of time by signing** and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

73203-002\DOCS_LA:207683.3



PACHULSKI

STANG

ZIEHL

JONES

L A W   O F F I C E S

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name: 徐希娟
Title: Landlord
Date: 09-15-09



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                    September 10, 2009                    scho@pszjlaw.com
                                                                        310.772.2364

Elena Elamparo
5261 Polis Drive
La Palma, CA  90623

**Re:    In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4560

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com                    73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

*Shirley S. Cho* (signature)

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

*Elena R. Elamparo* (signature)

Name:  ELENA R. ELAMPARO
Title:  LANDLORD
Date:  9-11-09



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

mmatteo                                    September 25, 2009                    mmatteo@pszjlaw.com
                                                                                  310.772.2333

Tin Kerine Cheung
2346 Indian Creek Road
Diamond Bar, CA 91765

**Re:    In re: Rhodes Companies, LLC/ 101 Sandy
         Bunker Lane, Las Vegas, NV**

Dear Landlord:

This letter supersedes any prior letter sent by our firm to you.
This firm represents Rhodes Homes and certain of its affiliates (the
"Debtors") in its bankruptcy cases currently pending in the United
States Bankruptcy Court for the District of Nevada. Under section
365(d)(4) of the Bankruptcy Code, the Debtors must determine
whether to assume or reject your lease by October 27, 2009 (the
"Deadline"). However, because the Debtors are trying to confirm
their plan of reorganization, the Debtors require additional time in
order to determine whether to assume or reject your lease and
require an extension of the Deadline. By this letter, the Debtors
request that you extend the Deadline through January 31, 2010 in
order to assume or reject your lease. During this time, the Debtors
will continue to pay rent and perform their obligations under your
lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing
and returning this letter by September 30, 2009 in the self-addressed
stamped envelope enclosed herewith so that we may timely file our
motion with the Bankruptcy Court to extend the Deadline. Please
note that if you do not sign and return this form, under the
Bankruptcy Code, your lease will be deemed automatically rejected
by the Deadline, which is a result that the Debtors wish to avoid at
this time. The Debtors may require more time to extend the
Deadline beyond January 31, 2010 in which case you will receive a
further letter in December.

SAN FRANCISCO

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7800

FACSIMILE: 415/263 7010

DELAWARE

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4100

NEW YORK

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com                    73203-002\DOCS_LA:208192.1



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

Tin Kerine Cheung
September 26, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

*/s/ Michael A. Matteo*

Michael A. Matteo



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 24, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consent to extend the Deadline
through and including January 31, 2010.

Name: TIN KERINE CHEUNG
Title:
Date: 9/25/09



**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

mmatteo                          September 25, 2009                          mmatteo@pszjlaw.com
                                                                             310.772.2333

Tin Kerine Cheung
2346 Indian Creek Road
Diamond Bar, CA  91765

**Re:**   **In re: Rhodes Companies, LLC/ 687 Orchard Course Drive, Las Vegas, NV**

Dear Landlord:

    This letter supersedes any prior letter sent by our firm to you. This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada.  Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline").  However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline.  By this letter, the Debtors request that you extend the Deadline through December 15, 2009 in order to assume or reject your lease.  During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

    Please consent in writing to the extension of time by signing and returning this letter by September 30, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline.  Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time.  The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com                    73203-002\DOCS_LA:208438.1



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S

Tin Kerine Cheung
September 28, 2009
Page 2

     Feel free to contact me with any questions.  Thank you.

     Very truly yours,

     */s/ Michael A. Matteo*

     Michael A. Matteo



PACHULSKI
STANG
&
ZIEHL
JONES

LAW OFFICES

Tin Kerine Cheung
September 26, 2009
Page 3

I, the above Landlord, hereby consent to extend the Deadline
through and including December 15, 2009.

Name: *TIN KERINE CHEUNG*
Title:
Date: *9/25/09*



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 11, 2009

scho@pszjlaw.com
310.772.2364

Jammie S. K. Hsu
7835 S. Rainbow Blvd., Ste 4-5
Las Vegas, NV  89139

Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

This letter supersedes my letter to you of September 10, 2009.  This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline").  However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline.  By this letter, the Debtors request that you extend the Deadline through <u>December 15, 2009</u> in order to assume or reject your lease.  During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline.  Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time.  The Debtors may require more time to extend the Deadline beyond December 15, 2009, in which case you will receive a further letter in December.

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

73203-002\DOCS_LA:207766.1



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 11, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline
through and including December 15, 2009.

Name: Jammie S. K. Hsu
Title:  owner/Landlord
Date:  9/22/09

73203-002\DOCS_LA:207766.1



# PACHULSKI
## STANG
## ZIEHL
## JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

REEF Colonial, LLC
1301 Fifth Avenue Ste 1500
Seattle, WA 98101

Re:     **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: TOM LOEHRIG
Title: Asset Manager
Date: 9/14/09



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho                    September 10, 2009              scho@pszjlaw.com
                                                                  310.772.2364

        Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

        This firm represents Rhodes Homes and certain of its
affiliates (the "Debtors") in its bankruptcy cases currently pending
in the United States Bankruptcy Court for the District of Nevada.
Under section 365(d)(4) of the Bankruptcy Code, the Debtors must
determine whether to assume or reject your lease by October 27,
2009 (the "Deadline"). However, because the Debtors are trying to
confirm their plan of reorganization, the Debtors require additional
time in order to determine whether to assume or reject your lease
and require an extension of the Deadline. By this letter, the Debtors
request that you extend the Deadline through January 31, 2010 in
order to assume or reject your lease. During this time, the Debtors
will continue to pay rent and perform their obligations under your
lease unless otherwise notified in writing to you.

        Please consent in writing to the extension of time by signing
and returning this letter by September 21, 2009 in the self-addressed
stamped envelope enclosed herewith so that we may timely file our
motion with the Bankruptcy Court to extend the Deadline. Please
note that if you do not sign and return this form, under the
Bankruptcy Code, your lease will be deemed automatically rejected
by the Deadline, which is a result that the Debtors wish to avoid at
this time. The Debtors may require more time to extend the
Deadline beyond January 31, 2010 in which case you will receive a
further letter in December.

        Feel free to contact me with any questions. Thank you.

                        Very truly yours,

                        Shirley S. Cho

73203-002\DOCS_LA:207683.3

09/21/2009  15:53    7028712759                    FDSS                    PAGE  02/03
09/21/2009 15:45 FAX 310 203 4307



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 21, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline
through and including January 31, 2010.

_Frank J. Manna_

Name: FRANK J. MANNA
Title:  OFFICE MANAGER
Date:  09/21/09

73203-002\DOCS_LA:207683.3



**PACHULSKI
STANG
ZIEHL
JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

Shirley S. Cho                September 10, 2009                scho@pszjlaw.com
                                                               310.772.2364

Fort Apache Self Storage
9345 W. Flamingo Road
Las Vegas, NV 89147

**Re:    In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com            73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name:    PAUL F. PEPPARD
Title:    MANAGING MEMBER
Date:    12 SEPTEMBER 09



**PACHULSKI STANG ZIEHL JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                    September 10, 2009                    scho@pszjlaw.com
                                                                        310.772.2364

**Re:    In re: Rhodes Companies, LLC**

**Mini Storage of Nevada**
**4303 South Arville**
**Las Vegas, NV  89103**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com                    73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name: _VICTOR R. HARLAN_
Title: OWNER
Date: 9-21-09

RHODES UNIT D232 is $45.⁰⁰ MO. (PAID TO 11-15-09)



**PACHULSKI STANG ZIEHL JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

Silverado Self Storage II
9545 West Russell Road
Las Vegas, NV 89148

**Re:**    **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name: Loly Anllo
Title: OFFICE MAnager
Date: 9/16/09



**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

Shirley S. Cho

September 10, 2009

scho@pszjlaw.com
310.772.2364

Stow Away
921 Olsen Street
Henderson, NV  89015

Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

73203-002\DOCS_LA:207683.3



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

September 10, 2009
Page 2

Feel free to contact me with any questions.  Thank you.

Very truly yours,

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline
through and including January 31, 2010.

Name:
Title:
Date:

*Peter J. Olsen*

*President Stow Away*
*Properties Inc.*

*9/17/09*

*RE   Rhodes Companies, LLC*
*Bankruptcy Proceedings*



**PACHULSKI STANG ZIEHL JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

**TELEPHONE:** 310/277 6910

FACSIMILE: 310/201 0760

mmatteo

September 22, 2009

mmatteo@pszjlaw.com
310.772.2333

**Via Federal Express**

**Re:    In re: Rhodes Companies, LLC**

Dear Landlord:

This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700

FACSIMILE: 212/561 7777

Please consent in writing to the extension of time by signing and returning this letter by September 30, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

Feel free to contact me with any questions. Thank you.

Very truly yours,

Michael A. Matteo



PACHULSKI
STANG
ZIEHL
JONES

L A W   O F F I C E S

September 22, 2009
Page 2

I, the above Landlord, hereby consent to extend the Deadline through and including January 31, 2010.

Name: _RICHARD COLSTON_

Title: _General Manager_

Date: _10/5/2009_



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

LAW OFFICES

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Shirley S. Cho                    September 10, 2009              scho@pszjlaw.com
                                                                  310.772.2364

Neighborhood Association Group
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

      Re:    **In re: Rhodes Companies, LLC**

Dear Landlord:

      This firm represents Rhodes Homes and certain of its affiliates (the "Debtors") in its bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Nevada. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by October 27, 2009 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you extend the Deadline through January 31, 2010 in order to assume or reject your lease. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

      Please consent in writing to the extension of time by signing and returning this letter by September 21, 2009 in the self-addressed stamped envelope enclosed herewith so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease will be deemed automatically rejected by the Deadline, which is a result that the Debtors wish to avoid at this time. The Debtors may require more time to extend the Deadline beyond January 31, 2010 in which case you will receive a further letter in December.

      Feel free to contact me with any questions. Thank you.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB www.pszjlaw.com

73203-002\DOCS_LA:207683.3

PACHULSKI
    STANG
        ZIEHL
        JONES

LAW OFFICES

September 10, 2009
Page 2

Very truly yours,

*Shirley S. Cho*

Shirley S. Cho

I, the above Landlord, hereby consents to extend the Deadline through and including January 31, 2010.

Name: *Theuta Pasinen, Rhodes Ranch Association*
Title: *Pres.*
Date: *9/16/09*