James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-filed:  October 13, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

**No Hearing Required**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:209157.1

☐ All Debtors
☒ Affects the following Debtor(s):
Pinnacle Grading, LLC

**NOTICE PURSUANT TO PARAGRAPH 3(F) OF THE FINAL STIPULATED ORDER (I) AUTHORIZING USE OF CASH COLLATERAL, ETC. FOR AUTHORIZATION TO PAY PRE-PETITION AMOUNTS RE CITY OF FLAGSTAFF PROJECT**

TO THE AGENT FOR THE FIRST LIEN LENDERS, THE AGENT FOR THE SECOND LIEN LENDERS, THE UNITED STATES TRUSTEE, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

On April 30, 2009, the Bankruptcy Court for the above-captioned Debtors entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral, Etc.* [Docket No. 126] (the "Final Cash Collateral Order"). Pursuant to paragraph 3(f) of the Final Cash Collateral Order, the Debtors have identified certain pre-petition payments that they require to be made in their business judgment pursuant to the Budget, which payment is permissible pursuant to the procedure set forth in paragraph 3(f) of the Final Cash Collateral Order. Specifically, the Final Cash Collateral Order provides that upon (i) the consent of the First Lien Steering Committee (through their financial advisor, Winchester Carlisle Real Estate Partners "WCP")) and (ii) upon no objection being received after five business days notice advance of any proposed payments to the following parties: (a) Agent for the First Lien Lenders, (b) Agent for the Second Lien Lenders, (c) the U.S. Trustee, and (d) any counsel to any official committee of unsecured creditors appointed in these cases (the "Notice Parties"), that the Debtors shall be authorized to pay the pre-petition amounts identified in this Notice.

WCP has consented to the payments listed on **Exhibit A** hereto. By this Notice, the Debtor Pinnacle Grading, LLC (the "Debtor") hereby provides notice to the Notice Parties that if any of the Notice Parties objects to such payments, such objection should be made within writing to the below counsel for the Debtor within five business days of the date of this Notice.

**Payment Of The Amounts On Exhibit A Are In The Best Interest Of The Estate**

1. The Debtor has provided comprehensive land development services to the City of Flagstaff's Aspen Place project (the "City of Flagstaff Project"). Upon completion of the City of Flagstaff Project, the City of Flagstaff is obligated to pay to the Debtor approximately $2 million

73203-002\DOCS_LA:209157.1            2

as a retention payment (the "Retention Payment"). The City of Flagstaff is also obligated to release the bond issued to support the project in the amount of $16.7 million (the "Bond").

2. The Debtor completed the City of Flagstaff Project. The City of Flagstaff has agreed to make the Retention Payment to the Debtor in two payments-- $1,228,848.68 of which was received on October 8, 2009 and the remainder of approximately $800,000 remains to be received. The Retention Payment by the City of Flagstaff to the Debtor is expressly contingent upon the Debtor paying the service providers for the City of Flagstaff Project, some of which may arguably hold pre-petition claims. In addition, the City of Flagstaff requires that the Debtor provide executed lien releases to the City of Flagstaff from the vendors that have received payments from the Debtor. The Debtor has set forth on Exhibit A those vendors that have been paid by the first installment of the Retention Payment with approval from WCP.

3. The City of Flagstaff has agreed to release the Bond as a result of the completion of the City of Flagstaff Project.

4. The City of Flagstaff requires that the Debtor pays off any vendor that has performed work on the City of Flagstaff Project in order for the Debtor to receive its Retention Payment. Because payment of the amounts on Exhibit A along with future expected payments on account of the second installment payment of the Retention Payment will result in a net cash positive to the estates in the amount of approximately $500,000, payment of the claims listed on Exhibit A is in the best interest of the estate. Moreover, the City of Flagstaff has agreed to release the $16.7 million Bond resulting in a further net positive to the Debtors' estates. For the foregoing reasons, payment of the amounts on Exhibit A is in the best interest of the estates and all creditors hereto.

**DATED** this 13th day of October, 2009.

          **LARSON & STEPHENS**

          /s/ Zachariah Larson, Esq.
          Zachariah Larson, Bar No. 7787
          Kyle O. Stephens, Bar No. 7928
          810 S. Casino Center Blvd., Suite 104
          Las Vegas, NV  89101
          702/382-1170

-and-

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Attorneys for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:209157.1                4

# EXHIBIT A

## Requested Payment Exhibit

| | |
|---|---:|
| Aspen Concrete | $ 170,437.04 |
| Bleekers Boxes | 326.19 |
| CAT AccessAccount | 2,287.65 |
| Derek Hofstetter | 360.00 |
| DeVault Electric | 1,287.51 |
| Don's Office Producst | 766.23 |
| Empire Southwest | 4,072.07 |
| First Class Sanitation | 593.40 |
| Freiday Construction | 333.96 |
| Head Quarters | 65.00 |
| Highway Technologies | 69,830.52 |
| Kingman Auto Supply | 395.31 |
| Kingman True Value | 303.23 |
| Mohave County Treasurer | 834.23 |
| NJ Shaum | 89,091.14 |
| Northland Exploration | 19,973.48 |
| PowerPlan | 489.76 |
| Praxair | 311.31 |
| Qwest | 120.98 |
| Regal Corporation | 0.61 |
| RTR Paving | 41,488.14 |
| Spirit Underground | 684,754.29 |
| Sprint | 1,212.31 |
| Sunstate Equipment | 2,738.43 |
| Truck Tub Intl | 35.00 |
| TSS Enterprises | 10,819.10 |
| United Rentals | 233.64 |
| Warner's Nursery | 122,641.33 |
| White Cap | 3,277.06 |
| Wymat | 805.00 |
| | $ 1,229,883.92 |

*[Signatures: Ki Corbett 10/12/09; Kevin Corbett – Winchester Carlisle]*