James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: October 15, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    October 19, 2009<br>TIME:    9:30 a.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

## STATUS AND AGENDA FOR OCTOBER 19, 2009 HEARING

## AT 9:30 A.M.

1.   *Motion For Relief from Stay Virginia Springall-Smith* **[Rhodes Docket No. 422]**

Related Filings:

A.   *Notice of Hearing* on Docket No. 422 [Rhodes Docket No. 424]

B.   *Amended Motion for Relief from Stay Virginia Springall-Smith* [Rhodes Docket No. 433]

C.   *Certificate of Service* for Docket Entry 433 [Rhodes Docket No. 455]

D.   Amended Certificate of Service for Docket Entry No. 433 [Rhodes Docket No. 549]

**STATUS**:  This matter will be going forward.  This matter was continued to provide the Movant the opportunity to serve the insurance carrier, which was done.  The Debtors and the Movant have agreed on the form of a proposed order, which will be forwarded to the Court for review prior to the hearing.  The insurance carrier has consented to the form of the proposed order.

2.   *Motion to Approve Compromise under Rule 9019 with Nevada State Contractors Board* **[Rhodes Docket No. 550]**

Related Filings:

A.   *Motion for Order Shortening Time* [Rhodes Docket No. 551]

B.   *Attorney Information Sheet* [Rhodes Docket No. 552]

C.   *Order Shortening Time to Hear Motion of Debtor for Order Approving Settlement Agreement with the Nevada State Contractors Board* [Rhodes Docket No. 553]

D.   *Notice of Entry of Order* [Rhodes Docket No. 555]

E.   *Notice of Hearing* for Docket entry 550 [Rhodes Docket No. 556]

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:209222.1     2

  F. Certificate of Service for Docket entries 550, 551, 552, 555 and 556 [Rhodes Docket No. 564]

**STATUS**: This matter will be going forward. No response has been received. A proposed form of Order was submitted with the Motion.

3. *Motion of Debtors for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* **[Rhodes Docket No. 497]**

Related Filings:

A. *Notice of Hearing* for Docket Entry No. 497 [Rhodes Docket No. 498]

B. *Amended Notice of Hearing Date: 10/19/2009 Hearing Time: 9:30 a.m.* [Rhodes Docket No. 560]

C. *Certificate of Service* for Docket Entry 498 [Rhodes Docket No. 561]

D. *Certificate of Service* for Docket Entry 497 [Rhodes Docket No. 562]

E. *Notice of Filing Amended Exhibit A to Motion of Debtors for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Non-Residential Real Property [Rhodes Docket No. 497]* [Rhodes Docket No. 565]

F. *Certificate of Service* for Docket Entry 565 [Rhodes Docket No. 567]

G. *Certificate of Service* for Docket Entry 560 [Rhodes Docket No. 570]

**STATUS**: This matter will be going forward. No response has been received. Since the filing of the Motion, the Debtors have received back all of the signed landlord Consent Letters from the landlords. The proposed form of order submitted with the Motion has been modified accordingly.

Dated: October 15, 2009  LARSON & STEPHENS

          */s/Zachariah Larson*
          Zachariah Larson, Esq. (NV Bar No. 7787)
          810 S. Casino Center Blvd., Ste. 104
          Las Vegas, Nevada 89101

          –and –

PACHULSKI STANG ZIEHL & JONES LLP

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

73203-002\DOCS_LA:209222.1          4