1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:67911.1

9



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: WWW. pszjlaw.com

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

Chavez Construction Clean Up
Attn: David Chavez
2160 W. Charleston Blvd., Suite M
Las Vegas, NV 89102

> Re:  **The Rhodes Companies, et al.**
>      **Chapter 11 Case No. 09-14814**
>      **(Jointly Administered)**

Dear Mr. Chavez:

This firm represents Rhodes Design and Development Corporation and Tuscany Acquisitions, LLC (the "Debtors") in their Chapter 11 bankruptcy cases filed in the United States Bankruptcy Court for the District of Nevada (jointly administered under Case No. 09-14822 LBR). You filed two proofs of claim on behalf of Chavez Construction Clean Up, in the Debtor's bankruptcy cases as follows:

- Tuscany Acquisitions, LLC (Case No. 09-14853 LBR), in the priority amount of 21,223.62, designated as claim number 12; and

- Rhodes Design and Development Corporation (Case No. 09-14846 LBR), in the priority amount of $18,540.00., designated as claim number 131.

The Debtors have reviewed the invoices attached to each of your claims, and have reconciled the amounts due and owing as follows:

Tuscany Acquisitions Claim No. 12 – the Debtors show the following open invoices:

| Invoice No. | Amount |
|---|---|
| PO # TS051000-134 | 11,100.00 |
| #414535 | 216.00 |
| #414540 | 205.86 |
| #414533 | 405.00 |

73203-002\DOCS_SF:67385.1



PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES

Mr. David Chavez
September 17, 2009
Page 2

| Invoice No. | Amount |
|---|---|
| #414538 | 420.00 |
| #414520 | 200.00 |
| #414515 | 190.00 |
| #414511 | 190.00 |
| #414514 | 85.00 |
| #789889 | 190.00 |
| #789891 | 200.00 |
| #414505 | 380.00 |
| #789975 | 380.00 |
| #789977 | 380.00 |
| #789985 | 818.20 |
| #789974 | 539.20 |
| #789894 | 205.00 |
| Total | 16,104.26 |

The remaining invoices under Claim No. 12 have either been paid, were duplicate invoices, or were for services not attributable to the Debtors, and therefore have been removed from the Debtors' calculation of balance due. Furthermore, we do not believe there is any basis for your asserting a priority claim in the Debtors' bankruptcy cases. Therefore, we request that you amend claim no. 12 to a *general unsecured claim* in the amount of $16,104.26 (please be sure to check the "amended" box and reference claim no. 12 on the proof of claim form).

Rhodes Design and Development Corporation Acquisitions Claim No. 131 – the Debtors show the following open invoices:

| Invoice No. | Amount |
|---|---|
| #323944 | 2,300.00 |
| #323946 | 2,500.00 |
| #323947 | 2,500.00 |
| #323948 | 1,380.00 |
| #323949 | 1,080.00 |
| #414521 | 1,200.00 |
| #414534 | 300.00 |
| #414537 | 100.00 |
| #669681 PO # RR120073-135 | 300.00 |



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

Mr. David Chavez
September 17, 2009
Page 3

| Invoice No. | Amount |
|---|---|
| #853485 | 960.00 |
| #853488 | 100.00 |
| #853489 | 900.00 |
| #853490 | 380.00 |
| #853492 | 1,920.00 |
| PO # RR20100B-198 | 1,740.00 |
| PO # SHMF1000-588 | 580.00 |
| Total | 18,240.00 |

Invoice no. 669681 PO # RR120073-135, was attached twice to the claim form, and therefore has been removed from the Debtors' total calculation of balance due. Furthermore, we do not believe there is any basis for your asserting a priority claim in the Debtors' bankruptcy cases. Therefore, we request that you amend claim no. 131 to a *general unsecured claim* in the amount of $18,240.00.

Please amend your Claims by signing and returning the enclosed Notice of Amended claim forms by October 9, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court. Thank you

Very truly yours,

/s/
Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

1

2

3

4

5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

6   In re:                              Case No.: BK-S-09-14853-LBR

7   TUSCANY ACQUISITIONS, LLC,          Chapter 11

8                    Debtor.

9

10              ## NOTICE OF AMENDED PROOF OF CLAIM NO. 12

11

12         CHAVEZ CONSTRUCTION CLEAN UP hereby amends its proof of claim, designated as

13   Claim No. 12 filed in the above-captioned case, from a priority claim of $21,223.62 to a general

14   unsecured claim of $16,104.26.

15

16   Dated: _____, 2009

17

18                                                          _____
                                                                    (signature)
                                          By: _____          (print name)
19                                        Its: _____          (title)

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                              Case No.: BK-S-09-14846-LBR

RHODES DESIGN AND DEVELOPMENT          Chapter 11
CORPORATION,

                        Debtor.

---

### NOTICE OF AMENDED PROOF OF CLAIM NO. 131

---

CHAVEZ CONSTRUCTION CLEAN UP hereby amends its proof of claim, designated as

Claim No. 131 filed in the above-captioned case, from a priority claim of $18,540.00 to a general

unsecured claim of $18,240.00.

Dated: _____, 2009

                                          _____
                                                       (signature)
                                          By: _____  (print name)
                                          Its: _____  (title)

B 10 (Official Form 10) (12/08)

NS-853-63473

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**    Tuscany Acquisitions, LLC    **Case Number:**    09-14853

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

**Chavez Construction Clean Up**

Name and address where notices should be sent:

Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M
Las Vegas, NV 89102
USA

Telephone Number :    (702)352-5518

Name and address where payment should be sent (if different from above):

Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
Telephone Number :

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)*

Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $    21,223.62

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**    Services Performed
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**    4821

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim**    (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe:

Value of property:    $    Annual Interest Rate:    %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$    Basis for perfection:

Amount of Secured Claim:    $    Amount Unsecured:    $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(X).    Services Performed
Amount entitled to priority:

$    21,223.62

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:**    The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Documents:**    Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date:    08/04/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Title: Manager

Printed Name: David Chavez    Signature:

*Penalty for presenting fraudulent claim:*    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

669838

# INVOICE

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction Clean up |
| ADDRESS | ADDRESS |
| 4730 S. Fort Apache Rd. Ste 300 | 2160 W. Charleston Blvd Ste M |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Las Vegas NV 69147 | Las Vegas NV 89102 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 10/16/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscani - Montichello | | | |
| | | | | | |
| | | Extra sweep on all houses at Montichello | | | |
| | | Lot 170, 175, 176, 177, 128, 179, 190, 141 | | | |
| | | 129, 130, 131, 132, 133, 134, 135 | | | |
| | | Sweep entire house, Pick all trash | | | |
| | | left inside the houses. | | | |
| | | blow out cabinets, blow out window | | | |
| | | tracks, clean counter tops - clean | | | |
| | | tubs full of trash. | | | |
| | | | total | H | 2500.00 |

5840

# INVOICE

414535

| SOLD TO | | | SHIP TO | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | Chavez Construction | | | | | |
| **ADDRESS** | | | **ADDRESS** | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | | |
| CUSTOMER ORDER NO. | | SOLD BY | TERMS | | F.O.B. | | DATE 9/16/08 | |
| **ORDERED** | **SHIPPED** | DESCRIPTION | | | | **PRICE** | **UNIT** | **AMOUNT** |
| | | Tuscany | | | | | | |
| | | Parcel 68  lot 215 | | | | | | |
| | | Touch up Clean prop + | | | | | | |
| | | Jo walk | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total | $ | 216 00 |

adams 5840

# INVOICE

414540

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/29/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
|  |  | Tuscany |  |  |  |
|  |  | La Luna  lot 44 |  |  |  |
|  |  | Extra Final Clean on |  |  |  |
|  |  | prior to walk. |  |  |  |
|  |  |  |  |  |  |
|  |  | wah garage - window |  |  |  |
|  |  | wash clean entire |  |  |  |
|  |  | house. |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | total | $ | 205.86 |

Adams 5840

# INVOICE

414533

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | Chaver Construction | | | |
| ADDRESS | | | | ADDRESS | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |

| CUSTOMER.ORDER.NO. | SOLD BY | TERMS | F.O.B. | DATE 9/15/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany | | | |
| | | Parcel l8  lot  215 | | | |
| | | | | | |
| | | Complete final clean | | | |
| | | window wash   sweep · mop | | | |
| | | vacuum  clean bathroom: | | | |
| | | Clean kitchen  and  all | | | |
| | | cabinet. | | | |
| | | | | | |
| | | | | | |
| | | | total $ | 405 ºº |

adams 5840

# INVOICE

414538

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 4/17/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscony Parcel 18 | | | |
| | | Lot 136 | | | |
| | | | | | |
| | | Extra Final Clean | | | |
| | | window wash inside/out | | | |
| | | Clean bathroom, Clean | | | |
| | | Kitchen | | | |
| | | Clean entire house | | | |
| | | | | | |
| | | | | | |
| | | | Total $ | 420 | 00 |

Niedern 5840

# INVOICE

414536

| SOLD TO | | | SHIP TO | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ryoder Homes | | | Maxor Construction | | | | | |
| ADDRESS | | | ADDRESS | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | | |

| CUSTOMER ORDER NO. | | SOLD BY | TERMS | | F.O.B. | | DATE 9/19/08 | |
|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | DESCRIPTION | | | | PRICE | UNIT | AMOUNT |
| | | Tuscany | | | | | | |
| | | Avellino | | | | | | |
| | | | | | | | | |
| | | 1 load of trash PICK up | | | | | | |
| | | on lots | | | | | | |
| | | Box out – sweep garages | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Requested by Bob. | | | | | | |
| | | | | | | | | |
| | | | | | | total | $ | 380 |

Wm adams 5840

# INVOICE

414520

| SOLD TO | | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | Clever construction | | | | |
| ADDRESS | | | | ADDRESS | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 9/08/0? |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany | | | |
| | | Melani 1 of 36 | | | |
| | | Extra. | | | |
| | | After Final & Touch up was | | | |
| | | Complete. They cut a piece | | | |
| | | of marble from Kitchen to | | | |
| | | fit sink. wipe down entire house | | | |
| | | Sweep and mop. | | | |
| | | Painters scratch walls. | | | |
| | | Vacuum entire house, | | | |
| | | total | | $ | 200 00 |

adams 5840

# INVOICE

414515

| SOLD TO | SHIP TO |
|---------|---------|
| Rhodes Homes | Chavez Construction |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/03/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Tuscany | | | |
| | | 10+ 188 Fibn | | | |
| | | 1/2 load of train Pick up | | | |
| | | from garage. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | total | H | 190 | 00 |

☎ adams 5840

# INVOICE

414511

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | Invee Cleaning | | | |

| ADDRESS | | | ADDRESS | |
|---|---|---|---|---|

| CITY, STATE, ZIP | | | CITY, STATE, ZIP | |
|---|---|---|---|---|

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/03/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany | | | |
| | | ½ load of trash pick | | | |
| | | up from P18 lot 215 | | | |
| | | and Fiori lot 198 | | | |
| | | | | | |
| | | | | | |
| | | | | | 190 00 |
| | | | to tal | | 380 00 |

Adams 5840

# INVOICE

789992

| SOLD TO | | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|---|
| Rhoda Hums | | | | Chaves Construction Clean up | | | | |
| **ADDRESS** | | | | **ADDRESS** | | | | |
| **CITY, STATE, ZIP** | | | | **CITY, STATE, ZIP** | | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | 1 load of trash Pick up | | | |
| | | On parcel 18 | | | |
| | | On empty lot by | | | |
| | | brick wall next to | | | |
| | | subcontractors storage | | | |
| | | bins. | | | |
| | | 300 Per load. | | | |
| | | | | | |
| | | Requested by plumbers | | | |
| | | Andress. trash. | total | $ | 380 |

5840

# INVOICE

414514

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | Chavez Construction | | | |
| ADDRESS | | | | ADDRESS | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/3/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany | | | |
| | | Power wash driveway | | | |
| | | On McIblang old sales | | | |
| | | Office Remove tire marks | | | |
| | | lot #2 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | to feel $35 00 |

Adams 5840

# INVOICE

**789889**

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| Rhodes Homes | | Vraver Construction Clean up | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 6/02/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany parcel 24 | | | |
| | | Lot 4  1/2 load of train | | | |
| | | Pick up from garage | | | |
| | | Requested by Dean Griffith | | | |
| | | 380 per load | | | |
| | | total | $ | 190 | 00 |

adams 5840

# INVOICE

789891

| SOLD TO | | SHIP TO | | |
|---|---|---|---|---|
| Rhodes Homes | | Nunez Construction Clean up | | |
| ADDRESS | | ADDRESS | | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 6/09/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany Parcel 15 Fiori | | | |
| | | Extra Rough Clean on lot 146 | | | |
| | | window wash, sweep entire | | | |
| | | house, wipe down | | | |
| | | Countertops and Cabinets | | | |
| | | Clean up all the batrooms. | | | |
| | | | total | $ | 200 ⁰⁰ |

Badams 5840

# INVOICE

414505

| SOLD TO | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | Chavez Construction Clean up | | | | |
| ADDRESS | | | ADDRESS | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | |
| CUSTOMER ORDER NO. | | SOLD BY | TERMS | F.O.B. | | DATE 8/22/08 | |
| ORDERED | SHIPPED | DESCRIPTION | | | PRICE | UNIT | AMOUNT |
| | | Tuscany | | | | | |
| | | 1 load of trash Pick | | | | | |
| | | all Sales office model | | | | | |
| | | #2 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | total # | 380 00 | |

Adams 5840

# INVOICE

789975

| SOLD TO | | SHIP TO | | | | |
|---------|--|---------|--|--|--|--|
| Rhodo Homes | | Chavez Construction | | | | |
| **ADDRESS** | | **ADDRESS** | | | | |
| **CITY, STATE, ZIP** | | **CITY, STATE, ZIP** | | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | | | DATE 9/4/08 |
|---|---|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | 1 load of trash PicK | | | |
| | | at 921 Via Dorcia Ct. | | | |
| | | | | | |
| | | Model - all Sales office | | | |
| | | tear off - drywall, lumber | | | |
| | | trash | | | |
| | | | | | |
| | | | | | |
| | | | total | $ | 300 00 |

# INVOICE

789977

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction Clean up |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 8/11/09 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany Parcel 24 | | | |
| 1 load | | Trash pick up on lots 69, 4, 11, 89 | | | |
| | | Requested by Andres | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | total | $ | 380 00 | |

Rediform 5840

# INVOICE

789985

| SOLD TO | | SHIP TO | | |
|---|---|---|---|---|
| *Rhodes Homes* | | *Omaze Construction Clean up* | | |
| ADDRESS | | ADDRESS | | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE *8/6/08* |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany parcel 25  Models | | | |
| | | Final Clean on 921 via Doccia Ct. | # | | 172.40 |
| | | Final Clean on 929 via Doccia Ct. | # | | 302.70 |
| | | Final Clean on 933 via Doccia Ct. | # | | 343.10 |
| | | | | | |
| | | | | | |
| | | | total | # | 818.20 |

Bademar 5840

# INVOICE

414501

| SOLD TO | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | Chavez Construction Clean up | | | | |
| **ADDRESS** | | | **ADDRESS** | | | | |
| **CITY, STATE, ZIP** | | | **CITY, STATE, ZIP** | | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 8/27/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Tuscany   p.24 | | | |
| | | Final Clean on lot 7 | | | 658 | 90 |
| | | Power wash garage | | | 85 | 00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | total | $ | 743 | 80 |

all-adams 5840

# INVOICE

789974

| SOLD TO | | | | SHIP TO | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | Chavez Construction Clean up | | | | | |
| ADDRESS | | | | ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | | | |

| CUSTOMER ORDER NO. | SOLD BY | | TERMS | | F.O.B. | | DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 8/1/08 | | |

| ORDERED | SHIPPED | DESCRIPTION | | | PRICE | UNIT | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | Tuscany Parcel 24 | | | | | | |
| | | Final Clean on lot 69 | | | | | 439. | 20 |
| | | Windows inside 100+ | | | | | | |
| | | Power wash 2 garages | | | | | 100. | 00 |
| | | | | | | | | |
| | | ' | | | | | | |
| | | | | | | 10-191 | N | 539. | 20 |

5840

# INVOICE

789895

| SOLD TO | | | | | SHIP TO | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rhodes Homes | | | | | Chavez Construction | | | | | |
| ADDRESS | | | | | ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | CITY, STATE, ZIP | | | | | |

| CUSTOMER ORDER NO. | | SOLD BY | | TERMS | | F.O.B. | | | DATE 6/16/08 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ORDERED** | **SHIPPED** | **DESCRIPTION** | | | | | | **PRICE** | **UNIT** | **AMOUNT** |
| | | Tuscany | | | | | | | | |
| | | | | | | | | | | |
| | | Move all loose Postal | | | | | | | | |
| | | fence around golf course | | | | | | | | |
| | | and on empty lots Parcels | | | | | | | | |
| | | 16, 24, 25 | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | Total | $ | 180 | 00 |

Bradaner 5840

# INVOICE                          789894

DATE: 6/16/08

Sold to
Rhodes Homes
4730 S. Fort Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|
| TUSCANY PARCEL 24 | | | |
| Window wash inside/out, sweep entire house | | | |
| clean bathrooms and tubs, wipe down countertops | | | |
| 6/13/08 | | | |

**TOTAL $205.00**

# INVOICE
DATE: 9/03/08

## 414512

Sold to
Rhodes Homes
4730 S. Fort Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|

Tuscany
Parcel 16 lot #2
Power wash driveway to remove drywall marks from
when they tear off sales office.

Requested by:Andres

TOTAL:$85.00

# INVOICE

## DATE: 9/03/08

**414509**

Sold to
Rhodes Homes
4730 S. Fort  Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|

Tuscany
Parcel 18 lot 115
Power wash driveway to remove tire marks

Requested by:Andres



TOTAL:$85.00

# INVOICE                    414540
DATE: 10/06/08

Sold to
Rhodes  Homes
4730 S. Fort  Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
| --- | --- | --- | --- |

Tuscany
La Luna Parcel 25

Extra touch up clean prior to walk

TOTAL:$205.86

Mike
6 pgs

# INVOICE

## 789893

DATE: 6/16/08

**Sold to**
Rhodes Homes
4730 S. Fort  Apache Road, Ste. 300 Las Vegas, NV 89147

**Ship to**
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|
| TUSCANY PARCEL 25 | | | |
| Complete final clean on lot 19 | | $254.70 | |
| power wash garage | | $85.00 | |
| 6/13/08 | | | |

## TOTAL $339.70

# INVOICE

**789998**

DATE: 8/26/08

Sold to
Rhodes Homes
4730 S. Fort Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|
| Tuscany P19 | | | |
| Lot 105 | | | |
| Window wash inside/out | | | |
| trash pick up from garage | | | |

**TOTAL: $220.00**



4730 S. Fort Apache Road, #300
Las Vegas, NV  89147
Ph : (702)873-5338

### Draw Schedule

To:
David
Chavez Construction Clean Up
2160 W. Charleston
Suite M

Order #: TS051000-134
Date: 3/20/2009
Job: TS05-1000 Tuscany--Parcel 5 - Land Dev

Ship To:

Description:  Trash Haul Off

| Total Contract Amount | Total Amt Invoiced | Total Amount Paid | Total Retainage | % Complete |
|---|---|---|---|---|
| $11,100.00 | | | | |

| Job | Cost Code | Description | Amount | % Comp | Amt Invoiced | Balance To Draw | | Completed |
|---|---|---|---|---|---|---|---|---|
| TS05-1000 | 2-08-0200 | Ticket # 671403 | 6,840.00 | | | 6,840.00 | | |
| TS05-1000 | 2-08-0200 | Ticket # 853156 | 4,260.00 | | | 4,260.00 | | |
| | | Totals: | 11,100.00 | | 0.00 | 11,100.00 | | |

Rhodes                                   Date

Work Completed                    Date          Chavez Construction Clean Up          3/27/09   Date

Page 1 of 1



**OMNI**
Management Group

*7*

# The Rhodes Companies, LLC
Proof of Claim

## Instructions For When and Where to File Your Proof of Claim Form:

A Bar Date has been set in this matter of August 5, 2009 for the filing of Proofs of Claim. All claims must filed no later than on August 5, 2009 .

All signed original Proof of Claim Forms along with accompanying documentation must be filed at the following address:

Rhodes Companies, LLC
C/O Omni Management Group, LLC
16161 Ventura Blvd., Ste C
PMB 477
Encino, CA 91436

Proofs of Claim may be submitted in person, by courier service, hand delivery or mail to the Bankruptcy Court at the forgoing address.

To receive a conformed copy of your filed Proof of Claim form, you must include a stamped self-addressed envelope and an additional copy of your proof of claim.

*If you should have any questions about how to fill out your Proof of Claim form, you should review the instructions listed on the back of the Proof of Claim form. Otherwise, you will need to consult with your own legal advisor.*

Case * Tuscany Acquisitions. LLC 09-14853

Contact information to personalize the Proof of Claim

| | | | |
|---|---|---|---|
| Creditor Name | Chavez Construction Clean Up | | |
| Address Line 1 | 2160 W. Charleston Blvd. Ste. M | | |
| Address Line 2 | | | |
| City | Las Vegas | State | NV |
| Zip Code | 89102 | Country | USA |
| Email | info@chavezcleanup.con | Phone | (702)352-5518 |
| Signatory | | | |

**David Chavez**

Title        **Manager**

Continue        Reset   In case your popup blocker prevented your proof of
claim from diplaying, please click here to view and
print it.

*Required

Note: Adobe Acrobat or Acrobat Reader must be installed on your system in order
to print your proof of claim. Click the link to the right to install Adobe Acrobat      Reader·
Reader.

© 2009 Omni Management Group, LLC.

B 10 (Official Form 10) (12/08)

NS-846-251502

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:    Rhodes Design and Development Corp. | Case Number:    09-14846 |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Chavez Construction Clean Up**

Name and address where notices should be sent:

Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M
Las Vegas, NV 89102
USA

Telephone Number :    (702)352-5518

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(if known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
Telephone Number : _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $    18,540.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**    4 8 2 1

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim**    (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe:

Value of property:    $ _____    Annual Interest Rate: _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____    Basis for perfection:

Amount of Secured Claim:    $ _____    Amount Unsecured    $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
Services Performed

Amount entitled to priority:
$    18,540.00

* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:**    The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Documents:**    Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date:    06 : 04 : 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Title: Manager

Printed Name: David Chavez    Signature: *David Chavez*

Penalty for presenting fraudulent claim:    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

THIS SPACE IS FOR COURT USE ONLY

**FILED**

**AUG 05 2009**

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

YB131


# OMNI
Management Group

# The Rhodes Companies, LLC
Proof of Claim

### Instructions For When and Where to File Your Proof of Claim Form:

A Bar Date has been set in this matter of August 5, 2009 for the filing of Proofs of Claim. All claims must filed no later than on August 5, 2009 .

All signed original Proof of Claim Forms along with accompanying documentation must be filed at the following address:

Rhodes Companies, LLC
C/O Omni Management Group, LLC
16161 Ventura Blvd., Ste C
PMB 477
Encino, CA 91436

Proofs of Claim may be submitted in person, by courier service, hand delivery or mail to the Bankruptcy Court at the forgoing address.

To receive a conformed copy of your filed Proof of Claim form, you must include a stamped self-addressed envelope and an additional copy of your proof of claim.

### *If you should have any questions about how to fill out your Proof of Claim form, you should review the instructions listed on the back of the Proof of Claim form. Otherwise, you will need to consult with your own legal advisor.*

Case * Rhodes Design and Development Corp. 09-14846

Contact information to personalize the Proof of Claim

| | | | |
|---|---|---|---|
| Creditor Name | Chavez Construction Clean Up | | |
| Address Line 1 | 2160 W. Charleston Blvd. Ste. M | | |
| Address Line 2 | | | |
| City | Las Vegas | State | NV |
| Zip Code | 89102 | Country | USA |
| Email | info@chavezcleanup.con | Phone | (702)352-5518 |
| Signatory | | | |

David Chavez

Title    Manager

Continue        Reset    In case your popup blocker prevented your proof of
                        claim from diplaying, please click here to view and
                        print it.

*Required

Once Adobe Acrobat or Acrobat Reader must be installed on your system in order
to print your proof of claim. Click the link to the right to install Adobe Acrobat
Reader.                                                                    Reader

© 2009 Omni Management Group, LLC.

# INVOICE

414521

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction Clean |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/09/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT | |
|---|---|---|---|---|---|---|
| | | X-1f Condos. Building # 24 | | | | |
| | | Extra. | | | | |
| | | After final was complete | Unit | 1137 | 150 | 00 |
| | | They tear off wall to put | unit | 1138 | 150 | 00 |
| | | extra Sprincle on stairway | unit | 1139 | 150 | 00 |
| | | Insolution got all over the | unit | 1140 | 150 | 00 |
| | | epts. | unit | 1141 | 150 | 00 |
| | | Vacum and mop, dust down | unit | 1142 | 150 | 00 |
| | | con for Tops. | Unit | 1143 | 150 | 00 |
| | | | Unit | 1144 | 150 | 00 |
| | | | Total | $ | 1,200 | 00 |

adams 5840

# INVOICE

414534

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 9/10/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch | | | |
| | | Collections | | | |
| | | Haull of 40 buckets of old Paint from empty lot by old Wood Chincher | | | |
| | | For Slabt | | | |
| | | Total $ 300.00 | | | |

Adams 5840

# INVOICE

853485

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Vegas Construction Clean up |
| ADDRESS | ADDRESS |
| 4730 S. Fort Apache Rd st 300 | 7160 w Charleston Blvd ste M |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Las vegas NV 89147 | Las vegas Nv 89102 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 10/23/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch | | | |
| | | The Greens | | | |
| | | | | | |
| | | Sweep entire house on | | | |
| | | lots 157, 158, 159, 160, 169, 170, 171, 172 | | | |
| | | $120.00 each | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | total $ | 960 | 00 |

Biederman 5840

# INVOICE

853490

SOLD TO
Rhodes Homes
ADDRESS
4730 S Fort Apache Rd ste 300
CITY, STATE, ZIP
Las Vegas Nv 89147

SHIP TO
Chavez Construction Clean up
ADDRESS
2160 w. Charleston Blvd ste M
CITY, STATE, ZIP
Las Vegas Nv 89102

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 10/3/07 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch The Greens | | | |
| | | One load of Trash | | | |
| | | Pick up on Fort Apache Blvd. | | | |
| | | outside the wall at the Greens Brick | | | |
| | | | | | |
| | | | | | |
| | | Total | # | 360.00 |

5840

# INVOICE

Dean Griffith

053488

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chance Construction Clean up |
| **ADDRESS** 4730 S. Ivy Apache Rd ste 300. | **ADDRESS** 2160 w. Charleston Blvd ste 4 |
| **CITY, STATE, ZIP** Las Vegas Nv 89147 | **CITY, STATE, ZIP** Las Vegas Nv 89102 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 10/27/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch | | | |
| | | The Irons. | | | |
| | | 1/4 of trash pick up | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total | $ | 100. | 00 |

5840

# INVOICE

**853489**

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Thavez Construction Clean up |
| **ADDRESS** 4730 S. Fort Apache Rd | **ADDRESS** 2100 W. Charleston Blvd Ste 14 |
| **CITY, STATE, ZIP** Las Vegas Nv 89147 | **CITY, STATE, ZIP** Las Vegas NV 89102 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 10/30/08 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch | | | |
| | | the greens | | | |
| | | | | | |
| | | sweep entry house on lots | | | |
| | | 130, 131, 132, 133, 134 | | | |
| | | 135, 136, 137, 138, 139, 140 | | | |
| | | 141, 142, 143, 144, 145 | | | |
| | | Blando Park | | | |
| | | | | | |
| | | | | | |
| | | | 12.00 | # | 900.00 |

adams 5840

# INVOICE

853492

| SOLD TO | SHIP TO |
|---|---|
| Rhodes Homes | Chavez Construction Cleanup |
| ADDRESS: 4730 S. Fort Apache Rd Ste 300 | ADDRESS: 2160 W. Charleston Blvd st. N |
| CITY, STATE, ZIP: Las Vegas Nv 89147 | CITY, STATE, ZIP: Las Vegas Nv 89102 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 11/03/08 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rhodes Ranch — The Greens | | | |
| | | Extra::: | | | |
| | | Sweep entire house trash | | | |
| | | Pickup due to stairway tear | | | |
| | | off. on lots. 157, 158, 159 | | | |
| | | 160, 161, 162, 163 164 165, 166 | | | |
| | | 167, 168 169, 170, 171. 172. | | | |
| | | | | | |
| | | | | | |
| | | | Total | # | 1970.00 |

Adams 5840

323944

INVOICE

323944

INVOICE



## **Draw Schedule**

**To:** David
Chavez Construction Clean Up
2160 W. Charleston
Suite M

**Order #:** SHMF1000-588
**Date:** 3/11/2009
**Job:** SHMF-1000 X-IT

**Ship To:**

**Description:** Trash Haul Off

| Total Contract Amount | Total Amt Invoiced | Total Amount Paid | Total Retainage | % Complete |
|---|---|---|---|---|
| $580.00 | | | | |

| Job | Cost Code | Description | Amount | % Comp | Amt Invoiced | Balance To Draw | | Completed |
|---|---|---|---|---|---|---|---|---|
| SHMF-1000 | 2-08-0200 | Trash Haul Off | 580.00 | | | 580.00 | | |
| | | Totals: | 580.00 | | 0.00 | 580.00 | | |

Rhodes                                    3/13/09
                                          Date

Work Completed                            Date

Chavez Construction Clean Up              3/13/09
                                          Date

Page 1 of 1



4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Draw Schedule

To: David
Chavez Construction Clean Up
2160 W. Charleston
Suite M

Order #: RR20100B-198
Date: 3/23/2009
Job: RR20-100B  RR Fairways Unit 2 - Land

Ship To:

Description:  Trash Haul Off

| Total Contract Amount | Total Amt Invoiced | Total Amount Paid | Total Retainage | % Complete |
|---|---|---|---|---|
| $1,740.00 | | | | |

| Job | Cost Code | Description | Amount | % Comp | Amt Invoiced | Balance To Draw | Completed |
|---|---|---|---|---|---|---|---|
| RR20-100B | 2-08-0200 | Ticket # 853165 | 1,740.00 | | | 1,740.00 | |
| | | Totals: | 1,740.00 | | 0.00 | 1,740.00 | |

Rhodes  *Scott Pozorkrplal*

Work Completed          Date  *3/27/09*

Chavez Construction Clean Up          Date  *3/27/09*

Page 1 of 1



**R H O D E S**
**H O M E S**

**PURCHASE ORDER**
**RR120073-135**

**JOB NUMBER: RR120073**
**ORDER DATE: 12/17/2008**

### 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3452 | JOB ADDRESS: |
|---|---|
| Chavez Construction Clean Up | 585 Over Par Court |
| 2160 W. Charleston | 585 Over Par Court |
| Suite M | Las Vegas NV 89148 |
| Las Vegas NV 89102 | |
| | **RR12 TOURNAMENT**          LOT #: 0073 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3042 | A | LEFT | | | |

## PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| | **\*\*\*\* 446 Const CleanUp d3 \*\*\*\*** | | | | |
| 4463 | Invoice #669681 | 1.00 | bid | 300.00 | 300.00 |
| | 3030300        S              Subcontract | | | | |
| | Final Clean on home after all walk items were completed and before homeowner moves in. | | | | |

| | | |
|---|---|---|
| Action Taken to Stop Further Variance: | Net Order | 300.00 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **300.00** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _____ | By: _____ |
| Title: Prod. Supervisor | Title: _____ | Title: _____ |
| Date: 12/17/2008 | Date: _____ | Date: _____ |

## IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

# INVOICE
DATE: 9/15/08

# 414537

Sold to
Rhodes  Homes
4730 S. Fort  Apache Road, Ste. 300 Las Vegas, NV 89147

Ship to
Chavez Construction Clean Up
2160 W. Charleston Blvd. Ste. M Las Vegas, NV 89102

| Description | Qty. | Amount | Total |
|---|---|---|---|
| RHODES RANCH | | | |

Frame sweep on lot 508 at Collections

Requested by. Scott

COPY

TOTAL:$100.00



**RHODES**
H O M E S

**JOB NUMBER: RR120073**
**ORDER DATE: 12/17/2008**

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3452 | JOB ADDRESS: |
|---|---|
| Chavez Construction Clean Up | 585 Over Par Court |
| 2160 W. Charleston | 585 Over Par Court |
| Suite M | Las Vegas NV 89148 |
| Las Vegas NV 89102 | |
| | RR12 TOURNAMENT          LOT #: 0073 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3042 | A | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                         Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 446 Const CleanUp d3 \*\*\*\*** | | | | | | | |
| 4463 | Invoice #669681 | | | 1.00 | bid | 300.00 | 300.00 |
| | 3030300 | S | Subcontract | | | | |
| | Final Clean on home after all walk items were completed and before homeowner moves in. | | | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 300.00 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **300.00** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: _Kathy Sanucci_ | By: _____ | By: _____ |
| Title: _Prod. Supervisor_ | Title: _____ | Title: _____ |
| Date: _12/17/2008_ | Date: _____ | Date: _____ |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

323946

**INVOICE**

SOLD TO: Rhodes Homes

ADDRESS 4730 S. Fort Apache Rd

CITY, STATE, ZIP Las Vegas NV 89147

SHIPPED TO: Chavez Construction

ADDRESS 2160 W. Charleston Blvd

CITY, STATE, ZIP Las Vegas NV 89102

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | | | | | 10/04/08 |

Rhodes Ranch. The Greens

Lots 177 - 194
Lots 161 - 168

Extra Clean
Clean each house inside/out
sweep, blow out dust from
Cabinets, and window tracks.
Clean tubs full or trash
clean up toilets.
Pick up material from other
subs that was around
the houses.
Sweep entire streets. Sweep
side walks and driveways.

total $12500

8140

323948

**INVOICE**

SOLD TO: Rhodes Homes
ADDRESS: 4730 s Fort Apache Rd ste 300
CITY, STATE, ZIP: Las Vegas NV 89147

SHIPPED TO: Chavez Construction
ADDRESS: 2160 w Charleston Blvd St N
CITY, STATE, ZIP: Las Vegas NV 89102

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | | | | | 10/20/08 |

| | | | | | |
|---|---|---|---|---|---|
| | Rhodes Ranch | | | | |
| | The Greens. | | | | |
| | | | | | |
| 10/15/08 | Lot 184  sweep entire house. Pick up | | | | 120 ⁰⁰ |
| | lumber all over the house. | | | | |
| | | | | | |
| 10/17/08 | Sweep entire house, including garage | | | | |
| | driveway and sidewalk, on lots | | | | |
| | 177 - 178 - 179 - 180 - 184 - 185 - 186 - 187 | | | | |
| | 188 - 189 - 190 - 191 - 192 - 193 - 194 | | | | |
| | $60.00 each lot. | | | | 900 ⁰⁰ |
| | | | | | |
| 10/17/08 | Final Clean on Construction Trailer | | | | 0 |
| | No Charge. Rhodes Ranch and Tuscany | | | | |
| | | | | | |
| 10/20/08 | Sweep entire house, including garage | | | | |
| | driveways and side walks, on lots | | | | |
| | 177 - 178 - 179 - 185 - 187 - 191 | | | | 360 ⁰⁰ |
| | $60.00 each lot. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | $ 1,380 ⁰⁰ |

8140

323947

# INVOICE

**SOLD TO:**
Rhodes Homes

**ADDRESS**
9730  S. Fort Apache Rd ste 300

**CITY, STATE, ZIP**
Las Vegas NV 89147

**SHIPPED TO:** Chavez Construction

**ADDRESS** 2160 w. Charleston Blvd 1

**CITY, STATE, ZIP** Las Vegas NV 84102

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | FOB | DATE |
|---|---|---|---|---|---|
| | | | | | 10/19/08 |

Rhodes Ranch - The Greens.

lots  177 - 194
lots 161 - 168

Extra Clean
Clean each house inside /out
Sweep, blow out dust from
cabinets and window tracks
Clean tubs full of trash
Clean toilets.
Sweep entire streets sweep
sidewalk and driveways.

| | | | | 2.500 |

8140

323949

**INVOICE**

| | |
|---|---|
| SOLD TO: Rhodes Homes | SHIPPED TO: Chavez Construction |
| ADDRESS 4730 S. Fort Apache Rd ste 300 | ADDRESS 2160 W. Charleston Blvd N |
| CITY, STATE, ZIP Las Vegas NV 89147 | CITY, STATE, ZIP Las Vegas NV 89102 |

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | F.O.B. | DATE 10/23/08 |
|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Rhodes Ranch the Greens | lot | 157 | 180 | 00 |
| Sweep entire house | lot | 158 | 120 |  |
| Pick up trash inside and | lot | 189 | 120 |  |
| around the houses. | lot | 160 | 120 |  |
| On lots 157, 153, 159, 160 | lot | 161 | 120 |  |
| 167, 170, 171, 172, | lot | 169 | 120 |  |
| $120.00 each lot | lot | 170 | 120 |  |
|  | lot | 171 | 120 |  |
|  |  | 172 | 120 |  |
|  |  |  |  |  |

total $ 1980

8140

323944

INVOICE

SOLD TO:
Rhodes Homes

ADDRESS
4730 S. Fort Apache Rd Ste. 300

CITY, STATE, ZIP
Las Vegas NV 89147

SHIPPED TO:
Chavez Construction Cleanup

ADDRESS
8160 W Charleston Blvd ste ?

CITY, STATE, ZIP
Las Vegas  NV  89102

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | | | | | 10/11/08 |

| | | | | | |
|---|---|---|---|---|---|
| | Rhodes Ranch — The Greens | | | | |
| | Lots 177-174   $100.00 each lot | | total | $ | 150 ⁰⁰ |
| | Lots 161-168 , $100.00 each lot | | total | $ | 800 ⁰⁰ |
| | Nice.... 10/04/08 | | | | |
| | Clean entire house. | | | | |
| | Sweep, blow out dust from Cabinets | | | | |
| | Clean window tracks | | | | |
| | Clean tubs full of trash | | | | |
| | Clean toilets. | | | | |
| | Trash pick up all around each house | | | | |
| | pick up material that was around the | | | | |
| | houses. | | | | |
| | Sweep entire street. | | | | |
| | sweep driveways | | | | |
| | Sweep entire side walk from each | | | | |
| | houses. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | total | $ | 2300 ⁰⁰ |

8140