1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:67911.1                          10

1
2
3
4
5
6
7
8
9
10

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| | (Jointly Administered) |

11
12   THE RHODES COMPANIES, LLC, aka
     "Rhodes Homes," et al.,[1]              Chapter 11

13             Debtors.

14   Affects:                                 Hearing Date: November 16, 2009
         ☐   All Debtors                      Hearing Time:  9:30 a.m.
15       ☒   Affects the following Debtor(s):  Courtroom 1

16       Tuscany Acquisitions, LLC 09-14853 LBR
         and Rhodes Design and Development
17       Corporation 09-14846 LBR

18
19
20
21

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
(Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:67911.1

**ORDER SUSTAINING DEBTORS' OBJECTION TO CHAVEZ CONSTRUCTION CLEAN UP;S CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [BOOKS & RECORDS CLAIMS] [DOCKET NO.    ]**

Upon consideration of *Debtors' Objection to Chavez Construction Clean Up's Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books & Records Claims]* [Docket No. ___] (the "Objection"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order reducing and reclassifying the disputed claims; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the claims attached as part of Exhibit A to the Objection and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Objection establishes just cause for the relief requested therein; therefore

IT IS HEREBY ORDERED THAT:

1.      Claim number 12 of Chavez Construction Clean Up in the priority amount of $21,223.62, filed against Tuscany Acquisitions, LLC, is hereby reduced and reclassified to a general unsecured claim in the amount of $16,104.26.

2.      Claim number 131 of Chavez Construction Clean Up in the priority amount of $18,540.00, filed against Rhodes Design and Development Corporation, is hereby reduced and reclassified to a general unsecured claim in the amount of $18,240.00.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1 | APPROVED/DISAPPROVED:

2 | DATED this ___ day of November, 2009.

3 |

4 | By: _____
   UNITED STATES TRUSTEE
   August B. Landis

5 | Office of the United States Trustee

6 | 300 Las Vegas Blvd. S., Ste. 4300
   Las Vegas, NV 89101

7 | Submitted by:

8 |

9 | DATED this 16th day of November, 2009.

10 | By: /s/ Zachariah Larson
   LARSON & STEPHENS

11 | Zachariah Larson, Esq. (NV Bar No 7787)
   Kyle O. Stephens, Esq. (NV Bar No. 7928)

12 | 810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV 89101

13 | (702) 382-1170 (Telephone)

14 | (702) 382-1169 (Facsimile)
   zlarson@lslawnv.com

15 | *Attorneys for Debtors*

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:67911.1        13

1

## LR 9021 Certification

2

3    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

4    ___ The court has waived the requirement of approval under LR 9021.

5    ___No parties appeared or filed written objections, and there is no trustee appointed in the case.

6    ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
7    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
     and each has approved or disapproved the order, or failed to respond, as indicated below.
8

9

10   Submitted by:
     DATED this 16th day of November 2009.

11

     By: /s/ Zachariah Larson
12       LARSON & STEPHENS
         Zachariah Larson, Esq. (NV Bar No 7787)
13       Kyle O. Stephens, Esq. (NV Bar No. 7928)
         810 S. Casino Center Blvd., Ste. 104
14       Las Vegas, NV 89101
         (702) 382-1170 (Telephone)
15       (702) 382-1169
         zlarson@lslawnv.com
16       Attorneys for Debtors

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169