1  James I. Stang, Esq. (CA Bar No. 94435)
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
          wdisse@pszjlaw.com
7
8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702/382.1170
   Facsimile:  702/382.1169
11 Email: zlarson@lslawnv.com
12
   Attorneys for Debtors and
13 Debtors in Possession

E-File:  October 16, 2009

14
15              **UNITED STATES BANKRUPTCY COURT**
16                      **DISTRICT OF NEVADA**
17 In re:                                    Case No.: BK-S-09-14814-LBR
                                             (Jointly Administered)
18 THE RHODES COMPANIES, LLC, aka
   "Rhodes Homes, et al., [1]               Chapter 11
19              Debtors.
20 _____
21 Affects:
22 ☐   All Debtors
   ☒   Affects the following Debtor(s):
23
   The Rhodes Companies, LLC 09-14814
24 LBR; Tuscany Golf Country Club, LLC       Hearing Date:  November 16, 2009
   09-14884                                  Hearing Time:  9:30 a.m.
25                                           Courtroom 1

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

26
   _____
27 [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
   14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
   Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
28 No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
   14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
   LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
   Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.

73203-001\DOCS_SF:67924.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [INSUFFICIENT DOCUMENTATION CLAIMS]; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby object (the "Third Omnibus Objection") to each of the claims (the "Insufficient Documentation Claims") attached hereto as **Exhibit A**. The Debtors are objecting pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request the entry of an order (the "Order") disallowing and expunging in full each of the Insufficient Documentation Claims.[2]  In support of this Third Omnibus Objection, the Debtors rely on the *Declaration of Paul D. Huygens in Support of Debtors' Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Insufficient Documentation Claims]*, attached hereto.  In further support of this Third Omnibus Objection, the Debtors respectfully represent as follows:

### BACKGROUND

1.     On March 31, 2009, the above-captioned Debtors (the "Primary Filers") except Tuscany Golf Country Club, LLC, Pinnacle Grading, LLC, and Rhodes Homes Arizona, LLC (the "Secondary Filers") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code.  On April 1, 2009, the Secondary Filers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  All references to Petition Date herein shall mean March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable.

---

09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2]  The Debtors reserve the right to file additional omnibus objections, whether on substantive or non-substantive grounds, to any and all other claims filed against their estates.

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

The Debtors are continuing in possession of their property and are operating and managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.       The Debtors object to each of the following Insufficient Documentation Claims, true and correct copies of which are attached hereto as **Exhibit A**:

- Claim No. 37, filed by Evelia Delayo (the "<u>Delayo Claim</u>") in Case No. 09-14814 against The Rhodes Companies, LLC, in the amount of $3,000;

- Claim No. 8, filed by HSBC Bank Nevada, N.A. (the "<u>HSBC Claim</u>") in Case No. 09-14884 against Tuscany Golf Country Club, LLC in the amount of $291.52;

- Claim No. 10, filed by Recovery Management Systems Corporation (the "<u>Recovery Management Claim</u>") in Case No. 09-14884 against Tuscany Golf Country Club, LLC in the amount of $32,621.67; and

- Claim No. 35, filed by Verizon Wireless (the "<u>Verizon Claim</u>") in Case No. 09-14814 against The Rhodes Companies, LLC in the amount of $8,038.60.

3.       With respect to the Delayo Claim, claimant failed to attach any documentation supporting its claim.  The Debtors are unable to locate any records pertaining to the claim based on the information provided on the claim, and therefore are unable to determine the validity of the Delayo Claim.  On September 16, 2009, the Debtors sent claimant a letter requesting the withdrawal of the claim, a true and correct copy of which is attached hereto as **Exhibit B**.  As of this date, the Debtors have not received any response or documentation supporting the Delayo Claim.

4.       With respect to the HSBC Claim, claimant failed to attach any documentation supporting its claim.  The Debtors are unable to locate any records pertaining to the claim based on the information provided in the claim, and therefore are unable to determine the validity of the HSBC Claim.  On September 18, 2009, the Debtors sent claimant a letter requesting additional information regarding the claim, a true and correct copy of which is attached hereto as **Exhibit C**.  As of this date, the Debtors have not received any response or documentation supporting the HSBC Claim.

5.    With respect to the Recovery Management Claim, the supporting documentation attached to the claim is insufficient for the Debtors to determine the validity of the claim.  On September 18, 2009, the Debtors sent claimant a letter requesting additional information regarding the claim, a true and correct copy of which is attached hereto as **Exhibit D**.  As of this date, the Debtors have not received any response or documentation supporting the Recovery Management Claim.

6.    With respect to the Verizon Claim, the supporting documentation attached to the claim is insufficient for the Debtors to determine the validity of the claim.  On September 18, 2009, the Debtors sent claimant a letter requesting additional information regarding the claim, a true and correct copy of which is attached hereto as **Exhibit E**.  As of this date, the Debtors have not received any response or documentation supporting the Verizon Claim.

## RELIEF REQUESTED

7.    By this Third Omnibus Objection, the Debtors seek entry of an order, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, disallowing and expunging in full each of the disputed Insufficient Documentation Claims.

## OBJECTION

8.    Bankruptcy Rule 3007(d) provides that the Debtors may submit objections to more than one claim in an "omnibus" format if the claims were presented in a form that does not comply with applicable rules, and that the objector is unable to determine the validity of the claim because of the noncompliance.  The disputed claims do not provide sufficient documentation for the Debtors to determine the validity of the claims.  For the reasons set forth herein, the Insufficient Documentation Claims are not valid claims against the Debtors.

9.    Bankruptcy Code section 502 authorizes a party in interest to object to claims. *See* 11 U.S.C. §502(a).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and amount of the claim.  *Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996) (quoting *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax:  (702) 382-1169

Cir. 1992)).  The Bankruptcy Appellate Panel for the Ninth Circuit explained the shifting

burdens of proof with respect to objection to proofs of claim as follows:

> The burden of proof for claims brought in the bankruptcy court
> under 11 U.S.C.A. § 502(a) rests on different parties at different
> times.  Initially, the claimant must allege facts sufficient to support
> the claim.  If the averments in his filed claim meet this standard of
> sufficiency, it is "prima facie" valid.  In other words, a claim that
> alleges facts sufficient to support a legal liability to the claimant
> satisfies the claimant's initial obligation to go forward. . . . The
> burden of persuasion is always on the claimant.

*Id.* (emphasis added).  Following this decision, the District Court for the Northern District of

California emphasized, "unless the claimant has alleged 'facts sufficient to support a legal

liability, 'the claim is not prima facie valid."  *In re Hongnisto*, 293 B.R. 45, 50 (N.D. Cal. 2003)

(quoting *Consolidated Pioneer Mortg.,* 178 B.R. at 266) (holding that the claimant's proof of

claim failed to allege sufficient facts to support a legal liability and consequently disallowed the

proof of claim); *see Consolidated Pioneer Mortg.,* 178 B.R. at 227 (holding that because the

proof of claim did not allege sufficient facts to support the claim, the proof of claim was

disallowed).

      10.    Based on the Debtors' review of their books and records and the disputed claims,

the claimants have no valid legal justification for asserting the filed Insufficient Documentation

Claims.  As a result, the Debtors submit that the Insufficient Documentation Claims should be

expunged and disallowed in their entirety.

## CONCLUSION

      11.    The Debtors object to the allowance of the Insufficient Documentation Claims for

the reasons stated herein, and the Debtors hereby move this Court for an Order disallowing and

expunging in full each of the Insufficient Documentation Claims.

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax:  (702) 382-1169

**NOTICE**

12.    Notice of this objection has been provided to (i) the Office of the United States Trustee, (ii) counsel to the Creditors' Committee, (iii) each holder of an Insufficient Documentation Claim to which the Debtors are objecting in this Third Omnibus Objection in accordance with the addresses provided in the proofs of claim for such Insufficient Documentation Claims, (iv) each person or entity that has filed a notice of appearance and request for special notice, and (v) other required parties pursuant to the Court's case management order entered in these cases.  The Debtors submit that in light of the nature of the relief requested herein, no other or further notice is required.

13.    Pursuant to Bankruptcy Rule 3007, the Debtors have provided all claimants affected by the Third Omnibus Objection with at least thirty (30) days' notice of the hearing on the Omnibus Objection.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit F**, disallowing and expunging the Insufficient Documentation Claims, and granting such other and further relief as the Court deems just an proper.

**DATED** this 16th day of October, 2009.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## DECLARATION OF PAUL D. HUYGENS IN SUPPORT OF THIRD OMNIBUS OBJECTION

I, Paul D. Huygens, declare as follows:

1.     I am the Senior Vice President of Special Projects of the above-captioned debtors and debtors in possession (the "Debtors"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.     This declaration is submitted in support of the *Debtors' Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007[Insufficient Documentation Claims]* (the "Third Omnibus Objection").

3.     I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Third Omnibus Objection and am directly, or by and through my personnel or agents, familiar with the information contained therein.

4.     The claims and attached information and documentation were carefully reviewed and analyzed in good faith, and the Debtors' books and records were referenced for additonal support, utilizing due diligence by appropriate personnel of the Debtors. These efforts have resulted in the identification of the disputed "Insufficient Documentation Claims", as identified in the Third Omnibus Objection. I have personally reviewed each of the Insufficient Documentation Claims.

5.     To the best of my knowledge, information and belief, the claims listed in the Third Omnibus Objection, copies of which are attached hereto as **Exhibit A**, are not valid claims against the Debtors. As a result, I believe that these the Insufficient Documentation Claims should be disallowed and expunged by the Court.

6.     With respect to the Delayo Claim, claimant failed to attach any documentation supporting its claim. The Debtors are unable to locate any records pertaining to the claim based on the information provided on the claim, and therefore are unable to determine the validity of the Delayo Claim. On September 16, 2009, the Debtors sent claimant a letter requesting that claimant withdraw the claim, a true and correct copy of which is attached hereto

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1   as **Exhibit B**.  As of this date, the Debtors have not received any response or documentation

2   supporting the Delayo Claim.

3   7.   With respect to the HSBC Claim, claimant failed to attach any

4   documentation supporting its claim.  The Debtors are unable to locate any records pertaining to

5   the claim based on the information provided on the claim, and therefore are unable to determine

6   the validity of the HSBC Claim.  On September 18, 2009, the Debtors sent claimant a letter

7   requesting additional information regarding the claim, a true and correct copy of which is

8   attached hereto as **Exhibit C**.  As of this date, the Debtors have not received any response or

9   documentation supporting the HSBC Claim.

10  8.   With respect to the Recovery Management Claim, the supporting

11  documentation attached to the claim is insufficient for the Debtors to determine the validity of

12  the claim.  On September 18, 2009, the Debtors sent claimant a letter requesting additional

13  information regarding the claim, a true and correct copy of which is attached hereto as **Exhibit

14  D**.  As of this date, the Debtors have not received any response or documentation supporting the

15  Recovery Management Claim.

16  9.   With respect to the Verizon Claim, the supporting documentation attached

17  to the claim is insufficient for the Debtors to determine the validity of the claim.  On September

18  18, 2009, the Debtors sent claimant a letter requesting additional information regarding the

19  claim, a true and correct copy of which is attached hereto as **Exhibit E**.  As of this date, the

20  Debtors have not received any response or documentation supporting the Verizon Claim.

21  10.  I believe that granting the relief requested in the Third Omnibus Objection

22  is in the best interests of the Debtors, their estates and their creditors.

23  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

24  and correct to the best of my knowledge, information, and belief.

25  Executed this 16th day of October, 2009, at Las Vegas, Nevada.

26  /s/ *Paul D. Huygens*
    _____
27  Paul D. Huygens

28

73203-001\DOCS_SF:67924.1                    8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: THE RHODES COMPANIES LLC | Case Number: 09-14814 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**EVELIA DELAYO**

Name and address where notices should be sent:
**HERRITAGE Land Company, LLC**
**c/o Omni Management Group, LLC**
**16161 Ventura Blvd, suite Suite C**
Telephone number: **PMB 477**
866-989-6144 **Encino, CA 91436**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **14814**
*(If known)*

Filed on: **July 20, 2009**

Name and address where payment should be sent (if different from above):
**Evelia Delayo**
**1044 Via Canale Dr**
**Henderson, Nevada 89011**
Telephone number:
**(702) 564-0995 or cell# (949) 285-1440**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **3,000.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Construction Defect (Master Bedroom) loose florboards
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _ **-14814**

   **3a. Debtor may have scheduled account as:** Chapter 11 bankruptcy
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property:$ **445,000.00** paid cash, no lean involved  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $ **3,000.00**  Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ **3,000.00**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

| Date:
7-20-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Evelia Delayo* EVELIA DELAYO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LAS VEGAS NV 890

22 JUL 2009  PM 5 1

RECEIVED
JUL 2 7 2009

Herritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd, Suite C
PMB 477
Encino, CA 91436

91436+2623

Evelia Delayo
1044 Via Canale Dr
Henderson Nevada 89011

e-filed on 07/28/09

Case 09-14884-gwz Doc 576 Claim 8-1 Entered 10/16/09 14:08:52 Page 12 of 29
Case 09-14884-LBR Claim 8-1 Filed 07/28/09 Page 1 of 1          05/07/2009          08/05/2009

**B10 (Official Form 10) (12/08)**

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF NEVADA _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Tuscany Golf Club LLC | Case Number: 09-14884-LBR |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
HSBC Bank Nevada, N.A.(OFFICEMAX COMM)

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
HSBC Bank Nevada, N.A.
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
Telephone number:
(520) 577 - 1544

**Court Claim Number:_____**
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Telephone number:
(520) 577 - 1544

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 291.52

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: ************1200

**3a.** Debtor may have scheduled account as: Officemax Comm
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ 291.52

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:07/24/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Jose Segura      Jose Segura, Administrative Assistant | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

| United States Bankruptcy Court District of Nevada, Las Vegas Division | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>TUSCANY GOLF COUNTRY CLUB LLC  XXX-XX-7132 | Case Number:<br>09-14884-lbr |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>GE Money Bank **dba LESCO** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>**Recovery Management Systems Corporation**<br>**For GE Money Bank            1616883 - 5874888**<br>**25 SE 2nd Ave Ste 1120**<br>**Miami, FL 33131**<br><br>Telephone number: (305) 379-7674 | **Court Claim Number**: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where the payment should be sent (if different from above):<br><br><br><br><br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:**  $32,621.67<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
|---|---|
| **2. Basis for Claim:** Goods sold; Revolving Credit Line<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** 1973<br><br>       3a. Debtor may have scheduled account as: _____<br>            (See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>   Check the appropriate box if your claim is secured by a lien on property or a right of setoff sand provide the requested information.<br><br>**Nature of property of right of setoff:** ☐Real Estate    ☐Motor Vehicle    ☐ Other<br>**Describe:**<br><br>**Value of Property:** _____  **Annual Interest Rate** ____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $0.00___    **Amount Unsecured** $32,621.67_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____). |

| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please, explain: | **Amount entitled to priority:**<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| Date:<br>**August 6, 2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Ramesh Singh<br>**Ramesh Singh, Recovery Management Systems Corporation** | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

```
DEBTOR(S):
 TUSCANY GOLF COUNTRY CLUB LLC
XXX-XX-7132
901 OLIVIA PARKWAY
HENDERSON NV 89015


OBLIGOR(S):
 TUSCANY GOLF COUNTRY CLUB LLC


BANKRUPTCY NUMBER:  09-14884-lbr
FILING DATE:        4/1/2009
CHAPTER:            11


Recovery Management Systems Corporation
For GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL 33131
```

<u>ACCOUNT SUMMARY</u>

```
Account Number: 1973
Account Type:   Credit Card

Balance at Bankruptcy Filing Date:         $32,621.67
```

Pursuant to paragraph 9 Official Bankruptcy Form 10, Proof of Claim, in lieu of attaching account documents, a summary of the account, compiled from the information contained in the account databases of GE Money Bank / LESCO and their agents, if any, is provided. (See Instructions to Official Form 10). This debt arises from the use of a credit / charge card account or other money loaned, the supporting documents for which were provided by GE Money Bank / LESCO to the debtor pre-petition. For further information about this claim call (305) 379-7674 and ask to speak to the Claims Servicing Supervisor. Some documents may no longer be available.

B 10 (Official Form 10) (12/08)

RECEIVED & FILED

| UNITED STATES BANKRUPTCY COURT District Of Nv | | PROOF OF CLAIM |
|---|---|---|

'09 JUL 27 P1 :09

| Name of Debtor: The Rhodes Companies, Llc | Case Number: 09-14814 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Cellco Partnership dba Verizon Wireless West | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Verizon Wireless PO Box 3397 Bloomington, IL 61702 Telephone number: 800-555-8879 | **Court Claim Number:**_____ (*If known*) Filed on:_____ |
| Name and address where payment should be sent (if different from above): Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 58,038.60 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Services Performed (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** 3316 | |
| **3a. Debtor may have scheduled account as:** _____ (See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)** Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other **Describe:** | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| **Value of Property:** $_____ **Annual Interest Rate**_____% | |
| **Amount of arrearage and other charges as of time case filed included in secured claim,** | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **if any:** $_____ **Basis for perfection:** _____ | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | **Amount entitled to priority:** |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | $_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 7/23/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|
| | /s/ Teri Fringer        Bankruptcy Administrator | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
TR130-1      12:02:26       RECOVERY MANAGEMENT SYSTEM      VOBAKANW      07/23/09
ACTIVE     SWRG                    View Account                          R50
Acct...: 3316                 ____ OVER  100 OTHER DEBTS   Birthdate....:
Tax #..: *****0000                                        Status.......: 60B
Name...: RHODES HOMES INCORPO                             Loan Type....: 0011
Name 2.:                                                  Coll.Fee       .
Address: 4730 S FORT APACHE RD STE 300                    Officer......: VN0011
Address:                                                  Recoverer....: HBAG
City...: LAS VEGAS            State: NV                    Interest %...:    .00
Ph(Ho).: 9999999999           Zip..: 89147               Received.....: 11/18/02
Ph(Off): .                   County....:                 Assigned.....: 05/04/09
Contact Frequency: 000 /   Payment Frequency: 000 /      Coll.Fee %...:    .00
Comaker: **NONE**                                        Date Opened..: 08/24/00
                          Original FOD      Judgment     Last Contact.:
Charge-Off Amt...:         8,038.60            0.00      Next Contact.:
Recovered Princ..:             0.00            0.00      Last Payment.: 02/29/08
Net Charge-Off...:         8,038.60            0.00      Payment Due..:
Associated Costs.:             0.00            0.00      Judgment Date:
Recovered Costs..:             0.00            0.00      Dead Transfer:
Accrued Interest.:             0.00            0.00   Payment Amt..:       0.00
Recovered Int....:             0.00            0.00   Past Due Amt.:       0.00
Account Balance..:         8,038.60            0.00   Daily Int Amt:       0.00
PF Keys:  3=Prev
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169



**PACHULSKI**

**STANG**

**ZIEHL**

**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

S A N   F R A N C I S C O ,   C A
L O S   A N G E L E S ,   C A
W I L M I N G T O N , D E
N E W   Y O R K ,   N Y

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**LOS ANGELES**

10100 SANTA MONICA BLVD.

11th FLOOR

LOS ANGELES

CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**

FACSIMILE: 310/201 0760

**DELAWARE**

919 NORTH MARKET STREET

17th FLOOR

P.O. BOX 8705

WILMINGTON

DELAWARE 19899-8705

TELEPHONE: **302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

788 THIRD AVENUE

36th FLOOR

NEW YORK

NEW YORK 10017-2024

TELEPHONE: **212/561 7700**

FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

September 16, 2009

**VIA U.S. FIRST CLASS MAIL**

Evelia Delayo
1044 Via Canale Drive
Henderson, NV 89011

> Re:    **The Rhodes Companies, et al.**
>        **Chapter 11 Case No. 09-14818**
>        **(Jointly Administered)**

Dear Ms. Delayo:

This firm represents The Rhodes Companies, LLC (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14818 LBR). You filed a proof of claim on your behalf, designated as proof of claim number 37 in the secured amount of $3,000.00 in the Debtor's bankruptcy case.

Your claim appears to be for service repair. The Debtor does not have any record of any customer service request by you for the service identified in your claim. Furthermore, the warranty on any such repair has long since passed. Based upon the Debtor's records, and the lack of documentation provided in support of your claim, it appears that there is no legal obligation on behalf of the Debtor to honor this claim. Therefore we respectfully request that you withdraw your claim. We do encourage you, however, to contact the customer service center about service repair.

Please withdraw your claim by signing and returning the enclosed Notice of Withdrawal of Claim by no later than October 9, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court. Thank you.

Very truly yours,

/s/

Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

73203-002\DOCS_SF:66693.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169



**PACHULSKI
STANG
ZIEHL
JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

HSBC Bank Nevada, N.A.
eCast Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Re:    The Rhodes Companies, et al.
       Chapter 11 Case No. 09-14814
       (Jointly Administered)

To Whom it May Concern:

This firm represents Tuscany Golf Country Club, LLC (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14884 LBR).  A proof of claim was filed by you on behalf of HSBC Bank Nevada, N.A. (Officemax Comm), designated as proof of claim number 8 in the amount of $291.52, referencing account number ending in 1200, in the Debtor's bankruptcy case.

We are unable to locate any such account with HSBC Bank or Officemax Comm based on the information provided with your proof of claim.  Further, our records do not indicate that we hold any accounts with HSBC Bank or Officemax Comm.

Therefore, we request that you provide additional information, including, but not limited to, the complete name, billing address and account number and other information that will help us identify this account.  Thank you.

Very truly yours,

*/s/*

Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

**LOS ANGELES**

10100 SANTA MONICA BLVD.

11th FLOOR

LOS ANGELES

CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

**DELAWARE**

919 NORTH MARKET STREET

17th FLOOR

P.O. BOX 8705

WILMINGTON

DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**

788 THIRD AVENUE

36th FLOOR

NEW YORK

NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

73203-002\DOCS_SF:67445.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169



**PACHULSKI
STANG
ZIEHL
JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

S A N   F R A N C I S C O ,   C A
L O S   A N G E L E S ,   C A
W I L M I N G T O N , D E
N E W   Y O R K ,   N Y

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

LOS ANGELES

10100 SANTA MONICA BLVD.

11th FLOOR

LOS ANGELES

CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

DELAWARE

919 NORTH MARKET STREET

17th FLOOR

P.O. BOX 8705

WILMINGTON

DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

NEW YORK

788 THIRD AVENUE

36th FLOOR

NEW YORK

NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

Recovery Management Systems Corporation
For GE Money Bank
dba LESCO
Attn: Ramesh Singh
25 SE 2nd Ave., Ste 1120
Miami, FL 33131

> Re:    **The Rhodes Companies, et al.
> Chapter 11 Case No. 09-14814
> (Jointly Administered)**

Dear Ramesh:

This firm represents Tuscany Golf Country Club, LLC (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14884 LBR). A proof of claim was filed by you on behalf of GE Money Bank, designated as proof of claim number 1 in the amount of $32,621.67, referencing account number ending in 1973, in the Debtor's bankruptcy case.

We are unable to locate any such account with GE Money Bank based on the information provided with your proof of claim. Further, our records do not indicate that we hold any accounts with GE Money Bank.

Therefore, we request that you provide additional information, including, but not limited to, the complete name, billing address and account number and other information that will help us identify this account. Thank you.

Very truly yours,

*/s/*

Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

73203-002\DOCS_SF:67440.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT E

73203-001\DOCS_SF:67924.1



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: **415/263 7000**

FACSIMILE: 415/263 7010

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

Verizon Wireless
Bankruptcy Administrator
PO Box 3397
Bloomington, IL 61702

      **Re:**    **The Rhodes Companies, et al.**
               **Chapter 11 Case No. 09-14814**
               **(Jointly Administered)**

Dear Bankruptcy Administrator:

      This firm represents The Rhodes Companies, LLC (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14814 LBR). A proof of claim was filed by you on behalf of Verizon Wireless designated as proof of claim number 35 in the amount of $8,038.60, in the Debtor's bankruptcy case.

      We are unable to locate any such account with Verizon Wireless based on the information provided with your proof of claim.

      Therefore, we request that you provide additional information, including, but not limited to, the complete name, billing address and account number and other information that will help us identify this account. Thank you.

      Very truly yours,

      */s/*

      Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

**LOS ANGELES**

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**

FACSIMILE: 310/201 0760

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: **302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**

FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

73203-002\DOCS_SF:67448.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# EXHIBIT F

73203-001\DOCS_SF:67924.1

1
2
3
4
5
6
7

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

Affects:

☐  All Debtors

☒  Affects the following Debtor(s):

    The Rhodes Companies, LLC 09-14814 LBR; Tuscany Golf Country Club, LLC 09-14884

Hearing Date:  November 16, 2009
Hearing Time:  9:30 a.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [INSUFFICIENT DOCUMENTATION CLAIMS] [DOCKET NO.    ]**

Upon consideration of the *Debtors' Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Insufficient Documentation Claims]* [Docket No. ___] (the "Third Omnibus Objection"),[2] filed by above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing and expunging in full the Insufficient Documentation Claims; and the Court having jurisdiction to consider the Third Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Third Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the Insufficient Documentation Claims and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Third Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Third Omnibus Objection establishes just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1.     The Third Omnibus Objection is granted.

2.     The following claims are disallowed in their entirety:

- Claim No. 37, filed by Evelia Delayo in Case No. 09-14814 against The Rhodes Companies, LLC, in the amount of $3,000;

- Claim No. 8, filed by HSBC Bank Nevada, N.A. in Case No. 09-14884 against Tuscany Golf Country Club, LLC, in the amount of $291.52;

- Claim No. 10, filed by Recovery Management Systems Corporation in

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1    Case No. 09-14884 against Tuscany Golf Country Club, LLC, in the

2    amount of $32,621.67; and

3    •    Claim No. 35, filed by Verizon Wireless in Case No. 09-14814 against

4    The Rhodes Companies, LLC, in the amount of $8,038.60.

5    3.    This Court shall retain jurisdiction to hear and determine all matters arising from

6    the implementation of this Order.

7    APPROVED/DISAPPROVED:

8    DATED this ___ day of November, 2009.

9    By: _____

10    UNITED STATES TRUSTEE
      August B. Landis

11    Office of the United States Trustee
      300 Las Vegas Blvd. S., Ste. 4300

12    Las Vegas, NV  89101

13    Submitted by:

14    DATED this 16th day of November, 2009.

15    By: /s/ Zachariah Larson_____

16    LARSON & STEPHENS
      Zachariah Larson, Esq. (NV Bar No 7787)

17    Kyle O. Stephens, Esq. (NV Bar No. 7928)
      810 S. Casino Center Blvd., Ste. 104

18    Las Vegas, NV  89101
      (702) 382-1170 (Telephone)

19    (702) 382-1169

20    zlarson@lslawnv.com
      *Attorneys for Debtors*

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:67924.1

17

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 16th day of November, 2009.

By: /s/ Zachariah Larson
      LARSON & STEPHENS
      Zachariah Larson, Esq. (NV Bar No 7787)
      Kyle O. Stephens, Esq. (NV Bar No. 7928)
      810 S. Casino Center Blvd., Ste. 104
      Las Vegas, NV  89101
      (702) 382-1170 (Telephone)
      (702) 382-1169
      zlarson@lslawnv.com
      Attorneys for Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:67924.1