1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: <u>October 16, 2009</u>
2  Shirley S. Cho, Esq. (CA Bar No. 192616)
   Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
          wdisse@pszjlaw.com
7
8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702/382.1170
   Facsimile:  702/382.1169
11 Email: zlarson@lslawnv.com
12
13 Attorneys for Debtors and
   Debtors in Possession
14           **UNITED STATES BANKRUPTCY COURT**

15           **DISTRICT OF NEVADA**

16
17 In re:                                    Case No.: BK-S-09-14814-LBR
                                             (Jointly Administered)
18 THE RHODES COMPANIES, LLC, aka
   "Rhodes Homes, et al.,[1]                 Chapter 11
19
                    Debtors.                 Hearing Date:  November 16, 2009
20                                           Hearing Time:  9:30 a.m.
   _____       Courtroom 1
21
   Affects:
22
   ☐    All Debtors
23 ☒    Affects the following Debtor(s):
24
      Bravo, Inc. 09-14825 LBR; Geronimo
25    Plumbing, LLC 09-14820 LBR; and Gung-
      Ho Concrete, LLC 09-14822 LBR
26 _____
27

28 [1]  The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382.1170  Fax: (702) 382-1169

73203-001\DOCS_SF:67912.1

**DEBTORS' OBJECTION TO THE CITY OF LAS VEGAS' CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 (BOOKS & RECORDS CLAIMS); DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF**

Pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby object (the "Objection") to the claims (the "Books & Records Claims") of the City of Las Vegas ("Las Vegas"), attached to the letter in **Exhibit A**, because the Debtors' books and records do not support these claims. The Debtors request the entry of an order (the "Order") disallowing and expunging in full the Books & Records Claims.[2] In support of this Objection, the Debtors rely on the *Declaration of Paul D. Huygens in Support of Debtors' Objection to The City of Las Vegas' Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and* 3007 *[Books & Records Claims]*. In further support of this Objection, the Debtors respectfully represent as follows:

**BACKGROUND**

1. On March 31, 2009, the above-captioned Debtors (the "Primary Filers") except Tuscany Golf Country Club, LLC, Pinnacle Grading, LLC, and Rhodes Homes Arizona, LLC (the "Secondary Filers") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code. On April 1, 2009, the Secondary Filers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. All references to Petition Date herein shall mean

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2]  The Debtors reserve the right to file additional objections, whether on substantive or non-substantive grounds, to any and all other claims filed against their estates.

March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable. The Debtors are continuing in possession of their property and are operating and managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

### RELIEF REQUESTED

2.      By this Objection, the Debtors seek entry of an order, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, disallowing and expunging in full the Books & Records Claims.

### OBJECTION

3.      The Books & Records Claims relate to three claims filed by Las Vegas for business license renewals.  The Debtors' books and records are inconsistent with the documentation attached to the Las Vegas proof of claims and indicate that no sums are owing. Las Vegas is asserting claims for business license renewals against each of the relevant Debtors for periods after the Debtors ceased doing business.  Therefore, the Debtors believe that the Books & Records claims are invalid and should be disallowed and expunged in full by the Court.  The Debtors sent Las Vegas a letter requesting Las Vegas withdraw its claims to avoid an objection being filed.  See **Exhibit A.**  As of the date and time of filing this Objection, the Debtors have not received a response.

4.      Bankruptcy Code Section 502 authorizes a party in interest to object to claims. *See* 11 U.S.C. §502(a).  Upon such objection, this Court, "after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition . . . ."  11 U.S.C. § 502(b).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and amount of the claim. *Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), aff'd, 91 F.3d 151 (9th Cir. 1996) (quoting *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992)).  The Bankruptcy Appellate Panel for

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

the Ninth Circuit explained the shifting burdens of proof with respect to objection to proofs of claim as follows:

> The burden of proof for claims brought in the bankruptcy court under 11 U.S.C.A. § 502(a) rests on different parties at different times.  Initially, the claimant must allege facts sufficient to support the claim.  If the averments in his filed claim meet this standard of sufficiency, it is "prima facie" valid.  In other words, a claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial obligation to go forward. . . . The burden of persuasion is always on the claimant.

*Id.* (emphasis added).  Following this decision, the District Court for the Northern District of California emphasized, "unless the claimant has alleged 'facts sufficient to support a legal liability, 'the claim is not prima facie valid."  *In re Hongnisto*, 293 B.R. 45, 50 (N.D. Cal. 2003) (quoting *Consolidated Pioneer Mortg.,* 178 B.R. at 266) (holding that the claimant's proof of claim failed to allege sufficient facts to support a legal liability and consequently disallowed the proof of claim); *see Consolidated Pioneer Mortg.,* 178 B.R. at 227 (holding that because the proof of claim did not allege sufficient facts to support the claim, the proof of claim was disallowed).

    5.    Based on the Debtors' review of their books and records and the proof of claims filed by the claimant, and the claimant's lack of response to the Debtors' request to withdraw the claims, the Debtors believe that the Books & Records Claims should be disallowed and expunged in full by the Court.

## CONCLUSION

    6.    The Debtors object to the allowance of the Books & Records Claims for the reasons stated herein, and the Debtors hereby move this Court for an Order disallowing and expunging in full the Books & Records Claims as indentified in the proof of claim attached to the letter in **Exhibit A**.

## NOTICE

7.      No trustee or examiner has been appointed in these chapter 11 cases.  Notice of this objection has been provided to (i) the United States Trustee for the District of Nevada, (ii) counsel to the Creditors' Committee, (iii) the claimant for which the Debtors are objecting to the claim in this Objection in accordance with the address provided in the proofs of claim for such Books & Records Claims, (iv) each person or entity that has filed a notice of appearance and request for special notice, and (v) other required parties pursuant to the Court's case management order entered in these cases.  The Debtors submit that in light of the nature of the relief requested herein, no other or further notice is required.

8.      Pursuant to Bankruptcy Rule 3007, the Debtors have provided the claimant affected by the Objection with at least thirty (30) days' notice of the hearing on the Objection.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit B**, disallowing and expunging in full the Books & Records Claims attached as part of **Exhibit A**, and granting such other and further relief as the Court deems just an proper under the circumstances of these chapter 11 cases.

**DATED** this 16th day of October, 2009.

**LARSON & STEPHENS**

  /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Debtors and Debtors in Possession

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**DECLARATION OF PAUL D. HUYGENS IN SUPPORT OF DEBTORS' OBJECTION TO THE CITY OF LAS VEGAS'CLAIMS [BOOKS & RECORDS CLAIMS]**

I, Paul D. Huygens, declare as follows:

1.  I am the Senior Vice President of Special Projects of the above-captioned Debtors and Debtors in possession.  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.  This declaration is submitted in support of the *Debtors' Objection to The City of Las Vegas' Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books &Records Claims]* (the "Objection").

3.  I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Debtors' Objection and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

4.  The claims and attached information and documentation were carefully reviewed and analyzed in good faith, and the Debtors' books and records were referenced for additonal support, utilizing due diligence by appropriate personnel of the Debtors.  These efforts have resulted in the identification of the disputed "Books & Records Claims," identified in the proof of claim attached to the letter in **Exhibit A**.  I have personally reviewed the Books & Records Claims.

5.  The Books & Records Claims relate to business license renewals, for time periods subsequent to the relevant Debtors' closing their bsuinesses and ceasing operations.  The Debtors' books and records are inconsistent with the documentation attached to the Las Vegas proof of claims and indicate that no sums are owing.  The Debtors sent Las Vegas a letter requesting Las Vegas withdraw its claims to avoid an objection being filed.  See **Exhibit A.**  As of the date and time of filing this Objection, the Debtors have not received a response.  As a

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

result, I believe the Books & Records Claims should be disallowed and expunged in full by the Court.

6.    I believe that granting the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of October, 2009, at Las Vegas, Nevada.


/s/ *Paul D. Huygens*
Paul D. Huygens

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

City of Las Vegas
c/o Philip R. Byrnes
Las Vegas City Attorney
400 Stewart Avenue, 9th Floor
Las Vegas, NV 89101

> Re:    **The Rhodes Companies, et al.**
>        **Chapter 11 Case No. 09-14814**
>        **(Jointly Administered)**

Dear Mr. Byrnes:

This firm represents Bravo, Inc., Geronimo Plumbing, LLC and Gung-Ho Concrete, LLC (the "Debtors") in their Chapter 11 bankruptcy cases filed in the United States Bankruptcy Court for the District of Nevada (jointly administered under Case No. 09-14814 LBR). You filed the following proofs of claim on behalf of the City of Las Vegas in the following Debtor cases:

- Bravo, Inc. (Case No. 09- LBR), designated as claim number 3 in the amount of $287.50;

- Geronimo Plumbing, LLC (Case No. 09-14820 LBR), designated as claim number 2 in the amount of $537.50; and

- Gung-Ho Concrete, LLC (Case No. 09-14822 LBR), designated as claim number 4 in the amount of $287.50.

**LOS ANGELES**

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**

788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

Philip R. Byrnes, Esq.
September 22, 2009
Page 2

The Debtors have reconciled the invoices attached to your claims and have determined that no payment is due on any of the three claims.  The following supports the Debtors books and records:

| Claim | Amount | Time Period | Status |
|---|---|---|---|
| Geronimo Claim #2 | $287.50 | License # C12-04790-E-121885<br>Date: 05/01/08 - 04/30/09 | BUSINESS Closed March 2008 |
|  | $250.00 | License # C12-04790-E-121885<br>Date: 05/01/09 - 04/30/10 | INVALID - for post-petition period |
| Bravo Claim #3 | $287.50 | License # C11-10178-J-068065<br>Date: 10/01/08 - 09/30/09<br>(Last employee) | BUSINESS Closed 10/2007 |
| Gung-Ho Claim #4 | $287.50 | License # C12-04824-F-123297<br>Date: 06/01/08 - 05/31/09<br>(Last employee) | BUSINESS Closed 4/2008 |

Based upon the foregoing reconciliation, we respectfully request that you withdraw each of the above claims.  Please withdraw your Claims by signing and returning the enclosed Notice of Claim Withdrawal forms by October 9, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court.  Thank you

Very truly yours,

/s/

Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:                                    Case No.: BK-S-09-14825-LBR

BRAVO, INC.,                              Chapter 11
                        Debtor.

---

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3**

---

    CITY OF LAS VEGAS hereby withdraws its proof of claim, designated as Claim No. 3 filed in the above-captioned case.

Dated: _____, 2009

                            _____
                                              (signature)
                            By:                                    (print name)
                            Its:                                   (title)

73203-002\DOCS_SF:67528.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

GERONIMO PLUMBING, LLC,

                          Debtor.

Case No.: BK-S-09-14820-LBR

Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2**

        CITY OF LAS VEGAS hereby withdraws its proof of claim, designated as Claim No. 2 filed in the above-captioned case.

Dated: _____, 2009

                                        _____
                                                                    (signature)
                                        By:                           (print name)
                                        Its:                              (title)

73203-002\DOCS_SF:67529.1

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14822-LBR |
| GUNG-HO CONCRETE, LLC, | Chapter 11 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 4**

    CITY OF LAS VEGAS hereby withdraws its proof of claim, designated as Claim No. 4 filed in the above-captioned case.

Dated: _____, 2009

                                            _____
                                                                     (signature)
                                            By:                              (print name)
                                            Its:                                  (title)

**FORM B10** (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Bravo, Inc., d/b/a Rhodes Framing | Case Number<br>09-14825 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CITY OF LAS VEGAS | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Name and address where notices should be sent:
LAS VEGAS CITY ATTORNEY
400 Stewart Avenue, Ninth Floor
Las Vegas, NV 89101
Telephone number: (702) 229-6629

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor: 8065 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other Business Lisense Fees

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

| **2. Date debt was incurred:**<br>10/01/08 | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $287.50
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $287.50 _____ _____ 287.50
(unsecured)  (secured)  (priority)  (Total)
- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>05/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>PHILIP R. BYRNES, Deputy City Attorney |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# Business License Renewal



Department of Finance & Business Services
400 Stewart Avenue 3rd Floor
Las Vegas, Nevada 89101

RHODES FRAMING
470 MIRROR CT B106
HENDERSON, NV  89015

For Customer Service call:
(702) 229-6281 (voice)
(702) 386-9108 (TDD)

License Number:  C11 - 10178 - J - 068065

Date Re-Billed:     04/27/2009                           Date Due:   10/01/2008

| | |
|---|---|
| Annual License fee: | $250.00 |
| Total Due for 10/01/2008 cycle: | $287.50 |

09101-072-06-06
Form 198

City of Las Vegas Business License Renewal
Return this portion with payment
Department of Finance & Business Services
P.O. Box 52799 Phoenix, AZ  85072-2799

Make checks payable to: City of Las Vegas - License

Business Name: RHODES FRAMING
Business Address: 470  MIRROR CT B106

License Number: C11 - 10178 - J - 068065
Date Due: 10/01/2008

Total Due: $287.50

Printed with environmentally friendly soy ink.

# CITY OF LAS VEGAS

Bradford R. Jerbic
City Attorney

**OFFICE OF THE CITY ATTORNEY**



400 Stewart Avenue, Ninth Floor
Las Vegas, Nevada 89101-2986
(702) 229-6629
Fax: (702) 386-1749
E-mail:jandrews@lasvegasnevada.gov

June 25, 2009

Omni Land Company, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436

   **RE:** Bravo, Inc.
     United States Bankruptcy Court Case No. 09-14825

Dear Sir or Madam:

  Enclosed please find a proof of claim for filing in the above-referenced case. Please return a file-stamped copy in the enclosed postage-paid envelope.

  Thank you for your assistance.

        Very truly yours,

        Jeffrey Andrews
        Legal Assistant

**FORM B10** (Official Form 10) (10/05)

| United States Bankruptcy Court _____ District of ____ Nevada _____ | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Geronimo Plumbing, LLC | Case Number<br>09-14820 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CITY OF LAS VEGAS | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>LAS VEGAS CITY ATTORNEY<br>400 Stewart Avenue, Ninth Floor<br>Las Vegas, NV 89101<br>Telephone number: (702) 229-6629 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: 1885, 1885 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Business License Fees
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                (date)

**2. Date debt was incurred:**
05/01/08, 05/01/09

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 537.50
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority  $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**  $ 537.50 _____ _____ 537.50
                                                (unsecured)  (secured)  (priority)  (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>05/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>PHILIP R. BYRNES, Deputy City Attorney |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# Business License Renewal

Department of Finance & Business Services
400 Stewart Avenue 3rd Floor
Las Vegas, Nevada 89101

GERONIMO PLUMBING LLC
470 MIRROR CT 106
HENDERSON NV 89015

For Customer Service call:
(702) 229-6281 (voice)
(702) 386-9108 (TDD)

License Number: C12-04790-E-121885

Date Re-Billed:    04/27/2009                    Date Due:    05/01/09

| | |
|---|---|
| Annual License fee: | $250.00 |
| Total Due for 05/01/2009 cycle: | $250.00 |

09101-072-06-06
Form 198

---

**City of Las Vegas Business License Renewal**
Return this portion with payment
Department of Finance & Business Services
P.O. Box 52799 Phoenix, AZ  85072-2799

Make checks payable to: City of Las Vegas - License

Business Name: GERONIMO PLUMBING LLC
Business Address: 470 MIRROR CT 106

License Number: C12-04790-E-121885
Date Due: 05/01/09

Total Due: $250.00

Printed with environmentally friendly soy ink.



# Business License Renewal

Department of Finance & Business Services
400 Stewart Avenue 3rd Floor
Las Vegas, Nevada 89101

GERONIMO PLUMBING LLC
470 MIRROR CT 106
HENDERSON NV 89015

For Customer Service call:
(702) 229-6281 (voice)
(702) 386-9108 (TDD)

| | | |
|---|---|---|
| License Number: C12-04790-E-121885 | | |
| Date Re-Billed: 04/27/2009 | Date Due: 05/01/08 | |
| Annual License fee: | $250.00 | |
| Total Due for 05/01/2008 cycle: | $287.50 | |

09101-072-06-06
Form 198

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### City of Las Vegas Business License Renewal
Return this portion with payment
Department of Finance & Business Services
P.O. Box 52799 Phoenix, AZ 85072-2799

Make checks payable to: City of Las Vegas - License

Business Name: GERONIMO PLUMBING LLC      License Number: C12-04790-E-121885

Business Address: 470 MIRROR CT 106      Date Due: 05/01/08

**Total Due: $287.50**

Printed with environmentally friendly soy ink.

# CITY OF LAS VEGAS



Bradford R. Jerbic
City Attorney

**OFFICE OF THE CITY ATTORNEY**

400 Stewart Avenue, Ninth Floor
Las Vegas, Nevada 89101-2986
(702) 229-6629
Fax: (702) 386-1749
E-mail:jandrews@lasvegasnevada.gov

June 25, 2009

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436

      **RE:**   Geronimo Plumbing, LLC
            United States Bankruptcy Court Case No. 09-14820

Dear Sir or Madam:

     Enclosed please find a proof of claim for filing in the above-referenced case. Please return a file-stamped copy in the enclosed postage-paid envelope.

     Thank you for your assistance.

                  Very truly yours,

                  Jeffrey Andrews
                  Legal Assistant

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Gung-Ho Concrete, LLC | Case Number<br>09-14822 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CITY OF LAS VEGAS | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>LAS VEGAS CITY ATTORNEY<br>400 Stewart Avenue, Ninth Floor<br>Las Vegas, NV 89101<br>Telephone number: (702) 229-6629 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 3297 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Business Lisense Fees

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                    (date)

| 2. Date debt was incurred:<br>06/01/08 | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 287.50

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $ 287.50 | | | 287.50 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>05/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>PHILIP R. BYRNES, Deputy City Attorney | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# Business License Renewal

Department of Finance & Business Services
400 Stewart Avenue 3rd Floor
Las Vegas, Nevada 89101

GUNG HO CONCRETE LLC
470 MIRROR CT B106
HENDERSON NV 89015

For Customer Service call:
(702) 229-6281 (voice)
(702) 386-9108 (TDD)

| License Number: C12-04824-F-123297 | |
|---|---|
| Date Re-Billed: 04/27/2009 | Date Due: 06/01/08 |
| Annual License fee: | $250.00 |
| Total Due for 06/01/2008 cycle: | $287.50 |

09101-072-06-06
Form 19B

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## City of Las Vegas Business License Renewal

Return this portion with payment
Department of Finance & Business Services
P.O. Box 52799 Phoenix, AZ 85072-2799

Make checks payable to: City of Las Vegas - License

Business Name: GUNG HO CONCRETE LLC
Business Address: 470 MIRROR CT B106

License Number: C12-04824-F-123297
Date Due: 06/01/08

| Total Due: $287.50 |
|---|

Printed with environmentally friendly soy ink

# EXHIBIT B

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

9



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>                    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br> |
| Affects:<br>☐   All Debtors<br>☒   Affects the following Debtor(s):<br><br>    Bravo, Inc. 09-14825 LBR; Geronimo Plumbing, LLC 09-14820 LBR; and Gung-Ho Concrete, LLC 09-14822 LBR | Hearing Date:  November 16, 2009<br>Hearing Time:  9:30 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_SF:67912.1

**ORDER SUSTAINING DEBTORS' OBJECTION TO THE CITY OF LAS VEGAS' CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [BOOKS & RECORDS CLAIMS] [DOCKET NO.    ]**

Upon consideration of *Debtors' Objection to The City of Las Vegas' Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books & Records Claims]* [Docket No. ____] (the "Objection"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing and expunging in full the disputed claims; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the claims attached as Exhibit A to the Objection and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Objection establishes just cause for the relief requested therein; therefore

IT IS HEREBY ORDERED THAT:

1.      Claim number 3 of The City of Las Vegas in the amount of $287.50, filed against Bravo, Inc. is hereby disallowed and expunged in full.

2.      Claim number 2 of The City of Las Vegas in the amount of $537.50, filed against Geronimo Plumbing, LLC is hereby disallowed and expunged in full.

3.      Claim number 4 of The City of Las Vegas in the amount of $287.50, filed against Gung-Ho Concrete, LLC is hereby disallowed and expunged in full.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

APPROVED/DISAPPROVED:

DATED this ___ day of November, 2009.

By: _____
    UNITED STATES TRUSTEE
    August B. Landis
    Office of the United States Trustee
    300 Las Vegas Blvd. S., Ste. 4300
    Las Vegas, NV  89101

Submitted by:

DATED this 16th day of November, 2009.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV  89101
    (702) 382-1170 (Telephone)
    (702) 382-1169 (Facsimile)
    zlarson@lslawnv.com
    *Attorneys for Debtors*

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:67912.1

12

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 16th day of November 2009.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    Attorneys for Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169