1
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)

2
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP

3
10100 Santa Monica Blvd., 11th Floor

4
Los Angeles, California 90067-4100
Telephone: 310/277-6910

5
Facsimile:  310/201-0760
Email:  jstang@pszjlaw.com

6
        scho@pszjlaw.com
        wdisse@pszjlaw.com

7

8
Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS

9
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101

10
Telephone:  702/382.1170
Facsimile:  702/382.1169

11
Email: zlarson@lslawnv.com

12
Attorneys for Debtors and

13
Debtors in Possession

E-File:  October 16, 2009

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,[1]
                Debtors.
_____

Affects:

☐   All Debtors
☒   Affects the following Debtor(s):

    The Rhodes Companies, LLC 09-14814

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  November 16, 2009
Hearing Time:  9:30 a.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169

1

### NOTICE OF HEARING

2    TO: ALL INTERESTED PARTIES:

3         PLEASE TAKE NOTICE that the following is scheduled for November 16, 2009 at the

4    hour of 9:30 a.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor,

5    Courtroom 1, Las Vegas, NV 89101:

6         The hearing on the *Debtors' Objection to Staffmark's Claim Pursuant to Section 502(b)*

7    *of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books & Records Claim]* (the

8    "Objection").  The Objection, among other things, reduces the disputed claim attached to the

9    letter in Exhibit A to the Objection.

10        PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Objection is

11   being concurrently served on you.  The Objection is also on file with and available from the clerk

12   of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S.

13   Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at

14   www.nvb.uscourts.gov (a PACER account is required); or on line at www.omnimgt.com/rhodes

15   for no charge, or by calling the below counsel.

16        PLEASE TAKE FURTHER NOTICE that any response to the Objection must be filed

17   and served pursuant to Local Rule 3007(b), which states:

18            If an objection to a claim is opposed, a written response must be

19            filed and served on the objecting party at least 5 business days

20            before the scheduled hearing.  A response is deemed sufficient if it

21            states that written documentation in support of the proof of claim

22            has already been provided to the objecting party and that the

23

24

25

26   Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
     Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
     LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
27   (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
     09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
28   14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_SF:68072.1                          2

documentation will be provided at any evidentiary hearing or trial
on the matter.

If you object to the relief requested, you *must* file a WRITTEN response to this Objection with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that if a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence.  If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 16th day of October, 2009.

**LARSON & STEPHENS**

_/s/ Zachariah Larson, Esq._
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Debtors

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:68072.1