James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: October 19, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201044.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Affects:
☐ All Debtors
☒ Affects the following Debtor(s)
Rhodes Design and Development Corporation

## NOTICE OF ENTRY OF ORDER

TO: ALL INTERESTED PARTIES:

YOU ARE HEREBY NOTICED that an **ORDER APPROVING MOTION OF DEBTOR FOR ORDER APPROVING STIPULATION TO LIFT THE AUTOMATIC STAY TO EFFECTUATE PREPETITION SETTLEMENT WITH THE FULKS HOMEOWNERS – [DOCKET NO. 468]** was entered on October 19, 2009. A copy of the Order is attached hereto.

**DATED** this 19th day of October, 2009.

LARSON & STEPHENS

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

73203-002\DOCS_LA:201044.1

2

**Entered on Docket**
**October 19, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s)<br>Rhodes Design and Development Corporation | Hearing Date: October 2, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

## ORDER APPROVING MOTION OF DEBTOR FOR ORDER APPROVING STIPULATION TO LIFT THE AUTOMATIC STAY TO EFFECTUATE PREPETITION SETTLEMENT WITH THE FULKS HOMEOWNERS – [DOCKET NO. 468]

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:208109.1

Upon consideration of the *Motion of Debtor for Order Approving Stipulation to Lift the Automatic Stay to Effectuate Prepetition Settlement with the Fulks Homeowners* (the "Motion") [Docket No. 468], and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted, and the *Stipulation for Modification of Automatic Stay – Fulks Action*, attached hereto as Exhibit A, is approved.

APPROVED/DISAPPROVED:

DATED this 2nd day of October 2009.

By: /s/ Edward M. McDonald
UNITED STATES TRUSTEE
August Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

**Prepared and submitted by:**

SHINNICK, RYAN & RANSAVAGE P.C.

By: /s/ Eric Ransavage
Duane E. Shinnick, (NV Bar No. 7176)
Eric Ransavage, (NV Bar No. 8876)
2881 Business Park Court, Ste. 210
Las Vegas, Nevada 89128
Telephone: (702) 631-8014
Facsimile: (702) 631-8024
*Counsel for Homeowner Plaintiffs*

LARSON & STEPHENS

By: /s/ Zachariah Larson
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169 (Facsimile)
zlarson@lslawnv.com
*Counsel for Debtors*

# EXHIBIT A

73203-001\DOCS_LA:208109.1

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | (Jointly Administered) Chapter 11 |
| Debtors. | |
| Affects: ☐ All Debtors ☒ Affects the following Debtor(s) Rhodes Design and Development Corporation | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:208109.1

**STIPULATION FOR MODIFICATION OF AUTOMATIC STAY – FULKS ACTION**

This stipulation (the "Stipulation") is made and entered into by Elkhorn Partners Limited Partnership, a Nevada Limited Partnership; Elkhorn Investments, Inc., a Nevada Corporation; Rhodes Design and Development Corporation, a Nevada Corporation doing business as Rhodes Homes ("RD&D") and Eric Fulks, Trust Of Henry Hung-Yeh Tiee, Samuel and Ossie L. Wiggins, Kerry Anderson, Willie and Lenell Patrick, Jr., William and Carol Q. Griffith, Heidi Metellus, Robert C. and Lorraine Anthonisen, Jr., Bryan and Carla Bertges, Audrey Gray, Margaret F. Williams-Jones; James Candela and Diane Rosser, Roberto And Veronica Medina, Neville Emerton and Julia Moore, Gwen E. Amie, Andrea Crapanzano, Lynn I. Thayer, Christine Graeven and Antoinette Buyan, Paul H. Evers, Vickie L. Curtis, Jeffrey W. and Brenda S. Baker, William N. Thurston, Donald Fieselman and Lisa Wochinski, David Garcia, Linda L. Dale, Farrow J. and Hellen A. Smith, Michael Orlando; Kevin G. Fellowes; Stephen M. Robison; Lee A. O'Brien; Brad and Amie Modglin; Donell Jackson; Larry J. and Ardis Leavitt; Attila S. and Roanna Maczala; Peter M. Chura and Michael T. Palladino; Portia Powell and Victoria Leigh; James and Simone Cook; Curtis A. and Susan Bunce; and Thomas C. Groce (collectively, "Homeowners"), through their respective counsel, and is made in reference to the following facts:

A.  Homeowners are the owners of forty (40) single-family residences in a development known as the Preserve located in Las Vegas, Nevada. The residences were originally developed and sold by RD&D. On September 26, 2006, Homeowners filed an action in Clark County District Court (Eighth Judicial District Court) to recover for constructional defects in the above-referenced forty (40) homes. The case is identified as *Fulks, et al. v. Rhodes Design and Development, et al.*, Clark County District Court Case No. A528806. Insurance defense counsel responded on behalf of RD&D and a third-party complaint was filed which named a number of the original subcontractor entities that worked at the Preserve as Third-Party Defendants.

B.  Sometime in February of 2009, a settlement (the "Settlement") was reached for the construction defect case, *Fulks, et al. v. Rhodes Design and Development et al.*, and the

1  Settlement was put on the record in March of 2009. Pursuant to the Settlement, Homeowners
2  believe they are entitled to recover from insurance policies with respect to certain claims and
3  causes of action related to the alleged defects for the forty (40) homes in that action. The
4  Settlement consists of certain payments to be made by the various insurance companies which
5  insured the subcontractor Third-Party Defendants and RD&D in return for an executed release
6  from each of the Homeowners.

7  C.  On March 31, 2009, RD&D filed a chapter 11 petition under the United States
8  Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada. As a result
9  of the pendency of the bankruptcy case, all proceedings against RD&D are automatically stayed.

10  D.  RD&D is willing to stipulate to the modification of the automatic stay for the sole
11  purpose of allowing Homeowners to proceed with the Settlement, which was put on the record
12  prior to March 31, 2009, and only as against applicable insurance proceeds pursuant to the terms
13  of the Settlement. The entirety of the Settlement amount will be paid from RD&D's insurance
14  provider; none of the monies needed to effectuate the Settlement will be provided by funds from
15  the RD&D bankruptcy estate.

16  NOW, THEREFORE, IT IS HEREBY STIPULATED by the undersigned parties,
17  through their counsel and respective representatives that:

18  (a)  The automatic stay under section 362 of the Bankruptcy Code shall be modified,
19  subject to Bankruptcy Court approval, to permit Homeowners to proceed against RD&D as a
20  nominal defendant only so that the Homeowners may proceed with and enforce the Settlement
21  that was reached in *Fulks, et al. v. Rhodes Design and Development, et al.*, Clark County District
22  Court Case No. A528806. The Settlement in that action and the monies to be paid on behalf of
23  RD&D are solely through RD&D's available insurance policies

24  (b)  Any and all portions of the Homeowners' claims or causes of action, whether
25  prepetition or postpetition claims or causes of action, that are not fully satisfied by RD&D's
26  available insurance policies under the Settlement are hereby forever waived and discharged as
27  against RD&D and the Debtors, even if the Homeowners are unable to obtain any recovery from
28  any insurance policies. Upon entry of the Order approving this Stipulation, Homeowners' claims

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_LA:208109.1                            6

1  that are filed in the RD&D bankruptcy case, and listed on Attachment A hereto, shall be deemed
2  withdrawn and the claims agent shall be directed to reflect such proofs of claims as withdrawn.
3    (c) The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the
4  interpretation or enforcement of this Stipulation.
5    (d) By entering into this Stipulation, RD&D is not waiving any defenses at law or in
6  equity.

8  DATED this 4th day of September 2009.  DATED this 4th day of September 2009.

By: /s/ Eric Ransavage      By: /s/ Zachariah Larson
SHINNICK, RYAN & RANSAVAGE P.C. LARSON & STEPHENS
Duane E. Shinnick, (NV Bar No. 7176) Zachariah Larson, Esq. (NV Bar No 7787)
Eric Ransavage, (NV Bar No. 8876) Kyle O. Stephens, Esq. (NV Bar No. 7928)
2881 Business Park Court, Ste. 210 810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89128    Las Vegas, NV 89101
Telephone: (702) 631-8014    (702) 382-1170 (Telephone)
Facsimile: (702) 631-8024    (702) 382-1169 (Facsimile)
*Counsel for Homeowner Plaintiffs* zlarson@lslawnv.com
             *Counsel for Debtors*

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

Attachment A

| Claim # | Claimant | Amount | Date |
|---|---|---|---|
| 58 | NEVILLE EMERTON AND JULIA MOORE | $100,000.00 | 07/16/09 |
| 59 | PAUL EVERS | $100,000.00 | 07/16/09 |
| 60 | KEVIN FELLOWES | $100,000.00 | 07/16/09 |
| 61 | MIKELL AND LINDA DALE | $100,000.00 | 07/16/09 |
| 62 | VICKIE CURTIS | $100,000.00 | 07/16/09 |
| 63 | JAMES AND SIMONE COOK | $100,000.00 | 07/16/09 |
| 64 | PETER CHURA AND MICHAEL PALLADINO | $100,000.00 | 07/16/09 |
| 65 | JAMES CANDELA AND DIANE ROSSER | $100,000.00 | 07/16/09 |
| 66 | CURTIS BUNCE | $100,000.00 | 07/16/09 |
| 67 | BRYAN AND CARLA BERTGES | $100,000.00 | 07/16/09 |
| 68 | JEFFREY AND BRENDA BAKER | $100,000.00 | 07/16/09 |
| 69 | SEBASTIAN AND ANDREA CRAPANZANO | $100,000.00 | 07/16/09 |
| 70 | ROBERT AND LORRAINE ANTHONISEN | $100,000.00 | 07/16/09 |
| 71 | KERRY ANDERSON | $100,000.00 | 07/16/09 |
| 72 | GWEN E. AMIE | $100,000.00 | 07/16/09 |
| 73 | MARGARET WILLIAMS-JONES | $100,000.00 | 07/16/09 |
| 74 | SAMUEL AND OSSIE WIGGINS | $100,000.00 | 07/16/09 |
| 75 | HENRY AND HUNG-YEH TIEE & JENNY AND DAVID PEACOCK | $100,000.00 | 07/16/09 |
| 76 | WILLIAM THURSTON | $100,000.00 | 07/16/09 |
| 77 | LYNN THAYER | $100,000.00 | 07/16/09 |
| 78 | FARROW AND HELLEN SMITH | $100,000.00 | 07/16/09 |
| 79 | STEPHEN ROBISON | $100,000.00 | 07/16/09 |
| 80 | WILLIE AND LENELL PATRICK | $100,000.00 | 07/16/09 |
| 81 | MICHAEL AND MICHELLE ORLANDO | $100,000.00 | 07/16/09 |
| 82 | LEE O'BRIEN | $100,000.00 | 07/16/09 |
| 83 | BRAD AND AMIE MODGLIN | $100,000.00 | 07/16/09 |
| 84 | HEIDI METELLUS | $100,000.00 | 07/16/09 |
| 85 | VERONICA AND ROBERTO MEDINA | $100,000.00 | 07/16/09 |
| 86 | ATTILLA AND ROANNA MACZALA | $100,000.00 | 07/16/09 |
| 87 | VICTORIA LEIGH AND PORTIA POWELL | $100,000.00 | 07/17/09 |
| 88 | LARRY AND ARDIS LEAVITT | $100,000.00 | 07/17/09 |
| 89 | DONELL JACKSON | $100,000.00 | 07/17/09 |
| 90 | THOMAS GROCE | $100,000.00 | 07/17/09 |
| 91 | F. WILLARD AND CAROL GRIFFITH | $100,000.00 | 07/17/09 |
| 92 | AUDREY GRAY | $100,000.00 | 07/17/09 |
| 93 | CHRISTINE GRAEVEN AND ANTOINETTE BUYAN | $100,000.00 | 07/17/09 |
| 94 | DAVID GARCIA AND VICKEY MURRAY-GARCIA | $100,000.00 | 07/17/09 |
| 95 | DAVID GARCIA AND VICKEY MURRAY-GARCIA | $100,000.00 | 07/17/09 |
| 96 | ERIC AND CAROLE FULKS | $100,000.00 | 07/17/09 |
| 97 | DONALD FIESELMAN AND LISA WOCHINSKI | $100,000.00 | 07/17/09 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:208109.1

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 2nd day of October, 2009.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    Attorneys for Debtors

73203-001\DOCS_LA:208109.1