# EXHIBIT 2
# Part 2 of 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 734 – 125**

EFFECTIVE DATE OF REGISTRATION

**JAN 22 2007**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼:** Golden Valley Standard Drawings

**NATURE OF THIS WORK ▼:** Technical Drawings and Text

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼ N/A  Number ▼ N/A  Issue Date ▼ N/A  On Pages ▼ N/A

**2 a** **NAME OF AUTHOR ▼:** Stanley Consultants, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ N/A  Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☒ Yes  ☐ No

**Author's Nationality or Domicile:** Citizen of U.S.A. OR Domiciled in Iowa

**Was This Author's Contribution to the Work:** Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate box(es).
☐ 3-Dimensional sculpture  ☐ Map  ☒ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death** Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☐ No

**Author's Nationality or Domicile:** Citizen of ___ OR Domiciled in ___

**Was This Author's Contribution to the Work:** Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es).
☐ 3-Dimensional sculpture  ☐ Map  ☒ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3 a** **Year in Which Creation of This Work Was Completed:** 2005

**b** **Date and Nation of First Publication of This Particular Work:** Month ___ Day ___ Year ___ Nation ___

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JAN 22 2007**
ONE DEPOSIT RECEIVED
**JAN 22 2007**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

|  |  |
|---|---|
| EXAMINED BY _MK_ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

Area code and daytime telephone number (563) 2646210      Fax number (563) 264-6658
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Stanley Consultants, Inc._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Henry Marquard, General Counsel      Date _1-19-07_

Handwritten signature (X) ▼
X _Henry F Marquard_

**9 Certificate will be mailed in window envelope to this address:**

Name ▼
Henry Marquard, General Counsel, Stanley Consultants, Inc.
Number/Street/Apt ▼
225 Iowa Avenue
City/State/ZIP ▼
Muscatine, IA 52761

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
VAu 734-126

EFFECTIVE DATE OF REGISTRATION

JAN 22 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**: Golden Valley River Project Civil Engineering Documents

**NATURE OF THIS WORK ▼** See instructions: Technical Drawings and Text

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼: N/A

If published in a periodical or serial give: Volume ▼ N/A  Number ▼ N/A  Issue Date ▼ N/A  On Pages ▼ N/A

**2**

**NAME OF AUTHOR ▼**: a) Stanley Consultants, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country: Citizen of USA  OR  Domiciled in Iowa

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☒ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**: b)

**Dates of Birth and Death** Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country: Citizen of ___  OR  Domiciled in ___

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☒ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

a) **Year in Which Creation of This Work Was Completed**: 2006  This information must be given in all cases.

b) **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month ___ Day ___ Year ___ Nation ___

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

APPLICATION RECEIVED JAN 22 2007
ONE DEPOSIT RECEIVED JAN 22 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼           Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

b

Area code and daytime telephone number  ( 563 ) 264-6210        Fax number  ( 563 ) 264-6658
Email:

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                                    ☐ other copyright claimant
        check only one ▶           ☐ owner of exclusive right(s)
                                    ☒ authorized agent of  Stanley Consultants, Inc.
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Henry Marquard, General Counsel                                       Date  1-19-07

  Handwritten signature (X) ▼
X  [signature]

Certificate will be mailed in window envelope to this address:

Name ▼
Henry Marquard, General Counsel, Stanley Consultants, Inc.

Number/Street/Apt ▼
225 Iowa Avenue

City/State/ZIP ▼
Muscatine, IA 52761

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                            U.S. Government Printing Office: 2004-330-945/60,125

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG: VAu 734-127

EFFECTIVE DATE OF REGISTRATION

JAN 2 2 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**Title of This Work ▼**: West Loop Road Section 2 Improvements at Golden Valley Ranch
**NATURE OF THIS WORK ▼ See Instructions**: Technical Drawings and Text

**Previous or Alternative Titles ▼**: N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**: N/A

If published in a periodical or serial give: **Volume ▼** N/A  **Number ▼** N/A  **Issue Date ▼** N/A  **On Pages ▼** N/A

**2**
**a  NAME OF AUTHOR ▼**: Stanley Consultants, Inc.
**DATES OF BIRTH AND DEATH**  Year Born ▼ N/A   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No
**Author's Nationality or Domicile** Name of Country  OR { Citizen of U.S.A.  Domiciled in Iowa }
Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship**  Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b  Name of Author ▼**: N/A
**Dates of Birth and Death** Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
**Author's Nationality or Domicile** Name of Country  OR { Citizen of _____  Domiciled in _____ }
Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship**  Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
**a  Year in Which Creation of This Work Was Completed**: 2005  This information must be given in all cases.
**b  Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.   Month ____  Day ____  Year ____  Nation ____

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

APPLICATION RECEIVED  JAN 2 2 2007
ONE DEPOSIT RECEIVED   JAN 2 2 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.
DO NOT WRITE HERE
Page 1 of 2 pages

|   | FORM VA |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Engineered Fluid, Inc., Pressure Reducing Station, Golden Valley Ranch, AZ, Sheet PRV-1. Located at page 21.

**6**
a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
All other designs comprised of the filing documents except that design listed above, including but not limited to: Cover Sheet, General Notes and Abbreviations, Utility Plans and Profiles, and Detail Sheets located at pages 1 through 20.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

b

Area code and daytime telephone number  (563) 2646210     Fax number  (563) 264-6658
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Stanley Consultants, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Henry Marquard, General Counsel                                             Date  1-19-07

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Henry Marquard, General Counsel, Stanley Consultants, Inc. Number/Street/Apt ▼ 225 Iowa Avenue City/State/ZIP ▼ Muscatine, IA 52761 | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559-6000 |
|---|---|---|

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                                    U.S. Government Printing Office: 2004-320-958/60,125

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG: **TXu 1-352-148**

EFFECTIVE DATE OF REGISTRATION

JAN. 22, 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
Technical Drainage Study for Area 1, Phases A & B, Golden Valley Ranch, Mohave County, Arizona

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼
N/A

**2 a NAME OF AUTHOR ▼**
Stanley Consultants, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
N/A           N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶ Iowa

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year In all cases.
2006

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ____ Day ▶ ____ Year ▶ ____    ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

APPLICATION RECEIVED
JAN 22 2007
ONE DEPOSIT RECEIVED
JAN 22 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N/A

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

|  | EXAMINED BY MS | FORM TX |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See Separate Continuation Sheet attached hereto as Exhibit A.

**a** **6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Technical Drainage Study for Area 1, Phases A & B, Golden Valley Ranch, Mohave County, Arizona prepared by Stanley Consultants, Inc. evaluating, describing and offering opinions regarding the drainage conditions for the indicated region.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

**b**

Area code and daytime telephone number ▶ 563-264-6210          Fax number ▶ 563-264-6658
Email ▶ MarquardHenry@stanleygroup.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Stanley Consultants, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Henry Marquard, General Counsel                                    Date ▶ 1-19-07

Handwritten signature ▼
[signature]

| Certificate will be mailed in window envelope to this address: | Name ▼ Henry Marquard, General Counsel, Stanley Consultants, Inc. |
|---|---|
|  | Number/Street/Apt ▼ 225 Iowa Avenue |
|  | City/State/Zip ▼ Muscatine, IA 52761 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full  Rev. 11/2006  Print: 11/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Form **TX** /CON
UNITED STATES COPYRIGHT OFFICE

REGI **TXu 1-352-148**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

**JAN. 22, 2007**
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page **3** of **4** pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Technical Drainage Study for Area 1, Phases A & B, Golden Valley Ranch, Mohave County, Arizona

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Stanley Consultants, Inc.

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☑ Space 6

**C**
Continuation
of other
Spaces

# Exhibit A

## Separate Continuation Sheet of Compilation Documents Used

1. Federal Emergency Management Agency Flood Insurance Rate Map of Mohave County, Arizona (Incorporated Areas), Community Panel Number 040058 2325 C, Map Revised October 20, 2000. Located at page 8.

2. HEC-HMS 100 year, 6 hour simulation. Located at pages 19 through 21.

3. HEC-HMS 10 year, 6 hour simulation. Located at pages 22 through 24.

4. HEC-HMS Basin Model: Section 3, June 01, 2006. Located at page 25.

5. G.M. Bonnin, D. Todd, B. Lin, T. Parzybok, M. Yekta, and D. Riley, NOAA Point Precipitation Frequency Estimates From NOAA Atlas 14 from "Precipitation Frequency Atlas of the United States" NOAA Atlas 14, Volume 1, Version 3, NOAA, National Weather Service, Silver Spring, Maryland, 2003. Extracted: Tuesday, March 14, 2006. Located at pages 32 through 36.

6. FHWA Urban Drainage Design Program, HY-22 Drainage of Highway Pavements program data. Located on pages 39, 50-52, 64-70, 80-83, 92, and 114-118.

7. Haestad Methods, Inc., FlowMaster v7.0 [7.0005] data. Located at pages 40-41, 53-54, 71-72, 93-94, 103-112, and 148-157.

*AREA 1, PHASES * ·*

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Stanley Consultants, Inc.
Number/Street/Apt ▼
225 Iowa Avenue
City/State/ZIP ▼
Muscatine, IA 52761

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 1–352–149

EFFECTIVE DATE OF REGISTRATION
JAN. 22, 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Technical Drainage Study for Golden Valley Ranch, Mohave County, Arizona

PREVIOUS OR ALTERNATIVE TITLES ▼
N/A

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼
N/A

**2 a** NAME OF AUTHOR ▼
Stanley Consultants, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ N/A  Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶ Iowa

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶  Day ▶  Year ▶  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

APPLICATION RECEIVED
JAN 22 2007
ONE DEPOSIT RECEIVED
JAN 22 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N/A

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

|  | FORM TX |
|---|---|
| EXAMINED BY MS | |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See Separate Continuation Sheet attached hereto as Exhibit A.

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Technical Drainage Study for Golden Valley Ranch, Mohave County, Arizona prepared by Stanley Consultants, Inc. evaluating, describing and offering opinions regarding the drainage conditions for the indicated region.

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

**b**

Area code and daytime telephone number ▶ 563-264-6210              Fax number ▶ 563-264-6658
Email ▶ MarquardHenry@stanleygroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Stanley Consultants, Inc.
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Henry Marquard, General Counsel                               Date ▶ 1-19-07

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Henry Marquard, General Counsel, Stanley Consultants, Inc. |
|---|---|
| | Number/Street/Apt ▼ 225 Iowa Avenue |
| | City/State/Zip ▼ Muscatine, IA 52761 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full   Rev: 11/2006   Print: 11/2006 — 30,000   Printed on recycled paper                                                      U.S. Government Printing Office: 2006-xxx-xxx/60,xxx