James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and Debtors in Possession

E-File: October 21, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: October 30, 2009<br>Hearing Time: 1:30 pm<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:209700.1

# NOTICE OF FILING OF VERIFICATION OF PUBLICATION IN THE LAS VEGAS REVIEW JOURNAL AND THE LAS VEGAS SUN

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Verification of Publication** in THE LAS VEGAS REVIEW JOURNAL AND THE LAS VEGAS SUN regarding Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.

**DATED** this 21st day of October 2009.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Debtors and
Debtors in Possession

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

DOCS_LA:209700.1

2

AFFP    DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)    SS:

STACEY M. LEWIS, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

SITRICK ADVERTISING                      6773511SIT         5701190

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 1 edition(s) of said newspaper issued from 10/08/2009 to 10/08/2009, on the following days:

10/08/2009

Signed: /s/ Stacey M. Lewis

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
8th day of Oct, 2009.

/s/ Emily Gonzalez
Notary Public

EMILY GONZALEZ
Notary Public State of Nevada
No. 09-8940-1
My appt. exp. Nov. 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA SOUTHERN DIVISION

In re:  
THE RHODES COMPANIES, LLC,  
aka "Rhodes Homes," et al.,  
Debtors.[1]

Case No.: 09-14814-LBR  
(Jointly Administered)  

Chapter 11

Affects:  
☒ All Debtors  
☐ Affects the following Debtor(s)

Hearing Date: October 30, 2009  
Hearing Time: 1:30 p.m.

## NOTICE OF HEARING ON DISCLOSURE STATEMENT FOR THE PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.

**PLEASE TAKE NOTICE** that, on September 25, 2009, the First Lien Steering Committee (the "First Lien Steering Committee") filed the Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. (as may be amended or modified from time to time, the "Plan") and the accompanying Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for The Rhodes Companies, LLC, et al. (as may be amended or modified from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that:

1. On September 25, 2009, the First Lien Steering Committee filed the Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials with Respect to Confirmation of Plan of Reorganization;(C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto (the "Motion").

2. A hearing will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **October 30, 2009 at 1:30 p.m.** (PST), to consider the Motion and the entry of an order, among other things: (i) determining that the Disclosure Statement contains "adequate information" within the meaning ascribed to such term in Bankruptcy Code section 1125, and (ii) approving the Disclosure Statement.

3. Copies of the Disclosure Statement and the Motion may be obtained (i) by accessing PACER through the website of the United States Bankruptcy Court for the District of Nevada (http://www.nvb.uscourts.gov), (ii) for no charge on the website maintained by Omni Management Group (http://www.omnimgt.com/rhodes), or by sending a written request to the counsel at the addresses and facsimile numbers listed on the first page of this Notice.

4. Responses and objections, if any, to the approval of the Disclosure Statement must:
   (a) be in writing;
   (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party;
   (c) state with particularity the basis and nature of any objection or proposed modification to the Disclosure Statement;
   (d) be filed with, and served upon, the Bankruptcy Court; and
   (e) be filed with the Bankruptcy Court and served on the following:

   1. **Office of the U.S. Trustee**
      Assistant United States Trustee
      Attn: August B. Landis
      300 Las Vegas Boulevard South, Suite 4300
      Las Vegas, NV 89101

   2. **Counsel to the Debtors**
      Pachulski Stang Ziehl & Jones LLP
      Attn: James I. Stang, Esq.
      Shirley S. Cho, Esq.
      10100 Santa Monica Blvd., Suite 1100
      Los Angeles, California, 90067

   3. **Counsel for the Official Committee of Unsecured Creditors**
      Parsons Behle & Latimer
      Attn: J. Thomas Beckett
      201 S. Main St., Suite 1800
      Salt Lake City, UT 84111

   4. **Counsel for the First Lien Steering Committee**
      Akin Gump Strauss Hauer & Feld LLP
      Attn: Philip C. Dublin, Esq.
      One Bryant Park
      New York, New York 10036

   5. **Counsel for the Agent for the Second Lien Lenders**
      Ropes & Gray LLP
      Attn: Mark Somerstein, Esq.
      Benjamin Schneider, Esq
      1211 Avenue of the Americas
      New York, New York 10036

   6. **Counsel for the Agent for the First Lien Lenders**
      Skadden, Arps, Slate, Meagher & Flom LLP
      Attn: Van C. Durrer II
      Ramon M. Naguiat
      300 South Grand Avenue, Suite 3500
      Los Angeles, CA 90071

   7. **Counsel for James M. Rhodes and Sagebrush Enterprises, Inc.**
      Greenberg Traurig, LLP
      Attn: Brett A. Axelrod, Esq.
      3773 Howard Hughes Parkway, Suite 400 North
      Las Vegas, Nevada 89169

**PLEASE TAKE FURTHER NOTICE** that any objection to the Disclosure Statement or the Motion must be filed and served within 25 days after the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that if you object to the Disclosure Statement or the Motion, you *must* file a **WRITTEN** response to the Disclosure Statement or the Motion with the court. You *must* also serve your written response on the person who sent this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, upon approval of the Disclosure Statement by the Bankruptcy Court, any party in interest that is entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Disclosure Statement and the Motion may be continued without further notice.

DATED this 25th day of September 2009.

By: /s/ Philip C. Dublin  
Nile Leatham (NV Bar No. 002838)  
KOLESAR & LEATHAM  
Wells Fargo Financial Center  
3320 W. Sahara Ave.  
Las Vegas, NV 89102  
(702) 979-2357 (Telephone)  
(702) 362-9472 (Facsimile)  
Nleatham@klnevada.com  

AKIN GUMP STRAUSS HAUER & FELD LLP  
Philip C. Dublin (NY Bar No. 2959344)  
Abid Qureshi (NY Bar No. 2684637)  
One Bryant Park  
New York, New York 10036  
(212) 872-1000 (Telephone)  
(212) 872-1002 (Facsimile)  
pdublin@akingump.com  
aqureshi@akingump.com  

*Counsel for the First Lien Steering Committee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6832); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6633); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and the Disclosure Statement.