James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

E-File: <u>October 19, 2009</u>

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,"[1]

Debtors.

Affects:
☒    All Debtors

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:209557.1

☐ Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

1. On the 16th day of October 2009, I served the following document(s) (specify):

   a. **Debtors' Objection Melissa Mack's Claim Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Books and Records Claims); Declaration of Paul D. Huygens in Support Thereof [Docket No. 586]; and**
   b. **Notice of Hearing [Docket No. 587]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐     a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   **09-14814-lbr Notice will be electronically mailed to:**

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   tbw@jonesvargas.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   mwalters@marquisaurbach.com,
   dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

   RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   richard.dreitzer@bullivant.com

   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
   ecf@parsonsbehle.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

   ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
   rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com,
susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    b.    **United States mail, postage fully prepaid**
            *(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED

☐    c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at

DOCS_LA:209557.1                                3

the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d.  By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e.  By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  **f.  By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

☐  **g.  By overnight delivery (to the landlord list only).**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): October 19, 2009

Sophia L. Lee
(Name of Declarant)                                       (Signature of Declarant)

DOCS_LA:209557.1

4

# RHODES HOMES SERVICE LIST

**Claimants**
Melissa F. Mack, Esq.
Law Offices of Melissa Mack
1139 Leeward Lane
Alameda, CA 94502

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

The Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow
Karl Y. Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett
David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:209557.1                                  5

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479
(Fax) 612-667-9825

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer II
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

Jeffrey R. Sylvester, Esq.
James B. MacRobie, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128
(Fax) 702-952-5205

DOCS_LA:209557.1                                    6

**Request For Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119
(Fax) 702-385-3025

**Counsel for Caterpillar Financial Services Corporation**
Robert R. Kinas, Esq.
Claire Y. Dossier, Esq.
Nishat Baig, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

**Counsel for Creditor Stanley Consultants, Inc.**
Janiece S. Marshall, Esq.
Anderson, McPharlin & Conners LLP
777 North Rainbow Blvd., Ste. 145
Las Vegas, NV 89107
(Fax) 702-1025

DOCS_LA:209557.1                                                7

**Counsel for Lloyd's of London**
Mitoshi H. Fujio-White, Esq.
BOORNAZIAN, JENSEN & GARTHE
555 12th St., Suite 1800
Oakland, CA 94607
(Fax) (510) 839-1897

**Insurance Company**
Randall D. Patterson
LEXINGTON INSURANCE
100 Summer Street
Boston, MA 02110-2135

**Counsel for Clark County**
Philip S. Gerson, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(Fax) (702) 383-0701

DOCS_LA:209557.1                                  8