James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

[Proposed] Attorneys for Debtors and
Debtors in Possession

E-File: October 28, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER RE FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** [Docket No. 435] was entered on October 28, 2009. A copy of the Order is attached hereto.

**DATED** this 28th day of October, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1        2

Entered on Docket
October 28, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: October 2, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

### ORDER RE FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES [Docket No. 435]

Upon consideration of the *First Interim Application of Larson & Stephens, LLC Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket Number

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_LA:208312.1

435] (the "Application"), and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Application is granted as set forth herein and the Court allows, on an interim basis, Larson & Stephens, LLC ("L&S") the sum of $79,527.50, inclusive of all fees and expenses for the period from March 29, 2009 through June 30, 2009, consisting of $75,915.00 of fees and $3,612.50 of expenses as reasonable compensation for actual and necessary services rendered by L&S.

2. L&S is authorized to pay itself the unpaid balance of such allowed fees and expenses for its Application from the $138,710.00 remaining retainer (the "Retainer") L&S is holding.

3. The allowance of the aforementioned interim fees and expenses is subject to Court approval on a final basis pursuant to final fee applications to be submitted for approval at the appropriate time.

DATED this 2nd day of October, 2009.

Submitted by:

By: __/s/Zachariah Larson__
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com

*Attorney for Debtors and Debtors in Possession*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_LA:208312.1

2

1  APPROVED / ~~DISAPPROVED~~:

2  SARA L. KISTLER, ACTING UNITED
   STATES TRUSTEE
3
4  By: /s/ August B. Landis
5  August B. Landis
   Assistant United States Trustee
6  300 Las Vegas Blvd. S., Ste. 4300
   Las Vegas, NV 89101
7  Telephone: (702) 388-6600 Ext. 235
   Telefax:   (702) 388-6658
8  Email: augie.landis@usdoj.gov

9

10 **LR 9021 Certification**

11

12 In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

13 ___ The court has waived the requirement of approval under LR 9021.

14 _X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

15 ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
16 any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
   and each has approved or disapproved the order, or failed to respond, as indicated below.
17
   DATED this 2nd day of October, 2009.
18
   Submitted by:
19

20
   By: /s/ Zachariah Larson
21     LARSON & STEPHENS
       Zachariah Larson, Esq. (NV Bar No 7787)
22     Kyle O. Stephens, Esq. (NV Bar No. 7928)
       810 S. Casino Center Blvd., Ste. 104
23     Las Vegas, NV 89101
       (702) 382-1170 (Telephone)
24     (702) 382-1169
25     zlarson@lslawnv.com
       Attorneys for Debtors
26

27

28

Left margin: LARSON & STEPHENS / 810 S. Casino Center Blvd., Suite 104 / Las Vegas, Nevada 89101 / Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_LA:208312.1                    3