James I. Stang, Esq. (CA Bar No. 94435)  
Shirley S. Cho, Esq. (CA Bar No. 192616)  
Werner Disse, Esq. (CA Bar No. 143458)  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd., 11th Floor  
Los Angeles, California 90067-4100  
Telephone: 310/277-6910  
Facsimile:  310/201-0760  
Email: jstang@pszjlaw.com  
       scho@pszjlaw.com  
       wdisse@pszjlaw.com  

Zachariah Larson, Esq. (NV Bar No. 7787)  
LARSON & STEPHENS  
810 S. Casino Center Blvd., Ste. 104  
Las Vegas, NV  89101  
Telephone:  702/382.1170  
Facsimile:  702/382.1169  
Email: zlarson@lslawnv.com  
Attorneys for Debtors and  
Debtors in Possession  

E-File: October 28, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    October 30, 2009<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

### STATUS AND AGENDA FOR OCTOBER 30, 2009 HEARING

### AT 1:30 P.M.

1.  *Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* **[Rhodes Docket No. 357]**

Related Filings:

A.  *Notice of Hearing* on Docket No. 357 [Rhodes Docket No. 358]

B.  *Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 364]

C.  *Supplemental Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 365]

D.  *Response To Debtors' Omnibus Objection To IRS Claims* with Certificate of Service [Rhodes Docket No. 507]

E.  *Second Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]* [Rhodes Docket No. 523]

F.  *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon (Docket No. 357)* [Rhodes Docket No. 538]

G.  *Notice of Entry of Order* for Docket entry No. 538 [Rhodes Docket No. 540]

H.  *Certificate of Service* for Docket entry No. 540 [Rhodes Docket No. 543]

I.  *Third Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 656]

**STATUS**: .Pursuant to the stipulation filed with the Court on October 28, 2009, the parties have agreed to continue the matter to November 16, 2009 at 9:30 a.m.  [Docket No. 656].

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

A proposed form of the order approving the stipulation will be uploaded with the Court for review as soon as possible.

  **2.**  *Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* **[Rhodes Docket No. 501]**

  Related Filings:

A. *Chapter 11 Plan of Reorganization #1* [Rhodes Docket No. 502]

B. *Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 504]

C. *Certificate of Service* Filed by Nile Leatham for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 508]

D. *Certificate of Service* Filed by Zachariah Larson for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 510]

E. *Certificate of Service* Filed by Nile Leatham for Docket Entry 504 [Rhodes Docket No. 519]

F. *Objection to Disclosure Statement and Sufficiency of Disclosure Statement for the Plan of Reorganization for the Rhodes Companies LLC Pursuant to Chapter 11 of the US Bankruptcy Code* [Rhodes Docket No. 617]

G. *Notice of Filing of Verification of Publication in the Las Vegas Review Journal and the Las Vegas Sun* [Rhodes Docket No. 618]

H. *Amended Chapter 11 Plan Number First Amended Plan* [Rhodes Docket No. 649]

I. *First Amended* Disclosure Statement *for the First Amended Plan of Reorganization* [Rhodes Docket No. 650]

J. *Amended Chapter 11 Plan Number (REDLINED First Amended)* [Rhodes Docket No. 651]

K. *(REDLINED) First Amended Disclosure Statement for First Amended Plan of Reorganization* [Rhodes Docket No. 652]

L. *Certificate of Service* for Docket entries 649, 650, 651 and 652 [Rhodes Docket No. 653]

M. *Reply of the First Lien Steering Committee to (1) Certain Issues Raised Sua Sponte by the Bankruptcy Court with Respect to Sufficiency of Disclosure Statement and (II) Stanley Consultants, Inc.'s Objection to Sufficiency of Disclosure Statement* [Rhodes

Docket No. 663]

N.  *Certificate of Service* for Docket Entry No. 663 [Rhodes Docket No. 664]

**STATUS**:  This matter will be going forward.  This matter is contested based on the objection filed by Stanley Engineering.

3.  *Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices In Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* **[Rhodes Docket No. 503]**

Related Filings:

A.  *Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 501]

B.  *Chapter 11 Plan of Reorganization #1* [Rhodes Docket No. 502]

C.  *Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 504]

D.  *Certificate of Service* Filed by Nile Leatham for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 508]

E.  *Certificate of Service* Filed by Zachariah Larson for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 510]

F.  *Certificate of Service* Filed by Nile Leatham for Docket Entry 504 [Rhodes Docket No. 519]

G.  *Objection to Disclosure Statement and Sufficiency of Disclosure Statement for the Plan of Reorganization for the Rhodes Companies LLC Pursuant to Chapter 11 of the US Bankruptcy Code* [Rhodes Docket No. 617]

H.  *Notice of Filing of Verification of Publication in the Las Vegas Review Journal and the Las Vegas Sun* [Rhodes Docket No. 618]

I.  *Amended Chapter 11 Plan Number First Amended Plan* [Rhodes Docket No. 649]

J.  *First Amended* Disclosure Statement *for the First Amended Plan of Reorganization* [Rhodes Docket No. 650]

73203-002\DOCS_LA:209704.1                4

K.  *Amended Chapter 11 Plan Number (REDLINED First Amended)* [Rhodes Docket No. 651]

L.  *(REDLINED) First Amended Disclosure Statement for First Amended Plan of Reorganization* [Rhodes Docket No. 652]

M.  *Certificate of Service* for Docket entries 649, 650, 651 and 652 [Rhodes Docket No. 653]

N.  *Reply of the First Lien Steering Committee to (1) Certain Issues Raised Sua Sponte by the Bankruptcy Court with Respect to Sufficiency of Disclosure Statement and (II) Stanley Consultants, Inc.'s Objection to Sufficiency of Disclosure Statement* [Rhodes Docket No. 663]

O.  *Certificate of Service* for Docket Entry No. 663 [Rhodes Docket No. 664]

**STATUS**:  This matter is contested based on the objection filed by Stanley Engineering.  This matter will be going forward.

**4.**    *Objection to Ford Motor Credit's Claim Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Non-Debtor Claim)* **[Rhodes Docket No. 513]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 513 [Rhodes Docket No. 514]

B.  Hearing Scheduled/Rescheduled.Hearing scheduled 10/30/2009 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 513 Objection filed by Debtor THE RHODES COMPANIES, LLC) (khc) (Entered: 09/30/2009) [Rhodes Docket No. 520]

C.  *Certificate of Service* for Docket Entries 513 and 514 [Rhodes Docket No. 530]

**STATUS**:  This matter will be going forward.   No responses have been received.

**5.**    *First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Paid Claims)* **[Rhodes Docket No. 515]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 515 [Rhodes Docket No. 516]

B.  *Certificate of Service* for Docket Entries 515 and 516 [Rhodes Docket No. 528]

C.  *Notice of Withdrawal of Objection Filed By the Debtors to Signs West, Inc.'s Proofs of Claim [Docket No. 515]* [Rhodes Docket No. 558]

D. Hearing Scheduled/Rescheduled.Hearing scheduled 10/30/2009 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 515 Objection filed by Debtor THE RHODES COMPANIES, LLC) (jmg) (Entered: 10/09/2009) [Rhodes Docket No. 559]

E. *Certificate of Service* for Docket Entry 558 [Rhodes Docket No. 647]

F. *Supplemental Certificate of Service* for Docket Entry 558 [Rhodes Docket No. 648]

**STATUS**:  This matter will be going forward except as to Signs West, which has voluntarily withdrawn its claims.

**6.** *Second Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Paid Claims)* **[Rhodes Docket No. 517]**

Related Filings:

A. *Notice of Hearing* for Docket No. 517 [Rhodes Docket No. 518]

B. Hearing Scheduled/Rescheduled.Hearing scheduled 10/30/2009 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 517 Objection filed by Debtor THE RHODES COMPANIES, LLC) (khc) (Entered: 09/30/2009) [Rhodes Docket No. 522]

C. *Certificate of Service* for Docket Entries 517 and 518 [Rhodes Docket No. 529]

**STATUS**: This matter will be going forward. No responses have been received.

Dated:    October 28, 2009            LARSON & STEPHENS

   /s/Zachariah Larson
    Zachariah Larson, Esq. (NV Bar No. 7787)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, Nevada  89101

        –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:209704.1            7