*Electronically Filed*
*October 29, 2009*

1  Name of Attorney  Meredith A. Lahaie
2  Bar Number  4518023
3  City  NEW YORK
4  State  NEW YORK
5  Phone #  212.872.1000
6  E-mail address  mlahaie@akingump.com
7
8              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
9
10  In re                                    )   Bankruptcy No. 09-14814-LBR
    THE RHODES COMPANIES, LLC, aka           )
11  "Rhodes Homes," et al.,                  )   Chapter No. 11
                                             )
12                                           )   VERIFIED PETITION FOR
                                             )   PERMISSION TO PRACTICE
13                                           )   IN THIS CASE ONLY BY
                                             )   ATTORNEY NOT ADMITTED
14             Debtors.                      )   TO THE BAR OF THIS COURT
                                             )
15                                           )
                                             )   EFFECTIVE JUNE 1, 2004
16                                           )   FILING FEE IS $175.00

17
18       Meredith A. Lahaie                        , Petitioner, respectfully represents to the Court:

19
20       1.   That Petitioner resides in  NEW YORK        ,  NEW YORK        .
                                            (City)              (State)
21
22       2.   That Petitioner is an attorney at law and a member of the law firm of _____
    Akin Gump Strauss Hauer & Feld LLP                                      with offices at
23
    One Bryant Park
24                          (street address)
    New York, NY                    , 10036      , 212.872.1000                          .
25     (city)                        (zip code)    (area code + telephone number)

26       3.   That Petitioner has been retained personally or as a member of the law firm by

27  Steering Committee of Senior Secured Lenders     to provide legal representation in connection with
28              [client(s)]
    the above-entitled case now pending before this Court.

Document3

4. That since <u>2007</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>NEW YORK</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| New York Supreme Court | 2007 |
| U.S. District Court, Southern District of New York | 2008 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of New York

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Ira S. Dizengoff | Case No. 09-14778-LBR | Bankruptcy Court | Pending |
| Abid Qureshi | Case No. 09-14778-LBR | Bankruptcy Court | Pending |
| Philip A. Dublin | Case No. 09-14778-LBR | Bankruptcy Court | Pending |
| Christine Doniak | Case No. 09-14778-LBR | Bankruptcy Court | Pending |
| Elizabeth Raskin | Case No. 09-14778-LBR | Bankruptcy Court | Pending |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3  DATED: 10/26/2009

_____
Petitioner's Signature

4  STATE OF NEW YORK       )
5                          )
   COUNTY OF NEW YORK      )
6

7  ___Meredith A. Lahaie___, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

_____
Petitioner's Signature

10 (SEAL)

11 Subscribed and sworn to before me this
12 29th day of October, 2009.

13 ___Mildred Andino___
    Notary public

15       MILDRED ANDINO
   Notary Public, State of New York
16         No. 01AN4857026
       Qualified in Queens County
17   Commission Expires April 28, 20 10

4