1  Name of Attorney _____

2  Bar Number_____

3  City _____

4  State _____

5  Phone # _____

6  E-mail address _____

7

8                          UNITED STATES BANKRUPTCY COURT
                                  DISTRICT OF NEVADA
9

10  _____ )    Bankruptcy No.
                                    )
11                                  )    Chapter No._____
                                    )
12            Plaintiff              )   **VERIFIED PETITION FOR**
                                    )   **PERMISSION TO PRACTICE**
13            vs.                   )   **IN THIS CASE ONLY BY**
                                    )   **ATTORNEY NOT ADMITTED**
14                                  )   **TO THE BAR OF THIS COURT**
                                    )
15                                  )
            Defendant(s)            )    EFFECTIVE JUNE 1, 2004
16  _____ )    FILING FEE IS **$175.00**

17

18       _____, Petitioner, respectfully represents to the Court:

19

20       1.    That Petitioner resides in _____, _____.
                                                (City)                    (State)
21
         2.    That Petitioner is an attorney at law and a member of the law firm of _____
22
    _____ with offices at
23
    _____,
24                                         (street address)
    _____, _____, _____.
25       (city)                  (zip code)        (area code + telephone number)

26       3.    That Petitioner has been retained personally or as a member of the law firm by

27
    _____ to provide legal representation in connection with
28         [client(s)]
    the above-entitled case now pending before this Court.

4.   That since _____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____
(state)
where Petitioner regularly practices law.

5.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.                                                     Date Admitted

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

6.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

1      7.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give
2  particulars of ever denied admission):

6      8.    That Petitioner is a member of good standing in the following Bar Associations:

10      9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than
11  one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under
12  Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

    (If necessary, please attach a statement of additional applications)

21      10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State
22  of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent
23  as a member of the State Bar of Nevada.

24      11.    Petitioner agrees to comply with the standards of professional conduct required of the
25  members of the bar of this court.

26      12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to
27  practice in this jurisdiction and that the client has consented to such representation.

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY. |
| 3 | DATED: 10/29/09 |
|   | _____ Petitioner's Signature |
| 4 | STATE OF California ) |
| 5 | ) |
|   | COUNTY OF Los Angeles ) |
| 7 | Van C. Durrer II, Petitioner, being first duly sworn, deposes and says: |
| 8 | That the foregoing statements are true. |
|   | _____ Petitioner's Signature |
| 10 | (SEAL) |
| 11 | Subscribed and sworn to before me this |
| 12 | _____ day of SEE ATTACHED, _____. |
|   | _____ Notary public |

4

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 29TH day of OCTOBER, 2009, by VAN C. DURRER II , proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature of Notary

LISA L. FRAZIER
Commission # 1866120
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2013

(SEAL)