**Attachment A to
Verified Petition for Permission to Practice in This Case
Only by Attorney Not Admitted to the Bar of This Court** (*applicant:  Van C. Durrer II*)

*In re The Rhodes Companies, LLC, aka "Rhodes Homes," et al.
Case No. 09-14814-LBR*

| Name and Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Application Granted or Denied? |
|---|---|---|---|
| Eric Waxman<br><br>April 5, 2007 | In re Station Casino's Shareholder Litigation, A532367 | The Eighth Judicial District of Clark County | Granted |
| Peter Morrison<br><br>April 5, 2007 | In re Station Casino's Shareholder Litigation, A532367 | The Eighth Judicial District of Clark County | Granted |
| Emily Ma<br><br>June 19, 2008 | In re PTI Holding Corp., Case No. 06-50140<br><br>Official Committee of Unsecured Creditors, et al. v. Linda Gaunt Communications LLC, et al., Adv. Proceeding No. 08-05065 | United States Bankruptcy Court, District Of Nevada | Granted |
| Ramon M. Naguiat<br><br>April 8, 2009 | In re Heritage Land Company, LLC, et al., Case No. 09-14778 | United States Bankruptcy Court, District Of Nevada | Granted |
| Van C. Durrer II<br><br>July 30, 2009 | In re Northern NV Acquisitions, LLC, et al., Case No. 09-52470 | United States Bankruptcy Court, District Of Nevada | Granted |
| Van C. Durrer II<br><br>July 30, 2009 | In re Stations Casino, Inc., Case No. 09-52477 | United States Bankruptcy Court, District Of Nevada | Granted |

1

2

| Name and Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Application Granted or Denied? |
|---|---|---|---|
| Meredith Edelman<br><br>July 30, 2009 | <u>In re Northern NV Acquisitions, LLC, et al.</u>, Case No. 09-52470 | United States Bankruptcy Court, District Of Nevada | Granted |
| Meredith Edelman<br><br>July 30, 2009 | <u>In re Stations Casino, Inc.</u>, Case No. 09-52477 | United States Bankruptcy Court, District Of Nevada | Granted |