Name of Attorney Van C. Durrer, II, Esq.
Bar # 226693 (California)
Address 300 S. Grand Avenue, #3400
        Los Angeles, CA 90071
Phone # 213.687.5000
e-mail address van.durrer@skadden.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

                            Debtor(s).

Bankruptcy No.: 09-14814-LBR
Chapter 11

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Credit Suisse, Cayman Islands Branch, the Creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Jeffrey R. Sylvester, Esq. attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Nevada Bar No. 4396, 7371 Prairie Falcon Road, Suite 120, Las Vegas, NV 89128;

(702) 952-5200; jeff@sylvesterpolednak.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/S/ Van C. Durrer, II   Attorney at Law

Counsel for Credit Suisse, Cayman Isl.

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/S/ Jeffrey R. Sylvester, Esq.

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jeffrey R. Sylvester, Esq._____ as his/her/their Designated Nevada Counsel is this case.

/S/ Graham Lawrence
_____

Vice President for Credit Suisse,
_____

Cayman Islands Branch
_____

Deslocalcounsel.wpd   rev. 4/12/07