James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
         scho@pszjlaw.com
         wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-file: October 29, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐    All Debtors<br>☒    Affects the following Debtor(s)<br>Bravo, Inc. | Current Hearing Date: November 16, 2009<br>Current Hearing Time:  9:30 a.m.<br>Courtroom 1<br><br>Proposed Hearing Date: December 17, 2009<br>Proposed Hearing Time:  9:30 a.m. |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:203945.8

### STIPULATION FOR CONTINUANCE [Docket No. 302]

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC ("Movant"), by and through undersigned counsel, hereby represent and stipulate as follows:

A. Movant's *Motion for Relief from Stay* [Docket Number 302] (the "Motion") currently is scheduled for hearing on November 16, 2009.

B. The parties are trying to resolve the Motion consensually and require additional time to accomplish this result. Accordingly, the parties desire to continue the hearing on the Motion until the omnibus hearing date on December 17, 2009 at 9:30 a.m.

C. The parties are seeking an order of this Court approving this Stipulation for a continuance in order to ensure that Movant does not waive its rights under the "30 day rule" pursuant to Local Rule 4001(a)(1)(B) and does not waive any rights afforded by section 362 of the Bankruptcy Code.

WHEREFORE, the parties stipulate and agree, subject to the approval of this Court, to continue the hearing on the Motion until the omnibus hearing date on December 17, 2009 at 9:30 a.m., or to such other date as the Court deems appropriate.

**DATED** this 29th day of October, 2009.

| | |
|---|---|
| LARSON & STEPHENS | LEWIS BRISBOIS BRISGAARD & SMITH LLP |
| By: /s/ Zachariah Larson, Esq.<br>Zachariah Larson, Esq., Bar No. 7787<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-1170<br>Fax: (702) 38201169<br>Attorneys for the Debtors | By: /s/ Janice J. Brown, Esq.<br>Janice J. Brown, Esq., Bar No. 001118<br>400 South Fourth St., Suite 500<br>Las Vegas, Nevada 89101<br>Tel: (702) 893-3303<br>Fax: (702) 893-3789<br>Attorneys for Movant |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:203945.8            2