Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. Macrobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

Attorneys for Creditor Credit Suisse, Cayman Islands Branch

E-FILED October 29, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>■ All Debtors | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

## CERTIFICATE OF SERVICE

1. On October 29, 2009, I served the following document(s) (*specify*):

   1) **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT [DOC. 668]; and**

   2) **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO [DOC. 669]**

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ☒ a. ECF System (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)

   *SEE ATTACHED "Notice(s) of Electronic Filing"*

   ☒ b. United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Rhodes Homes Service List"

   ___ c. Personal Service (*List persons and address. Attach additional pages if necessary*)

   ___ d. By direct email (as opposed to through the ECF System) (*List persons and email addresses. Attach additional pages if necessary*)

   ___ e. By fax transmission (*List persons and fax numbers. Attach additional pages if necessary*)

   ___ f. By messenger (*List persons and address. Attach additional pages if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of October, 2009.

_____
An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

Miscellaneous:

<u>09-14814-lbr THE RHODES COMPANIES, LLC</u>
Type: bk          Chapter: 11 v              Office: 2 (Las Vegas)
Assets: y         Judge: lbr                 Case Flag: JNTADMN, LEAD,
                                             BAPCPA, FeeDueVP

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JEFFREY R. SYLVESTER entered on 10/29/2009 at 10:50 AM PDT and filed on 10/29/2009
**Case Name:**        THE RHODES COMPANIES, LLC
**Case Number:**      <u>09-14814-lbr</u>
**Document Number:** <u>668</u>

**Docket Text:**
Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. *(For Attorney Van C. Durrer, II)* Designation of Local Counsel due by 11/9/2009. Filed by JEFFREY R. SYLVESTER on behalf of CREDIT SUISSE, CAYMAN ISLANDS BRANCH (Related document(s)[328] Substitution of Attorney filed by Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH, [329] Designation of Local Counsel filed by Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH) (Attachments: # (1) Attachment A) (SYLVESTER, JEFFREY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Durrer - Verified Petition 10-29-09.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/29/2009] [FileNumber=14017109-0] [05b72c23e52174e361014c12efa1b9344786899d75ed6efc5ee74fa5d65d5d5fc7 6f69a25e7c13fe404b200c6656b943090c13b3fd19e65b0856e956f4d1db6f]]
**Document description:** Attachment A
**Original filename:** C:\fakepath\Attachment to Verified Petition 10-29-09.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/29/2009] [FileNumber=14017109-1] [8e8365b3e244fec8da737dfe006d5e2feba1d2f3169a140273381e03a848998345 f1c259ca2d88b35a200617c00dab8a83639013c95ba9abf3fa7de1ef088125]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY

banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
kdunn@klnevada.com;kgregos@klnevada.com;bankruptcy@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

## Miscellaneous:

<u>09-14814-lbr THE RHODES COMPANIES, LLC</u>
Type: bk    Chapter: 11 v    Office: 2 (Las Vegas)
Assets: y    Judge: lbr    Case Flag: JNTADMN, LEAD, BAPCPA, FeeDueVP

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JEFFREY R. SYLVESTER entered on 10/29/2009 at 11:20 AM PDT and filed on 10/29/2009
**Case Name:** THE RHODES COMPANIES, LLC
**Case Number:** <u>09-14814-lbr</u>
**Document Number:** <u>669</u>

**Docket Text:**
Designation of Local Counsel *and Consent Thereto* Filed by JEFFREY R. SYLVESTER, CREDIT SUISSE, CAYMAN ISLANDS BRANCH on behalf of CREDIT SUISSE, CAYMAN ISLANDS BRANCH (Related document(s)[668] Verified Petition filed by Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH) (SYLVESTER, JEFFREY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\rhodes - designation.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/29/2009] [FileNumber=14017687-0] [ad99b4f3cbe86c5ecf5c381a21411fdf19f8d739591922595d4bc5b98743eed99c c01d112a5570a27caed992056ac55be34561253f8d9040a0c999964cc89ae0]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
kdunn@klnevada.com;kgregos@klnevada.com;bankruptcy@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL

BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

# RHODES HOMES SERVICE LIST

**Office of the U.S. Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101
(Fax) 702-388-6658

Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow, Esq.
Karl Y. Olseon, Esq.
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett, Esq.
David P. Billings, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod, Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
(Fax) 702-792-9002

**Counsel to The Steering Committee of the 1st Lien Lenders**
Ira Dizengoff, Esq.
Phillip Dublin, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212-872-1002

Page 1 of 3

Nile Leatham, Esq.
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein, Esq.
Don Demakis, Esq.
Ben Schneider, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
Credit Suisse Loan Funding LLC
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, N.A.
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer, II, Esq.
Ramon M. Naguiat, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, #3400
Los Angeles, CA 90071-3177
(Fax) 213-687-5600

**Request for Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams
WILLIAMS & WIESE
612 S. Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
(Fax) 702-650-2995

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Suite 200
Las Vegas, NV 89119
(Fax) 702-385-3025