# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
  THE RHODES COMPANIES, LLC
  4730 S. FT. APACHE #300
  LAS VEGAS, NV 89147

ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by MEREDITH A. LAHAIE with the appointment of NILE LEATHAM as designated Nevada Counsel in this case are approved.

Dated: 11/2/09                           BY THE COURT

                                         *Mary A. Schott*

                                         Mary A. Schott
                                         Clerk of the Bankruptcy Court