Entered on Docket
November 04, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Affects:

☐ All Debtors
☒ Affects the following Debtor(s):

Pinnacle Grading, LLC; Rhodes Design and Development Corporation; Rhodes Homes Arizona, LLC; Rhodes Realty, Inc.; The Rhodes Companies, LLC; Tribes; and Tuscany Golf

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:   October 30, 2009
Hearing Time:   1:30 pm

Courtroom 1

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [PAID CLAIMS] [RE DOCKET NO. 515]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

73203-002\DOCS_LA:209952.1

Upon consideration of *Debtors' First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Paid Claims)* (the "First Omnibus Objection"),[2] filed by The Rhodes Companies, LLC ("Rhodes") and its affiliated debtors (collectively, the "Debtors"), requesting that the Court enter an order disallowing and expunging in full each of the Paid Claims; and the Court having jurisdiction to consider the First Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the First Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to each holder of a claim listed on Exhibit "A" attached hereto and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the First Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the First Omnibus Objection establish just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1. The claims identified on Exhibit "A" attached hereto are hereby disallowed in their entirety against the Debtors; and

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

APPROVED / DISAPPROVED:

DATED this 30th day of October 2009.

By: _____
UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Submitted by:

DATED this 30th day of October 2009.

By: /s/Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    (702) 382-1170 (Telephone)
    (702) 382-1169 (Facsimile)
    zlarson@lslawnv.com
    *Attorneys for Debtors*

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 30th day of October 2009.

By: _____/s/Zachariah Larson_____
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
Attorneys for Debtors

# EXHIBIT A

# EXHIBIT A

| Claim No. | Claim Filed Date | Filed in Debtor Case | Claimant Name | Secured | Priority | Unsecured | Proposed Treatment/ Disposition | Payment |
|---|---|---|---|---|---|---|---|---|
| 12 | 05/06/09 | The Rhodes Companies, LLC | Citrix Systems, Inc. | | | 3,600.00 | Disallow claim in its entirety. | PAID Check # 18125, 4/30/09 |
| 8 | 04/30/09 | Rhodes Design and Development Corporation | GMAC | 1,430.03 | | | Disallow claim in its entirety. | PAID Check # 5484 4/29/09 |
| 24 | 6-3-09 | The Rhodes Companies, LLC | Efrain Amecua | 4,000.00 | | | Disallow claim in its entirety. | PAID by workman's compensation carrier |

73203-002\DOCS_SF:67557.1