

Entered on Docket
November 04, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

Debtors.

Affects:
☐ All Debtors
☒ Affects the following Debtor(s):
APACHE FRAMING, LLC
BATCAVE, LP
BRAVO, INC.
CHALKLINE, LP
ELKHORN PARTNERS, A NEVADA LP
GERONIMO PLUMBING LLC
GLYNDA, LP
GUNG-HO CONCRETE LLC
HERITAGE LAND COMPANY, LLC
JACKKNIFE, LP

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date: October 30, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:207039.3

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

OVERFLOW, LP
PARCEL 20, LLC
PINNACLE GRADING, LLC
RHODES HOMES ARIZONA, LLC
RHODES ARIZONA PROPERTIES, LLC
THE RHODES COMPANIES, LLC
RHODES RANCH GOLF COUNTRY CLUB, LLC
RHODES RANCH GENERAL PARTNERSHIP
SIX FEATHERS HOLDINGS, LLC
TRIBES HOLDINGS, LLC
TICK, LP
TRIBES HOLDINGS, LLC
TUSCANY GOLF COUNTRY CLUB, LLC
WALLBOARD, LP

**ORDER CONTINUING DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND APPROVING STIPULATION THEREON [DOCKET NO. 357]**

Upon consideration of the Third Stipulation to continue the hearing on the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* (the "Objection"),[2] filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), a copy of which is attached hereto for reference [Docket No. 656], IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Objection currently set for hearing on October 30, 2009 at 1:30 p.m. is continued to the omnibus hearing on November 16, 2009 at 1:30 pm.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

73203-002\DOCS_LA:207039.3                                       2

(APPROVED)/ DISAPPROVED:

DATED this 30th day of October 2009.

By: /s/ August B. Landis, AUST
UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:
DATED this 28th day of October 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors*

# EXHIBIT A

Case 09-14814-gwz    Doc 695    Entered 11/04/09 09:09:12    Page 4 of 7

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-filed: October 28, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br>APACHE FRAMING, LLC | Hearing Date: October 30, 2009<br>Hearing Time: 1:30 p.m.<br>Continued Date: November 16, 2009<br>Continued Time: 1:30 pm |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:208640.2

BATCAVE, LP
BRAVO, INC.
CHALKLINE, LP
ELKHORN PARTNERS, A NEVADA LP
GERONIMO PLUMBING LLC
GLYNDA, LP
GUNG-HO CONCRETE LLC
HERITAGE LAND COMPANY, LLC
JACKKNIFE, LP
OVERFLOW, LP
PARCEL 20, LLC
PINNACLE GRADING, LLC
RHODES HOMES ARIZONA, LLC
RHODES ARIZONA PROPERTIES, LLC
THE RHODES COMPANIES, LLC
RHODES RANCH GOLF COUNTRY CLUB, LLC
RHODES RANCH GENERAL PARTNERSHIP
SIX FEATHERS HOLDINGS, LLC
TRIBES HOLDINGS, LLC
TICK, LP
TRIBES HOLDINGS, LLC
TUSCANY GOLF COUNTRY CLUB, LLC
WALLBOARD, LP

**THIRD STIPULATION BETWEEN INTERNAL REVENUE SERVICE AND DEBTORS CONTINUING DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [DOCKET NO. 357]**

Regarding the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* (the "Objection"), filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), the Debtors and the Internal Revenue Service ("IRS") hereby stipulate and agree in order to allow the parties additional time to consensually resolve all of the IRS's claims:

1. The Objection currently set for hearing on October 30, 2009 at 1:30 p.m. is continued to the omnibus hearing on November 16, 2009 at 1:30 pm.

Dated:   October 28, 2009

By  /s/ Virginia Lowe, Esq.
---
Virginia Cronan Lowe, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated:   October 28, 2009

By  /s/ Shirley S. Cho
---
Shirley S. Cho, Esq.
Co-Counsel for The Rhodes Companies, LLC, Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:208640.2

3