# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  09–14814–lbr
### Chapter 11

In re: (Name of Debtor)
   THE RHODES COMPANIES, LLC
   4730 S. FT. APACHE #300
   LAS VEGAS, NV 89147

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by MEREDITH A. LAHAIE with the appointment of NILE LEATHAM as designated Nevada Counsel in this case are approved.

Dated: 11/2/09
                                          BY THE COURT

                                          Mary A. Schott
                                          Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: heathkl              Page 1 of 1             Date Rcvd: Nov 02, 2009
Case: 09-14814                 Form ID: oavp              Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 04, 2009.
        +MEREDITH A. LAHAIE,   ONE BRVANT PARK,   NEW YORK, NY 10036-6715

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2009**                     **Signature:** _Joseph Speetjens_