PHILIP S. GERSON, ESQ.
Nevada Bar No.: 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: banknv@rocgd.com
Counsel for Clark County

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | CASE NO.: BK-S-09-14814-LBR |
| ) | (Jointly Administered) |
| THE RHODES COMPANIES, LLC aka ) | Chapter 11 |
| "Rhodes Homes, et. al.". ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

### NOTICE OF AMENDED PROOF OF CLAIM NO. 70-1

Creditor CLARK COUNTY in the above-entitled proceeding, hereby revises and amends its Proof of Claim against Debtor RHODES DESIGN AND DEVELOPMENT CORPORATION, designated as Claim No. 70-1, filed on September 25, 2009 in the amount of $1,475,829.39 in the above-entitled jointly administrated case from said filed amount to the corrected amount of $138,711.38.

DATED this 6th day of November, 2009.

Respectfully Submitted By:

/s/ Philip S. Gerson

PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne
Las Vegas, Nevada 89129
Email: banknv@rocgd.com
Attorneys for CLARK COUNTY