PHILIP S. GERSON, ESQ.
Nevada Bar No.: 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: banknv@rocgd.com
Counsel for Clark County

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>THE RHODES COMPANIES, LLC aka "Rhodes Homes, et. al.".<br><br>Debtor(s). | CASE NO.: BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11 |

### NOTICE OF AMENDED PROOF OF CLAIM NO. 71-1

Creditor CLARK COUNTY in the above-entitled proceeding, hereby revises and amends its Proof of Claim against Debtor RHODES RANCH GENERAL PARTNERSHIP, designated as Claim No. 71-1, filed on September 25, 2009 in the amount of $7,793,663.56 in the above-entitled jointly administered case from said filed amount to the corrected amount of $3,495,179.16.

DATED this 6th day of November, 2009.

Respectfully Submitted By:

/PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne
Las Vegas, Nevada 89129
Email: banknv@rocgd.com
Attorneys for CLARK COUNTY