Entered on Docket
November 12, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br>Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s)<br>    Bravo, Inc. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: November 16, 2009<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

## ORDER GRANTING STIPULATION FOR CONTINUANCE RE RELIEF FROM STAY FILED BY HARSCH INVESTMENT PROPERTIES [Docket Nos. 302]

Upon consideration of the *Stipulation for Continuance* [Docket Number 671] between Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC (the "Movant"), and good cause appearing,

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:204012.5

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

IT IS HEREBY ORDERED that the Stipulation is approved, and the hearing on the *Motion for Relief from Stay* [Docket Number 302] shall take place on December 17, 2009 at 9:30 a.m.

APPROVED/DISAPPROVED:

DATED this __ day of ____, 2009.

By: /s/ Edward M. McDonald Jr.
UNITED STATES TRUSTEE
~~August Landis~~ Edward M. McDonald Jr., Counsel to the Acting United States Trustee
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

PREPARED AND SUBMITTED BY:

Date: October 29, 2009

| LARSON & STEPHENS | LEWIS BRISBOIS BRISGAARD & SMITH LLP |
|---|---|
| By: /s/ Zachariah Larson, Esq.<br>Zachariah Larson, Esq., Bar No. 7787<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-1170<br>Fax: (702) 38201169<br>Attorneys for the Debtors | By: /s/ Janice J. Brown, Esq.<br>Janice J. Brown, Esq., Bar No. 001118<br>400 South Fourth St., Suite 500<br>Las Vegas, Nevada 89101<br>Tel: (702) 893-3303<br>Fax: (702) 893-3789<br>Attorneys for Movant |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169