# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,

Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

---

### NOTICE OF AMENDMENT OF PROOF OF CLAIM NO. 64

INTERIOR SPECIALISTS, INC. hereby amends its proof of claim, designated as Claim No. 64, filed in the above-captioned case, from $139,003.70 to the reduced amount of $76,674.94.

Dated: _Nov 12_, 2009

By: _WAYNE LINDQUIST_ (signature) (print name)

Its: _Corp Credit MGR_ (title)