UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 23**

Dana Kepner Company hereby withdraws its proofs of claim, designated as Claim No. 23 filed in the above-captioned case.

Dated: Nov 2, 2009

_D Maunakea CBF_
(signature)

By: D Maunakea (print name)
Its: Credit Manager (title)

73203-002\DOCS_SF:68339.1