James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: November 12, 2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]
    Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

HEARING
DATE:       November 16, 2009
TIME:       1:30 p.m.
PLACE:      Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP

**STATUS AND AGENDA FOR NOVEMBER 16, 2009 HEARING**

**AT 1:30 P.M.**

1.   *First Application for Compensation Parsons Behle & Latimer, counsel to the Creditors Committee* **[Rhodes Docket No. 409]**

Related Filings:

A.   *Certificate of Service* for Docket Entry 409 [Rhodes Docket No. 414]

B.   *Notice of Hearing* for Docket Entry 409 [Rhodes Docket No. 635]

C.   *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.   *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.   No responses have been received.

2.   *Debtors' Objection to Chavez Construction Clean Up's Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Books & Records Claims)* **[Rhodes Docket No. 574]**

Related Filings:

A.   *Notice of Hearing* for Docket No. 574 [Rhodes Docket No. 575]

B.   *Certificate of Service* for Docket Entries 574 and 575 [Rhodes Docket No. 628]

C.   *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.   *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.

3.   *Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Insufficient Documentation)* **[Rhodes Docket No. 576]**

---

(Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Related Filings:

A.  *Notice of Hearing* for Docket No. 576 [Rhodes Docket No. 577]

B.  *Certificate of Service* for Docket Entries 576 and 577 [Rhodes Docket No. 619]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.  No responses have been received.

**4.    *Debtors' Objection to the City of Las Vegas' Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Books & Records Claims)* [Rhodes Docket No. 578]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 578 [Rhodes Docket No. 579]

B.  *Certificate of Service* for Docket Entries 578 and 579 [Rhodes Docket No. 620]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.  No responses have been received.

**5.    *Debtors' Objection to Staffmark's Claim Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Books & Records Claim)* [Rhodes Docket No. 580]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 580 [Rhodes Docket No. 581]

B.  *Certificate of Service* for Docket Entries 580 and 581 [Rhodes Docket No. 621]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.  No responses have been received.

    **6.**    *Debtors' Objection to Herminia Scannicchio's Claim Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Non-Debtor Claim)*; **[Rhodes Docket No. 582]**

    Related Filings:

A.   *Notice of Hearing* for Docket No. 582 [Rhodes Docket No. 583]

B.   *Certificate of Service* for Docket Entries 582 and 583 [Rhodes Docket No. 622]

C.   *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.   *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

    **STATUS**: This matter will be going forward. No responses have been received.

    **7.**    *Debtors' Objection to Claim Filed by Matthew Lewis on Behalf of Iovino Masonry Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007* **[Rhodes Docket No. 584]**

    Related Filings:

A.   *Notice of Hearing* for Docket No. 584 [Rhodes Docket No. 585]

B.   *Certificate of Service* for Docket Entries 584 and 585 [Rhodes Docket No. 623]

C.   *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.   *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

    **STATUS**: This matter will be going forward. No responses have been received.

    **8.**    *Debtors' Objection to Melissa Mack's Claim Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Books & Records Claim); Declaration of Paul D. Huygens in Support Thereof* **[Rhodes Docket No. 586]**

    Related Filings:

A.   *Notice of Hearing* for Docket No. 586 [Rhodes Docket No. 587]

B.   *Certificate of Service* for Docket Entries 586 and 587 [Rhodes Docket No. 624]

C.   *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket

No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

E.  *Notice of Withdrawal of Proof of Claim No. 9* [Rhodes Ranch General Partnership Docket No. 33]

**STATUS**: This matter will be going forward. No responses have been received.

9.  ***Debtors' Objection to Wall Constructors, Inc.'s Claim pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Non-Debtor and Duplicate Claims); Declaration of Paul D. Huygens In Support Thereof*** [Rhodes Docket No. 588]

Related Filings:

A.  *Notice of Hearing* for Docket Entry 588 [Rhodes Docket No. 589]

B.  *Certificate of Service* for Docket Entries 588, 589 [Rhodes Docket No. 625]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**: This matter will be going forward. No responses have been received.

10.  ***Fourth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Paid Claims)*** [Rhodes Docket No. 590]

Related Filings:

A.  *Notice of Hearing* for Docket No. 590 [Rhodes Docket No. 591]

B.  *Certificate of Service* for Docket Entries 590 and 591 [Rhodes Docket No. 626]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**: This matter will be going forward. No responses have been received.

11.  ***Debtors' Objection to Peacock Mountain Ranch Association's Claim*** [Rhodes Docket No. 592]

Related Filings:

A.  *Notice of Hearing for Docket entry 592* [Rhodes Docket No. 593]

B.  *Certificate of Service* for Docket Entries 592 and 593 [Rhodes Docket No. 627]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

E.  *Notice of Withdrawal of Proof of Claim* [Rhodes Design & Development Docket No. 48]

**STATUS**:  This matter will be going forward except as to Claim No. 24, which Claimant has withdrawn (see Rhodes Design & Development Docket No. 48).

12. *Application for Entry of an Order Authorizing Additional Categories for Omnibus Objections to Claims* **[Rhodes Docket No. 629]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 629 [Rhodes Docket No. 630]

B.  *Certificate of Service* for Docket Entries 629 and 630 [Rhodes Docket No. 645]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.   No responses have been received.

13. *Application for Order Authorizing Payment of Certain Prepetition Sales and Use Taxes and Real Property Taxes* **[Rhodes Docket No. 636]**

Related Filings:

A.  *Notice of Hearing* for Docket No. 636 [Rhodes Docket No. 637]

B.  *Certificate of Service* for Docket Entries 636 and 637 [Rhodes Docket No. 645]

C.  *Notice of Rescheduling Hearing time from 9:30 a.m. to 1:30 p.m.* [Rhodes Docket No. 687]

D.  *Certificate of Service* for Docket Entry 687 [Rhodes Docket No. 689]

**STATUS**:  This matter will be going forward.   No responses have been received.

14. ***Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* [Rhodes Docket No. 357]**

<u>Related Filings</u>:

A. *Notice of Hearing* on Docket No. 357 [Rhodes Docket No. 358]

B. *Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 364]

C. *Supplemental Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 365]

D. *Response To Debtors' Omnibus Objection To IRS Claims* with Certificate of Service [Rhodes Docket No. 507]

E. *Second Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]* [Rhodes Docket No. 523]

F. *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon (Docket No. 357)* [Rhodes Docket No. 538]

G. *Notice of Entry of Order* for Docket entry No. 538 [Rhodes Docket No. 540]

H. *Certificate of Service* for Docket entry No. 540 [Rhodes Docket No. 543]

I. *Third Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 656]

J. *Certificate of Service* for Docket entry 656 [Rhodes Docket No. 681]

K. *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon* [Docket No. 357] [Rhodes Docket No. 695]

L. *Notice of Entry of Order* for Docket Entry 695 [Rhodes Docket No. 697]

M. *Certificate of Service* for Docket Entry 697 [Rhodes Docket No. 702]

N. *Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 712]

**STATUS**: Pursuant to the Stipulation filed by the parties [Docket No. 712], the parties respectfully request that the Objection be continued to the omnibus hearing on December 17, 2009 at 1:30 p.m. A proposed form of order will be submitted as soon as possible.

15. *Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* **[Rhodes Docket No. 501]**

Related Filings:

A. *Chapter 11 Plan of Reorganization #1* [Rhodes Docket No. 502]

B. *Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 504]

C. *Certificate of Service* Filed by Nile Leatham for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 508]

D. *Certificate of Service* Filed by Zachariah Larson for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 510]

E. *Certificate of Service* Filed by Nile Leatham for Docket Entry 504 [Rhodes Docket No. 519]

F. *Objection to Disclosure Statement and Sufficiency of Disclosure Statement for the Plan of Reorganization for the Rhodes Companies LLC Pursuant to Chapter 11 of the US Bankruptcy Code* [Rhodes Docket No. 617]

G. *Notice of Filing of Verification of Publication in the Las Vegas Review Journal and the Las Vegas Sun* [Rhodes Docket No. 618]

H. *Amended Chapter 11 Plan Number First Amended Plan* [Rhodes Docket No. 649]

I. *First Amended* Disclosure Statement *for the First Amended Plan of Reorganization* [Rhodes Docket No. 650]

J. *Amended Chapter 11 Plan Number (REDLINED First Amended)* [Rhodes Docket No. 651]

K. *(REDLINED) First Amended Disclosure Statement for First Amended Plan of Reorganization* [Rhodes Docket No. 652]

L. *Certificate of Service* for Docket entries 649, 650, 651 and 652 [Rhodes Docket No. 653]

M. *Reply of the First Lien Steering Committee to (1) Certain Issues Raised Sua Sponte by the Bankruptcy Court with Respect to Sufficiency of Disclosure Statement and (II)*

*Stanley Consultants, Inc.'s Objection to Sufficiency of Disclosure Statement* [Rhodes Docket No. 663]

N. *Certificate of Service* for Docket Entry No. 663 [Rhodes Docket No. 664]

O. Transcript regarding Hearing Held on 10/30/09 [Rhodes Docket No. 688]

P. *Second Amended Disclosure Statement for the Second Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 713]

R. *Redline of the First/Second Amended Disclosure Statement for the First/Second Amended Plan of Reorganization Pursuant to chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 714]

S. *Amended Chapter 11 Plan Number Second Amended* [Rhodes Docket No. 715]

T. *Redline of First/Second Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 716]

U. *Notice of Filing of Amended Exhibit "A" to Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* [Rhodes Docket No. 717]

V. *Notice (Redlined) of Filing of Amended Exhibit "A" to Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* [Rhodes Docket No. 719]

**STATUS**:  This matter was continued from the October 30, 2009 omnibus hearing and will be going forward.

16. **M*otion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices In Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* [Rhodes Docket No. 503]**

Related Filings:

See No. 15 above.

**STATUS**: This matter was continued from the October 30, 2009 omnibus hearing and will be going forward.

Dated:   November 12, 2009        LARSON & STEPHENS

                           */s/Zachariah Larson*
                           Zachariah Larson, Esq. (NV Bar No. 7787)
                           810 S. Casino Center Blvd., Ste. 104
                           Las Vegas, Nevada 89101

                                  –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

73203-002\DOCS_LA:210605.3            10