Billed and Unbilled Recap of Time Detail [18422.001 - BANKRUPTCY]
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES    10/23/2009 3:53:13 PM

| Date | tkpr | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|------|---------------------|-------|--------|-------------|---------------|-------|
| 07/01/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | COMMITTEE CONFERENCE CALL. | 18422.001 | 2351455 |
| 08/20/2009 | | Invoice=267608 | 0.10 | 18.00 | | | |
| | | | | | | | |
| 07/01/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | TELEPHONE CONFERENCE WITH SECURED LENDER | 18422.001 | 2351864 |
| 08/20/2009 | | Invoice=267608 | 0.40 | 170.00 | COUNSEL REGARDING PLAN AND TERMSHEET. | | |
| | | | | | | | |
| 07/01/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | PREPARE FOR AND UCC CALL. | 18422.001 | 2351865 |
| 08/20/2009 | | Invoice=267608 | 0.40 | 170.00 | | | |
| | | | | | | | |
| 07/02/2009 | 0557 | J. THOMAS BECKETT | 1.90 | 807.50 | CONFERENCE CALL WITH WINCHESTER AND DUBLIN | 18422.001 | 2351894 |
| 08/20/2009 | | Invoice=267608 | 1.90 | 807.50 | REGARDING CLAIMS (.9); ANALYSIS OF | | |
| | | | | | SPREADSHEET FROM WINCHESTER. | | |
| | | | | | | | |
| 07/02/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | DOCKET UPDATE CHECK. | 18422.001 | 2351908 |
| 08/20/2009 | | Invoice=267608 | 0.40 | 170.00 | | | |
| | | | | | | | |
| 07/02/2009 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | COMMUNICATIONS WITH J. SMITH REGARDING | 18422.001 | 2357721 |
| 08/20/2009 | | Invoice=267608 | 2.00 | 270.00 | COMMITTEE WEBSITE; DRAFT SIGNIFICANT EVENTS AND | | |
| | | | | | LINK SIGNIFICANT DOCUMENTS TO FLASH/HIGHLIGHTS | | |
| | | | | | SECTION. | | |
| | | | | | | | |
| 07/06/2009 | 7080 | LINDA O. MYERS | 3.50 | 472.50 | COMMUNICATIONS WITH C. FORDHAM AND J. SMITH | 18422.001 | 2357728 |
| 08/20/2009 | | Invoice=267608 | 3.50 | 472.50 | REGARDING ADDITIONAL INFORMATION TO BE LINKED | | |
| | | | | | TO COMMITTEE WEBSITE; REVIEW AND REVISE SAME; | | |
| | | | | | REVIEW COURT DOCUMENTS AND LINK SIGNIFICANT | | |
| | | | | | DOCUMENTS TO DRAFT TIMELINE OF EVENTS. | | |
| | | | | | | | |
| 07/07/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | PREPARE AND DISTRIBUTE AGENDA. | 18422.001 | 2352818 |
| 08/20/2009 | | Invoice=267608 | 0.50 | 212.50 | | | |
| | | | | | | | |
| 07/07/2009 | 0557 | J. THOMAS BECKETT | 1.50 | 637.50 | REVIEW TERMSHEET. | 18422.001 | 2352844 |
| 08/20/2009 | | Invoice=267608 | 1.50 | 637.50 | | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | REVIEW RHODES TERMSHEET; TELEPHONE CONFERENCE | 18422.001 | 2352845 |
| 08/20/2009 | | Invoice=267608 | 0.80 | 340.00 | WITH DUBLIN. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH DUBLIN REGARDING | 18422.001 | 2352848 |
| 08/20/2009 | | Invoice=267608 | 0.30 | 127.50 | COMMITTEE RESPONSE TO SECURED LENDER PROPOSAL. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | TELEPHONE CONFERENCE WITH BRETT REGARDING | 18422.001 | 2352849 |
| 08/20/2009 | | Invoice=267608 | 0.20 | 85.00 | PLAN AND EXCLUSIVITY. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH DUBLIN REGARDING | 18422.001 | 2352850 |
| 08/20/2009 | | Invoice=267608 | 0.30 | 127.50 | PLAN AND EXCLUSIVITY. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH CHO REGARDING PLAN | 18422.001 | 2352851 |
| 08/20/2009 | | Invoice=267608 | 0.30 | 127.50 | AND EXCLUSIVITY. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 1.70 | 722.50 | SI REVISIONS TO TERM SHEET (1); CALL WITH | 18422.001 | 2352852 |
| 08/20/2009 | | Invoice=267608 | 1.70 | 722.50 | BRETT (.3); CALL WITH SHIRLEY (.4). | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 1.10 | 467.50 | PREPARE FOR (.35) AND COMMITTEE MEETING (.75). | 18422.001 | 2352858 |
| 08/20/2009 | | Invoice=267608 | 1.10 | 467.50 | | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | TELEPHONE CONFERENCE WITH SHIRLEY CHO | 18422.001 | 2352859 |
| 08/20/2009 | | Invoice=267608 | 0.20 | 85.00 | REGARDING PLAN. | | |
| | | | | | | | |
| 07/08/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | UPDATE UNSECURED CREDITORS COMMITTEE ON DAYS | 18422.001 | 2352862 |
| 08/20/2009 | | Invoice=267608 | 0.60 | 255.00 | EVENTS. | | |
| | | | | | | | |
| 07/08/2009 | 0802 | REW R. GOODENOW | 1.50 | 525.00 | ATTEND CREDITORS' COMMITTEE CONFERENCE CALL | 18422.001 | 2353362 |
| 08/20/2009 | | Invoice=267608 | 1.50 | 525.00 | AND REVIEW PROPOSED PLAN TERM SHEET. | | |
| | | | | | | | |
| 07/08/2009 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | REVIEW AND REVISE INFORMATION TO BE LINKED TO | 18422.001 | 2357739 |
| 08/20/2009 | | Invoice=267608 | 0.50 | 67.50 | COMMITTEE WEBSITE AND COMMUNICATIONS WITH J. | | |
| | | | | | SMITH REGARDING SAME. | | |
| | | | | | | | |
| 07/09/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | BRIEFING TERM SHEET AND OBJECTION FOR | 18422.001 | 2353100 |
| 08/20/2009 | | Invoice=267608 | 0.90 | 382.50 | UNSECURED CREDITORS COMMITTEE. | | |
| | | | | | | | |
| 07/10/2009 | 0557 | J. THOMAS BECKETT | 1.80 | 765.00 | REVIEW TERM SHEET IN PREPARATION (.9) FOR | 18422.001 | 2354495 |
| 08/20/2009 | | Invoice=267608 | 1.80 | 765.00 | CONFERENCE CALL WITH DEBTORS AND EQUITY | | |
| | | | | | COUNSEL (.9). | | |
| | | | | | | | |
| 07/13/2009 | 0557 | J. THOMAS BECKETT | 1.70 | 722.50 | OUTLINE TERM SHEET FOR UCC AND EMAIL | 18422.001 | 2354516 |
| 08/20/2009 | | Invoice=267608 | 1.70 | 722.50 | LOGISTICS WITH ALL (.1). | | |

| Date | Empl | Name/Invoice Number | Hour | Amount | Description | Matter Number | Index |
|------|------|---------------------|------|--------|-------------|---------------|-------|
| 07/13/2009 | 0836 | DAVID P. BILLINGS | 0.20 | 36.00 | ANALYSIS OF DEBTORS' AND J. RHODES' TERM SHEET. | 18422.001 | 2353876 |
| 08/20/2009 | | Invoice=267608 | 0.20 | 36.00 | | | |
| 07/13/2009 | 0802 | REW R. GOODENOW | 0.30 | 105.00 | CORRESPONDENCE REGARDING MEDIATION. | 18422.001 | 2354116 |
| 08/20/2009 | | Invoice=267608 | 0.30 | 105.00 | | | |
| 07/14/2009 | 0802 | REW R. GOODENOW | 1.00 | 350.00 | REVIEW TERM SHEETS. | 18422.001 | 2354387 |
| 08/20/2009 | | Invoice=267608 | 1.00 | 350.00 | | | |
| 07/14/2009 | 0836 | DAVID P. BILLINGS | 1.10 | 198.00 | ANALYSIS OF CORRESPONDENCE WITH B. WOLF AND | 18422.001 | 2354833 |
| 08/20/2009 | | Invoice=267608 | 1.10 | 198.00 | T. BECKETT (.2); SETTLEMENT CONFERENCE CALL | | |
| | | | | | WITH COMMITTEE, J. RHODES, AND THE DEBTORS | | |
| | | | | | (.9). | | |
| 07/14/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | REVIEW RHODES DOCKET FOR EVENTS AND DATES. | 18422.001 | 2354523 |
| 08/20/2009 | | Invoice=267608 | 1.20 | 510.00 | | | |
| 07/14/2009 | 0557 | J. THOMAS BECKETT | 1.60 | 680.00 | PREPARE FOR AND CONFERENCE CALL WITH DEBTORS' | 18422.001 | 2354528 |
| 08/20/2009 | | Invoice=267608 | 1.60 | 680.00 | AND RHODES' COUNSEL. | | |
| 07/15/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | COMMITTEE CALL. | 18422.001 | 2354529 |
| 08/20/2009 | | Invoice=267608 | 0.40 | 170.00 | | | |
| 07/15/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | PREPARE FOR AND COMMITTEE CALL. | 18422.001 | 2354534 |
| 08/20/2009 | | Invoice=267608 | 0.90 | 382.50 | | | |
| 07/15/2009 | 0557 | J. THOMAS BECKETT | 1.50 | 637.50 | WRITE STATEMENT FOR DEBTORS. | 18422.001 | 2354535 |
| 08/20/2009 | | Invoice=267608 | 1.50 | 637.50 | | | |
| 07/15/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | CORRESPONDENCE TO UNSECURED CREDITOR INQUIRY. | 18422.001 | 2355267 |
| 08/20/2009 | | Invoice=267608 | 0.40 | 170.00 | | | |
| 07/15/2009 | 0557 | J. THOMAS BECKETT | 1.80 | 765.00 | FINALIZE AND FILE STATEMENT REGARDING | 18422.001 | 2355269 |
| 08/20/2009 | | Invoice=267608 | 1.80 | 765.00 | EXCLUSIVITY AND CASH COLLATERAL. | | |
| 07/15/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | COMMITTEE CONFERENCE CALL. | 18422.001 | 2354388 |
| 08/20/2009 | | Invoice=267608 | 0.50 | 175.00 | | | |
| 07/15/2009 | 7080 | LINDA O. MYERS | 1.10 | 148.50 | COMMUNICATIONS WITH J. SMITH REGARDING UPDATES | 18422.001 | 2357746 |
| 08/20/2009 | | Invoice=267608 | 1.10 | 148.50 | TO COMMITTEE WEBSITE AND FOLLOW-UP ACCORDINGLY. | | |
| 07/15/2009 | 0836 | DAVID P. BILLINGS | 0.60 | 108.00 | COMMITTEE CONFERENCE CALLS. | 18422.001 | 2355887 |
| 08/20/2009 | | Invoice=267608 | 0.60 | 108.00 | | | |
| 07/15/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | ANALYSIS OF DEBTORS' REPLY TO FIRST LIEN | 18422.001 | 2355890 |
| 08/20/2009 | | Invoice=267608 | 0.10 | 18.00 | LENDERS STEERING COMMITTEE'S MOTION TO | | |
| | | | | | TERMINATE EXCLUSIVITY. | | |
| 07/16/2009 | 7080 | LINDA O. MYERS | 2.70 | 364.50 | COMMUNICATIONS WITH J. SMITH AND UPDATE LINKS | 18422.001 | 2357750 |
| 08/20/2009 | | Invoice=267608 | 2.70 | 364.50 | TO COMMITTEE WEBSITE FOR REVIEW BY T. BECKETT. | | |
| 07/16/2009 | 0557 | J. THOMAS BECKETT | 1.90 | 807.50 | DEPOSITION OF HYGENS. | 18422.001 | 2355276 |
| 08/20/2009 | | Invoice=267608 | 1.90 | 807.50 | | | |
| 07/16/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | PREPARE AND FILE CERTIFICATE OF SERVICE. | 18422.001 | 2355279 |
| 08/20/2009 | | Invoice=267608 | 0.60 | 255.00 | | | |
| 07/16/2009 | 0557 | J. THOMAS BECKETT | 5.00 | 2,125.00 | DEPOSITION OF RICHARD DICKS. | 18422.001 | 2355280 |
| 08/20/2009 | | Invoice=267608 | 5.00 | 2,125.00 | | | |
| 07/17/2009 | 0557 | J. THOMAS BECKETT | 7.50 | 3,187.50 | PREPARE FOR HEARING (3.5); PREPARE EN ROUTE | 18422.001 | 2355282 |
| 08/20/2009 | | Invoice=267608 | 7.50 | 3,187.50 | TO LAS VEGAS (2.0); NEGOTIATE RESOLUTION AND | | |
| | | | | | HEARING (2.0). | | |
| 07/20/2009 | 0557 | J. THOMAS BECKETT | 2.50 | 1,062.50 | FIRST MONTHLY BILL. | 18422.001 | 2356955 |
| 08/20/2009 | | Invoice=267608 | 2.50 | 1,062.50 | | | |
| 07/21/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH CREDITOR WITH | 18422.001 | 2356962 |
| 08/20/2009 | | Invoice=267608 | 0.30 | 127.50 | PROCESS QUESTIONS. | | |
| 07/29/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | COMMITTEE CONFERENCE CALL. | 18422.001 | 2359528 |
| 08/20/2009 | | Invoice=267608 | 0.10 | 18.00 | | | |
| 07/29/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | CONFERENCE CALL REGARDING MEDIATION. | 18422.001 | 2361989 |
| 08/20/2009 | | Invoice=267608 | 1.30 | 552.50 | | | |

| Date | Index | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/29/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | PREPARE FOR AND UCC CONFERENCE CALL. | 18422.001 | 2361997 |
| 08/20/2009 | | Invoice=267608 | 0.70 | 297.50 | | | |
| 08/04/2009 | 0557 | J. THOMAS BECKETT | 1.70 | 722.50 | DRAFT MEDIATION STATEMENT. | 18422.001 | 2373850 |
| 09/21/2009 | | Invoice=268959 | 1.70 | 722.50 | | | |
| 08/05/2009 | 0557 | J. THOMAS BECKETT | 2.20 | 935.00 | DRAFT MEDIATION STATEMENT. | 18422.001 | 2373866 |
| 09/21/2009 | | Invoice=268959 | 2.20 | 935.00 | | | |
| 08/05/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | REVIEW OF SELECTED CLAIMS AND MOTIONS | 18422.001 | 2364290 |
| 09/21/2009 | | Invoice=268959 | 0.50 | 175.00 | RELATING THERETO. | | |
| 08/06/2009 | 0557 | J. THOMAS BECKETT | 4.50 | 1,912.50 | DRAFT MEDIATION STATEMENT. | 18422.001 | 2373910 |
| 09/21/2009 | | Invoice=268959 | 4.50 | 1,912.50 | | | |
| 08/06/2009 | 7080 | LINDA O. MYERS | 5.70 | 769.50 | COMMUNICATIONS WITH T. BECKETT AND B. CARLTON | 18422.001 | 2370225 |
| 09/21/2009 | | Invoice=268959 | 5.70 | 769.50 | REGARDING FEE APPLICATION TASK CODES IN | | |
| | | | | | CONNECTION WITH PREPARATION OF PB&L FEE | | |
| | | | | | APPLICATION (.50); RESEARCH BANKRUPTCY COURT | | |
| | | | | | LOCAL RULES AND FORMS REGARDING SAME (1.50); | | |
| | | | | | DRAFT OF FEE APPLICATION AND CERTIFICATE OF | | |
| | | | | | SERVICE REGARDING SAME (3.70). | | |
| 08/12/2009 | 0836 | DAVID P. BILLINGS | 0.50 | 90.00 | CONFERENCE CALL WITH L. OSMOND-MYERS | 18422.001 | 2367811 |
| 09/21/2009 | | Invoice=268959 | 0.50 | 90.00 | REGARDING FEE APPLICATION (.2); ANALYSIS OF | | |
| | | | | | LOCAL RULES REGARDING FEE APPLICATIONS (.3). | | |
| 08/12/2009 | 7080 | LINDA O. MYERS | 4.40 | 594.00 | COMMUNICATIONS WITH D. BILLINGS AND K. | 18422.001 | 2369882 |
| 09/21/2009 | | Invoice=268959 | 0.40 | 54.00 | KETTERLING REGARDING PB&L FEE APPLICATION AND | | |
| | | | | | FOLLOW-UP ACCORDINGLY. | | |
| 08/13/2009 | 7080 | LINDA O. MYERS | 4.70 | 634.50 | CONFERENCES WITH K. KETTERLING AND B. CARLTON | 18422.001 | 2369887 |
| 09/21/2009 | | Invoice=268959 | 4.70 | 634.50 | (.50); REVIEW COURT DOCKET IN PREPARATION OF | | |
| | | | | | PB&L FEE APPLICATION (1.0); PREPARE AND REVISE | | |
| | | | | | PB&L FEE APPLICATION ACCORDINGLY (3.20). | | |
| 08/13/2009 | 0836 | DAVID P. BILLINGS | 0.30 | 54.00 | EDIT PRO FORMA PRODUCED BY ACCOUNTING | 18422.001 | 2367824 |
| 09/21/2009 | | Invoice=268959 | 0.30 | 54.00 | DEPARTMENT TO ASSIGN HOURS TO THE PROPER TASK | | |
| | | | | | CODES. | | |
| 08/13/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | TELEPHONE CONFERENCE WITH SHIRLEY; PREPARE | 18422.001 | 2373986 |
| 09/21/2009 | | Invoice=268959 | 0.40 | 170.00 | FOR MEDIATION. | | |
| 08/14/2009 | 0557 | J. THOMAS BECKETT | 5.10 | 2,167.50 | EDIT, CHECK AND REVISE FEE APPLICATION. | 18422.001 | 2374047 |
| 09/21/2009 | | Invoice=268959 | 5.10 | 2,167.50 | | | |
| 08/14/2009 | 7080 | LINDA O. MYERS | 6.00 | 810.00 | COMMUNICATIONS WITH D. BILLINGS REGARDING | 18422.001 | 2369888 |
| 09/21/2009 | | Invoice=268959 | 1.00 | 135.00 | PB&L FEE APPLICATION  AND REVIEW AND REVISE | | |
| | | | | | PB&L FEE APPLICATION FOR T. BECKETT'S REVIEW. | | |
| 08/15/2009 | 7080 | LINDA O. MYERS | 4.60 | 621.00 | COMMUNICATIONS WITH T. BECKETT REGARDING PB&L | 18422.001 | 2369890 |
| 09/21/2009 | | Invoice=268959 | 2.60 | 351.00 | FEE APPLICATION; REVIEW, REVISE AND FINALIZE | | |
| | | | | | SAME FOR FILING AND SERVICE. | | |
| 08/16/2009 | 0557 | J. THOMAS BECKETT | 2.10 | 892.50 | PREPARE FOR MEDIATION EN ROUTE TO LOS ANGELES. | 18422.001 | 2374091 |
| 09/21/2009 | | Invoice=268959 | 2.10 | 892.50 | | | |
| 08/17/2009 | 0557 | J. THOMAS BECKETT | 7.00 | 2,975.00 | MEDIATION. | 18422.001 | 2374101 |
| 09/21/2009 | | Invoice=268959 | 7.00 | 2,975.00 | | | |
| 08/17/2009 | 7080 | LINDA O. MYERS | 4.00 | 540.00 | COMMUNICATIONS WITH K. KETTERLING REGARDING | 18422.001 | 2370358 |
| 09/21/2009 | | Invoice=268959 | 3.00 | 405.00 | AMENDED SPREADSHEET IN CONNECTION WITH | | |
| | | | | | PREPARATION OF AMENDED FEE APPLICATION (.30); | | |
| | | | | | REVISE AND FINALIZE AMENDED FEE APPLICATION FOR | | |
| | | | | | T. BECKETT'S REVIEW (1.0); FINALIZE AND E-FILE | | |
| | | | | | CERTIFICATE OF SERVICE OF PB&L'S FIRST INTERIM | | |
| | | | | | FEE APPLICATION AND COORDINATE SERVICE OF SAME | | |
| | | | | | (1.70). | | |
| 08/17/2009 | 8456 | ANCA CONSTANTIN | 0.75 | 48.75 | PREPARE DOCUMENTS FOR MAILING. | 18422.001 | 2375655 |
| 09/21/2009 | | Invoice=268959 | 0.75 | 48.75 | | | |
| 08/18/2009 | 7080 | LINDA O. MYERS | 3.60 | 486.00 | COMMUNICATIONS WITH B. CARLTON REGARDING | 18422.001 | 2370364 |
| 09/21/2009 | | Invoice=268959 | 3.10 | 418.50 | AMENDED EXHIBITS FOR AMENDED FEE APPLICATION | | |
| | | | | | (.20); PREPARE ERRATA TO PB&L'S FIRST | | |

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| | | | | | APPLICATION AND CERTIFICATE OF SERVICE AND | | |
| | | | | | CONSULT WITH T. BECKETT REGARDING SAME (2.9). | | |
| 08/18/2009 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | REVIEW AND ORGANIZE E-MAIL COMMUNICATIONS AND | 18422.001 | 2370365 |
| 09/21/2009 | | Invoice=268959 | 2.00 | 270.00 | CASE MATERIALS. | | |
| 08/19/2009 | 0557 | J. THOMAS BECKETT | 2.10 | 892.50 | EMAIL BEV REGARDING CALL, PREPARE FOR CALL | 18422.001 | 2374178 |
| 09/21/2009 | | Invoice=268959 | 2.10 | 892.50 | AND PARTICIPATE IN COMMITTEE CALL WITH | | |
| | | | | | SECURED LENDERS. | | |
| 08/19/2009 | 0802 | REW R. GOODENOW | 1.50 | 525.00 | ATTEND COMMITTEE MEETING WITH LENDERS' | 18422.001 | 2368709 |
| 09/21/2009 | | Invoice=268959 | 1.50 | 525.00 | COUNSEL. | | |
| 08/20/2009 | 7080 | LINDA O. MYERS | 1.40 | 189.00 | COMMUNICATIONS WITH B. CARLTON REGARDING | 18422.001 | 2370367 |
| 09/21/2009 | | Invoice=268959 | 1.40 | 189.00 | JULY, 2009 BILLING STATEMENT AND CONSULT WITH | | |
| | | | | | T. BECKETT REGARDING SAME (.40); REVIEW AND | | |
| | | | | | FINALIZE JULY, 2009 BILLING STATEMENT AND | | |
| | | | | | PREPARE TRANSMITTAL LETTER AND COORDINATE | | |
| | | | | | SERVICE OF SAME (1.0). | | |
| 08/20/2009 | 7080 | LINDA O. MYERS | 1.30 | 175.50 | REVIEW COURT DOCKET AND ORGANIZE E-MAILS AND | 18422.001 | 2370368 |
| 09/21/2009 | | Invoice=268959 | 1.30 | 175.50 | CASE MATERIALS. | | |
| 08/21/2009 | 7080 | LINDA O. MYERS | 1.50 | 202.50 | REVIEW AND ORGANIZE E-MAILS (1.0); PREPARE | 18422.001 | 2370372 |
| 09/21/2009 | | Invoice=268959 | 1.50 | 202.50 | NOTICE OF HEARING ON PB&L'S FIRST INTERIM FEE | | |
| | | | | | APPLICATION (.50). | | |
| 08/21/2009 | 0557 | J. THOMAS BECKETT | 5.10 | 2,167.50 | REVIEW BUSINESS PLAN, SPREADSHEET AND PLEADINGS | 18422.001 | 2374229 |
| 09/21/2009 | | Invoice=268959 | 5.10 | 2,167.50 | IN PREPARATION FOR MEDIATION. | | |
| 08/21/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | TELEPHONE CONFERENCE WITH JUDGE NEITER. | 18422.001 | 2374239 |
| 09/21/2009 | | Invoice=268959 | 0.80 | 340.00 | | | |
| 08/21/2009 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | TELEPHONE CONFERENCE WITH PHILIP C. DUBLIN. | 18422.001 | 2374246 |
| 09/21/2009 | | Invoice=268959 | 0.10 | 42.50 | | | |
| 08/23/2009 | 0557 | J. THOMAS BECKETT | 2.00 | 850.00 | PREPARE FOR MEDIATION EN ROUTE TO LOS ANGELES. | 18422.001 | 2374253 |
| 09/21/2009 | | Invoice=268959 | 2.00 | 850.00 | | | |
| 08/24/2009 | 0557 | J. THOMAS BECKETT | 7.00 | 2,975.00 | MEDIATION. | 18422.001 | 2374262 |
| 09/21/2009 | | Invoice=268959 | 7.00 | 2,975.00 | | | |
| 08/25/2009 | 0557 | J. THOMAS BECKETT | 9.50 | 4,037.50 | MEDIATION AND REVIEW LAST TERM SHEET EN ROUTE | 18422.001 | 2374267 |
| 09/21/2009 | | Invoice=268959 | 9.50 | 4,037.50 | BACK TO SALT LAKE. | | |
| 08/26/2009 | 0836 | DAVID P. BILLINGS | 0.30 | 54.00 | COMMITTEE CONFERENCE CALL REGARDING MEDIATION | 18422.001 | 2371194 |
| 09/21/2009 | | Invoice=268959 | 0.30 | 54.00 | NEGOTIATIONS. | | |
| 08/28/2009 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | TELEPHONE HEARING. | 18422.001 | 2374341 |
| 09/21/2009 | | Invoice=268959 | 0.10 | 42.50 | | | |
| 09/02/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | PREPARE FOR AND COMMITTEE CONFERENCE CALL. | 18422.001 | 2377846 |
| 10/20/2009 | | Invoice=270126 | 0.40 | 170.00 | | | |
| 09/03/2009 | 0836 | DAVID P. BILLINGS | 0.20 | 36.00 | ANALYSIS OF TODAY'S PLEADINGS FILED WITH THE | 18422.001 | 2377261 |
| 10/20/2009 | | Invoice=270126 | 0.20 | 36.00 | COURT. | | |
| 09/04/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | FIND, PRINT AND REVIEW TERM SHEETS. | 18422.001 | 2377904 |
| 10/20/2009 | | Invoice=270126 | 1.40 | 595.00 | | | |
| 09/06/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | REVIEW POST TIME SHEETS. | 18422.001 | 2377908 |
| 10/20/2009 | | Invoice=270126 | 0.40 | 170.00 | | | |
| 09/08/2009 | 7080 | LINDA O. MYERS | 0.30 | 40.50 | COMMUNICATIONS WITH T. BECKETT REGARDING | 18422.001 | 2383025 |
| 10/20/2009 | | Invoice=270126 | 0.30 | 40.50 | AUGUST MONTHLY BILLING STATEMENT AND | | |
| | | | | | FOLLOW-UP WITH ACCOUNTING REGARDING SAME. | | |
| 09/09/2009 | 7080 | LINDA O. MYERS | 0.20 | 27.00 | FOLLOW-UP DISCUSSIONS WITH ACCOUNTING AND | 18422.001 | 2383035 |
| 10/20/2009 | | Invoice=270126 | 0.20 | 27.00 | PROVIDE AUGUST BILLING STATEMENT TO T. | | |
| | | | | | BECKETT. | | |
| 09/10/2009 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | REVIEW COURT DOCKET AND CALENDAR UPCOMING | 18422.001 | 2383041 |
| 10/20/2009 | | Invoice=270126 | 0.50 | 67.50 | HEARING DATES AND DEADLINES. | | |
| 09/10/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | REQUEST RECEIVE CHALLENGE DATE EXTENSION | 18422.001 | 2388079 |
| 10/20/2009 | | Invoice=270126 | 0.40 | 170.00 | DUBLIN. | | |

Case 09-14814-lbr   Doc 721-2   Entered 11/13/09 19:47:27   Page 5 of 7   Page 5

Billed and Unbilled Recap Of Time Detail - 18422.001 - BANKRUPTCY
Client: 18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   10/23/2009 3:53:13 PM

| Date | Init. | Name Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 09/11/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | CONFERENCE CALL REGARDING PLAN LOGISTICS. | 18422.001 | 2388083 |
| 10/20/2009 | | Invoice=270126 | 0.90 | 382.50 | | | |
| 09/11/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | UPDATE EMAIL REGARDING PLAN AND DISCLOSURE | 18422.001 | 2388084 |
| 10/20/2009 | | Invoice=270126 | 0.70 | 297.50 | STATEMENT. | | |
| 09/11/2009 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | TELEPHONE CONFERENCE WITH PHIL DUBLIN | 18422.001 | 2388085 |
| 10/20/2009 | | Invoice=270126 | 0.20 | 85.00 | REGARDING PLAN. | | |
| 09/17/2009 | 0557 | J. THOMAS BECKETT | 4.50 | 1,912.50 | READ AND BLACKLINE PLAN DISCLOSURE STATEMENT. | 18422.001 | 2388093 |
| 10/20/2009 | | Invoice=270126 | 4.50 | 1,912.50 | | | |
| 09/17/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | UPDATE COMMITTEE BY EMAIL ON PLAN. | 18422.001 | 2388094 |
| 10/20/2009 | | Invoice=270126 | 0.60 | 255.00 | | | |
| 09/17/2009 | 0557 | J. THOMAS BECKETT | 3.50 | 1,487.50 | REVIEW ENTIRE RHODES CLAIMS SUMMARY; SORT AND | 18422.001 | 2388095 |
| 10/20/2009 | | Invoice=270126 | 3.50 | 1,487.50 | RESORT. | | |
| 09/18/2009 | 0557 | J. THOMAS BECKETT | 1.60 | 680.00 | PREPARE MONTHLY FEE APPLICATION. | 18422.001 | 2388112 |
| 10/20/2009 | | Invoice=270126 | 1.60 | 680.00 | | | |
| 09/18/2009 | 0557 | J. THOMAS BECKETT | 5.80 | 2,465.00 | READ AND BLACKLINE PLAN DISCLOSURE STATEMENT | 18422.001 | 2388113 |
| 10/20/2009 | | Invoice=270126 | 5.80 | 2,465.00 | DRAFT. | | |
| 09/19/2009 | 0802 | REW R. GOODENOW | 2.00 | 700.00 | REVIEW PLAN AND SUGGEST REVISIONS. | 18422.001 | 2380910 |
| 10/20/2009 | | Invoice=270126 | 3.00 | 1,050.00 | | | |
| 09/21/2009 | 0557 | J. THOMAS BECKETT | 1.80 | 765.00 | EMAIL UNSECURED CLAIMS ANALYSIS TO COMMITTEE | 18422.001 | 2388117 |
| 10/20/2009 | | Invoice=270126 | 1.80 | 765.00 | WITH ANALYSIS. | | |
| 09/21/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | FURTHER EXPLANATION TO UCC ON CLAIMS. | 18422.001 | 2388120 |
| 10/20/2009 | | Invoice=270126 | 0.30 | 127.50 | | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | PREPARE AND FILE MONTHLY FEE APPLICATION. | 18422.001 | 2388132 |
| 10/20/2009 | | Invoice=270126 | 0.80 | 340.00 | | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 4.20 | 1,785.00 | REVISIONS TO DRAFT COMPLAINT AGAINST RHODES AND | 18422.001 | 2388133 |
| 10/20/2009 | | Invoice=270126 | 4.20 | 1,785.00 | CREDIT SUISSE. | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | REVIEW REVISED TERM SHEET; REPORT TO UCC. | 18422.001 | 2388135 |
| 10/20/2009 | | Invoice=270126 | 0.80 | 340.00 | | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 3.80 | 1,615.00 | REVISIONS TO OBJECTION TO CLAIMS OF RHODES | 18422.001 | 2388136 |
| 10/20/2009 | | Invoice=270126 | 3.80 | 1,615.00 | AND CREDIT SUISSE. | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | REVIEW LEASE EXTENSION MOTION. | 18422.001 | 2388137 |
| 10/20/2009 | | Invoice=270126 | 0.30 | 127.50 | | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | PREPARE FOR AND CONFERENCE CALL. | 18422.001 | 2388138 |
| 10/20/2009 | | Invoice=270126 | 0.70 | 297.50 | | | |
| 09/22/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | CONFERENCE CALL WITH SECURED LENDERS | 18422.001 | 2388139 |
| 10/20/2009 | | Invoice=270126 | 1.30 | 552.50 | REGARDING PLAN COMMENTS. | | |
| 09/22/2009 | 0836 | DAVID P. BILLINGS | 2.40 | 432.00 | DRAFT EX PARTE MOTION FOR LEAVE TO FILE | 18422.001 | 2383332 |
| 10/20/2009 | | Invoice=270126 | 2.40 | 432.00 | OBJECTION TO SECUREDS' AND EQUITY'S CLAIMS AND OBJECTION. | | |
| 09/23/2009 | 0836 | DAVID P. BILLINGS | 0.40 | 72.00 | STRATEGY SESSION WITH T. BECKETT ON OBJECTIONS | 18422.001 | 2383355 |
| 10/20/2009 | | Invoice=270126 | 0.40 | 72.00 | AND ADVERSARY PROCEEDING AND PLAN TRADE CREDITORS/CONVENIENCE CLASS FUND SOURCES. | | |
| 09/23/2009 | 0836 | DAVID P. BILLINGS | 0.50 | 90.00 | COMMITTEE CONFERENCE CALL. | 18422.001 | 2383357 |
| 10/20/2009 | | Invoice=270126 | 0.50 | 90.00 | | | |
| 09/23/2009 | 7080 | LINDA O. MYERS | 0.90 | 121.50 | COMMUNICATIONS WITH T. BECKETT AND K. | 18422.001 | 2385315 |
| 10/20/2009 | | Invoice=270126 | 0.90 | 121.50 | SOUVIRON REGARDING NOTICE OF HEARING ON PB&L FEE APPLICATION (.10); REVIEW COURT DOCKET AND PREPARATION OF NOTICE OF HEARING ON SAME (.80). | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 4.10 | 1,742.50 | REVISIONS TO DRAFT OBJECTION TO DEBT AND | 18422.001 | 2388143 |
| 10/20/2009 | | Invoice=270126 | 4.10 | 1,742.50 | EQUITY. | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 5.20 | 2,210.00 | STRUCTURE AND PROPOSE SETTLEMENT TO EQUITY. | 18422.001 | 2388144 |

| Date | Index | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/20/2009 | | Invoice-270126 | 5.20 | 2,210.00 | | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 2.00 | 850.00 | ALL HANDS CONFERENCE CALL REGARDING PLAN | 18422.001 | 2388145 |
| 10/20/2009 | | Invoice-270126 | 2.00 | 850.00 | (1.5); REPORT TO UCC. | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | CONFERENCE CALL WITH SHIRLEY REGARDING CLAIMS. | 18422.001 | 2388146 |
| 10/20/2009 | | Invoice-270126 | 0.50 | 212.50 | | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | UPDATE EMAIL WITH AGENDA FOR MEETING. | 18422.001 | 2388147 |
| 10/20/2009 | | Invoice-270126 | 0.80 | 340.00 | | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | REVIEW INVOICES. | 18422.001 | 2388148 |
| 10/20/2009 | | Invoice-270126 | 0.50 | 212.50 | | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | CONFERENCE CALL WITH SHIRLEY REGARDING TRADE | 18422.001 | 2388149 |
| 10/20/2009 | | Invoice-270126 | 0.60 | 255.00 | CLAIMS. | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | PREPARE FOR (.5) AND COMMITTEE CALL. | 18422.001 | 2388150 |
| 10/20/2009 | | Invoice-270126 | 1.20 | 510.00 | | | |
| 09/23/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | REVIEW CLAIMS WITH SHIRLEY. | 18422.001 | 2388151 |
| 10/20/2009 | | Invoice-270126 | 0.30 | 127.50 | | | |
| 09/24/2009 | 0557 | J. THOMAS BECKETT | 4.30 | 1,827.50 | REVISIONS TO DRAFT OBJECTION TO DEBT AND | 18422.001 | 2388155 |
| 10/20/2009 | | Invoice-270126 | 4.30 | 1,827.50 | EQUITY. | | |
| 09/24/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | REVIEW PLAN SUPPORT DRAFT PLEADINGS. | 18422.001 | 2388156 |
| 10/20/2009 | | Invoice-270126 | 1.20 | 510.00 | | | |
| 09/24/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH DUBLIN REGARDING | 18422.001 | 2388157 |
| 10/20/2009 | | Invoice-270126 | 0.30 | 127.50 | PLAN AND DS COMMENTS. | | |
| 09/24/2009 | 0557 | J. THOMAS BECKETT | 1.50 | 637.50 | PLAN NEGOTIATION SESSION WITH FIRSTS, | 18422.001 | 2388158 |
| 10/20/2009 | | Invoice-270126 | 1.50 | 637.50 | SECONDS, COMMITTEE, DEBTORS. | | |
| 09/24/2009 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | TELECONFERENCE DUBLIN REGARDING PLAN. | 18422.001 | 2388162 |
| 10/20/2009 | | Invoice-270126 | 0.10 | 42.50 | | | |
| 09/24/2009 | 0836 | DAVID P. BILLINGS | 2.60 | 468.00 | ANALYSIS OF DRAFT DISCLOSURE STATEMENT (2.3); | 18422.001 | 2383367 |
| 10/20/2009 | | Invoice-270126 | 2.60 | 468.00 | STRATEGY SESSION WITH T. BECKETT REGARDING | | |
| | | | | | PLAN NEGOTIATIONS AND CHANGES THERETO (.3). | | |
| 09/25/2009 | 0836 | DAVID P. BILLINGS | 3.00 | 540.00 | ANALYSIS OF CREDIT AGREEMENT (2.5); STRATEGY | 18422.001 | 2383862 |
| 10/20/2009 | | Invoice-270126 | 3.00 | 540.00 | SESSION WITH T. BECKETT THEREON (.5). | | |
| 09/25/2009 | 0557 | J. THOMAS BECKETT | 5.30 | 2,252.50 | REVISIONS TO DRAFT COMPLAINT AGAINST RHODES AND | 18422.001 | 2388163 |
| 10/20/2009 | | Invoice-270126 | 5.30 | 2,252.50 | CREDIT SUISSE. | | |
| 09/25/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | FINAL REVIEW OF TERM SHEET (.5); REPORT TO | 18422.001 | 2388164 |
| 10/20/2009 | | Invoice-270126 | 1.30 | 552.50 | UCC (.5); LOGISTICS OF EXECUTING (.3). | | |
| 09/25/2009 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | CONFERENCE WITH SHIRLEY CHO REGARDING PLAN. | 18422.001 | 2388165 |
| 10/20/2009 | | Invoice-270126 | 0.20 | 85.00 | | | |
| 09/28/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | REVIEW OMNIBUS OBJECTION. | 18422.001 | 2388169 |
| 10/20/2009 | | Invoice-270126 | 0.60 | 255.00 | | | |
| 09/28/2009 | 0557 | J. THOMAS BECKETT | 0.70 | 297.50 | CONFERENCE CALL WITH SHIRLEY CHO REGARDING | 18422.001 | 2388170 |
| 10/20/2009 | | Invoice-270126 | 0.70 | 297.50 | PLAN. | | |
| 09/28/2009 | 0836 | DAVID P. BILLINGS | 1.40 | 252.00 | REVIEW DISCLOSURE STATEMENT (.5); REVIEW PLAN | 18422.001 | 2383978 |
| 10/20/2009 | | Invoice-270126 | 1.40 | 252.00 | (.5); REVIEW MEDIATION SETTLEMENT AGREEMENT | | |
| | | | | | (.2); STRATEGY SESSION WITH T. BECKETT ON TRADE | | |
| | | | | | CREDITORS CLAIM DISPUTE RESOLUTION PROCEDURE | | |
| | | | | | AND PLAN NEGOTIATIONS (.2). | | |
| 09/28/2009 | 0802 | REW R. GOODENOW | 1.00 | 350.00 | REVIEW OF DISCLOSURE STATEMENT HEARING | 18422.001 | 2384241 |
| 10/20/2009 | | Invoice-270126 | 1.00 | 350.00 | PLEADINGS AND CONFERENCE WITH TOM BECKETT | | |
| | | | | | REGARDING COVERING THE HEARING. | | |
| 09/29/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | REVIEW CASH COLLATERAL STIPULATION. | 18422.001 | 2388173 |
| 10/20/2009 | | Invoice-270126 | 0.50 | 212.50 | | | |
| 09/29/2009 | 0557 | J. THOMAS BECKETT | 1.10 | 467.50 | EMAIL REPORT ON LOCK OF PLAN PROGRESSTO UCC. | 18422.001 | 2388175 |
| 10/20/2009 | | Invoice-270126 | 1.10 | 467.50 | | | |

Billed and Unbilled Recap Of Time Detail [18422.001 - BANKRUPTCY]
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES    10/23/2009 3:53:13 PM

| Date | Tmkr | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 09/30/2009 | 0836 | DAVID P. BILLINGS | 0.20 | 36.00 | COMPOSE CORRESPONDENCE WITH COMMITTEE | 18422.001 | 2387152 |
| 10/20/2009 | | Invoice=270126 | 0.20 | 36.00 | REGARDING PLAN AND DISCLOSURE STATEMENT. | | |
| | | | | | | | |
| 09/30/2009 | 0836 | DAVID P. BILLINGS | 0.20 | 36.00 | REVIEW OF STATUS AND AGENDA FOR OCTOBER 2 | 18422.001 | 2387160 |
| 10/20/2009 | | Invoice=270126 | 0.20 | 36.00 | HEARING. | | |
| | | | | | | | |
| | | BILLED TOTALS:    WORK: | 232.15 | 79,531.25 | 137 records | | |
| | | BILLED TOTALS:    BILL: | 221.65 | 78,618.75 | | | |
| | | | | | | | |
| | | GRAND TOTALS:    WORK: | 232.15 | 79,531.25 | 137 records | | |
| | | GRAND TOTALS:    BILL: | 221.65 | 78,618.75 | | | |