BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
GREENBERG TAURIG, LLP
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: axelrodb@gtlaw.com

Electronically Filed November 13, 2009

*Counsel for Sagebrush Enterprises, Inc. and James Rhodes*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC.,<br>a Nevada limited liability company, et al.,[1]<br><br>                               Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s): | Case No.  BK-S-09-14814-LBR, *et. seq.*<br><br>(Jointly Administered Under BK-S-09-14814)<br><br>Chapter 11<br><br><br><br>Hearing Date:   November 16, 2009<br>Hearing Time:   1:30 p.m. |

**CERTIFICATE OF SERVICE OF DECLARATION OF JAMES M. RHODES REGARDING SECOND AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.**

I hereby certify that on the 13th day of November 2009, I served a true and correct copy of the Declaration Of: James M. Rhodes Regarding Second Amended Disclosure Statement for the Second Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, a Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

1  Rhodes Companies, LLC, et al. [Docket No. 732], via:

2  ☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of
3  the United States Bankruptcy Court for the District of Nevada, the above-referenced document was
4  electronically filed on the date noted above and served via the Notice of Electronic Filing automatically
5  generated by the Court, to the following parties:

6  SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
7  scho@pszjlaw.com

8  JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
9  tbw@jonesvargas.com

10  DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;
11  kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

12  THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
   tcrowelaw@yahoo.com
13

14  RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   richard.dreitzer@bullivant.com
15

16  PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
   banknv@rocgd.com, mburgener@rocgd.com

17  REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
18  ecf@parsonsbehle.com

19  KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com
20

21  RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;
22  bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

23  ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
   SERVICES CORPORATION rkinas@swlaw.com, jmath@swlaw.com;
24  mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@
   swlaw.com;nbaig@swlaw.com
25

26  BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen2326@earthlink.net
27

28

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com; overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS kdunn@klnevada.com; kgregos@klnevada.com; bankruptcy@klnevada.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

                                              */s/ Patricia Kois*
                                        an employee of Greenberg Traurig, LLP