Name of Attorney Bertrand Pan
Bar Number 233472
City Los Angeles
State California
Phone # (213) 687-5000
E-mail address bertrand.pan@skadden.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,
Debtors.

Plaintiff

vs.

Defendant(s)

Bankruptcy No. 09-14814-LBR

Chapter No. 11

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS **$175.00**

Bertrand Pan, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Los Angeles (City), California (State).

2. That Petitioner is an attorney at law and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom, LLP with offices at 300 S. Grand Ave., #3400 (street address), Los Angeles (city), 90071 (zip code), (213) 687-5000 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by Credit Suisse, Cayman Islands Branch [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 2004 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| CA: U.S.B.C. Central District | August 2006 |
| CA: U.S.B.C. Northern District | December 2004 |
| CA: U.S.B.C. Eastern District | August 2006 |
| CA: U.S.B.C. Southern District | August 2006 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

8. That Petitioner is a member of good standing in the following Bar Associations:

California Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Attachment A | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 11/13/09

[signature]
Petitioner's Signature

STATE OF California )
COUNTY OF Los Angeles )

Bertrand Pan, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

[signature]
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 13TH day of NOVEMBER, 2009 by BERTRAND PAN, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

[signature] JAWANA R. MCFADDEN
Notary Public

JAWANA R. MCFADDEN
Commission # 1744328
Notary Public - California
Los Angeles County
My Comm. Expires May 10, 2011

**Attachment A to**
**Verified Petition for Permission to Practice in This Case**
**Only by Attorney Not Admitted to the Bar of This Court (*applicant: Bertrand Pan*)**

*In re The Rhodes Companies, LLC, aka "Rhodes Homes," et al.*
*Case No. 09-14814-LBR*

| Name and Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Application Granted or Denied? |
|---|---|---|---|
| Eric Waxman<br><br>April 5, 2007 | In re Station Casino's Shareholder Litigation, A532367 | The Eighth Judicial District of Clark County | Granted |
| Peter Morrison<br><br>April 5, 2007 | In re Station Casino's Shareholder Litigation, A532367 | The Eighth Judicial District of Clark County | Granted |
| Emily Ma<br><br>June 19, 2008 | In re PTI Holding Corp., Case No. 06-50140<br><br>Official Committee of Unsecured Creditors, et al. v. Linda Gaunt Communications LLC, et al., Adv. Proceeding No. 08-05065 | United States Bankruptcy Court, District Of Nevada | Granted |
| Ramon M. Naguiat<br><br>April 8, 2009 | In re Heritage Land Company, LLC, et al., Case No. 09-14778 | United States Bankruptcy Court, District Of Nevada | Granted |
| Van C. Durrer II<br><br>July 30, 2009 | In re Northern NV Acquisitions, LLC, et al., Case No. 09-52470 | United States Bankruptcy Court, District Of Nevada | Granted |

| Name and Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Application Granted or Denied? |
|---|---|---|---|
| Van C. Durrer II<br><br>July 30, 2009 | In re Stations Casino, Inc., Case No. 09-52477 | United States Bankruptcy Court, District Of Nevada | Granted |
| Meredith Edelman<br><br>July 30, 2009 | In re Northern NV Acquisitions, LLC, et al., Case No. 09-52470 | United States Bankruptcy Court, District Of Nevada | Granted |
| Meredith Edelman<br><br>July 30, 2009 | In re Stations Casino, Inc., Case No. 09-52477 | United States Bankruptcy Court, District Of Nevada | Granted |