# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85154**          73203  00020          **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated:  June 30, 2009 | $2,536.65 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $1,860.23 |
| Net balance forward | $676.42 |

Re:   Rhodes Homes Arizona LLC

**Statement of Professional Services Rendered Through**          **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/23/09 | MAM | Draft notice of claim withdrawal Wright Stanish & Winclker Rhodes Homes Arizona claim. | 0.30 | 195.00 | $58.50 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants fro Omni | 0.40 | 225.00 | $90.00 |
| | **Task Code Total** | | **0.90** | | **$193.50** |
| | | | | | |
| **Financial Filings [B110]** | | | | | |
| 07/21/09 | PJJ | Draft further amended schedules | 0.50 | 225.00 | $112.50 |
| | **Task Code Total** | | **0.50** | | **$112.50** |
| | **Total professional services:** | | 1.40 | | **$306.00** |

## Summary:

| | |
|---|---:|
| Total professional services | $306.00 |
| **Net current charges** | $306.00 |
| Net balance forward | $676.42 |

Invoice number **85154**    73203    00020                    **Page  2**

**Total balance now due**                    $982.42

| | | | | |
|---|---|---|---|---|
| MAM | Matteo, Mike A. | 0.30 | 195.00 | $58.50 |
| PJJ | Jeffries, Patricia J. | 1.10 | 225.00 | $247.50 |
| | | 1.40 | | $306.00 |

## Task Code Summary

| | | **Hours** | **Amount** |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.90 | $193.50 |
| FF | Financial Filings [B110] | 0.50 | $112.50 |
| | | 1.40 | $306.00 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85173**        73203  00021      **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $11,231.95 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $7,658.93 |
| Net balance forward | $3,573.02 |

Re:   Rhodes Design and Development Corporation

**Statement of Professional Services Rendered Through**        **07/31/2009**

|  |  |  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | **Bankruptcy Litigation [L430]** | | | |
| 07/01/09 | SSC | Email to G. Brown re Fulks settlement. | 0.10 | 595.00 | $59.50 |
| 07/01/09 | SSC | Telephone conference with E. Ransavage re Fulks. | 0.10 | 595.00 | $59.50 |
| 07/06/09 | SSC | Review and analysis re Fulks stipulation. | 0.30 | 595.00 | $178.50 |
| 07/20/09 | GNB | Review letter form Eric Ransavage regarding relief from stay and email Shirley S. Cho regarding same. | 0.10 | 495.00 | $49.50 |
| 07/20/09 | SSC | Review letter from E. Ransavage re lift stay. | 0.10 | 595.00 | $59.50 |
| 07/21/09 | GNB | Review proposed stipulation concerning relief from stay for Fulks settlement. | 0.10 | 495.00 | $49.50 |
| 07/21/09 | SSC | Review Fulks stipulation and correspondence with company re same. | 0.30 | 595.00 | $178.50 |
| 07/27/09 | SSC | Review Kitec fitting litigation and email T. Robinson re same. | 0.30 | 595.00 | $178.50 |
| 07/28/09 | SSC | Teleconference with T. Robinson re Kitec stipulation. | 0.50 | 595.00 | $297.50 |
| 07/28/09 | SSC | Email to Kitec counsel re letter. | 0.10 | 595.00 | $59.50 |
| 07/29/09 | SSC | Email to Fulks counsel re stipulation. | 0.20 | 595.00 | $119.00 |
| 07/29/09 | SSC | Email to Kitec counsel re stipulation. | 0.20 | 595.00 | $119.00 |
| | | **Task Code Total** | **2.40** | | **$1,408.00** |
| | | **Claims Admin/Objections[B310]** | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/08/09 | MAM | Draft letter and notice of claim withdrawal to Mark Jerue. | 0.40 | 195.00 | $78.00 |

**Invoice number 85173**　　73203　00021　　　　　　　　　　　　**Page 2**

| | | | | | |
|---|---|---|---|---|---|
| 07/08/09 | MAM | Draft letter and Notice of Claim Withdrawal to Peacock Mountain Ranch Association. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | MAM | Draft objection to claim of Mark Jerue. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | MAM | Draft Order sustaining objection to Mark Jerue's claim. | 0.30 | 195.00 | $58.50 |
| 07/23/09 | MAM | Draft declaration in support of claim objection versus Mark Jerue. | 0.30 | 195.00 | $58.50 |
| 07/23/09 | MAM | Draft Notice of hearing regarding Jerue claim objection. | 0.30 | 195.00 | $58.50 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |

|  | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | **2.70** | | **$544.50** |

### Operations [B210]

| | | | | | |
|---|---|---|---|---|---|
| 07/01/09 | SSC | Correspond with potential Nevada counsel re state contractor's board. | 0.10 | 595.00 | $59.50 |
| 07/01/09 | SSC | Telephone conference with T. Robinson re same. | 0.20 | 595.00 | $119.00 |
| 07/07/09 | SSC | Review state contractors' board letter and analysis re same. | 0.30 | 595.00 | $178.50 |
| 07/07/09 | SSC | Telephone conference with J. Schramm re: same. | 0.10 | 595.00 | $59.50 |
| 07/13/09 | SSC | Review letter from Nevada State Contractor's board. | 0.10 | 595.00 | $59.50 |
| 07/13/09 | SSC | Telephone conference with T. Robinson re same. | 0.20 | 595.00 | $119.00 |
| 07/16/09 | SSC | Review three letters from the Nevada State Contractors' board re reporting requested. | 0.30 | 595.00 | $178.50 |
| 07/21/09 | MAM | Pacer research for Shirley S. Cho regarding approval of settlement agreement with Nevada State Contractors Board. | 0.30 | 195.00 | $58.50 |
| 07/21/09 | SSC | Teleconference with T. Robinson re state contractor's board. | 0.20 | 595.00 | $119.00 |
| 07/21/09 | SSC | Correspondence with J. Schramm re same. | 0.20 | 595.00 | $119.00 |
| 07/21/09 | SSC | Review Woodside settlement re state contractor's board and correspondence with the company re same. | 0.50 | 595.00 | $297.50 |
| 07/22/09 | SSC | Analysis re Nevada State Contractor's Board settlement. | 0.40 | 595.00 | $238.00 |
| 07/22/09 | SSC | Revise settlement motion. | 0.80 | 595.00 | $476.00 |
| 07/27/09 | SSC | Teleconference with T. Robinson re Nevada State Contractors' Board. | 0.20 | 595.00 | $119.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | **3.90** | | **$2,200.50** |

| | | | | |
|---|---|---|---|---|
| | **Total professional services:** | **9.00** | | **$4,153.00** |

### Costs Advanced:

| | | | |
|---|---|---|---|
| 06/22/2009 | CC | Conference Call [E105] AT&T Conference Call, JIS | $4.79 |
| 07/08/2009 | RE | (DOC 276 @0.10 PER PG) | $27.60 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |

**Invoice number 85173**    73203  00021    **Page  3**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/09/2009 | RE | (CORRA 12 @0.10 PER PG) | $1.20 |
| 07/24/2009 | PAC | 73203.00021 PACER Charges for 07-24-09 | $5.44 |
| 07/24/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/24/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/24/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/27/2009 | PAC | 73203.00021 PACER Charges for 07-27-09 | $2.40 |
| 07/27/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/27/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/27/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/28/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |

Total Expenses:    **$45.43**

## Summary:

| | |
|---|---|
| Total professional services | $4,153.00 |
| Total expenses | $45.43 |
| **Net current charges** | **$4,198.43** |
| Net balance forward | $3,573.02 |
| **Total balance now due** | **$7,771.45** |

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| GNB | Brown, Gillian N. | 0.20 | 495.00 | $99.00 |
| MAM | Matteo, Mike A. | 2.40 | 195.00 | $468.00 |
| PJJ | Jeffries, Patricia J. | 0.60 | 225.00 | $135.00 |
| SSC | Cho, Shirley S. | 5.80 | 595.00 | $3,451.00 |
| | | 9.00 | | $4,153.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 2.40 | $1,408.00 |
| CO | Claims Admin/Objections[B310] | 2.70 | $544.50 |
| OP | Operations [B210] | 3.90 | $2,200.50 |
| | | 9.00 | $4,153.00 |

**Invoice number  85173**     73203   00021                                    **Page  4**

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $4.79 |
| Pacer - Court Research | $7.84 |
| Reproduction Expense [E101] | $28.80 |
| Reproduction/ Scan Copy | $4.00 |
| | $45.43 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85156**        **73203  00022**        **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated:  June 30, 2009 | $9,075.92 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $994.50 |
| Net balance forward | $8,081.42 |

Re:   Rhodes Ranch General Partnership

**Statement of Professional Services Rendered Through**        **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Claims Admin/Objections[B310]** | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/07/09 | MAM | Draft letter and corresponding notice of withdrawal to Innova-Champion Discs regarding claim withdrawal. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |
| | | **Task Code Total** | **1.00** | | **$213.00** |
| | | **Stay Litigation [B140]** | | | |
| 07/28/09 | WD | Research Elkhorn Springs relief from stay motion. | 0.40 | 495.00 | $198.00 |
| 07/29/09 | WD | Emails with Robinson and Lee re Elkhorn Springs relief from stay motion. | 0.20 | 495.00 | $99.00 |
| 07/30/09 | WD | Research re Elkhorn Springs relief from stay motion. | 0.20 | 495.00 | $99.00 |
| 07/30/09 | WD | Emails with Robinson re Elkhorn Springs relief from stay motion. | 0.10 | 495.00 | $49.50 |
| 07/30/09 | WD | Analysis of proposed settlement agreement re Elkhorn Springs relief from stay motion. | 0.30 | 495.00 | $148.50 |
| 07/30/09 | WD | Telconference with litt re Elkhorn Springs relief from stay motion. | 0.20 | 495.00 | $99.00 |
| 07/31/09 | WD | Research re Elkhorn Springs relief from stay motion. | 0.40 | 495.00 | $198.00 |
| 07/31/09 | WD | Analysis of proposed settlement agreement re Elkhorn Springs relief from stay motion. | 0.20 | 495.00 | $99.00 |
| 07/31/09 | WD | Teleconference with Clifford re Elkhorn Springs relief from stay motion. | 0.30 | 495.00 | $148.50 |

**Invoice number 85156**        73203  00022                                    **Page  2**

| | | | |
|---|---|---:|---:|
| **Task Code Total** | | 2.30 | $1,138.50 |
| | **Total professional services:** | 3.30 | $1,351.50 |

**Costs Advanced:**

| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | $0.10 |
|---|---|---|---|---:|
| | | Total Expenses: | | $0.10 |

**Summary:**

| | |
|---|---:|
| Total professional services | $1,351.50 |
| Total expenses | $0.10 |
| **Net current charges** | $1,351.60 |
| Net balance forward | $8,081.42 |
| **Total balance now due** | $9,433.02 |

| MAM | Matteo, Mike A. | 0.40 | 195.00 | $78.00 |
|---|---|---:|---:|---:|
| PJJ | Jeffries, Patricia J. | 0.60 | 225.00 | $135.00 |
| WD | Disse, Werner | 2.30 | 495.00 | $1,138.50 |
| | | 3.30 | | $1,351.50 |

## Task Code Summary

| | | **Hours** | **Amount** |
|---|---|---:|---:|
| CO | Claims Admin/Objections[B310] | 1.00 | $213.00 |
| SL | Stay Litigation [B140] | 2.30 | $1,138.50 |
| | | 3.30 | $1,351.50 |

## Expense Code Summary

| | |
|---|---:|
| Reproduction/ Scan Copy | $0.10 |
| | $0.10 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85157**          73203  00023          **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated: June 30, 2009 | $1,060.95 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $726.75 |
| Net balance forward | $334.20 |

Re:   Rhodes Ranch Golf Country Club LLC

**Statement of Professional Services Rendered Through**          **07/31/2009**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Acushnet Company. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Arizona Sun Products, Inc. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Clark County Treasurer. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Bridgestone Golf, Inc. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Cheyenne Auto Parts. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Clark County Treasurer. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Integrated Business Systems. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Par 3 Landscape & Maintenance. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Professional Golf Bar Services. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Sports Turf Irrigation. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to The CIT Group/Commercial Services Inc. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | MAM | Draft Order sustaining claim objection to Par 3 Landscape claim. | 0.50 | 195.00 | $97.50 |

**Invoice number 85157**       73203   00023                              **Page 2**

| | | | | | |
|---|---|---|---|---|---|
| 07/23/09 | MAM | Draft declaration in support of claims objection versus Par 3 Landscape. | 0.50 | 195.00 | $97.50 |
| 07/23/09 | MAM | Draft objection to claim of Par 3 Landscape. | 0.70 | 195.00 | $136.50 |
| 07/23/09 | MAM | Draft Notice of hearing regarding Debtors' Objection to Par 3 Landscape claim. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | MAM | Draft Debtors' claim objection versus The CIT Group. | 0.40 | 195.00 | $78.00 |
| 07/23/09 | MAM | Draft Notice of Hearing on Debtors' Objection to The CIT Group/Commercial Services. | 0.30 | 195.00 | $58.50 |
| 07/23/09 | MAM | Draft Order sustaining claim objection versus The CIT Group. | 0.30 | 195.00 | $58.50 |
| 07/24/09 | MAM | Amend objection, declaration and Order to Par 3 claim. | 0.80 | 195.00 | $156.00 |
| 07/24/09 | MAM | Amend objection, declaration and Order to CIT Group claim. | 0.80 | 195.00 | $156.00 |
| 07/24/09 | SSC | Review and revise two non-debtor objections in Rhodes Ranch Golf Course. | 0.50 | 595.00 | $297.50 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **9.80** | **$2,117.00** |

| | | |
|---|---|---|
| **Total professional services:** | 9.80 | **$2,117.00** |

## Costs Advanced:

| | | | |
|---|---|---|---|
| 07/08/2009 | RE | (CORRA 64 @0.10 PER PG) | $6.40 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/08/2009 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 07/23/2009 | RE | (CORR 6 @0.20 PER PG) | $1.20 |
| 07/24/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/24/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/24/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/24/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/24/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |

**Invoice number 85157**      73203   00023                                      **Page  3**

| | | | |
|---|---|---|---:|
| 07/24/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/27/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/27/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/27/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/27/2009 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 07/27/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 07/27/2009 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/28/2009 | RE | (DOC 1207 @0.10 PER PG) | $120.70 |

Total Expenses:                     **$135.20**

## Summary:

| | | |
|---|---|---:|
| Total professional services | | $2,117.00 |
| Total expenses | | $135.20 |
| **Net current charges** | | $2,252.20 |
| Net balance forward | | $334.20 |
| **Total balance now due** | | $2,586.40 |

| | | | | |
|---|---|---:|---:|---:|
| MAM | Matteo, Mike A. | 9.10 | 195.00 | $1,774.50 |
| PJJ | Jeffries, Patricia J. | 0.20 | 225.00 | $45.00 |
| SSC | Cho, Shirley S. | 0.50 | 595.00 | $297.50 |
| | | 9.80 | | $2,117.00 |

### Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| CO | Claims Admin/Objections[B310] | 9.80 | $2,117.00 |
| | | 9.80 | $2,117.00 |

### Expense Code Summary

| | |
|---|---:|
| Reproduction Expense [E101] | $128.30 |
| Reproduction/ Scan Copy | $6.90 |
| | $135.20 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85158**       73203  00024       **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $997.50 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $707.63 |
| Net balance forward | $289.87 |

Re:   Rhodes Realty Inc.

| **Statement of Professional Services Rendered Through** | | **07/31/2009** | | |
|---|---|---|---|---|
| | | **Hours** | **Rate** | **Amount** |
| Claims Admin/Objections[B310] | | | | |
| 07/06/09  PJJ   Update claims analysis | | 0.20 | 225.00 | $45.00 |
| **Task Code Total** | | **0.20** | | **$45.00** |
| | | | | |
| **Total professional services:** | | 0.20 | | **$45.00** |

## Summary:

| | |
|---|---|
| Total professional services | $45.00 |
| **Net current charges** | **$45.00** |
| Net balance forward | $289.87 |
| **Total balance now due** | **$334.87** |

| | | | | | |
|---|---|---|---|---|---|
| PJJ | Jeffries, Patricia J. | 0.20 | 225.00 | | $45.00 |
| | | 0.20 | | | $45.00 |

Invoice number **85158**        73203   00024                                    **Page  2**

## Task Code Summary

|     |                                |  Hours  |  Amount  |
|-----|--------------------------------|---------|----------|
| CO  | Claims Admin/Objections[B310]  |  0.20   | $45.00   |
|     |                                |  0.20   | $45.00   |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85159**      **73203 00025**      **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $1,424.60 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $760.95 |
| Net balance forward | $663.65 |

Re:  The Rhodes Companies LLC

**Statement of Professional Services Rendered Through**      **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Claims Admin/Objections[B310]** | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to Herminia Scannicchio. | 0.40 | 195.00 | $78.00 |
| 07/07/09 | MAM | Draft letter and notice of claim withdrawal to The TWT Group. | 0.40 | 195.00 | $78.00 |
| | | **Task Code Total** | **1.00** | | **$201.00** |
| | | **Total professional services:** | 1.00 | | **$201.00** |

**Costs Advanced:**

| | | | | |
|---|---|---|---|---|
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | $0.10 |
| 07/08/2009 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | | $0.10 |
| | | Total Expenses: | | **$0.20** |

## Summary:

| | |
|---|---|
| Total professional services | $201.00 |
| Total expenses | $0.20 |
| **Net current charges** | **$201.20** |

**Invoice number 85159**     73203   00025                                    **Page 2**

Net balance forward                                              $663.65

**Total balance now due**                                        $864.85

| | | | | |
|-----|-------------------------|-------|--------|----------|
| MAM | Matteo, Mike A. | 0.80 | 195.00 | $156.00 |
| PJJ | Jeffries, Patricia J. | 0.20 | 225.00 | $45.00 |
| | | 1.00 | | $201.00 |

## Task Code Summary

| | | Hours | Amount |
|-----|-----------------------------------|-------|----------|
| CO | Claims Admin/Objections[B310] | 1.00 | $201.00 |
| | | 1.00 | $201.00 |

## Expense Code Summary

| | |
|-------------------------|--------|
| Reproduction/ Scan Copy | $0.20 |
| | $0.20 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85160**       **73203 00026**      **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $396.37 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $210.38 |
| Net balance forward | $185.99 |

Re:  Six Feathers Holdings LLC

**Statement of Professional Services Rendered Through**       **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Claims Admin/Objections[B310]** | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| | **Task Code Total** | | **0.20** | | **$45.00** |
| | **Total professional services:** | | 0.20 | | **$45.00** |

### Summary:

| | |
|---|---|
| Total professional services | $45.00 |
| **Net current charges** | **$45.00** |
| Net balance forward | $185.99 |
| **Total balance now due** | **$230.99** |

| | | | | | |
|---|---|---|---|---|---|
| PJJ | Jeffries, Patricia J. | 0.20 | 225.00 | | $45.00 |
| | | 0.20 | | | $45.00 |

**Invoice number 85160**      73203   00026                                      **Page  2**

## Task Code Summary

|    |                                |  Hours  |  Amount  |
|----|--------------------------------|---------|----------|
| CO | Claims Admin/Objections[B310]  |  0.20   | $45.00   |
|    |                                |  0.20   | $45.00   |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85161**          **73203 00027**          **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated: June 30, 2009 | $357.22 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $172.13 |
| Net balance forward | $185.09 |

Re:  Tick LP

**Statement of Professional Services Rendered Through**          **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Claims Admin/Objections[B310]** | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | 0.10 | | $22.50 |
| | **Total professional services:** | | 0.10 | | **$22.50** |

### Summary:

| | | |
|---|---|---|
| Total professional services | $22.50 | |
| **Net current charges** | $22.50 | |
| Net balance forward | $185.09 | |
| **Total balance now due** | $207.59 | |

| PJJ | Jeffries, Patricia J. | 0.10 | 225.00 | $22.50 |
|---|---|---|---|---|
| | | 0.10 | | $22.50 |

**Invoice number 85161**      73203   00027                                        **Page 2**

## Task Code Summary

|    |                                    | **Hours** | **Amount** |
|----|------------------------------------|-----------|------------|
| CO | Claims Admin/Objections[B310]      | 0.10      | $22.50     |
|    |                                    | 0.10      | $22.50     |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85162**          **73203 00028**     **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated: June 30, 2009 | $1,022.92 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $726.75 |
| Net balance forward | $296.17 |

Re:   Tribes Holdings LLC

**Statement of Professional Services Rendered Through**     **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Claims Admin/Objections[B310]** | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | **0.10** | | **$22.50** |
| | **Total professional services:** | | 0.10 | | **$22.50** |

## Summary:

| | | |
|---|---|---|
| Total professional services | $22.50 | |
| **Net current charges** | **$22.50** | |
| Net balance forward | $296.17 | |
| **Total balance now due** | **$318.67** | |

| PJJ | Jeffries, Patricia J. | 0.10 | 225.00 | $22.50 |
|---|---|---|---|---|
| | | 0.10 | | $22.50 |

**Invoice number 85162**        73203   00028        **Page  2**

## Task Code Summary

|    |                                |  Hours | Amount  |
|----|--------------------------------|--------|---------|
| CO | Claims Admin/Objections[B310]  |  0.10  | $22.50  |
|    |                                |  0.10  | $22.50  |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85163**        **73203  00029**        **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $1,352.77 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $994.50 |
| Net balance forward | $358.27 |

Re:  Tuscany Acquisitions LLC

**Statement of Professional Services Rendered Through**        **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Claims Admin/Objections[B310]** | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |
| 07/28/09 | PJJ | Revise homeowner listing | 0.20 | 225.00 | $45.00 |
| | **Task Code Total** | | **0.80** | | **$180.00** |
| | **Financial Filings [B110]** | | | | |
| 07/21/09 | PJJ | Draft further amended schedules | 0.50 | 225.00 | $112.50 |
| | **Task Code Total** | | **0.50** | | **$112.50** |
| | **Total professional services:** | | 1.30 | | **$292.50** |

## Summary:

| | |
|---|---|
| Total professional services | $292.50 |
| **Net current charges** | $292.50 |
| Net balance forward | $358.27 |

**Invoice number 85163**      73203   00029                                    **Page  2**

### Total balance now due                              $650.77

| PJJ | Jeffries, Patricia J. | 1.30 | 225.00 | $292.50 |
|-----|----------------------|------|--------|---------|
|     |                      | 1.30 |        | $292.50 |

## Task Code Summary

|     |                              | **Hours** | **Amount** |
|-----|------------------------------|-----------|------------|
| CO  | Claims Admin/Objections[B310] | 0.80      | $180.00    |
| FF  | Financial Filings [B110]      | 0.50      | $112.50    |
|     |                              | 1.30      | $292.50    |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85164**       **73203  00030**       **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated: June 30, 2009 | $1,018.50 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $726.75 |
| Net balance forward | $291.75 |

Re:   Tuscany Acquisitions II LLC

**Statement of Professional Services Rendered Through**        **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Claims Admin/Objections[B310]** | | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |
| 07/28/09 | PJJ | Revise homeowner listing | 0.20 | 225.00 | $45.00 |
| | **Task Code Total** | | **0.80** | | **$180.00** |
| | **Total professional services:** | | **0.80** | | **$180.00** |

## Summary:

| | |
|---|---:|
| Total professional services | $180.00 |
| **Net current charges** | **$180.00** |
| Net balance forward | $291.75 |
| **Total balance now due** | **$471.75** |

| | | | | | |
|---|---|---:|---:|---:|---:|
| PJJ | Jeffries, Patricia J. | 0.80 | 225.00 | | $180.00 |
| | | 0.80 | | | $180.00 |

**Invoice number 85164**      73203   00030                                    **Page  2**

## Task Code Summary

|    |                                  | **Hours** | **Amount** |
|----|----------------------------------|-----------|------------|
| CO | Claims Admin/Objections[B310]    | 0.80      | $180.00    |
|    |                                  | 0.80      | $180.00    |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85165**          **73203 00031**      **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $1,111.42 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $803.25 |
| Net balance forward | $308.17 |

Re:   Tuscany Acquisitions III LLC

**Statement of Professional Services Rendered Through**      **07/31/2009**

| | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | **Claims Admin/Objections[B310]** | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |
| 07/28/09 | PJJ | Revise homeowner listing | 0.20 | 225.00 | $45.00 |
| | | **Task Code Total** | **0.80** | | **$180.00** |
| | | **Total professional services:** | 0.80 | | **$180.00** |

## Summary:

| | |
|---|---|
| Total professional services | $180.00 |
| **Net current charges** | $180.00 |
| Net balance forward | $308.17 |
| **Total balance now due** | $488.17 |

| PJJ | Jeffries, Patricia J. | 0.80 | 225.00 | $180.00 |
|---|---|---|---|---|
| | | 0.80 | | $180.00 |

**Invoice number 85165**       73203   00031                                **Page  2**

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.80 | $180.00 |
| | | 0.80 | $180.00 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85166**       **73203  00032**       **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $1,834.85 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $1,410.58 |
| Net balance forward | $424.27 |

Re:   Tuscany Acquisitions IV LLC

**Statement of Professional Services Rendered Through**    **07/31/2009**

| | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | **Claims Admin/Objections[B310]** | | | |
| 07/06/09 | DGP | Telephone conversation with Mr. Huygens and Ms. Cho re Tuscany IV lien claim | 0.40 | 675.00 | $270.00 |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| 07/07/09 | DGP | Review file and NV mechanic's lien law re Isaac Building claim (.8); prepare summary of issues (.3) | 1.10 | 675.00 | $742.50 |
| 07/10/09 | DGP | Read and consider Isaac Building complaint to foreclose mechanic's lien on Tuscany IV (.2) ; prepare e-mail summarizing review (.2) | 0.40 | 675.00 | $270.00 |
| 07/23/09 | PJJ | Prepare list of homeowner claimants for Omni | 0.40 | 225.00 | $90.00 |
| 07/28/09 | PJJ | Revise homeowner listing | 0.20 | 225.00 | $45.00 |
| | | **Task Code Total** | **2.70** | | **$1,462.50** |

| | **Total professional services:** | **2.70** | **$1,462.50** |
|---|---|---|---|

## Summary:

| | |
|---|---|
| Total professional services | $1,462.50 |
| **Net current charges** | **$1,462.50** |
| Net balance forward | $424.27 |
| **Total balance now due** | **$1,886.77** |

**Invoice number 85166**    73203    00032    **Page 2**

| | | | | |
|---|---|---|---|---|
| DGP | Parker, Daryl G. | 1.90 | 675.00 | $1,282.50 |
| PJJ | Jeffries, Patricia J. | 0.80 | 225.00 | $180.00 |
| | | 2.70 | | $1,462.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 2.70 | $1,462.50 |
| | | 2.70 | $1,462.50 |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85167**　　　　**73203　00033**　　　**JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---:|
| Balance forward as of last invoice, dated:  June 30, 2009 | $2,082.97 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $803.25 |
| Net balance forward | $1,279.72 |

Re:  Tuscany Golf Country Club LLC

**Statement of Professional Services Rendered Through**　　　**07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Claims Admin/Objections[B310]** | | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.20 | 225.00 | $45.00 |
| | **Task Code Total** | | **0.20** | | **$45.00** |
| | **Total professional services:** | | **0.20** | | **$45.00** |

## Summary:

| | |
|---|---:|
| Total professional services | $45.00 |
| **Net current charges** | **$45.00** |
| Net balance forward | $1,279.72 |
| **Total balance now due** | **$1,324.72** |

| | | | | | |
|---|---|---:|---:|---:|---:|
| PJJ | Jeffries, Patricia J. | 0.20 | 225.00 | | $45.00 |
| | | 0.20 | | | $45.00 |

**Invoice number 85167**        73203    00033                                        **Page  2**

## Task Code Summary

|     |                                   | **Hours** | **Amount** |
|-----|-----------------------------------|-----------|------------|
| CO  | Claims Admin/Objections[B310]     | 0.20      | $45.00     |
|     |                                   | 0.20      | $45.00     |

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2009

Invoice Number **85168**          **73203  00034**          **JIS**

Rhodes Homes
4730 South Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

| | |
|---|---|
| Balance forward as of last invoice, dated:  June 30, 2009 | $340.87 |
| Payments received since last invoice, last payment received -- August 4, 2009 | $172.03 |
| Net balance forward | $168.84 |

Re:   Wallboard LP

**Statement of Professional Services Rendered Through**          **07/31/2009**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | |
| 07/06/09 | PJJ | Update claims analysis | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | **0.10** | | **$22.50** |
| | **Total professional services:** | | 0.10 | | **$22.50** |

## Summary:

| | |
|---|---|
| Total professional services | $22.50 |
| **Net current charges** | $22.50 |
| Net balance forward | $168.84 |
| **Total balance now due** | $191.34 |

| | | | | | |
|---|---|---|---|---|---|
| PJJ | Jeffries, Patricia J. | 0.10 | 225.00 | | $22.50 |
| | | 0.10 | | | $22.50 |

**Invoice number 85168**        73203    00034                **Page  2**

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.10 | $22.50 |
| | | 0.10 | $22.50 |