# EXHIBIT

# C



**U.S. Department of Justice**

**Tax Division**

E-mail: *virginiacronan.lowe@usdoj.gov*
Telephone: (202) 307-6484
Telefax: (202) 307-0054

*Mailing Address:*
*P. O. Box 683, Ben Franklin Station*
*Washington, D.C. 20044*

*Street Address:*
*555 4ᵗʰ St., N.W., Rm 7921*
*Washington, D.C. 20001*

JAD:RRW:VCLowe
5-46-7763
CMN 2009100146

October 29, 2009

Federal Express

Shirley Cho, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11ᵗʰ Floor
Los Angeles, CA 90067-4100

**RECEIVED**

OCT 3 0 2009

PACHULSKI, STANG, ZIEHL & JONES

Re:    In re The Rhodes Companies
       Case No. BK-S-09-14814 LBR  (USBC Nevada)

Dear Ms. Cho:

Enclosed please find documents relating to the IRS proof of claim with regard to Bravo LLC. The first page is a summary of the total wages by quarter for Bravo LLC shown on the chart which shows the Summary of Cash Wages Paid by Robert Kahre to the Other Contractors. The amounts set forth on the IRS proof of claim are based on these figures. I have also enclosed a copy of the press release issued by the U.S. Attorney for the District of Nevada which sets forth the scheme employed by Mr. Kahre.

Also enclosed are transcripts of account for Bravo LLC for employment taxes reported to the IRS on forms 941 for the years 2000, 2001, 2002, and 2003 and Form 904 taxes reported for the years 2000, 2001, 2002 and 2003.

Thank you for your assistance in this matter. Please direct any questions to me at (202) 307-6484.

Sincerely yours,

*Virginia Cronan Lowe*

VIRGINIA CRONAN LOWE
Trial Attorney
Civil Trial Section, Western Region

Bravo, Inc. *– same EIN as Bravo LLC*

*wages*

Quarter

| | |
|---|---|
| 200009 | 13,857 |
| 200012 | 245,612 |
| | |
| 200103 | 343,836 |
| 200106 | 412,422 |
| 200109 | 261,083 |
| 200112 | 451,621 |
| | |
| 200203 | 332,606 |
| 200206 | 262,957 |
| 200209 | 505,651 |
| 200212 | 950,473 |
| | |
| 200303 | 794,976 |
| 200306 | 407,640 |
| | |
| Total | 4,982,734 |

FICA rate            15.3%

FWT rate
  Supplemental rate:
    1/1/94 – 8/6/01        28%
    8/7/01 – 12/31/01     27.5%
    1/1/02 – 5/27/03       27%

A lower FWT rate may be applicable.

**Summary of Cash Wages Paid by**
**Robert Kahn to the Other Contractors**

| Invoice Date | Cash Wage Amount | Service Fee | Adjustments(s) | Total Invoice | Contractor | RK Company | Invoice # | Exhibit Begin | Exhibit End |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/00 | 10,217.00 | 1,890.00 | | 12,107.00 | BRAVO, INC. | UPC | INVOICE #2556 | | |
| 09/27/00 | 3,640.00 | 673.00 | | 4,313.00 | BRAVO, INC. | UPC | INVOICE #2577 | | |
| 10/03/00 | 4,413.00 | 816.00 | | 5,229.00 | BRAVO, INC. | UPC | INVOICE #2584 | | |
| 10/11/00 | 19,874.00 | 3,677.00 | | 23,551.00 | BRAVO, INC. | UPC | INVOICE #2607 | | |
| 10/18/00 | 19,236.00 | 3,559.00 | | 22,795.00 | BRAVO, INC. | UPC | INVOICE #2615 | | |
| 10/24/00 | 11,148.00 | 2,062.00 | | 13,210.00 | BRAVO, INC. | UPC | INVOICE #2626 | | |
| 10/31/00 | 11,009.00 | 2,037.00 | | 13,046.00 | BRAVO, INC. | UPC | INVOICE #2638 | | |
| 11/08/00 | 19,872.00 | 3,676.00 | | 23,548.00 | BRAVO, INC. | UPC | INVOICE #2664 | | |
| 11/14/00 | 30,790.00 | 5,696.00 | | 36,486.00 | BRAVO, INC. | WPD | INVOICE #2668 | | |
| 11/20/00 | 16,196.00 | 2,996.00 | | 19,192.00 | BRAVO, INC. | UPC | INVOICE #2689 | | |
| 11/29/00 | 13,912.00 | 2,574.00 | | 16,486.00 | BRAVO, INC. | UPC | INVOICE #2695 | | |
| 02/07/01 | 9,349.00 | 1,730.00 | | 11,079.00 | BRAVO, INC. | UPC | INVOICE #2933 | | |
| 02/14/01 | 16,008.00 | 2,961.00 | | 18,969.00 | BRAVO, INC. | UPC | INVOICE #2006 | | |
| 02/21/01 | 17,193.00 | 3,181.00 | | 20,374.00 | BRAVO, INC. | UPC | INVOICE #2020 | | |
| 02/27/01 | 15,212.00 | 2,814.00 | | 18,026.00 | BRAVO, INC. | UPC | INVOICE #2029 | | |
| 03/06/01 | 29,000.00 | 5,365.00 | | 34,365.00 | BRAVO, INC. | UPC | INVOICE #2043 | | |
| 03/13/01 | 44,302.00 | 8,196.00 | | 52,498.00 | BRAVO, INC. | UPC | INVOICE #2066 | | |
| 03/22/01 | 60,712.00 | 11,232.00 | | 71,944.00 | BRAVO, INC. | UPC | INVOICE #2078 | | |
| 03/29/01 | 53,312.00 | 9,863.00 | | 63,175.00 | BRAVO, INC. | UPC | INVOICE #2093 | | |
| 04/05/01 | 28,000.00 | 5,180.00 | | 33,180.00 | BRAVO, INC. | UPC | INVOICE #2105 | | |
| 04/10/01 | 21,500.00 | 3,978.00 | | 25,478.00 | BRAVO, INC. | UPC | INVOICE #2115 | | |
| 04/19/01 | 51,027.00 | 9,440.00 | | 60,467.00 | BRAVO, INC. | UPC | INVOICE #2135 | | |
| 04/26/01 | 46,668.00 | 8,634.00 | | 55,302.00 | BRAVO, INC. | UPC | INVOICE #2154 | | |
| 05/02/01 | 31,434.00 | 5,815.00 | | 37,249.00 | BRAVO, INC. | UPC | INVOICE #2165 | | |
| 05/08/01 | 16,100.00 | 2,979.00 | | 19,079.00 | BRAVO, INC. | UPC | INVOICE #2172 | | |
| 05/17/01 | 33,577.00 | 6,212.00 | | 39,789.00 | BRAVO, INC. | UPC | INVOICE #2198 | | |

Summary of Cash Wages Paid by
Robert Kahrs to the Other Contractors

| Invoice Date | Cash Wages Amount | Service Fee | Adjustments(s) | Total Invoice | Contractor | HK Company | Invoice # | Exhibit Begin | Exhibit End |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/01 | 35,580.00 | 6,582.00 | | 42,162.00 | BRAVO, INC. | UPC | INVOICE #2205 | | |
| 05/30/01 | 26,767.00 | 4,952.00 | | 31,719.00 | BRAVO, INC. | UPC | INVOICE #2223 | | |
| 06/06/01 | 27,692.00 | 5,123.00 | | 32,815.00 | BRAVO, INC. | UPC | INVOICE #2231 | | |
| 06/14/01 | 31,415.00 | 5,812.00 | | 37,227.00 | BRAVO, INC. | UPC | INVOICE #2257 | | |
| 06/19/01 | 29,813.00 | 5,515.00 | | 35,328.00 | BRAVO, INC. | UPC | INVOICE #2286 | | |
| 06/27/01 | 32,849.00 | 6,077.00 | | 38,926.00 | BRAVO, INC. | UPC | INVOICE #2283 | | |
| 07/03/01 | 15,092.00 | 2,792.00 | | 17,884.00 | BRAVO, INC. | UPC | INVOICE #2295 | | |
| 07/12/01 | 12,573.00 | 2,326.00 | | 14,899.00 | BRAVO, INC. | UPC | INVOICE #2316 | | |
| 07/16/01 | 19,484.00 | 3,605.00 | | 23,089.00 | BRAVO, INC. | UPC | INVOICE #2321 | | |
| 07/24/01 | 22,505.00 | 4,163.00 | | 26,668.00 | BRAVO, INC. | UPC | INVOICE #2344 | | |
| 07/31/01 | 17,828.00 | 3,288.00 | | 21,126.00 | BRAVO, INC. | UPC | INVOICE #2361 | | |
| 08/07/01 | 21,460.00 | 3,970.00 | | 25,430.00 | BRAVO, INC. | UPC | INVOICE #2379 | | |
| 08/16/01 | 12,153.00 | 2,248.00 | | 14,401.00 | BRAVO, INC. | UPC | INVOICE #2402 | | |
| 08/22/01 | 10,901.00 | 2,017.00 | | 12,918.00 | BRAVO, INC. | UPC | INVOICE #2421 | | |
| 08/30/01 | 17,880.00 | 3,308.00 | | 21,188.00 | BRAVO, INC. | UPC | INVOICE #2444 | | |
| 09/05/01 | 16,571.00 | 3,066.00 | | 19,637.00 | BRAVO, INC. | UPC | INVOICE #2460 | | |
| 09/12/01 | 24,704.00 | 4,570.00 | | 29,274.00 | BRAVO, INC. | UPC | INVOICE #2475 | | |
| 09/18/01 | 30,482.00 | 5,640.00 | | 36,122.00 | BRAVO, INC. | UPC | INVOICE #2491 | | |
| 09/25/01 | 39,450.00 | 7,298.00 | | 46,748.00 | BRAVO, INC. | UPC | INVOICE #2508 | | |
| 10/02/01 | 31,541.00 | 5,835.00 | | 37,376.00 | BRAVO, INC. | UPC | INVOICE #2523 | | |
| 10/09/01 | 30,024.00 | 5,554.00 | | 35,578.00 | BRAVO, INC. | UPC | INVOICE #2544 | | |
| 10/18/01 | 43,099.00 | 7,973.00 | | 51,072.00 | BRAVO, INC. | UPC | INVOICE #2569 | | |
| 10/25/01 | 44,342.00 | 8,203.00 | | 52,545.00 | BRAVO, INC. | UPC | INVOICE #2589 | | |
| 10/31/01 | 39,684.00 | 7,342.00 | | 47,026.00 | BRAVO, INC. | UPC | INVOICE #2608 | | |
| 11/08/01 | 40,798.00 | 7,548.00 | | 48,346.00 | BRAVO, INC. | UPC | INVOICE #2630 | | |
| 11/15/01 | 24,819.00 | 4,592.00 | | 29,411.00 | BRAVO, INC. | UPC | INVOICE #2653 | | |
| 11/20/01 | 19,442.00 | 3,597.00 | | 23,039.00 | BRAVO, INC. | UPC | INVOICE #2672 | | |
| 12/07/01 | 47,033.00 | 8,466.00 | | 55,499.00 | BRAVO, INC. | UPC | INVOICE #2711 | | |
| 12/13/01 | 61,640.00 | 11,403.00 | | 73,043.00 | BRAVO, INC. | UPC | INVOICE #2730 | | |
| 12/18/01 | 30,684.00 | 5,677.00 | | 36,361.00 | BRAVO, INC. | UPC | INVOICE #2742 | | |
| 12/27/01 | 38,515.00 | 7,125.00 | | 45,640.00 | BRAVO, INC. | UPC | INVOICE #2765 | | |
| 01/03/02 | 8,190.00 | 1,515.00 | | 9,705.00 | BRAVO, INC. | UPC | INVOICE #2788 | | |
| 01/10/02 | 36,680.00 | 6,786.00 | | 43,466.00 | BRAVO, INC. | UPC | INVOICE #2808 | | |
| 01/17/02 | 45,086.00 | 8,115.00 | | 53,201.00 | BRAVO, INC. | UPC | INVOICE #2826 | | |
| 01/24/02 | 3,465.00 | 641.00 | | 4,106.00 | BRAVO, INC. | UPC | INVOICE #2845 | | |
| 01/31/02 | 13,776.00 | 2,549.00 | | 16,325.00 | BRAVO, INC. | UPC | INVOICE #2863 | | |
| 02/06/02 | 28,004.00 | 5,181.00 | | 33,185.00 | BRAVO, INC. | UPC | INVOICE #2878 | | |
| 02/14/02 | 5,957.00 | 1,102.00 | | 7,059.00 | BRAVO, INC. | UPC | INVOICE #2899 | | |
| 02/21/02 | 30,483.00 | 5,639.00 | | 36,122.00 | BRAVO, INC. | UPC | INVOICE #2914 | | |
| 02/28/02 | 41,808.00 | 7,734.00 | | 49,542.00 | BRAVO, INC. | UPC | INVOICE #2935 | | |
| 03/07/02 | 50,014.00 | 9,253.00 | | 59,267.00 | BRAVO, INC. | UPC | INVOICE #2957 | | |
| 03/14/02 | 26,158.00 | 4,839.00 | | 30,997.00 | BRAVO, INC. | UPC | INVOICE #2975 | | |
| 03/21/02 | 21,130.00 | 3,909.00 | | 25,039.00 | BRAVO, INC. | UPC | INVOICE #2997 | | |
| 03/27/02 | 21,855.00 | 4,038.00 | | 25,893.00 | BRAVO, INC. | UPC | INVOICE #3015 | | |

Summary of Cash Wages Paid by
Robert Kahre to the Other Contractors

| Invoice Date | Cash Wage Amount | Service Fee | Adjustment(s) | Total Invoice | Contractor | RK Company | Invoice # | Exhibit Begin | Exhibit End |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/02 | 5,414.00 | 1,002.00 | | 6,416.00 | BRAVO, INC. | UPC | INVOICE #3110 | | |
| 05/07/02 | 12,143.00 | 2,246.00 | | 14,389.00 | BRAVO, INC. | UPC | INVOICE #3124 | | |
| 05/15/02 | 20,404.00 | 3,775.00 | | 24,179.00 | BRAVO, INC. | UPC | INVOICE #3148 | | |
| 05/22/02 | 35,953.00 | 6,651.00 | | 42,604.00 | BRAVO, INC. | UPC | INVOICE #3170 | | |
| 05/30/03 | 22,970.00 | 4,249.00 | | 27,219.00 | BRAVO, INC. | UPC | INVOICE #3192 | | |
| 06/06/02 | 28,617.00 | 5,294.00 | | 33,911.00 | BRAVO, INC. | UPC | INVOICE #3207 | | |
| 06/13/02 | 19,660.00 | 3,637.00 | | 23,297.00 | BRAVO, INC. | UPC | INVOICE #3223 | | |
| 06/20/02 | 26,663.00 | 4,933.00 | | 31,596.00 | BRAVO, INC. | UPC | INVOICE #3242 | | |
| 06/27/02 | 8,741.00 | 1,617.00 | | 10,358.00 | BRAVO, INC. | UPC | INVOICE #3259 | | |
| 07/02/02 | 2,785.00 | 515.00 | | 3,300.00 | BRAVO, INC. | UPC | INVOICE #3276 | | |
| 07/11/02 | 16,701.00 | 3,090.00 | | 19,791.00 | BRAVO, INC. | UPC | INVOICE #3294 | | |
| 07/18/02 | 20,437.00 | 3,781.00 | | 24,218.00 | BRAVO, INC. | UPC | INVOICE #3311 | | |
| 07/25/02 | 41,980.00 | 7,766.00 | | 49,746.00 | BRAVO, INC. | UPC | INVOICE #3329 | | |
| 08/01/02 | 46,956.00 | 8,687.00 | | 55,643.00 | BRAVO, INC. | UPC | INVOICE #3346 | | |
| 08/08/02 | 44,592.00 | 8,250.00 | | 52,842.00 | BRAVO, INC. | UPC | INVOICE #3362 | | |
| 08/15/02 | 70,495.00 | 13,042.00 | | 83,537.00 | BRAVO, INC. | UPC | INVOICE #3384 | | |
| 08/22/02 | 38,358.00 | 7,096.00 | | 45,454.00 | BRAVO, INC. | UPC | INVOICE #3401 | | |
| 08/29/02 | 43,406.00 | 8,030.00 | | 51,436.00 | BRAVO, INC. | UPC | INVOICE #3419 | | |
| 09/05/02 | 39,040.00 | 7,223.00 | | 46,263.00 | BRAVO, INC. | UPC | INVOICE #3436 | | |
| 09/12/02 | 35,245.00 | 6,520.00 | | 41,765.00 | BRAVO, INC. | UPC | INVOICE #3468 | | |
| 09/19/02 | 42,835.00 | 7,925.00 | | 50,760.00 | BRAVO, INC. | UPC | INVOICE #3459 | | |
| 09/26/02 | 62,821.00 | 11,622.00 | | 74,443.00 | BRAVO, INC. | UPC | INVOICE #3483 | | |
| 10/03/02 | 60,083.00 | 11,115.00 | | 71,198.00 | BRAVO, INC. | UPC | INVOICE #3501 | | |
| 10/10/02 | 68,387.00 | 12,652.00 | | 81,039.00 | BRAVO, INC. | UPC | INVOICE #3519 | | |
| 10/17/02 | 77,409.00 | 14,321.00 | | 91,730.00 | BRAVO, INC. | UPC | INVOICE #3534 | | |
| 10/24/02 | 93,710.00 | 17,336.00 | | 111,046.00 | BRAVO, INC. | UPC | INVOICE #3548 | | |
| 10/31/02 | 77,848.00 | 14,402.00 | | 92,250.00 | BRAVO, INC. | UPC | INVOICE #3566 | | |
| 11/07/02 | 76,982.00 | 14,242.00 | | 91,224.00 | BRAVO, INC. | UPC | INVOICE #3582 | | |
| 11/14/02 | 85,541.00 | 15,825.00 | | 101,366.00 | BRAVO, INC. | UPC | INVOICE #3600 | | |
| 11/21/02 | 119,457.00 | 22,100.00 | | 141,557.00 | BRAVO, INC. | UPC | INVOICE #3615 | | |
| 11/26/02 | 85,943.00 | 15,899.00 | | 101,842.00 | BRAVO, INC. | UPC | INVOICE #3630 | | |
| 12/05/02 | 48,266.00 | 8,929.00 | | 57,195.00 | BRAVO, INC. | UPC | INVOICE #3648 | | |
| 12/12/02 | 39,211.00 | 7,254.00 | | 46,465.00 | BRAVO, INC. | UPC | INVOICE #3661 | | |
| 12/19/02 | 56,741.00 | 10,497.00 | | 67,238.00 | BRAVO, INC. | UPC | INVOICE #3681 | | |
| 12/19/02 | 2,566.00 | 257.00 | | 2,823.00 | BRAVO, INC. | UPC | INVOICE #3683 | | |
| 12/23/02 | 36,422.00 | 6,738.00 | | 43,160.00 | BRAVO, INC. | UPC | INVOICE #3690 | | |
| 12/31/02 | 21,907.00 | 4,053.00 | | 25,960.00 | BRAVO, INC. | UPC | INVOICE #3709 | | |
| 01/08/03 | 11,832.00 | 2,189.00 | | 14,021.00 | BRAVO, INC. | UPC | INVOICE #3724 | | |
| 01/16/03 | 44,734.00 | 8,276.00 | | 53,010.00 | BRAVO, INC. | UPC | INVOICE #3743 | | |
| 01/22/03 | 13,643.00 | 2,524.00 | | 16,167.00 | BRAVO, INC. | UPC | INVOICE #3759 | | |
| 01/28/03 | 26,939.00 | 4,865.00 | | 31,804.00 | BRAVO, INC. | UPC | INVOICE #3770 | | |
| 02/06/03 | 42,982.00 | 7,848.00 | | 50,910.00 | BRAVO, INC. | UPC | INVOICE #3793 | | |
| 02/12/03 | 71,525.00 | 13,232.00 | | 84,757.00 | BRAVO, INC. | UPC | INVOICE #3806 | | |
| 02/19/03 | 57,938.00 | 10,719.00 | | 68,657.00 | BRAVO, INC. | UPC | INVOICE #3823 | | |
| 02/26/03 | 124,777.00 | 23,084.00 | | 147,861.00 | BRAVO, INC. | UPC | INVOICE #3834 | | |
| 03/05/03 | 137,270.00 | 25,395.00 | | 162,665.00 | BRAVO, INC. | UPC | INVOICE #3852 | | |
| 03/12/03 | 109,592.00 | 20,275.00 | | 129,867.00 | BRAVO, INC. | UPC | INVOICE #3866 | | |
| 03/19/03 | 90,330.00 | 16,711.00 | | 107,041.00 | BRAVO, INC. | UPC | INVOICE #3880 | | |

Summary of Cash Wages Paid by
Robert Kahre to the Other Contractors

| Invoice Date | Cash Wage Amount | Service Fee | Adjustments(s) | Total Invoice | Contractor | RK Company | Invoice # | Exhibit Begin | Exhibit End |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/03 | 63,534.00 | 11,754.00 | | 75,288.00 | BRAVO, INC. | UPC | INVOICE #3901 | | |
| 04/02/03 | 44,905.00 | 8,307.00 | | 53,212.00 | BRAVO, INC. | UPC | INVOICE #3917 | | |
| 04/09/03 | 50,326.00 | 9,310.00 | | 59,636.00 | BRAVO, INC. | UPC | INVOICE #3937 | | |
| 04/16/03 | 39,125.00 | 7,238.00 | | 46,363.00 | BRAVO, INC. | UPC | INVOICE #3951 | | |
| 04/23/03 | 59,222.00 | 10,956.00 | | 70,178.00 | BRAVO, INC. | UPC | INVOICE #3965 | | |
| 04/30/03 | 66,417.00 | 12,287.00 | | 78,704.00 | BRAVO, INC. | UPC | INVOICE #3991 | | |
| | $ 4,982,734.00 | $ 921,126.00 | $ - | $ 5,903,860.00 | | | | | |



**U.S. Department of Justice**

*United States Attorney*
*District of Nevada*

*Gregory A. Brower*
*United States Attorney*

*333 Las Vegas Blvd. South*
*Suite 5000*
*Las Vegas, NV 89101*

*(702) 388-6336*
*FAX (702) 388-6296*

**NEWS RELEASE**
**FRIDAY, AUGUST 14, 2009**

**PRESS CONTACTS:**
Natalie Collins, Public Affairs Specialist

(702) 388-6508

### JURY CONVICTS LAS VEGAS BUSINESS OWNER ROBERT KAHRE AND THREE OTHERS OF TAX FRAUD

**LAS VEGAS - -** Following a three-month trial and about two days of deliberations, a federal jury found Las Vegas businessman Robert Kahre and three others guilty today of multiple felony tax crimes, including conspiracy to defraud the IRS, tax evasion, and hiding assets from the IRS, announced Greg Brower, United States Attorney for the District of Nevada.

Robert D. Kahre and his sister Lori A. Kahre were each convicted of intentionally and knowingly conspiring to defraud the federal government by deceit, craft, trickery and dishonest means for the purpose of impeding the IRS in its collection of income and employment taxes. Robert Kahre was also convicted of 49 counts of failure to collect or pay employment taxes, two counts of attempts to interfere with the administration of IRS laws, four counts of tax evasion, and one count of wire fraud. Lori Kahre was also convicted of two counts of attempts to interfere with the administration of IRS laws, one count of making a false statement to a bank, and seven counts of tax evasion. Robert Kahre faces up to 296 years in prison and fines of up to $14 million. Lori Kahre faces up to 71 years in prison and fines of up to $2.75 million.

Robert Kahre's business consultant, Alexander C. Loglia, was convicted of one count of filing a false income tax return and 10 counts of tax evasion. Loglia faces up to 53 years in prison and fines of up to $2.75 million.

Robert Kahre's girlfriend, Danille Cline, was convicted of one count of attempts to interfere with the administration of IRS laws and one count of wire fraud. Cline faces up to 23 years in prison and fines of up to $500,000.

Sentencings for all defendants are scheduled for November 17, 2009, at 9:00 a.m. The defendants are released on personal recognizance bonds pending sentencing.

"As this case makes clear, all of us are required to follow the law when it comes to paying federal taxes," said U.S. Attorney Brower. "The Department of Justice, along with the Department of the Treasury, will continue to aggressively prosecute those who try to cheat the system. I want to recognize the outstanding efforts of all of the investigators and prosecutors who have worked tirelessly on this case for years, and congratulate each of them on a job well done. I also want to thank the members of the jury, as well as Judge Ezra, and the U.S. Marshals Service for their extraordinary devotion to duty during a very long and difficult trial."

"Robert Kahre put his own self interest above the well being of his employees," said Paul A. Camacho, IRS Special Agent in Charge of the Las Vegas Field Office. "Robert Kahre enjoyed the benefits of everything this country has to offer, including the right to due process, which he used as a venue to raise frivolous, unsupported constitutional arguments. Now the jury has spoken. Mr. Kahre is not a legal expert as some may have believed, but rather a convicted felon who cheated the federal government, his employees and every honest taxpayer who pays their fair share of taxes. Let this be a lesson to those hiding behind frivolous legal positions: you can not fool the IRS and you can not fool juries."

Between 1997 and 2003, Kahre owned and operated six construction businesses in the Las Vegas area: Wright Painting and Drywall, Production Plumbing, Production Air Conditioning, Production Electric, Union Pacific Construction and Sherman Tile and Marble. These businesses employed hundreds of employees, many of them laborers, but the exact number is unknown because of the way in which Robert Kahre operated his businesses. Additionally, Kahre provided a payroll service to approximately 35 other construction contractors, which employed thousands of employees.

The jury found that Robert and Lori Kahre devised and used a payroll scheme that concealed and disguised the true amount of income received by his employees and the employees of the companies for which he

provided payroll services. Robert Kahre maintained an office at 6270 Kimberly Avenue in Las Vegas where he claimed to pay employees in gold or silver coins, but which were actually immediately exchanged for pre-determined envelopes of cash. The face amount of the coins was one-eighth the amount of pay that the employee actually earned and received in the cash envelope. The defendants told the employees that the income was either not taxable or that they should falsely report to their income to the IRS as the face amount of the gold and silver coins.

During the course of the scheme, cash wage payments of at least $25 million were paid to Robert Kahre's employees and cash payments of approximately $95 million were paid to the employees of the other contractors. No federal tax withholdings were made from the paychecks, and the wages were not reported to the IRS. The defendants told the employees not to discuss the scheme with any outside agencies. The defendants also took steps to prevent the dissemination of information that might reflect the correct amount of income paid to the employees, such as by using false invoices, keeping two sets of books, using false names on payroll records, making false statements on mortgage applications, and using nominees to conceal assets.

Robert Kahre was found guilty of attempt to evade personal income tax on income of approximately $12 million for the years 1999 through 2002. Lori Kahre was found guilty of attempt to evade personal income tax on income of approximately $242,882 for the years 1998 and 2000 through 2005. Loglia was found guilty of attempt to evade personal income tax on income of approximately $318,736 for the years 1998 through 2003.

The jury found that Robert Kahre took steps to conceal his income for the years 1996 through 2005 by using straw buyers to purchase various pieces of real property, and by placing the properties in the names of Cline, his mother, his sister, and step-father. The jury found that Lori Kahre made false statements to Bank of America to obtain a mortgage for a Las Vegas residence, solely for the purpose of hiding Robert Kahre's asset. The properties include commercial property at 6049 Boulder Highway in Las Vegas; a ranch at 62436 Mink Lane, in Summerville, Oregon; homes at 6385 and 6295 North Grand Canyon Drive in Las Vegas; a home at 5680 Ruffian Road in Las Vegas; and a home at 590 Sugar Leo Circle in St. George, Utah.

The case was investigated by Special Agents with IRS Criminal Investigation, and prosecuted by Assistant United States Attorney J. Gregory Damm and Trial Attorney Christopher Maietta of the U.S. Department of Justice Tax Division.

# # # #

BACK

Station Name: DLS0149001  Date: 9/24/2009 Time: 1:23:43 PM

```
BMFOLT88-0282642 01200003000  BMF TAX MODULE      NM CTRL:BRAV
29141-148-37296-0                                      UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:1    FRZ:    -V
ASED:04-15-2004            INTEREST TO DATE:04-22-2002 EMIS/
GOVERNING SC:29           2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-20
HISTORIC ULC:88           INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:3426      INT AS:            0.00 FTP TT:              0
DAR CC:00           INT PD:            0.00  FTP ASD:            0
LATEST CSED DATE:06-26-2010 RSED DT:04-15-2004 RET DUE DT:04-30-2000 GATT
EARLIEST CSED DT:06-26-2010 IMMINENT CSED DT:06-26-2010 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN           VARIABLE DATA
150  06262000      289,335.69  200024 29141-148-37296-0 TC150:04302000
                        0.00  REMIT AMT (610)              USE DEFINER
650  02162000      16,907.70- 200010 29197-060-00012-0
              TUS LOC NO: 29-09-0000000422794
                                             CDDB#:00000000000000000
650  02162000      22,811.39- 200010 29197-060-00012-0
              TUS LOC NO: 29-09-0000000422795
                                             CDDB#:00000000000000000
            PAGE 001 OF 004          BMFPG 002
```

*timely*

```
BMFOLT88-0282642 01200003000  BMF TAX MODULE      NM CTRL:BRAV
29141-148-37296-0                                    UP-CYC:38
```

```
TRANS DATE        AMOUNT          CYCLE  DLN              VARIABLE DATA
650  02162000         24,428.69- 200010 29197-060-00012-0
                 TUS LOC NO: 29-09-0000000422796
                                                  CDDB#:00000000000000000
650  02162000         24,408.77- 200010 29197-060-00012-0
                 TUS LOC NO: 29-09-0000000422797
                                                  CDDB#:00000000000000000
650  02232000         19,481.07- 200010 29197-059-00012-0
                 TUS LOC NO: 29-10-0000000066422
                                                  CDDB#:00000000000000000
650  02232000         21,779.86- 200010 29197-059-00012-0
                 TUS LOC NO: 29-10-0000000066423
                                                  CDDB#:00000000000000000
650  03212000         25,540.90- 200014 29197-087-00012-0
                 TUS LOC NO: 29-14-0000000113388
                                                  CDDB#:00000000000000000
650  03212000         23,818.95- 200014 29197-087-00012-0
                 TUS LOC NO: 29-14-0000000113389
                                                  CDDB#:00000000000000000
```

```
        PAGE 002 OF 004          BMFPG 003
```

Case 09-14814-gwz  Doc 744-1  Entered 11/17/09 16:42:48

```
BMFOLT88-0282642 01200003000   BMF TAX MODULE        NM CTRL:BRAV
29141-148-37296-0                                          UP-CYC:38

   TRANS DATE        AMOUNT         CYCLE  DLN                VARIABLE DATA
   650  03212000          22,642.41- 200014 29197-087-00012-0
                     TUS LOC NO: 29-14-0000000113390
                                                      CDDB#:00000000000000000
   650  03312000          19,996.23- 200016 29197-098-00012-0
                     TUS LOC NO: 29-16-0000000010063
                                                      CDDB#:00000000000000000
   650  03312000          24,731.28- 200016 29197-098-00012-0
                     TUS LOC NO: 29-16-0000000010064
                                                      CDDB#:00000000000000000
   650  04182000          21,122.88- 200018 29197-118-00012-0
                     TUS LOC NO: 29-18-0000000442975
                                                      CDDB#:00000000000000000
   650  04182000          21,665.56- 200018 29197-118-00012-0
                     TUS LOC NO: 29-18-0000000443037
                                                      CDDB#:00000000000000000


              PAGE 003 OF 004          BMFPG 004
```

Station Name: DLS0149001  Date: 9/24/2009 Time: 1:23:55 PM

BMFOLT88-0282642 01200003000   BMF TAX MODULE        NM CTRL:BRAV
29141-148-37296-0                                        UP-CYC:38

```
TRANS DATE        AMOUNT        CYCLE  DLN                    VARIABLE DATA
970  04302000           0.00   200024 29141-148-37296-0 USE DEF CODE 'R'
186R 06262000      28,933.56   200024 29141-148-37296-0 FTD PENALTY CD:0
181  06262000      28,933.56-  200027 29154-580-15077-0 REASON CD:062
290  07172000           0.00   200027 29154-580-15077-0 USE DEF CODE 'A'
960  04102001           0.00   200116 29977-501-00772-1 CAF SC:00
```

PAGE 004 OF 004          BMFPG 001

```
BMFOLT88-0282642 01200006000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18008-3                                        UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:0   FRZ:    -V
ASED:04-15-2004           INTEREST TO DATE:06-14-2004 EMIS/
GOVERNING SC:49           2% TRIGGER DATE: 00-00-0000 FTP START DT:07-31-20
HISTORIC ULC:88           INT TOT:              916.38  FTP MONTHS:00
TDA COPYS:3426        INT AS:              916.38 FTP TT:             0
DAR CC:00            INT PD:          916.38- FTP ASD:              0
LATEST CSED DATE:09-11-2010 RSED DT:04-15-2004 RET DUE DT:07-31-2000 GATT
EARLIEST CSED DT:09-11-2010 IMMINENT CSED DT:09-11-2010 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0   FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT         CYCLE     DLN            VARIABLE DATA
150  09112000      244,141.03  200035 29141-225-15054-0 TC150:07312000
                        0.00  REMIT AMT (610)          USE DEFINER
650  04182000      23,860.25- 200018 29197-118-00012-0
                 TUS LOC NO: 29-18-0000000443036
                                           CDDB#:00000000000000000
650  05172000      24,514.60- 200021 72119-138-25122-0
      ELEC PAY IND:E  EFT TRACE#: 49-220013821639744
                                           CDDB#:00000000000000000
            PAGE 001 OF 005          BMFPG 002
```

timely

Station Name: DLS0149001   Date: 9/24/2009   Time: 1:24:38 PM

```
BMFOLT88-0282642 01200006000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18008-3                                        UP-CYC:38


TRANS DATE          AMOUNT        CYCLE  DLN              VARIABLE DATA
650  05172000          21,696.80- 200021 72119-138-62510-0
     ELEC PAY IND:E   EFT TRACE#: 49-220013855806460
                                                      CDDB#:00000000000000000
650  05122000          19,844.98- 200022 29197-143-00012-0
                 TUS LOC NO: 29-22-0000000157505
                                                      CDDB#:00000000000000000
650  05242000          20,787.34- 200022 72119-145-20526-0
     ELEC PAY IND:E   EFT TRACE#: 49-220014551175753
                                                      CDDB#:00000000000000000
650  05242000          20,370.80- 200022 72119-145-44168-0
     ELEC PAY IND:E   EFT TRACE#: 49-220014574940500
                                                      CDDB#:00000000000000000
650  06132000          17,849.80- 200025 72119-165-16385-0
     ELEC PAY IND:E   EFT TRACE#: 49-220016538873353
                                                      CDDB#:00000000000000000
650  06132000          17,884.67- 200025 72119-165-22833-0
     ELEC PAY IND:E   EFT TRACE#: 49-220016556233512
                                                      CDDB#:00000000000000000


            PAGE 002 OF 005          BMFPG 003
```

Station Name: BLS00450WZ    Date: 9/24/2009    Time: 1:11:16

```
BMFOLT88-0282642 01200006000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18008-3                                        UP-CYC:38

TRANS DATE            AMOUNT          CYCLE  DLN              VARIABLE DATA
650  06132000              16,330.61- 200025 72119-165-38228-0
     ELEC PAY IND:E  EFT TRACE#: 49-220016598001070
                                                 CDDB#:00000000000000000
650  06192000              14,349.57- 200026 72119-171-70463-0
     ELEC PAY IND:E  EFT TRACE#: 49-220017172301944
                                                 CDDB#:00000000000000000
650  06212000              13,488.02- 200026 72119-173-86124-0
     ELEC PAY IND:E  EFT TRACE#: 49-220017339801861
                                                 CDDB#:00000000000000000
650  07102000              15,663.95- 200029 72119-192-13712-0
     ELEC PAY IND:E  EFT TRACE#: 49-220019266309925
                                                 CDDB#:00000000000000000
650  07112000              17,499.63- 200029 72119-193-32031-0
     ELEC PAY IND:E  EFT TRACE#: 49-220019385069541
                                                 CDDB#:00000000000000000



              PAGE 003 OF 005          BMFPG 004
```

Station Name: DL303459007  Date: 9/24/2009 Time: 1:24:39 PM

```
BMFOLT88-0282642 01200006000   BMF TAX MODULE        NM CTRL:BRAV
49154-466-18008-3                                         UP-CYC:38


     TRANS DATE      AMOUNT          CYCLE   DLN                VARIABLE DATA
970  07312000              0.00   200035 29141-225-15054-0 USE DEF CODE 'R'
186  09112000         11,894.46   200035 29141-225-15054-0 FTD PENALTY CD:0
                                                           CSED:09112010
971R 11272000              0.00   200047 86277-001-99999-0
                                         X-PLAN:000  ACTION CD:060
960  04102001              0.00   200116 29977-501-00771-1 CAF SC:00
972  07022001              0.00   200126 17277-001-99999-1 ACTION CODE:060
670  07252001         16,013.54-  200132 29117-212-01180-1
                                                              DES PAY ID
                                               CDDB#:00000000000000000
196  08202001          1,145.46   200132 29141-225-15054-0
186R 09112000          2,973.61   200035 29141-225-15054-0 FTD PENALTY CD:0
181  09112000          2,973.61-  200312 49154-466-18008-3
290  03312003              0.00   200312 49154-466-18008-3 USE DEF CODE 'A'
971  03072003              0.00   200312 49977-466-00655-3
                                         X-PLAN:000  ACTION CD:057
                                  XR:88-0282642   01 200112
197  03312003            229.08-  200312 49154-466-18008-3

              PAGE 004 OF 005           BMFPG 005
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 18 of 83

BMFOLT88-0282642 01200006000   BMF TAX MODULE       NM CTRL:BRAV
49154-466-18008-3                                        UP-CYC:38

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 826 | 07252001 | 3,202.69 | 200312 | 49154-466-18008-3 | XR:01 200109 SC: |
|  |  |  |  | X-REF PLAN:000 | INT DT:04292002 |
| 776 | 04292002 | 164.37- | 200312 | 49154-466-18008-3 |  |
| 856 | 04292002 | 164.37 | 200312 | 49154-466-18008-3 | XR:01 200109  SC |
|  |  |  |  |  | X-REF PLAN:00 |

PAGE 005 OF 005              BMFPG 001

Station Name: PL3081450WI Date: 9/24/2009 Time: 3:35:14 PM

```
BMFOLT88-0282642 01200009000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18009-3                                      UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:0   FRZ:    -V
ASED:04-15-2004            INTEREST TO DATE:06-14-2004 EMIS/
GOVERNING SC:49           2% TRIGGER DATE: 00-00-0000 FTP START DT:10-31-20
HISTORIC ULC:88           INT TOT:              415.23  FTP MONTHS:00
TDA COPYS:3393      INT AS:              415.23 FTP TT:            0
DAR CC:00           INT PD:            415.23- FTP ASD:            0
LATEST CSED DATE:12-25-2010 RSED DT:04-15-2004 RET DUE DT:10-31-2000 GATT
EARLIEST CSED DT:12-25-2010 IMMINENT CSED DT:12-25-2010 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN            VARIABLE DATA
150  12252000      245,222.48  200050 29141-330-59713-0 TC150:10312000
                        0.00  REMIT AMT (610)            USE DEFINER
650  07142000      16,790.30- 200030 72119-196-35792-0
     ELEC PAY IND:E  EFT TRACE#: 49-220019695613831
                                                CDDB#:000000000000000000
650  07202000      18,094.16- 200030 72119-202-71141-0
     ELEC PAY IND:E  EFT TRACE#: 49-220020283321350
                                                CDDB#:000000000000000000
              PAGE 001 OF 005            BMFPG 002
```

timely deposits

timely

Station Name: DLS0149001    Date: 9/24/2009    Time: 1:25:19 PM

```
BMFOLT88-0282642 01200009000   BMF TAX MODULE      NM CTRL:BRAV
49154-466-18009-3                                        UP-CYC:38


TRANS DATE          AMOUNT           CYCLE  DLN              VARIABLE DATA
650  07272000            17,318.40- 200031 72119-209-09295-0
     ELEC PAY IND:E  EFT TRACE#: 49-220020948266662
                                              CDDB#:00000000000000000
650  08042000            16,975.21- 200033 72119-217-05390-0
     ELEC PAY IND:E  EFT TRACE#: 49-220021765316041
                                              CDDB#:00000000000000000
650  08112000            18,888.38- 200034 72119-224-75814-0
     ELEC PAY IND:E  EFT TRACE#: 49-220022408391220
                                              CDDB#:00000000000000000
650  08222000            18,766.89- 200035 72119-235-19769-0
     ELEC PAY IND:E  EFT TRACE#: 49-220023564278851
                                              CDDB#:00000000000000000
650  09082000            22,627.17- 200038 72119-252-44102-0
     ELEC PAY IND:E  EFT TRACE#: 49-220025299855215
                                              CDDB#:00000000000000000
650  09202000            21,211.05- 200039 72119-264-22355-0
     ELEC PAY IND:E  EFT TRACE#: 49-220026483327884
                                              CDDB#:00000000000000000


          PAGE 002 OF 005          BMFPG 003
```

Station Name: DLS0149001  Date: 9/24/2009 Time: 1:25:16 PM

BMFOLT88-0282642 01200009000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18009-3                                    UP-CYC:38

```
TRANS DATE          AMOUNT          CYCLE  DLN              VARIABLE DATA
650  09202000              24,587.04- 200039 72119-264-72578-0
     ELEC PAY IND:E  EFT TRACE#: 49-220026442857902
                                                       CDDB#:00000000000000000
650  09202000              23,585.64- 200039 72119-264-88017-0
     ELEC PAY IND:E  EFT TRACE#: 49-220026455686530
                                                       CDDB#:00000000000000000
650  09212000              17,591.27- 200039 72119-265-75011-0
     ELEC PAY IND:E  EFT TRACE#: 49-220026572317935
                                                       CDDB#:00000000000000000
650  09282000              14,803.63- 200040 72119-272-14667-0
     ELEC PAY IND:E  EFT TRACE#: 49-220027287983265
                                                       CDDB#:00000000000000000
650  10052000              13,983.35- 200041 72119-279-19494-0
     ELEC PAY IND:E  EFT TRACE#: 49-220027975952773
                                                       CDDB#:00000000000000000
```

PAGE 003 OF 005          BMFPG 004

Station Name: DLS0149001  Date: 9/24/2009  Time: 1:25:17 PM

```
BMFOLT88-0282642 01200009000  BMF TAX MODULE       NM CTRL:BRAV
49154-466-18009-3                                       UP-CYC:38


    TRANS DATE       AMOUNT        CYCLE  DLN                VARIABLE DATA
970  10312000             0.00    200050 29141-330-59713-0 USE DEF CODE 'R'
186  12252000         8,372.97    200050 29141-330-59713-0 FTD PENALTY CD:0
                                                           CSED:12252010
971  01062001             0.00    200103 29977-408-07224-1
                                        X-PLAN:000  ACTION CD:611
960  04102001             0.00    200116 29977-501-00770-1 CAF SC:00
670  07252001        10,985.24-   200132 29117-212-01179-1
                                                                DES PAY ID
                                                    CDDB#:00000000000000000
196  08202001           519.04    200132 29141-330-59713-0
186R 12252000         2,093.24    200050 29141-330-59713-0 FTD PENALTY CD:0
181  12252000         2,093.24-   200312 49154-466-18009-3
290  03312003             0.00    200312 49154-466-18009-3 USE DEF CODE 'A'
971  03072003             0.00    200312 49977-466-00653-3
                                        X-PLAN:000  ACTION CD:057
                                        XR:88-0282642   01 200112
197  03312003           103.81-   200312 49154-466-18009-3
826  07252001         2,197.05    200312 49154-466-18009-3 XR:01 200109 SC:
                                        X-REF PLAN:000  INT DT:04292002
                   PAGE 004 OF 005            BMFPG 005
```

BMFOLT88-0282642 01200009000   BMF TAX MODULE       NM CTRL:BRAV
49154-466-18009-3                                    UP-CYC:38

| TRANS DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|
| 776  04292002 | 112.76- | 200312 | 49154-466-18009-3 | |
| 856  04292002 | 112.76 | 200312 | 49154-466-18009-3 | XR:01 200109  SC |
| | | | | X-REF PLAN:00 |

PAGE 005 OF 005          BMFPG 001

```
BMFOLT88-0282642 01200012000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18010-3                                      UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:1    FRZ:   G-V
ASED:07-27-2004           INTEREST TO DATE:06-14-2004 EMIS/
GOVERNING SC:49           2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88           INT TOT:          6,419.15  FTP MONTHS:06
TDA COPYS:3342       INT AS:          6,419.15 FTP TT:          1,562
DAR CC:00           INT PD:          6,419.15- FTP ASD:          1,562
LATEST CSED DATE:09-24-2011 RSED DT:04-15-2004 RET DUE DT:01-31-2001 GATT
EARLIEST CSED DT:09-24-2011 IMMINENT CSED DT:09-24-2011 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000


TRANS DATE          AMOUNT          CYCLE       DLN            VARIABLE DATA
150  09242001      173,402.71  200137 29141-237-65479-1 TC150:07272001
                        0.00  REMIT AMT (610)              USE DEFINER
650  10122000       12,963.08- 200042 72119-286-10039-0
     ELEC PAY IND:E  EFT TRACE#: 49-220028655405201
                                               CDDB#:00000000000000000
650  10262000       13,487.50- 200044 72119-300-88648-0
     ELEC PAY IND:E  EFT TRACE#: 49-220030034470532
                                               CDDB#:00000000000000000
             PAGE 001 OF 004          BMFPG 002
```

*late deposits*

*late*

```
BMFOLT88-0282642 01200012000  BMF TAX MODULE     NM CTRL:BRAV
49154-466-18010-3                                      UP-CYC:38
```

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 650 | 12142000 | 9,285.14- | 200051 | 72119-349-82968-0 | |
| | ELEC PAY IND:E | EFT TRACE#: 49-220034907077072 | | | |
| | | | | | CDDB#:00000000000000000 |
| 650 | 02202001 | 12,575.61- | 200109 | 72119-051-47261-1 | |
| | ELEC PAY IND:E | EFT TRACE#: 49-220105125063772 | | | |
| | | | | | CDDB#:00000000000000000 |
| 650 | 02202001 | 14,512.93- | 200109 | 72119-051-81981-1 | |
| | ELEC PAY IND:E | EFT TRACE#: 49-220105167242655 | | | |
| | | | | | CDDB#:00000000000000000 |
| 960 | 04102001 | 0.00 | 200116 | 29977-501-00769-1 CAF SC:00 | |
| 650 | 06072001 | 65,572.61- | 200124 | 72119-158-91353-1 | |
| | ELEC PAY IND:E | EFT TRACE#: 49-220115811148421 | | | |
| | | | | | CDDB#:00000000000000000 |
| 599 | 07272001 | 0.00 | 200132 | 86949-608-60013-1 CLOSING CODE:69 | |
| 670 | 07312001 | 45,026.29- | 200133 | 29117-218-00966-1 | |
| | | | | | DES PAY ID |
| | | | | | CDDB#:00000000000000000 |

```
        PAGE 002 OF 004          BMFPG 003
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 26 of 83

Station Name: DLS0149001  Date: 9/24/2009  Time: 1:26:65 PM

```
BMFOLT88-0282642 01200012000  BMF TAX MODULE        NM CTRL:BRAV
49154-466-18010-3                                        UP-CYC:38

TRANS DATE        AMOUNT        CYCLE  DLN                VARIABLE DATA
970  07272001              0.00  200137 29141-237-65479-1 USE DEF CODE 'R'
166  09242001         30,975.07  200137 29141-237-65479-1
                                                          CSED:09242011
186  09242001         12,295.66  200137 29141-237-65479-1 FTD PENALTY CD:0
                                                          CSED:09242011
276  09242001          3,124.93  200137 29141-237-65479-1
196  09242001          5,639.20  200137 29141-237-65479-1
470  10042001              0.00  200142 77977-682-00018-1
971  10062001              0.00  200142 29977-682-07925-1
                                 X-PLAN:000  ACTION CD:611
670  12132001         55,939.96- 200152 29117-353-00618-1
                                                          SPLIT  DES PAY ID
                                                CDDB#:00000000000000000
196  01072002            851.63  200152 29141-237-65479-1
186R 09242001          3,073.92  200137 29141-237-65479-1 FTD PENALTY CD:0
181  09242001          3,073.92- 200312 49154-466-18010-3
271  03312003          1,562.46- 200312 49154-466-18010-3
290  03312003              0.00  200312 49154-466-18010-3 USE DEF CODE 'A'

             PAGE 003 OF 004           BMFPG 004
```

```
BMFOLT88-0282642 01200012000   BMF TAX MODULE        NM CTRL:BRAV
49154-466-18010-3                                       UP-CYC:38


TRANS DATE        AMOUNT           CYCLE  DLN                VARIABLE DATA
971  03072003              0.00  200312 49977-466-00651-3
                                         X-PLAN:000  ACTION CD:057
                                 XR:88-0282642   01 200112
197  03312003          71.68- 200312 49154-466-18010-3
826  12132001       4,708.06  200312 49154-466-18010-3 XR:01 200109 SC:
                                 X-REF PLAN:000   INT DT:04292002
776  04292002        109.60- 200312 49154-466-18010-3
856  04292002        109.60  200312 49154-466-18010-3 XR:01 200109  SC
                                                          X-REF PLAN:00
```

PAGE 004 OF 004        BMFPG 001

Station Name: DLS0149001 Date: 9/24/2009 Time: 1:27:47 PM

```
BMFOLT88-0282642 01200103000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18011-3                                       UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:        0.00  ARDI:1   FRZ:   G-V
ASED:04-15-2005          INTEREST TO DATE:12-08-2003 EMIS/
GOVERNING SC:49   *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-20
HISTORIC ULC:88          INT TOT:        11,642.54  FTP MONTHS:10
TDA COPYS:3426         INT AS:       11,642.54 FTP TT:         3,884
DAR CC:00         INT PD:     11,642.54- FTP ASD:         3,884
LATEST CSED DATE:02-25-2012 RSED DT:04-15-2005 RET DUE DT:04-30-2001 GATT
EARLIEST CSED DT:02-25-2012 IMMINENT CSED DT:02-25-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE         AMOUNT        CYCLE      DLN           VARIABLE DATA
150  02252002       194,186.83  200207 82141-026-23364-2 TC150:12062001
                         0.00  REMIT AMT (610)           USE DEFINER
640  12132001       194,060.04- 200152 29117-353-00619-1
                                                   SPLIT
                                          CDDB#:0000000000000000


          PAGE 001 OF 003         BMFPG 002
```

*no deposits*

*late return*

Station Name: DLS0149001  Date: 9/24/2009  Time: 1:27:30 PM

```
BMFOLT88-0282642 01200103000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18011-3                                    UP-CYC:38


     TRANS DATE        AMOUNT       CYCLE  DLN              VARIABLE DATA
970  12062001             0.00    200207 82141-026-23364-2 USE DEF CODE 'R'
166  02252002         43,692.04   200207 82141-026-23364-2
                                                           CSED:02252012
186  02252002         15,534.94   200207 82141-026-23364-2 FTD PENALTY CD:0
                                                           CSED:02252012
276  02252002          7,768.74   200207 82141-026-23364-2
196  02252002         11,697.27   200207 82141-026-23364-2
670  02192002         82,648.79-  200211 29117-060-01359-2
                                                           SPLIT   DES PAY ID
                                                           CDDB#:00000000000000000
197  03252002             54.73-  200211 82141-026-23364-2
960  11212002             0.00    200250 93977-738-06483-2 CAF SC:00
186R 02252002          3,883.74   200207 82141-026-23364-2 FTD PENALTY CD:0
181  02252002          3,883.74-  200312 49154-466-18011-3
271  03312003          3,884.37-  200312 49154-466-18011-3
290  03312003             0.00    200312 49154-466-18011-3 USE DEF CODE 'A'


              PAGE 002 OF 003        BMFPG 003
```

```
BMFOLT88-0282642 01200103000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18011-3                                      UP-CYC:38


  TRANS DATE      AMOUNT         CYCLE  DLN              VARIABLE DATA
  971 03072003         0.00  200312 49977-466-00652-3
                               X-PLAN:000  ACTION CD:057
                       XR:88-0282642   01 200112
  826 02192002       541.27  200312 49154-466-18011-3 XR:01 200109 SC:
                               X-REF PLAN:000   INT DT:04292002
  776 04292002         6.17- 200312 49154-466-18011-3
  826 02192002     7,226.84  200312 49154-466-18011-3 XR:01 200109 SC:
                               X-REF PLAN:000   INT DT:03252002
  776 03252002        40.50- 200312 49154-466-18011-3
  856 04292002         6.17  200312 49154-466-18011-3 XR:01 200109  SC
                                                           X-REF PLAN:00
  856 03252002        40.50  200312 49154-466-18011-3 XR:01 200109  SC
                                                           X-REF PLAN:00
```

```
            PAGE 003 OF 003          BMFPG 001
```

```
BMFOLT88-0282642 01200106000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18012-3                                   UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:              0.00  ARDI:2   FRZ:   G-V
ASED:04-15-2005         INTEREST TO DATE:06-13-2005 EMIS/
GOVERNING SC:49  *C CORP*  2% TRIGGER DATE: 03-27-2002 FTP START DT:07-31-20
HISTORIC ULC:88         INT TOT:           22,393.76 FTP MONTHS:12
TDA COPYS:3345       INT AS:          22,393.76 FTP TT:        10,062
DAR CC:00           INT PD:          22,393.76- FTP ASD:       10,062
LATEST CSED DATE:04-01-2012 RSED DT:04-15-2005 RET DUE DT:07-31-2001 GATT
EARLIEST CSED DT:02-25-2012 IMMINENT CSED DT:02-25-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN            VARIABLE DATA
150  02252002      275,280.54   200207 82141-026-23365-2 TC150:12062001
                        0.00   REMIT AMT (610)            USE DEFINER
970  12062001            0.00   200207 82141-026-23365-2 USE DEF CODE 'R'
166  02252002       61,938.12   200207 82141-026-23365-2
                                                          CSED:02252012
186  02252002       19,443.51   200207 82141-026-23365-2 FTD PENALTY CD:0
                                                          CSED:02252012
276  02252002        9,634.82   200207 82141-026-23365-2
                PAGE 001 OF 005              BMFPG 002
```

*no deposits*   *late*

Station Name: DLS0149001 Date: 9/24/2009 Time: 1:28:09 PM

```
BMFOLT88-0282642 01200106000  BMF TAX MODULE       NM CTRL:BRAV
49154-466-18012-3                                      UP-CYC:38


    TRANS DATE        AMOUNT        CYCLE  DLN               VARIABLE DATA
196   02252002        13,251.63  200207 82141-026-23365-2
670   02192002        17,351.21- 200211 29117-060-01360-2
                                                     SPLIT   DES PAY ID
                                             CDDB#:00000000000000000
186   04012002        12,896.47  200212 82141-026-23365-2 FTD PENALTY CD:0
                                                     CSED:04012012
971   03232002             0.00  200214 92977-484-02788-2
                                        X-PLAN:000  ACTION CD:611
670   04152002        50,000.00- 200218 29117-110-00900-2
                                                          DES PAY ID
                                             CDDB#:00000000000000000
670   04262002        75,000.00- 200220 29117-128-02022-2
                                                          DES PAY ID
                                             CDDB#:00000000000000000
971   06082002             0.00  200225 92977-561-02727-2
                                        X-PLAN:000  ACTION CD:611
670   06142002        25,000.00- 200227 29117-178-02108-2
                                                          DES PAY ID
                                             CDDB#:00000000000000000
```

                PAGE 002 OF 005              BMFPG 003

Station Name: DL30143007  Date: 9/24/2009  Time: 1:28:10 PM

```
BMFOLT88-0282642 01200106000   BMF TAX MODULE      NM CTRL:BRAV
49154-466-18012-3                                       UP-CYC:38


TRANS DATE          AMOUNT       CYCLE  DLN                VARIABLE DATA
670  06142002      50,000.00- 200227 29117-178-02109-2
                                                        DES PAY ID
                                             CDDB#:00000000000000000
670  07182002      50,000.00- 200233 29117-218-12004-2
                                             CDDB#:00000000000000000
670  08192002      21,335.30- 200236 29117-240-02956-2
                                             SPLIT   DES PAY ID
                                             CDDB#:00000000000000000
706  04302002      19,083.69- 200236 82141-026-23365-2 XR:01 200203  SC
                                                        X-REF PLAN:00
670  09052002      25,000.00- 200239 29117-256-06000-2
                                                        DES PAY ID
                                             CDDB#:00000000000000000
670  09242002      25,000.00- 200241 29117-275-01703-2
                                                        DES PAY ID
                                             CDDB#:00000000000000000


              PAGE 003 OF 005           BMFPG 004
```

Station Name: DLS0149901 Date: 9/24/2009 Time: 1:28:10 PM

```
BMFOLT88-0282642 01200106000   BMF TAX MODULE       NM CTRL:BRAV        .
49154-466-18012-3                                           UP-CYC:38
```

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 971R | 10282002 | 0.00 | 200242 | 88277-999-99999-2 | |
| | | | | X-PLAN:000  ACTION CD:061 | |
| 670 | 10162002 | 50,000.00- | 200245 | 29117-298-01710-2 | |
| | | | | | DES PAY ID |
| | | | | | CDDB#:00000000000000000 |
| 670 | 10242002 | 7,892.01- | 200245 | 29117-302-03300-2 | |
| | | | | | SPLIT  DES PAY ID |
| | | | | | CDDB#:00000000000000000 |
| 276 | 11182002 | 5,244.66 | 200245 | 82141-026-23365-2 | |
| 196 | 11182002 | 9,800.22 | 200245 | 82141-026-23365-2 | |
| 826 | 10242002 | 87.75 | 200245 | 82141-026-23365-2 | XR:01 200109 SC: |
| | | | | X-REF PLAN:000 | |
| 972 | 11182002 | 0.00 | 200245 | 88277-999-99999-2 | ACTION CODE:061 |
| 960 | 11212002 | 0.00 | 200250 | 93977-738-06484-2 | CAF SC:00 |
| 186R | 02252002 | 8,084.49 | 200207 | 82141-026-23365-2 | FTD PENALTY CD:0 |
| 181 | 02252002 | 8,084.49- | 200312 | 49154-466-18012-3 | |
| 271 | 03312003 | 4,817.41- | 200312 | 49154-466-18012-3 | |
| 290 | 03312003 | 0.00 | 200312 | 49154-466-18012-3 | USE DEF CODE 'A' |

```
        PAGE 004 OF 005            BMFPG 005
```

Station Name: DLS0149001 Date: 9/24/2009 Time: 1:28:11 PM

```
BMFOLT88-0282642 01200106000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18012-3                                     UP-CYC:38


TRANS DATE       AMOUNT          CYCLE  DLN                VARIABLE DATA
971  03072003        0.00  200312 49977-466-00654-3
                                  X-PLAN:000  ACTION CD:057
                           XR:88-0282642   01 200112
197  03312003      658.09- 200312 49154-466-18012-3
826  10242002    7,804.26  200312 49154-466-18012-3 XR:01 200109 SC:
                                  X-REF PLAN:000
826  10162002    5,755.73  200312 49154-466-18012-3 XR:01 200109 SC:
                                  X-REF PLAN:000
```

PAGE 005 OF 005            BMFPG 001

```
Station Name: BL363430MF Date: 4/24/2005 Time: 1:26:41 PM

BMFOLT88-0282642 01200109000   BMF TAX MODULE        NM CTRL:BRAV
49154-466-18014-3                                         UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:           0.00  ARDI:2    FRZ:    G-V
ASED:04-15-2005            INTEREST TO DATE:06-13-2005 EMIS/
GOVERNING SC:49  *C CORP*   2% TRIGGER DATE: 04-24-2002 FTP START DT:10-31-20
HISTORIC ULC:88           INT TOT:           19,896.13  FTP MONTHS:16
TDA COPYS:3282         INT AS:         19,896.13 FTP TT:          2,758
DAR CC:00  *TOLERANCE* INT PD:       19,896.13- FTP ASD:          2,758
LATEST CSED DATE:04-29-2012 RSED DT:04-15-2005 RET DUE DT:10-31-2001
EARLIEST CSED DT:03-25-2012 IMMINENT CSED DT:03-25-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE       AMOUNT        CYCLE      DLN          VARIABLE DATA
150  03252002      220,716.06  200211 82141-026-09059-2 TC150:12022001
                         0.00  REMIT AMT (610)          USE DEFINER
970  12022001           0.00  200211 82141-026-09059-2 USE DEF CODE 'R'
166  03252002      19,864.45  200211 82141-026-09059-2
                                                        CSED:03252012
186  03252002      15,450.12  200211 82141-026-09059-2 FTD PENALTY CD:0
                                                        CSED:03252012
276  03252002       5,517.90  200211 82141-026-09059-2
             PAGE 001 OF 005              BMFPG 002
```

*late*

*no deposits*

Station Name: DLS0149001 Date: 9/24/2009 Time: 1:28:43 PM

```
BMFOLT88-0282642 01200109000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18014-3                                     UP-CYC:38

    TRANS DATE        AMOUNT        CYCLE  DLN               VARIABLE DATA
196  03252002          6,214.83  200211 82141-026-09059-2
186  04292002         11,035.80  200216 82141-026-09059-2 FTD PENALTY CD:0
                                                          CSED:04292012
971  04202002              0.00  200218 92977-512-08393-2
                                         X-PLAN:000  ACTION CD:611
971  07062002              0.00  200229 92977-589-03439-2
                                         X-PLAN:000  ACTION CD:611
971R 10282002              0.00  200242 88277-999-99999-2
                                         X-PLAN:000  ACTION CD:061
670  10242002      92,107.99- 200245 29117-302-03301-2
                                                    SPLIT   DES PAY ID
                                         CDDB#:00000000000000000
706  10242002          87.75- 200245 82141-026-09059-2 XR:01 200106  SC
                                                         X-REF PLAN:00
670  10312002      53,000.00- 200247 29117-312-01901-2
                                                          DES PAY ID
                                         CDDB#:00000000000000000
```

                    PAGE 002 OF 005           BMFPG 003

```
BMFOLT88-0282642 01200109000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18014-3                                       UP-CYC:38


    TRANS DATE        AMOUNT         CYCLE  DLN              VARIABLE DATA
    670  11132002          50,000.00- 200248 29117-325-02007-2
                                                            DES PAY ID
                                              CDDB#:00000000000000000
    960  11212002               0.00  200250 93977-738-06485-2 CAF SC:00
    670  02112003          50,000.00- 200311 29117-059-08710-3
                                                            DES PAY ID
                                              CDDB#:00000000000000000
    186R 03252002           6,621.48  200211 82141-026-09059-2 FTD PENALTY CD:0
    181  03252002           6,621.48- 200312 49154-466-18014-3
    271  03312003           2,758.95- 200312 49154-466-18014-3
    290  03312003               0.00  200312 49154-466-18014-3 USE DEF CODE 'A'
    971  03072003               0.00  200312 49977-466-00656-3
                                      X-PLAN:000  ACTION CD:057
                                 XR:88-0282642   01 200112
    706  04292002           3,202.69- 200312 49154-466-18014-3 XR:01 200006  SC
                                                            X-REF PLAN:00
    736  04292002             164.37- 200312 49154-466-18014-3 XR:01 200006  SC
                                                            X-REF PLAN:00


              PAGE 003 OF 005          BMFPG 004
```

```
BMFOLT88-0282642 01200109000   BMF TAX MODULE      NM CTRL:BRAV
49154-466-18014-3                                      UP-CYC:38
```

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 706 | 04292002 | 2,197.05- | 200312 | 49154-466-18014-3 | XR:01 200009  SC |
|     |          |           |        |                   | X-REF PLAN:00 |
| 736 | 04292002 | 112.76- | 200312 | 49154-466-18014-3 | XR:01 200009  SC |
|     |          |         |        |                   | X-REF PLAN:00 |
| 706 | 04292002 | 4,708.06- | 200312 | 49154-466-18014-3 | XR:01 200012  SC |
|     |          |           |        |                   | X-REF PLAN:00 |
| 736 | 04292002 | 109.60- | 200312 | 49154-466-18014-3 | XR:01 200012  SC |
|     |          |         |        |                   | X-REF PLAN:00 |
| 706 | 04292002 | 541.27- | 200312 | 49154-466-18014-3 | XR:01 200103  SC |
|     |          |         |        |                   | X-REF PLAN:00 |
| 706 | 03252002 | 7,226.84- | 200312 | 49154-466-18014-3 | XR:01 200103  SC |
|     |          |           |        |                   | X-REF PLAN:00 |
| 736 | 04292002 | 6.17- | 200312 | 49154-466-18014-3 | XR:01 200103  SC |
|     |          |       |        |                   | X-REF PLAN:00 |
| 736 | 03252002 | 40.50- | 200312 | 49154-466-18014-3 | XR:01 200103  SC |
|     |          |        |        |                   | X-REF PLAN:00 |
| 706 | 10242002 | 7,804.26- | 200312 | 49154-466-18014-3 | XR:01 200106  SC |
|     |          |           |        |                   | X-REF PLAN:00 |

```
        PAGE 004 OF 005           BMFPG 005
```

Station Name: DLS0149001  Date: 9/24/2009 Time: 1:28:46 PM

BMFOLT88-0282642 01200109000  BMF TAX MODULE        NM CTRL:BRAV
49154-466-18014-3                                        UP-CYC:38

```
    TRANS DATE      AMOUNT        CYCLE  DLN                    VARIABLE DATA
706 10162002      5,755.73- 200312 49154-466-18014-3 XR:01 200106  SC
                                                          X-REF PLAN:00
196 03312003      1,024.83  200312 49154-466-18014-3
670 03242003     12,656.47- 200315 29117-090-03124-3
                                                     SPLIT    DES PAY ID
                                               CDDB#:00000000000000000
196 04212003     12,656.47  200315 49154-466-18014-3
972 04212003          0.00  200315 88277-999-99999-3 ACTION CODE:061
```

PAGE 005 OF 005           BMFPG 001

Station Name: DLS0149001  Date: 9/24/2009  Time: 1:29:04 PM

```
BMFOLT88-0282642 01200112000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18013-3                                    UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:        0.00  ARDI:2    FRZ:   G-V
ASED:04-15-2005           INTEREST TO DATE:10-05-2009 EMIS/
GOVERNING SC:49  *C CORP*  2% TRIGGER DATE: 05-01-2002 FTP START DT:01-31-20
HISTORIC ULC:88           INT TOT:        18,998.63  FTP MONTHS:14
TDA COPYS:3294        INT AS:        18,998.63 FTP TT:         1,396
DAR CC:00            INT PD:      18,998.63- FTP ASD:         1,396
LATEST CSED DATE:05-06-2012 RSED DT:04-15-2005 RET DUE DT:01-31-2002
EARLIEST CSED DT:04-01-2012 IMMINENT CSED DT:04-01-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000


TRANS DATE        AMOUNT       CYCLE      DLN          VARIABLE DATA
150  04012002       270,949.40  200212 81141-062-16227-2 TC150:01312002
                       0.00  REMIT AMT (610)          USE DEFINER
650  12122001       20,129.91- 200151 72119-346-78971-1
     ELEC PAY IND:E  EFT TRACE#: 49-220134655372394
                                            CDDB#:0000000000000000000
650  12192001       22,869.10- 200152 72119-353-52109-1
     ELEC PAY IND:E  EFT TRACE#: 49-220135337085345
                                            CDDB#:0000000000000000000
        PAGE 001 OF 005          BMFPG 002
```

*missing deposits*

✓

*timely return*

```
BMFOLT88-0282642 01200112000  BMF TAX MODULE       NM CTRL:BRAV
49154-466-18013-3                                          UP-CYC:38


TRANS DATE        AMOUNT        CYCLE  DLN              VARIABLE DATA
650  12272001         22,982.52- 200203 72119-361-03463-1
     ELEC PAY IND:E  EFT TRACE#: 49-220136120481514
                                                  CDDB#:00000000000000000
650  01022002         18,803.01- 200203 72119-002-19641-2
     ELEC PAY IND:E  EFT TRACE#: 49-220200206662890
                                                  CDDB#:00000000000000000
970  01312002             0.00  200212 81141-062-16227-2 USE DEF CODE 'R'
186  04012002        19,814.29  200212 81141-062-16227-2 FTD PENALTY CD:0
                                                  CSED:04012012
276  04012002         2,792.47  200212 81141-062-16227-2
196  04012002         1,845.08  200212 81141-062-16227-2
186  05062002         9,308.24  200217 81141-062-16227-2 FTD PENALTY CD:0
                                                  CSED:05062012
971  04272002             0.00  200219 92977-519-07887-2
                                 X-PLAN:000  ACTION CD:611
971  07062002             0.00  200229 92977-589-03438-2
                                 X-PLAN:000  ACTION CD:611


          PAGE 002 OF 005          BMFPG 003
```

```
BMFOLT88-0282642 01200112000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18013-3                                    UP-CYC:38

TRANS DATE        AMOUNT        CYCLE  DLN                VARIABLE DATA
971R 10282002            0.00   200242 88277-999-99999-2
                                       X-PLAN:000  ACTION CD:061
960  11212002            0.00   200250 93977-738-06486-2 CAF SC:00
186R 04012002        7,280.63   200212 81141-062-16227-2 FTD PENALTY CD:0
181  04012002        7,280.63-  200312 49154-466-18013-3
271  03312003        1,396.24-  200312 49154-466-18013-3
290  03312003            0.00   200312 49154-466-18013-3 USE DEF CODE 'A'
971  03072003            0.00   200313 49977-466-00651-3
                                       X-PLAN:000  ACTION CD:157
                                XR:88-0282642   01 200012
971  03072003            0.00   200313 49977-466-00652-3
                                       X-PLAN:000  ACTION CD:157
                                XR:88-0282642   01 200103
971  03072003            0.00   200313 49977-466-00653-3
                                       X-PLAN:000  ACTION CD:157
                                XR:88-0282642   01 200009


            PAGE 003 OF 005          BMFPG 004
```

Station Name: DLS0149901 Date: 9/24/2009 Time: 1:29:06 PM

```
BMFOLT88-0282642 01200112000  BMF TAX MODULE        NM CTRL:BRAV
49154-466-18013-3                                        UP-CYC:38
```

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 971 | 03072003 | 0.00 | 200313 | 49977-466-00654-3 | |
| | | | | X-PLAN:000  ACTION CD:157 | |
| | | | XR:88-0282642   01 200106 | |
| 971 | 03072003 | 0.00 | 200313 | 49977-466-00655-3 | |
| | | | | X-PLAN:000  ACTION CD:157 | |
| | | | XR:88-0282642   01 200006 | |
| 971 | 03072003 | 0.00 | 200313 | 49977-466-00656-3 | |
| | | | | X-PLAN:000  ACTION CD:157 | |
| | | | XR:88-0282642   01 200109 | |
| 670 | 03242003 | 137,343.53- | 200315 | 29117-090-03125-3 | |
| | | | | | SPLIT   DES PAY ID |
| | | | | | CDDB#:00000000000000000 |
| 706 | 08192002 | 92.23- | 200315 | 49154-466-18013-3 XR:10 200112   SC | |
| | | | | | X-REF PLAN:00 |
| 670 | 04042003 | 85,644.61- | 200316 | 29117-099-02016-3 | |
| | | | | | DES PAY ID |
| | | | | | CDDB#:00000000000000000 |
| 196 | 04282003 | 4,551.67 | 200316 | 49154-466-18013-3 | |

```
         PAGE 004 OF 005        BMFPG 005
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 45 of 83

```
BMFOLT88-0282642 01200112000  BMF TAX MODULE      NM CTRL:BRAV
49154-466-18013-3                                      UP-CYC:38

     TRANS DATE       AMOUNT          CYCLE  DLN                VARIABLE DATA
971  03072003                  0.00  200317 49977-466-00656-3
                                            X-PLAN:000  ACTION CD:157
                                     XR:88-0282642   01 200109
706  06012003                  2.58- 200324 49154-466-18013-3 XR:10 200212   SC
                                                               X-REF PLAN:00
196  06232003                  2.58  200324 49154-466-18013-3
670  06062003             12,601.90- 200326 29117-168-12455-3
                                                               SPLIT   DES PAY ID
                                                               CDDB#:00000000000000000
196  07072003             12,601.90  200326 49154-466-18013-3
972  07072003                  0.00  200326 88277-999-99999-3 ACTION CODE:061
290  08182003                  0.00  200332 49154-612-15186-3 USE DEF CODE 'A'
197  08182003                  2.60- 200332 49154-466-18013-3
776  08182003                  0.02- 200332 49154-466-18013-3
846  08182003                  2.62  200332 49154-466-18013-3 MANUAL IND:0
     CRD INT:          $0.02-                               BYPASS:03 REFUND ULC:88
     REFUND SCHED #:2003216490
```

```
BMFOLT88-0282642 01200203000  BMF TAX MODULE      NM CTRL:BRAV
29141-138-24203-2                                           UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:0    FRZ:     -V
ASED:04-15-2006            INTEREST TO DATE:06-14-2004
GOVERNING SC:29  *C CORP*  2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-20
HISTORIC ULC:88           INT TOT:             0.00  FTP MONTHS:00
TDA COPYS:0000       INT AS:             0.00 FTP TT:           0
DAR CC:00            INT PD:             0.00  FTP ASD:         0
LATEST CSED DATE:06-24-2012 RSED DT:04-15-2006 RET DUE DT:04-30-2002 GATT
EARLIEST CSED DT:06-24-2012 IMMINENT CSED DT:06-24-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE         AMOUNT       CYCLE      DLN          VARIABLE DATA
150  06242002      253,138.77  200224 29141-138-24203-2 TC150:04302002
                        0.00  REMIT AMT (610)            USE DEFINER
650  01092002      17,965.19- 200203 72119-009-36449-2
     ELEC PAY IND:E  EFT TRACE#: 49-220200952433375
                                        CDDB#:0000000000 0000000
650  01162002      14,512.42- 200204 72119-016-62185-2
     ELEC PAY IND:E  EFT TRACE#: 49-220201670222744
                                        CDDB#:00000000000000000
          PAGE 001 OF 004         BMFPG 002
```

fully deposited

timely return

```
BMFOLT88-0282642 01200203000  BMF TAX MODULE     NM CTRL:BRAV
29141-138-24203-2                                        UP-CYC:38


TRANS DATE           AMOUNT          CYCLE  DLN              VARIABLE DATA
650  01232002            19,742.82- 200205 72119-023-92215-2
     ELEC PAY IND:E  EFT TRACE#: 49-220202301008222
                                                CDDB#:00000000000000000
650  01302002            16,793.92- 200206 72119-030-64388-2
     ELEC PAY IND:E  EFT TRACE#: 49-220203039269114
                                                CDDB#:00000000000000000
650  02062002            15,957.45- 200207 72119-037-90383-2
     ELEC PAY IND:E  EFT TRACE#: 49-220203733676925
                                                CDDB#:00000000000000000
650  02132002            15,077.66- 200208 72119-044-09589-2
     ELEC PAY IND:E  EFT TRACE#: 49-220204417423710
                                                CDDB#:00000000000000000
650  02202002            16,342.44- 200209 72119-051-92578-2
     ELEC PAY IND:E  EFT TRACE#: 49-220205134626840
                                                CDDB#:00000000000000000
650  02272002            16,528.32- 200210 72119-058-74611-2
     ELEC PAY IND:E  EFT TRACE#: 49-220205860418555
                                                CDDB#:00000000000000000


          PAGE 002 OF 004           BMFPG 003
```

Case 09-14814-gwz   Doc 744-1   Entered 11/17/09 16:42:48

```
BMFOLT88-0282642 01200203000   BMF TAX MODULE       NM CTRL:BRAV
29141-138-24203-2                                          UP-CYC:38

TRANS DATE          AMOUNT           CYCLE  DLN                 VARIABLE DATA
650  03062002            19,853.27- 200211 72119-065-23870-2
     ELEC PAY IND:E  EFT TRACE#: 49-220206527663020
                                                      CDDB#:00000000000000000
650  03132002            20,348.11- 200212 72119-072-28773-2
     ELEC PAY IND:E  EFT TRACE#: 49-220207293761463
                                                      CDDB#:00000000000000000
650  03202002            19,064.32- 200213 72119-079-83420-2
     ELEC PAY IND:E  EFT TRACE#: 49-220207966277730
                                                      CDDB#:00000000000000000
650  03272002            20,706.32- 200214 72119-086-06455-2
     ELEC PAY IND:E  EFT TRACE#: 49-220208691829093
                                                      CDDB#:00000000000000000
650  04032002            21,162.88- 200215 72119-093-95382-2
     ELEC PAY IND:E  EFT TRACE#: 49-220209394417142
                                                      CDDB#:00000000000000000
650  04102002            19,083.68- 200216 72119-100-78362-2
     ELEC PAY IND:E  EFT TRACE#: 49-220210049833943
                                                      CDDB#:00000000000000000

          PAGE 003 OF 004            BMFPG 004
```

```
BMFOLT88-0282642 01200203000   BMF TAX MODULE      NM CTRL:BRAV
29141-138-24203-2                                       UP-CYC:38

TRANS DATE         AMOUNT          CYCLE  DLN                     VARIABLE DATA
970  04302002             0.00     200224 29141-138-24203-2 USE DEF CODE 'R'
386  06242002             0.03     200224 29141-138-24203-2
180  09162002             0.00     200236 29154-639-16336-2
291  09162002       19,083.69-     200236 29154-639-16336-2 USE DEF CODE 'A'
826  04302002       19,083.69      200236 29141-138-24203-2 XR:01 200106 SC:
                                          X-REF PLAN:000
960  11212002             0.00     200250 93977-738-06487-2 CAF SC:00
```

PAGE 004 OF 004          BMFPG 001

Station Name: BL303439WI  Date: 9/24/2005  Time: 1:30:43 PM

```
BMFOLT88-0282642 01200203000  BMF TAX MODULE       NM CTRL:BRAV
29141-138-24203-2                                        UP-CYC:38

CAF:2/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:0    FRZ:    -V
ASED:04-15-2006            INTEREST TO DATE:06-14-2004
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-20
HISTORIC ULC:88           INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:0000           INT AS:           0.00 FTP TT:           0
DAR CC:00               INT PD:            0.00  FTP ASD:          0
LATEST CSED DATE:06-24-2012 RSED DT:04-15-2006 RET DUE DT:04-30-2002 GATT
EARLIEST CSED DT:06-24-2012 IMMINENT CSED DT:06-24-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT         CYCLE      DLN           VARIABLE DATA
150  06242002        253,138.77  200224 29141-138-24203-2 TC150:04302002
                          0.00  REMIT AMT (610)              USE DEFINER
650  01092002         17,965.19- 200203 72119-009-36449-2
     ELEC PAY IND:E  EFT TRACE#: 49-220200952433375
                                                CDDB#:00000000000000000
650  01162002         14,512.42- 200204 72119-016-62185-2
     ELEC PAY IND:E  EFT TRACE#: 49-220201670222744
                                                CDDB#:00000000000000000
            PAGE 001 OF 004          BMFPG 002
```

*fully deposited*

*timely return*

```
BMFOLT88-0282642 01200203000  BMF TAX MODULE      NM CTRL:BRAV
29141-138-24203-2                                        UP-CYC:38


TRANS DATE         AMOUNT          CYCLE  DLN              VARIABLE DATA
650  01232002          19,742.82- 200205 72119-023-92215-2
     ELEC PAY IND:E  EFT TRACE#: 49-220202301008222
                                                    CDDB#:00000000000000000
650  01302002          16,793.92- 200206 72119-030-64388-2
     ELEC PAY IND:E  EFT TRACE#: 49-220203039269114
                                                    CDDB#:00000000000000000
650  02062002          15,957.45- 200207 72119-037-90383-2
     ELEC PAY IND:E  EFT TRACE#: 49-220203733676925
                                                    CDDB#:00000000000000000
650  02132002          15,077.66- 200208 72119-044-09589-2
     ELEC PAY IND:E  EFT TRACE#: 49-220204417423710
                                                    CDDB#:00000000000000000
650  02202002          16,342.44- 200209 72119-051-92578-2
     ELEC PAY IND:E  EFT TRACE#: 49-220205134626840
                                                    CDDB#:00000000000000000
650  02272002          16,528.32- 200210 72119-058-74611-2
     ELEC PAY IND:E  EFT TRACE#: 49-220205860418555
                                                    CDDB#:00000000000000000


          PAGE 002 OF 004          BMFPG 003
```

```
BMFOLT88-0282642 01200203000  BMF TAX MODULE      NM CTRL:BRAV
29141-138-24203-2                                    UP-CYC:38

TRANS DATE           AMOUNT          CYCLE  DLN                 VARIABLE DATA
650  03062002              19,853.27- 200211 72119-065-23870-2
     ELEC PAY IND:E  EFT TRACE#: 49-220206527663020
                                                     CDDB#:00000000000000000
650  03132002              20,348.11- 200212 72119-072-28773-2
     ELEC PAY IND:E  EFT TRACE#: 49-220207293761463
                                                     CDDB#:00000000000000000
650  03202002              19,064.32- 200213 72119-079-83420-2
     ELEC PAY IND:E  EFT TRACE#: 49-220207966277730
                                                     CDDB#:00000000000000000
650  03272002              20,706.32- 200214 72119-086-06455-2
     ELEC PAY IND:E  EFT TRACE#: 49-220208691829093
                                                     CDDB#:00000000000000000
650  04032002              21,162.88- 200215 72119-093-95382-2
     ELEC PAY IND:E  EFT TRACE#: 49-220209394417142
                                                     CDDB#:00000000000000000
650  04102002              19,083.68- 200216 72119-100-78362-2
     ELEC PAY IND:E  EFT TRACE#: 49-220210049833943
                                                     CDDB#:00000000000000000

          PAGE 003 OF 004           BMFPG 004
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 53 of 83

```
BMFOLT88-0282642 01200203000   BMF TAX MODULE       NM CTRL:BRAV
29141-138-24203-2                                       UP-CYC:38

TRANS DATE         AMOUNT         CYCLE  DLN                 VARIABLE DATA
970  04302002            0.00     200224 29141-138-24203-2 USE DEF CODE 'R'
386  06242002            0.03     200224 29141-138-24203-2
180  09162002            0.00     200236 29154-639-16336-2
291  09162002       19,083.69-    200236 29154-639-16336-2 USE DEF CODE 'A'
826  04302002       19,083.69     200236 29141-138-24203-2 XR:01 200106 SC:
                                          X-REF PLAN:000
960  11212002            0.00     200250 93977-738-06487-2 CAF SC:00
```

PAGE 004 OF 004          BMFPG 001

```
BMFOLT88-0282642 01200206000  BMF TAX MODULE      NM CTRL:BRAV
29141-230-12826-2                                      UP-CYC:38
RETENTION BRAVO INC                    941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:       0.00  ARDI:0    FRZ:    -V
ASED:04-15-2006          INTEREST TO DATE:01-09-2006 EMIS/
GOVERNING SC:29  *C CORP*  2% TRIGGER DATE: 00-00-0000 FTP START DT:07-31-20
HISTORIC ULC:88          INT TOT:          451.97  FTP MONTHS:05
TDA COPYS:3426        INT AS:          434.67 FTP TT:            572
DAR CC:00            INT PD:       434.67- FTP ASD:            572
LATEST CSED DATE:10-28-2012 RSED DT:04-15-2006 RET DUE DT:07-31-2002 GATT
EARLIEST CSED DT:09-23-2012 IMMINENT CSED DT:09-23-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE          AMOUNT        CYCLE     DLN            VARIABLE DATA
150  09232002        202,065.18  200237 29141-230-12826-2 TC150:07312002
                           0.00  REMIT AMT (610)            USE DEFINER
650  04172002         17,923.56- 200217 72119-107-34471-2
     ELEC PAY IND:E  EFT TRACE#: 49-220210778726251
                                              CDDB#:00000000000000000
650  04242002         19,636.91- 200218 72119-114-81229-2
     ELEC PAY IND:E  EFT TRACE#: 49-220211446572662
                                              CDDB#:00000000000000000
           PAGE 001 OF 005          BMFPG 002
```

deposited

timely
return

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 55 of 83

```
BMFOLT88-0282642 01200206000  BMF TAX MODULE       NM CTRL:BRAV
29141-230-12826-2                                        UP-CYC:38
RETENTION BRAVO INC                            941 1120 940
TRANS DATE        AMOUNT           CYCLE  DLN              VARIABLE DATA
650  05012002           15,475.07- 200219 72119-121-08240-2
     ELEC PAY IND:E  EFT TRACE#: 49-220212136431714
                                                 CDDB#:00000000000000000
650  05082002           13,124.21- 200220 72119-128-99786-2
     ELEC PAY IND:E  EFT TRACE#: 49-220212863181124
                                                 CDDB#:00000000000000000
650  05152002           12,284.81- 200221 72119-135-88011-2
     ELEC PAY IND:E  EFT TRACE#: 49-220213588846762
                                                 CDDB#:00000000000000000
650  05222002           14,494.93- 200222 72119-142-64156-2
     ELEC PAY IND:E  EFT TRACE#: 49-220214267297451
                                                 CDDB#:00000000000000000
650  05292002           14,978.49- 200223 72119-149-54698-2
     ELEC PAY IND:E  EFT TRACE#: 49-220214905548150
                                                 CDDB#:00000000000000000
650  06052002           14,288.05- 200224 72119-156-52411-2
     ELEC PAY IND:E  EFT TRACE#: 49-220215669712034
                                                 CDDB#:00000000000000000

        PAGE 002 OF 005            BMFPG 003
```

```
BMFOLT88-0282642 01200206000  BMF TAX MODULE      NM CTRL:BRAV
29141-230-12826-2                                    UP-CYC:38
RETENTION BRAVO INC                         941 1120 940
TRANS DATE        AMOUNT         CYCLE  DLN              VARIABLE DATA
650  06122002          14,602.69- 200225 72119-163-25039-2
     ELEC PAY IND:E  EFT TRACE#: 49-220216309271800
                                                   CDDB#:00000000000000000
650  06192002          15,282.31- 200226 72119-170-18647-2
     ELEC PAY IND:E  EFT TRACE#: 49-220217049656845
                                                   CDDB#:00000000000000000
650  06262002          14,339.48- 200227 72119-177-67792-2
     ELEC PAY IND:E  EFT TRACE#: 49-220217783289263
                                                   CDDB#:00000000000000000
650  07032002          16,550.99- 200228 72119-184-44611-2
     ELEC PAY IND:E  EFT TRACE#: 49-220218461399115
                                                   CDDB#:00000000000000000
650R 07102002          14,087.31- 200229 72119-191-96437-2
     ELEC PAY IND:E  EFT TRACE#: 49-220219162849334
                                                   CDDB#:00000000000000000
```

PAGE 003 OF 005          BMFPG 004

Station Name: DLS02490W1  Date: 9/24/2009 Time: 1:31:05 PM

```
BMFOLT88-0282642 01200206000  BMF TAX MODULE        NM CTRL:BRAV
29141-230-12826-2                                        UP-CYC:38
RETENTION BRAVO INC                       941 1120 940
TRANS DATE       AMOUNT        CYCLE  DLN            VARIABLE DATA
970  07312002              0.00  200237 29141-230-12826-2 USE DEF CODE 'R'
186  09232002          1,908.37  200237 29141-230-12826-2 FTD PENALTY CD:0
                                                          CSED:09232012
276  09232002             49.96  200237 29141-230-12826-2
196  09232002             44.55  200237 29141-230-12826-2
652  07102002         14,087.31  200240 29134-669-01701-2
       XR:88-0282642  01 200209              ELEC PAY IND:E
   X-REF PLAN:000                           CDDB#:00000000000000000
186  10282002            954.18  200242 29141-230-12826-2 FTD PENALTY CD:0
                                                          CSED:10282012
971  10192002              0.00  200244 92977-694-05135-2
                                 X-PLAN:000  ACTION CD:611
971R 12232002              0.00  200250 88277-999-99999-2
                                 X-PLAN:000  ACTION CD:061
960R 11212002              0.00  200250 93977-738-06488-2 CAF SC:00
670  12082002         22,525.00- 200251 29117-343-11800-2
                                                          CDDB#:00000000000000000
276  12302002            484.26  200251 29141-230-12826-2

         PAGE 004 OF 005            BMFPG 005
```

```
BMFOLT88-0282642 01200206000  BMF TAX MODULE        NM CTRL:BRAV
29141-230-12826-2                                        UP-CYC:38
RETENTION BRAVO INC                         941 1120 940
TRANS DATE           AMOUNT        CYCLE  DLN                VARIABLE DATA
670  06062003                428.41- 200326 29117-168-12456-3
                                                    SPLIT    DES PAY ID
                                               CDDB#:00000000000000000
276  07072003                 38.29  200326 29141-230-12826-2
196  07072003                390.12  200326 29141-230-12826-2
972  07072003                  0.00  200326 88277-999-99999-3 ACTION CODE:061
961  01192009                  0.00  200901 93977-738-06488-2


                PAGE 005 OF 005           BMFPG 001
```

```
BMFOLT88-0282642 01200209000  BMF TAX MODULE        NM CTRL:BRAV
29141-292-31268-2                                       UP-CYC:38
RETENTION BRAVO INC                         941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:           0.00  ARDI:0    FRZ:    -V
ASED:04-15-2006          INTEREST TO DATE:06-13-2005
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:10-31-20
HISTORIC ULC:88         INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:0000      INT AS:              0.00 FTP TT:            0
DAR CC:00          INT PD:              0.00  FTP ASD:           0
LATEST CSED DATE:11-25-2012 RSED DT:04-15-2006 RET DUE DT:10-31-2002 GATT
EARLIEST CSED DT:11-25-2012 IMMINENT CSED DT:11-25-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE          AMOUNT        CYCLE       DLN            VARIABLE DATA
150  11252002       212,563.01  200246 29141-292-31268-2 TC150:10312002
                          0.00  REMIT AMT (610)              USE DEFINER
650  07172002       13,872.10- 200230 72119-198-65604-2
     ELEC PAY IND:E  EFT TRACE#: 49-220219822661770
                                                 CDDB#:00000000000000000
650  07242002       14,602.97- 200231 72119-205-22883-2
     ELEC PAY IND:E  EFT TRACE#: 49-220220520840951
                                                 CDDB#:00000000000000000
            PAGE 001 OF 004          BMFPG 002
```

*fully ited deposited*

*timely return*

```
BMFOLT88-0282642 01200209000  BMF TAX MODULE        NM CTRL:BRAV
29141-292-31268-2                                        UP-CYC:38
RETENTION BRAVO INC                              941 1120 940
TRANS DATE        AMOUNT           CYCLE  DLN           VARIABLE DATA
650  07312002          15,673.40- 200232 72119-212-25480-2
     ELEC PAY IND:E  EFT TRACE#: 49-220221279571272
                                                 CDDB#:00000000000000000
650  08072002          17,758.48- 200233 72119-219-54970-2
     ELEC PAY IND:E  EFT TRACE#: 49-220221921574281
                                                 CDDB#:00000000000000000
650  08142002          17,394.82- 200234 72119-226-65944-2
     ELEC PAY IND:E  EFT TRACE#: 49-220222606087151
                                                 CDDB#:00000000000000000
650  08212002          18,852.00- 200235 72119-233-77534-2
     ELEC PAY IND:E  EFT TRACE#: 49-220223302792154
                                                 CDDB#:00000000000000000
650  08282002          16,755.43- 200236 72119-240-76144-2
     ELEC PAY IND:E  EFT TRACE#: 49-220224012007961
                                                 CDDB#:00000000000000000
650  09042002          18,299.61- 200237 72119-247-14759-2
     ELEC PAY IND:E  EFT TRACE#: 49-220224709909141
                                                 CDDB#:00000000000000000

         PAGE 002 OF 004           BMFPG 003
```

```
BMFOLT88-0282642 01200209000  BMF TAX MODULE       NM CTRL:BRAV
29141-292-31268-2                                        UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE        AMOUNT        CYCLE  DLN           VARIABLE DATA
650  09112002             17,540.38- 200238 72119-254-02151-2
     ELEC PAY IND:E  EFT TRACE#: 49-220225451825841
                                              CDDB#:00000000000000000
650  09182002             14,945.70- 200239 72119-261-02742-2
     ELEC PAY IND:E  EFT TRACE#: 49-220226184701243
                                              CDDB#:00000000000000000
650  09252002             15,455.27- 200240 72119-268-57339-2
     ELEC PAY IND:E  EFT TRACE#: 49-220226811431141
                                              CDDB#:00000000000000000
650  07102002             14,087.31- 200241 29134-669-01701-2
     XR:88-0282642   01 200206                ELEC PAY IND:E
  X-REF PLAN:000                              CDDB#:00000000000000000
650  10022002             17,325.54- 200241 72119-275-20364-2
     ELEC PAY IND:E  EFT TRACE#: 49-220227525742555
                                              CDDB#:00000000000000000




                 PAGE 003 OF 004        BMFPG 004
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 62 of 83

```
BMFOLT88-0282642 01200209000  BMF TAX MODULE       NM CTRL:BRAV
29141-292-31268-2                                       UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE        AMOUNT         CYCLE  DLN               VARIABLE DATA
970  10312002                 0.00  200246 29141-292-31268-2 USE DEF CODE 'R'
960R 11212002                 0.00  200250 93977-738-06489-2 CAF SC:00
961  01192009                 0.00  200901 93977-738-06489-2
```

PAGE 004 OF 004            BMFPG 001

```
BMFOLT88-0282642 01200212000  BMF TAX MODULE        NM CTRL:BRAV
83141-026-38842-3                                        UP-CYC:38
RETENTION BRAVO INC                     941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:0   FRZ:   -V
ASED:04-15-2006          INTEREST TO DATE:06-13-2005
GOVERNING SC:29  *C CORP*  2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88          INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:0000        INT AS:           0.00 FTP TT:              0
DAR CC:00           INT PD:           0.00  FTP ASD:             0
LATEST CSED DATE:03-03-2013 RSED DT:04-15-2006 RET DUE DT:01-31-2003 GATT
EARLIEST CSED DT:03-03-2013 IMMINENT CSED DT:03-03-2013 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE         AMOUNT        CYCLE      DLN           VARIABLE DATA
150  03032003      243,986.52  200308 83141-026-38842-3 TC150:01312003
                      0.00  REMIT AMT (610)            USE DEFINER
650  10092002       16,735.49- 200242 72119-282-80428-2
     ELEC PAY IND:E  EFT TRACE#: 49-220228234716703
                                              CDDB#:00000000000000000
650  10162002       17,466.08- 200243 72119-289-00879-2
     ELEC PAY IND:E  EFT TRACE#: 49-220228962180371
                                              CDDB#:00000000000000000
           PAGE 001 OF 004            BMFPG 002
```

*fully deposited*

*timely return*

```
BMFOLT88-0282642 01200212000  BMF TAX MODULE      NM CTRL:BRAV
83141-026-38842-3                                      UP-CYC:38
RETENTION BRAVO INC                         941 1120 940
TRANS DATE        AMOUNT        CYCLE  DLN            VARIABLE DATA
650  10232002          17,171.01- 200244 72119-296-95259-2
     ELEC PAY IND:E  EFT TRACE#: 49-220229607177840
                                               CDDB#:00000000000000000
650  10302002          17,534.20- 200245 72119-303-64563-2
     ELEC PAY IND:E  EFT TRACE#: 49-220230327740923
                                               CDDB#:00000000000000000
650  11062002          18,233.09- 200246 72119-310-53697-2
     ELEC PAY IND:E  EFT TRACE#: 49-220231038537363
                                               CDDB#:00000000000000000
650  11132002          17,785.22- 200247 72119-317-76445-2
     ELEC PAY IND:E  EFT TRACE#: 49-220231736714470
                                               CDDB#:00000000000000000
650  11202002          17,662.30- 200248 72119-324-18720-2
     ELEC PAY IND:E  EFT TRACE#: 49-220232458902972
                                               CDDB#:00000000000000000
650  11272002          19,485.33- 200249 72119-331-11202-2
     ELEC PAY IND:E  EFT TRACE#: 49-220233142257840
                                               CDDB#:00000000000000000


            PAGE 002 OF 004           BMFPG 003
```

```
BMFOLT88-0282642 01200212000  BMF TAX MODULE         NM CTRL:BRAV
83141-026-38842-3                                              UP-CYC:38
RETENTION BRAVO INC                                941 1120 940
TRANS DATE            AMOUNT              CYCLE  DLN              VARIABLE DATA
650  12042002              18,095.06- 200250 72119-338-85358-2
     ELEC PAY IND:E  EFT TRACE#: 49-220233838065114
                                                   CDDB#:00000000000000000
650  12112002              14,713.36- 200251 72119-345-84912-2
     ELEC PAY IND:E  EFT TRACE#: 49-220234573874572
                                                   CDDB#:00000000000000000
650  12182002              39,080.82- 200252 72119-352-33119-2
     ELEC PAY IND:E  EFT TRACE#: 49-220235277082153
                                                   CDDB#:00000000000000000
650  12242002              15,300.18- 200303 72119-358-24666-2
     ELEC PAY IND:E  EFT TRACE#: 49-220235867710485
                                                   CDDB#:00000000000000000
650  12312002              14,724.38- 200303 72119-365-54568-2
     ELEC PAY IND:E  EFT TRACE#: 49-220236502102684
                                                   CDDB#:00000000000000000


             PAGE 003 OF 004           BMFPG 004
```

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48

```
BMFOLT88-0282642 01200212000  BMF TAX MODULE        NM CTRL:BRAV
83141-026-38842-3                                        UP-CYC:38
RETENTION BRAVO INC                            941 1120 940
TRANS DATE           AMOUNT         CYCLE  DLN             VARIABLE DATA
970  01312003                 0.00  200308 83141-026-38842-3 USE DEF CODE 'R'
```

PAGE 004 OF 004        BMFPG 001

```
BMFOLT88-0282642 01200303000   BMF TAX MODULE          NM CTRL:BRAV
29141-141-35099-3                                           UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:           0.00  ARDI:0   FRZ:    -V
ASED:04-15-2007          INTEREST TO DATE:06-13-2005
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-20
HISTORIC ULC:88        INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:0000          INT AS:              0.00 FTP TT:            0
DAR CC:00              INT PD:               0.00  FTP ASD:          0
LATEST CSED DATE:06-23-2013 RSED DT:04-15-2007 RET DUE DT:04-30-2003 GATT
EARLIEST CSED DT:06-23-2013 IMMINENT CSED DT:06-23-2013 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000


TRANS DATE         AMOUNT        CYCLE     DLN           VARIABLE DATA
150  06232003       190,753.16  200324  29141-141-35099-3  TC150:04302003
                         0.00   REMIT AMT (610)           USE DEFINER
650  01082003        11,338.01- 200303  72119-008-98786-3
     ELEC PAY IND:E  EFT TRACE#: 49-220300812891282
                                            CDDB#:00000000000000000
650  01152003        11,319.55- 200304  72119-015-66644-3
     ELEC PAY IND:E  EFT TRACE#: 49-220301567662841
                                            CDDB#:00000000000000000
             PAGE 001 OF 004        BMFPG 002
```

*fully deposited*

*timely return*

Station Name: DLS0149001   Date: 9/24/2009   Time: 1:33:43 PM

```
BMFOLT88-0282642 01200303000  BMF TAX MODULE      NM CTRL:BRAV
29141-141-35099-3                                       UP-CYC:38
RETENTION BRAVO INC                          941 1120 940
TRANS DATE        AMOUNT         CYCLE  DLN          VARIABLE DATA
650  01222003           13,019.85- 200305 72119-022-42229-3
     ELEC PAY IND:E  EFT TRACE#: 49-220302222589784
                                             CDDB#:00000000000000000
650  01292003           11,852.66- 200306 72119-029-40883-3
     ELEC PAY IND:E  EFT TRACE#: 49-220302951458523
                                             CDDB#:00000000000000000
650  02052003           11,727.80- 200307 72119-036-32166-3
     ELEC PAY IND:E  EFT TRACE#: 49-220303679029382
                                             CDDB#:00000000000000000
650  02122003           13,363.79- 200308 72119-043-14887-3
     ELEC PAY IND:E  EFT TRACE#: 49-220304301466001
                                             CDDB#:00000000000000000
650  02192003           16,308.46- 200309 72119-050-85599-3
     ELEC PAY IND:E  EFT TRACE#: 49-220305033993285
                                             CDDB#:00000000000000000
650  02262003           14,524.10- 200310 72119-057-73223-3
     ELEC PAY IND:E  EFT TRACE#: 49-220305724213742
                                             CDDB#:00000000000000000

         PAGE 002 OF 004           BMFPG 003
```

```
BMFOLT88-0282642 01200303000  BMF TAX MODULE       NM CTRL:BRAV
29141-141-35099-3                                           UP-CYC:38
RETENTION BRAVO INC                            941 1120 940
TRANS DATE        AMOUNT          CYCLE  DLN             VARIABLE DATA
650  03052003          16,993.98- 200311 72119-064-72279-3
     ELEC PAY IND:E  EFT TRACE#: 49-220306425701152
                                                CDDB#:00000000000000000
650  03122003          17,980.43- 200312 72119-071-42369-3
     ELEC PAY IND:E  EFT TRACE#: 49-220307130738481
                                                CDDB#:00000000000000000
650  03192003          18,089.02- 200313 72119-078-53385-3
     ELEC PAY IND:E  EFT TRACE#: 49-220307857474054
                                                CDDB#:00000000000000000
650  03262003          17,940.04- 200314 72119-085-39500-3
     ELEC PAY IND:E  EFT TRACE#: 49-220308510026973
                                                CDDB#:00000000000000000
650  04022003          16,295.47- 200315 72119-092-50721-3
     ELEC PAY IND:E  EFT TRACE#: 49-220309225680914
                                                CDDB#:00000000000000000


              PAGE 003 OF 004          BMFPG 004
```

```
BMFOLT88-0282642 01200303000  BMF TAX MODULE        NM CTRL:BRAV
29141-141-35099-3                                            UP-CYC:38
RETENTION BRAVO INC                          941 1120 940
TRANS DATE       AMOUNT        CYCLE  DLN              VARIABLE DATA
970  04302003              0.00  200324 29141-141-35099-3 USE DEF CODE 'R'
650  06252003              0.00  200327 72119-176-99363-3
     ELEC PAY IND:E  EFT TRACE#: 49-220317635185120
                                            CDDB#:00000000000000000


         PAGE 004 OF 004            BMFPG 001
```

```
BMFOLT88-0282642 01200306000  BMF TAX MODULE      NM CTRL:BRAV
29141-223-20131-3                                       UP-CYC:38
RETENTION BRAVO INC                      941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:0    FRZ:    -V
ASED:04-15-2007          INTEREST TO DATE:06-13-2005
GOVERNING SC:29  *C CORP*  2% TRIGGER DATE: 00-00-0000 FTP START DT:07-31-20
HISTORIC ULC:88          INT TOT:                0.00  FTP MONTHS:00
TDA COPYS:0000          INT AS:              0.00 FTP TT:            0
DAR CC:00              INT PD:              0.00  FTP ASD:           0
LATEST CSED DATE:09-08-2013 RSED DT:04-15-2007 RET DUE DT:07-31-2003 GATT
EARLIEST CSED DT:09-08-2013 IMMINENT CSED DT:09-08-2013 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0   FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE         AMOUNT         CYCLE       DLN            VARIABLE DATA
150  09082003        161,867.28  200335 29141-223-20131-3 TC150:07312003
                          0.00  REMIT AMT (610)              USE DEFINER
650  04092003         14,433.43- 200316 72119-099-49079-3
     ELEC PAY IND:E  EFT TRACE#: 49-220309933885585
                                                  CDDB#:00000000000000000
650  04162003         12,992.48- 200317 72119-106-18232-3
     ELEC PAY IND:E  EFT TRACE#: 49-220310634173995
                                                  CDDB#:00000000000000000
              PAGE 001 OF 004           BMFPG 002
```

```
Station Name: DLS0149001  Date: 9/24/2009 Time: 1:34:07 PM
```

```
BMFOLT88-0282642 01200306000  BMF TAX MODULE      NM CTRL:BRAV
29141-223-20131-3                                      UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE       AMOUNT       CYCLE  DLN           VARIABLE DATA
650  04232003          12,525.53- 200318 72119-113-09527-3
     ELEC PAY IND:E  EFT TRACE#: 49-220311387265890
                                             CDDB#:00000000000000000
650  04302003          13,487.41- 200319 72119-120-86149-3
     ELEC PAY IND:E  EFT TRACE#: 49-220312077314353
                                             CDDB#:00000000000000000
650  05072003          13,580.80- 200320 72119-127-65190-3
     ELEC PAY IND:E  EFT TRACE#: 49-220312713397064
                                             CDDB#:00000000000000000
650  05142003          13,157.08- 200321 72119-134-10356-3
     ELEC PAY IND:E  EFT TRACE#: 49-220313495386622
                                             CDDB#:00000000000000000
650  05212003          13,250.43- 200322 72119-141-98843-3
     ELEC PAY IND:E  EFT TRACE#: 49-220314124051154
                                             CDDB#:00000000000000000
650  05282003          14,203.82- 200323 72119-148-97830-3
     ELEC PAY IND:E  EFT TRACE#: 49-220314838106551
                                             CDDB#:00000000000000000

            PAGE 002 OF 004          BMFPG 003
```

```
BMFOLT88-0282642 01200306000  BMF TAX MODULE      NM CTRL:BRAV
29141-223-20131-3                                        UP-CYC:38
RETENTION BRAVO INC                           941 1120 940
TRANS DATE       AMOUNT         CYCLE  DLN           VARIABLE DATA
650  06042003          11,848.07- 200324 72119-155-69322-3
     ELEC PAY IND:E  EFT TRACE#: 49-220315564208851
                                               CDDB#:00000000000000000
650  06112003          10,648.55- 200325 72119-162-68363-3
     ELEC PAY IND:E  EFT TRACE#: 49-220316287451864
                                               CDDB#:00000000000000000
650  06182003          10,976.20- 200326 72119-169-05762-3
     ELEC PAY IND:E  EFT TRACE#: 49-220316925769153
                                               CDDB#:00000000000000000
650  06252003          10,654.23- 200328 72119-176-99363-3
     ELEC PAY IND:E  EFT TRACE#: 49-220317635185120
                                               CDDB#:00000000000000000
650  07022003          10,109.25- 200328 72119-183-87483-3
     ELEC PAY IND:E  EFT TRACE#: 49-220318309934655
                                               CDDB#:00000000000000000


              PAGE 003 OF 004          BMFPG 004
```

```
BMFOLT88-0282642 01200306000  BMF TAX MODULE        NM CTRL:BRAV
29141-223-20131-3                                        UP-CYC:38
RETENTION BRAVO INC                          941 1120 940
TRANS DATE        AMOUNT         CYCLE  DLN            VARIABLE DATA
970  07312003                0.00  200335 29141-223-20131-3 USE DEF CODE 'R'
```

PAGE 004 OF 004         BMFPG 001

Case 09-14814-gwz  Doc 744-1  Entered 11/17/09 16:42:48  Page 75 of 83

```
BMFOLT88-0282642 10200012000  BMF TAX MODULE      NM CTRL:BRAV
29838-223-01287-1                                      UP-CYC:38
RETENTION BRAVO INC                   941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:        0.00  ARDI:0   FRZ:    -V
ASED:07-25-2004          INTEREST TO DATE:06-14-2004 EMIS/
GOVERNING SC:29          2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88          INT TOT:           0.00  FTP MONTHS:00
TDA COPYS:             INT AS:           0.00 FTP TT:            0
DAR CC:00             INT PD:           0.00  FTP ASD:            0
LATEST CSED DATE:09-17-2011 RSED DT:01-31-2004 RET DUE DT:01-31-2001 GATT
EARLIEST CSED DT:09-17-2011 IMMINENT CSED DT:09-17-2011 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000


TRANS DATE          AMOUNT        CYCLE      DLN            VARIABLE DATA
150  09172001       14,556.32  200136 29838-223-01287-1 TC150:07252001
                        0.00  REMIT AMT (610)              USE DEFINER
650  08012000        3,727.56- 200032 72819-214-30973-0
     ELEC PAY IND:E  EFT TRACE#: 49-220021422380713
                                              CDDB#:00000000000000000
650  08012000        8,194.26- 200032 72819-214-39850-0
     ELEC PAY IND:E  EFT TRACE#: 49-220021478160785
                                              CDDB#:00000000000000000
              PAGE 001 OF 002          BMFPG 002
```

```
BMFOLT88-0282642 10200012000  BMF TAX MODULE      NM CTRL:BRAV
29838-223-01287-1                                      UP-CYC:38
RETENTION BRAVO INC                      941 1120 940
TRANS DATE          AMOUNT          CYCLE  DLN              VARIABLE DATA
650  10262000            2,084.66- 200044 72819-300-13941-0
     ELEC PAY IND:E  EFT TRACE#: 49-220030007141241
                                                 CDDB#:00000000000000000
650  02022001              549.84- 200107 72819-033-85739-1
     ELEC PAY IND:E  EFT TRACE#: 49-220103357349825
                                                 CDDB#:00000000000000000
599  07252001                0.00  200131 86949-606-60036-1 CLOSING CODE:69
186  09172001              819.43  200136 29838-223-01287-1 FTD PENALTY CD:0
                                                            CSED:09172011
670  10072001              819.43- 200142 29817-282-02110-1
                                                 CDDB#:00000000000000000
```

PAGE 002 OF 002           BMFPG 001

Case 09-14814-gwz   Doc 744-1   Entered 11/17/09 16:42:48   Page 77 of 83

```
BMFOLT88-0282642 10200112000  BMF TAX MODULE     NM CTRL:BRAV
29838-055-23739-2                                    UP-CYC:38
RETENTION BRAVO INC                     941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:0   FRZ:    -V
ASED:01-31-2005            INTEREST TO DATE:12-08-2003 EMIS/
GOVERNING SC:29            2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88            INT TOT:              96.04  FTP MONTHS:00
TDA COPYS:           INT AS:            96.04 FTP TT:           0
DAR CC:00            INT PD:           96.04- FTP ASD:          0
LATEST CSED DATE:07-22-2012 RSED DT:01-31-2005 RET DUE DT:01-31-2002
EARLIEST CSED DT:04-01-2012 IMMINENT CSED DT:04-01-2012 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000


TRANS DATE        AMOUNT       CYCLE      DLN          VARIABLE DATA
150  04012002       9,088.76  200212 29838-055-23739-2 TC150:01312002
                        0.00  REMIT AMT (610)           USE DEFINER
650  08072001       8,198.66- 200133 72819-219-03013-1
     ELEC PAY IND:E  EFT TRACE#: 49-220121971181813
                                            CDDB#:00000000000000000
610  02052002       1,619.86- 200208 91870-039-09976-2
                                            CDDB#:00000000000000000

            PAGE 001 OF 003           BMFPG 002
```

Station Name: DL30143001  Date: 9/24/2008  Time: 1:29:55 PM

```
BMFOLT88-0282642 10200112000  BMF TAX MODULE        NM CTRL:BRAV
29838-055-23739-2                                          UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE        AMOUNT          CYCLE  DLN              VARIABLE DATA
610  02052002              792.19- 200208 92870-039-36947-2
                                          CDDB#:00000000000000000
186  04012002              361.67  200212 29838-055-23739-2 FTD PENALTY CD:0
                                          CSED:04012012
976  01312002                0.00  200213 29838-069-99266-2
610R 05032002            5,974.00- 200220 92870-126-01504-2
                                          CDDB#:00000000000000000
976  05022002                0.00  200222 29838-131-05017-2
290  07222002           10,610.71  200228 29854-583-15828-2 USE DEF CODE 'A'
196  07222002              188.27  200228 29838-055-23739-2
670  08192002            3,664.70- 200236 29817-240-01604-2
                                          SPLIT   DES PAY ID
                                          CDDB#:00000000000000000
291  10212002            5,974.00- 200241 29854-674-15022-2 USE DEF CODE 'A'
197  10212002              138.90- 200241 29838-055-23739-2
971  05022002                0.00  200243 29977-674-00552-2
                                     X-PLAN:000  ACTION CD:002
                              XR:88-0282642       200212


          PAGE 002 OF 003              BMFPG 003
```

```
BMFOLT88-0282642 10200112000  BMF TAX MODULE        NM CTRL:BRAV
29838-055-23739-2                                        UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE       AMOUNT          CYCLE  DLN              VARIABLE DATA
612  05032002        5,974.00   200315 29834-493-00256-3
     XR:88-0282642  10 200212
  X-REF PLAN:000                              CDDB#:00000000000000000
196  04212003            46.67  200315 29838-055-23739-2
826  08192002            92.23  200315 29838-055-23739-2 XR:01 200112 SC:
                                X-REF PLAN:000


           PAGE 003 OF 003          BMFPG 001
```

```
BMFOLT88-0282642 10200212000  BMF TAX MODULE       NM CTRL:BRAV
81838-025-52516-3                                           UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:0   FRZ:    -V
ASED:01-31-2006           INTEREST TO DATE:06-14-2004 EMIS/
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88           INT TOT:            0.00  FTP MONTHS:00
TDA COPYS:              INT AS:           0.00 FTP TT:              0
DAR CC:00              INT PD:           0.00  FTP ASD:             0
LATEST CSED DATE:05-05-2013 RSED DT:01-31-2006 RET DUE DT:01-31-2003 GATT
EARLIEST CSED DT:05-05-2013 IMMINENT CSED DT:05-05-2013 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0   FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN          VARIABLE DATA
150  05052003      8,972.64  200317 81838-025-52516-3 TC150:01312003
                       0.00  REMIT AMT (610)          USE DEFINER
610  08022002        907.30- 200234 92870-217-00802-2
                                             CDDB#:00000000000000000
670  10202002      1,061.19- 200244 92819-295-00101-2
                                             CDDB#:00000000000000000


        PAGE 001 OF 002          BMFPG 002
```

Station Name: BLS00145007    Date: 9/24/2009    Time: 1:53:04 PM

```
BMFOLT88-0282642 10200212000   BMF TAX MODULE      NM CTRL:BRAV
81838-025-52516-3                                      UP-CYC:38
RETENTION BRAVO INC                        941 1120 940
TRANS DATE         AMOUNT      CYCLE  DLN              VARIABLE DATA
610  01212003        1,030.15- 200305 92870-022-08827-3
                                               CDDB#:00000000000000000
610  05032002        5,974.00- 200316 29834-493-00256-3
     XR:88-0282642  10 200112
  X-REF PLAN:000                               CDDB#:00000000000000000
186  05052003          897.26  200317 81838-025-52516-3 FTD PENALTY CD:0
                                               CSED:05052013
971  05172003            0.00  200322 92977-539-03262-3
                                X-PLAN:000  ACTION CD:611
670  06012003          899.84- 200324 29817-153-05904-3
                                               CDDB#:00000000000000000
826  06012003            2.58  200324 81838-025-52516-3 XR:01 200112 SC:
                                X-REF PLAN:000
```

PAGE 002 OF 002          BMFPG 001

Case 09-14814-gwz    Doc 744-1    Entered 11/17/09 16:42:48    Page 82 of 83

```
BMFOLT88-0282642 10200312000  BMF TAX MODULE       NM CTRL:BRAV
29838-052-74152-4                                          UP-CYC:38
RETENTION BRAVO INC                         941 1120 940
CAF:0/AIMS SC:00  MF ASS D MOD BAL:         0.00  ARDI:0   FRZ:    -V
ASED:02-22-2007           INTEREST TO DATE:06-14-2004
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-20
HISTORIC ULC:88           INT TOT:            0.00  FTP MONTHS:00
TDA COPYS:          INT AS:              0.00 FTP TT:              0
DAR CC:00           INT PD:              0.00  FTP ASD:            0
LATEST CSED DATE:03-29-2014 RSED DT:01-31-2007 RET DUE DT:01-31-2004 GATT
EARLIEST CSED DT:03-29-2014 IMMINENT CSED DT:03-29-2014 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0   FMS-CD:
DIRECT DEPOSIT CODE:      DISASTER START DT:00-00-0000


TRANS DATE          AMOUNT        CYCLE       DLN           VARIABLE DATA
150  03292004        11,432.73  200411 29838-052-74152-4 TC150:02222004
                         0.00  REMIT AMT (610)            USE DEFINER
650  04212003         4,017.59- 200318 72819-111-04259-3
     ELEC PAY IND:E  EFT TRACE#: 49-220311107478932
                                                CDDB#:00000000000000000
650  07152003           634.43- 200330 72819-196-61884-3
     ELEC PAY IND:E  EFT TRACE#: 49-220319692104034
                                                CDDB#:00000000000000000
             PAGE 001 OF 002           BMFPG 002
```

Station Name: DLS0149001  Date: 9/24/2009 Time: 1:55:08 PM

```
BMFOLT88-0282642 10200312000  BMF TAX MODULE        NM CTRL:BRAV
29838-052-74152-4                                          UP-CYC:38
RETENTION BRAVO INC                          941 1120 940
TRANS DATE          AMOUNT          CYCLE  DLN            VARIABLE DATA
650  10102003              3,288.94- 200343 72819-283-71105-3
     ELEC PAY IND:E  EFT TRACE#: 49-220328330026144
                                                 CDDB#:00000000000000000
650  01292004              3,491.77- 200405 72819-029-49001-4
     ELEC PAY IND:E  EFT TRACE#: 49-220402990591710
                                                 CDDB#:00000000000000000
```

PAGE 002 OF 002          BMFPG 001