# EXHIBIT B

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **Pinnacle Grading, LLC** | Case Number: **09-14887** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
FLAGSTAFF LANDSCAPE PRODUCTS INC

Name and address where notices should be sent:
FLAGSTAFF LANDSCAPE PRODUCTS
ATTN: William S Weiss
PO Box 30326
Flagstaff, AZ 86003
TEL: (928) 526 - 0801

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: ___ / ___ / ___

Name and address where payment should be sent (if different from above):
Name: NA
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ___ ) ___ - ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** 2335.97

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
FINANCE CHARGE LATE Pymt
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of Property: $ _____    **Annual Interest Rate:** ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____    **Basis for perfection:** _____

Amount Secured $ _____    Amount Unsecured $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

**FILED**
APR 24 2009

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

Date: 04 / 20 / 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature: _William S Weiss_

Printed Name: WILLIAM S WEISS    Title: ACCOUNTANT

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857                    0001

FLAGSTAFF LANDSCAPE PRODUCTS, INC.

# Statement

PO Box 30326
Flagstaff, AZ 86003

| Date |
|------|
| 08/31/2008 |

| To: |
|-----|

Pinnacle Grading
313 S. Aztec
Golden Valley, AZ 86413

| Account # |
|-----------|
|  |

| A Late Fee of 6% will be charge if payment is not made by the 15th of the following month. |
|---|

| Eligible Discount if paid in Full by the 15th | Due Date | Amount Due | Amount Enc. |
|---|---|---|---|
|  | 09/15/2008 | $2,335.97 |  |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/31/2008 | Balance forward | | 21,775.92 |
| 02/28/2008 | INV #4460. | 940.53 | 22,716.45 |
| | Sawmill Job | | |
| | --- Dump Fee-Fill (24"), 141.48 @ $1.00 = 141.48 | | |
| | --- Dump Fee-Standard Contamination, 53.27 @ $15.00 = 799.05 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |
| 02/28/2008 | INV #4461. | 150.23 | 22,866.68 |
| | Sawmill Job | | |
| | --- Dump Fee-Fill (24"), 150.23 @ $1.00 = 150.23 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |
| 02/28/2008 | INV #4463. | 222.57 | 23,089.25 |
| | Sawmill Dr. | | |
| | --- Dump Fee-Fill (24"), 222.57 @ $1.00 = 222.57 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |
| 02/28/2008 | INV #4466. | 176.05 | 23,265.30 |
| | Sawmill Job | | |
| | --- Dump Fee-Fill (24"), 176.05 @ $1.00 = 176.05 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |
| 02/28/2008 | INV #4467. | 409.70 | 23,675.00 |
| | Sawmill Job | | |
| | --- Dump Fee-Fill (24"), 104.15 @ $1.00 = 104.15 | | |
| | --- Dump Fee-Standard Contamination, 20.37 @ $15.00 = 305.55 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |
| 02/28/2008 | INV #4468. | 190.61 | 23,865.61 |
| | Sawmill Job | | |
| | --- Dump Fee-Fill (24"), 190.61 @ $1.00 = 190.61 | | |
| | --- Tax: Sales Tax @ 8.326% = 0.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 709.63 | 324.98 | 1,301.36 | $2,335.97 |

| Phone # | Fax # |
|---|---|
| 928-526-0801 | 928-526-6580 |

FLAGSTAFF LANDSCAPE PRODUCTS, INC.

# Statement

PO Box 30326
Flagstaff, AZ 86003

| Date |
| --- |
| 08/31/2008 |

| Account # |
| --- |
| |

| To: |
| --- |

Pinnacle Grading
313 S. Aztec
Golden Valley, AZ 86413

| A Late Fee of 6% will be charge if payment is not made by the 15th of the following month. |
| --- |

| Eligible Discount if paid in Full by the 15th | | Due Date | Amount Due | Amount Enc. |
| --- | --- | --- | --- | --- |
| | | 09/15/2008 | $2,335.97 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 02/28/2008 | INV #4471.<br>Sawmill Job<br>--- Dump Fee-Fill (24"), 121.54 @ $1.00 = 121.54<br>--- Tax: Sales Tax @ 8.326% = 0.00 | 121.54 | 23,987.15 |
| 02/28/2008 | INV #4494.<br>Sawmill Job<br>--- Dump Fee-Fill (24"), 44.58 @ $1.00 = 44.58<br>--- Tax: Sales Tax @ 8.326% = 0.00 | 44.58 | 24,031.73 |
| 02/29/2008 | INV #FC 205.<br>Finance Charge<br>--- Finance Charge $1,306.56 | 1,306.56 | 25,338.29 |
| 03/07/2008 | PMT #3563. Paid By: Pinnacle Grading, Inc. | -20,506.90 | 4,831.39 |
| 04/10/2008 | INV #5118.<br>Sawmill Job<br>--- Recycled ABC Agg., 13.87 @ $10.00 = 138.70<br>--- Tax: Sales Tax @ 8.326% = 11.55 | 150.25 | 4,981.64 |
| 04/10/2008 | INV #5119.<br>Sawmill job<br>--- Recycled ABC Agg., 13.37 @ $10.00 = 133.70<br>--- Tax: Sales Tax @ 8.326% = 11.13 | 144.83 | 5,126.47 |
| 04/30/2008 | INV #FC 231.<br>Finance Charge<br>--- Finance Charge $289.88 | 289.88 | 5,416.35 |
| 05/31/2008 | INV #FC 262.<br>Finance Charge<br>--- Finance Charge $324.98 | 324.98 | 5,741.33 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 709.63 | 324.98 | 1,301.36 | $2,335.97 |

| Phone # | Fax # |
| --- | --- |
| 928-526-0801 | 928-526-6580 |

FLAGSTAFF LANDSCAPE PRODUCTS, INC.

# Statement

PO Box 30326
Flagstaff, AZ 86003

| Date |
|---|
| 08/31/2008 |

| Account # |
|---|
|  |

| To: |
|---|

Pinnacle Grading
313 S. Aztec
Golden Valley, AZ 86413

| A Late Fee of 6% will be charge if payment is not made by the 15th of the following month. |
|---|

| Eligible Discount if paid in Full by the 15th | Due Date | Amount Due | Amount Enc. |
|---|---|---|---|
|  | 09/15/2008 | $2,335.97 |  |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/30/2008 | INV #FC 350.<br>Finance Charge<br>--- Finance Charge $344.48 | 344.48 | 6,085.81 |
| 07/31/2008 | INV #FC 385.<br>Finance Charge<br>--- Finance Charge $365.15 | 365.15 | 6,450.96 |
| 08/21/2008 | PMT #4396. Paid By: Pinnacle Grading, Inc. | -4,114.99 | 2,335.97 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 709.63 | 324.98 | 1,301.36 | $2,335.97 |

| Phone # | Fax # |
|---|---|
| 928-526-0801 | 928-526-6580 |

# UNITED STATES BANKRUPTCY COURT

**PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor: *Rhodes Design & Development Corp. aka Rhodes Homes* | Case Number: *BK-S-09-14818-LBR* |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): *Irene Hinds & Teofilo Jose*

Name and address where notices should be sent:
*329 W. Padre*
*Santa Barbara, CA 93105*

Telephone number: *(805) 252-4271*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ *11,000*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *Services owed*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ___*0895*___

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| | |
|---|---|
| **Date:** *5/5/09* | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

**FOR COURT USE ONLY**

MAY 12 2009

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

034493

*YB 2*



RECEIVED
MAY 08 2009
BY:

91493432522 0020

Irene Mindel
329 W. Padre
Santa Barbara, CA 93105

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Ste. C
PMB 477
Encino, CA 91436

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Tuscany Golf Country Club, LLC** | Case Number: **09-14884** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

ProLink Systems, Inc

Name and address where notices should be sent:

ProLink Systems, Inc.
410 South Benson Lane
Chandler, AZ  85224

TEL: ( 4 8 0 ) 9 8 1 - 8 8 0 0

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: ___/___/___

Name and address where payment should be sent (if different from above):

Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____

TEL: ( ___ ) ___ - ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**   $   1 9 2 0 . 0 0 *

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

**\* increases $960/month to total of $37,440.00**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
ProLodge Maintenance Agreement
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**
S001

**3a. Debtor may have scheduled account as:**   ProLink Solutions, LLC
(See instruction #3a on reverse side.)

**4. Secured Claim.**   (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____ .   Annual Interest Rate: ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $_____ . | $_____ . |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:
$_____ .

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date 0 8 / 0 6 / 2 0 0 9 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature: *Birtha CH Murray*
Printed Name: B i r t h e   M u r r a y
Title: S t a f f   A c c t

THIS SPACE IS FOR COURT USE ONLY

**FILED**

AUG 0 7 2009

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857      0001

YB 18

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT _District of Nevada_ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: _The Rhodes Companies LLC_ | Case Number: _09-14814_ |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): _Simplex Grinnell_

Name and address where notices should be sent:

SimplexGrinnell
Attn: Bankruptcy
50 Technology Drive       978- 731-8220
Westminster. MA 01441

Telephone number:

□ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

_Same_

Telephone number:

□ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ _4624.94_

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

□ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _Service performed / Goods sold_
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _1196831_

   **3a. Debtor may have scheduled account as:** _1196831_
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** □ Real Estate  □ Motor Vehicle  □ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate**_____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $ _4624.94_

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

□ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

□ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

□ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: _6/9/9_ | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   _Barbara Vigo_   _A/R Specialist_ | FOR COURT USE ONLY **FILED** JUN 24 2009 |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

011660

YB 30

D-U-N-S 09-4738007
FED. ID 58-2608861

## SimplexGrinnell BE SAFE.

*A Tyco International Company*
District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE |
|---|---|
| 64391520 | 03-05-09 |

| SERVICE REQUEST # | SERVICE REQ. CREATED |
|---|---|
| 12767082 | 03-03-09 |

PO NUMBER

NATIONAL ACCOUNT NUMBER

PAYMENT TERMS
COD

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

**"Let us know how we are doing"**
www.simplexgrinnell.com

**Service Requested By:** Dean Griffith        **Requestors Phone Number:** 702-328-9552

Description of work
Tech arrived on site on 3/4/09 and began trouble shooting
ground fault. Tech returned on 3/5/09 and continued trouble
shooting ground fault mapnet  channel 4 and it is between bldg
21 and 16. Tech repulled new underground wire to clear trouble.
System is normal.

Signature authorization on file
Thank you

| | |
|---|---|
| Labor | $1,282.50 |
| Material | |
| Other | $81.00 |
| Invoice Amount | $1,363.50 |
| Taxes | $0.00 |
| Total Invoice Amount | $1,363.50 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

Total Amount Due ▷        **$1,363.50**

---

## SimplexGrinnell BE SAFE.
*A Tyco International Company*

REMITTANCE COPY
PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
$1,363.50

BILL TO   Rhodes Homes
          435-01196831
SHIP TO   X-It Condos
          435-01680401

INVOICE NUMBER   64391520

INVOICE DATE   03-05-09

CUSTOMER P.O.

REMIT TO   SimplexGrinnell
           Dept. CH 10320
           Palatine        IL    60055-0320        6000136350264391520

Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**SimplexGrinnell** BE SAFE.

A Tyco International Company
Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921

| INVOICE NO. |
| --- |
| 64391520 |

| DATE OF INVOICE |
| --- |
| 03-05-09 |

## INVOICE SERVICE DETAIL

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 12767082 | 18805457 | 05-MAR-09 | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 3 HR | $513.00 |
| 12767082 | 18815732 | 05-MAR-09 | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 3 HR | $513.00 |
| 12767082 | 18785788 | 05-MAR-09 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $81.00 |
| | | | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 1.5 HR | $256.50 |

REPRINT

D-U-N-S 09-4738007
FED. ID 58-2608861

## SimplexGrinnell BE SAFE.

*A Tyco International Company*
District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE | PO NUMBER |
|---|---|---|
| 64458281 | 03-27-09 | |

| SERVICE REQUEST # | SERVICE REQ CREATED | NATIONAL ACCOUNT NUMBER |
|---|---|---|
| 12930002 | 03-26-09 | |

| PAYMENT TERMS |
|---|
| COD |

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

"Let us know how we are doing"
www.simplexgrinnell.com

**Service Requested By:** Linn Hughes          **Requestors Phone Number:** 702-287-1319

Description of work
Tech arrived on site on 3/26/09 and an electrician was working
on building 21 and had the breaker off. This caused the AC power
failure. Tech turned breaker back on and the trouble cleared.
System is normal.

Signature authorization on file
Thank you

| | |
|---|---|
| Labor | $342.00 |
| Material | |
| Other | $81.00 |
| Invoice Amount | $423.00 |
| Taxes | $0.00 |
| Total Invoice Amount | $423.00 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

Total Amount Due  ▷          **$423.00**

---

## SimplexGrinnell BE SAFE.
*A Tyco International Company*

REMITTANCE COPY
PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
$423.00

BILL TO   Rhodes Homes
          435-01196831
SHIP TO   X-It Condos
          435-01680401

INVOICE NUMBER   64458281

INVOICE DATE   03-27-09

CUSTOMER P.O.

REMIT TO   SimplexGrinnell
           Dept. CH 10320
           Palatine          IL     60055-0320        1000042300664458281

☐ Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**SimplexGrinnell** BE SAFE.

*A Tyco International Company*
Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921



| INVOICE NO. |
|---|
| 64458281 |

| DATE OF INVOICE |
|---|
| 03-27-09 |

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 12930002 | 19015917 | 26-MAR-09 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $81.00 |
| | | | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 2 HR | $342.00 |

REPRINT

D-U-N-S 09-4738007
FED. ID 58-2608861

**tyco** | Fire & Security | **SimplexGrinnell**

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE |
|---|---|
| 63867780 | 09-12-08 |

| SERVICE REQUEST # | SERVICE REQ. CREATED |
|---|---|
| 11256352 | 09-10-08 |

PO NUMBER

NATIONAL ACCOUNT NUMBER

PAYMENT TERMS
Due upon receipt

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

"Let us know how we are doing"
www.simplexgrinnell.com

**Service Requested By:**

**Requestors Phone Number:**

Description of work
(1) KH SEMI ANNUAL
(1) KH ADDITIONAL CYLINDER INSP
(1) KH LINK LINE ADJ.
(7) FUSIBLE LINK
(3) BLOW OFF CAP-METAL
SIGNATURE ON FILE:

ERIC OSTROW

| | |
|---|---|
| Labor | |
| Material | $2,625.00 |
| Other | $10.00 |
| Invoice Amount | $2,635.00 |
| Taxes | $203.44 |
| Total Invoice Amount | $2,838.44 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

Total Amount Due  ▷  **$2,838.44**

---

REMITTANCE COPY

**tyco** | Fire & Security | **SimplexGrinnell**

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
**$2,838.44**

BILL TO  Rhodes Homes
435-01196831
SHIP TO  X-It Condos
435-01680401

INVOICE NUMBER  63867780

INVOICE DATE  09-12-08

CUSTOMER P.O.

REMIT TO  SimplexGrinnell
Dept. CH 10320
Palatine        IL    60055-0320        9000283844563867780

☐  Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**tyco** | Fire & Security | **SimplexGrinnell**

Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921

INVOICE NO.

63867780

DATE OF INVOICE

09-12-08

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 11256352 | 16595815 | 10-SEP-08 | SUPPRESSION LABOR | 1-SUPLBR | 1 EA | $0.00 |
| 11256352 | | 10-SEP-08 | FUEL SURCHARGE | FUEL SURCHARGE | 1 EA | $10.00 |
| 11256352 | 16595815 | 12-SEP-08 | SUPPRESSION MATERIAL | 1-SUPMTL | 35 EA | $2,625.00 |

REPRINT

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **Rhodes Design and Development Corporation** | | Case Number: **09-14846** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

US- Yellow, Inc

Name and address where notices should be sent:

US- Yellow, Inc
PO Box 3110
Jersey city, NJ 07303

TEL: (817) 360 - 0794

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (    )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**    $ 1291.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
Yellow Pages Advertising
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**
9570

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**    (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $    Annual Interest Rate:    %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $

Basis for perfection:

Amount Secured $    Amount Unsecured $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (    ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date 04/24/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name    Traci Mastrocinque Office Mgr
Title

THIS SPACE IS FOR COURT USE ONLY

**FILED**
MAY 0 6 2009

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857

| | Account No. | Invoice No. | Bill Date | Total Due |
|---|---|---|---|---|
| | 3306-1449576 | 913268-312 | 4/29/2009 | $1,291.60 |

# US-YELLOW
National Yellow Pages
"America's Choice"

# INVOICE

**BILLING ADDRESS:**

Rhodes Design & Development
4730 S Fort Apache Rd
Las Vegas, NV  89147

**Important Information**

- For changes, questions or enhancements to your listing, contact our customer service department. Call (877-360-0794) or fax (800-390-0150).

- We are not affiliated with AT&T or any local telephone company.

Last Published Edition: 2008 JUNE EDITION

**Account Activity**

Customer Service ..................................... 877-360-0794

Fax # ......................................................... 800-390-0150

US-Yellow's Federal Tax ID# ................... 58-2442391

**Charges for previously published editions**

| | |
|---|---|
| 2007 JANUARY EDITION | $311.50 |
| 2007 JUNE EDITION | $326.70 |
| 2008 JANUARY EDITION | $326.70 |
| 2008 JUNE EDITION | $326.70 |

**TOTAL DUE...................................  $1,291.60**

0-B001-001-001

**If the balance has been settled, please disregard this notice.
DETACH AND RETURN LOWER PORTION WITH PAYMENT.**

---

# US-YELLOW
National Yellow Pages
"America's Choice"

| Account No. | Invoice No. | Bill Date | Total Due |
|---|---|---|---|
| 3306-1449576 | 913268-312 | 4/29/2009 | $1,291.60 |

**BILLING ADDRESS:**

Rhodes Design & Development
4730 S Fort Apache Rd
Las Vegas, NV  89147

**AMOUNT ENCLOSED**

 MasterCard    VISA    AMERICAN EXPRESS    DISCOVER

Credit Card # _____    Exp. Date _____

Sign _____    Date _____

- DO NOT ATTACH CHECK TO REMITTANCE
- WRITE INVOICE # ON CHECK

**PLEASE MAKE ANY NECESSARY CHANGES TO YOUR LISTING PROFILE ON REVERSE**

**REMIT PAYMENT TO: USY PO BOX 3110, JERSEY CITY, NJ 07303-3110**



# US-Yellow: national business book

## featured sections

**002**- Special Interest  **073**- Tradeshows  **161**- Technology

**041**- Business Travel  **105**- Finance/Legal  **193**- Yellow Pages



US-Yellow.com

Oh Goody!

US-Yellow

find

**iphone** friendly!

www.US-Yellow.com

2008
Volume N Edition 18
OFFICE COPY

*"Nationwide at your fingertips"*®

**US-YELLOW**
www.US-Yellow.com

*Home Builders*

**613**

---

**CLARKSDALE HABITAT-HUMANITY**
PO Box 861
Clarksdale, MS 38614-0861 . . (662) 624-8984
Fax . . . . . . . . . . . . . . . . . . . . . (662) 621-1210
www.myspace.com/clarksdalehabitat
clarksdalehabitat@yahoo.com

**Missouri**

**TOM JOHNSON CONSTRUCTION INC**
100 Midland Park Dr
O Fallon, MO 63366-4129 . . . (636) 887-4120
tomjohnsonhomes.com

**Montana**

**L R SIGNATURE HOMES INC**
142 Mullan Rd W
Superior, MT 59872-9655 . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (406) 822-0253
Fax . . . . . . . . . . . . . . . (406) 822-0254

**Nebraska**

**CANIGLIA BUILDERS, INC**
3804 N 195 St
Elkhorn, NE 68022-5214 . . . . (402) 763-9303
Fax . . . . . . . . . . . . . . . . (402) 763-9304
www.cangliabuilders.com

**Nevada**

**RHODES DESIGN & DEVELOPMENT**
4730 S Fort Apache Rd
Las Vegas, NV 89147-7945 . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (702) 873-5338

**New Hampshire**

**CN WILSON CUSTOM BUILDING**
25 East Rd
Temple, NH 03084-4400 . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (603) 878-0062
Fax . . . . . . . . . . . . . . . (603) 878-1783

**New Jersey**

**ADRIATIC DEVELOPMENT & CONSTRU**
9 Bedminster Rd
Randolph, NJ 07869-1215 . . (973) 328-3473
Toll Free . . . . . . . . . . . . . (866) 877-3904
Fax . . . . . . . . . . . . . . . . (908) 686-1384
www.matdcbuilder.com
CAMARA CONSTRUCTION INC
92 Hillside Ave
Hillside, NJ 07205-1820 . . . . (732) 978-0791
H & M THOMAS HOME IMPROVEMENT
LLC
313 Martinelli Ave
Milltown, NJ 08341-1235 . . . (856) 697-4561
RAMS CONSTRUCTION
1275 US Highway 1
Avenel, NJ 07001-1647 . . . . (732) 396-3358

**New Mexico**

**DOJO BUILDERS**
1049 Cedro Ct
Los Alamos, NM 87544-2807 .(505) 412-0180
Fax . . . . . . . . . . . . . . . . (505) 661-2980
TAJ CONSTRUCTION
551 Corona Del Campo Loop
Las Cruces, NM 88011-4052 .(505) 650-5888
tsjone8@msn.com

**New York**

**A PLUS A CONTRACTING CORP**
21 Dolphin Ln W
Coplague, NY 11726-5419 . . .(631) 957-2243
www.aplusacontracting.com
FMF HOMES INC
123 Washington Blvd
Commack, NY 11725-1732 . . (631) 543-1103
GUIDARELLI CONTRACTING INC
399 Consaul Rd
Schenectady, NY 12304-2521 (518) 377-0277
ITAL-ARG SERVICES
4 Robert Ave
Elmont, NY 11003 . . . . . . . . (631) 664-5255
ital_arg@yahoo.com
PKX BUILDERS INC
2473 Lancaster St
East Meadow, NY 11554-3102 (516) 794-0318
RESERVE
2602 Liberty Rdg
New Windsor, NY 12553-4924 (845) 567-4347
RIDGEWOOD HOMES INC.
16 Harold Harris Rd
Queensbury, NY 12804-2108 . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (518) 798-2028

---

**North Carolina**

**ALAN FREULER CONSTRUCTION**
1630 Roanoke Chaple Rd
Littleton, NC 27850-9016 . . . (252) 586-7228
www.afnc.com
BEAZER HOMES
4757 Johnston Oehler Rd
Charlotte, NC 28269-0834 . . (704) 548-1241
DAVID WEEKLY HOMES
8612 Stonechase Dr
Raleigh, NC 27617-8003 . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . (919) 571-7760
FIELDS FOUNDATION
9400 US Highway 17
Pollocksville, NC 28573-9490 . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (252) 224-0150
HARDIN CREEKTIMBER FRAME &
MILLWORKS INC.
371 Daniel Boone Dr
Boone, NC 28607-4477 . . . . (828) 264-2464
Toll Free . . . . . . . . . . . . . (877) 227-5290
Fax . . . . . . . . . . . . . . . . (828) 264-5073
www.hardincreekmillwork.com
HARMONY TIMBERWORKS INC
645 Roby Greene Rd
Boone, NC 28607-9152 . . . . (828) 264-2314
JTC DRY WALL
PO Box 606
Etowah, NC 28729-0606 . . . (828) 280-2412
KOH RESIDENTIAL DESIGNS LLC
3930 Longwood Dr SW
Concord, NC 28027-9203 . . . (704) 721-5764
Fax . . . . . . . . . . . . . . . . (704) 723-0177
www.kohresidentialdesigns.com
kohdesigns@gmail.com
LAKE NORMAN HOME BUILDERS ASSN
836 Williamson Rd # D
Mooresville, NC 28117-8597 . (704) 664-5622
LINDLEY DESIGNS
854 East St
Pittsboro, NC 27312-8816 . . (919) 942-1920
ORLEANS HOMES
7785 Newhaven Dr
Oak Ridge, NC 27310-9854 . (336) 644-1717
OXFORD HOUSE SUDBURY
4301 Sudbury Rd
Charlotte, NC 28205-4825 . . (704) 536-3949
PORTRAIT HOMES
9111 Monroe Rd Ste 100
Charlotte, NC 28270-2460 . . (704) 849-2221
STANCIL CONTRACTING INC
990 N Johnson Rd
Smithfield, NC 27577-7702 . .(919) 422-1093
Fax . . . . . . . . . . . . . . . . (919) 934-0177
STEPHEN B BENTLEY CONSTRUCTION
137 S Valley View Dr
Mars Hill, NC 28754-6103 . . (828) 230-5767
Fax . . . . . . . . . . . . . . . . (828) 689-9260
WHITFIELD HOMES INC
202 Sampson St
Clinton, NC 28328-2864 . . . .(910) 590-2773

**North Dakota**

**BUCHHOLZ-MASTEL CONSTRUCTION**
1501 39th Ave S
Fargo, ND 58104-6315 . . . . .(701) 280-2485

**Ohio**

**K. HOVNANIAN HOMES**
13025 Jerry City Rd
Cygnet, OH 43413-9751 . . . .(419) 655-2077
Fax . . . . . . . . . . . . . . . . (419) 655-2069
www.khovbuy.com
LINWOOD GROUP INC
2161 Minerva Ave
Columbus, OH 43229-4797 . .(614) 394-4389
LIVINGSTON CUSTOM HOMES
12053 Cedarcreek Dr
Cincinnati, OH 45240-1001 . . . . . . . . . .
. . . . . . . . . . . . . . . . . (513) 674-9301
Fax . . . . . . . . . . . . . (513) 674-9301
lc.homes@hotmail.com
OLYMPUS HOMES SUNBURY ESTATES
522 Fairland Dr
Sunbury, OH 43074-8016 . . .(740) 965-4601
Fax . . . . . . . . . . . . . . . . (740) 965-5068
RYAN HOMES
1507 Middle Park Dr
Dayton, OH 45414-1500 . . . .(937) 454-2209
TREMONT CLUB
4800 Tremont Club Dr
Hilliard, OH 43026-5034 . . . .(614) 876-5700
Fax . . . . . . . . . . . . . . . . (614) 418-8920
www.tristawheryoulive.com
WAYNE HOMES
10001 US Highway 250 N
Milan, OH 44846-9570 . . . . .(419) 626-3009
Fax . . . . . . . . . . . . (780) 0-WAYNE-60
waynehomes.com

---

**Oklahoma**

**BRASS BRICK HOMES**
12101 N Macarthur Blvd # 317
Oklahoma City, OK 73162-1800 . . . . . . .
. . . . . . . . . . . . . . . . . . . (405) 720-9160
www.brassbrick.com
HOME HEALERS CONSTRUCTION
409 N Spruce Ave
Bartlesville, OK 74006-1929 . . . . . . . . . .
. . . . . . . . . . . . . . . . . (918) 766-2326
ROBERTS QUALITY HOMES
13802 E 91st St N
Owasso, OK 74055-2654 . . . (918) 274-3816
Fax . . . . . . . . . . . . . . . . (918) 274-0500
www.robertsqualityhomes.com

**Oregon**

**GOODMAN CONSTRUCTION & TRUCKING**
76332 Rainbow St Unit 35
Oakridge, OR 97463-9525 . . .(541) 782-2019
MONTICELLO HOMES BEND OFFICE
19800 Village Office Ct
Bend, OR 97702-1872 . . . . .(541) 312-9810
OLSEN HOMES INC
15450 Boones Ferry Rd
Lake Oswego, OR 97035-3454(503) 636-6030
www.olsenhomes.com

**Pennsylvania**

**ANDRE SAINT YVES ARCHITECTURAL**
2002 Kinvara Dr
Pittsburgh, PA 15237-3802 . . . . . . . . . .
. . . . . . . . . . . . . . . . . (412) 366-2363
DEFBAUGH & SHIELDS CNSTR
690 Route 36 S
Duncansville, PA 16635-4904 . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (814) 695-7521
Fax . . . . . . . . . . . . . . . . (814) 696-3411
ron5233@aol.com
HANOVER GROUP BUILDER LLP
161 W Moorestown Rd
Wind Gap, PA 18091-9764 . . (610) 814-0606
Toll Free . . . . . . . . . . . . . (800) 684-4557
Fax . . . . . . . . . . . . . . . . (610) 814-0609
HARRISON HOMES
909 Greenhouse Rd
Bethlehem, PA 18017-1116 . .(610) 351-2237
SUSQUEHANNA CRAFTSMEN
425 Bolton Dr
Harrisburg, PA 17112-9478 . .(717) 540-9696
TOLL BROTHERS THE ESTATES
1997 Chestnut Ln
Downingtown, PA 19335-3535(610) 518-7168
TRADITIONS OF AMERICA
5000 Ritter Rd
Mechanicsburg, PA 17055-6922 . . . . . . .
. . . . . . . . . . . . . . . . . . . (717) 697-7686
TRADITIONS OF AMERICA AT HANOVER
5055 Jaindl Blvd
Bethlehem, PA 18017-9465 . .(610) 559-5700

**Rhode Island**

**HARRINGTON CONSTRUCTION**
80 Robin Hollow Rd
W Greenwich, RI 02817-2373 (401) 385-9922

**South Carolina**

**ASHLEY RIVER COMMONS**
4512 Great Oak Dr
N Charleston, SC 29418-5001 . . . . . . . . .
. . . . . . . . . . . . . . . . . . . (843) 767-8989
Fax . . . . . . . . . . . . . . . . (843) 767-1565
ROCK RIDGE SALES
205 Lidsen Dr
Easley, SC 29642-7530 . . . . (864) 306-2018
SHUMAKER HOMES DESIGN CTR
10100 Broad River Rd
Irmo, SC 29063-7857 . . . . . .(803) 781-6170
TIDE WATER HOMES
763 Gate Post Dr
Mt Pleasant, SC 29464-4967 (843) 856-7650
Fax . . . . . . . . . . . . . . . . (843) 856-8764
TOLL BROTHERS INC
2 Hampton Hall Blvd
Bluffton, SC 29910 . . . . . . . (843) 815-4547
Fax . . . . . . . . . . . . . . . . (843) 815-4548

**South Dakota**

**CLEMENT CONSTRUCTION INC**
1312 E 6th St Apt 2
Sioux Falls, SD 57103-1454 . (605) 275-5795

**Texas**

**A ROLLINS CUSTOM HOMES**
13315 Veterans Memorial Dr Ste 501
Houston, TX 77014-1646 . . . (281) 880-6600
Fax . . . . . . . . . . . . . . . . (281) 880-6602
www.arollinshomes.com
arollinscustomhomes@yahoo.com

---

**ARTISAN LIFESTYLE HOMES WEST**
PO Box 26988
Fort Worth, TX 76126-6032 . . (817) 443-0111
Fax . . . . . . . . . . . . . . . . (817) 443-0112
www.artisanwest.com
ASHFORD HOMES
3800 E Sten Schlueter Loop Suite 107
Killeen, TX 76542-4538 . . . . (254) 699-8485
BC MONTANA CONSTRUCTION CO, LTD
817 S Polk Ste 200
Amarillo, TX 79114-1178 . . . (806) 351-1259
Fax . . . . . . . . . . . . . . . . (806) 351-1263
CADEN HOMES
11810 Brantley Haven Dr
Tomball, TX 77375-1801 . . . (281) 255-8449
CATHEY DEAN CUSTOM HOMES
3066 Rochelle Rd
Rockwall, TX 75032-7136 . . .(972) 771-3836
CHARLED D SHEARER DESIGN
1200 W State St
Garland, TX 75040-6109 . . . (972) 485-5715
CHRISTIAN HOME BUILDERS INC
288 Coral Gables
Trinity, TX 75862-6998 . . . . .(936) 594-7335
COMPASS POINTE HOMES
9950 Cypresswood Dr Ste 375
Houston, TX 77070-3412 . . . (281) 894-5000
D V C SPECIALTIES
30918 Hilltop Ln
Magnolia, TX 77354-1934 . . .(281) 259-5205
Fax . . . . . . . . . . . . . . . . (281) 259-8705
GENESIS CUSTOM HOMES
7790 US Highway 281 N Ste 201
Spring Branch, TX 78070-5766 . . . . . . . .
. . . . . . . . . . . . . . . . . . . (830) 228-4444
HART CUSTOM HOMES LLC
5615 Morningside Dr #310
Houston, TX 77005 . . . . . . . (713) 530-6889
Fax . . . . . . . . . . . . . . . . (713) 440-7586
www.myharthome.com
J SAMUEL CUSTOM HOMES
30211 Saddleridge Dr
Bulverde, TX 78163-2149 . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . (830) 438-6858
www.jsamuelcustomhomes.com
LEGACY BUILDERS LLC
242 Interstate 45 S
Huntsville, TX 77340-4958 . . (936) 291-3341
MC NAIR CUSTOM HOMES
21252 Gathering Oak Ste 200
San Antonio, TX 78260 . . . . (210) 408-6511
MOUNTAIN VISTA BUILDERS
10657 Vista Del Sol Dr Ste H
El Paso, TX 79935-4504 . . . .(915) 855-4690
NORMAN HOMES
9803 Wilcak St
Houston, TX 77078-2232 . . . (713) 633-5455
OBRA HOMES
13101 Northwest Fwy Ste 202
Houston, TX 77040-6315 . . . (713) 803-5500
Fax . . . . . . . . . . . . . . . . (713) 863-8192
PACIFIC SUMMIT PARTNERS
111 Congress Ave Ste 1950
Austin, TX 78701-4069 . . . . .(512) 479-4700
Fax . . . . . . . . . . . . . . . . (512) 479-4701
www.pacificcenturyhomes.com
PAISANO HOME BUILDERS
3302 Chacots St
Laredo, TX 78046-7025 . . . . (956) 723-9552
Fax . . . . . . . . . . . . . . . . (956) 724-5244
PAUL MOEBUS HOMES LLC
20101 Sandpiper Perch Court
Pflugerville, TX 78660 . . . . . (512) 293-9425
Fax . . . . . . . . . . . . . . . . (512) 272-5354
pamoebus@aol.com
PHOENIX HOMES & CONSTRUCTION
PO Box 9011
Fort Worth, TX 76147-2011 . .(817) 732-5100
PINNACLE CUSTOM HOMES
3730 Kirby Dr Ste 1200
Houston, TX 77098-3985 . . . (713) 834-1110
PLANS STYLES BY KEN DICK
4320 W Vickery Blvd Ste A
Fort Worth, TX 76107-6372 . .(817) 763-0555
R&C GILFORD CONSTRUCTION
3831 N Macgregor Way
Houston, TX 77004-6516 . . . (713) 524-3105
RYLAND HOMES - AMERICA'S HOME
BUILDER
10415 Morado Cir
Austin, TX 78759-5696 . . . . .(512) 343-7009
Fax . . . . . . . . . . . . . . . . (512) 343-3272
www.ryland.com
SPEARMAN & WATTS BUILDERS INC
155 Leaning Tree Ln
Kerrville, TX 78028-9273 . . . (830) 257-1588
SPIRIT CUSTOM HOMES LLC
PO Box 305
Wellborn, TX 77881-0305 . . .(979) 690-0456
T D COX HOMES LLC
PO Box 9705
Spring, TX 77387-6705 . . . . .(281) 364-1762
Fax . . . . . . . . . . . . . . . . (281) 364-0846
www.tdcoxhomes.com

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: THE RHODES COMPANIES, LLC aka "Rhodes Homes, et al." | Case Number: BK-S-09-14814-LBR |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
WESTAR KITCHEN & BATH, LLC

Name and address where notices should be sent:

612 South Tenth Street
Las Vegas, Nevada 89101

Telephone number:
(702) 320-7755

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
 *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $_____60,309.34

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __Goods Sold__
 (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

 **3a. Debtor may have scheduled account as:** _____
 (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** Mechanic's Liens Intended to be Enforced

**Value of Property:**$_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____9,733.08 **Amount Unsecured:** $_____50,576.26

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 5/11/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

David William, Esq. Atty for Creditor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# NOTICE OF RIGHT TO LIEN

Prepared for the Claimant by:
**Asset Research Services, Inc.** *
PO Box 7562 Chandler, AZ 85246-7562
(480) 940-4290 (800) 783-9638
Fax (480) 496-5735 (888) 496-5736

IN ACCORDANCE WITH SECTIONS NRS 108.221 TO 108.245 AND NRS 339.035 OF NEVADA STATUTES: *** THIS IS NOT A LIEN ***. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

The Undersigned notifies you that:

Owner Or Reputed Owners Or Public Agency

WESTAR KITCHEN & BATH LLC

7370 DEAN MARTIN DR STE 401
LAS VEGAS NV 89139-6949
(480) 612-8145

RHODES RANCH G P
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

Certified #: 7119 6571 7070 1234 1923

Lender Or Reputed Lender

***OWNER FINANCED***

Has supplied materials or equipment or performed work or services as follows:

SUPPLY, DELIVER AND OR INSTALL APPLIANCES

For improvement of the property identified as:

Original Or Reputed Contractor

104 HONORS COURSE DR
LAS VEGAS NV 89148-0001
LOT 39, RHODES RANCH PARCEL 20-UNIT 1 APN# 176-17-214-039
CITY OF LAS VEGAS in CLARK COUNTY, State of Nevada

RHODES DESIGN & DEVELOPMENT CORP
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338
Certified #: 7119 6571 7070 1234 1916

Under contract with:

Purchase Contractor

RHODES DESIGN - PARENT
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338

RHODES DESIGN - PARENT
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338

Also Notified Bonding Agent Or Tenant

The estimated total price of the above, but not limited to, is:

$6,174.59

## *** NOTICE TO PROPERTY OWNER ***

THIS IS NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF A LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

DATED AT CHANDLER, ARIZONA          APRIL 16, 2009

Asset Research Services, Inc.  as Limited Agent

By _____B Gauthier_____  Document Administrator

FOR:      WESTAR KITCHEN & BATH LLC

Invoice/Job# or Amends: 435666

Project Name or Sub: THE MAJORS

Doc#123706 NV_PRELN Bar#17379 Batch#121561/id#:08:57/Y          ORIGINAL

** Attention: Re: Section 1, per Senate Bill 152 NRS 108.228," SUPPLIER OF MATERIALS, listed hereon, hereby requests that copy of NOTICE OF COMPLETION be mailed CERTIFIED MAIL to same.

* Asset Research Services, Inc. IS ACTING ONLY AS LIMITED AGENT FOR THE CLAIMANT AND HAS NO AUTHORITY BEYOND THE PREPARATION OF DOCUMENTS NECESSARY TO IMPOSE A CLAIM OF LIEN. THE ABOVE INFORMATION NEEDS VERIFICATION PRIOR TO FILING A LIEN
Copyright © 2009  Asset Research Services, Inc.  All Rights Reserved

# NOTICE OF RIGHT TO LIEN

Prepared for the Claimant by:
**Asset Research Services, Inc. \***
PO Box 7562 Chandler, AZ 85246-7562
(480) 940-6290  (800) 783-9635
Fax (480) 496-5735  (888) 496-5736

IN ACCORDANCE WITH SECTIONS NRS 108.221 TO 108.246 AND NRS 339.035 OF NEVADA STATUTES; \*\*\* THIS IS NOT A LIEN \*\*\*. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

The Undersigned notifies you that:

WESTAR KITCHEN & BATH LLC

7370 S INDUSTRIAL ROAD #401
LAS VEGAS NV 89139-5949
(480) 612-8145

Owner Or Reputed Owners Or Public Agency

TUSCANY ACQUISITIONS IV LLC
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

Certified #: 7119 6571 7070 1211 9396

Lender Or Reputed Lender

\*\*\*OWNER FINANCED\*\*\*

Has supplied materials or equipment or performed work or services as follows:

APPLIANCES & PLUMBING

For improvement of the property identified as:

484 VIA DEL FORO DR
HENDERSON NV 89011-0104
LOT 27 BLOCK 1, TUSCANY PARCEL 16 - APN# 160-32-713-027
CITY of HENDERSON in CLARK COUNTY, State of Nevada

Original Or Reputed Contractor

RHODES DESIGN & DEVELOPMENT CORP
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338
Certified #: 7119 6571 7070 1211 9379

Under contract with:

RHODES DESIGN - PARENT
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338

Purchase Contractor

RHODES DESIGN - PARENT
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947
(702) 873-5338

The estimated total price of the above, but not limited to, is:

$3,558.49

Also Notified Bonding Agent Or Tenant

### \*\*\* NOTICE TO PROPERTY OWNER \*\*\*

THIS IS NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF A LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

DATED AT CHANDLER, ARIZONA        FEBRUARY 25, 2009

Asset Research Services, Inc.  as Limited Agent

By _____B Gauthier_____  Document Administrator

FOR:    WESTAR KITCHEN & BATH LLC

Invoice/Job# or Amends: 431962

Project Name or Sub: MELANI TS16

Doc#722S731 NV_PRELIM libra#17111 Batch#12878N168:35:56SY        ORIGINAL

\*\* Attention Re: Section 1, per Senate Bill 152 NRS 108.228, \*\* SUPPLIER OF MATERIALS, listed hereon, hereby requests that copy of NOTICE OF COMPLETION be mailed CERTIFIED MAIL to same.

\* Asset Research Services, Inc. IS ACTING ONLY AS LIMITED AGENT FOR THE CLAIMANT AND HAS NO AUTHORITY BEYOND THE PREPARATION OF DOCUMENTS NECESSARY TO IMPOSE A CLAIM OF LIEN. THE ABOVE INFORMATION NEEDS VERIFICATION PRIOR TO FILING A LIEN
Copyright © 2009  Asset Research Services, Inc.  All Rights Reserved

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170   Fax: (702) 382-1169



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

Debtors.

Affects:

☐  All Debtors
☒  Affects the following Debtor(s):

Apache Framing
Pinnacle Grading
Rhodes Design and Development
Corporation
The Rhodes Companies
Tribes Holdings
Tuscany Golf Country Club

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  December 17, 2009
Hearing Time:  9:30 a.m.
Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [BOOKS AND RECORDS CLAIMS] [DOCKET NO. ____]**

Upon consideration of the *Debtors' Fifth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]* [Docket No. ___] (the "Fifth Omnibus Objection"),[2] filed by above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing the Books and Records Claims; and the Court having jurisdiction to consider the Fifth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Fifth Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the Books and Records Claims and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Fifth Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Fifth Omnibus Objection establishes just cause for the relief requested therein; therefore

IT IS HEREBY ORDERED THAT:

1.      The Fifth Omnibus Objection is granted.

2.      The Books and Records Claims identified on **Exhibit A**, attached hereto, are hereby disallowed and expunged in their entirety.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fifth Omnibus Objection.

APPROVED/DISAPPROVED:

DATED this ___ day of December 2009.

By: _____
     UNITED STATES TRUSTEE
     August B. Landis
     Office of the United States Trustee
     300 Las Vegas Blvd. S., Ste. 4300
     Las Vegas, NV  89101


Submitted by:
DATED this 17th day of December 2009.

By: /s/ Zachariah Larson
     LARSON & STEPHENS
     Zachariah Larson, Esq. (NV Bar No 7787)
     Kyle O. Stephens, Esq. (NV Bar No. 7928)
     810 S. Casino Center Blvd., Ste. 104
     Las Vegas, NV  89101
     (702) 382-1170 (Telephone)
     (702) 382-1169
     zlarson@lslawnv.com
     *Attorneys for Debtors*

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 17th day of December, 2009.

By: /s/ Zachariah Larson
     LARSON & STEPHENS
     Zachariah Larson, Esq. (NV Bar No 7787)
     Kyle O. Stephens, Esq. (NV Bar No. 7928)
     810 S. Casino Center Blvd., Ste. 104
     Las Vegas, NV  89101
     (702) 382-1170 (Telephone)
     (702) 382-1169
     zlarson@lslawnv.com
     Attorneys for Debtors

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:68616.1