James I. Stang, Esq. (CA Bar No. 94435)  E-File: November 23, 2009
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:     November 24, 2009<br>TIME:      1:30 p.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP

73203-002\DOCS_LA:211381.1

## STATUS AND AGENDA FOR NOVEMBER 24, 2009 HEARING

## AT 1:30 P.M.

1.   *Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* **[Rhodes Docket No. 501]**

Related Filings:

A.   *Chapter 11 Plan of Reorganization #1* [Rhodes Docket No. 502]

B.   *Notice of Hearing on Disclosure Statement for the Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 504]

C.   *Certificate of Service* Filed by Nile Leatham for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 508]

D.   *Certificate of Service* Filed by Zachariah Larson for Docket Entries 501, 502, 503 and 504 [Rhodes Docket No. 510]

E.   *Certificate of Service* Filed by Nile Leatham for Docket Entry 504 [Rhodes Docket No. 519]

F.   *Objection to Disclosure Statement and Sufficiency of Disclosure Statement for the Plan of Reorganization for the Rhodes Companies LLC Pursuant to Chapter 11 of the US Bankruptcy Code* [Rhodes Docket No. 617]

G.   *Notice of Filing of Verification of Publication in the Las Vegas Review Journal and the Las Vegas Sun* [Rhodes Docket No. 618]

H.   *Amended Chapter 11 Plan Number First Amended Plan* [Rhodes Docket No. 649]

I.   *First Amended* Disclosure Statement *for the First Amended Plan of Reorganization* [Rhodes Docket No. 650]

J.   *Amended Chapter 11 Plan Number (REDLINED First Amended)* [Rhodes Docket No. 651]

K.   *(REDLINED) First Amended Disclosure Statement for First Amended Plan of Reorganization* [Rhodes Docket No. 652]

---

(Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

L.  *Certificate of Service* for Docket entries 649, 650, 651 and 652 [Rhodes Docket No. 653]

M.  *Reply of the First Lien Steering Committee to (1) Certain Issues Raised Sua Sponte by the Bankruptcy Court with Respect to Sufficiency of Disclosure Statement and (II) Stanley Consultants, Inc.'s Objection to Sufficiency of Disclosure Statement* [Rhodes Docket No. 663]

N.  *Certificate of Service* for Docket Entry No. 663 [Rhodes Docket No. 664]

O.  Transcript regarding Hearing Held on 10/30/09 [Rhodes Docket No. 688]

P.  *Second Amended Disclosure Statement for the Second Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 713]

Q.  *Redline of the First/Second Amended Disclosure Statement for the First/Second Amended Plan of Reorganization Pursuant to chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 714]

R.  *Amended Chapter 11 Plan Number Second Amended* [Rhodes Docket No. 715]

S.  *Redline of First/Second Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Rhodes Docket No. 716]

T.  *Notice of Filing of Amended Exhibit "A" to Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* [Rhodes Docket No. 717]

U.  *Notice (Redlined) of Filing of Amended Exhibit "A" to Motion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* [Rhodes Docket No. 719]

V.  *Second Amended Modified Disclosure Statement for the Second Amended Modified Plan of Reorganization (without Exhibits)* (Entered: 11/23/2009) [Rhodes Docket No. 774]

W.  *Amended Chapter 11 Plan Number* [Second Amended Modified Plan] Entered: 11/23/2009) [Rhodes Docket No. 775]

X.  *(REDLINED pages only) Second Amended Modified Disclosure Statement for the Second Amended Modified Plan of Reorganization* (Attachments: # (1) Part 2 of Redlined Second Amended Disclosure Statement [Rhodes Docket No. 776]

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Y. *Amended Chapter 11 Plan Number* [REDLINED pages only-Second Amended Modified Plan] [Rhodes Docket No. 777]

**STATUS**:  This matter was continued from the November 16, 2009 omnibus hearing and will be going forward.

2. *M*ot*ion of the First Lien Steering Committee for Entry of an Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Materials With Respect to Confirmation of Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices In Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto* **[Rhodes Docket No. 503]**

Related Filings:

See No. 1 above.

**STATUS**:  This matter was continued from the November 16, 2009 omnibus hearing and will be going forward.

Dated: November 23, 2009    LARSON & STEPHENS

           */s/Zachariah Larson*
           Zachariah Larson, Esq. (NV Bar No. 7787)
           810 S. Casino Center Blvd., Ste. 104
           Las Vegas, Nevada  89101

           –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169