1  James I. Stang, Esq. (CA Bar No. 94435)                    E-File: November 23, 2009
2  Shirley S. Cho, Esq. (CA Bar No. 192616)
   Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: jstang@pszjlaw.com
6          scho@pszjlaw.com
7          wdisse@pszjlaw.com

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702.382.1170
   Facsimile:  702.382.1169
11 Email: zlarson@lslawnv.com

12 Attorneys for Debtors and
13 Debtors in Possession

14         **UNITED STATES BANKRUPTCY COURT**

15               **DISTRICT OF NEVADA**

16 In re:                                | Case No.: BK-S-09-14814-LBR
17                                        | (Jointly Administered)
   THE RHODES COMPANIES, LLC, aka        |
18 "Rhodes Homes, et al.,[1]             |
19              Debtors.                  | Chapter 11

20

21 [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-
   14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
22 Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho
   Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
23 Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc.
   (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
24 Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design
   and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
25 Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany
   Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
26 Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No.
   09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
27 14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC
   (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
28 (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Affects:
☐      All Debtors
☒      Affects the following Debtor(s)
The Rhodes Companies, LLC – 09-14814 –
LBR and Rhodes Design and Development
Corporation – 09-14846 LBR

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER SUSTAINING DEBTORS' OBJECTION TO PEACOCK MOUNTAIN RANCH ASSOCIATION'S CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [NON-DEBTOR CLAIMS] [DOCKET NO. 592]** was entered on November 23, 2009. A copy of the Order is attached hereto.

**DATED** this 23rd day of November, 2009.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

2

**Entered on Docket**
**November 23, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

                    Debtors.

Affects:
☐    All Debtors
☒    Affects the following Debtor(s):

The Rhodes Companies, LLC 09-14814
LBR and Rhodes Design and Development
Corporation 09-14846 LBR

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date: November 16, 2009
Hearing Time: 1:30 p.m.
Courtroom 1

**ORDER SUSTAINING DEBTORS' OBJECTION TO PEACOCK MOUNTAIN RANCH ASSOCIATION'S CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [NON-DEBTOR CLAIMS] [DOCKET NO. 592]**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1    Upon consideration of *Debtors' Objection to Peacock Mountain Ranch Association's*

2    *Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007*

3    *[Non-Debtor Claims]* [Docket No. 592] (the "Objection"),[2] filed by the above-captioned debtors

4    and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order

5    disallowing and expunging in full the disputed claims; and the Court having jurisdiction to

6    consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

7    and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

8    venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

9    having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule

10    3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to

11    the holder of the claims attached as part of Exhibit A and as Exhibit B to the Objection and all

12    other parties entitled to notice; and no other or further notice is necessary; and the relief

13    requested in the Objection is in the best interests of the Debtors, their estates and creditors; and

14    that the legal and factual bases set forth in the Objection establishes just cause for the relief

15    requested therein; therefore

16    IT IS HEREBY ORDERED THAT:

17    1.    Claim number 28 of Peacock Mountain Ranch Association in the amount of

18    $9,240.00, filed against The Rhodes Companies, LLC, is hereby disallowed and expunged in

19    full.

20    2.    This Court shall retain jurisdiction to hear and determine all matters arising from

21    the implementation of this Order.

22

23

24

25

26

27

28    [2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

APPROVED/DISAPPROVED:

DATED this ____ day of November 2009.

By: _____
UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Submitted by:

DATED this 16th day of November 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169 (Facsimile)
zlarson@lslawnv.com
*Attorneys for Debtors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:210533.1                    3

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 16th day of November 2009.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    Attorneys for Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:210533.1