# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,

          Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

## NOTICE OF AMENDED PROOF OF CLAIM NO. 19

CM PAINTING INC. hereby further amends its proof of claim, designated as Claim No. 19 filed in the above-captioned case, from a **priority** claim in the amount of $7,445.00 to a **general unsecured** claim in the amount of $7,445.00.

Dated: 10 24, 2009

By: Chason Memmott (print name)
Its: president (title)

73203-002\DOCS_SF:67416.2