Entered on Docket
November 30, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>Rhodes Ranch Golf and Country Club 09-14854 | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br><br><br>Hearing Date: November 16, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

**ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [PAID CLAIMS] [RE DOCKET NO. 590]**

Upon consideration of *Debtors' Fourth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 (Paid Claims)* [Docket No. 590] (the "Fourth Omnibus Objection")[2] filed by the Debtors, requesting that the Court enter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:210535.1

1  an order disallowing and expunging in full each of the Paid Claims; and the Court having
2  jurisdiction to consider the Fourth Omnibus Objection and the relief requested therein pursuant
3  to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant
4  to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408
5  and 1409; and the Court having reviewed the Fourth Omnibus Objection; the Court hereby finds
6  and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due
7  and proper notice has been provided to each holder of a claim listed on **Exhibit A** attached
8  hereto and all other parties entitled to notice; and no other or further notice is necessary; and the
9  relief requested in the Fourth Omnibus Objection is in the best interests of the Debtors, their
10 estates and creditors; and that the legal and factual bases set forth in the Fourth Omnibus
11 Objection establish just cause for the relief requested therein; therefore IT IS HEREBY
12 ORDERED THAT:

13   1.   The claims identified on **Exhibit A** attached hereto are hereby disallowed in their
14 entirety; and

15   2.   This Court shall retain jurisdiction to hear and determine all matters arising from
16 the implementation of this Order

17 (APPROVED)/ DISAPPROVED:

18 DATED this ___ day of November 2009.

19 By: *Edward M. McDonald*
20 UNITED STATES TRUSTEE
21 August B. Landis
   Office of the United States Trustee
22 300 Las Vegas Blvd. S., Ste. 4300
   Las Vegas, NV  89101

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:210535.1                              2

Submitted by:

DATED this 16th day of November 2009.

By: /s/
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169 (Facsimile)
zlarson@lslawnv.com
*Attorneys for Debtors*

# EXHIBIT A

| Claim No. | Claim Filed Date | Filed in Debtor Case | Claimant Name | Secured | Priority | Unsecured | Proposed Treatment/ Disposition |
|---|---|---|---|---|---|---|---|
| 14 | 05206/09 | Rhodes Ranch Golf and Country Club | Integrated Business Systems | | | 1,034.52 | Disallow claim in its entirety. |
| 2 | 04/24/09 | Rhodes Ranch Golf and Country Club | Priority Building Services | | | 350.00 | Disallow claim in its entirety. |
| 6 | 04/29/09 | Rhodes Design and Development Corporation | Cananwill, Inc. | 111,350.36 | | | Disallow claim in its entirety. |

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 16th day of November 2009.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV  89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    Attorneys for Debtors

73203-002\DOCS_LA:210535.1