**Entered on Docket**
**December 09, 2009**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

J. Thomas Beckett, Utah Bar 5587          Rew R. Goodenow, Bar 3722
*Admitted Pro Hac Vice, Docket No. 224*   PARSONS BEHLE & LATIMER
David P. Billings, Utah Bar #11510        50 West Liberty Street, Suite 750
*Admitted Pro Hac Vice, Docket No. 225*   Reno,  NV  89501
PARSONS BEHLE & LATIMER                   (775) 323-1601
One Utah Center                           rgoodenow@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*          **E-filed:** December 8, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.  BK-S-09-14814-LBR |
| | (Jointly Administered) |
| **THE RHODES COMPANIES,** | |
| aka "Rhodes Homes, *et al.*," | Chapter 11 |
| | |
| Debtors. | Honorable Linda B. Riegle |

**ORDER RE FIRST INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER**
**SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES [Docket No. 409]**

Upon consideration of the *First Interim Fee Application of Parsons Behle & Latimer Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket No. 409] (the "Application"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1.       The Application is granted as set forth herein and the Court allows, on an interim

PARSONS
BEHLE &
LATIMER

4843-6821-1973.1

1    basis, Parsons Behle & Latimer ("Parsons Behle" or the "Firm"), the sum of $30,281.09,

2    inclusive of all fees and expenses for the period from May 26, 2009 through June 30, 2009,

3    consisting of $29,785.00 of fees and $496.09 of expenses as reasonable compensation for actual

4    and necessary services rendered by Parsons Behle.

5          2.       The allowance of the aforementioned interim fees and expenses is subject to Court

6    approval on a final basis pursuant to final fee applications to be submitted for approval at the

7    appropriate time.

8    DATED this 8th day of December, 2009.

9

10   Submitted by:

11

12   By: */s/ J. Thomas Beckett*
     PARSONS BEHLE & LATIMER

13   J. Thomas Beckett, Esq. (UT Bar 5587)
     *Admitted Pro Hac Vice, Docket No. 224*

14   David P. Billings, Utah Bar #11510
     *Admitted Pro Hac Vice, Docket No. 225*

15   PARSONS BEHLE & LATIMER
     One Utah Center

16   201 South Main Street, Suite 1800

17   Salt Lake City, UT  84111
     (801) 536-6700

18   tbeckett@parsonsbehle.com
     dbillings@parsonsbehle.com

19
     Rew R. Goodenow, Bar 3722

20   PARSONS BEHLE & LATIMER

21   50 West Liberty Street, Suite 750
     Reno, NV  89501

22   (775) 323-1601
     rgoodenow@parsonsbehle.com

23

24   *Counsel to the Official Committee, Docket #380*

25

26

27

28

PARSONS
BEHLE &
LATIMER

4843-6821-1973.1

1    APPROVED/DISAPPROVED

2    SARA L. KISTLER, ACTING UNITED STATES TRUSTEE

3

4    By
     August B. Landis

5    Assistant United States Trustee
     300 Las Vegas Blvd. S., Ste. 4300

6    Las Vegas, NV 89101
     Telephone: (702) 388-6600 Ext. 235

7    Telefax: (702) 388-6658

8    Email: augie.landis@usdoj.gov

9

10                   **LR 9021 Certification**

11   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

12   ___ The court has waived the requirement of approval under LR 9021.

13    X  No parties *appeared* or *filed* written objections, and there is no trustee appointed in the case.

14   ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

15   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and

16   each has approved or disapproved the Order, or failed to respond, as indicated below.

17   DATED this 8th day of November, December, 2009.

18

19   Submitted by:

20

21   By: */s/ J. Thomas Beckett*
     PARSONS BEHLE & LATIMER

22   Attorneys for the Unsecured Creditors Committee
     J. Thomas Beckett, Esq. (UT Bar 5587)

23   *Admitted Pro Hac Vice, Docket No. 224*
     David P. Billings, Utah Bar #11510

24   *Admitted Pro Hac Vice, Docket No. 225*
     One Utah Center

25   201 South Main Street, Suite 1800
     Salt Lake City, UT  84111

26   (801) 536-6700

27   tbeckett@parsonsbehle.com
     dbillings@parsonsbehle.com

28

PARSONS
BEHLE &
LATIMER                                          - 3 -

4843-6821-1973.1

1  Rew R. Goodenow, Bar 3722
   PARSONS BEHLE & LATIMER
2  50 West Liberty Street, Suite 750
   Reno, NV 89501
3  (775) 323-1601
4  rgoodenow@parsonsbehle.com

5  *Counsel to the Official Committee, Docket #380*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

4843-6821-1973.1