UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al..¹<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| [X]  Affects All Debtors<br><br>[  ]  Affects the following Debtors | |

## CERTIFICATE OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On December 4, 2009, I served the following documents:

**Cover Letter**

**Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the First Lien Steering Committee's Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto**

**Solicitation Procedures**

**Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al., and (II) Solicitation and Voting Procedures**

---

¹ The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

Letter signed by the First Lien Steering Committee, the Debtors, the Creditors' Committee and the Second Lien Agent (collectively, the "Recommending Parties") in support of the Plan

Letter signed by the Creditors' Committee in support of the Plan

Second Amended Modified Disclosure Statement for the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al on CD-ROM Format

**Class A-1/Class C-2 Ballot**

**Class A-2/C-3 Ballot**

**Class C-1 Ballot**

(the "Plan Solicitation Documents")

By supervising placement of the Plan Solicitation Documents above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California.

Attached hereto as Exhibit A is the list of Parties served with the Plan Solicitation Documents. The row entitled "Ballot" sets forth a reference to the individual ballot served upon each party.

    Executed on December 7, 2009, at Encino, California

                                                                             */s/ Nova George*
                                                                             Nova George

**EXHIBIT A**

The Rhodes Companies, LLC - U.S. Mail                                                                                                            Served 12/4/2009

Class C-1 Ballot
A AFFORDABLE STRIPING & SEALING LLC
ATTN: SHONDA DECKER
5795 S SANDHILL RD, SUITE F
LAS VEGAS, NV 89120

Class C-1 Ballot
A COMPANY, INC
ATTN: CRYSTAL M. HIEBERT
3975 S EAGLESON RD
BOISE, ID 83705

Class C-1 Ballot
ABC LOCKSMITH CORP.
3981 E. SUNSET ROAD
#E
LAS VEGAS, NV 89120

Class C-1 Ballot
ACCOUNTANTS, INC.
P.O. BOX 60000
SAN FRANCISCO, CA 94160

Class C-1 Ballot
ACCURATE BUILDING MAINTENANCE LLC
ATTN: TAMMY WIGHT
3062 SHERIDAN ST
LAS VEGAS, NV 89102

Class C-1 Ballot
ACUSHNET COMPANY
ATTN: ELLE MARTINS
P.O. BOX 965
FAIRHAVEN, MA 02719

Class A1\C2 Ballot
ADAM ZAUSMER
CREDIT SUISSE
ELEVEN MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK  10010

Class C-1 Ballot
AIR METHODS CORPORATION
ATTN: MARK R. KEENE
621 E. CARNEGIE DRIVE SUITE 210
SAN BERNARDINO, CA 92408-3536

Class C-1 Ballot
AIR QUALITY SERVICES OF NEVADA
SWANSON LAW FIRM, LLC
6787 W. TROPICANA AVE. SUITE #241
LAS VEGAS, NV 89103

Class C-1 Ballot
AL & BETH CARDAMONE
4689 LOMAS SANTA FE STREET
LAS VEGAS, NV 89147

Class C-1 Ballot
ALL AMERICAN CARPET CARE
2756 NORTH GREEN VALLEY PKWY #108
HENDERSON, NV 89014

Class C-1 Ballot
AMERICAN ASPHALT & GRADING CO.
3624 GOLDFIELD ST.
N. LAS VEGAS, NV 89032

Class C-1 Ballot
AMERICAN EXPRESS TRAVEL RELATED SERVICES CO
CORP CARD
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

Class C-1 Ballot
AMERICAN INT'L SPECIALTY LINES INSURANCE CO ET
ATTN: MICHELLE A. LEVITT AUTHORIZED REP
COMMERCIAL INSURANCE BK COLLECTIONS
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Class C-1 Ballot
AMERICAN SOILS ENGINEERING
C/O PEZZILLO ROBINSON
6750 VIA AUSTI PKWY STE 170
LAS VEGAS, NV 89119

Class C-1 Ballot
ANDRADE'S CLEANING CO.
798 A STREET
LAS VEGAS, NV 89106

Class A2\C3 Ballot
ANTARES
MELANIE MAREGNI
ANTARES CAPITAL CORP
201 MERRITT 7, PO BOX 5201
NORWALK, CT 06856-5201

Class C-1 Ballot
APPLE EXTERMINATING INC
2756 N GREEN VALLEY PKWY
STE-418
HENDERSON, NV 89014

Class C-1 Ballot
APPLE MASONRY, INC.
ATTN: SHARON K. APPLE
4547 N. RANCHO DR. #D
LAS VEGAS, NV 89130

Class C-1 Ballot
AR IRON LLC
ATTN: VICKIE SANTO
1425 ATHOL AVE.
HENDERSON, NV 890111

Class C-1 Ballot
ARIZONA LAND QUEST LLC
ATTN: JOHN GALL
8783 BRINDISI PARK AVE
LAS VEGAS, NV 89148

Class C-1 Ballot
ASHWORTH
FILE 51141
LOS ANGELES, CA 90074-1141

Class C-1 Ballot
ATRIUM DOORS & WINDOWS OF ARIZONA
ATTN: CHRISTINE MCKENZIE
ATRIUM COMPANIES, INC
3890 WEST NORTHWEST HWY #500
DALLAS, TX 75220

Class A2\C3 Ballot
ATTENTUS MANAGEMENT
YVETTE HAYNES
ATTENTUS CDO I, LTD
C/O THE BANK OF NEW YORK
601 TRAVIS STREET, 16TH FLOOR
HOUSTON, TX 77002

Class A2\C3 Ballot
AVENUE ADVISORS
KRISTEN REGA
AVENUE CLO FUND LTD
535 MADISON AVE., 15TH FLOOR
NEW YORK, NY 10022

Class A2\C3 Ballot
AVENUE ADVISORS
KRISTEN REGA
AVENUE CLO II LIMITED
535 MADISON AVE., 15TH FLOOR
NEW YORK, NY 10022

Class A2\C3 Ballot
AVENUE ADVISORS
KRISTEN REGA
AVENUE CLO III LTD
535 MADISON AVE., 15TH FLOOR
NEW YORK, NY 10022

The Rhodes Companies, LLC - U.S. Mail					Served 12/4/2009

Class C-1 Ballot  
B & F CONSTRUCTION INC.  
2735 SIMMONS ST. #100  
N LAS VEGAS, NV 89032  

Class C-1 Ballot  
B.D. TRIM  
6270 KIMBERLY AVE. SUITE B  
LAS VEGAS, NV 89122-7655  

Class C-1 Ballot  
BAIRD, WILLIAMS & GREER, LLP  
C/O DARYL M. WILLIAMS  
6225 N. 24TH STREET, SUITE 125  
PHOENIX, AZ 85016  

Class C-1 Ballot  
BAIR'S CARPET VALLEY - C  
7465 WEST SUNSET ROAD  
SUITE 1200  
LAS VEGAS, NV 89113  

Class C-1 Ballot  
BANCROFT, SUSA & GALLOWAY  
4713 E. CAMP LOWELL DRIVE  
TUCSON, AZ 85712  

Class A2\C3 Ballot  
BANK OF NEW YORK  
PAUL CASACCIO  
OWS CLO I LTD  
C/O BANK OF NEW YORK MELLON  
101 BARCLAY STREET  
NEW YORK, NY 10286  

Class A2\C3 Ballot  
BLACKROCK FINANCIAL MGMT  
LOAN PRODUCTS  
BLACKROCK SR INC SER IV  
C/O BLACKROCK FINANCIAL MANAGEMENT  
40 EAST 52ND STREET  
NEW YORK, NY 10022  

Class A2\C3 Ballot  
BLACKROCK FINANCIAL MGMT  
LOAN PRODUCTS  
MAGNETITE V CLO LTD  
C/O BLACKROCK FINANCIAL MANAGEMENT  
NEW YORK, NY 10022  

Class C-1 Ballot  
BOWMAN & BROOK, LLP  
2901 N CENTRAL AVE #1600  
PHOENIX, AZ 85012  

Class C-1 Ballot  
BRAVO UNDERGROUND, INC.  
1183 CENTER POINT DRIVE  
HENDERSON, NV 89074  

Class C-1 Ballot  
BROADBENT & ASSOCIATES, INC.  
ATTN: JON BELL  
8 WEST PACIFIC AVENUE  
HENDERSON, NV 89015  

Class C-1 Ballot  
CABINET WEST DISTRIBUTORS  
ATTN: LARRY NEWTON  
150 CASSIA WAY SUITE 100  
HENDERSON, NV 89014  

Class C-1 Ballot  
CABINETEC, INC  
ATTN: SHERI FOREMAN  
2711 EAST CRAIG RD, #A  
N LAS VEGAS, NV 8903  

Class C-1 Ballot  
CABINETEC, INC  
ATTN: SHERI FOREMAN  
2711 EAST CRAIG RD, #A  
N LAS VEGAS, NV 89030  

Class C-1 Ballot  
CABINETEC, INC  
ATTN: SHERI FOREMAN  
2711 EAST CRAIG RD, #A  
N LAS VEGAS, NV 89030  

Class C-1 Ballot  
CABINETEC, INC.  
ATTN: TRACY L GOLDSACK  
2711 EAST CRAIG RD, #A  
NORTH LAS VEGAS, NV 89030  

Class C-1 Ballot  
CALLAWAY GOLF COMPANY  
ATTN: DIANA SCHELIN  
2180 RUTHERFORD ROAD  
CARLSBAD, CA 92008  

Class A2\C3 Ballot  
CAPITAL SOURCE  
ALEXANDER M. CHAVEZ  
DMD SPECIAL SITUATIONS FUNDING  
C/O CAPITALSOURCE TRS LLC  
4445 WILLARD AVE 12TH FLOOR  
CHEVY CHASE, MD 20815  

Class A2\C3 Ballot  
CARLYLE  
KARI LICHMAN  
CARLYLE LOAN INVESTMENT LTD  
C/O BANK OF NEW YORK MELLON  
520 MADISON 41ST FLOOR  
NEW YORK, NY 10022  

Class C-1 Ballot  
CATERPILLAR FINANCIAL SERVICES CORPORATION  
C/O SNELL & WILMER L.L.P.  
ATTN: ROBERT R. KINAS  
3883 HOWARD HUGHES PARKWAY, SUITE 1100  
LAS VEGAS, NV 89169  

Class C-1 Ballot  
CENTRAL TELEPHONE COMPANY- NEVADA  
PO BOX 7971  
SHAWNEE MISSION, KS 66207-0971  

Class C-1 Ballot  
CENTRAL TELEPHONE COMPANY- NEVADA  
PO BOX 7971  
SHAWNEE MISSION, KS 66207-0971  

Class C-1 Ballot  
CENTRAL TELEPHONE COMPANY- NEVADA  
PO BOX 7971  
SHAWNEE MISSION, KS 66207-0971  

Class C-1 Ballot  
CHAD & TANIA KEISER  
ATTN: TROY L. ISAACSON  
MADDOX, ISAACSON & CISNEROS, LLP  
3811 W. CHARLESTON BLVD., SUITE 110  
LAS VEGAS, NV 89102  

Class C-1 Ballot  
CHARLES BAGLEY  
ATTN: TROY L. ISAACSON  
MADDOX, ISAACSON & CISNEROS, LLP  
3811 W. CHARLESTON BLVD., SUITE 110  
LAS VEGAS, NV 89102  

Class C-1 Ballot  
CHARLES K. MOSLEY  
28 COLLECTON RIVER DRIVE  
HENDERSON, NV 89052  

Class C-1 Ballot  
CHAVEZ CONSTRUCTION CLEAN UP  
ATTN: DAVID CHAVEZ  
2160 W. CHARLESTON BLVD. STE. M  
LAS VEGAS, NV 89102

The Rhodes Companies, LLC - U.S. Mail                                                                           Served 12/4/2009

| | | |
|---|---|---|
| Class C-1 Ballot<br>CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN: LESLIE BRUELAND<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Class C-1 Ballot<br>CLARK COUNTY TREASURER<br>500 S. GRAND CENTRAL PKY,1ST FLR<br>PO BOX 551220<br>LAS VEGAS, NV 89155-1220 | Class C-1 Ballot<br>CLASS OF PLANTIFF HOMEOWNERS, IN RE KITEC F<br>C/O J. RANDALL JONES, ESQ.<br>KEMP, JONES & COULTHARD, LLP<br>3800 HOWARD HUGHES PARKWAY, 17TH FLOOR<br>LAS VEGAS, NV 89169 |
| Class C-1 Ballot<br>CM PAINTING INC.<br>ATTN: CHASON MEMMOTT<br>10967 LAMPIONE ST<br>LAS VEGAS, NV 89141 | Class C-1 Ballot<br>COLOR GAMUT DIGITAL IMAGING<br>1889 E. MAULE AVE UNIT J<br>LAS VEGAS, NV 89119 | Class C-1 Ballot<br>CONEX INTERNATIONAL<br>NEIL KATZ<br>548 BLUEBIRD CANYON DRIVE<br>LAGUNA BEACH, CA 92651 |
| Class C-1 Ballot<br>CORBY D. ARNOLD, ESQ., PROFESSIONAL CORPORATI<br>2965 S. JONES BLVD., - SUITE A<br>LAS VEGAS, NV 89146 | Class A2\C3 Ballot<br>CREDIT SUISSE<br>SONIA VARGAS/OPS/NOTICES<br>CREDIT SUISSE LOAN FUNDING LLC<br>11 MADISON AVE, 5TH FL<br>NEW YORK, NY 10010 | Class A1\C2 Ballot<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH<br>C/O VAN C. DURRER II & BERTRAND PAN<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 S. GRAND AVENUE, SUITE 3400<br>LOS ANGELES, CA 90071-3144 |
| Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>AFSHAN AHMED<br>ATRIUM CDO<br>C/O THE BANK OF NEW YORK<br>11 MADISON AVE<br>NEW YORK, NY 10010 | Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>AFSHAN AHMED<br>CREDIT SUISSE ASSET MGMT SYND<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 | Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>FARRAH ALVI<br>CASTLE GARDEN FUNDING<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 |
| Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>HOA LIEN<br>MADISON PARK FUNDING II, LTD.<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 | Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>MIMI SINGH<br>ATRIUM IV<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 | Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>MIMI SINGH<br>CSAM FUNDING IV<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 |
| Class A2\C3 Ballot<br>CS ALTERNATIVE CAPITAL MANAGEMENT<br>MONIQUE CELESTINE<br>MADISON PARK FUNDING I LTD<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 | Class A2\C3 Ballot<br>CSAM<br>NILMIN HAIDERALI<br>CSAM FUNDING I<br>C/O THE BANK OF NEW YORK<br>NEW YORK, NY 10010 | Class C-1 Ballot<br>CUSTOM HEARTH DISTRIBUTORS<br>ATTN: CHRISTIAN LECATES<br>P.O. BOX 335367<br>N. LAS VEGAS, NV 89033 |
| Class C-1 Ballot<br>CVEC, INC.<br>PO BOX 3635<br>CHATSWORTH, CA 91313 | Class C-1 Ballot<br>DAN BRADLEY GLASS SHOP, INC.<br>ATTN: JOY BRADLEY<br>4125 W DESERT INN RD<br>LAS VEGAS, NV 89102 | Class C-1 Ballot<br>DAVID AND CHRISTINE FROHNEN<br>11 ISLEWORTH DR.<br>HENDERSON, NV 89052 |
| Class C-1 Ballot<br>DEAN & DUNN ROOFING<br>5385 SOUTH CAMERON<br>SUITE 21<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>DEL GROSSO FLOOR COVERING, INC.<br>ATTN: JOSEPH TERRANA<br>3170 PONDEROSA WAY<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>DESERT PLASTERING LLC<br>ATTN: HERMELINDA RODRIGUEZ<br>2602 LOSEE ROAD<br>NORTH LAS VEGAS, NV 89030 |
| Class A2\C3 Ballot<br>DEUTSCHE ASSET MGMT / SCUDDER<br>CLO ADMINISTRATION<br>GENESIS CLO 2007-3 LTD.<br>C/O DEUTSCHE BANK<br>1761 E. ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | Class C-1 Ballot<br>DEVELOPMENT PLANNING & FINANCING GROUP, INC.<br>ATTN: TAMMY SCOFIELD<br>DPFG, INC.<br>27127 CALLE ARROYO, STE 1910<br>SAN JUAN CAPISTRANO, CA 92675 | Class A2\C3 Ballot<br>DMD SPECIAL SITUATIONS LLC<br>ALEXANDER M. CHAVEZ<br>DMD SPECIAL SITUATIONS, LLC<br>C/O CAPITALSOURCE TRS LLC<br>4445 WILLARD AVE 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

The Rhodes Companies, LLC - U.S. Mail                                                                                      Served 12/4/2009

| | | |
|---|---|---|
| Class C-1 Ballot<br>DON'S OFFICE PRODUCTS<br>ATTN: BRIAN E. HARRIS<br>216 N. 5TH STREET<br>KINGMAN, AZ 86401 | Class C-1 Ballot<br>DOUBLE A ELECTRIC, LLC<br>C/O BANKRUPTCY LAW CENTER, LLC<br>1100 S. 10TH STREET<br>LAS VEGAS, NV 89104 | Class C-1 Ballot<br>DR DRYWALL & PAINT TOO, LLC<br>ATTN: JOHN P REYNOLDS<br>2408 SANTA CLARA DR.<br>LAS VEGAS, NV 89104 |
| Class C-1 Ballot<br>DS WATER/SPARKLETTS<br>P.O. BOX 660579<br>DALLAS, TX 975266-0579 | Class C-1 Ballot<br>DYNAMIC HEATING & AIR OF NEVADA, INC.<br>ATTN: MICHAEL MAHONY<br>3315 BIRTCHER DRIVE<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA<br>ATTN: SUSAN BARKER<br>4745 COPPER SAGE STREET<br>LAS VEGAS, NV 89115 |
| Class C-1 Ballot<br>EAGLE PAINTING & DRYWALL<br>ATTN: CYNTHIA STINE<br>6225 HARRISON DRIVE, SUITE #1<br>LAS VEGAS, NV 89120 | Class C-1 Ballot<br>EMBARQ COMMUNICATIONS, INC<br>PO BOX 219008<br>KANSAS CITY, MO 64121-9108 | Class C-1 Ballot<br>ENERGY INSPECTORS (WREDCO)<br>ATTN BANKRUPTCY DESK/MANAGING AGENT<br>8515 EDNA AVENUE<br>SUITE 210<br>LAS VEGAS NV 89117 |
| Class C-1 Ballot<br>ENVIRONMENTAL MANAGEMENT SOLUTIONS<br>1214 WIGWAM PKWY NO 100<br>HENDERSON, NV 89074-8156 | Class C-1 Ballot<br>ENVISION CONCRETE, LLC<br>ATTN: MANUEL A. DELTORO<br>5655 REFERENCE ST.<br>LAS VEGAS, NV 89122 | Class C-1 Ballot<br>FEDEX CUSTOMER INFORMATION SERVICE<br>ATTN: WILLIAM B. SELIGSTEIN<br>REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 |
| Class C-1 Ballot<br>FRANK RODRIQUEZ SERVICES, INC.<br>3675 S. RAINBOW, NO 180<br>LAS VEGAS, NV 89103 | Class C-1 Ballot<br>FRENCH BOUQUET FLOWER SH<br>3265 E. TROPICANA AVE<br>STE. A-<br>LAS VEGAS, NV 89121 | Class C-1 Ballot<br>G.C. WALLACE, INC.<br>ATTN: JAMES VANWOERKOM<br>6655 SOUTH CIMARRON ROAD<br>LAS VEGAS, NV 89113-2132 |
| Class A2\C3 Ballot<br>GENERAL ELECTRIC INV. CORP<br>JAISY GEORGE<br>GENERAL ELECTRIC CAPITAL CORP<br>201 MERRITT 7, PO BOX 5201<br>NORWALK, CT 06856-5201<br>NORWALK, CT 06856-5201 | Class C-1 Ballot<br>GEO TEK, INC.<br>ATTN: CHRISTOPHER AMEN<br>6835 S. ESCONDIDO STREET, SUITE A<br>LAS VEGAS, NV 89119-3832 | Class C-1 Ballot<br>GESCO NV<br>1868 ANAMOR ST<br>REDWOOD CITY, CA 94061 |
| Class C-1 Ballot<br>GOLDEN TRIANGLE DEVELOPMENT<br>244 DARK FOREST AVE<br>LAS VEGAS, NV 89123 | Class C-1 Ballot<br>GOLF VENTURES WEST<br>5101 GATEWAY BLVD #18<br>LAKELAND , FL 33811 | Class C-1 Ballot<br>GORDON & REES LLP<br>275 BATTERY STREET #2000<br>SAN FRANCISCO, CA 94111 |
| Class C-1 Ballot<br>GRAINGER<br>P.O. BOX 419267<br>KANSAS CITY, MO 64141-6267 | Class C-1 Ballot<br>GRANITE WORLD LTD LLC<br>ATTN: JAMES BLASCO<br>2630 E. LA MADRE WAY<br>N. LAS VEGAS, NV 89081 | Class C-1 Ballot<br>GREAT BUNS BAKERY<br>3270 E. TROPICANA AVE.<br>LAS VEGAS, NV 89121 |
| Class C-1 Ballot<br>GREENSPUN MEDIA GROUP<br>2290 CORPORATE CIRCLE SUITE 250<br>HENDERSON, NV 89074 | Class C-1 Ballot<br>GREG NORMAN<br>P.O. BOX 1036<br>CHARLOTTE, NC 28201-1036 | Class C-1 Ballot<br>GUY EVANS CONTRACTOR SERVICES<br>ATTN: KRISTIN OSWEILER, MASCO ADMINISTRA<br>260 JIMMY ANN DRIVE<br>DAYTONA BEACH, FL 32114 |

The Rhodes Companies, LLC - U.S. Mail					Served 12/4/2009

Class C-1 Ballot
HARSCH INVESTMENT PROPERTIES - NEVADA LLC
C/O JANICE J BROWN
LEWIS BRISBOIS
400 SOUTH FOURTH ST., SUIT 500
LAS VEGAS, NV 89101

Class C-1 Ballot
HARTFORD FIRE INSURANCE COMPANY
BANKRUPTCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD CT 0615

Class C-1 Ballot
HELENA CHEMICAL CO.
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3801

Class C-1 Ballot
HOME DEPOT
PO BOX 6031
THE LAKES, NV 88901-6031

Class C-1 Ballot
IAN ROSEN
901 MOHAWK
LAS VEGAS, NV 89107

Class C-1 Ballot
IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERTSON - BANKRUPTCY
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD - SUITE 400
MACON, GA 31210

Class C-1 Ballot
INSIGHT
P. O. BOX 78825
PHOENIX, AZ 85062-8825

Class C-1 Ballot
INTEGRITY MASONRY, INC
RICHARD DREITZER, ESQ.
BULLIVANT, HOUSER & BAILEY, PC
3883 HOWARD HUGHES PKWY, NO. 550
LAS VEGAS, NV 89169

Class C-1 Ballot
INTERIOR SPECIALISTS, INC.
C/O TAMALYN E. LEWIS
RIDENOUR HIENTON & LEWIS
201 N. CENTRAL AVE. #3300
PHOENIX, AZ 85004

Class C-1 Ballot
INTERSTATE PLUMBING & AIR CONDITIONING, LLC
ATTN: BEVERLY WOLF
7201 W. POST ROAD
LAS VEGAS, NV 89113

Class C-1 Ballot
INTREPID IRON, INC.
3321 WESTERN AVENUE
LAS VEGAS, NV 89109

Class C-1 Ballot
IOVINO MASONRY
ATTN: JERRY JORGENSON
9260 EL CAMINO ROAD
LAS VEGAS, NV 89139

Class C-1 Ballot
JACKPOT SANITATION SERVICES
2440 MARCOS STREET
LAS VEGAS, NV 89115

Class C-1 Ballot
JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY, ST 400 NORTH
LAS VEGAS, NV 89169

Class A2\C3 Ballot
JEFFRIES CAPITAL
JEREMY JOHNSON
SUMMIT LAKE CLO LTD
C/O JEFFRIES CAPITAL MANAGEMENT, INC.
11100 SANTA MONICA BLVD., 11TH FL
LOS ANGELES, CA 90025

Class A2\C3 Ballot
JEFFRIES CAPITAL
JEREMY JOHNSON
VICTORIA FALLS CLO
C/O JEFFRIES CAPITAL MANAGEMENT, INC.
11100 SANTA MONICA BLVD., 11TH FL
LOS ANGELES, CA 90025

Class C-1 Ballot
JOBING.COM
PO BOX 29386
PHOENIX, AZ 85038-9386

Class C-1 Ballot
JOHN PRLINA
6225 RACEL ST
LAS VEGAS, NV 89131

Class C-1 Ballot
JOHN RHODES
2113 HILLSGATE ST
LAS VEGAS, NV 89134

Class C-1 Ballot
JS PEST CONTROL
3157 N. RAINBOW BLVD. #568
LAS VEGAS, NV 89108-4578

Class C-1 Ballot
K. BRINKERHOFF ENTERPRISES
6998 STONE MEADOWS AVENUE
LAS VEGAS, NV 89142

Class C-1 Ballot
K.H. LANDSCAPING
ATTN: AMY HARRISON
8370 W. CHEYENNE AVE. #109-301
LAS VEGAS, NV 89129

Class A2\C3 Ballot
KATONAH CAPITAL
SCOTT HOLMES
KATONAH IX CLO LTD
C/O US BANK N.A.
295 MADISON AVE, 6TH FLOOR
NEW YORK, NY 10017

Class A2\C3 Ballot
KATONAH CAPITAL
SCOTT HOLMES
KATONAH VIII CLO LTD
C/O US BANK N.A.
295 MADISON AVE, 6TH FLOOR
NEW YORK, NY 10017

Class A2\C3 Ballot
KATONAH CAPITAL
SCOTT HOLMES
KOHLBERG CAPITAL FUNDING LLC I
C/O US BANK N.A.
295 MADISON AVE, 6TH FLOOR
NEW YORK, NY 10017

Class A2\C3 Ballot
KATONAH CAPITAL
STAN WONG
KATONAH VII LTD
C/O US BANK N.A.
295 MADISON AVE, 6TH FLOOR
NEW YORK, NY 10017

Class A2\C3 Ballot
KINGSLAND CAPITAL
TROY D. SIMMONS
KINGSLAND I,LTD
C/O THE BANK OF NEW YORK
601 TRAVIS STREET, 17TH FLOOR
HOUSTON, TX 77002

| | | |
|---|---|---|
| Class A2\C3 Ballot<br>KINGSLAND CAPITAL<br>TROY D. SIMMONS<br>KINGSLAND II LTD<br>C/O THE BANK OF NEW YORK<br>601 TRAVIS STREET, 17TH FLOOR<br>HOUSTON, TX 77002 | Class A2\C3 Ballot<br>KINGSLAND CAPITAL<br>TROY D. SIMMONS<br>KINGSLAND III LTD.<br>C/O THE BANK OF NEW YORK<br>601 TRAVIS STREET, 17TH FLOOR<br>HOUSTON, TX 77002 | Class A2\C3 Ballot<br>KINGSLAND CAPITAL<br>TROY D. SIMMONS<br>KINGSLAND IV, LTD.<br>C/O THE BANK OF NEW YORK<br>601 TRAVIS STREET, 17TH FLOOR<br>HOUSTON, TX 77002 |
| Class A2\C3 Ballot<br>KINGSLAND CAPITAL<br>TROY D. SIMMONS<br>KINGSLAND V LTD.<br>C/O THE BANK OF NEW YORK<br>601 TRAVIS STREET, 17TH FLOOR<br>HOUSTON, TX 77002 | Class C-1 Ballot<br>KOCH & SCOW, LLC<br>11500 EASTERN AVENUE<br>SUITE 110<br>HENDERSON, NV 56052 | Class C-1 Ballot<br>LAGUNA GEOSCIENCES, INC.<br>ANNE MCGRAW<br>31655 SOUTH COAST HIGHWAY, SUITE A<br>LAGUNA BEACH, CA 92651 |
| Class C-1 Ballot<br>LAMPS PLUS CENTENNIAL<br>ATTN: ACCOUNTS RECEIVABLE<br>20250 PLUMMER STREET<br>CHATSWORTH, CA 91311 | Class C-1 Ballot<br>LANDSCAPE SERVICES, INC.<br>35 W. MAYFLOWER AVENUE<br>NORTH LAS VEGAS, NV 89030 | Class C-1 Ballot<br>LAS VEGAS BILLBOARDS<br>5665 S. VALLEY VIEW BLVD#4<br>LAS VEGAS, NV 89119 |
| Class C-1 Ballot<br>LAS VEGAS REVIEW JOURNAL<br>PO BOX 70<br>LAS VEGAS, NV 89125 | Class C-1 Ballot<br>LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BL<br>NATASHA L. BROOKS<br>7575 VEGAS DRIVE #150<br>LAS VEGAS, NV 89128 | Class A2\C3 Ballot<br>LIGHTPOINT CAPITAL MGMT LLC<br>KEON HALEY<br>PREMIUM LOAN TRUST I<br>C/O US BANK N.A.<br>214 NORTH TRYON STREET, 26TH FLOOR<br>CHARLOTTE, NC 28202 |
| Class A2\C3 Ballot<br>LUFKIN ADVISORS<br>TAMARA ISAKHAROV<br>LATITUDE CLO I<br>C/O DEUTSCHE BANK<br>60 WALL STREET, 39TH FLOOR<br>NEW YORK, NY 10005 | Class C-1 Ballot<br>M & M ELECTRIC, INC<br>ATTN: E. BRADLEY WADSWORTH<br>3655 W DEWEY DR.<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>MANUFACTURERS' NEWS, INC<br>ATTN: ANZHELIKA KAMINSKA<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201 |
| Class A2\C3 Ballot<br>MATLIN PATTERSON GLOBAL PARTNERS<br>RALPH POSNER<br>MATLINPATTERSON GLOBAL OPPORTUNITIES PARTN<br>520 MADISON AVENUE, 35TH FLOOR<br>NEW YORK, NY 10022-4213 | Class A2\C3 Ballot<br>MATLIN PATTERSON GLOBAL PARTNERS<br>RALPH POSNER<br>MATLINPATTERSON GLOBAL OPPORTUNITIES PARTN<br>520 MADISON AVENUE, 35TH FLOOR<br>NEW YORK, NY 10022-4213 | Class C-1 Ballot<br>MENDENHALL SMITH<br>ATTN: LISA MORACA<br>3571 RED ROCK ST., STE.A<br>LAS VEGAS, NV 89103 |
| Class C-1 Ballot<br>MERCURY REPROGRAPHICS<br>3325 PEPPER LANE<br>LAS VEGAS, NV 89120 | Class C-1 Ballot<br>MILGARD MANUFACTURING, INC.<br>PO BOX 53583<br>PHOENIX, AZ 85072 | Class C-1 Ballot<br>MIRAJOY RAYO & ARTURO CASIMIRO<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 |
| Class C-1 Ballot<br>MOBILE MIN, INC.<br>PO BOX 79149<br>PHOENIX, AZ 85062-9149 | Class C-1 Ballot<br>MODULAR SPACE CORPORATION<br>P.O. BOX 641595<br>PITTSBURGH, PA 15264-1595 | Class C-1 Ballot<br>MOHAVE COUNTY<br>C/O DOLORES H. MILKIE<br>ATTORNEY'S OFFICE-CIVIL DIVISION<br>P.O. BOX 7000<br>KINGMAN, AZ 86402-7000 |
| Class C-1 Ballot<br>MOHAVE ELECTRIC COOPERATIVE, INC.<br>ATTN: GREG SEANEY<br>PO BOX 1045<br>BULLHEAD CITY, AZ 86430-1045 | Class C-1 Ballot<br>MORGAN GRIMSHAW<br>8985 UNION GAP RD<br>LAS VEGAS, NV 89123 | Class C-1 Ballot<br>MSE / ERIK LUNDGAARD<br>9811 W. CHARLESTON BLVD. #2403<br>LAS VEGAS, NV 89117 |

The Rhodes Companies, LLC - U.S. Mail                                                                                   Served 12/4/2009

| | | |
|---|---|---|
| Class C-1 Ballot<br>NATIONAL ADVERTISING & PUBLISHING INC<br>1245 FARMINGTON AVE # 104<br>WEST HARTFORD, CT 06107 | Class C-1 Ballot<br>NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 4520 | Class C-1 Ballot<br>NATIONAL CITY COMMERCIAL CAPITAL COMPANY,<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 |
| Class C-1 Ballot<br>NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | Class C-1 Ballot<br>NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | Class C-1 Ballot<br>NATIONAL CITY COMMERCIAL CAPITAL COMPANY,<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 |
| Class C-1 Ballot<br>NATIONAL CITY GOLF FINANCE<br>P.O. BOX 931034<br>CLEVELAND, OH 44193 | Class C-1 Ballot<br>NEVADA HOUSE OF HOSE<br>1015 SHARP CIR<br>N. LAS VEGAS, NV 89030 | Class C-1 Ballot<br>NEVADA LINEN SUPPLY<br>ATTN: JULIE FITTON<br>3960 W. MESA VISTA AVE<br>LAS VEGAS, NV 89118 |
| Class C-1 Ballot<br>NEVADA POWER COMPANY D/B/A NV ENERGY<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BOULEVARD, SUITE 202<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>NEVADA POWER COMPANY D/B/A NV ENERGY<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BOULEVARD, SUITE 202<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>NEVADA STATE TREASURER<br>ATTN: MARY MCELHONE<br>UNCLAIMED PROPERTY DIVISION<br>555 E. WASHINGTON AVE. #4200<br>LAS VEGAS, NV 89101 |
| Class C-1 Ballot<br>NEW CRETE LLC<br>6639 SCHUSTER STREET<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>NIKE GOLF<br>P.O. BOX 847648<br>DALLAS, TX 75284-7648 | Class C-1 Ballot<br>OPPORTUNITY VILLAGE ARC.INC<br>6300 WEST OAKEY BOULEVARD<br>LAS VEGAS, NV 89146 |
| Class C-1 Ballot<br>ORKIN PEST CONTROL<br>5740 ARVILLE ST SUITE 201<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>PAR 3 LANDSCAPE & MAINTENANCE, INC.<br>ATTN: KAM BRIAN<br>4610 WYNN RD.<br>LAS VEGAS, NV 89103 | Class C-1 Ballot<br>PERFORMANCE PLUS ENGINEERING<br>27740 JEFFERSON AVENUE #320<br>TEMECULA, CA 92590 |
| Class C-1 Ballot<br>PRESTIGE FLAG<br>591 CAMINO DE LA REINA #917<br>SAN DIEGO, CA 92108 | Class A2\C3 Ballot<br>PRINCETON ADVISORY GROUP<br>MARC MCLEROY<br>ROSEDALE CLO LTD<br>C/O PRINCETON ADVISORY GROUP<br>700 ALEXANDER PARK, STE 201<br>PRINCETON, NJ 08540 | Class C-1 Ballot<br>PROFESSIONAL DOCUMENT PRODUCTS<br>3371 W. OQUENDO ROAD<br>LAS VEGAS, NV 89118 |
| Class C-1 Ballot<br>PRUDENTIAL OVERALL SUPPLY<br>P.O. BOX 112010<br>SANTA ANA, CA 92711 | Class C-1 Ballot<br>QUALITY CABINETS OF NEVADA<br>LOCK BOX 842520<br>DALLAS, TX 75284-2520 | Class C-1 Ballot<br>QUALITY IMPRESSIONS<br>6295 HARRISON DR.<br>SUITE 29<br>LAS VEGAS, NV 89120 |
| Class C-1 Ballot<br>QUALITY INTERIORS, INC<br>748 SPRINGDALE DR. SUITE 150<br>CORONA, CA 92880-1704 | Class C-1 Ballot<br>QUALITY WOOD PRODUCTS LTD<br>ATTN: DARREN T STUDENT<br>3001 N. NELLIS BLVD<br>LAS VEGAS, NV 89115 | Class C-1 Ballot<br>RAPID REFILL INK<br>7375 S. DURANGO DR.<br>LAS VEGAS, NV 89113 |

The Rhodes Companies, LLC - U.S. Mail                                                                 Served 12/4/2009

| | | |
|---|---|---|
| Class C-1 Ballot<br>RCR PLUMBING AND MECHANICAL, INC.<br>ATTN: CLIFF M. LACY<br>12620 MAGNOLIA AVENUE<br>RIVERSIDE, CA 92503 | Class C-1 Ballot<br>REALTY WEST INC.<br>1100 MARY CREST ROAD<br>HENDERSON, NV 89074 | Class C-1 Ballot<br>RED ROCK MECHANICAL, LLC<br>6311 DEAN MARTIN DR.<br>LAS VEGAS, NV 89118 |
| Class C-1 Ballot<br>REDBURN TIRE COMPANY<br>PO BOX 14828<br>PHOENIX, AZ 85063-4828 | Class C-1 Ballot<br>REEL SOUND<br>1111 MARY CREST<br>SUITE P<br>HENDERSON, NV 89074 | Class C-1 Ballot<br>RESIDENTIAL WARRANTY COMPANY<br>ATTN: KENNETH J. BUGGY<br>5300 DERRY STREET<br>HARRISBURG, PA 17111-3598 |
| Class C-1 Ballot<br>RETAIL ASSOCIATION OF NEVADA<br>410 S. MINNESOTA STREET<br>CARSON CITY, NV 89703-4272 | Class C-1 Ballot<br>RHODES RANCH ASSOCIATION, INC.<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BOULEVARD, SUITE 202<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>RICKEY & DORIS LOFTON<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 |
| Class C-1 Ballot<br>RISE & RUN, INC.<br>1995 WHITNEY MESA<br>HENDERSON, NV 89014 | Class C-1 Ballot<br>SAFETY RAILS OF NEVADA, INC<br>ATTN: RANDY LOFQUIST<br>3447 RINGSTAR RD.<br>LAS VEGAS, NV 89030 | Class C-1 Ballot<br>SHAYLON HOMEOWNERS' ASSOCIATION<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BOULEVARD, SUITE 202<br>LAS VEGAS, NV 89118 |
| Class C-1 Ballot<br>SIEMENS BLDG TECHNOLOGIES, INC<br>7850 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Class C-1 Ballot<br>SILVER STATE BUILDER SERVICES, LLC<br>ATTN: GIB GANSCHOW<br>4205 W. TOMPKINS AVE - STE. 3<br>LAS VEGAS, NV 89103 | Class C-1 Ballot<br>SILVER STATE FIREPLACES<br>3555 W. QUAIL ROAD, STE A<br>LAS VEGAS, NV 89118 |
| Class C-1 Ballot<br>SILVER STATE SPECIALTIES, LLC<br>3115 E. LONE MOUNTAIN ROAD<br>SUITE 1500<br>LAS VEGAS, NV 89081 | Class C-1 Ballot<br>SKYLINE INSULATION, INC.<br>4151 INDUSTRIAL CENTER DRIVE<br>SUITE 800<br>N LAS VEGAS, NV 89030 | Class C-1 Ballot<br>SLATER HANIFAN GROUP<br>ATTN BANKRUPTCY DESK/MANAGING AGENT<br>5740 S ARVILLE 216<br>LAS VEGAS NV 89118 |
| Class C-1 Ballot<br>SLAUGHTER, ET AL. CLASS ACTION CLAIM<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 | Class C-1 Ballot<br>SMITH & TWEED<br>P.O. BOX 1036<br>CHARLOTTE, NC 28201-1036 | Class C-1 Ballot<br>SOUTHWEST CONSULTING GROUP<br>JEANIE FRAZIER - SCG<br>11858 BERNARDO PLAZA COURT, SUITE 101C<br>SAN DIEGO, CA 92128 |
| Class C-1 Ballot<br>SOUTHWEST GAS CORPORATION<br>ATTN: JAIMIE SHIPP - BANKRUPTCY DESK<br>PO BOX 1498<br>VICTORVILLE, CA 92393-1498 | Class C-1 Ballot<br>SOUTHWEST IRON WORKS, LLC<br>BRIAN K. BERMAN, ESQ.<br>721 GASS AVENUE<br>LAS VEGAS, NV 89101 | Class C-1 Ballot<br>SPARKLETT'S DRINKING WAT<br>P.O. BOX 660579<br>DALLAS, TX 75266-0579 |
| Class C-1 Ballot<br>SPORTS TURF IRRIGATION<br>ATTN: JANIS NICHOLL<br>1019- A S. MELROSE ST<br>PLACENTIA, CA 92870 | Class C-1 Ballot<br>STAFFMARK<br>ATTN: TERRI AYERS<br>435 ELM ST. STE 300<br>CINCINNATI, OH 45202 | Class C-1 Ballot<br>STANLEY CONSULTANTS, INC.<br>5820 S. EASTERN AVENUE, #140<br>LAS VEGAS, NV 89119 |

The Rhodes Companies, LLC - U.S. Mail                                                                 Served 12/4/2009

| | | |
|---|---|---|
| Class C-1 Ballot<br>STANLEY CONSULTANTS, INC.<br>5820 S. EASTERN AVENUE, #140<br>LAS VEGAS, NV 89119 | Class C-1 Ballot<br>STEVEN ENTERPRISES, INC.<br>ATTN: AMY CARISOZA<br>17952 SKY PARK CIR. STE. E<br>IRVINE, CA 92614 | Class C-1 Ballot<br>STRAIGHT DOWN CLOTHING<br>625 CLARION COURT<br>SAN LUIS OBISPO, CA 93401 |
| Class C-1 Ballot<br>SUNLAND ASPHALT<br>ATTN: MIKE MCWENIE<br>SUNLAND, INC. - ASPHALT & SEALCOATING<br>3002 S. PRIEST DR., SUITE 100<br>TEMPE, AZ 85282 | Class C-1 Ballot<br>SUNRISE FIRE INC.<br>ATTN: GLENN D. BROWN<br>PO BOX 82034<br>LAS VEGAS, NV 89180 | Class C-1 Ballot<br>SUNRISE MECHANICAL, INC<br>ATTN: BONNIE L REAVES<br>7380 COMMERCIAL WAY<br>HENDERSON, NV 89011 |
| Class C-1 Ballot<br>SURFACE SOLUTIONS<br>ATTN: EULALIO MORENO<br>P.O. BOX 335112<br>2305 DALTON RIDGE CT.<br>NORTH LAS VEGAS, NV 89033 | Class C-1 Ballot<br>SURFACE SPECIALISTS OF NEVADA<br>2756 N. GREEN VALLEY PKWY<br>PMB 458<br>HENDERSON, NV 89014 | Class C-1 Ballot<br>SYSCO FOOD<br>P.O. BOX 93537<br>LAS VEGAS , NV 89193 |
| Class C-1 Ballot<br>T.I. RESIDENTIAL, INC.<br>C/O DANA JONATHON NITZ, ESQ.<br>9950 W. CHEYENNE AVENUE<br>LAS VEGAS, NV 89129 | Class C-1 Ballot<br>TAIT & ASSOCIATES, INC.<br>P.O. BOX 11118<br>SANTA ANA, CA 92711-1118 | Class C-1 Ballot<br>TEKSYSTEMS, INC.<br>7437 RACE RD.<br>HANOVER, MD 21076 |
| Class C-1 Ballot<br>THE TIBERTI COMPANY<br>ATTN: JELINDO TIBERTI<br>4975 ROGERS STREET<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>THE TWT GROUP TWT, INC. (DBA THE WHEEL THING)<br>DANIEL L. COATS<br>11982 KIOWA AVE. #204<br>LOS ANGELES, CA 90049 | Class C-1 Ballot<br>TOBACCO LEAF<br>7175 W. LAKE MEAD BLVD #120<br>LAS VEGAS, NV 89128 |
| Class C-1 Ballot<br>TRAVIS MATHEW APP<br>15547 GRAHAM ST<br>HUNTINGTON BEACH, CA 92649 | Class C-1 Ballot<br>TRITON GRADING & PAVING LLC<br>4220 ARCATA WAY<br>BLDG B SUITE 1<br>N LAS VEGAS, NV 89030 | Class C-1 Ballot<br>TURF TECH<br>806 BUCHANAN #115-276<br>BOULDER CITY, NV 89005 |
| Class C-1 Ballot<br>TUSCANY MASTER ASSOCIATION<br>C/O KIRBY C. GRUCHOW, JR., ESQ.<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BOULEVARD, SUITE 202<br>LAS VEGAS, NV 89118 | Class C-1 Ballot<br>TYGRIS VENDOR FINANCE, INC. F/K/A<br>U.S. EXPRESS LEASING, INC.<br>ATTN: ANNETTE MCGOVERN<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | Class C-1 Ballot<br>UNISOURCE ENERGY CORPORATION<br>ATTN: CAROLINA VILLASCUESA<br>TUCSON ELECTRIC POWER CO.-SCCS<br>PO BOX 711<br>TUCSON, AZ 85702 |
| Class C-1 Ballot<br>UNISOURCE ENERGY CORPORATION<br>ATTN: CAROLINA VILLASCUESA<br>TUCSON ELECTRIC POWER CO.-SCCS<br>PO BOX 711<br>TUCSON, AZ 85702 | Class C-1 Ballot<br>US FOODSERVICE<br>P.O. BOX 3911<br>LAS VEGAS, NV 89127-3911 | Class C-1 Ballot<br>VALLEY AIR CONDITIONING INC.<br>9225 MANN STREET<br>LAS VEGAS, NV 89139 |
| Class C-1 Ballot<br>VALLEY PIONEERS WATER<br>5998 W. CHINO DRIVE<br>GOLDEN VALLEY, AZ 86143 | Class A2\C3 Ballot<br>VAN KAMPEN<br>ROBERT FANELLI<br>VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES FUN<br>1 PARKVIEW PLAZA, SUITE 100<br>OAKBROOK TERRACE, IL 60181 | Class C-1 Ballot<br>WALL CONSTRUCTORS, INC<br>ATTN: BARRY WINNER<br>6015 MCLEOD DRIVE<br>LAS VEGAS, NV 89120 |

The Rhodes Companies, LLC - U.S. Mail                                                                                           Served 12/4/2009

Class C-1 Ballot
WALLACE MORRIS SURVEYING, INC.
5740 S. ARVILLE STREET SUITE #206
LAS VEGAS, NV 89118

Class A2\C3 Ballot
WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: DAVID BERGSTROM
625 MARQUETTE AVE.
MAC N9311-110
MINNEAPOLIS, MN 55479

Class C-1 Ballot
WESTAR KITCHEN & BATH, LLC
C/O WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101


Class C-1 Ballot
WESTCOR CONSTRUCTION
5620 STEPHANIE STREET
LAS VEGAS, NV 89122

Class C-1 Ballot
WESTERN SIGN & FLAG INC
4181W OQUENDO
LAS VEGAS, NV 89118

Class C-1 Ballot
WILLIS ROOF CONSULTING, INC.
ATTN: JOSEPH WILLIS
4755 WEST DEWEY DRIVE
LAS VEGAS, NV 89118


Creditors:   249