## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka<br>"Rhodes Homes, et al..[1]<br><br><br><br>                    Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br> Chapter 11 |

[X] Affects All Debtors

[  ] Affects the following Debtors

### CERTIFICATE OF SERVICE

        I, Nova George, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

        On December 4, 2009, I served the following documents:

**Cover Letter**

**Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the First Lien Steering Committee's Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto**

**Solicitation Procedures**

**Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al., and (II) Solicitation and Voting Procedures**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-14839); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**Letter signed by the First Lien Steering Committee, the Debtors, the Creditors' Committee and the Second Lien Agent (collectively, the "Recommending Parties") in support of the Plan**

**Letter signed by the Creditors' Committee in support of the Plan**

**Second Amended Modified Disclosure Statement for the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al on CD-ROM Format**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

Executed on December 7, 2009, at Encino, California

Nova George

**EXHIBIT A**

**The Rhodes Companies, LLC - U.S. Mail**                                                                    **Served 12/4/2009**

BART K. LARSEN, ESQ.
6725 VIA AUSTI PARKWAY, STE. 200
LAS VEGAS, NV  89119

BRETT A. AXELROD
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV  89169

CREDIT SUISSE LOAN FUNDING LLC
ATTN:  TOM LYNCH
ELEVEN MADISON AVENUE, 9TH FLOOR
NEW YORK NY 10010

DONALD H. WILLIAMS, ESQ.
WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101

IRA DIZENGOFF AND PHILLIP DUBLIN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY  10036

J. THOMAS BECKETT
DAVID P. BILLINGS
PARSONS BEHLE & LATIMER
ONE UTAH CENTER
201 SOUTH MAIN STREET, SUITE 1800
SALT LAKE CITY, UT  84111

JANET L. CHUBB, ESQ.
MICHAEL E. BUCKLEY, ESQ.
JONES VARGAS
100 WEST LIBERTY STREET, 12TH FLOOR
P.O. BOX 281
RENO, NV 89504-0281

JANIECE S. MARSHALL, ESQ.
ANDERSON, MCPHARLIN & CONNERS LLP
777 NORTH RAINBOW BLVD., STE. 145
LAS VEGAS, NV  89107

JEFFREY R. SYLVESTER, ESQ.
JAMES B. MACROBIE, ESQ.
SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON RD., STE. 120
LAS VEGAS, NV  89128

MARK SOMERSTEIN
DON DEMAKIS
BEN SCHNEIDER
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

MITOSHI H. FUJIO-WHITE, ESQ.
BOORNAZIAN, JENSEN & GARTHE
555 12TH ST., SUITE 1800
OAKLAND, CA  94607

MS. JANINE GUTHRIE
1225 MONTEREY STREET
REDLANDS, CA  92373

NILE LEATHAM
TIMOTHY P. THOMAS, ESQ.
KOLESAR & LEATHAM
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVE.
LAS VEGAS, NV  89102

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  AUGUST B. LANDIS
300 LAS VEGAS BLVD. SOUTH, SUITE 4300
LAS VEGAS, NEVADA 89101

PAUL HUYGENS
C/O RHODES HOMES
4730 S FORT APACHE RD, SUITE 300
LAS VEGAS, NV 89147

PHILIP S. GERSON, ESQ.
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129

RANDALL D. PATTERSON
LEXINGTON INSURANCE
100 SUMMER STREET
BOSTON, MA 02110-2135

REW R. GOODENOW
KARL Y. OLSEON
PARSONS BEHLE & LATIMER
50 WEST LIBERTY ST., STE. 750
RENO, NV  89501

RICHARD I. DREITZER, ESQ.
BULLIVANT HOUSER BAILEY PC
3980 HOWARD HUGHES PKWY., STE. 550
LAS VEGAS, NV 89169

ROBERT R. KINAS, ESQ.
CLAIRE Y. DOSSIER, ESQ.
NISHAT BAIG, ESQ.
SNELL & WILMER, LLP
3883 HOWARD HUGHES PARKWAY, STE. 1100
LAS VEGAS, NV 89169

SHIRLEY S. CHO
PACHULSKI STANG ZIEHL & JONES
10100 SANTA MONICA BLVD. 11TH FLOOR
LOS ANGELES, CA  90067-4100

VAN C. DURRER II
RAMON M. NAGUIAT    .
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE, #3400
LOS ANGELES, CA  90071-3144

VIRGINIA CRONAN LOWE, ESQ.
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
WASHINGTON, D.C.  20530-0001

Creditors:  23