UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al..".[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| [X]  Affects All Debtors<br><br>[  ]  Affects the following Debtors | |

**CERTIFICATE OF SERVICE**

    I, Nova George, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

    On December 4, 2009, I served the following documents:

**Notice of Non-Voting Status with Respect to Unimpaired Classes Deemed to Accept the Plan and Unclassified Claims**

**Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al., and (II) Solicitation and Voting Procedures**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

    Executed on December 7, 2009, at Encino, California

                                                                                   Nova George

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-1439); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**EXHIBIT A**

The Rhodes Companies, LLC - U.S. Mail                                                                                          Served 12/4/2009

| | | |
|---|---|---|
| AMERICAN INT'L SPECIALTY LINES INSURANCE CO ET<br>ATTN: MICHELLE A. LEVITT AUTHORIZED REP<br>COMMERCIAL INSURANCE BK COLLECTIONS<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | ARIZONA LAND QUEST LLC<br>ATTN: JOHN GALL<br>8783 BRINDISI PARK AVE<br>LAS VEGAS, NV 89148 | CANANWILL, INC<br>ATTN: DAISY CRUZ<br>1000 MILWAUKEE AVE<br>GLENVIEW, IL 60025 |
| CATERPILLAR FINANCIAL SERVICES CORPORATION<br>C/O SNELL & WILMER L.L.P.<br>ATTN: ROBERT R. KINAS<br>3883 HOWARD HUGHES PARKWAY, SUITE 1100<br>LAS VEGAS, NV 89169 | CLARK COUNTY PUBLIC WORKS<br>500 S. GRAND CENTRAL PKWY<br>PO BOX 553530<br>LAS VEGAS, NV 89115-3530 | CLARK COUNTY TREASURER<br>500 S. GRAND CENTRAL PKY, 1ST FLR<br>PO BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| COMMERCE ASSOCIATES, LLC<br>C/O JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>P.O. BOX 281<br>RENO, NV 89504-0281 | DESERT PLASTERING LLC<br>ATTN: HERMELINDA RODRIGUEZ<br>2602 LOSEE ROAD<br>NORTH LAS VEGAS, NV 89030 | EXECUTIVE PLASTERING, INC.<br>ATTN: BRUCE BIRT<br>3656 N. RANCHO DR. #101<br>LAS VEGAS, NV 89130 |
| FORD MOTOR CREDIT<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | GREATAMERICA LEASING CORPORATION<br>ATTN: DEBBIE BURNS<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | INTEGRITY MASONRY, INC<br>RICHARD DREITZER, ESQ.<br>BULLIVANT, HOUSER & BAILEY, PC<br>3883 HOWARD HUGHES PKWY, NO. 550<br>LAS VEGAS, NV 89169 |
| MOHAVE COUNTY<br>ATTN: DOLORES H. MILKIE - MATTHEW SMITH<br>MOHAVE COUNTY ATTORNEY OFFICE-CIVIL DIV<br>P.O. BOX 7000<br>KINGMAN, AZ 86402-7000 | MOHAVE COUNTY<br>C/O DOLORES H. MILKIE - MATTHEW SMITH<br>P.O. BOX 7000<br>KINGMAN, AZ 86402-7000 | ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIAR<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL; 50 S. 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 |

Creditors:   15