**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,** aka<br>"Rhodes Homes, et al.,"[1]<br><br><br><br>                                Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| [X] Affects All Debtors<br><br>[  ] Affects the following Debtors | |

**CERTIFICATE OF SERVICE**

        I, Nova George, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

        On December 4, 2009, I served the following documents:

**Notice of Non-Voting Status with Respect to Disputed Claims**

**Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al., and (II) Solicitation and Voting Procedures**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

        Executed on December 7, 2009, at Encino, California

                                                                    _Nova George_
                                                                    _____
                                                                    Nova George

_____

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844; Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-14839); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**EXHIBIT A**

**The Rhodes Companies, LLC - U.S. Mail**                                                          **Served 12/4/2009**

AFLAC - RPS
1932 WYNNTON RD.
COLUMBUS, GA 31999

ARIZONA CORPORATION COMMISSION
1300 W. WASHINGTON
PHOENIX, AZ 85007-2929

ARIZONA DEPARTMENT OF REVENUE
C/O TAX,BANKRUPTCY & COLLECTION SECTION
1275 WEST WASHINGTON AVENUE
PHOENIX, AZ 85007

ASPEN CONCRETE INC.
4177 E. HUNTINGTON DR.
FLAGSTAFF, AZ 86004

BONANZA BEVERAGE
FILE NO. 6333 S. ENSWORTH ST.
LAS VEGAS, NV 89119

BUILDERS ASSOCIATION OF WESTERN NEVADA
C/O RICHARD S. STAUB, ESQ
P.O. BOX 392
1049 S. CARSON ST
CARSON CITY, NV 89702

CAPITOL NORTH AMERICAN
1780 SOUTH MOJAVE ROAD
LAS VEGAS, NV 89104

CARPETS N MORE
C/O ALLIED COLLECTION SERVICE INC
3080 S DURANGO DR STE 208
LAS VEGAS, NV 89117

CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
C/O HENK TAYLOR
LEWIS AND ROCA LLP
40 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-4429

CHARLES M. DAMUS & ASSOCIATES
624 S. SIXTH STREET
LAS VEGAS, NV 89101-6920

CITIBANK SOUTH DAKOTA NA
DBA
4740 121ST ST
URBANDALE, IA 50323

CITICAPITAL (SM)
P.O BOX 6229
CAROL STREAM, IL 60197-6229

CITRIX SYSTEMS INC.
ATTN: LUIS GRULLON
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

CITY OF HENDERSON UTIL
P.O. BOX 95011
HENDERSON, NV 89009-5011

CITY OF LAS VEGAS
C/O PHILIP R. BYRNES
LAS VEGAS CITY ATTORNEY
400 STEWART AVENUE, NINTH FLOOR
LAS VEGAS, NV 89101

CITY OF LAS VEGAS
DEPARTMENT OF FINANCE & BUSINESS
400 STEWART AVENUE
LAS VEGAS, NV 89193

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
500 S. GRAND CENTRAL PKWY
LAS VEGAS, NV 89115

COMSTOCK SO. WINE & SPIRITS
P.O. BOX 19299
LAS VEGAS, NV 89132-1227

DANA KEPNER COMPANY
ATTN: DAVID A. COLVIN, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

DANIEL BRENNAN
531-2 WILLOW ROAD EAST
STATEN ISLAND, NY 10314

DANIEL CHERRY
6575 W. TROPICANA AVE. #1077
LAS VEGAS NV 89103

DEREK HOFSTETTER
300 E. PAPAGO DRIVE
FLAGSTAFF, AZ 86001

DON'S OFFICE PRODUCTS
ATTN: BRIAN E. HARRIS
216 N. 5TH STREET
KINGMAN, AZ 86401

EFRAIN AMECUA
1005 VIRGIL ST
LAS VEGAS, NV 89190

EMPIRE SOUTHWEST, LLC
ATTN: GARY JENSEN
P.O. BOX 2985
PHOENIX, AZ 85062

EVELIA DELAYO
1044 VIA CANALE DR
HENDERSON, NV 89011

FASTENERS INC.
PO BOX 80536
LAS VEGAS, NV 89180

FIRST CLASS SANITATION
P.O. BOX 1921
FLAGSTAFF, AZ 86002

FLAGSTAFF LANDSCAPE PRODUCTS INC
ATTN: WILLIAM S WEISS
P.O. BOX 30326
FLAGSTAFF, AZ 86003

FLAGSTAFF ROLLOFF & STORAGE UNITS, INC.
DBA BLEEKER'S BOXES
ATTN: GILLIAN BLEEKER
5400 E EMPIRE
FLAGSTAFF, AZ 86004

FORD MOTOR CREDIT
PO BOX 55000
DETROIT, MI 48255-0953

FREIDAY CONSTRUCTION, INC.
P.O. BOX 4267
KINGMAN, AZ 86401

GERALDINE DICKSON
1512 OUTRIGGER STREET
WEST COVINA CA 91790-0000

**The Rhodes Companies, LLC - U.S. Mail**                                                            **Served 12/4/2009**

GMAC
ATTN: M. BOHEN
P.O. BOX 130424
ROSEVILLE, MN 55113

HAIFENG NICOLAS LEE
14071 ARATOGA SUNNYVALE ROAD
SARATOGA CA 95070

HEAD QUARTERS
4195 HWY 68 UNIT C
GOLDEN VALLEY, AZ 86413

HERMINIA SCANNICCHIO
3206 IVANHOE RANCH RD.
EL CAJON, CA 92019

HIGHWAY TECHNOLOGIES INC.
P.O. BOX 51581
LOS ANGELES, CA 90051-5881

HSBC BANK NEVADA, N.A.
ECAST SETTLEMENT CORPORATION
C/O BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL RD, SUITE 200
TUCSON, AZ 85712

HUB INTERNATIONAL SCHEER'S
601 OAKMONT LANE
SUITE 400
WESTMONT, IL 60559-5570

HUGHES SUPPLY INC.
PO BOX 79382
CITY OF INDUSTRY, CA 91716-9382

INTEGRATED BUSINESS SYSTEMS
ATTN: BOBBI JONES
12201 GAYTON RD, SUITE 100
RICHMOND, VA 23238

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY DESK/MANAGING AGENT
P O BOX 21126
DPN 781
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
ATTN: SANDRA MCKENZIE
P.O. BOX 21126
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
P.O. BOX 21126
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

IOVINO MASONRY
ATTN: MATTHEW LEWIS
9260 EL CAMINO RD
LAS VEGAS, NV 89139

IRENE MINDO & TEOFILO JOSE
329 W. PADRE
SANTA BARBARA, CA 93105

JENSEN ENTERPRISES DBA: JENSEN PRECAST
ATTN: C. AGUINAGA
3853 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

JOSHUA M. HEGLE
9946 W. MESA VISTA AVE.
LAS VEGAS NV 89148

KIM LONDON SALES
11614 S. APPALOOSA DR.
PHOENIX, AZ 85044

KINGMAN AUTO SUPPLY CO., INC.
2595 AIRFIELD AVE.
KINGMAN, AZ 86401

KINGMAN TRUE VALUE HOME CENTER
3633 STOCKTON HILL ROAD
KINGMAN, AZ 86409

KOLOB INDUSTRIES, INC DBA GREEN VALLEY ELEC
ATTN: KERRY H GIFFORD
5841 E. CHARLESTON BLVD.
#230-350
LAS VEGAS, NV 89142

KYLE MOYER & COMPANY
JANET BETTS
HOLME ROBERTS & OWEN, LLP
16427 N. SCOTTSDALE RD, STE 300
SCOTTSDALE, AZ 85254

LAS VEGAS GOLF ATHR
2505 ANTHEM VILLAGE DR #E-240
HENDERSON, NV 89052

LAS VEGAS SUPPLY
3250 W. HARMON AVE
LAS VEGAS, NV 89103

LAS VEGAS VALLEY WATER DISTRICT
C/O SHERILYN A. OLSEN
HOLLAND & HART LLP
60 E. SOUTH TEMPLE, SUITE 2000
SALT LAKE CITY, UT 84111

LAURA BAILEY
10245 SO. MARYLAND PKWY #237
LAS VEGAS NV 89183

M S CONCRETE, INC.
3840 NORTH COMMERCE
LAS VEGAS, NV 89032

MELISSA F. MACK
LAW OFFICES OF MELISSA MACK
1139 LEEWARD LANE
ALAMEDA, CA 94502

MOHAVE COUNTY
MOHAVE COUNTY ATTORNEY'S OFFICE-CIVIL DI
P.O. BOX 7000
KINGMAN, AZ 86402-700

N. J. SHAUM & SON INC.
P.O. BOX 819
FLAGSTAFF, AZ 86002

NAPA AUTO PARTS
1865 E. BUTLER AVE.
FLAGSTAFF, AZ 86001

NORMAN MARTENSON
13803 SOUTH EAST 186 PL.
RENTON, WA 98058

NORTHLAND EXPLORATION SURVEYS
528 WEST ASPEN AVENUE
FLAGSTAFF, AZ 86001-5308

**The Rhodes Companies, LLC - U.S. Mail**                                                                        **Served 12/4/2009**

NPG CABLE
2900 AIRWAY
KINGMAN, AZ 86404

OFFICE DEPOT
ATTN: KATHLEEN LARAMORE
6600 N. MILITARY TRAIL -S413G
BOCA RATON, FL 33496

PEACOCK MOUNTAIN RANCH ASSOCIATION
ATTN: JAMES T. SPILLERS
P.O. BOX 4734
HUALAPAI, AZ 86412

PITNEY BOWES GLOBAL FINANCIAL
PO BOX 856460
LOUISVILLE, KY 40285-6460

PRAXAIR
P.O. BOX 120812, DEPT. 0812
DALLAS, TX 75312-0812

PRIORITY BUILDING SERVICES
521 MERCURY LN.
BREA, CA 92821

PROLINK SYSTEMS, INC
ATTN: BIRTHE MURRAY
410 SOUTH BENSON LANE
CHANDLER, AZ 85224

QUALCOMM INCORPORATED
SALLY CADIRCI, LEGAL ANALYST
5775 MOREHOUSE DRIVE, AA-4420
SAN DIEGO, CA 82121

RECOVERY MANAGEMENT SYSTEMS CORPORATIC
FOR GE MONEY BANK
DBA LESCO
25 SE 2ND AVE STE 1120
MIAMI FL 33131

REGISTRAR OF CONTRACTORS
800 W WASHINGTON 6TH FLOOR
PHOENIX, AZ 85007-2671

ROADSAFE TRAFFIC SYSTEMS INC
ATTN: ELISEO SEGUI
3015 E ILLINI ST
PHOENIX, AZ 85040

RON WARFIELD TRUCKING
2345 N BETH WAY
FLAGSTAFF, AZ 86001

ROSALLBINA THOMAS
511 PAINTED CLOUD PLACE
LAS VEGAS NV 89144

SALESTRAQ
9101 ALTA DR. #1406
LAS VEGAS, NV 89145

SAN GABRIEL CONSTRUCTION
ATTN: ERIC GARCIA
9435 W. TROPICANA SUITE 102 PMB 157
102 PMB 157
LAS VEGAS, NV 89147

SELECT BUILD OF NEVADA, INC.
4339 CORPORATE CIRCLE DR, STE 108
NORTH LAS VEGAS, NV 89030

SILVERSTATE MATERIALS
4005 DEAN MARTIN DRIVE
LAS VEGAS, NV 891003

SIMPLEX GRINNELL
ATTN: BANKRUPTCY
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

SPIRIT UNDERGROUND, L.L.C.
C/O TERESA KRPATA
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 HOWARD HUGHES PARKWAY, SUITE 1600
LAS VEGAS, NV 89169

STERLING NEVADA, LLC
2825 COLEMAN STREET
N. LAS VEGAS, NV 89032

STEVE ADAMS
N/A
N.A

STOCKBRIDGE NORTHWEST, INC.
P.O. BOX 6061
KINGMAN, AZ 86402

SUNSTATE EQUIPMENT CO.
P.O. BOX 52581
PHOENIX, AZ 85072-2581

TELEPACIFIC COMMUNICATIONS
P. O. BOX 526015
SACRAMENTO, CA 95852-6015

THE MASONRY GROUP NEVADA, INC.
4685 BERG STREET
NORTH LAS VEGAS, NV 89081

TOWER BUILDERS LLC
ATTN: BRUCE BIRT
3656 N. RANCHO DR. #101
LAS VEGAS, NV 89130

TRUCK TUB INTERNATIONAL
P.O. BOX 2111
PISMO BEACH, CA 93448

UNIFIRST CORPORATION
568 PARKSON ROAD
HENDERSON, NV 89015

UNITED RENTALS NORTHWEST
P.O. BOX 846394
DALLAS, TX 75284-6394

US-YELLOW, INC
ATTN: TRACI MASTROCINQUE
PO BOX 3110
JERSEY CITY, NJ 07303

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

WALL CONSTRUCTORS, INC.
ATTN: BARRY WINNER
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

WALL CONSTRUCTORS, INCORPORATED
ATTN: BARRY WINNER
11975 DISCOVERY COURT
MOORPARK, CA 93021

**The Rhodes Companies, LLC - U.S. Mail**                                                                 **Served 12/4/2009**

WARNER'S NURSERY & LANDSCAPE
1101 E. BUTLER AVE
FLAGSTAFF, AZ 86001

WESTAR KITCHEN & BATH, LLC
C/O DONALD H. WILLIAMS, ESQ.
612 SOUTH TENTH STREET
LAS VEGAS, NEVADA 89101

WHITE CAP CONSTRUCTION SUPPLY
125 CORPORATE PARK DRIVE
HENDERSON, NV 89074

WILMAR CONTRACTING, INC.
ATTN: MELANIE HENRY
4525 W. HACIENDA AVE., SUITE 1
LAS VEGAS, NV 89118

WYMAT, LLC
4177 E. HUNTINGTON DR.
FLAGSTAFF, AZ 86004

ZHI JUN HUANG
9951 RIDGEHAVEN AVE.
LAS VEGAS, NV 89148

Creditors:  105