J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket No. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*

**E-filed:** December 9, 2009

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> **THE RHODES COMPANIES,** <br> aka "Rhodes Homes, *et al.*," <br><br> Debtors. | Case No. BK-S-09-14814-LBR <br> (Jointly Administered) <br><br> Chapter 11 <br><br> Honorable Linda B. Riegle |

## NOTICE OF ENTRY OF ORDER

1  NOTICE IS HEREBY GIVEN that on December 9, 2009, an Order was entered in the
2  above-entitled matter, a copy of which is attached hereto and served on all parties.
3  DATED this 9th day of December, 2009.

PARSONS BEHLE & LATIMER

By: *[signature]*
Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

J. Thomas Beckett, Esq. (UT Bar 5587)
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket No. 225*
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*

Entered on Docket
December 09, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| J. Thomas Beckett, Utah Bar 5587<br>*Admitted Pro Hac Vice, Docket No. 224*<br>David P. Billings, Utah Bar #11510<br>*Admitted Pro Hac Vice, Docket No. 225*<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>(801) 536-6700<br>tbeckett@parsonsbehle.com<br>dbillings@parsonsbehle.com | Rew R. Goodenow, Bar 3722<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>(775) 323-1601<br>rgoodenow@parsonsbehle.com |
| *Counsel to the Official Committee, Docket #380* | E-filed: December 8, 2009 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>aka "Rhodes Homes, *et al.*,"<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

<u>**ORDER RE FIRST INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES [Docket No. 409]**</u>

Upon consideration of the *First Interim Fee Application of Parsons Behle & Latimer Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket No. 409] (the "Application"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted as set forth herein and the Court allows, on an interim

1  basis, Parsons Behle & Latimer ("Parsons Behle" or the "Firm"), the sum of $30,281.09,
2  inclusive of all fees and expenses for the period from May 26, 2009 through June 30, 2009,
3  consisting of $29,785.00 of fees and $496.09 of expenses as reasonable compensation for actual
4  and necessary services rendered by Parsons Behle.
5      2.    The allowance of the aforementioned interim fees and expenses is subject to Court
6  approval on a final basis pursuant to final fee applications to be submitted for approval at the
7  appropriate time.
8  DATED this 8th day of December, 2009.

10 Submitted by:

12 By: /s/ J. Thomas Beckett
    PARSONS BEHLE & LATIMER
13 J. Thomas Beckett, Esq. (UT Bar 5587)
    Admitted Pro Hac Vice, Docket No. 224
14 David P. Billings, Utah Bar #11510
    Admitted Pro Hac Vice, Docket No. 225
15 PARSONS BEHLE & LATIMER
    One Utah Center
16 201 South Main Street, Suite 1800
17 Salt Lake City, UT 84111
    (801) 536-6700
18 tbeckett@parsonsbehle.com
    dbillings@parsonsbehle.com

20 Rew R. Goodenow, Bar 3722
    PARSONS BEHLE & LATIMER
21 50 West Liberty Street, Suite 750
    Reno, NV 89501
22 (775) 323-1601
    rgoodenow@parsonsbehle.com
23
24 Counsel to the Official Committee, Docket #380

PARSONS
BEHLE &
LATIMER

- 2 -

4843-6821-1973.1

(APPROVED)/DISAPPROVED

SARA L. KISTLER, ACTING UNITED STATES TRUSTEE

By: /s/ August B. Landis
August B. Landis
Assistant United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101
Telephone: (702) 388-6600 Ext. 235
Telefax: (702) 388-6658
Email: augie.landis@usdoj.gov

### LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the Order, or failed to respond, as indicated below.

DATED this 8th day of December, 2009.

Submitted by:

By: /s/ J. Thomas Beckett
PARSONS BEHLE & LATIMER
Attorneys for the Unsecured Creditors Committee
J. Thomas Beckett, Esq. (UT Bar 5587)
Admitted Pro Hac Vice, Docket No. 224
David P. Billings, Utah Bar #11510
Admitted Pro Hac Vice, Docket No. 225
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

PARSONS
BEHLE &
LATIMER

- 3 -

4843-6821-1973.1

1  Rew R. Goodenow, Bar 3722
   PARSONS BEHLE & LATIMER
2  50 West Liberty Street, Suite 750
   Reno, NV  89501
3  (775) 323-1601
   rgoodenow@parsonsbehle.com
4

5  *Counsel to the Official Committee, Docket #380*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PARSONS
BEHLE &
LATIMER

- 4 -

4843-6821-1973.1