Rew R. Goodenow, Nevada Bar No. 3722
Karl Olsen, Nevada Bar No. 6767
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone:    (775) 323-1601
Facsimile:    (775) 348-7250
rgoodenow@parsonsbehle.com

J. Thomas Beckett, Utah Bar No. 5587
David P. Billings, Utah Bar No. 11510
*Admitted Pro Hac Vice Docket Nos. 224-25*
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonbehle.com

*Counsel to the Official Committee*

Efiled December 9, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | CASE NO. BK-S-09-14814-LBR |
|---|---|
| The Rhodes Companies, aka "Rhodes Homes, *et al.*," | (Jointly Administered) |
| Debtor, | Chapter 11 |

## CERTIFICATE OF SERVICE

1.  On the 9th day of December, 2009, I served the following document(s) (specify):

    a.    Notice of Entry of Order [Docket No. 821]

2.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ■   a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com;axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com
    wilsonm@gtlaw.com;lvlitdock@gtlaw.com

PARSONS
BEHLE &
LATIMER

4849-6328-1412.1

| | |
|---|---|
| 1 | SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC |
| 2 | scho@pszjlaw.com |
| 3 | JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| | tbw@jonesvargas.com |

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com;dcolvin@marquisaurbach.com;
kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com,mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM;gbagley@lionelsawyer.com;
bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;
lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com;susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com;ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com;efilings@hotmail.com

PARSONS
BEHLE &
LATIMER

- 2 -

4849-6328-1412.1

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov;Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
kdunn@klnevada.com;kgregos@klnevada.com;bankruptcy@klnevada.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com;kdunn@klnevada.com;kgregos@klnevada.com;
bankruptcy@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    **b.    United States mail, postage fully prepaid**
        *(List persons and addresses. Attach additional paper if necessary)*

   AND SEE ATTACHED SERVICE LIST

☐    **c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

   For a party represented by an attorney, delivery was made by handing the

- 3 -

PARSONS
BEHLE &
LATIMER

4849-6328-1412.1

document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct mail (as opposed to through the ECF System)**
*(List persons and addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By overnight delivery.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on December 9, 2009

*/s/ Rew R. Goodenow*
Rew R. Goodenow

PARSONS
BEHLE &
LATIMER

4849-6328-1412.1

# RHODES HOMES SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

The Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow
Karl Y. Olsen
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett
David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479
(Fax) 612-667-9825

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer II
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

Jeffrey R. Sylvester, Esq.
James B. MacRobie, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128
(Fax) 702-952-5205

**Request For Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

PARSONS
BEHLE &
LATIMER

- 6 -

4849-6328-1412.1

**Counsel to Claimant Westar Kitchen & Bath LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119
(Fax) 702-385-3025

**Counsel for Caterpillar Financial Services Corporation**
Robert R. Kinas, Esq.
Claire Y. Dossier, Esq.
Nishat Baig, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

PARSONS
BEHLE &
LATIMER

- 7 -

4849-6328-1412.1