James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: December 11, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>Debtors.<br>Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s)<br>Bravo, Inc. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: December 17, 2009<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

## STIPULATION RE MOTION FOR RELIEF FROM STAY REFILED PURSUANT TO ORDER OF THE COURT AND UPDATED [DOCKET NUMBER 302]

This stipulation (the "Stipulation") is made and entered into by Bravo, Inc. (the "Debtor"), one of the above-captioned debtors and debtors in possession (the "Debtors"), and Harsch Investment Properties – Nevada LLC (the "Movant"), through their respective counsel, and is made in reference to the following facts:

A. On July 2, 2009, Movant filed its *Motion for Relief from Stay Refiled Pursuant to Order of the Court and Updated* [Docket Number 302] (the "Motion").

B. On July 24, 2009, the Debtor filed its *Debtor's Opposition to Motion for Relief from Stay Filed by Harsch Investment Properties – Nevada LLC* [Docket Number 347].

D. On July 29, 2009, Movant filed its *Harsch Investment Properties, Nevada LL's Reply to Debtor's Opposition to the Motion to Lift Automatic Stay and in Support of Motion as Refiled* [Docket Number 371].

NOW, THEREFORE, IT IS HEREBY STIPULATED by the undersigned parties, through their counsel and respective representatives that:

1. Upon entry of an order approving this Stipulation, the Motion shall be deemed withdrawn without prejudice.

2. Movant retains all of its rights and remedies against the Debtor's insurer Lloyd's of London and the dismissal of the Motion shall not prejudice the Movant's rights to argue that it is entitled to a defense and indemnity of its claim against the Debtor's insurer, Lloyd's of London with respect to a state court lawsuit entitled *Rosen v. Bravo, Inc., et al.*, case no. 08-A-570558-C, whether in this Court or otherwise.

3. The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the interpretation or enforcement of this Stipulation.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DATED this 11th day of December, 2009.

By: /s/ Janice J. Brown, Esq.
LEWIS BRISBOIS BRISGAARD & SMITH LLP
Janice J. Brown, Esq., Bar No. 001118
400 South Fourth St., Suite 500
Las Vegas, Nevada 89101
Tel: (702) 893-3303
Fax: (702) 893-3789
*Counsel for Movant*

DATED this 11th day of December, 2009.

By: /s/ Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169 (Facsimile)
zlarson@lslawnv.com
*Counsel for Debtors*