James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File:  December 14, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>Debtors.<br><br>Affects:<br>☐  All Debtors .<br>☒  Affects the following Debtor(s):<br><br>Apace Framing, LLC 09-14818; Rhodes Design and Development Corporation 09-14846; and Tuscany Acquisitions, LLC 09-14853 | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date:  January 14, 2010<br>Hearing Time:  9:00 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);

**DEBTORS' OMNIBUS OBJECTION TO MICHAEL & MARIA BARR'S CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 3003 AND 3007; DECLARATION OF
PAUL D. HUYGENS IN SUPPORT THEREOF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby object (the "Omnibus Objection") to each of the claims (the "Barr Claims"), identified

herein on **Exhibit A**, pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code") and Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and request the entry of an order (the "Order") disallowing and

expunging each of the Barr Claims as indicated in further detail below.[2]  The proofs of claim for

the Barr Claims are attached hereto as **Exhibit B**.  In support of this Omnibus Objection, the

Debtors rely on the *Declaration of Paul D. Huygens in Support of Debtors' Omnibus Objection

to Michael & Maria Barr's Claims,* attached hereto.  In further support of this Omnibus

Objection, the Debtors respectfully represent as follows:

## BACKGROUND

1.       On March 31, 2009, the above-captioned Debtors (the "Primary Filers"), except

Tuscany Golf Country Club, LLC, Pinnacle Grading, LLC, and Rhodes Homes Arizona, LLC

(the "Secondary Filers"), filed voluntary petitions for relief under chapter 11 of title 11 of the

Bankruptcy Code.  On April 1, 2009, the Secondary Filers filed voluntary petitions for relief

under chapter 11 of the Bankruptcy Code.  All references to Petition Date herein shall mean

March 31, 2009 for the Primary Filers or April 1, 2009 for the Secondary Filers, as applicable.

The Debtors are continuing in possession of their property and are operating and managing their

---

Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
(Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2]  The Debtors reserve the right to file additional omnibus objections, whether on substantive or non-substantive
grounds, to any and all other claims filed against their estates.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy

2  Code.

3      2.    The Debtors object to each of the Barr Claims as set forth in detail on **Exhibit A**

4  hereto.  The proofs of claim are attached hereto as **Exhibit B.**

## **RELIEF REQUESTED**

6      3.    By this Omnibus Objection, the Debtors seek entry of an order, pursuant to

7  section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, disallowing in full

8  and expunging the Barr Claims as set forth in **Exhibit A.**

## **OBJECTION**

10     4.    Michael & Maria Barr (the "Homeowners") filed three identical claims against

11  three separate Debtor entities for work performed by Envision Concrete, LLC ("Envision").

12  Envision filed a lien against the Homeowners' home for a claim allegedly due and owing by the

13  Debtors.

14     5.    Envision has also filed a separate claim against the Debtors, which included the

15  Homeowners' lien amount.  Envision subsequently released the lien against the Homeowners'

16  house.  The Debtors sent the Homeowners a letter requesting the withdrawal of their claim to

17  avoid an objection being filed.  See **Exhibit C.**  As of the date of this Objection, the Debtors

18  have not received any response from the Homeowners.

19     6.    Bankruptcy Code section 502 authorizes a party in interest to object to claims.

20  *See* 11 U.S.C. §502(a).  Although a proper proof of claim is presumed valid under Bankruptcy

21  Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden

22  of persuasion as to the validity and amount of the claim.  *Ashford v. Consolidated Pioneer*

23  *Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91

24  F.3d 151 (9th Cir. 1996) (quoting *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d

25  Cir. 1992)).  The Bankruptcy Appellate Panel for the Ninth Circuit explained the shifting

26  burdens of proof with respect to objection to proofs of claim as follows:

27          The burden of proof for claims brought in the bankruptcy court

28          under 11 U.S.C.A. § 502(a) rests on different parties at different

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

times. Initially, the claimant must allege facts sufficient to support the claim. If the averments in his filed claim meet this standard of sufficiency, it is "prima facie" valid. In other words, a claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial obligation to go forward. . . . The burden of persuasion is always on the claimant.

*Id.* (emphasis added). Following this decision, the District Court for the Northern District of California emphasized, "unless the claimant has alleged 'facts sufficient to support a legal liability, 'the claim is not prima facie valid." *In re Hongnisto*, 293 B.R. 45, 50 (N.D. Cal. 2003) (quoting *Consolidated Pioneer Mortg.*, 178 B.R. at 266) (holding that the claimant's proof of claim failed to allege sufficient facts to support a legal liability and consequently disallowed the proof of claim); *see Consolidated Pioneer Mortg.*, 178 B.R. at 227 (holding that because the proof of claim did not allege sufficient facts to support the claim, the proof of claim was disallowed).

7.      Based on the Debtors' review of their books and records and the disputed Barr Claims, the claimants have no valid legal justification for asserting the Barr Claims against the given Debtor as filed. As a result, the Debtors submit that the Bar Claims should be disallowed in their entirety.

## CONCLUSION

8.      The Debtors object to the allowance of the Barr Claims for the reasons stated herein, and the Debtors hereby move this Court for an Order disallowing and expunging each of the Barr Claims as set forth in the column marked "Proposed Treatment/Disposition" in **Exhibit A.**

## NOTICE

9.      Notice of this objection has been provided to (i) the Office of the United States Trustee, (ii) counsel to the Creditors' Committee, (iii) the holder of the Barr Claims to which the Debtors are objecting in this Omnibus Objection in accordance with the addresses provided in the proof of claim for each Barr Claim, (iv) each person or entity that has filed a notice of

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

appearance and request for special notice, and (v) other required parties pursuant to the Court's case management order entered in these cases. The Debtors submit that in light of the nature of the relief requested herein, no other or further notice is required.

10.    Pursuant to Bankruptcy Rule 3007, the Debtors have provided all claimants affected by the Omnibus Objection with at least thirty (30) days' notice of the hearing on the Omnibus Objection.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit D**, disallowing and expunging each of the Barr Claims as set forth in the Column marked "Proposed Treatment/Disposition" in **Exhibit A** and granting such other and further relief as the Court deems just an proper under the circumstances of these chapter 11 cases.

**DATED** this 14th day of December, 2009.

LARSON & STEPHENS

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382-1170
Attorneys for Debtors and Debtors in Possession

**DECLARATION OF PAUL D. HUYGENS IN SUPPORT OF DEBTORS' OMNIBUS OBJECTION TO MICHAEL & MARIA BARR'S CLAIMS**

I, Paul D. Huygens, declare as follows:

1.     I am the Senior Vice President of Special Projects of the above-captioned debtors and debtors in possession (the "Debtors"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.     This declaration is submitted in support of the *Debtors' Omnibus Objection to Michael & Maria Barr's Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007* (the "Omnibus Objection").

3.     I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Omnibus Objection and am directly, or by and through my personnel or agents, familiar with the information contained therein.

4.     The claims and attached information and documentation were carefully reviewed and analyzed in good faith, and the Debtors' books and records were referenced for additonal support, utilizing due diligence by appropriate personnel of the Debtors. These efforts have resulted in the identification of the disputed "Barr Claims", as identified in **Exhibit A** to the Omnibus Objection. The proofs of claim for the Barr Claims are attached as **Exhibit B** to the Omnibus Objection. I have personally reviewed each of the Barr Claims.

5.     Michael & Maria Barr (the "Homeowners") filed three identical claims against three separate Debtor entities for work performed by Envision Concrete, LLC ("Envision"). Envision filed a lien against the Homeowners' home for a claim allegedly due and owing by the Debtors. Envision has also filed a separate claim against the Debtors, which included the Homeowners' lien amount. Envision subsequently released the lien against the Homeowners' house. The Debtors sent the Homeowners a letter requesting the withdrawal of their claim to avoid an objection being filed. See **Exhibit C.** As of the date of this Objection, the Debtors have not received any response from the Homeowners As a result, I believe that this claim should be disallowed and expunged by the Court.

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1          6.    I believe that granting the relief requested in the Omnibus Objection is in

2    the best interests of the Debtors, their estates and their creditors.

3          7.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

4    foregoing is true and correct to the best of my knowledge, information, and belief.

5        Executed this 14th day of December, 2009, at Las Vegas, Nevada.

6                             /s/ *Paul D. Huygens*

7                              Paul D. Huygens

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:69105.1

# EXHIBIT A

## To Omnibus Objection to Michael & Maria Barr's Claims

| Claim No. | Claimant Name | Filed in Debtor Case | Total Claimed Amount | Total Modified Amount | Proposed Treatment/ Disposition |
|---|---|---|---|---|---|
| 6 | MICHAEL & MARIA BARR 453 VIA STRETTO AVENUE HENDERSON, NV 89011 | 09-14818 | 2,460.00 | 0.00 | Disallow claim in its entirety |
| 54 | MICHAEL & MARIA BARR 453 VIA STRETTO AVENUE HENDERSON, NV 89011 | 09-14846 | 2,460.00 | 0.00 | Disallow claim in its entirety |
| 9 | MICHAEL & MARIA BARR 453 VIA STRETTO AVENUE HENDERSON, NV 89011 | 09-14853 | 2,460.00 | 0.00 | Disallow claim in its entirety |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:69105.1

# CLAIM 6

B 10 (Official Form 10) (12/08)    Case 09-14818-lbr    Claim 6-1    Filed 06/29/09    Page 1 of 9

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: *APAche framing, LLC* | Case Number: |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): *Michael & MARIA BARR* | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: *Michael J BARR* *453 Via StreeTo AVENUE* *Henderson, NV 89011* Telephone number: *702-657-9211* | Court Claim Number:_____ *(If known)* Filed on:_____ |
| Name and address where payment should be sent (if different from above): Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:    $ *2460.00* | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim. ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: *services performed WARRANTY* (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____ 3a. Debtor may have scheduled account as: _____ (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other Describe: | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| Value of Property:$_____  Annual Interest Rate_____% Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____ | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | Amount entitled to priority: $_____ |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: *6-22-09* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Michael Q Barr / Michael J BARR* | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

002942

Receipt Conformed Copy

Requestor:
  COMMERCE TITLE
02/13/2006 15:21:43    T20060027331
Book/Instr: 20060213-0003633
Deed                Page Count: 3
Fees: $15.00    N/C Fee: $0.00
RPTT: $2,019.50

Frances Deane
Clark County Recorder

*A.P. No.*        160-32-512-022
*Escrow No.*      510942-A-MP/
*R.P.T.T.:*       $2,019.60

*WHEN RECORDED MAIL TO:*
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

*MAIL TAX STATEMENT TO:*
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

## GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION,* receipt of which is hereby acknowledged,

Tuscany Acquisitions LLC, a Nevada limited liability company

do(es) hereby *GRANT, BARGAIN and SELL* to

Michael Barr and Maria Barr, husband and wife as joint tenants

the real property situate in the County of Clark, State of Nevada, described as follows:

**Lot 22, Block 1, of TUSCANY PARCEL 6B (formerly known as Palm City-Phase 2 Lot 6B) as shown by Map thereof on file in Book 123 of Plats, Page 31, in the Office of the County Recorder of Clark County, Nevada.**

1.    All general and special taxes for the current fiscal year.

2.    Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 01/28/2006

Tuscany Acquisitions LLC, a Nevada limited
liability company


By: Rhodes Design and Development
    Corporation, a Nevada Corporation
    Managing Member


By: Nicole Cervero, Authorized Agent




STATE OF **NEVADA**

COUNTY OF **CLARK**

This instrument was acknowledged before me on ___2/8/2006___ by **Nicole**
Cervero.

Notary Public
(My commission expires: _7/14/08_ )

Debtor: Rhodes Design and Development Corporation
Case No.: 09-14846

## Summary

This claim arises due to work performed at the direction of Rhodes
Design and Development Corporation a subsidiary of Rhodes Homes
("Rhodes") by Envision Concrete, LLC ("Envision") to my home
located at 453 Via Streeto Avenue, Henderson, NV 89011 ("home"),
pursuant to the contract and subsequent warranty established between
me and the builder of my home --- the aforementioned Rhodes.

The work was performed at my home by Envision in April 2009 and
Envision then sought payment in the amount of $2,460.00 from Rhodes.
As Rhodes failed to fulfill its obligation to Envision, Envision placed a
Mechanic's Lien on my home on May 19, 2009.

Date 6-22-2009

Date 6-22-09

Signature _____

Signature _____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

APACHE FRAMING, LLC
Tax I.D. No. 20-8776352

                        Debtor.
_____/

Chapter 11

Case No. BK-S-09-14818-LBR

## NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at <u>www.nvb.uscourts.gov</u> or at <u>https://ecf.nvb.uscourts.gov</u> under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at <u>http://pacer.uscourts.gov.</u>

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE:** May 7, 2009
**TIME:** 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit: **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO NOT FILE PROOF OF CLAIM FORMS WITH THE COURT.**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

## EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

002942

| | | |
|---|---|---|
| 1<br>2<br>3 | **Bankruptcy Clerk's Office** | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| 4 | **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

002942        60604002944023

Mich Ael-Ti Bake
453 Via Strette Ave
Henderson, NV 89011

LAS VEGAS NV 890

23 JUN 2009  PM 5 L

Heritage Land Company, LLC
C/o omni management Group, LLC
16161 Ventura Blvd, Suite
Pmb 477
Encino, CA 91436

RECEIVED
JUN 2 6 2009
BY:

91436+2522 C020

# CLAIM 54

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Design and Development Corporation** | Case Number: 09-14846 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
*Michael & Maria Barr*

Name and address where notices should be sent:
*Michael J. Barr*
*453 Via Streeto Avenue*
*Henderson, NV 89011*

TEL: (702) 657-9211

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)

Filed On: ___/___/___

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (    )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.

**1. Amount of Claim as of Date Case Filed:** $ 2460.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
*Services Performed Work shw*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $                Annual Interest Rate: ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $

Basis for perfection:

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority: $

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credit:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date 06/22/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature: *Michael J Barr*    Title: Building Inspection

Printed Name: MICHAEL J BARR    Title: INSPECTOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

Receipt Conformed Copy

Requestor:
CMA BUSINESS CREDIT SERVICES
05/19/2009 14:54:52  T20090175413
Book/Instr:  20090519-0004215
Lien           Page Count: 2
Fees: $15.00    N/C Fee: $0.00

**NOTICE REQUESTED BY
AND RETURN TO:**

ENVISION CONCRETE LLC
CMA BUSINESS CREDIT SERVICES
3110 W CHEYENNE AVE #100
N LAS VEGAS, NV 89032

Debbie Conway
Clark County Recorder

APN: 160-32-512-022

## NOTICE OF LIEN

The undersigned claims a lien upon the property described in this notice for work, materials or equipment furnished for the improvement of property:

1. The amount of the original contract is: $ 2,460.00.

2. The total amount of all additional, or changed work, materials and equipment, if any, is: $ 0.00.

3. The total amount of all payments received to date is: $ 0.00

4. The amount of the lien, after deducting all just credits and offsets, is $2,460.00.

5. The name of the reputed owner, if known, of the property is: BARR MICHAEL & MARIA, 453 VIA STRETTO AVE, Henderson, NV 89011.

6. The name of the person by whom the lien claimant was employed or to whom the lien claimant furnished or agreed to furnish work, materials or equipment is: RHODES HOMES, 4730 S FORT APACHE #300, Las Vegas, NV 89147

7. A brief statement of the terms of payment of the lien claimant's contract is: -net 30 days.

8. A description of the property and/or the improvements to be charged with the lien is:
     TUSCANY PARCEL 6B LT 22, 453 VIA STRETTO AVE, Henderson, NV 89011,
     County Assessor Description: -Plat Book 123 Page 31 Lot 22, SEC32 TWP21 RNG63, County of Clark
     County Assessors Parcel Number: 160-32-512-022

### VERIFICATION

I declare that I am authorized to file this MECHANICS LIEN (PRIVATE WORK) on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated May 19, 2009 for ENVISION CONCRETE LLC, 5855 REFERENCE ST, Las Vegas, NV 89147

By: _Cherie Berg_                          Phone: (702) 259-2622  Fax: (702) 259-9908

CHERIE BERG, Representative For ENVISION CONCRETE LLC

ACKNOWLEDGEMENT BY NOTARY PUBLIC

**STATE OF NEVADA } SS.**
**COUNTY OF CLARK} SS.**

CHERIE BERG, being duly sworn on oath according to law, deposes and says:

I have read the foregoing Notice of Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

*Cherie Berg*
CHERIE BERG

On May 19, 2009 before me, the undersigned, a Notary Public in and for said state, personally appeared CHERIE BERG [X] Personally known to me.

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the attached instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or their entity upon behalf for which the person(s) acted, executed the instrument.

Signature *Angela D Savage*
**ANGELA D SAVAGE**

> Notary Public - State of Nevada
> COUNTY OF CLARK
> ANGELA D. SAVAGE
> No. 02-73186-1    My Appointment Expires Jan. 3, 2010

CAPACITY CLAIMED BY SIGNER: INDIVIDUAL

Attention Notary: Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to unauthorized documents.

Title or Type of Document: MECHANICS LIEN

Date of Document: May 19, 2009

Number of Pages: 02

Receipt Conformed Copy

Requestor:
COMMERCE TITLE
02/13/2006 15:21:43    T20060027331
Book/Instr: 20060213-0003633
Deed            Page Count: 3
Fees: $15.00    N/C Fee: $0.00
RPTT: $2,019.60

Frances Deane
Clark County Recorder

**A.P. No.**        160-32-512-022
**Escrow No.**    510942-A-MP/
**R.P.T.T.**        $2,019.60

**WHEN RECORDED MAIL TO:**
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

**MAIL TAX STATEMENT TO:**
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

## GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION,* receipt of which is hereby acknowledged,

Tuscany Acquisitions LLC, a Nevada limited liability company

do(es) hereby *GRANT, BARGAIN and SELL* to

Michael Barr and Maria Barr, husband and wife as joint tenants

the real property situate in the County of Clark, State of Nevada, described as follows:

**Lot 22, Block 1, of TUSCANY PARCEL 6B (formerly known as Palm City-Phase 2 Lot 6B) as shown by Map thereof on file in Book 123 of Plats, Page 31, in the Office of the County Recorder of Clark County, Nevada.**

1.    All general and special taxes for the current fiscal year.

2.    Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 01/28/2006

Tuscany Acquisitions LLC, a Nevada limited
liability company

By: Rhodes Design and Development
    Corporation, a Nevada Corporation
    Managing Member

By: Nicole Cervero, Authorized Agent

STATE OF NEVADA

COUNTY OF CLARK

This instrument was acknowledged before me on ___2/8/2006___ by **Nicole**
**Cervero.**)

Notary Public
(My commission expires: __1/14/08__ )



Debtor: Rhodes Design and Development Corporation
Case No.: 09-14846

## **Summary**

This claim arises due to work performed at the direction of Rhodes
Design and Development Corporation a subsidiary of Rhodes Homes
("Rhodes") by Envision Concrete, LLC ("Envision") to my home
located at 453 Via Streeto Avenue, Henderson, NV 89011 ("home"),
pursuant to the contract and subsequent warranty established between
me and the builder of my home --- the aforementioned Rhodes.


The work was performed at my home by Envision in April 2009 and
Envision then sought payment in the amount of $2,460.00 from Rhodes.
As Rhodes failed to fulfill its obligation to Envision, Envision placed a
Mechanic's Lien on my home on May 19, 2009.


Date __6-22-2009__                           Signature __Michael J Bar__

Date __6-22-09__                             Signature _____

1

2                    UNITED STATES BANKRUPTCY COURT

3                            DISTRICT OF NEVADA

4    In re:

5    RHODES DESIGN AND DEVELOPMENT              Chapter 11
     CORPORATION
6    aka RHODES HOMES                           Case No. BK-S-09-14846-LBR
     Tax I.D. No. 88-0241963
7

8                         Debtor.
                                          /
9

10         NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                              AND DEADLINES
11

12   | A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

13   You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
     bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
14   may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
     the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
15   and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

16   NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
     enclosed on the page of this Notice entitled "Explanations."
17

     **Attorney for Debtor(s) (name and address):**
18

19                          ZACHARIAH LARSON
                            LARSON & STEPHENS
                      810 S. CASINO CENTER BLVD., SUITE 104
20                          LAS VEGAS, NV 89101
                        Telephone number: (702) 382-1170
21

22                   PACHULSKI STANG ZIEHL & JONES LLP
                  10100 SANTA MONICA BLVD., 11th FLOOR
                        LOS ANGELES, CA 90067-4100
23                     Telephone Number: (310) 277-6910

24

25

26

27

28

| | **Meeting of Creditors** |
|---|---|

**DATE:** May 7, 2009
**TIME:** 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit: **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

POSTAGE DUE .17¢

RECEIVED
JUN 2 6 2009
BY:

MICHAEL T. BARC
453 VIA STRETTO AVE
HENDERSON, NV 89011

HERITAGE LAND COMPANY, LLC
C/O OMNI MANAGEMENT GROUP, LLC
16161 VENTURA BLVD SUITE
PMB 477
ENCINO, CA. 91436

# CLAIM 9

3

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|---|

| Name of Debtor: **Tuscany Acquisitions, LLC** | Case Number: **09-14853** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
*Michael E MARIA BARR*

Name and address where notices should be sent:
*Michael J. BARR*
*453 Via StreetoAvenue*
*Henderson, NV 89011*

TEL: (702) 657-9211

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed On: ___/___/___

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ) ___ - ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.

**1. Amount of Claim as of Date Case Filed:** $ 2468.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
SERVICES PerFormed WARRANTY
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ☐☐☐☐

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ _____ Annual Interest Rate: ____%
Amount of arrearage and other charges as of time case filed included in secured claim,
If any: $ _____ Basis for perfection: _____
Amount Secured: $ _____ Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date 06/22/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature *Michael J. Barr*    BUILDING INSPECTOR

Printed Name: MICHAEL J BARR    Title: INSPECTOR

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

POC00857    0001

Debtor: Rhodes Design and Development Corporation
Case No.: 09-14846

## Summary

This claim arises due to work performed at the direction of Rhodes Design and Development Corporation a subsidiary of Rhodes Homes ("Rhodes") by Envision Concrete, LLC ("Envision") to my home located at 453 Via Streeto Avenue, Henderson, NV 89011 ("home"), pursuant to the contract and subsequent warranty established between me and the builder of my home --- the aforementioned Rhodes.

The work was performed at my home by Envision in April 2009 and Envision then sought payment in the amount of $2,460.00 from Rhodes. As Rhodes failed to fulfill its obligation to Envision, Envision placed a Mechanic's Lien on my home on May 19, 2009.

Date 6-22-2009                     Signature _Michael J Barr_

Date 6-22-09                       Signature

Case 09-14853-lbr    Claim 9-1    Filed 06/29/09    Page 3 of 11

**NOTICE REQUESTED BY
AND RETURN TO:**

~~ENVISION CONCRETE LLC~~
**CMA BUSINESS CREDIT SERVICES
3110 W CHEYENNE AVE #100
N LAS VEGAS, NV 89032**

APN: 160-32-512-022

Receipt Conformed Copy
Requestor:
CMA BUSINESS CREDIT SERVICES
05/19/2009 14:54:52   T20090175413
Book/Instr:  20090519-0004215
Lien          Page Count: 2
Fees: $15.00    N/C Fee: $0.00

Debbie Conway
Clark County Recorder

## NOTICE OF LIEN

The undersigned claims a lien upon the property described in this notice for work, materials or equipment furnished for the improvement of property:

1. The amount of the original contract is: $ 2,460.00.

2. The total amount of all additional, or changed work, materials and equipment, if any, is: $ 0.00.

3. The total amount of all payments received to date is: $ 0.00

4. The amount of the lien, after deducting all just credits and offsets, is $2,460.00.

5. The name of the reputed owner, if known, of the property is: BARR MICHAEL & MARIA, 453 VIA STRETTO AVE, Henderson, NV 89011.

6. The name of the person by whom the lien claimant was employed or to whom the lien claimant furnished or agreed to furnish work, materials or equipment is: RHODES HOMES, 4730 S FORT APACHE #300, Las Vegas, NV 89147

7. A brief statement of the terms of payment of the lien claimant's contract is: -net 30 days.

8. A description of the property and/or the improvements to be charged with the lien is:
    TUSCANY PARCEL 6B LT 22, 453 VIA STRETTO AVE, Henderson, NV 89011,
    County Assessor Description: -Plat Book 123 Page 31 Lot 22, SEC32 TWP21 RNG63, County of Clark
    County Assessors Parcel Number: 160-32-512-022

### VERIFICATION

I declare that I am authorized to file this MECHANICS LIEN (PRIVATE WORK) on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated May 19, 2009 for ENVISION CONCRETE LLC, 5655 REFERENCE ST, Las Vegas, NV 89147

By: *Cherie Berg*                          Phone: (702) 259-2622 Fax: (702) 259-9908

CHERIE BERG, Representative For: ENVISION CONCRETE LLC

---

### ACKNOWLEDGEMENT BY NOTARY PUBLIC

**STATE OF NEVADA } SS.**
**COUNTY OF CLARK} SS.**

CHERIE BERG, being duly sworn on oath according to law, deposes and says:

I have read the foregoing Notice of Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

*Cherie Berg*
**CHERIE BERG**

On May 19, 2009 before me, the undersigned, a Notary Public in and for said state, personally appeared CHERIE BERG [X] Personally known to me.

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the attached instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or their entity upon behalf for which the person(s) acted, executed the instrument.

Signature *Angela D Savage*
**ANGELA D SAVAGE**

Notary Public - State of Nevada
COUNTY OF CLARK
ANGELA D. SAVAGE
No. 02-73186-1    My Appointment Expires Jan. 3, 2010

CAPACITY CLAIMED BY SIGNER: INDIVIDUAL

Attention Notary: Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to unauthorized documents.

Title or Type of Document: <u>MECHANICS LIEN</u>

Date of Document: <u>May 19, 2009</u>

Number of Pages: <u>02</u>

Receipt Conformed Copy

Requestor:
COMMERCE TITLE
02/13/2006 15:21:43    T20060027331
Book/Instr:  20060213-0003633
Deed         Page Count: 3
Fees: $15.00    N/C Fee: $0.00
RPTT: $2,019.60

Frances Deane
Clark County Recorder

*A.P. No.*     160-32-512-022
*Escrow No.*   510942-A-MP/
*R.P.T.T.*     $2,019.60

*WHEN RECORDED MAIL TO:*
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

*MAIL TAX STATEMENT TO:*
Michael Barr and Maria Barr
453 Via Stretto Avenue
Henderson, NV 89015

## GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION,* receipt of which is hereby acknowledged,

Tuscany Acquisitions LLC, a Nevada limited liability company

do(es) hereby *GRANT, BARGAIN and SELL* to

Michael Barr and Maria Barr, husband and wife as joint tenants

the real property situate in the County of Clark, State of Nevada, described as follows:

**Lot 22, Block 1, of TUSCANY PARCEL 6B (formerly known as Palm City-Phase 2 Lot 6B) as shown by Map thereof on file in Book 123 of Plats, Page 31, in the Office of the County Recorder of Clark County, Nevada.**

1.    All general and special taxes for the current fiscal year.

2.    Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 01/28/2006

Tuscany Acquisitions LLC, a Nevada limited
liability company

By: Rhodes Design and Development
    Corporation, a Nevada Corporation
    Managing Member

By: Nicole Cervero, Authorized Agent

STATE OF **NEVADA**

COUNTY OF **CLARK**

This instrument was acknowledged before me on ___2/8/2006___ by **Nicole**
Cervero.

Notary Public
(My commission expires: __7/14/08__ )



1

2

# UNITED STATES BANKRUPTCY COURT

3

## DISTRICT OF NEVADA

4

In re:                                              Chapter 11

5

TUSCANY ACQUISITIONS, LLC                     Case No. BK-S-09-14853-LBR
Tax I.D. No. 20-2700206

6

Debtor.

7

_____/

8

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
### AND DEADLINES

9

10

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

11

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
consult an attorney to protect your rights. All documents filed in this case may be viewed at the
bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

12

13

14

15

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
enclosed on the page of this Notice entitled "Explanations."

16

**Attorney for Debtor(s) (name and address):**

17

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

18

19

20

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11ª FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

21

22

23

**Meeting of Creditors**

24

**DATE:** May 7, 2009
**TIME:** 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

25

26

27

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="border:1px solid black">

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO NOT FILE PROOF OF CLAIM FORMS WITH THE COURT.**

</div>

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| | **EXPLANATIONS** |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| --- | --- |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

Michael Bauer
4153 Via Stretto Ave
Henderson, NV 89011

9143682522 0020

Heritage Land Company, LLC
C/o Omni Management Group, LLC
16161 Ventura Blvd Suite C
PMB 477
Encino, CA 91436

RECEIVED
JUN 26 2009



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:69105.1



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

October 21, 2009

**VIA U.S. FIRST CLASS MAIL**

Michael & Maria Barr
453 Via Street Avenue
Henderson, NV 89011

> Re:  **The Rhodes Companies, et al.**
> **Chapter 11 Case No. 09-14814**
> **(Jointly Administered)**

Dear Mr. & Mrs. Barr:

This firm represents Apache Framing, LLC, Rhodes Design and Development Corporation and Tuscany Acquisitions, LLC (the "Debtors") in their Chapter 11 bankruptcy cases filed in the United States Bankruptcy Court for the District of Nevada (jointly administered under Case No. 09-14814 LBR). You filed three identical proofs of claim on your behalf in the Debtors' bankruptcy cases as follows:

- Apache Framing, LLC, Case No. 09-14818 LBR, designated as Claim No. 6, in the amount of $2,460.00;

- Rhodes Design and Development Corporation, Case No. 09-14846 LBR, designated as Claim No. 54 in the amount of $2,460.00; and

- Tuscany Acquisitions, LLC, Case No. 09-14853 LBR, designated as Claim No. 9 in the amount of $2,460.00.

According to the documentation attached to your claim, your claim is pursuant to a lien placed on your home by Envision Concrete, for services performed by Envision at the request of the Debtors. As of September 1, 2009, Envision Concrete has released their lien against your home. A copy of such release is attached hereto for your reference. Therefore, we request that you withdraw all three of your claims against the Debtors.

Please withdraw your Claims by signing and returning the enclosed Notice of Claim Withdrawal forms by November 16, 2009

73203-002\DOCS_SF:68067.1



LAW OFFICES

Mr. & Mrs. Barr
October 21, 2009
Page 2

so that we may avoid having to object to your claim in the
Bankruptcy Court. Thank you.

Very truly yours,

/s/
Patricia J. Jeffries

PJJ
Enclosure
cc:     Michael A. Matteo

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

APACHE FRAMING, LLC,
                    Debtor.

Case No.: BK-S-09-14818-LBR

Chapter 11

---

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6

---

MICHAEL & MARIA BARR hereby withdraws their proof of claim, designated as Claim No. 6 filed in the above-captioned case.

Dated: _____, 2009

_____
                              (signature)
By: _____      (print name)
Its: _____        (title)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14846-LBR |
| RHODES DESIGN AND DEVELOPMENT CORPORATION, Debtor. | Chapter 11 |

---

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 54**

---

MICHAEL & MARIA BARR hereby withdraws their proof of claim, designated as Claim No. 54 filed in the above-captioned case.

Dated: _____, 2009

_____
(signature)

By: _____        (print name)
Its: _____        (title)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

TUSCANY ACQUISITIONS, LLC,

Debtor.

Case No.: BK-S-09-14853-LBR

Chapter 11

---

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 9**

MICHAEL & MARIA BARR hereby withdraws their proof of claim, designated as Claim No. 9 filed in the above-captioned case.

Dated: _____, 2009

                                          _____
                                                  (signature)

                                          By:                                    (print name)
                                          Its:                                     (title)

(2)

NOTICE REQUESTED BY
AND RETURN TO:

ENVISION CONCRETE, LLC
% CREDIT MANAGEMENT ASSN
3110 W CHEYENNE #100
NORTH LAS VEGAS, NV 89032

APN: 160-32-512-022

Inst #: 200909010003138
Fees: $15.00
N/C Fee: $0.00
09/01/2009 02:34:27 PM
Receipt #: 40587
Requestor:
CREDIT MANAGEMENT ASSN
Recorded By: LEX   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

## DISCHARGE OR RELEASE OF NOTICE OF LIEN

Notice is hereby given that the undersigned did on MAY 19, 2009 record in book #20090519 , as document #04215  in the office of the county recorder of CLARK County, Nevada, it's Notice of Lien or has otherwise given notice of his intention to hold and claim a lien upon the following described property, owned or purportedly owned by BARR MICHAEL & MARIA, 453 VIA STRETTO AVE, HENDERSON, NV 89011 situated in the county of CLARK, to wit: The project is commonly known as TUSCANY PARCEL 6B LT 22, 453 VIA STRETTO, HENDERSON, NV 89011.

. The specific contract information is for such additional information as to contact numbers for owners, general contractors, lenders or sureties as may be found in exhibit D, if attached.

NOW THEREFORE, for valuable consideration the undersigned does release, satisfy and discharge the claim or lien on the property described above by reason of such Notice of Lien, or by reason of the work or labor on, or materials furnished for, that property.

Dated August 31, 2009 for ENVISION CONCRETE LLC, 5655 REFERENCE ST, LAS VEGAS, NV 89147

By: _Elise Gutierrez_
ELISE GUTIERREZ, REPRESENTATIVE FOR ENVISION CONCRETE LLC

I declare that I am authorized to file this Release of Mechanic's Lien on behalf of the claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct and that it contains, among other things, a correct statement of demand of Claimant, after deducting all just credits and offsets. Executed at N LAS VEGAS, NV on August 31, 2009 for ENVISION CONCRETE LLC

By: _Elise Gutierrez_
ELISE GUTIERREZ, REPRESENTATIVE FOR ENVISION CONCRETE LLC

### ACKNOWLEDGEMENT BY NOTARY PUBLIC

**STATE OF NEVADA } SS.**
**COUNTY OF CLARK} SS.**

ELISE GUTIERREZ, being duly sworn on oath according to law, deposes and says:

I have read the foregoing Release of Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

_Elise Gutierrez_
ELISE GUTIERREZ

On August 31, 2009 before me, the undersigned, a Notary Public in and for said state, personally appeared ELISE GUTIERREZ[X] Personally known to me.

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the attached instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or their entity upon behalf for which the person(s) acted, executed the instrument.

Signature _Kim Lamberty_
**KIM LAMBERTY**

> Notary Public - State of Nevada
> COUNTY OF CLARK
> KIM LAMBERTY
> No. 99-35338-1   My Appointment Expires April 12, 2011

CAPACITY CLAIMED BY SIGNER: INDIVIDUAL

Attention Notary: Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to unauthorized documents.

Title or Type of Document: RELEASE OF LIEN

Date of Document: August 31, 2009

Number of Pages: 02

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:69105.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | |

Affects:

☐ All Debtors
☒ Affects the following Debtor(s):

Apache Framing, LLC 09-114818; Rhodes Design and Development Corporation 09-14846; and Tuscany Acquisitions, LLC 09-14853

Hearing Date: January 14, 2010
Hearing Time: 9:00 a.m.
Courtroom 1

## ORDER GRANTING DEBTORS' OMNIBUS OBJECTION TO MICHAEL & MARIA BARR'S CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [DOCKET NO.      ]

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Upon consideration of the *Debtors' Omnibus Objection to Michael & Maria Barr's Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007* [Docket No. ____] (the "Omnibus Objection"),[2] filed by above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing and expunging the Barr Claims as set forth in the Column marked "Proposed Treatment/Disposition" in **Exhibit A** attached hereto; and the Court having jurisdiction to consider the Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the Central Telephone Claims and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Omnibus Objection establishes just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1.      The Omnibus Objection is granted.

2.      The Barr Claims identified on **Exhibit A** are hereby disallowed in their entirety.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

APPROVED/DISAPPROVED:

DATED this 14th day of January, 2010.

By: _____
    UNITED STATES TRUSTEE
    August B. Landis
    Office of the United States Trustee
    300 Las Vegas Blvd. S., Ste. 4300
    Las Vegas, NV  89101


Submitted by:
DATED this 14th day of January, 2010.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV  89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    *Attorneys for Debtors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

## **LR 9021 Certification**

2

3   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

4   ___ The court has waived the requirement of approval under LR 9021.

5   ___No parties appeared or filed written objections, and there is no trustee appointed in the case.

6   ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
7   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
    and each has approved or disapproved the order, or failed to respond, as indicated below.

8

9

10  Submitted by:
    DATED this 14th day of January, 2010.

11

12  By: /s/ Zachariah Larson
        LARSON & STEPHENS
13      Zachariah Larson, Esq. (NV Bar No 7787)
        Kyle O. Stephens, Esq. (NV Bar No. 7928)
14      810 S. Casino Center Blvd., Ste. 104
        Las Vegas, NV 89101
15      (702) 382-1170 (Telephone)
        (702) 382-1169
16      zlarson@lslawnv.com
        Attorneys for Debtors

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:69105.1