# CLAIM 13

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **Tuscany Acquisitions, LLC** | Case Number: **09-14853**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Cabinetec, Inc**

Name and address where notices should be sent:
**2711 East Craig Rd, #A**
**North Las Vegas, NV 89030**

TEL: **(702) 649-1010**

☑ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: **06 / 22 / 09**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ___ ) ___ - ___

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.

**1. Amount of Claim as of Date Case Filed:** $ **17528.88**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim** **Goods Sold-cabinets**
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** [ ][ ][ ][ ]

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☑ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: **Homes**

Value of Property: $ **12285.52**  Annual Interest Rate: ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____  Basis for perfection: _____

Amount Secured $ **12285.52**  Amount Unsecured $ **5243.36**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: _____

Date **08/18/2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature: _Sheri Foreman_

Printed name: **Sheri Foreman**  Title: **Payroll**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

**Invoice**

Invoice Number: 102528G-IN

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice Date: 3/25/2009
Salesperson: NC
Terms: NET 30  DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.: LISYED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

Job Number: RHP2ST

LOT 111
Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4000 | STD CAB PKG - TS250111-006 | 1 | 4307.16 | 4,307.16 |
| 4002 | 40" CAB UPPERS - TS250111-082 | 1 | 384.00 | 384.00 |
| 4220 | CAB PICK UP - TS250111-007 | 1 | 552.20 | 552.20 |
|  | TS25 LA LUNA PH 1 |  |  |  |
|  | PLAN 3021 LOT 111 |  |  |  |
|  | 976 VIA STELLATO STREET |  |  |  |

| | |
|---|---|
| Net Invoice: | 5,243.3 |
| Freight: | 0.0 |
| Sales Tax: | 0.0 |
| Invoice Total: | $5,243.3 |
| Retention Amount: | 0.0 |
| NET AMOUNT DUE : | 5,243.3 |





**PURCHASE ORDER**

**TS250111-006**

JOB NUMBER: TS250111
ORDER DATE: 9/3/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 976 Via Stellato Street |
| 2711 E. Craig Road Suite A & B | 976 Via Stellato Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1          LOT #: 0111 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | FC | RIGHT | | | |

PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **** 420 Cabinets d1 **** | | | | 0.80 | bid | 5,522.00 | 4,417.60 |
| 4201 | Set Cabinets | | | | | | |
| | 3050200 | S | Subcontract | -0.02 | bid | 5,522.00 | -110.44 |
| 420A | OCIP Insurance - Cabinets | | | | | | |
| | 11010100 | S | Subcontract | | | | |

| | | |
|---|---|---|
| Action Taken to Stop Further Variance: | Net Order | 4,307.16 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **4,307.16** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment Mendoza |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 2 4 2009 |
| Date: 09/03/2008 | Date: 3/19/09 | Date: X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**H O M E S**

**PURCHASE ORDER**
TS250111-082

JOB NUMBER: TS250111
ORDER DATE: 9/3/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 976 Via Stellato Street |
| 2711 E. Craig Road Suite A & B | 976 Via Stellato Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1        LOT #: 0111 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | FC | RIGHT | | | |

Page 1

**PLEASE SUPPLY THE FOLLOWING :**

| ITEM    ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| **** **420 Cabinets d1** **** | 1.00 | bid | 384.00 | 384.00 |
| 4201  40" Cabinet Uppers | | | | |
| 021CAUP0        3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | Net Order | 384.00 |
|---|---|---|
| | Tax | 0.00 |
| | TOTAL ORDER | 384.00 |

Authorized Signature:

By: Kathy Sanucci

Title: Prod. Supervisor

Date: 09/03/2008

Vendor/Sub-Contractor:

By: _____

Title: Accounting

Date: 3/9/09

Approved for Payment

Ar..es Mendoza

By: _____

Title: MAR 2 4 2009

Date: X _____

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**JOB NUMBER: TS250111**
**ORDER DATE: 9/3/2008**

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 976 Via Stellato Street |
| 2711 E. Craig Road Suite A & B | 976 Via Stellato Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1          LOT #:  0111 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | FC | RIGHT | | | |

| PLEASE SUPPLY THE FOLLOWING : | | | Page 1 | | | |
|---|---|---|---|---|---|---|
| ITEM    ITEM DESCRIPTION | | QTY | UNIT | PRICE | TOTAL |

**\*\*\*\* 420 Cabinets d2 \*\*\*\***

| | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| 4202  Cabinet Pickup | | 0.10 | bid | 5,522.00 | 552.20 |
| 3050200    S    Subcontract | | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 552.20 |
| | Tax | 0.00 |
| | TOTAL ORDER | 552.20 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved: Reymundo Mendoza |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Accounting | Title: |
| Date:  09/03/2008 | Date: 3/9/09 | Date: X |

MAR 2 4 2009

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _Tsas La Luna._

PHASE: _1_        PLAN: _3021_    LOT/BLK: _111_

PROPERTY ADDRESS: _976 Via Stellato street_

INVOICE NO: _1025286_    PAYMENT AMT: _5243.36_    PAYMENT PERIOD: _3/25/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 25_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| Nathan Thomas | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _25_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _25_ DAY OF _March_ 2009

BY: _____
CABINETEC, INC.        702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

**Invoice**

| | |
|---|---|
| Page: | 1 |
| Invoice Number: | 102517S-IN |
| Invoice Date: | 3/5/2009 |
| Salesperson: | NC |
| Terms: | NET 30 DAYS |
| Tax Schedule: | NV |
| Customer Number: | RHODES |
| Customer P.O.: | LISTED |

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP2ST

REL 5-2 LOT 132
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4000 | SET CABINETS TS250132-006 | 1 | 4307.16 | 4,307.16 |
| 4002 | 4" CROWN MOLDING TS250132-081 | 1 | 771.00 | 771.00 |
| 4002 | 40"CABINET UPPERS TS250132-081 | 1 | 384.00 | 384.00 |
| 4220 | CABINET PICKUP TS250132-007 | 1 | 552.20 | 552.20 |
| | PARCEL 25 @ TUSCANY | | | |
| | LOT 132 PLAN P-3021 | | | |
| | 912 VIA DEL TRAMONTO ST. | | | |

| | |
|---|---|
| Net Invoice: | 6,014.36 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $6,014.36 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 6,014.36 |



# R HODES
### H O M E S

**JOB NUMBER: TS250132**
**ORDER DATE: 8/26/2008**

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 912 Via Del Tramonto Street |
| 2711 E. Craig Road Suite A & B | 912 Via Del Tramonto Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1            LOT #: 0132 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | AN | RIGHT | | | |

PLEASE SUPPLY THE FOLLOWING :                    Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 5,522.00 | 4,417.60 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 5,522.00 | -110.44 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 4,307.16 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **4,307.16** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 03/09 |
| Date: 08/26/2008 | Date: 3/5/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**


**R H O D E S**
**H O M E S**

<div style="text-align:right">

**PURCHASE ORDER**
TS250132-081

**JOB NUMBER: TS250132**
**ORDER DATE: 8/26/2008**

</div>

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR:   3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 912 Via Del Tramonto Street |
| 2711 E. Craig Road Suite A & B | 912 Via Del Tramonto Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1          LOT #:  0132 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | AN | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                    Page 1

| ITEM   ITEM DESCRIPTION | | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d1* \*\*\*\*** | | | | | | | |
| 4201  4" Crown Molding Rope | | | | 1.00 | bid | 771.00 ✓ | 771.00 |
| 3021CADR0 | 3050200 | S | Subcontract | | | | |
| 4201  40" Cabinet Uppers | | | | 1.00 | bid | 384.00 ✓ | 384.00 |
| 3021CAUP0 | 3050200 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 1,155.00 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **1,155.00** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: |
| Date: 08/26/2008 | Date: 3/5/09 | Date: MAR 08/2009 |

X
**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**RHODES**
**H O M E S**

<div style="border:1px solid">

**PURCHASE ORDER**
**TS250132-007**

</div>

**JOB NUMBER: TS250132**
**ORDER DATE: 8/26/2008**

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 912 Via Del Tramonto Street<br>912 Via Del Tramonto Street<br>Henderson NV 89011 |
| | TS25 LA LUNA PH 1                    LOT #:  0132 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | AN | RIGHT | | | |

PLEASE SUPPLY THE FOLLOWING :                    Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d2 **** | | | | | |
| 4202 Cabinet Pickup | | 0.10 | bid | 5,522.00 | 552.20 |
| 3050200         S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 552.20 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **552.20** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment:  Andres Mendoza |
|---|---|---|
| By: Kathy Sanucci | By: M | By: |
| Title: Prod. Supervisor | Title: Accounting | Title:         MAR 03 2009 |
| Date: 08/26/2008 | Date: 3/5/09 | Date: X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: *TS25 La Luna Ph 1*

PHASE: *1*     PLAN: *3021*     LOT/BLK: *0132*

PROPERTY ADDRESS: *912 Via Del Tranquito Street*

INVOICE NO: *1025173*     PAYMENT AMT. *6014.36*     PAYMENT PERIOD: *3/5/2009*

UNDERSIGNED'S CUSTOMER: *Rhodes Homes*

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: *March 5*          2009          Company Name: CABINETEC, INC.

BY: *Jessica Thomas*
    JESSICA THOMAS
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| *Eddie Arroyo* | CABINETS INSTALLED | *Eddie Arroyo* |
|  | CABINETS INSTALLED |  |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS *5* DAY OF *March*          2009

AUTHORIZED SIGNATURE *Jessica Thomas*
                     Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS *5* DAY OF *March*          2009

BY: *Jessica Thomas*
    CABINETEC, INC.          702-649-1010
    2711 E CRAIG RD #A
    N LAS VEGAS, NV 89030

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 0150 0000 8353 8389

Sent To  *Tuscany (Rhodes)*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Tuscany Acquisitions
(Rhodes)
4730 S. Fort Apache Rd
3rd
Las Vegas NV 89147*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *L. Lunetta*          □ Agent
                          □ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
*Lisa Lunetta*    *11/10/08*

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7008 0150 0000 8353 8389

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Clark County Real Property    Case 09-14853-lbr    Claim 13-1    Filed 08/27/09    Page 13 of 22    Page 1 of 1

$6,677.00

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 160-32-313-095 |
| OWNER AND MAILING ADDRESS | TUSCANY ACQUISITIONS L L C<br><br>4730 S FORT APACHE RD #300<br>LAS VEGAS NV 89147-7947 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 912 VIA DEL TRAMONTO ST<br>HENDERSON |
| ASSESSOR DESCRIPTION | TUSCANY PARCEL 25<br>PLAT BOOK 125 PAGE 35<br>LOT 132 BLOCK 3<br><br><br>SEC 32 TWP 21 RNG 63 |
| RECORDED DOCUMENT NO. | * 20051219:04168 |
| RECORDED DATE | 12/19/2005 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 513 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT<br>ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2007-08 | 2008-09 |
| LAND | 40425 | 30870 |
| IMPROVEMENTS | 0 | 0 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED | 40425 | 30870 |
| TAXABLE VALUE LAND+IMP | 115500 | 88200 |
| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | | |
| ESTIMATED SIZE | 0.10 Acres | |
| ORIGINAL CONST. YEAR | 0 | |
| LAST SALE PRICE<br>MONTH/YEAR | 6972956<br>12/05 | |
| LAND USE | 0-00 VACANT | |
| DWELLING UNITS | 0 | |

# NOTICE OF RIGHT TO LIEN
## (N.R.S. 108.245 or N.R.S. 339.035)

To:    Tuscany Acquisitions LLC
4730 S Fort Apache Rd, #300
Las Vegas, NV 89147-7947

The undersigned hereby notifies you that it has supplied materials or performed work or services as follows:

Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:

912 Via Del Tramonto St Henderson
Tuscany Parcel 25
Plat Book 125 Page 35
Lot 132 Block 3
Sec 32 Twp 21 Rng 63

An estimate of the total price of the labor, service, equipment or material is:    $6,677.00

Under contract with:  Rhodes Homes

THIS I S  NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

By:    Cabinetec, Inc
2711 E. Craig Road, Ste A
North Las Vegas, NV  89030

Claimants Signature: _____
Date: _11·14-0̶0̶_

Certified Mail Number:  7008 0150 0000 8353 8389

## REQUEST FOR NOTICE OF COMPLETION:

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above claimant with a copy of any Notice of Completion recorded on this construction project.

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

**Invoice**

Page: 1
Invoice Number: 102528S-IN
Invoice Date: 3/25/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.: LISTED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

Job Number: RHP25T

LOT 042
Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4000 | STD CAB PKG - TS250042-006 | 1 | 3523.26 | 3,523.26 |
| 4001 | CAB UPGRADE #2 - TS250042-071 | 1 | 3735.00 | 3,735.00 |
| 4220 | CAB PICKUP - TS250042-007 | 1 | 451.70 | 451.70 |
|  | TS25 LA LUNA PH 1 |  |  |  |
|  | PLAN 1724 LOT 042 |  |  |  |
|  | 905 VIA DEL TRAMONTO STREET |  |  |  |

| | |
|---|---|
| Net Invoice: | 7,709.96 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $7,709.96 |
| Retention Amount: | 0.00 |
| **NET AMOUNT DUE :** | 7,709.96 |


## RHODES
### H O M E S

**PURCHASE ORDER**
TS250042-000

**JOB NUMBER:** TS250042
**ORDER DATE:** 8/26/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 905 Via Del Tramonto Street |
| 2711 E. Craig Road Suite A & B | 905 Via Del Tramonto Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1                LOT #: 0042 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1724 | SC | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 4,517.00 | 3,613.60 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 4,517.00 | -90.34 |
| | 11010100 | V20 | OCIP Insurance Policy | | | | |

| Action Taken to Stop Further Variance: | | | |
|---|---|---|---|
| | Net Order | 3,523.26 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | 3,523.26 |

Authorized Signature:

By: _Kathy Sanucci_

Title: _Prod. Supervisor_

Date: _08/26/2008_

Vendor/Sub-Contractor:

By: _____

Title: _Accounting Dept_

Date: _3/19/09_

Approved for Payment

By: _Andres Mendoza_

Title: _MAD of Accnt_

Date: _____

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**





**PURCHASE ORDER**
TS250042-071

JOB NUMBER: TS250042
ORDER DATE: 8/26/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:     3112 | JOB ADDRESS: |
| --- | --- |
| Cabinetec, Inc. | 905 Via Del Tramonto Street |
| 2711 E. Craig Road Suite A & B | 905 Via Del Tramonto Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1                    LOT #: 0042 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
| --- | --- | --- | --- | --- | --- |
| 1724 | SC | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                      Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | |
| 4201 | Cabinet Upgrade #2 | 1.00 | bid | 3,735.00 | 3,735.00 |
| 1724CA002 | 3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
| --- | --- | --- |
| | Net Order | 3,735.00 |
| | Tax | 0.00 |
| | TOTAL ORDER | 3,735.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
| --- | --- | --- |
| By: Kathy Sanucci | By: _MMM_ | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 2 2009 |
| Date: 08/26/2008 | Date: 3/19/09 | Date: X |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**


# RHODES
## H O M E S

**PURCHASE ORDER**
TS250042-007

**JOB NUMBER:** TS250042
**ORDER DATE:** 8/26/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 905 Via Del Tramonto Street<br>905 Via Del Tramonto Street<br>Henderson NV 89011 |
| | TS25 LA LUNA PH 1                    LOT #:  0042 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1724 | SC | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                         Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d2* \*\*\*\*** | | | | | |
| 4202 | Cabinet Pickup | 0.10 | bid | 4,517.00 | 451.70 |
| | 3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 451.70 |
| | Tax | 0.00 |
| | TOTAL ORDER | 451.70 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 2 4/2009 |
| Date: 08/26/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _T.525 La Luna_

PHASE: _1_    PLAN: _1724_    LOT/BLK: _042_

PROPERTY ADDRESS: _905 Via Del Tributo Street_

INVOICE NO: _1125285_    PAYMENT AMT. _7709.96_    PAYMENT PERIOD: _3/25/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 25_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| _Nathan Thomas_ | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust and the owner of the above named job site, their successors and assigns.

DATED THIS _25_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _25_ DAY OF _March_ 2009

BY: _____    702-649-1010
CABINETEC, INC.
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

Clark County Real Property                                    Page 1 of 1

*$8,252.00*

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 160-32-313-042 |
| OWNER AND MAILING ADDRESS | TUSCANY ACQUISITIONS L L C<br><br>4730 S FORT APACHE RD #300<br>LAS VEGAS NV 89147-7947 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 905 VIA DEL TRAMONTO ST<br>HENDERSON |
| ASSESSOR DESCRIPTION | TUSCANY PARCEL 25<br>PLAT BOOK 125 PAGE 35<br>LOT 42 BLOCK 1<br><br><br>SEC 32 TWP 21 RNG 63 |
| RECORDED DOCUMENT NO. | * 20051219:04168 |
| RECORDED DATE | 12/19/2005 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 513 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT<br>ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2007-08 | 2008-09 |
| LAND | 40425 | 30870 |
| IMPROVEMENTS | 0 | 0 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED | 40425 | 30870 |
| TAXABLE VALUE LAND+IMP | 115500 | 88200 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.10 Acres |
| ORIGINAL CONST. YEAR | 0 |
| LAST SALE PRICE<br>MONTH/YEAR | 6972956<br>12/05 |
| LAND USE | 0-00 VACANT |
| DWELLING UNITS | 0 |

Case 09-14814-gwz    Doc 834-1    Entered 12/14/09 14:52:14    Page 22 of 23
12/17/2008 09:05 FAX  7028734759      RHODESHOMES
Case 09-14853-lbr    Claim 13-1    Filed 08/27/09    Page 21 of 22





## RHODES
H O M E S
*"All Rhodes Lead Home"*

RECEIVED
DEC 0 5 2008

---

| 4730 S. Fort Apache Rd., Suite 300 | Las Vegas, NV 89147 |
| Contractors License No. 28530 | (702) 873-5582 |

### NOTICE OF "INTENT" TO BACK-CHARGE

DATE: 11|11|08

DATE FAXED: 11|11|08

FAX #: 320-0700

ATTN:

COMPANY: Cabinetec

BACK-CHARGE #: 036108

PROJECT: La Luna

LOT:

BLOCK: 172

$ 1,308.00

As a Subcontractor or supplier for **Rhodes Homes** you are hereby notified of our INTENT to back-charge you for the following:

| ☐ Failure to perform | ☐ Delay | ☐ Other |
| ☒ Damage | ☐ Workmanship | ☐ No response required |

The reason for the intent to back-charge is as follows:

Cost to re-make & re-install granite countertop due to nail being shot thru water line causing leak and damage.

You have forty-eight (48) hours in which to respond to the person indicated below. Failure to correct and/or respond to Rhodes Homes will result in the hiring of outside services at your expense (See the Construction Subcontract agreement, Note Exhibit "A").

**Rhodes Homes**

Name: greg tribble                                    Date: 11|11|08

Title:

---

### "ACTIVATION"
### OF BACK-CHARGE

On 11|11  20 08 , you were notified of our intent to back-charge. It has been determined that you are responsible for this back-charge. The amount of $ 1438.80  will be deducted from your next draw against your contract, or other monies due you.    **10% Admin Fee Added**

The Subcontractor who performed the work for which you are being back-charged is as follows:

Subcontractor: Granite World                    Invoice Number: 25S0704

**Rhodes Homes**

Jaymie Benish

Name:                        DEC 18 2008                    Date:        DEC 08 2008

Title:                    x

WHITE - Contract File        CANARY - Accounting        PINK - Subcontractor



**R**
**R H O D E S**
**H O M E S**
*"All Rhodes Lead Home"*

4730 S. Fort Apache Rd., Suite 300
Contractors License No. 28530

Las Vegas, NV 8
(702) 873-

## NOTICE OF "INTENT" TO BACK-CHARGE

DATE: 11|11|08

DATE FAXED: 11|11|08

FAX #: 320-0700

ATTN:

COMPANY: Cabinetec

BACK-CHARGE #: 036108

PROJECT: La Luna

LOT:

BLOCK: 172

$ 1,308.00

As a Subcontractor or supplier for **Rhodes Homes** you are hereby notified of our INTENT to back-charge
you for the following:

☐ Failure to perform          ☐ Delay              ☐ Other

☒ Damage                      ☐ Workmanship        ☐ No response requi

The reason for the intent to back-charge is as follows:

Cost to re-make & re-install granite countertop duet
nail being shot thru water line causing leak and dam...

You have forty-eight (48) hours in which to respond to the person indicated below. Failure to corre  nd/or
respond to Rhodes Homes will result in the hiring of outside services at your expense (See the Co       tion
Subcontract agreement. Note Exhibit "A").

**Rhodes Homes**

Name: greg tribble                                    Date: 11|11|08

Title:

---

## "ACTIVATION"
## OF BACK-CHARGE

On _____ 20 ___ , you were notified of our intent to back-charge. It has been determined     you
are responsible for this back-charge. The amount of $_____ will be deducted
your next draw against your contract, or other monies due you.

The Subcontractor who performed the work for which you are being back-charged is as follows:

Subcontractor: _____    Invoice Number: _____

**Rhodes Homes**

Name: _____                  Date: _____

Title: _____

WHITE - Contract File      CANARY - Accounting      PINK - Subcontractor