## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _The Greens_

PHASE: _____  LOT/BLK(s): _2_  PLAN: _P-1534_

PROPERTY ADDRESS: _387 Cliff Crossing Way_

INVOICE NO: _1025255_  PAYMENT AMT.: _3210.32_  PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _3/19/09_

COMPANY NAME: Cabinetec, Inc.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_19_ Day of _March_ 2009

Notary Public _Jessica Thomas_

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARROYO | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CabineTec/Inc.  702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

# NOTICE OF RIGHT TO LIEN
(N.R.S. 108.245 or N.R.S. 339.035)

To:    Rhodes Ranch GP
       4730 S Fort Apache #300
       Las Vegas, NV  89147

The undersigned hereby notifies you that it has supplied materials or performed work or
services as follows:

       Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:
       387 Cart Crossing Wy, Spring Valley
       Rhodes Ranch-Parcel 11-Phase 4
       Plat Book 126 Page 1
       Lot 211
       Sec 08 Twp 22 Rng 60

An estimate of the total price of the labor, service, equipment or material is:   $3,253.00

Under contract with:  Rhodes Homes

THIS I S  NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES
NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED B Y LAW THAT THE
UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS
PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT
PAID.

                           By:    Cabinetec, Inc
                                  2711 E. Craig Road, Ste A
                                  North Las Vegas, NV  89030

       Claimants Signature: _____
                     Date:      3 - 12 -09

Certified Mail Number:          7007 0710 0004 3575 6680

## *REQUEST FOR NOTICE OF COMPLETION:*

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above
claimant with a copy of any Notice of Completion recorded on this construction project.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhodes Ranch
4730 S Fort Apache
#300
Las Vegas, NV 89147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 0710 0004 3575 6680

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

| | |
|---|---|
| Page: | 1 |
| Invoice Number: | 1025249-IN |
| Invoice Date: | 3/19/2009 |
| Salesperson: | NC |
| Terms: | NET 30 DAYS |
| Tax Schedule: | NV |
| Customer Number: | RHODES |
| Customer P.O.: | LISTED |

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

Job Number: RHP10

LOT 083
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4000 | SET CABINETS RR100083-012 | 1 | 1733.94 | 1,733.94 |
| 4220 | CABINET PICKUP RR100083-013 | 1 | 222.30 | 222.30 |
| RET | RETENTION RR100083-014 | 1 | 222.30 | 222.30 |
| | THE IRONS | | | |
| | LOT 083 PLAN P-1467 | | | |
| | 280 LOCUST VALLEY AVE. | | | |

| | |
|---|---|
| Net Invoice: | 2,178.54 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $2,178.54 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 2,178.54 |



**JOB NUMBER:** RR100083
**ORDER DATE:** 9/26/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 280 Locust Valley Avenue |
| 2711 E. Craig Road Suite A & B | 280 Locust Valley Avenue |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR10 THE IRONS          LOT #: 0083 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | A | RIGHT | | | |

### PLEASE SUPPLY THE FOLLOWING :                         Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d3 \*\*\*\*** | | | | | |
| 4203 | Cabinet Retention | 0.10 | bid | 2,223.00 | 222.30 |
| | 3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 222.30 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **222.30** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: _Kathy Sanucci_ | By: _____ | By: _____ |
| Title: _Prod. Supervisor_ | Title: _Acct._ | Title: _____ |
| Date: _09/26/2008_ | Date: _3/9/09_ | Date: _____ |

## IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**PURCHASE ORDER**
**RR100083-013**

JOB NUMBER: RR100083
ORDER DATE: 9/26/2008

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:  3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 280 Locust Valley Avenue<br>280 Locust Valley Avenue<br>Las Vegas NV 89148 |
| | **RR10 THE IRONS**   LOT #:  0083 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | A | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d2* \*\*\*\*** | | | | | |
| 4202 | Cabinet Pickup | 0.10 | bid | 2,223.00 | 222.30 |
| | 3050200      S          Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 222.30 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **222.30** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: *Acct.* | Title: |
| Date: 09/26/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**
**RR100083-012**

**JOB NUMBER: RR100083**
**ORDER DATE: 9/26/2008**

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 280 Locust Valley Avenue<br>280 Locust Valley Avenue<br>Las Vegas NV 89148 |
| | **RR10 THE IRONS**          LOT #: 0083 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | A | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                 Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 2,223.00 | 1,778.40 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 2,223.00 | -44.46 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 1,733.94 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **1,733.94** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 09/26/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

**PROPERTY NAME:** _The Irons_

**PHASE:** _____ **LOT/BLK(s):** _083_   **PLAN:** _P-1407_

**PROPERTY ADDRESS:** _280 Locust Valley Ave_

**INVOICE NO:** _1025249_   **PAYMENT AMT.:** _2178.54_   **PAYMENT PERIOD:** _3/19/09_

**UNDERSIGNED'S CUSTOMER:** _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:  This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any.  Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned.  The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

**DATED:** _3/19/09_

COMPANY NAME:  Cabinetec, Inc.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_19_ Day of _March_ 2009

Notary Public _Jessica Thomas_

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release.  Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARRAJO | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date.  This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse.  In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

$ 2,223.00

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 176-08-218-051 |
| OWNER AND MAILING ADDRESS | RHODES RANCH G P<br><br>4730 S FORT APACHE #300<br>LAS VEGAS NV 89147-7947 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 280 LOCUST VALLEY AVE<br>SPRING VALLEY |
| ASSESSOR DESCRIPTION | UNIT 5-WOODS PARCEL 10 AT RHODES<br>RANCH<br>PLAT BOOK 106 PAGE 75<br>LOT 83 BLOCK 9<br><br>SEC 08 TWP 22 RNG 60 |
| RECORDED DOCUMENT NO. | * 20010525:01606 |
| RECORDED DATE | 05/25/2001 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 417 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT<br>ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2007-08 | 2008-09 |
| LAND | 82250 | 53200 |
| IMPROVEMENTS | 0 | 0 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED | 82250 | 53200 |
| TAXABLE VALUE LAND+IMP | 235000 | 152000 |
| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | | |
| ESTIMATED SIZE | 0.11 Acres | |
| ORIGINAL CONST. YEAR | 0 | |
| LAST SALE PRICE<br>MONTH/YEAR | 0 | |
| LAND USE | 0-00 VACANT | |
| DWELLING UNITS | 0 | |

# NOTICE OF RIGHT TO LIEN
### (N.R.S. 108.245 or N.R.S. 339.035)

To:    Rhodes Ranch GP
       4730 S Fort Apache #300
       Las Vegas, NV  89147

The undersigned hereby notifies you that it has supplied materials or performed work or services as follows:

       Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:
       280 Locust Valley Ave Spring Valley
       Unit S-Woods Parcel 10 at Rhodes Ranch
       Plat Book 106 Page 75
       Lot 83 Block 9
       Sec 08 Twp 22 Rng 60

An estimate of the total price of the labor, service, equipment or material is:   $2,223.00

Under contract with:  Rhodes Ranch


THIS I S  NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

                              By:    Cabinetec, Inc
                                     2711 E. Craig Road, Ste A
                                     North Las Vegas, NV  89030

               Claimants Signature:  _____
                              Date:  _11-24-08_____

Certified Mail Number:    7008 0150 0000 8353 8488


## *REQUEST FOR NOTICE OF COMPLETION:*

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above claimant with a copy of any Notice of Completion recorded on this construction project.

**Invoice**

Page: 1

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice Number: 1025247-IN
Invoice Date: 3/19/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.: LISTED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP10

LOT 365
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4000 | SET CABINETS RR100365-009 | 1 | 1733.94 | 1,733.94 |
| 4001 | CABINET UPGRADE RR100365-075 | 1 | 1891.00 | 1,891.00 |
| 4220 | CABINET PICKUP RR100365-010 | 1 | 222.30 | 222.30 |
| RET | RETENTION RR100365-011 | 1 | 222.30 | 222.30 |
| | THE IRONS | | | |
| | LOT 365 PLAN P-1467 | | | |
| | 126 COOKS CREEK COURT | | | |

| | |
|---|---|
| Net Invoice: | 4,069.54 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $4,069.54 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 4,069.54 |



JOB NUMBER: RR100365
ORDER DATE: 9/15/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 126 Cooks Creek Court<br>126 Cooks Creek Court<br>Las Vegas NV 89148 |
| | RR10 THE IRONS          LOT #: 0365 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | C | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d1* \*\*\*\*** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 2,223.00 | 1,778.40 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 2,223.00 | -44.46 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 1,733.94 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **1,733.94** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Accounting | Title: |
| Date: 09/15/2008 | Date: 3/10/09 | Date: |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**R H O D E S**
H O M E S

PURCHASE ORDER
RR100365-011

JOB NUMBER: RR100365
ORDER DATE: 9/15/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 126 Cooks Creek Court<br>126 Cooks Creek Court<br>Las Vegas NV 89148 |
| | RR10 THE IRONS                LOT #: 0365 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | C | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                    Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d3* \*\*\*\*** | | | | | |
| 4203 | Cabinet Retention | 0.10 | bid | 2,223.00 | 222.30 |
| | 3050200       S       Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 222.30 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **222.30** |

Authorized Signature:          Vendor/Sub-Contractor:          Approved for Payment
By: Kathy Sanucci          By: _____          By: _____
Title: Prod. Supervisor          Title: ACCounting          Title: _____
Date: 09/15/2008          Date: 3/19/09          Date: _____

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**





**PURCHASE ORDER**
**RR100365-075**

JOB NUMBER: RR100365
ORDER DATE: 9/24/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 126 Cooks Creek Court<br>126 Cooks Creek Court<br>Las Vegas NV 89148 |
| | RR10 THE IRONS          LOT #:  0365 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | C | RIGHT | | | |

### PLEASE SUPPLY THE FOLLOWING :
Page 1

| ITEM   ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d1* \*\*\*\*** | | | | |
| 4201  Cabinet Upgrade #1 | 1.00 | bid | 1,752.00 | 1,752.00 |
| 468CA001        3050200        S            Subcontract | | | | |
| 4201  Granite Kitchen Install - Cabinets Subtop | 1.00 | bid | 139.00 | 139.00 |
| 468GKITC        3050200        S            Subcontract | | | | |

Received
SEP 2 9 2008
CabineTec Inc.

| Action Taken to Stop Further Variance: | | Net Order | 1,891.00 |
|---|---|---|---|
| | | Tax | 0.00 |
| | | **TOTAL ORDER** | **1,891.00** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: 3/19/09 | Title: |
| Date: 09/24/2008 | Date: Accounting | Date: |

### IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**PURCHASE ORDER**
RR100365-010

**JOB NUMBER:** RR100365
**ORDER DATE:** 9/15/2008

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 126 Cooks Creek Court<br>126 Cooks Creek Court<br>Las Vegas NV 89148 |
| | **RR10 THE IRONS**                      LOT #: 0365 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1467 | C | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d2* \*\*\*\*** | | | | | | | |
| 4202 | Cabinet Pickup | | | 0.10 | bid | 2,223.00 | 222.30 |
| | 3050200 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 222.30 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **222.30** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _M_ | By: |
| Title: Prod. Supervisor | Title: _Accounting_ | Title: |
| Date: 09/15/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _RRIO the IRONS_

PHASE: _____   LOT/BLK(s): _365_   PLAN: _1467_

PROPERTY ADDRESS: _126 Cooks Creek Court_

INVOICE NO: _1025247_ PAYMENT AMT.: _4069.54_  PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _3/19/09_

COMPANY NAME: Cabinetec, Inc.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_19_ Day of _March_ 2009

Notary Public _____

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

---

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARRYO | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

---

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

$4,114.00

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 176-08-222-006 |
| OWNER AND MAILING ADDRESS | RHODES RANCH G P<br><br>4730 S FORT APACHE #300<br>LAS VEGAS NV 89147-7947 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 126 COOKS CREEK CT<br>SPRING VALLEY |
| ASSESSOR DESCRIPTION | UNIT 7A-IRONS PARCEL 10 AT<br>RHODES RANCH<br>PLAT BOOK 117 PAGE 5<br>LOT 365 BLOCK 8<br><br>SEC 08 TWP 22 RNG 60 |
| RECORDED DOCUMENT NO. | * 20010525:01606 |
| RECORDED DATE | 05/25/2001 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 417 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT<br>ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2007-08 | 2008-09 |
| LAND | 82250 | 53200 |
| IMPROVEMENTS | 0 | 0 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED | 82250 | 53200 |
| TAXABLE VALUE LAND+IMP | 235000 | 152000 |
| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | | |
| ESTIMATED SIZE | 0.10 Acres | |
| ORIGINAL CONST. YEAR | 0 | |
| LAST SALE PRICE<br>MONTH/YEAR | 0 | |
| LAND USE | 0-00 VACANT | |
| DWELLING UNITS | 0 | |

# NOTICE OF RIGHT TO LIEN
(N.R.S. 108.245 or N.R.S. 339.035)

To:    Rhodes Ranch GP
       4730 S Fort Apache #300
       Las Vegas, NV 89147

The undersigned hereby notifies you that it has supplied materials or performed work or services as follows:

      Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:
          126 Cooks Creek Ct Spring Valley
          Unit 7A-Irons Parcel 10 at Rhodes Ranch
          Plat Book 117 Page 5
          Lot 365 Block 8
          Sec 08 Twp 22 Rng 60

An estimate of the total price of the labor, service, equipment or material is:    $4,114.00

Under contract with:  Rhodes Ranch

THIS I S  NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

                    By:    Cabinetec, Inc
                           2711 E. Craig Road, Ste A
                           North Las Vegas, NV  89030

          Claimants Signature: _____
                    Date: _____11·24·08_____

Certified Mail Number:    7008 0150 0000 8353 8488

## *REQUEST FOR NOTICE OF COMPLETION:*

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above claimant with a copy of any Notice of Completion recorded on this construction project.

CABINETEC - LAS VEGAS
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1

Invoice Number: 1025250-IN

Invoice Date: 3/19/2009

Salesperson: NC

Terms: NET 30 DAYS

Tax Schedule: NV

Customer Number: RHODES

Customer P.O.:

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP1120

LOT 169

Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4000 | SET CABINETS RRPM0169-080 | 1 | 1430.52 | 1,430.52 |
| 4001 | CABINET GROUP#2 RRPM0169-150 | 1 | 2782.00 | 2,782.00 |
| 4220 | CABINET PICKUP RRPM0169-081 | 1 | 183.40 | 183.40 |
| RET | RETENTION RRPM0169-082 | 1 | 183.40 | 183.40 |
|  | THE GREENS |  |  |  |
|  | LOT 169 PLAN P-1534 |  |  |  |
|  | 339 LADIES TREE CT. |  |  |  |

| | |
|---|---|
| Net Invoice: | 4,579.32 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $4,579.32 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 4,579.32 |


# RHODES
## H O M E S

### 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 339 Ladies Tee Court<br>339 Ladies Tee Court<br>Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI        LOT #: 0169 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1534 | B | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d3 \*\*\*\*** | | | | | |
| 4203 | Cabinet Retention | 0.10 | bid | 1,834.00 | 183.40 |
| | 3050200     S          Subcontract | | | | |

| Action Taken to Stop Further Variance: | | Net Order | 183.40 |
|---|---|---|---|
| | | Tax | 0.00 |
| | | TOTAL ORDER | 183.40 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: ACCT. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**

RRPM0169-081

JOB NUMBER: RRPM0169
ORDER DATE: 9/25/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 339 Ladies Tee Court<br>339 Ladies Tee Court<br>Las Vegas NV 89148<br><br>RR11 GREENS @ PACIFI       LOT #:  0169 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1534 | B | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                     Page 1

| ITEM | ITEM DESCRIPTION | | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d2* \*\*\*\*** | | | | | | | | |
| 4202 | Cabinet Pickup | | | | 0.10 | bid | 1,834.00 | 183.40 |
| | | 3050200 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 183.40 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **183.40** |

| Authorized Signature: | Vendor/Sub-Contractor | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

2008-11-06 16:52    Rhodes Purchasing    702-220-9248 >> 93200612



**PURCHASE ORDER**
RRPM0169-150

JOB NUMBER: RRPM0169
ORDER DATE: 11/6/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: | 3112 | JOB ADDRESS: | |
|---|---|---|---|
| Cabinetec, Inc. | | 339 Ladies Tee Court | |
| 2711 E. Craig Road Suite A & B | | 339 Ladies Tee Court | |
| North Las Vegas NV 89030 | | Las Vegas NV 89148 | |
| | | RR11 GREENS @ PACIFI | LOT #: 0169 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1534 | B | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | | | |
| 4201 Cabinet Group #2 | | | | 1.00 | bid 1,363.00 | | 1,363.00 |
| 534CA002 | 3050200 | S | Subcontract | | | | |
| 4201 Kitchen Island - cabinet | | | | 1.00 | bid 1,419.00 | | 1,419.00 |
| 534CAKIL | 3050200 | S | Subcontract | | | | |

Received

NOV 0 6 2008

CabineTec Inc.

| Action Taken to Stop Further Variance: | | Net Order | 2,782.00 |
|---|---|---|---|
| | | Tax | 0.00 |
| | | TOTAL ORDER | 2,782.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 11/06/2008 | Date: 3/19/09 | Date: |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**PURCHASE ORDER**
RRPM0169-080

JOB NUMBER: RRPM0169
ORDER DATE: 9/25/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:   3112 | JOB ADDRESS: | |
|---|---|---|
| Cabinetec, Inc. | 339 Ladies Tee Court | |
| 2711 E. Craig Road Suite A & B | 339 Ladies Tee Court | |
| North Las Vegas NV 89030 | Las Vegas NV 89148 | |
| | RR11 GREENS @ PACIFI | LOT #:  0169 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1534 | B | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                                  Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **** *420 Cabinets d1* **** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 1,834.00 | 1,467.20 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 1,834.00 | -36.68 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 1,430.52 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **1,430.52** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: The Greens

PHASE: _____ LOT/BLK(s): 169  PLAN: P-1534

PROPERTY ADDRESS: 339 Radius Tree Ct.

INVOICE NO: 1025250 PAYMENT AMT.: 457932 PAYMENT PERIOD: 3/19/08

UNDERSIGNED'S CUSTOMER: Rhodes Homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: 3/19/09

COMPANY NAME: Cabinetec, Inc.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

19 Day of March 2009

Notary Public _____

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARRJYO | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 19 DAY OF March 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.
DATED THIS 19 DAY OF March 2009

BY: _____
CabineTec, Inc.   702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

$ 4,616.00

## GENERAL INFORMATION

| | |
|---|---|
| **PARCEL NO.** | 176-08-416-032 |
| **OWNER AND MAILING ADDRESS** | RHODES RANCH G P<br><br>4730 S FORT APACHE #300<br>LAS VEGAS NV 89147-7947 |
| **LOCATION ADDRESS**<br>**CITY/UNINCORPORATED TOWN** | 339 LADIES TEE CT<br>ENTERPRISE |
| **ASSESSOR DESCRIPTION** | RHODES RANCH-PARCEL-11 PHASE 3<br>PLAT BOOK 130 PAGE 46<br>LOT 169<br><br>SEC 08 TWP 22 RNG 60 |
| **RECORDED DOCUMENT NO.** | * 20040422:04507 |
| **RECORDED DATE** | 04/22/2004 |
| **VESTING** | NO STATUS |

*Note:  Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE

| | |
|---|---|
| **TAX DISTRICT** | 635 |
| **APPRAISAL YEAR** | 2008 |
| **FISCAL YEAR** | 08-09 |
| **SUPPLEMENTAL IMPROVEMENT VALUE** | 0 |
| **SUPPLEMENTAL IMPROVEMENT**<br>**ACCOUNT NUMBER** | N/A |

## REAL PROPERTY ASSESSED VALUE

| **FISCAL YEAR** | 2007-08 | 2008-09 |
|---|---|---|
| **LAND** | 71400 | 26950 |
| **IMPROVEMENTS** | 0 | 0 |
| **PERSONAL PROPERTY** | 0 | 0 |
| **EXEMPT** | 0 | 0 |
| **GROSS ASSESSED** | 71400 | 26950 |
| **TAXABLE VALUE LAND+IMP** | 204000 | 77000 |

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| **ESTIMATED SIZE** | 0.08 Acres |
| **ORIGINAL CONST. YEAR** | 2008 |
| **LAST SALE PRICE**<br>**MONTH/YEAR** | 0 |
| **LAND USE** | 1-10 RESIDENTIAL SINGLE FAMILY |
| **DWELLING UNITS** | 1 |

## PRIMARY RESIDENTIAL STRUCTURE

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL LIVING SQ. FT.** | 1536 | **CARPORT SQ. FT.** | 0 | **ADDN/CONV** | NONE | |
| **1ST FLOOR SQ. FT.** | 651 | **STORIES** | TWO STORY | **POOL** | NO | |
| **2ND FLOOR SQ. FT.** | 885 | **BEDROOMS** | 3 | **SPA** | NO | |
| **BASEMENT SQ. FT.** | 0 | **BATHROOMS** | 2 FULL 1 HALF | **TYPE OF CONSTRUCTION** | FRAME STUCCO | |
| **GARAGE SQ. FT.** | 409 | **FIREPLACE** | 0 | **ROOF TYPE** | CONCRETE TILE | |

# NOTICE OF RIGHT TO LIEN
(N.R.S. 108.245 or N.R.S. 339.035)

To:    Rhodes Ranch GP
       4730 S Fort Apache #300
       Las Vegas, NV 89147

The undersigned hereby notifies you that it has supplied materials or performed work or services as follows:

       Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:
       339 Ladies Tee Ct Enterprise
       Rhodes Ranch-Parcel-11 Phase 3
       Plat Book 130 Page 46
       Lot 169
       Sec 08 Twp 22 Rng 60

An estimate of the total price of the labor, service, equipment or material is:   $4,616.00

Under contract with:   Rhodes Ranch


THIS I S NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

                          By:    Cabinetec, Inc
                                 2711 E. Craig Road, Ste A
                                 North Las Vegas, NV 89030

             Claimants Signature: _____
                            Date: _____11-24-08_____

Certified Mail Number:    7008 0150 0000 8353 8488


*REQUEST FOR NOTICE OF COMPLETION:*

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above claimant with a copy of any Notice of Completion recorded on this construction project.

CABINETEC - LAS VEGAS
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1

Invoice Number: 1025252-IN

Invoice Date: 3/19/2009

Salesperson: NC

Terms: NET 30 DAYS

Tax Schedule: NV

Customer Number: RHODES

Customer P.O.: LISTED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP1120

LOT 136
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4000 | STD CAB PKG RRPM0136-011 | 1 | 2699.58 | 2,699.58 |
| 4220 | CABINET PICKUP RRPM0136-012 | 1 | 346.10 | 346.10 |
| RET | RETENTION RRPM0136-013 | 1 | 346.10 | 346.10 |
|  | THE GREENS |  |  |  |
|  | LOT 136 PLAN P-1734 |  |  |  |
|  | 378 FRINGE RUFF DR. |  |  |  |

| | |
|---|---|
| Net Invoice: | 3,391.78 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $3,391.78 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 3,391.78 |


# RHODES
H O M E S

**PURCHASE ORDER**
RRPM0136-013

**PURCHASE ORDER**
RRPM0136-013

JOB NUMBER: RRPM0136
ORDER DATE: 9/25/2008

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 378 Fringe Ruff Drive<br>378 Fringe Ruff Drive<br>Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFIᴄ           LOT #: 0136 |

| | Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|---|
| | 1734 | A | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d3 **** | | | | | |
| 4203 | Cabinet Retention | 0.10 | bid | 3,461.00 | 346.10 |
| | 3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | | |
|---|---|---|---|
| | Net Order | | 346.10 |
| | Tax | | 0.00 |
| | TOTAL ORDER | | 346.10 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod Supervisor | Title: Acpt. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**RHODES**
H O M E S

**PURCHASE ORDER**
RRPM0136-012

JOB NUMBER: RRPM0136
ORDER DATE: 9/25/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 378 Fringe Ruff Drive |
| 2711 E. Craig Road Suite A & B | 378 Fringe Ruff Drive |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI          LOT #: 0136 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1734 | A | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                     Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d2 \*\*\*\*** | | | | | |
| 4202 | Cabinet Pickup | 0.10 | bid | 3,461.00 | 346.10 |
| | 3050200         S         Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 346.10 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **346.10** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _MM_ | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**
RRPM0136-011

JOB NUMBER: RRPM0136
ORDER DATE: 9/25/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 378 Fringe Ruff Drive |
| 2711 E. Craig Road Suite A & B | 378 Fringe Ruff Drive |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI·    LOT #: 0136 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1734 | A | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                                    Page 1

| ITEM | ITEM DESCRIPTION | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| **** 420 Cabinets d1 **** | | | | | | |
| 4201 | Set Cabinets | | 0.80 | bid | 3,461.00 | 2,768.80 |
| | 3050200 | S      Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | -0.02 | bid | 3,461.00 | -69.22 |
| | 11010100 | S      Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 2,699.58 |
| | Tax | 0.00 |
| | TOTAL ORDER | 2,699.58 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Acct. | Title: |
| Date: 09/25/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _The Greens_

PHASE: _____   LOT/BLK(s): _136_   PLAN: _P-1734_

PROPERTY ADDRESS: _378 Fringe Ruff Dr_

INVOICE NO: _1025252_   PAYMENT AMT.: _3391.78_   PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _3/19/09_

COMPANY NAME: Cabinetec, Inc.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_19_ Day of _March_ 2009

Notary Public _Jessica Thomas_

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp. 05-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARRAN | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Oct 11/24

Sent To
Rhodes

Street, Apt. No.
or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, August 2006

7008 0150 0000 8353 8488

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhodes Ranch
4730 S Fort Apache
#300
Las Vegas, NV 89147

2. Article Number
(Transfer from service label)     7008 0150 0000 8353 8488

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
Jeanette Graham                      11/28/08

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

Clark County Real Property                                            Page 1 of 1

$3,461.00

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 176-08-416-008 |
| OWNER AND MAILING ADDRESS | RHODES RANCH G P<br><br>4730 S FORT APACHE #300<br>LAS VEGAS NV 89147-7947 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 378 FRINGE RUFF DR<br>ENTERPRISE |
| ASSESSOR DESCRIPTION | RHODES RANCH-PARCEL-11 PHASE 3<br>PLAT BOOK 130 PAGE 46<br>LOT 136<br><br>SEC 08 TWP 22 RNG 60 |
| RECORDED DOCUMENT NO. | * 20040422:04507 |
| RECORDED DATE | 04/22/2004 |
| VESTING | NO STATUS |

*Note:  Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 635 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT<br>ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2007-08 | 2008-09 |
| LAND | 71400 | 26950 |
| IMPROVEMENTS | 0 | 0 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED | 71400 | 26950 |
| TAXABLE VALUE LAND+IMP | 204000 | 77000 |
| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | | |
| ESTIMATED SIZE | 0.06 Acres | |
| ORIGINAL CONST. YEAR | 0 | |
| LAST SALE PRICE<br>MONTH/YEAR | 0 | |
| LAND USE | 0-00 VACANT | |
| DWELLING UNITS | 0 | |

# NOTICE OF RIGHT TO LIEN
## (N.R.S. 108.245 or N.R.S. 339.035)

To:    Rhodes Ranch GP
       4730 S Fort Apache #300
       Las Vegas, NV 89147

The undersigned hereby notifies you that it has supplied materials or performed work or services as follows:

          Installation of cabinets, with materials, parts and pieces.

For the improvement of property identified as:
          378 Fringe Ruff Dr Enterprise
          Rhodes Ranch-Parcel-11 Phase 3
          Plat Book 130 Page 46
          Lot 136
          Sec 08 Twp 22 Rng 60

An estimate of the total price of the labor, service, equipment or material is:   $3,461.00

Under contract with:  Rhodes Ranch

THIS I S  NOT A NOTICE THAT THE UNDERSIGNED HAS NOT BEEN OR DOES NOT EXPECT TO BE PAID, BUT A NOTICE REQUIRED BY LAW THAT THE UNDERSIGNED MAY, AT A FUTURE DATE, RECORD A NOTICE OF LIEN AS PROVIDED BY LAW AGAINST THE PROPERTY IF THE UNDERSIGNED IS NOT PAID.

                              By:    Cabinetec, Inc
                                     2711 E. Craig Road, Ste A
                                     North Las Vegas, NV 89030

                    Claimants Signature: _____
                              Date: _____11·24·08_____

Certified Mail Number:      7008 0150 0000 8353 8488

*REQUEST FOR NOTICE OF COMPLETION:*

The Owner is hereby requested, pursuant to N.R.S. 108.266, to provide the above claimant with a copy of any Notice of Completion recorded on this construction project.

```
    2,413.1400  ÷
    5,243.3600  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
      700.0000  ÷
    2,880.6000  ÷
       60.0000  ÷
      861.0000  ÷
      399.0000  ÷
      125.0000  ÷
      287.0000  ÷
      850.0000  ÷
   20,119.1000  ※
```

# INVOICE

Page: 1

CabineTec, Inc. - Las Vegas

2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024819-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK:

TAX SCHEDULE: NV

CUSTOMER NO.: RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

JOB NUMBER: RHP1120
CUSTOMER P.O.: LISTED

SHIP VIA:

CONTACT:                                          TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4000 | STD CAB PKG - RRPM0161-012 | | 1.00 | 0.000 | 2,568.80 |
| 7072 | Insurance - Wrap Up | | 1.00 | 0.000 | -64.22 |
| 4001 | 3"CROWN MOLDING RRPM0161-087 | | 1.00 | 0.000 | 161.00 |
| 4002 | CABINET GROUP #1 RRPM0161-087 | ea | 1.00 | 1,303.000 | 1,303.00 |
| 4002 | LINEN@LAUNDRY RRPM0161-087 | ea | 1.00 | 399.000 | 399.00 |
| 4002 | LINEN@LOFT RRPM0161-087 | ea | 1.00 | 311.000 | 311.00 |
| 4002 | LINEN W/WOOD TOP RRPM0161-087 | ea | 1.00 | 491.000 | 491.00 |
| 4220 | CABINET PICKUP - RRPM0161-013 | | 1.00 | 0.000 | 321.10 |
| RET | RETENTION - RRPM0161-014 | | 1.00 | 0.000 | 321.10 |

RR11 GREENS @ PACIFIC
LOT 161
352 LADIES TEE COURT

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 5,811.78 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 5,811.78 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 5,811.78 |

2413.14



JOB NUMBER: RRPM0161
ORDER DATE: 9/3/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 352 Ladies Tee Court |
| 2711 E. Craig Road Suite A & B | 352 Ladies Tee Court |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI    LOT #: 0161 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | B | LEFT | | | |

## PLEASE SUPPLY THE FOLLOWING :                  Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d1 **** | | | | | |
| 4201 | Set Cabinets | 0.80 | bid | 3,211.00 | 2,568.80 |
| | 3050200        S        Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | -0.02 | bid | 3,211.00 | -64.22 |
| | 11010100        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 2,504.58 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **2,504.58** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _____ | By: _____ |
| Title: Prod. Supervisor | Title: Accounts Receivable | Title: _____ |
| Date: 09/03/2008 | Date: 12-26-08 | Date: _____ |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

2008-10-17 11:39    Rhodes Purchasing    702-220-9248 >> 93200612    P 1/1


H O M E S

**PURCHASE ORDER**
RRPM0161-087

JOB NUMBER: RRPM0161
ORDER DATE: 10/17/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 352 Ladies Tee Court |
| 2711 E. Craig Road Suite A & B | 352 Ladies Tee Court |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI    LOT #: 0161 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | B | LEFT | | | |

### PLEASE SUPPLY THE FOLLOWING :                    Page 1

| ITEM    ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| **** *420 Cabinets d1* **** | | | | |
| 4201  3" Crown Molding | 1.00 | bid | 161.00 | 161.00 |
| 841CAM30        3050200    S        Subcontract | | | | |
| 4201  Cabinet Group #1 | 1.00 | bid | 1,303.00 | 1,303.00 |
| 841CA001        3050200    S        Subcontract | | | | |
| 4201  Linen @ Laundry Uppers | 1.00 | bid | 399.00 | 399.00 |
| 841CALUL        3050200    S        Subcontract | | | | |
| 4201  Linen @ Loft Upper | 1.00 | bid | 311.00 | 311.00 |
| 841CALLU        3050200    S        Subcontract | | | | |
| 4201  Linen w/Wood Top @ Loft | 1.00 | bid | 491.00 | 491.00 |
| 841CALN0        3050200    S        Subcontract | | | | |

Received
OCT 1 7 2008
CabineTec Inc.

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 2,665.00 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **2,665.00** |

Approved for Payment Dean Stafford

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment: |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Accounts Receivable | Title: |
| Date: 10/17/2008 | Date: 11-26-08 | Date: X |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**
RRPM0161-013

JOB NUMBER: RRPM0161
ORDER DATE: 9/3/2008

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:   3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 352 Ladies Tee Court<br>352 Ladies Tee Court<br>Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI      LOT #: 0161 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | B | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                          Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d2 **** | | | | | |
| 4202 Cabinet Pickup | | 0.10 | bid | 3,211.00 | 321.10 |
| | 3050200      S      Subcontract | | | | |

| Action Taken to Stop Further Variance: | Net Order | 321.10 |
|---|---|---|
| | Tax | 0.00 |
| | TOTAL ORDER | 321.10 |

Authorized Signature:
By: Kathy Sanucci
Title: Prod. Supervisor
Date: 09/03/2008

Vendor/Sub-Contractor:
By:
Title: Accounts Rllllvable
Date: 11-26-08

Approved for Payment: Stafford
By:
Title:
Date: x

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**

**RRPM0161-014**

**JOB NUMBER:** RRPM0161
**ORDER DATE:** 9/3/2008

**4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338**

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 352 Ladies Tee Court<br>352 Ladies Tee Court<br>Las Vegas NV 89148<br><br>RR11 GREENS @ PACIFI⟨         LOT #:  0161 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | B | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                     Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* *420 Cabinets d3* \*\*\*\*** | | | | | |
| 4203 | Cabinet Retention | 0.10 | bid | 3,211.00 | 321.10 |
| | 3050200      S         Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 321.10 |
| | Tax | 0.00 |
| | **TOTAL ORDER** | **321.10** |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment Dean Stafford |
|---|---|---|
| By: Kathy Sanucci | By: *Signature* | By: |
| Title: Prod. Supervisor | Title: *Accounts Receivable* | Title: |
| Date: 09/03/2008 | Date: *11-26-08* | Date: X |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: RHI Greens @ Pacific

PHASE: _____ LOT/BLK(s): 101 PLAN: _____

PROPERTY ADDRESS: 352 Ladies Tee Court

INVOICE NO: 102469 PAYMENT AMT.: $011.70 PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: Rhodes Homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: 11/26/08

COMPANY NAME: Cabinetec, Inc.

BY: _____
SHERI FOREMAN
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

26 Day of November 2008

Notary Public Jessica Thomas

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| EDDIE ARROYO | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 26 DAY OF November 2008

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 26 DAY OF November 2008

BY: _____
CabineTec, Inc.        702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

CABINETEC - LAS VEGAS
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

**Invoice**

Page: 1
Invoice Number: 1025286-IN
Invoice Date: 3/25/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.: LISYED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP25T

LOT 111

Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4000 | STD CAB PKG - TS250111-006 | 1 | 4307.16 | 4,307.16 |
| 4002 | 40" CAB UPPERS - TS250111-082 | 1 | 384.00 | 384.00 |
| 4220 | CAB PICK UP - TS250111-007 | 1 | 552.20 | 552.20 |
| | TS25 LA LUNA PH 1 | | | |
| | PLAN 3021 LOT 111 | | | |
| | 976 VIA STELLATO STREET | | | |

*5243.36*

| | |
|---|---|
| Net Invoice: | 5,243.36 |
| Freight: | 0.0 |
| Sales Tax: | 0.0 |
| Invoice Total: | $5,243.3 |
| Retention Amount: | 0.0 |
| **NET AMOUNT DUE :** | 5,243.3 |



**PURCHASE ORDER**
TS250111-006

JOB NUMBER: TS250111
ORDER DATE: 9/3/2008

### 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:   3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 976 Via Stellato Street |
| 2711 E. Craig Road Suite A & B | 976 Via Stellato Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1                LOT #:  0111 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | FC | RIGHT | | | |

### PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d1 \*\*\*\*** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 5,522.00 | 4,417.60 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 5,522.00 | -110.44 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 4,307.16 |
| | Tax | 0.00 |
| | TOTAL ORDER | 4,307.16 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment: Arturo Mendoza |
|---|---|---|
| By: _Kathy Sanucci_ | By: | By: |
| Title: _Prod. Supervisor_ | Title: _Accounting_ | Title: _MAR 2 4 2008_ |
| Date: _09/03/2008_ | Date: _3/9/09_ | Date: x |

### IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES



**PURCHASE ORDER**
**TS250111-082**

JOB NUMBER: TS250111
ORDER DATE: 9/3/2008

## 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 976 Via Stellato Street<br>976 Via Stellato Street<br>Henderson NV 89011 |
| | TS25 LA LUNA PH 1      LOT #: 0111 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3021 | FC | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM   ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| **** *420 Cabinets d1* **** | | | ✓ | |
| 4201 40" Cabinet Uppers | 1.00 | bid | 384.00 | 384.00 |
| 021CAUP0    3050200    S      Subcontract | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 384.00 |
| | Tax | 0.00 |
| | TOTAL ORDER | 384.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | Ar...ies Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 2 4 2009 |
| Date: 09/03/2008 | Date: 3/19/09 | Date: |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**



**PURCHASE ORDER**
**TS250111-007**

JOB NUMBER: TS250111
ORDER DATE: 9/3/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 976 Via Stellato Street |
| 2711 E. Craig Road Suite A & B | 976 Via Stellato Street |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS25 LA LUNA PH 1        LOT #: 0111 |

| | Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | | MOBILE: |
|---|---|---|---|---|---|---|---|
| | 3821 | FC | RIGHT | | | | |

PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d2 **** | | | | | |
| 4202 | Cabinet Pickup | 0.10 | bid | 5,522.00 | 552.20 |
| | 3050200        S        Subcontract | | | | |

| Action Taken to Stop Further Variance: | | | |
|---|---|---|---|
| | Net Order | | 552.20 |
| | Tax | | 0.00 |
| | TOTAL ORDER | | 552.20 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for: Ray Mendoza |
|---|---|---|
| By: Kathy Sanucci | By: | By: |
| Title: Prod. Supervisor | Title: Accountant | Title: |
| Date: 09/03/2008 | Date: 3/19/09 | Date: |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _7525 La Luna_

PHASE: _1_    PLAN: _3021_    LOT/BLK: _111_

PROPERTY ADDRESS: _976 Via, Stellato street_

INVOICE NO: _1025286_    PAYMENT AMT. _5243.36_    PAYMENT PERIOD: _3/25/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 25_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| Nathan Thomas | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _25_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _25_ DAY OF _March_ 2009

BY: _____    702-649-1010
CABINETEC, INC.
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

# Invoice

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

| | |
|---|---|
| Page: | 1 |
| Invoice Number: | 102465O-IN |
| Invoice Date: | 11/26/2008 |
| Salesperson: | NC |
| Terms: | NET 30 DAYS |
| Tax Schedule: | NV |
| Customer Number: | RHODES |
| Customer P.O.: | TS180139-146 |

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP181T

RH-P181T 139-X1 COST ADJUSTMEN
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | 1 | 700.00 | 700.00 |
| | PARCEL 18 @ TUSCANY PHASE 1 REL 9 | | | |
| | LOT 139 PLAN 4138 | | | |
| | 1054 VIA SAINT ANDREA PLACE. | | | |
| | PO# TS180139-146 | | | |

| | |
|---|---|
| Net Invoice: | 700.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $700.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 700.00 |



**RHODES HOMES**

| | **VARIANCE ORDER** |
|---|---|
| | TS180139-146 |

JOB NUMBER: TS180139
ORDER DATE: 10/15/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 1054 Via Saint Andrea Place |
| 2711 E. Craig Road Suite A & B | 1054 Via Saint Andrea Place |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS18 PARCEL 33                    LOT #: 0139 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | | MOBILE: |
|---|---|---|---|---|---|---|
| 4138 | IT | RIGHT | | | | |

PLEASE SUPPLY THE FOLLOWING :                          Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** *Cabinet Repair* **** | | | | | |
| 4201 | Proposal Dated 10/15/08 | 1 00 | bid | 700.00 | 700.00 |
| | 3050200        V14        Spec Change | | | | |
| | Fix cabinet openings for oven and microwave in sold home due to changes in spec made by sales. | | | | |

| Action Taken to Stop Further Variance: | Net Order | 700 00 |
|---|---|---|
| | Tax | 0.00 |
| | TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By  Kathy Sanucci | By | By:  Andres Mendoza |
| Title. Prod. Supervisor | Title.  Accounting Dept. | Title   MAR 1 0 2009 |
| Date:  10/15/2008 | Date:  3/11/09 | Date: |
| | | X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024651-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK: JT

TAX SCHEDULE: NV

CUSTOMER NO.: RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

JOB NUMBER: RHP181T
CUSTOMER P.O.: TS180132-104

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 7
LOT 132 PLAN 4138
1067 VIA SAINT ANDREA PLACE.
PO# TS180132-104

RECEIVED
DEC 15 2008

| | |
|---|---|
| GROSS INVOICE: | 700 00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-22 09:38    Rhodes Purchasing    702-220-9248 >> 93200612    P 4/7



**VARIANCE ORDER**
TS180132-104

JOB NUMBER: TS180132
ORDER DATE: 10/21/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 1057 Via Saint Andrea Place<br>1057 Via Saint Andrea Place<br>Henderson NV 89011 |
| | TS18 PARCEL 33                    LOT #:  0132 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 4138 | IT | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                     Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **\*\*\*\* *Cabinet Repair* \*\*\*\*** | | | | | |
| 4201 | Proposal Dated 10/20/08 | 1.00 | bid | 700.00 | 700.00 |
| | 3050200    V52    Unknown Trade Damage | | | | |
| | Change openings and adjust cabinets to fit new appliances. | | | | |

Received

OCT 2 2 2008

CabineTec Inc.

DEC 15 2008

Action Taken to Stop Further Variance:

| | |
|---|---|
| Net Order | 700.00 |
| Tax | 0.00 |
| TOTAL ORDER | 700.00 |

Authorized Signature:                Vendor/Sub-Contractor:         Approved: Andres Mendoza

By:  Kathy Sanucci         By:  Demira Thomas         By:

Title:  Prod. Supervisor         Title:  Accounting         Title:  MAR 10 2009

Date:  10/21/2008         Date:  11/10/08         Date:

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _Parcel 18 @ Tuscany_

PHASE: _1 Rel 7_  LOT/BLK(s): _132_  PLAN: _4138_

PROPERTY ADDRESS: _1067 Via Saint Andrea Place._

INVOICE NO: _1024851_  PAYMENT AMT.: _700.00_  PAYMENT PERIOD: _11/20/08_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _11/26/08_

COMPANY NAME: Cabinetec, Inc.

BY: _____
DALE PREZGAY
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_26_ Day of _November_ 2008

Notary Public _____

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

---

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| Robert Thompson | CABINETS INSTALLED | Robert ___ |
|  | CABINETS INSTALLED |  |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workmen who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _26_ DAY OF _November_ 2008

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

DEC 1 6 2008

---

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _26_ DAY OF _November_ 2008

BY: _____
CabineTec, Inc.     702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

Page: I

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024652-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK: JT

TAX SCHEDULE: NV

CUSTOMER NO.: RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS,  NV   89147

JOB NUMBER: RHP181T
CUSTOMER P.O.: TS180133-118

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 7
LOT 133 PLAN 3976
1069 VIA SAINT ANDREA PL.
PO# TS180133-188



DEC 1 5 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-22 09:37    Rhodes Purchasing         702-220-9248 >> 93200612              P 3/7


RHODES
H O M E S

4730 S. Fort Apache Road, Suite 300 · Las Vegas, NV 89147 · (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 1069 Via Saint Andrea Place<br>1069 Via Saint Andrea Place<br>Henderson NV 89011 |
|  | TS18 PARCEL 33                    LOT #: 0133 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3976 | TS | LEFT | | | |

**PLEASE SUPPLY THE FOLLOWING :**

Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL. |
|---|---|---|---|---|---|
| **\*\*\*\* Cabinet Repair \*\*\*\*** | | | | | |
| 4201 | Proposal Dated 10/20/08 | 1.00 | bid | 700.00 | 700.00 |
| | 3050200    V14    Spec Change | | | | |
| | Change openings and adjust cabinets to fit new appliances | | | | |

Received

OCT 2 2 2008


CabineTee Inc.
RECEIVED
DEC 1 6 2008
BY

| Action Taken to Stop Further Variance: | | Net Order | 700.00 |
|---|---|---|---|
| | | Tax | 0.00 |
| | | TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: | Title: MAR 1 0 2009 |
| Date: 10/21/2008 | Date: 11/26/08 | Date: |
| | | X |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _Parcel 18 @ Tuscany_

PHASE: _18117_    LOT/BLK(s): _133_    PLAN: _397b_

PROPERTY ADDRESS: _1069 Via Saint Andrea Pl_

INVOICE NO: _1024052_    PAYMENT AMT.: _700.00_    PAYMENT PERIOD: _11/20/08_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _11/20/08_                                    Acknowledge and affirmed to me this:

COMPANY NAME: Cabinetec, Inc.                        _26_ Day of _November_ 2008

BY: _____                                 Notary Public _____
DALE PREZGAY
ITS: Accounts Receivable Dept.

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

---

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

NAME OF LABORER:                FOR:                    SIGNATURE:

_Robert Thompson_              CABINETS INSTALLED       _Robert Thompson_

                               CABINETS INSTALLED

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _26_ DAY OF _November_ 2008

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept

DEC 1 5 2008

---

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _26_ DAY OF _November_ 2008

BY: _____
CabineTec, Inc.    703-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

Page: 1

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER:  1024653-IN

INVOICE DATE:  11/26/08

SALESPERSON:  NC

BILLING CLERK:  JT

TAX SCHEDULE.  NV

CUSTOMER NO.:  RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS,  NV  89147

JOB NUMBER:  RHP181T
CUSTOMER P.O.:  TS180134-137

SHIP VIA:

CONTACT.

TERMS:  NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 10-1
LOT 134 PLAN 2547
1073 VIA SAINT ANDREA PLACE.
PO# TS180134-137

DEC 1 6 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-22 09:37    Rhodes Purchasing    702-220-9248 >> 93200612    P 2/7



**VARIANCE ORDER**
TS180134-137

JOB NUMBER: TS180134
ORDER DATE: 10/21/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 1073 Via Saint Andrea Place |
| 2711 E. Craig Road Suite A & B | 1073 Via Saint Andrea Place |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS18 PARCEL 33        LOT #: 0134 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 2547 | AN | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                          Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** Cabinet Repair **** | | | | | |
| 4201 | Proposal Dated 10/20/08 | 1.00 | bid | 700.00 | 700.00 |
| | 3050200    V14    Spec Change | | | | |
| | Change openings and adjust cabinets to fit new appliances. | | | | |

Received

OCT 2 2 70.

CabineTec

DEC 1 5 2008

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 700.00 |
| | Tax | 0.00 |
| | TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: Anna Thomas | Andres Mendoza |
| Title: Prod. Supervisor | Title: V Accounting | Title: MAR 1 0 2009 |
| Date: 10/21/2008 | Date: 11/20/08 | Date: X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES.

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: Parcel 18@ Tuscany

PHASE: Rel 10-1 LOT/BLK(s): 134    PLAN: 2547

PROPERTY ADDRESS: 1073 Via Saint Andrea Place

INVOICE NO: 1024653 PAYMENT AMT: 700.00    PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: Rhodes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: 11/26/08

COMPANY NAME: Cabinetec, Inc.

BY: _____
DALE PREZGAY
ITS: Accounts Receivable Dept

DEC 1 8 2008

Acknowledge and affirmed to me this:

26 Day of November 2008

Notary Public Jemica Thomas

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| Robert Thompson | CABINETS INSTALLED | Robert Thompson |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust and the owner of the above named job site, their successors and assigns

DATED THIS 26 DAY OF November 2008

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 26 DAY OF November 2008

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

| | |
|---|---|
| INVOICE NUMBER: | 1024654-IN |
| INVOICE DATE: | 11/26/08 |
| SALESPERSON: | NC |
| BILLING CLERK: | JT |
| TAX SCHEDULE: | NV |

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

| | |
|---|---|
| CUSTOMER NO.: | RHODES |
| JOB NUMBER: | RHP181T |
| CUSTOMER P.O.: | TS180135-129 |
| SHIP VIA: | |
| TERMS: | NET 30 DAYS |

CONTACT:

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 10-2
LOT 135 PLAN 3976
1070 VIA SAINT ANDREA PL.
PO# TS180135-129

DEC 1 5 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-22 09:37    Rhodes Purchasing        702-220-9248 >> 93200612        P 1/7


R H O D E S
H O M E S

VARIANCE ORDER
TS180135-129

JOB NUMBER: TS180135
ORDER DATE: 10/21/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
| --- | --- |
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 1070 Via Saint Andrea Place<br>1070 Via Saint Andrea Place<br>Henderson NV 89011 |
|  | TS18 PARCEL 33            LOT #:  0135 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
| --- | --- | --- | --- | --- | --- |
| 3976 | SC | RIGHT |  |  |  |

PLEASE SUPPLY THE FOLLOWING :                                Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| **** *Cabinet Repair* **** | | | | | |
| 4201 | Proposal Dated 10/20/08 | 1.00 | bid | 700.00 | 700.00 |
| | 3050200     V14        Spec Change | | | | |
| | Change openings and adjust cabinets to fit new appliances. | | | | |

CabineTec Inc.

OCT 2 2 2008
Received

DEC 1 5 2008

| Action Taken to Stop Further Variance: | | Net Order | 700.00 |
| --- | --- | --- | --- |
| | | Tax | 0.00 |
| | | TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment: |
| --- | --- | --- |
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 1 0 2009 |
| Date: 10/21/2008 | Date: 11/26/08 | Date: X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: Parcel 18 @ Tuscany

PHASE: Rel 10-2 LOT/BLK(s): 135 PLAN: 3976

PROPERTY ADDRESS: 1070 Via Saint Andrea Pl

INVOICE NO.: 1024654 PAYMENT AMT.: 700.00 PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: Rhodes Homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent· This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned· The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: 11/26/08

COMPANY NAME: Cabinetec, Inc.

BY:

DALE PREZGAY
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

26 Day of November 2008

Notary Public

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| Robert T Thompson | CABINETS INSTALLED | Robert Thompson |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 26 DAY OF November 2008

AUTHORIZED SIGNATURE:

Accounts Receivable Dept.

DEC 1 5 2008

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 26 DAY OF November 2008

BY:

CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

Page. 1

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024658-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK: JT

TAX SCHEDULE: NV

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

CUSTOMER NO.: RHODES

JOB NUMBER: RHP24T

CUSTOMER P.O.: TS240004-144

SHIP VIA:

CONTACT.

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |
| | PARCEL 24 @ TUSCANY PHASE 1 REL 9 | | | | |
| | LOT 004 PLAN 4135 | | | | |
| | 452 PUNTO VALLARTA DRIVE. | | | | |
| | PO# TS240004-144 | | | | |

RECEIVED
DEC 1 5 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _Parcel 24 @ Tuscany_

PHASE: _1 Rel 9_    LOT/BLK(S): _004_    PLAN: _4135_

PROPERTY ADDRESS: _452 Punto Vallarta Drive_

INVOICE NO: _1024658_    PAYMENT AMT.: _700.00_    PAYMENT PERIOD: _11/26/08_

UNDERSIGNED'S CUSTOMER: _Rhodes homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release

DATED: _11/26/08_

COMPANY NAME: Cabinetec, Inc.

BY: _____
DALE PREZGAY
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_26_ Day of _November_ 2008

Notary Public _Jessica Thomas_

> JESSICA THOMAS
> NOTARY PUBLIC
> STATE OF NEVADA
> Date Appointment Exp: 06-21-2011
> Certificate No: 07-3705-1

---

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| _Robert V Thompson_ | CABINETS INSTALLED | _Robert ... _ |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _26_ DAY OF _November_ 2008

AUTHORIZED SIGNATURE _____
Accounts Receivable Dept.

---

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _26_ DAY OF _November_ 2008

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER:  1024657-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK:  JT

TAX SCHEDULE: NV

CUSTOMER NO.: RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

JOB NUMBER: RHP181T
CUSTOMER P.O.: TS180129-122

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 7
LOT 129 PLAN 4138
1057 VIA SAINT ANDREA PL.
PO# TS180129-122





*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

Page: 1

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024655-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK: JT

TAX SCHEDULE: NV

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

CUSTOMER NO : RHODES
JOB NUMBER: RHP181T
CUSTOMER P.O.: TS180130-107

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|----|----------|---------|--------|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE 1 REL 7
LOT 130 PLAN 3789
1059 VIA SAINT ANDREA PLACE.
PO# TS180130-107



*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: _Parcel 18 @ Tuscany_

PHASE: _1 Rel 7_  LOT/BLK(s): _130_  PLAN: _3789_

PROPERTY ADDRESS: _1059 Via Saint Andrea Place_

INVOICE NO: _1124055_ PAYMENT AMT.: _700.00_  PAYMENT PERIOD: _11/26/08_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: _11/26/09_

COMPANY NAME: Cabinetec, Inc.

BY: _____
DALE PREZGAY
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

_26_ Day of _November_ 2008

Notary Public _Jessica Thomas_

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

---

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| _Robbat Thompson_ | CABINETS INSTALLED | _Robart_ |
|  | CABINETS INSTALLED |  |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _26_ DAY OF _November_ 2008

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept

DEC 1 5 2008

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _26_ DAY OF _November_ 2008

BY: _____
CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024659-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK: JT

TAX SCHEDULE: NV

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

CUSTOMER NO.: RHODES

JOB NUMBER: RHP24T
CUSTOMER P.O.: TS240011-164

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 24 @ TUSCANY PHASE I REL 8
LOT 011 PLAN 4375
480 PUNTO VALLATA DRIVE
PO# TS240011-164



DEC 1 5 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 700.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-21 15:31    Rhodes Purchasing    702-220-9248 >> 93200612    P 2/4



**VARIANCE ORDER**
TS240011-164

JOB NUMBER: TS240011
ORDER DATE: 10/21/2008

4730 S. Fort Apache Road, Suite 300 · Las Vegas, NV 89147 · (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 480 Punto Vallata Drive<br>480 Punto Vallata Drive<br>Henderson NV 89011 |
| | TS24 AVELLINO                    LOT #: 0011 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 4375 | AN | RIGHT | DDD | | |

PLEASE SUPPLY THE FOLLOWING :                              Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|

**** *Retro Cabinets* ****

| 4201 Quote Dated 10/20/08 | | | | 1.00 | bid | 700.00 | 700.00 |

3050200        V14        Spec Change

Change cabinet openings and a
djust cabinets per appliance specs.
Appliance package was changed
from Bosch to GE.

Received
OCT 2 2 2008
CabineTec Inc.

DEC 1 5 2008

Action Taken to Stop Further Variance:

| Net Order | 700.00 |
| Tax | 0.00 |
| TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor | Approved for Payment |
|---|---|---|
| By: Kathy Senucci | By: Gemila Thomas | Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: MAR 1 0 2009 |
| Date: 10/21/2008 | Date: 11/20/08 | Date: |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: Parcel 24 @ Tuscany

PHASE: 1 RPl 8   LOT/BLK(s): 011   PLAN: 4375

PROPERTY ADDRESS: 480 Punto Vallata Drive

INVOICE NO: 1024059   PAYMENT AMT.: 700.00   PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: Rhodes homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release

DATED: 11/26/08

COMPANY NAME: Cabinetec, Inc.

BY:
DALE PREZGAY
ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

26 Day of November 2008

Notary Public Jessica Thomas

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp. 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document:

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| Robert F Thomason | CABINETS INSTALLED | Robert Thomason |
|  | CABINETS INSTALLED |  |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 26 DAY OF November 2008

AUTHORIZED SIGNATURE:
Accounts Receivable Dept.

DEC 1 5 2008

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse  In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 26 DAY OF November 2008

BY:
CabineTec, Inc.   702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

# INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER:  1024656-IN

INVOICE DATE:  11/26/08

SALESPERSON:  NC

BILLING CLERK:  JT

TAX SCHEDULE:  NV

CUSTOMER NO.:  RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS,  NV    89147

JOB NUMBER:  RHP181T
CUSTOMER P.O.:  TS180131-116

SHIP VIA:

CONTACT:

TERMS:  NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|------|----------|-------|--------|
| 4002 | COST ADJUSTMENT | ea | 1.00 | 700.000 | 700.00 |

PARCEL 18 @ TUSCANY PHASE I REL 7
LOT 131 PLAN 3664
1063 VIA SAINT ANDREA PL.
PO# TS180131-116

DEC 1 5 2008

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE. | 700.00 |
| FREIGHT | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 700.00 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 700.00 |

2008-10-22 09:38    Rhodes Purchasing        702-220-9248 >> 93200612        P 5/7


RHODES
H O M E S

**VARIANCE ORDER**
TS180131-116

JOB NUMBER: TS180131
ORDER DATE: 10/21/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:    3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 1063 Via Saint Andrea Place |
| 2711 E. Craig Road Suite A & B | 1063 Via Saint Andrea Place |
| North Las Vegas NV 89030 | Henderson NV 89011 |
|  | TS18 PARCEL 33                    LOT #:  0131 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 3664 | AN | LEFT |  |  |  |

PLEASE SUPPLY THE FOLLOWING :                    Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** *Cabinet Repair* **** | | | | | |
| 4201 | Proposal Dated 10/20/08 | 1.00 | bid | 700.00 | 700.00 |
|  | 3050200        V52        Unknown Trade Damage | | | | |
| Change openings and adjust cabinets to fit new appliances. | | | | | |

Received

OCT 2 2 2008

CabineTec Inc

DEC 1 6 2008

| Action Taken to Stop Further Variance: | | Net Order | 700.00 |
|---|---|---|---|
|  |  | Tax | 0.00 |
|  |  | TOTAL ORDER | 700.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Andres Mendoza |
| Title: Prod. Supervisor | Title: Accounting | Title: |
| Date: 10/21/2008 | Date: 11/24/08 | Date: MAR 1 0 2009 |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

PROPERTY NAME: Parcel 18 @ Tuscany

PHASE: 1 Rel 7  LOT/BLK(s): 131  PLAN: 3664

PROPERTY ADDRESS: 1063 Via Saint Andrea Pl.

INVOICE NO. 1024056  PAYMENT AMT.: 700.00  PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: Rhodes Homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent: This release covers the final payment to the undersigned for all work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer and does not cover payment for disputed claims, if any. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from the final payment promptly to pay in full all laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

DATED: 11/26/08

COMPANY NAME: Cabinetec, Inc.

BY:

DALE PREZGAY

ITS: Accounts Receivable Dept.

Acknowledge and affirmed to me this:

26 Day of November 2008

Notary Public

JESSICA THOMAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-21-2011
Certificate No: 07-3705-1

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. for all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR: | SIGNATURE: |
|---|---|---|
| Robert V Hempson | CABINETS INSTALLED | Robert Hum |
|  | CABINETS INSTALLED |  |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 26 DAY OF November 2008

AUTHORIZED SIGNATURE

Accounts Receivable Dept.

DEC 1 5 2008

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 26 DAY OF November 2008

BY:

CabineTec, Inc.    702-649-1010
2711 E Craig Rd #A
N Las Vegas, NV 89030

INVOICE

CabineTec, Inc. - Las Vegas
2711 E CRAIG RD., SUITE A
NO LAS VEGAS, NV 89030
(702) 649-1010

INVOICE NUMBER: 1024793-IN

INVOICE DATE: 11/26/08

SALESPERSON: NC

BILLING CLERK:

TAX SCHEDULE: NV

CUSTOMER NO.: RHODES

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV  89147

JOB NUMBER: RHP1120
CUSTOMER P.O.: LISTED

SHIP VIA:

CONTACT:

TERMS: NET 30 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4000 | STD CAB PKG - RRPM0170-011 | | 1.00 | 0.000 | 2,568.80 |
| 7072 | Insurance - Wrap Up | | 1.00 | 0.000 | -64.22 |
| 4001 | 3" CROWN MOLDING RRPM0170-078 | | 1.00 | 0.000 | 161.00 |
| 4002 | CABINET GROUP #1 RRPM0170-078 | ea | 1.00 | 1,303.000 | 1,303.00 |
| 4002 | LINEN@LAUNDRY RRPM0170-078 | ea | 1.00 | 399.000 | 399.00 |
| 4002 | LINEN@LOFT RRPM0170-078 | ea | 1.00 | 311.000 | 311.00 |
| 4002 | LINEN W/WOOD TOP RRPM0170-078 | ea | 1.00 | 491.000 | 491.00 |
| 4220 | CABINET PICKUP RRPM0170-012 | | 1.00 | 0.000 | 321.10 |

RR11 GREENS @ PACIFIC
LOT 170
327 LADIES TEE COURT

*PLEASE REFERENCE INVOICE NUMBERS FOR ALL PAYMENTS

| | |
|---|---|
| GROSS INVOICE: | 5.490.68 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 5,490.68 |
| RETENTION AMT: | 0.00 |
| NET AMOUNT DUE: | 5,490.68 |

2880.6C


RHODES
H O M E S

**PURCHASE ORDER**
RRPM0170-011

JOB NUMBER: RRPM0170
ORDER DATE: 9/24/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:      3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 327 Ladies Tee Court |
| 2711 E. Craig Road Suite A & B | 327 Ladies Tee Court |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI        LOT #:  0170 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | A | RIGHT | | | |

## PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **** *420 Cabinets d1* **** | | | | | | | |
| 4201 | Set Cabinets | | | 0.80 | bid | 3,211.00 | 2,568.80 |
| | 3050200 | S | Subcontract | | | | |
| 420A | OCIP Insurance - Cabinets | | | -0.02 | bid | 3,211.00 | -64.22 |
| | 11010100 | S | Subcontract | | | | |

| Action Taken to Stop Further Variance: | Net Order | 2,504.58 |
|---|---|---|
| | Tax | 0.00 |
| | TOTAL ORDER | 2,504.58 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _____ | Dean Stafford |
| Title: Prod. Supervisor | Title: Accounting | By: _____ |
| Date: 09/24/2008 | Date: 11-26-08 | Title: _____ |
| | | Date: _____ |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES


**RHODES**
H O M E S

**PURCHASE ORDER**
RRPM0170-078

JOB NUMBER: RRPM0170
ORDER DATE: 9/25/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 327 Ladies Tee Court |
| 2711 E. Craig Road Suite A & B | 327 Ladies Tee Court |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI     LOT #: 0170 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | A | RIGHT | | | |

## PLEASE SUPPLY THE FOLLOWING :

Page 1

| ITEM | ITEM DESCRIPTION | | | | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **** 420 Cabinets d1 **** | | | | | | | | |
| 4201 | 3" Crown Molding | | | | 1.00 | bid | 161.00 | 161.00 |
| 841CAM30 | 3050200 | S | Subcontract | | | | | |
| 4201 | Cabinet Group #1 | | | | 1.00 | bid | 1,303.00 | 1,303.00 |
| 841CA001 | 3050200 | S | Subcontract | | | | | |
| 4201 | Linen @ Laundry Uppers | | | | 1.00 | bid | 399.00 | 399.00 |
| 841CALUL | 3050200 | S | Subcontract | | | | | |
| 4201 | Linen @ Loft Upper | | | | 1.00 | bid | 311.00 | 311.00 |
| 841CALLU | 3050200 | S | Subcontract | | | | | |
| 4201 | Linen w/Wood Top @ Loft | | | | 1.00 | bid | 491.00 | 491.00 |
| 841CALN0 | 3050200 | S | Subcontract | | | | | |

| Action Taken to Stop Further Variance: | | |
|---|---|---|
| | Net Order | 2,665.00 |
| | Tax | 0.00 |
| | TOTAL ORDER | 2,665.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: _Stori_ | By: Dean Stafford |
| Title: Prod. Supervisor | Title: _Accounting_ | Title: |
| Date: 09/25/2008 | Date: _11-26-08_ | Date: |
| | | X |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES


RHODES
H O M E S

### 4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR: 3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc.<br>2711 E. Craig Road Suite A & B<br>North Las Vegas NV 89030 | 327 Ladies Tee Court<br>327 Ladies Tee Court<br>Las Vegas NV 89148 |
| | RR11 GREENS @ PACIFI          LOT #: 0170 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | A | RIGHT | | | |

**PLEASE SUPPLY THE FOLLOWING :**                              Page 1

| ITEM   ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| **\*\*\*\* 420 Cabinets d2 \*\*\*\*** | | | | |
| 4202  Cabinet Pickup | 0.10 | bid | 3,211.00 | 321.10 |
| 3050200          S          Subcontract | | | | |

| Action Taken to Stop Further Variance: | | | Net Order | 321.10 |
|---|---|---|---|---|
| | | | Tax | 0.00 |
| | | | TOTAL ORDER | 321.10 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Dean Stafford |
| Title: Prod. Supervisor | Title: Accounting | Title: |
| Date: 09/24/2008 | Date: 11-26-08 | Date: |
| | | X |

**IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES**

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: RR11 greens @ pacific

PHASE: _____ PLAN: _____ LOT/BLK: 170

PROPERTY ADDRESS: 327 Ladies Tee Court

INVOICE NO: 024793    PAYMENT AMT. 5490.08    PAYMENT PERIOD: 11/26/08

UNDERSIGNED'S CUSTOMER: _____

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: November 20 2008

Company Name: CABINETEC, INC.

BY: _____
SHERI FOREMAN
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| CDDIE ARRIVP | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 20 DAY OF November 2008

AUTHORIZED SIGNATURE _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 20 DAY OF November 2008

BY: _____
CABINETEC, INC.    702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1
Invoice Number: 1025244-IN
Invoice Date: 3/19/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.:

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHTCS0

LOT 199-X1
Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4220 | P.O. WORK PERFORMED | 1 | 60.00 | 60.00 |
| | TOURNAMENT COLLECTIONS | | | |
| | LOT 199 | | | |
| | 139 CROOKED PUTTER DRIVE. | | | |

| | |
|---|---|
| Net Invoice: | 60.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $60.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 60.00 |

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _Tournament Collections_

PHASE: _____ PLAN: _____ LOT/BLK: _199-X1_ ____

PROPERTY ADDRESS: _139 Crooked Putter Drive_ ____

INVOICE NO: _1025244_ PAYMENT AMT: _60.00_ PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_ ____

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 19_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| _Nathan Thomas_ | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CABINETEC, INC.    702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1

Invoice Number: 1025240-IN

Invoice Date: 3/19/2009

Salesperson: NC

Terms: NET 30 DAYS

Tax Schedule: NV

Customer Number: RHODES

Customer P.O.: LISTED

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHK

LOT 090

Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4002 | RE-SKIN CABS DUE 2 LEAK #23865<br>KAPALUA<br>LOT 090<br>597 HALLORAN SPRINGS | 1 | 861.00 | 861.00 |

| | |
|---|---|
| Net Invoice: | 861.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $861.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 861.00 |



RHODES
H O M E S

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

Purchase Order

To:

Cabinetec, Inc.
2711 E. Craig Road Suite A & B
North Las Vegas, NV 89030

Order #: 23885
Date: 1/9/2009
Job: RR14-0090 Palms Bay - Lot 0090

`Approved
☐ _____

Ship To: Victor Hou
597 Halloran Springs
Las Vegas, NV 89147

Description:  Palms Bay Lot 90

320·0700

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| Greg Martyak | | | | |

| Job | Cost Code | Cat | Description | Quantity | Rate | Amount | Completed |
|---|---|---|---|---|---|---|---|
| RR14-0090 | 7-02-0100 | S | Cabinet Doors  *Please re-skin cabinets due to leak.* | | | 861.00 | |

Original PO: $861.00                Apprvd CO to Date: $ 0.00        -        Total: $861.00

3/19/09

Rhodes Homes                                Date        Cabinetec, Inc.                        Date

Work Completed                              Date

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _Kapalua_

PHASE: _____ PLAN: _____ LOT/BLK: _090_

PROPERTY ADDRESS: _597 Halloran Springs_

INVOICE NO: _1035240_ PAYMENT AMT. _861.00_ PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Rhodes Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 19_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE |
|---|---|---|
| Nathan Thomas | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CABINETEC, INC.       702-649-7010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

CABINETEC - LAS VEGAS
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

| | |
|---|---|
| Page: | 1 |
| Invoice Number: | 102524 1-IN |
| Invoice Date: | 3/19/2009 |
| Salesperson: | NC |
| Terms: | NET 30 DAYS |
| Tax Schedule: | NV |
| Customer Number: | RHODES |
| Customer P.O.: | RRPM0165-104 |

RHODES HOMES                          Job Number: RHP1120
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

LOT 165X1
Contact:

| Item Code | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 4002 | LINEN @ LAUNDRY RRPM0165-104 | 1 | 399.00 | 399.00 |
| | RH-P11&20 | | | |
| | LOT 165 | | | |
| | 387 LADIES TEE COURT | | | |

| | |
|---|---|
| Net Invoice: | 399.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $399.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 399.00 |

2008-11-25 15:43    Rhodes Purchasing        702-220-9248 >> 93200612        P 1/1



**PURCHASE ORDER**
RRPM0165-104

JOB NUMBER: RRPM0165
ORDER DATE: 11/25/2008

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:  3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 387 Ladies Tee Court |
| 2711 E. Craig Road Suite A & B | 387 Ladies Tee Court |
| North Las Vegas NV 89030 | Las Vegas NV 89148 |
|  | RR11 GREENS @ PACIFK        LOT #: 0165 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 1841 | A | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :        Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| **** 420 Cabinets d1 **** | | | | | |
| 4201 Linen @ Laundry Uppers | | 1 00 | bid | 399.00 | 399.00 |
| 841CALUL  3050200  S  Subcontract | | | | | |

Received

NOV 2 5 2008

CabineTec Inc.

| Action Taken to Stop Further Variance: | | Net Order | 399.00 |
|---|---|---|---|
| | | Tax | 0 00 |
| | | TOTAL ORDER | 399.00 |

Authorized Signature:     Vendor/Sub-Contractor:     Approved for Payment:
By: Kathy Sanucci          By:                        By:
Title: Prod. Supervisor    Title: Accounting          Title:
Date: 11/25/2008           Date: 3/9/09               Date

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _RR11 Greens @ Pacific_

PHASE: _____ PLAN: _1841_ LOT/BLK: _0165_

PROPERTY ADDRESS: _387 Ladies Tee Court_

INVOICE NO: _102524/_ PAYMENT AMT. _399.00_ PAYMENT PERIOD: _3/19/09_

UNDERSIGNED'S CUSTOMER: _Chadin Almos_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 19_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| Nathan Thomas | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March,_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CABINETEC, INC.    702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

**Invoice**

Page: 1
Invoice Number: 1025246-IN
Invoice Date: 3/19/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.: TS180023-108

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHP181T

PH 1 LOT 023
Contact:

| Item Code | Description | | Quantity | Price | Amount |
|-----------|-------------|--|----------|-------|--------|
| 4002 | DAMAGE TO CABINET DOOR<br>PO# TS180023-108<br>PARCEL 18 @ TUSCANY PHASE 1 REL 3<br>LOT 023<br>580 VIA COLMO AVE. | PO# TS180023-108 | 1 | 125.00 | 125.00 |

| | |
|---|---|
| Net Invoice: | 125.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $125.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 125.00 |

2009-03-11 15:51    Rhodes Purchasing    702-220-9248 >> 93200612    P 1/1

 

**RHODES** HOMES

**VARIANCE ORDER**

TS180023-108

JOB NUMBER: TS180023
ORDER DATE: 3/11/2009

4730 S. Fort Apache Road, Suite 300 - Las Vegas, NV 89147 - (702) 873-5338

| VENDOR:  3112 | JOB ADDRESS: |
|---|---|
| Cabinetec, Inc. | 580 Via Colmo Avenue |
| 2711 E. Craig Road Suite A & B | 580 Via Colmo Avenue |
| North Las Vegas NV 89030 | Henderson NV 89011 |
| | TS18 PARCEL 33          LOT #:  0023 |

| Plan | ELEV | GARAGE | SUPERINTENDENT: | JOBSITE PHONE: | MOBILE: |
|---|---|---|---|---|---|
| 2547 | TS | LEFT | | | |

PLEASE SUPPLY THE FOLLOWING :                         Page 1

| ITEM | ITEM DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|---|
| | *** *Cabinet Door* **** | | | | |
| 4201 | Service Request Dated 3/11/09 | 1.00 | bid | 125 00 | 125.00 |
| | 3050200      V81      Maintain Inventory Home | | | | |
| | Order a new door for over the refrigerator. Damage to cabinet door. | | | | |

Received

MAR 1 1 2009

CabineTec Inc.

| Action Taken to Stop Further Variance: | Net Order | 125.00 |
|---|---|---|
| | Tax | 0.00 |
| | TOTAL ORDER | 125.00 |

| Authorized Signature: | Vendor/Sub-Contractor: | Approved for Payment |
|---|---|---|
| By: Kathy Sanucci | By: | By: Ar..ies Mendoza |
| Title: Prod. Supervisor | Title: Arronanting | Title: |
| Date: 03/11/2009 | Date: 3/19/09 | Date: MAR 2009 |

IMPORTANT: WE ONLY PAY FROM OUR PURCHASE ORDERS, NOT VENDOR INVOICES.

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: TS18 Parcel 33

PHASE: _____ PLAN: 2547 LOT/BLK: 0023

PROPERTY ADDRESS: 580 Via Colmo Avenue

INVOICE NO: 1025246 PAYMENT AMT. 125.00 PAYMENT PERIOD: 3/9/09

UNDERSIGNED'S CUSTOMER: Rhodes Homes

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated March 19 2009        Company Name: CABINETEC, INC.

                                          BY: _____
                                               MICHELE GUIZAR
                                          ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS 19 DAY OF March 2009

AUTHORIZED SIGNATURE: _____
                       Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS 19 DAY OF March 2009

BY: _____
    CABINETEC, INC.        702-649-1010
    2711 E CRAIG RD #A
    N LAS VEGAS, NV 89030

CABINETEC - LAS VEGAS
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1
Invoice Number: 1025243-IN
Invoice Date: 3/19/2009
Salesperson: NC
Terms: NET 30 DAYS
Tax Schedule: NV
Customer Number: RHODES
Customer P.O.:

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHTCS0

LOT 202X1
Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4220 | P.O. WORK PERFORMED | 1 | 287.00 | 287.00 |
|  | TOURNAMENT COLLECTION |  |  |  |
|  | LOT 202 |  |  |  |
|  | 159 CROOKED PUTTER DRIVE. |  |  |  |

| | |
|---|---|
| Net Invoice: | 287.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $287.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 287.00 |

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: *Tournament Collection*

PHASE: _____ PLAN: _____ LOT/BLK: *202*

PROPERTY ADDRESS: *159 Crooked Putter Drive*

INVOICE NO: *1025243*    PAYMENT AMT. *287.00*    PAYMENT PERIOD: *3/19/09*

UNDERSIGNED'S CUSTOMER: *Rhodes Homes*

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: *March 19* 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
| *Nathan Thomas* | CABINETS INSTALLED | |
| | CABINETS INSTALLED | |

For the purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS *19* DAY OF *March* 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from its own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS *19* DAY OF *March* 2009

BY: _____
CABINETEC, INC.         702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030

**CABINETEC - LAS VEGAS**
2711 E. Craig Road
Suite A
North Las Vegas, NV 89030
(702) 649-1010

Invoice

Page: 1

Invoice Number: 102524S-IN

Invoice Date: 3/19/2009

Salesperson: NC

Terms: NET 30 DAYS

Tax Schedule: NV

Customer Number: RHODES

Customer P.O.:

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

Job Number: RHTCS0

LOT 087
Contact:

| Item Code | Description | Quantity | Price | Amount |
|-----------|-------------|----------|-------|--------|
| 4220 | P.O. WORK PERFORMED<br>TOURNAMENT COLLECTION 50'S<br>LOT 087<br>176 CROOKED PUTTER DR. | 1 | 850.00 | 850.00 |

| | |
|---|---|
| Net Invoice: | 850.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $850.00 |
| Retention Amount: | 0.00 |
| NET AMOUNT DUE : | 850.00 |

## CONDITIONAL WAIVER & RELEASE UPON PROGRESS PAYMENT

PROPERTY NAME: _Tournament Collection 50's_

PHASE: _____ PLAN: _____ LOT/BLK: _087_

PROPERTY ADDRESS: _176 Crooked Putter Drive_

INVOICE NO: _1025245_  PAYMENT AMT. _850.00_  PAYMENT PERIOD: _3/9/09_

UNDERSIGNED'S CUSTOMER: _Rhodis Homes_

Upon receipt by the undersigned of a check in the above referenced payment amount payable to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any right of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent. This release covers a progress payment to the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications or changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period. Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he receives from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _March 19_ 2009

Company Name: CABINETEC, INC.

BY: _____
MICHELE GUIZAR
ITS: Accounts Receivable Dept.

## LABOR PAYMENT AFFIDAVIT

Each of the undersigned whose signature appears below certifies that he/she has been paid in full by Cabinetec Inc. For all work whatsoever performed by Cabinetec through the date of this release. Each of the undersigned hereby waives and releases any lien or claim or right to file a lien notice against the above-mentioned property on account of work performed on or materials supplied to the above job site through the date on this document.

| NAME OF LABORER: | FOR | SIGNATURE: |
|---|---|---|
|  | CABINETS INSTALLED |  |
|  | CABINETS INSTALLED |  |

For he purpose of obtaining payment, the undersigned contractor warrants that the above named workmen who actually performed work for Cabinetec have been paid in full to date and that there are no other workman who performed work on the project that have not been paid to date. This release and waiver of lien shall insure to the benefit of the holder of the deed of trust on and the owner of the above named job site, their successors and assigns.

DATED THIS _19_ DAY OF _March_ 2009

AUTHORIZED SIGNATURE: _____
Accounts Receivable Dept.

## OUT OF STOCK MATERIAL CERTIFICATION

The undersigned Subcontractor hereby certifies that the materials and supplies used on the above improvement and or project were purchased or acquired from a material man or supplier from this specific project, but were furnished by a Subcontractor, from his own supplies warehouse. In addition, the undersigned warrants that all materials and labor placed by him in the aforesaid premises are free from any claims, liens or encumbrances.

DATED THIS _19_ DAY OF _March_ 2009

BY: _____
CABINETEC, INC.    702-649-1010
2711 E CRAIG RD #A
N LAS VEGAS, NV 89030