# CLAIM 138

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Rhodes Design and Development Corporation | Case Number:<br>09-14846 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Las Vegas Valley Water District | ❏ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Sherilyn A. Olsen, c/o Holland & Hart LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111<br><br>Telephone number:<br>(801) 799-5818 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>❏ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $                11,029.62 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ❏ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ❏ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**  See attached<br>(See instruction #2 on reverse side.) | ❏ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br> **3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | ❏ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ❏ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| **Nature of property or right of setoff:** ❏Real Estate  ❏Motor Vehicle  ❏Other<br>**Describe:**<br><br>**Value of Property:**$_____  **Annual Interest Rate**_____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ❏ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>❏ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | |
|---|---|---|
| Date:<br>09/24/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Sherilyn A. Olsen, Attorney for Las Vegas Valley Water District | FOR COURT USE ONLY<br>**FILED**<br>**SEP 25 2009**<br>By Omni Management Group, Claims Agent<br>For U.S. Bankruptcy Court<br>District of Nevada |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO PROOF OF CLAIM

**Debtor:** Rhodes Design and Development Corporation

**Case Number:** 09-14846 (Jointly Administered with Case No. 09-14814)

**Creditor:** Las Vegas Valley Water District (the "District")

**Account Numbers:** 8714542962-4: $11,029.62[1]

**Notices-**
**Please Copy**
    Sherilyn A. Olsen
    Holland & Hart, LLP
    60 East South Temple, Suite 2000
    Salt Lake City, UT 84111
    Phone: (801) 799-5818
    Email: solsen@hollandhart.com

**Description of Claim:** The District provided pre and post-petition water services to the Debtor. The total amount due to the District is $11,029.62.

**Supporting Documents Attached:** Copies of invoices are attached.

4620578_1.DOC

---

[1] A proof of claim is also being filed in *In re The Rhodes Companies, LLC,* Case No. 09-14854 which includes this amount. The District believes both Debtors are jointly liable for this debt.

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---:|
| Previous Balance | 8,257.26 |
| Payment Received – 05/07/09 | 14,270.58 |
| Current Charges | 11,022.42 |
| Bill Corrections and Adjustments | −22,520.64 |
| **Amount Due this Period** | **$11,029.62** |

Service Address: H*ARBY 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0594243 | 3" | 1676 | 03/31/09 | 1620 | 03/06/09 | 56 | Estimate |

**Closing Bill**
**Billing Period: 03/07/09 – 03/31/09**     **Total # of Days: 25**
**Meter #: 0594243**     **Billed Usage 56**

| | |
|---|---:|
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 56 x $3.09 | 173.04 |
| SNWA Commodity Charge 56 x $0.10 | 5.60 |
| SNWA Reliability Surcharge | 5.72 |
| **Subtotal** | **$234.36** |

---

Please detach at perforation and return with payment.                    000001



☐ Check box for address change.
   Print on reverse side.

☐ Check box for information on
   paying electronically.

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/21/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 8714542962 4 | $22,527.84 | −$11,498.22 | $11,029.62 |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV  89153

8714542962000225278400011029 6234

Case 09-14814-gwz Doc 836-1 Entered 12/14/09 16:55:16 Page 5 of 20
Case 09-14846-lbr Claim 138 Filed 09/29/09 Page 4 of 25
Page 2 of 4

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**
Customer Services (Start Service,
Stop Service, Billing Inquiries)                    **(702) 870-4194**
Toll-Free                                            **(800) 252-2011**
General Information                                  **(702) 870-2011**
Emergency Number (24-hour)                           **(702) 258-3150**
Online                                                      **lvvwd.com**

**BUSINESS HOURS**
Monday–Friday                                        **8 a.m.–5 p.m.**
(Closed holidays)

**MAKING YOUR PAYMENT**
**When:** Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result In
a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24-hour onsite drop boxes (checks
only); by Internet at **lvvwd.com** (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre-authorized debit or credit-card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit **lvvwd.com** for updated locations and more information
on payment options.

The district accepts **MasterCard, Visa, Discover, American
Express** and **Diners Club.** You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from **lvvwd.com** or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit **lvvwd.com** for more information on how to
read your bill.

**WATER-SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit **snwa.com** or call the SNWA
Conservation Helpline at **258-SAVE(7283)** for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258-AGUA(2482)
o visite al **snwaenespanol.com.**

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are **MANDATORY** for all
metropolitan-area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit **lvvwd.com** or call
Customer Services at **(702) 870-4194.**

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time-of-day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on **lvvwd.com** and
the district's quarterly "Water Watch" customer newsletter for
watering information.



## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY
*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at lvvwd.com for more information.)*



# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

**Service Address:** H*EL CAPITAN 7000 BLK WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0556739 | 3" | 12730 | 03/31/09 | 11197 | 03/06/09 | 1533 | Estimate |

| | |
|---|---|
| **Billing Period: 03/07/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0556739** | **Total # of Days: 25** |
| | **Billed Usage 1533** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,533 x $3.09 | 4,736.97 |
| SNWA Commodity Charge 1,533 x $0.10 | 153.30 |
| SNWA Reliability Surcharge | 123.51 |
| **Subtotal** | **$5,063.78** |

---

**Service Address:** H*MAULE 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0547720 | 3" | 7310 | 03/31/09 | 6000 | 03/06/09 | 1310 | Estimate |

| | |
|---|---|
| **Billing Period: 03/07/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0547720** | **Total # of Days: 25** |
| | **Billed Usage 1310** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,310 x $3.09 | 4,047.90 |
| SNWA Commodity Charge 1,310 x $0.10 | 131.00 |
| SNWA Reliability Surcharge | 105.72 |
| **Subtotal** | **$4,334.62** |

---

**Service Address:** H*SHERWOOD GREENS 9300 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0182543 | 3" | 26377 | 03/31/09 | 26303 | 03/10/09 | 74 | Estimate |

| | |
|---|---|
| **Billing Period: 03/11/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0182543** | **Total # of Days: 21** |
| | **Billed Usage 74** |
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 74 x $3.09 | 228.66 |
| SNWA Commodity Charge 74 x $0.10 | 7.40 |
| SNWA Reliability Surcharge | 6.95 |
| **Subtotal** | **$285.01** |

# Las Vegas Valley Water District

**(800) 252-2011**        **(702) 870-4194**        lvvwd.com

Page 4 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

Service Address: H*SLOPING GREEN 100 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430036 | 3" | 8246 | 03/31/09 | 7958 | 03/10/09 | 288 | Estimate |

**Closing Bill**
**Billing Period: 03/11/09 – 03/31/09**    **Total # of Days: 21**
**Meter #: 0430036**                        **Billed Usage 288**

| | |
|---|---|
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 288 x $3.09 | 889.92 |
| SNWA Commodity Charge 288 x $0.10 | 28.80 |
| SNWA Reliability Surcharge | 24.02 |
| **Subtotal** | **$984.74** |

---

Service Address: H*SPANISH HEIGHTS 5200 BLK RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430106 | 3" | 2354 | 03/31/09 | 2333 | 03/06/09 | 21 | Estimate |

**Closing Bill**
**Billing Period: 03/07/09 – 03/31/09**    **Total # of Days: 25**
**Meter #: 0430106**                        **Billed Usage 21**

| | |
|---|---|
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 21 x $3.09 | 64.89 |
| SNWA Commodity Charge 21 x $0.10 | 2.10 |
| SNWA Reliability Surcharge | 2.92 |
| **Subtotal** | **$119.91** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

220

---

**\*\*\*DO NOT PAY\*\*\***

*This special billing reflects corrections made to previous billing.*

**Account Summary**

| | |
|---|---|
| Previous Balance | −251.41 |
| Current Charges | 206.00 |
| Bill Corrections and Adjustments | −359.68 |
| **Amount Due this Period** | **−405.09** |

---

Service Address: 10132 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573086 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/19/09 − 03/31/09 | |
| Meter #: 0573086 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: SOUTHWEST RANCH PARCEL 11A | |
| Agreement Number: 111525 | |

---

Please detach at perforation and return with payment.                    000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

**Pay by Phone or Internet:**
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/19/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 7714542962 5 | −$251.41 | −$153.68 | −$405.09 |

Make check payable to "Water District"

RHODES DESIGN & DEVELOP CORP
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

771454296200000000000000000000095

Case 09-14814-gwz Doc 836-1 Entered 12/14/09 09:55:16 Page 9 of 20
Case 09-14846-lbr Claim 138-1 Filed 09/29/09 Page 8 of 25

Page 2 of 27

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

| | |
|---|---|
| Customer Services (Start Service, Stop Service, Billing Inquiries) | **(702) 870–4194** |
| Toll–Free | **(800) 252–2011** |
| General Information | **(702) 870–2011** |
| Emergency Number (24–hour) | **(702) 258–3150** |
| Online | **lvvwd.com** |

**BUSINESS HOURS**

| | |
|---|---|
| Monday–Friday | **8 a.m.–5 p.m.** |
| (Closed holidays) | |

**MAKING YOUR PAYMENT**

**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks only); by Internet at **lvvwd.com** (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre–authorized debit or credit–card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit **lvvwd.com** for updated locations and more information on payment options.

The district accepts **MasterCard, Visa, Discover, American Express** and **Diners Club.** You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from **lvvwd.com** or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit **lvvwd.com** for more information on how to read your bill.

**WATER–SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit **snwa.com** or call the SNWA Conservation Helpline at **258–SAVE**(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al **258–AGUA**(2482) o visite al **snwaenespanol.com.**

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are **MANDATORY** for all metropolitan–area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit **lvvwd.com** or call Customer Services at **(702) 870–4194.**

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time–of–day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on **lvvwd.com** and the district's quarterly "Water Watch" customer newsletter for watering information.



**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ **P. O. Box/PMB**    ☐ **Apartment/Suite/Unit**    ☐ **APO/FPO**

Address

Address

City

State          ZIP                          Country

Telephone                    Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 10133 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573068 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573068          **Billed Usage 0**
LV Developer                                      0.00
**Subtotal                                        $0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10134 FIRE RIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573097 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573097          **Billed Usage 0**
LV Developer                                      0.00
**Subtotal                                        $0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10136 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573090 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573090          **Billed Usage 0**
LV Developer                                      0.00
**Subtotal                                        $0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10136 DRAGONS MEADOW CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573069 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573069          **Billed Usage 0**
LV Developer                                      0.00
**Subtotal                                        $0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 10137 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|-----------------------|---|
| 0573094 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573094                                         **Billed Usage 0**
LV Developer                                                     0.00
**Subtotal**                                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10138 FIRE RIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|-----------------------|---|
| 0573066 | 3/4" | 4 | 03/31/09 | 0 | 03/19/09 | 4 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573066                                         **Billed Usage 4**
Consumption 4 x $3.09                                          12.36
SNWA Commodity Charge 4 x $0.10                                 0.40
SNWA Reliability Surcharge                                      0.32
**Subtotal**                                                     **$13.08**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10140 DRAGONS MEADOW CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|-----------------------|---|
| 0573072 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573072                                         **Billed Usage 0**
LV Developer                                                     0.00
**Subtotal**                                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10142 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|-----------------------|---|
| 0573070 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573070                                         **Billed Usage 0**
LV Developer                                                     0.00
**Subtotal**                                                      **$0.00**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Customer Name: RHODES DESIGN & DEVELOP CORP
Account Number: 7714542962-5
Billing Date: 05/19/2009
Due Date: 06/15/2009

Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address: 10143 AGON CT**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573095 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573095                                    Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                       $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address: 10144 FIRE RIDGE CT**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573087 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573087                                    Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                       $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address: 10146 DRAGONS MEADOW CT**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573096 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573096                                    Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                       $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

**(800) 252-2011**     **(702) 870-4194**     lvvwd.com

Page 6 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 104 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|--|
| 0598379 | 3/4" | 16 | 03/31/09 | 12 | 03/09/09 | 4 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0598379 | **Billed Usage 4** |
| Consumption 4 x $3.09 | 12.36 |
| SNWA Commodity Charge 4 x $0.10 | 0.40 |
| SNWA Reliability Surcharge | 0.32 |
| **Subtotal** | **$13.08** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 115 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|
| 0598362 | 3/4" | 166 | 04/06/09 | 165 | 03/09/09 | 1 |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 04/06/09 | |
| Meter #: 0598362 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 136 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|--|
| 0598371 | 3/4" | 2 | 03/31/09 | 2 | 03/09/09 | 0 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0598371 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 156 CASTLE COURSE AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0595782 | 3/4" | 126 | 03/31/09 | 119 | 03/09/09 | 7 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0595782                                    **Billed Usage 7**
Consumption 7 x $3.09                                          21.63
SNWA Commodity Charge 7 x $0.10                                 0.70
SNWA Reliability Surcharge                                      0.56
**Subtotal**                                               **$22.89**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 192 FORTRESS COURSE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0618297 | 3/4" | 9 | 03/31/09 | 8 | 03/09/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0618297                                    **Billed Usage 1**
Consumption 1 x $3.09                                           3.09
SNWA Commodity Charge 1 x $0.10                                 0.10
SNWA Reliability Surcharge                                      0.08
**Subtotal**                                                **$3.27**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 193 FORTRESS COURSE AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0618278 | 3/4" | 28 | 03/31/09 | 20 | 03/09/09 | 8 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0618278                                    **Billed Usage 8**
Consumption 8 x $3.09                                          24.72
SNWA Commodity Charge 8 x $0.10                                 0.80
SNWA Reliability Surcharge                                      0.64
**Subtotal**                                               **$26.16**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 8 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP.
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 203 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597499 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597499                                      **Billed Usage 0**
LV Developer                                               0.00
**Subtotal**                                             **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 211 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597503 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597503                                      **Billed Usage 0**
LV Developer                                               0.00
**Subtotal**                                             **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 217 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597495 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597495                                      **Billed Usage 0**
LV Developer                                               0.00
**Subtotal**                                             **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 223 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597471 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597471                                      **Billed Usage 0**
LV Developer                                               0.00
**Subtotal**                                             **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 9 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 238 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0531754 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 − 03/31/09
Meter #: 0531754                                    **Billed Usage 0**
LV Developer                                         0.00
**Subtotal**                                         **$0.00**
Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

---

**Service Address:** 264 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0531751 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 − 03/31/09
Meter #: 0531751                                    **Billed Usage 0**
LV Developer                                         0.00
**Subtotal**                                         **$0.00**
Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

---

**Service Address:** 264 SPRING HOLLOW DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0610411 | 3/4" | 13 | 03/31/09 | 12 | 03/06/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 − 03/31/09
Meter #: 0610411                                    **Billed Usage 1**
Consumption 1 x $3.09                                3.09
SNWA Commodity Charge 1 x $0.10                      0.10
SNWA Reliability Surcharge                           0.08
**Subtotal**                                         **$3.27**
Agreement: RHODES RANCH PARCEL 10 UNIT 10A
Agreement Number: 110447

---

**Service Address:** 288 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0506028 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 − 03/31/09
Meter #: 0506028                                    **Billed Usage 0**
LV Developer                                         0.00
**Subtotal**                                         **$0.00**

# Las Vegas Valley Water District

(800) 252-2011  (702) 870-4194  lvvwd.com

Page 10 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

**Service Address: 32 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597478 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597478  Billed Usage 0
LV Developer  0.00
**Subtotal**  **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 35 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617570 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617570  Billed Usage 0
LV Developer  0.00
**Subtotal**  **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 36 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597475 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597475  Billed Usage 0
LV Developer  0.00
**Subtotal**  **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 39 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617575 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617575  Billed Usage 0
LV Developer  0.00
**Subtotal**  **$0.00**

# Las Vegas Valley Water District

**(800) 252-2011**　　　**(702) 870-4194**　　　**lvvwd.com**

Page 11 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 40 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597476 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597476　　　　　　　　　　　　**Billed Usage 0**
LV Developer　　　　　　　　　　　　　　0.00
**Subtotal**　　　　　　　　　　　　　　**$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 41 COBBS CREEK WAY**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0423045 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/07/09 – 03/31/09
Meter #: 0423045　　　　　　　　　　　　**Billed Usage 0**
LV Developer　　　　　　　　　　　　　　0.00
**Subtotal**　　　　　　　　　　　　　　**$0.00**
Agreement: RHODES RANCH PARCEL 10 UNIT 3
Agreement Number: 107256

---

**Service Address: 43 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617561 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617561　　　　　　　　　　　　**Billed Usage 0**
LV Developer　　　　　　　　　　　　　　0.00
**Subtotal**　　　　　　　　　　　　　　**$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 44 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597477 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597477　　　　　　　　　　　　**Billed Usage 0**
LV Developer　　　　　　　　　　　　　　0.00
**Subtotal**　　　　　　　　　　　　　　**$0.00**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 12 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

## Service Address: 47 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0617560 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 - 03/31/09
Meter #: 0617560                                   **Billed Usage 0**
LV Developer                                                 0.00
**Subtotal**                                               **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

## Service Address: 48 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597483 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 - 03/31/09
Meter #: 0597483                                   **Billed Usage 0**
LV Developer                                                 0.00
**Subtotal**                                               **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

## Service Address: 51 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0617559 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 - 03/31/09
Meter #: 0617559                                   **Billed Usage 0**
LV Developer                                                 0.00
**Subtotal**                                               **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

## Service Address: 5128 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0589118 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 - 03/31/09
Meter #: 0589118                                   **Billed Usage 0**
LV Developer                                                 0.00
**Subtotal**                                               **$0.00**

# Las Vegas Valley Water District

(800) 252-2011         (702) 870-4194         lvvwd.com

Page 13 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 5139 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589113 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/06/09 - 03/31/09
Meter #: 0589113                    Billed Usage 0
LV Developer                              0.00
**Subtotal**                             **$0.00**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 5142 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589117 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/06/09 - 03/31/09
Meter #: 0589117                    Billed Usage 0
LV Developer                              0.00
**Subtotal**                             **$0.00**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 5148 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589109 | 1" | 7 | 03/31/09 | 7 | 03/05/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/06/09 - 03/31/09
Meter #: 0589109                    Billed Usage 0
LV Developer                              0.00
**Subtotal**                             **$0.00**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 5151 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589110 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/06/09 - 03/31/09
Meter #: 0589110                    Billed Usage 0
LV Developer                              0.00
**Subtotal**                             **$0.00**