# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address: 5164 SPANISH HEIGHTS DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0589116 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/06/09 – 03/31/09 | |
| Meter #: 0589116 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: SPANISH HILLS ESTATES UNIT 5A | |
| Agreement Number: 106966 | |

---

**Service Address: 5170 SCENIC RIDGE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0589112 | 1" | 135 | 03/31/09 | 109 | 03/05/09 | 26 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/06/09 – 03/31/09 | |
| Meter #: 0589112 | **Billed Usage 26** |
| Consumption 26 x $3.09 | 80.34 |
| SNWA Commodity Charge 26 x $0.10 | 2.60 |
| SNWA Reliability Surcharge | 2.07 |
| **Subtotal** | **$85.01** |
| Agreement: SPANISH HILLS ESTATES UNIT 5A | |
| Agreement Number: 106966 | |

---

**Service Address: 5180 SPANISH HEIGHTS DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0570576 | 1.5" | 4 | 03/31/09 | 4 | 03/05/09 | 0 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/06/09 – 03/31/09 | |
| Meter #: 0570576 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: SPANISH HILLS ESTATES UNIT 5A | |
| Agreement Number: 106966 | |

# Las Vegas Valley Water District

(800) 252-2011        (702) 870-4194        lvvwd.com

Page 15 of 27

Customer Name: RHODES DESIGN & DEVELOP CORP
Account Number: 7714542962-5
Billing Date: 05/19/2009
Due Date: 06/15/2009

---

Service Address: 5184 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589111 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0589111          Billed Usage 0
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 5198 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589108 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0589108          Billed Usage 0
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

Service Address: 52 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597482 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597482          Billed Usage 0
LV Developer                          0.00
Subtotal                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

Service Address: 5212 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0570565 | 1.5" | 35 | 03/31/09 | 35 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0570565          Billed Usage 0
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

# Las Vegas Valley Water District

(800) 252-2011     (702) 870-4194     lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570555 | 1.5" | 299 | 03/31/09 | 299 | 03/05/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 – 03/31/09
Meter #: 0570555    **Billed Usage 0**
LV Developer    0.00

**Subtotal**    **$0.00**

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address:** 5228 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570574 | 1.5" | 8 | 03/31/09 | 8 | 03/05/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 – 03/31/09
Meter #: 0570574    **Billed Usage 0**
LV Developer    0.00

**Subtotal**    **$0.00**

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address:** 55 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0617558 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0617558    **Billed Usage 0**
LV Developer    0.00

**Subtotal**    **$0.00**

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 56 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597481 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597481    **Billed Usage 0**
LV Developer    0.00

**Subtotal**    **$0.00**

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

**(800) 252-2011**          **(702) 870-4194**          **lvvwd.com**

Page 17 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 579 HALLORAN SPRINGS RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0609522 | 3/4" | 6 | 03/31/09 | 5 | 03/09/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 − 03/31/09
Meter #: 0609522                                    **Billed Usage 1**

| | |
|---|---|
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |

Agreement: RHODES RANCH PARCEL 14 UNIT 4
Agreement Number: 111172

---

**Service Address:** 585 HALLORAN SPRINGS RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0609571 | 3/4" | 12 | 03/31/09 | 11 | 03/09/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 − 03/31/09
Meter #: 0609571                                    **Billed Usage 1**

| | |
|---|---|
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |

Agreement: RHODES RANCH PARCEL 14 UNIT 4
Agreement Number: 111172

---

**Service Address:** 59 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0617562 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 − 03/31/09
Meter #: 0617562                                    **Billed Usage 0**

| | |
|---|---|
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Case 09-14814-gwz   Doc 826-2   Entered 12/04/09 16:55:16   Page 5 of 26
Case 09-14814-lbr   Claim 138   Filed 09/29/09   Page 22 of 25
Page 18 of 27

# Las Vegas Valley Water District

**(800) 252-2011**     **(702) 870-4194**     lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address: 60 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597484 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597484                                   **Billed Usage 0**
LV Developer                                              0.00
**Subtotal**                                            **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 63 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617563 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617563                                   **Billed Usage 0**
LV Developer                                              0.00
**Subtotal**                                            **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 64 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597486 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597486                                   **Billed Usage 0**
LV Developer                                              0.00
**Subtotal**                                            **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 6406 AETHER ST**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573071 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573071                                   **Billed Usage 0**
LV Developer                                              0.00
**Subtotal**                                            **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 19 of 27

Customer Name: RHODES DESIGN & DEVELOP CORP
Account Number: 7714542962-5
Billing Date: 05/19/2009
Due Date: 06/15/2009

---

Service Address: 6412 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573088 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573088                          **Billed Usage 0**
LV Developer                                        0.00
**Subtotal**                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 6418 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573089 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573089                          **Billed Usage 0**
LV Developer                                        0.00
**Subtotal**                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 6424 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573082 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573082                          **Billed Usage 0**
LV Developer                                        0.00
**Subtotal**                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 6430 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573083 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573083                          **Billed Usage 0**
LV Developer                                        0.00
**Subtotal**                                      **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 20 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP.
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 6434 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573077 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

| | | | |
|---|---|---|---|
| | | | **Closing Bill** |
| | | Billing Period: 03/19/09 – 03/31/09 | |
| | | Meter #: 0573077 | **Billed Usage 0** |
| | | LV Developer | 0.00 |
| | | **Subtotal** | **$0.00** |
| | | Agreement: SOUTHWEST RANCH PARCEL 11A | |
| | | Agreement Number: 111525 | |

---

Service Address: 6438 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573067 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

| | | | |
|---|---|---|---|
| | | | **Closing Bill** |
| | | Billing Period: 03/19/09 – 03/31/09 | |
| | | Meter #: 0573067 | **Billed Usage 0** |
| | | LV Developer | 0.00 |
| | | **Subtotal** | **$0.00** |
| | | Agreement: SOUTHWEST RANCH PARCEL 11A | |
| | | Agreement Number: 111525 | |

---

Service Address: 647 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586801 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | | | |
|---|---|---|---|
| | | | **Closing Bill** |
| | | Billing Period: 03/10/09 – 03/31/09 | |
| | | Meter #: 0586801 | **Billed Usage 0** |
| | | LV Developer | 0.00 |
| | | **Subtotal** | **$0.00** |
| | | Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| | | Agreement Number: 111489 | |

---

Service Address: 648 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597500 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | | | |
|---|---|---|---|
| | | | **Closing Bill** |
| | | Billing Period: 03/10/09 – 03/31/09 | |
| | | Meter #: 0597500 | **Billed Usage 0** |
| | | LV Developer | 0.00 |
| | | **Subtotal** | **$0.00** |
| | | Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| | | Agreement Number: 111489 | |

Case 09-14814-lbr   Claim 38-1 Part 2   Filed 09/16/09   Page 2 of 20

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 21 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 655 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0586799 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0586799          **Billed Usage 0**
LV Developer          0.00
**Subtotal**          **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 656 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597474 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597474          **Billed Usage 0**
LV Developer          0.00
**Subtotal**          **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 663 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0586800 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0586800          **Billed Usage 0**
LV Developer          0.00
**Subtotal**          **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 664 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597472 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597472          **Billed Usage 0**
LV Developer          0.00
**Subtotal**          **$0.00**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 672 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597473 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  |  |
|---|---|
|  | **Closing Bill** |
| Billing Period: 03/10/09 - 03/31/09 | |
| Meter #: 0597473 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 679 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586802 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  |  |
|---|---|
|  | **Closing Bill** |
| Billing Period: 03/10/09 - 03/31/09 | |
| Meter #: 0586802 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 68 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597485 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  |  |
|---|---|
|  | **Closing Bill** |
| Billing Period: 03/10/09 - 03/31/09 | |
| Meter #: 0597485 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 680 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597493 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  |  |
|---|---|
|  | **Closing Bill** |
| Billing Period: 03/10/09 - 03/31/09 | |
| Meter #: 0597493 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 23 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 688 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597470 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597470 | Billed Usage 0 |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

Service Address: 696 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597469 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597469 | Billed Usage 0 |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

Service Address: 700 BLK HIDDEN MOUNTAIN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0528670 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0528670 | Billed Usage 0 |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

Service Address: 72 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597488 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597488 | Billed Usage 0 |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 24 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 725 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597460 | 3/4" | 64 | 03/31/09 | 63 | 03/09/09 | 1 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597460 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 2 | |
| Agreement Number: 111559 | |

---

**Service Address:** 733 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597462 | 3/4" | 47 | 03/31/09 | 46 | 03/09/09 | 1 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597462 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 2 | |
| Agreement Number: 111559 | |

---

**Service Address:** 741 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597461 | 3/4" | 150 | 03/31/09 | 149 | 03/09/09 | 1 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0597461 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 2 | |
| Agreement Number: 111559 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 25 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address: 76 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597490 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597490 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 80 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597492 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597492 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 81 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0598377 | 3/4" | 17 | 03/31/09 | 12 | 03/09/09 | 5 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0598377 — Billed Usage 5
Consumption 5 x $3.09 — 15.45
SNWA Commodity Charge 5 x $0.10 — 0.50
SNWA Reliability Surcharge — 0.40
Subtotal — $16.35
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address: 84 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597489 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597489 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 26 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 88 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597487 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597487        Billed Usage 0
LV Developer            0.00
Subtotal                $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 900 BLK HIDDEN MOUNTAIN WAY**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589114 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0589114        Billed Usage 0
LV Developer            0.00
Subtotal                $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 92 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597501 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597501        Billed Usage 0
LV Developer            0.00
Subtotal                $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address: 96 HONORS COURSE DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597491 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597491        Billed Usage 0
LV Developer            0.00
Subtotal                $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 97 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0598382 | 3/4" | 35 | 03/31/09 | 34 | 03/09/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0598382                                    **Billed Usage 1**
Consumption 1 x $3.09                                        3.09
SNWA Commodity Charge 1 x $0.10                              0.10
SNWA Reliability Surcharge                                   0.08

**Subtotal**                                                **$3.27**
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

**(800) 252-2011     (702) 870-4194     lvvwd.com**

Page 1 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**
| | |
|---|---|
| Previous Balance | 8,257.26 |
| Payment Received – 05/07/09 | 14,270.58 |
| Current Charges | 11,022.42 |
| Bill Corrections and Adjustments | –22,520.64 |
| **Amount Due this Period** | **$11,029.62** |

Service Address: H*ARBY 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0594243 | 3" | 1676 | 03/31/09 | 1620 | 03/06/09 | 56 | Estimate |

**Closing Bill**
Billing Period: 03/07/09 – 03/31/09 — Total # of Days: 25
Meter #: 0594243 — Billed Usage 56

| | |
|---|---|
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 56 x $3.09 | 173.04 |
| SNWA Commodity Charge 56 x $0.10 | 5.60 |
| SNWA Reliability Surcharge | 5.72 |
| **Subtotal** | **$234.36** |

Please detach at perforation and return with payment.     000001



☐ Check box for address change. Print on reverse side.
☐ Check box for information on paying electronically.

Pay by Phone or Internet:
(800) 252-2011     (702) 870-4194     lvvwd.com

Bill Date: 05/21/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 8714542962 4 | $22,527.84 | –$11,498.22 | $11,029.62 |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

8714542962000225278400011029623 4

Case 09-14814-gwz   Doc 836-3   Entered 12/11/09 16:55:16   Page 16 of 26
Case 09-14814-gwz   Claim 3-1 Part 2   Filed 09/25/09   Page 90 of 26

Page 2 of 4

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

Customer Services (Start Service,
Stop Service, Billing Inquiries)                    **(702) 870–4194**
Toll–Free                                           **(800) 252–2011**
General Information                                 **(702) 870–2011**
Emergency Number (24–hour)                          **(702) 258–3150**
Online                                              **lvvwd.com**

**BUSINESS HOURS**

Monday–Friday                                       **8 a.m.–5 p.m.**
(Closed holidays)

**MAKING YOUR PAYMENT**

**When:** Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result In
a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks
only): by Internet at **lvvwd.com** (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre–authorized debit or credit–card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit **lvvwd.com** for updated locations and more information
on payment options.

The district accepts **MasterCard, Visa, Discover, American
Express** and **Diners Club.** You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from **lvvwd.com** or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit **lvvwd.com** for more information on how to
read your bill.

**WATER–SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit **snwa.com** or call the SNWA
Conservation Helpline at **258–SAVE**(7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al **258–AGUA**(2482)
o visite al **snwaenespanol.com.**

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are **MANDATORY** for all
metropolitan–area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit **lvvwd.com** or call
Customer Services at **(702) 870–4194.**

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time–of–day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on **lvvwd.com** and
the district's quarterly "Water Watch" customer newsletter for
watering information.



## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB        ☐ Apartment/Suite/Unit        ☐ APO/FPO

Address

Address

City

State                ZIP                                    Country

Telephone                        Signature

# Las Vegas Valley Water District

(800) 252–2011          (702) 870–4194          lvvwd.com

Page 3 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962–4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

Service Address: H*EL CAPITAN 7000 BLK WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0556739 | 3" | 12730 | 03/31/09 | 11197 | 03/06/09 | 1533 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/07/09 – 03/31/09 | **Total # of Days: 25** |
| Meter #: 0556739 | **Billed Usage 1533** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,533 x $3.09 | 4,736.97 |
| SNWA Commodity Charge 1,533 x $0.10 | 153.30 |
| SNWA Reliability Surcharge | 123.51 |
| **Subtotal** | **$5,063.78** |

---

Service Address: H*MAULE 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0547720 | 3" | 7310 | 03/31/09 | 6000 | 03/06/09 | 1310 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/07/09 – 03/31/09 | **Total # of Days: 25** |
| Meter #: 0547720 | **Billed Usage 1310** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,310 x $3.09 | 4,047.90 |
| SNWA Commodity Charge 1,310 x $0.10 | 131.00 |
| SNWA Reliability Surcharge | 105.72 |
| **Subtotal** | **$4,334.62** |

---

Service Address: H*SHERWOOD GREENS 9300 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0182543 | 3" | 26377 | 03/31/09 | 26303 | 03/10/09 | 74 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/11/09 – 03/31/09 | **Total # of Days: 21** |
| Meter #: 0182543 | **Billed Usage 74** |
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 74 x $3.09 | 228.66 |
| SNWA Commodity Charge 74 x $0.10 | 7.40 |
| SNWA Reliability Surcharge | 6.95 |
| **Subtotal** | **$285.01** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

**Service Address: H*SLOPING GREEN 100 BLK DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430036 | 3" | 8246 | 03/31/09 | 7958 | 03/10/09 | 288 | Estimate |

| | |
|---|---:|
| **Billing Period: 03/11/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0430036** | **Total # of Days: 21** |
| | **Billed Usage 288** |
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 288 x $3.09 | 889.92 |
| SNWA Commodity Charge 288 x $0.10 | 28.80 |
| SNWA Reliability Surcharge | 24.02 |
| **Subtotal** | **$984.74** |

---

**Service Address: H*SPANISH HEIGHTS 5200 BLK RD**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430106 | 3" | 2354 | 03/31/09 | 2333 | 03/06/09 | 21 | Estimate |

| | |
|---|---:|
| **Billing Period: 03/07/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0430106** | **Total # of Days: 25** |
| | **Billed Usage 21** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 21 x $3.09 | 64.89 |
| SNWA Commodity Charge 21 x $0.10 | 2.10 |
| SNWA Reliability Surcharge | 2.92 |
| **Subtotal** | **$119.91** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

220

***DO NOT PAY***

*This special billing reflects corrections made to previous billing.*

**Account Summary**

| | |
|---|---:|
| Previous Balance | 884.61 |
| Current Charges | 209.31 |
| Bill Corrections and Adjustments | −1,215.01 |
| **Amount Due this Period** | **−$121.09** |

Service Address: 10000 BLK FIRE RIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573075 | 3/4" | 664 | 03/31/09 | 661 | 03/06/09 | 3 | Estimate |



| | | | |
|---|---|---|---|
| Average Daily Use in Gallons | Previous Billing Period 167 | This Billing Period 120 | |

**Billing Period: 03/07/09 − 03/31/09**      **Closing Bill**
**Meter #: 0573075**      Total # of Days: 25      Billed Usage 3

| | |
|---|---:|
| Service Charge $0.2327 x 25 Days | 5.82 |
| Tier #1 3 x $1.16 | 3.48 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.87 |
| SNWA Commodity Charge 3 x $0.10 | 0.30 |
| SNWA Reliability Surcharge | 0.03 |
| **Subtotal** | **$11.50** |

Please detach at perforation and return with payment.                    000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

**Pay by Phone or Internet:**
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/20/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 9714542962 3 | $884.61 | −$1,005.70 | −$121.09 |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

9714542962000008846100000000023

Page 2 of 8

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

### HOW TO REACH US
Customer Services (Start Service,
Stop Service, Billing Inquiries)                  **(702) 870–4194**
Toll–Free                                          **(800) 252–2011**
General Information                                **(702) 870–2011**
Emergency Number (24–hour)                         **(702) 258–3150**
Online                                             **lvvwd.com**

### BUSINESS HOURS
Monday–Friday                                      **8 a.m.–5 p.m.**
(Closed holidays)

### MAKING YOUR PAYMENT
**When:** Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result in
a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks
only); by Internet at **lvvwd.com** (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre–authorized debit or credit–card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit **lvvwd.com** for updated locations and more information
on payment options.

The district accepts **MasterCard, Visa, Discover, American
Express** and **Diners Club**. You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from **lvvwd.com** or call
Customer Services and we'll mail you an application.

### BILLING QUESTIONS
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit **lvvwd.com** for more information on how to
read your bill.

### WATER–SMART RESOURCES
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit **snwa.com** or call the SNWA
Conservation Helpline at **258–SAVE**(7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al **258–AGUA**(2482)
o visite al **snwaenespanol.com**.

### LANDSCAPE WATERING RESTRICTIONS
Outdoor watering restrictions are **MANDATORY** for all
metropolitan–area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit **lvvwd.com** or call
Customer Services at **(702) 870–4194.**

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time–of–day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on **lvvwd.com** and
the district's quarterly "Water Watch" customer newsletter for
watering information.



---

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY
*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at **lvvwd.com** for more information.)*

☐ **P. O. Box/PMB**      ☐ **Apartment/Suite/Unit**      ☐ **APO/FPO**

**Address**

**Address**

**City**

**State**       ZIP                               Country

**Telephone**                        Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 101 SANDY BUNKER LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0491224 | 5/8" | 116 | 03/31/09 | 114 | 03/09/09 | 2 | Estimate |



| Billing Period: 03/10/09 – 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0491224 | Total # of Days: 22 |
| | Billed Usage 2 |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 2 x $1.16 | 2.32 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| Subtotal | $6.99 |

---

**Service Address:** 4700 BLK JIMMY DURANTE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0283785 | 2" | 0 | 03/31/09 | 0 | 03/18/09 | 0 | Estimate |

| Billing Period: 03/19/09 – 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0283785 | Total # of Days: 13 |
| | Billed Usage 0 |
| Service Charge $0.6309 x 13 Days | 8.20 |
| 1 x 2" Backflow(s) @ 0.2397 | 3.12 |
| SNWA Reliability Surcharge | 0.03 |
| Subtotal | $11.35 |

---

**Service Address:** 600 BLK HARVESTER COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0415860 | 1" | 1494 | 03/31/09 | 1461 | 03/09/09 | 33 | Estimate |



| Billing Period: 03/10/09 – 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0415860 | Total # of Days: 22 |
| | Billed Usage 33 |
| Service Charge $0.294 x 22 Days | 6.47 |
| Tier #1 9 x $1.16 | 10.44 |
| Tier #2 9 x $2.08 | 18.72 |
| Tier #3 15 x $3.09 | 46.35 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 33 x $0.10 | 3.30 |
| SNWA Reliability Surcharge | 0.22 |
| Subtotal | $87.15 |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 600 BLK HIDDEN MOUNTAIN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589107 | 1" | 322 | 03/31/09 | 307 | 03/09/09 | 15 | Estimate |



| | **Closing Bill** |
|---|---|
| **Billing Period: 03/10/09 – 03/31/09** | **Total # of Days: 22** |
| **Meter #: 0589107** | **Billed Usage 15** |
| Service Charge $0.294 x 22 Days | 6.47 |
| Tier #1 9 x $1.16 | 10.44 |
| Tier #2 6 x $2.08 | 12.48 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 15 x $0.10 | 1.50 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$32.62** |

---

**Service Address:** 671 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0586803 | 3/4" | 159 | 03/31/09 | 159 | 03/09/09 | 0 | Estimate |



| | **Closing Bill** |
|---|---|
| **Billing Period: 03/10/09 – 03/31/09** | **Total # of Days: 22** |
| **Meter #: 0586803** | **Billed Usage 0** |
| Service Charge $0.2327 x 22 Days | 5.12 |
| SNWA Reliability Surcharge | 0.01 |
| **Subtotal** | **$5.13** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 5 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 687 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0594964 | 3/4" | 43 | 03/31/09 | 41 | 03/09/09 | 2 | Estimate |



| | Closing Bill |
|--|--:|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0594964 | Billed Usage 2 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 2 x $1.16 | 2.32 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| Subtotal | $7.66 |

---

**Service Address:** 695 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0594672 | 3/4" | 83 | 03/31/09 | 83 | 03/09/09 | 0 | Estimate |



| | Closing Bill |
|--|--:|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0594672 | Billed Usage 0 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| SNWA Reliability Surcharge | 0.01 |
| Subtotal | $5.13 |

# Las Vegas Valley Water District

**(800) 252-2011**  **(702) 870-4194**  lvvwd.com

Page 6 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 749 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586916 | 3/4" | 132 | 03/31/09 | 129 | 03/09/09 | 3 | Estimate |



| Billing Period: 03/10/09 – 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0586916 | Total # of Days: 22 |
| | Billed Usage 3 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 3 x $1.16 | 3.48 |
| SNWA Commodity Charge 3 x $0.10 | 0.30 |
| SNWA Reliability Surcharge | 0.02 |
| **Subtotal** | **$8.92** |

---

**Service Address:** 7510 THORNBUCK PL

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0415855 | 1" | 2337 | 03/31/09 | 2336 | 03/26/09 | 1 | Estimate |



| Billing Period: 03/27/09 – 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0415855 | Total # of Days: 5 |
| | Billed Usage 1 |
| Service Charge $0.294 x 5 Days | 1.47 |
| Tier #1 1 x $1.16 | 1.16 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.01 |
| **Subtotal** | **$2.74** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of 8

Customer Name: RHODES DESIGN AND DEVELOPMENT CORPORATION
Account Number: 9714542962-3
Billing Date: 05/20/2009
Due Date: 06/15/2009

---

Service Address: 757 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0586918 | 3/4" | 143 | 03/31/09 | 139 | 03/09/09 | 4 | Estimate |



Billing Period: 03/10/09 – 03/31/09
Meter #: 0586918

| | Closing Bill |
|--|--|
| | Total # of Days: 22 |
| | Billed Usage 4 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 4 x $1.16 | 4.64 |
| SNWA Commodity Charge 4 x $0.10 | 0.40 |
| SNWA Reliability Surcharge | 0.03 |
| Subtotal | $10.19 |

---

Service Address: 765 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0586917 | 3/4" | 217 | 03/31/09 | 215 | 03/09/09 | 2 | Estimate |



Billing Period: 03/10/09 – 03/31/09
Meter #: 0586917

| | Closing Bill |
|--|--|
| | Total # of Days: 22 |
| | Billed Usage 2 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 2 x $1.16 | 2.32 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| Subtotal | $7.66 |

# Las Vegas Valley Water District

(800) 252-2011        (702) 870-4194        lvvwd.com

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 9000 BLK AUGSBURG LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544414 | 5/8" | 108 | 03/31/09 | 104 | 03/05/09 | 4 | Estimate |



Average Daily Use In Gallons

Previous Billing Period 138

This Billing Period 154

Meter Read Date: 06/03/08  07/02/08  08/01/08  08/29/08  09/30/08  10/28/08  12/03/08  01/05/09  02/04/09  03/05/09  03/31/09

**Billing Period: 03/06/09 – 03/31/09**       **Closing Bill**
**Meter #: 0544414**     Total # of Days: 26
     Billed Usage 4

| | |
|---|---|
| Service Charge $0.2021 x 26 Days | 5.25 |
| Tier #1 4 x $1.16 | 4.64 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.95 |
| SNWA Commodity Charge 4 x $0.10 | 0.40 |
| SNWA Reliability Surcharge | 0.03 |
| **Subtotal** | **$12.27** |