# CLAIM 24

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Rhodes Ranch Golf Country Club, LLC | Case Number:<br>09-14854 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Las Vegas Valley Water District | ❒ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Sherilyn A. Olsen, c/o Holland & Hart LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111 | **Court Claim Number:**_____<br>(*If known*) |
| Telephone number:<br>(801) 799-5818 | Filed on:_____ |
| Name and address where payment should be sent (if different from above): | ❒ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ❒ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $_____50,418.62_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>❒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>❒ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** __See attached_____<br>(See instruction #2 on reverse side.) | ❒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3.** Last four digits of any number by which creditor identifies debtor: _____<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ❒Real Estate ❒Motor Vehicle ❒Other<br>**Describe:**<br><br>**Value of Property:** $_____ **Annual Interest Rate**_____ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>**if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ❒ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>❒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>❒ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ❒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| **Date:**<br>09/24/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Sherilyn A. Olsen, Attorney for Las Vegas Valley Water District | FOR COURT USE ONLY<br><br>**SEP 2 5 2009**<br><br>By Omni Management Group, Claims Agent<br>For U.S. Bankruptcy Court<br>District of Nevada |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO PROOF OF CLAIM

**Debtor:** Rhodes Ranch Golf Country Club, LLC

**Case Number:** 09-14854 (Jointly Administered with Case No. 09-14814)

**Creditor:** Las Vegas Valley Water District (the "District")

**Account Numbers:** 7350542962-2: $50,418.62[1]

| | |
|---|---|
| **Notices-** | Sherilyn A. Olsen |
| **Please Copy** | Holland & Hart, LLP |
| | 60 East South Temple, Suite 2000 |
| | Salt Lake City, UT 84111 |
| | Phone: (801) 799-5818 |
| | Email: solsen@hollandhart.com |

**Description of Claim:** The District provided pre and post-petition water services to the Debtor. The total amount due to the District is $50,418.62.

**Supporting Documents Attached:** Copies of invoices are attached.

4620582_1.DOC

---

[1] A proof of claim is also being filed in *In re The Rhodes Companies, LLC,* Case No. 09-14814 which includes this amount. The District believes both Debtors are jointly liable for this debt.

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

**Customer Name:** RHODES RANCH GOLF CC LLC
**Account Number:** 7350542962-8
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

220

---

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

### Account Summary

| | |
|---|---:|
| Previous Balance | −5,442.64 |
| Payment Received − 04/20/09 | 55,861.26 |
| Current Charges | 50,418.62 |
| Bill Corrections and Adjustments | −50,418.62 |
| **Amount Due this Period** | **$50,418.62** |

---

Service Address: 100−300 BLK RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0511080 | 6" | 254370 | 03/31/09 | 250911 | 03/02/09 | 3459 | Estimate |



Average Daily Use in Gallons

Previous Billing Period 54643

This Billing Period 119276

278070
222456
166842
111228
55614
0

Meter Read Date: 04/01/08 05/01/08 06/02/08 07/01/08 08/01/08 08/29/08 10/01/08 10/30/08 12/01/08 12/31/08 02/02/09 03/02/09 03/31/09

**Billing Period: 03/03/09 − 03/31/09**
**Meter #: 0511080**

| | **Closing Bill**<br>**Total # of Days: 29**<br>**Billed Usage 3459** |
|---|---:|
| Service Charge $3.2043 x 29 Days | 92.92 |
| Tier 1  242 x $1.16 | 280.72 |
| Tier 2  241 x $2.08 | 501.28 |
| Tier 3  2,976 x $3.09 | 9,195.84 |
| 1 x 6" Backflow(s) @ 1.4979 | 43.44 |
| SNWA Commodity Charge 3,459 x $0.10 | 345.90 |
| SNWA Reliability Surcharge | 261.50 |
| **Subtotal** | **$10,721.60** |

---

Please detach at perforation and return with payment.          000001

LAS VEGAS VALLEY WATER DISTRICT

☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/21/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 7350542962 8 | $50,418.62 | $0.00 | $50,418.62 |

Make check payable to "Water District"

RHODES RANCH GOLF CC LLC
ATTN COUNTRY CLUB
20 RHODES RANCH PKWY
LAS VEGAS NV 89148-2700

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV  89153

7350542962000504186200050418620 8

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

### HOW TO REACH US

| Customer Services (Start Service, Stop Service, Billing Inquiries) | **(702) 870-4194** |
| Toll-Free | **(800) 252-2011** |
| General Information | **(702) 870-2011** |
| Emergency Number (24-hour) | **(702) 258-3150** |
| Online | **lvvwd.com** |

### BUSINESS HOURS

Monday-Friday **8 a.m.-5 p.m.**
(Closed holidays)

### MAKING YOUR PAYMENT

**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24-hour onsite drop boxes (checks only); by Internet at **lvvwd.com** (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre-authorized debit or credit-card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit **lvvwd.com** for updated locations and more information on payment options.

The district accepts **MasterCard, Visa, Discover, American Express** and **Diners Club.** You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from **lvvwd.com** or call Customer Services and we'll mail you an application.

### BILLING QUESTIONS

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit **lvvwd.com** for more information on how to read your bill.

### WATER-SMART RESOURCES

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit **snwa.com** or call the SNWA Conservation Helpline at **258-SAVE**(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al **258-AGUA**(2482) o visite al **snwaenespanol.com**.

### LANDSCAPE WATERING RESTRICTIONS

Outdoor watering restrictions are **MANDATORY** for all metropolitan-area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit **lvvwd.com** or call Customer Services at **(702) 870-4194.**

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time-of-day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on **lvvwd.com** and the district's quarterly "Water Watch" customer newsletter for watering information.



| Watering Group | Winter November-February | Spring / Fall March-April September-October | Summer May-August |
|---|---|---|---|
| **A** | Monday | Monday, Wednesday, Friday | Any day |
| **B** | Tuesday | Tuesday, Thursday, Saturday | Any day |
| **C** | Wednesday | Monday, Wednesday, Friday | Any day |
| **D** | Thursday | Tuesday, Thursday, Saturday | Any day |
| **E** | Friday | Monday, Wednesday, Friday | Any day |
| **F** | Saturday | Tuesday, Thursday, Saturday | Any day |

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at **lvvwd.com** for more information.)*

☐ P. O. Box/PMB    ☐ Apartment/Suite/Unit    ☐ APO/FPO

Address

Address

City

State        ZIP                Country

Telephone                Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 4

**Customer Name:** RHODES RANCH GOLF CC LLC
**Account Number:** 7350542962-8
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

**Service Address:** 115 E RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0396703 | 1" | 3061 | 03/31/09 | 3015 | 03/02/09 | 46 | Estimate |



| | **Closing Bill** |
|---|---|
| Billing Period: 03/03/09 – 03/31/09 | Total # of Days: 29 |
| Meter #: 0396703 | Billed Usage 46 |
| Service Charge $0.294 x 29 Days | 8.53 |
| Tier #1 12 x $1.16 | 13.92 |
| Tier #2 12 x $2.08 | 24.96 |
| Tier #3 22 x $3.09 | 67.98 |
| 1 x 1" Backflow(s) @ 0.0749 | 2.17 |
| SNWA Commodity Charge 46 x $0.10 | 4.60 |
| SNWA Reliability Surcharge | 3.05 |
| **Subtotal** | **$125.21** |

---

**Service Address:** 20 E RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0372320 | 10" | 0 | 03/31/09 | 0 | 03/02/09 | 0 | Estimate |

| | **Closing Bill** |
|---|---|
| Billing Period: 03/03/09 – 03/31/09 | Total # of Days: 29 |
| Meter #: 0372320 | Billed Usage 0 |
| **Register Constant** | 127 |
| Service Charge $3.3278 x 29 Days | 96.51 |
| 1 x 10" Backflow(s) @ 3.4451 | 99.91 |
| SNWA Reliability Surcharge | 4.91 |
| **Subtotal** | **$201.33** |

---

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0337973 | 2" | 15614 | 03/31/09 | 15527 | 03/02/09 | 87 | Estimate |

| | **Closing Bill** |
|---|---|
| Billing Period: 03/03/09 – 03/31/09 | Total # of Days: 29 |
| Meter #: 0337973 | Billed Usage 87 |
| Service Charge $0.6309 x 29 Days | 18.30 |
| Tier #1 39 x $1.16 | 45.24 |
| Tier #2 38 x $2.08 | 79.04 |
| Tier #3 10 x $3.09 | 30.90 |
| 1 x 2" Backflow(s) @ 0.2397 | 6.95 |
| SNWA Commodity Charge 87 x $0.10 | 8.70 |
| SNWA Reliability Surcharge | 4.73 |
| **Subtotal** | **$193.86** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 4

**Customer Name:** RHODES RANCH GOLF CC LLC
**Account Number:** 7350542962-8
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

Service Address: 9020 RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0511059 | 8" | 861747 | 03/31/09 | 850448 | 03/02/09 | 11299 | Estimate |



**Closing Bill**
Billing Period: 03/03/09 – 03/31/09     Total # of Days: 29
Meter #: 0511059     Billed Usage 11299
Consumption Non-Potable 11,299 x $2.33     26,326.67
**Subtotal**     **$26,326.67**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0443862 | 8" | 218126 | 03/31/09 | 212611 | 03/02/09 | 5515 | Estimate |



**Closing Bill**
Billing Period: 03/03/09 – 03/31/09     Total # of Days: 29
Meter #: 0443862     Billed Usage 5515
Consumption Non-Potable 5,515 x $2.33     12,849.95
**Subtotal**     **$12,849.95**