# CLAIM 72

B 10 (Official Form 10) (12/08) Case 09-14814-lbr . Claim 72-1 . Filed 09/29/09 . Page 1 of 25

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: The Rhodes Companies, LLC aka Rhodes Homes | Case Number: 09-14814 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Las Vegas Valley Water District | ❑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Sherilyn A. Olsen, c/o Holland & Hart LLP 60 E. South Temple, Suite 2000 Salt Lake City, UT 84111 | Court Claim Number:_____ *(If known)* |
| Telephone number: (801) 799-5818 | Filed on:_____ |

| Name and address where payment should be sent (if different from above): | ❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Telephone number: | ❑ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 74,340.65

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

❑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

　3a. Debtor may have scheduled account as: _____
　(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ❑Real Estate ❑Motor Vehicle ❑Other
Describe:

Value of Property:$_____ Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 09/24/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Sherilyn A. Olsen, Attorney for Las Vegas Valley Water District | FOR COURT USE ONLY **SEP 25 2009** By Omni Management Group, Claims Agent For U.S. Bankruptcy Court District of Nevada |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO PROOF OF CLAIM

**Debtor:** The Rhodes Companies, LLC aka Rhodes Homes

**Case Number:** 09-14814 (Jointly Administered)

**Creditor:** Las Vegas Valley Water District (the "District")

**Account Numbers:**

> 10445429862: $72.49
> 040542962-3: $440.40
> 8350542962-7: $8,751.70
> 9350542962-6: $1,309.55
> 8714542962-4: $11,029.62[1]
> 5725542962-3 : $2,318.27
> 7350542962-2: $50,418.62[2]

| | |
|---|---|
| **Notices-** | Sherilyn A. Olsen |
| **Please Copy** | Holland & Hart, LLP |
| | 60 East South Temple, Suite 2000 |
| | Salt Lake City, UT 84111 |
| | Phone: (801) 799-5818 |
| | Email: solsen@hollandhart.com |

**Description of Claim:**  The District provided pre and post-petition water services to the Debtor.  The total amount due to the District is $74,340.65.

**Supporting Documents Attached:**  Copies of invoices are attached.

4620571_1.DOC

---

[1] A proof of claim is also being filed in *In re Rhodes Ranch and Golf Country Club, LLC*, Case No. 09-14854 which includes this account balance.  The District believes both Debtors are jointly liable for this debt.

[2] A proof of claim is also being filed in *In re Rhodes Design and Development Corporation*, Case No. 09-14846 which includes this account balance. The District believes both Debtors are jointly liable for this debt.

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 8

**Customer Name:** RHODES RANCH HOA
**Account Number:** 8350542962-7
**Billing Date:** 05/07/2009
**Due Date:** 06/01/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---:|
| Previous Balance | 11,936.54 |
| Current Charges | 8,751.70 |
| Bill Corrections and Adjustments | −11,936.54 |
| **Amount Due this Period** | **$8,751.70** |

Service Address: 100 BLK MYRTLE SPRINGS CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0500234 | 5/8" | 1151 | 03/31/09 | 1135 | 03/09/09 | 16 | Estimate |



| | | Closing Bill |
|---|---|---:|
| Billing Period: 03/10/09 – 03/31/09 | | Total # of Days: 22 |
| Meter #: 0500234 | | Billed Usage 16 |
| Service Charge $0.2021 x 22 Days | | 4.45 |
| Tier #1 4 x $1.16 | | 4.64 |
| Tier #2 3 x $2.08 | | 6.24 |
| Tier #3 8 x $3.09 | | 24.72 |
| Tier #4 1 x $4.58 | | 4.58 |
| 1 x 1" Backflow(s) @ 0.0749 | | 1.65 |
| SNWA Commodity Charge 16 x $0.10 | | 1.60 |
| SNWA Reliability Surcharge | | 0.12 |
| **Subtotal** | | **$48.00** |

---

Please detach at perforation and return with payment.

000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Bill Date: 05/07/2009

**Pay by Phone or Internet:**
(800) 252-2011          (702) 870-4194          lvvwd.com

| Account Number | Unpaid Balance | Total Charges Due 06/01/2009 | Total Amount Due |
|---|---|---|---|
| 8350542962 7 | $11,936.54 | −$3,184.84 | $8,751.70 |

Make check payable to "Water District"

RHODES RANCH HOA
133 RHODES RANCH PKWY
LAS VEGAS NV 89148-5273

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

8350542962000119365400008751 7067

Page 2 of 8

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

| | |
|---|---|
| Customer Services (Start Service, | |
| Stop Service, Billing Inquiries) | (702) 870-4194 |
| Toll-Free | (800) 252-2011 |
| General Information | (702) 870-2011 |
| Emergency Number (24-hour) | (702) 258-3150 |
| Online | lvvwd.com |

**BUSINESS HOURS**

Monday–Friday                              8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**

**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24-hour onsite drop boxes (checks only); by internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre-authorized debit or credit-card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER-SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258-SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258-AGUA(2482) o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are MANDATORY for all metropolitan-area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870-4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time-of-day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB        ☐ Apartment/Suite/Unit        ☐ APO/FPO

Address

Address

City

State          ZIP                                    Country

Telephone                          Signature

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 3 of 8

Customer Name: RHODES RANCH HOA
Account Number: 8350542962-7
Billing Date:    05/07/2009
Due Date:        06/01/2009

## Service Address: 100 BLK OLIMAR AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0406025 | 1.5" | 9234 | 03/31/09 | 9176 | 03/09/09 | 58 | Estimate |



| Billing Period: 03/10/09 – 03/31/09 | Closing Bill |
| Meter #: 0406025 | Total # of Days: 22 |
| | Billed Usage 58 |
| Service Charge $0.447 x 22 Days | 9.83 |
| Tier #1 18 x $1.16 | 20.88 |
| Tier #2 19 x $2.08 | 39.52 |
| Tier #3 21 x $3.09 | 64.89 |
| 1 x 1 1/2" Backflow(s) @ 0.1498 | 3.30 |
| SNWA Commodity Charge 58 x $0.10 | 5.80 |
| SNWA Reliability Surcharge | 0.36 |
| **Subtotal** | **$144.58** |

## Service Address: 100 BLK QUAIL VALLEY ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0415438 | 1.5" | 14311 | 03/31/09 | 14223 | 03/06/09 | 88 | Estimate |



| Billing Period: 03/07/09 – 03/31/09 | Closing Bill |
| Meter #: 0415438 | Total # of Days: 25 |
| | Billed Usage 88 |
| Service Charge $0.447 x 25 Days | 11.18 |
| Tier #1 21 x $1.16 | 24.36 |
| Tier #2 21 x $2.08 | 43.68 |
| Tier #3 46 x $3.09 | 142.14 |
| 1 x 1 1/2" Backflow(s) @ 0.1498 | 3.75 |
| SNWA Commodity Charge 88 x $0.10 | 8.80 |
| SNWA Reliability Surcharge | 0.58 |
| **Subtotal** | **$234.49** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 8

Customer Name: RHODES RANCH HOA
Account Number: 8350542962-7
Billing Date: 05/07/2009
Due Date: 06/01/2009

---

Service Address: 100 BLK RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0511079 | 4" | 21559 | 03/31/09 | 19504 | 03/09/09 | 2055 | Estimate |



Billing Period: 03/10/09 – 03/31/09
Meter #: 0511079

Closing Bill
Total # of Days: 22
Billed Usage 2055

| | |
|---|---|
| Service Charge $1.6725 x 22 Days | 36.80 |
| Tier 1  92 x $1.16 | 106.72 |
| Tier 2  91 x $2.08 | 189.28 |
| Tier 3  1,872 x $3.09 | 5,784.48 |
| 1 x 4" Backflow(s) @ 0.7489 | 16.48 |
| SNWA Commodity Charge 2,055 x $0.10 | 205.50 |
| SNWA Reliability Surcharge | 15.85 |
| **Subtotal** | **$6,355.11** |

---

Service Address: 170 LAKEWOOD GARDEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0358287 | 3/4" | 9096 | 03/31/09 | 9039 | 03/09/09 | 57 | Estimate |

Billing Period: 03/10/09 – 03/31/09
Meter #: 0358287

Closing Bill
Total # of Days: 22
Billed Usage 57

| | |
|---|---|
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 6 x $1.16 | 6.96 |
| Tier #2 5 x $2.08 | 10.40 |
| Tier #3 11 x $3.09 | 33.99 |
| Tier #4 35 x $4.58 | 160.30 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 57 x $0.10 | 5.70 |
| SNWA Reliability Surcharge | 0.56 |
| **Subtotal** | **$224.68** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 5 of 8

**Customer Name:** RHODES RANCH HOA
**Account Number:** 8350542962-7
**Billing Date:** 05/07/2009
**Due Date:** 06/01/2009

---

**Service Address: 200 BLK TALL RUFF DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0415831 | 1" | 1421 | 03/31/09 | 1288 | 03/09/09 | 133 | Estimate |



Average Daily Use In Gallons
Previous Billing Period 1313
This Billing Period 6045

Meter Read Date: 04/07/08 05/07/08 06/03/08 07/07/08 08/05/08 09/03/08 10/01/08 10/29/08 12/05/08 01/07/09 02/05/09 03/09/09 03/31/09

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0415831 | Billed Usage 133 |
| Service Charge $0.294 x 22 Days | 6.47 |
| Tier #1 9 x $1.16 | 10.44 |
| Tier #2 9 x $2.08 | 18.72 |
| Tier #3 37 x $3.09 | 114.33 |
| Tier #4 78 x $4.58 | 357.24 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 133 x $0.10 | 13.30 |
| SNWA Reliability Surcharge | 1.31 |
| **Subtotal** | **$523.46** |

---

**Service Address: 300 BLK LONGEST DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0447534 | 3/4" | 4171 | 03/31/09 | 3966 | 03/09/09 | 205 | Estimate |

Average Daily Use In Gallons
Previous Billing Period 3489
This Billing Period 9318

Meter Read Date: 04/07/08 05/07/08 06/03/08 07/07/08 08/05/08 09/03/08 10/01/08 10/29/08 12/05/08 01/07/09 02/05/09 03/09/09 03/31/09

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0447534 | Billed Usage 205 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 6 x $1.16 | 6.96 |
| Tier #2 5 x $2.08 | 10.40 |
| Tier #3 11 x $3.09 | 33.99 |
| Tier #4 183 x $4.58 | 838.14 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 205 x $0.10 | 20.50 |
| SNWA Reliability Surcharge | 2.29 |
| **Subtotal** | **$919.05** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 6 of 8

Customer Name:  RHODES RANCH HOA
Account Number:  8350542962-7
Billing Date:  05/07/2009
Due Date:  06/01/2009

---

Service Address: 316 LAKEWOOD GARDEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0393936 | 3/4" | 7171 | 03/31/09 | 7133 | 03/09/09 | 38 | Estimate |



| | |
|---|---|
| **Closing Bill** | |
| Total # of Days: 22 | |
| Billed Usage 38 | |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0393936 | |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 6 x $1.16 | 6.96 |
| Tier #2 5 x $2.08 | 10.40 |
| Tier #3 11 x $3.09 | 33.99 |
| Tier #4 16 x $4.58 | 73.28 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 38 x $0.10 | 3.80 |
| SNWA Reliability Surcharge | 0.34 |
| **Subtotal** | **$135.54** |

---

Service Address: 500 BLK FOSTER SPRINGS RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0500265 | 5/8" | 2143 | 03/31/09 | 2117 | 03/09/09 | 26 | Estimate |



| | |
|---|---|
| **Closing Bill** | |
| Total # of Days: 22 | |
| Billed Usage 26 | |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0500265 | |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 4 x $1.16 | 4.64 |
| Tier #2 3 x $2.08 | 6.24 |
| Tier #3 8 x $3.09 | 24.72 |
| Tier #4 11 x $4.58 | 50.38 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 26 x $0.10 | 2.60 |
| SNWA Reliability Surcharge | 0.24 |
| **Subtotal** | **$94.92** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of 8

Customer Name: RHODES RANCH HOA
Account Number: 8350542962-7
Billing Date: 05/07/2009
Due Date: 06/01/2009

---

**Service Address: 598 OVER PAR CT**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491321 | 5/8" | 175 | 03/31/09 | 168 | 03/09/09 | 7 | Estimate |



Average Daily Use in Gallons
Previous Billing Period 281
This Billing Period 318

| Billing Period: 03/10/09 ~ 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0491321 | Total # of Days: 22 |
| | Billed Usage 7 |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 4 x $1.16 | 4.64 |
| Tier #2 3 x $2.08 | 6.24 |
| SNWA Commodity Charge 7 x $0.10 | 0.70 |
| SNWA Reliability Surcharge | 0.04 |
| **Subtotal** | **$16.07** |

---

**Service Address: 7600 BLK STANDING STONE AVE**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0425209 | 5/8" | 2286 | 03/31/09 | 2270 | 03/06/09 | 16 | Estimate |

Average Daily Use in Gallons
Previous Billing Period 133
This Billing Period 640

| Billing Period: 03/07/09 ~ 03/31/09 | Closing Bill |
|---|---|
| Meter #: 0425209 | Total # of Days: 25 |
| | Billed Usage 16 |
| Service Charge $0.2021 x 25 Days | 5.05 |
| Tier #1 4 x $1.16 | 4.64 |
| Tier #2 4 x $2.08 | 8.32 |
| Tier #3 8 x $3.09 | 24.72 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.87 |
| SNWA Commodity Charge 16 x $0.10 | 1.60 |
| SNWA Reliability Surcharge | 0.12 |
| **Subtotal** | **$46.32** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 8 of 8

Customer Name: RHODES RANCH HOA
Account Number: 8350542962-7
Billing Date:    05/07/2009
Due Date:        06/01/2009

---

Service Address: E 110 BLK RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0336291 | 3/4" | 429 | 03/31/09 | 427 | 03/06/09 | 2 | Estimate |

Average Daily Use In Gallons
Previous Billing Period 100
This Billing Period 60

Meter Read Date: 04/04/08 05/06/08 06/04/08 07/03/08 08/05/08 09/03/08 09/30/08 10/29/08 12/04/08 01/06/09 02/04/09 03/06/09 03/31/09

| | Closing Bill |
|---|---|
| Billing Period: 03/07/09 - 03/31/09 | Total # of Days: 25 |
| Meter #: 0336291 | Billed Usage 2 |
| Service Charge $0.2327 x 25 Days | 5.82 |
| Tier #1 2 x $1.16 | 2.32 |
| 1 x 3/4" Backflow(s) @ 0.0449 | 1.12 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| **Subtotal** | **$9.48** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

Customer Name: RHODES RANCH HOA
Account Number: 0450542962-3
Billing Date:     05/06/2009
Due Date:         06/01/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | 602.90 |
| Current Charges | 440.40 |
| Bill Corrections and Adjustments | -602.90 |
| **Amount Due this Period** | **$440.40** |

---

Service Address: 100 BLK EVEN PAR DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0484739 | 3/4" | 5872 | 03/31/09 | 5824 | 03/09/09 | 48 | Estimate |



| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 - 03/31/09 | Total # of Days: 22 |
| Meter #: 0484739 | Billed Usage 48 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 6 x $1.16 | 6.96 |
| Tier #2 5 x $2.08 | 10.40 |
| Tier #3 11 x $3.09 | 33.99 |
| Tier #4 26 x $4.58 | 119.08 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 48 x $0.10 | 4.80 |
| SNWA Reliability Surcharge | 0.46 |
| **Subtotal** | **$182.46** |

---

Please detach at perforation and return with payment.

000001



☐ Check box for address change.
Print on reverse side.

☐ Check box for information on paying electronically.

Bill Date: 05/06/2009

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

| Account Number | Unpaid Balance | Total Charges Due 06/01/2009 | Total Amount Due |
|---|---|---|---|
| 0450542962 3 | $602.90 | $182.50 | $440.40 |

Make check payable to "Water District"

RHODES RANCH HOA
133 RHODES RANCH PKWY
LAS VEGAS NV 89148-5273

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

0450542962000006029000004404053

Page 2 of 4

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

| | |
|---|---|
| Customer Services (Start Service, Stop Service, Billing Inquiries) | (702) 870–4194 |
| Toll–Free | (800) 252–2011 |
| General Information | (702) 870–2011 |
| Emergency Number (24–hour) | (702) 258–3150 |
| Online | lvvwd.com |

**BUSINESS HOURS**

| | |
|---|---|
| Monday–Friday | 8 a.m.–5 p.m. |
| (Closed holidays) | |

**MAKING YOUR PAYMENT**

When: Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

How: Pay by mail or at our 24–hour onsite drop boxes (checks only): by Internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre–authorized debit or credit–card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER–SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258–SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482) o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are MANDATORY for all metropolitan–area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time–of–day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



**MANDATORY WATERING RESTRICTIONS**

| Watering Group | Winter | Spring / Fall | Summer |
|---|---|---|---|
| A | | | Any day |
| B | | | Any day |
| C | Wednesday | Monday, Wednesday, Friday | Any day |
| D | Thursday | Tuesday, Thursday, Saturday | Any day |
| E | Friday | Monday, Wednesday, Friday | Any day |
| F | Saturday | Tuesday, Thursday, Saturday | Any day |

---

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB    ☐ Apartment/Suite/Unit    ☐ APO/FPO

Address

Address

City

State          ZIP                Country

Telephone                Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 4

**Customer Name:** RHODES RANCH HOA
**Account Number:** 0450542962-3
**Billing Date:** 05/06/2009
**Due Date:** 06/01/2009

Service Address: 200 BLK DOG LEG DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|------------------------|--|
| 0502658 | 5/8" | 557 | 03/31/09 | 550 | 03/09/09 | 7 | Estimate |



| | |
|---|---|
| **Billing Period: 03/10/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0502658** | **Total # of Days: 22** |
| | **Billed Usage 7** |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 4 x $1.16 | 4.64 |
| Tier #2 3 x $2.08 | 6.24 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 7 x $0.10 | 0.70 |
| SNWA Reliability Surcharge | 0.04 |
| **Subtotal** | **$17.72** |

Service Address: 300 BLK DOG LEG DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|------------------------|--|
| 0522200 | 5/8" | 483 | 03/31/09 | 477 | 03/09/09 | 6 | Estimate |

| | |
|---|---|
| **Billing Period: 03/10/09 – 03/31/09** | **Closing Bill** |
| **Meter #: 0522200** | **Total # of Days: 22** |
| | **Billed Usage 6** |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 4 x $1.16 | 4.64 |
| Tier #2 2 x $2.08 | 4.16 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 6 x $0.10 | 0.60 |
| SNWA Reliability Surcharge | 0.04 |
| **Subtotal** | **$15.54** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 4

**Customer Name:** RHODES RANCH HOA
**Account Number:** 0450542962-3
**Billing Date:** 05/06/2009
**Due Date:** 06/01/2009

---

Service Address: 300 BLK LEADER BOARD DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0364435 | 3/4" | 7023 | 03/31/09 | 6966 | 03/09/09 | 57 | Estimate |



Average Daily Use in Gallons | Previous Billing Period 583 | This Billing Period 2591

Meter Read Date: 04/06/08 05/07/08 06/06/08 07/08/08 08/05/08 09/03/08 10/01/08 10/29/08 12/05/08 01/07/09 02/05/09 03/09/09 03/31/09

|  |  |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | **Total # of Days: 22** |
| Meter #: 0364435 | **Billed Usage 57** |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 6 x $1.16 | 6.96 |
| Tier #2 5 x $2.08 | 10.40 |
| Tier #3 11 x $3.09 | 33.99 |
| Tier #4 35 x $4.58 | 160.30 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 57 x $0.10 | 5.70 |
| SNWA Reliability Surcharge | 0.56 |
| **Subtotal** | **$224.68** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 3

**Customer Name:** RHODES RANCH HOA
**Account Number:** 9350542962-6
**Billing Date:** 05/06/2009
**Due Date:** 06/01/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | 1,787.74 |
| Current Charges | 1,309.55 |
| Bill Corrections and Adjustments | −1,787.74 |
| **Amount Due this Period** | **$1,309.55** |

**Service Address: 100 BLK TALL RUFF DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0535027 | 5/8" | 167 | 03/31/09 | 166 | 03/09/09 | 1 | Estimate |



| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 − 03/31/09 | Total # of Days: 22 |
| Meter #: 0535027 | Billed Usage 1 |
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 1 x $1.18 | 1.18 |
| 1 x 1 1/2" Backflow(s) @ 0.1498 | 3.30 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.23 |
| Subtotal | $9.24 |

---

Please detach at perforation and return with payment.                    000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

**Pay by Phone or Internet:**
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/06/2009

| Account Number | Unpaid Balance | Total Charges DUE 06/01/2009 | Total Amount Due |
|---|---|---|---|
| 9350542962 6 | $1,787.74 | −$478.19 | $1,309.55 |

Make check payable to "Water District"

RHODES RANCH HOA
133 W RHODES RANCH PKWY
LAS VEGAS NV 89148−5723

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

9350542962000017877400001309 5526

Page 2 of 3

**LAS VEGAS VALLEY WATER DISTRICT • 1001 SOUTH VALLEY VIEW BOULEVARD • LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

| | |
|---|---|
| Customer Services (Start Service, Stop Service, Billing Inquiries) | (702) 870-4194 |
| Toll-Free | (800) 252-2011 |
| General Information | (702) 870-2011 |
| Emergency Number (24-hour) | (702) 258-3150 |
| Online | lvvwd.com |

**BUSINESS HOURS**

Monday–Friday                                            8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**

**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24-hour onsite drop boxes (checks only); by Internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre-authorized debit or credit-card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER-SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258-SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258-AGUA(2482) o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are MANDATORY for all metropolitan-area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870-4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time-of-day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at lvvwd.com for more information.)*



# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 3

**Customer Name:** RHODES RANCH HOA
**Account Number:** 9350542962-6
**Billing Date:** 05/06/2009
**Due Date:** 06/01/2009

---

Service Address: 133 W RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Dates | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0528248 | 8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0528248 | Billed Usage 0 |
| Register Constant | 50 |
| Service Charge $2.3538 x 22 Days | 51.78 |
| 1 x 8" Backflow(s) @ 2.3966 | 52.73 |
| SNWA Reliability Surcharge | 2.61 |
| Subtotal | $107.12 |

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0492673 | 2" | 23819 | 03/31/09 | 23482 | 03/09/09 | 337 | Estimate |



|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0492673 | Billed Usage 337 |
| Service Charge $0.6309 x 22 Days | 13.88 |
| Tier #1 29 x $1.16 | 33.64 |
| Tier #2 30 x $2.08 | 62.40 |
| Tier #3 278 x $3.09 | 859.02 |
| 1 x 2" Backflow(s) @ 0.2397 | 5.27 |
| SNWA Commodity Charge 337 x $0.10 | 33.70 |
| SNWA Reliability Surcharge | 25.20 |
| Subtotal | $1,033.11 |

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0492668 | 2" | 7888 | 03/31/09 | 7818 | 03/09/09 | 70 | Estimate |



|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0492668 | Billed Usage 70 |
| Service Charge $0.6309 x 22 Days | 13.88 |
| Tier #1 29 x $1.16 | 33.64 |
| Tier #2 30 x $2.08 | 62.40 |
| Tier #3 11 x $3.09 | 33.99 |
| 1 x 2" Backflow(s) @ 0.2397 | 5.27 |
| SNWA Commodity Charge 70 x $0.10 | 7.00 |
| SNWA Reliability Surcharge | 3.90 |
| Subtotal | $160.08 |

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 1 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | 81.75 |
| Payment Received – 04/22/09 | 2,256.14 |
| Current Charges | 49.05 |
| Bill Corrections and Adjustments | –68.67 |
| **Amount Due this Period** | **$2,318.27** |

Service Address: 101 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0536844 | 5/8" | 2 | 03/31/09 | 2 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09

Meter #: 0536844                                        **Billed Usage 0**

LV Developer                                                  0.00

Subtotal                                                       $0.00

Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Please detach at perforation and return with payment.                    000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Pay by Phone or Internet:
(800) 252-2011            (702) 870-4194            lvvwd.com

| Account Number | Unpaid Balance | Total Charges Due 06/09/09 | Total Amount Due 06/09/09 |
|---|---|---|---|
| 5725542982 3 | $2,337.89 | $0.00 | $2,318.27 |

Bill Date: 05/15/2009

Make check payable to "Water District"

RHODES RANCH GP
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

5725542962000023378900002318276 3

Page 2 of ??PN??

## LAS VEGAS VALLEY WATER DISTRICT • 1001 SOUTH VALLEY VIEW BOULEVARD • LAS VEGAS, NEVADA 89153

**HOW TO REACH US**
Customer Services (Start Service,
Stop Service, Billing Inquiries)            (702) 870-4194
Toll-Free                                   (800) 252-2011
General Information                         (702) 870-2011
Emergency Number (24-hour)                 (702) 258-3150
Online                                      ivvwd.com

**BUSINESS HOURS**
Monday-Friday                              8 a.m.-5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**
When: Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result in
a 4% late charge on the unpaid balance.

How: Pay by mail or at our 24-hour onsite drop boxes (checks
only): by Internet at ivvwd.com (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre-authorized debit or credit-card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit ivvwd.com for updated locations and more information
on payment options.

The district accepts MasterCard, Visa, Discover, American
Express and Diners Club. You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from ivvwd.com or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit ivvwd.com for more information on how to
read your bill.

**WATER-SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit snwa.com or call the SNWA
Conservation Helpline at 258-SAVE(7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258-AGUA(2482)
o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are MANDATORY for all
metropolitan-area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit ivvwd.com or call
Customer Services at (702) 870-4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time-of-day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on ivvwd.com and
the district's quarterly "Water Watch" customer newsletter for
watering information.



MANDATORY WATERING RESTRICTIONS

| Watering Group | Winter | Spring / Fall | Summer |
|---|---|---|---|
| A | | | Any day |
| B | Tuesday | Tuesday, Thursday, Saturday | Any day |
| C | Wednesday | Monday, Wednesday, Friday | Any day |
| D | Thursday | Tuesday, Thursday, Saturday | Any day |
| E | Friday | Monday, Wednesday, Friday | Any day |
| F | Saturday | Tuesday, Thursday, Saturday | Any day |

---

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at ivvwd.com for more information.)*



# Las Vegas Valley Water District

(800) 252-2011                (702) 870-4194                lvvwd.com

Page 3 of ??PN??

**Customer Name:** RHODES RANCH GC
**Account Number:** 6725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 5104 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0538827 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0538827              Billed Usage 0
LV Developer                            0.00
Subtotal                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 5107 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0536839 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0536839              Billed Usage 0
LV Developer                            0.00
Subtotal                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 5114 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535008 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535008              Billed Usage 0
LV Developer                            0.00
Subtotal                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 5111 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535011 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535011              Billed Usage 0
LV Developer                            0.00
Subtotal                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252–2011          (702) 870–4194          lvvwd.com

Page 4 of ??PN??

**Customer Name:** RHODES RANCH GC
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 150 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0538842 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0538842                                  Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 112 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491178 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0491178                                  Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 125 TALL RUFF DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535088 | 5/8" | 16 | 03/31/09 | 15 | 03/09/09 | 1 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535088                                  Billed Usage 1
Consumption 1 x $3.09                                 3.09
SNWA Commodity Charge 1 x $0.10                       0.10
SNWA Reliability Surcharge                            0.08
Subtotal                                               $3.27
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 145 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0536838 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0536838                                  Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 5 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 416 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0536841 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0536841          Billed Usage 0
LV Developer                    0.00
**Subtotal**                    **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 412 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544501 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544501          Billed Usage 0
LV Developer                    0.00
**Subtotal**                    **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 420 COOKS CREEK CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0532073 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/07/09 – 03/31/09
Meter #: 0532073          Billed Usage 0
LV Developer                    0.00
**Subtotal**                    **$0.00**
Agreement: RHODES RANCH PARCEL 10 UNIT 7A
Agreement Number: 109419

**Service Address:** 420 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491182 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491182          Billed Usage 0
LV Developer                    0.00
**Subtotal**                    **$0.00**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 6 of ??PN??

**Customer Name:** RHODES RANCH GC
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

**Service Address:** 121 CROOKS CREEK CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0532074 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | | Estimate |

Closing Bill
Billing Period: 03/07/09 – 03/31/09
Meter #: 0532074                     Billed Usage 0
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 10 UNIT 7A
Agreement Number: 109419

**Service Address:** 121 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0536837 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0536837                     Billed Usage 0
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 122 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0536831 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0536831                     Billed Usage 0
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 122 SANDY BUNKER LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0608458 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0608458                     Billed Usage 0
LV Developer                              0.00
**Subtotal**                              **$0.00**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

Service Address: 12 FALL RUFF DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535116 | 5/8" | 12 | 03/31/09 | 10 | 03/09/09 | 2 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535116                                    Billed Usage 2
Consumption 2 x $3.09                                          6.18
SNWA Commodity Charge 2 x $0.10                                0.20
SNWA Reliability Surcharge                                     0.16
Subtotal                                                     $6.54
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

Service Address: 128 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0536832 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0536832                                    Billed Usage 0
LV Developer                                                 0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

Service Address: 128 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491181 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0491181                                    Billed Usage 0
LV Developer                                                 0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 8 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 183 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491180 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491180                                    Billed Usage 0
LV Developer                                              0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 144 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491179 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491179                                    Billed Usage 0
LV Developer                                              0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 45 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535005 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535005                                    Billed Usage 0
LV Developer                                              0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 152 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0500230 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0500230                                    Billed Usage 0
LV Developer                                              0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 9 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 16 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535040 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535040                         Billed Usage 0
LV Developer                                      0.00
Subtotal                                         $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 160 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491144 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491144                         Billed Usage 0
LV Developer                                      0.00
Subtotal                                         $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 168 RED TEE LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491086 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491086                         Billed Usage 0
LV Developer                                      0.00
Subtotal                                         $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 1
Agreement Number: 109574

---

**Service Address:** 47 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535009 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535009                         Billed Usage 0
LV Developer                                      0.00
Subtotal                                         $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 10 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 19 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|---|
| 0535006 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535006                 Billed Usage 0
LV Developer                         0.00
Subtotal                            $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 197 SPRING HOLLOW DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|---|
| 0597969 | 3/4" | 0 | 03/31/09 | 0 | 03/10/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/11/09 – 03/31/09
Meter #: 0597969                 Billed Usage 0
LV Developer                         0.00
Subtotal                            $0.00
Agreement: RHODES RANCH PARCEL 10 UNIT 10A
Agreement Number: 110447

---

**Service Address:** 22 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|---|
| 0535041 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535041                 Billed Usage 0
LV Developer                         0.00
Subtotal                            $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 206 FAIRWAY WOODS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|----------------------|---|
| 0561291 | 5/8" | 12 | 03/31/09 | 11 | 03/09/09 | 1 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0561291                 Billed Usage 1
Consumption 1 x $3.09                 3.09
SNWA Commodity Charge 1 x $0.10       0.10
SNWA Reliability Surcharge            0.08
Subtotal                            $3.27

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 11 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 11 PHASE 2
Agreement Number: 110444

**Service Address:** 216 FAIRWAY WOODS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0561292 | 5/8" | 13 | 03/31/09 | 11 | 03/09/09 | 2 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0561292                                   Billed Usage 2
Consumption 2 x $3.09                              6.18
SNWA Commodity Charge 2 x $0.10                    0.20
SNWA Reliability Surcharge                         0.16
Subtotal                                           $6.54
Agreement: RHODES RANCH PARCEL 11 PHASE 2
Agreement Number: 110444

**Service Address:** 217 FAIRWAY WOODS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0561296 | 5/8" | 7 | 03/31/09 | 6 | 03/09/09 | 1 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0561296                                   Billed Usage 1
Consumption 1 x $3.09                              3.09
SNWA Commodity Charge 1 x $0.10                    0.10
SNWA Reliability Surcharge                         0.08
Subtotal                                           $3.27
Agreement: RHODES RANCH PARCEL 11 PHASE 2
Agreement Number: 110444

**Service Address:** 122 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535036 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535036                                   Billed Usage 0
LV Developer                                       0.00
Subtotal                                           $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 12 of ??PN??

Customer Name: RHODES RANCH GP
Account Number: 5725542862-3
Billing Date: 05/15/2009
Due Date: 06/09/2009

---

**Service Address: 49 SLOPING GREEN DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535013 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 - 03/31/09
Meter #: 0535013          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 24 CROOKED PUTTER DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535044 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 - 03/31/09
Meter #: 0535044          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 25 TRAILING PUTT WAY**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0558832 | 5/8" | 3 | 03/31/09 | 3 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 - 03/31/09
Meter #: 0558832          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

---

**Service Address: 25 SPRING HOLLOW DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597975 | 3/4" | 25 | 03/31/09 | 23 | 03/06/09 | 2 | Estimate |

Closing Bill

Billing Period: 03/07/09 - 03/31/09
Meter #: 0597975          Billed Usage 2
Consumption 2 x $3.09          6.18
SNWA Commodity Charge 2 x $0.10          0.20
SNWA Reliability Surcharge          0.16
Subtotal          $6.54

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 13 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 10 UNIT 10A
Agreement Number: 110447

**Service Address:** 277 TRAILING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0558910 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0558910                              **Billed Usage 0**
LV Developer                                  0.00
Subtotal                                      $0.00
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

**Service Address:** 28 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535037 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535037                              **Billed Usage 0**
LV Developer                                  0.00
Subtotal                                      $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 26 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544505 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544505                              **Billed Usage 0**
LV Developer                                  0.00
Subtotal                                      $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 29 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535014 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535014                              **Billed Usage 0**
LV Developer                                  0.00
Subtotal                                      $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES RANCH GR
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 318 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535010 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
**Meter #:** 0535010          **Billed Usage 0**
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 317 FRINGE RUT DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0618319 | 3/4" | 5 | 03/31/09 | 5 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
**Meter #:** 0618319          **Billed Usage 0**
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 11 PHASE 3
Agreement Number: 111385

**Service Address:** 322 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535042 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
**Meter #:** 0535042          **Billed Usage 0**
LV Developer                              0.00
**Subtotal**                              **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

**Service Address:** 330 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535031 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
**Meter #:** 0535031          **Billed Usage 0**
LV Developer                              0.00
**Subtotal**                              **$0.00**

# Las Vegas Valley Water District

**(800) 252-2011**          **(702) 870-4194**          lvvwd.com

Page 15 of ??PN??

**Customer Name:** RHODES RANCH GC
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

## Service Address: 34 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544502 | 5/8" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544502                          **Billed Usage 0**
LV Developer                                    0.00
Subtotal                                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

## Service Address: 35 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544538 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544538                          **Billed Usage 0**
LV Developer                                    0.00
Subtotal                                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

## Service Address: 353 FRINGE RUFF DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0618317 | 3/4" | 5 | 03/31/09 | 5 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0618317                          **Billed Usage 0**
LV Developer                                    0.00
Subtotal                                        $0.00
Agreement: RHODES RANCH PARCEL 11 PHASE 3
Agreement Number: 111385

## Service Address: 36 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535035 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535035                          **Billed Usage 0**
LV Developer                                    0.00
Subtotal                                        $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 16 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

## Service Address: 368 FRINGE RUFF DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0568466 | 3/4" | 4 | 03/31/09 | 4 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0568466                                            **Billed Usage 0**
LV Developer                                                  0.00
**Subtotal**                                                  **$0.00**
Agreement: RHODES RANCH PARCEL 11 PHASE 3
Agreement Number: 111385

## Service Address: 37 WINDY PAR CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0605100 | 1" | 9999 | 03/31/09 | 9999 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0605100                                            **Billed Usage 0**
LV Developer                                                  0.00
**Subtotal**                                                  **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

## Service Address: 374 DOGLEG DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0560224 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0560224                                            **Billed Usage 0**
LV Developer                                                  0.00
**Subtotal**                                                  **$0.00**
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

## Service Address: 375 LADIES TEE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0618287 | 3/4" | 2 | 03/31/09 | 2 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0618287                                            **Billed Usage 0**
LV Developer                                                  0.00
**Subtotal**                                                  **$0.00**

# Las Vegas Valley Water District

(800) 252–2011          (702) 870–4194          lvvwd.com

Page 17 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962–3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

Agreement: RHODES RANCH PARCEL 11 PHASE 3
Agreement Number: 111385

---

**Service Address:** 373 CART CROSSING WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544480 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544480                              **Billed Usage 0**
LV Developer                                         0.00
**Subtotal**                                       **$0.00**
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

---

**Service Address:** 378 DOG LEG DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0558884 | 5/8" | 2 | 03/31/09 | 0 | 03/09/09 | 2 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0558884                              **Billed Usage 2**
Consumption 2 x $3.09                                6.18
SNWA Commodity Charge 2 x $0.10                     0.20
SNWA Reliability Surcharge                           0.16
**Subtotal**                                       **$6.54**
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

---

**Service Address:** 385 DOG LEG DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0558908 | 5/8" | 3 | 03/31/09 | 3 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0558908                              **Billed Usage 0**
LV Developer                                         0.00
**Subtotal**                                       **$0.00**
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

# Las Vegas Valley Water District

**(800) 252-2011**        **(702) 870-4194**        **lvvwd.com**

Page 18 of ??PN??

**Customer Name:** RHODES RANCH (GRA
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 3387 OAR CROSSING WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544526 | 5/8" | 4 | 03/31/09 | 3 | 03/09/09 | 1 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0544526 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| **Subtotal** | **$3.27** |
| Agreement: RHODES RANCH PARCEL 11 PHASE 4 | |
| Agreement Number: 110445 | |

---

**Service Address:** 388 BROKEN PAR DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0560223 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0560223 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 11 PHASE 4 | |
| Agreement Number: 110445 | |

---

**Service Address:** 388 FRINGE RUE RD DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0618316 | 3/4" | 15 | 03/31/09 | 12 | 03/09/09 | 3 | Estimate |

|  | **Closing Bill** |
|--|------------------|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0618316 | **Billed Usage 3** |
| Consumption 3 x $3.09 | 9.27 |
| SNWA Commodity Charge 3 x $0.10 | 0.30 |
| SNWA Reliability Surcharge | 0.24 |
| **Subtotal** | **$9.81** |
| Agreement: RHODES RANCH PARCEL 11 PHASE 3 | |
| Agreement Number: 111385 | |

# Las Vegas Valley Water District

**(800) 252-2011**          **(702) 870-4194**          lvvwd.com

Page 19 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address: 398 DOONE GC DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0558883 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0558883          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 11 PHASE 4
Agreement Number: 110445

---

**Service Address: 40 CROOKED PUTTER DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535039 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535039          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 40 SLOPING GREEN DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544504 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544504          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 41 CROOKED PUTTER DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535030 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535030          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 20 of ??PN??

**Customer Name:** RHODES RANCH GP2
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address: 41 SLOPING GREEN DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544541 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544541          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 43 WINDY PARCEL**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0605078 | 1" | 9999 | 03/31/09 | 9999 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0605078          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 44 CROOKED PUTTER DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535023 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535023          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address: 45 CROOKED PUTTER DR**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535025 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535025          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 21 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 46 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544506 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544506                                   Billed Usage 0
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 48 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535022 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535022                                   Billed Usage 0
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 49 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535032 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535032                                   Billed Usage 0
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 49 WINDY PARCEL

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544483 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544483                                   Billed Usage 0
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 22 of ??PN??

**Customer Name:** RHODES RANCH GCF
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 55 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0605101 | 1" | 9999 | 03/31/09 | 9999 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0605101                    Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 52 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535043 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535043                    Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 52 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544522 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544522                    Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 53 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535054 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535054                    Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011                    (702) 870-4194                    lvvwd.com

Page 23 of ??PN??

Customer Name: RHODES RANCH GP
Account Number: 5725542962-3
Billing Date:    05/15/2009
Due Date:    06/09/2009

---

Service Address: 54 MYRTLE SPRINGS CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491268 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0491268                                Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                        $0.00
Agreement: RHODES RANCH PARCEL 14 UNIT 1
Agreement Number: 109838

---

Service Address: 55 WINDY PARK CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544486 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544486                                Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 56 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535024 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535024                                Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 57 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535049 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535049                                Billed Usage 0
LV Developer                                                    0.00
Subtotal                                                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 24 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 58 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544523 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544523          Billed Usage 0
LV Developer                    0.00
Subtotal                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 60 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535038 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535038          Billed Usage 0
LV Developer                    0.00
Subtotal                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 61 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535053 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535053          Billed Usage 0
LV Developer                    0.00
Subtotal                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 61 WINDY PAR CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544456 | 5/8" | 0 | 03/31/09 | 0 | 03/08/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544456          Billed Usage 0
LV Developer                    0.00
Subtotal                        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 25 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542982-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 64 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535019 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 - 03/31/09
Meter #: 0535019          **Billed Usage 0**
LV Developer                          0.00
**Subtotal**                          **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 64 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544524 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 - 03/31/09
Meter #: 0544524          **Billed Usage 0**
LV Developer                          0.00
**Subtotal**                          **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 65 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535052 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 - 03/31/09
Meter #: 0535052          **Billed Usage 0**
LV Developer                          0.00
**Subtotal**                          **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 65 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544472 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 - 03/31/09
Meter #: 0544472          **Billed Usage 0**
LV Developer                          0.00
**Subtotal**                          **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

**(800) 252-2011**          **(702) 870-4194**          **lvvwd.com**

Page 26 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 659 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544531 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544531          Billed Usage 0
LV Developer                    0.00
Subtotal                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 662 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544471 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544471          Billed Usage 0
LV Developer                    0.00
Subtotal                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 673 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544475 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544475          Billed Usage 0
LV Developer                    0.00
Subtotal                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 673 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544540 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544540          Billed Usage 0
LV Developer                    0.00
Subtotal                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 27 of ??PN??

**Customer Name:** RHODES RANCH GC
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 6878 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544497 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544497                                      Billed Usage 0
LV Developer                                               0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 68 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535018 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535018                                      Billed Usage 0
LV Developer                                               0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 68 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544533 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544533                                      Billed Usage 0
LV Developer                                               0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 686 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544498 | 5/8" | 9999 | 03/31/09 | 9999 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544498                                      Billed Usage 0
LV Developer                                               0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

**(800) 252-2011**        **(702) 870-4194**        **lvvwd.com**

Page 28 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 688 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0544532 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544532        **Billed Usage 0**
LV Developer        0.00
Subtotal        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 69 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0535046 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535046        **Billed Usage 0**
LV Developer        0.00
Subtotal        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 694 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0544499 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544499        **Billed Usage 0**
LV Developer        0.00
Subtotal        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 697 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0544534 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544534        **Billed Usage 0**
LV Developer        0.00
Subtotal        $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 29 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 70 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535007 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535007                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 70 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544520 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544520                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 700 FAST GREEN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544537 | 5/8" | 62 | 03/31/09 | 62 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544537                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 701 FAST GREEN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544487 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544487                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 30 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 702 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544495 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544495                    Billed Usage 0
LV Developer                            0.00
Subtotal                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 707 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544535 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544535                    Billed Usage 0
LV Developer                            0.00
Subtotal                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 708 FAST GREEN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544455 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544455                    Billed Usage 0
LV Developer                            0.00
Subtotal                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 710 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544496 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544496                    Billed Usage 0
LV Developer                            0.00
Subtotal                               $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011        (702) 870-4194        lvvwd.com

Page 31 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** AMIFAST GREENWAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544488 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544488                                    **Billed Usage 0**
LV Developer                                            0.00
Subtotal                                                $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 716 FAST GREENWAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544457 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544457                                    **Billed Usage 0**
LV Developer                                            0.00
Subtotal                                                $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 747 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0605096 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0605096                                    **Billed Usage 0**
LV Developer                                            0.00
Subtotal                                                $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 748 RUNNING PUTT WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0605098 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0605098                                    **Billed Usage 0**
LV Developer                                            0.00
Subtotal                                                $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 32 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 72 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535017 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535017                          Billed Usage 0
LV Developer                                      0.00
Subtotal                                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 724 FAST GREEN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544454 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544454                          Billed Usage 0
LV Developer                                      0.00
Subtotal                                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 76 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535045 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535045                          Billed Usage 0
LV Developer                                      0.00
Subtotal                                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 732 FAST GREEN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544458 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544458                          Billed Usage 0
LV Developer                                      0.00
Subtotal                                          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742