# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 33 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 7401 EAST GREENWAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544539 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544539          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 7481 EAST GREENWAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544453 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544453          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 76 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535015 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535015          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

Service Address: 76 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544519 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544519          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 34 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

## Service Address: 77 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535048 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535048                         Billed Usage 0
LV Developer                                      0.00
**Subtotal**                                   **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

## Service Address: 79 MYRTLE SPRINGS CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491142 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0491142                         Billed Usage 0
LV Developer                                      0.00
**Subtotal**                                   **$0.00**
Agreement: RHODES RANCH PARCEL 14 UNIT 1
Agreement Number: 109838

---

## Service Address: 81 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544503 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0544503                         Billed Usage 0
LV Developer                                      0.00
**Subtotal**                                   **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

## Service Address: 80 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535016 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0535016                         Billed Usage 0
LV Developer                                      0.00
**Subtotal**                                   **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 35 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 8000 BLK FORT APACHE RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597497 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597497                          Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 11 PHASE 3
Agreement Number: 111385

---

**Service Address:** 81 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535050 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535050                          Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 82 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544521 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544521                          Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

---

**Service Address:** 84 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535021 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535021                          Billed Usage 0
LV Developer                              0.00
Subtotal                                 $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 36 of ??PN??

**Customer Name:** RHODES RANCH GP
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

**Service Address:** 45 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535051 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535051
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

Billed Usage 0

---

**Service Address:** 67 MYRTLE SPRINGS CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0491270 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0491270
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 14 UNIT 1
Agreement Number: 109838

Billed Usage 0

---

**Service Address:** 38 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0535020 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0535020
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

Billed Usage 0

---

**Service Address:** 88 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0544473 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0544473
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

Billed Usage 0

# Las Vegas Valley Water District

(800) 252-2011        (702) 870-4194        lvvwd.com

Page 37 of ??PN??

**Customer Name:** RHODES RANCH GR
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 89 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0535047 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0535047 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 12 PHASE 2 | |
| Agreement Number: 109742 | |

---

Service Address: 92 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0534885 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0534885 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 12 PHASE 2 | |
| Agreement Number: 109742 | |

---

Service Address: 94 SLOPING GREEN DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0544474 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0544474 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 12 PHASE 2 | |
| Agreement Number: 109742 | |

---

Service Address: 95 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0536843 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0536843 | **Billed Usage 0** |
| LV Developer | 0.00 |
| **Subtotal** | **$0.00** |
| Agreement: RHODES RANCH PARCEL 12 PHASE 2 | |
| Agreement Number: 109742 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 38 of ??PN??

**Customer Name:** RHODES RANCH IGR
**Account Number:** 5725542962-3
**Billing Date:** 05/15/2009
**Due Date:** 06/09/2009

---

Service Address: 951 MYRTLE SPRINGS CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0491139 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0491139
LV Developer                                      0.00
**Subtotal**                                     **$0.00**
Agreement: RHODES RANCH PARCEL 14 UNIT 1
Agreement Number: 109838

Billed Usage 0

---

Service Address: 98 CROOKED PUTTER DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0536828 | 5/8" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0536828
LV Developer                                      0.00
**Subtotal**                                     **$0.00**
Agreement: RHODES RANCH PARCEL 12 PHASE 2
Agreement Number: 109742

Billed Usage 0

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 2

Customer Name:   RHODES HOMES
Account Number:  1044542962
Billing Date:    10/29/2007
Due Date:        11/26/2007

Please pay total by due date to avoid a 4% late charge.

## Account Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Current Charges | 72.49 |
| Bill Corrections and Adjustments | 0.00 |
| Amount Due if Paid by Due Date | 72.49 |

Service Address: 4700 BLK JIMMY DURANTE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons |
|---|---|---|---|---|---|---|
| 0283785 | 2" | 26 | 10/12/07 | 0 | 05/31/05 | 26 |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 10/12/07 - 10/12/07 | |
| Meter #: 0283785 | **Billed Usage 26** |
| Consumption 26 x $2.62 | 68.12 |
| SNWA Commodity Charge 26 x $0.10 | 2.60 |
| SNWA Reliability Surcharge | 1.77 |
| **Subtotal** | **$72.49** |
| Agreement: GARDENS EAST PHASE 3 | |
| Agreement Number: 101570 | |

Please detach at perforation and return with payment.

☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Pay by Phone or Internet
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 10/29/2007

| 1044542962 | $72.49 | 72.49 | $72.49 |
|---|---|---|---|

Make check payable to "Water District".

RHODES HOMES
4730 S FORT APACHE RD
LAS VEGAS NV 89147-7945

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

10445429620000000000000000072499

Page 2 of 2

## LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153

**HOW TO REACH US**
Customer Services (Start Service,
Stop Service, Billing Inquiries)                    (702) 870-4194
Toll-Free                                           (800) 252-2011
General Information                                 (702) 870-2011
Emergency Number (24-hour)                          (702) 258-3150
Online                                             lvvwd.com

**BUSINESS HOURS**
Monday-Friday                                      8 a.m.-5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**
**When:** Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result in
a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24-hour onsite drop boxes (checks
only); by internet at lvvwd.com (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre-authorized debit or credit-card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit lvvwd.com for updated locations and more information
on payment options.

The district accepts MasterCard, Visa, Discover, American
Express and Diners Club. You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from lvvwd.com or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit lvvwd.com for more information on how to
read your bill.

**WATER-SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit snwa.com or call the SNWA
Conservation Helpline at 258-SAVE (7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en espaÑol, por favor llame al 258-AGUA (2482)
o visite al enwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are **MANDATORY** for all
metropolitan-area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit lvvwd.com or call
Customer Services at (702) 870-4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time-of-day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water-waste fee on your bill.

Small-system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on lvvwd.com and
the district's quarterly "Water Watch" customer newsletter for
watering information.

### MANDATORY WATERING RESTRICTIONS

| Watering Group | Sprinkler Watering | Drip / Hose-hand Watering | Any Day |
|---|---|---|---|
|  | Monday | Monday, Wednesday, Friday | Any day |
|  | Tuesday | Tuesday, Thursday, Saturday | Any day |
| C | Wednesday | Monday, Wednesday, Friday | Any day |
| D | Thursday | Tuesday, Thursday, Saturday | Any day |
|  | Friday | Monday, Wednesday, Friday | Any day |
| F | Saturday | Tuesday, Thursday, Saturday | Any day |

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870-4194 or visit our Web site at lvvwd.com for more information.)*

■ P. O. Box/PMB        ■ Apartment/Suite/Unit        ■ APO/FPO

Address

Address


City

State            ZIP

Telephone                              Signature            Country

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

**Customer Name:** RHODES RANCH GOLF CC LLC
**Account Number:** 7350542962-8
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

220

---

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | −5,442.64 |
| Payment Received − 04/20/09 | 55,861.26 |
| Current Charges | 50,418.62 |
| Bill Corrections and Adjustments | −50,418.62 |
| **Amount Due this Period** | **$50,418.62** |

---

**Service Address:** 100−300 BLK RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0511080 | 6" | 254370 | 03/31/09 | 250911 | 03/02/09 | 3459 | Estimate |



Billing Period: 03/03/09 − 03/31/09
Meter #: 0511080
Service Charge $3.2043 x 29 Days

| | | |
|---|---|---|
| Billing Period: 03/03/09 − 03/31/09 | | **Closing Bill** |
| Meter #: 0511080 | | Total # of Days: 29 |
| | | Billed Usage 3459 |
| Service Charge $3.2043 x 29 Days | | 92.92 |
| Tier 1 242 x $1.16 | | 280.72 |
| Tier 2 241 x $2.08 | | 501.28 |
| Tier 3 2,976 x $3.09 | | 9,195.84 |
| 1 x 6" Backflow(s) @ 1.4979 | | 43.44 |
| SNWA Commodity Charge 3,459 x $0.10 | | 345.90 |
| SNWA Reliability Surcharge | | 261.50 |
| **Subtotal** | | **$10,721.60** |

---

Please detach at perforation and return with payment.                          000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Bill Date: 05/21/2009

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

| Account Number | Unpaid Balance | Total Charges (Due 06/15/2009) | Total Amount Due by |
|---|---|---|---|
| 7350542962 8 | $50,418.62 | $0.00 | $50,418.62 |

Make check payable to "Water District"

RHODES RANCH GOLF CC LLC
ATTN COUNTRY CLUB
20 RHODES RANCH PKWY
LAS VEGAS NV 89148−2700

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

7350542962000504186200050418620 8

Page 2 of 4

### LAS VEGAS VALLEY WATER DISTRICT • 1001 SOUTH VALLEY VIEW BOULEVARD • LAS VEGAS, NEVADA 89153

**HOW TO REACH US**

| Customer Services (Start Service, Stop Service, Billing Inquiries) | (702) 870–4194 |
| Toll–Free | (800) 252–2011 |
| General Information | (702) 870–2011 |
| Emergency Number (24–hour) | (702) 258–3150 |
| Online | lvvwd.com |

**BUSINESS HOURS**

Monday–Friday      8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**

When: Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

How: Pay by mail or at our 24–hour onsite drop boxes (checks only); by internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre–authorized debit or credit–card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER–SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258–SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482) o visite el snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are MANDATORY for all metropolitan–area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time–of–day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



| Watering Group | Winter | Spring / Fall | Summer |
|---|---|---|---|
| A | Monday | Monday, Wednesday, Friday | Any day |
| B | Tuesday | Tuesday, Thursday, Saturday | Any day |
| C | Wednesday | Monday, Wednesday, Friday | Any day |
| D | Thursday | Tuesday, Thursday, Saturday | Any day |
| E | Friday | Monday, Wednesday, Friday | Any day |
| F | Saturday | Tuesday, Thursday, Saturday | Any day |

## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*



# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 4

Customer Name: RHODES RANCH GOLF CC LLC
Account Number: 7350542962-8
Billing Date: 05/21/2009
Due Date: 06/15/2009

---

Service Address: 115 E RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0396703 | 1" | 3061 | 03/31/09 | 3015 | 03/02/09 | 46 | Estimate |



Billing Period: 03/03/09 – 03/31/09
Meter #: 0396703

| | Closing Bill |
|---|---|
| Total # of Days: 29 | |
| Billed Usage 46 | |
| Service Charge $0.294 x 29 Days | 8.53 |
| Tier #1 12 x $1.16 | 13.92 |
| Tier #2 12 x $2.08 | 24.96 |
| Tier #3 22 x $3.09 | 67.98 |
| 1 x 1" Backflow(s) @ 0.0749 | 2.17 |
| SNWA Commodity Charge 46 x $0.10 | 4.60 |
| SNWA Reliability Surcharge | 3.05 |
| Subtotal | $125.21 |

---

Service Address: 20 E RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0372320 | 10" | 0 | 03/31/09 | 0 | 03/02/09 | 0 | Estimate |

Billing Period: 03/03/09 – 03/31/09
Meter #: 0372320

| | Closing Bill |
|---|---|
| Total # of Days: 29 | |
| Billed Usage 0 | |
| Register Constant | 127 |
| Service Charge $3.3278 x 29 Days | 96.51 |
| 1 x 10" Backflow(s) @ 3.4451 | 99.91 |
| SNWA Reliability Surcharge | 4.91 |
| Subtotal | $201.33 |

---

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0337973 | 2" | 15614 | 03/31/09 | 15527 | 03/02/09 | 87 | Estimate |

Billing Period: 03/03/09 – 03/31/09
Meter #: 0337973

| | Closing Bill |
|---|---|
| Total # of Days: 29 | |
| Billed Usage 87 | |
| Service Charge $0.6309 x 29 Days | 18.30 |
| Tier #1 39 x $1.16 | 45.24 |
| Tier #2 38 x $2.08 | 79.04 |
| Tier #3 10 x $3.09 | 30.90 |
| 1 x 2" Backflow(s) @ 0.2397 | 6.95 |
| SNWA Commodity Charge 87 x $0.10 | 8.70 |
| SNWA Reliability Surcharge | 4.73 |
| Subtotal | $193.86 |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 4

Customer Name:  RHODES RANCH GOLF CC LLC
Account Number: 7350542962-8
Billing Date:   05/21/2009
Due Date:       06/15/2009

---

Service Address: 9020 RHODES RANCH PKWY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0511059 | 8" | 861747 | 03/31/09 | 850448 | 03/02/09 | 11299 | Estimate |



**Closing Bill**
Billing Period: 03/03/09 – 03/31/09      Total # of Days: 29
Meter #: 0511059                          Billed Usage 11299
Consumption Non-Potable 11,299 x $2.33       26,326.67
Subtotal                                     **$26,326.67**

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0443862 | 8" | 218126 | 03/31/09 | 212611 | 03/02/09 | 5515 | Estimate |



**Closing Bill**
Billing Period: 03/03/09 – 03/31/09      Total # of Days: 29
Meter #: 0443862                          Billed Usage 5515
Consumption Non-Potable 5,515 x $2.33        12,849.95
Subtotal                                     **$12,849.95**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | 8,257.26 |
| Payment Received – 05/07/09 | 14,270.58 |
| Current Charges | 11,022.42 |
| Bill Corrections and Adjustments | –22,520.64 |
| **Amount Due this Period** | **$11,029.62** |

**Service Address:** H'ARBY 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0594243 | 3" | 1676 | 03/31/09 | 1620 | 03/06/09 | 56 | Estimate |

| | |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/07/09 – 03/31/09 | Total # of Days: 25 |
| Meter #: 0594243 | Billed Usage 56 |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 56 x $3.09 | 173.04 |
| SNWA Commodity Charge 56 x $0.10 | 5.60 |
| SNWA Reliability Surcharge | 5.72 |
| Subtotal | $234.36 |

---

Please detach at perforation and return with payment.          000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

Bill Date: 05/21/2009

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due 06/15/09 |
|---|---|---|---|
| 8714542962 4 | $22,527.84 | $11,498.22 | $11,029.62 |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

8714542962000225278400011029623 4

Page 2 of 4

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**

| | |
|---|---|
| Customer Services (Start Service, Stop Service, Billing Inquiries) | (702) 870–4194 |
| Toll–Free | (800) 252–2011 |
| General Information | (702) 870–2011 |
| Emergency Number (24–hour) | (702) 258–3150 |
| Online | lvvwd.com |

**BUSINESS HOURS**

Monday–Friday                              8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**

**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks only); by Internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre–authorized debit or credit–card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**

If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER–SMART RESOURCES**

The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258–SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482) o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**

Outdoor watering restrictions are MANDATORY for all metropolitan–area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time–of–day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



| Watering Group: | Winter | Spring / Fall | Summer |
|---|---|---|---|
| A | Monday | Monday, Wednesday, Friday | Any day |
| B | Saturday | Tuesday, Thursday, Saturday | Any day |
| C | Wednesday | Monday, Wednesday, Friday | Any day |
| D | Thursday | Tuesday, Thursday, Saturday | Any day |
| E | Friday | Monday, Wednesday, Friday | Any day |
| F | Saturday | Tuesday, Thursday, Saturday | Any day |

---

**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB       ☐ Apartment/Suite/Unit       ☐ APO/FPO

Address

Address

City

State          ZIP                                  Country

Telephone                        Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:** 05/21/2009
**Due Date:** 06/15/2009

---

Service Address: H*EL CAPITAN 7000 BLK WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0556739 | 3" | 12730 | 03/31/09 | 11197 | 03/06/09 | 1533 | Estimate |

**Closing Bill**
**Billing Period: 03/07/09 – 03/31/09**     **Total # of Days: 25**
**Meter #: 0556739**                         **Billed Usage 1533**
Service Charge $2.00 x 25 Days ............ 50.00
Consumption 1,533 x $3.09 ............ 4,736.97
SNWA Commodity Charge 1,533 x $0.10 ............ 153.30
SNWA Reliability Surcharge ............ 123.51
**Subtotal** ............ **$5,063.78**

---

Service Address: H*MAULE 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0547720 | 3" | 7310 | 03/31/09 | 6000 | 03/06/09 | 1310 | Estimate |

**Closing Bill**
**Billing Period: 03/07/09 – 03/31/09**     **Total # of Days: 25**
**Meter #: 0547720**                         **Billed Usage 1310**
Service Charge $2.00 x 25 Days ............ 50.00
Consumption 1,310 x $3.09 ............ 4,047.90
SNWA Commodity Charge 1,310 x $0.10 ............ 131.00
SNWA Reliability Surcharge ............ 105.72
**Subtotal** ............ **$4,334.62**

---

Service Address: H*SHERWOOD GREENS 9300 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0182543 | 3" | 26377 | 03/31/09 | 26303 | 03/10/09 | 74 | Estimate |

**Closing Bill**
**Billing Period: 03/11/09 – 03/31/09**     **Total # of Days: 21**
**Meter #: 0182543**                         **Billed Usage 74**
Service Charge $2.00 x 21 Days ............ 42.00
Consumption 74 x $3.09 ............ 228.66
SNWA Commodity Charge 74 x $0.10 ............ 7.40
SNWA Reliability Surcharge ............ 6.95
**Subtotal** ............ **$285.01**

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 4

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 8714542962-4
**Billing Date:**      05/21/2009
**Due Date:**          06/15/2009

**Service Address:** H SLOPING GREEN 100 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430038 | 3" | 8246 | 03/31/09 | 7958 | 03/10/09 | 288 | Estimate |

|  |  |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/11/09 – 03/31/09 | **Total # of Days: 21** |
| Meter #: 0430038 | **Billed Usage 288** |
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 288 x $3.09 | 889.92 |
| SNWA Commodity Charge 288 x $0.10 | 28.80 |
| SNWA Reliability Surcharge | 24.02 |
| **Subtotal** | **$984.74** |

**Service Address:** H SPANISH HEIGHTS 5200 BLK RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0430106 | 3" | 2354 | 03/31/09 | 2333 | 03/06/09 | 21 | Estimate |

|  |  |
|---|---|
| | **Closing Bill** |
| Billing Period: 03/07/09 – 03/31/09 | **Total # of Days: 25** |
| Meter #: 0430106 | **Billed Usage 21** |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 21 x $3.09 | 64.89 |
| SNWA Commodity Charge 21 x $0.10 | 2.10 |
| SNWA Reliability Surcharge | 2.92 |
| **Subtotal** | **$119.91** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

220

---

**\*\*\*DO NOT PAY\*\*\***

*This special billing reflects corrections made to previous billing.*

**Account Summary**

| | |
|---|---:|
| Previous Balance | −251.41 |
| Current Charges | 206.00 |
| Bill Corrections and Adjustments | −359.68 |
| **Amount Due this Period** | **−$405.09** |

---

Service Address: 10182 ACOMA CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573086 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573086          **Billed Usage 0**
LV Developer                          0.00
**Subtotal**                          **$0.00**
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Please detach at perforation and return with payment.

000001



☐  Check box for address change. Print on reverse side.

☐  Check box for information on paying electronically.

Bill Date: 05/19/2009

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com

| Account Number | Unpaid Billing | Total Charges Due 06/15/2009 | Total Amount Due 6/15 |
|---|---|---|---|
| 7714542962 5 | −$251.41 | −$153.68 | −$405.09 |

Make check payable to "Water District"

RHODES DESIGN & DEVELOP CORP
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

771454296200000000000000000000095

Page 2 of 27

**LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**
Customer Services (Start Service.
Stop Service, Billing Inquiries)                    (702) 870–4194
Toll–Free                                           (800) 252–2011
General Information                                 (702) 870–2011
Emergency Number (24–hour)                          (702) 258–3150
Online                                              lvvwd.com

**BUSINESS HOURS**
Monday–Friday                                       8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**
**When:** Your payment must be received IN our office BY 5 p.m. on the due date. Failure to make payment prior to this time will result in a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks only); by Internet at lvvwd.com (credit cards accepted) or your Web payment site; by phone with a credit card; automatically by pre–authorized debit or credit–card payment; in person at our offices during business hours or at our satellite payment sites across the valley. Visit lvvwd.com for updated locations and more information on payment options.

The district accepts MasterCard, Visa, Discover, American Express and Diners Club. You may charge your payment for no additional convenience fee by telephone 24 hours a day or in person during business hours.

With our Autopay service, your water bill is automatically charged each month to your credit card or debited from your checking or savings account. Download an application from lvvwd.com or call Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call Customer Services. The amount of the bill must be paid to prevent interruption of service. If an adjustment is appropriate, it will show on a future bill. Visit lvvwd.com for more information on how to read your bill.

**WATER–SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada Water Authority (SNWA) offers many free resources to help you save water and money. Visit snwa.com or call the SNWA Conservation Helpline at 258–SAVE(7283) for incentive programs, Water Smart Landscapes rebate program information, free publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482) o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are MANDATORY for all metropolitan–area Water District customers. You may use sprinklers only on the day(s) assigned to your watering group. Your assigned watering group is printed on the front of your bill. For more information or a detailed watering schedule, visit lvvwd.com or call Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until Oct. 1. Failure to comply with watering restrictions, seasonal time–of–day watering restrictions and other provisions of the Water District Service Rules related to water usage may result in a water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and Searchlight should consult their system pages on lvvwd.com and the district's quarterly "Water Watch" customer newsletter for watering information.



| Watering Group | Winter | Spring / Fall | Summer |
|---|---|---|---|
| A | | | Any day |
| B | | | Any day |
| C | | | Any day |
| D | | | Any day |
| E | | | Any day |
| F | | | Any day |

**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB    ☐ Apartment/Suite/Unit    ☐ APO/FPO

Address

Address

City

State            ZIP                            Country

Telephone                          Signature

# Las Vegas Valley Water District
(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 10133 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573068 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573068 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10134 FIRE RIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573097 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573097 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10136 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573090 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573090 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address: 10138 DRAGONS MEADOW CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573069 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573069 — Billed Usage 0
LV Developer — 0.00
Subtotal — $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011      (702) 870-4194      lvvwd.com

Page 4 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 10184 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573094 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573094      Billed Usage 0
LV Developer      0.00
Subtotal      $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10158 FIRE RIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573066 | 3/4" | 4 | 03/31/09 | 0 | 03/19/09 | 4 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573066      Billed Usage 4
Consumption 4 x $3.09      12.36
SNWA Commodity Charge 4 x $0.10      0.40
SNWA Reliability Surcharge      0.32
Subtotal      $13.08
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10100 DRAGONS MEADOW CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573072 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573072      Billed Usage 0
LV Developer      0.00
Subtotal      $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** 10142 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573070 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573070      Billed Usage 0
LV Developer      0.00
Subtotal      $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 5 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

**Service Address:** 10149 AGON CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0573095 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 ~ 03/31/09
Meter #: 0573095          **Billed Usage 0**
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

**Service Address:** 10144 FIRERIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0573087 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 ~ 03/31/09
Meter #: 0573087          **Billed Usage 0**
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

**Service Address:** 10146 DRAGONS MEADOW CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|----|
| 0573096 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/19/09 ~ 03/31/09
Meter #: 0573096          **Billed Usage 0**
LV Developer                          0.00
Subtotal                            $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 6 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 103 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0598379 | 3/4" | 16 | 03/31/09 | 12 | 03/09/09 | 4 | Estimate |

|  | **Closing Bill** |
|--|--|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0598379 | **Billed Usage 4** |
| Consumption 4 x $3.09 | 12.36 |
| SNWA Commodity Charge 4 x $0.10 | 0.40 |
| SNWA Reliability Surcharge | 0.32 |
| Subtotal | **$13.08** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 115 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|
| 0598362 | 3/4" | 166 | 04/06/09 | 165 | 03/09/09 | 1 |

|  | **Closing Bill** |
|--|--|
| Billing Period: 03/10/09 – 04/06/09 | |
| Meter #: 0598362 | **Billed Usage 1** |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| Subtotal | **$3.27** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

---

**Service Address:** 133 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0598371 | 3/4" | 2 | 03/31/09 | 2 | 03/09/09 | 0 | Estimate |

|  | **Closing Bill** |
|--|--|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0598371 | **Billed Usage 0** |
| LV Developer | 0.00 |
| Subtotal | **$0.00** |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 1660 CASTLE COURSE AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0595782 | 3/4" | 126 | 03/31/09 | 119 | 03/09/09 | 7 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0595782                                    **Billed Usage 7**
Consumption 7 x $3.09                                 21.63
SNWA Commodity Charge 7 x $0.10                        0.70
SNWA Reliability Surcharge                             0.56
**Subtotal**                                        **$22.89**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 192 FORTRESS COURSE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0618297 | 3/4" | 9 | 03/31/09 | 8 | 03/09/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0618297                                    **Billed Usage 1**
Consumption 1 x $3.09                                  3.09
SNWA Commodity Charge 1 x $0.10                        0.10
SNWA Reliability Surcharge                             0.08
**Subtotal**                                         **$3.27**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 193 FORTRESS COURSE AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0618278 | 3/4" | 28 | 03/31/09 | 20 | 03/09/09 | 8 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0618278                                    **Billed Usage 8**
Consumption 8 x $3.09                                 24.72
SNWA Commodity Charge 8 x $0.10                        0.80
SNWA Reliability Surcharge                             0.64
**Subtotal**                                        **$26.16**
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          fvvwd.com

Page 8 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 208 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597499 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597499                                    Billed Usage 0
LV Developer                                                  0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 276 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597503 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597503                                    Billed Usage 0
LV Developer                                                  0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 217 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597495 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597495                                    Billed Usage 0
LV Developer                                                  0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 220 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597471 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597471                                    Billed Usage 0
LV Developer                                                  0.00
Subtotal                                                    $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011    (702) 870-4194    lvvwd.com

Page 9 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 208 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0531754 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 – 03/31/09
Meter #: 0531754                                         **Billed Usage 0**
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

---

**Service Address:** 264 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0531751 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 – 03/31/09
Meter #: 0531751                                         **Billed Usage 0**
LV Developer                                              0.00
Subtotal                                                 $0.00
Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

---

**Service Address:** 284 SPRING HOLLOW DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0610411 | 3/4" | 13 | 03/31/09 | 12 | 03/06/09 | 1 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 – 03/31/09
Meter #: 0610411                                         **Billed Usage 1**
Consumption 1 x $3.09                                     3.09
SNWA Commodity Charge 1 x $0.10                           0.10
SNWA Reliability Surcharge                                0.08
Subtotal                                                 $3.27
Agreement: RHODES RANCH PARCEL 10 UNIT 10A
Agreement Number: 110447

---

**Service Address:** 288 LOCUST VALLEY AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0506028 | 3/4" | 0 | 03/31/09 | 0 | 03/06/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/07/09 – 03/31/09
Meter #: 0506028                                         **Billed Usage 0**
LV Developer                                              0.00
Subtotal                                                 $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 10 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 10 UNIT 5
Agreement Number: 107444

Service Address: 32 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|------------------------|---|
| 0597478 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597478                          Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 35 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|------------------------|---|
| 0617570 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0617570                          Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 36 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|------------------------|---|
| 0597475 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597475                          Billed Usage 0
LV Developer                                          0.00
Subtotal                                               $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 39 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|---------------------|------------------------|---|
| 0617575 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/10/09 – 03/31/09
Meter #: 0617575                          Billed Usage 0
LV Developer                                          0.00
Subtotal

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 11 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address:** 40 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|-------------------|----------------------|---|
| 0597476 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597476                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address:** 41 COBBS CREEK WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|-------------------|----------------------|---|
| 0423045 | 3/4" | 0 | 03/31/09 | 0 | 03/08/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/07/09 – 03/31/09
Meter #: 0423045                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 10 UNIT 3
Agreement Number: 107256

**Service Address:** 51 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|-------------------|----------------------|---|
| 0617561 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0617561                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                                  $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

**Service Address:** 44 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|-------------------|----------------------|---|
| 0597477 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597477                                    Billed Usage 0
LV Developer                                            0.00
Subtotal                                                  $0.00

# Las Vegas Valley Water District

(800) 252-2011                (702) 870-4194                lvvwd.com

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714642962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 474 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0617580 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617580                                    Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 478 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597483 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597483                                    Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 511 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0617559 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617559                                    Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 622 BENT RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589118 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**
Billing Period: 03/06/09 – 03/31/09
Meter #: 0589118                                    Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 13 of 27

**Customer Name:** RHODES DESIGN & DEVELOP ORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

**Service Address:** 5142 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589113 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 ~ 03/31/09
Meter #: 0589113                    Billed Usage 0
LV Developer                              0.00
Subtotal                                  $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

**Service Address:** 5142 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589117 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 ~ 03/31/09
Meter #: 0589117                    Billed Usage 0
LV Developer                              0.00
Subtotal                                  $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

**Service Address:** 5143 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589109 | 1" | 7 | 03/31/09 | 7 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 ~ 03/31/09
Meter #: 0589109                    Billed Usage 0
LV Developer                              0.00
Subtotal                                  $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

**Service Address:** 5151 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589110 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 ~ 03/31/09
Meter #: 0589110                    Billed Usage 0
LV Developer                              0.00
Subtotal                                  $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 14 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address:** 5134 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589116 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 – 03/31/09
Meter #: 0589116                                                      **Billed Usage 0**
LV Developer                                                              0.00
Subtotal                                                                **$0.00**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address:** 5170 SO ENCIRCLE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589112 | 1" | 135 | 03/31/09 | 109 | 03/05/09 | 26 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 – 03/31/09
Meter #: 0589112                                                      **Billed Usage 26**
Consumption 26 x $3.09                                                 80.34
SNWA Commodity Charge 26 x $0.10                                        2.60
SNWA Reliability Surcharge                                             2.07
Subtotal                                                               **$85.01**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

---

**Service Address:** 5180 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570576 | 1.5" | 4 | 03/31/09 | 4 | 03/05/09 | 0 | Estimate |

**Closing Bill**

Billing Period: 03/06/09 – 03/31/09
Meter #: 0570576                                                      **Billed Usage 0**
LV Developer                                                              0.00
Subtotal                                                                **$0.00**
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 15 of 27

**Customer Name:** RHODES DESIGN & DEVELOPMENT
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 5198 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589111 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0589111                              Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106968

---

Service Address: 5198 SCENIC RIDGE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589108 | 1" | 0 | 03/31/09 | 0 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0589108                              Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106968

---

Service Address: 51 FONER'S COURT DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597482 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597482                              Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

Service Address: 5212 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570565 | 1.5" | 35 | 03/31/09 | 35 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0570565                              Billed Usage 0
LV Developer                                        0.00
Subtotal                                            $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106968

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com                Page 16 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542862-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570555 | 1.5" | 299 | 03/31/09 | 299 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0570555                                          Billed Usage 0
LV Developer                                                          0.00
Subtotal                                                                 $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

Service Address: 5225 SPANISH HEIGHTS DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0570574 | 1.5" | 8 | 03/31/09 | 8 | 03/05/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/06/09 – 03/31/09
Meter #: 0570574                                          Billed Usage 0
LV Developer                                                          0.00
Subtotal                                                                 $0.00
Agreement: SPANISH HILLS ESTATES UNIT 5A
Agreement Number: 106966

Service Address: 78 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0617558 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0617558                                          Billed Usage 0
LV Developer                                                          0.00
Subtotal                                                                 $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 58 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597481 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 – 03/31/09
Meter #: 0597481                                          Billed Usage 0
LV Developer                                                          0.00
Subtotal                                                                 $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011                    (702) 870-4194                    lvvwd.com

Page 17 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

Service Address: 5761 HALL GRANT SPRINGS RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0609522 | 3/4" | 6 | 03/31/09 | 5 | 03/09/09 | 1 | Estimate |

|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0609522 | Billed Usage 1 |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| Subtotal | $3.27 |
| Agreement: RHODES RANCH PARCEL 14 UNIT 4 | |
| Agreement Number: 111172 | |

---

Service Address: 5761 HALL GRANT SPRINGS RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0609571 | 3/4" | 12 | 03/31/09 | 11 | 03/09/09 | 1 | Estimate |

|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0609571 | Billed Usage 1 |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| Subtotal | $3.27 |
| Agreement: RHODES RANCH PARCEL 14 UNIT 4 | |
| Agreement Number: 111172 | |

---

Service Address: 168 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617582 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

|  | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0617582 | Billed Usage 0 |
| LV Developer | 0.00 |
| Subtotal | $0.00 |
| Agreement: RHODES RANCH PARCEL 20 UNIT 1 | |
| Agreement Number: 111489 | |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 18 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542982-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 3 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597484 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597484          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 2 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0617563 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0617563          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597486 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597486          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6906 AMHERST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573071 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573071          Billed Usage 0
LV Developer          0.00
Subtotal          $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 19 of 27

**Customer Name:** ~~PRIDES DESIGN & DEVELOPMENT~~
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** ~~6424 AETHER ST~~

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573088 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573088          Billed Usage 0
LV Developer                               0.00
Subtotal                                  $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** ~~6428 AETHER ST~~

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573089 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573089          Billed Usage 0
LV Developer                               0.00
Subtotal                                  $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** ~~6424 AETHER ST~~

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573082 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573082          Billed Usage 0
LV Developer                               0.00
Subtotal                                  $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

**Service Address:** ~~6430 AETHER ST~~

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0573083 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/19/09 – 03/31/09
Meter #: 0573083          Billed Usage 0
LV Developer                               0.00
Subtotal                                  $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

# Las Vegas Valley Water District

(800) 252-2011        (702) 870-4194        lvvwd.com

Page 20 of 27

Customer Name:  RHODES DESIGN & DEVELOP CORP
Account Number:  7714542962-5
Billing Date:  05/19/2009
Due Date:  06/15/2009

---

Service Address:  5488 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573077 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573077                     Billed Usage 0
LV Developer                                       0.00
Subtotal                                              $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address:  5488 AETHER ST

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0573067 | 3/4" | 0 | 03/31/09 | 0 | 03/19/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/19/09 – 03/31/09
Meter #: 0573067                     Billed Usage 0
LV Developer                                       0.00
Subtotal                                              $0.00
Agreement: SOUTHWEST RANCH PARCEL 11A
Agreement Number: 111525

---

Service Address:  6170 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0588801 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0588801                     Billed Usage 0
LV Developer                                       0.00
Subtotal                                              $0.00
Agreement RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

Service Address:  6168 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0597500 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597500                     Billed Usage 0
LV Developer                                       0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 21 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 6560 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0586799 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 ~ 03/31/09
Meter #: 0586799                    Billed Usage 0
LV Developer                                    0.00
Subtotal                                       $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6560 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597474 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 ~ 03/31/09
Meter #: 0597474                    Billed Usage 0
LV Developer                                    0.00
Subtotal                                       $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6561 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0588800 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 ~ 03/31/09
Meter #: 0588800                    Billed Usage 0
LV Developer                                    0.00
Subtotal                                       $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6840 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage In 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597472 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill
Billing Period: 03/10/09 ~ 03/31/09
Meter #: 0597472                    Billed Usage 0
LV Developer                                    0.00
Subtotal                                       $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 22 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542982-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 6720 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597473 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597473                                      Billed Usage 0
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6724 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0586802 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0586802                                      Billed Usage 0
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6716 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597485 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597485                                      Billed Usage 0
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 6712 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597493 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597493                                      Billed Usage 0
LV Developer                                          0.00
Subtotal                                              $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 23 of 27

**Customer Name:** RHODES DESIGN & DEVELOPMENT
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 698 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597470 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597470                          Billed Usage 0
LV Developer                                        0.00
Subtotal                                             $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 696 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597469 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597469                          Billed Usage 0
LV Developer                                        0.00
Subtotal                                             $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 700 BLK HIDDEN MOUNTAIN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0528670 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0528670                          Billed Usage 0
LV Developer                                        0.00
Subtotal                                             $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 4 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0597488 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597488                          Billed Usage 0
LV Developer                                        0.00
Subtotal                                             $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 24 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542982-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 725 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597460 | 3/4" | 64 | 03/31/09 | 63 | 03/09/09 | 1 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597460                                    Billed Usage 1
Consumption 1 x $3.09                                         3.09
SNWA Commodity Charge 1 x $0.10                               0.10
SNWA Reliability Surcharge                                    0.08
Subtotal                                                     $3.27
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 735 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597462 | 3/4" | 47 | 03/31/09 | 46 | 03/09/09 | 1 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597462                                    Billed Usage 1
Consumption 1 x $3.09                                         3.09
SNWA Commodity Charge 1 x $0.10                               0.10
SNWA Reliability Surcharge                                    0.08
Subtotal                                                     $3.27
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

---

**Service Address:** 745 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597461 | 3/4" | 150 | 03/31/09 | 149 | 03/09/09 | 1 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597461                                    Billed Usage 1
Consumption 1 x $3.09                                         3.09
SNWA Commodity Charge 1 x $0.10                               0.10
SNWA Reliability Surcharge                                    0.08
Subtotal                                                     $3.27
Agreement: RHODES RANCH PARCEL 20 UNIT 2
Agreement Number: 111559

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 25 of 27

**Customer Name:** RHODES DESIGN & DEVELOP CORP
**Account Number:** 7714542962-5
**Billing Date:** 05/19/2009
**Due Date:** 06/15/2009

---

**Service Address:** 70 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597490 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597490                                    Billed Usage 0
LV Developer                                                   0.00
Subtotal                                                      $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 60 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597492 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597492                                    Billed Usage 0
LV Developer                                                   0.00
Subtotal                                                      $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 61 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0598377 | 3/4" | 17 | 03/31/09 | 12 | 03/08/09 | 5 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0598377                                    Billed Usage 5
Consumption 5 x $3.09                                        15.45
SNWA Commodity Charge 5 x $0.10                               0.50
SNWA Reliability Surcharge                                    0.40
Subtotal                                                     $16.35
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

---

**Service Address:** 51 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597489 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597489                                    Billed Usage 0
LV Developer                                                   0.00
Subtotal                                                      $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 26 of 27

Customer Name: RHODES DESIGN & DEVELOP CORP
Account Number: 7714542962-5
Billing Date: 05/19/2009
Due Date: 06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 78 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597487 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597487                           Billed Usage 0
LV Developer                                          0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 90 BLK HIDDEN MOUNTAIN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0589114 | 1" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0589114                           Billed Usage 0
LV Developer                                          0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 92 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597501 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597501                           Billed Usage 0
LV Developer                                          0.00
Subtotal                                            $0.00
Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 96 HONORS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0597491 | 3/4" | 0 | 03/31/09 | 0 | 03/09/09 | 0 | Estimate |

Closing Bill

Billing Period: 03/10/09 – 03/31/09
Meter #: 0597491                           Billed Usage 0
LV Developer                                          0.00
Subtotal                                            $0.00

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 27 of 27

Customer Name: RHODES DESIGN & DEVELOP CORP
Account Number: 7714542962-5
Billing Date:    05/19/2009
Due Date:      06/15/2009

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

Service Address: 197 FIGHTERS COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0598382 | 3/4" | 35 | 03/31/09 | 34 | 03/09/09 | 1 | Estimate |

| | |
|---|---|
| | Closing Bill |
| Billing Period: 03/10/09 – 03/31/09 | |
| Meter #: 0598382 | Billed Usage 1 |
| Consumption 1 x $3.09 | 3.09 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.08 |
| Subtotal | $3.27 |

Agreement: RHODES RANCH PARCEL 20 UNIT 1
Agreement Number: 111489

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 4

Customer Name: RHODES DESIGN AND DEVELOPMENT CORPORATION
Account Number: 8714542962-4
Billing Date:     05/21/2009
Due Date:         06/15/2009

220

*This special billing reflects corrections made to previous billing.*

*Please pay total by due date to avoid a 4% late charge. Failure to pay by the due date specified may result in an assessment or an increase of security deposit.*

**Account Summary**

| | |
|---|---|
| Previous Balance | 8,257.26 |
| Payment Received ~ 05/07/09 | 14,270.58 |
| Current Charges | 11,022.42 |
| Bill Corrections and Adjustments | -22,520.64 |
| **Amount Due this Period** | **$11,029.62** |

Service Address: H'ARBY 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0594243 | 3" | 1676 | 03/31/09 | 1620 | 03/06/09 | 56 | Estimate |

| | | |
|---|---|---|
| | **Closing Bill** | |
| Billing Period: 03/07/09 ~ 03/31/09 | Total # of Days: 25 | |
| Meter #: 0594243 | Billed Usage 56 | |
| Service Charge $2.00 x 25 Days | | 50.00 |
| Consumption 56 x $3.09 | | 173.04 |
| SNWA Commodity Charge 56 x $0.10 | | 5.60 |
| SNWA Reliability Surcharge | | 5.72 |
| **Subtotal** | | **$234.36** |

---

Please detach at perforation and return with payment.

000001



☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Bill Date: 05/21/2009

**Pay by Phone or Internet**
(800) 252-2011          (702) 870-4194          lvvwd.com

| Account Number | Unpaid Balance | Total Charges Due 06/15/2009 | Total Amount Due |
|---|---|---|---|
| 8714542962 4 | $22,527.83 | $11,022.42 | $11,029.62 |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

87145429620002252784000110296234

Page 2 of 4

## LAS VEGAS VALLEY WATER DISTRICT ● 1001 SOUTH VALLEY VIEW BOULEVARD ● LAS VEGAS, NEVADA 89153

**HOW TO REACH US**
Customer Services (Start Service,
Stop Service, Billing Inquiries)                    (702) 870–4194
Toll–Free                                           (800) 252–2011
General Information                                 (702) 870–2011
Emergency Number (24–hour)                          (702) 258–3150
Online                                              lvvwd.com

**BUSINESS HOURS**
Monday–Friday                                       8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**
**When:** Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result in
a 4% late charge on the unpaid balance.

**How:** Pay by mail or at our 24–hour onsite drop boxes (checks
only); by Internet at lvvwd.com (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre–authorized debit or credit–card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit lvvwd.com for updated locations and more information
on payment options.

The district accepts **MasterCard, Visa, Discover, American
Express and Diners Club.** You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from lvvwd.com or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit lvvwd.com for more information on how to
read your bill.

**WATER–SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit snwa.com or call the SNWA
Conservation Helpline at 258–SAVE(7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482)
o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are MANDATORY for all
metropolitan–area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit lvvwd.com or call
Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time–of–day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on lvvwd.com and
the district's quarterly "Water Watch" customer newsletter for
watering information.



## MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY

*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB      ☐ Apartment/Suite/Unit      ☐ APO/FPO

Address

Address

City

State            ZIP                              Country

Telephone                          Signature

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 3 of 4

Customer Name: RHODES DESIGN AND DEVELOPMENT CORPORATION
Account Number: 8714542962-4
Billing Date: 05/21/2009
Due Date: 06/15/2009

---

Service Address: H*EL CAPITAN 7000 BLK WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0556739 | 3" | 12730 | 03/31/09 | 11197 | 03/06/09 | 1533 | Estimate |

Closing Bill
Billing Period: 03/07/09 – 03/31/09   Total # of Days: 25
Meter #: 0556739   Billed Usage 1533

| | |
|---|---|
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,533 x $3.09 | 4,736.97 |
| SNWA Commodity Charge 1,533 x $0.10 | 153.30 |
| SNWA Reliability Surcharge | 123.51 |
| **Subtotal** | **$5,063.78** |

---

Service Address: H*MAULE 9000 BLK AVE

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0547720 | 3" | 7310 | 03/31/09 | 6000 | 03/06/09 | 1310 | Estimate |

Closing Bill
Billing Period: 03/07/09 – 03/31/09   Total # of Days: 25
Meter #: 0547720   Billed Usage 1310

| | |
|---|---|
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 1,310 x $3.09 | 4,047.90 |
| SNWA Commodity Charge 1,310 x $0.10 | 131.00 |
| SNWA Reliability Surcharge | 105.72 |
| **Subtotal** | **$4,334.62** |

---

Service Address: H*SHERWOOD GREENS 9300 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0182543 | 3" | 26377 | 03/31/09 | 26303 | 03/10/09 | 74 | Estimate |

Closing Bill
Billing Period: 03/11/09 – 03/31/09   Total # of Days: 21
Meter #: 0182543   Billed Usage 74

| | |
|---|---|
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 74 x $3.09 | 228.66 |
| SNWA Commodity Charge 74 x $0.10 | 7.40 |
| SNWA Reliability Surcharge | 6.95 |
| **Subtotal** | **$285.01** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 4 of 4

Customer Name:  RHODES DESIGN AND DEVELOPMENT CORPORATION
Account Number:  6714542962-4
Billing Date:  05/21/2009
Due Date:  06/15/2009

Service Address:  H-SLOPING GREEN 100 BLK DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0430038 | 3" | 8246 | 03/31/09 | 7958 | 03/10/09 | 288 | Estimate |

|  |  |
|---|---|
| | Closing Bill |
| Billing Period: 03/11/09 – 03/31/09 | Total # of Days: 21 |
| Meter #: 0430038 | Billed Usage 288 |
| Service Charge $2.00 x 21 Days | 42.00 |
| Consumption 288 x $3.09 | 889.92 |
| SNWA Commodity Charge 288 x $0.10 | 28.80 |
| SNWA Reliability Surcharge | 24.02 |
| Subtotal | $984.74 |

Service Address:  H-SPANISH HEIGHTS 5200 BLK RD

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0430106 | 3" | 2354 | 03/31/09 | 2333 | 03/06/09 | 21 | Estimate |

|  |  |
|---|---|
| | Closing Bill |
| Billing Period: 03/07/09 – 03/31/09 | Total # of Days: 25 |
| Meter #: 0430106 | Billed Usage 21 |
| Service Charge $2.00 x 25 Days | 50.00 |
| Consumption 21 x $3.09 | 64.89 |
| SNWA Commodity Charge 21 x $0.10 | 2.10 |
| SNWA Reliability Surcharge | 2.92 |
| Subtotal | $119.91 |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 1 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

220

---

***DO NOT PAY***

*This special billing reflects corrections made to previous billing.*

**Account Summary**

| | |
|---|---:|
| Previous Balance | 884.61 |
| Current Charges | 209.31 |
| Bill Corrections and Adjustments | −1,215.01 |
| **Amount Due this Period** | **−$121.09** |

---

Service Address: 18000 BLK FIRERIDGE CT

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0573075 | 3/4" | 664 | 03/31/09 | 661 | 03/06/09 | 3 | Estimate |

Average Daily Use In Gallons
Previous Billing Period 167
This Billing Period 120

Meter Read Date

**Closing Bill**
**Billing Period: 03/07/09 − 03/31/09**    Total # of Days: 25
**Meter #:** 0573075    Billed Usage 3

| | |
|---|---:|
| Service Charge $0.2327 x 25 Days | 5.82 |
| Tier #1 3 x $1.16 | 3.48 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.87 |
| SNWA Commodity Charge 3 x $0.10 | 0.30 |
| SNWA Reliability Surcharge | 0.03 |
| **Subtotal** | **$11.50** |

---

Please detach at perforation and return with payment.

000001

☐ Check box for address change. Print on reverse side.

☐ Check box for information on paying electronically.

Bill Date: 05/20/2009

Pay by Phone or Internet:
(800) 252-2011          (702) 870-4194          lvvwd.com



| Account Number | Unpaid Balance | Total Charges Computed (2009) | Total Amount Due |
|---|---|---|---|
| 9714542962 3 | | | |

Make check payable to "Water District"

RHODES DESIGN AND DEVELOPMENT CORPORATION
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

LVVWD
1001 S VALLEY VIEW BLVD
LAS VEGAS NV 89153

971454296200000884610000000000023

Page 2 of 8

**LAS VEGAS VALLEY WATER DISTRICT • 1001 SOUTH VALLEY VIEW BOULEVARD • LAS VEGAS, NEVADA 89153**

**HOW TO REACH US**
Customer Services (Start Service,
Stop Service, Billing Inquiries)                  (702) 870–4194
Toll-Free                                         (800) 252–2011
General Information                               (702) 870–2011
Emergency Number (24–hour)                        (702) 258–3150
Online                                            lvvwd.com

**BUSINESS HOURS**
Monday–Friday                                     8 a.m.–5 p.m.
(Closed holidays)

**MAKING YOUR PAYMENT**
When: Your payment must be received IN our office BY 5 p.m. on
the due date. Failure to make payment prior to this time will result in
a 4% late charge on the unpaid balance.

How: Pay by mail or at our 24–hour onsite drop boxes (checks
only); by Internet at lvvwd.com (credit cards accepted) or your
Web payment site; by phone with a credit card; automatically by
pre–authorized debit or credit–card payment; in person at our offices
during business hours or at our satellite payment sites across the
valley. Visit lvvwd.com for updated locations and more information
on payment options.

The district accepts MasterCard, Visa, Discover, American
Express and Diners Club. You may charge your payment for no
additional convenience fee by telephone 24 hours a day or in
person during business hours.

With our Autopay service, your water bill is automatically charged
each month to your credit card or debited from your checking or
savings account. Download an application from lvvwd.com or call
Customer Services and we'll mail you an application.

**BILLING QUESTIONS**
If you believe you have been billed incorrectly, please call
Customer Services. The amount of the bill must be paid to prevent
interruption of service. If an adjustment is appropriate, it will show
on a future bill. Visit lvvwd.com for more information on how to
read your bill.

**WATER–SMART RESOURCES**
The Water District, as a member agency of the Southern Nevada
Water Authority (SNWA) offers many free resources to help you
save water and money. Visit snwa.com or call the SNWA
Conservation Helpline at 258–SAVE(7283) for incentive programs,
Water Smart Landscapes rebate program information, free
publications and videos, seasonal watering tips and more.

Para información en español, por favor llame al 258–AGUA(2482)
o visite al snwaenespanol.com.

**LANDSCAPE WATERING RESTRICTIONS**
Outdoor watering restrictions are MANDATORY for all
metropolitan–area Water District customers. You may use sprinklers
only on the day(s) assigned to your watering group. Your assigned
watering group is printed on the front of your bill. For more
information or a detailed watering schedule, visit lvvwd.com or call
Customer Services at (702) 870–4194.

Sprinkler use is prohibited from 11 a.m. to 7 p.m., May 1 until
Oct. 1. Failure to comply with watering restrictions, seasonal
time–of–day watering restrictions and other provisions of the Water
District Service Rules related to water usage may result in a
water–waste fee on your bill.

Small–system customers in Blue Diamond, Jean, Kyle Canyon and
Searchlight should consult their system pages on lvvwd.com and
the district's quarterly "Water Watch" customer newsletter for
watering information.



**MAILING ADDRESS CHANGE REQUEST FOR EXISTING ACCOUNTS ONLY**
*(To start water service at a new address, call Customer Services at (702) 870–4194 or visit our Web site at lvvwd.com for more information.)*

☐ P. O. Box/PMB          ☐ Apartment/Suite/Unit          ☐ APO/FPO

Address

Address

City

State          ZIP                                  Country

Telephone                        Signature

# Las Vegas Valley Water District

(800) 252-2011            (702) 870-4194            lvvwd.com

Page 3 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 10TH AND E BUNKER LN

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0491224 | 5/8" | 116 | 03/31/09 | 114 | 03/09/09 | 2 | Estimate |



Average Daily Use in Gallons — Previous Billing Period 38 — This Billing Period 91

Closing Bill
Billing Period: 03/10/09 – 03/31/09        Total # of Days: 22
Meter #: 0491224                                    Billed Usage 2

| | |
|---|---|
| Service Charge $0.2021 x 22 Days | 4.45 |
| Tier #1 2 x $1.16 | 2.32 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| **Subtotal** | **$6.99** |

---

**Service Address:** 4700 BLK JIMMY DURANTE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0283785 | 2" | 0 | 03/31/09 | 0 | 03/18/09 | | Estimate |

Closing Bill
Billing Period: 03/19/09 – 03/31/09        Total # of Days: 13
Meter #: 0283785                                    Billed Usage 0

| | |
|---|---|
| Service Charge $0.6309 x 13 Days | 6.20 |
| 1 x 2" Backflow(s) @ 0.2397 | 3.12 |
| SNWA Reliability Surcharge | 0.03 |
| **Subtotal** | **$11.35** |

---

**Service Address:** 2800 BLK HARVEST COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0415860 | 1" | 1494 | 03/31/09 | 1461 | 03/09/09 | 33 | Estimate |

Average Daily Use in Gallons — Previous Billing Period 658 — This Billing Period 1500

Closing Bill
Billing Period: 03/10/09 – 03/31/09        Total # of Days: 22
Meter #: 0415860                                    Billed Usage 33

| | |
|---|---|
| Service Charge $0.294 x 22 Days | 6.47 |
| Tier #1 9 x $1.16 | 10.44 |
| Tier #2 9 x $2.08 | 18.72 |
| Tier #3 15 x $3.09 | 46.35 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 33 x $0.10 | 3.30 |
| SNWA Reliability Surcharge | 0.22 |
| **Subtotal** | **$87.15** |

# Las Vegas Valley Water District

(800) 252-2011      (702) 870-4194      lvvwd.com

Page 4 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 6061 LOS HIDDEN MOUNTAIN WAY

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0589107 | 1" | 322 | 03/31/09 | 307 | 03/09/09 | 15 | Estimate |



Average Daily Use in Gallons — Previous Billing Period 781 — This Billing Period 682

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0589107 | Billed Usage 15 |
| Service Charge $0.294 x 22 Days | 6.47 |
| Tier #1 9 x $1.16 | 10.44 |
| Tier #2 6 x $2.08 | 12.48 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.65 |
| SNWA Commodity Charge 15 x $0.10 | 1.50 |
| SNWA Reliability Surcharge | 0.08 |
| Subtotal | $32.62 |

---

**Service Address:** 6741 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586803 | 3/4" | 159 | 03/31/09 | 159 | 03/09/09 | 0 | Estimate |

Average Daily Use in Gallons — Previous Billing Period 38 — This Billing Period 0

| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0586803 | Billed Usage 0 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| SNWA Reliability Surcharge | 0.01 |
| Subtotal | $5.13 |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 6 of 8

Customer Name: RHODES DESIGN AND DEVELOPMENT CORPORATION
Account Number: 9714542962-3
Billing Date: 05/20/2009
Due Date: 06/15/2009

---

Service Address: 397 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0594964 | 3/4" | 43 | 03/31/09 | 41 | 03/09/09 | 2 | Estimate |



| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0594964 | Billed Usage 2 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 2 x $1.16 | 2.32 |
| SNWA Commodity Charge 2 x $0.10 | 0.20 |
| SNWA Reliability Surcharge | 0.02 |
| Subtotal | $7.66 |

---

Service Address: 355 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|---|
| 0594672 | 3/4" | 83 | 03/31/09 | 83 | 03/09/09 | 0 | Estimate |



| | Closing Bill |
|---|---|
| Billing Period: 03/10/09 – 03/31/09 | Total # of Days: 22 |
| Meter #: 0594672 | Billed Usage 0 |
| Service Charge $0.2327 x 22 Days | 5.12 |
| SNWA Reliability Surcharge | 0.01 |
| Subtotal | $5.13 |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 6 of 6

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542862-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** 7491 ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0586916 | 3/4" | 132 | 03/31/09 | 129 | 03/09/09 | 3 | Estimate |



Billing Period: 03/10/09 – 03/31/09
Meter #: 0586916

**Closing Bill**
Total # of Days: 22
Billed Usage 3

| | |
|---|---|
| Service Charge $0.2327 x 22 Days | 5.12 |
| Tier #1 3 x $1.16 | 3.48 |
| SNWA Commodity Charge 3 x $0.10 | 0.30 |
| SNWA Reliability Surcharge | 0.02 |
| **Subtotal** | **$8.92** |

---

**Service Address:** 7491 THORNE LUCK PL

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---------|------|-----------------|-------------------|------------------|--------------------|-----------------------|--|
| 0415855 | 1" | 2337 | 03/31/09 | 2336 | 03/28/09 | 1 | Estimate |

Billing Period: 03/27/09 – 03/31/09
Meter #: 0415855

**Closing Bill**
Total # of Days: 5
Billed Usage 1

| | |
|---|---|
| Service Charge $0.294 x 5 Days | 1.47 |
| Tier #1 1 x $1.16 | 1.16 |
| SNWA Commodity Charge 1 x $0.10 | 0.10 |
| SNWA Reliability Surcharge | 0.01 |
| **Subtotal** | **$2.74** |

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 7 of 8

**Customer Name:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

---

**Service Address:** ▓▓▓ ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586918 | .3/4" | 143 | 03/31/09 | 139 | 03/09/09. | 4 | .Estimate |



Average Daily Use In Gallons

Previous Billing Period 77

This Billing Period 182

Meter Read Date

Closing Bill
Total # of Days: 22
Billed Usage 4

Billing Period: 03/10/09 – 03/31/09
Meter #: 0586918
Service Charge $0.2327 x 22 Days ............ 5.12
Tier #1 4 x $1.16 ............ 4.64
SNWA Commodity Charge 4 x $0.10 ............ 0.40
SNWA Reliability Surcharge ............ 0.03
Subtotal ............ $10.19

---

**Service Address:** ▓▓▓ ORCHARD COURSE DR

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0586917 | 3/4" | 217 | 03/31/09 | 215 | 03/09/09. | 2 | Estimate: |

Average Daily Use In Gallons

Previous Billing Period 35

This Billing Period 91

Meter Read Date

Closing Bill
Total # of Days: 22
Billed Usage 2

Billing Period: 03/10/09 – 03/31/09
Meter #: 0586917
Service Charge $0.2327 x 22 Days ............ 5.12
Tier #1 2 x $1.16 ............ 2.32
SNWA Commodity Charge 2 x $0.10 ............ 0.20
SNWA Reliability Surcharge ............ 0.02
Subtotal ............ $7.66

# Las Vegas Valley Water District

(800) 252-2011          (702) 870-4194          lvvwd.com

Page 8 of 8

**Customer Name:** RHODES DESIGN AND DEVELOPMENT CORPORATION
**Account Number:** 9714542962-3
**Billing Date:** 05/20/2009
**Due Date:** 06/15/2009

**Service Address:** 5001 BLK AUGSBURG LN S

| Meter # | Size | Current Reading | Current Read Date | Previous Reading | Previous Read Date | Usage in 1000 Gallons | |
|---|---|---|---|---|---|---|---|
| 0544414 | 5/8" | 108 | 03/31/09 | 104 | 03/05/09 | 4 | Estimate |



Average Daily Use in Gallons — Previous Billing Period 138 / This Billing Period 154

Meter Read Date: 06/03/08, 07/02/08, 08/01/08, 08/29/08, 09/30/08, 10/28/08, 12/03/08, 01/05/09, 02/04/09, 03/05/09, 03/31/09

| Billing Period: 03/06/09 – 03/31/09 | Closing Bill Total # of Days: 26 |
|---|---|
| Meter #: 0544414 | Billed Usage 4 |
| Service Charge $0.2021 x 26 Days | 5.25 |
| Tier #1 4 x $1.16 | 4.64 |
| 1 x 1" Backflow(s) @ 0.0749 | 1.95 |
| SNWA Commodity Charge 4 x $0.10 | 0.40 |
| SNWA Reliability Surcharge | 0.03 |
| **Subtotal** | **$12.27** |