# EXHIBIT C

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:69112.1



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**LOS ANGELES**
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**
FACSIMILE: 310/201 0760

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: **302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

October 19, 2009

**VIA U.S. FIRST CLASS MAIL**

Las Vegas Valley Water District
c/o Sherilyn A. Olsen, Esq.
Holland & Hart, LLP
60 E. South Temple, Ste 2000
Salt Lake City, UT 84111

      **Re:** **The Rhodes Companies, et al.**
           **Chapter 11 Case No. 09-14814**
           **(Jointly Administered)**

Dear Ms. Olsen:

    This firm represents The Rhodes Companies, LLC, Rhode Design and Development Corporation and Rhodes Ranch Golf and Country Club (the "Debtors") in their Chapter 11 bankruptcy cases filed in the United States Bankruptcy Court for the District of Nevada (jointly administered under Case No. 09-14814 LBR). You filed three proofs of claim on behalf of Las Vegas Valley Water District, in the Debtors' bankruptcy cases as follows:

- The Rhodes Companies, LLC (Case No. 09-14814-LBR), in the amount of $74,340.65, designated as Claim No. 72;

- Rhodes Design and Development Corporation (Case No. 09-14846-LBR), in the amount of $11,029.62, designated as Claim No. 138; and

- Rhodes Ranch Golf and Country Club (Case No. 09-14854-LBR), in the amount of $50,418.62, designated as Claim No. 24.

    With respect to Claim No. 24 filed against Rhodes Ranch Golf and Country Club, the invoice attached to the claim (acct no. 7350542962-2) is a duplicate of an invoice attached to Claim No. 72 filed against The Rhodes Companies, LLC. Therefore we request that you withdraw Claim No. 24.

    With respect to Claim No. 138 filed against Rhodes Design and Development, LLC, the invoice attached to the claim (acct no. 8714542962-4) is a duplicate of an invoice attached to Claim No. 72

73203-002\DOCS_SF:68084.1



Ms. Sherilyn A. Olsen, Esq.
October 19, 2009
Page 2

filed against The Rhodes Companies, LLC. Therefore we request that you withdraw Claim No. 138.

With respect to Claim No. 72 filed against the Rhodes Companies, LLC, the Debtors believe that the balance due under this claim is $72.49. The Debtors have reconciled the invoices attached to Claim No. 72 and provide the following information:

| Account No. | Amount Due Per Invoice | Status |
|---|---|---|
| 1044542986-2 | 72.49 | Debtors will pay |
| 8714542962-4 | 11,029.62 | Invoice is allegedly for a pre-petition pro rata amount, however, the pre-petition periods were previously paid in full by Check No. 7879 in the amount of $14,270.58 and Check No. 7998 in the amount of $8,257.26 (Please see invoices attached hereto showing prepetition amounts due) |
| 5725542962-3 | 2,318.27 | Invoice is allegedly for a pre-petition pro rata amount, however, the pre-petition periods were previously paid in full by Check No. 7922 in the amount of $81.75 and Check No. 7853 in the amount of $2,256.14 (Please see invoices attached hereto showing prepetition amounts due) |
| 040542962-3 | 440.00 | This account belongs to Rhodes Ranch HOA – a non-debtor entity |
| 8350542962-7 | 8,751.70 | This account belongs to Rhodes Ranch HOA – a non-debtor entity |
| 9350542962-6 | 1,309.55 | This account belongs to Rhodes Ranch HOA – a non-debtor entity |
| 7350542962-2 | 50,418.62 | This account is for the Rhodes Ranch Golf and Country Club – however the services are for the period 03/01/09 - 03/31/09. The Rhodes Ranch Golf and Country Club is no longer owned by the Debtor. In December 2008, the Debtor sold the Golf Course to a non-Debtor affiliate called Rhodes Ranch Golf, Inc. Therefore, this is a non-debtor invoice |

Based upon the above reconciliation, it appears that the Debtors are responsible for $72.49.

Therefore, we respectfully request that you withdraw Claim No. 24 against Rhodes Ranch Golf an d Country Club, and Claim No. 138 against Rhodes Design and Development Corporation by signing and returning the enclosed Notice of Withdrawal of Claim

73203-002\DOCS_SF:68084.1



Ms. Sherilyn A. Olsen, Esq.
October 19, 2009
Page 3

forms by no later than November 16, 2009 so that we may avoid having to object to your claims in the Bankruptcy Court.

    Furthermore, we also request that you amend Claim No. 72 against the Rhodes Companies, LLC to the amount of $72.49. Please amend Claim No. 72 by signing and returning the enclosed Notice of Amended Claim form by November 16, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court. Thank you.

                      Very truly yours,

                      /s/
                      Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RHODES DESIGN AND DEVELOPMENT CORPORATION,<br>        Debtor. | Case No.: BK-S-09-14846-LBR<br><br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 138**

  LAS VEGAS VALLEY WATER DISTRICT hereby withdraws its proof of claim, designated as Claim No. 138 filed in the above-captioned case.

Dated: _____, 2009

                  _____
                         (signature)
                  By:            (print name)
                  Its:              (title)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br><br>                    Debtor. | Case No.: BK-S-09-14814-LBR<br><br>Chapter 11 |

## NOTICE OF AMENDED OF PROOF OF CLAIM NO. 72

LAS VEGAS VALLEY WATER DISTRICT hereby amends its proof of claim, designated as Claim No. 72, filed in the amount of $74,340.65, in the above-captioned case, to a proof of claim in the amount of $72.49.

Dated: _____, 2009

                                                                                           _____<br>
                                                                                                   (signature)<br>
By:                                                                          (print name)<br>
Its:                                                                              (title)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RHODES RANCH GOLF AND COUNTRY CLUB,<br>　　　　　　　　　　Debtor. | Case No.: BK-S-09-14854-LBR<br><br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 24**

LAS VEGAS VALLEY WATER DISTRICT hereby withdraws its proof of claim, designated as Claim No. 24 filed in the above-captioned case.

Dated: _____, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(signature)
　　　　　　　　　　　　　　　　　　　　　　By:　　　　　　　　　　　　　　(print name)
　　　　　　　　　　　　　　　　　　　　　　Its:　　　　　　　　　　　　　　　　(title)

73203-002\DOCS_SF:68122.1

# EXHIBIT D

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_SF:69112.1

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>The Rhodes Companies, LLC 09-14814; Rhodes Design and Development Corporation 09-14846; and Rhodes Ranch Golf and Country Club 09-14854 | Hearing Date: January 14, 2010<br>Hearing Time: 9:00 a.m.<br>Courtroom 1 |

**ORDER GRANTING DEBTORS' OMNIBUS OBJECTION TO
LAS VEGAS VALLEY WATER DISTRICT'S CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 3003 AND 3007 [DOCKET NO. ____]**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_SF:69112.1

Upon consideration of the *Debtors' Omnibus Objection to Las Vegas Valley Water District's Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007* [Docket No. ___] (the "Omnibus Objection"),[2] filed by above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing and or reclassifying the LVVWD Claims as set forth in the Column marked "Proposed Treatment/Disposition" in **Exhibit A** attached hereto; and the Court having jurisdiction to consider the Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the LVVWD Claims and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Omnibus Objection establishes just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1. The Omnibus Objection is granted.

2. The LVVWD Claims identified on **Exhibit A** are hereby disallowed in their entirety, or reduced, as set forth in the column marked "Proposed Treatment/Disposition" in **Exhibit A** attached hereto.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

APPROVED/DISAPPROVED:

DATED this 14th day of January, 2010.

By: _____
    UNITED STATES TRUSTEE
    August B. Landis
    Office of the United States Trustee
    300 Las Vegas Blvd. S., Ste. 4300
    Las Vegas, NV  89101

Submitted by:
DATED this 14th day of January, 2010.

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV  89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    *Attorneys for Debtors*

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:69112.1    3

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Submitted by:
DATED this 14th day of January, 2010.

By: /s/ Zachariah Larson
  LARSON & STEPHENS
  Zachariah Larson, Esq. (NV Bar No 7787)
  Kyle O. Stephens, Esq. (NV Bar No. 7928)
  810 S. Casino Center Blvd., Ste. 104
  Las Vegas, NV 89101
  (702) 382-1170 (Telephone)
  (702) 382-1169
  zlarson@lslawnv.com
  Attorneys for Debtors

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-001\DOCS_SF:69112.1