James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and Debtors in Possession

E-filed: December 14, 2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐   All Debtors<br>☒   Affects the following Debtor(s):<br>APACHE FRAMING, LLC | Hearing Date:  December 17, 2009<br>Hearing Time:  9:30 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:208640.4

BATCAVE, LP
BRAVO, INC.
CHALKLINE, LP
ELKHORN PARTNERS, A NEVADA LP
GERONIMO PLUMBING LLC
GLYNDA, LP
GUNG-HO CONCRETE LLC
HERITAGE LAND COMPANY, LLC
JACKKNIFE, LP
OVERFLOW, LP
PARCEL 20, LLC
PINNACLE GRADING, LLC
RHODES HOMES ARIZONA, LLC
RHODES ARIZONA PROPERTIES, LLC
THE RHODES COMPANIES, LLC
RHODES RANCH GOLF COUNTRY CLUB, LLC
RHODES RANCH GENERAL PARTNERSHIP
SIX FEATHERS HOLDINGS, LLC
TRIBES HOLDINGS, LLC
TICK, LP
TRIBES HOLDINGS, LLC
TUSCANY GOLF COUNTRY CLUB, LLC
WALLBOARD, LP

**FIFTH STIPULATION BETWEEN INTERNAL REVENUE SERVICE AND DEBTORS CONTINUING DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [DOCKET NO. 357]**

Regarding the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* (the "Objection"), filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), the Debtors and the Internal Revenue Service ("IRS") hereby stipulate and agree in order to allow the parties additional time to consensually resolve all of the IRS's claims:

1. The Objection currently set for hearing on December 17, 2009 at 9:30 a.m. shall be continued to the omnibus hearing on January 14, 2010 at 9:00 a.m.

73203-002\DOCS_LA:208640.4

2

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Dated:    December 14, 2009

By    */s/ Virginia Lowe, Esq.*
---
Virginia Cronan Lowe, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated:    December 14, 2009

By    */s/ Shirley S. Cho*
---
Shirley S. Cho, Esq.
Co-Counsel for The Rhodes Companies,
LLC, Debtors and Debtors in Possession

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:208640.4

3