James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File:  December 18, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>  Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: January 14, 2010 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:213190.1

|   |   |
|---|---|
| Affects:<br>☐    All Debtors<br>☒    Affects the following Debtor(s)<br>BRAVO, INC., ELKHORN INVESTMENTS, INC., ELKHORN PARTNERS | Hearing Time:  9:00 a.m.<br>Courtroom 1 |

**NOTICE OF HEARING ON MOTION OF DEBTORS FOR ORDER TO LIFT THE AUTOMATIC STAY TO EFFECTUATE PREPETITION SETTLEMENT**

**PLEASE TAKE NOTICE** that on January 14, 2010 at 9:00 a.m. a hearing will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, on the *Motion of Debtors for Order to Lift the Automatic Stay to Effectuate Prepetition Settlement* (the "Motion").  Pursuant to the Motion, Bravo, Inc. ("Bravo"), Elkhorn Investments, Inc. ("Elkhorn Investments") and Elkhorn Partners, LP ("Elkhorn Partners"), three of the above-captioned debtors and debtors in possession (the "Debtors"), seek an order lifting the automatic stay under section 362 of the Bankruptcy Code to permit them to consummate a global prepetition settlement (the "Global Settlement") involving forty homeowner-plaintiffs (the "Fulks Homeowners"), Rhodes Design & Development Corp. ("RD&D"), Elkhorn Investments, Elkhorn Partners, Bravo and various subcontractors.  The Fulks Homeowners had sued RD&D as general contractor, and Elkhorn Investments and Elkhorn Partners as additional defendants.  In turn, RD&D, Elkhorn Investments and Elkhorn Partners sued various subcontractors, including Bravo.

Elkhorn Investments and Elkhorn Partners support the Global Settlement because their insurer is paying for their release.  Bravo supports the Global Settlement because its insurers are paying for its release.  The compromise reached in the Global Settlement is a fair and reasonable one, offering the best net result for the estates because the Global Settlement promptly resolves these disputes, avoiding protracted and expensive litigation, and eliminates the exposure of Elkhorn Investments, Elkhorn Partners and Bravo under the Litigation, without expending any of their funds.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is being served concurrently on you and is also on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-001\DOCS_LA:213190.1

2

PACER account is required); and through the Debtors' claims agent's website: www.omnimgt.com/rhodes; or by calling (866) 989-6144.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief in the Motion must be filed and served pursuant to Local Rule 9014(d)(1), which provides: "Oppositions to a motion must be filed and served on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) business days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule." If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above-noticed hearing or any adjournment thereof.

**DATED** this 18th day of December, 2009.

                    LARSON & STEPHENS

                    /s/ Zachariah Larson, Esq.
                    Zachariah Larson, Bar No. 7787
                    Kyle O. Stephens, Bar No. 7928
                    810 S. Casino Center Blvd., Suite 104
                    Las Vegas, NV 89101
                    702/382.1170
                    Attorneys for Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382.1170   Fax: (702) 382-1169