James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: December 21, 2009

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects:
☐    All Debtors
☒    Affects the following Debtor(s)
Rhodes Design and Development Corporation
The Rhodes Companies, LLC

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AN 3007 [BOOKS AND RECORDS CLAIMS – REDUCE & ALLOW] [ DOCKET NO. 752]** was entered on December 18, 2009.  A copy of the Order is attached hereto.

**DATED** this 21st day of December, 2009.

**LARSON & STEPHENS**

  /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

Case 09-14814-lbr    Doc 857    Entered 12/18/09 15:29:56    Page 1 of 5

**Entered on Docket**
**December 18, 2009**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>Rhodes Design and Development<br>Corporation<br>The Rhodes Companies, LLC | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: December 17, 2009<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

**ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 3003 AND 3007
[BOOKS AND RECORDS CLAIMS – REDUCE & ALLOW] [DOCKET NO. 75]**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:212519.1

1    Upon consideration of the *Debtors' Eighth Omnibus Objection to Claims Pursuant to*

2  *Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and*

3  *Records Claims – Reduce & Allow]* [Docket No. 752] (the "Eighth Omnibus Objection"),[2] filed

4  by the above-captioned debtors and debtors in possession (collectively, the "Debtors"),

5  requesting that the Court enter an order reducing the Books and Records Claims as set forth in

6  the Column marked "Total Modified Amount" in **Exhibit A** attached hereto; and the Court

7  having jurisdiction to consider the Eighth Omnibus Objection and the relief requested therein

8  pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding

9  pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

10  §§ 1408 and 1409; and the Court having reviewed the Eighth Omnibus Objection; the Court

11  hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy

12  Procedure, due and proper notice has been provided to the holders of the Books and Records

13  Claims and all other parties entitled to notice; and no other or further notice is necessary; and the

14  relief requested in the Eighth Omnibus Objection is in the best interests of the Debtors, their

15  estates and creditors; and that the legal and factual bases set forth in the Eighth Omnibus

16  Objection establishes just cause for the relief requested therein; therefore

17    IT IS HEREBY ORDERED THAT:

18    1.    The Eighth Omnibus Objection is granted.

19    2.    The Books and Records Claims identified on **Exhibit A** attached hereto are

20  hereby reduced as set forth in the column marked "Total Modified Amount" in **Exhibit A**.

21    3.    This Court shall retain jurisdiction to hear and determine all matters arising from

22  the implementation of this Order.

23

24

25

26

27

28  [2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Eighth Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

APPROVED / DISAPPROVED:

2    DATED this 17th day of December 2009.

3    By: _____
     UNITED STATES TRUSTEE

4    August B. Landis
     Office of the United States Trustee
5    300 Las Vegas Blvd. S., Ste. 4300
     Las Vegas, NV 89101
6

7
     Submitted by:
8    DATED this 17th day of December 2009.

9    By: /s/ Zachariah Larson
         LARSON & STEPHENS
10       Zachariah Larson, Esq. (NV Bar No 7787)
         Kyle O. Stephens, Esq. (NV Bar No. 7928)
11       810 S. Casino Center Blvd., Ste. 104
         Las Vegas, NV 89101
12       (702) 382-1170 (Telephone)
         (702) 382-1169
13       zlarson@lslawnv.com
         *Attorneys for Debtors*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

73203-002\DOCS_LA:212519.1                    3

# EXHIBIT A

## To Eighth Omnibus Objection to Claims
### [Books & Records – Reduce and Allow]

| Claim No. | Claimant Name | Filed in Debtor Case | Claimed Amount Unsecured | Total Claimed Amount | Total Modified Amount | Proposed Treatment/ Disposition |
|---|---|---|---|---|---|---|
| 74 | CAPITOL NORTH AMERICAN<br>1780 SOUTH MOJAVE ROAD<br>LAS VEGAS, NV 89104 | 09-14814 | 2,664.00 | 2,664.00 | 1,852.10 | Reduce and allow as a general unsecured claim in the modified amount |
| 22 | KYLE MOYER & COMPANY<br>JANET BETTS<br>HOLME ROBERTS & OWEN, LLP<br>16427 N. SCOTTSDALE RD, STE 300<br>SCOTTSDALE, AZ 85254 | 09-14814 | 34,104.74 | 34,104.74 | 30,000.00 | Reduce and allow as a general unsecured claim in the modified amount |
| 8 | OFFICE DEPOT<br>ATTN: KATHLEEN LARAMORE<br>6600 N. MILITARY TRAIL -S413G<br>BOCA RATON, FL 33496 | 09-14814 | 3,270.88 | 3,270.88 | 2,666.88 | Reduce and allow as a general unsecured claim in the modified amount |
| 3 | QUALCOMM INCORPORATED<br>SALLY CADIRCI, LEGAL ANALYST<br>5775 MOREHOUSE DRIVE, AA-4420<br>SAN DIEGO, CA 82121 | 09-14817 | 6,073.00 | 6,073.00 | 1,500.00 | Reduce and allow as a general unsecured claim in the modified amount |
| 29 | ROADSAFE TRAFFIC SYSTEMS INC<br>ATTN: ELISEO SEGUI<br>3015 E ILLINI ST<br>PHOENIX, AZ 85040 | 09-14846 | 6,173.00 | 6,173.00 | 2,097.33 | Reduce and allow as a general unsecured claim in the modified amount |
| 132 | WILMAR CONTRACTING, INC.<br>ATTN: MELANIE HENRY<br>4525 W. HACIENDA AVE., SUITE 1<br>LAS VEGAS, NV 89118 | 09-14846 | 9,191.50 | 9,191.50 | 5,688.00 | Reduce and allow as a general unsecured claim in the modified amount |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  **LR 9021 Certification**

2

3  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

4  ___ The court has waived the requirement of approval under LR 9021.

5  _X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

6  ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7  any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8  and each has approved or disapproved the order, or failed to respond, as indicated below.

9

10  Submitted by:
DATED this 17th day of December, 2009.

11

12  By: /s/ Zachariah Larson
       LARSON & STEPHENS

13  Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)

14  810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101

15  (702) 382-1170 (Telephone)
(702) 382-1169

16  zlarson@lslawnv.com
Attorneys for Debtors

17

18

19

20

21

22

23

24

25

26

27

28

73203-002\DOCS_LA:212519.1