1  James I. Stang, Esq. (CA Bar No. 94435)                   E-File: December 21, 2009
   Shirley S. Cho, Esq. (CA Bar No. 192616)
2  Werner Disse, Esq. (CA Bar No. 143458)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email: jstang@pszjlaw.com
6         scho@pszjlaw.com
7         wdisse@pszjlaw.com

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS
9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
10 Telephone:  702/382.1170
   Facsimile:  702/382.1169
11 Email: zlarson@lslawnv.com

12
   Attorneys for Debtors and
13 Debtors in Possession

14              **UNITED STATES BANKRUPTCY COURT**

15                    **DISTRICT OF NEVADA**

16 In re:                                    Case No.: BK-S-09-14814-LBR
                                             (Jointly Administered)
17
   THE RHODES COMPANIES, LLC, aka
18 "Rhodes Homes, et al.,[1]                  Chapter 11

19              Debtors.

20

21 [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
22 Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
23 Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
24 Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
25 Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
26 Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
27 14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
28 (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

Affects:
☐    All Debtors
☒    Affects the following Debtor(s)
Bravo, Inc.

## NOTICE OF ENTRY OF ORDER

**TO: ALL INTERESTED PARTIES:**

YOU ARE HEREBY NOTICED that an **ORDER GRANTING STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY [ DOCKET NO. 302]** was entered on December 21, 2009. A copy of the Order is attached hereto.

**DATED** this 21st day of December, 2009.

LARSON & STEPHENS

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

73203-002\DOCS_LA:201044.1

**Entered on Docket**
**December 21, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]
            Debtors.

Affects:
☐    All Debtors
☒    Affects the following Debtor(s)
      Bravo, Inc.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  December 17, 2009
Hearing Time:  9:30 a.m.
Courtroom 1

## ORDER GRANTING STIPULATION RESOLVING MOTION FOR RELIEF FROM

## STAY [Docket No. 302]

Upon consideration of the *Stipulation for Continuance* [Docket Number 831] between

Bravo, Inc. (the "Debtor") and Harsch Investment Properties – Nevada LLC (the "Movant"), and

good cause appearing,

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:212809.1

1    IT IS HEREBY ORDERED that the Stipulation is approved, and the *Motion for Relief*

2  *from Stay* [Docket Number 302] is resolved as set forth in the Stipulation.

3

4  APPROVED/DISAPPROVED:

5  DATED this 17th day of December, 2009.

6  By: _____
   UNITED STATES TRUSTEE

7  August Landis
   Office of the United States Trustee

8  300 Las Vegas Blvd. S., Ste. 4300

9  Las Vegas, NV  89101

10 PREPARED AND SUBMITTED BY:

11 LARSON & STEPHENS

12 By: /s/ Zachariah Larson, Esq.

13     Zachariah Larson, Esq., Bar No. 7787
       810 S. Casino Center Blvd., Suite 104

14     Las Vegas, Nevada 89101
       Tel: (702) 382-1170

15     Fax: (702) 38201169

16 Attorneys for the Debtors

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73262-002 3 SOLS_LA-212 (E.)

Case 09-14814-lbr    Doc 864    Entered 12/21/09 13:25:01    Page 3 of 5
Case 09-14814-lbr    Doc 831    Entered 12/11/09 14:12:44    Page 1 of 3

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

E-File: December 11, 2009

Attorneys for Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐   All Debtors<br>☒   Affects the following Debtor(s)<br>Bravo, Inc. | Hearing Date: December 17, 2009<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:212754.1

Case 09-14814-gwz    Doc 868    Entered 12/21/09 16:55:50    Page 6 of 7
Case 09-14814-lbr    Doc 864    Entered 12/21/09 13:25:01    Page 4 of 5
Case 09-14814-lbr    Doc 831    Entered 12/11/09 14:12:44    Page 2 of 3

1    **<u>STIPULATION RE MOTION FOR RELIEF FROM STAY REFILED PURSUANT TO</u>**

2    **<u>ORDER OF THE COURT AND UPDATED [DOCKET NUMBER 302]</u>**

3    This stipulation (the "Stipulation") is made and entered into by Bravo, Inc. (the

4    "Debtor"), one of the above-captioned debtors and debtors in possession (the "Debtors"), and

5    Harsch Investment Properties – Nevada LLC (the "Movant"), through their respective counsel,

6    and is made in reference to the following facts:

7    A.    On July 2, 2009, Movant filed its *Motion for Relief from Stay Refiled Pursuant to*

8    *Order of the Court and Updated* [Docket Number 302] (the "Motion").

9    B.    On July 24, 2009, the Debtor filed its *Debtor's Opposition to Motion for Relief*

10    *from Stay Filed by Harsch Investment Properties – Nevada LLC* [Docket Number 347].

11    D.    On July 29, 2009, Movant filed its *Harsch Investment Properties, Nevada LL's*

12    *Reply to Debtor's Opposition to the Motion to Lift Automatic Stay and in Support of Motion as*

13    *Refiled* [Docket Number 371].

14    NOW, THEREFORE, IT IS HEREBY STIPULATED by the undersigned parties,

15    through their counsel and respective representatives that:

16    1.    Upon entry of an order approving this Stipulation, the Motion shall be deemed

17    withdrawn without prejudice.

18    2.    Movant retains all of its rights and remedies against the Debtor's insurer Lloyd's

19    of London and the dismissal of the Motion shall not prejudice the Movant's rights to argue that it

20    is entitled to a defense and indemnity of its claim against the Debtor's insurer, Lloyd's of

21    London with respect to a state court lawsuit entitled *Rosen v. Bravo, Inc., et al.*, case no. 08-A-

22    570558-C, whether in this Court or otherwise.

23    3.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

24    interpretation or enforcement of this Stipulation.

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:212754.1

7

Case 09-14814-gwz    Doc 868    Entered 12/21/09 16:55:50    Page 7 of 7

Case 09-14814-lbr    Doc 864    Entered 12/21/09 13:25:01    Page 5 of 5
Case 09-14814-lbr    Doc 831    Entered 12/11/09 14:12:44    Page 3 of 3

1   DATED this 11th day of December, 2009.          DATED this 11th day of December, 2009.

2   By: _/s/ Janice J. Brown, Esq._                 By: /s/ Zachariah Larson

3      LEWIS BRISBOIS BRISGAARD &                    LARSON & STEPHENS
       SMITH LLP                                     Zachariah Larson, Esq. (NV Bar No 7787)
4      Janice J. Brown, Esq., Bar No. 001118         Kyle O. Stephens, Esq. (NV Bar No. 7928)
       400 South Fourth St., Suite 500               810 S. Casino Center Blvd., Ste. 104
5      Las Vegas, Nevada 89101                       Las Vegas, NV 89101
       Tel: (702) 893-3303                           (702) 382-1170 (Telephone)
6      Fax: (702) 893-3789                           (702) 382-1169 (Facsimile)
7      *Counsel for Movant*                          zlarson@lslawnv.com
                                                     *Counsel for Debtors*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical)* LARSON & STEPHENS  810 S. Casino Center Blvd., Suite 104  Las Vegas, Nevada 89101  Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:212754.1