**CERTIFICATE OF SERVICE**

STATE OF NEVADA    )
                   ) ss.
CLARK COUNTY       )

I, ARIANA GUTIERREZ, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 2881 Business Park Court, Suite 210, Las Vegas, NV 89128.

On December 22, 2009, I served the documents described as **MOTION AND NOTICE OF MOTIN FOR MODIFICATION OF AUTOMATIC STAY IN ORDER TO PROCEED AGAINST DEBTOR AS A NOMINAL DEFENDANT AND AS AGAINST INSURANCE PROCEEDS ONLY** upon parties on the Court's service list for the above referenced case.

___    VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business.

_X_    VIA E-SERVICE through the Federal Bankruptcy Court, District of Nevada, Electronic Case Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Las Vegas, Nevada, on December 22, 2009

                  /s/ *Ariana Gutierrez*
                  Ariana Gutierrez

{00059277.DOC}