## * * § 362 INFORMATION COVER SHEET * *

Rhodes Companies, LLC et al.       09-14814-LBR        Docket #860
**DEBTOR**                          Case No:            MOTION #:
Rhodes Companies, LLC et al.        CHAPTER: 11
**MOVANT**

### Certification of Attempt to Resolve the Matter Without Court Action:

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: 12/18/09        Signature: _____
                                  Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: none - lift stay to effect settlement agreement
NOTICE SERVED ON: Debtor(s) ☐ ; Debtor's counsel ☐ ; Trustee ☑ ;
DATE OF SERVICE: 12/18/09

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st not applicable | 1st not applicable |
| 2nd | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other: | Other: |
| Total Encumbrances: | Total Encumbrances: |
| APPRAISAL of OPINION as to VALUE: not applicable | APPRAISAL of OPINION as to VALUE: not applicable |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT : |
|---|---|
| Amount of Note: | . |
| Interest Rate: | . |
| Duration: | . |
| Payment per Month: | . |
| Date of Default: | . |
| Amount in Arrears: | . |
| Date of Notice of Default: | . |
| SPECIAL CIRCUMSTANCES: not applicable | SPECIAL CIRCUMSTANCES: not applicable |
| SUBMITTED BY: _____ | SUBMITTED BY: Zachariah Larson |
|  | SIGNATURE: _____ |