James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

E-File:  December 22, 2009

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

    Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. 09-14814 LBR

Date:  N/A
Time:  N/A
Place:  N/A

**STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE [RE: DOCKET NO. 126]**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:208522.4

This Stipulation is entered into by and between the above-captioned Debtors and Debtors in Possession (the "Debtors"), the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), and the Official Committee of Unsecured Creditors (the "OCUC"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

**RECITALS**

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364*, etc. [Docket No. 126] (the "Final Cash Collateral Order");

WHEREAS, the Final Cash Collateral Order has been extended from time to time pursuant to stipulation of the Parties and further Orders by this Court;

WHEREAS, pursuant to the Order Approving the Third Stipulation re Emergency Motion to Extend Cash Collateral Termination Date [Docket No. 535], the Cash Collateral Termination Date as defined in the Final Cash Collateral Order is currently set to expire on January 11, 2010 at 11:59 p.m. prevailing pacific time;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

**AGREEMENT**

1. Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash

Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Collateral Order through the earlier of (i) February 28, 2010 at 11:59 p.m. (prevailing Pacific Time) or (ii) the Effective Date of the plan pursuant to the Budget attached hereto as Exhibit A (solely with respect to the earlier of those two dates) with all other provisions of the Final Cash Collateral Order remaining in full force and effect, except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waived under a prior stipulation and order.

2. The Challenge Period set forth in paragraph 10 of the Final Cash Collateral Order shall be extended through February 28, 2010.

Dated: December 22, 2009

**APPROVED**

By: /s/ Philip C. Dublin
AKIN GUMP STRAUSS
HAUER & FELD LLP
Ira S. Dizengoff (NY Bar No. 2565687)
 Philip C. Dublin (NY Bar No. 2959344)
 Abid Qureshi (NY Bar No. 268437)
One Bryant Park
New York, NY 10036
*Counsel for the First Lien Steering Committee*

**APPROVED**

By: /s/ Ramon M. Naguiat
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Ramon M. Naguiat
 300 S. Grand Ave., #3400
Los Angeles, CA 90071
*Counsel for Credit Suisse, Cayman Islands Branch, as Agent for First Lien Lenders*

**APPROVED**

By: /s/ James I. Stang
James I. Stang
Pachulski Stang Ziehl Young & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
*Counsel for Debtors and Debtors-in-Possession*

**APPROVED**

By: /s/ J. Thomas Beckett
J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
*Counsel for Official Committee of Unsecured Creditors*

DOCS_LA:208522.4                    3

# EXHIBIT A

**Rhodes Homes 11 Week Cash Flow Forecast**
**Revised 12/22/2009**

Starting Cash on 12/11/2009 (Projection)   $ 5,768,983

| Line # | Week Ending | Actual 38 12/18/2009 | 39 12/25/2009 | 40 1/1/2010 | 41 1/8/2010 | 42 1/15/2010 | 43 1/22/2010 | 44 1/29/2010 | 45 2/5/2010 | 46 2/12/2010 | 47 2/19/2010 | 48 2/26/2010 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | 7 | 3 | 1 | 1 | 3 | 2 | 3 | 3 | 3 | 2 | 0 | 28 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 4 | Net Revenues - Backlog (Sold) | $ 1,610,469 | $ 612,009 | $ 311,690 | $ 240,141 | $ 935,098 | $ 491,916 | $ 611,805 | $ 724,232 | $ 892,476 | $ 450,884 | $ - | $ 6,880,720 |
| 5 | Net Revenues - New Sales Not started (Projected) | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | - | - | - | - | - | - | - | - | - | - | 339,600 | 339,600 |
| 7 | Revenues - Park Construction | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 | Tuscany Golf Course Revenues | 29,527 | 18,000 | 52,000 | 50,000 | 50,000 | 55,000 | 60,000 | 65,000 | 65,000 | 65,000 | 65,000 | 574,527 |
| 9 | Pinnacle Grading Revenues | - | - | - | - | - | - | - | - | - | - | - | - |
| 10 | Miscellaneous Refunds and Fees | 18,180 | - | - | - | - | - | - | - | - | - | - | 18,180 |
| 11 | **Total Cash Receipts** | 1,658,176 | 630,009 | 363,690 | 290,141 | 985,098 | 546,916 | 671,805 | 789,232 | 957,476 | 515,884 | 404,600 | 7,813,026 |
| 12 | Insurance Financing | - | 192,340 | - | - | - | - | 2,788 | - | - | - | 2,788 | 197,916 |
| 13 | IT Services / Equip. | - | - | 8,591 | - | - | - | - | 8,591 | - | - | - | 17,181 |
| 14 | Storage | - | - | 300 | - | - | - | - | - | - | - | - | 300 |
| 15 | Rent | - | - | 31,393 | - | - | - | - | 31,393 | - | - | - | 62,786 |
| 16 | Brokerage License | - | - | 1,000 | - | - | - | - | 1,000 | - | - | - | 2,000 |
| 17 | HOA Fees (1) | - | - | 7,760 | - | - | - | - | 7,760 | - | - | - | 15,520 |
| 18 | Model Home Leases (2) | - | - | 23,092 | - | - | - | - | 23,092 | - | - | - | 46,183 |
| 19 | **Total 1st of Month Payments** | - | 192,340 | 72,135 | - | - | - | 2,788 | 71,835 | - | - | 2,788 | 341,885 |
| 20 | Rhodes Homes Payroll | 67,471 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 757,471 |
| 21 | Rhodes Homes Ordinary Course Professionals | 19,711 | - | - | 30,000 | - | 20,000 | - | 30,000 | - | - | 20,000 | 119,711 |
| 22 | Rhodes Homes Consultants | 22,703 | 3,138 | 2,500 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | - | 168,341 |
| 23 | Rhodes Homes AZ Payroll | - | - | - | - | - | - | - | - | - | - | - | - |
| 24 | Pinnacle Payroll | 3,089 | 3,089 | 3,089 | 3,089 | 3,089 | 3,089 | 3,089 | 1,561 | 1,561 | 1,561 | 1,561 | 27,868 |
| 25 | **Total Payroll and Benefits** | 112,973 | 75,227 | 74,589 | 122,089 | 92,089 | 112,089 | 92,089 | 120,561 | 90,561 | 90,561 | 90,561 | 1,073,390 |
| 26a | Pinnacle (Job Cost) | - | 701 | 451 | 451 | 451 | 451 | 451 | 451 | 451 | 451 | 451 | 4,760 |
| 26b | Pinnacle Overhead | 3,846 | 9,277 | 11,985 | 9,246 | 5,846 | 7,265 | 46,985 | 5,846 | 5,846 | 6,474 | 12,348 | 124,965 |
| 27 | Pinnacle (Equipment Notes Payments) | 96,911 | 7,907 | 14,251 | 66,226 | 66,226 | - | 7,907 | 14,251 | 66,226 | - | 7,907 | 281,586 |
| 28 | RH Vertical Costs to Complete - Backlog+Standing (Unsold) | 559,207 | 563,844 | 441,269 | 404,497 | 355,467 | 330,952 | 318,694 | 281,922 | 269,665 | 263,536 | 239,021 | 4,028,073 |
| 29 | RH Vertical Costs to Complete - New Sales Not Started(3) | - | 5,250 | 15,750 | 21,000 | 47,250 | 52,500 | 68,250 | 94,500 | 115,500 | 136,500 | 173,250 | 729,750 |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) | 83,295 | 40,524 | 56,024 | 38,362 | 26,317 | 45,658 | 45,290 | 23,725 | 16,656 | 10,533 | 19,733 | 406,115 |
| 31 | Rhodes Ranch Park (Job Cost) | (1,876) | - | - | - | - | - | - | - | - | - | - | (1,876) |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | 14,894 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 89,894 |
| 33 | Rhodes Homes Vertical Costs - A/P | - | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 35,000 |
| 34 | Rhodes Homes Land Dev. - A/P | - | - | - | - | - | - | - | - | - | - | - | - |
| 35 | Rhodes Homes Land Dev. - Park A/P | - | - | - | - | - | - | - | - | - | - | - | - |
| 36 | **Total Job Cost** | 756,277 | 638,503 | 550,730 | 550,781 | 446,331 | 447,826 | 498,577 | 431,695 | 485,344 | 428,493 | 463,709 | 5,698,267 |
| 37 | Sales / Marketing | 7,555 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 154,509 |
| 38 | G & A | 37,845 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 192,845 |
| 39 | Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - |
| 40 | Builder Subsidies to Tuscany HOA (4) | - | - | 18,349 | - | - | - | - | 18,349 | - | - | - | 36,698 |
| 41 | Sales and Use Tax / Personal Property Taxes | - | 24,842 | 12,500 | - | - | - | 12,500 | 127,500 | - | 12,500 | 12,500 | 454,282 |
| 42 | Debtor's Restructuring Professionals (5) | 12,275 | - | 179,565 | 391,941 | 35,000 | - | - | - | 50,000 | - | - | 499,139 |
| 43 | Committee's Restructuring Professionals (6) | - | 47,046 | - | 94,798 | 13,207 | - | 21,250 | - | - | - | 21,250 | 102,753 |
| 44 | Lenders' Professionals (7) | - | 13,185 | - | - | 450,000 | - | - | 7,500 | 16,656 | - | - | 928,185 |
| 45 | US Trustee Payment Center | - | - | - | 7,500 | - | - | 80,000 | - | 450,000 | - | - | 80,000 |
| 46 | Employee & Consultant Housing and Travel Expenses | - | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 25,000 |
| 47 | **G&A Expenditures** | 57,675 | 117,269 | 245,110 | 526,434 | 530,402 | 32,195 | 145,945 | 188,044 | 532,195 | 32,195 | 65,945 | 2,473,411 |
| 48 | Tuscany Golf Course Costs | 21,899 | 76,260 | 75,500 | 60,000 | 37,500 | 64,000 | 30,000 | 100,000 | 42,500 | 69,000 | 30,000 | 606,659 |
| 49 | Starting Cash Position | 5,768,983 | 6,478,335 | 6,008,745 | 5,354,371 | 4,385,207 | 4,263,983 | 4,154,789 | 4,057,194 | 3,934,291 | 3,741,167 | 3,636,801 | 5,768,983 |
| 50 | Net Revenue for the week | 1,658,176 | 630,009 | 363,690 | 290,141 | 985,098 | 546,916 | 671,805 | 789,232 | 957,476 | 515,884 | 404,600 | 7,813,026 |
| 51 | Disbursement for Week | 948,824 | 1,099,599 | 1,018,064 | 1,259,304 | 1,106,322 | 656,110 | 769,399 | 912,136 | 1,150,600 | 620,250 | 653,003 | 10,193,611 |
| 52 | **Ending Cash Position** | $ 6,478,335 | $ 6,008,745 | $ 5,354,371 | $ 4,385,207 | $ 4,263,983 | $ 4,154,789 | $ 4,057,194 | $ 3,934,291 | $ 3,741,167 | $ 3,636,801 | $ 3,388,398 | $ 3,388,398 |

**Notes:**
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $2,760, (ii) $5,000 X-It.
(2) Lease payments paid to owners of model homes (9 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch.
(3) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction.
(4) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support.
(5) Payments to Pachulski-Stang, Larson & Stephens, Omni, Acceleron Group and the Sullivan Group.
(6) Payments to Beckett, Parsons-Behle&Latimer
(7) Payments to WCP, Akin Gump, Koslear & Leatham.