| | |
|---|---|
| J. Thomas Beckett, Utah Bar 5587<br>*Admitted Pro Hac Vice, Docket No. 224*<br>David P. Billings, Utah Bar #11510<br>*Admitted Pro Hac Vice, Docket Nos. 225*<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT  84111<br>(801) 536-6700<br>tbeckett@parsonsbehle.com;<br>dbillings@parsonsbehle.com<br><br>*Counsel to the Official Committee* | Rew R. Goodenow, Bar 3722<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno, NV  89501<br>(775) 323-1601<br>rgoodenow@parsonsbehle.com<br><br><br><br><br><br>**E-filed:** December 21, 20009<br>**Hearing**: January 14, 2010, 1:30 p.m. |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>    aka "Rhodes Homes, *et al*.,"<br><br>Debtors. | Case No.  BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### NOTICE OF FILING AMENDED EXHIBIT B TO SECOND
### INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER
### AS COUNSEL TO THE UNSECURED CREDITORS COMMITTEE

Attached hereto is Amended Exhibit B to the *Second Interim Fee Application of Parsons Behle & Latimer* **[Rhodes Docket (09-14814-lbr) No. 731]** (the "Second Interim Fee Application"). Amended Exhibit B reflects detailed cost entries supporting the Second Interim Fee Application requesting costs in the amount of $4,901.95.

DATED this 22nd day of December, 2009.

**PARSONS BEHLE & LATIMER**

*/s/ J. Thomas Beckett*

J. Thomas Beckett,
David P. Billings,
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Rew R. Goodenow,
50 West Liberty Street, Suite 750
Reno, NV 89501

*Counsel to the Official Committee*