J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket Nos. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com;
dbillings@parsonsbehle.com

*Counsel to the Official Committee*

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

**E-filed:** December 22, 20009
**Hearing**: January 14, 2010, 1:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>    aka "Rhodes Homes, *et al*.,"<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

## NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER AS COUNSEL TO THE UNSECURED CREDITORS COMMITTEE

**PLEASE TAKE NOTICE** that on January 14, 2010 at 1:30 p.m. a hearing will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the *Second Interim Fee Application of Parsons Behle & Latimer* [Rhodes Docket (09-14814-lbr) Nos. 731 and 873] for the period July 1, 2009 through September 30, 2009 (the "Parsons Behle Second Interim Fee Application"), which seeks allowance and payment of interim compensation and reimbursement of expenses incurred for the time periods and in the amounts set forth in Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Parsons Behle Second Interim Fee Application is on file with and available from the clerk of the United States

Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); and through the Debtor's claims agent's website: www.omnimgt/rhodes; or by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief in the Parsons Behle Interim Fee Application must be filed and served pursuant to Local Rule 9014(d)(1), which provides: "Oppositions to a motion must be filed and served on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) business days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the Court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule." If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse* to allow you to *speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above-noticed hearing or any adjournment thereof.

PARSONS
BEHLE &
LATIMER

18422.001/4814-8528-8709.1

DATED this 22nd day of December, 2010.

**PARSONS BEHLE & LATIMER**

*/s/ J. Thomas Beckett*

J. Thomas Beckett,
David P. Billings,
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

Rew R. Goodenow,
50 West Liberty Street, Suite 750
Reno, NV  89501

*Counsel to the Official Committee*

18422.001/4814-8528-8709.1

## **EXHIBIT A**

| Applicant | Time Period | Fees | Expenses | Total |
|---|---|---|---|---|
| Parsons Behle & Latimer | July 1, 2009- September 30, 2009 | $78,618.75 | $4,109.95 | $83,520.70 |

PARSONS
BEHLE &
LATIMER

18422.001/4814-8528-8709.1