| | |
|---|---|
| J. Thomas Beckett, Utah Bar 5587<br>*Admitted Pro Hac Vice, Docket No. 224*<br>David P. Billings, Utah Bar #11510<br>*Admitted Pro Hac Vice, Docket No. 225*<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT  84111<br>(801) 536-6700<br>tbeckett@parsonsbehle.com;<br>dbillings@parsonsbehle.com<br><br>*Counsel to the Official Committee* | Rew R. Goodenow, Bar 3722<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno, NV  89501<br>(775) 323-1601<br>rgoodenow@parsonsbehle.com<br><br><br><br><br><br><br>**E-filed:** December 22, 2009 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>  aka "Rhodes Homes, *et al*.,"<br><br>Debtors. | Case No.  BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### CERTIFICATE OF SERVICE

1. On the 22nd day of December, 2009, I served the following document(s) (specify):

   a. **NOTICE OF FILING AMENDED EXHIBIT B TO SECOND INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER AS COUNSEL TO THE UNSECURED CREDITORS COMMITTEE [Docket No. 873] (the "Notice of Filing"); and**

   b. **NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER AS COUNSEL TO THE UNSECURED CREDITORS COMMITTEE  [Docket No. 874] (the "Notice of Hearing").**

PARSONS
BEHLE &
LATIMER

4822-9674-7269.1

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

☒    a.    **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary)*

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com;axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com
wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com;dcolvin@marquisaurbach.com;
kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM;gbagley@lionelsawyer.com;
bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;
lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

PARSONS BEHLE & LATIMER

4822-9674-7269.1

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com;susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com;ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com;efilings@hotmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
kdunn@klnevada.com;kgregos@klnevada.com;bankruptcy@klnevada.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com;kdunn@klnevada.com;bankruptcy@klnevada.com; dhoule@klnevada.com;

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☒    **b.    United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

**SEE ATTACHED SERVICE LIST
(NOTICE OF HEARING ONLY, NOT NOTICE OF FILING)**

PARSONS
BEHLE &
LATIMER

4822-9674-7269.1

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

☐ **g.** **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 22, 2009

| | |
|---|---|
| _J. Thomas Beckett_ | _/s/ J. Thomas Beckett_ |
| (Name of Declarant) | (Signature of Declarant) |

PARSONS
BEHLE &
LATIMER

4822-9674-7269.1

## RHODES HOMES 2002 SERVICE LIST

### (NOTICE OF HEARING ONLY)

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702-388-6658

The Internal Revenue Service District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to Debtors and Debtors in Possession**
James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard #1100
Los Angeles, CA 90067

Shirley S. Cho
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard #1100
Los Angeles, CA 90067

Zachariah Larson
Larson & Stephens
810 S. Casino Center Blvd.
Suite 104
Las Vegas, NV 89101

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702-792-9002

Parsons
Behle &
Latimer

4822-9674-7269.1

**Counsel to the Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212-872-1002

Nile Leatham
Timothy P. Thomas, ESq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demarkis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York, NY 10010
(Fax) 212-538-7460

PARSONS BEHLE & LATIMER

4822-9674-7269.1

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer II
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

Jeffrey R. Sylvester, Esq.
James B. MacRobie, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128
(Fax) 702-952-5205

**Request For Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGOS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
(Fax) 702-230-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer, Esq.
Bullivant House Bailey PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

PARSONS
BEHLE &
LATIMER

4822-9674-7269.1

**Counsel for Reef Colonial, LLC**
Bark K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119
(Fax) 702-385-3025

**Counsel for Caterpillar Financial Services Corporation**
Robert R. Kinas, Esq.
Claire Y. Dossier, Esq.
Nishat Baig, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

**Counsel for Creditor Stanley Consultants, Inc.**
Janiece S. Marshall, Esq.
Anderson, McPharlin & Conners LLP
777 North Rainbow Blvd., Ste. 145
Las Vegas, NV 89107
(Fax) 702-1025

**Counsel for Lloyd's of London**
Mitoshi H. Fjuio-White, Esq.
BOORNAZIAN, JENSEN & GARTHE
55 12th St., Suite 1800
Oakland, CA 94607
(Fax) 510-839-1897

**Insurance Company**
Randall D. Patterson
LEXINGTON INSURANCE
100 Summer Street
Boston, MA 02110-2135

**Counsel for Clark County**
Philip S. Gerson, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(Fax) 702-383-0701