James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: December 30, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:213633.1

# CERTIFICATE OF SERVICE

1. On the 30th day of December 2009, I served the following document(s):

   a. **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE [RE DOCKET NO. 126] [DOCKET NO. 883]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐  a.  **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   lvecffilings@gtlaw.com,
   axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;lvlitdock@gtlaw.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   tbw@jonesvargas.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   mwalters@marquisaurbach.com,
   dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

   RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   richard.dreitzer@bullivant.com

   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
   ecf@parsonsbehle.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

   ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
   rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

   BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com,
   susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

73203-002\DOCS_LA:213633.1                                    2

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@klnevada.com, bankruptcy@klnevada.com;dhoule@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

■    **b.    United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED SERVICE LIST

☐    **c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

73203-002\DOCS_LA:213633.1                    3

☐     e.     **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

☐     g.     **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on (date): December 30, 2009

Sophia L. Lee
(Name of Declarant)                        (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:213633.1        4

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# RHODES HOMES 2002 LIST

| | |
|---|---|
| **Office of the United States Trustee**<br>Attn: August B. Landis<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, Nevada 89101 | **Administrative Agent to the First Lien Lenders**<br>CREDIT SUISSE LOAN FUNDING LLC<br>Attn: Tom Lynch<br>Eleven Madison Avenue, 9th Floor<br>New York NY 10010 |
| The Internal Revenue Service, District Director<br>Special Procedures<br>Attn: Bankruptcy Unit<br>4750 West Oakey<br>Las Vegas, NV 89102 | **Administrative Agent to the Second Lien Lenders**<br>Wells Fargo Bank, National Association<br>Attn: David Bergstrom<br>625 Marquette Ave.<br>Mac N9311-110<br>Minneapolis, MN 55479 |
| **Counsel to the Official Committee of Unsecured Creditors**<br>**(and Request for Special Notice)**<br>Rew R. Goodenow<br>Karl Y. Olseon<br>Parsons Behle & Latimer<br>50 West Liberty St., Ste. 750<br>Reno, NV 89501<br><br>J. Thomas Beckett<br>David P. Billings<br>Parsons Behle & Latimer<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111 | **Counsel to the Administrative Agent for the First Lien Lenders**<br>Van C. Durrer II<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, #3400<br>Los Angeles, CA 90071-3144<br><br>Jeffrey R. Sylvester, Esq.<br>James B. MacRobie, Esq.<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Rd., Ste. 120<br>Las Vegas, NV 89128 |
| **Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**<br>Brett A. Axelrod<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169 | **Request For Special Notice**<br><br>**Counsel to Commerce Associates LLC**<br>Janet L. Chubb, Esq.<br>Michael E. Buckley, Esq.<br>JONES VARGAS<br>100 West Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281 |
| **Counsel to The Steering Committee of 1st Lien Lenders**<br>Ira Dizengoff and Phillip Dublin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br><br>Nile Leatham<br>Timothy P. Thomas, Esq.<br>KOLESAR & LEATHAM<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102 | Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373<br><br>**Counsel to Claimant Westar Kitchen & Bath, LLC**<br>Donald H. Williams, Esq.<br>Williams & Wiese<br>612 South Tenth Street<br>Las Vegas, NV 89101<br>(Fax) 702-320-7760 |
| **Counsel to the Administrative Agent for the Second Lien Lenders**<br>Mark Somerstein<br>Don Demakis<br>Ben Schneider<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | **Counsel for Creditor Integrity Masonry, Inc.**<br>Richard I. Dreitzer, Esq.<br>Bullivant Houser Bailey PC<br>3980 Howard Hughes Pkwy., Ste. 550<br>Las Vegas, NV 89169<br><br>**Counsel for Reef Colonial, LLC**<br>Bart K. Larsen, Esq.<br>6725 Via Austi Parkway, Ste. 200<br>Las Vegas, NV 89119 |

73203-002\DOCS_LA:213633.1

5

| | |
|---|---|
| 1 | **Counsel for Caterpillar Financial Services Corporation** |
| 2 | Robert R. Kinas, Esq. |
|   | Claire Y. Dossier, Esq. |
| 3 | Nishat Baig, Esq. |
|   | Snell & Wilmer, LLP |
| 4 | 3883 Howard Hughes Parkway, Ste. 1100 |
|   | Las Vegas, NV  89169 |
| 5 | |
|   | **Counsel for Creditor Stanley Consultants, Inc.** |
| 6 | Janiece S. Marshall, Esq. |
|   | Anderson, McPharlin & Conners LLP |
| 7 | 777 North Rainbow Blvd., Ste. 145 |
|   | Las Vegas, NV  89107 |
| 8 | |
|   | **Counsel for Lloyd's of London** |
| 9 | Mitoshi H. Fujio-White, Esq. |
|   | BOORNAZIAN, JENSEN & GARTHE |
| 10 | 555 12th St., Suite 1800 |
|    | Oakland, CA  94607 |
| 11 | |
|    | **Insurance Company** |
| 12 | Randall D. Patterson |
|    | LEXINGTON INSURANCE |
| 13 | 100 Summer Street |
|    | Boston, MA 02110-2135 |
| 14 | |
|    | **Counsel for Clark County** |
| 15 | Philip S. Gerson, Esq. |
|    | Olson, Cannon, Gormley & Desruisseaux |
| 16 | 9950 West Cheyenne Avenue |
|    | Las Vegas, NV  89129 |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-002\DOCS_LA:213633.1

6