1  James I. Stang, Esq. (CA Bar No. 94435)
   Shirley S. Cho, Esq. (CA Bar No. 192616)

2  Werner Disse, Esq. (CA Bar No. 143458)
   PACHULSKI STANG ZIEHL & JONES LLP

3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100

4  Telephone: 310/277-6910
   Facsimile:  310/201-0760

5  Email: jstang@pszjlaw.com
            scho@pszjlaw.com

6            wdisse@pszjlaw.com

7

8  Zachariah Larson, Esq. (NV Bar No. 7787)
   LARSON & STEPHENS

9  810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101

10 Telephone:  702/382.1170
   Facsimile:  702/382.1169

11 Email: zlarson@lslawnv.com

12

13 Attorneys for Debtors and
   Debtors in Possession

E-File:  January 4, 2010

*(left margin, rotated)* LARSON & STEPHENS 810 S. Casino Center Blvd., Suite 104 Las Vegas, Nevada 89101 Tel: (702) 382.1170  Fax: (702) 382-1169

14

15                      **UNITED STATES BANKRUPTCY COURT**

16                              **DISTRICT OF NEVADA**

17 In re:

18 THE RHODES COMPANIES, LLC, aka
   "Rhodes Homes, et al.,[1]

19                             Debtors.

20 _____

21 Affects:

22 ☐   All Debtors
   ☒   Affects the following Debtor(s):

23 Rhodes Design and Development
   Corporation 09-14846; Tribes Holdings

24 09-14817 and Tuscany Golf Country Club
   09-14884

25

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  January 14, 2010
Hearing Time:  9:00 a.m.
Courtroom 1

26

27 [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache

28 Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);

**DEBTORS' SUPPLEMENT TO FIFTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [BOOKS AND RECORDS CLAIMS]; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this supplement (the "Supplement") to the *Debtors' Fifth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]* [Docket No. 748] (the "Fifth Omnibus Objection") as set forth below.

**General Background**

1.      On November 17, 2009, the Debtors filed the Fifth Omnibus Objection.  The hearing on the Fifth Omnibus Objection was held on December 17, 2009.  At the hearing, the Court granted the Fifth Omnibus Objection as to certain claims, but as to claims of Prolink Systems, Inc., Simplex Grinnell, and US-Yellow, Inc. (the "Claims"), the Court directed that the Debtors file a supplement setting forth in more detail the bases for the objections to the Claims.

2.      Accordingly, the Debtors file this Supplement and Declaration of Paul D. Huygens, attached hereto, objecting to the Claims for the following reasons:

3.      Prolink Systems, Inc.:  Prolink Systems, Inc. ("Prolink") filed an unsecured claim in the amount of $1,920.00 against Tuscany Golf Country Club, LLC, Case No. 09-14884 (Claim No. 18).  There is no documentation attached to the Prolink claim.  Based on the face of the proof of claim, the claim is for two months' worth of contract charges under a contract that has been terminated by the Debtor.  The Debtor's books and records indicate that there are no amounts owing under the contract currently.  Therefore, the Debtor requests that the Prolink claim be disallowed.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

4. <u>Simplex Grinnell</u>:  Simplex Grinnell ("<u>Simplex</u>") filed an unsecured claim in the amount of $4,624.94 against Tribes Holdings, Inc., Case No. 09-14818 (Claim No. 30).  The claim is for work relating to servicing alarm systems installed by Simplex, which alarm systems were under warranty at the time and accordingly, should have been serviced for no charge.  On September 17, 2009, the Debtors sent Simplex a letter requesting that they withdraw their claim.  <u>See</u> **Exhibit A** hereto.  As of the date of the Fifth Omnibus Objection and this Supplement, the Debtors have not received any response from Simplex.  Therefore, the Debtors request that the claim of Simplex be disallowed.

5. <u>US-Yellow, Inc.</u>:  US-Yellow, Inc. ("<u>US Yellow</u>") filed an unsecured claim in the amount of $1,291.16 against Rhodes Design and Development Corporation, Case No. 09-14846 (Claim No. 17).  The claims is for alleged advertising services for 2007 and 2008.  The Debtor had specifically requested that US Yellow pages not run the advertising for the years in question and never authorized such advertising to be run.  On September 18, 2009, the Debtors sent a letter to US Yellow requesting US Yellow provide copies of a signed contract for the alleged 2007 and 2008 advertising services.  <u>See</u> **Exhibit B**.  On or about September 28, 2009, US Yellow provided the Debtors with a copy of a signed contract authorizing advertising services for the year 2005 only.  <u>See</u> **Exhibit C**.  Therefore, the Debtors request that the US Yellow Claim be disallowed.

<u>**CONCLUSION**</u>

6. The Debtors object to the allowance of the Claims for the reasons stated herein, and the Debtors hereby move this Court for an Order disallowing each of aforementioned the Claims.

<u>**NOTICE**</u>

7. Notice of this objection has been provided to (i) the Office of the United States Trustee, (ii) counsel to the Creditors' Committee, (iii) each holder of a Claim to which the Debtors are objecting in this Fifth Omnibus Objection in accordance with the addresses provided in the proof of claim for each Claim, (iv) each person or entity that has filed a notice of appearance and request for special notice, and (v) other required parties pursuant to the Court's

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

case management order entered in these cases.  The Debtors submit that in light of the nature of the relief requested herein, no other or further notice is required.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit D**, disallowing each of the Books and Records Claims, and granting such other and further relief as the Court deems just an proper under the circumstances of these chapter 11 cases.

**DATED** this 4th day of January, 2010.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Debtors and Debtors in Possession

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

1

## Declaration of Paul D. Huygens

2      I, Paul D. Huygens, declare as follows:

3      1.      I am the Senior Vice President of Special Projects for the Debtors.  I have

4  personal knowledge of the facts set forth above and if called to testify, would and could do so.

5      2.      The facts set forth in the Supplement above and true and correct.

6      3.      For the reasons set forth in the Supplement, the Claims should be disallowed as

7  they are not valid claims against the Debtors.

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10      Executed this 4th day of January, 2010 at Las Vegas, Nevada.

11

12                                          _/s/ Paul D. Huygens_____
                                           Paul D. Hugyens

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A



**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

September 17, 2009

**VIA U.S. FIRST CLASS MAIL**

Simplex Grinnell
Attn:  Bankruptcy
50 Technology Drive
Westminster, MA 01441

> **Re:    The Rhodes Companies, et al.**
> **Chapter 11 Case No. 09-14814**
> **(Jointly Administered)**

Dear Simplex Grinnell:

This firm represents The Rhodes Companies, LLC (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14814 LBR).  You filed a proof of claim on behalf of Simplex Grinnell, designated as proof of claim number 30 in the amount of $4,624.94 in the Debtor's bankruptcy case.

The Debtor has indicated that the invoices attached to your claim are for services provided under warranty, and therefore should not be attributable to the Debtor.  Therefore we request that you withdraw your claim.

Please withdraw your Claim by signing and returning the enclosed Notice of Claim Withdrawal form by October 9, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court.  Thank you.

Very truly yours,

/s/
Patricia J. Jeffries

**LOS ANGELES**

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**

FACSIMILE: 310/201 0760

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: **302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**

FACSIMILE: 212/561 7777

PJJ
Enclosure
cc:    Michael A. Matteo

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC,

                    Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

---

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 30**

---

SIMPLEX GRINNELL hereby withdraws its proof of claim, designated as Claim No. 30 filed in the above-captioned case.

Dated: _____, 2009

_____
                                                    (signature)
By:                                                 (print name)
Its:                                                (title)

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor: The Rhodes Companies LLC | Case Number: 09-14814 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): SimplexGrinnell

Name and address where notices should be sent:

SimplexGrinnell
Attn: Bankruptcy
50 Technology Drive    978-731-8220
Westminster, MA 01441

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Same

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $ 4624.94

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Service performed / Goods sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____ 1196831

   **3a. Debtor may have scheduled account as:** 1196831
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:**$_____ **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $ 4624.94

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 6/4/9 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Barbara King*   A/R Specialist | FOR COURT USE ONLY **FILED** JUN 24 2009 |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

011660

YB 30

**SimplexGrinnell** BE SAFE.

D-U-N-S 09-4738007
FED. ID 58-2608861

*A Tyco International Company*
District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE |
|---|---|
| 64391520 | 03-05-09 |

| SERVICE REQUEST # | SERVICE REQ. CREATED |
|---|---|
| 12767082 | 03-03-09 |

| PO NUMBER |
|---|
| |

| NATIONAL ACCOUNT NUMBER |
|---|
| |

| PAYMENT TERMS |
|---|
| COD |

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

"Let us know how we are doing"
www.simplexgrinnell.com

**Service Requested By:** Dean Griffith

**Requestors Phone Number:** 702-328-9552

Description of work
Tech arrived on site on 3/4/09 and began trouble shooting
ground fault. Tech returned on 3/5/09 and continued trouble
shooting ground fault mapnet  channel 4 and it is between bldg
21 and 16. Tech repulled new underground wire to clear trouble.
System is normal.

Signature authorization on file
Thank you

| | |
|---|---|
| Labor | $1,282.50 |
| Material | |
| Other | $81.00 |
| Invoice Amount | $1,363.50 |
| Taxes | $0.00 |
| Total Invoice Amount | $1,363.50 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

**Total Amount Due** ▷ **$1,363.50**

---

**SimplexGrinnell** BE SAFE.
*A Tyco International Company*

REMITTANCE COPY

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
$1,363.50

BILL TO  Rhodes Homes
435-01196831
SHIP TO  X-It Condos
435-01680401

INVOICE NUMBER  64391520

INVOICE DATE  03-05-09

CUSTOMER P.O.

REMIT TO  SimplexGrinnell
Dept. CH 10320
Palatine            IL    60055-0320

6000136350264391520

☐ Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**SimplexGrinnell** BE SAFE.

*A Tyco International Company*
Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921



| INVOICE NO. |
| :---: |
| 64391520 |

| DATE OF INVOICE |
| :---: |
| 03-05-09 |

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 12767082 | 18805457 | 05-MAR-09 | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 3 HR | $513.00 |
| 12767082 | 18815732 | 05-MAR-09 | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 3 HR | $513.00 |
| 12767082 | 18785788 | 05-MAR-09 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $81.00 |
|  |  |  | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 1.5 HR | $256.50 |

REPRINT

D-U-N-S 09-4738007
FED. ID 58-2608861

# SimplexGrinnell BE SAFE.

*A Tyco International Company*
District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact ▪

| INVOICE NO. | INVOICE DATE |
|---|---|
| 64458281 | 03-27-09 |

| SERVICE REQUEST # | SERVICE REQ CREATED |
|---|---|
| 12930002 | 03-26-09 |

| PO NUMBER |
|---|
| |

| NATIONAL ACCOUNT NUMBER |
|---|
| |

| PAYMENT TERMS |
|---|
| COD |

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

**"Let us know how we are doing"**
www.simplexgrinnell.com

**Service Requested By:** Linn Hughes          **Requestors Phone Number:** 702-287-1319

Description of work
Tech arrived on site on 3/26/09 and an electrician was working
on building 21 and had the breaker off. This caused the AC power
failure. Tech turned breaker back on and the trouble cleared.
System is normal.

Signature authorization on file
Thank you

| | |
|---|---|
| Labor | $342.00 |
| Material | |
| Other | $81.00 |
| Invoice Amount | $423.00 |
| Taxes | $0.00 |
| Total Invoice Amount | $423.00 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

Total Amount Due ▷          **$423.00**

---

# SimplexGrinnell BE SAFE.
*A Tyco International Company*

REMITTANCE COPY
PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
$423.00

BILL TO  Rhodes Homes
435-01196831
SHIP TO  X-It Condos
435-01680401

INVOICE NUMBER  64458281

INVOICE DATE  03-27-09

CUSTOMER P.O.

REMIT TO  SimplexGrinnell
Dept. CH 10320
Palatine          IL     60055-0320     1000042300664458281

☐ Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**SimplexGrinnell** *BE SAFE.*

*A Tyco International Company*
Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921



INVOICE NO.

64458281

DATE OF INVOICE

03-27-09

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 12930002 | 19015917 | 26-MAR-09 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $81.00 |
| | | | ALARM AND DETECTION REGULAR LABOR | SFTW TSPW RG | 2 HR | $342.00 |

REPRINT

D-U-N-S 09-4738007
FED. ID 58-2608861

**tyco** | Fire & Security | **SimplexGrinnell**

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE | PO NUMBER |
|---|---|---|
| 63867780 | 09-12-08 | |

| SERVICE REQUEST # | SERVICE REQ. CREATED | NATIONAL ACCOUNT NUMBER |
|---|---|---|
| 11256352 | 09-10-08 | |

| | PAYMENT TERMS |
|---|---|
| | Due upon receipt |

**Bill To:** 435-01196831
Rhodes Homes
4730 S Ft Apache Rd
Ste #300
LAS VEGAS NV 89147-0000

**Ship To:** 435-01680401
X-It Condos
9050 W Tropicana
LAS VEGAS NV 89147-0000

"Let us know how we are doing"
www.simplexgrinnell.com

**Service Requested By:**                    **Requestors Phone Number:**

Description of work
(1) KH SEMI ANNUAL
(1) KH ADDITIONAL CYLINDER INSP
(1) KH LINK LINE ADJ.
(7) FUSIBLE LINK
(3) BLOW OFF CAP-METAL
SIGNATURE ON FILE:

ERIC OSTROW

| | |
|---|---|
| Labor | |
| Material | $2,625.00 |
| Other | $10.00 |
| Invoice Amount | $2,635.00 |
| Taxes | $203.44 |
| Total Invoice Amount | $2,838.44 |
| Payment Received | $0.00 |

WE ACCEPT ALL MAJOR CREDIT CARDS

Total Amount Due ▷  **$2,838.44**

---

**REMITTANCE COPY**

**tyco** | Fire & Security | **SimplexGrinnell**

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

TOTAL AMOUNT DUE
**$2,838.44**

BILL TO  Rhodes Homes
435-01196831
SHIP TO  X-It Condos
435-01680401

INVOICE NUMBER  63867780

INVOICE DATE  09-12-08

CUSTOMER P.O.

REMIT TO  SimplexGrinnell
Dept. CH 10320
Palatine          IL    60055-0320          9000283844563867780

☐ Check Box and Complete Reverse Side for Credit Card Payments OR Pay Online at **www.simplexgrinnell.com**

**tyco** | Fire & Security | **SimplexGrinnell**

Billing Questions:

District # 435
1545 PAMA LANE
LAS VEGAS,NV 89119-4304
702-739-1921

| INVOICE NO. |
| :---: |
| 63867780 |

| DATE OF INVOICE |
| :---: |
| 09-12-08 |

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 11256352 | 16595815 | 10-SEP-08 | SUPPRESSION LABOR | 1-SUPLBR | 1 EA | $0.00 |
| 11256352 | | 10-SEP-08 | FUEL SURCHARGE | FUEL SURCHARGE | 1 EA | $10.00 |
| 11256352 | 16595815 | 12-SEP-08 | SUPPRESSION MATERIAL | 1-SUPMTL | 35 EA | $2,625.00 |

REPRINT

# EXHIBIT B



**PACHULSKI**
**STANG**
**ZIEHL**
**&**
**JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

S A N   F R A N C I S C O ,   C A
L O S   A N G E L E S ,   C A
W I L M I N G T O N , D E
N E W   Y O R K ,   N Y

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**LOS ANGELES**
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**
FACSIMILE: 310/201 0760

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: **302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**
FACSIMILE: 212/561 7777

WEB: www. pszjlaw.com

September 18, 2009

**VIA U.S. FIRST CLASS MAIL**

US-Yellow, Inc.
Attn: Traci Mastrocinque
PO Box 3110
Jersey City, NJ 07303

      **Re:**    **The Rhodes Companies, et al.**
                **Chapter 11 Case No. 09-14814**
                **(Jointly Administered)**

Dear Ms. Mastrocinque:

      This firm represents Rhodes Design and Development Corporation (the "Debtor") in its Chapter 11 bankruptcy filed in the United States Bankruptcy Court for the District of Nevada (Case No. 09-14846 LBR).  A proof of claim was filed by you on behalf of US-Yellow, Inc., designated as proof of claim number 17 in the amount of $1,291.60, in the Debtor's bankruptcy case.

      The Debtor has indicated that it did not authorize the publication of its name in the US-Yellow pages for the 2007 and 2008 publications, and therefore do not believe you have a valid claim.  Absent proof of a signed contract authorizing the publication of its name during the 2007 and 2008 years, we request that you withdraw your claim.

      Please withdraw your claim by signing and returning the enclosed Notice of Claim Withdrawal form by October 9, 2009 so that we may avoid having to object to your claim in the Bankruptcy Court.  Thank you.

      Very truly yours,

      */s/*

      Patricia J. Jeffries

PJJ
Enclosure
cc:    Michael A. Matteo

1

2

3

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

4

5

6    In re:

Case No.: BK-S-09-14846-LBR

7    RHODES DESIGN AND DEVELOPMENT
     CORPORATION,

Chapter 11

8                                    Debtor.

9    _____

10                **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 17**

11   _____

12           US-YELLOW, INC. hereby withdraws its proof of claim, designated as Claim No. 17 filed in

13   the above-captioned case.

14

15   Dated: _____, 2009

16

17                                    _____
                                                    (signature)

By:
Its:                                          (print name)
                                                      (title)

18

19

20

21

22

23

24

25

26

27

28

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Design and Development Corporation** | Case Number: **09-14846** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**US-Yellow, Inc**

Name and address where notices should be sent:

**US-Yellow, Inc**
**PO Box 3110**
**Jersey City, NJ 07303**

TEL: (817) 360 - 0794

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: ___/___/___

Name and address where payment should be sent (if different from above):

Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ) ___ - ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**  $ 1291.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**  Yellow Pages Advertising
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**  9570

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** _____

**Value of Property:** $_____  **Annual Interest Rate:** ____%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____  **Basis for perfection:** _____

**Amount Secured** $_____  **Amount Unsecured** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

**Amount entitled to priority**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

**FILED**

MAY 0 6 2009

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Nevada

| Date 04/24/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature: _____

Printed Name  Traci Mastrocinque   Office Mgr   Title

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

POC0857

# US-YELLOW
## National Yellow Pages
*"America's Choice"*

| Account No. | Invoice No. | Bill Date | Total Due |
|---|---|---|---|
| 3306-1449576 | 913268-312 | 4/29/2009 | $1,291.60 |

# INVOICE

**BILLING ADDRESS:**

Rhodes Design & Development
4730 S Fort Apache Rd
Las Vegas, NV  89147

## Important Information

- For changes, questions or enhancements to your listing, contact our customer service department. Call (877-360-0794) or fax (800-390-0150).

- We are not affiliated with AT&T or any local telephone company.

Last Published Edition: 2008 JUNE EDITION

Customer Service ...................................... 877-360-0794

Fax # ........................................................ 800-390-0150

US-Yellow's Federal Tax ID# ................... 58-2442391

## Account  Activity

### Charges for previously published editions

| | |
|---|---|
| 2007 JANUARY EDITION | $311.50 |
| 2007 JUNE EDITION | $326.70 |
| 2008 JANUARY EDITION | $326.70 |
| 2008 JUNE EDITION | $326.70 |

**TOTAL DUE...................................... $1,291.60**

0-B001-001-001

*If the balance has been settled, please disregard this notice.*
**DETACH AND RETURN LOWER PORTION WITH PAYMENT.**

---

# US-YELLOW
## National Yellow Pages
*"America's Choice"*

| Account No. | Invoice No. | Bill Date | Total Due |
|---|---|---|---|
| 3306-1449576 | 913268-312 | 4/29/2009 | $1,291.60 |

**BILLING ADDRESS:**

Rhodes Design & Development
4730 S Fort Apache Rd
Las Vegas, NV  89147

**AMOUNT ENCLOSED**

   

Credit Card #                                    Exp. Date

Sign                                             Date

- DO NOT ATTACH CHECK TO REMITTANCE
- WRITE INVOICE # ON CHECK

**PLEASE MAKE ANY NECESSARY CHANGES TO YOUR LISTING PROFILE ON REVERSE**

**REMIT PAYMENT TO: USY PO BOX 3110, JERSEY CITY, NJ 07303-3110**



# US-Yellow: national business book

## featured sections

**002**- Special Interest
**041**- Business Travel

**073**- Tradeshows
**105**- Finance/Legal

**161**- Technology
**193**- Yellow Pages



US-Yellow.com

Oh Goody!

**iphone** friendly!

www.US-Yellow.com

2008
Volume N Edition 18
OFFICE COPY

*"Nationwide at your fingertips"*®

**US - YELLOW**
www.US-Yellow.com

*Home Builders*

613

**CLARKSDALE HABITAT-HUMANITY**
PO Box 861
Clarksdale, MS 38614-0861 . . (662) 624-8984
Fax . . . . . . . . . . . . . . . . . . . . (662) 621-1210
www.myspace.com/clarksdalehabitat
clarksdalehabitat@yahoo.com

**Missouri**

**TOM JOHNSON CONSTRUCTION INC**
100 Midland Park Dr
O Fallon, MO 63366-4129 . . (636) 887-4120
tomjohnsonhomes.com

**Montana**

**L R SIGNATURE HOMES INC**
142 Mullan Rd W
Superior, MT 59872-9655 . . . . . . .
. . . . . . . . . . . . . . . . . . . (406) 822-0253
Fax . . . . . . . . . . . . . . . . (406) 822-0254

**Nebraska**

**CANIGLIA BUILDERS, INC**
3804 N 195 St
Elkhorn, NE 68022-5214 . . . (402) 763-9303
Fax . . . . . . . . . . . . . . . . (402) 763-9304
www.cangliabuilders.com

**Nevada**

**RHODES DESIGN & DEVELOPMENT**
4730 S Fort Apache Rd
Las Vegas, NV 89147-7945 . . . . . .
. . . . . . . . . . . . . . . . . . (702) 873-5338

**New Hampshire**

**CN WILSON CONSTRUCTION BUILDING**
25 East Rd
Temple, NH 03084-4400 . . . . . . . .
. . . . . . . . . . . . . . . . . (603) 878-0062
Fax . . . . . . . . . . . . . . . (603) 878-1783

**New Jersey**

**ADRIATIC DEVELOPMENT & CONSTRU**
9 Bedminster Rd
Randolph, NJ 07869-1215 . . (973) 328-3473
Toll Free . . . . . . . . . . . . . . (866) 877-3904
Fax . . . . . . . . . . . . . . . . (908) 686-1384
www.myadcbuilder.com
CAMARA CONSTRUCTION INC
92 Hillside Ave
Hillside, NJ 07205-1820 . . . (732) 978-0791
H & M THOMAS HOME IMPROVEMENT
LLC
313 Martinelli Ave
Martinez, NJ 08341-1235 . . . (856) 697-4561
RAMS CONSTRUCTION
1275 US Highway 1
Avenel, NJ 07001-1647 . . . . (732) 396-3358

**New Mexico**

**DOJO BUILDERS**
1049 Cedro Ct
Los Alamos, NM 87544-2807 . (505) 412-0180
Fax . . . . . . . . . . . . . . . . (505) 661-2980
TAJ CONSTRUCTION
551 Corona Del Campo Loop
Las Cruces, NM 88011-4052 . (505) 650-5888
tajone8@msn.com

**New York**

**A PLUS A CONTRACTING CORP**
21 Dolphin Ln W
Coplague, NY 11726-5419 . . (631) 957-2243
www.aplusacontracting.com
FMF HOMES INC
123 Washington Blvd
Commack, NY 11725-1732 . . (631) 543-1103
GUIDARELLI CONTRACTING INC
399 Consaul Rd
Schenectady, NY 12304-2521 (518) 377-0277
ITAL-ARG SERVICES
4 Robert Ave
Elmont, NY 11003 . . . . . . . (631) 664-5255
ital_arg@yahoo.com
PKX BUILDERS INC
2473 Lancaster St
East Meadow, NY 11554-3102 (516) 794-0318
RESERVE
2602 Liberty Rdg
New Windsor, NY 12553-4924 (845) 567-4347
RIDGEWOOD HOMES INC.
16 Harold Harris Rd
Queensbury, NY 12804-2108 . . . . . .
. . . . . . . . . . . . . . . . . . (518) 798-2028

**North Carolina**

**ALAN FREULER CONSTRUCTION**
1630 Roanoke Chaple Rd
Littleton, NC 27850-9016 . . . (252) 586-7228
Toll Free . . . . . . . . . . . . . (888) 327-1207
www.afnc.com
BEAZER HOMES
4757 Johnston Oehler Rd
Charlotte, NC 28269-0834 . . (704) 548-1241
**DAVID WEEKLY HOMES**
8612 Stonechase Dr
Raleigh, NC 27617-8003 . . . . . . . .
. . . . . . . . . . . . . . . . . (919) 571-7760
FIELDS FOUNDATION
9400 US Highway 17
Pollocksville, NC 28573-9490 . . . . .
. . . . . . . . . . . . . . . . . . (252) 224-0150
HARDIN CREEKTIMBER FRAME &
MILLWORKS INC.
371 Daniel Boone Dr
Boone, NC 28607-4477 . . . . (828) 264-2464
Toll Free . . . . . . . . . . . . . (877) 227-5290
Fax . . . . . . . . . . . . . . . . (828) 264-5073
www.hardincreekmillwork.com
HARMONY TIMBERWORKS INC
645 Roby Greene Rd
Boone, NC 28607-9152 . . . . (828) 264-2314
JTC DRY WALL
PO Box 606
Etowah, NC 28729-0606 . . . (828) 280-2412
KOH RESIDENTIAL DESIGNS LLC
3930 Longwood Dr SW
Concord, NC 28027-9203 . . . (704) 721-5764
Fax . . . . . . . . . . . . . . . . (704) 721-5764
www.kohresidentialdesigns.com
kohdesigns@gmail.com
LAKE NORMAN HOME BUILDERS ASSN
836 Williamson Rd # D
Mooresville, NC 28117-8597 . (704) 664-5622
LINDLEY DESIGNS
854 East St
Pittsboro, NC 27312-8816 . . . (919) 942-1920
ORLEANS HOMEBUILDERS
7785 Newhaven Dr
Oak Ridge, NC 27310-9854 . . (336) 644-1717
OXFORD HOUSE SUDBURY
4301 Sudbury Rd
Charlotte, NC 28205-4825 . . (704) 536-3949
PORTRAIT HOMES
9111 Monroe Rd Ste 100
Charlotte, NC 28270-2460 . . (704) 849-2221
STANCIL CONTRACTING INC
990 N Johnson Rd
Smithfield, NC 27577-7702 . . (919) 422-1093
Fax . . . . . . . . . . . . . . . . (919) 934-0177
STEPHEN B BENTLEY CONSTRUCTION
137 S Valley View Dr
Mars Hill, NC 28754-6103 . . (828) 230-5767
Fax . . . . . . . . . . . . . . . . (828) 689-9260
WHITFIELD HOMES INC
202 Sampson St
Clinton, NC 28328-2864 . . . (910) 590-2773

**North Dakota**

**BUCHHOLZ-MASTEL CONSTRUCTION**
1501 39th Ave S
Fargo, ND 58104-6315 . . . . (701) 280-2485

**Ohio**

**K. HOVNANIAN HOMES**
13025 Jerry City Rd
Cygnet, OH 43413-9751 . . . . (419) 655-2077
Fax . . . . . . . . . . . . . . . . (419) 655-2069
www.khovbuy.com
LINWOOD GROUP INC
2161 Minerva Ave
Columbus, OH 43229-4797 . . (614) 394-4389
**LIVINGSTON CUSTOM HOMES**
12053 Cedarcreek Dr
Cincinnati, OH 45240-1001 . . . . . .
. . . . . . . . . . . . . . . . . (513) 674-9301
Fax . . . . . . . . . . . . . . . (513) 674-9301
lc.homes@hotmail.com
OLYMPUS HOMES SUNBURY ESTATES
522 Fairland Dr
Sunbury, OH 43074-8016 . . . (740) 965-4601
Fax . . . . . . . . . . . . . . . . (740) 965-5068
RYAN HOMES
1507 Middle Park Dr
Dayton, OH 45414-1500 . . . . (937) 454-2209
TREMONT CLUB
4800 Tremont Club Dr
Hilliard, OH 43026-5034 . . . (614) 876-5700
Fax . . . . . . . . . . . . . . . . (614) 418-8920
www.tristarwearyoualive.com
WAYNE HOMES
10001 US Highway 250 N
Milan, OH 44846-9570 . . . . . (419) 626-3009
Toll Free . . . . . . . . . . . . . (780) 0-WAYNE-60
waynehomes.com

**Oklahoma**

**BRASS BRICK HOMES**
12101 N Macarthur Blvd # 317
Oklahoma City, OK 73162-1800 . . . . .
. . . . . . . . . . . . . . . . . . (405) 720-9160
www.brassbrick.com
**HOME HEALERS CONSTRUCTION**
409 N Spruce Ave
Bartlesville, OK 74006-1929 . . . . . .
. . . . . . . . . . . . . . . . . (918) 766-2326
ROBERTS QUALITY HOMES
13802 E 91st St N
Owasso, OK 74055-2654 . . . (918) 274-3816
Fax . . . . . . . . . . . . . . . . (918) 274-0500
www.robertsqualityhomes.com

**Oregon**

**GOODMAN CONSTRUCTION & TRUCKING**
76332 Rainbow St Unit 35
Oakridge, OR 97463-9525 . . . (541) 782-2019
MONTICELLO HOMES BEND OFFICE
19800 Village Office Ct
Bend, OR 97702-1872 . . . . . (541) 312-9810
OLSEN HOMES INC
15450 Boones Ferry Rd
Lake Oswego, OR 97035-3454 (503) 636-6030
www.olsenhomes.com

**Pennsylvania**

**ANDRE SAINT YVES ARCHITECTURAL**
2002 Kinvara Dr
Pittsburgh, PA 15237-3802 . . . . . .
. . . . . . . . . . . . . . . . . (412) 366-2363
DEFBAUGH & SHIELDS CNSTR
1560 Route 36 S
Duncansville, PA 16635-4904 . . . . .
. . . . . . . . . . . . . . . . . . (814) 695-7521
Fax . . . . . . . . . . . . . . . . (814) 696-3411
ron5233@aol.com
HANOVER GROUP BUILDER LLP
161 W Moorestown Rd
Wind Gap, PA 18091-6764 . . (610) 814-0606
Toll Free . . . . . . . . . . . . . (800) 684-4557
Fax . . . . . . . . . . . . . . . . (610) 814-0609
HARRISON HOMES
909 Greenhouse Rd
Bethlehem, PA 18017-1116 . . (610) 351-2237
SUSQUEHANNA CRAFTSMEN
425 Bolton Dr
Harrisburg, PA 17112-9478 . . (717) 540-9696
TOLL BROTHERS THE ESTATES
1997 Chestnut Ln
Downingtown, PA 19335-3535 (610) 518-7168
TRADITIONS OF AMERICA
5000 Ritter Rd
Mechanicsburg, PA 17055-6922 . . . . .
. . . . . . . . . . . . . . . . . . (717) 697-7686
TRADITIONS OF AMERICA AT HANOVER
5055 Jaindl Blvd
Bethlehem, PA 18017-9465 . . (610) 559-5700

**Rhode Island**

**HARRINGTON CONSTRUCTION**
80 Robin Hollow Rd
W Greenwich, RI 02817-2373 . (401) 385-9922

**South Carolina**

**ASHLEY RIVER COMMONS**
4512 Great Oak Dr
N Charleston, SC 29418-5001 . . . . .
. . . . . . . . . . . . . . . . . . (843) 767-8989
Fax . . . . . . . . . . . . . . . . (843) 767-1565
ROCK RIDGE SALES
205 Lidsen Dr
Easley, SC 29642-7530 . . . . (864) 306-2018
SHUMAKER HOMES DESIGN CTR
10100 Broad River Rd
Irmo, SC 29063-7857 . . . . . (803) 781-6170
TIDE WATER HOMES
763 Gate Post Dr
MT Pleasant, SC 29464-4967 (843) 856-8765
Fax . . . . . . . . . . . . . . . . (843) 856-8764
TOLL BROTHERS INC
2 Hampton Hall Blvd
Bluffton, SC 29910 . . . . . . . (843) 815-4547
Fax . . . . . . . . . . . . . . . . (843) 815-4548

**South Dakota**

**CLEMENT CONSTRUCTION INC**
1312 E 6th St Apt 2
Sioux Falls, SD 57103-1454 . . (605) 275-5795

**Texas**

**A ROLLINS CUSTOM HOMES**
13315 Veterans Memorial Dr Ste 501
Houston, TX 77014-1646 . . . (281) 880-6600
Fax . . . . . . . . . . . . . . . . (281) 880-6602
www.arollinshomes.com
arollinscustomhomes@yahoo.com

**ARTISAN LIFESTYLE HOMES WEST**
PO Box 26988
Fort Worth, TX 76126-6032 . . (817) 443-0111
Fax . . . . . . . . . . . . . . . . (817) 443-0112
www.artisanwest.com
ASHFORD HOMES
3800 E Sten Schlueter Loop Suite 107
Killeen, TX 76542-4538 . . . . (254) 699-8485
BO MONTANA CONSTRUCTION CO, LTD
817 S Polk Ste 200
Amarillo, TX 79114-1178 . . . (806) 351-1263
Fax . . . . . . . . . . . . . . . . (806) 351-1263
CADEN HOMES
11810 Brantley Haven Dr
Tomball, TX 77375-1801 . . . . (281) 255-8449
CATHEY DEAN CUSTOM HOMES
3066 Rochelle Rd
Rockwall, TX 75032-7136 . . . (972) 771-3836
CHARLED D SHEARER DESIGN
1200 W State St
Garland, TX 75040-6109 . . . (972) 485-5715
CHRISTIAN HOME BUILDERS INC
288 Coral Gables
Trinity, TX 75862-6998 . . . . (936) 594-7335
COMPASS POINTE HOMES
9950 Cypresswood Dr Ste 375
Houston, TX 77070-3412 . . . (281) 894-5000
D V C SPECIALTIES
30918 Hilltop Ln
Magnolia, TX 77354-1934 . . . (281) 259-5205
Fax . . . . . . . . . . . . . . . . (281) 259-8705
GENESIS CUSTOM HOMES
7790 US Highway 281 N Ste 201
Spring Branch, TX 78070-5766 . . . . .
. . . . . . . . . . . . . . . . . . (830) 228-4444
HART CUSTOM HOMES LLC
5615 Morningside Dr #310
Houston, TX 77005 . . . . . . . (713) 530-6889
Fax . . . . . . . . . . . . . . . . (713) 440-7586
www.myharthome.com
kdufton@myharthome.com
J SAMUEL CUSTOM HOMES
30211 Saddleridge Dr
Bulverde, TX 78163-2149 . . . . . . .
. . . . . . . . . . . . . . . . . (830) 438-6858
www.jsamuelcustomhomes.com
LEGACY BUILDERS INC
242 Interstate 45 S
Huntsville, TX 77340-4958 . . (936) 291-3341
MC NAIR CUSTOM HOMES
21252 Gathering Oak Ste 200
San Antonio, TX 78260 . . . . (210) 408-6511
MOUNTAIN VISTA BUILDERS
10657 Vista Del Sol Dr Ste H
El Paso, TX 79935-4504 . . . (915) 855-4690
NORMAN HOMES
9803 Wiloak St
Houston, TX 77078-2232 . . . (713) 633-5455
OBRA HOMES
13101 Northwest Fwy Ste 202
Houston, TX 77040-6315 . . . (713) 803-5500
Fax . . . . . . . . . . . . . . . . (713) 863-8192
PACIFIC SUMMIT PARTNERS
111 Congress Ave Ste 1950
Austin, TX 78701-4069 . . . . (512) 479-4700
Fax . . . . . . . . . . . . . . . . (512) 479-4701
www.pacificcenturyhomes.com
PAISANO HOME BUILDERS
3302 Chacots St
Laredo, TX 78046-7025 . . . . (956) 723-9552
Fax . . . . . . . . . . . . . . . . (956) 724-5244
PAUL MOEBUS HOMES LLC
20101 Sandpiper Perch Court
Pflugerville, TX 78660 . . . . . (512) 293-9425
Fax . . . . . . . . . . . . . . . . (512) 272-5354
jaimoebus@aol.com
PHOENIX HOMES & CONSTRUCTION
PO Box 9011
Fort Worth, TX 76147-2011 . . (817) 732-5100
PINNACLE CUSTOM HOMES
3730 Kirby Dr Ste 1200
Houston, TX 77098-3985 . . . (713) 834-1110
PLANS STYLES BY KEN DICK
4320 W Vickery Blvd Ste A
Fort Worth, TX 76107-6372 . . (817) 763-0555
R&C GILFORD CONSTRUCTION
3831 N Macgregor Way
Houston, TX 77004-6516 . . . (713) 524-3105
RYLAND HOMES - AMERICA'S HOME
BUILDER
10415 Morado Cir
Austin, TX 78759-5696 . . . . (512) 343-7009
Fax . . . . . . . . . . . . . . . . (512) 343-3272
www.ryland.com
SPEARMAN & WATTS BUILDERS INC
155 Leaning Tree Ln
Kerrville, TX 78028-9273 . . . (830) 257-1588
SPIRIT CUSTOM HOME DESIGN
PO Box 305
Wellborn, TX 77881-0305 . . . (979) 690-0456
T D COX HOMES LLC
PO Box 9705
Spring, TX 77387-6705 . . . . (281) 364-1762
Fax . . . . . . . . . . . . . . . . (281) 364-0846
www.tdcoxhomes.com

# EXHIBIT

## C



**US-Yellow:** national business book

Pachulski, Stang, Ziehl & Jones
Attn: Patricia Jefferies
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Re: The Rhodes Companies/Chapter 11 Case No. 09-14814

Dear Ms. Jefferies:

I am responding to your request to withdraw our Proof of Claim against The Rhodes Companies. It is our procedure to always include a copy of the original signed order form along with additional documentation when filing a bankruptcy claim. However, in this case, that piece of documentation was left out of the package. Please accept the attached copy of the order form that was signed and returned to us by Tawnya Rosenthal, a representative of The Rhodes Companies.

If you should have further questions regarding The Rhodes Company and the nature of their business with US-Yellow, please don't hesitate to contact me.

Best Regards,

Traci Mastrocinque
Office Manager
US-Yellow
Desk: 904-899-4404
Fax: 904-899-4414
Traci@us-yellow.com





# COPY OF ORDER

| Date | Account # | Invoice # |
|------|-----------|-----------|
| Sep-22-2009 | 3306-1449576 | 708520 |

**Rhodes Design & Development**
**4730 S Fort Apache Rd**
**Las Vegas, NV  89147**

━━━━━━━━━━━━ **Copy of Order** ━━━━━━━━━━━━

Thank you for your request. Attached you will find a copy of your original order.

If you have any further questions regarding your account, please contact our Customer Service Department and any representative will be happy to assist you.

Thank you,
Customer Service Department
US-Yellow
877-360-0794 Phone
800-390-0150 Fax
EIN 58-2442391
CustomerService@US-Yellow.com
www.US-Yellow.com

UDFL506



| Date | Account # | Invoice # |
|------|-----------|-----------|
| Sep-22-2009 | 3306-1449576 | 708520 |

**Rhodes Design & Development**
**4730 S Fort Apache Rd**
**Las Vegas, NV  89147**

| Date order was mailed to customer: | Jul-15-2005 |
| Date order was entered: | Aug-03-2005 |
| Order was signed by: | SOF |

# COPY OF ORDER

*Order Image*

**⬇ DETACH AND RETURN LOWER PORTION OR FAX WHOLE FORM ⬇**

| Record No.: 3306-1449576 | Edition: Volume N Edition 13 | ☒ **BOLD LISTING** (\$14.90 Additional) |

www. RhodesHomes.com

| FAX LISTING (No Additional Cost) | WEB SITE LISTING (No Additional Cost) | TOLL-FREE LISTING (No Additional Cost) |

## [2] ✓ CHECK ONE

☐ List as shown- no changes required

☒ List with changes or additions

RHODES DESIGN & DEVELOPMENT
4730 S FORT APACHE RD
LAS VEGAS, NV 89147-7945

## [3] SIGN AND RETURN

FAX TO 800-390-0150 ⬅

OR MAIL BY: 08/26/05

SIGN HERE

Tawnya Rosenthal
PRINT NAME

See terms on reverse.

# EXHIBIT D

1
2
3
4
5
6
7

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | |
| Affects: | Hearing Date: January 14, 2009 Hearing Time: 9:00 a.m. Courtroom 1 |
| ☐ All Debtors | |
| ☒ Affects the following Debtor(s): | |
| Apache Framing 09-14818; Pinnacle Grading 09-14887; Rhodes Design and Development Corporation 09-14846; The Rhodes Companies 09-14814; Tribes Holdings 09-14817 and Tuscany Golf Country Club 09-14884 | |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**SECOND ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 3003 AND 3007
[BOOKS AND RECORDS CLAIMS] [DOCKET NO. 748]**

Upon consideration of the *Debtors' Fifth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]* [Docket No. 748] (the "Fifth Omnibus Objection"),[2] and the *Supplement to the Fifth Omnibus Objection* [Docket No. __] filed by above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting that the Court enter an order disallowing the Claims; and the Court having jurisdiction to consider the Fifth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Fifth Omnibus Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the Claims and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Fifth Omnibus Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Fifth Omnibus Objection establishes just cause for the relief requested therein; therefore

IT IS HEREBY ORDERED THAT:

1.      The Fifth Omnibus Objection is granted as set forth herein.

2.      The following claims are hereby disallowed and expunged in their entirety:

a.    Claim Number 18 of Prolink Systems, Inc. in the amount of $1,920 filed in Case No. 09-14884 against Tuscany Golf Country Club;

b.    Claim Number 30 of Simplex Grinnell in the amount of $4,624.94 filed in Case Number 09-14814 against Tribes Holdings, LLC; and

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fifth Omnibus Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

c.    Claim Number 17 of US Yellow Pages in the amount of $1,291.16 filed in Case

Number 09-14846 against Rhodes Design and Development Corporation.

3.    This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

APPROVED/DISAPPROVED:

DATED this ____ day of January 2010.

By: _____

UNITED STATES TRUSTEE
August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV  89101

Submitted by:
DATED this 14th day of January 2010.

By: /s/ Zachariah Larson_____

LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169