E-filed: January 4, 2010

1  Robert R. Kinas (Nevada Bar No. 6019)
   Claire Y. Dossier (Nevada Bar No. 10030)
2  Nishat Baig (Nevada Bar No. 11047)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169
4  Telephone: (702) 784-5200
   Facsimile:  (702) 784-5252
5  Email: rkinas@swlaw.com
          cdossier@swlaw.com
6         nbaig@swlaw.com
   *Attorneys for Caterpillar Financial Services*
7  *Corporation*

8

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:  Heritage Land Company, LLC<br>☐     Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR<br>Case No. 09-14817-LBR |
| In re:  The Rhodes Companies, LLC<br>☐     Affects this Debtor | Case No. 09-14818-LBR<br>Case No. 09-14820-LBR |
| In re:  Tribes Holdings, LLC<br>☐     Affects this Debtor | Case No. 09-14822-LBR<br>Case No. 09-14825-LBR |
| In re:  Apache Framing, LLC<br>☐     Affects this Debtor | Case No. 09-14828-LBR<br>Case No. 09-14833-LBR<br>Case No. 09-14837-LBR |
| In re:  Geronimo Plumbing, LLC<br>☐     Affects this Debtor | Case No. 09-14839-LBR<br>Case No. 09-14841-LBR |
| In re:  Gung-Ho Concrete, LLC<br>☐     Affects this Debtor | Case No. 09-14843-LBR<br>Case No. 09-14844-LBR |
| In re:  Bravo, Inc.<br>☐     Affects this Debtor | Case No. 09-14846-LBR<br>Case No. 09-14848-LBR |
| In re: Elkhorn Partners<br>☐     Affects this Debtor | Case No. 09-14849-LBR<br>Case No. 09-14850-LBR |
| In re: Six Feathers Holdings, LLC<br>☐     Affects this Debtor | Case No. 09-14852-LBR<br>Case No. 09-14853-LBR<br>Case No. 09-14854-LBR |
| In re: Elkhorn Investments, Inc.<br>☐     Affects this Debtor | Case No. 09-14856-LBR<br>Case No. 09-14858-LBR |
| In re: Jarupa, LLC<br>☐     Affects this Debtor | Case No. 09-14860-LBR<br>Case No. 09-14861-LBR |
| In re: Rhodes Realty, Inc.<br>☐     Affects this Debtor | Case No. 09-14862-LBR<br>Case No. 09-14865-LBR |
| In re: C & J Holdings, Inc.<br>☐     Affects this Debtor | Case No. 09-14866-LBR<br>Case No. 09-14868-LBR |

11052370.1

| | |
|---|---|
| In re: Rhodes Ranch General Partnership<br>☐   Affects this Debtor | Case No. 09-14882-LBR<br>Case No. 09-14884-LBR<br>Case No. 09-14887-LBR |
| In re: Rhodes Design and Development Corporation<br>☐   Affects this Debtor | **Jointly Administered Under**<br>**Case No. BK-S-09-14814-LBR** |
| In re: Parcel 20, LLC<br>☐   Affects this Debtor | |
| In re: Tuscany Acquisitions IV, LLC<br>☐   Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions III, LLC<br>☐   Affects this Debtor | **CONDITIONAL OBJECTION TO CHAPTER 11 PLAN** |
| In re: Tuscany Acquisitions II, LLC<br>☐   Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐   Affects this Debtor | Date Of Hearing: January 14, 2010 |
| In re: Rhodes Ranch Golf Country Club<br>☐   Affects this Debtor | Time Of Hearing: 9:00 a.m. |
| In re: Overflow, LP<br>☐   Affects this Debtor | Place Of Hearing: |
| In re: Wallboard, LP<br>☐   Affects this Debtor | United States Bankruptcy Court<br>Foley Federal Building<br>300 Las Vegas Blvd South, Third Floor<br>Courtroom No. 1<br>Las Vegas, Nevada 89101 |
| In re: Jackknife, LP<br>☐   Affects this Debtor | |
| In re: Batcave, LP<br>☐   Affects this Debtor | |
| In re: Chalkline, LP<br>☐   Affects this Debtor | |
| In re: Glynda, LP<br>☐   Affects this Debtor | |
| In re: Tick, LP<br>☐   Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐   Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐   Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐   Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒   Affects this Debtor | |

/ / /

/ / /

11052370.1

- 2 -

CATERPILLAR FINANCIAL SERVICES CORPORATION ("Caterpillar") hereby submits its Conditional Objection to the *Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al.* [Docket No. 797] (the "Plan") because while the Plan provides for rejection of the subject lease, it does not provide for the immediate turnover of Caterpillar's equipment under the lease.

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about March 31, 2006, Caterpillar and Pinnacle Grading, LLC ("Debtor") entered into a Finance Lease agreement (the "Lease"). *See* Proof of Claim #17-1 ("POC"). Pursuant to the Lease, Debtor agreed to lease from Caterpillar that certain Caterpillar Motor Grader, Serial No. ASE01717 and that certain Caterpillar 16G Motor Grader, Serial No. 93U02987 (the "Equipment") with the option to purchase the Equipment at the end of the lease term. Out of an abundance of caution, Debtor granted Caterpillar a security interest in the Equipment, including, but not limited to, all attachments, accessories and optional features for the Equipment. Caterpillar properly perfected its security interest in the Equipment, among other things, by filing a UCC Financing Statement on October 4, 2006 as Document Number 2006033329-9. *See* POC.

Debtor failed to make its monthly payment under the Lease for April and May 2009, constituting default under the loan documents. On or about April 1, 2009 (the "Petition Date"), Debtor filed its Chapter 11 bankruptcy petition. As of the Petition Date, Caterpillar had a claim in an amount no less than $231,968.77 against Debtor. Since the Petition date, Debtor has made payments pursuant to the Lease.

Pursuant to the Plan, Debtor intends to reject the Lease and treat Caterpillar's claim as a general unsecured claim. *See* Exhibit N to the *Second Amended Modified Disclosure Statement* [Docket No. 798]; *see also* Plan. However, the Plan fails to provide for the immediate turnover of

///
///
///
///

11052370.1

- 3 -

the Equipment to Caterpillar. Accordingly, Caterpillar objects to the Plan for being deficient in this regard and respectfully requests that the Plan provide for Debtor to immediately return the Equipment to Caterpillar.

DATED this 4th day of January, 2010.

          SNELL & WILMER L.L.P.

          By: _____
          Robert R. Kinas, Esq.
          Claire Y. Dossier, Esq.
          Nishat Baig, Esq.
          3883 Howard Hughes Parkway, Suite 1100
          Las Vegas, NV 89169
          *Attorneys for Caterpillar Financial Services Corporation*

11052370.1

- 4 -