E-filed: January 4, 2010

1  Robert R. Kinas (Nevada Bar No. 6019)
   Claire Y. Dossier (Nevada Bar No. 10030)
2  Nishat Baig (Nevada Bar No. 11047)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  Email: rkinas@swlaw.com
          cdossier@swlaw.com
6         nbaig@swlaw.com
   *Attorneys for Caterpillar Financial Services*
7  *Corporation*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Heritage Land Company, LLC<br>☐ Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR |
| In re: The Rhodes Companies, LLC<br>☐ Affects this Debtor | Case No. 09-14817-LBR<br>Case No. 09-14818-LBR<br>Case No. 09-14820-LBR |
| In re: Tribes Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14822-LBR<br>Case No. 09-14825-LBR |
| In re: Apache Framing, LLC<br>☐ Affects this Debtor | Case No. 09-14828-LBR<br>Case No. 09-14833-LBR |
| In re: Geronimo Plumbing, LLC<br>☐ Affects this Debtor | Case No. 09-14837-LBR<br>Case No. 09-14839-LBR<br>Case No. 09-14841-LBR |
| In re: Gung-Ho Concrete, LLC<br>☐ Affects this Debtor | Case No. 09-14843-LBR<br>Case No. 09-14844-LBR |
| In re: Bravo, Inc.<br>☐ Affects this Debtor | Case No. 09-14846-LBR<br>Case No. 09-14848-LBR |
| In re: Elkhorn Partners<br>☐ Affects this Debtor | Case No. 09-14849-LBR<br>Case No. 09-14850-LBR |
| In re: Six Feathers Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14852-LBR<br>Case No. 09-14853-LBR<br>Case No. 09-14854-LBR |
| In re: Elkhorn Investments, Inc.<br>☐ Affects this Debtor | Case No. 09-14856-LBR<br>Case No. 09-14858-LBR |
| In re: Jarupa, LLC<br>☐ Affects this Debtor | Case No. 09-14860-LBR<br>Case No. 09-14861-LBR |
| In re: Rhodes Realty, Inc.<br>☐ Affects this Debtor | Case No. 09-14862-LBR<br>Case No. 09-14865-LBR |
| In re: C & J Holdings, Inc.<br>☐ Affects this Debtor | Case No. 09-14866-LBR<br>Case No. 09-14868-LBR |
| In re: Rhodes Ranch General Partnership<br>☐ Affects this Debtor | Case No. 09-14882-LBR<br>Case No. 09-14884-LBR |

11052838.1

| | |
|---|---|
| In re: Rhodes Design and Development Corporation<br>☐    Affects this Debtor | Case No. 09-14887-LBR |
| In re: Parcel 20, LLC<br>☐    Affects this Debtor | **Jointly Administered Under Case No. BK-S-09-14814-LBR** |
| In re: Tuscany Acquisitions IV, LLC<br>☐    Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions III, LLC<br>☐    Affects this Debtor | **CERTIFICATE OF SERVICE** |
| In re: Tuscany Acquisitions II, LLC<br>☐    Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐    Affects this Debtor | |
| In re: Rhodes Ranch Golf Country Club<br>☐    Affects this Debtor | |
| In re: Overflow, LP<br>☐    Affects this Debtor | |
| In re: Wallboard, LP<br>☐    Affects this Debtor | |
| In re: Jackknife, LP<br>☐    Affects this Debtor | |
| In re: Batcave, LP<br>☐    Affects this Debtor | |
| In re: Chalkline, LP<br>☐    Affects this Debtor | |
| In re: Glynda, LP<br>☐    Affects this Debtor | |
| In re: Tick, LP<br>☐    Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐    Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐    Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐    Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒    Affects this Debtor | |

On January 4, 2009, I served the **CONDITIONAL OBJECTION TO CHAPTER 11 PLAN** [docket #895] for Snell & Wilmer L.L.P., attorneys for Caterpillar Financial Services Corporation, in the above matter via the following means to the persons as listed below:

11052838.1

- 2 -

**VIA ECF SYSTEM**:

See ECF filing receipt attached as Exhibit 1.

**VIA U.S. MAIL (postage fully pre-paid)**:

Clerk of Bankruptcy Court
Attn: The Honorable Linda B. Riegle
U.S. Bankruptcy Court
300 Las Vegas Blvd South
Las Vegas, NV 89101

Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Nile Leatham, Esq.
Kolesar & Leatham, Chtd.
3320 West Sahara Avenue # 380
Las Vegas, NV 89102-3202

Edward M. McDonald
Office of U.S. Trustee
300 Las Vegas Blvd. South # 4300
Las Vegas, NV 89101

James I. Stang, Esq.
Shirley S. Cho, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. #1100
Los Angeles, CA 90067

Zachariah Larson, Esq.
Larson & Stephens
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101

Rew R. Goodenow, Esq.
Karl Y. Olsen, Esq.
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, NV 89501

Thomas Beckett, Esq.
David P. Billings, Esq.
Parsons Behle & Latimer
One Utah Center
201 South Main Street #1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

///

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of January, 2009.

_____
Mary Full

# EXHIBIT 1

# EXHIBIT 1

4128106.1

## File an Answer:

09-14814-lbr THE RHODES COMPANIES, LLC
Type: bk                    Chapter: 11 v              Office: 2 (Las Vegas)
Assets: y                   Judge: lbr                 Case Flag: JNTADMN, LEAD, BAPCPA

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 1/4/2010 at 3:17 PM PST and filed on 1/4/2010
**Case Name:**        THE RHODES COMPANIES, LLC
**Case Number:**      09-14814-lbr
**Document Number:** 895

**Docket Text:**
Conditional Objection *to Chapter 11 Plan* Filed by ROBERT R. KINAS on behalf of CATERPILLAR FINANCIAL SERVICES CORPORATION (Related document(s)[797] Amended Chapter 11 Plan filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS.) (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\fullmoldagain\Desktop\CAT - Rhodes - Obj.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2010] [FileNumber=14605060-0]
[c72a7baa78c3b7340d10904a7062ac369aa4d330d3b00302e19aeb9d156743b44cce
56ac349b252a1a411d499e41bdcc6fc8d70a33687bb79dc176c1cbe40614]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,
axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,

mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@sv

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11

edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, MAIL@BRIANSHAPIROLAW.COM

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067