## CERTIFICATE OF SERVICE

STATE OF NEVADA    )
                   ) ss.
CLARK COUNTY       )

I, ARIANA GUTIERREZ, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 2881 Business Park Court, Suite 210, Las Vegas, NV 89128.

On January 5, 2010, I served the documents described as **MOTION AND NOTICE OF MOTIN FOR MODIFICATION OF AUTOMATIC STAY IN ORDER TO PROCEED AGAINST DEBTOR AS A NOMINAL DEFENDANT AND AS AGAINST INSURANCE PROCEEDS ONLY** upon the following parties:

Lexington Insurance
100 Summer St.
Suite 2000
Boston, MA 02110-3125
1-617-330-8360

__X__   VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business.

__X__   VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Las Vegas, Nevada, on January 5, 2010

_/s/ Ariana Gutierrez_
Ariana Gutierrez

{00059277.DOC}