# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC,<br>                Debtor. | Case No.: BK-S-09-14914-LBR<br>Chapter 11 |

### NOTICE OF AMENDED OF PROOF OF CLAIM NO. 58

Charles K. Mosely, hereby amends his proof of claim, designated as Claim No. 58, filed in the amount of $61,152.86, in the above-captioned case, to a proof of claim in the amount of $55,000.00.

Dated: January 8, 2010

Charles K. Mosely

73203-001\DOCS_SF:69516.1