J. Thomas Beckett, Utah Bar 5587
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket Nos. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6700
tbeckett@parsonsbehle.com;
dbillings@parsonsbehle.com

*Counsel to the Official Committee*

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno,  NV  89501
(775) 323-1601
rgoodenow@parsonsbehle.com

**E-filed:** January 12, 2010
**Hearing**: January 14, 2010, 9:00 a.m.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br> aka "Rhodes Homes, *et al*.,"<br><br>Debtors. | Case No.  BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

**AMENDED NOTICE OF HEARING**

**ON SECOND INTERIM FEE APPLICATION OF
PARSONS BEHLE & LATIMER AS COUNSEL TO THE
UNSECURED CREDITORS COMMITTEE**

**PLEASE TAKE NOTICE** that the hearing before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the *Second Interim Fee Application of Parsons Behle & Latimer* ["Rhodes Docket" (09-14814-lbr) Nos. 731 and 873] for the period July 1, 2009 through September 30, 2009 (the "Parsons Behle Second Interim Fee Application"), which seeks allowance and payment of interim compensation and reimbursement of expenses incurred for the time periods and in the amounts set forth on Exhibit A hereto, will be held at **9:00 am on January 14, 2010**, rather than at 1:30 pm on January 14, 2010, as previously noticed at docket no. 874 in the Rhodes Docket.

PARSONS
BEHLE &
LATIMER

18422.001/4814-8528-8709.1

1    DATED this 12th day of January, 2010.

2                                    **PARSONS BEHLE & LATIMER**

3

4                                    */s/  J. Thomas Beckett*

5                                    J. Thomas Beckett,
                                     David P. Billings,
6                                    201 South Main Street, Suite 1800
                                     Salt Lake City, UT  84111
7

8                                    Rew R. Goodenow,
                                     50 West Liberty Street, Suite 750
9                                    Reno,  NV  89501

10                                   *Counsel to the Official Committee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

18422.001/4814-8528-8709.1

## EXHIBIT A

| Applicant | Time Period | Fees | Expenses | Total |
|---|---|---|---|---|
| Parsons Behle & Latimer | July 1, 2009- September 30, 2009 | $78,618.75 | $4,109.95 | $83,520.70 |

18422.001/4814-8528-8709.1