| | |
|---|---|
| J. Thomas Beckett, Utah Bar 5587<br>*Admitted Pro Hac Vice, Docket No. 224*<br>David P. Billings, Utah Bar #11510<br>*Admitted Pro Hac Vice, Docket No. 225*<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>(801) 536-6700<br>tbeckett@parsonsbehle.com;<br>dbillings@parsonsbehle.com | Rew R. Goodenow, Bar 3722<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>(775) 323-1601<br>rgoodenow@parsonsbehle.com |
| *Counsel to the Official Committee* | **E-filed:** January 12, 2010 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>  aka "Rhodes Homes, *et al.*,"<br><br>  Debtors. | Case No. BK-S-09-14814-LBR<br> (Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### CERTIFICATE OF SERVICE

1. On the 12th day of January, 2010, I served the following document(s):

   b.  **AMENDED NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER AS COUNSEL TO THE UNSECURED CREDITORS COMMITTEE [Docket No. 920].**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☒  a.  **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary)*

      BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.

lvecffilings@gtlaw.com;axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com
wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com;dcolvin@marquisaurbach.com;
kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM;gbagley@lionelsawyer.com;
bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;
lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

| | |
|---|---|
| 1 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC |
| 2 | blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com |
| 3 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC |
|   | ecf@lslawnv.com;susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com |

1  BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen@lawrosen.com, jierien@lawrosen.com;msoderquist@lawrosen.com

3  ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com;susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

5  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   nleatham@klnevada.com;ckishi@klnevada.com;bankruptcy@klnevada.com

7  CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
   rblack@feinberggrant.com;efilings@hotmail.com

9  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

11 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
   olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

13 MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
   mark.somerstein@ropesgray.com

15 JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   jeff@sylvesterpolednak.com

17 TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   kdunn@klnevada.com;kgregos@klnevada.com;bankruptcy@klnevada.com

19 TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   tthomas@klnevada.com;kdunn@klnevada.com;bankruptcy@klnevada.com;
   dhoule@klnevada.com;

22 U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

24 DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐   **b.   United States mail, postage fully prepaid**
         *(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

☐ **g.** **By overnight delivery.**

By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: January 12, 2010

| J. Thomas Beckett | /s/ *J. Thomas Beckett* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |