Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

Attorneys for Creditor Credit Suisse AG, Cayman Islands Branch
(formerly known as "Credit Suisse, Cayman Islands Branch")

E-FILED January 13, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>■ All Debtors | Case No.  BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: January 14, 2010<br>Time: 9:00 a.m.<br>Judge: Honorable Linda B. Riegle |

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

558872.02-Los Angeles Server 1A - MSW

## AMENDED CERTIFICATE OF SERVICE

1. On <u>January 13, 2010</u>, I served the following document(s) (*specify*):

   a. **WITHDRAWAL OF LIMITED RESPONSE TO SECOND AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.;** and

   b. **AMENDED PROOF OF CLAIM**

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ☒ a. **ECF System** (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)

   *SEE ATTACHED NOTICE OF ELECTRONIC FILING*

   ☒ b. **United States Mail, first class, postage fully prepaid addressed to those listed on the attached "RHODES HOMES SERVICE LIST"**

   ___ c. Personal Service (*List persons and address. Attach additional pages if necessary*)

   ___ d. By direct email (as opposed to through the ECF System) (*List persons and email addresses. Attach additional pages if necessary*)

   ☒ e. **By fax transmission** (*List persons and fax numbers. Attach additional pages if necessary*)

   *SEE ATTACHED SERVICE LIST*

   ___ f. By messenger (*List persons and address. Attach additional pages if necessary*)

   ___ g. By Federal Express (*List persons and address. Attach additional pages if necessary*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 13th day of January, 2010.

_____
An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

File a Notice:

09-14814-lbr THE RHODES COMPANIES, LLC
Type: bk          Chapter: 11 v          Office: 2 (Las Vegas)
Assets: y         Judge: lbr             Case Flag: JNTADMN, LEAD, BAPCPA

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JEFFREY R. SYLVESTER entered on 1/13/2010 at 3:46 PM PST and filed on 1/13/2010
Case Name:      THE RHODES COMPANIES, LLC
Case Number:    09-14814-lbr
Document Number: 925

Docket Text:
Notice of Withdrawal *of Limited Response to Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al.* Filed by JEFFREY R. SYLVESTER on behalf of CREDIT SUISSE, CAYMAN ISLANDS BRANCH (Related document(s) [899] Response filed by Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH) (SYLVESTER, JEFFREY)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\fakepath\credit suisse - wdrwl.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=989277954 [Date=1/13/2010] [FileNumber=14695668-0
] [8dd98cca7e08012b678bb0b6139bd0ab6093037fcbf3a658843226f66c86e6b3aa
6ea46857544e9aad1864f2d15b0c1830d902fe3627100c54969285f8c9b7]]

09-14814-lbr Notice will be electronically mailed to:

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com;tmachnich@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, MAIL@BRIANSHAPIROLAW.COM

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

# RHODES HOMES SERVICE LIST

**Office of the U.S. Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101
(Fax) 702-388-6658

Internal Revenue Service, District Director
Special Procedures
Attn: Bankruptcy Unit
4750 West Oakey
Las Vegas, NV 89102

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow, Esq.
Karl Y. Olseon, Esq.
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett, Esq.
David P. Billings, Esq.
PARSONS BEHLE & LATIMER
One Utah Center
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod, Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
(Fax) 702-792-9002

**Counsel to The Steering Committee of the 1st Lien Lenders**
Ira Dizengoff, Esq.
Phillip Dublin, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212-872-1002

Page 1 of 3

Nile Leatham, Esq.
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein, Esq.
Don Demakis, Esq.
Ben Schneider, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
Credit Suisse Loan Funding LLC
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, N.A.
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479

**Counsel to the Administrative Agent for the First Lien Lenders**
Van C. Durrer, II, Esq.
Ramon M. Naguiat, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, #3400
Los Angeles, CA 90071-3177
(Fax) 213-687-5600

**Request for Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams
WILLIAMS & WIESE
612 S. Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
(Fax) 702-650-2995

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Suite 200
Las Vegas, NV 89119
(Fax) 702-385-3025

## SERVICE LIST

(Recipients to receive documents by facsimile unless otherwise indicated)

| | |
|---|---|
| Clerk, U.S. Bankruptcy Court*<br>Judge Linda B. Riegle's Chambers -<br>Courtroom 1<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>*via CM/ECF only | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Attn: Philip C. Dublin & Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>(Fax) 212-872-1002 |
| KOLESAR & LEATHAM<br>Attn: Nile Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, Nevada 89102<br>(Fax) 702-362-9472 | Office of the U.S. Trustee<br>Attn: Edward M. McDonald<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, Nevada 89101<br>(Fax) 702-388-6658 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Attn: James I. Stang & Shirley S. Cho<br>10100 Santa Monica Boulevard, Suite 1100<br>Los Angeles, California 90067-4100<br>(Fax) 310-201-0760 | LARSON & STEPHENS<br>Attn: Zachariah Larson<br>810 S. Casino Center Boulevard, Suite 104<br>Las Vegas, Nevada 89101<br>(Fax) 702-382-1169 |
| PARSONS BEHLE & LATIMER<br>Attn: Rew R. Goodenow & Karl Y. Olsen<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>(Fax) 775-348-7250 | PARSONS BEHLE & LATIMER<br>Attn: J. Thomas Beckett & David P. Billings<br>One Utah Center<br>201 South Main Street, Suite 1800<br>P.O. Box 45898<br>Salt Lake City, Utah 84145-0898<br>(Fax) 801-536-6111 |