Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone:  702.979.2357
Facsimile:  702.362.9472
E-Mail:     nleatham@klnevada.com

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002

E-Mail:     pdublin@akingump.com
            aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

*Electronically Filed*
*January 15, 2010*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: § | **Case No. 09-14814-LBR** |
| § | **(JointlyAdministered)** |
| **THE RHODES COMPANIES, LLC,** § | |
| aka "Rhodes Homes," *et al.*, § | **Chapter 11** |
| § | |
| **Debtors.**[1] § | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

| | |
|---|---|
| **Affects:**<br>☒ **All Debtors**<br>☐ **Affects the following**<br>   **Debtor(s)** | §    **NOTICE OF FILING OF AMENDED**<br>§    **DECLARATION OF BRIAN OSBORNE**<br>§    **CERTIFYING TABULATION OF BALLOTS**<br>§    **REGARDING VOTE ON SECOND**<br>§    **AMENDED MODIFIED PLAN OF**<br>§    **REORGANIZATION PURSUANT TO**<br>§    **CHAPTER 11 OF THE BANKRUPTCY**<br>§    **CODE FOR THE RHODES COMPANIES,**<br>§    **LLC, ET AL.** |

**PLEASE TAKE NOTICE** that this notice relates to that DECLARATION OF BRIAN OSBORNE CERTIFYING TABULATION OF BALLOTS REGARDING VOTE ON SECOND AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. (the "Osborne Declaration") [Docket No. 914];

**PLEASE TAKE FURTHER NOTICE** that the Osborne Declaration certified the tabulation of ballots on the SECOND AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. (the "Plan") [Docket No. 797], which tabulation of ballots indicated that the Holders of Claims in Class C-1 (General Unsecured Claims) voted to reject the Plan;

**PLEASE TAKE FURTHER NOTICE** that the tabulation of ballots certified by the Osborne Declaration has been recalculated pursuant to the solicitation procedures (the "Solicitation Procedures") described in the MOTION OF THE FIRST LIEN STEERING COMMITTEE FOR ENTRY OF AN ORDER (A) APPROVING THE ADEQUACY OF THE FIRST LIEN STEERING COMMITTEE'S DISCLOSURE STATEMENT; (B) APPROVING SOLICITATION AND NOTICE MATERIALS WITH RESPECT TO CONFIRMATION OF PLAN OF REORGANIZATION; (C) APPROVING THE FORM

AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

OF VARIOUS BALLOTS AND NOTICES IN CONNECTION THEREWITH; AND (D)

SCHEDULING CERTAIN DATES WITH RESPECT THERETO (the "Disclosure

Statement Motion") [Docket No. 503] and approved by the Court by order dated December

1, 2009 (the "Solicitation Procedures Order") [Docket No. 809];

   **PLEASE TAKE FURTHER NOTICE** that pursuant to the Solicitation Procedures

described in the Disclosure Statement Motion and approved by the Solicitation Procedures

Order, the ballots submitted by Stanley Consultants, Inc. and Class of Plaintiff Homeowners

In re Kitec Fitting will each count as one vote for purposes of satisfying the numerosity

requirements but have been reduced to $1.00 for purposes of calculating the dollar amount

of such votes;

   **PLEASE TAKE FURTHER NOTICE** that as a result of the recalculation of the

tabulation of ballots described above, the Holders of Claims in Class C-1 (General

Unsecured Claims) have voted to accept the Plan, as set forth and certified in the Amended

Osborne Declaration attached hereto as Exhibit 1.

   **PLEASE TAKE FURTHER NOTICE** that any objections to the retabulation of the

votes described above must be filed with the Bankruptcy Court no later than 5:00 p.m. (PT)

on Tuesday, January 19, 2010 and shall be limited in scope to address why the First Lien

Steering Committee is not permitted to retabulate your vote based on the provisions of the

Solicitation Procedures Order.  Objections must be served on: (i) counsel to the Debtors,

Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard #1100, Los Angeles,

CA 90067, Attn: James I. Stang; and Larson & Stephens, 810 S.Casino Center Boulevard,

Suite 104, Las Vegas, NV 89101, Attn: Zachariah Larson; and (ii) counsel to the First Lien

Steering Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York,

NY 10036, Attn: Philip C. Dublin; and Kolesar & Leatham, Chtd, 3320 West Sahara

Avenue, Suite 380, Las Vegas, NV 89102 by 5:00 p.m. (PT) on January 19, 2010.

**PLEASE TAKE FURTHER NOTICE** that if an objection to amended voting

report attached to the Amended Osborne Declaration is timely filed and served in

accordance with this Notice, a hearing on the propriety of the retabulation of the votes

described herein will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300

Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **January 21, 2010 at 9:30 a.m.**

**(PST).**  If no objections are timely filed and served, the Court will approve the retabluation

of such votes.

**DATED** this 15th day of January, 2010.


By:    /s/ Philip C. Dublin
Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(702) 979-2357 (Telephone)
(702) 362-9472 (Facsimile)
Nleatham@klnevada.com

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
pdublin@akingump.com
aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit 1</u>**

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York  10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

*Electronically Filed*
*January 15, 2010*

1  Nile Leatham (NV Bar No. 002838)
2  KOLESAR & LEATHAM
   Wells Fargo Financial Center
3  3320 W. Sahara Ave.
   Las Vegas, NV 89102
4  Telephone:  702.979.2357
   Facsimile:  702.362.9472
5  E-Mail:     nleatham@klnevada.com
6
7  Philip C. Dublin (NY Bar No. 2959344)
   Abid Qureshi (NY Bar No. 2684637)
8  AKIN GUMP STRAUSS HAUER & FELD LLP
   One Bryant Park
9  New York, NY 10036
   Telephone:  212.872.1000
10 Facsimile:  212.872.1002
11 E-Mail:     pdublin@akingump.com
12             aqureshi@akingump.com
13
   *Counsel for the First Lien Steering Committee*
14
15         **UNITED STATES BANKRUPTCY COURT**
16              **DISTRICT OF NEVADA**
                **SOUTHERN DIVISION**
17
   IN RE:                        §   **Case No. 09-14814-LBR**
18                               §   **(JointlyAdministered)**
   THE RHODES COMPANIES, LLC,    §
19    aka "Rhodes Homes," *et al.*, §   **Chapter 11**
                                  §
20       Debtors.[1]              §
                                  §
21                               §
                                  §
22 _____   §

23      [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
   number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060);
24 Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave,
   LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country
25 Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions
   III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and
26 Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090);
   Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC
27 (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited
   Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897);
28 Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

---

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

Document2

| | |
|---|---|
| **Affects:** | § **AMENDED DECLARATION OF BRIAN** |
| ☒ **All Debtors** | § **OSBORNE CERTIFYING TABULATION OF** |
| ☐ **Affects the following** | § **BALLOTS REGARDING VOTE ON SECOND** |
| **Debtor(s)** | § **AMENDED MODIFIED PLAN OF** |
| | § **REORGANIZATION PURSUANT TO** |
| | § **CHAPTER 11 OF THE BANKRUPTCY** |
| | § **CODE FOR THE RHODES COMPANIES,** |
| | § **LLC, ET AL.** |

I, Brian Osborne, hereby declare:

1.     I am over the age of eighteen years and am competent to testify about the matters contained herein.  I am a member of Omni Management Group, LLC ("Omni"), which has offices located at 16501 Ventura Boulevard, Suite 440, Encino, CA 91436. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

### Retention of Omni

2.     Omni was retained by the Debtors in the Debtors' chapter 11 cases by order entered on April 8, 2009 (Heritage Docket No. 111) for the purpose of serving as the Debtors' claims, balloting, noticing and administrative agent (the "Claims and Solicitation Agent").  To the best of my knowledge and belief, Omni is not a creditor or equity security holder of the Debtors, except to the extent that there are outstanding amounts due Omni in connection with the services provided in accordance with its retention approved by the Court.

### Plan Solicitation

3.     Pursuant to the Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the First Lien Steering Committee's Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto (Rhodes Docket No.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

1  809), entered on December 1, 2009 (the "Solicitation Procedures Order"), Omni was

2  instructed to solicit votes from holders of claims entitled to vote on the Second Amended

3  Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the

4
5  Rhodes Companies, LLC, *et al*. (the "Plan") as of December 1, 2009 (the "Record Date").

6      4.      Pursuant to the Plan, holders of claims in the following classes were entitled

7  to vote on the Plan:

8          (a)    Class A-1 (First Lien Lender Secured Claims)

9          (b)    Class A-2 (Second Lien Lender Secured Claims)

10
11          (c)    Class C-1 (General Unsecured Claims)

12          (d)    Class C-2 (First Lien Lender Deficiency Claims)

13          (e)    Class C-3 (Second Lien Lender Deficiency Claims)

14  Each holder of a claim in Class A-1, Class A-2, Class C-1, Class C-2 and Class C-3

15  (collectively, the "Voting Classes") that was entitled to vote as of the Record Date was

16  mailed a Solicitation Package (as such term is defined in the solicitation procedures (the

17
18  "Solicitation Procedures") that was approved by the Solicitation Procedures Order). *See*

19  Certificate of Service of Nova George, filed December 9, 2009 (Docket No. 822). Holders

20  of claims in Class A-3 (Other Secured Claims) and Class B (Priority Non-Tax Claims) are

21  conclusively presumed to have accepted the Plan and are not entitled to vote on the Plan.

22
23  Holders of claims in Class C-4 (Subordinated Claims), Class D (Old Equity Interests) and

24  Class E (Intercompany Claims) are deemed to have rejected the Plan and are not entitled to

25  vote on the Plan.

26      5.      Pursuant to the Solicitation Procedures, all completed ballots were required to

27  be (i) sent by mail or courier to Omni Management Group, LLC, Attn: Brian Osborne,

28

3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

16161 Ventura Blvd. Suite C, PMB 477, Encino, CA 91436, (ii) sent by email to Nova@omnimgt.com or (iii) sent by fax to (818) 783-2737, so as to be actually received by Omni no later than 4:00 p.m. (Prevailing Pacific Time) on January 4, 2010 (the "Voting Deadline"). In accordance with the Solicitation Procedures, a return envelope was included in the Solicitation Package to facilitate the return of ballots.

## Tabulation Procedures

6.     I supervised the tabulation process performed by personnel of Omni. The professionals of Omni have considerable experience in tabulating the ballots of creditors and equity security holders with respect to plans of reorganization. Omni personnel were instructed to tabulate ballots submitted by holders of claims in each of the Voting Classes. Among other things, Omni personnel were instructed to (i) place a date and time-stamp on each ballot at the time such ballot was received, (ii) review the validity of such ballot and (iii) tabulate such ballot in the manner directed by the Solicitation Procedures. To the best of my knowledge, information and belief, the Omni professionals responsible for reviewing and tabulating the ballots cast by holders of claims in each of the Voting Classes adhered to my instructions and the Solicitation Procedures.

7.     The results of the tabulation of all valid ballots received prior to the Voting Deadline for each of the Voting Classes are set forth in Exhibit A hereto. Pursuant to the Solicitation Procedures, Omni is obligated delineate every ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, or damaged. A description of such ballots,

4

1 together with the action taken with respect to such ballots, is also set forth on <u>Exhibit A</u>

2 hereto.

3     8.    All ballots received by Omni have been stored at Omni's office located at

4 16501 Ventura Boulevard, Suite 440, Encino, CA 91436, and are available for inspection by

5

6 the Court or any party in interest.

7     9.    I declare under penalty of perjury that the foregoing is true and correct.

8 Executed on January 15, 2010

9

10     BRIAN OSBORNE

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 11, 2010    8:51:51 AM

**Class A-1 - First Lien Lender Secured Claims**

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $782,294.00 | Accept | $716,446.85 | |
| Archimedes Funding IV (Cayman) Ltd. | 12/24/2009 | | Yes | $2,435,826.15 | Accept | $2,435,826.15 | |
| Auburn CDO | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,697.74 | |
| Auburn III | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Auburn IV | 1/4/2010 | | Yes | $722,672.24 | Accept | $716,446.85 | |
| Auburn V | 1/4/2010 | | Yes | $995,075.90 | Accept | $969,436.78 | |
| Auburn VI | 1/4/2010 | | Yes | $2,481,161.97 | Accept | $2,466,597.40 | |
| Carlyle High Yield Partners IV, Ltd. | 1/4/2010 | | | $442,901.71 | Reject | $442,910.71 | |
| Carlyle High Yield Partners VI, Ltd. | 1/4/2010 | | | $830,720.82 | Reject | $830,720.79 | |
| Carlyle High Yield Partners VII, Ltd | 1/4/2010 | | | $368,204.04 | Reject | $368,204.09 | |
| Carlyle High Yield Partners VIII, Ltd. | 1/4/2010 | | | $355,336.87 | Reject | $355,336.91 | |
| Carlyle High Yield Partners IX, Ltd. | 1/4/2010 | | | $1,297,917.52 | Reject | $1,297,917.52 | |
| Carlyle Loan Investment, Ltd. | 1/4/2010 | | | $8,037,298.15 | Reject | $8,517,939.53 | |
| Castle Garden Funding | 1/4/2010 | | Yes | $3,543,944.34 | Accept | $3,517,944.34 | |
| Cent CDO 10 Limited | 12/28/2009 | | | $841,627.42 | Accept | $841,627.42 | |
| Cent CDO XII Limited | 12/28/2009 | | | $1,271,698.73 | Accept | $1,271,698.73 | |
| Centurion CDO 8 Limited | 12/28/2009 | | | $1,271,698.74 | Accept | $1,271,698.73 | |
| Centurion CDO 9 Limited | 12/28/2009 | | | $1,683,654.83 | Accept | $1,683,654.83 | |
| Centurion CDO VI, Ltd. | 12/28/2009 | | | $841,627.42 | Accept | $841,627.42 | |
| Centurion CDO VII, Limited | 12/28/2009 | | | $2,310,547.59 | Accept | $2,310,547.60 | |
| Confluent 3 Limited | 1/4/2010 | | Yes | $1,508,313.44 | Accept | $1,508,313.40 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | 45 | Yes | $59,229.30 | Accept | $59,229.30 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | | Yes | $4,960,000.83 | Accept | $4,960,000.83 | |
| Credit Suisse Candlewood Special Situations Master | 1/4/2010 | | Yes | $31,383,576.64 | Accept | $31,381,364.28 | |
| Credit Suisse International | 1/4/2010 | 45 | Yes | $20,185,340.62 | Accept | $20,185,340.62 | |
| Credit Suisse International | 1/4/2010 | | Yes | $2,806,618.35 | Accept | $2,806,618.35 | |
| Credit Suisse Credit Strategies Master Fund Ltd. | 1/4/2010 | | Yes | $3,540,066.07 | Accept | $3,540,066.07 | |
| Credit Suisse Syndicated Loan Fund | 1/4/2010 | | Yes | $2,423,144.31 | Accept | $2,408,057.49 | |
| CSAM Funding I | 1/4/2010 | | Yes | $3,039,423.42 | Accept | $3,009,085.24 | |
| CSAM Funding II | 1/4/2010 | | Yes | $2,932,776.98 | Accept | $2,903,303.29 | |
| CSAM Funding III | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,697.74 | |
| CSAM Funding IV | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Brentwood CLO Ltd. | 12/21/2009 | | Yes | $2,632,408.82 | Accept | $2,632,408.83 | |
| Eastland CLO Ltd. | 12/21/2009 | | Yes | $995,561.08 | Accept | $995,561.08 | |
| Endurance CLO I | 12/24/2009 | | Yes | $1,662,767.05 | Accept | $1,662,767.05 | |
| Genesis CLO 2007-1 Ltd. | 12/29/2009 | | | $255,226.57 | Accept | $257,769.10 | |
| General Electric Capital Corporation | 12/24/2009 | | | $16,412,360.00 | Accept | $16,412,359.79 | |
| Gleneagles CLO Ltd. | 12/21/2009 | | | $2,686,683.25 | Accept | $2,686,683.24 | |
| Grayson CLO Ltd. | 12/21/2009 | | | $7,714,268.19 | Accept | $7,714,268.18 | |

Page 1 of 3

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 11, 2010    8:51:51 AM

Class A-1 - First Lien Lender Secured Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Greenbriar CLO Ltd | 12/21/2009 | | | $2,865,795.47 | Accept | $2,865,795.46 | |
| Hewett's Island CLO II, Ltd | 1/4/2010 | | | $2,853,351.19 | Accept | $2,853,351.19 / Amended ballot received on 1-4-10. |
| Hewett's Island CLO III, Ltd | 1/4/2010 | | | $2,528,438.82 | Accept | $2,528,438.82 / Amended ballot received on 1-4-10. |
| Hewett's Island CLO IV, Ltd. | 12/30/2009 | | | $2,865,795.40 | Accept | $2,865,795.40 | |
| Hewett's Island CLO V, Ltd | 12/30/2009 | | | $3,098,157.26 | Accept | $3,098,157.24 | |
| Hewett's Island CLO VII, Ltd. | 12/30/2009 | | | $1,736,845.74 | Accept | $1,736,845.73 | |
| Hewett's Island CLO I-R Ltd. (Hewett's Island CDO Limited) | 12/30/2009 | | | $2,723,424.22 | Accept | $2,723,424.24 | |
| Highland Credit Opportunities CDO Ltd. | 12/21/2009 | | | $5,587,405.50 | Accept | $5,587,405.50 | |
| Highland Loan Funding V Ltd. | 12/21/2009 | | | $1,783,983.95 | Accept | $1,783,983.95 | |
| Highland Park CDO I Ltd., as Purchaser | 12/21/2009 | | | $10,121,365.04 | Accept | $10,121,365.06 | |
| Kismeth VI CLO Ltd. | 12/31/2009 | | Yes | $3,377,786.28 | Accept | $3,377,786.31 | |
| Kismeth VIII Clo Ltd. | 12/31/2009 | | Yes | $1,432,697.73 | Accept | $1,432,697.74 | |
| Kismeth IX Clo Ltd. | 12/31/2009 | | Yes | $1,837,594.41 | Accept | $1,837,594.40 | |
| Kingsland I Ltd. | 1/4/2010 | | Yes | $877,407.84 | Accept | $877,407.84 | |
| Kingsland II Ltd. | 1/4/2010 | | | $877,407.49 | Accept | $877,407.85 | |
| Kingsland IV Ltd. | 1/4/2010 | | | $1,438,867.96 | Accept | $1,438,867.96 | |
| Kingsland V Ltd. | 1/4/2010 | | | $1,716,482.11 | Accept | $1,716,482.11 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | Yes | $1,736,845.74 | Accept | $1,736,845.73 | |
| Landmark II CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,765.51 | |
| Landmark III CDO Limited | 1/4/2010 | | Yes | $1,731,544.00 | Accept | $1,714,359.78 | |
| Landmark III CDO Limited | 1/4/2010 | | Yes | $3,169,871.00 | Accept | $3,136,031.18 | |
| Landmark IV CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark IV CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark V CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,765.51 | |
| Liberty CLO, Ltd. | 12/21/2009 | | | $1,791,122.17 | Accept | $1,791,122.18 | |
| Loan Funding IV LLC | 12/21/2009 | | | $895,561.68 | Accept | $895,561.08 | |
| Loan Funding VII, LLC | 12/21/2009 | | | $5,346,228.29 | Accept | $5,346,228.29 | |
| Lone Star State Trust (Highland Capital Management LP | 12/21/2009 | | | $5,305,259.71 | Accept | $5,305,259.72 | |
| Longhorn Credit Funding LLC | 12/21/2009 | | | $4,755,141.93 | Accept | $4,755,141.92 | |
| Madison Park Funding I Ltd. | 1/4/2010 | | Yes | $2,894,686.97 | Accept | $2,865,795.46 | |
| Madison Park Funding II Ltd. | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| Madison Park Funding III Ltd. | 1/4/2010 | | Yes | $361,636.12 | Accept | $358,224.44 | |
| Madison Park Funding V, Ltd. | 1/4/2010 | | Yes | $2,894,686.97 | Accept | $2,865,795.46 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 11, 2010          8:51:51 AM

## Class A-1 - First Lien Lender Secured Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Morgan Stanley Prime Income Trust | 14/2010 | | | $3,499,577.26 | Accept | $3,499,577.16 | |
| NISSM Peconic Bay Ltd. | 14/2010 | | | $1,014,969.26 | Accept | $1,014,969.19 | |
| CUALCOMM Global Trading Inc. | 14/2010 | | | $2,447,867.03 | Accept | $2,447,866.93 | |
| Reef River CLO, Ltd. | 12/21/2009 | | | $1,753,983.96 | Accept | $1,753,983.95 | |
| RiverSource Bond Series Inc. - River Source Floating Rate Fund. | 12/28/2009 | | | $367,409.67 | Accept | $367,409.71 | |
| Rockwell CDO LTD. | 12/21/2009 | | | $4,477,605.42 | Accept | $4,477,605.41 | |
| Rosedale CLO Ltd. | 14/2010 | | | $959,787.03 | Accept | $959,358.45 | |
| Rosedale CLO II, Ltd. | 14/2010 | | | $839,688.74 | Accept | $838,843.43 | |
| Sorin Capital Management | 14/2010 | | | $21,854,084.00 | Accept | $22,074,570.48 | |
| Sorrqville-Centurion V, Ltd. | 12/28/2009 | | | $913,472.30 | Accept | $913,472.31 | |
| SouthfoN CLO, Ltd. | 12/21/2009 | | | $1,910,530.31 | Accept | $1,910,530.29 | |
| Stratford CLO, Ltd. | 12/21/2009 | | | $3,266,668.30 | Accept | $3,266,668.29 | |
| Van Kampen Dynamic Credit Opportunities Fund | 14/2010 | | | $2,528,643.13 | Accept | $2,628,643.09 | |
| Venturn II CDO 2002 Limited | 14/2010 | | | $1,137,199.24 | Accept | $1,125,843.24 | |
| Venturn III CDO Limited | 14/2010 | | | $1,060,027.64 | Accept | $1,069,247.27 | |
| Venturn IV CDO Limited | 14/2010 | | | $1,396,375.77 | Accept | $1,372,537.58 | |
| Venturn V CDO Limited | 14/2010 | | | $664,334.18 | Accept | $667,403.61 | |
| Venturn VI CDO Limited | 14/2010 | | | $1,125,503.00 | Accept | $1,115,208.77 | |
| Venturn VII CDO Limited | 14/2010 | | | $1,367,046.58 | Accept | $1,371,208.34 | |
| Venturn VIII CDO Limited | 14/2010 | | | $1,634,107.99 | Accept | $1,637,597.40 | Amended ballot received on 1-4-10. |
| Venturn IX CDO, Limited | 14/2010 | | | $1,159,552.06 | Accept | $1,147,977.92 | |
| Vista Leveraged Income Fund | 14/2010 | | | $1,137,199.24 | Accept | $1,125,848.24 | |
| WG Horizons CLO I | 12/24/2009 | | Yes | $2,865,795.46 | Accept | $2,865,795.46 | |

## Class A-1 - First Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 95 | 89 | 6 | 0 |
| Vote %: | | 93.68% | 6.32% | |
| Amount: | $311,390,810.99 | $303,788,681.44 | $7,602,128.55 | |
| Amount %: | | 97.56% | 2.44% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 11, 2010    2:38:21 PM

## Class A-2 - Second Lien Lender Secured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $333,137.00 | Accept | $333,136.90 | |
| Avenue CLO II Ltd. | 12/30/2009 | | | $1,040,690.82 | Accept | $1,009,505.74 | |
| Avenue CLO III, Ltd. | 12/30/2009 | | | $3,122,072.47 | Accept | $3,028,517.24 | |
| Avenue CLO Fund Ltd. | 12/30/2009 | | | $3,122,072.47 | Accept | $3,028,517.24 | |
| Credit Suisse Loan Funding LLC | 1/4/2010 | | | $6,226,650.47 | Accept | $6,226,650.47 | |
| General Electric Capital Corp | 12/24/2009 | | | $5,047,528.00 | Accept | $5,047,528.74 | |
| Ketonah VII CLO Ltd. | 12/31/2009 | | | $35,714.29 | Accept | $1,009,505.74 | |
| Ketonah VIII CLO Ltd. | 12/31/2009 | | | $107,142.86 | Accept | $3,028,517.24 | |
| Ketonah IX CLO Ltd. | 12/31/2009 | | | $35,714.29 | Accept | $1,009,505.74 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | | $71,428.57 | Accept | $2,019,011.49 | |
| Kingsland I, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 11, 2010    2:38:21 PM

## Class A-2 - Second Lien Lender Secured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Kingsland III, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland III, Ltd | 1/4/2010 | | | $1,514,258.82 | Accept | $1,514,258.83 | |
| Kingsland III, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland IV, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland V, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Lightpoint Capital Mgmt LLC (Premium Loan Trust, Ltd.) | 12/29/2009 | | | $2,000,000.00 | Accept | $2,019,011.49 | |
| Mstin Patterson Global Partners | 1/4/2010 | | | $579,211.50 | Accept | $579,211.50 | |
| Mstin Patterson Global Partners | 1/4/2010 | | | $1,944,552.87 | Accept | $1,944,552.87 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $2,019,011.50 | Accept | $2,019,011.49 | |

## Class A-2 - Second Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 10 | 10 | 0 | 0 |
| Vote %: | | 100.00% | 0.00% | |
| Tabulated Amount: | $37,856,465.48 | $37,856,465.48 | $0.00 | |
| Amount %: | | 100.00% | 0.00% | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 14, 2010    11:48:41 AM

## Class C-1 - General Unsecured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Air Methods Corporation | 12/29/2009 | 40 | | $36,248.00 | Reject | $36,248.00 | |
| American Express Travel Related Services Co. In. | 1/4/2010 | 39 | | $285.98 | Accept | $285.98 | |
| Caterpillar Financial Services Corporation | 1/4/2010 | 17 | | $231,898.77 | Reject | $1.00 | Claim filed in an unknown amount. Ballot amount tabulated at $1.00. |
| Cortex International | 12/21/2009 | 28 | | $25,283.85 | Accept | $25,283.85 | |
| Class of Plaintiff Homeowners in Re Kitec Filing | 1/4/2010 | 129 | | $5,308,125.00 | Reject | $1.00 | Pursuant to Section D.2.d of the Solicitation Procedures "The Claim amount contained in a Proof of Claim that has been timely-filed by the applicable Bar Date (or deemed timely-filed by the Bankruptcy Court under applicable law) that is not the subject of an objection or has not been withdrawn; provided, however, that Ballots cast by Holders whose Claims are listed in unliquidated or unknown amounts that are not the subject of an objection will count for satisfying the numerosity requirement of section 1126(c) of the Bankruptcy Code, and will count as Ballots for Claims in the amount of $1.00 solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code", the ballot cast for Kitec is to be tabulated in the amount of $1.00. |
| David and Christine Frohnen | 12/28/2009 | 17 | | $23,072.10 | Reject | $23,072.10 | |
| Dynamic Heating & Air of Nevada | 12/22/2009 | 21 | | $7,744.90 | Accept | $7,744.90 | |
| Envision Concrete, LLC | 1/4/2010 | 14 | | $139,788.87 | Accept | $139,788.87 | |
| Frank Rodriguez Services Inc. | 1/4/2010 | | | $11,575.00 | Accept | $0.00 | Invalid Vote: Ballot cast is with regard to claims already withdrawn as of 7-21-09 and 7-22-09 (see Docket Nos. 18,19,20,21 and 337) |
| GS Wallace Inc. | 12/22/2009 | 11 | | $208,309.51 | Accept | $208,309.51 | |
| Ilvino Masonry | 12/8/2009 | 108 | | $34,632.84 | Accept | $34,632.84 | |
| Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake (FKAS Lee & Russell) | 1/4/2010 | 16 | | $3,326.42 | Accept | $3,326.42 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
**Ballot Report**

January 14, 2010    11:48:41 AM

## Class C-1 - General Unsecured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Southwest Gas Corporation | 1/4/2010 | 4 | | $804.90 | Accept | $804.90 | |
| Stanley Consultants, Inc. | 12/21/2009 | 48 & 52 combined | | $4,609,249.00 | Reject | $1.00 | Pursuant to Section D.2.d of the Solicitation Procedures 'The Claim amount contained in a Proof of Claim that has been timely-filed by the Bar Date (or deemed timely-filed by the Bankruptcy Court under applicable law) that is not the subject of an objection or has not been withdrawn; provided, however, that Ballots cast by Holders whose Claims are listed in unliquidated or unknown amounts that are not the subject of an objection will count for satisfying the numerosity requirement of section 1126(c) of the Bankruptcy Code, and will count as Ballots for Claims in the amount of $1.00 solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code', the ballot cast for Stanley Consultants is to be tabulated in the amount of $1.00. |
| Sunrise Mechanical, Inc. | 12/14/2009 | 19 | | $4,036.55 | Accept | $4,036.55 | |
| Westar Kitchen & Bath, LLC | 12/21/2009 | 102 | | $59,471.09 | Accept | $59,471.09 | |

## Class C-1 - General Unsecured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 16 | 10 | 5 | 1 |
| Vote %: | | 66.67% | 33.33% | |
| Tabulated Amount: | $542,610.01 | $483,486.91 | $59,323.10 | |
| Amount %: | | 89.07% | 10.93% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 11, 2010   8:51:51 AM

## Class C-2 - First Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Arizona Capital Corporation | 12/24/2009 | | Yes | $498,118.00 | Accept | $716,448.85 | |
| Archimedes Funding IV (Cayman) Ltd | 12/24/2009 | | Yes | $2,458,826.15 | Accept | $2,458,826.15 | |
| Atrium CDO | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,887.74 | |
| Atrium III | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,348.99 | |
| Atrium IV | 1/4/2010 | | Yes | $723,072.24 | Accept | $716,448.85 | |
| Atrium V | 1/4/2010 | | Yes | $666,075.30 | Accept | $659,436.78 | |
| Atrium VI | 1/4/2010 | | Yes | $2,481,481.97 | Accept | $2,456,397.40 | |
| Carlyle High Yield Partners IV, Ltd | 1/4/2010 | | Yes | $442,801.71 | Accept | $442,910.71 | |
| Carlyle High Yield Partners VI, Ltd | 1/4/2010 | | | $630,720.62 | Reject | $630,720.79 | |
| Carlyle High Yield Partners VII, Ltd | 1/4/2010 | | | $398,204.00 | Reject | $398,204.00 | |
| Carlyle High Yield Partners VIII, Ltd | 1/4/2010 | | | $398,336.91 | Reject | $398,336.91 | |
| Carlyle High Yield Partners IX, Ltd. | 1/4/2010 | | | $1,287,917.52 | Reject | $1,287,917.52 | |
| Carlyle Loan Investment, Ltd. | 1/4/2010 | | | $98,031,286.15 | Accept | $4,617,039.53 | |
| Castle Garden Funding | 1/4/2010 | | Yes | $3,818,381.21 | Accept | $3,382,244.34 | |
| Cent CDO 10 Limited | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Cent CDO 12 Limited | 12/28/2009 | | | $1,271,898.74 | Accept | $1,271,898.73 | |
| Centurion CDO 8 Limited | 12/28/2009 | | | $1,271,898.74 | Accept | $1,271,898.73 | |
| Centurion CDO 9 Limited | 12/28/2009 | | | $1,683,854.63 | Accept | $1,683,854.63 | |
| Centurion CDO VI Ltd | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Centurion CDO VII Limited | 12/28/2009 | | | $2,316,547.59 | Accept | $2,316,547.60 | |
| Commonwealth 3 Limited | 1/4/2010 | | Yes | $1,506,319.44 | Accept | $1,506,313.40 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | 45 | Yes | $369,256.30 | Accept | $369,226.30 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | | Yes | $4,660,000.53 | Accept | $4,660,000.53 | |
| Credit Suisse Candlewood Special Situations Master Fund Ltd. | 1/4/2010 | | Yes | $31,383,976.64 | Accept | $31,391,364.26 | |
| Credit Suisse International | 1/4/2010 | | Yes | $2,805,618.55 | Accept | $2,805,618.55 | |
| Credit Suisse International | 1/4/2010 | 45 | Yes | $20,195,340.82 | Accept | $20,195,340.82 | |
| Credit Suisse Loan Funding | 1/4/2010 | | Yes | $33,549,098.07 | Accept | $33,549,098.07 | |
| Credit Suisse Strategies Master Fund Ltd. | 1/4/2010 | | Yes | $2,423,144.21 | Accept | $2,398,957.48 | |
| Credit Suisse Syndicated Loan Fund | 1/4/2010 | | Yes | $3,099,623.42 | Accept | $3,099,068.24 | |
| CSAM Funding I | 1/4/2010 | | Yes | $2,832,718.58 | Accept | $2,803,503.29 | |
| CSAM Funding II | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,887.74 | |
| CSAM Funding IV | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,348.99 | |
| General Electric Capital Corporation | 12/24/2009 | | Yes | $1,862,787.05 | Accept | $1,862,787.05 | |
| Hewitt's Island CLO I Ltd | 12/24/2009 | | | $11,684,291.00 | Accept | $18,712,289.79 | |
| Hewitt's Island CLO II, ltd | 1/4/2010 | | | $2,653,351.19 | Accept | $2,653,351.19 | Amended ballot received on 1-4-10. |
| Hewitt's Island CLO IV, Ltd | 12/30/2009 | | | $2,326,458.82 | Accept | $2,326,458.82 | Amended ballot received on 1-4-10. |
| | 12/30/2009 | | | $2,665,765.47 | Accept | $2,665,765.46 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

Class C-2 - First Lien Lender Deficiency Claims

January 11, 2010    8:51:51 AM

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Accepted | Rejected | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Howard's Island CLO V Ltd | 12/30/2009 | | | $306,137.26 | | | Accept | $306,137.26 | |
| Howard's Island CLO V IV, ltd. | 12/30/2009 | | | $1,736,845.74 | | | Accept | $1,736,845.74 | |
| Howard's Island CLO I-R Ltd. (Howard's Island CDO | 12/30/2009 | | | $2,723,424.26 | | | Accept | $2,723,424.26 | |
| Katonah VII CLO, Ltd. | 12/31/2009 | | Yes | $1,377,768.31 | | | Accept | $1,377,768.31 | |
| Katonah VIII CLO, Ltd. | 12/31/2009 | | Yes | $1,432,897.73 | | | Accept | $1,432,897.74 | |
| Katonah IX CLO Ltd. | 12/31/2009 | | Yes | $1,637,597.40 | | | Accept | $1,637,597.40 | |
| Kingsland I Ltd. | 1/4/2010 | | | $877,407.84 | | | Accept | $877,407.84 | |
| Kingsland II Ltd. | 1/4/2010 | | | $877,407.84 | | | Accept | $877,407.86 | |
| Kingsland IV Ltd. | 1/4/2010 | | | $1,439,961.96 | | | Accept | $1,439,961.96 | |
| Kingsland V Ltd. | 1/4/2010 | | | $1,716,482.11 | | | Accept | $1,716,482.11 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | Yes | $1,736,845.74 | | | Accept | $1,736,845.73 | |
| Landmark II CDO Limited | 1/4/2010 | | Yes | $1,296,435.00 | | | Accept | $1,296,786.31 | |
| Landmark III CDO Limited | 1/4/2010 | | Yes | $1,731,544.00 | | | Accept | $1,714,338.78 | |
| Landmark IV CDO Limited | 1/4/2010 | | Yes | $3,182,871.00 | | | Accept | $3,158,031.18 | |
| Landmark V CDO Limited | 1/4/2010 | | Yes | $1,636,441.00 | | | Accept | $1,619,117.55 | |
| Landmark V CDO Limited | 1/4/2010 | | Yes | $1,636,441.00 | | | Accept | $1,619,117.55 | |
| Landmark VI CDO Limited | 1/4/2010 | | Yes | $1,298,220.00 | | | Accept | $1,255,783.11 | |
| Madison Park Funding I, Ltd. | 1/4/2010 | | Yes | $2,650,698.37 | | | Accept | $2,685,786.26 | |
| Madison Park Funding II, Ltd. | 1/4/2010 | | Yes | $1,441,944.49 | | | Accept | $1,432,897.74 | |
| Madison Park Funding III, Ltd. | 1/4/2010 | | Yes | $361,836.12 | | | Accept | $358,229.44 | |
| Madison Park Funding IV, Ltd. | 1/4/2010 | | Yes | $2,884,888.97 | | | Accept | $2,885,796.46 | |
| Morgan Stanley Prime Income Trust | 1/4/2010 | | Yes | $3,486,697.28 | | | Accept | $3,486,697.48 | |
| MJM Income Tree Ltd. | 1/4/2010 | | | $1,014,989.26 | | | Accept | $1,014,989.19 | |
| OHA DOMM Global Trading Inc. | 1/4/2010 | | | $2,447,887.63 | | | Accept | $2,447,886.93 | |
| RiverSource Bond Series Inc. - River Source Floating | 12/28/2009 | | | $387,409.67 | | | Accept | $387,409.71 | |
| Rosedale CLO II Ltd | 1/4/2010 | | | $661,767.03 | | | Accept | $668,308.45 | |
| Rosedale CLO II Ltd | 1/4/2010 | | | $800,408.74 | | | Accept | $808,308.43 | |
| Sixth Capital Management | 1/4/2010 | | | $21,854,034.00 | | | Accept | $22,074,370.48 | |
| Sorrento Constable V Ltd. | 12/28/2009 | | | $919,472.30 | | | Accept | $919,472.31 | |
| Von Kampen Dynamic Credit Opportunities Fund | 1/4/2010 | | | $2,528,843.13 | | | Accept | $2,528,640.00 | |
| WG Horizons CLO I | 12/24/2009 | | Yes | $2,065,085.48 | | | Accept | $2,065,795.48 | |

Class C-2 - First Lien Lender Deficiency Claims

| | # Votes: | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| | | 66 | 60 | 6 | |
| Vote %: | | | 81.81% | 9.09% | |
| Tabulated Amount: | | | 60 | 6 | |
| | | | 81.81% | 8.33% | 0 |
| Amount %: | $235,908,570.83 | $228,906,570.83 | $7,602,129.48 | |
| | | 98.73% | 3.21% | |

Page 2 of 2

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 11, 2010    2:38:21 PM

Class C-3 - Second Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $331,704.00 | Accept | $333,138.90 | |
| Avenue CLO II, Ltd. | 12/30/2009 | | | $1,004,946.54 | Accept | $1,008,505.74 | |
| Avenue CLO III, Ltd. | 12/30/2009 | | | $3,014,929.61 | Accept | $3,028,517.24 | |
| Avenue CLO Fund Ltd. | 12/30/2009 | | | $3,014,929.61 | Accept | $3,028,517.24 | |
| Credit Suisse Loan Funding LLC | 1/4/2010 | | | $8,228,650.47 | Accept | $8,228,650.47 | |
| General Electric Capital Corp. | 12/24/2009 | | | $4,874,309.00 | Accept | $5,047,528.74 | |
| Katonah VII CLO Ltd. | 12/31/2009 | | | $973,791.46 | Accept | $1,008,505.74 | |
| Katonah VIII CLO Ltd. | 12/31/2009 | | | $2,921,374.39 | Accept | $3,028,517.24 | |
| Katonah IX CLO Ltd. | 12/31/2009 | | | $973,791.46 | Accept | $1,008,505.74 | |
| Konberg Capital Funding LLC I | 12/31/2009 | | | $1,947,582.92 | Accept | $2,019,011.49 | |

Page 1 of 3

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 11, 2010   2:38:21 PM

Class C-3 - Second Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Kingsland I, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland II, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland III, Ltd. | 1/4/2010 | | | $1,514,258.62 | Accept | $1,514,258.63 | |
| Kingsland IV, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland V, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Lightpoint Capital Mgmt LLC (Premium Loan Trust, Ltd.) | 12/28/2009 | | | $2,000,000.00 | Accept | $2,019,011.49 | |
| Metlin Patterson Global Partners | 1/4/2010 | | | $559,334.20 | Accept | $579,211.50 | |
| Metlin Patterson Global Partners | 1/4/2010 | | | $1,877,819.97 | Accept | $1,944,552.67 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $2,019,011.50 | Accept | $2,019,011.49 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
**Ballot Report**

January 11, 2010    2:38:21 PM

**Class C-3 - Second Lien Lender Deficiency Claims**

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|

**Class C-3 - Second Lien Lender Deficiency Claims**

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 19 | 19 | 0 | 0 |
| Vote %: | | 100.00% | 0.00% | |
| Tabulated Amount | $37,903,435.43 | $37,903,435.43 | $0.00 | |
| Amount %: | | 100.00% | 0.00% | |

Page 3 of 3

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

April 16, 2008    8:57:53 AM

## Class A-1 - First Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 95 | 89 | 6 | 0 |
| Vote %: | 100% | 93.68% | 6.32% | |
| Tabulated Amount | $311,390,810.99 | $303,788,681.44 | $7,602,129.55 | |
| Amount %: | 100% | 97.56% | 2.44% | |

## Class C-2 - First Lien Lender Deficiency Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 68 | 62 | 6 | 0 |
| Vote %: | | 91.18% | 8.82% | |
| Tabulated Amount | $236,508,500.38 | $228,906,370.83 | $7,602,129.55 | |
| Amount %: | 100% | 96.79% | 3.21% | |

## Class A-2 - Second Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 19 | 19 | 0 | 0 |
| Vote %: | | 100.00% | 0.00% | |
| Tabulated Amount | $37,856,465.48 | $37,856,465.48 | $0.00 | |
| Amount %: | | 100.00% | 0.00% | |

## Class C-3 - Second Lien Lender Deficiency Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 19 | 19 | 0 | 0 |
| Vote %: | | 100.00% | 0.00% | |
| Tabulated Amount | $37,856,465.48 | $37,856,465.48 | $0.00 | |
| Amount %: | | 100.00% | 0.00% | |

## Class C-1 - General Unsecured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 15 | 10 | 5 | 1 |
| Vote %: | | 66.67% | 33.33% | |
| Tabulated Amount | $542,810.01 | $483,486.91 | $59,323.10 | |
| Amount %: | | 89.07% | 10.93% | |