1
NILE LEATHAM, ESQ.
Nevada Bar No. 002838

2
TIMOTHY P. THOMAS, ESQ.
Nevada Bar No. 005148

3
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380

4
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800

5
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com

6
tthomas@klnevada.com

7
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)

8
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park

9
New York, NY 10036
Telephone:  212.872.1000

10
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com

11
aqureshi@akingump.com

12
Counsel for *First Lien Steering Committee*

*Electronically Filed*
*January 15, 2010*

13
**UNITED STATES BANKRUPTCY COURT**

14
**DISTRICT OF NEVADA**

15
In re:

16
THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

17

Debtors.

18

19
Affects:

20
☒    All Debtors

CASE NO. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

21

22
[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

*(left margin, vertical text)* KOLESAR & LEATHAM, CHTD. 3320 West Sahara Avenue, Suite 380 Las Vegas, Nevada 89102 Tel: (702) 362-7800 / Fax: (702) 362-9472

667600 (7540-1)

- 1 -

**CERTIFICATE OF SERVICE**

1.   On January 15, 2010, I served the following document(s) (*specify*):

   a.   **Amended Declaration of Brian Osborne Certifying Tabulation of Ballots Regarding Vote on Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. [Docket No. #929]; and**

   b.   **Notice of Filing of Amended Declaration of Brian Osborne Certifying Tabulation of Ballots Regarding Vote on Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. [Docket No. #930].**

2.   I served the above-named document(s) by the following means to the persons as listed below:

(***Check all that apply***)

☒   **a.   ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; wilsonm@gtlaw.com; lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com, mwalters@marquisaurbach. com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com
RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
rjean@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com; vcampbell@swlaw.com; nbaig@swlaw.com; tmachnich@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com; overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

667600 (7540-1)

- 3 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

JEFFREY D. OLSTER on behalf of Creditor HARSCH
INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com; gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO
BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE,
CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING
COMMITTEE OF SENIOR SECURED LENDERS
mail@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen &
Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐    **b.    United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☒    **c.    Overnight Courier Service - Federal Express**
(*List persons and addresses.  Attach additional paper if necessary*)

Henry F. Marquard, Esq.
Corporate Counsel
STANLEY CONSULTANTS, INC.
225 Iowa Avenue
Muscatine, IA 52761

☐    **d.    Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐        For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐        For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

667600 (7540-1)

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

☐    **e.**    **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **f.**    **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☒    **g.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  January 15, 2010.

_____
DECLARANT

1

## DECLARATION OF MESSENGER

2       I declare under penalty of perjury that I am employed as a Messenger with the law offices

3 of Kolesar & Leatham, Chtd., and on the 15th day of January, 2010, I personally hand-delivered a

4 copy (copies) of the document(s) noted above to the following parties at their last-known

5 addresses:

6       STANLEY CONSULTANTS, INC.
             Attn: Dave Frohnen

7              5820 S. Eastern Avenue
             Las Vegas, NV 89119

8

9              Janiece S. Marshall, Esq.
             ANDERSON, McPHARLIN & CONNERS LLP
             777 N. Rainbow Bl. Ste. #145

10             Las Vegas, NV 89107

11             J. Randall Jones, Esq.
             KEMP, JONES & COULTHARD, LLP

12             3800 Howard Hughes Parkway, 17th Floor
             Las Vegas, NV 89169

13

14             William L. Coulthard, Esq.
             KEMP, JONES & COULTHARD LLP
             3800 Howard Hughes Parkway, 17th Floor

15             Las Vegas, NV 89169

16

17                                           _____
                                   DECLARANT

18

19

20

21

22

23

24

25

26

27

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

667600 (7540-1)

- 6 -