J. RANDALL JONES, ESQ. (#1927)
WILLIAM L. COULTHARD, ESQ. (#3927)
CAROL L. HARRIS, ESQ. (#10069)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
wlc@kempjones.com
clh@kempjones.com

LYNCH, HOPPER & SALZANO, LLP
231 South 3rd Street, Suite #130
Las Vegas, Nevada 89101
Tel. (702) 868-1115
ssalzano@lhsnvlaw.com
*Counsel for In re Kitec Fitting Litigation Class Plaintiffs*

E-filed on: 01/19/10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br><br>☒ All Debtors | Case No: 09-14814-lbr<br>Chapter: 11<br>(Jointly Administered)<br><br>**IN RE KITEC FITTING LITIGATION CLASS PLAINTIFFS' NOTICE OF NON-OPPOSITION TO THE AMENDED BALLOT REPORT AND CONFIRMATION OF PLAN FOR REORGANIZATION FOR RHODES COMPANIES, LLC, ET AL.**<br><br>Hearing Date: January 21, 2009<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Courtroom 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101<br><br>Hon. Linda B. Riegle |

COMES NOW the class of plaintiff homeowners ("Class Plaintiffs") in the construction defect class action styled *In re Kitec Fitting Litigation*, Case No. A493302, pending in the Eighth Judicial District Court, Clark County, Nevada (the "Nevada Class Action"), by and through their court-appointed attorneys of record, the law firms of Kemp, Jones & Coulthard, LLP and Lynch,

1  Hopper & Salzano, LLP, and hereby submit their Non-Opposition to the Amended Ballot Report
2  and Confirmation of Plan for Reorganization for Rhodes Companies, LLC, et al.
3         Class Plaintiffs recently entered into a stipulation to lift the automatic stay with the
4  builder of their homes, Debtor Rhodes Design & Development Corporation ("RD&D"),
5  concerning pursuit of their claims against RD&D on a nominal basis in the Nevada Class Action,
6  and withdrawal of their claim (No. 129) in the *In re Rhodes Companies, LLC, aka "Rhodes
7  Homes," et al.,* Case No. 09-14814-LBR, jointly administered bankruptcy case. As a result of
8  this agreement, Class Plaintiffs are not opposed to the Amended Ballot Report[1] or confirmation
9  of the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the
10 Bankruptcy Code for the Rhodes Companies, LLC, et al.
11        DATED this 19th day of January, 2010.

KEMP, JONES & COULTHARD, LLP

*/s/ William L. Coulthard*
William L. Coulthard, Esq. (#3927)
J. Randall Jones, Esq. (#1927)
Carol L. Harris, Esq. (#10069)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

LYNCH, HOPPER & SALZANO, LLP
231 South 3rd Street, Suite #130
Las Vegas, Nevada 89101
Tel. (702) 868-1115
*Counsel for In re Kitec Fitting
Litigation Class Plaintiffs*

---

[1] *See* Exhibit A to the Amended Declaration of Brian Osborne Certifying Tabulation of Ballots Regarding Vote on Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, Et Al. Doc. 929 (Jan. 15, 2010).