```
 1  J. RANDALL JONES, ESQ. (#1927)                    E-filed on: 01/19/10
    WILLIAM L. COULTHARD, ESQ. (#3927)
 2  CAROL L. HARRIS, ESQ. (#10069)
    KEMP, JONES & COULTHARD, LLP
 3  3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 89169
 4  Tel. (702) 385-6000
    wlc@kempjones.com
 5  clh@kempjones.com

 6  LYNCH, HOPPER & SALZANO, LLP
    231 South 3rd Street, Suite #130
 7  Las Vegas, Nevada 89101
    Tel. (702) 868-1115
 8  ssalzano@lhsnvlaw.com
    Counsel for In re Kitec Fitting
 9  Litigation Class Plaintiffs
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br><br>☒ All Debtors | Case No: 09-14814-lbr<br>Chapter: 11<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: January 21, 2009<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Courtroom 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101<br><br>Hon. Linda B. Riegle |

On January 19, 2010, I served the In re Kitec Fitting Litigation Class Plaintiffs' Notice of Non-Opposition to the Amended Ballot Report and Conformation of Plan for Reorganization for Rhodes Companies, LLC, Et. Al., document by the following means to the persons listed below:

    a.    ECF System:

    *See* Notice of Electronic Filing, attached hereto;

b. By Direct E-mail (as opposed or in addition to through the ECF System):

James I. Stang, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Boulevard, #1100
Los Angeles, CA 90067
*j.stang@pszjlaw.com*

Zachariah Larson, Esq.
LARSON & STEPHENS
810 S. Casino Center Boulevard, Ste. 104
Las Vegas, NV 89101
*zlarson@lslawnv.com*

Philip C. Dublin, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
*pdublin@akingump.com*

Nile Leatham, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Avenue
Las Vegas, NV 89102
*Nleatham@klnevada.com*

c. United States Mail, Postage Fully Prepaid:

James I. Stang, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Boulevard, #1100
Los Angeles, CA 90067

Zachariah Larson, Esq.
LARSON & STEPHENS
810 S. Casino Center Boulevard, Ste. 104
Las Vegas, NV 89101

Philip C. Dublin, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

. . .

. . .

. . .

1  Nile Leatham, Esq.
   KOLESAR & LEATHAM
2  Wells Fargo Financial Center
   3320 W. Sahara Avenue
3  Las Vegas, NV 89102

4  I declare under penalty of perjury that the foregoing is true and correct.

5  DATED this 19th day of January, 2010.

6

7                          /s/ Julia L. Melnar
                           Julia L. Melnar, an employee of Kemp, Jones &
8                          Coulthard, LLP

**File a Notice:**

09-14814-lbr THE RHODES COMPANIES, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: JNTADMN, LEAD, BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from CAROL L. HARRIS entered on 1/19/2010 at 11:46 AM PST and filed on 1/19/2010
**Case Name:**        THE RHODES COMPANIES, LLC
**Case Number:**       09-14814-lbr
**Document Number:** 937

**Docket Text:**
Notice *of Non-Opposition to the Amended Ballot Report and Confirmation of Plan for Reorganization for Rhodes Companies, LLC, et al.* Filed by CAROL L. HARRIS on behalf of In re Kitec Fitting Litigation Class Plaintiffs (Related document(s)[930] Notice filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS) (HARRIS, CAROL)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jlm\Desktop\NOTC - Non-Opp. Retabulate Plan Vote.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/19/2010] [FileNumber=14743003-0
] [8f679c662401449721f56bf9dd5a0bd8caba168685057f2cf621eba3de7cc8d43c6
4fb0a0008e11c27a47c98967a90a68fea259f97b7bbbc32b69cb0a2be703f]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com, axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com;tmachnich@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, MAIL@BRIANSHAPIROLAW.COM

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067