# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: The Rhodes Companies, LLC, a Nevada Limited Liability Company

Case No. 09-14814

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Dec-09        PETITION DATE: 03/31/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $70,653,771 | $69,046,407 | |
| | b. Total Assets | $72,587,021 | $72,589,080 | $109,099,557 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $10,236,172 | $10,236,172 | $10,236,497 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | $4,764,018 | $2,677,468 | $18,983,187 |
| | b. Total Disbursements | $3,156,655 | $2,583,555 | $18,608,879 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,607,363 | $93,913 | $374,308 |
| | d. Cash Balance Beginning of Month | ($547,706) | ($641,619) | $685,350 |
| | e. Cash Balance End of Month (c + d) | $1,059,657 | ($547,706) | $1,059,657 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($2,059) | ($2,331) | ($41,442) |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $0 | $0 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ;    U.S. Trustee Quarterly Fees X ;   Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/17/10

_Mary Ann Hubbard_
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 12/31/09

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $0 | | $0 | 1 | Gross Sales | $0 | |
| $0 | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| $0 | | $0 | 6 | Interest | $143 | |
| $0 | | $0 | 7 | Other Income: | $0 | |
| $0 | | $0 | 8 | | $0 | |
| $0 | | $0 | 9 | | $0 | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $143 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | |
| $0 | | $0 | 12 | Salaries | $0 | |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 | Personal Property | $0 | |
| $0 | | $0 | 16 | Real Property | $0 | |
| $0 | | $0 | 17 | Insurance | $0 | |
| $0 | | $0 | 18 | Management Fees | $0 | |
| $0 | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| $0 | | $0 | 20 | Employer Payroll Taxes | $0 | |
| $0 | | $0 | 21 | Real Property Taxes | $0 | |
| $0 | | $0 | 22 | Other Taxes | $0 | |
| $0 | | $0 | 23 | Other Selling | $0 | |
| $2,059 | | ($2,059) | 24 | Other Administrative | $17,861 | |
| $0 | | $0 | 25 | Interest | $0 | |
| $0 | | $0 | 26 | Other Expenses: | $0 | |
| $0 | | $0 | 27 | | $0 | |
| $0 | | $0 | 28 | | $0 | |
| $0 | | $0 | 29 | | $0 | |
| $0 | | $0 | 30 | | $0 | |
| $0 | | $0 | 31 | | $0 | |
| $0 | | $0 | 32 | | $0 | |
| $0 | | $0 | 33 | | $0 | |
| $0 | | $0 | 34 | | $0 | |
| $2,059 | $0 | ($2,059) | 35 | **Total Expenses** | $17,861 | $0 |
| ($2,059) | $0 | ($2,059) | 36 | **Subtotal** | ($17,717) | $0 |
| | | | | **Reorganization Items:** | | |
| $0 | | $0 | 37 | Professional Fees | $0 | |
| $0 | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| $0 | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | |
| $0 | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| $0 | | $0 | 41 | U.S. Trustee Quarterly Fees | ($23,725) | |
| $0 | | $0 | 42 | | $0 | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | ($23,725) | $0 |
| ($2,059) | $0 | ($2,059) | 44 | Net Profit (Loss) Before Federal & State Taxes | ($41,442) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($2,059) | $0 | ($2,059) | 46 | **Net Profit (Loss)** | ($41,442) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended __12/31/09__

### Assets

|  |  | From Schedules | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents - unrestricted |  | $1,059,657 |
| 2 | Cash and cash equivalents - restricted |  | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses |  | $100,000 |
| 6 | Professional retainers |  | $0 |
| 7 | Other: Investments |  | $69,461,660 |
| 8 | Refundable deposits |  | $32,454 |
| 9 | **Total Current Assets** |  | $70,653,771 |
|  | **Property and Equipment (Market Value)** |  |  |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D |  |
| 17 |  | D' |  |
| 18 |  | D |  |
| 19 |  | D |  |
| 20 |  | D |  |
| 21 | **Total Property and Equipment** |  | $0 |
|  | **Other Assets** |  |  |
| 22 | Loans to shareholders |  | $0 |
| 23 | Loans to affiliates |  | $1,933,250 |
| 24 |  |  |  |
| 25 |  |  |  |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 | **Total Other Assets** |  | $1,933,250 |
| 29 | **Total Assets** |  | $72,587,021 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $0 |
| 31 | Payroll taxes | | | $0 |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $0 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: Due to affiliates | | | $0 |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $10,236,172 |
| 50 | **Total Pre-Petition Liabilities** | | $10,236,172 |
| 51 | **Total Liabilities** | | $10,236,172 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $98,773,060 |
| 53 | Capital Stock | $0 |
| 54 | Additional paid-in capital | $0 |
| 55 | Cumulative profit/(loss) since filing of case | ($41,442) |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | Adj 2008 Equity Pickup | ($36,380,769) |
| 58 | Market value adjustment | $0 |
| 59 | **Total Equity (Deficit)** | $62,350,849 |
| 60 | **Total Liabilities and Equity (Deficit)** | $72,587,021 |

*Although the liabilities reflected on this Monthly Operating Report do not include the senior secured obligations owing to the Debtor's first and second lien lenders under their senior secured revolving credit facilities, those amounts as reflected on Schedule D are obligations that are owed by the Debtor. In the case of Rhodes Ranch, GP, The Rhodes Companies, LLC, and Heritage Land Company, LLC, the amounts are owing as direct obligations. In the case of the remaining Debtors, the amounts are owing as a guaranty obligation.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $0 | $0 | $0 |
| 91+ Days | $0 | $0 | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | $0 |
| Distribution - Products for resale | $0 |
| Manufacturer - Raw Materials | $0 |
| Work-in-progress | $0 |
| Finished goods | $0 |
| Other - Explain | $0 |
| TOTAL | $0 |

| Cost of Goods Sold | |
|---|---|
| Inventory Beginning of Month | 0 |
| Add - | |
| Net purchase | $0 |
| Direct labor | $0 |
| Manufacturing overhead | $0 |
| Freight in | $0 |
| Other: | $0 |
| Less - | |
| Inventory End of Month | $0 |
| Shrinkage | $0 |
| Personal Use | $0 |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____ No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost _____
LIFO cost _____
Lower of cost or market _____
Retail method _____
Other _____
Explain _____

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| n/a | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| n/a | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| n/a | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| n/a | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| n/a | | |
| Total | $0 | $0 |
| Vehicles - | | |
| n/a | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $10,236,172 | $10,236,172 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Mutual of Omaha | | | |
| Account Type | Operating | | | |
| Account No. | 39502186 | | | |
| Account Purpose | Checking | | | |
| Balance, End of Month | $1,059,657 | | | |
| Total Funds on Hand for all Accounts | $1,059,657 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 12/31/09

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|  | **Cash Receipts** |  |  |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $4,711,644 | $22,254,218 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $377,427 | $4,829,459 |
| 6 | Capital Contributions | $0 | $0 |
| 7 |  | $0 | $0 |
| 8 |  | $0 | $0 |
| 9 |  | $0 | $0 |
| 10 | Transfer to RRI/RDD/CNJ/RRL | ($325,053) | ($1,604,430) |
| 11 | Transfer to Heritage Land | $0 | ($6,496,060) |
| 12 | **Total Cash Receipts** | $4,764,018 | $18,983,187 |
|  | **Cash Disbursements** |  |  |
| 13 | Payments for Inventory | $2,082,256 | $8,045,795 |
| 14 | Selling | $50,357 | $316,334 |
| 15 | Administrative | $957,575 | $4,242,175 |
| 16 | Capital Expenditures | $0 | $1,895 |
| 17 | Principal Payments on Debt | $8,591 | $42,953 |
| 18 | Interest Paid | $0 | $0 |
|  | Rent/Lease: |  |  |
| 19 | Personal Property | $0 | $0 |
| 20 | Real Property | $54,376 | $169,108 |
|  | Amount Paid to Owner(s)/Officer(s) |  |  |
| 21 | Salaries | $0 | $0 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $3,500 | $12,445 |
| 25 | Other | $0 | $3,500 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 27 | Management Fees | $0 | $0 |
|  | Taxes: |  |  |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $22,920 |
| 30 | Real Property Taxes | $0 | $221,753 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: Payments on behalf of Rhodes Design | $0 | $4,075,882 |
| 33 | Payments on behalf of Rhodes Realty | $0 | $174,019 |
| 34 | Payments on behalf of Neighborhood Assoc. Group | $0 | $35,485 |
| 35 | Payments on behalf of Elkhorn Partners | $0 | $1,200 |
| 36 | Payments on behalf of Tuscany Acquisitions | $0 | $580,565 |
| 37 | Payments on behalf of Parcel 20 | $0 | $611,601 |
| 38 | Payments on behalf of C&J | $0 | $51,250 |
| 39 | **Total Cash Disbursements:** | $3,156,655 | $18,608,879 |
| 40 | Net Increase (Decrease) in Cash | $1,607,363 | $374,308 |
| 41 | Cash Balance, Beginning of Period | ($547,706) | $685,350 |
| 42 | Cash Balance, End of Period | $1,059,657 | $1,059,657 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 12/31/09

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| 1 | Cash Received from Sales | $4,711,644 | $22,254,218 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Cash Paid to Suppliers | $2,082,256 | $8,045,795 |
| 5 | Cash Paid for Selling Expenses | $50,357 | $316,334 |
| 6 | Cash Paid for Administrative Expenses | $957,575 | $4,242,175 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | $0 |
| 8 | Real Property | $54,376 | $169,108 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $0 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $0 | $0 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $3,500 | $12,445 |
| 15 | Other | $0 | $3,500 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $0 | $22,920 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $221,753 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | $0 | $0 |
| 21 | Transfer to related entities | $325,053 | $1,604,430 |
| 22 | Paid on behlaf of related entities | $0 | $5,530,002 |
| 23 | Heritage Sweep | $0 | $6,496,060 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | $1,238,527 | ($4,410,303) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $0 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $0 |
| 31 | | $0 | $0 |
| 32 | Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | $1,238,527 | ($4,410,303) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | $1,895 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | $0 |
| 36 | | $0 | $0 |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | ($1,895) |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $377,427 | $4,829,459 |
| 40 | Capital Contributions | $0 | $0 |
| 41 | Principal Payments | $8,591 | $42,953 |
| 42 | | $0 | $0 |
| 43 | Net Cash Provided (Used) by Financing Activities | $368,836 | $4,786,506 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | $1,607,363 | $374,308 |
| 45 | Cash and Cash Equivalents at Beginning of Month | ($547,706) | $685,350 |
| 46 | Cash and Cash Equivalents at End of Month | $1,059,657 | $1,059,657 |

Revised 1/1/98

## Payments to Officers, Insiders, Shareholders and Relatives

| Payment Date | Payment Amount | Reason for Payment | Payee |
|---|---|---|---|
| 12/1/2009 | 2,500.00 | Rent for home utilized by Rhodes employees, owned by Glynda Rhodes | Glynda Rhodes |
| 12/1/2009 | 1,000.00 | Use of brokers license | Sandra Weipman |

## Payments to Professionals

| Payment Date | Payment Amount | Payee |
|---|---|---|
| 12/9/2009 | $ 255,358.54 | Akin Gump Strauss Hauer & Feld |
| 12/22/2009 | $ 13,185.34 | Sylvester & Polednak, Ltd. |
| 12/18/2009 | $ 12,275.49 | Omni Management Group |
| 12/9/2009 | $ 115,914.85 | Pachulski Stan Ziehl & Jones |
| 12/22/2009 | $ 16,765.23 | Parsons, Behle, & Latimer |
| 12/24/2009 | $ 30,281.09 | Parsons, Behle, & Latimer |
| 12/3/2009 | $ 188,010.92 | Winchester Carlisle Partners |

```
Rhodes Homes                      Bank Reconciliation Report                                  Page 2
                                  As of Specific Statement Date                      System Date: 01-07-10
                                                                                     System Time: 1:19 pm

RCOFNGEN - The Rhodes Co Operating

Statement Date:   12-31-2009    Bank Statement Ending Balance:    1,547,475.69


   App of      Acct.                                                                   Voided      Void
   Origin      Date     Description              ID          Subtraction   Addition    Amount      Date


     AP     12-31-2009  Sparklett's Drinking Wat  20496.         16.41
                                                             487,677.93*

Outstanding Deposits:

Outstanding Withdrawls:

Outstanding Adjustments:

     CM     12-11-2007  Adjustment                              140.40
                                                                140.40*

                                             RCOFNGEN Total:    487,818.33


          12-31-2009 Adjusted Bank Balance:   1,059,657.36

          Register Balance as of Statement Date:   1,059,657.36
```

rcofngen - The Rhodes Co Operating

Statement Date: 12-31-2009    Bank Statement Ending Balance: 1,547,475.69

| App of Origin | Acct. Date | Description | ID | Subtraction | Addition | Voided Amount | Void Date |
|---|---|---|---|---|---|---|---|
| Outstanding Checks: | | | | | | | |
| AP | 03-13-2009 | AFLAC | 17712 | 515.00 | | | |
| AP | 04-30-2009 | Clark Co. Water Reclamation | 18172 | 51.53 | | | |
| AP | 05-22-2009 | A&B Printing & Mailing | 18329 | 1,194.14 | | | |
| AP | 06-04-2009 | Spirit Underground, LLC | 18462 | 7,530.33 | | | |
| AP | 07-01-2009 | Home Depot | 18726 | 531.46 | | | |
| AP | 08-27-2009 | Superior Auto Glass | 19185 | 175.00 | | | |
| AP | 09-08-2009 | Dept of Motor Vehicles | 19329 | 20.00 | | | |
| AP | 09-29-2009 | WREDCo, Inc. | 19597 | 125.00 | | | |
| AP | 10-15-2009 | City of Henderson Utility Serv | 19754 | 351.58 | | | |
| AP | 10-15-2009 | Verizon Wireless | 19770 | 346.80 | | | |
| AP | 10-21-2009 | All American Carpet Care | 19831 | 65.00 | | | |
| AP | 10-22-2009 | Red Rock Mechanical, LLC | 19908 | 91.67 | | | |
| AP | 10-22-2009 | Safety Rails of NV Inc. | 19910 | 323.40 | | | |
| AP | 10-29-2009 | Southern Nevada Health Dist. | 19961 | 352.36 | | | |
| AP | 11-13-2009 | Clark County | 20061 | 75.00 | | | |
| AP | 11-13-2009 | Dell Computers LP | 20078 | 1,895.26 | | | |
| AP | 11-17-2009 | Dept of Motor Vehicles | 20084 | 250.00 | | | |
| AP | 11-18-2009 | MetroStudy | 20095 | 4,508.10 | | | |
| AP | 11-24-2009 | Red Rock Mechanical, LLC | 20133 | 91.67 | | | |
| AP | 12-01-2009 | Sandra M. Welpman | 20169 | 1,000.00 | | | |
| AP | 12-02-2009 | Las Vegas Valley Water D | 20214 | 84.98 | | | |
| AP | 12-03-2009 | Clark County Recorder | 20250 | 48.00 | | | |
| AP | 12-03-2009 | Realty West Inc. | 20256 | 1,100.00 | | | |
| AP | 12-04-2009 | Alina Smith | 20263 | 640.00 | | | |
| AP | 12-09-2009 | Neofunds By Neopost | 20341 | 549.19 | | | |
| AP | 12-18-2009 | AR Iron LLC | 20356 | 351.65 | | | |
| AP | 12-18-2009 | Omni Management Group | 20379 | 12,275.49 | | | |
| AP | 12-18-2009 | Perlman Architects, Inc. | 20382 | 950.00 | | | |
| AP | 12-18-2009 | Silver State Fireplaces | 20388 | 225.00 | | | |
| AP | 12-18-2009 | Silver State Builder Services | 20389 | 3,040.07 | | | |
| AP | 12-18-2009 | Signs for Success | 20391 | 2,250.00 | | | |
| AP | 12-18-2009 | Tower Builders, LLC | 20392 | 2,347.40 | | | |
| AP | 12-18-2009 | Paul Huygens | 20403 | 214.00 | | | |
| AP | 12-18-2009 | WestCor Construction (FR) | 20405 | 35,656.89 | | | |
| AP | 12-18-2009 | WestCor Construction (FR) | 20406 | 24,381.00 | | | |
| AP | 12-18-2009 | WestCor Construction (FR) | 20407 | 7,718.66 | | | |
| AP | 12-18-2009 | Behavioral Healthcare Options | 20409 | 99.90 | | | |
| AP | 12-18-2009 | OSHA Institute of America | 20417 | 378.00 | | | |
| AP | 12-18-2009 | Hub International Scheer's | 20420 | 20,096.67 | | | |
| AP | 12-18-2009 | Hub International Scheer's | 20421 | 19,576.00 | | | |
| AP | 12-22-2009 | Medina Painting, Inc. | 20435 | 150.00 | | | |
| AP | 12-22-2009 | Executive Plastering | 20437 | 2,851.84 | | | |
| AP | 12-22-2009 | Freedom Underground, LLC | 20438 | 2,130.00 | | | |
| AP | 12-22-2009 | K. H. Landscaping Inc. | 20439 | 620.00 | | | |
| AP | 12-22-2009 | Quality Impressions | 20440 | 127.09 | | | |
| AP | 12-22-2009 | Envision Landscaping | 20443 | 335.00 | | | |
| AP | 12-22-2009 | Interior Specialists, Inc. | 20444 | 11,193.21 | | | |
| AP | 12-22-2009 | LAS Consulting, Inc. | 20445 | 1,139.25 | | | |
| AP | 12-22-2009 | Milgard Windows Corp. | 20446 | 5,172.91 | | | |
| AP | 12-22-2009 | NV Energy | 20447 | 53.18 | | | |
| AP | 12-22-2009 | New Crete LLC | 20448 | 528.00 | | | |
| AP | 12-22-2009 | Silver State Specialties, LLC | 20449 | 6,657.08 | | | |
| AP | 12-22-2009 | Tower Builders, LLC | 20450 | 4,829.60 | | | |
| AP | 12-22-2009 | Wall Constructors Inc | 20452 | 22,399.20 | | | |
| AP | 12-22-2009 | WestCor Construction (FR) | 20453 | 120,363.13 | | | |
| AP | 12-22-2009 | WestCor Construction (FR) | 20454 | 29,764.89 | | | |
| AP | 12-22-2009 | WestCor Construction (FR) | 20455 | 11,114.00 | | | |
| AP | 12-22-2009 | WestCor Construction (FR) | 20456 | 3,086.21 | | | |
| AP | 12-22-2009 | Slater Hanifan Group | 20457 | 6,105.00 | | | |
| AP | 12-22-2009 | Sylvester & Polednak, Ltd | 20458 | 13,185.34 | | | |
| AP | 12-22-2009 | WestCor Construction (FR) | 20459 | 5,053.00 | | | |
| AP | 12-22-2009 | Executive Plastering | 20460 | 340.00 | | | |
| AP | 12-22-2009 | Interstate Plumbing & A/C | 20466 | 7,017.42 | | | |
| AP | 12-22-2009 | Envision Concrete | 20467 | 57,242.25 | | | |
| AP | 12-28-2009 | Clark Co Bldg Dept | 20468 | 2,567.74 | | | |
| AP | 12-28-2009 | Clark Co Bldg Dept | 20469 | 2,651.65 | | | |
| AP | 12-28-2009 | Clark Co Bldg Dept | 20470 | 2,056.12 | | | |
| AP | 12-28-2009 | Clark Co. Water Reclamation | 20471 | 2,692.00 | | | |
| AP | 12-28-2009 | Clark Co. Water Reclamation | 20472 | 2,692.00 | | | |
| AP | 12-28-2009 | Clark Co. Water Reclamation | 20473 | 2,692.00 | | | |
| AP | 12-29-2009 | Alina Smith | 20488 | 640.00 | | | |
| AP | 12-30-2009 | Nevada Department of Taxation | 20489 | 300.85 | | | |
| AP | 12-30-2009 | Nevada Department of Taxation | 20490 | 721.72 | | | |
| AP | 12-30-2009 | Nevada Department of Taxation | 20491 | 2,880.62 | | | |
| AP | 12-30-2009 | Vision Drywall & Paint and | 20492 | 4,756.72 | | | |
| AP | 12-31-2009 | Sparklett's Drinking Wat | 20493 | 13.00 | | | |
| AP | 12-31-2009 | Sparklett's Drinking Wat | 20495 | 63.30 | | | |

**MutualofOmahaBank**
3333 Farnam Street
Omaha NE 68131

402.351.8000
866.351.5646 (toll free)

Account Number:
Statement Date: Dec 31, 2009
Page: 1

BA1W-P100104182350001247

THE RHODES COMPANIES LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
4730 S FORT APACHE RD STE 300
LAS VEGAS NV 89147-7947

On May 20, 2009, the FDIC announced the temporary increase of deposit insurance from $100,000 to $250,000 per depositor has been extended until December 31, 2013.

### 0039502186    Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Beginning Balance | 203,984.84 | Average Balance | 894,362.35 |
| Deposits/Credits | 5,089,071.06 | Interest Paid Year-To-Date | 0.00 |
| Withdrawals/Debits/Checks | 3,745,580.21 | | |
| Interest Paid | 0.00 | | |
| Maintenance Fee | 0.00 | | |
| Ending Balance | 1,547,475.69 | | |

### DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---|
| 12-01-09 | INCOMING WIRE TRANSFER CREDIT | 150.00 |
| 12-01-09 | IMAGE DEPOSIT | 18,188.61 |
| 12-02-09 | TRANSFER FROM 39502151 | 226,055.66 |
| 12-02-09 | INCOMING WIRE TRANSFER CREDIT | 258,187.87 |
| 12-02-09 | INCOMING WIRE TRANSFER CREDIT | 150.00 |
| 12-02-09 | INCOMING WIRE TRANSFER CREDIT | 209,955.95 |
| 12-02-09 | WEB TXFR FROM 000039502100 175236002883 | 3,028.00 |
| 12-02-09 | SWEEP FROM DDA    0038500996 | 16,904.10 |
| 12-03-09 | INCOMING WIRE TRANSFER CREDIT | 276,714.47 |
| 12-03-09 | IMAGE DEPOSIT | 3,481.65 |
| 12-03-09 | SWEEP FROM DDA    0038500996 | 5,967.06 |
| 12-07-09 | INCOMING WIRE TRANSFER CREDIT | 100.00 |
| 12-07-09 | INCOMING WIRE TRANSFER CREDIT | 100.00 |
| 12-07-09 | INCOMING WIRE TRANSFER CREDIT | 100.00 |
| 12-07-09 | DEPOSIT | 1,053.57 |
| 12-08-09 | INCOMING WIRE TRANSFER CREDIT | 100.00 |
| 12-08-09 | IMAGE DEPOSIT | 3,288.60 |

Member FDIC    mutualofomahabank.com    Equal Housing Lender

BA1W-P100104182350001247
0104000000000000001



Account Number:  
Statement Date: Dec 31, 2009  
Page: 2

## DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---:|
| 12-08-09 | SWEEP FROM DDA    0038500996 | 6,569.80 |
| 12-09-09 | INCOMING WIRE TRANSFER CREDIT | 243,104.44 |
| 12-09-09 | INCOMING WIRE TRANSFER CREDIT | 194,270.97 |
| 12-09-09 | INCOMING WIRE TRANSFER CREDIT | 259,130.61 |
| 12-09-09 | SWEEP FROM DDA    0038500996 | 23,966.60 |
| 12-11-09 | INCOMING WIRE TRANSFER CREDIT | 213,233.82 |
| 12-11-09 | IMAGE DEPOSIT | 4,138.50 |
| 12-11-09 | SWEEP FROM DDA    0038500996 | 4,722.80 |
| 12-14-09 | INCOMING WIRE TRANSFER CREDIT | 240,830.88 |
| 12-14-09 | SWEEP FROM DDA    0038500996 | 5,305.80 |
| 12-16-09 | INCOMING WIRE TRANSFER CREDIT | 231,456.50 |
| 12-16-09 | IMAGE DEPOSIT | 3,399.96 |
| 12-16-09 | SWEEP FROM DDA    0038500996 | 5,124.20 |
| 12-17-09 | INCOMING WIRE TRANSFER CREDIT | 15,000.00 |
| 12-17-09 | INCOMING WIRE TRANSFER CREDIT | 216,059.01 |
| 12-17-09 | INCOMING WIRE TRANSFER CREDIT | 193,107.52 |
| 12-17-09 | SWEEP FROM DDA    0038500996 | 18,479.00 |
| 12-18-09 | INCOMING WIRE TRANSFER CREDIT | 196,167.07 |
| 12-18-09 | SWEEP FROM DDA    0038500996 | 4,289.80 |
| 12-21-09 | INCOMING WIRE TRANSFER CREDIT | 241,710.09 |
| 12-21-09 | INCOMING WIRE TRANSFER CREDIT | 239,107.49 |
| 12-21-09 | SWEEP FROM DDA    0038500996 | 18,831.80 |
| 12-22-09 | INCOMING WIRE TRANSFER CREDIT | 246,849.74 |
| 12-22-09 | INCOMING WIRE TRANSFER CREDIT | 182,885.70 |
| 12-22-09 | SWEEP FROM DDA    0038500996 | 15,611.80 |
| 12-23-09 | INCOMING WIRE TRANSFER CREDIT | 196,438.04 |
| 12-23-09 | IMAGE DEPOSIT | 2,901.72 |
| 12-23-09 | SWEEP FROM DDA    0038500996 | 4,350.80 |
| 12-24-09 | INCOMING WIRE TRANSFER CREDIT | 316,946.09 |
| 12-24-09 | SWEEP FROM DDA    0038500996 | 6,950.80 |
| 12-29-09 | INCOMING WIRE TRANSFER CREDIT | 257,762.99 |
| 12-29-09 | INCOMING WIRE TRANSFER CREDIT | 245,572.58 |
| 12-29-09 | SWEEP FROM DDA    0038500996 | 11,268.60 |

## WITHDRAWALS/DEBITS

| Date | Description | Amount |
|---|---|---:|
| 12-01-09 | DEPOSIT ADJUSTMENT | 150.00 |
| 12-01-09 | TRANSFER TO DDA    0038501003 | 606.10 |
| 12-01-09 | TRANSFER TO DDA    0038501038 | 2,244.53 |
| 12-01-09 | TRANSFER TO DDA    0038501054 | 622.50 |
| 12-02-09 | TRANSFER TO DDA    0038501038 | 15,694.82 |
| 12-02-09 | TRANSFER TO DDA    0038501054 | 730.61 |
| 12-03-09 | OUTGOING WIRE TRANSFER DEBIT 1 | 188,010.92 |
| 12-03-09 | TRANSFER TO DDA    0038501003 | 1,497.62 |
| 12-03-09 | TRANSFER TO DDA    0038501038 | 16,717.70 |
| 12-03-09 | TRANSFER TO DDA    0038501054 | 2,901.65 |
| 12-04-09 | TRANSFER TO DDA    0038501003 | 1,405.15 |
| 12-04-09 | TRANSFER TO DDA    0038501038 | 1,945.95 |



Account Number:
Statement Date: Dec 31, 2009
Page: 3

## WITHDRAWALS/DEBITS

| Date | Description | Amount |
|---|---|---|
| 12-07-09 | TRANSFER TO DDA    0038501003 | 9,528.39 |
| 12-07-09 | TRANSFER TO DDA    0038501038 | 16,432.63 |
| 12-07-09 | TRANSFER TO DDA    0038501054 | 2,245.53 |
| 12-08-09 | TRANSFER TO DDA    0038501003 | 1,175.41 |
| 12-08-09 | TRANSFER TO DDA    0038501038 | 6,000.14 |
| 12-08-09 | TRANSFER TO DDA    0038501054 | 730.61 |
| 12-09-09 | TRANSFER TO DDA    0038501038 | 10,041.85 |
| 12-09-09 | TRANSFER TO DDA    0038501054 | 1,132.84 |
| 12-10-09 | TRANSFER TO DDA    0038501003 | 1,416.59 |
| 12-10-09 | TRANSFER TO DDA    0038501038 | 14,621.86 |
| 12-10-09 | TRANSFER TO DDA    0038501054 | 1,645.56 |
| 12-11-09 | INTEGRA TELECOM PAYMENT RHODES HOMES | 2,220.49 |
| 12-11-09 | TRANSFER TO DDA    0038501003 | 989.03 |
| 12-11-09 | TRANSFER TO DDA    0038501038 | 4,180.22 |
| 12-14-09 | WEB TXFR TO 000032501354 | 7,000.00 |
| 12-14-09 | TRANSFER TO DDA    0038501038 | 29,857.54 |
| 12-14-09 | TRANSFER TO DDA    0038501054 | 2,475.03 |
| 12-15-09 | TRANSFER TO DDA    0038501003 | 1,175.43 |
| 12-15-09 | TRANSFER TO DDA    0038501038 | 5,366.19 |
| 12-15-09 | TRANSFER TO DDA    0038501054 | 1,132.86 |
| 12-16-09 | TRANSFER TO DDA    0038501038 | 12,625.78 |
| 12-17-09 | TRANSFER TO DDA    0038501003 | 1,416.60 |
| 12-17-09 | TRANSFER TO DDA    0038501038 | 14,387.94 |
| 12-17-09 | TRANSFER TO DDA    0038501054 | 1,765.60 |
| 12-18-09 | TRANSFER TO DDA    0038501003 | 2,201.23 |
| 12-18-09 | TRANSFER TO DDA    0038501038 | 1,811.21 |
| 12-21-09 | TRANSFER TO DDA    0038501038 | 27,693.49 |
| 12-21-09 | TRANSFER TO DDA    0038501054 | 3,009.80 |
| 12-22-09 | TRANSFER TO DDA    0038501003 | 5,636.56 |
| 12-22-09 | TRANSFER TO DDA    0038501038 | 5,060.82 |
| 12-23-09 | TRANSFER TO DDA    0038501003 | 1,416.58 |
| 12-23-09 | TRANSFER TO DDA    0038501038 | 17,679.46 |
| 12-23-09 | TRANSFER TO DDA    0038501054 | 2,829.83 |
| 12-24-09 | OUTGOING WIRE TRANSFER DEBIT 2 | 30,281.09 |
| 12-24-09 | TRANSFER TO DDA    0038501003 | 989.04 |
| 12-24-09 | TRANSFER TO DDA    0038501038 | 4,501.12 |
| 12-28-09 | TRANSFER TO DDA    0038501003 | 1,175.42 |
| 12-28-09 | TRANSFER TO DDA    0038501038 | 11,515.96 |
| 12-28-09 | TRANSFER TO DDA    0038501054 | 2,828.30 |
| 12-29-09 | TRANSFER TO DDA    0038501003 | 606.11 |
| 12-29-09 | TRANSFER TO DDA    0038501038 | 7,891.25 |
| 12-29-09 | TRANSFER TO DDA    0038501054 | 1,132.84 |
| 12-30-09 | ANALYSIS SERVICE CHG NOV2009 | 3,112.88 |
| 12-30-09 | TRANSFER TO DDA    0038501003 | 1,416.61 |
| 12-30-09 | TRANSFER TO DDA    0038501038 | 27,327.37 |
| 12-30-09 | TRANSFER TO DDA    0038501054 | 1,620.68 |
| 12-31-09 | TRANSFER TO DDA    0038501003 | 989.03 |
| 12-31-09 | TRANSFER TO DDA    0038501038 | 4,009.89 |

Account Number:
Statement Date:
Page:

Dec 31, 2009
4

## CHECKS (IN NUMERIC ORDER)

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12-14-09 | 19835 | 110.00 | 12-07-09 | 20158 | 8,812.00 |
| 12-14-09 | 19870* | 55.00 | 12-04-09 | 20159 | 7,701.03 |
| 12-11-09 | 19964* | 100.00 | 12-07-09 | 20160 | 2,850.00 |
| 12-14-09 | 19982* | 267.51 | 12-02-09 | 20161 | 219.00 |
| 12-15-09 | 19990* | 3,900.50 | 12-07-09 | 20162 | 3,435.00 |
| 12-15-09 | 19991 | 54,161.00 | 12-02-09 | 20163 | 889.52 |
| 12-07-09 | 20018* | 442.59 | 12-14-09 | 20164 | 1,860.75 |
| 12-01-09 | 20037* | 67.90 | 12-03-09 | 20165 | 120.00 |
| 12-01-09 | 20071* | 2,934.23 | 12-03-09 | 20166 | 639.00 |
| 12-01-09 | 20079* | 572.78 | 12-08-09 | 20167 | 1,600.00 |
| 12-11-09 | 20086* | 7,718.66 | 12-04-09 | 20168 | 2,760.00 |
| 12-01-09 | 20088* | 14,053.00 | 12-14-09 | 20170* | 1,997.25 |
| 12-02-09 | 20090* | 454.94 | 12-08-09 | 20171 | 16,749.00 |
| 12-18-09 | 20092* | 1,837.00 | 12-02-09 | 20172 | 31,392.90 |
| 12-01-09 | 20102* | 2,250.00 | 12-08-09 | 20173 | 5,000.00 |
| 12-04-09 | 20105* | 1,374.00 | 12-08-09 | 20174 | 2,940.00 |
| 12-04-09 | 20110* | 3,760.79 | 12-22-09 | 20175 | 2,500.00 |
| 12-03-09 | 20118* | 38,592.65 | 12-01-09 | 20176 | 2,651.65 |
| 12-03-09 | 20119 | 24,333.05 | 12-04-09 | 20177 | 1,142.00 |
| 12-04-09 | 20120 | 1,548.35 | 12-02-09 | 20179* | 430.90 |
| 12-04-09 | 20121 | 6,213.43 | 12-02-09 | 20180 | 33.00 |
| 12-21-09 | 20122 | 14,834.62 | 12-03-09 | 20181 | 1,365.52 |
| 12-03-09 | 20123 | 2,675.50 | 12-04-09 | 20182 | 66.33 |
| 12-04-09 | 20124 | 3,349.44 | 12-04-09 | 20183 | 1,003.60 |
| 12-01-09 | 20126* | 49,697.28 | 12-07-09 | 20184 | 1,010.00 |
| 12-14-09 | 20127 | 845.65 | 12-07-09 | 20185 | 178.10 |
| 12-02-09 | 20128 | 10,842.32 | 12-07-09 | 20186 | 64.44 |
| 12-02-09 | 20129 | 14,964.02 | 12-07-09 | 20187 | 673.47 |
| 12-02-09 | 20130 | 4,104.00 | 12-01-09 | 20188 | 24.86 |
| 12-08-09 | 20131 | 3,838.36 | 12-01-09 | 20189 | 2,339.87 |
| 12-02-09 | 20134* | 9,481.34 | 12-01-09 | 20190 | 297.80 |
| 12-01-09 | 20135 | 730.35 | 12-01-09 | 20191 | 113.64 |
| 12-07-09 | 20136 | 2,094.21 | 12-01-09 | 20192 | 1,527.57 |
| 12-02-09 | 20137 | 5,643.10 | 12-04-09 | 20193 | 640.00 |
| 12-02-09 | 20138 | 42,153.56 | 12-10-09 | 20194 | 156.29 |
| 12-01-09 | 20139 | 503.05 | 12-07-09 | 20195 | 24,610.30 |
| 12-02-09 | 20141* | 15,963.80 | 12-09-09 | 20196 | 14,610.20 |
| 12-02-09 | 20142 | 500.00 | 12-15-09 | 20197 | 33.52 |
| 12-04-09 | 20143 | 640.00 | 12-14-09 | 20198 | 199.80 |
| 12-01-09 | 20147* | 2,692.00 | 12-10-09 | 20199 | 1,242.00 |
| 12-01-09 | 20148 | 2,692.00 | 12-14-09 | 20200 | 19,462.00 |
| 12-01-09 | 20149 | 2,692.00 | 12-14-09 | 20201 | 4,309.24 |
| 12-01-09 | 20150 | 281,376.94 | 12-14-09 | 20202 | 6,079.55 |
| 12-01-09 | 20152* | 40,325.93 | 12-14-09 | 20203 | 19,781.45 |
| 12-02-09 | 20153 | 2,714.57 | 12-22-09 | 20204 | 37.67 |
| 12-01-09 | 20154 | 27,500.00 | 12-07-09 | 20205 | 9,459.25 |
| 12-01-09 | 20155 | 9,713.13 | 12-17-09 | 20206 | 416.86 |
| 12-03-09 | 20156 | 841.15 | 12-07-09 | 20207 | 1,113.30 |
| 12-03-09 | 20157 | 714.78 | 12-14-09 | 20208 | 291.30 |

* Check number out of sequence

Member FDIC    mutualofomahabank.com    Equal Housing Lender

BA1W-P100104182350001247
0304000000000000000



Account Number:  
Statement Date: Dec 31, 2009  
Page: 5

## CHECKS (IN NUMERIC ORDER)

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| 12-10-09 | 20209 | 796.00 | 12-08-09 | 20264* | 595.00 |
| 12-07-09 | 20210 | 2,552.34 | 12-10-09 | 20265 | 100.00 |
| 12-02-09 | 20211 | 2,567.74 | 12-23-09 | 20266 | 6,983.00 |
| 12-04-09 | 20212 | 2,692.00 | 12-15-09 | 20267 | 30.00 |
| 12-07-09 | 20213 | 437.58 | 12-14-09 | 20268 | 633.59 |
| 12-08-09 | 20215* | 3,653.10 | 12-17-09 | 20269 | 3,074.68 |
| 12-18-09 | 20216 | 1,299.22 | 12-14-09 | 20270 | 178.00 |
| 12-09-09 | 20218* | 11,842.56 | 12-11-09 | 20272* | 75,554.00 |
| 12-07-09 | 20219 | 3,058.42 | 12-16-09 | 20273 | 47,835.45 |
| 12-14-09 | 20220 | 4,189.80 | 12-16-09 | 20274 | 6,452.00 |
| 12-08-09 | 20221 | 6,515.52 | 12-16-09 | 20275 | 6,988.10 |
| 12-07-09 | 20222 | 9,965.81 | 12-11-09 | 20276 | 51,939.41 |
| 12-14-09 | 20223 | 8,974.28 | 12-16-09 | 20277 | 10,445.39 |
| 12-16-09 | 20224 | 37,934.36 | 12-16-09 | 20278 | 2,443.31 |
| 12-08-09 | 20225 | 25,068.20 | 12-11-09 | 20279 | 3,114.03 |
| 12-10-09 | 20226 | 1,012.80 | 12-14-09 | 20280 | 283.23 |
| 12-14-09 | 20227 | 2,561.74 | 12-15-09 | 20281 | 175.81 |
| 12-14-09 | 20228 | 1,008.30 | 12-15-09 | 20282 | 175.81 |
| 12-10-09 | 20229 | 8,208.00 | 12-15-09 | 20283 | 175.81 |
| 12-18-09 | 20230 | 12,342.45 | 12-14-09 | 20284 | 218.24 |
| 12-15-09 | 20231 | 36,155.10 | 12-31-09 | 20285 | 1,000.00 |
| 12-08-09 | 20232 | 25,115.90 | 12-14-09 | 20286 | 194.58 |
| 12-09-09 | 20233 | 14,710.39 | 12-14-09 | 20287 | 3,500.00 |
| 12-09-09 | 20235* | 7,412.50 | 12-23-09 | 20288 | 2,905.55 |
| 12-10-09 | 20236 | 15,900.85 | 12-15-09 | 20289 | 248.27 |
| 12-15-09 | 20237 | 25,584.78 | 12-18-09 | 20290 | 863.65 |
| 12-10-09 | 20238 | 317.22 | 12-14-09 | 20291 | 12,879.44 |
| 12-08-09 | 20239 | 27,225.65 | 12-21-09 | 20292 | 17,594.80 |
| 12-11-09 | 20240 | 7,535.00 | 12-14-09 | 20293 | 1,229.74 |
| 12-09-09 | 20241 | 30,685.60 | 12-14-09 | 20294 | 2,117.50 |
| 12-11-09 | 20242 | 17,651.00 | 12-22-09 | 20295 | 65.00 |
| 12-10-09 | 20243 | 6,526.00 | 12-16-09 | 20296 | 9,750.30 |
| 12-04-09 | 20244 | 204.36 | 12-18-09 | 20297 | 2,680.45 |
| 12-09-09 | 20245 | 15,050.00 | 12-15-09 | 20298 | 20,075.50 |
| 12-14-09 | 20246 | 364.30 | 12-14-09 | 20299 | 23,648.14 |
| 12-14-09 | 20247 | 800.00 | 12-16-09 | 20300 | 30,827.16 |
| 12-03-09 | 20248 | 244.00 | 12-16-09 | 20301 | 935.00 |
| 12-04-09 | 20249 | 2,402.13 | 12-22-09 | 20302 | 639.45 |
| 12-04-09 | 20251* | 1,555.00 | 12-15-09 | 20303 | 7,484.85 |
| 12-16-09 | 20252 | 255,358.54 | 12-18-09 | 20304 | 19,394.22 |
| 12-11-09 | 20253 | 40.92 | 12-16-09 | 20305 | 45,055.82 |
| 12-14-09 | 20254 | 532.01 | 12-15-09 | 20306 | 7,356.00 |
| 12-17-09 | 20255 | 2,250.00 | 12-16-09 | 20307 | 1,000.00 |
| 12-15-09 | 20257* | 4,927.50 | 12-15-09 | 20308 | 3,606.55 |
| 12-14-09 | 20258 | 257.52 | 12-16-09 | 20309 | 36.07 |
| 12-21-09 | 20259 | 9,924.65 | 12-15-09 | 20310 | 676.90 |
| 12-16-09 | 20260 | 250.00 | 12-15-09 | 20311 | 19.67 |
| 12-31-09 | 20261 | 17,555.00 | 12-14-09 | 20312 | 116.26 |
| 12-11-09 | 20262 | 258.80 | 12-14-09 | 20313 | 390.00 |

* Check number out of sequence

Account Number:  
Statement Date: Dec 31, 2009  
Page: 6

## CHECKS (IN NUMERIC ORDER)

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12-14-09 | 20315* | 970.40 | 12-24-09 | 20372 | 275.00 |
| 12-17-09 | 20320* | 1,199.75 | 12-24-09 | 20373 | 156.59 |
| 12-18-09 | 20321 | 5,270.49 | 12-29-09 | 20374 | 4,050.00 |
| 12-18-09 | 20322 | 2,548.80 | 12-24-09 | 20375 | 22,463.55 |
| 12-23-09 | 20323 | 5,612.00 | 12-24-09 | 20376 | 59.21 |
| 12-16-09 | 20324 | 6,590.97 | 12-28-09 | 20377 | 178.10 |
| 12-16-09 | 20325 | 630.49 | 12-30-09 | 20378 | 80.00 |
| 12-15-09 | 20326 | 115,914.85 | 12-24-09 | 20380* | 69.72 |
| 12-14-09 | 20327 | 267.00 | 12-24-09 | 20381 | 151.00 |
| 12-17-09 | 20328 | 1,279.42 | 12-23-09 | 20383* | 4,088.02 |
| 12-18-09 | 20329 | 869.91 | 12-29-09 | 20384 | 15.89 |
| 12-18-09 | 20330 | 1,466.59 | 12-28-09 | 20385 | 19,565.18 |
| 12-16-09 | 20331 | 798.00 | 12-28-09 | 20386 | 266.91 |
| 12-21-09 | 20332 | 5,151.23 | 12-28-09 | 20387 | 10,638.94 |
| 12-21-09 | 20333 | 255.30 | 12-28-09 | 20393* | 31,969.06 |
| 12-15-09 | 20334 | 337.25 | 12-30-09 | 20394 | 1,030.20 |
| 12-18-09 | 20335 | 1,432.19 | 12-23-09 | 20395 | 34,467.47 |
| 12-31-09 | 20336 | 4,650.00 | 12-24-09 | 20396 | 55.25 |
| 12-10-09 | 20337 | 1,900.69 | 12-21-09 | 20397 | 86,516.10 |
| 12-14-09 | 20338 | 2,692.00 | 12-28-09 | 20398 | 742.00 |
| 12-18-09 | 20339 | 13.69 | 12-22-09 | 20399 | 50,031.95 |
| 12-16-09 | 20340 | 100.00 | 12-24-09 | 20400 | 14,989.10 |
| 12-28-09 | 20342* | 328.59 | 12-23-09 | 20401 | 193.60 |
| 12-15-09 | 20344* | 743.06 | 12-31-09 | 20402 | 3,400.00 |
| 12-15-09 | 20346* | 6,095.49 | 12-28-09 | 20404* | 57,586.00 |
| 12-21-09 | 20347 | 640.00 | 12-21-09 | 20408* | 640.00 |
| 12-21-09 | 20348 | 81.08 | 12-24-09 | 20411* | 840.00 |
| 12-28-09 | 20349 | 335.68 | 12-29-09 | 20412 | 16,255.82 |
| 12-21-09 | 20350 | 200.00 | 12-29-09 | 20413 | 4,093.19 |
| 12-21-09 | 20351 | 2,072.72 | 12-29-09 | 20414 | 6,995.01 |
| 12-21-09 | 20352 | 232.50 | 12-24-09 | 20415 | 260.88 |
| 12-22-09 | 20354* | 6,409.01 | 12-24-09 | 20416 | 742.24 |
| 12-29-09 | 20355 | 88.33 | 12-28-09 | 20418* | 833.46 |
| 12-30-09 | 20357* | 550.00 | 12-28-09 | 20419 | 550.00 |
| 12-22-09 | 20358 | 26,855.45 | 12-23-09 | 20422* | 24,272.58 |
| 12-28-09 | 20359 | 302.44 | 12-24-09 | 20423 | 569.12 |
| 12-22-09 | 20360 | 7,296.36 | 12-24-09 | 20424 | 27,066.00 |
| 12-28-09 | 20361 | 6,433.15 | 12-28-09 | 20425 | 390.00 |
| 12-28-09 | 20362 | 5,794.00 | 12-30-09 | 20428* | 107.24 |
| 12-30-09 | 20363 | 61,507.80 | 12-29-09 | 20429 | 16,765.23 |
| 12-23-09 | 20364 | 12,455.00 | 12-31-09 | 20430 | 700.00 |
| 12-28-09 | 20365 | 1,505.55 | 12-30-09 | 20431 | 189,552.50 |
| 12-28-09 | 20366 | 536.40 | 12-23-09 | 20434* | 1,621.00 |
| 12-29-09 | 20367 | 682.76 | 12-30-09 | 20436* | 19,579.20 |
| 12-30-09 | 20368 | 695.20 | 12-30-09 | 20441* | 43,616.50 |
| 12-30-09 | 20369 | 100.00 | 12-28-09 | 20464* | 207.77 |
| 12-23-09 | 20370 | 10,670.60 | 12-30-09 | 20465 | 146,294.18 |
| 12-30-09 | 20371 | 1,899.20 | 12-30-09 | 122809* | 4,437.74 |

* Check number out of sequence

Member FDIC    mutualofomahabank.com    Equal Housing Lender

BA1W-P100104182350001247
0404000000000000000

