Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone:  702.979.2357
Facsimile:  702.362.9472
E-Mail:    nleatham@klnevada.com

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002

E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

*Electronically Filed*
*January 22, 2010*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** § | **Case No. 09-14814-LBR** |
| § | **(JointlyAdministered)** |
| **THE RHODES COMPANIES, LLC,** § | |
|    aka "Rhodes Homes," *et al.*, § | **Chapter 11** |
| § | |
|    **Debtors.**[1] § | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

|||
|---|---|
| **Affects:**<br>☒ All Debtors<br>☐ Affects the following<br>    Debtor(s) | § **NOTICE OF CONTINUATION OF**<br>§ **HEARING ON CONFIRMATION OF**<br>§ **SECOND AMENDED MODIFIED PLAN**<br>§ **OF REORGANIZATION PURSUANT TO**<br>§ **CHAPTER 11 OF THE BANKRUPTCY**<br>§ **CODE FOR THE RHODES COMPANIES,**<br>§ **LLC, ET AL.** |

**PLEASE TAKE NOTICE** that the hearing on the confirmation of the SECOND AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. (the "Plan") [Docket No. 797] has been continued to February 11, 2010 at the hour of 9:30 a.m. (Pacific Time) in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada 89101.

**PLEASE TAKE FURTHER NOTICE** that the First Lien Steering Committee will file a supplemental memorandum of law in support of confirmation of the Plan (the "Supplemental Confirmation Brief") by no later than 5:00 p.m. (Pacific Time) on Wednesday, January 27, 2010.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Plan and Supplemental Confirmation Brief are or will be on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101; via the Bankruptcy Court's website at www.nvb.uscourts.gov (a PACER account is required); through the Debtors' claims agent's website: www.omnimgt.com/rhodes; or by calling (866) 989-6144.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Supplemental Confirmation Brief described above must be filed with the Bankruptcy Court no later than 5:00 p.m. (Pacific Time) on Tuesday, February 2, 2010 and shall be limited in scope to

*AKIN GUMP STRAUSS HAUER & FELD LLP*
*One Bryant Park*
*New York, New York 10036*
*Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com*

address the issues discussed in the Supplemental Confirmation Brief. Objections must be served on: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard #1100, Los Angeles, CA 90067, Attn: James I. Stang; and Larson & Stephens, 810 S. Casino Center Boulevard, Suite 104, Las Vegas, NV 89101, Attn: Zachariah Larson; and (ii) counsel to the First Lien Steering Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Philip C. Dublin; and Kolesar & Leatham, Chtd, 3320 West Sahara Avenue, Suite 380, Las Vegas, NV 89102 by 5:00 p.m. (Pacific Time) on February 2, 2010.

> If you object to the issues discussed in the Supplemental Confirmation Brief, you *must* file a WRITTEN response with the Court. You *must* also serve your written response on the parties listed above.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the parties listed above, then:
> • The Court may *refuse to allow you to speak* at the scheduled hearing; and
> • The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 22nd day of January, 2010.

By:   /s/ Philip C. Dublin
Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(702) 979-2357 (Telephone)
(702) 362-9472 (Facsimile)
Nleatham@klnevada.com

and

3

|   |
|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com |

1
2      AKIN GUMP STRAUSS HAUER & FELD LLP
        Philip C. Dublin (NY Bar No. 2959344)
3       Abid Qureshi (NY Bar No. 2684637)
        One Bryant Park
4       New York, New York 10036
        (212) 872-1000 (Telephone)
5       (212) 872-1002 (Facsimile)
        pdublin@akingump.com
6       aqureshi@akingump.com
7
8      *Counsel for the First Lien Steering Committee*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28