# M. W. SCHOFIELD
## Clark County Assessor

(702) 455-3891 • Fax: (702) 455-5553
accessclarkcounty.com/assessor

RECEIVED & FILED
'10 JAN 25 P 4 :15



**MEMBER**
International Association
of Assessing Officers

Rocky A. Steele, Assistant Director of Assessment Services      Michele W. Shafe, Assistant Director of Assessment Services

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

January 21, 2010

U. S. Bankruptcy Court
District of Southern Nevada
300 S. Las Vegas Blvd.
Las Vegas, NV 89101

Dear Sir or Madam:

Please file this as indication that the Clark County Assessor is withdrawing the

**ADMINISTRATIVE CLAIM**

filed in this case on 09/28/2009 in the amount of $ $26.53

THE RHODES COMPANIES LLC
NV-S-09-14814-LBR
090158-99

Sincerely,

Tina Poff
Manager

cc: ZACHARIAH LARSON



Clark County Government Center  •  500 S. Grand Central Parkway  •  Box 551401  •  Las Vegas NV  89155-1401