Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: 702.979.2357
Facsimile: 702.362.9472
E-Mail:   nleatham@klnevada.com

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002

E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com

*Counsel for the First Lien Steering Committee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 09-14814-LBR |
| | (JointlyAdministered) |
| THE RHODES COMPANIES, LLC, | |
| aka "Rhodes Homes," *et al.*, | Chapter 11 |
| Debtors.[1] | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

| Affects: | § | SECOND AMENDED DECLARATION OF |
|---|---|---|
| ☒ All Debtors | § | BRIAN OSBORNE CERTIFYING |
| ☐ Affects the following Debtor(s) | § § § § § § § | TABULATION OF BALLOTS REGARDING VOTE ON SECOND AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. |

I, Brian Osborne, hereby declare:

1.  I am over the age of eighteen years and am competent to testify about the matters contained herein. I am a member of Omni Management Group, LLC ("Omni"), which has offices located at 16501 Ventura Boulevard, Suite 440, Encino, CA 91436. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

### Retention of Omni

2.  Omni was retained by the Debtors in the Debtors' chapter 11 cases by order entered on April 8, 2009 (Heritage Docket No. 111) for the purpose of serving as the Debtors' claims, balloting, noticing and administrative agent (the "Claims and Solicitation Agent"). To the best of my knowledge and belief, Omni is not a creditor or equity security holder of the Debtors, except to the extent that there are outstanding amounts due Omni in connection with the services provided in accordance with its retention approved by the Court.

### Plan Solicitation

3.  Pursuant to the Order (A) Approving the Adequacy of the First Lien Steering Committee's Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the First Lien Steering Committee's Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto (Rhodes Docket No.

809), entered on December 1, 2009 (the "Solicitation Procedures Order"), Omni was instructed to solicit votes from holders of claims entitled to vote on the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, *et al.* (the "Plan") as of December 1, 2009 (the "Record Date").

4. Pursuant to the Plan, holders of claims in the following classes were entitled to vote on the Plan:

(a) Class A-1 (First Lien Lender Secured Claims)

(b) Class A-2 (Second Lien Lender Secured Claims)

(c) Class C-1 (General Unsecured Claims)

(d) Class C-2 (First Lien Lender Deficiency Claims)

(e) Class C-3 (Second Lien Lender Deficiency Claims)

Each holder of a claim in Class A-1, Class A-2, Class C-1, Class C-2 and Class C-3 (collectively, the "Voting Classes") that was entitled to vote as of the Record Date was mailed a Solicitation Package (as such term is defined in the solicitation procedures (the "Solicitation Procedures") that was approved by the Solicitation Procedures Order). *See* Certificate of Service of Nova George, filed December 9, 2009 (Docket No. 822). Holders of claims in Class A-3 (Other Secured Claims) and Class B (Priority Non-Tax Claims) are conclusively presumed to have accepted the Plan and are not entitled to vote on the Plan. Holders of claims in Class C-4 (Subordinated Claims), Class D (Old Equity Interests) and Class E (Intercompany Claims) are deemed to have rejected the Plan and are not entitled to vote on the Plan.

5. Pursuant to the Solicitation Procedures, all completed ballots were required to be (i) sent by mail or courier to Omni Management Group, LLC, Attn: Brian Osborne,

3

16161 Ventura Blvd. Suite C, PMB 477, Encino, CA 91436, (ii) sent by email to Nova@omnimgt.com or (iii) sent by fax to (818) 783-2737, so as to be actually received by Omni no later than 4:00 p.m. (Prevailing Pacific Time) on January 4, 2010 (the "Voting Deadline"). In accordance with the Solicitation Procedures, a return envelope was included in the Solicitation Package to facilitate the return of ballots.

### Tabulation Procedures

6.      I supervised the tabulation process performed by personnel of Omni. The professionals of Omni have considerable experience in tabulating the ballots of creditors and equity security holders with respect to plans of reorganization. Omni personnel were instructed to tabulate ballots submitted by holders of claims in each of the Voting Classes. Among other things, Omni personnel were instructed to (i) place a date and time-stamp on each ballot at the time such ballot was received, (ii) review the validity of such ballot and (iii) tabulate such ballot in the manner directed by the Solicitation Procedures. To the best of my knowledge, information and belief, the Omni professionals responsible for reviewing and tabulating the ballots cast by holders of claims in each of the Voting Classes adhered to my instructions and the Solicitation Procedures.

7.      The results of the tabulation of all valid ballots received prior to the Voting Deadline for each of the Voting Classes are set forth in Exhibit A hereto. Pursuant to the Solicitation Procedures, Omni is obligated delineate every ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, or damaged. A description of such ballots,

4

1  together with the action taken with respect to such ballots, is also set forth on <u>Exhibit A</u>
2  hereto.

3      8.    All ballots received by Omni have been stored at Omni's office located at
4  16501 Ventura Boulevard, Suite 440, Encino, CA 91436, and are available for inspection by
5  the Court or any party in interest.

6      9.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2010

_____
BRIAN OSBORNE

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

Exhibit A

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

April 16, 2008    8:57:53 AM

### Class A-1 - First Lien Lender Secured Claims

|                  | Total Valid      | Accepted         | Rejected       | Invalid |
|------------------|------------------|------------------|----------------|---------|
| # Votes:         | 95               | 89               | 6              | 0       |
| Vote %:          | 100%             | 93.68%           | 6.32%          |         |
| Tabulated Amount | $311,390,810.99  | $303,788,681.44  | $7,602,129.55  |         |
| Amount %:        | 100%             | 97.56%           | 2.44%          |         |

### Class C-2 - First Lien Lender Deficiency Claims

|                  | Total Valid      | Accepted         | Rejected       | Invalid |
|------------------|------------------|------------------|----------------|---------|
| # Votes:         | 68               | 62               | 6              | 0       |
| Vote %:          |                  | 91.18%           | 8.82%          |         |
| Tabulated Amount | $236,508,500.38  | $228,906,370.83  | $7,602,129.55  |         |
| Amount %:        |                  | 96.79%           | 3.21%          |         |

### Class A-2 - Second Lien Lender Secured Claims

|                  | Total Valid     | Accepted        | Rejected | Invalid |
|------------------|-----------------|-----------------|----------|---------|
| # Votes:         | 19              | 19              | 0        | 0       |
| Vote %:          |                 | 100.00%         | 0.00%    |         |
| Tabulated Amount | $37,856,465.48  | $37,856,465.48  | $0.00    |         |
| Amount %:        |                 | 100.00%         | 0.00%    |         |

### Class C-3 - Second Lien Lender Deficiency Claims

|                  | Total Valid     | Accepted        | Rejected | Invalid |
|------------------|-----------------|-----------------|----------|---------|
| # Votes:         | 19              | 19              | 0        | 0       |
| Vote %:          |                 | 100.00%         | 0.00%    |         |
| Tabulated Amount | $37,856,465.48  | $37,856,465.48  | $0.00    |         |
| Amount %:        |                 | 100.00%         | 0.00%    |         |

### Class C-1 - General Unsecured Claims

|                  | Total Valid    | Accepted     | Rejected       | Invalid |
|------------------|----------------|--------------|----------------|---------|
| # Votes:         | 15             | 10           | 5              | 1       |
| Vote %:          |                | 66.67%       | 33.33%         |         |
| Tabulated Amount | $4,010,544.01  | $483,486.91  | $3,527,057.10  |         |
| Amount %:        |                | 12.06%       | 87.94%         |         |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:54 PM

### Class A-1 - First Lien Lender Secured Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $702,294.00 | Accept | $716,448.85 | |
| Archimedes Funding IV (Cayman) Ltd. | 12/24/2009 | | Yes | $2,435,926.15 | Accept | $2,435,926.15 | |
| Atrium CDO | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| Atrium III | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Atrium IV | 1/4/2010 | | Yes | $723,672.24 | Accept | $716,448.85 | |
| Atrium V | 1/4/2010 | | Yes | $665,075.30 | Accept | $658,436.78 | |
| Atrium VI | 1/4/2010 | | Yes | $2,481,161.97 | Accept | $2,456,397.40 | |
| Carlyle High Yield Partners IV, Ltd. | 1/4/2010 | | | $442,901.71 | Reject | $442,910.71 | |
| Carlyle High Yield Partners VI, Ltd. | 1/4/2010 | | | $630,720.82 | Reject | $630,720.79 | |
| Carlyle High Yield Partners VII, Ltd. | 1/4/2010 | | | $368,204.04 | Reject | $368,204.09 | |
| Carlyle High Yield Partners VIII, Ltd. | 1/4/2010 | | | $355,336.87 | Reject | $355,336.91 | |
| Carlyle High Yield Partners IX, Ltd. | 1/4/2010 | | | $1,287,917.52 | Reject | $1,287,917.52 | |
| Carlyle Loan Investment, Ltd. | 1/4/2010 | | | $6,031,298.15 | Reject | $4,517,039.53 | |
| Castle Garden Funding | 1/4/2010 | | Yes | $3,618,361.21 | Accept | $3,582,244.34 | |
| Cent CDO 10 Limited | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Cent CDO XI Limited | 12/28/2009 | | | $1,271,696.74 | Accept | $1,271,696.73 | |
| Centurion CDO 8 Limited | 12/28/2009 | | | $1,271,696.74 | Accept | $1,271,696.73 | |
| Centurion CDO 9 Limited | 12/28/2009 | | | $1,683,654.83 | Accept | $1,683,654.83 | |
| Centurion CDO VI, Ltd. | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Centurion CDO VII, Limited | 12/28/2009 | | | $2,310,547.59 | Accept | $2,310,547.60 | |
| Confluent 3 Limited | 1/4/2010 | | | $1,508,313.44 | Accept | $1,508,313.40 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | 45 | Yes | $59,229.30 | Accept | $59,229.30 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | | Yes | $4,960,030.63 | Accept | $4,960,030.63 | |
| Credit Suisse Candlewood Special Situations Master | 1/4/2010 | | Yes | $31,393,576.64 | Accept | $31,391,364.26 | |
| Credit Suisse International | 1/4/2010 | 45 | Yes | $20,195,340.62 | Accept | $20,195,340.62 | |
| Credit Suisse International | 1/4/2010 | | | $2,806,816.55 | Accept | $2,806,816.55 | |
| Credit Suisse Loan Funding | 1/4/2010 | | Yes | $33,549,086.07 | Accept | $33,549,086.07 | |
| Credit Suisse Credit Strategies Master Fund Ltd. | 1/4/2010 | | Yes | $2,423,144.21 | Accept | $2,398,957.48 | |
| Credit Suisse Syndicated Loan Fund | 1/4/2010 | | Yes | $3,039,423.42 | Accept | $3,009,085.24 | |
| CSAM Funding I | 1/4/2010 | | Yes | $2,932,776.98 | Accept | $2,903,503.29 | |
| CSAM Funding II | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| CSAM Funding IV | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Brentwood CLO Ltd. | 12/21/2009 | | | $2,632,406.82 | Accept | $2,632,406.83 | |
| Eastland CLO Ltd. | 12/21/2009 | | | $895,561.08 | Accept | $895,561.08 | |
| Endurance CLO I | 12/24/2009 | | Yes | $1,862,767.05 | Accept | $1,862,767.05 | |
| Genesis CLO 2007-1 Ltd. | 12/29/2009 | | | $255,225.87 | Accept | $257,799.10 | |
| General Electric Capital Corporation | 12/24/2009 | | | $16,412,360.00 | Accept | $16,412,359.79 | |
| Gleneagles CLO Ltd. | 12/21/2009 | | | $2,686,683.25 | Accept | $2,686,683.24 | |
| Grayson CLO Ltd. | 12/21/2009 | | | $7,714,268.19 | Accept | $7,714,268.18 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:54 PM

### Class A-1 - First Lien Lender Secured Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Greenbriar CLO Ltd. | 12/21/2009 | | | $2,865,795.47 | Accept | $2,865,795.46 | |
| Hewett's Island CLO II, Ltd. | 1/4/2010 | | | $2,893,351.19 | Accept | $2,893,351.19 | Amended ballot received on 1-4-10. |
| Hewett's Island CLO III, Ltd. | 1/4/2010 | | | $2,328,458.82 | Accept | $2,328,458.82 | Amended ballot received on 1-4-10. |
| Hewett's Island CLO IV, Ltd. | 12/30/2009 | | | $2,865,795.47 | Accept | $2,865,795.46 | |
| Hewett's Island CLO V, Ltd. | 12/30/2009 | | | $3,098,157.26 | Accept | $3,098,157.24 | |
| Hewett's Island CLO VII, Ltd. | 12/30/2009 | | | $1,736,845.74 | Accept | $1,736,845.73 | |
| Hewett's Island CLO I-R Ltd. (Hewett's Island CDO Limited) | 12/30/2009 | | | $2,723,424.22 | Accept | $2,723,424.24 | |
| Highland Credit Oppurtunities CDO Ltd. | 12/21/2009 | | | $5,587,405.60 | Accept | $5,587,405.60 | |
| Highland Loan Funding V Ltd. | 12/21/2009 | | | $1,763,983.95 | Accept | $1,763,983.95 | |
| Highland Park CDO I, Ltd., as Purchaser | 12/21/2009 | | | $10,121,385.04 | Accept | $10,121,385.06 | |
| Katonah VII Clo Ltd. | 12/31/2009 | | Yes | $1,377,786.28 | Accept | $1,377,786.31 | |
| Katonah VIII Clo Ltd. | 12/31/2009 | | Yes | $1,432,897.73 | Accept | $1,432,897.74 | |
| Katonah IX Clo Ltd. | 12/31/2009 | | Yes | $1,637,594.41 | Accept | $1,637,594.40 | |
| Kingsland I Ltd. | 1/4/2010 | | | $877,407.84 | Accept | $877,407.84 | |
| Kingsland II Ltd. | 1/4/2010 | | | $877,407.48 | Accept | $877,407.86 | |
| Kingsland IV Ltd. | 1/4/2010 | | | $1,439,967.96 | Accept | $1,439,967.96 | |
| Kingsland V Ltd. | 1/4/2010 | | | $1,716,492.11 | Accept | $1,716,492.11 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | Yes | $1,736,845.74 | Accept | $1,736,845.73 | |
| Landmark CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,785.51 | |
| Landmark II CDO Limited | 1/4/2010 | | Yes | $1,731,644.00 | Accept | $1,714,359.78 | |
| Landmark III CDO Limited | 1/4/2010 | | Yes | $3,189,871.00 | Accept | $3,158,031.18 | |
| Landmark IV CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark V CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark VI CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,785.51 | |
| Liberty CLO, Ltd. | 12/21/2009 | | | $1,791,122.17 | Accept | $1,791,122.16 | |
| Loan Funding IV LLC | 12/21/2009 | | | $895,561.08 | Accept | $895,561.08 | |
| Loan Funding VII, LLC | 12/21/2009 | | | $5,346,228.29 | Accept | $5,346,228.29 | |
| Loan Star State Trust (Highland Capital Management IP | 12/21/2009 | | | $5,305,259.72 | Accept | $5,305,259.72 | |
| Longhorn Credit Funding, LLC | 12/21/2009 | | | $4,755,141.93 | Accept | $4,755,141.92 | |
| Madison Park Funding I, Ltd. | 1/4/2010 | | Yes | $2,894,688.97 | Accept | $2,865,795.46 | |
| Madison Park Funding II, Ltd. | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| Madison Park Funding III, Ltd. | 1/4/2010 | | Yes | $361,836.12 | Accept | $358,224.44 | |
| Madison Park Funding V, Ltd. | 1/4/2010 | | Yes | $2,894,688.97 | Accept | $2,865,795.46 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010   4:30:54 PM

### Class A-1 - First Lien Lender Secured Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Morgan Stanley Prime Income Trust | 1/4/2010 | | | $3,499,577.25 | Accept | $3,499,577.16 | |
| MSIM Peconic Bay Ltd. | 1/4/2010 | | | $1,014,969.26 | Accept | $1,014,969.19 | |
| QUALCOMM Global Trading Inc. | 1/4/2010 | | | $2,447,867.03 | Accept | $2,447,866.93 | |
| Red River CLO, Ltd. | 12/21/2009 | | | $1,763,983.95 | Accept | $1,763,983.95 | |
| RiverSource Bond Series Inc. - River Source Floating Rate Fund. | 12/28/2009 | | | $367,409.67 | Accept | $367,409.71 | |
| Rockwall CDO LTD. | 12/21/2009 | | | $4,477,805.42 | Accept | $4,477,805.41 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $651,787.03 | Accept | $658,358.45 | |
| Rosedale CLO II, Ltd. | 1/4/2010 | | | $630,486.74 | Accept | $636,843.43 | |
| Sorin Capital Management | 1/4/2010 | | | $21,854,034.00 | Accept | $22,074,370.48 | |
| Senquils-Centurion V, Ltd. | 12/28/2009 | | | $913,472.30 | Accept | $913,472.31 | |
| Southfork CLO, Ltd. | 12/21/2009 | | | $1,910,530.31 | Accept | $1,910,530.29 | |
| Stratford, CLO, Ltd. | 12/21/2009 | | | $3,265,688.30 | Accept | $3,265,688.29 | |
| Van Kampen Dynamic Credit Opportunities Fund | 1/4/2010 | | | $2,528,643.13 | Accept | $2,528,643.09 | |
| Venture II CDO 2002 Limited | 1/4/2010 | | | $1,137,199.24 | Accept | $1,125,848.24 | |
| Venture III CDO Limited | 1/4/2010 | | | $1,080,027.64 | Accept | $1,069,247.27 | |
| Venture IV CDO Limited | 1/4/2010 | | | $1,386,375.77 | Accept | $1,372,537.58 | |
| Venture V CDO Limited | 1/4/2010 | | | $694,334.19 | Accept | $687,403.61 | |
| Venture VI CDO Limited | 1/4/2010 | | | $1,126,503.00 | Accept | $1,115,258.77 | |
| Venture VII CDO Limited | 1/4/2010 | | | $1,587,049.56 | Accept | $1,571,208.34 | |
| Venture VIII CDO Limited | 1/4/2010 | | | $1,654,107.99 | Accept | $1,637,597.40 | Amended ballot received on 1-4-10. |
| Venture IX CDO, Limited | 1/4/2010 | | | $1,159,552.05 | Accept | $1,147,977.92 | |
| Vista Leveraged Income Fund | 1/4/2010 | | | $1,137,199.24 | Accept | $1,125,848.24 | |
| WG Horizons CLO I | 12/24/2009 | | Yes | $2,865,795.46 | Accept | $2,865,795.46 | |

### Class A-1 - First Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 95 | 89 | 6 | 0 |
| Vote %: | | 93.68% | 6.32% | |
| Amount | $311,390,810.99 | $303,788,681.44 | $7,602,129.55 | |
| Amount %: | | 97.56% | 2.44% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:02 PM

### Class A-2 - Second Lien Lender Secured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $333,137.00 | Accept | $333,136.90 | |
| Avenue CLO II, Ltd. | 12/30/2009 | | | $1,040,690.82 | Accept | $1,009,505.74 | |
| Avenue CLO III, Ltd. | 12/30/2009 | | | $3,122,072.47 | Accept | $3,028,517.24 | |
| Avenue CLO Fund Ltd. | 12/30/2009 | | | $3,122,072.47 | Accept | $3,028,517.24 | |
| Credit Suisse Loan Funding LLC | 1/4/2010 | | | $6,228,650.47 | Accept | $6,228,650.47 | |
| General Electric Capital Corp | 12/24/2009 | | | $5,047,529.00 | Accept | $5,047,528.74 | |
| Katonah VII CLO Ltd. | 12/31/2009 | | | $35,714.29 | Accept | $1,009,505.74 | |
| Katonah VIII CLO Ltd. | 12/31/2009 | | | $107,142.86 | Accept | $3,028,517.24 | |
| Katonah IX CLO Ltd. | 12/31/2009 | | | $35,714.29 | Accept | $1,009,505.74 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | | $71,428.57 | Accept | $2,019,011.49 | |
| Kingsland I, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:02 PM

### Class A-2 - Second Lien Lender Secured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Kingsland II, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland III, Ltd | 1/4/2010 | | | $1,514,258.62 | Accept | $1,514,258.63 | |
| Kingsland IV, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland V, Ltd | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Lightpoint Capital Mgmt LLC (Premium Loan Trust, Ltd.) | 12/28/2009 | | | $2,000,000.00 | Accept | $2,019,011.49 | |
| Matlin Patterson Global Partners | 1/4/2010 | | | $579,211.50 | Accept | $579,211.50 | |
| Matlin Patterson Global Partners | 1/4/2010 | | | $1,944,552.87 | Accept | $1,944,552.87 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $2,019,011.50 | Accept | $2,019,011.49 | |

### Class A-2 - Second Lien Lender Secured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 19 | 19 | 0 | 0 |
| Vote %: | | 100.00% | 0.00% | |
| Tabulated Amount | $37,856,465.48 | $37,856,465.48 | $0.00 | |
| Amount %: | | 100.00% | 0.00% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:26:30 PM

### Class C-1 - General Unsecured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Air Methods Corporation | 12/28/2009 | 40 | | $36,248.00 | Reject | $36,248.00 | |
| American Express Travel Related Services Co. In. | 1/4/2010 | 39 | | $285.98 | Accept | $285.98 | |
| Caterpillar Financial Services Corporation | 1/4/2010 | 17 | | $231,968.77 | Reject | $1.00 | Claim filed in an unknown amount. Ballot amount tabulated at $1.00. |
| Conex International | 12/21/2009 | 26 | | $25,283.85 | Accept | $25,283.85 | |
| Class of Plantiff Homeowners In Re Kitec Fitting | 1/4/2010 | 129 | | $5,308,125.00 | Reject | $1.00 | Pursuant to Section D.2.d of the Solicitation Procedures "the Claim amount contained in a Proof of Claim that has been timely-filed by the Bar Date (or deemed timely-filed by the Bankruptcy Court under applicable law) that is not the subject of an objection or has not been withdrawn; provided, however, that Ballots cast by Holders whose Claims are listed in unliquidated or unknown amounts that are not the subject of an objection will count for satisfying the numerosity requirement of section 1126(c) of the Bankruptcy Code, and will count as Ballots for Claims in the amount of $1.00 solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code", the ballot cast for Kitec is to be tabulated in the amount of $1.00. |
| David and Christine Frohnen | 12/28/2009 | 17 | | $23,072.10 | Reject | $23,072.10 | |
| Dynamic Heating & Air of Nevada | 12/22/2009 | 21 | | $7,744.90 | Accept | $7,744.90 | |
| Envision Concrete, LLC | 1/4/2010 | 14 | | $139,788.87 | Accept | $139,788.87 | |
| Frank Rodriguez Services Inc. | 1/4/2010 | | | $11,575.00 | Accept | $0.00 | Invalid Vote: Ballot cast is with regard to claims already withdrawn as of 7-21-09 and 7-22-09 (see Docket Nos. 18,19,20,21 and 337) |
| GS Wallace Inc. | 12/22/2009 | 11 | | $208,309.51 | Accept | $208,309.51 | |
| Iovino Masonry | 12/8/2009 | 108 | | $34,632.84 | Accept | $34,632.84 | |
| Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake (FKAS Lee & Russell) | 1/4/2010 | 16 | | $3,328.42 | Accept | $3,328.42 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:26:30 PM

### Class C-1 - General Unsecured Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Southwest Gas Corporation | 1/4/2010 | 4 | | $604.90 | Accept | $604.90 | |
| Stanley Consultants, Inc. | 12/21/2009 | 48 & 52 combined | | $4,609,249.00 | Reject | $3,467,735.00 | Tabulated amount reflects (i) the proof of claim amount ($3,467,733.00) for the claim filed against Rhodes Homes Arizona, (ii) $1.00 for the claim filed against Rhodes Ranch General Partnership and (iii) $1.00 for the claim filed against Rhodes Design & Development.<br><br>Pursuant to the court's interpretation of the solicitation procedures, the later two claims are being treated as claims for $1.00 because they are unliquidated while the other is being counted at the proof of claim amount because it is not scheduled as disputed. |
| Sunrise Mechanical, Inc. | 12/14/2009 | 19 | | $4,036.55 | Accept | $4,036.55 | |
| Westar Kitchen & Bath, LLC | 12/21/2009 | 102 | | $59,471.09 | Accept | $59,471.09 | |

### Class C-1 - General Unsecured Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 15 | 10 | 5 | 1 |
| Vote %: | | 66.67% | 33.33% | |
| Tabulated Amount | $4,010,544.01 | $483,486.91 | $3,527,057.10 | |
| Amount %: | | 12.06% | 87.94% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:54 PM

### Class C-2 - First Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $499,118.00 | Accept | $716,448.85 | |
| Archimedes Funding IV (Cayman) Ltd. | 12/24/2009 | | Yes | $2,435,926.15 | Accept | $2,435,926.15 | |
| Atrium CDO | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| Atrium III | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Atrium IV | 1/4/2010 | | Yes | $723,672.24 | Accept | $716,448.85 | |
| Atrium V | 1/4/2010 | | Yes | $665,075.30 | Accept | $658,436.78 | |
| Atrium VI | 1/4/2010 | | Yes | $2,481,161.97 | Accept | $2,456,397.40 | |
| Carlyle High Yield Partners IV, Ltd. | 1/4/2010 | | | $442,901.71 | Reject | $442,910.71 | |
| Carlyle High Yield Partners VI, Ltd. | 1/4/2010 | | | $630,720.82 | Reject | $630,720.79 | |
| Carlyle High Yield Partners VII, Ltd. | 1/4/2010 | | | $368,204.04 | Reject | $368,204.09 | |
| Carlyle High Yield Partners VIII, Ltd. | 1/4/2010 | | | $355,336.87 | Reject | $355,336.91 | |
| Carlyle High Yield Partners IX, Ltd. | 1/4/2010 | | | $1,287,917.52 | Reject | $1,287,917.52 | |
| Carlyle Loan Investment, Ltd. | 1/4/2010 | | | $6,031,298.15 | Reject | $4,517,039.53 | |
| Castle Garden Funding | 1/4/2010 | | Yes | $3,618,361.21 | Accept | $3,582,244.34 | |
| Cent CDO 10 Limited | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Cent CDO XI Limited | 12/28/2009 | | | $1,271,696.74 | Accept | $1,271,696.73 | |
| Centurion CDO 8 Limited | 12/28/2009 | | | $1,271,696.74 | Accept | $1,271,696.73 | |
| Centurion CDO 9 Limited | 12/28/2009 | | | $1,683,654.83 | Accept | $1,683,654.83 | |
| Centurion CDO VI, Ltd. | 12/28/2009 | | | $841,827.42 | Accept | $841,827.42 | |
| Centurion CDO VII, Limited | 12/28/2009 | | | $2,310,547.59 | Accept | $2,310,547.60 | |
| Confluent 3 Limited | 1/4/2010 | | Yes | $1,508,313.44 | Accept | $1,508,313.40 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | 45 | Yes | $59,229.30 | Accept | $59,229.30 | |
| Credit Suisse AG, Cayman Islands Branch | 1/4/2010 | | Yes | $4,960,030.63 | Accept | $4,960,030.63 | |
| Credit Suisse Candlewood Special Situations Master Fund Ltd. | 1/4/2010 | | Yes | $31,393,576.64 | Accept | $31,391,364.26 | |
| Credit Suisse International | 1/4/2010 | | | $2,806,816.55 | Accept | $2,806,816.55 | |
| Credit Suisse International | 1/4/2010 | 45 | Yes | $20,195,340.62 | Accept | $20,195,340.62 | |
| Credit Suisse Loan Funding | 1/4/2010 | | Yes | $33,549,086.07 | Accept | $33,549,086.07 | |
| Credit Suisse Credit Strategies Master Fund Ltd. | 1/4/2010 | | Yes | $2,423,144.21 | Accept | $2,398,957.48 | |
| Credit Suisse Syndicated Loan Fund | 1/4/2010 | | Yes | $3,039,423.42 | Accept | $3,009,085.24 | |
| CSAM Funding I | 1/4/2010 | | Yes | $2,932,776.98 | Accept | $2,903,503.29 | |
| CSAM Funding II | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| CSAM Funding IV | 1/4/2010 | | Yes | $2,171,016.73 | Accept | $2,149,346.59 | |
| Endurance CLO I | 12/24/2009 | | Yes | $1,862,767.05 | Accept | $1,862,767.05 | |
| General Electric Capital Corporation | 12/24/2009 | | | $11,664,201.00 | Accept | $16,412,359.79 | |
| Hewett's Island CLO II, Ltd. | 1/4/2010 | | | $2,893,351.19 | Accept | $2,893,351.19 | Amended ballot received on 1-4-10. |
| Hewett's Island CLO III, ltd. | 1/4/2010 | | | $2,328,458.82 | Accept | $2,328,458.82 | Amended ballot received on 1-4-10. |
| Hewett's Island CLO IV, Ltd. | 12/30/2009 | | | $2,865,795.47 | Accept | $2,865,795.46 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010   4:30:54 PM

### Class C-2 - First Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim / Sched. ID | Opt In | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Hewett's Island CLO V, Ltd. | 12/30/2009 | | | $3,098,137.26 | Accept | 3098.157.24 | |
| Hewett's Island CLO VII, ltd. | 12/30/2009 | | | $1,736,845.74 | Accept | $1,736,845.73 | |
| Hewett's Island CLO I-R Ltd. (Hewett's Island CDO | 12/30/2009 | | | $2,723,424.22 | Accept | $2,723,424.24 | |
| Katonah VII Clo, Ltd. | 12/31/2009 | | Yes | $1,377,786.28 | Accept | $1,377,786.31 | |
| Katonah VIII Clo, Ltd. | 12/31/2009 | | Yes | $1,432,897.73 | Accept | $1,432,897.74 | |
| Katonah IX Clo Ltd. | 12/31/2009 | | Yes | $1,637,597.41 | Accept | $1,637,597.40 | |
| Kingsland I, Ltd. | 1/4/2010 | | | $877,407.84 | Accept | $877,407.84 | |
| Kingsland II, Ltd. | 1/4/2010 | | | $877,407.48 | Accept | $877,407.86 | |
| Kingsland IV, Ltd. | 1/4/2010 | | | $1,439,967.96 | Accept | $1,439,967.96 | |
| Kingsland V, Ltd. | 1/4/2010 | | | $1,716,492.11 | Accept | $1,716,492.11 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | Yes | $1,736,845.74 | Accept | $1,736,845.73 | |
| Landmark CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,785.51 | |
| Landmark II CDO Limited | 1/4/2010 | | Yes | $1,731,644.00 | Accept | $1,714,359.78 | |
| Landmark III CDO Limited | 1/4/2010 | | Yes | $3,189,871.00 | Accept | $3,158,031.18 | |
| Landmark IV CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark V CDO Limited | 1/4/2010 | | Yes | $1,635,441.00 | Accept | $1,619,117.55 | |
| Landmark VI CDO Limited | 1/4/2010 | | Yes | $1,266,426.00 | Accept | $1,253,785.51 | |
| Madison Park Funding I, Ltd. | 1/4/2010 | | Yes | $2,894,688.97 | Accept | $2,865,795.46 | |
| Madison Park Funding II, Ltd. | 1/4/2010 | | Yes | $1,447,344.48 | Accept | $1,432,897.74 | |
| Madison Park Funding III, Ltd. | 1/4/2010 | | Yes | $361,836.12 | Accept | $358,224.44 | |
| Madison Park Funding V, Ltd. | 1/4/2010 | | Yes | $2,894,688.97 | Accept | $2,865,795.46 | |
| Morgan Stanley Prime Income Trust | 1/4/2010 | | | $3,499,577.25 | Accept | $3,499,577.16 | |
| MSIM Peconic Bay Ltd. | 1/4/2010 | | | $1,014,969.26 | Accept | $1,014,969.19 | |
| QUALCOMM Global Trading Inc. | 1/4/2010 | | | $2,447,867.03 | Accept | $2,447,866.93 | |
| RiverSource Bond Series Inc. - River Source Floating | 12/28/2009 | | | $367,409.67 | Accept | $367,409.71 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $651,787.03 | Accept | $658,358.45 | |
| Rosedale CLO II Ltd. | 1/4/2010 | | | $630,486.74 | Accept | $636,843.43 | |
| Sorin Capital Management | 1/4/2010 | | | $21,854,034.00 | Accept | $22,074,370.48 | |
| Senquils-Centurion V, Ltd. | 12/28/2009 | | | $913,472.30 | Accept | $913,472.31 | |
| Van Kampen Dynamic Credit Opportunities Fund | 1/4/2010 | | | $2,528,643.13 | Accept | $2,528,643.09 | |
| WG Horizons CLO I | 12/24/2009 | | Yes | $2,865,495.46 | Accept | $2,865,795.46 | |

### Class C-2 - First Lien Lender Deficiency Claims

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 68 | 62 | 6 | 0 |
| Vote %: | | 91.18% | 8.82% | |
| Tabulated Amount | $236,508,500.38 | $228,906,370.83 | $7,602,129.55 | |
| Amount %: | | 96.79% | 3.21% | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010   4:30:02 PM

### Class C-3 - Second Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Antares Capital Corporation | 12/24/2009 | | | $321,704.00 | Accept | $333,136.90 | |
| Avenue CLO II, Ltd. | 12/30/2009 | | | $1,004,946.54 | Accept | $1,009,505.74 | |
| Avenue CLO III, Ltd. | 12/30/2009 | | | $3,014,929.61 | Accept | $3,028,517.24 | |
| Avenue CLO Fund Ltd. | 12/30/2009 | | | $3,014,929.61 | Accept | $3,028,517.24 | |
| Credit Suisse Loan Funding LLC | 1/4/2010 | | | $6,228,650.47 | Accept | $6,228,650.47 | |
| General Electric Capital Corp. | 12/24/2009 | | | $4,874,309.00 | Accept | $5,047,528.74 | |
| Katonah VII CLO Ltd. | 12/31/2009 | | | $973,791.46 | Accept | $1,009,505.74 | |
| Katonah VIII CLO Ltd. | 12/31/2009 | | | $2,921,374.39 | Accept | $3,028,517.24 | |
| Katonah IX CLO Ltd. | 12/31/2009 | | | $973,791.46 | Accept | $1,009,505.74 | |
| Kohlberg Capital Funding LLC I | 12/31/2009 | | | $1,947,582.92 | Accept | $2,019,011.49 | |

**The Rhodes Companies, LLC**
**Case No. BK-S-09-14814-LBR**
**Ballot Report**

January 25, 2010    4:30:02 PM

### Class C-3 - Second Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|
| Kingsland I, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland II, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland III, Ltd. | 1/4/2010 | | | $1,514,258.62 | Accept | $1,514,258.63 | |
| Kingsland IV, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Kingsland V, Ltd. | 1/4/2010 | | | $1,009,505.74 | Accept | $1,009,505.74 | |
| Lightpoint Capital Mgmt LLC (Premium Loan Trust, Ltd.) | 12/28/2009 | | | $2,000,000.00 | Accept | $2,019,011.49 | |
| Matlin Patterson Global Partners | 1/4/2010 | | | $559,334.20 | Accept | $579,211.50 | |
| Matlin Patterson Global Partners | 1/4/2010 | | | $1,877,819.97 | Accept | $1,944,552.87 | |
| Rosedale CLO Ltd. | 1/4/2010 | | | $2,019,011.50 | Accept | $2,019,011.49 | |

The Rhodes Companies, LLC
Case No. BK-S-09-14814-LBR
Ballot Report

January 25, 2010    4:30:02 PM

## Class C-3 - Second Lien Lender Deficiency Claims

| Name of Holder | Date Received | Claim ID | Schedule ID | Ballot Amount | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|

### Class C-3 - Second Lien Lender Deficiency Claims

|  | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 19 | 19 | 0 | 0 |
| Vote %: |  | 100.00% | 0.00% |  |
| Tabulated Amount | $37,856,465.48 | $37,856,465.48 | $0.00 |  |
| Amount %: |  | 100.00% | 0.00% |  |