NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
          ncox@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com

*Electronically Filed*
*January 27, 2010*

Counsel for **First Lien Steering Committee**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | (Jointly Administered) |
| Debtors. | Chapter 11 |
| Affects: | |
| ☒   All Debtors | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

# CERTIFICATE OF SERVICE

1. On January 27, 2010, I served the following document(s) (*specify*):

    **1.  First Lien Steering Committee's Supplemental Memorandum of Law in Support of Confirmation of the Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. [Docket No. #962]; and**

    **2.  Second Amended Declaration of Brian Osborne Certifying Tabulation of Ballots Regarding Vote on Second Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. [Docket No. #963].**

2. I served the above-named document(s) by the following means to the persons as listed below:

    (***Check all that apply***)

    ☒   **a.   ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    lvecffilings@gtlaw.com, axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; wilsonm@gtlaw.com; lvlitdock@gtlaw.com

    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
    scho@pszjlaw.com

    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
    tbw@jonesvargas.com

    DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
    dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

    THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
    tcrowelaw@yahoo.com

    RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
    richard.dreitzer@bullivant.com

    PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
    banknv@rocgd.com, mburgener@rocgd.com

    REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
    ecf@parsonsbehle.com

672581 (7540-1)                              - 2 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
2   hkelley@leachjohnson.com

3   CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
4   c.harris@kempjones.com, jlm@kempjones.com

5   RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
6   rjean@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com;
7   mtieu@lionelsawyer.com

8   ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
9   rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com;
10  vcampbell@swlaw.com; nbaig@swlaw.com; tmachnich@swlaw.com
11

12  BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
    blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com
13

14  ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
15  ecf@lslawnv.com, susans@lslawnv.com; laurar@lslawnv.com; overflow@lslawnv.com

16  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
17  nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

18
19  CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
    rblack@feinberggrant.com, efilings@hotmail.com
20

21  VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
    virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
22

23  JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
    darhyl.kerr@dlapiper.com
24

25  JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
    jm@amclaw.com, jag@amclaw.com
26

27  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
    edward.m.mcdonald@usdoj.gov
28

672581 (7540-1)    - 3 -

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com; gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, mail@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☒ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

| | |
|---|---|
| Henry F. Marquard, Esq.<br>Corporate Counsel<br>STANLEY CONSULTANTS, INC.<br>225 Iowa Avenue<br>Muscatine, IA 52761 | J. Randall Jones, Esq.<br>KEMP, JONES & COULTHARD, LLP<br>3800 Howard Hughes Parkway<br>17th Floor<br>Las Vegas, NV 89169 |
| STANLEY CONSULTANTS, INC.<br>Attn: Dave Frohnen<br>5820 S. Eastern Avenue<br>Las Vegas, NV 89119 | William L. Coulthard, Esq.<br>KEMP, JONES & COULTHARD LLP<br>3800 Howard Hughes Parkway<br>17th Floor<br>Las Vegas, NV 89169 |
| Janiece S. Marshall, Esq.<br>ANDERSON, MCPHARLIN & CONNERS LLP<br>777 N. Rainbow Bl. Ste. #145<br>Las Vegas, NV 89107 | |

☐ **c.** **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.    By messenger** *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  January 27, 2010.

                                                  /s/ Cindy Kishi
                                                DECLARANT

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

672581 (7540-1)

- 2 -