# Exhibit 2

## Undisclosed Debtor Parcels

| Mohave County Parcel Number | Assessor Identified Owner | County Recorder Identified Owner | Acreage | Mohave County Assessor Full Cash Value (2009) |
|---|---|---|---|---|
| 215-01-093 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 215-01-094 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 215-01-095 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 215-01-096 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 215-01-097 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 215-01-098 WELL SITE | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 1.06 | $1,000.00 |
| 217-11-147 | Elkhorn Investments, Inc. | Elkhorn Investments, Inc. | 2.35 | $215,169.00 |
| 217-11-148 | Elkhorn Investments, Inc. | Elkhorn Investments, Inc. | 2.35 | $18,361.00 |
| 217-11-156 | Elkhorn Investments, Inc. | Elkhorn Investments, Inc. | 2.35 | $258,314.00 |
| 217-11-182 | Elkhorn Investments, Inc. | De Sousa Alvaro (transferred on 7/31/09) | 2.35 | $18,361.00 |
| 217-11-222 | Elkhorn Investments, Inc. | Elkhorn Investments, Inc. | 2.35 | $167,091.00 |
| 306-24-091 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 20.57 | $216,993.00 |
| 306-30-011 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 40.2 | $487,103.00 |
| 306-63-009 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 8.00 | $164,072.00 |
| 306-63-010 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 8.00 | $164,072.00 |
| 306-63-011 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 8.00 | $164,072.00 |
| 306-63-012 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 8.00 | $164,072.00 |
| 306-63-013 | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 8.00 | $164,072.00 |
| 354-34-045A | Rhodes Homes Arizona, LLC | Rhodes Homes Arizona, LLC | 30.01 | $80,000.00 |
| Total | | | 148.89 | |