# Exhibit 3

928 753 6867          CITY OF KINGMAN                                    15:18:08    05-22-2008        6 /52



April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:     Sealed Bid for Well Site Parcel No. 1

RHODES HOMES ARIZONA BIDS $ 81,707.00 FOR WELL SITE PARCEL NO. 1.

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.   GOLDEN VALLEY   AZ   86403
(877) 681-2400   www.RHODESHOMESAZ.COM



CKNG000010



**RHODES**
**H O M E S**
**ARIZONA**

April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:    Sealed Bid for Well Site Parcel No. 2

**RHODES HOMES ARIZONA BIDS $81,707.00 FOR WELL SITE PARCEL NO. 2.**

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

_____
Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.   GOLDEN VALLEY  AZ  86403
(877) 681-2400   www.RHODESHOMESAZ.COM





April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:   Sealed Bid for Well Site Parcel No. 3

**RHODES HOMES ARIZONA BIDS $ 81,707.00 FOR WELL SITE PARCEL NO. 3.**

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

_____
Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.   GOLDEN VALLEY   AZ   86403
(877) 681-2400   www.RHODESHOMESAZ.com





**RHODES**
**H O M E S**
**ARIZONA**

April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:    Sealed Bid for Well Site Parcel No. 4

**RHODES HOMES ARIZONA BIDS $ 81,707.00 FOR WELL SITE PARCEL NO. 4.**

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

_____
Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.  GOLDEN VALLEY  AZ  86403
(877) 681-2400  www.RHODESHOMESAZ.com



CKNG000013



April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:   Sealed Bid for Well Site Parcel No. 5

<u>RHODES HOMES ARIZONA BIDS $ 81,707.00 FOR WELL SITE PARCEL NO. 5.</u>

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.   GOLDEN VALLEY   AZ   86403
(877) 681-2400   www.RHODESHOMESAZ.COM



CKNG000014



April 30, 2008

City of Kingman
310 North 4th Street
Kingman, Arizona 86401
Attn: City Manager

Re:    Sealed Bid for Well Site Parcel No. 6

**RHODES HOMES ARIZONA BIDS $ 81,707.00 FOR WELL SITE PARCEL NO. 6.**

Pursuant to paragraph 6 of the Invitation for Bids, upon acceptance of the above bid, Rhodes Homes Arizona, LLC agrees to deposit 100% of the bid amount into escrow, in immediately available funds of the United States, within 15 days after notice that the bid has been accepted.

Jim Rhodes, President

Rhodes Homes Arizona, LLC
1807 S. Aztec Road
Golden Valley, AZ 86403

Attn: Jim Rhodes/Chris Stephens



1807 S. AZTEC RD.   GOLDEN VALLEY  AZ  86403
(877) 681-2400   www.RHODESHOMESAZ.com



CKNG000015

# Sale of City of Kingman Public Land
## 6 parcels of land ("Well Sites")
## Bid Opening
## April 30, 2008
## 3:00 p.m.

| Name: (Please Print) | Representing: |
|---|---|
| John Gall | Rhodes Homes AZ LLC |
| Chris Stephens | Rhodes Homes Arizona |
| Rob Owen | CofK |
| Carl Cooper | |
| Travin Pennington | Me |
| Nick Wilbur | Miner |
| JC Amberlyn | Miner |
| Debbie Francis | City Clerk |
| Jenna Marshall | City Clerk |
| Greg Henry | City Engineer |

CKNG000016