**Entered on Docket
February 03, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

     Debtors.

_____

Affects:

☐   All Debtors

☒   Affects the following Debtor(s)

BRAVO, INC., ELKHORN
INVESTMENTS, INC., ELKHORN
PARTNERS, LP

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  January 14, 2010
Hearing Time:  9:00 a.m.
Courtroom 1

## ORDER GRANTING MOTION OF DEBTORS FOR ORDER
## TO LIFT THE AUTOMATIC STAY TO EFFECTUATE
## PREPETITION SETTLEMENT [DOCKET NO. 860]

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:213675.21

Upon consideration of the *Motion of Debtor for Order to Lift the Automatic Stay to Effectuate Prepetition Settlement* [Docket No. 860] (the "<u>Motion</u>")[2] and good cause appearing, it is hereby ORDERED

1.  The Motion is granted.

2.  The automatic stay is lifted for the limited purpose of permitting all parties to the Global Settlement, including Elkhorn Investments, Elkhorn Partners and Bravo, to take all actions necessary to effectuate the Global Settlement pursuant to the Motion.

Submitted by:

DATED this 29th day of January, 2010.

By: <u>/s/ Zachariah Larson</u>
     LARSON & STEPHENS
     Zachariah Larson, Esq. (NV Bar No 7787)
     Kyle O. Stephens, Esq. (NV Bar No. 7928)
     810 S. Casino Center Blvd., Ste. 104
     Las Vegas, NV  89101
     (702) 382-1170 (Telephone)
     (702) 382-1169
     zlarson@lslawnv.com
     Attorneys for Debtors

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

---

[2] All defined terms not defined herein shall have the same meaning as in the Motion.

## **LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

  ___ The court has waived the requirement of approval under LR 9021.

  ___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  _X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Submitted by:

DATED this 29th day of January, 2010.

By: /s/ Zachariah Larson
   LARSON & STEPHENS
   Zachariah Larson, Esq. (NV Bar No 7787)
   Kyle O. Stephens, Esq. (NV Bar No. 7928)
   810 S. Casino Center Blvd., Ste. 104
   Las Vegas, NV  89101
   (702) 382-1170 (Telephone)
   (702) 382-1169
   zlarson@lslawnv.com
   Attorneys for Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169