Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Co-Counsel for Debtors and
Debtors in Possession

E-Filed: 2-16-2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: March 17, 2010<br>Hearing Time: 1:30 PM<br>Courtroom 1 |

**THIRD INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

This third application for allowance of compensation (the "Third Application") is filed by LARSON & STEPHENS, LLC ("L&S"), bankruptcy counsel for The Rhodes Companies, LLC

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

and all related Debtors' ("Debtors"). Pursuant to this Second Application Period, L&S respectfully requests that the Court enter an Order:

a) For the period from October 1, 2009 through December 31, 2009 ("Application Period"), allowing L&S professional compensation in the amount of $44,427.50 and reimbursement of actual and necessary expenses in the amount of $2,301.78;

b) Authorizing the Debtors to pay to L&S all unpaid fees and expenses as allowed by the Court;

c) Determining that the total amount of professional fees charged by L&S to the Debtors during the Application Period are reasonable within the meaning of 11 U.S.C. § 330(a); and

d) Determining that the total amount of reimbursable expenses incurred by L&S during the Third Application Period are actual and necessary within the meaning of 11 U.S.C.§330(a).

This Third Application is supported by the attached points and authorities and the exhibits to the Third Application which contain descriptions and analysis of the professional services rendered and the expenses incurred by L&S.

DATED this 16th day of February, 2010.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No.: 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorney for Debtor

**LARSON & STEPHENS**
**BILLING SUMMARY**

| | |
|---|---|
| Fees Previously Requested | $ 75,915.00 |
| Fees Previously Awarded | $ 75,915.00 |
| | |
| Expenses Previously Requested | $ 3,612.50 |
| Expenses Previously Awarded | $ 3,612.50 |
| | |
| Retainer Paid | $150,000.00 |
| Drawn on Retainer | $132,624.18 |
| Remaining Retainer | $ 17,375.82 |
| | |
| Current Application Fees Requested | $ 44,427.50 |
| Current Application Expenses Requested | $ 2,301.78 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**Professional Services**

| NAMES OF PROFESSIONALS & PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Shareholders: | | | | |
| Zachariah Larson | 2001 | | 350.00 | |
| Kyle O. Stephens | 2001 | | 350.00 | |
| | | | | |
| Associates: | | | | |
| Michael Walsh | 2006 | | 200.00 | |
| | | | | |
| Paraprofessional: | | | | |
| Carey Shurtliff | | | 125.00 | |
| Susan Stanton | | | 125.00 | |
| | | | | |
| ***TOTAL & BLENDED HOURLY RATE*** | | ***175.60*** | | ***$44,427.50*** |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**EXPENSES**

| Expense | Rate | Total |
|---|---|---|
| Federal Express | | $0.00 |
| Photocopies | $0.25 per page | $1310.90 |
| Messenger | $0.44.5 per mile | $320.00 |
| Filing Fees | | $150.00 |
| Postage | | $129.73 |
| Parking expense | | $0.00 |
| Westlaw research fees | | $0.00 |
| Pacer Research | $0.08 per page | $0.00 |
| Out of Office copies at Kinkos | | $0.00 |
| Transcript Costs | | $391.15 |
| Meals | | $0.00 |
| **Total** | | $2,301.78 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**POINTS AND AUTHORITIES**

## I. GENERAL BACKGROUND

1. On March 31, 2009 and April 1, 2009 (the "Petition Dates"), the Debtors filed thirty-two (32) voluntary Chapter 11 petitions, thereby commencing this Chapter 11 case which the Court has previously ordered to be joint administered.

2. Debtors continue to operate its business as Debtor-in-possession in accordance with Sections 1107 and 1108 of the United States Bankruptcy Code.

3. This is the Third Fee Application for Allowance of Interim compensation and Reimbursement of Expenses filed by L&S in the above-captioned case. L&S continues to hold in its trust account a retainer in the amount of $17,375.82.

4. Pursuant to this Second Application, L&S requests allowance of compensation of $44,427.50, and reimbursement of expenses of $2,301.78 in connection with services provided during the Application Period.

5. L&S's First Application is a "core proceeding" which the Court has jurisdiction to decide pursuant to 28 U.S.C. §§ 157(a), (b), and 1334. The statutory authority for the relief requested by L&S is 11 U.S.C. § 330. This First Application has been filed in accordance with Federal Bankruptcy Rule 2016 and the Guidelines of the Office of the United States Trustee for the District of Nevada.

## II. CASE STATUS

The Debtors are in the process of selling substantially all of its assets; however, it continues to operate as Debtor-in-Possession. As such, L&S continues to assist the Debtors with the normal administrative responsibilities that are typical in any Chapter 11 proceeding involving a public company.

...

...

...

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**Motions Filed During this Application Period.**

1. On various dates there were Objections filed to various creditors' proof of claims. Orders have been entered on Objections that have been heard by the Court as of the date of this fee application.

2. On October 5, 2009 a Motion to Approve Settlement with Nevada State Contractor's Board was filed. The application was approved on October 19, 2009 and an Order was entered on October 28, 2009.

3. On October 22, 2009 a Motion for Entry of an Order Authorizing Additional Categories for Omnibus Objections was filed. The application was approved on November 16, 2009 and an Order was entered on November 30, 2009.

4. On October 22, 2009 a Motion for Order Authorizing Payment of Certain Prepetition Sales and Use Taxes and Real Property Taxes was filed. The application was approved on November 16, 2009 and an Order was entered on November 30, 2009.

5. On October 27, 2009 a proposed Plan and Disclosure Statement were filed. The Plan and Disclosure Statement is still pending approvals by the Court.

6. On November 13, 2009 the Pachulski, Stang, Ziehl & Jones filed its second application for fees and expenses. The application was approved on December 17, 2009 and an Order was entered on January 4, 2010.

7. On November 13, 2009 the Larson & Stephens filed its second application for fees and expenses. The application was approved on January 14, 2010 and an Order was entered on January 28, 2010.

8. On December 18, 2009 a Motion to Extend Time to Assume or Reject Non-Residential Leases was filed. The application was approved on January 14, 2010 and an Order was entered on February 3, 2010.

The Debtors have filed with the Court and served on the United States Trustee's Office all monthly operating reports. The Debtors are also current on its quarterly fee obligations to the United States Trustee's Office. With respect to accrued but unpaid administrative expenses, the Debtors

believe that it is current on all such expenses other than post petition professional fees and cost that are subject to approval by this Court.

## III. TASKS PERFORMED BY L&S DURING THE APPLICATION PERIOD

The Application Period encompassed by this Application runs from October 1, 2009 through December 31, 2009. During the Application Period, L&S provided a wide range of services to the Debtors. The discussion below provides an overview of the services performed by task category. A detailed description of the work performed by L&S in each of the categories listed below is contained in Exhibit "A" to this First Application.

### A. General Case Administration

L&S billed 20.8 hours ($5,120.00) regarding various general matters which otherwise did not fall into specific task categories below or overlapped a number of categories. The majority of the time was spent in conferences and telephone calls with representatives of the Debtors concerning the bankruptcy process and its status; verifying creditor information and updating the master mailing matrices; review and logging incoming documents; and coordinating with the client regarding various notices resulting from the bankruptcy filing. Finally, a significant amount of time was spent conferring with various creditors and former employees about the bankruptcy process and payments to creditors.

### B. Preparation of Schedules and Statements

L&S billed 0.0 hours ($0.00) for the preparation and filing of Debtors' statements and schedules, as well as preparation of amendments to such statements and schedules. The preparation of Debtors' statements and schedules proved to be difficult due to the volume of the 32 separate schedules and statements.

### C. Initial Debtor Interview / 341(a) Creditors Meeting

L&S billed 0.0 hours ($0.00) for preparing for and attending the initial debtor interview and preparing for and attending the 341(a) meetings of creditors.

### D. First Day Motions and Orders

L&S billed 0.00 hours ($0.00) regarding various First Day Motions and Orders filed by the

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

Debtors on the Petition Date as more fully described in the first application for compensation and expenses. Time included conferring with the Office of the United States Trustee concerning the case, attending the first day hearings, and follow up matters regarding these Motions including the preparation and filing of the applicable orders, as well as noticing to appropriate parties.

**E. Monthly Operating Reports**

L&S billed 23.6 hours ($5,110.00) regarding debtor-in-possession monthly operating reports.

**F. L&S Retention, Fee Applications and Budget**

L&S billed 19.8 hours ($2,632.50) during the Application Period regarding various issues concerning L&S's retention and employment by the Debtors. Included in this time were the preparation of task categories for fee application purposes and the review of monthly billings to comply with the Administrative Order.

**G. Other Professionals Retention and Fee Applications**

L&S billed 8.4 hours ($2,445.00) regarding the retention of other professionals and fee application issues. Time was spent in this category in discussions with Debtors regarding the need for an outside accounting and financing entity, and in preparing employment applications for various individuals and companies to continue in the day-to-day operations of the Debtors' thirty-two (32) entities.

**H. Claims Administration and Other Litigation**

L&S billed 74.1 hours ($19,005.00) in this category. Time was spent in this category evaluating and reviewing various creditors' claims. Finally, this category includes miscellaneous time evaluating various proofs of claim asserted against the estate conferring with various creditors over the status of their claims.

**I. Disclosure Statement and Plan Confirmation**

L&S billed 28.9 hours ($10,115.00) in this category. Time was spent in this category reviewing and responding to matters concerning the disclosure statement, plan of reorganization and getting a plan approved and confirmed by the Court.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

## IV. CONTENTS OF THE ATTACHED SUPPORTING EXHIBITS

Exhibit "A" attached to this Application identifies and provides chronologically throughout the Application Period: (a) the dates on which L&S performed professional services for the Debtors; (b) each person performing such services; (c) the amount of time spent by each person on each day that the person performs such services (charged in units of one-tenth [0.1] of an hour); and (d) specific daily descriptions of the services performed by each person. These time entries are grouped by task category.

Also in Exhibit "A" attached to this Application contains a detailed statement of actual and necessary out-of-pocket expenses incurred and paid by L&S during the Application Period in its representation of the Debtors. To date, L&S has not been reimbursed for any of the expenses it has incurred and paid during the Application Period.

Thus, the attached supporting Exhibit "A" contains a thorough and detailed description of L&S's professional services and reimbursable expenses.

## V. STANDARDS RELEVANT TO INTERIM PROFESSIONAL COMPENSATION AND EXPENSE REIMBURSEMENT

The fees billed by L&S to the Debtors for professional services rendered during the Application Period total $46,729.28. This amount was calculated (as required by Bankruptcy Code Section 330) in accordance with the standards used to calculate what would be charged for comparable services in a non-bankruptcy situation.

The pertinent factors to be considered in establishing fees for legal services rendered are: (a) the time and labor required, the novelty and the difficulty of the questions involved, and the skill required to perform the legal services properly; (b) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (c) the fee customarily charged for similar services; (d) the amount involved and the results obtained; (e) the time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than in regular business hours; (f) the nature and length of the professional relationship with the client; (g) the experience, reputation, and ability of the lawyers performing the services; and (h) whether the fee is fixed or contingent. In re First Colonial Corp. of

America, 544 F.2d 1291 (5th Cir. 1977), cert. Denied, 431 U.S. 904 (1977); American Bar Association's Code of Professional Responsibility, Disciplinary Rule 2-106.

L&S submits that its requested professional compensation during the Application Period is fair and reasonable under the circumstances of this case and its representation of the Debtors therein.

L&S has also incurred and paid out-of-pocket expenses totaling $2,301.78 during the Application Period. The items for which expense reimbursement are being sought are not included in L&S's overhead, and are not, therefore, a part of the hourly rates charged by L&S.

Most of the photocopying charges have been incurred in reproducing: (a) petition, schedules and statements prepared and filed in this case; (b) pleadings prepared, filed and served in this case; and (c) research materials. In each of the above-referenced instances (and other similar situations), copies were needed promptly at the time, and/or it was not otherwise feasible for L&S to make other photocopying arrangements. L&S charges 25¢ per page for photocopying.

L&S submits that the expenses which it has incurred and paid in rendering legal services to the Debtor during the Application Period are reasonable and necessary under the circumstances of this case and that the reimbursement to L&S for such expense is appropriate and should be allowed.

## VI. COMPLIANCE WITH SECTION 504 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016

L&S has not entered into any arrangement or agreement with any person or entity with respect to the sharing of fees and expenses for which L&S is seeking compensation and reimbursement as set forth in this First Application, except as permitted by Bankruptcy Code section 504(b)(1).

## VII. CONCLUSION

WHEREFORE, L&S respectfully requests that the Court enter an Order:

1. For the Period from July 1, 2009 through September 30, 2009, allowing L&S professional compensation in the amount of $44,427.50, and reimbursement of actual and necessary expenses in the amount of $2,301.78, for a total of $46,729.28;

2. Determining that the total amount of professional fees charged by L&S to the Debtor during their Chapter 11 case is reasonable within the meaning of 11 U.S.C. § 330(a); and

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

determining that the total amount of reimbursable expenses incurred by L&S during the Chapter 11 case are actual and necessary within the meaning of 11 U.S.C. § 330(a);

3. Authorizing the Debtor to pay to L&S all unpaid fees and expenses as allowed by the Court; and

4. Granting such other and further relief as the Court deems just and appropriate.

DATED this 16th day of February, 2010.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169



LARSON & STEPHENS
A NEVADA LIMITED LIABILITY COMPANY
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NEVADA 89101

PHONE (702) 382-1170
FAX (702) 382-1169

January 27, 2010

**Via Email Mail**

scho@pszjlaw.com
James I. Stang, Esq.
Pachulski, Stang, Ziehl, Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

August.b.landis@usdoj.gov
Edward.m.mcdonald@usdoj.gov
August B. Landis
Edward m. McDonald
Office of the united States Trustee
300 S. Las Vegas Blvd. #4300
Las Vegas, NV 89101

pdublin@akingump.com
Philip Dublin
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Ramon.naguiat@skadden.com
Ramon M. Nagiuat
Skadden, Arps, Slate, Meagher & Flom, LLP
300 S. Grand Ave. #3400
Los Angeles, CA 90071

tbeckett@parsonbehle.com
J. Thomas Beckett
Parsons, Behle & Latimer
One Utah Center
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

Don.deamicis@ropesgray.com
Benjamin.Schneider@ropesgray.com
Don DeAmicis
Ben Schneider
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

jgyllstrom@RhodesHomes.com
Jan Gyllstrom
Rhodes Companies
4730 S. Ft. Apache Rd. #300
Las Vegas, NV 89147

**Re:** **The Rhodes Companies, LLC, et. al.**[1]
Bankruptcy Case NoS-09-14814-LBR
(Jointly Administered)
Larson & Stephens, LLC
Monthly Statement – October 1, 2009 through December, 31 2009

Dear All:

Larson & Stephens ("L&S") submits the attached statement of fees and expenses for the period of October 1, 2009 through December 31, 2009 (the "Compensation Period") as counsel for the Debtors and Debtors-in-Possession. This statement is submitted in accordance with the "Order Granting Debtors' Motion for Administrative Order Pursuant to Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals" entered on May 18, 2009 ("Interim Compensation Order").

The time entries for L&S on this statement cover the period October 1, 2009 through December 31, 2009, in the total amount of $46,729.28 and consist of fees in the amount of $44,427.50 and expenses in the amount of $2,301.78 (see attached for detailed itemization). Pursuant to the Interim Compensation Order, L&S requests payment from the Debtors in the total amount of $37,763.38 representing 85% of the total quarterly fees in the amount of

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

$47,308.29 ($44,427.50 x 85%) plus the previous carry over of $7,243.13 and the total monthly expenses in the amount of $2,301.78.[2]

L&S submits that the expenses which it has incurred and paid in rendering legal services to the Debtors during the Compensation Period are reasonable and necessary under the circumstances of this case and that the reimbursement to L&S for such expense is appropriate and should be allowed. Reimbursement is sought for actual and necessary expenses in accordance with the policies of the firm.

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Sincerely,

LARSON & STEPHENS, LLC

DICTATED BUT NOT READ

Zachariah Larson, Esq.

[2] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

***Larson & Stephens, LLC***
810 South Casino Center Blvd.
Suite 104
Las Vegas, NV 89101

Ph:(702) 382-1170 Fax:(702) 382-1169

Heritage Land Co, LLC
4730 S. Fort Apache Rd., Suite 300
Las Vegas, NV
89147

January 22, 2010

File #: 848-0002
Inv #: 7084

**Attention:** Mr. James M. Rhodes

**RE:** Chapter 11 Bankruptcy (Post Petition)

*** All entries evidenced by TK refers to work performed by either Susan Stanton or Carey Shurtliff, paralegals employed by the law firm Larson & Stephens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-09 | Receipt and review of three orders to be uploaded | 0.30 | 105.00 | ZL |
| | Receipt and review of proof of claim filed by Harsch Investment Properties in Bravo, Inc. | 0.10 | 35.00 | ZL |
| | Receipt and review of proof of claim filed by Internal Revenue Service in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of withdrawal of proof of claim by Tiberti Company | 0.10 | 35.00 | ZL |
| | Formatting and uploading three orders to be uploaded | 0.40 | 50.00 | TK |
| | Formatting and uploading proof of claim filed by Harsch Investment Properties in Bravo, Inc. | 0.10 | 12.50 | TK |
| | Formatting and uploading proof of claim filed by Internal Revenue Service in Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |
| | Formatting and uploading notice of withdrawal of proof of claim by Tiberti Company | 0.10 | 12.50 | TK |

| | | | | |
|---|---|---|---|---|
| | Preparation of three notice of entry of orders; and uploading of same | 0.70 | 87.50 | TK |
| Oct-02-09 | Receipt and review of notice of withdrawal of proof of claim no. 47 | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of additional hearing dates | 0.20 | 70.00 | ZL |
| | Receipt and review of amended proof of claim by Apple Exterminating in Gung-Ho Concrete, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of amended proof of claim filed by Internal Revenue Service in Glynda, LP | 0.10 | 35.00 | ZL |
| | Preparation for and attendance at hearings on fee application for Jeff Barcy; fee application for Noel Bejarano; fee application for Sullivan Group Real Estate Advisors; fee application of Pachulski Stang Ziehl & Jones; fee application of Acceleron Group Advisors; fee application of Larson & Stephens; motion for relief from stay by the Preserve at Elkhorn Springs Homeowners; order re: mediation; motion for relief from stay by Virginia Springall-Smith; motion to approve compromise with Kitec Homeowners; and motion to approve compromise with Fulks Homeowners | 3.50 | 1,225.00 | ZL |
| | Formatting and uploading notice of withdrawal of proof of claim no. 47 | 0.10 | 12.50 | TK |
| | Formatting and uploading notice of additional hearing dates | 0.20 | 25.00 | TK |
| | Downloading and saving amended proof of claim by Apple Exterminating in Gung-Ho Concrete, LLC | 0.10 | 12.50 | TK |
| | Downloading and saving amended proof of claim filed by Internal Revenue Service in Glynda LP | 0.10 | 12.50 | TK |
| Oct-05-09 | Receipt and review of notice of withdrawal of proof of claim no. 9 | 0.10 | 35.00 | ZL |
| | Telephone conference with Sandy with Barry Goolds | 0.20 | 70.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | Formatting and uploading of notice of withdrawal of proof of claim no. 9 | 0.10 | 12.50 | TK |
| | Formatting and uploading 8 orders in regards to hearings held on October 2, 2009 | 1.00 | 125.00 | TK |
| Oct-06-09 | Receipt and review of certificate of mailing re: amended motion for relief from stay | 0.20 | 70.00 | ZL |
| | Receipt and review of amended certificate of mailing re: amended motion for relief from stay | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of withdrawal of proof of claim in Rhodes Companies | 0.10 | 35.00 | ZL |
| | Receipt and review of two notice of amendments to proof of claims in Apache Framing and Rhodes Design and Development Corporation | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of hearing on motion to approve settlement with Nevada State Contractors Board | 0.10 | 35.00 | ZL |
| | Formatting and uploading notice of withdrawal of proof of claim in Rhodes Companies | 0.20 | 25.00 | TK |
| | Formatting and uploading two notice of amendments to proof of claims | 0.30 | 37.50 | TK |
| | Preparation of notice of entry on order shortening time on motion to approve settlement with Nevada State Contractors Board | 0.30 | 37.50 | TK |
| | Formatting and uploading notice of hearing on motion to approve settlement with Nevada State Contractors Board; and notice of entry or order shortening time on motion to approve settlement with Nevada State Contractors Board | 0.30 | 37.50 | TK |
| Oct-07-09 | Receipt and review of proof of claim filed by Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Telephone conference with Dan Hammock | 0.20 | 70.00 | ZL |
| | Download and saving proof of claim filed by Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |

| | | | | |
|---|---|---|---|---|
| Oct-08-09 | Receipt and review of notice of withdrawal of proof of claim in Heritage Land Company | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of withdrawal of objection filed by Debtors to Signs West., Inc.'s proof of claim | 0.10 | 35.00 | ZL |
| | Formatting and uploading notice of withdrawal of proof of claim in Heritage Land Company; and notice of withdrawal of objection filed by Debtors to SIgns West., Inc.'s proof of claim | 0.30 | 37.50 | TK |
| Oct-12-09 | Receipt and review of notice of withdrawal of proof of claim in Rhodes Ranch General Partnership | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amendment of proof of claim no. 9 in Apache Framing, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amendment of proof of claim no. 3 in Gung-Ho Concrete, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 19 in Rhodes Companies, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 2 in Rhodes Arizona Properties, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of reduction of proof of claim no. 6 in Rhodes Ranch General Partnership | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 1 in Elkhorn Investments, Inc. | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 14 in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 2 in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amendment of proof of claim no. 1 in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Formatting and uploading notice of withdrawal of proof of claim in Rhodes Ranch General Partnership | 0.20 | 25.00 | TK |

|  | | | | |
|---|---|---|---|---|
| | Download and saving notice of amendment of proof of claim no. 9 in Apache Framing, LLC | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 3 in Gung-Ho Concrete, LLC | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 19 in Rhodes Companies, LLC | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 2 in Rhodes Arizona Properties, LLC | 0.10 | 12.50 | TK |
| | Download and saving notice of reduction of proof of claim no. 6 in Rhodes Ranch General Partnership | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 1 in Elkhorn Investments, Inc. | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 14 in Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |
| | Download and saving notice of amended proof of claim no. 2 in Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |
| | Download and saving notice of amendment of proof of claim no. 1 in Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |
| Oct-13-09 | Receipt and review of withdrawal of proof of claim number 52 in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Receipt and review of amended notice of hearing on motion to extend time to file assumptions on unexpired leases | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of filing amended exhibit a to motion to extend time | 0.30 | 105.00 | ZL |
| | Receipt and review of notice pursuant to paragraph 3(F) of the final stipulated order authorizing use of cash collateral | 0.20 | 70.00 | ZL |
| | Review and approve fee letter for July 1, 2009 through September 30, 2009 services | 0.50 | 175.00 | ZL |
| | Formatting and uploading notice of withdrawal of proof of claim number 52 in Rhodes Design and Development Corporation | 0.20 | 25.00 | TK |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Telephone conference from Court regarding amending notice of hearing on motion to extend time to file assumption on unexpired leases; and e-mail to Shirley regarding same | 0.20 | 25.00 | TK |
| | Formatting and uploading two certificate of services | 0.30 | 37.50 | TK |
| | Formatting and uploading amended notice of hearing on motion to extend time to file assumption on unexpired leases | 0.20 | 25.00 | TK |
| | Formatting and uploading notice of filing amended exhibit a to motion to extend time; and notice pursuant to paragraph 3(F) of the final stipulated order authorizing use of cash collateral | 0.30 | 37.50 | TK |
| | Formatting and uploading two additional certificate of services | 0.20 | 25.00 | TK |
| | Prepare fee letter for July 1, 2009 through September 30, 2009 services | 0.80 | 100.00 | TK |
| Oct-14-09 | Formatting and uploading one additional certificate of service | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 130 in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Formatting and uploading two certificate of services | 0.30 | 37.50 | TK |
| | Formatting and uploading notice of amended proof of claim no. 130 in Rhodes Design and Development Corporation | 0.20 | 25.00 | TK |
| | Prepare fee application letter and email | 1.50 | 187.50 | TK |
| Oct-16-09 | Receipt and review of 15 monthly operating reports | 1.50 | 525.00 | ZL |
| | Receipt and review of objection to Chavez Construction Clean Up's Claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of third omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of objection to the City of Las Vegas Claims; and notice of hearing | 0.50 | 175.00 | ZL |

| | | | |
|---|---|---|---|
| Receipt and review of objection to Staffmark's claim; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of objection to Herminia Scannicchio's claim; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of objection to claim filed by Matthew Lewis on behalf of Iovino Masonry; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of objection to Melissa Mack's claim; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of objection to Peacock Mountain Ranch Association's claim; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of fourth omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| Receipt and review of omnibus objection to Wall Constructors Inc.'s claims; and notice of hearing | 0.50 | 175.00 | ZL |
| Formatting and uploading 15 monthly operating reports | 2.00 | 250.00 | TK |
| Formatting and uploading objection to Chavez Construction Clean Up's Claims; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading third omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection the City of Las Vegas Claims; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection to Staffmark's claim; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection to Herminia Scannicchio's claim; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection to claim filed by Matthew Lewis on behalf of Iovino Masonry; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection to Melissa Mack's claim; and notice of hearing | 0.30 | 37.50 | TK |
| Formatting and uploading objection | 0.30 | 37.50 | TK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | to Peacock Mountain Ranch Association's claim; and notice of hearing |  |  |  |
|  | Formatting and uploading fourth omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |
|  | Formatting and uploading omnibus objection to Wall Constructors Inc's claims; and notice of hearing | 0.30 | 37.50 | TK |
| Oct-19-09 | Receipt and review of proof of claim filed by State of Nevada in Rhodes Realty | 0.10 | 35.00 | ZL |
|  | Receipt and review of three orders on hearings held 10-19-09 | 0.70 | 245.00 | ZL |
|  | Receipt and review of 16 monthly operating reports | 1.60 | 560.00 | ZL |
|  | Prepared for and attendance at motion to extend assume/reject leases; motion for relief from stay by Virginia Springall-Smith; and motion to approve settlement agreement with Nevada State Contractors Board | 2.50 | 875.00 | ZL |
|  | Download and saving proof of claim filed by State of Nevada in Rhodes Realty | 0.10 | 12.50 | TK |
|  | Formatting and uploading three orders on hearings held 10-19-09 | 0.40 | 50.00 | TK |
|  | Preparation of notice of entry of order re final application of Jeff Barcy as financial advisor to the debtors in possession; and uploading of same | 0.30 | 37.50 | TK |
|  | Preparation of notice of entry of order approving motion of debtor for order approving stipulation to life the automatic stay to effectuate prepetition settlement with the Kitec Homeowners; and uploading of same | 0.30 | 37.50 | TK |
|  | Preparation of notice of entry of order approving motion of debtor for order approving settlement agreement with The Preserve at Elkhorn Springs Homeowners Association; and uploading same | 0.30 | 37.50 | TK |
|  | Preparation of notice of entry of order approving motion of debtor for order approving stipulation to lift the automatic stay | 0.30 | 37.50 | TK |

| | | | | |
|---|---|---|---|---|
| | to effectuate prepetition settlement with the Fulks Homeowners | | | |
| | Formatting and uploading 16 monthly operating reports | 2.50 | 312.50 | TK |
| | Preparation of notice of entry of order first application of Sullivan Group Real Estate; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order first and final application of Noel Bejarano; and uploading of same | 0.30 | 37.50 | TK |
| Oct-20-09 | Receipt and review of last monthly operating report for filing | 0.10 | 35.00 | ZL |
| | Telephone conference with Jackie Nelson regarding Tuscany | 0.20 | 70.00 | ZL |
| | Receipt and review of creditor Stanley Consultants, Inc.'s objection to sufficiency of disclosure statement for the plan of reorganization pursuant to chapter 11 | 2.20 | 770.00 | ZL |
| | Preparation of notice of entry of order on first interim application of Acceleron Group Advisors; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order on first interim application of Pachulski Stang Ziehl & Jones, LLP; and uploading of same | 0.30 | 37.50 | TK |
| | Formatting and uploading one monthly operating report | 0.20 | 25.00 | TK |
| Oct-21-09 | Receipt and review of notice of filing of verification of publication in the Las Vegas Review Journal and the Las Vegas Sun | 0.20 | 70.00 | ZL |
| | Formatting and uploading notice of filing of verification of publication in the Las Vegas Review Journal and the Las Vegas Sun | 0.20 | 25.00 | TK |
| Oct-22-09 | Receipt and review of 14 certificates of service | 1.40 | 490.00 | ZL |
| | Receipt and review of motion for entry of an order authorizing additional categories for omnibus objections to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of motion for order | 0.50 | 175.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | authorizing payment of certain prepetition sales and use taxes and real property taxes; anc notice of hearing | | | |
| | Formatting and uploading 14 certificate of services | 2.00 | 250.00 | TK |
| | Formatting and uploading motion for entry of an order authorizing additional categories for omnibus objections to claims; and notice of hearing | 0.30 | 37.50 | TK |
| | Formatting and uploading motion for order authorizing payment of certain prepetition sales and use taxes and real property taxes; anc notice of hearing | 0.30 | 37.50 | TK |
| | Prepare draft of fee application | 4.00 | 500.00 | TK |
| Oct-23-09 | Receipt and review of letter and bill of Parsons Behle & Latimer | 0.50 | 175.00 | ZL |
| | Receipt and review of proof of claim filed by State of Nevada in Rhodes Realty, Inc. | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of heating on First Interim Fee Application of Parsons Behle & Latimer as counsel to the unsecured creditors committee; and certificate of service | 0.30 | 105.00 | ZL |
| | Downloading and saving proof of claim filed by State of Nevada in Rhodes Realty, Inc. | 0.10 | 12.50 | TK |
| | Formatted and uploaded one certificate of service | 0.20 | 25.00 | TK |
| | Finalize fee application | 4.00 | 500.00 | TK |
| Oct-26-09 | Prepare draft of second fee application | 6.50 | 812.50 | TK |
| Oct-27-09 | Receipt and review of certificate of service anc supplemental certificate of service | 0.20 | 70.00 | ZL |
| | Receipt and review of first amended plan of reorganization pursuant to chapter 11 of the bankruptcy code for the Rhodes Companies, LLC et al. | 2.40 | 840.00 | ZL |
| | Receipt and review of first amended disclosure statement for the first amended plan of reorganization pursuant to chapter 11 of the | 3.00 | 1,050.00 | ZL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | United States bankruptcy code for the Rhodes Companies, LLC et al. |  |  |  |
|  | Formatting and uploading certificate of service and supplemental certificate of service | 0.30 | 37.50 | TK |
| Oct-28-09 | Receipt and review of third stipulation between Internal Revenue Service and debtors continuing debtors' omnibus objection to Internal Revenue Service Claims | 0.30 | 105.00 | ZL |
|  | Receipt and review of notice of withdrawal of proof of claim no. 13 | 0.20 | 70.00 | ZL |
|  | Receipt and review of proof of claim filed by Capitol North American in Rhodes Homes | 0.20 | 70.00 | ZL |
|  | Receipt and review of status and agenda for October 30, 2009 at 1:30 pm | 0.20 | 70.00 | ZL |
|  | Receipt and review of ex-parte motion to withdraw and remove counsel from cm/ecf service list | 0.30 | 105.00 | ZL |
|  | Receipt and review of redlined amended chapter 11 plan | 1.70 | 595.00 | ZL |
|  | Receipt and review of redlined first amended disclosure statement for the first amended plan of reorganization | 2.20 | 770.00 | ZL |
|  | Receipt and review of reply of the First Lien Steering Committee to (I) certain issues raised sua sponte by the bankruptcy court with respect to sufficiency of disclosure statement and (II) Stanley Consultants, Inc.'s objection to sufficiency of disclosure statement | 0.50 | 175.00 | ZL |
|  | Formatting and uploading third stipulation between Internal Revenue Service and debtors continuing debtors' omnibus objection to Internal Revenue Service claims | 0.20 | 25.00 | TK |
|  | Preparation of notice of entry of order approving amended motion for relief from stay filed by Virginia Springall-Smith; and uploading of same | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order approving settlement agreement with Nevada State Contractors Board; and uploading of same | 0.50 | 62.50 | TK |

| | | | | |
|---|---|---|---|---|
| | Preparation of notice of entry of order approving motion of debtors for entry of an order under bankruptcy code section 365(d)(4) extending time within which debtors may assume or reject unexpired leases | 0.50 | 62.50 | TK |
| | Preparation of notice of entry of order re first interim fee application of Larson & Stephens, LLC seeking compensation for legal services rendered and reimbursement of expenses | 0.50 | 62.50 | TK |
| | Formatting and uploading status and agenda for October 30, 2009 at 1:30 pm | 0.30 | 37.50 | TK |
| Oct-29-09 | Receipt and review of stipulation for continuance | 0.20 | 70.00 | ZL |
| | Receipt and review of debtors' statement of payments to ordinary course professionals from the petition date through September 30, 2009 | 0.20 | 70.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel foi Philip C. Dublin in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel foi Christine D. Doniak in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel foi Abid Qreshi in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel foi Ira Dizengoff in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel foi Christopher T. Schulten in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of Nevada Counsel for Elizabeth Raskin in Heritage Land Company, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of verified petition and | 0.10 | 35.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | designation of local counsel by Van C. Durrer, II on behalf of Credit Suisse | | | |
| | Receipt and review of notice of withdrawal of proof of claim no. 13 in Pinnacle Grading, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of verified petition and designation of local counsel by Meredith A. Lahaie on behalf of Steering Committee of Senior Secured Lenders | 0.10 | 35.00 | ZL |
| | Formatting and uploading stipulation for continuance | 0.20 | 25.00 | TK |
| | Formatting and uploading debtors' statement of payments to ordinary course professionals from the petition date through September 30, 2009 | 0.20 | 25.00 | TK |
| Oct-30-09 | Prepared for and attended various objection to claim hearings; and disclosure statement and plan hearing | 3.20 | 1,120.00 | ZL |
| Nov-02-09 | Receipt and review of notice of rescheduling hearing time for November 16, 2009 hearing from 9:30 am to 1:30 pm | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of additional hearing dates | 0.20 | 70.00 | ZL |
| | Receipt and review of order sustaining debtors objection to Ford Motor Credit's claim pursuant to section 502(b) of the bankruptcy code | 0.50 | 175.00 | ZL |
| | Receipt and review of order sustaining debtors second omnibus objection to claims pursuant to section 502(b) of the bankruptcy code | 0.50 | 175.00 | ZL |
| | Receipt and review of order sustaining debtors first omnibus objection to claims pursuant to section 502(b) of the bankruptcy code | 0.50 | 175.00 | ZL |
| | Receipt and review of order continuing debtors' omnibus objection to internal revenue service claims pursuant to section 502(b) of the bankruptcy code | 0.50 | 175.00 | ZL |
| | Review and upload order continuing omnibus objection to IRS claims | 0.20 | 25.00 | TK |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Review and upload order sustaining first omnibus objection to claims | 0.20 | 25.00 | TK |
| | Review and upload order sustaining second omnibus objection to claims | 0.20 | 25.00 | TK |
| | Review and upload order sustaining objection to Ford Motor Credit's claim | 0.20 | 25.00 | TK |
| | Review and e-file notice of rescheduling hearing time for November 16, 2009 | 0.20 | 25.00 | TK |
| | Review and e-file notice of additional omnibus hearing dates | 0.20 | 25.00 | TK |
| | Teleconference with Sophia, Shirley Cho's secretary regarding e-filings | 0.10 | 12.50 | TK |
| Nov-03-09 | Receipt and review of five notice of amendments/withdrawals of proof of claims | 0.50 | 175.00 | ZL |
| | Receipt and review of proof of claim filed by Mohave County in Rhodes Homes Arizona | 0.10 | 35.00 | ZL |
| | Receipt and review of order approving verified petition and appointment of nevada counsel for Meredith A. Lahaie | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended of proof of claim no. 7 in Rhodes Homes Arizona, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of transcript of proceedings held on October 30, 2009 | 2.30 | 805.00 | ZL |
| | Formatting and uploading three certificate of services | 0.40 | 50.00 | TK |
| | Formatting and uploading notice of amendment to proof of claim | 0.20 | 25.00 | TK |
| | Formatting and uploading fourt notice of withdrawal of proof of claims | 0.40 | 50.00 | TK |
| | Downloading and saving proof of claim filed by Mohave County in Rhodes Homes Arizona | 0.10 | 12.50 | TK |
| Nov-04-09 | Preparation of notice of entry of order continuing debtors' omnibus objection to Internal Revenue Service Claims; and uploading of same | 0.50 | 62.50 | TK |

|  | | | | |
|---|---|---|---|---|
|  | Preparation of notice of entry of order sustaining debtors' first omnibus objection to claims; and uploading of same | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order sustaining debtors' second omnibus objection to claims; and uploading of same | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order sustaining debtors' objection to Ford Motor Credit's claim; and uploading of same | 0.50 | 62.50 | TK |
|  | Formatting and uploading four certificate of services | 0.50 | 62.50 | TK |
| Nov-06-09 | Receipt and review of proof of claim filed by State of Nevada in Gung-Ho Concrete | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 70-1 | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 71-1 | 0.10 | 35.00 | ZL |
|  | Formatting and uploading proof of claim filed by State of Nevada in Gung-Ho Concrete | 0.10 | 12.50 | TK |
| Nov-10-09 | Receipt and review of order granting stipulation for continuance re relief from stay filed by Harsch Investment Properties | 0.30 | 105.00 | ZL |
|  | Receipt and review of two withdrawal of proof of claims | 0.20 | 70.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 4 | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 71-1 by Clark County in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 100 by American Soils Engineering in Rhodes Design and Development | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended of proof of claim no. 7 by Unisource Energy Corporation in Rhodes Homes Arizona | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended proof of claim no. 12 by Mohave County in Rhodes Homes Arizona, LLC | 0.10 | 35.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | Formatting and uploading order granting stipulation for continuance re relief from stay filed by Harsch Investment Properties | 0.30 | 37.50 | TK |
| | Formatting and uploading two withdrawal of proof of claims | 0.20 | 25.00 | TK |
| | Formatting and uploading notice of amended proof of claim no. 4 | 0.10 | 12.50 | TK |
| Nov-11-09 | Receipt and review of notice of amended of proof of claim no. 130 by RCR Plumbing and Mechanical, Inc., in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| Nov-12-09 | Receipt and review of one amendment to proof of claim; and one withdrawal of proof of claim | 0.20 | 70.00 | ZL |
| | Receipt and review of second amended disclosure statement for the second amended plan of reorganization | 2.60 | 910.00 | ZL |
| | Formatting and downloading one amendment to proof of claim; and one withdrawal of proof of claim | 0.20 | 25.00 | TK |
| Nov-13-09 | Receipt and review of certificate of service for filing agenda | 0.10 | 35.00 | ZL |
| | Receipt and review of notice of amended proof of claim no. 70-1 by Clark County in Rhodes Companies | 0.10 | 35.00 | ZL |
| | Receipt and review of second application for compensation of Pachulski Stang Ziehl & Jones, LLP | 1.70 | 595.00 | ZL |
| | Receipt and review of second application for compensation of Sullivan Group Real Estate Advisors | 0.50 | 175.00 | ZL |
| | Receipt and review of redlined version of second amended disclosure statement for the second amended plan of reorganization | 1.90 | 665.00 | ZL |
| | Receipt and review of second amended plan of reorganization | 1.70 | 595.00 | ZL |
| | Receipt and review of redlined amended chapter 11 plan | 1.40 | 490.00 | ZL |
| | Receipt and review of notice of filing of amended exhibit "A" to motion of the first | 0.70 | 245.00 | ZL |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | lien steering committee for entry of an order approving disclosure statement and plan of reorganization | | | |
| | Review and approve second fee application | 0.50 | 175.00 | ZL |
| | Formatting and uploading certificate of service | 0.20 | 25.00 | TK |
| | Formatting and uploading second application for compensation of Pachulski Stang Ziehl & Jones, LLP and second application for compensation of Sullivan Group Real Estate Advisors; and notice of hearings on same | 0.70 | 87.50 | TK |
| | Finalize fee application and prepare for filing | 2.00 | 250.00 | TK |
| | Prepare notice of hearing on second fee application | 0.20 | 25.00 | TK |
| Nov-16-09 | Receipt and review of second interim fee application of Parsons Behle & Latimer as counsel to the unsecured creditors committee | 0.50 | 175.00 | ZL |
| | Receipt and review of notice of filing redlined amended exhibit "A" to motion of the first lien steering committee for entry of an order approving disclosure statement and plan of reorganization | 0.90 | 315.00 | ZL |
| | Receipt and review of letter to Honorable Linda B. Riegle by Nile Leatham | 0.50 | 175.00 | ZL |
| | Receipt and review of declaration of James M. Rhodes regarding second amended disclosure statement; and certificate of service | 0.40 | 140.00 | ZL |
| | Receipt and review of notice of amended of proof of claim no. by Southwest Gas Corporation in Heritage Land Company | 0.10 | 35.00 | ZL |
| | Receipt and review of verified petition for permission to practice in this case; and designation of local counsel by Bertrand pan | 0.20 | 70.00 | ZL |
| | Receipt and review of order for dismissal without prejudice in Air Methods Corporation v. Rhodes Design & Development | 0.20 | 70.00 | ZL |
| | Prepared for and attended hearings regarding disclosure statement and plan; payment of prepetition sales; application for compensation | 3.50 | 1,225.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | for Parsons Behle & Latimer; and various objections to claims | | | |
| Nov-17-09 | Receipt and review of order approving verified petition and appointment of nevada counsel foi Van C. Durrer, II, Esq. | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of additional hearing dates | 0.20 | 70.00 | ZL |
| | Receipt and review of objection to claim of Daniel Brennan's; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of nine orders related to hearings held on November 16, 2009 | 1.20 | 420.00 | ZL |
| | Receipt and review of second omnibus objection to Internal Revenue Service Claims; and notice of hearing | 0.70 | 245.00 | ZL |
| | Receipt and review of sixth omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of fifth omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of seventh omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of eighth omnibus objection to claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Formatting and uploading notice of additional hearing dates | 0.20 | 25.00 | TK |
| | Formatting and uploading objection to claim of Daniel Brennan's; and notice of hearing | 0.40 | 50.00 | TK |
| | Formatting and uploading nine orders relating to hearings held on November 16, 2009 | 1.00 | 125.00 | TK |
| | Formatting and uploading second omnibus objection to Internal Revenue Service Claims; and notice of hearing | 0.40 | 50.00 | TK |
| | Formatting and uploading sixth omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |
| | Formatting and uploading fifth omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |

| | | | | |
|---|---|---|---|---|
| | Formatting and uploading seventh omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |
| | Formatting and uploading eighth omnibus objection to claims; and notice of hearing | 0.30 | 37.50 | TK |
| Nov-18-09 | Receipt and review of thirty-two monthly operating reports | 3.20 | 1,120.00 | ZL |
| | Formatting and uploading thirty-two monthly operating reports | 4.30 | 537.50 | TK |
| | Formatting and uploading ten certificate of services | 0.90 | 112.50 | TK |
| Nov-19-09 | Receipt and review of proof of claim filed by Bancroft, Susa & Galloway in Rhodes Companies | 0.10 | 35.00 | ZL |
| | Formatting and uploading of proof of claim filed by Bancroft, Susa & Galloway in Rhodes Companies | 0.10 | 12.50 | TK |
| Nov-23-09 | Receipt and review of status and agenda for November 24, 2009 hearing at 1:30 pm | 0.20 | 70.00 | ZL |
| | Formatting and uploading status and agenda for November 24, 2009 hearing at 1:30 pm | 0.20 | 25.00 | TK |
| | Preparation of notice of entry of order sustaining debtors' objection to Peacock Mountain Ranch Association's claims; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining debtor's objection to Chavez Construction Clean Up's claim | 0.30 | 37.50 | TK |
| | Prepared amended notice of hearing on second fee application | 0.20 | 25.00 | TK |
| Nov-24-09 | Receipt and review of notice of amended proof of claim no. 19 in Rhodes Companies | 0.10 | 35.00 | ZL |
| | Prepare for and appear at hearing regarding disclosure statement. | 1.00 | 350.00 | KS |
| | Formatting and uploading three certificate of services | 0.50 | 62.50 | TK |
| | Formatting and uploading of notice of | 0.20 | 25.00 | TK |

| | | | | |
|---|---|---|---|---|
| | amended proof of claim no. 19 in Rhodes Companies | | | |
| Nov-30-09 | Preparation of notice of entry of order approving motion for entry of order authorizing additional categories for omnibus objections to claims; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order authorization payment of certain prepetition sales and use taxes and real property taxes; anc uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining fourth omnibus objection to claims; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining objection to Wall Constructors, Inc.'s claim; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining objection to claim by Matthew Lewis on behalf of Iovino Masonry; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining objection to Herminia Scannicchio's claim; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining objection to Staffmark's claim; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining City of Las Vegas Claims; and uploading of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order sustaining third omnibus objection to claims; and uploading of same | 0.30 | 37.50 | TK |
| Dec-01-09 | Receipt and review of order approving the adequacy of the first lien steering committee's disclosure statement | 0.20 | 70.00 | ZL |
| | Receipt and review of second amended modified plan of reorganization | 0.80 | 280.00 | ZL |
| | Receipt and review of second amended modified disclosure statement for the second amended modified plan of reorganization | 1.60 | 560.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | Formatting and uploading seven certificate of services | 0.70 | 87.50 | TK |
| Dec-02-09 | Receipt and review of fax from Dias Law Group regarding document requests | 0.20 | 70.00 | ZL |
| Dec-03-09 | Receipt and review of notice of entry of order approving the adequacy of the First lien Steering Committee's disclosure statement; and certificate of service | 0.20 | 70.00 | ZL |
| | Receipt and review of Parsons Behle & Latimer's bill for October 2009 | 0.50 | 175.00 | ZL |
| | Telephone conference with Don Williams | 0.20 | 70.00 | ZL |
| | Forwarded fax received from Dias Law Group to Shirley Cho | 0.10 | 12.50 | TK |
| Dec-09-09 | Receipt and review of proof of claim filed by Robert Ray Edgar in Rhodes Design and Development Corporation | 0.10 | 35.00 | ZL |
| | Receipt and review of proof of claim filed by Robert Ray Edgar in Rhodes Companies, LLC | 0.10 | 35.00 | ZL |
| | Receipt and review of order re first interim fee application of Parsons Behle & Latimer | 0.20 | 70.00 | ZL |
| | Download and saving proof of claim filed by Robert Ray Edgar in Rhodes Design and Development Corporation | 0.10 | 12.50 | TK |
| | Download and saving proof of claim filed by Robert Ray Edgar in Rhodes Companies, LLC | 0.10 | 12.50 | TK |
| Dec-10-09 | Receipt and review of notice of entry of order re first interim fee application of Parsons Behle & Latimer; certificate of service on same | 0.20 | 70.00 | ZL |
| | Receipt and review of United States' response to debtors' second omnibus objection to IRS claims | 0.30 | 105.00 | ZL |
| | Receipt and review of Parsons Behle & Latimer's bill for November 2009 | 0.50 | 175.00 | ZL |
| Dec-11-09 | Receipt and review of stipulation re motion for relief from stay refiled pursuant to order of the court | 0.20 | 70.00 | ZL |

| Date | Description | Hours | Amount | Timekeeper |
|---|---|---|---|---|
| | receipt and review of stipulation re motion for relief from stay refiled pursuant to order of the court | 0.20 | 25.00 | TK |
| Dec-14-09 | Receipt and review of debtor's omnibus objection to Michael & Maria Barr's claims; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of debtors' omnibus objection to Cabinetec Inc.'s claims; and notice of hearing | 1.00 | 350.00 | ZL |
| | Receipt and review of debtors' omnibus objection to Las Vegas Valley Water District's claims; and notice of hearing | 1.00 | 350.00 | ZL |
| | Receipt and review of fifth stipulation between Internal Revenue Service and Debtors continuing debtors' omnibus objection to internal revenue service claims | 0.30 | 105.00 | ZL |
| | Formatting and uploading debtor's omnibus objection to Michael & Maria Barr's claims; and notice of hearing | 0.30 | 37.50 | TK |
| | Formatting and uploading debtors' omnibus objection to Cabinetec Inc.'s claims; notice of hearing; and courtesy copy for judge | 0.50 | 62.50 | TK |
| | Formatting and uploading debtors' omnibus objection to Las Vegas Valley Water District's claims; notice of hearing; and courtesy copy | 0.50 | 62.50 | TK |
| | Formatting and uploading fifth stipulation between Internal Revenue Service and debtors continuing debtors' omnibus objection to Internal Revenue Service claims; and courtesy copy for judge | 0.30 | 37.50 | TK |
| Dec-17-09 | Receipt and review of order granting stipulation resolving motion for relief from stay | 0.30 | 105.00 | ZL |
| | Receipt and review of order granting debtors' eighth omnibus objection to claims | 0.30 | 105.00 | ZL |
| | Receipt and review of order granting debtors' seventh omnibus objection to claims | 0.30 | 105.00 | ZL |
| | Receipt and review of order sustaining debtors objection to Daniel Brennan's claim | 0.30 | 105.00 | ZL |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Receipt and review of notice of additional hearing dates | 0.20 | 70.00 | ZL |
| | Prepared for and attendance at motion for relief from stay on Harsch Investment properties; Objection to Internal Revenue claims; second application for compensation o: Larson & Stephens; second application for compensation of Sullivan Group Real Estate Advisors; second application for compensatior of Pachulski Stang Ziehl & Jones; objection to claim of Daniel Brennan's; sixth omnibus objection to claims; fifth omnibus objection to claims; seventh omnibus objection; and eighth omnibus objection | 5.60 | 1,960.00 | ZL |
| | Formatting and uploading three orders from hearing held on December 17, 2009 and one order from a stipulation | 0.60 | 75.00 | TK |
| | Formatting and uploading notice of additional hearing dates | 0.30 | 37.50 | TK |
| | Prepare second amended notice of hearing on second fee application | 0.20 | 25.00 | TK |
| Dec-18-09 | Receipt and review of motion to extend time tc assume or reject leases of nonresidential real property; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of motion to lift the automatic stay to effectuate prepetition settlement; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of 32 monthly operating reports | 3.20 | 1,120.00 | ZL |
| | Receipt and review of motion of debtors for order to lift the automatic stay to effectuate prepetition settlement; declaration of Paul D. Huygens | 0.50 | 175.00 | ZL |
| | Formatting and uploading motion to extend time to assume or reject leases of nonresidential real property; and notice of hearing | 0.30 | 37.50 | TK |
| | Formatting and uploading motion to lift the automatic stay to effectuate prepetition settlement; and notice of hearing | 0.30 | 37.50 | TK |

| | | | | |
|---|---|---|---|---|
| | Formatting and uploading 32 monthly operating reports | 5.00 | 625.00 | TK |
| | Formatting and uploading motion of debtors for order to lift the automatic stay to effectuate prepetition settlement; declaration of Paul D. Huygens | 0.30 | 37.50 | TK |
| Dec-21-09 | Telephone conference with Werner Disse regarding §362 Information Sheet | 0.30 | 37.50 | TK |
| Dec-22-09 | Receipt and review of notice of motion for modification of automatic stay in order to proceed against debtor as a nominal defendant and as against insurance proceeds only | 0.70 | 245.00 | ZL |
| | Receipt and review of four certificate of service | 0.40 | 140.00 | ZL |
| | Receipt and review of stipulation to extend cash collateral termination date | 0.20 | 70.00 | ZL |
| | Receipt and review of 362 Information Sheet and signing of same | 0.20 | 70.00 | ZL |
| | Formatting and uploading four certificate of service | 0.50 | 62.50 | TK |
| | Formatting and uploading stipulation to extend cash collateral termination date | 0.20 | 25.00 | TK |
| | Formatting and uploading 362 Information Sheet | 0.20 | 25.00 | TK |
| Dec-23-09 | Receipt and review of notice of filing amended exhibit b to second interim fee application of Parsons Behle & Latimer; notice of hearing; and certificate of service | 0.60 | 210.00 | ZL |
| | Receipt and review of proof of claim filed by State of Arizona in Pinnacle Grading | 0.10 | 35.00 | ZL |
| | Download and saving proof of claim filed by State of Arizona in Pinnacle Grading | 0.10 | 12.50 | TK |
| Dec-26-09 | Receipt and review of Pachulski Stang Ziehl & Jones November monthly fee statement | 0.90 | 315.00 | ZL |
| Dec-28-09 | Receipt and review of three certificate of service | 0.30 | 105.00 | ZL |
| | Receipt and review of three notice of withdraw | 0.30 | 105.00 | ZL |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | of proof of claim by Michael & Maria Barr for three separate entities | | | |
| | Formatting and uploading three certificate of service | 0.40 | 50.00 | TK |
| | Formatting and uploading three notice of withdraw of proof of claim by Michael & Maria Barr | 0.30 | 37.50 | TK |
| | Preparation and uploading notice of entry of order approving stipulation to extend cash collateral termination date | 0.40 | 50.00 | TK |
| Dec-30-09 | Receipt and review of notice of withdrawal of omnibus objection filed by the debtors to the claims of Michael and Maria Barr | 0.20 | 70.00 | ZL |
| | Receipt and review of two certificate of services | 0.20 | 70.00 | ZL |
| | Telephone conference with Tom Beckett | 0.20 | 70.00 | ZL |
| | Formatting and uploading notice of withdrawal of omnibus objection with Michael and Maria Barr | 0.20 | 25.00 | TK |
| | Formatting and uploading two certificate of services | 0.30 | 37.50 | TK |
| | Totals | 175.60 | $44,427.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 150.00 |
| Oct-01-09 | Courier Expense | 10.00 |
| Oct-02-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 8.00 |
| Oct-05-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 8.25 |
| Oct-06-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 3.50 |
| Oct-07-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 9.75 |
| Oct-08-09 | Courier Expense | 10.00 |
| Oct-13-09 | Photocopy Expense | 30.00 |
| Oct-15-09 | Photocopy Expense | 15.00 |
| Oct-16-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 126.25 |
| Oct-19-09 | Courier Expense | 10.00 |

| | | |
|---|---|---|
| | Photocopy Expense | 16.75 |
| Oct-20-09 | Photocopy Expense | 6.00 |
| Oct-21-09 | Photocopy Expense | 1.75 |
| Oct-22-09 | Courier Expense | 20.00 |
| | Photocopy Expense | 61.25 |
| Oct-23-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 3.00 |
| Oct-27-09 | Photocopy Expense | 4.75 |
| Oct-28-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 8.00 |
| | Photocopy Expense | 5.00 |
| | Photocopy Expense | 24.75 |
| Oct-29-09 | Courier Expense | 20.00 |
| Nov-02-09 | Hearing Transcript | 391.15 |
| | Courier Expense | 10.00 |
| | Photocopy Expense | 391.15 |
| Nov-03-09 | Photocopy Expense | 8.00 |
| Nov-04-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 20.25 |
| Nov-05-09 | Courier Expense | 10.00 |
| Nov-13-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 186.75 |
| Nov-16-09 | Courier Expense | 10.00 |
| Nov-18-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 94.50 |
| Nov-19-09 | Courier Expense | 10.00 |
| Nov-20-09 | Courier Expense | 10.00 |
| Nov-23-09 | Courier Expense | 10.00 |
| Nov-24-09 | Photocopy Expense | 8.25 |
| Nov-30-09 | Courier Expense | 10.00 |
| Dec-01-09 | Photocopy Expense | 22.50 |
| Dec-02-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 19.25 |
| Dec-03-09 | Courier Expense | 10.00 |
| Dec-11-09 | Postage | 57.19 |
| | Photocopy Expense | 1.75 |
| Dec-14-09 | Courier Expense | 10.00 |
| Dec-15-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 126.25 |
| Dec-18-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 60.00 |
| | Postage | 72.54 |
| Dec-21-09 | Photocopy Expense | 10.00 |
| Dec-23-09 | Photocopy Expense | 11.25 |
| Dec-28-09 | Courier Expense | 10.00 |
| | Photocopy Expense | 6.00 |
| | Photocopy Expense | 9.75 |
| Dec-29-09 | Courier Expense | 10.00 |
| Dec-30-09 | Photocopy Expense | 3.25 |

| Date | Description | Amount | Total |
|---|---|---|---|
| Dec-31-09 | Courier Expense | 10.00 | |
| | Totals | $2,301.78 | |
| | **Total Fee & Disbursements** | | **$46,729.28** |
| | Previous Balance | | 8,316.62 |
| | **Balance Now Due** | | **$55,045.90** |

TAX ID Number 74-3112520

## TRUST STATEMENT

|  | Disbursements | Receipts |
|---|---|---|
| Trust Balance Forward |  | 67,499.12 |
| Total Trust | $0.00 | $67,499.12 |
| **Trust Balance** |  | **$67,499.12** |