James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: February 16, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    February 18, 2010<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

## STATUS AND AGENDA FOR FEBRUARY 18, 2010 HEARING

## AT 1:30 P.M.

*1.    Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]*

Related Filings:

A.  *Notice of Hearing* on Docket No. 357 [Rhodes Docket No. 358]

B.  *Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 364]

C.  *Supplemental Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 365]

D.  *Response To Debtors' Omnibus Objection To IRS Claims* with Certificate of Service [Rhodes Docket No. 507]

E.  *Second Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]* [Rhodes Docket No. 523]

F.  *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon (Docket No. 357)* [Rhodes Docket No. 538]

G.  *Notice of Entry of Order* for Docket entry No. 538 [Rhodes Docket No. 540]

H.  *Certificate of Service* for Docket entry No. 540 [Rhodes Docket No. 543]

I.  *Third Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 656]

J.  *Certificate of Service* for Docket Entry 656 [Rhodes Docket No. 681]

K.  *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon* [Rhodes Docket No. 695]

L.  *Notice of Entry of Order* for Docket Entry 695 [Rhodes Docket No. 697]

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

M. *Fourth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors* [Rhodes Docket No. 712]

N. *Certificate of Service* of Docket Entry 712 [Rhodes Docket No. 770]

O. *Fifth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Services Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]*

P. *Sixth Stipulation By The Rhodes Companies, LLC and Between Debtors and the Internal Revenue Service Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* [Rhodes Docket No. 907]

Q. *Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors (Seventh) Continuing Debtor's Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 997]

**STATUS**:  Pursuant to the Stipulation for continuance (Docket No. 997), the parties have agreed to continue the matter to the omnibus hearing on March 17, 2010 at 1:30 p.m.

**2.** ***Second Objection (Omnibus) to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 with Exhibits A-B* [Rhodes Docket No. 744]**

Related Filings:

A. *Notice of Hearing* for Docket No. 744 [Rhodes Docket No. 745]

B. *Certificate of Service* for Docket Entries 744 and 745 [Rhodes Docket No. 767]

C. *Response* to *Debtors' Second Omnibus Objection to IRS Claims* ]Rhodes Docket No. 829]

D. *Status hearing* to be held on 1/14/2010 at 09:00 AM [Rhodes Docket No. 852]

E. *Request for Waiver of Filing Discovery Plan* [Rhodes Docket No. 910]

F. *Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors Re Continuance of Second Objection (Omnibus) to Internal Revenue Service Claims Pursuant to Section 502 (B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 744]*[Rhodes Docket No. 998]

**STATUS**: Pursuant to the Stipulation for continuance (Docket No. 998), the parties have agreed to continue the pretrial conference on this matter to the omnibus hearing on May 11, 2010 at 1:30 p.m.

3.  *Fifth Objection (Omnibus) to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]; Declaration of Paul D. Huygens in Support Thereof with Exhibit A [Rhodes Docket No. 748]*

Related Filings:

A.  *Notice of Hearing* for Docket No. 748 [Rhodes Docket No. 749]

B.  *Certificate of Service* for Docket Entries 748 and 749 [Rhodes Docket No. 765]

C.  *Order Granting Debtor's Fifth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]* [Rhodes Docket No. 890]

D.  *Notice of Entry of Order* for Docket Entry 890 [Rhodes Docket No. 891]

E.  *Debtors' Supplement to Objection (Fifth) to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [Books and Records Claims]; Declaration of Paul D. Huygens in Support Thereof* [Rhodes Docket No. 892]

F.  *Certificate of Service* for Docket Entry 892 [Rhodes Docket Entry 903]

G.  *Certificate of Service* for Docket Entry 891 [Rhodes Docket No. 905]

H.  *Notice of Continued Hearing* with Proof of Service Attached [Rhodes Docket No. 935]

**STATUS**: This matter was continued from a prior omnibus hearing to allow the Debtors to supplement the basis for objection as to: (1) Claim Number 18 of Prolink Systems, Inc. in the amount of $1,920 filed in Case No. 09-14884 against Tuscany Golf Country Club; (2) Claim Number 30 of Simplex Grinnell in the amount of $4,624.94 filed in Case Number 09-14814 against Tribes Holdings, LLC; and (3) Claim Number 17 of US Yellow Pages in the amount of $1,291.16 filed in Case Number 09-14846 against Rhodes Design and Development Corporation. The Debtors filed the Supplement on January 4, 2010 (Docket No. 892). All other claims in the Fifth Omnibus Objection were disallowed or withdrawn at the December 17, 2009 hearing. This matter will be going forward as to the remaining claims.

4.  *Motion for Relief from Stay Property: 193 Sea Rim Ave., Las Vegas, NV 89148* **[Rhodes Docket No. 869]**

   Related Filings:

   A.  *Certificate of Service* for Docket Entry No. 869 [Rhodes Docket No. 902]

   B.  Hearing scheduled 2/18/2010 at 01:30 PM [Rhodes Docket No. 880]

   C.  *Notice of Filing of Proposed Order Granting Motion for Modification of Automatic Stay in Order to Proceed Against Debtors as a Nominal Defendant and as Against Insurance Proceeds Only* [Rhodes Docket No. 1001]

   **STATUS**: The Movant and Debtors have agreed upon a consensual form of Order. *See* Rhodes Docket No. 1001.

5.  *Motion to Approve Stipulated Judgment and/or Order to Lift the Automatic Stay Re Claims of Remaining Kitec Homeowners* **[Rhodes Docket No. 940]**

   Related Filings:

   A.  *Notice of Hearing* for Docket Entry No. 940 [Rhodes Docket No. 941]

   B.  *Certificate of Service* for Docket Entries 940 and 941 [Rhodes Docket No. 951]

   C.  *Notice of Filing of Proposed Order Granting Motion of Debtor for Order Approving Stipulation to Lift the Automatic Stay Re Claims of Remaining Kitec Homeowners* (Rhodes Docket No. 1002)

   **STATUS**: The Debtors and the Remaining Kitec Homeowners have agreed upon a consensual form of Order. *See* Rhodes Docket No. 1002.

Dated:    February 16, 2010        LARSON & STEPHENS

                    */s/Zachariah Larson*
                    Zachariah Larson, Esq. (NV Bar No. 7787)
                    810 S. Casino Center Blvd., Ste. 104
                    Las Vegas, Nevada  89101

                        – and –

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:214203.1

6