**EXHIBIT 1**
**SGREA CONSULTANTS SUMMARY OF QUALIFICATIONS**

**Tim Sullivan, President**
As President of Sullivan Group Real Estate Advisors, Tim Sullivan has more than 25 years experience in developing growth strategies for the residential real estate market. Whether defining geographic market opportunities, conceptualizing community design or honing product, pricing and absorption potential, Tim has guided financial partners and major homebuilding companies from inception to completion with unparalleled success.

Tim has developed the ability to interpret diverse statistics and trends and translate them into actionable plans. As the founder of Sullivan Group, Tim's personal commitment to his clients is to constantly assess the economy, housing market and consumer trends to identify the newest and best ways to build great places.

Over the past 15 years, Tim has become a frequent speaker at major industry events. From Pacific Coast Builders Conference (PCBC) to Urban Land Institute's many venues to his company's own Sullivan Seminars, Tim shares his breadth of industry knowledge with the nation's housing market on an ongoing basis. He is the Chair of ULI's Residential Neighborhood Development Council and the Moderator of PCBC's annual Leader to Leader program. He is also the PCBC Program Committee Chair for 2008 and 2009 and has served as Master of Ceremonies for PCBC's Gold Nugget Awards and NAHB Nationals since 2007.

During his career, Tim was senior manager with KPMG Peat Marwick's National Real Estate Consulting Group before serving as principal of Hanley Wood Market Intelligence's (formerly The Meyers Group) Real Estate Consulting Practice for a decade. He earned an MBA with a concentration in marketing and finance from San Diego State University, and a bachelor's degree in economics from University of California, San Diego. He also holds a MIRM (Member of the Institute of Residential Marketing) from the National Association of Home Builders.

**Ken Perlman, Vice President**
As a seasoned analyst with over 15 years of experience, Ken Perlman, Vice President of Sullivan Group Real Estate Advisors, has traveled extensively throughout the United States assessing the nation's housing industry. While he has contributed to analyses in multiple states and has consulted with builders regarding strategic expansion opportunities over the years, his particular expertise lies with compiling and analyzing market, economic, and financial data for project feasibility and valuation studies.



Having grown up surrounded by real estate, with a father who was a city planner and who was later involved in acquisitions and entitlement work, Ken had a natural inclination toward the real estate field. Today, he enjoys taking disparate statistics and making them all come together in a way that leads to an interesting, and unique, conclusion for his clients. With his exceptional analytical skills, Ken ensures that clients walk away from an assignment confident that he added value to their project and that the conclusions he draws make their products better.

Having started his career at Grubb & Ellis Commercial Real Estate, Ken later moved to Hanley Wood Market Intelligence's (formerly The Meyers Group) Real Estate Consulting Practice prior

1   to joining Sullivan Group. He received his MBA from the University of San Diego, and a BA in
    Urban Studies & Planning from the University of California, San Diego.

2
    **Scott Martin, Vice President**
3   As Vice President of Sullivan Group Real Estate Advisors, Scott Martin brings his
    vast know-how in analyzing market data, combined with over 14 years experience
4   in real estate finance and management, to lead the firm in its client engagements
    and operations alike. He has a knack for taking a myriad of data sources and
5   synthesizing them to draw meaningful
    conclusions.  In addition to directing analyses of residential projects, Scott leads
6   the firm's economic analysis efforts, providing insight into local, regional, and national market
7   conditions.

8   Because real estate has always been a part of Scott's life – with
    a family who has been involved in commercial and residential real estate sales and development
9   since the 1950s – he has, by default, always been a student of the many facets of real estate.
    From Senior Loan Officer for Bank of America to Vice President of Research for Hanley Wood
10  Market Intelligence (formerly The Meyers Group) in previous roles, Scott's market research
    efforts and the cities he has studied span the country.
11

12  Scott's commitment to his clients is to share accurate, insightful market knowledge to assist them
    in adding value to their companies and to the communities they serve. He graduated from the
13  University of California, Santa Barbara with a BA in Business Economics.

14
    **Dean Wehrli, Vice President**
15  Dean Wehrli, as Vice President of Sullivan Group Real Estate Advisors, heads up
    the firm's Sacramento office, where he handles all client engagements in the Bay
16  Area, Sacramento, the Central Valley, and Northern Nevada. His work has
    spanned 20 states and over 50 markets, and his experience as a seasoned analyst is
17  just as widespread. From a few lots of multi-million dollar custom homes to a
    7,000 unit multi-product master plan and everything in between, Dean has
18  consulted on all product types. With his many assignments, his analysis has included pricing,
    absorption, buyer profiles, product segmentation, economic and demographic impacts, aggregate
19  housing market data, and product recommendations.
20

21  After a long history in academia, as a PhD and educator, Dean gravitated toward real estate
    consulting because it gave him an opportunity to carry over his research, writing and analytic
22  skills to a new and exciting industry. Since then, he continues to enjoy problem solving –
    assessing a situation and figuring out what works and what may not – and applying that to real
23  life. He is committed to bringing his clients an honest evaluation of a proposed project, without
    letting outside influences or "conventional wisdom" dictate what he believes to be the right
24  course.

25  Like his colleagues, Dean spent many years at Hanley Wood Market Intelligence (formerly The
26  Meyers Group) first as a senior consultant and then Managing Director of their Sacramento
    office. After a brief stint with Metro Study as Director of Northern California operations, he
27  joined Sullivan Group Advisors just after its inception. He received his PhD from UCLA and his
    BA from Cal State Fullerton.
28

**Peter Dennehy, Senior Vice President**

Peter Dennehy is Senior Vice President of Sullivan Group Real Estate Advisors and spearheads the firm's client engagements, whether managing market research efforts, conducting public policy research and analysis, or relating market positioning and strategy recommendations. With over 16 years experience in the real estate advisory field, he has consulted on a wide array of residential and commercial properties, from condominiums and single-family dwellings to master planned communities and resorts.

Peter's interest in the real estate process began when he interned with the City of Pasadena doing research on historic sites. There, he was exposed to the community planning and redevelopment process – which later became the initial stages of the Old Town Pasadena redevelopment area. This experience, among others, has contributed to Peter's penchant for seeing communities develop and redevelop. And with his vast experience in the area, Peter is committed to bringing lessons learned of the past to bear positively on client projects of today.

Previously, Peter worked for The Meyers Group and Robert Charles Lesser & Co. His consulting activities have spanned most major real estate markets in California, Arizona and the Pacific Northwest, with a particular expertise in the areas of urban development, in analyzing and projecting the build-out of large scale residential and commercial projects, and issuing land-secured special tax financing.

As a member of the San Diego Chapter of Urban Land Institute and Treasurer of BIA's Cares For Kids Board, Peter is also actively involved in his community. He earned his Juris Doctorate from University of San Diego's School of Law, and his BA in Government/Public Policy from Pomona College.

**Adam McAbee, Vice President**

With more than 13 years experience in the real estate industry, Adam McAbee, Vice President of Sullivan Group Real Estate Advisors, oversees the group's client engagements on a day to day basis. Having worked in over 25 states nationwide, he has a particular expertise in analyzing urban development (such as high-rise and infill housing) as well as directing analyses in resort markets such as Hawaii, Florida, Utah, Mexico, and Costa Rica.

When Adam first set his sights on real estate, it was during the housing boom in the late 1980s. Although the market bottomed out by the time he got out of college, Adam's career has since spanned the strongest run-up of market activity in recent history. With the unique perspective of seeing both ends of a market cycle, Adam strives to bring clients the most accurate and insightful information as possible, and has a keen eye toward the true nature of the market.

At the beginning of his career, Adam was a consultant with KPMG Peat Marwick's real estate consulting practice where he met Tim Sullivan. He later moved on to Hanley Wood Market Intelligence (formerly The Meyers Group) where he conducted real estate market research for nearly nine years (also with Tim). He received his BS in Business Administration (Real Estate) from San Diego State University, and has earned the designation of Certified New Home Marketing Professional from the National Association of Home Builders.

**Jeff Edinger**

1  Jeff is a senior analyst who has had extensive real estate experience and has been in the industry for over six years.

2  **Shaun McCutcheon**

3

4  Shaun is a senior analyst who has worked in the industry for over seven years.

5  **Jonathan Schwartz**

6  Jonathan, a senior analyst, has been serving the real estate industry for over seven years.

7  **Lisa Wells**

8  Lisa Wells has been an Executive Assistant with the team for over 15 years.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_LA:210078.1

**EXHIBIT 2**

SGREA Billing Rates and Detail Time Recap

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT #2**
SGREA Billing Rates

**PROFESSIONALS:**

| NAME | ABBREV | POSITION | RATE |
|------|--------|----------|------|
| Timothy Sullivan | TPS | President | $ 425.00 |
| Peter Dennehy | PFD | Senior Vice President | $ 225.00 |
| Kenneth Perlman | KP | Vice President | $ 225.00 |
| Adam McAbee | ATM | Vice President | $ 225.00 |
| Scott Martin | SRM | Vice President | $ 225.00 |
| Jonathan Schwartz | JTS | Senior Analyst | $ 150.00 |
| Jeffrey Edinger | JE | Senior Analyst | $ 150.00 |
| Dennis Cisterna | DC | Senior Analyst | $ 150.00 |
| Shaun McCutcheon | Shaun | Senior Analyst | $ 150.00 |
| Lisa Wells | LW | Executive Assistant | $   50.00 |

**Exhibit #2**
SCREA Time Detail

| Date | HOURS TPS $425 | KP $225 | ATM $225 | JTS $150 | JE $150 | Shaun $150 | DC $150 | LW $50 | SRM/DG $225 | FEES TPS $425 | KP $225 | ATM $225 | JTS $150 | JE $150 | DC $150 | Shaun $150 | LW $50 | SRM/DG $225 | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/09 | 1.0 | 1.0 | | | | | | | | $425 | | $225 | | | | | | | $650 | Conference call with project team |
| 4/9/09 | | 2.0 | | | | | | | | | | $450 | | | | | | | $450 | Meeting in Rhodes office to review documentation |
| 4/14/09 | 2.0 | 1.0 | | | | | | | | | | $225 | | | | | | | $1,075 | Review of litigation support documents (send doc |
| 4/20/09 | 1.0 | | | 8.0 | | | | | | | | | | $1,200 | | | | | $1,625 | File review, data compilation; start work product |
| 4/21/09 | 1.0 | | | 2.0 | | | | | | | | | | $300 | | | | | $300 | Data compilation; work product |
| 4/26/09 | | 3.0 | | | | | | | | | | $675 | | | | | | | $675 | Assess comparables (pull comps for each asset) |
| 4/27/09 | | | 3.0 | | | | | | | | | $675 | | | | | | | $1,400 | Assess Comps data/evaluating comps |
| 4/28/09 | 1.0 | 1.0 | | | 8.0 | | | | | | | $225 | | $1,200 | | | | | $1,850 | Comps data/evaluating comps |
| 4/29/09 | 8.0 | 8.0 | 8.0 | | 8.0 | | | | | | | $1,800 | | $1,200 | | | | | $6,400 | Comps data/evaluating comps/Field Work (does |
| 4/30/09 | | 8.0 | 8.0 | | 8.0 | | | | | | | $1,800 | | $1,200 | | | | | $3,000 | Fieldwork/subject property visits (does not includ |
| 5/1/09 | | 1.0 | | | | | | | | | | $225 | | | | | | | $225 | Interacting with attorney/comps data |
| 5/5/09 | | | | | 8.0 | | | | | | | | | $1,200 | | | | | $1,200 | Comps data/evaluating comps: RR and TS |
| 5/6/09 | | 4.0 | | | | | | | 2.0 | | | $900 | | | | | | $200 | $1,750 | Comps data/evaluating comps: RR and TS |
| 5/7/09 | | | | 7.0 | | | | | | | | | | $1,050 | | | | | $625 | Data downloads for market analysis |
| 5/8/09 | 1.0 | 1.0 | | 7.5 | | | | | | | | $225 | | $1,125 | | | | | $1,250 | Comps data/evaluating comps; Preparation TPS |
| 5/11/09 | 1.0 | 1.0 | | 4.0 | | | | | | | | $225 | | $600 | | | | | $1,775 | Comps data/evaluating comps |
| 5/12/09 | | | | 7.0 | | | | | | | | | | $1,050 | | | | | $1,050 | Update competitive market data/comps |
| 5/13/09 | | | | 7.0 | | | | | | | | | | $1,050 | | | | | $1,050 | Comps data/evaluating comps: RR, TS, other |
| 5/14/09 | | | | 8.0 | | | | | | | | | | $1,200 | | | | | $1,200 | Comps data/evaluating comps: RR, TS, other |
| 5/18/09 | | 2.0 | | | | | | | | | | $450 | | $1,200 | | | | | $1,650 | Comps data/evaluating comps: Kingman |
| 5/19/09 | | 2.0 | | | | | | | | | | $450 | | | | | | | $450 | Comparables research |
| 5/20/09 | | 2.0 | | 5.0 | | | | | | | | $450 | | $750 | | | | | $1,200 | Comparables research |
| 6/3/09 | | | | 6.5 | | | | | | | | | | $975 | | | | | $1,125 | Comps research/data |
| 6/5/09 | | | | 1.5 | | | | | | | | | | $225 | | | | | $225 | Comparables research |
| 6/8/09 | | 3.0 | | 8.5 | 8.0 | | | | | | | $675 | | $1,275 | | | | | $3,150 | Recsibuild-out RR, Tuscany, MF Parcels, Kingm; |
| 6/9/09 | | 8.0 | | 9.0 | 8.0 | | | | | | | $1,800 | | $1,350 | | | | | $4,350 | Recsibuild-out RR, Tuscany, MF Parcels, Kingm; |
| 6/10/09 | | 8.0 | | 8.5 | 4.0 | | | | | | | $1,800 | | $1,275 | $600 | | | | $3,675 | Recsibuild-out RR, Tuscany, MF Parcels, Kingm; |
| 6/11/09 | | | | 9.0 | | | | | | | | | | $1,350 | | | | | $1,350 | Recsibuild-out RR, Tuscany, MF Parcels |
| 6/12/09 | | | | 2.5 | | | | | | | | | | $375 | | | | | $375 | Recsibuild-out RR, Tuscany, MF Parcels |
| 6/15/09 | | 5.0 | | 8.0 | 7.0 | | | | | | | $1,125 | | $1,200 | | | | | $3,525 | Revised RR/TS product recs. Multi-family produ |
| 6/16/09 | | | | 3.5 | 6.0 | | | | | | $525 | | $525 | $900 | | | | | $2,275 | Revised RR/TS product recs. Multi-family produ |
| 6/17/09 | | 6.0 | | | 6.0 | | | | | | | $1,350 | | $750 | $600 | | | | $3,150 | Revised RR/TS product recs. Multi-family produ |
| 6/18/09 | | 9.0 | | 5.0 | 4.0 | | | | | | | $2,025 | | $750 | $600 | | | | $3,900 | Revised RR/TS product recs. Multi-family produ |
| 6/22/09 | | 8.0 | | 8.0 | | | | | | | | $1,800 | | $1,200 | | | | | $3,000 | Revised RR/TS product recs. Multi-family produ |
| 6/23/09 | | 8.0 | | | | | | | | | | $1,800 | | | | | | | $1,800 | Revised RR/TS product recs. Multi-family produ |
| 6/30/09 | 1.0 | 6.0 | | | | | | | | | | $1,350 | | | | | | | $1,775 | Comps, data check, revision |
| **TOTAL 1st Application** | **444.0** | **333.0** | **225.0** | **177.5** | **319.5** | **196.0** | **150.0** | **54.0** | **227.0** | $ - | $ - | $ 22,060 | $ 4,125 | $ ##### | $ ##### | $ - | $ 9,900 | $ 200 | **$66,025** | |
| 7/1/09 | 1.0 | | | | | | | | | | | | | | | | | | $0 | Appreciation analysis |
| 7/2/09 | | 2.0 | | | | | | | | | | $450 | | | | | | | $425 | Appreciation analysis |
| 7/8/09 | 2.0 | 7.0 | | | | | | | | | | $1,575 | | | | | | | $875 | Appreciation analysis |
| 7/9/09 | | | | | | 6.0 | | | | | | | | | | $900 | | | $3,325 | Testing of Assumptions |
| 7/10/09 | 1.0 | 6.0 | | | | 8.0 | | | | | | $1,350 | | | $1,200 | | | | $1,625 | Test proforma assumptions/revisions |
| 7/13/09 | 1.0 | 7.0 | | | | 8.0 | | | | | | $1,575 | | | $1,200 | | | | $2,975 | Test proforma assumptions/revisions |
| 7/14/09 | 1.0 | 8.0 | | | | 8.0 | | | | | | $1,800 | | | $1,200 | | | | $3,200 | Test proforma assumptions/revisions |
| 7/15/09 | 2.0 | 8.0 | | | | 8.0 | | | | | | $1,800 | | | $1,200 | | | | $3,850 | Test proforma assumptions/revisions |
| 7/16/09 | 2.0 | 1.0 | | | | | | | | | | $225 | | | | | | | $225 | Test proforma assumptions/revisions |
| 7/28/09 | | 1.0 | | | | | | | | | | $225 | | | | | | | $225 | Test proforma assumptions/revisions |
| 7/29/09 | | 1.0 | | | | | | | | | | $225 | | | | | | | $650 | Test proforma assumptions/revisions |
| 7/30/09 | 1.0 | 8.0 | | 8.0 | | | | | | | | $1,800 | | $1,200 | | | | | $3,725 | Test proforma assumptions/revisions |
| 7/31/09 | 1.0 | 7.0 | | | | 2.0 | | | | | | $1,575 | | | $300 | | | | $3,325 | Model adjustments and write up |
| 8/4/09 | 2.0 | 8.0 | | | | | | | 4.0 | | | $1,800 | | | | | | $900 | $3,550 | Billing |
| 8/5/09 | 3.0 | 9.0 | | | | | | | 4.0 | | | $2,025 | | | | | | $900 | $3,900 | Model adjustments and write up/Billing |
| 8/6/09 | 2.0 | 3.0 | 4.0 | | | | | | | | | $675 | $600 | | | | | | $3,000 | Model adjustments and write up |
| 8/7/09 | 3.0 | 3.0 | 7.0 | | | | | | | | | | $1,050 | | | | | | $3,000 | Model adjustments and write up |
| 8/11/09 | 3.0 | | 3.0 | | | | | | | | | | $450 | | | | | | $1,300 | Billing/Model Adjustment |
| 8/12/09 | 2.0 | | 2.5 | | | | | | | | | | $375 | | | | | | $1,150 | write up and edits, calls with Paul |
| 8/13/09 | 2.0 | | 2.0 | | | | | | | | | | $300 | | | | | | $1,150 | Model adjustments and write up |

**Exhibit #2**
SGREA Time Detail

| Date | HOURS | | | | | | | | | FEES | | | | | | | | | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TPS | KP | ATM | JTS | JE | Shaun | DC | LW | SRM/DG | TPS | KP | ATM | JTS | JE | DC | Shaun | LW | SRM/DG | | |
| | $425 | $225 | $225 | $150 | $150 | $150 | $150 | $50 | $225 | | | | | | | | | | | |
| 8/14/09 | | | | 1.0 | | | | | | | | | $150 | | | | | | $150 | Model adjustments and write up |
| 8/18/09 | | 4.0 | | | | | | | | | $900 | | | | | | | | $900 | Brandon starts here |
| 8/19/09 | 1.0 | 5.0 | | | | | | | | $425 | $1,125 | | | | | | | | $1,550 | Call with Paul, Meeting on finishing up |
| 8/20/09 | 3.0 | 7.0 | | | | | | | | $1,275 | $1,575 | | | | | | | | $2,850 | Model adjustments and write up |
| 8/21/09 | 1.0 | 4.0 | | | | | | | | $425 | $900 | | | | | | | | $1,325 | Model adjustments and write up |
| 8/24/09 | | 2.0 | | | | | | | | | $450 | | | | | | | | $450 | Model adjustments and write up |
| 8/27/09 | 1.0 | | | | | | | 1.0 | | $425 | | | | | | | $50 | | $475 | Model adjustments and write up |
| 8/28/09 | 4.0 | | | | | | | | | $1,700 | | | | | | | | | $1,700 | Model adjustments and write up |
| 9/1/09 | | 1.0 | | | | | | | | | $225 | | | | | | | | $225 | Report finalization/Billing |
| 9/2/09 | | | | 1.0 | | | | | | | | | $150 | | | | | | $150 | Report finalization/Billing |
| 9/3/09 | | | | 1.0 | | | | | | | | | $150 | | | | | | $150 | Report finalization |
| 9/11/09 | | 2.5 | | | | | | | | | $563 | | | | | | | | $563 | Report finalization, Billing |
| 9/13/09 | | 4.5 | | | | | | | | | $1,013 | | | | | | | | $1,013 | Report finalization, Billing |
| 9/16/09 | 5.0 | | | | | | | | | $2,125 | | | | | | | | | $2,125 | Report finalization |
| Total 2nd Application | 44.0 | 107.0 | 0.0 | 29.5 | 0.0 | 0.0 | 48.0 | 1.0 | 8.0 | $18,700 | $24,075 | $0 | $4,425 | $0 | $0 | $7,200 | $50 | $1,800 | $56,250 | |
| TOTAL | 488 | 440 | 225 | 207 | 320 | 244 | 150 | 55 | 235 | 19,076 | 24,075 | 22,050 | 4,425 | 4,125 | 24,225 | 7,200 | 6,950 | 2,000 | 122,275 | |

1

**EXHIBIT 3**

2

SGREA Fee Recap by Category

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT #3**

SGREA Fees by Category

| CATEGORY | HRS | FEE |
|---|---|---|
| Asset Analysis | 398 | $ 113,950.00 |
| Retention of Professional | 5 | $ 1,125.00 |
| Compensation of Professional | 32 | $ 7,200.00 |
| Travel - non-working time | | |
| **TOTAL** | **435** | **$ 122,275.00** |

1

**EXHIBIT 4**

2
SGREA Expense Recap by Category

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 4**
SGREA Expense Recap

| Expense Date Vendor | Amount |
|---|---|
| 8/7/2009 Data -SM Enterprise | 300.00 |
| 6/17/2009 Data LoopNet | 29.95 |
| 6/17/2009 MLS Data | 390.00 |
| 6/16/2009 Data -Home Builders Research | 250.00 |
| 9/30/2009 Data -Claritas/ Hanley Wood | 1,500.00 |
| **4/14/2009** FedEx | 20.42 |
| 4/9/2009 Travel - Airfare | 305.20 |
| 4/22/2009 Travel - Airfare | 273.20 |
| 4/28/2009 Travel - Airfare | 32.00 |
| 4/29/2009 Travel - Airfare | 305.20 |
| 4/29/2009 Travel - Meal | 34.06 |
| 4/29/2009 Travel - Parking & Tolls | 21 |
| 4/2/2009 Travel - Rental Car & Taxi | 12 |
| 4/2/2009 Travel - Rental Car & Taxi | 140.61 |
| 4/29/2009 Travel - Rental Car & Taxi | 174.5 |
| | 3,788.14 |

1

**EXHIBIT 5**

2

SGREA Billing and Payment Recap

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT #5**
SGREA Billing and Payment Summary

| | |
|---|---|
| Name of Applicant: | Sullivan Group Real Estate Advisors |
| Role in Case: | Debtors Market Research Consultant |
| Case No: | BK-S-09-14814-LBR |
| Chapter: | 11 |
| Debtor: | The Rhodes Companies |
| Hearing Date: | March 17, 2010 at 1:30pm |
| Retainer Received: | $47,500.00 |

## FEE RECAP

| DESCRIPTION | PERIOD | INTERIM BILLING | BILLING | | | PAYMENT & BILLING RECONCILIATION | | | | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FEES INCURRED | EXPENSES INCURRED | TOTAL FEES AND EXPENSES INCURRED | INITIAL (85% of fees & 100% of expenses - DUE 15 days after statement receipt & NO Notice of Objection) | | | | | SECONDARY (Remaining Fees -DUE upon receipt of court order approving Interim Billing Application) | | | RETAINER APPLIED | TOTAL BALANCE OUTSTANDING |
| | | | | | | INITIAL AMOUNT DUE | DUE DATE | PAYMENT RECEIVED | RETAINER APPLIED | INITIAL BALANCE OUTSTANDING | EST DUE DATE | SECONDARY AMOUNT DUE | PAYMENT RECEIVED | | |
| Monthly Statement | April 2009 | 1st | $ 17,425.00 | $ 1,318.19 | $ 18,743.19 | $ 16,129.44 | 6/4/2009 | $ 16,129.44 | | - | 10/10/2009 | $ 2,613.75 | - | $ 2,613.75 | $ - |
| Monthly Statement | May 2009 | 1st | $ 14,725.00 | | $ 14,725.00 | $ 12,516.25 | 7/6/2009 | $ 12,516.25 | | - | 10/10/2009 | $ 2,208.75 | - | $ 2,208.75 | $ - |
| Monthly Statement | June 2009 | 1st | $ 33,875.00 | | $ 33,875.00 | $ 28,793.75 | 8/4/2009 | $ 28,793.75 | $ - | - | 10/10/2009 | $ 5,081.25 | - | $ 5,081.25 | $ - |
| First Interim Billing | | | $ 66,025.00 | $ 1,318.19 | $ 67,343.19 | $ 57,439.44 | | $ 57,439.44 | | $ - | | $ 9,903.75 | - | $ 9,903.75 | $ - |
| Monthly Statement | July 2009 | 2nd | $ 21,450.00 | | $ 21,450.00 | $ 18,232.50 | 8/25/2009 | $ 18,232.50 | | - | 1/15/2009 | $ 3,217.50 | - | $ 3,217.50 | $ - |
| Monthly Statement | Aug 2009 | 2nd | $ 30,575.00 | $ 969.95 | $ 31,544.95 | $ 26,958.70 | 9/24/2009 | $ - | $ 26,958.70 | - | 1/15/2009 | $ 4,586.25 | - | $ 4,586.25 | $ - |
| Monthly Statement | Sep 2009 | 2nd | $ 4,225.00 | $ 1,500.00 | $ 5,725.00 | $ 5,091.25 | 10/15/2009 | $ - | $ 5,091.25 | - | 1/16/2009 | $ 633.75 | - | $ 633.75 | $ - |
| 2nd Interim Billing | | | $ 56,250.00 | $ 2,469.95 | $ 58,719.95 | $ 50,282.45 | | $ 18,232.50 | $ 32,049.95 | $ - | | $ 8,437.50 | - | $ 8,437.50 | $ - |
| **TOTAL** | | | $ 122,275.00 | $ 3,788.14 | $ 126,063.14 | $ 107,721.89 | | $ 75,671.94 | $ 32,049.95 | $ - | | $ 18,341.25 | - | $ 18,341.25 | $ - |

REMAINING RETAINER BALANCE    $

ADDITIONAL BALANCE OWED    $