| Day | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/01/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | REVIEW AND REVISE TRADE CLAIMS PROCEDURE BY | 18422.001 | 2403780 |
| 12/05/2009 | | Invoice=272139 | 0.80 | 340.00 | CHO. | | |
| 10/01/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | REVIEW CASE FILINGS. | 18422.001 | 2403781 |
| 12/05/2009 | | Invoice=272139 | 0.30 | 127.50 | | | |
| 10/01/2009 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH | 18422.001 | 2403782 |
| 12/05/2009 | | Invoice=272139 | 0.20 | 85.00 | REW GOODENOW REGARDING SCHEDULING. | | |
| 10/01/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | CALL CHO REGARDING TRADE CLAIMS PROCEDURES. | 18422.001 | 2403785 |
| 12/05/2009 | | Invoice=272139 | 0.40 | 170.00 | | | |
| 10/02/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | PREPARE FOR (.5) AND STATUS CONFERENCE FEE | 18422.001 | 2403828 |
| 12/05/2009 | | Invoice=272139 | 1.30 | 552.50 | HEARING. | | |
| 10/06/2009 | 0557 | J. THOMAS BECKETT | 1.10 | 467.50 | CORRESPONDENCE AND REPORT ON PENDING ISSUES | 18422.001 | 2403853 |
| 12/05/2009 | | Invoice=272139 | 1.10 | 467.50 | FOR COMMITTEE MEETING ON 10/9. | | |
| 10/08/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | TELEPHONE CONFERENCE WITH MOSLEY, CREDITOR | 18422.001 | 2403864 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 212.50 | CONCERNED ABOUT TRADE TREATMENT. | | |
| 10/09/2009 | 0557 | J. THOMAS BECKETT | 1.60 | 680.00 | PREPARE FOR AND COMMITTEE CONFERENCE CALL. | 18422.001 | 2403917 |
| 12/05/2009 | | Invoice=272139 | 1.60 | 680.00 | | | |
| 10/09/2009 | 0557 | J. THOMAS BECKETT | 0.30 | 127.50 | TELEPHONE CONFERENCE WITH CREDITOR KEITH | 18422.001 | 2403920 |
| 12/05/2009 | | Invoice=272139 | 0.30 | 127.50 | MOSLEY, | | |
| 10/09/2009 | 7080 | LINDA O. MYERS | 0.60 | 81.00 | CONSULT WITH T. BECKETT REGARDING NOTICE OF | 18422.001 | 2395077 |
| 12/05/2009 | | Invoice=272139 | 0.60 | 81.00 | HEARING ON PB&L FIRST INTERIM FEE APPLICATION | | |
| | | | | | AND ERRATA THERETO AND FOLLOW-UP ACCORDINGLY. | | |
| 10/10/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | REVIEW ANNOTATE REVISED CLAIMS SHEET. | 18422.001 | 2403921 |
| 12/05/2009 | | Invoice=272139 | 1.30 | 552.50 | | | |
| 10/12/2009 | 0557 | J. THOMAS BECKETT | 2.40 | 1,020.00 | DESIGN, DRAFT AND PRESENT PROPOSAL TO EQUITY. | 18422.001 | 2403927 |
| 12/05/2009 | | Invoice=272139 | 2.40 | 1,020.00 | | | |
| 10/12/2009 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | COMMUNICATIONS WITH K. SOUVIRON REGARDING | 18422.001 | 2395128 |
| 12/05/2009 | | Invoice=272139 | 2.00 | 270.00 | PREPARATION OF NOTICE OF HEARING AND CURRENT | | |
| | | | | | SERVICE LIST (.50); REVIEW COURT DOCKET AND | | |
| | | | | | DRAFT NOTICE OF HEARING AND CERTIFICATE OF | | |
| | | | | | SERVICE ACCORDINGLY (1.50). | | |
| 10/12/2009 | 0836 | DAVID P. BILLINGS | 1.30 | 234.00 | EDIT OBJECTION/COMPLAINT. | 18422.001 | 2390812 |
| 10/20/2009 | | Invoice=270126 | 1.30 | 234.00 | | | |
| 10/13/2009 | 7080 | LINDA O. MYERS | 5.20 | 702.00 | COMMUNICATIONS WITH C. HOLLSTEIN REGARDING | 18422.001 | 2395130 |
| 12/05/2009 | | Invoice=272139 | 5.20 | 702.00 | CURRENT SERVICE LIST (.20); REVIEW COURT | | |
| | | | | | DOCKET AND PREPARE UPDATED SERVICE LIST | | |
| | | | | | ACCORDINGLY (1.50); CONFER WITH D. BILLINGS | | |
| | | | | | REGARDING REVIEW OF NEVADA LOCAL RULES | | |
| | | | | | REGARDING NOTICING REQUIREMENTS (1.0); REVIEW | | |
| | | | | | AND FINALIZE NOTICE OF HEARING AND | | |
| | | | | | CERTIFICATE OF SERVICE ON FEE APPLICATION | | |
| | | | | | ACCORDINGLY FOR REVIEW BY T. BECKETT (1.50). | | |
| 10/13/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | REVIEW NEW OMNIBUS MOTION AND APPROVE. | 18422.001 | 2403932 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 212.50 | | | |
| 10/14/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | CALL SECURED LENDERS COUNSEL REGARDING | 18422.001 | 2403938 |
| 12/05/2009 | | Invoice=272139 | 1.20 | 510.00 | IMPROVEMENT IN TREATMENT (.4); EMAIL UPDATE | | |
| | | | | | COMMITTEE (.8). | | |
| 10/14/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | CONFERENCE CALL WITH DUBLIN. | 18422.001 | 2403939 |
| 12/05/2009 | | Invoice=272139 | 0.40 | 170.00 | | | |
| 10/14/2009 | 0557 | J. THOMAS BECKETT | 2.10 | 892.50 | REVIEW SPREADSHEET REVISED TRADE CREDITOR | 18422.001 | 2403942 |
| 12/05/2009 | | Invoice=272139 | 2.10 | 892.50 | CLAIM LIST. | | |
| 10/14/2009 | 7080 | LINDA O. MYERS | 1.50 | 202.50 | COMMUNICATIONS WITH T. BECKETT REGARDING | 18422.001 | 2395135 |
| 12/05/2009 | | Invoice=272139 | 1.50 | 202.50 | ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES | | |
| | | | | | FOR INTERIM MONTHLY COMPENSATION AND | | |
| | | | | | REIMBURSEMENT OF EXPENSES OF PROFESSIONALS | | |
| | | | | | AND FOLLOW-UP (.80); REVIEW AND MANAGE | | |
| | | | | | INCOMING E-MAILS (.70). | | |

Case 09-14814-gwz Doc 1026-1 Entered 02/16/10 20:10:15 Page 2 of 5

Billed and Unbilled Recap Of Time Detail Page 2
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES  2/16/2010 1:09:38 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/15/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | REVIEW AND APPROVE 4TH OMNIBUS OBJECTION. | 18422.001 | 2403947 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 212.50 | | | |
| 10/15/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | REVISIONS TO CLAIMS ALLOWANCE PROCEDURES. | 18422.001 | 2403951 |
| 12/05/2009 | | Invoice=272139 | 0.40 | 170.00 | | | |
| 10/20/2009 | 0836 | DAVID P. BILLINGS | 0.80 | 144.00 | ANALYSIS OF ADMINISTRATIVE ORDER OF MAY 18, | 18422.001 | 2393114 |
| 11/20/2009 | | Invoice=271457 | 0.80 | 144.00 | 2009 WITH T. BECKETT, ALONG WITH APPLICATIONS FOR COMPENSATION FILED THIS MORNING; CONFERENCE CALL WITH L. OSMOND-MYERS. | | |
| 10/20/2009 | 7080 | LINDA O. MYERS | 0.30 | 40.50 | COMMUNICATIONS WITH T. BECKETT AND D. | 18422.001 | 2395342 |
| 11/20/2009 | | Invoice=271457 | 0.30 | 40.50 | BILLINGS REGARDING DEADLINE FOR FEE APPLICATION AND ADVISE ACCORDINGLY. | | |
| 10/20/2009 | 0557 | J. THOMAS BECKETT | 1.40 | 595.00 | TELEPHONE CONFERENCES WITH RHODES AND SECURED | 18422.001 | 2403967 |
| 11/20/2009 | | Invoice=271457 | 1.40 | 595.00 | LENDERS REGARDING PLAN AND CLAIMS. | | |
| 10/20/2009 | 0557 | J. THOMAS BECKETT | 1.10 | 467.50 | CHECK AND REVISE MONTHLY BILL. | 18422.001 | 2403975 |
| 11/20/2009 | | Invoice=271457 | 1.10 | 467.50 | | | |
| 10/22/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | CONFERENCE CALL WITH SHIRLEY, PAUL AND PJ | 18422.001 | 2403992 |
| 11/20/2009 | | Invoice=271457 | 1.20 | 510.00 | REGARDING CLAIMS AND REPORT TO COMMITTEE. | | |
| 10/22/2009 | 7080 | LINDA O. MYERS | 1.20 | 162.00 | COMMUNICATIONS WITH G. WARDLE AND B. CARLTON | 18422.001 | 2397052 |
| 11/20/2009 | | Invoice=271457 | 1.20 | 162.00 | REGARDING FIRST INTERIM ERRATA AND SECOND INTERIM FEE APPLICATIONS AND FOLLOW-UP. | | |
| 10/22/2009 | 7080 | LINDA O. MYERS | 7.20 | 972.00 | REVIEW COURT DOCKET, COURT MAILING MATRIX AND | 18422.001 | 2397056 |
| 11/20/2009 | | Invoice=271457 | 7.20 | 972.00 | DEBTORS' CURRENT SERVICE LIST AND SUPPLEMENT CERTIFICATE OF SERVICE ON NOTICE OF HEARING ACCORDINGLY (2.0); REVIEW AND ORGANIZE CASE MATERIALS AND E-MAIL COMMUNICATIONS (2.30); REVISE AND FINALIZE NOTICE OF HEARING AND CERTIFICATE OF SERVICE FOR FILING AND COMMUNICATIONS WITH T. BECKETT REGARDING SAME (1.90); ECF FILING AND COORDINATE SERVICE OF NOTICE OF HEARING AND CERTIFICATE OF SERVICE (1.0). | | |
| 10/23/2009 | 7080 | LINDA O. MYERS | 2.60 | 351.00 | COMMUNICATIONS WITH K. KETTERLING REGARDING | 18422.001 | 2397094 |
| 11/20/2009 | | Invoice=271457 | 2.60 | 351.00 | FIRST ERRATA AND SECOND INTERIM FEE APPLICATION AND FOLLOW-UP (.10); PREPARE SECOND FEE APPLICATION PURSUANT TO DISCUSSIONS WITH D. BILLINGS (2.50). | | |
| 10/23/2009 | 7080 | LINDA O. MYERS | 1.50 | 202.50 | CONFER WITH D. BILLINGS REGARDING CASE STATUS | 18422.001 | 2397105 |
| 11/20/2009 | | Invoice=271457 | 1.50 | 202.50 | AND VARIOUS ITEMS PENDING AND FOLLOW-UP REGARDING SAME. | | |
| 10/25/2009 | 0557 | J. THOMAS BECKETT | 2.40 | 1,020.00 | REVIEW COMMENT PLAN AND DISCLOSURE STATEMENT | 18422.001 | 2404018 |
| 11/20/2009 | | Invoice=271457 | 2.40 | 1,020.00 | (2.2); EMAIL COMMITTEE REGARDING SAME (.2). | | |
| 10/26/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | CORRESPONDENCE REGARDING SECTION 547 | 18422.001 | 2404030 |
| 11/20/2009 | | Invoice=271457 | 0.50 | 212.50 | CLAIMS/TRADE CLAIMS. | | |
| 10/26/2009 | 7080 | LINDA O. MYERS | 2.50 | 337.50 | REVIEW ACCOUNTING PRO RATA SHEETS AND REVISE | 18422.001 | 2397616 |
| 11/20/2009 | | Invoice=271457 | 2.50 | 337.50 | AND SUPPLEMENT SECOND INTERIM FEE APPLICATION AND ERRATA TO FIRST INTERIM FEE APPLICATION. | | |
| 10/26/2009 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | REVIEW AND ORGANIZE CASE MATERIALS AND E-MAIL | 18422.001 | 2397625 |
| 11/20/2009 | | Invoice=271457 | 1.00 | 135.00 | COMMUNICATIONS. | | |
| 10/27/2009 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | REVIEW AND ORGANIZE CASE MATERIALS AND E-MAIL | 18422.001 | 2397631 |
| 11/20/2009 | | Invoice=271457 | 1.00 | 135.00 | COMMUNICATIONS. | | |
| 10/27/2009 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | REVIEW ACCOUNTING PRO RATA SHEETS AND REVISE | 18422.001 | 2397635 |
| 11/20/2009 | | Invoice=271457 | 0.50 | 67.50 | AND SUPPLEMENT SECOND INTERIM FEE APPLICATION AND ERRATA TO FIRST INTERIM FEE APPLICATION. | | |
| 10/27/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | CLAIMS CALL WITH DEBTORS (.6); REVISE | 18422.001 | 2404036 |
| 11/20/2009 | | Invoice=271457 | 1.20 | 510.00 | INTERNAL SPREADSHEETS FOR COMMITTEE. | | |
| 10/27/2009 | 0557 | J. THOMAS BECKETT | 2.10 | 892.50 | REVIEW EDITS AND PROPOSE EDITS TO PLAN AND | 18422.001 | 2404040 |
| 11/20/2009 | | Invoice=271457 | 2.10 | 892.50 | DISCLOSURE STATEMENT. | | |

Case 09-14814-gwz Doc 1006-1 Entered 02/16/10 20:10:15 Page 3 of 5

Billed and Unbilled Recap Of Time Detail W/ 18422.001 - BANKRUPTCY | Page 3
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   2/16/2010 1:09:38 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/28/2009 | 0557 | J. THOMAS BECKETT | 1.00 | 425.00 | PREPARE FOR AND COMMITTEE MEETING REGARDING | 18422.001 | 2404049 |
| 11/20/2009 | | Invoice=271457 | 1.00 | 425.00 | PLAN, DISCLOSURE STATEMENT AND LETTER IN SUPPORT. | | |
| 10/28/2009 | 0836 | DAVID P. BILLINGS | 0.70 | 126.00 | ANALYSIS OF REDLINE VERSION OF DISCLOSURE | 18422.001 | 2395445 |
| 11/20/2009 | | Invoice=271457 | 0.70 | 126.00 | STATEMENT (.4); CONFERENCE CALL WITH J. STANG AND S. CHO REGARDING UNSECURED CLAIMS AND AMENDMENTS TO DISCLOSURE STATEMENT AND PLAN (.3). | | |
| 10/28/2009 | 0836 | DAVID P. BILLINGS | 0.60 | 108.00 | COMMITTEE CONFERENCE CALL REGARDING AMENDED | 18422.001 | 2395446 |
| 11/20/2009 | | Invoice=271457 | 0.60 | 108.00 | PLAN AND DISCLOSURE STATEMENT. | | |
| 10/29/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | CONFERENCE CALL WITH R. GOODENOW REGARDING | 18422.001 | 2396571 |
| 11/20/2009 | | Invoice=271457 | 0.10 | 18.00 | FRIDAY'S HEARING. | | |
| 10/29/2009 | 0802 | REW R. GOODENOW | 2.00 | 700.00 | REVIEW PLAN AND DISCLOSURE STATEMENT IN | 18422.001 | 2396972 |
| 11/20/2009 | | Invoice=271457 | 2.00 | 700.00 | PREPARATION FOR HEARING. | | |
| 10/29/2009 | 0557 | J. THOMAS BECKETT | 2.00 | 850.00 | PREPARE FOR HEARING (REVIEW DOCUMENTS) EN | 18422.001 | 2404054 |
| 11/20/2009 | | Invoice=271457 | 2.00 | 850.00 | ROUTE TO AND IN LAS VEGAS. | | |
| 10/30/2009 | 0557 | J. THOMAS BECKETT | 3.60 | 1,530.00 | PREPARE FOR AND HEARING ON DS; RETURN TO SALT | 18422.001 | 2404057 |
| 11/20/2009 | | Invoice=271457 | 3.60 | 1,530.00 | LAKE CITY (NC). | | |
| 10/30/2009 | 0802 | REW R. GOODENOW | 2.00 | 700.00 | PREPARE FOR AND ATTEND DISCLOSURE STATEMENT | 18422.001 | 2397225 |
| 11/20/2009 | | Invoice=271457 | 2.00 | 700.00 | HEARING. | | |
| 11/03/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | REVIEW ORDERS CONCERNING CLAIM OBJECTIONS. | 18422.001 | 2402014 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 175.00 | | | |
| 11/05/2009 | 7080 | LINDA O. MYERS | 1.75 | 236.25 | REVIEW AND ORGANIZE CASE AND E-MAIL | 18422.001 | 2403682 |
| 12/05/2009 | | Invoice=272139 | 1.75 | 236.25 | COMMUNICATIONS AND COURT DOCKET REGARDING SCHEDULING. | | |
| 11/06/2009 | 7080 | LINDA O. MYERS | 0.80 | 108.00 | CONSULT WITH T. BECKETT REGARDING PB&L SECOND | 18422.001 | 2403684 |
| 12/05/2009 | | Invoice=272139 | 0.80 | 108.00 | INTERIM FEE APPLICATION AND FOLLOW-UP ACCORDINGLY (.50); COMMUNICATIONS WITH COURT CLERK REGARDING SCHEDULING OF SAME (.30). | | |
| 11/09/2009 | 7080 | LINDA O. MYERS | 0.10 | 13.50 | COMMUNICATIONS WITH JUDGE RIEGLE'S CLERK | 18422.001 | 2406061 |
| 12/05/2009 | | Invoice=272139 | 0.10 | 13.50 | REGARDING HEARING SCHEDULING AND FOLLOW-UP REGARDING SAME. | | |
| 11/11/2009 | 7080 | LINDA O. MYERS | 1.50 | 202.50 | COORDINATE WITH K. KETTERLING REGARDING FINAL | 18422.001 | 2406073 |
| 12/05/2009 | | Invoice=272139 | 1.50 | 202.50 | FEES AND COSTS EXPENDED FROM JULY 1 THROUGH OCTOBER 31, 2009 AND REVIEW, REVISE AND FINALIZE SECOND INTERIM FEE APPLICATION FOR REVIEW BY T. BECKETT. | | |
| 11/11/2009 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | REVIEW AND ORGANIZE CASE MATERIALS AND E-MAIL | 18422.001 | 2406074 |
| 12/05/2009 | | Invoice=272139 | 2.00 | 270.00 | COMMUNICATIONS. | | |
| 11/12/2009 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | COMMUNICATIONS WITH T. BECKETT AND REVISE AND | 18422.001 | 2406075 |
| 12/05/2009 | | Invoice=272139 | 2.00 | 270.00 | FINALIZE SECOND INTERIM FEE APPLICATION AND EXHIBITS FOR REVIEW AND FILING. | | |
| 11/13/2009 | 0802 | REW R. GOODENOW | 2.00 | 700.00 | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT | 18422.001 | 2403824 |
| 12/05/2009 | | Invoice=272139 | 2.00 | 700.00 | AND LETTER TO COURT FROM RHODES REGARDING DISPUTES CONCERNING THE DISCLOSURE STATEMENT AND PLAN. | | |
| 11/13/2009 | 0557 | J. THOMAS BECKETT | 4.60 | 1,955.00 | REVIEW DOCUMENTS AND SUBSTANTIAL | 18422.001 | 2404406 |
| 12/05/2009 | | Invoice=272139 | 4.60 | 1,955.00 | CORRESPONDENCE IN PREPARATION FOR DISCLOSURE STATEMENT HEARING. | | |
| 11/14/2009 | 0557 | J. THOMAS BECKETT | 1.60 | 680.00 | TIME ENTRIES REVIEW. | 18422.001 | 2404411 |
| 12/05/2009 | | Invoice=272139 | 1.60 | 680.00 | | | |
| 11/15/2009 | 0557 | J. THOMAS BECKETT | 2.60 | 1,105.00 | REVIEW DOCUMENTS EN ROUTE TO LAS VEGAS IN | 18422.001 | 2407315 |
| 12/05/2009 | | Invoice=272139 | 2.60 | 1,105.00 | PREPARATION FOR DISCLOSURE STATEMENT HEARING, ETC. | | |
| 11/16/2009 | 0557 | J. THOMAS BECKETT | 5.60 | 2,380.00 | PREPARE FOR (1.75) AND DISCLOSURE STATEMENT | 18422.001 | 2407317 |
| 12/05/2009 | | Invoice=272139 | 5.60 | 2,380.00 | HEARING (1.75); REVIEW CLAIMS REGISTER AND DRAFT REPORT EN ROUTE TO SALT LAKE CITY (5.1). | | |

Case 09-14814-gwz    Doc 1006-1    Entered 02/16/10 20:10:15    Page 4 of 5

Billed and Unbilled Recap Of Time Detail -18422.001 - BANKRUPTCY    Page 4
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   2/16/2010 1:09:38 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/16/2009 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | REVIEW COURT DOCKET IN PREPARATION OF ORDER APPROVING FIRST INTERIM FEE APPLICATION. | 18422.001 | 2406091 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 67.50 | | | |
| 11/16/2009 | 0836 | DAVID P. BILLINGS | 0.10 | 18.00 | CONFERENCE CALL WITH T. BECKETT REGARDING DISCLOSURE STATEMENT HEARING. | 18422.001 | 2404289 |
| 12/05/2009 | | Invoice=272139 | 0.10 | 18.00 | | | |
| 11/18/2009 | 7080 | LINDA O. MYERS | 0.70 | 94.50 | REVIEW, REVISE AND FINALIZE ORDER ON FIRST INTERIM FEE APPLICATION FOR REVIEW BY T. BECKETT (.50); COMMUNICATIONS WITH K. KETTERLING REGARDING BILLING PRO FORMA FROM OCTOBER 17 THROUGH OCTOBER 31, 2009 FOR REVIEW BY T. BECKETT (.20). | 18422.001 | 2406095 |
| 12/05/2009 | | Invoice=272139 | 0.70 | 94.50 | | | |
| 11/18/2009 | 0557 | J. THOMAS BECKETT | 1.70 | 722.50 | PREPARE FOR (.65) AND COMMITTEE CALL REGARDING DISCLOSURE STATEMENT, GOLF COURSE FINANCING AND PLAN. | 18422.001 | 2407346 |
| 12/05/2009 | | Invoice=272139 | 1.70 | 722.50 | | | |
| 11/18/2009 | 0836 | DAVID P. BILLINGS | 0.30 | 54.00 | ANALYSIS OF COMMITTEE CORRESPONDENCE AND COMMITTEE CONFERENCE CALL. | 18422.001 | 2405002 |
| 12/05/2009 | | Invoice=272139 | 0.30 | 54.00 | | | |
| 11/20/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | PREPARE AND SERVE MONTHLY STATEMENT. | 18422.001 | 2407384 |
| 12/05/2009 | | Invoice=272139 | 0.90 | 382.50 | | | |
| 11/24/2009 | 0802 | REW R. GOODENOW | 0.50 | 175.00 | REVIEW AMENDED PLAN AND SECOND AMENDED DISCLOSURE STATEMENT. | 18422.001 | 2406640 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 175.00 | | | |
| 11/27/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | OUTLINE TASKS FOR YEAR END. | 18422.001 | 2407442 |
| 12/05/2009 | | Invoice=272139 | 0.50 | 212.50 | | | |
| 11/28/2009 | 0557 | J. THOMAS BECKETT | 2.10 | 892.50 | REVIEW DISCLOSURE STATEMENT AND PREPARE SOLICITATION LETTER FROM UNSECURED CREDITORS COMMITTEE. | 18422.001 | 2408187 |
| 12/05/2009 | | Invoice=272139 | 2.10 | 892.50 | | | |
| 11/29/2009 | 0557 | J. THOMAS BECKETT | 1.20 | 510.00 | LETTER TO UNSECURED CREDITORS FROM COMMITTEE. | 18422.001 | 2408196 |
| 12/05/2009 | | Invoice=272139 | 1.20 | 510.00 | | | |
| 11/30/2009 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | REVIEW DISCLOSURE STATEMENT ORDER. | 18422.001 | 2408212 |
| 12/05/2009 | | Invoice=272139 | 0.10 | 42.50 | | | |
| 12/01/2009 | 0557 | J. THOMAS BECKETT | 1.50 | 637.50 | REVISIONS TO (.7) AND LOGISTICS ON UCC LETTER SUPPORTING PLAN CONFIRMATION. | 18422.001 | 2422806 |
| 01/25/2010 | | Invoice=273800 | 1.50 | 637.50 | | | |
| 12/01/2009 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | REVIEW PROPONENTS' SUPPORTING LETTER AND RESPOND. | 18422.001 | 2422807 |
| 01/25/2010 | | Invoice=273800 | 0.40 | 170.00 | | | |
| 12/01/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | EMAIL UPDATE TO UC IN LIEU OF CALL. | 18422.001 | 2422808 |
| 01/25/2010 | | Invoice=273800 | 0.50 | 212.50 | | | |
| 12/04/2009 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | CORRESPONDENCE WITH U.S. TRUSTEE REGARDING PROPOSED ORDER. | 18422.001 | 2422815 |
| 01/25/2010 | | Invoice=273800 | 0.10 | 42.50 | | | |
| 12/04/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | CORRESPONDENCE WITH PAUL HUYGENS REGARDING UNSECURED CREDITOR CLAIMS. | 18422.001 | 2422816 |
| 01/25/2010 | | Invoice=273800 | 0.60 | 255.00 | | | |
| 12/07/2009 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | PREPARE AND CIRCULATE STATEMENT FOR NOVEMBER TIME. | 18422.001 | 2422822 |
| 01/25/2010 | | Invoice=273800 | 1.30 | 552.50 | | | |
| 12/07/2009 | 0557 | J. THOMAS BECKETT | 1.00 | 425.00 | PREPARE AND CIRCULATE PROPOSED ORDER ON FEES. | 18422.001 | 2422823 |
| 01/25/2010 | | Invoice=273800 | 1.00 | 425.00 | | | |
| 12/07/2009 | 0802 | REW R. GOODENOW | 0.10 | 35.00 | REVIEW ORDER APPROVING COMPENSATION AND DRAFT AND THE NOTICE OF ENTRY. | 18422.001 | 2413835 |
| 01/25/2010 | | Invoice=273800 | 0.10 | 35.00 | | | |
| 12/14/2009 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | COMMUNICATIONS WITH T. BECKETT REGARDING PREPARATION OF AMENDED EXHIBIT B TO SECOND INTERIM FEE APPLICATION AND FOLLOW-UP (.20); COORDINATE WITH BARBARA CARLTON REGARDING SAME (.30). | 18422.001 | 2417688 |
| 01/25/2010 | | Invoice=273800 | 0.50 | 67.50 | | | |
| 12/14/2009 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | REVIEW AND ORGANIZE CASE MATERIALS. | 18422.001 | 2417689 |
| 01/25/2010 | | Invoice=273800 | 1.00 | 135.00 | | | |
| 12/14/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | ATTEMPT TO KEEP SECOND FEE APPLICATION HEARING ON FOR DECEMBER HEARING. | 18422.001 | 2422843 |
| 01/25/2010 | | Invoice=273800 | 0.80 | 340.00 | | | |

Case 09-14814-gwz  Doc 1006-1  Entered 02/16/10 20:10:15  Page 5 of 5

Billed and Unbilled Recap Of Time Detail [18422.001 BANKRUPTCY] Page 5
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES   2/16/2010 1:09:38 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/14/2009 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | TELEPHONE CONFERENCES AND CORRESPONDENCE WITH | 18422.001 | 2422844 |
| 01/25/2010 | | Invoice=273800 | 0.50 | 212.50 | DAN AND TIM WILLISTON REGARDING CLAIM. | | |
| 12/16/2009 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | REVIEW DOCUMENTS REGARDING DISPUTE WITH | 18422.001 | 2422851 |
| 01/25/2010 | | Invoice=273800 | 0.90 | 382.50 | SECURED LENDER ON SECURED EQUIPMENT. | | |
| 12/16/2009 | 0557 | J. THOMAS BECKETT | 2.50 | 1,062.50 | PREPARE FOR (.4) UCC CALL. | 18422.001 | 2422852 |
| 01/25/2010 | | Invoice=273800 | 2.50 | 1,062.50 | | | |
| 12/16/2009 | 7080 | LINDA O. MYERS | 2.25 | 303.75 | PREPARATION OF SUPPLEMENT TO SECOND INTERIM | 18422.001 | 2417692 |
| 01/25/2010 | | Invoice=273800 | 2.25 | 303.75 | FEE APPLICATION, NOTICE OF HEARING AND | | |
| | | | | | CERTIFICATE OF SERVICE FOR REVIEW BY T. | | |
| | | | | | BECKETT. | | |
| 12/16/2009 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | REVIEW COURT DOCKET AND CALENDAR UPCOMING | 18422.001 | 2417693 |
| 01/25/2010 | | Invoice=273800 | 1.00 | 135.00 | HEARINGS AND DEADLINES. | | |
| 12/17/2009 | 0557 | J. THOMAS BECKETT | 1.00 | 425.00 | PREPARE FOR AND OMNIBUS HEARING. | 18422.001 | 2422858 |
| 01/25/2010 | | Invoice=273800 | 1.00 | 425.00 | | | |
| 12/21/2009 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | COORDINATE PAYMENT OF OUTSTANDING INVOICES. | 18422.001 | 2422865 |
| 01/25/2010 | | Invoice=273800 | 0.60 | 255.00 | | | |
| 12/21/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | DISCUSSION WITH CREDITOR WITH POTENTIAL PLAN | 18422.001 | 2422867 |
| 01/25/2010 | | Invoice=273800 | 0.80 | 340.00 | OBJECTION. | | |
| 12/21/2009 | 7080 | LINDA O. MYERS | 1.50 | 202.50 | COMMUNICATIONS WITH T. BECKETT REGARDING | 18422.001 | 2417698 |
| 01/25/2010 | | Invoice=273800 | 1.50 | 202.50 | CERTIFICATE ON SECOND INTERIM FEE APPLICATION | | |
| | | | | | AND NOTICE OF HEARING REGARDING SAME AND | | |
| | | | | | FOLLOW UP REGARDING SAME (1.0); RESEARCH RULE | | |
| | | | | | 2016 AND AMENDMENT THERETO AND ADVISE | | |
| | | | | | ACCORDINGLY (.50). | | |
| 12/22/2009 | 7080 | LINDA O. MYERS | 3.40 | 459.00 | COMMUNICATIONS WITH T. BECKETT REGARDING | 18422.001 | 2417700 |
| 01/25/2010 | | Invoice=273800 | 3.40 | 459.00 | AMENDED EXHIBIT B TO SECOND INTERIM FEE | | |
| | | | | | APPLICATION, NOTICE OF HEARING AND | | |
| | | | | | CERTIFICATE OF SERVICE OF SAME (.50); REVIEW | | |
| | | | | | COURT RULES AND FORMS REGARDING SERVICE | | |
| | | | | | REQUIREMENTS AND ADVISE T. BECKETT | | |
| | | | | | ACCORDINGLY (.50); REVIEW, REVISE AND | | |
| | | | | | FINALIZE SAME FOR FILING (2.0); COORDINATE | | |
| | | | | | SERVICE OF SAME (.40). | | |
| 12/22/2009 | 0557 | J. THOMAS BECKETT | 0.80 | 340.00 | REVIEW PROPOSED ORDERS AND ENDORSE. | 18422.001 | 2422870 |
| 01/25/2010 | | Invoice=273800 | 0.80 | 340.00 | | | |
| 12/22/2009 | 0557 | J. THOMAS BECKETT | 2.40 | 1,020.00 | RHODES TIME AND BILLS (2.0); REVIEW AND | 18422.001 | 2422877 |
| 01/25/2010 | | Invoice=273800 | 2.40 | 1,020.00 | APPROVE CASH COLLATERAL STIPULATION (.2). | | |
| 12/30/2009 | 0557 | J. THOMAS BECKETT | 3.30 | 1,402.50 | PREPARE FOR (1.1) AND UCC MEETING (2.2). | 18422.001 | 2422939 |
| 01/25/2010 | | Invoice=273800 | 3.30 | 1,402.50 | | | |
| | | BILLED TOTALS: WORK: | 128.80 | 39,883.00 | 94 records | | |
| | | BILLED TOTALS: BILL: | 128.80 | 39,883.00 | | | |
| | | GRAND TOTALS: WORK: | 128.80 | 39,883.00 | 94 records | | |
| | | GRAND TOTALS: BILL: | 128.80 | 39,883.00 | | | |