# Exhibit 1

# Marshall Correspondence to First Lien Steering Committee

**AM&C**

LOS ANGELES, CALIFORNIA
ONTARIO, CALIFORNIA
LAS VEGAS, NEVADA

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
ESTABLISHED 1947

JANIECE S. MARSHALL
Direct (702) 479-1020 ❖ jm@amclaw.com

777 No. Rainbow Blvd., Suite 145
Las Vegas, Nevada 89107
Tel (702) 479-1010
Fax (702) 479-1025
www.amclaw.com

February 18, 2010

in reply please
refer to file no.
5835-005

**VIA FACSIMILE AND E-MAIL**

Meredith Lahaie, Esq.
Philip C. Dublin, Esq.
Kevin Eide, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Augie Landis, Esq.
Office of U.S. Trustee
300 Las Vegas Blvd., South
Suite 4300
Las Vegas, NV 89101

Re:  Case     : *In re Rhodes Home Arizona, LLC, Debtor*
     Case No. : Nevada U.S. Bankruptcy Court, Case No. 09-14882-lbr

Counsel:

Please be advised we just received your email sent at 2:10 p.m. Your delay in revising the Plan and delaying in providing the exhibit to Stanley to give Stanley a meaningful opportunity to review and file an objection with the Court if Stanley so desires is simply unacceptable. We therefore object to you submitting the order and amended Plan under these circumstances. If you proceed, please be advised that Stanley's will file a motion to oppose. As we previously discussed, section U does not reflect the Court's order--the Court ordered a public sale and said nothing about permitting a transfer of stock. This continues to gives the Rhodes nondebtor entities an unfair advantage.

Moreover, with respect to the exhibit you just provided--the one we have asked for since Tuesday--states that the Arizona Assets includes "engineering plans", but fails to specify the plans included. As you are aware, Stanley opposed and the Court ordered that Stanley's intellectual property--such as engineering plans--cannot be transferred with the Arizona Assets. This exhibit appears to be in contravention of the Court's order. Please specify the "engineering plans" in the exhibit. We note that Stanley's objection also pertains to any engineering plans prepared by others that relied upon or are based upon Stanley's intellectual property. As such, please be specific in identifying the nature of the "engineering plans" that are intended to be included in the Arizona Assets exhibit. Stanley is entitled to such information to determine if you are attempting to transfer work based upon Stanley's intellectual property.

778743.1

# ANDERSON, McPHARLIN & CONNERS LLP
### LAWYERS

Counsel
Our File No. 5835-005
February 18, 2010
Page 2

                                        Sincerely,

                                        ANDERSON, McPHARLIN & CONNERS LLP

                                        By: _____
                                              Janiece S. Marshall

JM:jag

778743.1

**ANDERSON, McPHARLIN & CONNERS LLP**
777 North Rainbow Boulevard
Suite 145
Las Vegas, Nevada 89107
(702) 479-1010
Facsimile: (702) 479-1025
www.amclaw.com

## FACSIMILE TRANSMISSION

February 18, 2010

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Meredith Lahaie, Esq.<br>Philip C. Dublin, Esq.<br>Kevin Eide, Esq.<br>Akin Gump Strauss Hauer & Feld LLP | (212) 872-8083 | (212) 872-1002 |
| August B. Landis, Esq.<br>Office of the U.S. Trustee | (702) 388-6600 | (702) 388-6658 |

FROM:      Janiece S. Marshall, Esq.

RE:        In re Rhodes Home Arizona, LLC, Debtor
           Case No. 09-14814

FILE NO.:  5835-005

PAGES:     3 (including cover page)

ORIGINAL:  Will Follow by U.S. Mail

MESSAGE:   *Please forward immediately.*

If You Do Not Receive All Pages, Please Call (702) 479-1010

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

778774.1

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/18/2010 05:32
NAME    :
FAX     : 7024791025
TEL     :
SER.#   : BROF7J661562
```

```
DATE,TIME              02/18 05:31
FAX NO./NAME           912128721002
DURATION               00:01:12
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 02/18/2010 04:46
NAME   :
FAX    : 7024791025
TEL    :
SER.#  : BROF7J661562
```

```
DATE,TIME          02/18  04:45
FAX NO./NAME       93886658
DURATION           00:00:32
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```