# Exhibit 2

## Proposed Exhibit 3 Arizona Assets

## Exhibit 3
## Arizona Assets

### Arizona Real Property

| Owner | Parcel Number | Acres | Description |
|---|---|---|---|
| **Model Homes** | | | |
| RHODES ARIZONA PROPERTIES LLC | 306-24-116 | 20.24 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-24-115 | 20.25 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-63-017 | 7.61 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-63-018 | 6.83 | Model Home |
| **Pravada** | | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | 1134 | Part of Parcel 215-01-116 |
| | Add | | |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-113 | 60.64 | Part of Parcel 215-01-113 |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-114 | 13.39 | Part of Parcel 215-01-114 |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-112 & 111 | 33.25 | Part of Parcel 215-01-112 & 111 |
| | Subtract | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -1.17 | Part of Parcel 215-01-116 |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -44.13 | Part of Parcel 215-01-116 |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -10.42 | Part of Parcel 215-01-116 |
| AMERICAN LAND MANAGEMENT | 215-16-004 | -1.25 | Pravada Parcel |
| RHODES ARIZONA PROPERTIES LLC | 215-01-115 | 107.99 | Part of Parcel 215-01-115 |
| | Add | | |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-111 | 23.29 | Part of Parcel 215-01-111 |
| | Subtract | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-115 | -9.36 | Part of Parcel 215-01-115 |
| **Rancheros** | | | |
| ELKHORN INVESTMENTS INC | 217-11-147 | 2.5 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS INC | 217-11-148 | 2.5 | Ranchero - lot |
| ELKHORN INVESTMENTS INC | 217-11-156 | 2.5 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS INC | 217-11-222 | 2.35 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS | 217-11-212 | 2.35 | Ranchero - partially completed home |
| **Well Site Parcels in City of Kingman** | | | |
| RHODES HOMES ARIZONA LLC | 215-01-093 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-094 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-095 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-096 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-097 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-098 | 1.06 | Well Site Parcel |
| **40 Acre Parcel** | | | |
| | 306-30-011 | 40.20 | 40 Acre Parcel |

**Total Acreage**                                                                              **1403.71**

### Arizona Personal Property

| Computers | Serial Number |
|---|---|
| HP 5150 | 2UA6030J6N |
| HP 5150 | MXL615027R |
| HP 5150 | 2UA6030J57 |
| HPWX4400 | 2UA70608F7 |
| HP WX4400 | 2UA70608HV |
| HP XW4200 | 2UA54215GL |
| Dell | GZOGR61 |

| Laptops | Serial Number |
|---|---|
| HPNX6125 | CND54803LY |
| HPNX9600 | CNF6071GBR |

| Printers | |
|---|---|
| HP Laser Jet 4250 | CNBXD06564 |
| HP Laser Jet 4101 | USLGY26030 |
| HP Laser Jet 4100 | USLGY42771 |
| HP Laser Jet 1320 | CNHC620168 |
| HP color Laser Jet 2600 | CNGC64C1KC |
| HP color Laser Jet 2804 | JPBG532058 |
| HP color Laser Jet 5550 | JPDC4D2072 |
| HP office jet 6310 | CN639BGOYK |
| HP Photosmart D5160 | MY67G110DC |
| Lexmark 7001-001 | 890CSTB |
| Lexmark 7001-001 | 890 CD3N |
| Super G3 Printer-Scanner | J8141101150 |

### Fax Machines

2-HP office jets 7310

6 of the printers and the fax machines have copier capabilities

### Miscellaneous Equipment
Dell Power Edge Server 2850                               85172579422
HP Design Jet 1055CM Plus Plotter
10 Battery Surge boxes and 10 power strips
11 computer monitors 20" flat screen
4 calculators
14 telephones owned by Rhodes

**Office Furniture**
2 – drafting tables
3 – work tables with open shelves for plans
12 – file cabinets
    2 – 5 drawer 63 x 18
    1 – 3 drawer 36 x 20
    7 – 4 drawer 18 x 48
    2 – 4 drawer 20 x 48
2 – 3 shelf wood bookcases
4 – 4 shelf bookcases: (2) metal, (2) wood
1 - hanging file for plans
1 – metal storage cabinet: 2-door, 4 shelves
2 – wooden storage cabinets: 2-door, 1 shelf
11 – desks: (1) metal, (10) wood
12 – desk chairs
12 – guest chairs
5 – stacking chairs
1 – 4 x 6 rotating white board
1 – garbage can
10 – waste baskets
3 – 6 foot tables
2 – metal storage shelves -- dimensions 5′ h x 3′ w x 18.5″d
2 – plastic storage shelves – dimensions 6′ h x 3′ w x 18″d

**Trademarks and Tradenames**
Rhodes Arizona Properties
Rhodes Arizona
Golden Valley Ranch
Pravada

**Intangibles**
All architectural and engineering drawings, plus work product associated with Pravada and Golden Valley Ranch.
Arizona general contractor's license.