James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File:  <u>February 19, 2010</u>

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

Debtors.

Affects:

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382.1170  Fax: (702) 382.1169

| ☒ | All Debtors |
|---|---|
| ☐ | Affects the following Debtor(s) |

## NOTICE TO SELL NON-CORE ASSET (CAT D9L)

To (a) the Office of the United States Trustee, (b) counsel to the Agent for the First Lien Lenders, (c) counsel to the Agent for the Second Lien Lenders, (d) counsel to the Unsecured Creditors' Committee, (e) counsel to the First Lien Steering Committee; and (f) all parties holding (or, to the Debtors' knowledge, asserting) liens on, or other interests in, the Non-Core Assets (defined below) that are the subject of the Proposed Transaction (defined below) (collectively, the "Interested Parties"):

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors in possession (the "Debtors") are proposing to sell (the "Proposed Transaction") a non-core asset (the "Non-Core Asset") free and clear of liens, claims and encumbrances, pursuant to the *Order Establishing Procedures to Sell Non-Core Assets* [Docket Number 462] (the "Order"). A further description of the Non-Core Asset and the terms of the sale is set forth on **Attachment A** hereto. As required pursuant to the Order and the Non-Core Assets Sale Procedure, the Debtors have received approval to sell the Non-Core Asset from Winchester Carlisle Partners, the financial advisors to the First Lien Steering Committee.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Order and the Non-Core Assets Sale Procedure, the Debtors may consummate a Proposed Transaction on fewer than 10 days notice to you if the Debtors obtain written consent to the Proposed Transaction from counsel to the Agent for the First Lien Lenders and counsel to the Agent for the Second Lien Lenders. The Debtors have obtained written consent from counsel to the Agent for the First Lien

///

///

///

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Lenders and counsel to the Agent for the Second Lien Lenders and, accordingly, the Debtors

intend to proceed immediately to consummate the sale.

**DATED** this 1ˢᵗ day of February, 2010.

PACHULSKI STANG ZIEHL & JONES
LLP

 /s/ Shirley S. Cho, Esq.
Shirley S. Cho, Esq. (CA Bar No. 192616)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
310/277-6910

LARSON & STEPHENS

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170

Attorneys for Debtors and Debtors in
Possession

Attachment A
Information Regarding Non-Core Asset Sale Transaction

| | Questions | Responses |
|---|---|---|
| Question 1 | Date | February 1, 2010 |
| | Make / Model | Caterpillar D9L Dozer |
| | Serial# | 14Y00126 |
| | Location | Golden Valley, AZ |
| Question 2 | Purchaser | Mud Miners, Inc. |
| | Relationship to Debtor | None |
| Question 3 | Current Lienholder | None |
| Question 4 | Copy of Contract | Attachment 1 |
| | Summary of Transaction | Sales price of $35,000 |
| Question 5 | Contracts and Leases to Transfer from Seller to Purchaser | None |
| Question 6 | Costs to be Charged Against the Sale Proceeds | None |
| Question 7 | Copies of Appraisals | See Attachment 2 |

# Attachment 1



# PINNACLE
## GRADING & HEAVY EQUIPMENT

Pinnacle Grading
313 S. Aztec Rd.
Golden Valley, AZ 86413

Date: 1/28/2009
Invoice: 4030

Bill To: Mud Miners, Inc.
Mile 16 Tofty Rd.
Manley Hot Springs, AK 99756

| Quantity | Description | Amount |
|---|---|---|
| 1 | 1982 D9L Dozer S/N 14Y00126 | $35,000.00 |

Total    $35,000.00

All equipment sold strictly as-is, where-is, no warranties expressed or implied. Buyer is
Responsible for all transportation cost from Golden Valley, AZ and assumes all risk of
Loss upon payment. Upon verification of funds, equipment will be released within one (1)
Business day and must be removed from the yard within 10 days. It is understood
That purchaser assumes all risk and liability for, and shall hold Pinnacle Grading
Harmless from all damages for injuries to persons and property arising out of the use,
Possession or transportation of the equipment. Payment due in full before buyer taking
Possession.

**I (we) have read the contract and agree with its contents.**

Buyer: _____         Date: ___/___/_____

Seller: _____         Date: ___/___/_____

**Thank You for Your Business!**

313 S. Aztec Road
Golden Valley, AZ 86413

Phone 928-565-5003
Fax 928-565-4409

## PARTIAL SETTLEMENT AGREEMENT

This Partial Settlement Agreement is by and among U.S. Bancorp Equipment Finance, Inc. ("USBEF") (Secured Party), Pinnacle Grading LLC (Debtor), Sagebrush Enterprises (a "Corporate Guarantor"), Rhodes Design and Development Corporation (a "Corporate Guarantor"), and James Rhodes ("Personal Guarantor"), collectively referred to herein as the "Parties", and relates to that certain loan Schedule number 666120C dated March 15, 2006 under the Master Loan Agreement entered on or about September 22, 2005.

USBEF agrees to allow Pinnacle Grading LLC to sell a portion of the collateral securing the subject loan, specifically described as follows:

     **CAT D9L**          **VIN 14Y00126**

USBEF agrees to accept from Pinnacle Grading LLC the sum of **$35,000.00** as partial satisfaction of its obligations and those of the Personal and Corporate Guarantors in the above-referenced matter.

Upon receipt of this amount in good funds, USBEF will apply 100% of said sum to principal reduction, provided that the interest due is paid current through the last billing cycle, and USBEF will release its rights, title and interests in the above-listed equipment.

**This Partial Settlement Agreement is contingent on the agreed settlement amount of $35,000.00 being received on or before March 1, 2010.**

This Partial Settlement Agreement only constitutes specific conditions as outlined above. All other terms and conditions of the subject Master Loan Agreement and all Schedules thereunder remain in full force and in effect.

IN WITNESS WHEREOF, the undersigned have executed and delivered this Partial Settlement Agreement as of the _____ day of _____, 2010:

Pinnacle Grading LLC                         Sagebrush Enterprises

By: _____     By: _____

Rhodes Design and Development Corporation

                                     By: _____
By: _____        James Rhodes, Individual

U.S. Bancorp Equipment Finance, Inc.

By: _____
    Jan B. Rovner Operations Manager Portfolio Services

Date: <u>February 1, 2010</u>

# Attachment 2

# PINNACLE GRADING, LLC
# APPRAISAL

| EQUIP # | CODE # | DESCRIPTION | SERIAL # | NOTES | AV | OLV | FMV |
|---|---|---|---|---|---|---|---|
| 51-020 | 110-020 | 1982 CATERPILLAR 651B MOTOR SCRAPER, s/n 67K01020: RETARDER, SPECIAL APPLICATION BOWL, CANOPY, 37.25 X 39 TIRES | 67K01020 | | $13,000 | $18,500 | $24,000 |
| 51-021 | 110-021 | 1982 CATERPILLAR 651B MOTOR SCRAPER, s/n 67K01022: RETARDER, SPECIAL APPLICATION BOWL, CAB (NO GLASS OR DOOR), 37.25 X 39 TIRES | 67K01022 | | $13,000 | $18,500 | $24,000 |
| 651-022 | 110-022 | 1982 CATERPILLAR 651B MOTOR SCRAPER, s/n 67K01023: RETARDER, SPECIAL APPLICATION BOWL, CANOPY, 37.25 X 39 TIRES | 67K01023 | | $13,000 | $18,500 | $24,000 |
| D9L-001 | 240-001 | 1982 CATERPILLAR D9L CRAWLER TRACTOR, s/n 14Y00524: C DOZER, M/S RIPPER, CANOPY, 24" EXTREME SERVICE GROUSERS | 14Y00126 | | $38,000 | $45,000 | $60,000 |
| D9L-002 | 240-002 | 1987 CATERPILLAR D9L CRAWLER PUSH TRACTOR, s/n 14Y04126: C DOZER, REAR PUSH BLOCK, CANOPY, 24" EXTREME SERVICE GROUSERS | 14Y00524 | TRANS OUT AS IS | $20,000 | $30,000 | $42,500 |
| D10N-001 | 251-001 | 1993 CATERPILLAR D10N CRAWLER PUSH TRACTOR, s/n 2YD02495: C DOZER, REAR PUSH CUSHION, CAB, A/C, 24" EXTREME SERVICE GROUSERS | 2YD02495 | | $75,000 | $85,000 | $95,000 |
| D10N-002 | 251-002 | 1988 CATERPILLAR D10N CRAWLER PUSH TRACTOR, s/n 2YD00580: C DOZER, REAR PUSH CUSHION, CAB, A/C, 24" EXTREME SERVICE GROUSERS | 2YD00580 | | $87,500 | $97,500 | $115,000 |



The attached cover letter is an integral part of this Appraisal Report

Copyright. This document contains confidential proprietary information,
& is intended only for uses authorized by Stephen Passy & Associates, Inc.
**STEPHEN PASSY & ASSOCIATES, INC.**

STEPHEN PASSY
& ASSOCIATES, INC.