JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Creditor,
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | STANLEY CONSULTANTS, INC.'S OBJECTION TO THE FIRST LIEN STEERING COMMITTEE'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE FIRST LIEN STEERING COMMITTEE'S THIRD AMENDED MODIFIED PLAN (DOC 1026) |

Affects:
☒ All Debtors
☐ Affects the following Debtor(s),
Apache Framing, LLC
Batcave, LP
Bravo, Inc.
Chalkline, LP
Elkhorn Partners, a Nevada LP
Geronimo Plumbing, LLC
Glynda, LP
Gung-Ho Concrete, LLC
Heritage Land Company LLC
Jackknife, LP
Overflow, LP
Parcel 20, LLC
Pinnacle Grading, LLC
Rhodes Homes Arizona, LLC
Rhodes Arizona Properties, LLC
The Rhodes Companies, LLC
Rhodes Ranch Golf Country Club, LLC
Rhodes Ranch General Partnership
Six Feathers Holdings, LLC
Tribes Holdings, LLC
Tick, LP
Tuscany Golf Country Club, LLC
Wallboard, LP

779405.1 5835.005

1   Stanley Consultants, Inc. objects to the First Lien Steering Committee's Proposed Findings
2   of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third
3   Amended Modified Plan filed on February 19, 2010 (Doc 1026), attaching as Exhibit A, a revised
4   Third Amended Modified Plan ("Revised Plan"), pursuant to Local Rule 9021(A)(3).

5   As an initial matter, Stanley notes that it filed an Objection (Doc 1015) to the First Steering
6   Committee's Third Amended Modified Plan (Doc 1013), filed on February 18, 2010; no proposed
7   order was filed by the First Lien Steering Committee in conjunction with the Third Amended
8   Modified Plan. *See Doc 1013.* On February 19, 2010, the First Lien Steering Committee filed its
9   Reply to Stanley's Objection (Doc 1019) and filed the subject Proposed Findings of Fact,
10  Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended
11  Modified Plan (Doc 1026). Attached as Exhibit A to the Proposed Order is a revised Third
12  Amended Modified Plan that incorporates some but not all of Stanley's objections to the Third
13  Amended Plan. *See First Lien Steering Committee's Reply to Stanley's Objection to Third*
14  *Amended Modified Plan (Doc 1019).*

15  As such, Stanley incorporates by reference its previous Objections to the First Lien
16  Steering Committee Third Amended Modified Plan (Doc 1015), reasserts those objections as well
17  as the below objections to Exhibit A to the Proposed Order (the revised Third Amended Modified
18  Plan) based upon the following provision in the Revised Plan attached as Exhibit A to the
19  Proposed Order:

20  "The Arizona Assets include certain intellectual property in which Stanley Consultants,
21  Inc. has alleged a property interest. Notwithstanding the fact that the Arizona Assets include such
22  intellectual property, the Debtors shall not be permitted to transfer or sell any intellectual property
23  in which they do not have an ownership interest." *Order, Exhibit A, Third Amended Plan, Art. IV,*
24  *§U, at 34 (last paragraph).*

25  First, Stanley objects to this language because, as drafted, the language appears to state that
26  the Arizona Assets includes Stanley's intellectual property rights. The language is ambiguous.
27  Stanley requests the revised Plan clearly state that Stanley's intellectual property rights are not
28  included in the Arizona Assets. Stanley proposes that the language be revised to: "The Arizona

Assets do not include any intellectual property rights in which Stanley Consultants, Inc. has alleged a property interest."

Second, Stanley's intellectual property rights include not only engineering plans that Stanley prepared and copyrighted, but also subsequent plans, drawings, work product prepared by third parties that relied upon and/or used Stanley's intellectual property. In seeking clarification as to what intellectual property is to be included in the "Arizona Assets", Stanley requested that the First Lien Steering Committee identify the intellectual property to be included in the Arizona Assets. *See Stanley's Objection (Doc 1015), exhibit 1.* Stanley's concern arose upon the First Lien Steering Committee forwarding to Stanley a proposed list of the "Arizona Assets" ("Arizona Assets List"), attached hereto as Exhibit 1 ("Arizona Assets"). The proposed Arizona Assets include such "Intangibles" as "All architectural and engineering drawings, plus work product associated with Pravada and Golden Valley Ranch." *Id., at 3.*

Rather than disclosing what constituted the "engineering drawings plus work product associated with Pravada and Golden Valley Ranch", the First Lien Steering Committee elected to withdraw the proposed Arizona Asset List, opting to replace it with the following language in Exhibit A: "Approximately 1,400 acres of land in Arizona, including four model homes, four partially-completed homes, and miscellaneous office equipment and other items of personal property including certain intellectual property." *See Order, Exhibit A, Revised Plan, Art. I, §A, Item #7, Arizona Assets Definition, p. 3.*

The First Lien Steering Committee's withdrawal of the Arizona Assets List and substitution of the above language does not solve the fundamental problem that Stanley's intellectual property may be included in the Arizona Assets given that:

(1) Stanley prepared engineering drawings and work product associated with Pravada and Golden Valley Ranch and Stanley owns that intellectual property work. As the Court is aware, Stanley has objected, repeatedly, to any of its intellectual property work being included in the Arizona Assets, providing the Court with Stanley's Copyrights as an exhibit to Stanley's Objection to Disclosure Statement (Doc 975). Thus, the Arizona Assets appears to include Stanley's intellectual property.

3

    (2)    Stanley is concerned that the Rhodes Entities had third parties use Stanley's intellectual property to prepare follow-up plans and work product associated with Pravada and Golden Valley Ranch. If so, then Stanley's intellectual property rights extend to that third party work.

Consequently, Stanley requests that the Court order that all of the engineering drawings/plans/work product that are to be included as intellectual property of the Arizona Assets be fully and specifically disclosed so that Stanley can determine whether any of its intellectual property rights are going to be transferred as part of the Arizona Assets. Given the uncertainty that exists with respect to what intellectual property rights are included within the Arizona Assets, the Exhibit A to the proposed Order are inadequate and ambiguous.

Finally, Stanley further objects to the Order attaching the Revised Plan as it still does set forth the parcels to be included in the Arizona Assets. Stanley performed services relating to different parcels in Arizona.

For the above reasons, Stanley objects to the proposed Order based upon Exhibit A to the Order, the revised Third Amended Modified Plan.

February 23, 2010

Respectfully submitted,

ANDERSON, McPHARLIN & CONNERS LLP

By _____
Janiece S. Marshall, Esq.
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone (702) 479-1010
Attorneys for Creditor, Stanley Consultants, Inc.

4

## CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL

I am employed in Clark County. I am over the age of 18 years and not a party to this action. My business address is Anderson, McPharlin & Conners LLP, 777 North Rainbow Boulevard, Suite 145, Las Vegas, Nevada 89107.

I hereby certify that on this 23rd day February 2010, I did serve, via Electronic Mail by the ECF system (a copy of the U.S. Bankruptcy Court's ECF service list is attached), a copy of the above and foregoing **STANLEY CONSULTANTS, INC.'S OBJECTION TO PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE FIRST LIEN STEERING COMMITTEE'S THIRD AMENDED MODIFIED PLAN (DOC 1026)** as follows:

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang
10100 Santa Monica Boulevard #1100
Los Angeles, CA 90067

Larson & Stephens
Attn: Zachariah Larson
810 S. Casino Center Boulevard, Suite 104
Las Vegas, NV 89101

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin
One Bryant Park
New York, NY 10036

Kolesar & Leatham, Chtd.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of February, 2010.

_____
JULIE A. GARCIA
Employee of ANDERSON, McPHARLIN & CONNERS LLP