# Exhibit 1

# Exhibit 1

## Exhibit 3
## Arizona Assets

### Arizona Real Property

| Model Homes | | | |
|---|---|---|---|
| **Owner** | **Parcel Number** | **Acres** | **Description** |
| RHODES ARIZONA PROPERTIES LLC | 306-24-116 | 20.24 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-24-115 | 20.25 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-63-017 | 7.61 | Model Home |
| RHODES ARIZONA PROPERTIES LLC | 306-63-018 | 6.83 | Model Home |
| **Pravada** | | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | 1134 | Part of Parcel 215-01-116 |
| | Add | | |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-113 | 60.64 | Part of Parcel 215-01-113 |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-114 | 13.39 | Part of Parcel 215-01-114 |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-112 & 111 | 33.25 | Part of Parcel 215-01-112 & 111 |
| | Subtract | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -1.17 | Part of Parcel 215-01-116 |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -44.13 | Part of Parcel 215-01-116 |
| RHODES ARIZONA PROPERTIES LLC | 215-01-116 | -10.42 | Part of Parcel 215-01-116 |
| AMERICAN LAND MANAGEMENT | 215-16-004 | -1.25 | Pravada Parcel |
| RHODES ARIZONA PROPERTIES LLC | 215-01-115 | 107.99 | Part of Parcel 215-01-115 |
| | Add | | |
| AMERICAN LAND MANAGEMENT / RHODES ARIZONA PROPERTIES LLC | 215-01-111 | 23.29 | Part of Parcel 215-01-111 |
| | Subtract | | |
| RHODES ARIZONA PROPERTIES LLC | 215-01-115 | -9.36 | Part of Parcel 215-01-115 |
| **Rancheros** | | | |
| ELKHORN INVESTMENTS INC | 217-11-147 | 2.5 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS INC | 217-11-148 | 2.5 | Ranchero - lot |
| ELKHORN INVESTMENTS INC | 217-11-156 | 2.5 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS INC | 217-11-222 | 2.35 | Ranchero - partially completed home |
| ELKHORN INVESTMENTS | 217-11-212 | 2.35 | Ranchero - partially completed home |
| **Well Site Parcels in City of Kingman** | | | |
| RHODES HOMES ARIZONA LLC | 215-01-093 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-094 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-095 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-096 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-097 | 1.06 | Well Site Parcel |
| RHODES HOMES ARIZONA LLC | 215-01-098 | 1.06 | Well Site Parcel |
| **40 Acre Parcel** | | | |
| | 306-30-011 | 40.20 | 40 Acre Parcel |

**Total Acreage**                                              **1403.71**

### Arizona Personal Property

| Computers | Serial Number |
|-----------|---------------|
| HP5150 | 2UA6030J6N |
| HP 5150 | MXL615027R |
| HP 5150 | 2UA6030J57 |
| HPWX4400 | 2UA70608F7 |
| HP WX4400 | 2UA70608HV |
| HP XW4200 | 2UA54215GL |
| Dell | GZOGR61 |

| Laptops | Serial Number |
|---------|---------------|
| HPNX6125 | CND54803LY |
| HPNX9600 | CNF6071GBR |

| Printers | |
|----------|---|
| HP Laser Jet 4250 | CNBXD06564 |
| HP Laser Jet 4101 | USLGY26030 |
| HP Laser Jet 4100 | USLGY42771 |
| HP Laser Jet 1320 | CNHC620168 |
| HP color Laser Jet 2600 | CNGC64C1KC |
| HP color Laser Jet 2804 | JPBG532058 |
| HP color Laser Jet 5550 | JPDC4D2072 |
| HP office jet 6310 | CN639BGOYK |
| HP Photosmart D5160 | MY67G110DC |
| Lexmark 7001-001 | 890CSTB |
| Lexmark 7001-001 | 890 CD3N |
| Super G3 Printer-Scanner | J8141101150 |

## Fax Machines

2-HP office jets 7310

6 of the printers and the fax machines have copier capabilities

## Miscellaneous Equipment

| | |
|---|---|
| Dell Power Edge Server 2850 | 85172579422 |
| HP Design Jet 1055CM Plus Plotter | |
| 10 Battery Surge boxes and 10 power strips | |
| 11 computer monitors 20" flat screen | |
| 4 calculators | |
| 14 telephones owned by Rhodes | |

## Office Furniture
2 – drafting tables
3 – work tables with open shelves for plans
12 – file cabinets
      2 – 5 drawer 63 x 18
      1 – 3 drawer 36 x 20
      7 – 4 drawer 18 x 48
      2 – 4 drawer 20 x 48
2 – 3 shelf wood bookcases
4 – 4 shelf bookcases: (2) metal, (2) wood
1 - hanging file for plans
1 – metal storage cabinet: 2-door, 4 shelves
2 – wooden storage cabinets: 2-door, 1 shelf
11 – desks: (1) metal, (10) wood
12 – desk chairs
12 – guest chairs
5 – stacking chairs
1 – 4 x 6 rotating white board
1 – garbage can
10 – waste baskets
3 – 6 foot tables
2 – metal storage shelves – dimensions 5′ h x 3′ w x 18.5″d
2 – plastic storage shelves – dimensions 6′ h x 3′ w x 18″d

## Trademarks and Tradenames
Rhodes Arizona Properties
Rhodes Arizona
Golden Valley Ranch
Pravada

## Intangibles
All architectural and engineering drawings, plus work product associated with Pravada and Golden Valley Ranch.
Arizona general contractor's license.