James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: February 23, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]

Debtors.

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:201044.1

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

## NOTICE OF ENTRY OF ORDER

TO: ALL INTERESTED PARTIES:

YOU ARE HEREBY NOTICED that an **ORDER APPROVING STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE [RE: DOCKET NO. 126]** was entered on February 23, 2010. A copy of the Order is attached hereto.

**DATED** this 23rd day of February, 2010.

          **LARSON & STEPHENS**

          /s/ Zachariah Larson, Esq.
          Zachariah Larson, Bar No. 7787
          Kyle O. Stephens, Bar No. 7928
          810 S. Casino Center Blvd., Suite 104
          Las Vegas, NV 89101
          Attorneys for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:201044.1

Entered on Docket
February 23, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No. 09-14814 LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | (Jointly Administered) |
| Debtors. | Hearing Date: N/A<br>Hearing Time: N/A |
| ☒ Affects All Debtors<br>☐ Affects the following Debtors: | Courtroom: 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No.

DOCS_LA:207914.3

## ORDER APPROVING STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE [RE: DOCKET NO. 126]

Upon consideration of the Fifth Stipulation to Extend Cash Collateral Termination Date [Re Docket No. 126] (the "Stipulation"), a copy of which is attached hereto for reference, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.

Submitted by:
DATED this 22nd day of February, 2010.

By: /s/Zachariah Larson
LARSON & STEPHENS
Zachariah Larson, Esq. (NV Bar No 7787)
Kyle O. Stephens, Esq. (NV Bar No. 7928)
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
(702) 382-1170 (Telephone)
(702) 382-1169
zlarson@lslawnv.com
*Attorneys for Debtors and Debtors in Possession*

---

09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:207914.3    2

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and Debtors in Possession

E-File: February 22, 2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. 09-14814 LBR

Date:  N/A
Time:  N/A
Place: N/A

## FIFTH STIPULATION TO EXTEND CASH COLLATERAL TERMINATION DATE
## [RE: DOCKET NO. 126]

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:208522.5

This Stipulation is entered into by and between the above-captioned Debtors and Debtors in Possession (the "Debtors"), the First Lien Steering Committee ("FLSC"), the Administrative Agent for the First Lien Lenders (the "Agent"), and the Official Committee of Unsecured Creditors (the "OCUC"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

## RECITALS

WHEREAS, on April 30, 2009, the Court entered that *Final Stipulated Order (I) Authorizing Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II) Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition Secured Lenders re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364*, etc. [Docket No. 126] (the "Final Cash Collateral Order");

WHEREAS, the Final Cash Collateral Order has been extended from time to time pursuant to stipulation of the Parties and further Orders by this Court;

WHEREAS, pursuant to the Order Approving the Fourth Stipulation re Emergency Motion to Extend Cash Collateral Termination Date [Docket No. 882], the Cash Collateral Termination Date as defined in the Final Cash Collateral Order is currently set to expire on February 28, 2010 at 11:59 p.m. prevailing pacific time;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

## AGREEMENT

1. Subject to the Debtors' continued compliance with all other terms of the Final Cash Collateral Order, the First Lien Steering Committee has agreed to an extension of the Cash

DOCS_LA:208522.5                                2

Collateral Termination Date set forth in paragraph 3(i)(a) of the Final Cash Collateral Order through the earlier of (i) March 31, 2010 at 11:59 p.m. (prevailing Pacific Time) or (ii) the Effective Date of the plan pursuant to the Budget attached hereto as Exhibit A (solely with respect to the earlier of those two dates) with all other provisions of the Final Cash Collateral Order remaining in full force and effect, except for compliance with paragraph 3(b) regarding Pinnacle, which the FLSC and Agent waived under a prior stipulation and order.

2. The Challenge Period set forth in paragraph 10 of the Final Cash Collateral Order shall be extended through the earlier of (i) March 31, 2010 at 11:50 p.m. (prevailing Pacific Time) or (ii) the Effective Date of the plan.

Dated: February 22, 2010

APPROVED

By: /s/ Philip C. Dublin
AKIN GUMP STRAUSS
HAUER & FELD LLP
Ira S. Dizengoff (NY Bar No. 2565687)
 Philip C. Dublin (NY Bar No. 2959344)
 Abid Qureshi (NY Bar No. 268437)
One Bryant Park
New York, NY 10036
*Counsel for the First Lien Steering Committee*

APPROVED

By: /s/ James I. Stang
James I. Stang
Pachulski Stang Ziehl Young & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
*Counsel for Debtors and Debtors-in-Possession*

APPROVED

By: /s/ Ramon M. Naguiat
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Ramon M. Naguiat
 300 S. Grand Ave., #3400
Los Angeles, CA 90071
*Counsel for Credit Suisse, Cayman Islands
 Branch, as Agent for First Lien Lenders*

APPROVED

By: /s/ J. Thomas Beckett
J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
*Counsel for Official Committee of Unsecured Creditors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A

Case 09-14814-gwz    Doc 1036    Entered 02/23/10 16:51:17    Page 9 of 9
Case 09-14814-lbr    Doc 1034    Entered 02/23/10 11:14:44    Page 7 of 7
Case 09-14814-lbr    Doc 1030    Entered 02/22/10 15:15:10    Page 5 of 5

**Rhodes Homes 11 Week Cash Flow Forecast**
Revised 2/19/2009

Starting Cash on 2/19/2010 (Projection): $ 5,542,818

| Line # | Week Ending | 47<br>2/19/2010 | 48<br>2/26/2010 | 49<br>3/5/2010 | 50<br>3/12/2010 | 51<br>3/19/2010 | 52<br>3/26/2010 | 53<br>4/2/2010 | 54<br>4/9/2010 | 55<br>4/16/2010 | 56<br>4/23/2010 | 57<br>4/30/2010 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Units Closed - Backlog (Sold) | 2 | 5 | 4 | 4 | 4 | 2 | 2 | 2 | 4 | 2 | 2 | 30 |
| 2 | Units Closed - New Sales Not Started (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Units Closed - Unsold Standing Inventory (Projected) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Net Revenues - Backlog (Sold) | $ 464,168 | $ 1,241,218 | $ 1,125,853 | $ 546,586 | $ 342,840 | $ 532,691 | $ 1,130,185 | $ 427,902 | $ 1,078,828 | $ 356,664 | $ 385,246 | $ 7,641,180 |
| 5 | Net Revenues - New Sales Not Started (Projected) | | | | | | | | | | | | |
| 6 | Net Revenues - Unsold Standing Inventory (Projected) | | | | | | | | | | | | |
| 7 | Revenues - Park Construction | | | | | | | | | | | | |
| 8 | Tuscany Golf Course Revenues | 65,000 | 65,000 | 70,000 | 75,000 | 90,000 | 90,000 | 85,000 | 80,000 | 75,000 | 75,000 | 70,000 | 840,000 |
| 9 | Pinnacle Grading Revenues | 340,000 | | | | 545,424 | | 114,345 | | | | | 999,769 |
| 10 | Miscellaneous Refunds and Fees | | | | | | | | | | | | |
| 11 | **Total Cash Receipts** | **869,168** | **1,306,218** | **1,195,853** | **621,586** | **978,264** | **622,691** | **1,339,530** | **507,902** | **1,153,828** | **431,664** | **455,246** | **9,480,949** |
| 12 | Insurance Financing | | 2,788 | | | | 2,788 | | | | 2,788 | | 8,363 |
| 13 | IT Services / Equip. | 68,482 | 75,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 765,482 |
| 14 | Storage | 3,107 | 30,000 | 8,591 | 42,864 | | 8,591 | 8,591 | 5,500 | | 70,000 | 8,591 | 74,135 |
| 15 | Rent | | | 31,875 | | | | 31,875 | | | | 31,875 | 95,624 |
| 16 | Brokerage License | | | 1,000 | | | | 1,000 | | | | 1,000 | 3,000 |
| 17 | HOA Fees (1) | | | 8,000 | | | | 8,000 | | | | 8,000 | 24,000 |
| 18 | Model Home Leases (2) | | | 23,092 | | | | 23,092 | | | | 23,092 | 69,275 |
| 19 | **Total 1st of Month Payments** | | **2,788** | **72,557** | **42,864** | | **2,788** | **72,557** | **5,500** | | **2,788** | **72,557** | **274,372** |
| 20 | Rhodes Homes Payroll | 100,484 | 38,140 | 451 | 451 | 40,561 | 451 | 53,793 | 451 | 451 | 451 | 451 | 398,451 |
| 21 | Rhodes Homes Ordinary Course Professionals | 12,729 | | 19,735 | 5,846 | 5,846 | 6,184 | 6,796 | 5,846 | 5,846 | 6,157 | 6,796 | 119,902 |
| 22 | Rhodes Homes Consultants | 135,000 | 7,907 | 14,251 | 61,544 | | 7,907 | 14,251 | 61,544 | | 7,907 | 14,251 | 324,562 |
| 23 | Rhodes Homes AZ Payroll | 373,671 | 360,399 | 296,042 | 283,170 | 244,556 | 211,685 | 193,071 | 180,199 | 180,199 | 167,328 | 154,457 | 2,664,776 |
| 24 | Pinnacle Payroll | | 15,750 | 15,750 | 36,750 | 68,250 | 105,000 | 136,500 | 168,000 | 194,250 | 225,750 | 252,000 | 1,218,000 |
| 25 | **Total Payroll and Benefits** | 3,106 | 21,493 | 15,678 | 23,106 | 88,795 | 23,736 | 33,494 | 17,158 | 20,646 | 31,193 | 19,079 | 299,145 |
| 25 | | **74,695** | **99,184** | **72,168** | **102,168** | **72,168** | **97,168** | **72,168** | **102,168** | **72,168** | **97,168** | **72,168** | **922,379** |
| 26a | Pinnacle (Job Cost) | | | | | | | | | | | | |
| 26b | Pinnacle Overhead | | | | | | | | | | | | |
| 27 | Pinnacle (Equipment Notes Payments) | 7,816 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 82,816 |
| 28 | RH Vertical Costs to Complete - Backlog + Standing (Unsold) | | | | | | | | | | | | |
| 29 | RH Vertical Costs to Complete - New Sales Not Started (3) | | | | | | | | | | | | |
| 30 | Rhodes Homes Land Dev. (Cost to Complete) | | | | | | | | | | | | |
| 31 | Rhodes Ranch Park (Job Cost) | | | | | | | | | | | | |
| 32 | Rhodes Homes Warranty Repairs (Job Cost) | | | | | | | | | | | | |
| 33 | Rhodes Homes Vertical Costs - A/P | | | | | | | | | | | | |
| 34 | Rhodes Homes Land Dev. - A/P | | | | | | | | | | | | |
| 35 | Rhodes Homes Land Dev. - Past A/P | | | | | | | | | | | | |
| 36 | **Total Job Cost** | **833,143** | **453,645** | **364,407** | **418,367** | **455,000** | **392,463** | **444,410** | **440,699** | **470,892** | **446,286** | **455,334** | **5,107,654** |
| 37 | Sales / Marketing | 14,179 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 14,695 | 161,133 |
| 38 | G & A | 41,593 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 218,593 |
| 39 | Utility Deposits | | | 18,349 | | | | 18,349 | | | | 18,349 | 55,047 |
| 40 | Builder Subsidies to Tuscany HOA (4) | | 12,500 | | | 10,000 | | | | 10,000 | | | 464,024 |
| 41 | Sales and Use Tax / Personal Property Taxes | | 40,090 | 431,574 | 281,170 | 79,979 | | 172,000 | 507,902 | 101,750 | | 81,000 | 572,729 |
| 42 | Debtor's Restructuring Professionals (5) | 9,608 | | 93,500 | | 42,500 | | | | | | 21,250 | 88,260 |
| 43 | Committee's Restructuring Professionals (6) | | 272,500 | 200,000 | | 14,902 | 312,000 | 207,500 | | 200,000 | | 7,500 | 1,199,500 |
| 44 | Lender's Professionals (7) | 125 | | | | | | | | | | 80,000 | 80,325 |
| 45 | US Trustee Payment Center | 1,080 | | | | | | | | | | | |
| 46 | Employee & Consultant Housing and Travel Expenses | | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 4,500 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| 47 | **G&A Expenditures** | **68,784** | **359,195** | **780,068** | **49,097** | **165,674** | **346,195** | **432,544** | **34,195** | **347,945** | **34,195** | **246,294** | **2,615,190** |
| 48 | **Tuscany Golf Course Costs** | **65,000** | **30,000** | **105,000** | **42,500** | **65,000** | **30,000** | **115,000** | **42,500** | **65,000** | **20,000** | **75,000** | **667,000** |
| 49 | Starting Cash Position | 5,542,818 | 5,366,364 | 5,727,785 | 5,524,438 | 5,491,027 | 5,706,441 | 5,475,518 | 5,677,368 | 5,560,207 | 5,816,028 | 5,652,255 | 5,542,818 |
| 50 | Net Revenue for the Week | 869,168 | 1,306,218 | 1,195,853 | 621,586 | 978,264 | 622,691 | 1,338,530 | 507,902 | 1,153,828 | 431,664 | 455,246 | 9,480,949 |
| 51 | Disbursement for the week | 1,045,622 | 944,796 | 1,399,200 | 654,997 | 762,850 | 853,614 | 1,136,680 | 625,063 | 898,006 | 595,438 | 921,353 | 9,837,620 |
| 52 | **Ending Cash Position** | **$ 5,366,364** | **$ 5,727,785** | **$ 5,524,438** | **$ 5,491,027** | **$ 5,706,441** | **$ 5,475,518** | **$ 5,677,368** | **$ 5,560,207** | **$ 5,816,028** | **$ 5,652,255** | **$ 5,186,147** | **$ 5,186,147** |

Notes:
(1) HOA fees paid for completed communities in which the Company continues to own lots / property - (i) Spanish Hills $1,000, (ii) $5,000 X-L
(2) Lease payments paid to owners of model homes (9 units) which are representative of product that continues to be sold in Tuscany and in Rhodes Ranch.
(3) Vertical construction costs incurred related to prospective, ongoing sales of product that are at the dirt lot phase of construction.
(4) Includes monthly (i) $1,600 sales office rent estimate and (ii) $16,749 Tuscany HOA support.
(5) Payments to Pachulski Stang, Larson & Stephens, Omni, Accelerion Group and the Sullivan Group.
(6) Payments to Beckett, Panzani-Behlei Latimer
(7) Payments to WCP, Akin Gump, Kostelar & Leatham.