JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard
Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Creditor,
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC,<br><br>            Debtor.<br><br>Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s),<br>Apache Framing, LLC<br>Batcave, LP<br>Bravo, Inc.<br>Chalkline, LP<br>Elkhorn Partners, a Nevada LP<br>Geronimo Plumbing, LLC<br>Glynda, LP<br>Gung-Ho Concrete, LLC<br>Heritage Land Company LLC<br>Jackknife, LP<br>Overflow, LP<br>Parcel 20, LLC<br>Pinnacle Grading, LLC<br>Rhodes Homes Arizona, LLC<br>Rhodes Arizona Properties, LLC<br>The Rhodes Companies, LLC<br>Rhodes Ranch Golf Country Club, LLC<br>Rhodes Ranch General Partnership<br>Six Feathers Holdings, LLC<br>Tribes Holdings, LLC<br>Tick, LP<br>Tuscany Golf Country Club, LLC<br>Wallboard, LP | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME FOR FILING STANLEY CONSULTANTS, INC.'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS; (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF**<br>**[Docket No. 1031]**<br><br>Date:      March 11, 2009<br>Time:     9:30 a.m.<br>Ctrm:     1 |

781413.1 5835.005

Regarding the DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS; (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF [Docket No. 1031] filed by Debtors and Debtors in Possession, the Debtors and Debtors in Possession and Creditor Stanley Consultants, Inc. stipulate that:

1. The parties are attempting to resolve the issues regarding the bidding procedures for the sale of certain of the Debtors' Arizona Assets in good faith and continuing to exchange information, and;

2. The parties agree that to an extension of the deadline for filing of Stanley's Objection to the Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Arizona Assets; (B) Approving Form of Publication Notice; and (C) Scheduling Sale Hearing Date; Declaration of Paul D. Huygens in Support Thereof to Friday, March 5, 2010 at 12:00 p.m.

March 4, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Shirley S. Cho
Shirley S. Cho, Esq.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Tel. (310) 277-6910
Co-Counsel for The Rhodes Companies, LLC,
Debtors and Debtors in Possession

March 4, 2010

ANDERSON, McPHARLIN & CONNERS LLP

By  /s/ Janiece S. Marshall
Janiece S. Marshall, Esq.
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Tel. (702) 479-1010
Attorneys for Creditor, Stanley Consultants, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day March, 2010, I did serve, via Electronic Mail by the ECF system (a copy of the U.S. Bankruptcy Court's ECF service list is attached), a copy of the above and foregoing STIPULATION FOR EXTENSION TO TIME FOR FILING STANLEY CONSULTANTS, INC.'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS; (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF [Docket No. 1031] as follows:

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION

781413.1 5835.005

1 | rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com;tmachnich@swlaw.com

2

3 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

4 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;akosina@lslawnv.com

5

6 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;kgregos@klnevada.com

7

8 | CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

9

10 | LARSON&STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

11 | Tel: (702) 382-1170 Fax: (702) 382-1169

12 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

13

14 | JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

15

16 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

17 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

18

19 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com

20 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

21

22 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

23 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH

24 | jeff@sylvesterpolednak.com

25 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS, MAIL@BRIANSHAPIROLAW.COM;sarah@brianshapirolaw.com

26 | U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

27

28 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

## MAIL SERVICE LIST

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang
10100 Santa Monica Boulevard #1100
Los Angeles, CA 90067

Larson & Stephens
Attn: Zachariah Larson
810 S. Casino Center Boulevard, Suite 104
Las Vegas, NV 89101

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin
One Bryant Park
New York, NY 10036

Kolesar & Leatham, Chtd.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2010.

_____
Julie A. Garcia, Employee of
ANDERSON, McPHARLIN & CONNERS LLP