JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard
Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Creditor,
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s),<br>Apache Framing, LLC<br>Batcave, LP<br>Bravo, Inc.<br>Chalkline, LP<br>Elkhorn Partners, a Nevada LP<br>Geronimo Plumbing, LLC<br>Glynda, LP<br>Gung-Ho Concrete, LLC<br>Heritage Land Company LLC<br>Jackknife, LP<br>Overflow, LP<br>Parcel 20, LLC<br>Pinnacle Grading, LLC<br>Rhodes Homes Arizona, LLC<br>Rhodes Arizona Properties, LLC<br>The Rhodes Companies, LLC<br>Rhodes Ranch Golf Country Club, LLC<br>Rhodes Ranch General Partnership<br>Six Feathers Holdings, LLC<br>Tribes Holdings, LLC<br>Tick, LP<br>Tuscany Golf Country Club, LLC<br>Wallboard, LP | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**STANLEY CONSULTANTS, INC.'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS: (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF (DOC 1031)** |

Stanley Consultants, Inc. objects to DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS: (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF (DOC 1031). Stanley respectfully requests that this Court order:

1.  A six-month auction procedure rather than the April 26, 2010 date provided for in Debtors' Motion;

2.  Debtors disclose the real and intellectual property that is to comprise the "Arizona Assets" in order for Stanley to verify if any of the Arizona Assets is Stanley's intellectual property (or intellectual property derived from Stanley's intellectual property); and

3.  The proposed order notify prospective bidders that the intellectual property included in the Arizona Assets does not include any work product of Stanley Consultants, Inc., or any derivative work that Stanley Consultants, Inc. owns or has an ownership interest in, and further that nothing in the order shall be construed as prohibiting or restricting Stanley from enforcing its copyrights or other ownership rights in Stanley's work product.

Stanley bases its objection upon the following:

1. **"Arizona Assets" Still Unknown**

Stanley incorporates by reference its previous Objection (Doc 1035) to the First Lien Steering Committee's Proposed Findings of Fact, Conclusions of Law and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan (Doc 1026) and Stanley's Objection (Doc 1015) to the Proposed Third Amended Plan (Doc 1013). Debtors and the First Lien Steering have not disclosed what real and intellectual property actually constitutes the Arizona Assets, despite Stanley's several requests for the information. This delay in disclosure prevents any bidder from conducting due diligence regarding the parcels that will be sold at public auction.

As set forth in Stanley's previous Objections, only a vague description of the Arizona Assets is set forth in the proposed Third Amended Modified Plan (filed separately at Doc 1013 as well as attached as Exhibit A to the Proposed Order (Doc 1026). Without disclosure of what

constitutes the Arizona Assets, no potential bidder can conduct due diligence regarding the Arizona Assets. The failure to disclose the real property as well as the intellectual property rights are significant to Stanley as Stanley is entitled to review the intellectual property to make certain none of its intellectual property is being included and that no intellectual property that is a derivative of Stanley's work product is included in the Arizona Assets.

As the Court is aware from the extending hearing on the Plan Confirmation there remains confusion regarding which specific parcels are owned by Debtors in Mohave County. Stanley has requested disclosure of the specific parcels given that Debtors have represented that the property records for Mojave County are not accurate or not up to date. Stanley has only the public records to analyze and those records do not show that the Debtors own only "1400 acres and some change" as testified to during the Hearing. A draft list was prepared by Debtors and/or the First Lien Steering Committee, but was subsequently withdrawn and is not attached to the to the proposed Third Amended modified Plan.

Most significant, is the failure to disclose the intellectual property that will comprise the Arizona Assets. The draft list of the Arizona Assets (subsequently withdrawn and not replaced) indicated that engineering and maps were included, Stanley requested disclosure of those maps and plans, but has not received this information. Stanley requests the right to review and analyze the maps and plans to be included in the Arizona Assets to determine if prepared by Stanley or prepared using Stanley's work product.

Stanley requests that the proposed Order notify prospective bidders that the intellectual property included in the Arizona Assets does not include any work product of Stanley Consultants, Inc. or any derivative work based upon Stanley's work product. Stanley further requests that the Order provide that nothing in the Order shall be construed as prohibiting or restricting Stanley from enforcing its copyrights or other ownership rights in Stanley's work product.

2. **Insufficient Time to Conduct Due Diligence on the (Unknown) Arizona Assets**

This Court noted that she expected six months for the public sale in order to permit bidders to conduct due diligence on the Arizona Assets. Yet, Debtors propose in their Motion that bids be submitted by April 26, 2010 and that any bid will be accompanied by the full amount of the

1  Purchase Price and Initial Minimum Overbid Increment or $1,422,999 in the form of certified
2  check or cash payable to Nevada Title Company or wire transfer.  (Doc 1031, Art. IV, Bidding
3  Procedures, ¶7 (a)-(c).

4     Given that no bidder can complete the due diligence needed to determine the value of the
5  Arizona Assets in the proposed period, the limited time period will discourage Stanley as well as
6  other prospective bidders from being able to formulate a bid for the Arizona Assets.  Stanley has
7  already commenced due diligence with the limited information it has; however, due to the number
8  of state, county and other government agencies involved in developing the Arizona Assets,
9  Stanley cannot complete this by April 26, 2010.

10    Moreover, it has come to Stanley's attention that Jim Rhodes and his nondebtor entities
11 may have leased/sold during 2009 approximately 4000 acres of land with 27 miles of Kingman to
12 a geothermal company and that the geothermal plant may rely upon the same aquifer as water for
13 the Arizona Assets real property (Pravada); it is simply unknown.  Stanley attaches as Exhibit 1 an
14 article from the Kingman Daily Miner, dated May 13, 2009 regarding the land lease/sale by Jim
15 Rhodes as well as property records from Mohave County, showing a sale by Canberra Holdings.
16 Upon information and belief, Canberra Holdings is member/managed by Truckee Springs Holding
17 and that Jim Rhodes is the president of Truckee Springs Holding LLC. *Exhibit 2, Deeds of Trust*
18 *for Mohave County.*

19    The Kingman Daily Miner newspaper articles provides, in part: "A fourth solar plant may
20 be in the works for Mohave County . . . Some of the benefits to locating the project in Mohave
21 County . . . included . . . the amount of water and the ability to acquire 4,000 acres from a private
22 landholder, Jim Rhodes.  The company has a purchase lease agreement with Rhodes for the
23 property." *Exhibit 1.*

24    If this information is correct, then Stanley or other prospective bidders will require
25 additional time for to analyze the water usage implications for the Arizona Assets (Pravada).
26 Stanley does not have sufficient information regarding whether the property was sold and the
27 implications on the proposed water usage of the (one or more) geothermal plants on the
28 development of Pravada and/or the value of the property.  Stanley has requested information

regarding whether the 4000 acres was sold from Debtors; however, Stanley has received no response to this request or why if 4000 acres was sold within 27 miles of Kingman why this land sale was not disclosed during the Hearing on Plan Confirmation.

Given the implications of the several solar plants within miles of Pravada, Stanley and other bidders will require more time to conduct the due diligence to analyze the issue of the water usage of the land involved and the implications as to Pravada.

**Conclusion**

For the above reasons, Stanley objects to Debtors' Motion. Stanley requests that the Court order a full six months for prospective bidders to be able to conduct due diligence on the Arizona Assets upon complete disclosure by Debtors of what constitutes the Arizona Assets, the real property and the intellectual property. Lastly, Stanley requests that the Order notify any prospective bidder that Arizona Assets do not include Stanley's work product or derivate work product.

March 4, 2010

                        Respectfully submitted,

                        ANDERSON, McPHARLIN & CONNERS LLP

                        By  /s/ Janiece S. Marshall
                             Janiece S. Marshall, Esq., Bar # 4686
                             777 North Rainbow Boulevard, Suite 145
                             Las Vegas, Nevada 89107
                             Telephone: (702) 479-1010
                             Attorneys for Creditor, Stanley Consultants, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day March, 2010, I did serve, via Electronic Mail by the ECF system (a copy of the U.S. Bankruptcy Court's ECF service list is attached), a copy of the above and foregoing STANLEY CONSULTANTS, INC.'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS: (B) APPROVING FORM OF PUBLICATION NOTICE; AND (C) SCHEDULING SALE HEARING DATE; DECLARATION OF PAUL D. HUYGENS IN SUPPORT THEREOF (DOC 1031) as follows:

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

781252.1 5835.005

6

| | |
|---|---|
| 1 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 2 | rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com;tmachnich@swlaw.com |
| 3 | |
| 4 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC<br>blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com |
| 5 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC<br>ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;akosina@lslawnv.com |
| 6 | |
| 7 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS nleatham@klnevada.com,<br>ckishi@klnevada.com;bankruptcy@klnevada.com;kgregos@klnevada.com |
| 8 | |
| 9 | CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.<br>rblack@feinberggrant.com, efilings@hotmail.com |
| 10 | |
| 11 | LARSON&STEPHENS<br>810 S. Casino Center Blvd., Suite 104 |
| 12 | Las Vegas, Nevada 89101<br>Tel: (702) 382-1170 Fax: (702) 382-1169 |
| 13 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE<br>virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov |
| 14 | |
| 15 | JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH<br>darhyl.kerr@dlapiper.com |
| 16 | |
| 17 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11<br>edward.m.mcdonald@usdoj.gov |
| 18 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com |
| 19 | |
| 20 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC<br>olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com |
| 21 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.<br>eransavage@ssllplaw.com, agutierrez@ssllplaw.com |
| 22 | |
| 23 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.<br>mark.somerstein@ropesgray.com |
| 24 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 25 | jeff@sylvesterpolednak.com |
| 26 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS, MAIL@BRIANSHAPIROLAW.COM;sarah@brianshapirolaw.com |
| 27 | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| 28 | |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

781252.1 5835.005

7

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

## MAIL SERVICE LIST

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang
10100 Santa Monica Boulevard #1100
Los Angeles, CA 90067

Larson & Stephens
Attn: Zachariah Larson
810 S. Casino Center Boulevard, Suite 104
Las Vegas, NV 89101

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin
One Bryant Park
New York, NY 10036

Kolesar & Leatham, Chtd.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102

Office of the U.S. Trustee
Attention: August B. Landis
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2010.

_____
Julie A. Garcia, Employee of
ANDERSON, McPHARLIN & CONNERS LLP

8