# Exhibit 1

# kdminer.com
Online news source for Kingman, Arizona & Mohave County



THE KINGMAN
## DAILY MINER

opinion | subscribe | contact us | obituaries | local listings | blogs | E-Alerts | rss

Videos    Classifieds    Milestones

Search    Advanced Search

[Search]

## Another solar plant on tap


**Suzanne Adams, Miner Staff Reporter**



+ click to enlarge

Printable Version
E-mail this story

**Top Local News Stories:**

- New blog articles: 'States' Rights vs Bill of Rights' and 'The Veritable Parable'
- MCC offers GED scholarships to cash-strapped senior citizens
- News Briefs: Monday, February 22, 2010
- Photo: Testing the Rapids
- Stimulus pays for boat launch repairs
- Survey seeks out contaminants
- Parks & Rec trips planned
- » View All Local News

**Wednesday, May 13, 2009**

*Director says project near Red Lake would be one of the largest in the world*

KINGMAN - A fourth solar plant may be in the works for Mohave County. Mohave Sun Power, LLC has announced plans to build a 340-megawatt concentrating solar project about 27 miles north of Kingman, near Red Lake.

The project will be one of the largest in the world, said Greg Bartlett, project director.

The project will use the same parabolic trough technology with molten salt storage that Albiasa Solar has proposed for its 200-megawatt plant south of Interstate 40 and west of U.S. 93.

Employment Opportunities – Click Here

Not Just a Career Choice ...
A Lifestyle Choice

The Ranch at White Hills is building a solar facility that will provide energy to the development. And a smaller solar project is slated for the Yucca area.

"This is proof that our (Arizona's) renewable energy standard is finally bearing fruit," said ACC Chairwoman Kris Mayes.

"It's a good deal," said Supervisor Buster Johnson. "It will attract a lot of attention to the area." It will also help in the battle for solar power with Phoenix, he said.

Sunlight will be collected at the Mohave Sun Power and Albiasa facilities using mirrored troughs and focused on a tube of oil running through the center of the troughs. The oil will be transported back to a central facility where it will be used to generate steam. Some of the energy will be stored in molten salt tanks until it is needed during peak energy times.

The company looked all over the Southwest before settling on Mohave County, as compared to Maricopa County, included a higher elevation, the remote area, the amount of water and the ability to acquire 4,000 acres from a private landholder, Jim Rhodes. The company has a purchase lease agreement with Rhodes for the property.

Mayes does not believe the property is part of the bankruptcy suit Rhodes filed last month.

Calls to Bill Marion of Purdue Marion and Associates, spokesman for Rhodes Homes, were not returned Tuesday before deadline.

According to information from Johnson's office, the plant will use about 1,500 to 3,000 acre-feet of water per year to wash the mirrors and generate steam. The plant intends to recycle some of the water. The company says it's well aware of the water concerns in the county and is spending a lot of time upfront on the issue, Bartlett said.

But the company won't know the exact amount of water the plant will use until the plans are finished and the quality of the water has been determined.

advertisement

928-718-5559   2459 Hualapai Rd.
Click Here

advertisement

Get your company name out there on the most viewed website in Kingman

Click Here for more info

Advertise on kdminer.com
Call Rand Terwilliger at (928)753-6397 Ext. 234

advertisement

redplum
COUPONS!
START CLIPPING

advertisement

Health and Food

advertisement
Submit NEWS TIPS, BREAKING NEWS

advertisement

Solar Panels For Phoenix
Save Up To 50% On Energy Bills! A Great Investment. Act Now.

advertisement

Download Google Analytics
Gain traffic and optimize your site with Google Analytics. Free!

advertisement
Local Newspapers
Find Local Newspapers - dailies, weeklies, tabloids.

The ACC is watching the water issue carefully, Mayes said.

The plant may also use some fossil fuel or biodiesel to generate electricity on cloudy days, Bartlett said. They prefer to use a biofuel of some sort over a fossil fuel.

The new project is expected cost more than $2.1 billion. The company has applied for a federal loan guarantee from the U.S. Department of Energy. The project is also eligible for a 30 percent Federal Investment Tax Credit.

If built, the project will create up to 1,500 jobs during its 2.5 to 3 year construction period, and offer more than 100 full-time jobs after the plant is completed. The company expects to start construction in the fourth quarter of 2010 and complete the project in the second half of 2013. It will operate under the name Hualapai Valley Solar, LLC.

The plant is expected to run for 25 to 30 years before needing to be upgraded.

However, there are still several issues the company must resolve before the plant can be approved by the ACC, Mayes said.

It still has to get permits from state and federal agencies for air and water quality. It must also prove to the ACC that it has someone to sell the power to.

According to Mohave Sun Power Executive Director Mitchell Dong's Web site, the company is looking to sell the power to the highest bidder. It has 14 possible purchasers for power. At least eight of those purchasers are in California, one is from Nevada, four are from Arizona, one from Colorado and the last one includes selling the power to large industry.

The company also has to show that it has a way to transmit the power, Mayes said. There are 500 kilovolt power lines in the area. The question is whether there is enough capacity left in the lines to transmit power from the proposed plant.

The project will also require an amendment to the Mohave County General Plan and zoning changes, both will have to be approved by the County P&Z Commission and the Board of Supervisors. The company plans to hold a public meeting on the project in mid June.

"I have to give (Don) Van Brunt a lot of credit," Johnson said. If it wasn't for Van Brunt, the county wouldn't have the tax dollars it does.

It was Van Brunt who brought in large industries such as North Star Steel and Griffith Energy and now Mohave Sun Power, he said.

## Related Stories:
- Massive solar complex planned near Kingman
- Small solar plant on P&Z agenda

---

## Reader Comments

**Posted: Monday, July 06, 2009**
Article comment by: **Sick&Tired**

I'm one of many residents who live in the area and depend on the aquifer they will be using for this power plant.

We already have fought, out of control development in this are. Why do we need a power plant that consumes our finite resource. Why can they use photovoltaic technology to create the power?

We have wind all year long, why can install wind generators instead. ={

**Posted: Thursday, May 28, 2009**
Article comment by: **WW**

I personally know that Don Van Brunt had nothing to do with the location of the power plant or even bringing the developer to Mohave County

**Posted: Saturday, May 16, 2009**
Article comment by: **michael**

one solar plant is one thing but 3 or 4 is another,why now and why our county?I have family who own 40 acrs who have their own solar panels because they live off the grid,this is how people should utilize our county lands if those moveing don't want to live in one of our 3 largest cities then buy land and put a solar panel up,lets stop some of these big plants which take too much land and water.

**Posted: Friday, May 15, 2009**
Article comment by: **Denise Bensusan**

Don't forget folks..this is in our backyard, our HUALAPAI AQUIFER which means the city of Kingman as well.

4,000 ACRE FEET OF WATER a year or more? There are greener options (that are not water intensive) to produce solar electricity but these applicants don't want to utilize those processes! We are also inundated with, yet another participant with a shady background. Is Rhodes involved in this? Far too many important questions for this to be FAST TRACKED!

Solar exec. Dong himself draws scrutiny given prior sanction by the U.S. Securities and Exchange Commission (SEC). Please take a moment to visit http://speakoutarizona.net/ and read 2 excellent articles concerning Mohave Sun Solar.

SOLAR EXECUTIVE HAS GRAND VISION by Dave Hawkins....EXCERPT FROM ARTICLE: The SEC announced in January, 2008 that it had reached a settlement agreement with Dong and Chronos Asset Management Inc., a company that Dong founded in 1995. The SEC issued an order imposing sanction and a cease-and-desist directive.

"The Order finds that Chronos and Dong engaged in a fraudulent market timing and late trading scheme. From January 2001 to September 2003, Chronos and Dong used deceptive means to continue market timing in mutual funds that had previously attempted to detect and restrict, or that otherwise would not have permitted, Chronos's trading," the SEC Order said. It said that Chronos and Dong willfully violated SEC trading rules.

Denise Bensusan

http://speakoutarizona.net/

'A government big enough to give you everything you want, is strong enough to take everything you have.' ~~~ Thomas Jefferson

### Posted: Thursday, May 14, 2009
### Article comment by: No name provided

Did anyone else notice the cost? 2.1 Billion for a 340 megawatt plant hat at best will be no more than 25% efficient. An equivalent cost from nuclear (even with its supposed high capital cost) would be about the same in capcity, but would run 90%+ of the time instead of 25%. Therefore, the cost per emgawatt-hour (how we pay for electricity!) would be about one third the cost.

### Posted: Thursday, May 14, 2009
### Article comment by: NNP

For those of us who drive I-40 to Barstow, did you notice the solar farm out by Daggett. Has anyone asked the residents who live by this huge expanse of mirrors how it affects their lives? Lake Mead water levels are continually lowering each year yet the requirement for power and water increasing each year in the Western U.S. I would like to see the price of electricity come down so it stands to reason if more electricity is produced then the cost per kWh should come down. Let's face it the U.S> uses more electricty during the summer time which is when solar farms are able to use the sum the most. There is also the factor that the more solar and wind farms there are we should be able to reduce our requirements for hydro-electric power, hopefully allowing future generations to enjoy Lake Mead and similar reservouirs. I would like to know are these firms that are looking to build solar farms going to use firms like Laron to build or at least contract some of the work for building the frames for the mirrors or will it all be outsourced? What type of sustainable employment will be available to the local community? How much tax revenue does the county county expect from each site?

### Posted: Wednesday, May 13, 2009
### Article comment by: Loyd

I just hope these projects amount to more than just another "Bubble" that blows up like the "Dot.com" and "Real Estate" bubbles did. Massive projects generally get their money from "investors" that buy into the hype. If it works, everyone makes money. If there is a gross miscalculation, the whole thing can go down like the Hindenburg. I, for one, will not be buying into a "Clean Mirror" project being set up in the dust-bowl and dust-devil capitol of the southwest.

### Posted: Wednesday, May 13, 2009
### Article comment by: No name provided

I think solar power is great so long as the power that is generated benefits the people of Mohave County, not California or anywhere else for that matter. If their going to be using our resources, then the energy should benefit us in this county first and if there is left over energy, then the state of Arizona.

### Posted: Wednesday, May 13, 2009
### Article comment by: Steven Cardon

soler is good for kingman and with the hoover dam bypass and the west grand canyon hualaoai mountain medical centr and other developing (NAFTA) kingman is on the way of growth we love kingman and mohave county i see kingman and las vegas as one. steven cardon

### Posted: Wednesday, May 13, 2009
### Article comment by: Neil Farbstein

[Deleted. Comment boards can be used only for non-commercial purposes.]

### Posted: Wednesday, May 13, 2009

Article comment by: **George**

Welcome to the Kingman area and good luck with your project.

**Posted: Wednesday, May 13, 2009**
Article comment by: **Marcie**

Jim,

This is near our land!

Love, Mar

**Posted: Wednesday, May 13, 2009**
Article comment by: **No name provided**

THANKS A LOT DON... O BY THE WAY..WHAT HAPPENED TO NORTH STAR STEEL... YOU PEOPLE ARE ALL CROOKS

## Article Comment Submission Form

Please feel free to submit your comments. Article comments are not posted immediately. Submissions must adhere to the Use of Service section in our Terms of Use agreement. Your comments may also appear in our print edition. A valid email address is required and will not be visible to the public or shared with any third party.

**Message:**

**E-mail:**

**Name (optional):**

**Telephone (optional):**

**Passcode:** This form will not send your comment unless you copy exactly the passcode seen below into the text field. This is an anti-spam device to help reduce the automated email spam coming through this form.

df 758  Please copy the passcode exactly - it is case sensitive.

Submit    Clear Form

**Sections**
Blogs
Schools & Universities
Church Directory
Classifieds
Contact Us
Local News
Local Events
Submit an Event
Milestones
Obituaries
Opinion
Photo Galleries
Featured photo collection
Place an ad online
Search This Site
Site Map
Submit news tips/story ideas
Subscribe

**Features Sections**
Features Sections
Book Review
Clubs
Crime Roundup
Most Wanted
Digging In
Local Life
Faith
Golden Valley News
Health and Wellness
Making the Grade
Meetings
Mohave 911
Nature
Parade Games
Reel Watchers
Work and Money

**Other Publications**
Big Bug News
Camp Verde Bugle
Chino Valley Review
Grand Canyon News
Kingman Daily Miner
Navajo-Hopi Observer
Palo Verde Valley Times
Parade Celebrity Slideshow
Parade Health and Food
Parade Magazine Numbrix
Prescott Daily Courier
Prescott Valley Tribune
Verde Independent
Williams-Grand Canyon News
Our Other Publications
Add a kdminer.com Google Gadget

**Special Sections**
2008-2009 Kingman Advertising Rate Card
Exclusive Grocery Coupons
Destination Kingman 2009
Great Grocery Buys
HMMC: The New Face of Healthcare
Kingman-Golden Valley Real Estate Guide
Kingman Hotels
Local Coupon Specials
Meet Your Merchant
Purchase our Photos
ShopLocal.com
Smart Buyer
Statewide Public Notices
The Prospector
Video Home Tours
Women in Business



Kingman Historic Photo Book

On Sale Now

Kingman Daily Miner - Another solar plant on tap

Sports
Videos
Video Support Request
Write the Editor



Kingman, AZ
Last Update
1:51 PM MST
Partly Cloudy
45°F
NNW 28 MPH



Copyright 2010 Western News&Info, Inc.® The Kingman Daily Miner is the information source for Kingman and surrounding area communities in Northern Arizona. Original content may not be reprinted or distributed without the written permission of Western News&Info, Inc.® Kingman Daily Miner Online is a service of WNI. By using the Site, you agree to abide and be bound by the Site's terms of use and Privacy Policy, which prohibit commercial use of any information on the Site. Click here to email your questions, comments or suggestions. Kingman Daily Miner Online is a proud publication of Western News&Info, Inc.® All Rights Reserved.

Software © 1998-2010 1up! Software, All Rights Reserved