# Exhibit 2

## Document View

Deed Of Trust - 2009030423

Book  Page
7486  419

| Fee Number | Number of Pages | Recording Date |
|---|---|---|
| 2009030423 | 7 | 05/20/2009 03:46:59 PM |

| Recording Fee | Document Date |
|---|---|
| $16.00 | 02/13/2009 |

Related Number                                    Book           Page

**Trustor**                                       **Tr**
CANBERRA HOLDINGS LLC                             FIRST AMERICAN TITLE INS CO
TRUCKEE SPRINGS HOLDINGS INC MANAGER              HUALAPAI VALLEY SOLAR LLC BNFY

| Parcel | Subcode | Lot | Block | Unit | Tract | Section | Township | Range | Subdivision/Legal Remarks |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 19 | 26N | 16W |  |
|  |  |  |  |  |  | 20 | 26N | 16W |  |
|  |  |  |  |  |  | 29 | 26N | 16W |  |
|  |  |  |  |  |  | 30 | 26N | 16W |  |

**Notes**

**Return Address**
FIRST AMERICAN TITLE INS CO
ATTN CAROL PETERSON
2425 E Camelback Rd Ste 300
Phoenix Az 85016

Mailback Date
06/11/2009 07:02:16 AM

# Document View

Deed Of Trust - 2009069538

Book  Page
7630  732

Fee Number     Number of Pages  Recording Date
2009069538     5                11/13/2009 02:38:46 PM

Recording Fee  Document Date
$14.00         11/10/2009

**Related Number**                                   **Book**           **Page**

**Trustor**                                          **Tr**
CANBERRA HOLDINGS LLC                                FIRST AMERICAN TITLE INS CO
TRUCKEE SPRINGS HOLDINGS INC MANAGER                 HUALAPAI VALLEY SOLAR LLC BNFY

**Parcel Subcode Lot Block Unit Tract Section Township Range Subdivision/Legal Remarks**

**Notes**

**Return Address**
FIRST AMERICAN TITLE INS CO
ATTN CAROL PETERSON
2425 E Camelback Rd Ste 300
Phoenix Az 85016

Mailback Date

Return to Search Results

**You searched for:** RecDate >= Mon Jan 01 00:00:00 MST 1990 and <= Thu Feb 04 00:00:00 MST 2010 and exact search in BothNamesID for Hualapai Valley Solar

14 items found, displaying all items. 1

|  |  |
|---|---|
|  | ... PM B: 7414 P: 280, ...<br>... BEDRA HOLDINGS LLC SELLER, TRUCKEE<br>... LLC INC MANAGER, HUALAPAI VALLEY SOLAR<br>... DORIS MITCHELL L MEMBER<br>... Township: Range: 16W, Section: 20 Township: 26N<br>... Section: 26 Township: 26N Range: 16W, Section: 30<br>... 26N Range: 16W LAND CONTAINING POTENIAL |
|  | ... PM B: 7486 P: 419, ...<br>... HOLDINGS LLC, TRUCKEE SPRINGS<br>... MANAGER<br>... FIRST AMERICAN TITLE INS CO, HUALAPAI VALLEY<br>... BNFY<br>... Township: 26N Range: 16W, Section: 20 Township: 26N<br>... Section: 26 Township: 26N Range: 16W, Section: 30<br>... 26N Range: 16W |
| Memorandum 2009041325 | 07/10/2009 04:00:36 PM B: 7530 P: 168, ...<br>Grantor: RL 33-68 LLC TRUSTOR<br>Grantee: FIRST AMERICAN TITLE INS CO TR, HUALAPAI VALLEY SOLAR LLC BNFY<br>341-01-033, Section: 21 Township: 26N Range: 16W, SE4 SW4,<br>341-01-068, Section: 21 Township: 26N Range: 16W, ... |
| Memorandum 2009045007 | 07/23/2009 03:40:03 PM B: 7543 P: 806, ...<br>Grantor: THORNBURG MICHAEL H TRUSTOR, THORNBURG MICHAEL AKA, THORNBURG CHRISTINE M TRUSTOR, THORNBURG CHRISTINE AKA<br>Grantee: FIRST AMERICAN TITLE INS CO TR, HUALAPAI VALLEY SOLAR LLC BNFY |
| Memorandum 2009045008 | 07/23/2009 03:40:03 PM B: 7543 P: 810, ...<br>Grantor: JAMES GENE E TRUSTOR, JAMES GENE AKA, NICCOLLS MILDRED A TRUSTOR<br>Grantee: FIRST AMERICAN TITLE INS CO TR, HUALAPAI VALLEY SOLAR LLC BNFY<br>341-01-070, Section: 21 Township: 26N Range: 16W, N2 NE4 SE4 |
| Deed Of Trust 2009048308 | 08/06/2009 03:36:12 PM B: 7555 P: 697, ...<br>Grantor: COMPTON ERIC, COMPTON JULIE<br>Grantee: FIRST AMERICAN TITLE INS CO, HUALAPAI VALLEY SOLAR LLC BNFY<br>341-01-039, Section: 21 Township: 26N Range: 16W, SW4 SE4 |
| Memorandum 2009048309 | 08/06/2009 03:36:12 PM B: 7555 P: 702, ...<br>Grantor: CARR TYREE TR/SELLER, CARR MARY A TR/SELLER, CARR MARY AKA<br>Grantee: HUALAPAI VALLEY SOLAR LLC BUYER |
| Rerecording 2009060326 | 09/30/2009 12:49:56 PM B: 7598 P: 80, ...<br>Grantor: CARR TYREE TR/SELLER, CARR MARY TR/SELLER, CARR MARY A AKA<br>Grantee: HUALAPAI VALLEY SOLAR LLC BUYER |
| Rerecording 2009060329 | 09/30/2009 12:50:43 PM B: 7598 P: 99, ...<br>Grantor: THORNBURG MICHAEL TRUSTOR, THORNBURG CHRISTINE |

Grantee: FIRST AMERICAN TITLE INS CO TR, HUALAPAI VALLEY SOLAR LLC BNFY

Memorandum 2009064647    10/21/2009 02:02:42 PM B: 7613 P: 343, ...
Grantor: CBB GROUP TRUSTOR, FIRST AMERICAN TITLE INS CO TR, HUALAPAI VALLEY SOLAR LLC BNFY
Grantee:

11/13/2009 ... PM B: 7630 P: 722, ...
Grantor: CANBERRA HOLDINGS LLC, TRUCKEE SPRINGS HOLDINGS INC MANAGER
Grantee: FIRST AMERICAN TITLE INS CO, HUALAPAI VALLEY SOLAR LLC BNFY

Memorandum 2009069537    11/13/2009 02:38:46 PM B: 7630 P: 727, ...
Grantor: CANBERRA HOLDINGS LLC SELLER, TRUCKEE SPRINGS HOLDINGS INC MANAGER
Grantee: HUALAPAI VALLEY SOLAR LLC PURCHASER

11/13/2009 ... PM B: 7630 P: 752, ...
Grantor: CANBERRA HOLDINGS LLC, TRUCKEE SPRINGS HOLDINGS INC MANAGER
Grantee: FIRST AMERICAN TITLE INS CO, HUALAPAI VALLEY SOLAR LLC BNFY

12/11/2009 11:33 AM B: 7646 P: 494, ...
Grantor: CANBERRA HOLDINGS LLC SELLER, TRUCKEE SPRINGS HOLDINGS INC MANAGER
Grantee: HUALAPAI VALLEY SOLAR LLC PURCHASER

14 items found, displaying all items.1