# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC | Chapter 11 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 27**

IAN ROSEN hereby withdraws his proof of claim, designated as Claim No. 27 filed in the above-captioned case.

Dated: 3/3/2010, 2010

_____
(signature)

By: _____ (print name)
Its: _____ (title)