# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 67

HARSCH INVESTMENT PROPERTIES - NEVADA LLC hereby withdraws its proof of claim and all amendments thereto, designated as Claim No. 67 filed in the above-captioned case.

Dated: March 1, 2010

_____
(signature)
By: Jeffrey F. Nudelman      (print name)
Its: Secretary                (title)