James I. Stang, Esq. (CA Bar No. 94435)      E-File: March 9, 2010
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
      scho@pszjlaw.com
      wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    March 11, 2010<br>TIME:    9:30 a.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

73203-002\DOCS_LA:216694.1

## STATUS AND AGENDA FOR MARCH 11, 2010 HEARING

## AT 9:30 A.M.

1.  *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Arizona Assets; (B) Approving Form of Publication Notice; and (C) Scheduling Sale Hearing Date; Declaration of Paul D. Huygens in Support Thereof* **[Rhodes Docket No. 1031]**

Related Filings:

A. *Notice of Hearing* [Rhodes Docket No. 1032]

B. *Certificate of Service* for Docket Entry 1031 [Rhodes Docket No. 1039]

C. *Stipulation By Stanley Consultants, Inc. and Between Debtor to Extend Time for Filing Stanley Consultants' Objection to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Arizona Assets (B) Approving Form of Publication Notice; (C) Scheduling Sale Hearing Date etc.* [Rhodes Docket No. 1040]

D. *Objection by Stanley Consultants Inc. to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Certain of Debtors' Arizona Assets (B) Approving Form of Publication Notice (C) Scheduling Sale Hearing Date; Declaration of Paul Huygens in Support Thereof* [Rhodes Docket No. 1041]

**STATUS**: The parties are in discussion to resolve the objection. If the matter cannot be resolved on a consensual basis prior to the hearing, the matter will be going forward on a contested basis.

---

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

2. *Amended Chapter 11 Plan Number Third Amended Filed by NILE LEATHAM on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (Attachments: # 1 Exhibit 1# 2 Exhibit 2)* **[Rhodes Docket No. 1013]**

Related Filings:

A. *Amended Chapter 11 Plan Number* (Red-Lined Version of Third Amended Plan) [Rhodes Docket No. 1014]

B. *Stanley Consultant Inc.'s Objection to Proposed Third Amended Plan (Doc No. 1013)*[Rhodes Docket No. 1015]

**STATUS**: The parties are in discussion to resolve the objection. If the matter cannot be resolved on a consensual basis prior to the hearing, the matter will be going forward on a contested basis.

3. *Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al* **[Rhodes Docket No. 1026]**

Related Filings:

A. *Stanley Consultant Inc.'s Objection to First Lien Steering Committee's Proposed Finding of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan - Doc No. 1026* [Rhodes Docket No. 1035]

**STATUS**: The parties are in discussion to resolve the objection. If the matter cannot be resolved on a consensual basis prior to the hearing, the matter will be going forward on a contested basis.

Dated: March 9, 2010        LARSON & STEPHENS

   */s/Zachariah Larson*
   Zachariah Larson, Esq. (NV Bar No. 7787)
   810 S. Casino Center Blvd., Ste. 104
   Las Vegas, Nevada 89101

   –and –

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Co-Counsel for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:216694.1

4