# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC<br><br>Debtor. | Case No.: BK-S-09-14814-LBR<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 67

HARSCH INVESTMENT PROPERTIES - NEVADA LLC hereby withdraws its proof of claim and all amendments thereto, designated as Claim No. 67 filed in the above-captioned case.

Dated: March 1, 2010

_____
(signature)

By: Jeffrey G. Nudelman     (print name)
Its: Secretary              (title)