James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  jstang@pszjlaw.com
         scho@pszjlaw.com
         wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: March 15, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    March 17, 2010<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case Doc. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.

## STATUS AND AGENDA FOR MARCH 17, 2010 HEARING

## AT 1:30 P.M.

1.  *Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]*

    Related Filings:

    A.  *Notice of Hearing* on Docket No. 357 [Rhodes Docket No. 358]

    B.  *Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 364]

    C.  *Supplemental Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 365]

    D.  *Response To Debtors' Omnibus Objection To IRS Claims* with Certificate of Service [Rhodes Docket No. 507]

    E.  *Second Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]* [Rhodes Docket No. 523]

    F.  *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon (Docket No. 357)* [Rhodes Docket No. 538]

    G.  *Notice of Entry of Order* for Docket entry No. 538 [Rhodes Docket No. 540]

    H.  *Certificate of Service* for Docket entry No. 540 [Rhodes Docket No. 543]

    I.  *Third Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 656]

    J.  *Certificate of Service* for Docket Entry 656 [Rhodes Docket No. 681]

    K.  *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon* [Rhodes Docket No. 695]

    L.  *Notice of Entry of Order* for Docket Entry 695 [Rhodes Docket No. 697]

09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

M. *Fourth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors* [Rhodes Docket No. 712]

N. *Certificate of Service* of Docket Entry 712 [Rhodes Docket No. 770]

O. *Fifth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Services Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]*

P. *Sixth Stipulation By The Rhodes Companies, LLC and Between Debtors and the Internal Revenue Service Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* [Rhodes Docket No. 907]

Q. *Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors (Seventh) Continuing Debtor's Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 997]

R. Stipulation By THE RHODES COMPANIES, LLC and Between Internal Revenue Service and Debtors *Continuing Debtors Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]*[Rhodes Docket No. 1049]

S. *Certificate of Service* for Docket Entry 1049 [Rhodes Docket No. 1056]

**STATUS**: Pursuant to the Stipulation for continuance (Docket No. 1049), the parties have agreed to continue the matter to the omnibus hearing on April 8, 2010 at 9:30 a.m.

**2.    Third Application for Compensation for ZACHARIAH LARSON, Fees: $44427.50, Expenses: $2301.78 [Rhodes Docket No. 999]**

Related Filings:

A. *Notice of Hearing* for Docket No. 999 [Rhodes Docket No. 1005]

B. *Certificate of Service* for Docket Entry 1005 [Rhodes Docket No. 1010]

**STATUS**: This matter will be going forward.

**3.    Third Application for Compensation of Pachulski Stang Ziehl & Jones, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period October 1, 2009 through December 31, 2009 with Declaration in Support Thereof [Rhodes Docket No. 1000]**

Related Filings:

    A.   *Notice of Hearing* for Docket No. 1000 [Rhodes Docket No. 1005]

    B.   *Certificate of Service* for Docket Entry 1005 [Rhodes Docket No. 1010]

**STATUS**: This matter will be going forward

***4.   Final Application for Compensation of Sullivan Group Real Estate Advisors for Allowance and Payment of Compensation and Reimbursement of Expenses as Market Research Consultants to the Debtors and Debtors in Possession for the Period March 31, 2009 through December 31, 2009 [Rhodes Docket No. 1004]***

Related Filings:

    A.   *Notice of Hearing* for Docket No. 1004 [Rhodes Docket No. 1005]

    B.   *Certificate of Service* for Docket Entry 1005 [Rhodes Docket No. 1010]

**STATUS**: This matter will be going forward.

***5.   Third Application for Compensation of Parsons Behle & Latimer as Counsel to the Unsecured Creditors Committee for J. Thomas Beckett, Fees: $39,883.00, Expenses: $2,675.26 [Rhodes Docket No. 1006]***

Related Filings:

    A.   *Notice of Hearing* for Docket Entry No. 1006 [Rhodes Docket No. 1005]

    B.   *Certificate of Service* for Docket Entry 1005 [Rhodes Docket No. 1010]

**STATUS**: This matter will be going forward.

Dated: March 15, 2010       LARSON & STEPHENS

                                            */s/Zachariah Larson*
                                            Zachariah Larson, Esq. (NV Bar No. 7787)
                                            810 S. Casino Center Blvd., Ste. 104
                                            Las Vegas, Nevada 89101

                                                      –and –

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Debtors and Debtors in Possession

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-002\DOCS_LA:216968.1

5