1

2

3

4    **Entered on Docket**
     **March 22, 2010**

5                                                    _____
                                                       **Hon. Linda B. Riegle**
                                                     **United States Bankruptcy Judge**

6

7

8                          **UNITED STATES BANKRUPTCY COURT**

9                                **DISTRICT OF NEVADA**

10   In re:                                      Case No.: BK-S-09-14814-LBR
                                                 (Jointly Administered)
11   THE RHODES COMPANIES, LLC, aka
     "Rhodes Homes," et al.,[1]                  Chapter 11
12
                     Debtors.
13   ┌─────────────────────────────────          Hearing Date:  March 17, 2010
     Affects:                                     Hearing Time:  1:30 p.m.
14   ☒      All Debtors                           Courtroom 1
     ☐      Affects the following Debtor(s)
15

16   **ORDER RE THIRD INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC**
     **SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND**
17   **REIMBURSEMENT OF EXPENSES [Docket No. 999]**

18

19         Upon consideration of the *Third Interim Application of Larson & Stephens, LLC Seeking*

20   *Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket Number

21   ─────────────────────
     [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
22   14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
     Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
23   No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
     14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
24   LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
     Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
25   09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
     Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
26   Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
     LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
27   (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
     09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
28   14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-001\DOCS_LA:208312.1

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
Tel: (702) 382-1170  Fax: (702) 382-1169

1    999] (the "Application"), and good cause appearing,

2         **IT IS HEREBY ORDERED**:

3         1.      The Application is granted as set forth herein and the Court allows, on an interim

4    basis, Larson & Stephens, LLC ("L&S") the sum of $46,729.28, inclusive of all fees and

5    expenses for the period from October 1, 2009 through December 31, 2009, consisting of

6    $44,427.50 of fees and $2,301.78 of expenses as reasonable compensation for actual and

7    necessary services rendered by L&S.

8         2.      L&S is authorized to pay itself the unpaid balance of such allowed fees and

9    expenses for its Application from the $17,375.82 remaining retainer (the "Retainer") L&S is

10   holding.

11        3.      The allowance of the aforementioned interim fees and expenses is subject to

12   Court approval on a final basis pursuant to final fee applications to be submitted for approval at

13   the appropriate time.

14   Submitted by:
     DATED this 18th day of March, 2010.

15

16   By:    ___/s/Zachariah Larson_____

17   LARSON & STEPHENS
     Zachariah Larson, Esq. (NV Bar No 7787)

18   Kyle O. Stephens, Esq. (NV Bar No. 7928)
     810 S. Casino Center Blvd., Ste. 104

19   Las Vegas, NV  89101
     (702) 382-1170 (Telephone)

20   (702) 382-1169

21   zlarson@lslawnv.com

22   *Attorney for Debtors and Debtors in Possession*

23

24

25

26

27

28

73203-001\DOCS_LA:208312.1                          2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| Edward McDonald<br>Office of the U.S. Trustee | 3/18/10 |

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty or perjury that the foregoing is true and correct.

LARSON & STEPHENS, LLC

By: /s/ Zachariah Larson
Zachariah Larson, Esq. , Bar No.: 7787
 Michael J. Walsh, Esq., Bar No. 10265
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Attorneys for Debtor

###

*(left margin)* LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169