## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **THE RHODES COMPANIES, LLC,** aka "Rhodes Homes, et al..[1] | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
| Debtor. | Chapter 11 |

[X] Affects All Debtors

[ ] Affects the following Debtors

### CERTIFICATE OF SERVICE

    I, Nova George, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

    On March 19, 2010, I served the following document:

- **Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al.**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit A.

    Executed on March 23, 2010, at Encino, California

_____
Nova George

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Rhodes Ranch General Partnership (Case No.09-14844); Tick, LP (Case No. 09-14866); Glynda, LP (Case No. 09-14865); Chalkline, LP (Case No. 09-14862); Batcave, LP (Case No.09-14861); Jackknife, LP (Case No. 09-14860); Wallboard, LP (Case No. 09-14858); Overflow, LP (Case No. 09-14856); Rhodes Ranch Golf and Country Club (Case No. 09-14854); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Parcel 20 LLC(Case No. 09-14848); Rhodes Design and Development Corp. (Case No. 09-14846); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Realty, Inc. (Case No. 09-14841); Jarupa LLC (Case No. 09-14839); Elkhorn Investments, Inc. (Case No. 09-14837); Rhodes Homes Arizona, LLC (Case No. 09-14882); Rhodes Arizona Properties, LLC (Case No. 09-14868); Tribes Holdings LLC (Case No.09-14817); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Partners, a Nevada Limited Partnership (Case No. 09-14828); Bravo, Inc. (Case No. 09-14825) Gung-Ho Concrete LLC (Case No. 09-14822); Geronimo Plumbing, LLC (Case No. 09-14820); Apache Framing, LLC (Case No. 09-14818); Tuscany Golf Country Club, LLC (Case No. 09-14884); Pinnacle Grading, LLC (Case No. 09-14887); Tuscany Acquisitions III, LLC (Case No. 09-09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); and Tuscany Acquisitions, LLC(Case No. 09-14853).

**EXHIBIT A**

**The Rhodes Companies, LLC - U.S. Mail**

A AFFORDABLE STRIPING & SEALING LLC
ATTN: SHONDA DECKER
5795 S SANDHILL RD, SUITE F
LAS VEGAS, NV 89120

A COMPANY, INC
ATTN: CRYSTAL M. HIEBERT
3975 S EAGLESON RD
BOISE, ID 83705

ABC LOCKSMITH CORP.
3981 E. SUNSET ROAD
#E
LAS VEGAS, NV 89120

ACCOUNTANTS, INC.
P.O. BOX 60000
SAN FRANCISCO, CA 94160

ACCURATE BUILDING MAINTENANCE LLC
ATTN: TAMMY WIGHT
3062 SHERIDAN ST
LAS VEGAS, NV 89102

ACUSHNET COMPANY
ATTN: ELLE MARTINS
P.O. BOX 965
FAIRHAVEN, MA 02719

ADAM ZAUSMER
CREDIT SUISSE
ELEVEN MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK  10010

AIR METHODS CORPORATION
ATTN: MARK R. KEENE
621 E. CARNEGIE DRIVE SUITE 210
SAN BERNARDINO, CA 92408-3536

AIR QUALITY SERVICES OF NEVADA
SWANSON LAW FIRM, LLC
6787 W. TROPICANA AVE. SUITE #241
LAS VEGAS, NV 89103

AL & BETH CARDAMONE
4689 LOMAS SANTA FE STREET
LAS VEGAS, NV 89147

ALL AMERICAN CARPET CARE
2756 NORTH GREEN VALLEY PKWY #108
HENDERSON, NV 89014

AMERICAN ASPHALT & GRADING CO.
3624 GOLDFIELD ST.
N. LAS VEGAS, NV 89032

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO
CORP CARD
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

AMERICAN INTL SPECIALTY LINES INSURANCE CO ET
ATTN: MICHELLE A. LEVITT AUTHORIZED REP
COMMERCIAL INSURANCE BK COLLECTIONS
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

AMERICAN SOILS ENGINEERING
C/O PEZZILLO ROBINSON
6750 VIA AUSTI PKWY STE 170
LAS VEGAS, NV 89119

ANDRADES CLEANING CO.
798 A STREET
LAS VEGAS, NV 89106

APPLE EXTERMINATING INC
2756 N GREEN VALLEY PKWY
STE-418
HENDERSON, NV 89014

APPLE MASONRY, INC.
ATTN: SHARON K. APPLE
4547 N. RANCHO DR. #D
LAS VEGAS, NV 89130

AR IRON LLC
ATTN: VICKIE SANTO
1425 ATHOL AVE.
HENDERSON, NV 890111

ARIZONA LAND QUEST LLC
ATTN: JOHN GALL
8783 BRINDISI PARK AVE
LAS VEGAS, NV 89148

ASHWORTH
FILE 51141
LOS ANGELES, CA 90074-1141

ATRIUM DOORS & WINDOWS OF ARIZONA
ATTN: CHRISTINE MCKENZIE
ATRIUM COMPANIES, INC
3890 WEST NORTHWEST HWY #500
DALLAS, TX 75220

B & F CONSTRUCTION INC.
2735 SIMMONS ST. #100
N LAS VEGAS, NV 89032

B.D. TRIM
6270 KIMBERLY AVE. SUITE B
LAS VEGAS, NV 89122-7655

BAIRD, WILLIAMS & GREER, LLP
C/O DARYL M. WILLIAMS
6225 N. 24TH STREET, SUITE 125
PHOENIX, AZ 85016

BAIRS CARPET VALLEY - C
7465 WEST SUNSET ROAD
SUITE 1200
LAS VEGAS, NV 89113

BANCROFT, SUSA & GALLOWAY
4713 E. CAMP LOWELL DRIVE
TUCSON, AZ 85712

BART K. LARSEN, ESQ.
6725 VIA AUSTI PARKWAY, STE. 200
LAS VEGAS, NV  89119

BOWMAN & BROOK, LLP
2901 N CENTRAL AVE #1600
PHOENIX, AZ 85012

BRAVO UNDERGROUND, INC.
1183 CENTER POINT DRIVE
HENDERSON, NV 89074

BRETT A. AXELROD
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV  89169

BROADBENT & ASSOCIATES, INC.
ATTN: JON BELL
8 WEST PACIFIC AVENUE
HENDERSON, NV 89015

CABINET WEST DISTRIBUTORS
ATTN: LARRY NEWTON
150 CASSIA WAY SUITE 100
HENDERSON, NV 89014

The Rhodes Companies, LLC - U.S. Mail                                                                                    Served 3/19/2010

CABINETEC, INC
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD, #A
N LAS VEGAS, NV 8903

CABINETEC, INC
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD, #A
N LAS VEGAS, NV 89030

CABINETEC, INC.
ATTN: TRACY L GOLDSACK
2711 EAST CRAIG RD, #A
NORTH LAS VEGAS, NV 89030

CALLAWAY GOLF COMPANY
ATTN: DIANA SCHELIN
2180 RUTHERFORD ROAD
CARLSBAD, CA 92008

CANANWILL, INC
ATTN: DAISY CRUZ
1000 MILWAUKEE AVE
GLENVIEW, IL 60025

CATERPILLAR FINANCIAL SERVICES CORPORATIOI
C/O SNELL & WILMER L.L.P.
ATTN: ROBERT R. KINAS
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NV 89169

CENTRAL TELEPHONE COMPANY- NEVADA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

CHAD & TANIA KEISER
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHARLES BAGLEY
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHARLES K. MOSLEY
28 COLLECTON RIVER DRIVE
HENDERSON, NV 89052

CHAVEZ CONSTRUCTION CLEAN UP
ATTN: DAVID CHAVEZ
2160 W. CHARLESTON BLVD. STE. M
LAS VEGAS, NV 89102

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN: LESLIE BRUELAND
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CLARK COUNTY PUBLIC WORKS
500 S. GRAND CENTRAL PKWY
PO BOX 553530
LAS VEGAS, NV 89115-3530

CLARK COUNTY TREASURER
500 S. GRAND CENTRAL PKY,1ST FLR
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLASS OF PLANTIFF HOMEOWNERS, IN RE KITEC F
C/O J. RANDALL JONES, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89169

CM PAINTING INC.
ATTN: CHASON MEMMOTT
10967 LAMPIONE ST
LAS VEGAS, NV 89141

COLOR GAMUT DIGITAL IMAGING
1889 E. MAULE AVE UNIT J
LAS VEGAS, NV 89119

COMMERCE ASSOCIATES, LLC
C/O JANET L. CHUBB, ESQ.
JONES VARGAS
P.O. BOX 281
RENO, NV 89504-0281

CONEX INTERNATIONAL
NEIL KATZ
548 BLUEBIRD CANYON DRIVE
LAGUNA BEACH, CA 92651

CORBY D. ARNOLD, ESQ., PROFESSIONAL CORPORATI
2965 S. JONES BLVD., - SUITE A
LAS VEGAS, NV 89146

COUNSEL TO THE ADMINISTRATIVE AGENT FOR TH
VAN C. DURRER II
RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE, #3400
LOS ANGELES, CA  90071-3144

CREDIT SUISSE LOAN FUNDING LLC
ATTN: TOM LYNCH
ELEVEN MADISON AVENUE, 9TH FLOOR
NEW YORK NY 10010

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
C/O VAN C. DURRER II & BERTRAND PAN
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CUSTOM HEARTH DISTRIBUTORS
ATTN: CHRISTIAN LECATES
P.O. BOX 335367
N. LAS VEGAS, NV 89033

CVEC, INC.
PO BOX 3635
CHATSWORTH, CA 91313

DAN BRADLEY GLASS SHOP, INC.
ATTN: JOY BRADLEY
4125 W DESERT INN RD
LAS VEGAS, NV 89102

DAVID AND CHRISTINE FROHNEN
11 ISLEWORTH DR.
HENDERSON, NV 89052

DEAN & DUNN ROOFING
5385 SOUTH CAMERON
SUITE 21
LAS VEGAS, NV 89118

DEL GROSSO FLOOR COVERING, INC.
ATTN: JOSEPH TERRANA
3170 PONDEROSA WAY
LAS VEGAS, NV 89118

DESERT PLASTERING LLC
ATTN: HERMELINDA RODRIGUEZ
2602 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

DEVELOPMENT PLANNING & FINANCING GROUP, INC.
ATTN: TAMMY SCOFIELD
DPFG, INC.
27127 CALLE ARROYO, STE 1910
SAN JUAN CAPISTRANO, CA 92675

DONALD H. WILLIAMS, ESQ.
WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV  89101

DONS OFFICE PRODUCTS
ATTN: BRIAN E. HARRIS
216 N. 5TH STREET
KINGMAN, AZ 86401

**The Rhodes Companies, LLC - U.S. Mail**                                                                    **Served 3/19/2010**

DOUBLE A ELECTRIC, LLC
C/O BANKRUPTCY LAW CENTER, LLC
1100 S. 10TH STREET
LAS VEGAS, NV 89104

DR DRYWALL & PAINT TOO, LLC
ATTN: JOHN P REYNOLDS
2408 SANTA CLARA DR.
LAS VEGAS, NV 89104

DS WATER/SPARKLETTS
P.O. BOX 660579
DALLAS, TX 975266-0579

DYNAMIC HEATING & AIR OF NEVADA, INC.
ATTN: MICHAEL MAHONY
3315 BIRTCHER DRIVE
LAS VEGAS, NV 89118

DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA
ATTN: SUSAN BARKER
4745 COPPER SAGE STREET
LAS VEGAS, NV 89115

EAGLE PAINTING & DRYWALL
ATTN: CYNTHIA STINE
6225 HARRISON DRIVE, SUITE #1
LAS VEGAS, NV 89120

EMBARQ COMMUNICATIONS, INC
PO BOX 219008
KANSAS CITY, MO 64121-9108

ENERGY INSPECTORS (WREDCO)
ATTN BANKRUPTCY DESK/MANAGING AGENT
8515 EDNA AVENUE
SUITE 210
LAS VEGAS NV 89117

ENVIRONMENTAL MANAGEMENT
SOLUTIONS
1214 WIGWAM PKWY NO 100
HENDERSON, NV 89074-8156

ENVISION CONCRETE, LLC
ATTN: MANUEL A. DELTORO
5655 REFERENCE ST.
LAS VEGAS, NV 89122

EXECUTIVE PLASTERING, INC.
ATTN: BRUCE BIRT
3656 N. RANCHO DR. #101
LAS VEGAS, NV 89130

FEDEX CUSTOMER INFORMATION SERVICE
ATTN: WILLIAM B. SELIGSTEIN
REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

FORD MOTOR CREDIT
PO BOX 55000
DETROIT, MI 48255-0953

FRANK RODRIQUEZ SERVICES, INC.
3675 S. RAINBOW, NO 180
LAS VEGAS, NV 89103

FRENCH BOUQUET FLOWER SH
3265 E. TROPICANA AVE
STE. A-
LAS VEGAS, NV 89121

G.C. WALLACE, INC.
ATTN: JAMES VANWOERKOM
6655 SOUTH CIMARRON ROAD
LAS VEGAS, NV 89113-2132

GEO TEK, INC.
ATTN: CHRISTOPHER AMEN
6835 S. ESCONDIDO STREET, SUITE A
LAS VEGAS, NV 89119-3832

GESCO NV
1868 ANAMOR ST
REDWOOD CITY, CA 94061

GOLDEN TRIANGLE DEVELOPMENT
244 DARK FOREST AVE
LAS VEGAS, NV 89123

GOLF VENTURES WEST
5101 GATEWAY BLVD #18
LAKELAND , FL 33811

GORDON & REES LLP
275 BATTERY STREET #2000
SAN FRANCISCO, CA 94111

GRAINGER
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

GRANITE WORLD LTD LLC
ATTN: JAMES BLASCO
2630 E. LA MADRE WAY
N. LAS VEGAS, NV 89081

GREAT BUNS BAKERY
3270 E. TROPICANA AVE.
LAS VEGAS, NV 89121

GREATAMERICA LEASING CORPORATION
ATTN: DEBBIE BURNS
PO BOX 609
CEDAR RAPIDS, IA 52406

GREENSPUN MEDIA GROUP
2290 CORPORATE CIRCLE SUITE 250
HENDERSON, NV 89074

GREG NORMAN
P.O. BOX 1036
CHARLOTTE, NC 28201-1036

GUY EVANS CONTRACTOR SERVICES
ATTN: KRISTIN OSWEILER, MASCO ADMINISTRA
260 JIMMY ANN DRIVE
DAYTONA BEACH, FL 32114

HARSCH INVESTMENT PROPERTIES - NEVADA LLC
C/O JANICE J BROWN
LEWIS BRISBOIS
400 SOUTH FOURTH ST., SUIT 500
LAS VEGAS, NV 89101

HARTFORD FIRE INSURANCE COMPANY
BANKRUPTCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD CT 0615

HELENA CHEMICAL CO.
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3801

HOME DEPOT
PO BOX 6031
THE LAKES, NV 88901-6031

IAN ROSEN
901 MOHAWK
LAS VEGAS, NV 89107

**The Rhodes Companies, LLC - U.S. Mail**                                                                                    **Served 3/19/2010**

IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERTSON - BANKRUPTCY
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD - SUITE 400
MACON, GA 31210

INSIGHT
P. O. BOX 78825
PHOENIX, AZ 85062-8825

INTEGRITY MASONRY, INC
RICHARD DREITZER, ESQ.
BULLIVANT, HOUSER & BAILEY, PC
3883 HOWARD HUGHES PKWY, NO. 550
LAS VEGAS, NV 89169

INTERIOR SPECIALISTS, INC.
C/O TAMALYN E. LEWIS
RIDENOUR HIENTON & LEWIS
201 N. CENTRAL AVE. #3300
PHOENIX, AZ 85004

INTERSTATE PLUMBING & AIR CONDITIONING, LLC
ATTN: BEVERLY WOLF
7201 W. POST ROAD
LAS VEGAS, NV 89113

INTREPID IRON, INC.
3321 WESTERN AVENUE
LAS VEGAS, NV 89109

IOVINO MASONRY
ATTN: JERRY JORGENSON
9260 EL CAMINO ROAD
LAS VEGAS, NV 89139

IRA DIZENGOFF AND PHILLIP DUBLIN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

J. THOMAS BECKETT
DAVID P. BILLINGS
PARSONS BEHLE & LATIMER
ONE UTAH CENTER
201 SOUTH MAIN STREET, SUITE 1800
SALT LAKE CITY, UT 84111

JACKPOT SANITATION SERVICES
2440 MARCOS STREET
LAS VEGAS, NV 89115

JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY, ST 400 NORTH
LAS VEGAS, NV 89169

JANET L. CHUBB, ESQ.
MICHAEL E. BUCKLEY, ESQ.
JONES VARGAS
100 WEST LIBERTY STREET, 12TH FLOOR
P.O. BOX 281
RENO, NV 89504-0281

JANIECE S. MARSHALL, ESQ.
ANDERSON, MCPHARLIN & CONNERS LLP
777 NORTH RAINBOW BLVD., STE. 145
LAS VEGAS, NV 89107

JEFFREY R. SYLVESTER, ESQ.
JAMES B. MACROBIE, ESQ.
SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON RD., STE. 120
LAS VEGAS, NV 89128

JOBING.COM
PO BOX 29386
PHOENIX, AZ 85038-9386

JOHN PRLINA
6225 RACEL ST
LAS VEGAS, NV 89131

JOHN RHODES
2113 HILLSGATE ST
LAS VEGAS, NV 89134

JS PEST CONTROL
3157 N. RAINBOW BLVD. #568
LAS VEGAS, NV 89108-4578

K. BRINKERHOFF ENTERPRISES
6998 STONE MEADOWS AVENUE
LAS VEGAS, NV 89142

K.H. LANDSCAPING
ATTN: AMY HARRISON
8370 W. CHEYENNE AVE. #109-301
LAS VEGAS, NV 89129

KOCH & SCOW, LLC
11500 EASTERN AVENUE
SUITE 110
HENDERSON, NV 56052

LAGUNA GEOSCIENCES, INC.
ANNE MCGRAW
31655 SOUTH COAST HIGHWAY, SUITE A
LAGUNA BEACH, CA 92651

LAMPS PLUS CENTENNIAL
ATTN: ACCOUNTS RECEIVABLE
20250 PLUMMER STREET
CHATSWORTH, CA 91311

LANDSCAPE SERVICES, INC.
35 W. MAYFLOWER AVENUE
NORTH LAS VEGAS, NV 89030

LAS VEGAS BILLBOARDS
5665 S. VALLEY VIEW BLVD#4
LAS VEGAS, NV 89119

LAS VEGAS REVIEW JOURNAL
PO BOX 70
LAS VEGAS, NV 89125

LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO &
NATASHA L. BROOKS
7575 VEGAS DRIVE #150
LAS VEGAS, NV 89128

M & M ELECTRIC, INC
ATTN: E. BRADLEY WADSWORTH
3655 W DEWEY DR.
LAS VEGAS, NV 89118

MANUFACTURERS NEWS, INC
ATTN: ANZHELIKA KAMINSKA
1633 CENTRAL STREET
EVANSTON, IL 60201

MARK SOMERSTEIN
DON DEMAKIS
BEN SCHNEIDER
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MENDENHALL SMITH
ATTN: LISA MORACA
3571 RED ROCK ST., STE.A
LAS VEGAS, NV 89103

MERCURY REPROGRAPHICS
3325 PEPPER LANE
LAS VEGAS, NV 89120

MILGARD MANUFACTURING, INC.
PO BOX 53583
PHOENIX, AZ 85072

**The Rhodes Companies, LLC - U.S. Mail**                                                        **Served 3/19/2010**

MIRAJOY RAYO & ARTURO CASIMIRO
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

MOBILE MIN, INC.
PO BOX 79149
PHOENIX, AZ 85062-9149

MODULAR SPACE CORPORATION
P.O. BOX 641595
PITTSBURGH, PA 15264-1595

MOHAVE COUNTY
ATTN: DOLORES H. MILKIE - MATTHEW SMITH
MOHAVE COUNTY ATTORNEY OFFICE-CIVIL DIV
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE COUNTY
C/O DOLORES H. MILKIE
ATTORNEYS OFFICE-CIVIL DIVISION
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE COUNTY
C/O DOLORES H. MILKIE - MATTHEW SMITH
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE ELECTRIC COOPERATIVE, INC.
ATTN: GREG SEANEY
PO BOX 1045
BULLHEAD CITY, AZ 86430-1045

MORGAN GRIMSHAW
8985 UNION GAP RD
LAS VEGAS, NV 89123

MS. JANINE GUTHRIE
1225 MONTEREY STREET
REDLANDS, CA 92373

MSE / ERIK LUNDGAARD
9811 W. CHARLESTON BLVD. #2403
LAS VEGAS, NV 89117

NATIONAL ADVERTISING & PUBLISHING INC
1245 FARMINGTON AVE # 104
WEST HARTFORD, CT 06107

NATIONAL CITY COMMERCIAL CAPITAL COMPANY,
ATTN: LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 4520

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC
ATTN: LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 45203

NATIONAL CITY GOLF FINANCE
P.O. BOX 931034
CLEVELAND, OH 44193

NEVADA HOUSE OF HOSE
1015 SHARP CIR
N. LAS VEGAS, NV 89030

NEVADA LINEN SUPPLY
ATTN: JULIE FITTON
3960 W. MESA VISTA AVE
LAS VEGAS, NV 89118

NEVADA POWER COMPANY D/B/A NV ENERGY
C/O KIRBY C. GRUCHOW, JR., ESQ
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

NEVADA STATE TREASURER
ATTN: MARY MCELHONE
UNCLAIMED PROPERTY DIVISION
555 E. WASHINGTON AVE. #4200
LAS VEGAS, NV 89101

NEW CRETE LLC
6639 SCHUSTER STREET
LAS VEGAS, NV 89118

NIKE GOLF
P.O. BOX 847648
DALLAS, TX 75284-7648

NILE LEATHAM
TIMOTHY P. THOMAS, ESQ.
KOLESAR & LEATHAM
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVE.
LAS VEGAS, NV 89102

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  AUGUST B. LANDIS
300 LAS VEGAS BLVD. SOUTH, SUITE 4300
LAS VEGAS, NEVADA 89101

OPPORTUNITY VILLAGE ARC.INC
6300 WEST OAKEY BOULEVARD
LAS VEGAS, NV 89146

ORKIN PEST CONTROL
5740 ARVILLE ST SUITE 201
LAS VEGAS, NV 89118

PAR 3 LANDSCAPE & MAINTENANCE, INC.
ATTN: KAM BRIAN
4610 WYNN RD.
LAS VEGAS, NV 89103

PERFORMANCE PLUS ENGINEERING
27740 JEFFERSON AVENUE #320
TEMECULA, CA 92590

PHILIP S. GERSON, ESQ.
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129

PRESTIGE FLAG
591 CAMINO DE LA REINA #917
SAN DIEGO, CA 92108

PROFESSIONAL DOCUMENT PRODUCTS
3371 W. OQUENDO ROAD
LAS VEGAS, NV 89118

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 112010
SANTA ANA, CA 92711

QUALITY CABINETS OF NEVADA
LOCK BOX 842520
DALLAS, TX 75284-2520

QUALITY IMPRESSIONS
6295 HARRISON DR.
SUITE 29
LAS VEGAS, NV 89120

QUALITY INTERIORS, INC
748 SPRINGDALE DR. SUITE 150
CORONA, CA 92880-1704

**The Rhodes Companies, LLC - U.S. Mail**                                                                                          **Served 3/19/2010**

QUALITY WOOD PRODUCTS LTD
ATTN: DARREN T STUDENT
3001 N. NELLIS BLVD
LAS VEGAS, NV 89115

RANDALL D. PATTERSON
LEXINGTON INSURANCE
100 SUMMER STREET
BOSTON, MA 02110-2135

RAPID REFILL INK
7375 S. DURANGO DR.
LAS VEGAS, NV 89113

RCR PLUMBING AND MECHANICAL, INC.
ATTN: CLIFF M. LACY
12620 MAGNOLIA AVENUE
RIVERSIDE, CA 92503

REALTY WEST INC.
1100 MARY CREST ROAD
HENDERSON, NV 89074

RED ROCK MECHANICAL, LLC
6311 DEAN MARTIN DR.
LAS VEGAS, NV 89118

REDBURN TIRE COMPANY
PO BOX 14828
PHOENIX, AZ 85063-4828

REEL SOUND
1111 MARY CREST
SUITE P
HENDERSON, NV 89074

RESIDENTIAL WARRANTY COMPANY
ATTN: KENNETH J. BUGGY
5300 DERRY STREET
HARRISBURG, PA 17111-3598

RETAIL ASSOCIATION OF NEVADA
410 S. MINNESOTA STREET
CARSON CITY, NV 89703-4272

REW R. GOODENOW
KARL Y. OLSEON
PARSONS BEHLE & LATIMER
50 WEST LIBERTY ST., STE. 750
RENO, NV  89501

RHODES RANCH ASSOCIATION, INC.
C/O KIRBY C. GRUCHOW, JR., ESQ
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

RICHARD I. DREITZER, ESQ.
BULLIVANT HOUSER BAILEY PC
3980 HOWARD HUGHES PKWY., STE. 550
LAS VEGAS, NV  89169

RICKEY & DORIS LOFTON
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

RISE & RUN, INC.
1995 WHITNEY MESA
HENDERSON, NV 89014

ROBERT R. KINAS, ESQ.
CLAIRE Y. DOSSIER, ESQ.
NISHAT BAIG, ESQ.
SNELL & WILMER, LLP
3883 HOWARD HUGHES PARKWAY, STE. 1100
LAS VEGAS, NV  89169

SAFETY RAILS OF NEVADA, INC
ATTN: RANDY LOFQUIST
3447 RINGSTAR RD.
LAS VEGAS, NV 89030

SHAYLON HOMEOWNERS ASSOCIATION
C/O KIRBY C. GRUCHOW, JR., ESQ
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

SIEMENS BLDG TECHNOLOGIES, INC
7850 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SILVER STATE BUILDER SERVICES, LLC
ATTN: GIB GANSCHOW
4205 W. TOMPKINS AVE - STE. 3
LAS VEGAS, NV 89103

SILVER STATE FIREPLACES
3555 W. QUAIL ROAD, STE A
LAS VEGAS, NV 89118

SILVER STATE SPECIALTIES, LLC
3115 E. LONE MOUNTAIN ROAD
SUITE 1500
LAS VEGAS, NV 89081

SKYLINE INSULATION, INC.
4151 INDUSTRIAL CENTER DRIVE
SUITE 800
N LAS VEGAS, NV 89030

SLATER HANIFAN GROUP
ATTN BANKRUPTCY DESK/MANAGING AGENT
5740 S ARVILLE 216
LAS VEGAS NV 89118

SLAUGHTER, ET AL. CLASS ACTION CLAIM
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

SMITH & TWEED
P.O. BOX 1036
CHARLOTTE, NC 28201-1036

SOUTHWEST CONSULTING GROUP
JEANIE FRAZIER - SCG
11858 BERNARDO PLAZA COURT, SUITE 101C
SAN DIEGO, CA 92128

SOUTHWEST GAS CORPORATION
ATTN: JAIMIE SHIPP - BANKRUPTCY DESK
PO BOX 1498
VICTORVILLE, CA 92393-1498

SOUTHWEST IRON WORKS, LLC
BRIAN K. BERMAN, ESQ.
721 GASS AVENUE
LAS VEGAS, NV 89101

SPARKLETTS DRINKING WAT
P.O. BOX 660579
DALLAS, TX 75266-0579

SPORTS TURF IRRIGATION
ATTN: JANIS NICHOLL
1019- A S. MELROSE ST
PLACENTIA, CA 92870

STAFFMARK
ATTN: TERRI AYERS
435 ELM ST. STE 300
CINCINNATI, OH 45202

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, #140
LAS VEGAS, NV 89119

The Rhodes Companies, LLC - U.S. Mail                                                                          Served 3/19/2010

STEVEN ENTERPRISES, INC.
ATTN: AMY CARISOZA
17952 SKY PARK CIR. STE. E
IRVINE, CA 92614

STRAIGHT DOWN CLOTHING
625 CLARION COURT
SAN LUIS OBISPO, CA 93401

SUNLAND ASPHALT
ATTN: MIKE MCWENIE
SUNLAND, INC. - ASPHALT & SEALCOATING
3002 S. PRIEST DR., SUITE 100
TEMPE, AZ 85282

SUNRISE FIRE INC.
ATTN: GLENN D. BROWN
PO BOX 82034
LAS VEGAS, NV 89180

SUNRISE MECHANICAL, INC
ATTN: BONNIE L REAVES
7380 COMMERCIAL WAY
HENDERSON, NV 89011

SURFACE SOLUTIONS
ATTN: EULALIO MORENO
P.O. BOX 335112
2305 DALTON RIDGE CT.
NORTH LAS VEGAS, NV 89033

SURFACE SPECIALISTS OF NEVADA
2756 N. GREEN VALLEY PKWY
PMB 458
HENDERSON, NV 89014

SYSCO FOOD
P.O. BOX 93537
LAS VEGAS , NV 89193

T.I. RESIDENTIAL, INC.
C/O DANA JONATHON NITZ, ESQ.
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

TAIT & ASSOCIATES, INC.
P.O. BOX 11118
SANTA ANA, CA 92711-1118

TEKSYSTEMS, INC.
7437 RACE RD.
HANOVER, MD 21076

THE TIBERTI COMPANY
ATTN: JELINDO TIBERTI
4975 ROGERS STREET
LAS VEGAS, NV 89118

THE TWT GROUP TWT, INC. (DBA THE WHEEL THING)
DANIEL L. COATS
11982 KIOWA AVE. #204
LOS ANGELES, CA 90049

TOBACCO LEAF
7175 W. LAKE MEAD BLVD #120
LAS VEGAS, NV 89128

TRAVIS MATHEW APP
15547 GRAHAM ST
HUNTINGTON BEACH, CA 92649

TRITON GRADING & PAVING LLC
4220 ARCATA WAY
BLDG B SUITE 1
N LAS VEGAS, NV 89030

TURF TECH
806 BUCHANAN #115-276
BOULDER CITY, NV 89005

TUSCANY MASTER ASSOCIATION
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BOULEVARD, SUITE 202
LAS VEGAS, NV 89118

TYGRIS VENDOR FINANCE, INC. F/K/A
U.S. EXPRESS LEASING, INC.
ATTN: ANNETTE MCGOVERN
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

UNISOURCE ENERGY CORPORATION
ATTN: CAROLINA VILLASCUESA
TUCSON ELECTRIC POWER CO.-SCCS
PO BOX 711
TUCSON, AZ 85702

US FOODSERVICE
P.O. BOX 3911
LAS VEGAS, NV 89127-3911

VALLEY AIR CONDITIONING INC.
9225 MANN STREET
LAS VEGAS, NV 89139

VALLEY PIONEERS WATER
5998 W. CHINO DRIVE
GOLDEN VALLEY, AZ 86143

VIRGINIA CRONAN LOWE, ESQ.
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
WASHINGTON, D.C.  20530-0001

WALL CONSTRUCTORS, INC
ATTN: BARRY WINNER
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

WALLACE MORRIS SURVEYING, INC.
5740 S. ARVILLE STREET SUITE #206
LAS VEGAS, NV 89118

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: DAVID BERGSTROM
625 MARQUETTE AVE.
MAC N9311-110
MINNEAPOLIS, MN  55479

WESTAR KITCHEN & BATH, LLC
C/O WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101

WESTCOR CONSTRUCTION
5620 STEPHANIE STREET
LAS VEGAS, NV 89122

WESTERN SIGN & FLAG INC
4181W OQUENDO
LAS VEGAS, NV 89118

WILLIS ROOF CONSULTING, INC.
ATTN: JOSEPH WILLIS
4755 WEST DEWEY DRIVE
LAS VEGAS, NV 89118

**The Rhodes Companies, LLC - U.S. Mail**                                     **Served 3/19/2010**

Creditors:  229