James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-file: March 29, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:216631.1

☒ All Debtors
☐ Affects the following Debtor(s)

## NOTICE TO SELL NON-CORE ASSET (Chevrolet 2500)

To (a) the Office of the United States Trustee, (b) counsel to the Agent for the First Lien Lenders, (c) counsel to the Agent for the Second Lien Lenders, (d) counsel to the Unsecured Creditors' Committee, (e) counsel to the First Lien Steering Committee; and (f) all parties holding (or, to the Debtors' knowledge, asserting) liens on, or other interests in, the Non-Core Asset (defined below) that is the subject of the Proposed Transaction (defined below) (collectively, the "Interested Parties"):

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors in possession (the "Debtors") are proposing to sell (the "Proposed Transaction") a non-core asset (the "Non-Core Asset") free and clear of liens, claims and encumbrances, pursuant to the *Order Establishing Procedures to Sell Non-Core Assets* [Docket Number 462] (the "Order"). A further description of the Non-Core Asset and the terms of the sale are set forth on **Attachment A** hereto.

As required pursuant to the Order and the Non-Core Assets Sale Procedure, the Debtors have received approval to sell the Non-Core Asset from Winchester Carlisle Partners, the financial advisors to the First Lien Steering Committee.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Order and the Non-Core Assets Sale Procedure, the Debtors may consummate a Proposed Transaction on fewer than 10 days notice to you if the Debtors obtain written consent to the Proposed Transaction from counsel to the Agent for the First Lien Lenders and counsel to the Agent for the Second Lien Lenders. The Debtors have obtained written consent from counsel to the Agent for the First Lien

///
///
///

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

73203-002\DOCS_LA:216631.1

2

Lenders and counsel to the Agent for the Second Lien Lenders and, accordingly, the Debtors intend to proceed immediately to consummate the sale.

**DATED** this 4th day of March, 2010.

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Shirley S. Cho, Esq.
Shirley S. Cho, Esq. (CA Bar No. 192616)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
310/277-6910

LARSON & STEPHENS

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382-1170

Attorneys for Debtors and Debtors in Possession

# ATTACHMENT A

Attachment A
Information Regarding Non-Core Asset Sale Transaction

| | Questions | Responses |
|---|---|---|
| Question 1 | Date | 03/01/10 |
| | Make / Model | Chev 2500 |
| | Vin # | 1GCEC14X15Z101951 |
| | Location | Golden Valley, AZ |
| Question 2 | Purchaser | Terry Thompson |
| | Relationship to Debtor | None |
| Question 3 | Current Lien holder | None |
| Question 4 | Copy of Contract | Attachment 1 |
| | Summary of Transaction | Sales price of $2700 |
| Question 5 | Contracts and Leases to Transfer from Seller to Purchaser | None |
| Question 6 | Costs to be Charged Against the Sale Proceeds | None |
| Question 7 | Copies of Appraisals | See Attachment 2 |

# ATTACHMENT 1



# PINNACLE
## GRADING & HEAVY EQUIPMENT

Pinnacle Grading  
313 S. Aztec Rd.  
Golden Valley, AZ 86413

Date: 3/1/2009  
Invoice: 4030

Bill To: Terry Thompson Enterprises  
Golden Valley, AZ 86413

| Quantity | Description | Amount |
|---|---|---|
| 1 | Chevy 2500 | $2700.00 |
|   | Model Year 2005 |   |
|   | Vin # 1GEC14X15Z101951 |   |

Total   $2700.00

All equipment sold strictly as-is, where-is, no warranties expressed or implied. Buyer is Responsible for all transportation cost from Golden Valley, AZ and assumes all risk of Loss upon payment. Upon verification of funds, equipment will be released within one (1) Business day and must be removed from the yard within 10 days. It is understood That purchaser assumes all risk and liability for, and shall hold Pinnacle Grading Harmless from all damages for injuries to persons and property arising out of the use, Possession or transportation of the equipment. Payment due in full before buyer taking Possession.

**I (we) have read the contract and agree with its contents.**

Buyer: _____    Date: ___/___/_____

Seller: _____    Date: ___/___/_____

**Thank You for Your Business!**

313 S. Aztec Road  
Golden Valley, AZ 86413

Phone 928-565-5003  
Fax 928-565-4409

# ATTACHMENT 2

# PINNACLE GRADING, LLC
## APPRAISAL

| EQUIP # | CODE # | DESCRIPTION | SERIAL # | NOTES | AV | OLV | FMV |
|---|---|---|---|---|---|---|---|
| F650 | 610-005 | 2002 FORD F650 XL SUPER DUTY S/A MECHANIC'S TRUCK, s/n 3FDNF65442MA01778: CUMMINS 5.9L DIESEL, 6 SPEED TRANS, P.T.O., STELLAR 10620 ELECTRIC / HYDRAULIC AUTO CRANE, STELLAR HYDRAULIC DRIVEN AIR COMPRESSOR, MILLER BOBCAT 225 AMP GAS WELDER, FRONT & REAR HYDRAILC STABILIZERS | 3FDNF65422MA01778 | | $35,000 | $42,000 | $52,000 |
| Kodiak | 610-006 | 1998 CHEVROLET KODIAK S/A MECHANIC'S TRUCK, s/n 1GBM7H1J0TJ101710: CATERPILLAR 3116 DIESEL, 5 X 2 TRANS, P.T.O., ELECTRIC / HYDRAULIC AUTO CRANE, HYDRAULIC AIR DRIVEN COMPRESSOR, REAR HYDRAULIC STABILIZERS, 13' 8" BOX | 1GBM7H1LOTJ101710 | | $20,000 | $24,000 | $28,000 |
| 771 | 610-007 | 2004 CHEVROLET C1500 4 X 4 PICKUP, s/n 1GCEK14T04Z213123 | 1GCEK14T04Z213123 | | $3,250 | $5,000 | $6,000 ✓ |
| F250 | 610-009 | 2003 FORD F250 | 1FTNF20L43MB35669 | | $2,250 | $2,750 | $3,500 ✓ |
| F250 | 610-011 | 2005 FORD F250 XL PICKUP, s/n 1FTNF20555EA90266 | 1FTNF20555EA90266 | | $3,000 | $3,750 | $4,750 ✓ |
| F150 | 610-012 | 2004 FORD F150 | 1FTPX14584NB37296 | | $2,850 | $3,500 | $4,500 |
| F250 | 610-016 | 2006 FORD F250 XLT 4 X 4 SUPER CAB PICKUP, s/n 1FTSX21P065EB40458 | 1FTSX21P06EB40458 | ✓ | $7,000 | $9,000 | $11,000 |
| 2500 Chevy | 610-017 | 2005 CHEVROLET C1500 SILVERADO 4 X 2 PICKUP, s/n 1GCEC14X15Z101951 | 1GCEC14X15Z101951 | | $4,400 | $5,500 | $7,000 |
| 2500 Chevy | 610-018 | 2005 CHEVROLET C2500 SILVERADO 4 X 2 PICKUP, s/n 1GCEC14X35Z101580 | 1GCEC14X35Z101580 | | $4,400 | $5,500 | $7,000 |



The attached cover letter is an integral part of this Appraisal Report

Copyright. This document contains confidential proprietary information, & is intended only for uses authorized by Stephen Passy & Associates, Inc.

**STEPHEN PASSY & ASSOCIATES, INC.**

7 of 12

# CERTIFICATE OF SERVICE

1. On the 4th day of March 2010, I served the following document(s):

    a. **NOTICE TO SELL NON-CORE ASSETS (CHEVROLET 2500)**

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

☐     **a**.     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐     **b.**     **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐     **c.**     **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■     **d.**     **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

| Name | Email |
|---|---|
| Augie Landis | augie.landis@usdoj.gov |
| Philip C. Dublin | pdublin@akingump.com |
| J. Thomas Beckett | tbeckett@parsonsbehle.com |
| Ramon Naguiat | ramon.naguiat@skadden.com |
| Don Deamicis | don.deamicis@ropesgray.com |
| Mark Somerstein | mark.somerstein@ropesgray.com |
| Paul Huygens | phuygens@provinceadvisors.com |
| Scott Scarbrough | sscarbrough@pinnaclegrading.net |
| Jan Gyllstrom | jgyllstrom@rhodeshomes.com |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): March 26, 2010

Werner Disse                            /s/Werner Disse
(Name of Declarant)                 (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:217629.1        2