James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: March 29 , 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒    All Debtors | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:217561.1

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

☐   Affects the following Debtor(s)

## DEBTORS' STATEMENT OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS FROM OCTOBER 1, 2009 THROUGH FEBRUARY 28, 2010

Pursuant to the *Order Granting Debtors' Motion Pursuant to Sections 105(A), 327, 328, And 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course Of Business* [Docket Number 187] (the "OCP Order"), the above-captioned debtors and debtors in possession (the "Debtors") are filing this statement (the "Statement") regarding the aggregate payments the Debtors have made between October 1, 2009 and February 28, 2010 to the following ordinary course professionals hired pursuant to the OCP Order:

1.   La Jolla Pacific of Nevada, Ltd. (disclosure declaration filed on June 16, 2009 – docket number 242)

The Debtors paid La Jolla Pacific of Nevada, Ltd. $44,220.80.  La Jolla Pacific of Nevada, Ltd. has performed quality assurance and photo documentation consulting.

2.   Craig D. Guenther, P.C. (disclosure declaration filed on June 16, 2009 – docket number 244)

The Debtors did not make any payments to Craig D. Guenther, P.C., which has performed labor and commercial law services.

3.   Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake (disclosure declaration filed on June 16, 2009 – docket number 243)

The Debtors paid $707.30 to Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake, which performed civil litigation services.

4.   Cooksey, Toolen, Gage, Duffy & Woog (disclosure declaration filed on June 16, 2009 – docket number 245)

The Debtors did not make any payments to Cooksey, Toolen, Gage, Duffy & Woog, which was employed regarding the *Martinez v. Rhodes* litigation, which is stayed by the automatic stay.

5.   Reeves, Evans, McBride & Zhang, LLP (disclosure declaration filed on June 17, 2009 – docket number 246)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

The Debtors did not make any payments to Reeves, Evans, McBride & Zhang, LLP, which was employed to perform tax preparation and accounting services.

6. <u>Lipson, Neilson, Cole, Seltzer, Garin P.C.</u> (disclosure declaration filed on August 12, 2009 – docket number 401)

The Debtors paid $21,878.30 to Lipson, Neilson, Cole, Seltzer, Garin P.C., which performed services as insurance counsel.

7. <u>Shimon & Smith, P.C.</u> (disclosure declaration filed on August 13, 2009 – docket number 402)

The Debtors paid $4,340.00 to Shimon & Smith, P.C., which performed legal services with respect to mechanic's lien claims.

8. <u>Baird, Williams & Greer, LLP</u> (disclosure declaration filed on September 11, 2009 – docket number 487)

The Debtors paid $92,486.60 to Baird, Williams & Greer, LLP, which performed litigation services related to *Rhodes Homes Arizona LLC v. Stanley Consultants, Inc.*, case number CV 2006-011358, pending in the Superior Court of Arizona, Maricopa County.

**DATED** this 29th day of March, 2010.

LARSON & STEPHENS

 */s/ Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Debtors and Debtors in Possession