James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: <u>April 2, 2010</u>

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:217821.1

## CERTIFICATE OF SERVICE

1. On the 24th day of March 2010, I served the following document(s):

    a. **NOTICE OF ENTRY OF ORDER RE THIRD INTERIM FEE APPLICATION OF LARSON & STEPHENS AND REIMBURSEMENT OF EXPENSES [DOCKET NO. 999] [DOCKET NO. 1067]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ■ b. **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   SEE ATTACHED MAIL SERVICE LIST

   ☐ c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. **By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

   ☐ e. **By fax transmission**
   *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   ☐ f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

   ☐ g. **By overnight delivery.**

   By sending by FEDERAL EXPRESS (standard next day delivery) to the addressee(s) as indicated on the attached list

73203-002\DOCS_LA:217821.1                              2

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 2, 2010

<u>Sophia L. Lee</u>  
(Name of Declarant)                              (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# MAIL SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel for the Internal Revenue Service**
Virginia Cronan Lowe, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow
Karl Y. Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett
David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(Fax) 702.792.9002

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479
(Fax) 612-667-9825

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| | |
|---|---|
| Counsel to the Administrative Agent for the First Lien Lenders<br>Van C. Durrer II<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, #3400<br>Los Angeles, CA 90071-3144<br>(Fax) 213-687-5600<br><br>Jeffrey R. Sylvester, Esq.<br>James B. MacRobie, Esq.<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Rd., Ste. 120<br>Las Vegas, NV 89128<br>(Fax) 702-952-5205<br><br>**Request For Special Notice**<br><br>**Counsel to Commerce Associates LLC**<br>Janet L. Chubb, Esq.<br>Michael E. Buckley, Esq.<br>JONES VARGAS<br>100 West Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>(Fax) 775-786-1177<br><br>Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373<br><br>**Counsel to Claimant Westar Kitchen & Bath, LLC**<br>Donald H. Williams, Esq.<br>Williams & Wiese<br>612 South Tenth Street<br>Las Vegas, NV 89101<br>(Fax) 702-320-7760 | **Counsel for Creditor Integrity Masonry, Inc.**<br>Richard I. Dreitzer, Esq.<br>Bullivant Houser Bailey PC<br>3980 Howard Hughes Pkwy., Ste. 550<br>Las Vegas, NV 89169<br><br>**Counsel for Reef Colonial, LLC**<br>Bart K. Larsen, Esq.<br>6725 Via Austi Parkway, Ste. 200<br>Las Vegas, NV 89119<br>(Fax) 702-385-3025<br><br>**Counsel for Caterpillar Financial Services Corporation**<br>Robert R. Kinas, Esq.<br>Claire Y. Dossier, Esq.<br>Nishat Baig, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, NV 89169<br><br>**Counsel for Creditor Stanley Consultants, Inc.**<br>Janiece S. Marshall, Esq.<br>Anderson, McPharlin & Conners LLP<br>777 North Rainbow Blvd., Ste. 145<br>Las Vegas, NV 89107<br>(Fax) 702-1025<br><br>**Insurance Company**<br>Randall D. Patterson<br>LEXINGTON INSURANCE<br>100 Summer Street<br>Boston, MA 02110-2135<br><br>**Counsel for Clark County**<br>Philip S. Gerson, Esq.<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>(Fax) (702) 383-0701 |