James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File:  April 7, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>       Debtors.<br><br>Affects:<br><br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:     April 8, 2010<br>TIME:     9:30 a.m.<br>PLACE:   Courtroom 1 |

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

## STATUS AND AGENDA FOR APRIL 8, 2010 HEARING

## AT 9:30 A.M.

**1.** **Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]**

Related Filings:

A. *Notice of Hearing* on Docket No. 357 [Rhodes Docket No. 358]

B. *Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 364]

C. *Supplemental Certificate of Service* for Docket Nos. 357 and 358 [Rhodes Docket No. 365]

D. *Response To Debtors' Omnibus Objection To IRS Claims* with Certificate of Service [Rhodes Docket No. 507]

E. *Second Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Rhodes Docket No. 357]* [Rhodes Docket No. 523]

F. *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon (Docket No. 357)* [Rhodes Docket No. 538]

G. *Notice of Entry of Order* for Docket entry No. 538 [Rhodes Docket No. 540]

H. *Certificate of Service* for Docket entry No. 540 [Rhodes Docket No. 543]

I. *Third Stipulation Between Internal Revenue Service and Debtors Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 656]

J. *Certificate of Service* for Docket Entry 656 [Rhodes Docket No. 681]

K. *Order Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Approving Stipulation Thereon* [Rhodes Docket No. 695]

L. *Notice of Entry of Order* for Docket Entry 695 [Rhodes Docket No. 697]

---

14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

M. *Fourth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors* [Rhodes Docket No. 712]

N. *Certificate of Service* of Docket Entry 712 [Rhodes Docket No. 770]

O. *Fifth Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Services Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]*

P. *Sixth Stipulation By The Rhodes Companies, LLC and Between Debtors and the Internal Revenue Service Continuing Debtors' Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* [Rhodes Docket No. 907]

Q. *Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors (Seventh) Continuing Debtor's Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]* [Rhodes Docket No. 997]

R. Stipulation By THE RHODES COMPANIES, LLC and Between Internal Revenue Service and Debtors *Continuing Debtors Omnibus Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 [Docket No. 357]*[Rhodes Docket No. 1049]

S. *Certificate of Service* for Docket Entry 1049 [Rhodes Docket No. 1056]

T. *Stipulation By The Rhodes Companies, LLC and Between Internal Revenue Service and Debtors* [Rhodes Docket No. 1081]

**STATUS**:   The parties have agreed to continue this matter to May 11, 2010 at 1:30 p.m. to allow time for an amended return to be processed.  [Rhodes Docket No. 1081]

**2.    *Application for Compensation of Ordinary Course Professional Baird, Williams & Greer, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses in Excess of CAP Permitted by the Ordinary Course Professional Compensation Order; Declaration of Daryl M. Williams in Support Thereof* [Rhodes Docket No. 1050]**

Related Filings:

A. *Notice of Hearing* for Docket No. 1050 [Rhodes Docket No. 1051]

B. *Certificate of Service* for Docket Entries 1050 and 1051 [Rhodes Docket No. 1055]

**STATUS**:   This matter will be going forward.

Dated:    April 7, 2010                LARSON & STEPHENS

                                        _/s/Zachariah Larson_
                                         Zachariah Larson, Esq. (NV Bar No. 7787)
                                         810 S. Casino Center Blvd., Ste. 104
                                         Las Vegas, Nevada  89101

                                          –and –

                                       PACHULSKI STANG ZIEHL & JONES LLP
                                       James I. Stang, Esq. (CA Bar No. 94435)
                                       Shirley S. Cho, Esq. (CA Bar No. 192616)
                                       Werner Disse, Esq. (CA Bar No. 143458)
                                       Pachulski Stang Ziehl & Jones LLP
                                       10100 Santa Monica Blvd., 11th Floor
                                       Los Angeles, California 90067-4100

                                       Co-Counsel for Reorganized Debtors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax : (702) 382-1169