E-filed: April 8, 2010

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
Nishat Baig (Nevada Bar No. 11047)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com
       nbaig@swlaw.com
*Attorneys for Caterpillar Financial Services Corporation*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Heritage Land Company, LLC<br>☐ Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR |
| In re: The Rhodes Companies, LLC<br>☐ Affects this Debtor | Case No. 09-14817-LBR<br>Case No. 09-14818-LBR<br>Case No. 09-14820-LBR |
| In re: Tribes Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14822-LBR<br>Case No. 09-14825-LBR |
| In re: Apache Framing, LLC<br>☐ Affects this Debtor | Case No. 09-14828-LBR<br>Case No. 09-14833-LBR |
| In re: Geronimo Plumbing, LLC<br>☐ Affects this Debtor | Case No. 09-14837-LBR<br>Case No. 09-14839-LBR<br>Case No. 09-14841-LBR |
| In re: Gung-Ho Concrete, LLC<br>☐ Affects this Debtor | Case No. 09-14843-LBR<br>Case No. 09-14844-LBR |
| In re: Bravo, Inc.<br>☐ Affects this Debtor | Case No. 09-14846-LBR<br>Case No. 09-14848-LBR |
| In re: Elkhorn Partners<br>☐ Affects this Debtor | Case No. 09-14849-LBR<br>Case No. 09-14850-LBR |
| In re: Six Feathers Holdings, LLC<br>☐ Affects this Debtor | Case No. 09-14852-LBR<br>Case No. 09-14853-LBR<br>Case No. 09-14854-LBR |
| In re: Elkhorn Investments, Inc.<br>☐ Affects this Debtor | Case No. 09-14856-LBR<br>Case No. 09-14858-LBR |
| In re: Jarupa, LLC<br>☐ Affects this Debtor | Case No. 09-14860-LBR<br>Case No. 09-14861-LBR |
| In re: Rhodes Realty, Inc.<br>☐ Affects this Debtor | Case No. 09-14862-LBR<br>Case No. 09-14865-LBR |
| In re: C & J Holdings, Inc.<br>☐ Affects this Debtor | Case No. 09-14866-LBR<br>Case No. 09-14868-LBR |
| In re: Rhodes Ranch General Partnership<br>☐ Affects this Debtor | Case No. 09-14882-LBR<br>Case No. 09-14884-LBR |

11393915.1

| | |
|---|---|
| In re: Rhodes Design and Development Corporation<br>☐    Affects this Debtor | Case No. 09-14887-LBR |
| In re: Parcel 20, LLC<br>☐    Affects this Debtor | **Jointly Administered Under Case No. BK-S-09-14814-LBR** |
| In re: Tuscany Acquisitions IV, LLC<br>☐    Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions III, LLC<br>☐    Affects this Debtor | **CATERPILLAR FINANCIAL SERVICES CORPORATION'S WITHDRAWAL OF ITS PROOFS OF CLAIM NOS. 50 AND 51** |
| In re: Tuscany Acquisitions II, LLC<br>☐    Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐    Affects this Debtor | |
| In re: Rhodes Ranch Golf Country Club<br>☐    Affects this Debtor | |
| In re: Overflow, LP<br>☐    Affects this Debtor | |
| In re: Wallboard, LP<br>☐    Affects this Debtor | |
| In re: Jackknife, LP<br>☐    Affects this Debtor | |
| In re: Batcave, LP<br>☐    Affects this Debtor | |
| In re: Chalkline, LP<br>☐    Affects this Debtor | |
| In re: Glynda, LP<br>☐    Affects this Debtor | |
| In re: Tick, LP<br>☐    Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐    Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐    Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐    Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒    Affects this Debtor | |

/ / /

/ / /

/ / /

11393915.1

- 2 -

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that CATERPILLAR FINANCIAL SERVICES CORPORATION ("Caterpillar"), by and through its counsel, Snell & Wilmer L.L.P., hereby withdraws its *Proofs of Claim Nos. 50 and 51* in Case 09-14814-LBR filed with the Court on August 5, 2009 (designated as *Proofs of Claim Nos. 14 and 15* in Case No. 09-14887-LBR filed on August 6, 2009). |

DATED this _8th_ day of April, 2010.

SNELL & WILMER L.L.P.

By: _/s/ Nishat Baig_
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
Nishat Baig (Nevada Bar No. 11047)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Caterpillar Financial Services Corporation*

11393915.1

- 3 -