E FILED ON 4/13/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Movants
Virginia Springall-Smith and Shane Smith

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/11/10 |
| | ) | Time: 1:30 p.m. |

**CORRECTED MOTION FOR RELIEF FROM STAY**

COME NOW Virginia Springall-Smith and Shane Smith [hereinafter referred to as "Movants"], by and through their attorney, THOMAS E. CROWE, ESQ., and move this Honorable Court for an Order for Relief From Stay. Movants' previously filed a Motion for Relief From Stay on the same grounds presented herein and, although that Motion was granted, this Corrected Motion is necessary in that Movant Shane Smith's name was inadvertently not included in Movant's original Motion and order granting said motion. This Corrected Motion is made and based upon the papers and pleadings on file herein, the Points and authorities attached hereto, and oral

/ / /

/ / /

argument at the time of hearing.

DATED this 12th day of April, 2010.

THOMAS E. CROWE PROFESSION
LAW CORPORATION

/s/ THOMAS E. CROWE
THOMAS E. CROWE
State Bar No. 3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, NV 89117
Attorney for Movants

## POINTS AND AUTHORITIES

1. On or about March 31, 2009, the above-named Debtor filed a Chapter 11 Petition in Bankruptcy with this Court. Gung Co Concrete is the Debtor in a jointly administered Chapter 11 case entitled The Rhodes Companies, L.L.C., et. al., case No. 09-14814-LBR (Jointly Administered).

2. Movants are informed and believe, and, based upon such information and belief, allege, that insurance proceeds independent of the Debtor are in existence to pay the claim of Movants from non-estate source. The claim is generated from an action pending in District Court, Clark County, Nevada, Case Number A-09-593034-C, *Virgina Springall-Smith, an individual, and Shane Smith, an individual vs. Roberto Guzman-Lagunas, an individual; Gung-Ho Concrete, LLC, a Nevada corporation, a Nevada Corporation, DOES I through V, and ROE CORPORATIONS I through V, inclusive*.

3. Movants request the Court lift the stay to allow the District Court action against the Debtor to go forward to judgment or settlement with the understanding that no estate

assets may be encumbered by such action, but that Movants may proceed against insurance proceeds independent of the estate and file a claim against Debtor for any unpaid judgment amount.

WHEREFORE, Movants pray judgment as follows:

1. For an Order lifting the stay to allow Movants Virginia Springall-Smith and Shane Smith to proceed against Debtor toward judgment or settlement with the understanding that no estate assets may be encumbered by such action, but that Movants may proceed against insurance proceeds independent of the estate and file a claim against Debtor for any unpaid judgment amount.

2. For Attorney's fees and costs of suit incurred herein.

3. For such other and further relief as this Court may deem necessary.

DATED this 12th day of April, 2910.

        THOMAS E. CROWE PROFESSIONAL
        LAW CORPORATION
        By /s/ THOMAS E. CROWE
         THOMAS E. CROWE, ESQ.
         7381 W. Charleston Blvd.
         Suite 110
         Las Vegas, NV  89117
         Attorney for Movants

###

E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Movants
Virginia Springall-Smith and Shane Smith

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/11/10 |
| | ) | Time: 1:30 p.m. |

**PROPOSED ORDER RE:  CORRECTED MOTION FOR RELIEF FROM STAY**

Upon consideration of the Corrected Motion for Relief From Stay    (the "Motion) filed by Virginia Springall-Smith and Shane Smith, by and through their attorney, THOMAS E. CROWE, ESQ., and for good cause appearing

IT IS HEREBY ORDERED THAT

1. The Motion is granted as set forth herein.

2. The automatic stay under section 362 of the Bankruptcy Code shall be modified to permit Virginia Springall-Smith and Shane Smith to prosecute the action entitled *Virgina Springall-Smith, an individual, and Shane Smith, an individual vs. Roberto Guzman-Lagunas, an individual; Gung-Ho Concrete, LLC, a Nevada corporation, a Nevada Corporation, DOES I through V, and ROE CORPORATIONS I through V, inclusive*, currently pending in District Court, Clark County, Nevada, Case Number A-09-593034-C, in order to allow Virginia Springall-Smith and Shane Smith to liquidate their claim and pursue any recovery from insurance proceeds only. Virginia Springall-Smith and Shane Smith may not file a claim against the estate or seek any recovery from the Debtor, and expressly waives any and all right to distribution from the Debtor's estate.

APPROVED/DISAPPROVED

Dated this ____ day of _____, 2010.

By:_____
UNITED STATES TRUSTEE
AUGUST LANDIS
Office of the United States Trustee
300 Las Vegas Blvd., So., #4300
Las Vegas, NV 89101

APPROVED/DISAPPROVED

Dated this ____ day of _____, 2010.

By:_____
ZACHARIAH LARSON, ESQ.
LARSON & STEPHENS
810 S. Casino Center Blvd., #104
Las Vegas, NV 89101
Attorney for Debtor

Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
 /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
7381 W. Charleston Blvd., #110
Las Vegas, NV 89117
(702) 794-0373
Attorney for Virginia Springall-Smith and Shane Smith

###