E FILED ON 4/13/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd., #110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Movants Virginia Springall-Smith and Shane Smith

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \***

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/11/10 |
| | ) | Time: 1:30 p.m. |

**NOTICE OF HEARING RE:**
**MOTION FOR RELIEF FROM STAY**

TO:    OFFICE OF THE U.S. TRUSTEE; and
TO:    ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from stay was filed on April 13, 2010, by THOMAS E. CROWE, ESQ.. The motion seeks approval for the stay to be lifted for the sole purpose allow Movants Virginia Springall-Smith and Shane Smith to proceed against Debtor toward judgment or settlement with the understanding that no estate assets may be encumbered by such action, but that Movants may proceed against insurance proceeds independent of the estate and file a claim against Debtor for any unpaid judgment amount of allowing Movants to pursue their personal injury claim against Debtor's homeowner's insurance and to set the amount of the unsecured claim against Debtor, if any.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an

opposition with the court, and serve a copy on the person making the Application *no later than 14 days* after the date of this Notice. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served *no later than 7 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada on May 11, 2010, at the hour of 1:30 p.m..

DATED this 13th of April, 2010.

                              THOMAS E. CROWE PROFESSIONAL
                              LAW CORPORATION
                              By /s/ THOMAS E. CROWE
                              THOMAS E. CROWE, ESQ.
                              7381 W. Charleston Blvd.
                              Suite 110
                              Las Vegas, NV  89117
                              Attorney for Movants

                                ###