E FILED ON 4/13/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Movants
Virginia Springall-Smith and Shane Smith

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/11/10 |
| | ) | Time: 1:30 p.m. |

**CERTIFICATE OF MAILING RE:**
**NOTICE OF HEARING RE: CORRECTED**
**MOTION FOR RELIEF FROM STAY AND CORRECTED MOTION FOR**
**RELIEF FROM STAY**

I, PAMELA POULSEN, hereby certify that a copy of the NOTICE OF HEARING RE:

CORRECTED MOTION FOR RELIEF FROM STAY AND CORRECTED MOTION FOR

RELIEF FROM STAY, in the above-entitled case, was submitted to the Court for electronic filing

on April 13, 2010 and for servicing upon parties on the Court's service list for the above-referenced

case and that a copy was mailed by me on the 13th day of April, 2010, by placing the same in a

/ / /

/ / /

/ / /

sealed envelope, first-class postage prepaid, in the United States mail to the following:

                          THE HARTFORD
                          P.O. Box14267
                          Lexington, KY n 4-512
                          Claim CA0007545721

Dated this 13th day of April, 2010.

                          /s/ PAMELA POULSEN
                        PAMELA POULSEN, an employee of
                        THOMAS E. CROWE PROFESSIONAL
                        LAW CORPORATION

                            ###