**Entered on Docket**
**April 13, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br>    Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Hearing Date:  March 17, 2010<br>Hearing Time:  1:30 p.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

**ORDER RE THIRD INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES [Docket No. 1006]**

Upon consideration of the *Third Interim Fee Application of Parsons Behle & Latimer Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket No. 1006] (the "Third Interim Application"), filed by Parsons Behle & Latimer ("Parsons Behle" or the "Firm"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted.

2. The Court allows, on an interim basis, Parsons Behle the sum of $42,558.26, inclusive of all fees and expenses for the period from October 1, 2009 through December 31, 2009, consisting of $39,883.00 of fees and $2,675.26 of expenses as reasonable compensation for actual and necessary services rendered by Parsons Behle.

3. The Debtors are hereby authorized and directed to pay to Parsons Behle the unpaid balance of such allowed fees and expenses for its Third Interim Application.

4. The allowance of the aforementioned interim fees and expenses is subject to Court approval on a final basis pursuant to final fee applications to be submitted for approval at the appropriate time.

DATED this 22nd day of March, 2010.

By: *J. Thomas Beckett*
PARSONS BEHLE & LATIMER
J. Thomas Beckett, Esq. (UT Bar 5587)
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket No. 225*
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

4850-4103-2709.2

1  Rew R. Goodenow, Bar 3722
   PARSONS BEHLE & LATIMER
2  50 West Liberty Street, Suite 750
   Reno, NV 89501
3  (775) 323-1601
4  rgoodenow@parsonsbehle.com

5  *Counsel to the Official Committee, Docket #380*

6

7

8

9

10                          **LR 9021 Certification**

11  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

12  ___ The court has waived the requirement of approval under LR 9021.

13  ___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a

14  copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties

15  who appeared at the hearing, and each has approved or disapproved the order, or failed to

16  respond, as indicated below [list each party and whether the party has approved, disapproved, or

17  failed to respond to the document]:

18

19  _X_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all

20  counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and

21  each has approved or disapproved the order, or failed to respond, as indicated below [list each

22  party and whether the party has approved, disapproved, or failed to respond to the document];

23

| Edward McDonald<br>Office of the U.S. Trustee<br>Email: augie.landis@usdoj.gov | 03/22/10 |
|---|---|

24

25

26  ___ I certify that I have served a copy of this order with the motion, and no parties appeared or

27  filed written objections.

28

PARSONS
BEHLE &
LATIMER

- 3 -

4850-4103-2709.2

DATED this 22nd day of March, 2010.

Submitted by:

By: *J. Thomas Beckett*

PARSONS BEHLE & LATIMER
Attorneys for the Unsecured Creditors Committee
J. Thomas Beckett, Esq. (UT Bar 5587)
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket No. 225*
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*

- 4 -

4850-4103-2709.2