E FILED ON 4/16/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
Nevada State Bar no. 3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Movants
Virginia Springall-Smith and Shane Smith

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-14814-LBR |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/11/10 |
| | ) | Time: 1:30 p.m. |

CERTIFICATE  OF MAILING RE: AMENDED NOTICE OF HEARING RE:  CORRECTED
MOTION FOR RELIEF FROM STAY

     I, PAMELA POULSEN, hereby certify that a copy of the AMENDED NOTICE OF

HEARING RE: CORRECTED MOTION FOR RELIEF FROM AUTOMATIC STAY in the

above-entitled case, was submitted to the Court for electronic  filing on April 16, 2010 and for

servicing upon  parties on the Court's service list for the above-referenced case and that a copy was

mailed by me on the 16th day of April, 2010, by placing the  same in a sealed envelope, first-class

postage prepaid, in the United States mail to the following:

THE HARTFORD
P.O. Box 14267
Lexington, KY  40512
Claim #  CA0007545721

Dated this 16th day of April, 2010.

/s/ PAMELA POULSEN
PAMELA POULSEN,  an employee of
THOMAS E. CROWE, P.L.C.

###