James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:      jstang@pszjlaw.com
            scho@pszjlaw.com
            wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email:      zlarson@lslawnv.com

Attorneys for Reorganized Debtors

E-File: April 16, 2010

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. 09-14814 LBR

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

___

**NOTICE OF FILING REVISED EXHIBIT H RE CLAIMS PURCHASE SCHEDULE FOR THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. FILED ON NOVEMBER 12, 2009 [DOCKET NO. 1013]**

___

**PLEASE TAKE NOTICE** on November 12, 2009, the First Lien Steering Committee attached as Exhibit H to its *Second Amended Disclosure Statement for the Second Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al.* (the "Plan")[2] [Docket No. 713] a list of claims to be purchased by the First Lien Lenders under the Plan (the "Claims Purchase Schedule"), which was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised Claims Purchase Schedule that supersedes the Claims Purchase Schedule, previously served upon you. Also attached hereto, as **Exhibit 2**, is a redline identifying the changes.

**DATED** this 16th day of April, 2010.

**LARSON & STEPHENS**

 */s/ Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Reorganized Debtors

___

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

73203-002\DOCS_SF:70818.1

# EXHIBIT 1

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| RDD | S | Redburn Tire Company | | | | **9.78** | 9.78 | |
| RDD | 50 AS | Embarq Communications, Inc | | 18.97 | | **18.97** | 18.97 | |
| RHA | S | Valley Pioneers Water | | | | **43.70** | 43.70 | |
| RR INC. | S | Morgan Grimshaw | | | | **80.81** | 80.81 | |
| RR INC. | S | Color Gamut Digital Imaging | | | | **91.59** | 91.59 | |
| RHA | 1 | MOHAVE ELECTRIC COOPERATIVE, INC. | | 92.60 | | **92.60** | 92.60 | |
| RDD | S | Retail Association of Nevada | | | | **100.00** | 100.00 | |
| Tuscany Golf | S | Grainger | | | | **101.07** | 101.07 | |
| RHA | 23 | MOHAVE COUNTY | | 110.00 | | **110.00** | 110.00 | |
| Tuscany Golf | AS | DS Water/Sparkletts | | | | **116.37** | 116.37 | |
| Gung-Ho | 3 | Apple Exterminating Inc | | 129.78 | | **129.78** | 129.78 | |
| RDD | S | Mercury Reprographics | | | | **133.61** | 133.61 | |
| RDD | S | Jackpot Sanitation Services | | | | **137.50** | 137.50 | |
| Tuscany IV | S | Performance Plus Engineering | | | | **139.00** | 139.00 | |
| RDD | S | Koch & Scow, LLC | | | | **147.50** | 147.50 | |
| Tuscany Golf | S | Great Buns Bakery | | | | **165.70** | 165.70 | |
| Tuscany Golf | 4 | SUNRISE FIRE INC. | | 170.00 | | **170.00** | 170.00 | |
| RRGP | S | Surface Specialists of Nevada | | | | **175.00** | 175.00 | |
| RRGP | S | B & F Construction Inc. | | | | **180.00** | 180.00 | |
| Parcel 20 | S | Sparklett's Drinking Wat | | | | **182.39** | 182.39 | |
| RDD | 4 | STEVEN ENTERPRISES, INC. | | 187.83 | | **187.83** | 187.83 | |
| RDD | AS | JS Pest Control | | | | **195.00** | 195.00 | |
| RDD | S | French Bouquet Flower Sh | | | | **220.89** | 220.89 | |
| C & J | S | Professional Document Products | | | | **223.13** | 223.13 | |
| RDD | S | Siemens Bldg Technologies, Inc | | | | **240.00** | 240.00 | |
| Tuscany Golf | S | Smith & Tweed | | | | **247.41** | 247.41 | |
| RDD | S | Jobing.com | | | | **249.00** | 249.00 | |
| RDD | S | Insight | | | | **256.43** | 256.43 | |
| RR INC. | S | Salestraq | | | | **257.52** | 257.52 | |
| RDD | S | John Prlina | | | | **268.86** | 268.86 | |
| Tuscany Golf | AS | Tobacco Leaf | | | | **273.84** | 273.84 | |
| Rhodes Co | 39 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | | 285.98 | | **285.98** | 285.98 | |
| Parcel 20 | S | Valley Air Conditioning Inc. | | | | **295.00** | 295.00 | |
| RR GOLF | 5 | MANUFACTURERS' NEWS, INC | | 298.00 | | **298.00** | 298.00 | |
| TRIBES | 2 | ACCURATE BUILDING | | 325.00 | | **325.00** | 325.00 | |

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| | | MAINTENANCE LLC | | | | | | |
| RRGP | AS | Western Sign & Flag Inc | | | | **327.44** | 327.44 | |
| RDD | 55 | FEDEX CUSTOMER INFORMATION SERVICE | | 340.19 | | **340.19** | 340.19 | |
| Tuscany II | 2 | Clark County Treasurer | | 347.96 | | **347.96** | 347.96 | |
| Tuscany | S | New Crete LLC | | | | **399.20** | 399.20 | |
| RDD | S | Reel Sound | | | | **431.25** | 431.25 | |
| RDD | 101 | A AFFORDABLE STRIPING & SEALING LLC | | 449.50 | | **449.50** | 449.50 | |
| Tuscany Golf | AS | Sysco Food | | | | **469.59** | 469.59 | |
| Tuscany Golf | S | National Advertising & Publishing Inc | | | | **469.95** | 469.95 | |
| Parcel 20 | S | Orkin Pest Control | | | | **474.00** | 474.00 | |
| Rhodes Co | 36 | SAFETY RAILS OF NEVADA, INC | | 490.00 | | **490.00** | 490.00 | |
| RDD | 46 | DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA | | 505.00 | | **505.00** | 505.00 | |
| RR INC. | S | Realty West Inc. | | | | **525.00** | 525.00 | |
| RDD | 33 AS | GEO TEK, INC. | | 527.00 | | **527.00** | 527.00 | |
| RRGP | S | Sterling Nevada, LLC | | | | **574.70** | 574.70 | |
| RDD | S | Modular Space Corporation | | | | **598.27** | 598.27 | |
| Rhodes Co | 4 | A COMPANY, INC | | 600.00 | | **600.00** | 600.00 | |
| RDD | AS | K. Brinkerhoff Enterprises | | | | **600.00** | 600.00 | |
| Heritage Land | 4 | SOUTHWEST GAS CORPORATION | | 604.90 | | **604.90** | 604.90 | |
| RDD | S | All American Carpet Care | | | | **633.08** | 633.08 | |
| Tuscany Golf | AS | Prestige Flag | | | | **643.72** | 643.72 | |
| Tuscany III | S | Quality Cabinets of Nevada | | | | **663.20** | 663.20 | |
| Tuscany Golf | AS | Turf Tech | | | | **791.96** | 791.96 | |
| Tuscany Golf | 2 | PAR 3 LANDSCAPE & MAINTENANCE, INC. | | 815.00 | | **815.00** | 815.00 | |
| Tuscany Golf | AS | Helena Chemical Co. | | | | **818.90** | 818.90 | |
| Tuscany Golf | 5 | ACUSHNET COMPANY | | 828.85 | | **828.85** | 828.85 | |
| Tuscany Golf | 1 | THE TIBERTI COMPANY | | 830.00 | | **830.00** | 830.00 | |
| RDD | AS | Opportunity Village ARC.INC | | | | **851.40** | 851.40 | |
| RDD | 44 | AR IRON LLC | | 861.60 | | **861.60** | 861.60 | |
| Tuscany IV | S | Silver State Fireplaces | | | | **875.14** | 875.14 | |
| RHA | 8 | UNISOURCE ENERGY | | 978.65 | | **978.65** | 978.65 | |

2

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| | | CORPORATION | | | | | | |
| Tuscany Golf | AS | Straight Down Clothing | | | | **1,011.30** | 1,011.30 | |
| TRIBES | S | Mobile Min, Inc. | | | | **1,025.29** | 1,025.29 | |
| RHA | 9 AS | DON'S OFFICE PRODUCTS | | 1,033.05 | | **1,033.05** | 1,033.05 | |
| Tuscany Golf | S | Greg Norman | | | | **1,058.60** | 1,058.60 | |
| Apache | 9 | PRUDENTIAL OVERALL SUPPLY | | 1,065.00 | | **1,065.00** | 1,065.20 | |
| Tuscany Golf | 3 | SPORTS TURF IRRIGATION | | 1,113.13 | | **1,113.13** | 1,113.13 | |
| RR INC. | S | Quality Impressions | | | | **1,330.18** | 1,330.18 | |
| Tuscany Golf | AS | Ashworth | | | | **1,429.63** | 1,429.63 | |
| RDD | 41 | MSE / ERIK LUNDGAARD | | 1,540.00 | | **1,540.00** | 1,540.00 | |
| RDD | 36 | GRANITE WORLD LTD LLC | | 1,673.00 | | **1,673.00** | 1,673.00 | |
| RDD | S | ABC Locksmith Corp. | | | | **1,730.08** | 1,730.08 | |
| RDD | 25 | LAGUNA GEOSCIENCES, INC. | | 1,788.30 | | **1,788.30** | 1,788.30 | |
| Rhodes Co | 11 | CVEC, Inc. | | 1,807.88 | | **1,807.88** | 1,807.88 | |
| Rhodes Co | 74 | Capitol North American | | 1,852.10 | | **1,852.10** | 1,852.10 | |
| RDD | 12 | Dean & Dunn Roofing | | 1,895.00 | | **1,895.00** | 1,895.00 | |
| Parcel 20 | AS | WestCor Construction | | | | **2,062.00** | 2,062.00 | |
| RDD | 29 | ROADSAFE TRAFFIC SYSTEMS INC | | 2,097.33 | | **2,097.33** | 2,097.93 | |
| RHA | 6 | GUY EVANS CONTRACTOR SERVICES | | 2,130.00 | | **2,130.00** | 2,130.00 | |
| Parcel 20 | AS | Andrade's Cleaning Co. | | | | **2,173.48** | 2,173.48 | |
| RDD | S | TelePacific Communications | | | | **2,217.80** | 2,217.80 | |
| Rhodes Co | 38 | Lamps Plus Centennial | | 2,241.00 | | **2,241.00** | 2,241.00 | |
| RR INC. | AS | Greenspun Media Group | | | | **2,326.00** | 2,326.00 | |
| Rhodes Co | 20 | IKON OFFICE SOLUTIONS | | 2,400.13 | | **2,400.13** | 2,400.13 | |
| RDD | 10 | DAN BRADLEY GLASS SHOP, INC. | | 2,416.68 | | **2,416.68** | 2,416.68 | |
| Tuscany Golf | 12 | BROADBENT & ASSOCIATES, INC. | | 2,562.10 | | **2,562.10** | 2,562.10 | |
| Rhodes Co | 65 | SURFACE SOLUTIONS | | 2,575.00 | | **2,575.00** | 2,575.00 | |
| Rhodes Co | 8 | OFFICE DEPOT | | 2,666.88 | | **2,666.88** | 2,666.88 | |
| | 3, 1 | Environmental Management | | 2,700.00 | | **2,700.00** | 2,700.00 | |
| RRGP | AS | Intrepid Iron, Inc. | | | | **2,730.00** | 2,730.00 | |
| RDD | S | Accountants, Inc. | | | | **2,788.00** | 2,788.00 | |

3

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| Tuscany | S | Quality Interiors, Inc | | | | **2,846.44** | 2,846.44 | |
| RDD | S | Home Depot | | | | **2,885.95** | 2,885.95 | |
| RDD | 40 | TEKSYSTEMS, INC. | | 2,891.00 | | **2,891.00** | 2,891.00 | |
| Tuscany Golf | AS | Nike Golf | | | | **3,111.98** | 3,111.98 | |
| RDD | 16 | LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BLAKE (FKA Lee & Russell) | | 3,328.42 | | **3,328.42** | 3,328.42 | |
| RRGP | S | Gesco NV | | | | **3,500.00** | 3,500.00 | |
| Rhodes Co | 29 | EAGLE PAINTING & DRYWALL | | 3,595.00 | | **3,595.00** | 3,595.00 | |
| RDD | 1 AS | MILGARD MANUFACTURING, INC. | | 3,800.40 | | **3,800.40** | 3,800.18 | |
| RRGP | 19 | SUNRISE MECHANICAL, INC | | 4,036.55 | | **4,036.55** | 4,036.55 | |
| RR INC. | AS | Las Vegas Billboards | | | | **4,500.00** | 4,500.00 | |
| RDD | 137 | SAN GABRIEL CONSTRUCTION | | 4,926.40 | | **4,926.40** | 4,926.40 | |
| Parcel 20 | AS | The Masonry Group Nevada, Inc. | | | | **5,229.50** | 5,229.50 | |
| RDD | 108 | IOVINO MASONRY | | 5,538.60 | | **5,538.60** | 5,538.60 | |
| RDD | S | Wallace Morris Surveying, Inc. | | | | **5,620.25** | 5,620.25 | |
| | 3, 1, 1,1 | CUSTOM HEARTH DISTRIBUTORS | | 5,649.95 | | **5,649.95** | 5,649.95 | |
| RDD | 132 | WILMAR CONTRACTING, INC. | | 5,688.00 | | **5,688.00** | 5,688.00 | |
| Rhodes Co | 5 | DEVELOPMENT PLANNING & FINANCING GROUP, INC. | | 6,697.13 | | **6,697.13** | 6,697.13 | |
| RRGP | 34 | DEL GROSSO FLOOR COVERING, INC. | | 7,222.02 | | **7,222.02** | 7,222.02 | |
| Tuscany II | AS | Silver State Specialties, LLC | | | | **7,282.12** | 7,282.12 | |
| Gung-Ho | 2 | MENDENHALL SMITH | | 7,317.50 | | **7,317.50** | 7,317.50 | |
| RDD | 15 AS | SILVER STATE BUILDER SERVICES, LLC | | 7,440.78 | | **7,440.78** | 7,440.78 | |
| Rhodes Co | 19 | CM PAINTING INC. | | 7,445.00 | | **7,445.00** | 7,445.00 | |
| Rhodes Co | 21 AS | DYNAMIC HEATING & AIR OF NEVADA, INC. | | 7,744.90 | | **7,744.90** | 7,744.90 | |
| RHA | 7 AS | UNISOURCE ENERGY CORPORATION | | 7,906.91 | | **7,906.91** | 7,906.91 | |
| RDD | S | Landscape Services, Inc. | | | | **8,545.00** | 8,545.00 | |
| Rhodes Co | 2 | Energy Inspectors (WredCo) | | 8,725.00 | | **8,725.00** | 8,725.00 | |
| RDD | 13 | QUALITY WOOD PRODUCTS LTD | | 10,665.65 | | **10,665.65** | 10,665.55 | |
| Rhodes Co | 66 | APPLE MASONRY, INC. | | 11,030.00 | | **11,030.00** | 11,030.00 | |
| RDD | 51 AS | ATRIUM DOORS & WINDOWS OF ARIZONA | | 11,179.50 | | **11,179.50** | 11,179.50 | |

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| | | Frank Rodriquez Services, Inc. | | | | **11,223.75** | 11,223.75 | |
| RRGP | AS | M S Concrete, Inc. | | | | **11,599.20** | 11,599.20 | |
| RDD | 99 | Slater Hanifan Group | | 11,885.20 | | **11,885.20** | 11,885.20 | |
| Parcel 20 | S | Rise & Run, Inc. | | | | **11,948.64** | 11,948.64 | |
| Rhodes Co | 1 | Las Vegas Review Journal | | 12,001.05 | | **12,001.05** | 12,001.05 | |
| RRGP | S | American Asphalt & Grading Co. | | | | **17,876.08** | 17,876.08 | |
| RDD | 43 | CABINET WEST DISTRIBUTORS | | 21,378.66 | | **21,378.66** | 21,378.66 | |
| RDD | 130 | RCR PLUMBING AND MECHANICAL, INC. | | 21,413.00 | | **21,413.00** | 21,413.00 | |
| | 8, 18 | WALL CONSTRUCTORS, INC | | 24,531.24 | | **24,531.24** | 24,531.24 | |
| RHA | S | Bancroft, Susa & Galloway | | | | **25,121.24** | 25,121.24 | |
| Rhodes Co | 26 | CONEX INTERNATIONAL | | 25,283.85 | | **25,283.85** | 25,283.85 | |
| Rhodes Co | 32 | DOUBLE A ELECTRIC, LLC | | 25,511.63 | | **25,511.63** | 25,511.63 | |
| RDD | 39 AS | DR DRYWALL & PAINT TOO, LLC | | 27,446.00 | | **27,446.00** | 27,446.00 | |
| Rhodes Co | 22 | KYLE MOYER & COMPANY | | 30,000.00 | | **30,000.00** | 30,000.00 | |
| RRGP | 15, 31 | M & M ELECTRIC, INC | | 30,272.00 | | **30,272.00** | 30,272.00 | |
| Tuscany | 12, 131 | CHAVEZ CONSTRUCTION CLEAN UP | | 34,344.26 | | **34,344.26** | 34,344.26 | |
| RDD | 100AS | AMERICAN SOILS ENGINEERING | | 37,743.00 | | **37,743.00** | 37,743.00 | |
| | 34, 5, 6, 13 | INTERSTATE PLUMBING & AIR CONDITIONING, LLC | | 46,931.93 | | **46,931.93** | 46,931.93 | |
| RDD | 28 | SOUTHWEST CONSULTING GROUP | | 49,017.50 | | **49,017.50** | 49,017.50 | |
| RDD | 125 | BAIRD, WILLIAMS & GREER, LLP | | 51,357.48 | | **51,357.48** | 51,357.48 | |
| RDD | 102A | Westar Kitchen & Bath, LLC | | 59,471.09 | | **59,471.09** | 59,471.09 | |
| Rhodes Co | 63 | K.H. LANDSCAPING | | 114,049.50 | | **114,049.50** | 114,049.50 | |
| RDD | 14 | ENVISION CONCRETE, LLC | | 139,788.87 | | **139,788.87** | 139,788.87 | |
| Rhodes Co | 64 | INTERIOR SPECIALISTS, INC. | | 76,674.94 | | **76,674.94** | 76,674.94 | |
| Tuscany Golf | AS | US Foodservice | | | | **116.68** | 116.68 | |
| Tuscany Golf | AS | National City Golf Finance | | | | **7,805.12** | 7,805.12 | |
| Tuscany Golf | AS | Nevada House of Hose | | | | **487.08** | 487.08 | |
| RHA | AS | Golden Triangle Development | | | | **500.00** | 500.00 | |
| RR GOLF | 18 AS | NEVADA LINEN SUPPLY | | 594.75 | | **594.75** | 594.75 | |
| RHA | S | Bowman & Brook, LLP | | | | **1,400.00** | 1,400.00 | |

5

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| TRIBES | 3 | QUALCOMM INCORPORATED | | 1,500.00 | | **1,500.00** | 1,500.00 | |
| Tuscany Golf | 19 | CALLAWAY GOLF COMPANY | | 2,088.26 | | **2,088.26** | 2,088.26 | |
| RHA | S | Gordon & Rees LLP | | | | **2,280.00** | 2,280.00 | |
| RDD | 37, 38 | AIR QUALITY SERVICES OF NEVADA | | 12,502.25 | | **12,502.25** | 12,502.25 | |
| RHA | S | Tait & Associates, Inc. | | | | **26,820.00** | 26,820.00 | |
| Rhodes Co | 58 | CHARLES K. MOSLEY | | 55,000.00 | | **55,000.00** | 55,000.00 | |
| Tuscany II | 9 | CABINETEC, INC | | 125.00 | | **125.00** | 125.00 | |
| Tuscany | 7 | TOWER BUILDERS LLC | | 540.40 | | **540.40** | 540.00 | |
| Tuscany IV | 2, 4 | WILLIS ROOF CONSULTING, INC. | | 2,616.80 | | **2,616.80** | 2,616.80 | |
| RRGP | S | Red Rock Mechanical, LLC | | | | **4,124.00** | 4,124.00 | |
| RRGP | S | Skyline Insulation, Inc. | | | | **4,560.10** | 4,560.10 | |
| RDD | AS | B.D. Trim | | | | **11,071.02** | 11,071.02 | |
| Tuscany | 13 | CABINETEC, INC | | 17,528.88 | | **17,528.88** | 17,528.88 | |
| RRGP | 35 | CABINETEC, INC | | 52,374.36 | | **52,374.36** | 52,374.36 | |
| RRI | 4 | Central Telephone Company-Nevada | | 221.30 | | **221.30** | 210.50 | X |
| RHA | 11 | Central Telephone Company-Nevada | | 223.86 | | **223.86** | 0.00 | X |
| RDD | 49 | Central Telephone Company-Nevada | | 2,310.53 | | **2,310.53** | 164.03 | X |
| RDD | 11 AS | G.C. WALLACE, INC. | | 208,309.51 | | **208,309.51** | 0.00 | X |
| Rhodes Co | 59 | Southwest Iron Works, LLC | | 219,963.52 | | **219,963.52** | 0.00 | X |

6

# EXHIBIT 2

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| RDD | S | Redburn Tire Company | | | | 0.00 9.78 | 9.78 | |
| RDD | 50 AS | Embarq Communications, Inc | | 18.97 | | **18.97** | 18.97 | |
| cany Golf | S | Golf Ventures West | | | | 0.00 | 30.00 | |
| RHA | S | Valley Pioneers Water | | | | 0.00 43.70 | 43.70 | |
| RR INC. | S | Morgan Grimshaw | | | | 0.00 80.81 | 80.81 | |
| cany II | 3 | DESERT PLASTERING LLC | | 90.00 | | 90.00 | 90.00 | |
| RR INC. | S | Color Gamut Digital Imaging | | | | 0.00 91.59 | 91.59 | |
| RHA | 1 | MOHAVE ELECTRIC COOPERATIVE, INC. | | 92.60 | | **92.60** | 92.60 | |
| RDD | S | Retail Association of Nevada | | | | 0.00 100.00 | 100.00 | |
| Tuscany Golf | S | Grainger | | | | 0.00 101.07 | 101.07 | |
| RHA | 23 | MOHAVE COUNTY | | 110.00 | | **110.00** | 110.00 | |
| Tuscany Golf | AS | DS Water/Sparkletts | | | | 0.00 116.37 | 116.37 | |
| cany Golf | AS | US Foodservice | | | | 0.00 | 116.68 | |
| cany II | 9 | CABINETEC, INC | | 125.00 | | 125.00 | 125.00 | |
| Gung-Ho | 3 | Apple Exterminating Inc | | 129.78 | | **129.78** | 129.78 | |
| RDD | S | Mercury Reprographics | | | | 0.00 133.61 | 133.61 | |
| RDD | S | Jackpot Sanitation Services | | | | 0.00 137.50 | 137.50 | |
| Tuscany IV | S | Performance Plus Engineering | | | | 0.00 139.00 | 139.00 | |
| RDD | S | Koch & Scow, LLC | | | | 0.00 147.50 | 147.50 | |
| Tuscany Golf | S | Great Buns Bakery | | | | 0.00 165.70 | 165.70 | |
| Tuscany Golf | 4 | SUNRISE FIRE INC. | | 170.00 | | **170.00** | 170.00 | |
| RRGP | S | Surface Specialists of Nevada | | | | 0.00 175.00 | 175.00 | |
| RRGP | S | B & F Construction Inc. | | | | 0.00 180.00 | 180.00 | |
| Parcel 20 | S | Sparklett's Drinking Wat | | | | 0.00 182.39 | 182.39 | |
| RDD | 4 | STEVEN ENTERPRISES, INC. | | 187.83 | | **187.83** | 187.83 | |
| RDD | AS | JS Pest Control | | | | 0.00 195.00 | 195.00 | |
| RDD | S | French Bouquet Flower Sh | | | | 0.00 220.89 | 220.89 | |
| C & J | S | Professional Document Products | | | | 0.00 223.13 | 223.13 | |
| A | 11 | Central Telephone Company- Nevada | | 223.86 | | 223.86 | 223.86 | |
| RDD | S | Siemens Bldg Technologies, Inc | | | | 0.00 240.00 | 240.00 | |
| Tuscany Golf | S | Smith & Tweed | | | | 0.00 247.41 | 247.41 | |
| RDD | S | Jobing.com | | | | 0.00 249.00 | 249.00 | |
| RDD | S | Insight | | | | 0.00 256.43 | 256.43 | |
| RR INC. | S | Salestraq | | | | 0.00 257.52 | 257.52 | |
| RDD | S | John Prlina | | | | 0.00 268.86 | 268.86 | |
| Tuscany Golf | AS | Tobacco Leaf | | | | 0.00 273.84 | 273.84 | |
| Rhodes | 39 | AMERICAN EXPRESS | | 285.98 | | **285.98** | 285.98 | |

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| Co | | TRAVEL RELATED SERVICES CO INC | | | | | | |
| Parcel 20 | S | Valley Air Conditioning Inc. | | | | 0.00 295.00 | 295.00 | |
| RR GOLF | 5 | MANUFACTURERS' NEWS, INC | | 298.00 | | **298.00** | 298.00 | |
| TRIBES | 2 | ACCURATE BUILDING MAINTENANCE LLC | | 325.00 | | **325.00** | 325.00 | |
| RRGP | AS | Western Sign & Flag Inc | | | | 0.00 327.44 | 327.44 | |
| ~~D~~ | ~~S~~ | ~~Rapid Refill Ink~~ | | | | ~~0.00~~ | ~~328.59~~ | |
| ~~cany Golf~~ | ~~AS~~ | ~~Travis Mathew App~~ | | | | ~~0.00~~ | ~~330.00~~ | |
| RDD | 55 | FEDEX CUSTOMER INFORMATION SERVICE | | 340.19 | | **340.19** | 340.19 | |
| Tuscany II | 2 | Clark County Treasurer | | 347.96 | | **347.96** | 347.96 | |
| Tuscany | S | New Crete LLC | | | | 0.00 399.20 | 399.20 | |
| RDD | S | Reel Sound | | | | 0.00 431.25 | 431.25 | |
| RDD | 101 | A AFFORDABLE STRIPING & SEALING LLC | | 449.50 | | **449.50** | 449.50 | |
| Tuscany Golf | AS | Sysco Food | | | | 0.00 469.59 | 469.59 | |
| Tuscany Golf | S | National Advertising & Publishing Inc | | | | 0.00 469.95 | 469.95 | |
| Parcel 20 | S | Orkin Pest Control | | | | 0.00 474.00 | 474.00 | |
| ~~cany Golf~~ | ~~AS~~ | ~~Nevada House of Hose~~ | | | | ~~0.00~~ | ~~487.08~~ | |
| Rhodes Co | 36 | SAFETY RAILS OF NEVADA, INC | | 490.00 | | **490.00** | 490.00 | |
| ~~A~~ | ~~AS~~ | ~~Golden Triangle Development~~ | | | | ~~0.00~~ | ~~500.00~~ | |
| RDD | 46 | DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA | | 505.00 | | **505.00** | 505.00 | |
| RR INC. | S | Realty West Inc. | | | | 0.00 525.00 | 525.00 | |
| RDD | 33 AS | GEO TEK, INC. | | 527.00 | | **527.00** | 527.00 | |
| ~~cany~~ | ~~7~~ | ~~TOWER BUILDERS LLC~~ | ~~540.40~~ | | | ~~540.40~~ | ~~540.00~~ | |
| RRGP | S | Sterling Nevada, LLC | | | | 0.00 574.70 | 574.70 | |
| ~~GOLF~~ | ~~18 AS~~ | ~~NEVADA LINEN SUPPLY~~ | | ~~594.75~~ | | ~~594.75~~ | ~~594.75~~ | |
| RDD | S | Modular Space Corporation | | | | 0.00 598.27 | 598.27 | |
| Rhodes Co | 4 | A COMPANY, INC | | 600.00 | | **600.00** | 600.00 | |
| RDD | AS | K. Brinkerhoff Enterprises | | | | 0.00 600.00 | 600.00 | |
| Heritage Land | 4 | SOUTHWEST GAS CORPORATION | | 604.90 | | **604.90** | 604.90 | |
| RDD | S | All American Carpet Care | | | | 0.00 633.08 | 633.08 | |
| Tuscany Golf | AS | Prestige Flag | | | | 0.00 643.72 | 643.72 | |
| Tuscany III | S | Quality Cabinets of Nevada | | | | 0.00 663.20 | 663.20 | |
| Tuscany Golf | AS | Turf Tech | | | | 0.00 791.96 | 791.96 | |
| Tuscany | 2 | PAR 3 LANDSCAPE & | | 815.00 | | **815.00** | 815.00 | |

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| Tuscany Golf | | MAINTENANCE, INC. | | | | | | |
| Tuscany Golf | AS | Helena Chemical Co. | | | | 0.00**818.90** | 818.90 | |
| Tuscany Golf | 5 | ACUSHNET COMPANY | | 828.85 | | **828.85** | 828.85 | |
| Tuscany Golf | 1 | THE TIBERTI COMPANY | | 830.00 | | **830.00** | 830.00 | |
| RDD | AS | Opportunity Village ARC.INC | | | | 0.00**851.40** | 851.40 | |
| RDD | 44 | AR IRON LLC | | 861.60 | | **861.60** | 861.60 | |
| Tuscany IV | S | Silver State Fireplaces | | | | 0.00**875.14** | 875.14 | |
| RHA | 8 | UNISOURCE ENERGY CORPORATION | | 978.65 | | **978.65** | 978.65 | |
| Tuscany Golf | AS | Straight Down Clothing | | | | 0.00**1,011.30** | 1,011.30 | |
| TRIBES | S | Mobile Mini, Inc. | | | | 0.00**1,025.29** | 1,025.29 | |
| RHA | 9 AS | DON'S OFFICE PRODUCTS | | 1,033.05 | | **1,033.05** | 1,033.05 | |
| Tuscany Golf | S | Greg Norman | | | | 0.00**1,058.60** | 1,058.60 | |
| Apache | 9 | PRUDENTIAL OVERALL SUPPLY | | 1,065.00 | | **1,065.00** | 1,065.20 | |
| Tuscany Golf | 3 | SPORTS TURF IRRIGATION | | 1,113.13 | | **1,113.13** | 1,113.13 | |
| ~~ache~~ | ~~9~~ | ~~PRUDENTIAL OVERALL SUPPLY~~ | | ~~1,251.23~~ | | ~~1,251.23~~ | ~~1,251.23~~ | |
| RR INC. | S | Quality Impressions | | | | 0.00**1,330.18** | 1,330.18 | |
| ~~D~~ | ~~44~~ | ~~AR IRON LLC~~ | | ~~1,361.60~~ | | ~~1,361.60~~ | ~~1,361.60~~ | |
| ~~A~~ | ~~S~~ | ~~Bowman & Brook, LLP~~ | | | | ~~0.00~~ | ~~1,400.00~~ | |
| Tuscany Golf | AS | Ashworth | | | | 0.00**1,429.63** | 1,429.63 | |
| RDD | 41 | MSE / ERIK LUNDGAARD | | 1,540.00 | | **1,540.00** | 1,540.00 | |
| RDD | 36 | GRANITE WORLD LTD LLC | | 1,673.00 | | **1,673.00** | 1,673.00 | |
| RDD | S | ABC Locksmith Corp. | | | | 0.00**1,730.08** | 1,730.08 | |
| RDD | 25 | LAGUNA GEOSCIENCES, INC. | | 1,788.30 | | **1,788.30** | 1,788.30 | |
| Rhodes Co | 11 | CVEC, Inc. | | 1,807.88 | | **1,807.88** | 1,807.88 | |
| Rhodes Co | 74 | Capitol North American | | 1,852.10 | | **1,852.10** | 1,852.10 | |
| RDD | 12 | Dean & Dunn Roofing | | 1,895.00 | | **1,895.00** | 1,895.00 | |
| Parcel 20 | AS | WestCor Construction | | | | 0.00**2,062.00** | 2,062.00 | |
| ~~cany Golf~~ | ~~19~~ | ~~CALLAWAY GOLF COMPANY~~ | | ~~2,088.26~~ | | ~~2,088.26~~ | ~~2,088.26~~ | |
| RDD | 29 | ROADSAFE TRAFFIC SYSTEMS INC | | 2,097.33 | | **2,097.33** | 2,097.93 | |
| RHA | 6 | GUY EVANS CONTRACTOR | | 2,130.00 | | **2,130.00** | 2,130.00 | |

3

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| | | SERVICES | | | | | | |
| Parcel 20 | AS | Andrade's Cleaning Co. | | | | 0.002,173.48 | 2,173.48 | |
| RDD | S | TelePacific Communications | | | | 0.002,217.80 | 2,217.80 | |
| Rhodes Co | 38 | Lamps Plus Centennial | | 2,241.00 | | **2,241.00** | 2,241.00 | |
| A | S | Gordon & Rees LLP | | | | 0.00 | 2,280.00 | |
| RR INC. | AS | Greenspun Media Group | | | | 0.002,326.00 | 2,326.00 | |
| Rhodes Co | 20 | IKON OFFICE SOLUTIONS | | 2,400.13 | | **2,400.13** | 2,400.13 | |
| RDD | 10 | DAN BRADLEY GLASS SHOP, INC. | | 2,416.68 | | **2,416.68** | 2,416.68 | |
| Tuscany Golf | 12 | BROADBENT & ASSOCIATES, INC. | | 2,562.10 | | **2,562.10** | 2,562.10 | |
| Rhodes Co | 65 | SURFACE SOLUTIONS | | 2,575.00 | | **2,575.00** | 2,575.00 | |
| cany IV | 2, 4 | WILLIS ROOF CONSULTING, INC. | | 2,616.80 | | **2,616.80** | 2,616.80 | |
| Rhodes Co | 8 | OFFICE DEPOT | | 2,666.88 | | **2,666.88** | 2,666.88 | |
| | 3, 1 | Environmental Management | | 2,700.00 | | **2,700.00** | 2,700.00 | |
| RRGP | AS | Intrepid Iron, Inc. | | | | 0.002,730.00 | 2,730.00 | |
| RDD | S | Accountants, Inc. | | | | 0.002,788.00 | 2,788.00 | |
| Tuscany | S | Quality Interiors, Inc | | | | 0.002,846.44 | 2,864.442,846.44 | |
| RDD | S | Home Depot | | | | 0.002,885.95 | 2,885.95 | |
| RDD | 40 | TEKSYSTEMS, INC. | | 2,891.00 | | **2,891.00** | 2,891.00 | |
| Tuscany Golf | AS | Nike Golf | | | | 0.003,111.98 | 3,111.98 | |
| RDD | 16 | LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BLAKE (FKA Lee & Russell) | | 3,328.42 | | **3,328.42** | 3,328.42 | |
| RRGP | S | Gesco NV | | | | 0.003,500.00 | 3,500.00 | |
| Rhodes Co | 29 | EAGLE PAINTING & DRYWALL | | 3,595.00 | | **3,595.00** | 3,595.00 | |
| RDD | 1 AS | MILGARD MANUFACTURING, INC. | | 3,800.40 | | **3,800.40** | 3,800.18 | |
| RRGP | 19 | SUNRISE MECHANICAL, INC | | 4,036.55 | | **4,036.55** | 4,036.55 | |
| GP | S | Red Rock Mechanical, LLC | | | | 0.00 | 4,124.00 | |
| RR INC. | AS | Las Vegas Billboards | | | | 0.004,500.00 | 4,500.00 | |
| GP | S | Skyline Insulation, Inc. | | | | 0.00 | 4,560.10 | |
| RDD | 137 | SAN GABRIEL | 3,725.52 | 1,200.884,92 | | **4,926.40** | 4,926.40 | |

4

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| | | CONSTRUCTION | | 6.40 | | | | |
| Parcel 20 | AS | The Masonry Group Nevada, Inc. | | | | 0.005,229.50 | 5,229.50 | |
| RDD | 108 | IOVINO MASONRY | | 5,538.60 | | 5,538.60 | 5,538.60 | |
| RDD | S | Wallace Morris Surveying, Inc. | | | | 0.005,620.25 | 5,620.25 | |
| | 3, 1, 1,1 | CUSTOM HEARTH DISTRIBUTORS | | 5,649.95 | | 5,649.95 | 5,649.95 | |
| RDD | 132 | WILMAR CONTRACTING, INC. | | 5,688.00 | | 5,688.00 | 5,688.00 | |
| Rhodes Co | 5 | DEVELOPMENT PLANNING & FINANCING GROUP, INC. | | 6,697.13 | | 6,697.13 | 6,697.13 | |
| RRGP | 34 | DEL GROSSO FLOOR COVERING, INC. | | 7,222.02 | | 7,222.02 | 7,222.02 | |
| Tuscany II | AS | Silver State Specialties, LLC | | | | 0.007,282.12 | 7,282.12 | |
| Gung-Ho | 2 | MENDENHALL SMITH | | 7,317.50 | | 7,317.50 | 7,317.50 | |
| RDD | 15 AS | SILVER STATE BUILDER SERVICES, LLC | | 7,440.78 | | 7,440.78 | 7,440.78 | |
| Rhodes Co | 19 | CM PAINTING INC. | | 7,445.00 | | 7,445.00 | 7,445.00 | |
| Rhodes Co | 21 AS | DYNAMIC HEATING & AIR OF NEVADA, INC. | | 7,744.90 | | 7,744.90 | 7,744.90 | |
| ~~cany Golf~~ | ~~AS~~ | ~~National City Golf Finance~~ | | | | ~~0.00~~ | ~~7,805.12~~ | |
| RHA | 7 AS | UNISOURCE ENERGY CORPORATION | | 3,229.027,906.91 | 4,677.89 | 7,906.91 | 7,906.91 | |
| RDD | S | Landscape Services, Inc. | | | | 0.008,545.00 | 8,545.00 | |
| Rhodes Co | 2 | Energy Inspectors (WredCo) | | 8,725.00 | | 8,725.00 | 8,725.00 | |
| ~~GP~~ | ~~AS~~ | ~~Triton Grading & Paving LLC~~ | | | | ~~0.00~~ | ~~9,582.95~~ | |
| ~~cel 20~~ | ~~S~~ | ~~Bravo Underground, Inc.~~ | | | | ~~0.00~~ | ~~9,924.65~~ | |
| RDD | 13 | QUALITY WOOD PRODUCTS LTD | | 10,665.65 | | 10,665.65 | 10,665.55 | |
| Rhodes Co | 66 | APPLE MASONRY, INC. | | 11,030.00 | | 11,030.00 | 11,030.00 | |
| ~~D~~ | ~~AS~~ | ~~B.D. Trim~~ | | | | ~~0.00~~ | ~~11,071.02~~ | |
| RDD | 51 AS | ATRIUM DOORS & WINDOWS OF ARIZONA | | 11,179.50 | | 11,179.50 | 11,179.50 | |
| | | Frank Rodriquez Services, Inc. | | 0.00 | | 0.0011,223.75 | 11,223.75 | |
| RRGP | AS | M S Concrete, Inc. | | | | 0.0011,599.20 | 11,599.20 | |
| RDD | 99 | Slater Hanifan Group | | 11,885.20 | | 11,885.20 | 11,885.20 | |
| Parcel 20 | S | Rise & Run, Inc. | | | | 0.0011,948.64 | 11,948.64 | |
| Rhodes Co | 1 | Las Vegas Review Journal | | 12,001.05 | | 12,001.05 | 12,001.05 | |

5

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| D | 37, 38 | AIR QUALITY SERVICES OF NEVADA | | 12,502.25 | | 12,502.25 | 12,502.25 | |
| cany | 13 | CABINETEC, INC | 12,285.52 | 5,243.36 | | 17,528.88 | 17,528.88 | |
| RRGP | S | American Asphalt & Grading Co. | | | | 0.0017,876.08 | 17,876.08 | |
| D | 99 | Slater Hanifan Group | | 19,977.20 | | 19,977.20 | 19,977.20 | |
| el 20 | S | Bair's Carpet Valley - C | | | | 0.00 | 20,460.58 | |
| RDD | 43 | CABINET WEST DISTRIBUTORS | | 21,378.66 | | **21,378.66** | 21,378.66 | |
| RDD | 130 | RCR PLUMBING AND MECHANICAL, INC. | | 21,413.00 | | **21,413.00** | 21,413.00 | |
| | 8, 18 | WALL CONSTRUCTORS, INC | | 24,531.24 | | **24,531.24** | 24,531.24 | |
| RHA | S | Bancroft, Susa & Galloway | | | | 0.00**25,121.24** | 25,121.24 | |
| Rhodes Co | 26 | CONEX INTERNATIONAL | | 25,283.85 | | **25,283.85** | 25,283.85 | |
| Rhodes Co | 32 | DOUBLE A ELECTRIC, LLC | | 25,511.63 | | **25,511.63** | 25,511.63 | |
| A | S | Tait & Associates, Inc. | | | | 0.00 | 26,820.00 | |
| RDD | 39 AS | DR DRYWALL & PAINT TOO, LLC | | 27,446.00 | | **27,446.00** | 27,446.00 | |
| Rhodes Co | 22 | KYLE MOYER & COMPANY | | 30,000.00 | | **30,000.00** | 30,000.00 | |
| RRGP | 15, 31 | M & M ELECTRIC, INC | | 30,272.00 | | **30,272.00** | 30,272.00 | |
| Tuscany | 12, 131 | CHAVEZ CONSTRUCTION CLEAN UP | | 34,344.26 | | **34,344.26** | 34,344.26 | |
| D | 108 | IOVINO MASONRY | 29,094.24 | 5,538.60 | | 34,632.84 | 34,632.84 | |
| RDD | 100AS | AMERICAN SOILS ENGINEERING | | 37,743.00 | | **37,743.00** | 37,743.00 | |
| | 34, 5, 6, 13 | INTERSTATE PLUMBING & AIR CONDITIONING, LLC | | 46,931.93 | | **46,931.93** | 46,931.93 | |
| RDD | 28 | SOUTHWEST CONSULTING GROUP | | 49,017.50 | | **49,017.50** | 49,017.50 | |
| RDD | 125 | BAIRD, WILLIAMS & GREER, LLP | | 51,357.48 | | **51,357.48** | 51,357.48 | |
| GP | 35 | CABINETEC, INC | 45,445.36 | 6,929.00 | | 52,374.36 | 52,374.36 | |
| RDD | 102A | Westar Kitchen & Bath, LLC | | 59,471.09 | | **59,471.09** | 59,471.09 | |
| odes Co | 64 | INTERIOR SPECIALISTS, INC. | | 76,674.94 | | 76,674.94 | 76,674.94 | |
| Rhodes Co | 63 | K.H. LANDSCAPING | | 114,049.50 | | **114,049.50** | 114,049.50 | |
| Rhodes CoRDD | 7414 | Capitol North AmericanENVISION CONCRETE, LLC | | 2,664.00139,788.87 | | 2,664.00139,788.87 | 0.00139,788.87 | X |
| RDDRhodes Co | 4964 | Central Telephone Company - NevadaINTERIOR SPECIALISTS, INC. | | 2,310.5376,674.94 | | 2,310.5376,674.94 | 0.0076,674.94 | X |
| Tuscany Golf | AS | US Foodservice | | | | **116.68** | 116.68 | |
| Tuscany | AS | National City Golf Finance | | | | **7,805.12** | 7,805.12 | |

6

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| Golf | | | | | | | | |
| Tuscany Golf | AS | Nevada House of Hose | | | | **487.08** | 487.08 | |
| RHA | AS | Golden Triangle Development | | | | **500.00** | 500.00 | |
| RR GOLF | 18 AS | NEVADA LINEN SUPPLY | | 594.75 | | **594.75** | 594.75 | |
| RHA | S | Bowman & Brook, LLP | | | | **1,400.00** | 1,400.00 | |
| TRIBES | 3 | QUALCOMM INCORPORATED | | 1,500.00 | | **1,500.00** | 1,500.00 | |
| Tuscany Golf | 19 | CALLAWAY GOLF COMPANY | | 2,088.26 | | **2,088.26** | 2,088.26 | |
| RHA | S | Gordon & Rees LLP | | | | **2,280.00** | 2,280.00 | |
| RDD | 37, 38 | AIR QUALITY SERVICES OF NEVADA | | 12,502.25 | | **12,502.25** | 12,502.25 | |
| RHA | S | Tait & Associates, Inc. | | | | **26,820.00** | 26,820.00 | |
| Rhodes Co | 58 | CHARLES K. MOSLEY | | ~~61,152.86~~55,000.00 | | **~~61,152.86~~55,000.00** | ~~0.00~~55,000.00 | X |
| ~~nacle~~ | ~~1~~ | ~~FLAGSTAFF LANDSCAPE PRODUCTS INC~~ | | ~~2,335.97~~ | | **~~2,335.97~~** | ~~0.00~~ | ~~X~~ |
| Tuscany II | 9 | CABINETEC, INC | | 125.00 | | **125.00** | 125.00 | |
| Tuscany | 7 | TOWER BUILDERS LLC | | 540.40 | | **540.40** | 540.00 | |
| Tuscany IV | 2, 4 | WILLIS ROOF CONSULTING, INC. | | 2,616.80 | | **2,616.80** | 2,616.80 | |
| RRGP | S | Red Rock Mechanical, LLC | | | | **4,124.00** | 4,124.00 | |
| RRGP | S | Skyline Insulation, Inc. | | | | **4,560.10** | 4,560.10 | |
| RDD | AS | B.D. Trim | | | | **11,071.02** | 11,071.02 | |
| Tuscany | 13 | CABINETEC, INC | | 17,528.88 | | **17,528.88** | 17,528.88 | |
| RRGP | 35 | CABINETEC, INC | | 52,374.36 | | **52,374.36** | 52,374.36 | |
| RRI | 4 | Central Telephone Company-Nevada | | 221.30 | | **221.30** | 210.50 | X |
| RHA | 11 | Central Telephone Company-Nevada | | 223.86 | | **223.86** | 0.00 | X |
| RDD | 49 | Central Telephone Company-Nevada | | 2,310.53 | | **2,310.53** | 164.03 | X |
| RDD | 11 AS | G.C. WALLACE, INC. | | 208,309.51 | | **208,309.51** | 0.00 | X |
| ~~D~~ | ~~110~~ | ~~Integrity Masonry, Inc~~ | | ~~104,677.65~~ | | **~~104,677.65~~** | ~~0.00~~ | ~~X~~ |
| ~~odes Co~~ | ~~22~~ | ~~KYLE MOYER & COMPANY~~ | | ~~34,104.74~~ | | **~~34,104.74~~** | ~~0.00~~ | ~~X~~ |
| ~~odes Co~~ | ~~8~~ | ~~OFFICE DEPOT~~ | | ~~3,270.88~~ | | **~~3,270.88~~** | ~~0.00~~ | ~~X~~ |
| ~~cany Golf~~ | ~~18~~ | ~~PROLINK SYSTEMS, INC~~ | | ~~1,920.00~~ | | **~~1,920.00~~** | ~~0.00~~ | ~~X~~ |
| ~~BES~~ | ~~3~~ | ~~QUALCOMM INCORPORATED~~ | | ~~6,073.00~~ | | **~~6,073.00~~** | ~~0.00~~ | ~~X~~ |
| ~~D~~ | ~~29~~ | ~~ROADSAFE TRAFFIC SYSTEMS INC~~ | | ~~6,173.00~~ | | **~~6,173.00~~** | ~~0.00~~ | ~~X~~ |
| ~~odes Co~~ | ~~30~~ | ~~SIMPLEX GRINNELL~~ | | ~~4,624.94~~ | | **~~4,624.94~~** | ~~0.00~~ | ~~X~~ |
| ~~D~~ | ~~28~~ | ~~SOUTHWEST CONSULTING GROUP~~ | | ~~49,017.50~~ | | **~~49,017.50~~** | ~~0.00~~ | ~~X~~ |
| ~~odes Co~~ | ~~59~~ | ~~Southwest Iron Works, LLC~~ | | ~~219,963.52~~ | | **~~219,963.52~~** | ~~0.00~~ | ~~X~~ |
| ~~odes Co~~ | ~~35~~ | ~~VERIZON WIRELESS~~ | | ~~8,038.60~~ | ~~264.01~~ | **~~8,302.61~~** | ~~0.00~~ | ~~X~~ |
| ~~D~~ | ~~132~~ | ~~WILMAR CONTRACTING, INC.~~ | | ~~9,191.50~~ | | **~~9,191.50~~** | ~~0.00~~ | ~~X~~ |

7

Claims Purchase Schedule

| Debtor | Claim No. | Claimant | Filed Secured | Filed Unsecured | Filed Priority | Total Filed / Scheduled Claim | Allowed Amount (Claim Purchase Amount) | Disputed |
|---|---|---|---|---|---|---|---|---|
| ~~D~~ | ~~14~~ | ~~ENVISION CONCRETE, LLC~~ | | ~~139,788.87~~ | | ~~139,788.87~~ | ~~119,055.52~~ | ~~X~~ |
| ~~eany~~ | ~~34, 5, 6, 13~~ | ~~INTERSTATE PLUMBING & AIR CONDITIONING, LLC~~ | | ~~76,360.19~~ | | ~~76,360.19~~ | ~~46,931.93~~ | ~~X~~ |
| | | | ~~91,091.04~~ | ~~1,710,006.05~~ | ~~4,941.90~~ | ~~1,806,038.99~~ | ~~1,289,473.63~~ | |
| Rhodes Co | 59 | Southwest Iron Works, LLC | | 219,963.52 | | **219,963.52** | 0.00 | X |

8

Document comparison by Workshare Professional on Wednesday, April 14, 2010 4:53:48 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:/Documents and Settings/pjj/Desktop/Rhodes - original claims purchase list.doc |
| Description | Rhodes - original claims purchase list |
| Document 2 ID | file://C:/Documents and Settings/pjj/Desktop/Rhodes- final claims purchase list.v3.doc |
| Description | Rhodes- final claims purchase list.v3 |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |

| Inserted cell | |
|---|---|
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 285 |
| Deletions | 370 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 655 |