James I. Stang, Esq. (CA Bar No. 94435)                E-File: April 16, 2010
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized Debtors

<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

</div>

| | |
|---|---|
| In re: | Case No. 09-14814 LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | |
| Debtors. | |
| ☒ Affects All Debtors<br>☐ Affects the following Debtors: | |

<div style="text-align:center">

**NOTICE OF FILING OF FINAL CONTRACT ASSUMPTION LIST RE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC , ET AL.**

</div>

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Proper-ties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

<div style="writing-mode:vertical">

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

</div>

# EXHIBIT A

## RHODES ASSUMPTION CONTRACT EXHIBIT

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Toshiba Business Solutions PO Box 3083 Cedar Rapids, IA  52406-3083 | Rhodes Design and Development | FMV Lease Agreement (copiers) | Rhodes Ranch Golf Club | $0.00 |
| Taylor Made Golf Company Inc. d/b/a TaylorMade-adidas Golf Company 5545 Fermi Court Carlsbad, CA  92008 | Rhodes Ranch | Rental Product Agreement (golf equipment) | Rhodes Ranch Golf Club | $0.00 |
| EZGO, A Textron Company 1475 Sampson Avenue Corona, CA  92879 National City Commercial Capital Company, LLC 995 Dalton Avenue Cincinnati, OH  46203 | Rhodes Ranch Golf Country Club, LLC | Master Loan and Security Agreement (EZGO Refresher Gasoline vehicles) | Rhodes Ranch Golf Club | $0.00 |
| Ecolab Inc. 370 Wabash Street St. Paul, MN  55102 | Rhodes Ranch Golf Country Club, LLC | Ecotemp Lease Agreement | Rhodes Ranch Golf Club | $0.00 |
| Advantage Financial Services, LLC 108 Foxcroft Road West Hartford, CT  06119 | Rhodes Ranch Golf Country Club, LLC | Rental Agreement (GPS Units) | Rhodes Ranch Golf Club | $0.00 |
| EZLinks Golf, Inc. 401 S. LaSalle, Suite 500 Chicago, IL 60605 | Rhodes Ranch Golf Country Club, LLC | Product license agreement | Rhodes Ranch Golf Club | $0.00 |
| Textron Financial 11575 Great Oaks Way, Suite 210 Alpharetta, GA 30022 | Rhodes Ranch Golf Country Club, LLC | Lease Agreement (gas vehicles) | Rhodes Ranch Golf Club | $0.00 |
| Cybergolf | Rhodes Ranch Golf | Email marketing | Rhodes Ranch Golf Club | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| 110 W. Dayton, Suite 103 Edmonds, WA 98020 | Country Club, LLC | | | |
| Las Vegas Valley Water District Non-Potable Water/ Reclaimed Water Agreement 1001 South Valley View Blvd Las Vegas, NV 89153 | Rhodes Ranch Golf Country Club, LLC | Water Reclamation Facility--Agreement for use of reclaimed water for golf course | Rhodes Ranch Golf Club | $0.00 |
| New Cingular Wireless Services of Nevada, LLC (TowerCo) Attn: Network Real Estate Administration Re: Cingular Wireless Cell Site #L-518—Rhodes Ranch 6100 Atlantic Blvd. Norcross, GA 30071 | Rhodes Ranch Golf Country Club, LLC | Nevada Additional Equipment Space Lease Agreement | Rhodes Ranch Golf Club | $0.00 |
| Nextel of California, Inc. 310 Commerce Drive Irvine, CA 92602 | Rhodes Ranch Golf Country Club, LLC | Communications Site Lease Agreement (Ground) | Rhodes Ranch Golf Club | $0.00 |
| TMO CA/NV, LLC (T-Mobile) c/o Omnipointe Communications, Inc. 3 Imperial Promenade Suite 1100 Santa Ana, CA 92707 | Rhodes Ranch Golf Country Club, LLC | Communications Site Lease Agreement | Rhodes Ranch Golf Club | $0.00 |
| Sprint PCS Asset, LLC c/o Sprint National Lease Management 6391 Sprint Parkway Mailstop KSOPHT0101- | Rhodes Ranch Golf Country Club, LLC | Site Agreement— Site ID VG59XC279 | Rhodes Ranch Golf Course | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Z2650 Overland Park, KS 66251-2020 | | | | |
| Brink's U.S., a division of Brink's Incorporated 3200 E. Charleston Blvd. Las Vegas, NV 89104 | Tuscany Golf Club | Services Agreement | Tuscany Golf Club | $0.00 |
| Modular Space Corporation 5950 Emerald Ave Las Vegas, NV 89122 | Tuscany Golf Club | Equipment Lease (Club House) | Tuscany Golf Club | $0.00 |
| Modular Space Corporation 5950 Emerald Ave Las Vegas, NV 89122 | Tuscany Golf Club | Equipment Lease (Office Trailer) | Tuscany Golf Club | $0.00 |
| Modular Space Corporation 5950 Emerald Ave Las Vegas, NV 89122 | Tuscany Golf Club | Equipment Lease (Restroom Trailer) | Tuscany Golf Club | $0.00 |
| Golflogix Systems 3960 E. Expedition Way Phoenix, AZ   85050 | Tuscany Golf Country Club, LLC | GPS System | Tuscany Golf Club | $0.00 |
| Alarmco 2007 Las Vegas Bl So Las Vegas, NV   89104 | Tuscany Golf Country Club, LLC | Alarm Monitoring | Tuscany Golf Club | $0.00 |
| Unifirst Corporation 568 Parkson Rd Henderson, NV  89011 | Tuscany Golf Country Club, LLC | Maintenance Uniform Service Company | Tuscany Golf Club | $0.00 |
| Alyssa L. and Roger L. Frank 1011 West 27th Street Scottsbluff, NE  69361 3609 Bison Street, Scottsbluff, NE  69361 | Rhodes Design and Development Corporation | Lease Agreement | 1036 Via Camelia Street Henderson, NV  89011 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Alyssa L. and Roger L. Frank 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Rhodes Design and Development Corporation | Lease Agreement | 1040 Via Camelia Street Henderson, NV 89011 | $0.00 |
| Alyssa L. and Roger L. Frank 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Rhodes Design and Development Corporation | Lease Agreement | 1044 Via Camelia Street Henderson, NV 89011 | $0.00 |
| Alyssa L. and Roger L. Frank 1011 West 27th Street Scottsbluff, NE 69361 3609 Bison Street, Scottsbluff, NE 69361 | Rhodes Design and Development Corporation | Lease Agreement | 1048 Via Camelia Street Henderson, NV 89011 | $0.00 |
| Hua Hui Tseng Huang 534 N. Orange #A La Puente, CA 91744 | Rhodes Design and Development Corporation | Lease Agreement | 765 Orchard Course Dr. Las Vegas, NV 89148 | $0.00 |
| I-Chieh E. Wang and Da Ching P. Wang 52 Redwood Lane South Glastonbury, CT 06073 | Rhodes Design and Development Corporation | Lease Agreement | 749 Orchard Course Dr. Las Vegas, NV 89148 | $0.00 |
| Xijuan Xu and Xikui Xu 12845 Crestfield Court Rancho Cucamonga, CA 91739-8011 | Rhodes Design and Development Corporation | Lease Agreement | 757 Orchard Course Dr. Las Vegas, NV 89148 | $0.00 |
| Elena Elamparo 5261 Polis Drive | Rhodes Design and Development | Lease Agreement | 111 Sandy Bunker Lane Las Vegas, NV | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| La Palma, CA  90623 | Corporation | | | |
| Tin Kerine Cheung 2346 Indian Creek Rd Diamond Bar, CA  91765 | Rhodes Design and Development Corporation | Lease Agreement | 101 Sandy Bunker Lane Las Vegas, NV | $0.00 |
| Recall Information Management 1428 Pama Lane Las Vegas, NV 89118 | Rhodes Design and Development Corporation | Lease Agreement | 1428 Pama Lane Las Vegas, NV 89118 | $0.00 |
| Capitol North America 1780 South Mojave Rd. Las Vegas, NV 89104 | Rhodes Design and Development | Lease Agreement | 1780 South Mojave Rd. Las Vegas, NV 89104 | $0.00 |
| Neopost Leasing P.O. Box 45840 San Francisco, CA 94145-0840 | Rhodes Homes | Postage machine lease | | $0.00 |
| Insight Direct USA, Inc. P.O. Box 550599 Jacksonville, FL 32255-0599 | Rhodes Design and Development/Rhodes Homes | Equipment Lease (computer equipment) | | $0.00 |
| Tuscany Master Association 850 Olivia Pkwy Henderson, NV  89011 | C&J Holdings (Neighborhood Association Group) | Homeowners association management agreement | Tuscany | $0.00 |
| Rhodes Ranch Association, Inc. 133 Rhodes Ranch Pkwy. Las Vegas, NV 89148 | C&J Holdings (Neighborhood Association Group) | Homeowners association management agreement | Rhodes Ranch | $0.00 |
| X-IT Homeowners Association 9050 W. Tropicana Avenue Las Vegas, NV  89147 | C&J Holdings (Neighborhood Association Group) | Homeowners association management agreement | X-IT | $0.00 |
| West 57th Homeowners | C&J Holdings | Homeowners | West 57th | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Association 4730 S. Fort Apache Road Suite 300 Las Vegas, NV 89147 | (Neighborhood Association Group) | association management agreement | | |
| Clark County Nevada Development Services 500 S. Grand Central Pkwy 1st Floor Box 551799 Las Vegas, NV 89155-1799 | Rhodes Ranch GP | Off-Site Improvements Agreement | Rhodes Ranch Parcel 20 Unit 2, HTE 05-46722/HTE 09-2990 | $0.00 |
| Clark County Nevada Development Services 500 S. Grand Central Pkwy 1st Floor Box 551799 Las Vegas, NV 89155-1799 | Rhodes Ranch GP | Off-Site Improvements Agreement | Seeliger Street, HTE 06-51550 (APN 176-17-310-002) | $0.00 |
| Clark County Nevada Development Services 500 S. Grand Central Pkwy 1st Floor Box 551799 Las Vegas, NV 89155-1799 | Rhodes Ranch GP | Off-Site Improvements Agreement | Seeliger Street Phase, 2 HTE 06-8770 | $0.00 |
| Clark County Nevada Development Services 500 S. Grand Central Pkwy 1st Floor Box 551799 Las Vegas, NV 89155-1799 | Rhodes Ranch GP | Off-Site Improvements Agreement | Rhodes Ranch Parcel 10 Unit 11, HTE 06-37497  (APN 176-08-201-011) | $0.00 |
| Clark County Nevada Development Services 500 S. Grand Central Pkwy 1st Floor | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Spanish Hills 5A, HTE 01-31446 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Box 551799<br>Las Vegas, NV 89155-1799 | | | | |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Maintenance Facility (APN 160-32-210-001) #2002705001 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Maintenance Water/Sewer #2004870064 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 6A #2006870049 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 10 (APN 160-32-612-001) #2005870194 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 11 #2006870000 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 12 #2004870179 | $0.00 |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 14 (APN 160-32-610-001) #2006870001 | $0.00 |
| City of Henderson<br>240 Water Street | Rhodes Design and Development/Rhodes | Off-Site Improvement | Tuscany Parcel 15 #2005870136 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| P.O. Box 95050 Henderson, NV 89009-5050 | Homes | Agreement | | |
| City of Henderson 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcels 16 & 17 #2002702075 | $0.00 |
| City of Henderson 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 18 #2002705132 | $0.00 |
| City of Henderson 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 19 #2002405133 | $0.00 |
| City of Henderson 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcels 23 & 25 #2005870045 | $0.00 |
| City of Henderson 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development/Rhodes Homes | Off-Site Improvement Agreement | Tuscany Parcel 24 #2002705045 | $0.00 |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL 60559 | Rhodes Ranch General Partnership | Bond | Bond # 8842781 (Seeliger Street) | $0.00 |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL 60559 | Rhodes Ranch General Partnership | Bond | Bond # 8825616 (Seeliger Street Phase 2) | $0.00 |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL 60559 | Rhodes Ranch General Partnership | Bond | Bond # 8840999 (Rhodes Ranch Parcel 10 Unit 11) | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Design and Development Corporation | Bond | Bond # 5018764 (Spanish Hills 5A) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Ranch General Partnership | Bond | Bond # 5014307 (Tuscany Maint. OS Imp.) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Ranch General Partnership | Bond | Bond # 5014306 (Tuscany Maint. Water Sewer) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Tuscany Acquisitions IV, LLC | Bond | Bond # 5029286 (Tuscany 6A) | $0.00 |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL  60559 | Rhodes Design and Development Corporation | Bond | Bond # 8826397 (Tuscany 10) | $0.00 |
| Zurich American Insurance | Rhodes Design and | Bond | Bond # 8865454 (Tuscany 11) | $0.00 |

73203-002\DOCS_LA:210795.2

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| 601 Oakmont Lane, Ste. 400 Westmont, IL  60559 | Development Corporation | | | |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL  60559 | Rhodes Design and Development Corporation | Bond | Bond # 8780430 (Tuscany 12) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Design and Development Corporation | Bond | Bond # 5026672 (Tuscany 14) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Tuscany Acquisitions III, LLC | Bond | Bond # 5021428 (Tuscany 15) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Design and Development Corporation | Bond | Bond # 5019816 (Tuscany 16 & 17) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 | Rhodes Design and Development Corporation | Bond | Bond # 5017092 (Tuscany 18) | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Lombard, IL 60148 | | | | |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Design and Development Corporation | Bond | Bond # 5017134 (Tuscany 23 & 25) | $0.00 |
| Zurich American Insurance 601 Oakmont Lane, Ste. 400 Westmont, IL  60559 | Rhodes Design and Development Corporation | Bond | Bond # 8664399 (Tuscany 24) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Pinnacle Grading, LLC | Bond | Bond # 5034264 (Mohave AZ—Sheriff's Office Detention) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Tuscany Golf Country Club, LLC | Bond | Bond # 1008343 (NV Dept Tax Sales Tax Tuscany Golf Course) | $0.00 |
| Lexon Insurance Company Bond Safeguard Insurance Company 1919 S. Highland Dr. Bldg. A Suite 300 Lombard, IL 60148 | Rhodes Framing/Bravo, Inc. | Bond | Bond # 5019324 (State Contractors Board—Bravo) | $0.00 |
| County of Clark | Rhodes Ranch | Rhodes Ranch | Rhodes Ranch | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| 500 S. Grand Central Pkwy Las Vegas, NV 89155 | General Partnership | Development Agreement | | |
| Las Vegas Valley Water District 1001 South Valley View Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Rhodes Ranch Parcel 10 Unit 11 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Tuscany Parcel 6A | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Tuscany Parcel 10 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Tuscany Parcel 11 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Tuscany Parcel 14 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Construction agreement for water facilities | Tuscany Parcel 15 | $0.00 |
| Las Vegas Valley Water | Rhodes Design and | Water supply | Rhodes Ranch Parcel 20 Unit 1 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Development Corporation/Rhodes Homes | agreement and/or application for water service | | |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Rhodes Ranch Parcel 20 Unit 2 | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Rhodes Ranch Parcel 10 Unit 11 | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Rhodes Ranch Parcel 12 | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Rhodes Ranch Parcel 14 | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | West 57th | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Spanish Hills | $0.00 |
| Las Vegas Valley Water District<br>1001 South Valley View<br>Las Vegas, NV  89153 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Spanish Hills multi-family/X-IT | $0.00 |
| City of Henderson Dept of | Rhodes Design and | Water supply | Tuscany Parcel 6A | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Development Corporation/Rhodes Homes | agreement and/or application for water service | | |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 10 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 11 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 12 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 14 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 15 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street | Rhodes Design and Development Corporation/Rhodes | Water supply agreement and/or application for water | Tuscany Parcel 16 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| P.O. Box 95050 Henderson, NV 89009-5050 | Homes | service | | |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 17 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 18 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 19 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 23 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 24 | $0.00 |
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Rhodes Design and Development Corporation/Rhodes Homes | Water supply agreement and/or application for water service | Tuscany Parcel 25 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| City of Henderson Dept of Utility Services 240 Water Street P.O. Box 95050 Henderson, NV 89009-5050 | Tuscany Golf Country Club, LLC | Henderson Water Reclamation Facility | Agreement for use of reclaimed water for golf course and driving range | $0.00 |
| Southwest Gas Corporation 5241 Spring Mountain Road Las Vegas, NV 89150-0002 | Rhodes Design and Development Corporation/Rhodes Homes | Multiple Gas Main Extension Agreements and other ancillary and related agreements | Various | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Feeder line agreement | Rhodes Ranch RR2 MPA 90777 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Feeder line agreement | Rhodes Ranch RR3 MPA 175637 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Feeder line agreement | Palm Hills MPA 84071 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Spanish Hills Unit 5A 169308 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Sherwood Greens Entry 191421 | $0.00 |
| Nevada Power 6226 West Sahara Avenue | Rhodes Design and Development | Line Extension Agreement | Rhodes Ranch 20-2   179946 | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Las Vegas, Nevada 89146 | Corporation/Rhodes Homes | | | |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Rhodes Ranch Family Park  176691 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Rhodes Ranch Parcel 10 Unit 1 166490 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Rhodes Ranch Parcel 10 Unit 11 184632 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Tuscany Parcel 24  176790 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Tuscany Parcel 19   176793 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Tuscany Parcel 25 Models  179549 | $0.00 |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Line Extension Agreement | Tuscany Parcel 23  181834 | $0.00 |
| Nevada Power 6226 West Sahara Avenue | Rhodes Design and Development | Design Initiation Agreement | Rhodes Ranch Melrose  189937 | $4,307.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Las Vegas, Nevada 89146 | Corporation/Rhodes Homes | | | |
| Nevada Power 6226 West Sahara Avenue Las Vegas, Nevada 89146 | Rhodes Design and Development Corporation/Rhodes Homes | Design Initiation Agreement | Rhodes Ranch MP 3 Addendum I 191893 | $6,145.00 |
| Health Plan of Nevada P. O. Box 15645 Las Vegas, NV 89114-5645 | Rhodes Design and Development Corporation/Rhodes Homes | Health insurance agreement | | $0.00 |
| Ceridian 3201 34th Street South St. Petersburg, FL 33711 | Rhodes Design and Development Corporation/Rhodes Homes | Cobra and HIPPA services | | $0.00 |
| American Family Life Assurance Company (AFLAC) 2990 Sunridge Heights Pkwy Suite 140 Henderson, NV 89052 | Rhodes Design and Development Corporation/Rhodes Homes | Reimbursement services agreement | | $0.00 |
| Sage Software, Inc. 15195 NW Greenbrier Pkwy Beaverton, OR 97006 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement | | $0.00 |
| Builder MT 200 Union Boulevard Suite 500 Lakewood, CO 80228 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement | | $0.00 |
| Builder 1440, Inc. 2000 W. 41st Street Baltimore, MD 21211 | Rhodes Design and Development Corporation/Rhodes | Software license agreement | | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| | Homes | | | |
| BNA P.O. Box 17009 Baltimore, MD 21297-1009 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement | | $0.00 |
| ICB Consulting, Inc. 2855 N. Speer Suite #B Denver, CO  80211 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement (Crystal Reports) | | $0.00 |
| Strata Systems LC PO Box 91358 Austin, TX 78709-1358 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement (Punchlist Manager) | | $0.00 |
| Microsoft Licensing, GP 6100 Neil Road, Suite 210 Reno, NV 89511-1137 Microsoft Corporation One Microsoft Way Redmond, WA 98052 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement/volume licensing program | | $0.00 |
| De Lage Landen Financial Services, Inc. 1111 Old Eagle School Road Wayne, PA 19087 | Rhodes Design and Development/Rhodes Homes | Loan Agreement | | $0.00 |
| Symantec P.O. Box 202475 Dallas, TX 75320 | Rhodes Design and Development/Rhodes Homes | Software license | | $0.00 |
| Piracle 556 Confluence Avenue Murray, UT 84123 | Rhodes Design and Development Corporation/Rhodes Homes | Software license agreement (Create-a-check) | | $0.00 |
| c/o Rhodes Ranch Association, Inc. | Rhodes Ranch Limited | Declaration of CC&Rs | Rhodes Ranch | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| 133 Rhodes Ranch Pkwy. Las Vegas, NV 89148 | Partnership/Rhodes Homes | | | |
| c/o Tuscany Master Association 850 Olivia Pkwy. Henderson, NV 89011 | Rhodes Design and Development/Rhodes Homes | Declaration of CC&Rs | Tuscany | $0.00 |
| c/o West 57th Homeowners Association 4730 S. Fort Apache Road Suite 300 Las Vegas, NV 89147 | Rhodes Ranch GP/Rhodes Homes | Declaration of CC&Rs | West 57th | $0.00 |
| c/o X-IT Homeowners Association 9050 W. Tropicana Ave. Las Vegas, NV 89147 | Rhodes Design and Development/Rhodes Homes | Declaration of CC&Rs | X-IT | $0.00 |
| Wells Fargo Equipment Finance, Inc Attention: Larry Jones 1540 West Fountainhead Parkway Tempe, AZ 85282 Phone # (480) 784-2328 Loan #:   1.  0020520693701   2.  0020520693702 | Pinnacle Grading, LLC | Heavy Equipment Note | | $0.00 |
| US Bank Attention: Randy Ernst 13010 Southwest 68th Parkway Suite 100 Portland, Oregon 97223 Phone # (503) 797-0431 Loan #:  666120C- | Pinnacle Grading, LLC | Heavy Equipment Note | | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Ford Credit<br>Attention: Patty Strez<br>P.O. Box 537901<br>Livonia, Michigan 48153-7901<br>Phone # (800) 955-8532 ext. 25602<br> Loan #:<br> 1.  00000041846363<br> 2.  00000044586417 | Pinnacle Grading, LLC | Car note | | $0.00 |
| Lloyds of London<br>Mendes & Mount LLP<br>750 Seventh Avenue<br>New York, NY 10019 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Ins Co. State of PA<br>70 Pine Street<br>New York, NY10270 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Everest National Insurance Co.<br>477 Martinsville Rd.<br>P.O. Box 830<br>Liberty Corner, NJ 07938 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Gemini<br>Vela Insurance Services, Inc.<br>200 W. Madison St., Suite 2700<br>Chicago, IL 60606 | Rhodes Design and Development, et al. | Insurance contract | X-IT, Tuscany | $0.00 |
| Western Surety<br>CNA Surety<br>2199 Innovation Way<br>Chicago, IL 60682 | Rhodes Design and Development | Notary Bond—E&O | | $0.00 |
| Western Surety | Rhodes Design and | Notary Bond— | | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| CAN Surety 101 South Phillips Sioux Falls, SD 57104 | Development | Hawkings | | |
| Western Surety CAN Surety 101 South Phillips Sioux Falls, SD 57104 | Rhodes Design and Development | Notary Bond—Ransom | | $0.00 |
| Colony National Ins Co 8720 Stony Point Pkwy, Suite 300 Richmond, VA 23235 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Hartford Fire Insurance Hartford Plaza Hartford, CT 06115 | Rhodes Design and Development, et al. | Insurance contract—Property/Contractors Equipment | Various | $0.00 |
| Hartford Fire Insurance Hartford Plaza Hartford, CT 06115 | Rhodes Design and Development, et al. | Insurance contract--Vehicles | Various | $0.00 |
| Chubb Group of Insurance Companies 15 Mountain View Road Warren, NJ 07059 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Assurance Company of America Administrative Office 1400 American Lane Schaumburg, IL 60196 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Philadelphia Indemnity Insurance Company One Bala Plaza, Suite 100 Bala Cynwid, PA 19004 | Tuscany Golf Country Club, LLC | Insurance contract | Tuscany Golf Course | $0.00 |
| Philadelphia Indemnity Insurance Company | Tuscany Golf Country Club, LLC | Excess insurance contract | Tuscany Golf Course | $0.00 |

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| One Bala Plaza, Suite 100 Bala Cynwid, PA 19004 | | | | |
| Rockhill Insurance Company 700 W. 47th Street, Suite 350 Kansas City, MO 64112 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| RSUI Group, Inc. 945 East Paces Ferry Road, Suite 1800 Atlanta, GA 30326-1125 | Rhodes Design and Development, et al. | Insurance contract | Various | $0.00 |
| Evanston Insurance Company c/o Markel Service Incorporated Ten Parkway North Deerfield, IL 60015 | C&J Holdings, Inc. dba Neighborhood Association Group | Insurance contract | Various | $0.00 |
| | | | | |

## RHODES ARIZONA CONTRACTS TO BE ASSUMED AND ASSIGNED TO THE RHODES ENTITIES

| CONTRACT COUNTER-PARTY NAME & SERVICE ADDRESS | DEBTOR | TYPE OF CONTRACT | PROJECT/DEVELOPMENT | CURE AMOUNT (LESS RETAINER OR DEPOSIT |
|---|---|---|---|---|
| Utilities Inc.<br>2335 Sanders Rd<br>Northbrook, IL 60062-6108 | Rhodes Homes Arizona, LLC | Provision of water service | Golden Valley Ranch, Mohave County, AZ | $0.00 |
| County of Mohave Development Services<br>3675 E. Andy Devine Ave.<br>Kingman, AZ 86401 | Rhodes Arizona Properties, LLC; Rhodes Homes Arizona, LLC | Development Agreement/Specific Zoning Plan | Golden Valley Ranch/Pravada | $0.00 |
| Lexon Insurance Company<br>Bond Safeguard Insurance Company<br>1919 S Highland Dr. Bldg. A Suite 300<br>Lombard, IL 60148 | Rhodes Homes Arizona, LLC | Bond | Bond # 5022081 (Mohave AZ—golden Valley Ranch Phase 1 Grading) | $0.00 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

2

**PLEASE TAKE NOTICE** that on March 31, 2009 or April 1, 2009, the above-captioned companies each filed chapter 11 petitions in the United States Bankruptcy Court for the District of Nevada (the "Petition Date").

3

4

**PLEASE TAKE NOTICE** that, on March 12, 2010, the Court entered its *Proposed Findings of Fact, Conclusions of Law, and Order* (the "Confirmation Order") *Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al.* (the "Plan"). All capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

5

6

7

8

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **April 1, 2010**, at which time the Plan became effective and binding on all parties in interest. All injunctions provided for under the Plan and Confirmation Order are now in full force and effect. Copies of the Plan and Confirmation Order are available for review for free online at www.omnimgt.com/rhodes or by contacting the Debtors' counsel in writing, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067, or by email at pjeffries@pszjlaw.com.

9

10

11

12

13

14

15

**PLEASE TAKE FURTHER NOTICE** that with respect to any executory contracts or leases that were in effect on the Petition Date, only the executory contracts or leases set forth on **Exhibit A** attached hereto (the **"Assumption List"**) will be assumed by the Reorganized Debtors under section 365 of the Bankruptcy Code. The list attached hereto as Exhibit A supersedes and replaces any list that was previously served upon you. Exhibit A sets forth the amount that the Reorganized Debtors propose to pay to cure any default under the contracts listed on Exhibit A. If your contract is listed on the Assumption List and you disagree with the amount of the propose Cure, the deadline for filing requests for payment of Cure **(the "Cure Bar Date")** is **May 3, 2010** unless otherwise ordered by the Bankruptcy Court or agreed to by the First Lien Steering Committee and the counterparty to the applicable executory contract or unexpired lease. The Reorganized Debtors reserve the right to remove any contract from the Assumption List if they disagree with the Cure request or such request cannot be resolved by the parties.

16

17

18

19

20

**PLEASE TAKE FURTHER NOTICE** that if, as of the Petition Date, you were a party to an unexpired executory contract or lease with the Debtors and your executory contract or lease is not listed on the Assumption List hereto, the Reorganized Debtors have rejected your contract effective as of the Effective Date or such earlier time as they may have provided notice to you. The deadline to file a Rejection Damages Claim (any Claim on account of the rejection of an executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code) shall be the **May 3, 2010 (the "Rejection Damages Claims Deadline")**.

21

22

23

24

25

**PLEASE TAKE FURTHER NOTICE THAT ANY PROOFS OF CLAIM THAT ARE NOT TIMELY FILED BY THE REJECTION DAMAGES CLAIMS DEADLINE OR REQUESTS FOR PAYMENT OF CURE BY THE CURE BAR DATE SHALL BE FOREVER BARRED FROM ASSERTION, AND SHALL NOT BE ENFORCEABLE AGAINST ANY REORGANIZED DEBTOR WITHOUT THE NEED FOR ANY OBJECTION BY THE REORGANIZED DEBTORS OR FURTHER NOTICE TO OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT.**

26

**DATED** this 16th day of April, 2010.

27

28

**LARSON & STEPHENS**

 _/s/ Zachariah Larson, Esq._
Zachariah Larson, Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Reorganized Debtors