DAMON K. DIAS, ESQ.　　　　　　　　　　　　　　　　　E-filed: April 26, 2010
Nevada Bar No. 8999
E-mail: ddias@diaslawgroup.com
DIAS LAW GROUP, LTD.
601 S. 6TH Street
Las Vegas, Nevada  89101
Telephone: (702)380-3011
Facsimile: (702)366-1592
Attorney for Creditors, X-It at 215, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>　　RHODES DESIGN and<br>DEVELOPMENT CORPORATION, a<br>Nevada Corporation.<br><br>　　　　　　Debtor | CASE NO.: BK-S 09-14814-lbr<br>ADV. NO.: BK-S 09-14846-lbr<br>CHAPTER 11<br>DATE: June 21, 2010<br>TIME: 9:30 A.M. |

CERTIFICATE OF SERVICE FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　　I hereby certify that on the 26 day of April, 2010, I did serve a true and correct copy of the above MOTION by electronic means to:

　　–the parties registered to receive electronic notice in this matter with the court, and

　　--by depositing the same in the United States Mail, first class postage prepaid to the parties listed on the attached service list.


　　　　DATED: April 26, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jissela Sandoval
　　　　　　　　　　　　　　　　　　　　　　　An employee of Dias Law Group, Ltd.


Y:\Client Matters\BK CREDITORS\Riedy, Terry -- Rhodes Homes 2050-2\COS 4 motion relief auto stay.wpd

1

| | |
|---|---|
| 1 | The Rhodes Companies, LLC |
| | 4730 S. Ft. Apache #300 |
| 2 | Las Vegas, NV 89147 |
| 3 | Edward M. McDonald |
| | Office of U.S. Trustee |
| 4 | 300 Las Vegas Blvd., So., Ste. 4300 |
| | Las Vegas, NV 89101 |

1  The Rhodes Companies, LLC
   4730 S. Ft. Apache #300
2  Las Vegas, NV 89147

3  Edward M. McDonald
   Office of U.S. Trustee
4  300 Las Vegas Blvd., So., Ste. 4300
   Las Vegas, NV 89101
5
   Zachariah Larson, Esq.
6  Larson & Stephens
   810 S. Casino Center Blvd., Ste. 104
7  Las Vegas, NV 89101

8  Shirley S. Cho, Esq.
   Pachulski, Stang, Ziehl & Jones, LLP
9  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, CA 90067-4100
10
   Sunstate Companies, Inc.
11 4435 East Colton Ave. Ste. 101
   Las Vegas, NV 89115
12
   G C Wallace
13 6655 S. Cimarron Rd.
   Las Vegas, NV 89113
14
   Aspen Concrete Inc.
15 4177 E. Huntington Dr.
   Flagstaff, AZ 86004
16
   American Soils Engineering LLC
17 6000 S. Eastern Ave. Ste. 6B
   Las Vegas, NV 89119
18
   Triton Grading & Paving LLC
19 4220 Arcata Way
   Bldg B, Suite 1
20 N. Las Vegas, NV 89030

21 Sunland Asphalt
   P.O. Box 20814
22 Bullhead City, AZ 86439

23 Cabinetec, Inc.
   2711 E. Craig Rd. Ste. A & B
24 N. Las Vegas, NV 89030

25 K.H. Landscaping, Inc.
   2595 S. Cimarron Rd., Ste. 206
26 Las Vegas, NV 89117-7613

27 Envision Concrete
   5655 Reference Street
28 Las Vegas, NV 89122

| | |
|---|---|
| 1 | N.J. Shaum & Son Inc. |
| | P.O. Box 819 |
| 2 | Flagstaff, AZ 86002 |
| 3 | M S Concrete, Inc. |
| | 3840 North Commerce |
| 4 | Las Vegas, NV 89032 |
| 5 | Bair's Carpet Valley- C |
| | 7465 W. Sunset Rd., Ste. 1200 |
| 6 | Las Vegas, NV 89113 |
| 7 | American Asphalt & Grading Co. |
| | 3624 Goldfield Street |
| 8 | N. Las Vegas, NV 89032 |
| 9 | Evans Recreation Installations |
| | P.O. Box 42607 |
| 10 | Las Vegas, NV 89116-1607 |
| 11 | Integrity Masonry, Inc. |
| | 5330 W. Quail Avenue |
| 12 | Las Vegas, NV 89118 |
| 13 | J&J Enterprises, Inc. |
| | 5920 W. Cougar Ave |
| 14 | Las Vegas, NV 89139 |
| 15 | Western Landscape Construction |
| | 4670 S. Polaris Ave |
| 16 | Las Vegas, NV 89103 |
| 17 | WestCor Construction |
| | 5620 Stephanie Street |
| 18 | Las Vegas, NV 89122 |
| 19 | Interstate Plumbing & A/C |
| | 7201 West Post Road |
| 20 | Las Vegas, NV 89113 |
| 21 | Slater Hanifan Group |
| | 5740 South Arville, #216 |
| 22 | Las Vegas, NV 89118 |
| 23 | TSS Enterprises, Inc. |
| | 2827 East Illini Street |
| 24 | Phoenix, AZ 85040 |
| 25 | Westar Kitchens & Bath |
| | 9025 South Kyrene Rd |
| 26 | Tempe, AZ 85284 |
| 27 | Iovino Masonry Inc. |
| | 9260 El Camino Road |
| 28 | Las Vegas, NV 89139 |

1  The Masonry Group Nevada, Inc.
   4685 Berg Street
2  N. Las Vegas, NV 89081

3  Northland Exploration Surveys
   528 W. Aspen Ave
4  Flagstaff, AZ 86001-5308