James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors and
Debtors in Possession

E-File: April 23, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:218831.1

## CERTIFICATE OF SERVICE

1. On the 16th day of April 2010, I served the following document(s):

   a. **Notice of Filing Revised Exhibit H re Claims Purchase Schedule for the Third Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code for the Rhodes Companies, LLC, et al. filed on November 12, 2009 [Docket No. 1097]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   SEE ATTACHED ECF EMAIL LIST

   ■ b. **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   SEE ATTACHED MAIL SERVICE LISTS

   ☐ c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. **By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

   ☐ e. **By fax transmission**
   *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 19, 2010

<u>Sophia L. Lee</u>
(Name of Declarant)                                    (Signature of Declarant)

SERVICE LIST
RHODES HOMES
Case No. 09-14814 LBR

| Name | Attn/Address 1 | Address 2 | City/State/Zip |
|---|---|---|---|
| A AFFORDABLE STRIPING & SEALING LLC | ATTN: SHONDA DECKER | 5795 S SANDHILL RD, SUITE F | LAS VEGAS, NV 89120 |
| A. COMPANY., INC | ATTN: CRYSTAL M. HIEBERT | 3975 S EAGLESON RD #E | BOISE, ID 83705 |
| ABC Locksmith Corp. | 3981 E. Sunset Road | | Las Vegas, NV 89120 |
| Accountants, Inc. | P.O. Box 60000 | | San Francisco, CA 94160 |
| ACCURATE BUILDING MAINTENANCE LLC | ATTN: TAMMY WIGHT | 3062 SHERIDAN ST | LAS VEGAS, NV 89102 |
| ACUSHNET COMPANY | P.O. BOX 965 | | FAIRHAVEN, MA 02719 |
| AIR QUALITY SERVICES OF NEVADA | ATTN: ELLE MARTINS | | LAS VEGAS, NV 89103 |
| SWANSON LAW FIRM, LLC | 6787 W. TROPICANA AVE. SUITE #241 | | LAS VEGAS, NV 89103 |
| All American Carpet Care | 2756 North Green Valley Pkwy #108 | | Henderson, NV 89014 |
| American Asphalt & Grading Co. | 3624 Goldfield St. | | N. Las Vegas, NV 89032 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | CORP CARD | POB 3001 | LAS VEGAS, NV 89119 |
| AMERICAN SOILS ENGINEERING | C/O PEZZILLO ROBINSON | 6750 VIA AUSTI PKWY STE 170 | LAS VEGAS, NV 89119 |
| Andrade's Cleaning Co. | 798 A Street | | Las Vegas, NV 89106 |
| Apple Exterminating Inc | 2756 N Green Valley Pkwy Ste-418 | | Henderson, NV 89014 |
| APPLE MASONRY, INC. | ATTN: SHARON K. APPLE | 4547 N. RANCHO DR. #D | LAS VEGAS, NV 89130 |
| AR IRON LLC | ATTN: VICKIE SANTO | 1425 ATHOL AVE. | HENDERSON, NV 890111 |
| Ashworth | FILE 51141 | | Los Angeles, CA 90074-1141 |
| ATRIUM DOORS & WINDOWS OF ARIZONA | ATTN: CHRISTINE MCKENZIE | 3890 WEST NORTHWEST HWY #500 | MALVERN PA 19355-0701 |
| B & F Construction Inc. | 2735 Simmons St. #100 | | N Las Vegas, NV 89032 |
| B.D. Trim | 6270 Kimberly Ave. Suite B | | Las Vegas, NV 89122-7655 |
| BAIRD, WILLIAMS & GREER, LLP | C/O DARYL M. WILLIAMS | 4713 E. Camp Lowell Drive | PHOENIX, AZ 85016 |
| Bancroft, Susa & Galloway | 2901 N Central Ave #1600 | | Tucson, AZ 85712 |
| Bowman & Brook, LLP | 1183 Center Point Drive | | Phoenix, AZ 85012 |
| Bravo Underground, Inc. | ATTN: JON BELL | 8 WEST PACIFIC AVENUE | Henderson, NV 89074 |
| BROADBENT & ASSOCIATES, INC. | ATTN: LARRY NEWTON | 150 CASSIA WAY SUITE 100 | HENDERSON, NV 89015 |
| CABINET WEST DISTRIBUTORS | ATTN: SHERI FOREMAN | 2711 EAST CRAIG RD, #A | HENDERSON, NV 89014 |
| CABINETEC, INC | ATTN: DIANA SCHELIN | 2180 RUTHERFORD ROAD | N LAS VEGAS, NV 89030 |
| CALLAWAY GOLF COMPANY | 1780 South Mojave Road | | CARLSBAD, CA 92008 |
| Capitol North American | PO Box 7971 | | Las Vegas, NV 89104 |
| Central Telephone Company- Nevada | 28 COLLECTON RIVER DRIVE | | Shawnee Mission, KS 66207-0971 |
| CHARLES K. MOSLEY | | | HENDERSON, NV 89052 |
| CHAVEZ CONSTRUCTION CLEAN UP | ATTN: DAVID CHAVEZ | 2160 W. CHARLESTON BLVD. STE. M | LAS VEGAS, NV 89102 |
| Clark County Treasurer | 500 S. Grand Central Pky,1st Flr | PO Box 551220 | LAS VEGAS, NV 89155-1220 |
| CM PAINTING INC. | ATTN: CHASON MEMMOTT | 10967 LAMPIONE ST | LAS VEGAS, NV 89141 |
| Color Gamut Digital Imaging | 1889 E. Maule Ave Unit J | | Las Vegas, NV 89119 |
| CONEX INTERNATIONAL | NEIL KATZ | 548 BLUEBIRD CANYON DRIVE | LAGUNA BEACH, CA 92651 |
| CUSTOM HEARTH DISTRIBUTORS | ATTN: CHRISTIAN LECATES | P.O. BOX 335367 | N. LAS VEGAS, NV 89033 |
| CVEC, Inc. | PO Box 3635 | | Chatsworth, CA 91313 |
| DAN BRADLEY GLASS SHOP, INC. | ATTN: JOY BRADLEY | 4125 W DESERT INN RD | LAS VEGAS, NV 89102 |
| Dean & Dunn Roofing | 5385 South Cameron Suite 21 | | Las Vegas, NV 89118 |
| DEL GROSSO FLOOR COVERING, INC. | ATTN: JOSEPH TERRANA | 3170 PONDEROSA WAY | LAS VEGAS, NV 89118 |
| DESERT PLASTERING LLC | ATTN: HERMELINDA RODRIGUEZ | 2602 LOSEE ROAD | NORTH LAS VEGAS, NV 89030 |
| DEVELOPMENT PLANNING & FINANCING GROUP, INC. | ATTN: TAMMY SCOFIELD | DPFG, INC. 27127 CALLE ARROYO, STE 1910 | SAN JUAN CAPISTRANO, CA 92675 |
| DON'S OFFICE PRODUCTS | ATTN: BRIAN E. HARRIS | 216 N. 5TH STREET | KINGMAN, AZ 86401 |
| DOUBLE A ELECTRIC, LLC | c/o Bankruptcy Law Center, LLC | 1100 S. 10th Street | Las Vegas, NV 89104 |
| DDR DRYWALL & PAINT TOO, LLC | ATTN: JOHN P REYNOLDS | 2408 SANTA CLARA DR. | Las Vegas, NV 89104 |
| DDS Water/Sparkletts | P.O. Box 660579 | | Dallas, TX 975266-0579 |
| DYNAMIC HEATING & AIR OF NEVADA, INC. | ATTN: MICHAEL MAHONY | 3315 BIRTCHER DRIVE | LAS VEGAS, NV 89118 |
| DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA | ATTN: SUSAN BARKER | 4745 COPPER SAGE STREET | LAS VEGAS, NV 89115 |
| EAGLE PAINTING & DRYWALL | ATTN: CYNTHIA STINE | 6225 HARRISON DRIVE, SUITE #1 | LAS VEGAS, NV 89120 |
| Embarq Communications, Inc | PO Box 219008 | | Kansas City, MO 64121-9108 |
| Energy Inspectors (WredCo) | Attn: Bankruptcy Desk/Managing Agent | 8515 Edna Avenue Suite 210 | Las Vegas NV 89117 |
| Environmental Management Solutions | 1214 Wigwam Pkwy No 100 | | Henderson, NV 89074-8156 |
| ENVISION CONCRETE, LLC | ATTN: MANUEL A. DELTORO | 5655 REFERENCE ST. | LAS VEGAS, NV 89122 |
| FEDEX CUSTOMER INFORMATION SERVICE | ATTN: WILLIAM B. SELIGSTEIN | REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR | MEMPHIS, TN 38116 |

SERVICE LIST
RHODES HOMES
Case No. 09-14814 LBR

| Name | Address 1 | Address 2 | City/State/Zip |
|---|---|---|---|
| Frank Rodriguez Services, Inc. | 3675 S. Rainbow, No 180 | | Las Vegas, NV 89103 |
| French Bouquet Flower Sh | 3265 E. Tropicana Ave | | Las Vegas, NV 89121 |
| G.C. WALLACE, INC. | ATTN: JAMES VANWOERKOM | 6655 SOUTH CIMARRON ROAD Ste. A- | LAS VEGAS, NV 89113-2132 |
| GEO TEK, INC. | ATTN: CHRISTOPHER AMEN | 6835 S. ESCONDIDO STREET, SUITE A | LAS VEGAS, NV 89119-3832 |
| Geeso NV | 1868 Anamor St | | Redwood City, CA 94061 |
| Golden Triangle Development | 244 Dark Forest Ave | | Las Vegas, NV 89123 |
| Gordon & Rees LLP | 275 Battery Street #2000 | | San Francisco, CA 94111 |
| Grainger | P.O. Box 419267 | | Kansas City, MO 64141-6267 |
| GRANITE WORLD LTD LLC | ATTN: JAMES BLASCO | 3270 E. Tropicana Ave. | N. LAS VEGAS, NV 89081 |
| Great Buns Bakery | 2290 Corporate Circle Suite 250 | | Las Vegas, NV 89121 |
| Greenspun Media Group | P.O. Box 1036 | | Henderson, NV 89074 |
| Greg Norman | | | |
| GUY EVANS CONTRACTOR SERVICES | ATTN: KRISTIN OSWEILER, MASCO ADMINISTRA | 260 JIMMY ANN DRIVE | DAYTONA BEACH, FL 32114 |
| Helena Chemical Co. | P.O. Box 60000 | | San Francisco, CA 94160-3801 |
| Home Depot | PO Box 6031 | | The Lakes, NV 88901-6031 |
| IKON OFFICE SOLUTIONS | ATTN: SHAUNDOLYN ROBERTSON - BANKRUPTCY | 3920 ARKWRIGHT RD - SUITE 400 | MACON, GA 31210 |
| Insight | P.O. Box 78825 | | Phoenix, AZ 85062-8825 |
| INTERIOR SPECIALISTS, INC. | C/O TAMALYN E. LEWIS | 201 N. CENTRAL AVE. #3300 | PHOENIX, AZ 85004 |
| INTERSTATE PLUMBING & AIR CONDITIONING, LLC | ATTN: BEVERLY WOLF | 7201 W. POST ROAD | LAS VEGAS, NV 89113 |
| Intrepid Iron, Inc. | 3321 Western Avenue | | Las Vegas, NV 89109 |
| IOVINO MASONRY | ATTN: JERRY JORGENSON | 2440 Marcos Street | LAS VEGAS, NV 89139 |
| Jackpot Sanitation Services | PO BOX 29386 | | Las Vegas, NV 89115 |
| Jobing.com | 6225 Racel St | | Phoenix, AZ 85038-9386 |
| John Prfina | | | Las Vegas, NV 89131 |
| JS Pest Control | 3157 N. Rainbow Blvd. #568 | | Las Vegas, NV 89108-4578 |
| K. Brinkerhoff Enterprises | 6998 Stone Meadows Avenue | | Las Vegas, NV 89142 |
| K.H. LANDSCAPING | ATTN: AMY HARRISON | 11500 Eastern Avenue | LAS VEGAS, NV 89129 |
| Koch & Scow, LLC | | | Henderson, NV 56052 |
| KYLE MOYER & COMPANY | JANET BETTS | 8370 W. CHEYENNE AVE. #109-301 Suite 110 | LAS VEGAS, NV 89129 |
| LAGUNA GEOSCIENCES, INC. | ANNE MCGRAW | 16427 N. SCOTTSDALE RD, STE 300 | SCOTTSDALE, AZ 85254 |
| | | HOLME ROBERTS & OWEN, LLP | |
| Lamps Plus Centennial | Attn: Accounts Receivable | 31655 SOUTH COAST HIGHWAY, SUITE A | LAGUNA BEACH, CA 92651 |
| Landscape Services, Inc. | 35 W. Mayflower Avenue | 20250 Plummer Street | Chatsworth, CA 91311 |
| Las Vegas Billboards | 5665 S. Valley View Blvd#4 | | North Las Vegas, NV 89030 |
| Las Vegas Review Journal | PO Box 70 | | Las Vegas, NV 89119 |
| LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BLAKE (FKA Lee & Russell) | NATASHA L. BROOKS | 7575 VEGAS DRIVE #150 | LAS VEGAS, NV 89128 |
| M & M ELECTRIC, INC | ATTN: E. BRADLEY WADSWORTH | 3655 W DEWEY DR. | LAS VEGAS, NV 89118 |
| M S Concrete, Inc. | 3840 North Commerce | | LAS VEGAS, NV 89032 |
| MANUFACTURERS' NEWS, INC | ATTN: ANZHELIKA KAMINSKA | 1633 CENTRAL STREET | EVANSTON, IL 60201 |
| MENDENHALL SMITH | ATTN: LISA MORACA | 3571 RED ROCK ST., STE A | LAS VEGAS, NV 89103 |
| Mercury Reprographics | 3325 Pepper Lane | | Las Vegas, NV 89120 |
| MILGARD MANUFACTURING, INC. | PO BOX 53583 | | PHOENIX, AZ 85072 |
| Mobile Min, Inc. | PO Box 79149 | | Phoenix, AZ 85062-9149 |
| Modular Space Corporation | P.O. BOX 641595 | | Pittsburgh, PA 15264-1595 |
| MOHAVE COUNTY | C/O DOLORES H. MILKIE | ATTORNEY'S OFFICE-CIVIL DIVISION | |
| | | PO BOX 7000 | |
| MOHAVE ELECTRIC COOPERATIVE, INC. | ATTN: GREG SEANEY | PO BOX 1045 | BULLHEAD CITY, AZ 86430-1045 |
| Morgan Grimshaw | 8985 Union Gap Rd | | KINGMAN, AZ 86402-7000 |
| MSE / ERIK LUNDGAARD | 9811 W. CHARLESTON BLVD. #2403 | | Las Vegas, NV 89117 |
| National Advertising & Publishing Inc | 1245 Farmington Ave # 104 | | West Hartford, CT 06107 |
| National City Golf Finance | P.O. Box 931034 | | Cleveland, OH 44193 |
| Nevada House of Hose | 1015 sharp Cir | | N. Las Vegas, NV 89030 |
| NEVADA LINEN SUPPLY | ATTN: JULIE FITTON | 3960 W. MESA VISTA AVE | LAS VEGAS, NV 89103 |
| New Crete LLC | 6639 Schuster Street | | Las Vegas, NV 89118 |
| Nike Golf | P.O. Box 847648 | | Dallas, TX 75284-7648 |
| OFFICE DEPOT | ATTN: KATHLEEN LARAMORE | 6600 N. MILITARY TRAIL -S413G | BOCA RATON, FL 33496 |

SERVICE LIST
RHODES HOMES
Case No. 09-14814 LBR

| Name | Address | Address 2 | City, State, Zip |
|---|---|---|---|
| Opportunity Village ARC.INC | 6300 West Oakey Boulevard | | Las Vegas, NV 89146 |
| Orkin Pest Control | 5740 Arville St Suite 201 | | Las Vegas, NV 89118 |
| PAR 3 LANDSCAPE & MAINTENANCE, INC. | ATTN: KAM BRIAN | | LAS VEGAS, NV 89103 |
| Performance Plus Engineering | 27740 Jefferson Avenue #320 | | Temecula, CA 92590 |
| Prestige Flag | 591 Camino de la Reina #917 | | San Diego, CA 92108 |
| Professional Document Products | 3371 W. Oquendo Road | | Las Vegas, NV 89118 |
| PRUDENTIAL OVERALL SUPPLY | P.O. BOX 11201 | | SANTA ANA, CA 92711 |
| QUALCOMM INCORPORATED | SALLY CADIRCI, LEGAL ANALYST | 5775 MOREHOUSE DRIVE, AA-4420 | SAN DIEGO, CA 92121 |
| Quality Cabinets of Nevada | Lock Box 842520 | | Dallas, TX 75284-2520 |
| Quality Impressions | 6295 Harrison Dr. | Suite 29 | Las Vegas, NV 89120 |
| Quality Interiors, Inc | 748 Springdale Dr. Suite 150 | | Corona, CA 92880-1704 |
| QUALITY WOOD PRODUCTS LTD | ATTN: DARREN T STUDENT | 3001 N. NELLIS BLVD | LAS VEGAS, NV 89115 |
| Rapid Refill Ink | 7375 S. Durango Dr. | | Las Vegas, NV 89113 |
| RCR PLUMBING AND MECHANICAL, INC. | ATTN: CLIFF M. LACY | 12620 MAGNOLIA AVENUE | RIVERSIDE, CA 92503 |
| Realty West Inc. | 1100 Mary Crest Road | | Henderson, NV 89074 |
| Red Rock Mechanical, LLC | 6311 Dean Martin Dr. | | Las Vegas, NV 89118 |
| Redburn Tire Company | PO BOX 14828 | | Phoenix, AZ 85063-4828 |
| Reel Sound | 1111 Mary Crest | | Henderson, NV 89074 |
| Retail Association of Nevada | 410 S. Minnesota Street | | Carson City, NV 89703-4272 |
| Rise & Run, Inc. | 1995 Whitney Mesa | | Henderson, NV 89014 |
| ROADSAFE TRAFFIC SYSTEMS INC | ATTN: ELISEO SEGUI | 3015 E ILLINI ST | PHOENIX, AZ 85040 |
| SAFETY RAILS OF NEVADA, INC | ATTN: RANDY LOFQUIST | 3447 RINGSTAR RD. | LAS VEGAS, NV 89030 |
| Salestraq | 9101 Alta Dr. #1406 | | Las Vegas, NV 89145 |
| SAN GABRIEL CONSTRUCTION | ATTN: ERIC GARCIA | 9435 W. TROPICANA SUITE 102 PMB 157 | 102 PMB 157 LAS VEGAS, NV 89147 |
| Siemens Bldg Technologies, Inc | 7850 Collections Center Drive | | Chicago, IL 60693 |
| SILVER STATE BUILDER SERVICES, LLC | ATTN: GIB GANSCHOW | 4205 W. TOMPKINS AVE - STE. 3 | LAS VEGAS, NV 89103 |
| Silver State Fireplaces | 3555 W. Quail Road, Ste A, | | Las Vegas, NV 89118 |
| Silver State Specialties, LLC | 3115 E. Lone Mountain Road | Suite 1500 | Las Vegas, NV 89081 |
| Skyline Insulation, Inc. | 4151 Industrial Center Drive | Suite 800 | N. Las Vegas, NV 89030 |
| Slater Hanifan Group | Attn Bankruptcy Desk/Managing Agent | 5740 S Arville 216 | Las Vegas NV 89118 |
| Smith & Tweed | P.O. Box 1036 | | Charlotte, NC 28201-1036 |
| SOUTHWEST CONSULTING GROUP | JEANIE FRAZIER - SCG | 11858 BERNARDO PLAZA COURT, SUITE 101C | SAN DIEGO, CA 92128 |
| SOUTHWEST GAS CORPORATION | ATTN: JAIMIE SHIPP - BANKRUPTCY DESK | PO BOX 1498 | VICTORVILLE, CA 92393-1498 |
| Southwest Iron Works, LLC | Brian K. Berman, Esq. | 721 Gass Avenue | Las Vegas, NV 89101 |
| Sparklett's Drinking Wat | P.O. Box 660579 | | Dallas, TX 75266-0579 |
| SPORTS TURF IRRIGATION | ATTN: JANIS NICHOLL | 1019- A S. MELROSE ST | PLACENTIA, CA 92870 |
| Sterling Nevada, LLC | 2825 Coleman Street | | N. Las Vegas, NV 89032 |
| STEVEN ENTERPRISES, INC. | ATTN: AMY CARISOZA | 17952 SKY PARK CIR. STE. E | IRVINE, CA 92614 |
| Straight Down Clothing | 625 Clarion Court | | San Luis Obispo, CA 93401 |
| SUNRISE FIRE INC. | ATTN: GLENN D. BROWN | PO BOX 82034 | LAS VEGAS, NV 89180 |
| SUNRISE MECHANICAL, INC | ATTN: BONNIE L REAVES | 7380 COMMERCIAL WAY | HENDERSON, NV 89011 |
| SURFACE SOLUTIONS | ATTN: EULALIO MORENO | P.O. BOX 335112 | 2305 DALTON RIDGE CT. NORTH LAS VEGAS, NV 89033 |
| Surface Specialists of Nevada | 2756 N. Green Valley Pkwy | PMB 458 | Henderson, NV 89014 |
| Sysco Food | P.O. Box 93537 | | Las Vegas, NV 89193 |
| Tait & Associates, Inc. | P.O. Box 11118 | | Santa Ana, CA 92711-1118 |
| TEKSYSTEMS, INC. | 7437 RACE RD. | | HANOVER, MD 21076 |
| TelePacific Communications | P. O. Box 526015 | | Sacramento, CA 95852-6015 |
| The Masonry Group Nevada, Inc. | 4685 Berg Street | | North Las Vegas, NV 89081 |
| THE TIBERTI COMPANY | ATTN: JELINDO TIBERTI | 4975 ROGERS STREET | LAS VEGAS, NV 89118 |
| Tobacco Leaf | 7175 W. Lake Mead Blvd #120 | | Las Vegas, NV 89128 |
| TOWER BUILDERS LLC | ATTN: BRUCE BIRT | 3656 N. RANCHO DR. #101 | LAS VEGAS, NV 89130 |
| Triton Grading & Paving LLC | 4220 Arcata Way | Bldg B Suite 1 | N Las Vegas, NV 89030 |
| Turf Tech | 806 Buchanan #115-276 | | Boulder City, NV 89005 |
| UNISOURCE ENERGY CORPORATION | ATTN: CAROLINA VILLASCUESA | TUCSON ELECTRIC POWER CO.-SCCS | PO BOX 711 TUCSON, AZ 85702 |

| Name | Address 1 | Address 2 | City/State/Zip |
|---|---|---|---|
| US Foodservice | P.O. Box 3911 | | Las Vegas, NV 89127-3911 |
| Valley Air Conditioning Inc. | 9225 Mann Street | | Las Vegas, NV 89139 |
| Valley Pioneers Water | 5998 W. Chino Drive | | Golden Valley, AZ 86413 |
| WALL CONSTRUCTORS, INC | ATTN: BARRY WINNER | | LAS VEGAS, NV 89120 |
| Wallace Morris Surveying, Inc. | 5740 S. Arville Street Suite #206 | | Las Vegas, NV 89118 |
| Westar Kitchen & Bath, LLC | c/o Williams & Wiese | | Las Vegas, NV 89101 |
| WestCor Construction | 5620 Stephanie Street | | Las Vegas, NV 89122 |
| Western Sign & Flag Inc | 4181W Oquendo | | Las Vegas, NV 89118 |
| WILLIS ROOF CONSULTING, INC. | ATTN: JOSEPH WILLIS | | LAS VEGAS, NV 89118 |
| WILMAR CONTRACTING, INC. | ATTN: MELANIE HENRY | | LAS VEGAS, NV 89118 |
| AIR METHODS CORPORATION | ATTN: MARK R. KEENE | | SAN BERNARDINO, CA 92408-3536 |
| AL & BETH CARDAMONE | 4689 LOMAS SANTA FE STREET | | |
| AMERICAN INT'L SPECIALTY LINES INSURANCE CO. ET AL | ATTN: MICHELLE A. LEVITT AUTHORIZED REP | 175 WATER STREET, 18TH FLOOR | NEW YORK, NY 10038 |
| ARIZONA DEPT OF REVENUE | C/O TAX,BANKRUPTCY & COLLECTION SECTION | 1275 WEST WASHINGTON AVENUE | PHOENIX AZ 85007 |
| ARIZONA LAND QUEST LLC | ATTN: JOHN GALL | 8783 BRINDISI PARK AVE | LAS VEGAS, NV 89148 |
| Bravo Underground, Inc. | 1183 Center Point Drive | | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O SNELL & WILMER L.L.P. | ATTN: ROBERT R. KINAS | |
| CHAD & TANIA KEISER | ATTN: TROY L. ISAACSON | MADDOX, ISAACSON & CISNEROS, LLP | 3883 HOWARD HUGHES PARKWAY, SUITE 1100 Henderson, NV 89074 |
| CHARLES BAGLEY | ATTN: TROY L. ISAACSON | MADDOX, ISAACSON & CISNEROS, LLP | 3811 W. CHARLESTON BLVD., SUITE 110 LAS VEGAS, NV 89169 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ATTN: LESLIE BRUELAND | BANKRUPTCY PROCESSING SOLUTIONS, INC. | 3811 W. CHARLESTON BLVD., SUITE 110 LAS VEGAS, NV 89102 |
| CORBY D. ARNOLD, ESQ., PROFESSIONAL CORPORATION | 2965 S. JONES BLVD., - SUITE A | | 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 |
| DAVID AND CHRISTINE FROHNEN | 11 ISLEWORTH DR. | | LAS VEGAS, NV 89146 |
| FLAGSTAFF LANDSCAPE PRODUCTS INC | ATTN: WILLIAM S WEISS | | HENDERSON, NV 89052 |
| G.C. WALLACE, INC. | ATTN: JAMES VANWOERKOM | P.O. BOX 30326 | FLAGSTAFF, AZ 86003 |
| Golf Ventures West | 5101 Gateway Blvd #18 | 6655 SOUTH CIMARRON ROAD | LAS VEGAS, NV 89113-2132 |
| HARTFORD FIRE INSURANCE COMPANY | BANKRUPTCY UNIT, T-1-55 | Lakeland , FL 33811 | |
| Integrity Masonry, Inc | 329 W. PADRE | HARTFORD PLAZA | HARTFORD CT 0615 |
| IRENE MINDO & TEOFILO JOSE | Richard Dreitzer, Esq. | Bullivant, Houser & Bailey, PC | 3883 Howard Hughes Pkwy, No. 550 Las Vegas, NV 89169 |
| LAS VEGAS VALLEY WATER DISTRICT | C/O SHERILYN A. OLSEN | SANTA BARBARA, CA 93105 | |
| MELISSA F. MACK | LAW OFFICES OF MELISSA MACK | 1139 LEEWARD LANE | 60 E. SOUTH TEMPLE, SUITE 2000 SALT LAKE CITY, UT 84111 |
| MIRAJOY RAYO & ARTURO CASIMIRO | ATTN: TROY L. ISAACSON | HOLLAND & HART LLP | ALAMEDA, CA 94502 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | ATTN: LISA M. MOORE, VICE PRESIDENT | MADDOX, ISAACSON & CISNEROS, LLP | 3811 W. CHARLESTON BLVD., SUITE 110 LAS VEGAS, NV 89102 |
| NEVADA POWER COMPANY D/B/A NV ENERGY | C/O KIRBY C. GRUCHOW, JR., ESQ | 995 DALTON AVENUE | CINCINNATI, OH 45203 |
| NEVADA STATE TREASURER | ATTN: MARY MCELHONE | LEACH JOHNSON SONG & GRUCHOW | 5495 SOUTH RAINBOW BOULEVARD, SUITE 202 LAS VEGAS, NV 89118 |
| PROLINK SYSTEMS, INC | ATTN: BIRTHE MURRAY | UNCLAIMED PROPERTY DIVISION | 555 E. WASHINGTON AVE. #4200 LAS VEGAS, NV 89101 |
| Rapid Refill Ink | 7375 S. Durango Dr. | 410 SOUTH BENSON LANE | CHANDLER, AZ 85224 |
| RESIDENTIAL WARRANTY COMPANY | ATTN: KENNETH J. BUGGY | 5300 DERRY STREET | Las Vegas, NV 89113 |
| RHODES RANCH ASSOCIATION, INC. | C/O KIRBY C. GRUCHOW, JR., ESQ | LEACH JOHNSON SONG & GRUCHOW | HARRISBURG, PA 17111-3598 |
| RICKEY & DORIS LOFTON | ATTN: TROY L. ISAACSON | MADDOX, ISAACSON & CISNEROS, LLP | 5495 SOUTH RAINBOW BOULEVARD, SUITE 202 LAS VEGAS, NV 89118 |
| SHAYLON HOMEOWNERS' ASSOCIATION | C/O KIRBY C. GRUCHOW, JR., ESQ | LEACH JOHNSON SONG & GRUCHOW | 3811 W. CHARLESTON BLVD., SUITE 110 LAS VEGAS, NV 89102 |
| SIMPLEX GRINNELL | ATTN: BANKRUPTCY | 50 TECHNOLOGY DRIVE | 5495 SOUTH RAINBOW BOULEVARD, SUITE 202 LAS VEGAS, NV 89118 |
| SLAUGHTER, ET AL. CLASS ACTION CLAIM | ATTN: TROY L. ISAACSON | MADDOX, ISAACSON & CISNEROS, LLP | WESTMINSTER, MA 01441 |
| STAFFMARK | ATTN: TERRI AYERS | 435 ELM ST., STE 300 | 3811 W. CHARLESTON BLVD., SUITE 110 LAS VEGAS, NV 89102 |
| Stanley Consultants, Inc. | 5820 S. Eastern Avenue, #140 | Las Vegas, NV 89119 | CINCINNATI, OH 45202 |
| T.I. RESIDENTIAL, INC. | C/O DANA JONATHON NITZ, ESQ. | 9950 W. CHEYENNE AVENUE | LAS VEGAS, NV 89129 |
| THE TWT GROUP TWT, INC. (DBA THE WHEEL THING) | DANIEL L. COATS | 11982 KIOWA AVE. #204 | LOS ANGELES, CA 90049 |
| Travis Mathew App | 15547 Graham St | Huntington Beach, CA 92649 | |
| Triton Grading & Paving LLC | 4220 Arcata Way | Bldg B Suite 1 | |
| TUSCANY MASTER ASSOCIATION | C/O KIRBY C. GRUCHOW, JR., ESQ. | LEACH JOHNSON SONG & GRUCHOW | 5495 SOUTH RAINBOW BOULEVARD, SUITE 202 N. Las Vegas, NV 89030 |
| TYGRIS VENDOR FINANCE, INC. F/K/A | U.S. EXPRESS LEASING, INC. | ATTN: ANNETTE MCGOVERN | 10 WATERVIEW BLVD. PARSIPPANY, NJ 07054 |
| VERIZON WIRELESS | PO BOX 3397 | BLOOMINGTON, IL 61702 | |
| CREDIT SUISSE LOAN FUNDING LLC | Attn: Tom Lynch | Eleven Madison Avenue, 9th Floor | New York NY 10010 |
| Jeffrey R. Sylvester, Esq. | James B. MacRobie, Esq. | Sylvester & Polednak, Ltd. | 7371 Prairie Falcon Rd., Ste. 120 Las Vegas, NV 89128 |

SERVICE LIST
RHODES HOMES
Case No. 09-14814 LBR

| | | |
|---|---|---|
| Van C. Durrer II | Skadden, Arps, Slate, Meagher & Flom LLP | 300 South Grand Avenue, #3400 | Los Angeles, CA 90071-3144 |
| Ira Dizengoff and Phillip Dublin | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park | New York, NY 10036 |
| Nile Leatham & Timothy P. Thomas | KOLESAR & LEATHAM | Wells Fargo Financial Center | Las Vegas, NV 89102 |
| Wells Fargo Bank, National Association | Attn: David Bergstrom | 625 Marquette Ave. Mac N9311-110 | Minneapolis, MN 55479 |
| Mark Somerstein, Don Demakis, Ben Schneider | Ropes & Gray LLP | 1211 Avenue of the Americas | New York, NY 10036 |
| J. Thomas Beckett & David P. Billings | Parsons Behle & Latimer | 201 South Main Street, Suite 1800 | Salt Lake City, UT 84111 |
| Rew R. Goodenow | One Utah Center | 50 West Liberty St., Ste. 750 | Reno, NV 89501 |
| Virginia Cronan Lowe, Esq. | Trial Attorney, Tax Division | U.S. Department of Justice | 950 Pennsylvania Ave. | Washington, D.C. 20530-0001 |
| Bart K. Larsen, Esq. | 6725 Via Austi Parkway, Ste. 200 | | Las Vegas, NV 89119 |
| Donald H. Williams, Esq. | Williams & Wiese | 612 South Tenth Street | Las Vegas, NV 89101 |
| Janet L. Chubb, Esq. | Michael E. Buckley, Esq. | JONES VARGAS | P.O. Box 281 | Reno, NV 89504-0281 |
| Janiece S. Marshall, Esq. | Anderson, McPharlin & Conners LLP | 777 North Rainbow Blvd., Ste. 145 | Las Vegas, NV 89107 |
| Ms. Janine Guthrie | 1225 Monterey Street | | Redlands, CA 92373 |
| Philip S. Gerson, Esq. | Olson, Cannon, Gormley & Desruisseaux | 9950 West Cheyenne Avenue | Las Vegas, NV 89129 |
| Randall D. Patterson | LEXINGTON INSURANCE | 100 Summer Street | Boston, MA 02110-2135 |
| Richard I. Dreitzer, Esq. | Bullivant Houser Bailey PC | 3980 Howard Hughes Pkwy., Ste. 550 | Las Vegas, NV 89169 |
| Robert R. Kinas, Esq. | Claire Y. Dossier & Nishat Baig | Snell & Wilmer, LLP | 3883 Howard Hughes Parkway, Ste. 1100 | Las Vegas, NV 89169 |
| Brett A. Axelrod | Greenberg Traurig, LLP | 3773 Howard Hughes Parkway Suite 400 North | Las Vegas, NV 89169 |
| Office of the United States Trustee | Attn: August B. Landis | 300 Las Vegas Blvd. South, Suite 4300 | Las Vegas, Nevada 89101 |