Duane E. Shinnick, Esq.
Bar No. 7176
Eric Ransavage, Esq.
Bar. No. 8876
SHINNICK, RYAN & RANSAVAGE P.C.
2881 Business Park Court, Suite 210
Las Vegas, NV 89128
Tel. (702) 631-8014
Fax (702) 631-8024
eransavage@ssllplaw.com

Attorneys for ALL HOMEOWNERS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC aka<br>"Rhodes Homes", et al.1<br><br><br><br><br><br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF HEARING**<br><br><br><br>Hearing Date: June 21, 2010<br>Hearing Time: 9:30 AM<br>Courtroom: 1 |

Affects the following Debtors:
RHODES DESIGN & DEVELOPMENT CORP. and RHODES RANCH GENERAL PARTNERSHIP

---

1 The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14844); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcav, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

## NOTICE OF HEARING

TO: ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that *A Motion For Clarification Of Order Or, In The Alternative, Motion For Modification Of Automatic Stay In Order To Proceed Against Debtor As A Nominal Defendant And As Against Insurance Proceeds Only* was filed on April 16, 2010 by ERIC RANSAVAGE, ESQ. The motion seeks clarification of the court's Order Granting Motion For Modification Of Automatic Stay In Order To Proceed Against Debtors As A Nominal Defendant And As Against Insurance Proceeds Only. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**PLEASE TAKE FURHTER NOTICE** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.
}

**PLEASE TAKE FURHTER NOTICE** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on Monday, June 21, 2010, at the hour of 9:30 A.M.

Dated: 5-4-10

SHINNICK, RYAN & RANSAVAGE LLP

Eric Ransavage, Esq.
NV Bar No. 8876
SHINNICK RYAN & RANSAVAGE P.C.
2881 Business Park Ct., Suite 210
Las Vegas, Nevada
Tel: (702) 631-8014

Attorney for ALL HOMEOWNERS