JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010
Facsimile: (702) 479-1025

Attorneys for Creditor,
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s),<br>Apache Framing, LLC<br>Batcave, LP<br>Bravo, Inc.<br>Chalkline, LP<br>Elkhorn Partners, a Nevada LP<br>Geronimo Plumbing, LLC<br>Glynda, LP<br>Gung-Ho Concrete, LLC<br>Heritage Land Company LLC<br>Jackknife, LP<br>Overflow, LP<br>Parcel 20, LLC<br>Pinnacle Grading, LLC<br>Rhodes Homes Arizona, LLC<br>Rhodes Arizona Properties, LLC<br>The Rhodes Companies, LLC<br>Rhodes Ranch Golf Country Club, LLC<br>Rhodes Ranch General Partnership<br>Six Feathers Holdings, LLC<br>Tribes Holdings, LLC<br>Tick, LP<br>Tuscany Golf Country Club, LLC<br>Wallboard, LP | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**NOTICE OF CORRECTION OF ADDRESS** |

792765.1 5835.005

1  TO THE CLERK OF THE COURT, AND TO ALL INTERESTED PARTIES:

2      PLEASE TAKE NOTICE that the correct mailing address and telephone number for

3  Janiece S. Marshall, Esq., and Anderson, McPharlin & Conners LLP, attorneys for Stanley

4  Consultants, Inc., is as follows:

> Janiece S. Marshall, Esq.
> Anderson, McPharlin & Conners LLP
> 777 North Rainbow Boulevard, Suite 145
> Las Vegas, NV 89107
> Telephone: (702) 479-1010
> Facsimile: (702) 4719-1025
> Email: jm@amclaw.com

9  May 5, 2010

10                      ANDERSON, McPHARLIN & CONNERS LLP

12           By  /s/ Janiece S. Marshall
            Janiece S. Marshall, Esq.
            777 North Rainbow Boulevard, Suite 145
            Las Vegas, Nevada 89107
            Telephone: (702) 479-1010
            Attorneys for Creditor, Stanley Consultants, Inc.

**CERTIFICATE OF SERVICE VIA CM/ECF**

I hereby certify that on this 5th day May, 2010, I did serve, via Electronic Mail by the ECF system (a copy of the U.S. Bankruptcy Court's ECF service list is attached), a copy of the above and foregoing NOTICE OF CORRECTION OF ADDRESS as follows:

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com,axelrodb@gtlaw.com;koisp@gtlaw.com;dittrichr@gtlaw.com;wilsonm@gtlaw.com;lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowelaw@yahoo.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com;tmachnich@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;akosina@lslawnv.com

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

792765.1 5835.005

1  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS nleatham@klnevada.com,
2  ckishi@klnevada.com;bankruptcy@klnevada.com;kgregos@klnevada.com

3  CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
4  rblack@feinberggrant.com, efilings@hotmail.com

5  LARSON&STEPHENS
   810 S. Casino Center Blvd., Suite 104
6  Las Vegas, Nevada 89101
   Tel: (702) 382-1170 Fax: (702) 382-1169
7  VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
8  virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

9  JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
10 darhyl.kerr@dlapiper.com

11 EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov
12
   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
13 smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

14 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
15 olster@lbbslaw.com, gjovig@lbbslaw.com;gwhited@lbbslaw.com
   ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
16 eransavage@ssllplaw.com, agutierrez@ssllplaw.com

17 MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
   mark.somerstein@ropesgray.com
18
19 JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   jeff@sylvesterpolednak.com
20
21 TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS, MAIL@BRIANSHAPIROLAW.COM;sarah@brianshapirolaw.com
   U.S. TRUSTEE - LV - 11
22 USTPRegion17.lv.ecf@usdoj.gov

23 DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

## MAIL SERVICE LIST

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq.; Shirley Cho, Esq.<br>10100 Santa Monica Boulevard #1100<br>Los Angeles, CA 90067<br>Tel. (310) 277-6910<br>Fax (310) 201-0760 | Counsel for Debtors and Debtors in Possession |
| Larson & Stephens<br>Attn: Zachariah Larson, Esq.<br>810 S. Casino Center Boulevard, Suite 104<br>Las Vegas, NV 89101<br>Tel. (702) 382-1170<br>Fax (702) 382-1169 | Counsel for Debtors and Debtors in Possession |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Philip C. Dublin, Esq.<br>One Bryant Park<br>New York, NY 10036<br>Tel. (212) 872-1000<br>Fax (212) 872-1002 | Counsel for First Lien Steering Committee |
| Kolesar & Leatham, Chtd.<br>Attention: Nile Leatham, Esq.<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, NV 89102<br>Tel. (702) 979-2367<br>Fax (702) 362-9472 | Counsel for First Lien Steering Committee |
| Office of the U.S. Trustee<br>Attention: August B. Landis<br>300 Las Vegas Boulevard South, Suite 4300<br>Las Vegas, NV 89101<br>Tel. (702) 388-6600<br>Fax (702) 388-6658 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2010.

_____
Julie A. Garcia, Employee of
ANDERSON, McPHARLIN & CONNERS LLP