James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

E-filed: May 10, 2010

Attorneys for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s): | Hearing Date:  May 11, 2010<br>Hearing Time:  1:30 p.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:208640.9

|   |
|---|
| APACHE FRAMING, LLC |
| BATCAVE, LP |
| BRAVO, INC. |
| CHALKLINE, LP |
| ELKHORN PARTNERS, A NEVADA LP |
| GERONIMO PLUMBING LLC |
| GLYNDA, LP |
| GUNG-HO CONCRETE LLC |
| HERITAGE LAND COMPANY, LLC |
| JACKKNIFE, LP |
| OVERFLOW, LP |
| PARCEL 20, LLC |
| PINNACLE GRADING, LLC |
| RHODES HOMES ARIZONA, LLC |
| RHODES ARIZONA PROPERTIES, LLC |
| THE RHODES COMPANIES, LLC |
| RHODES RANCH GOLF COUNTRY CLUB, LLC |
| RHODES RANCH GENERAL PARTNERSHIP |
| SIX FEATHERS HOLDINGS, LLC |
| TRIBES HOLDINGS, LLC |
| TICK, LP |
| TRIBES HOLDINGS, LLC |
| TUSCANY GOLF COUNTRY CLUB, LLC |
| WALLBOARD, LP |

## STIPULATION BETWEEN INTERNAL REVENUE SERVICE AND DEBTORS RE DEBTORS' OMNIBUS OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 [DOCKET NO. 357]

Regarding the *Debtors' Objection to Internal Revenue Service Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007* (the "Objection"), filed by The Rhodes Companies, LLC and its affiliated debtors (collectively, the "Debtors"), the Reorganized Debtors and the Internal Revenue Service ("IRS") hereby stipulate and agree as follows:

1. All of the claims that were the subject of the Objection have been resolved by virtue of the fact that the IRS has amended all of the claims that were the subject of the Objection.

2. The Parties both agree that the Objection is now moot and shall request at the

*LARSON & STEPHENS*
*810 S. Casino Center Blvd., Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 382-1170  Fax: (702) 382-1169*

73203-002\DOCS_LA:208640.9           2

hearing on May 11, 2010 that the Court move the Objection off calendar.

Dated:  May 10, 2010

By  */s/ Virginia Lowe, Esq.*
Virginia Cronan Lowe, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated:  May 10, 2010

By  */s/ Shirley S. Cho*
Shirley S. Cho, Esq.
Co-Counsel for the Reorganized Debtors

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:208640.9

3