James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: May 13, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|
| Affects:<br>☐    All Debtors<br>☒    Affects the following Debtor(s)<br>Rhodes Homes Arizona, LLC, Rhodes Arizona Properties, LLC, and Elkhorn Investments, Inc. | |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:219887.1

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1
2

**NOTICE OF ERRATA RE EXHIBIT 1 TO THE MOTION OF REORGANIZED DEBTORS FOR ORDER APPROVING STIPULATION RE QUITCLAIMING CERTAIN ARIZONA ASSETS TO CLARIFY TITLE [DOCKET NO. 1124]**

3
4
5
6
7

PLEASE TAKE NOTICE that Exhibit 1 to the Motion of Reorganized Debtors for Order Approving Stipulation re Quitclaiming Certain Arizona Assets to Clarify Title [Docket No. 1124] (the "Motion") inadvertently excluded the referenced stipulation in said Motion. Attached hereto as Exhibit 1 is the complete referenced exhibit to the Motion.

8   **DATED** this 13th day of May 2010.

9
10                                              **LARSON & STEPHENS**

11
12                                              /s/ Zachariah Larson, Esq.
                                                Zachariah Larson, Bar No. 7787
13                                              Kyle O. Stephens, Bar No. 7928
                                                810 S. Casino Center Blvd., Suite 104
14                                              Las Vegas, NV  89101
                                                702/382-1170
15                                              Attorneys for Debtors and
                                                Debtors in Possession
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCS_LA:219887.1                2

# EXHIBIT 1

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
scho@pszjlaw.com
wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

☒ Affects All Debtors
☐ Affects the following Debtors:

Case No. BK-S-09-14814 LBR
(Jointly Adminstered)

Chapter 11

**STIPULATION RE QUITCLAIMING CERTAIN ARIZONA ASSETS TO CLARIFY TITLE**

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09- 14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09- 14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:216110.3

This Stipulation is entered into by and between the above-captioned Reorganized Debtors Possession (the "Reorganized Debtors"), the Firs Lien Steering Committee ("FLSC"), and certain of the Debtors' non-Debtor affiliates (the "Rhodes Entities"). The foregoing parties (together, the "Parties") hereby enter into this Stipulation and agree as follows:

**RECITALS**

WHEREAS, pursuant to the plan of reorganization filed by the FLSC and confirmed by the Bankruptcy Court (the "Plan"), the Debtors have agreed to market and sell certain assets (the "Arizona Assets") belonging to Rhodes Homes Arizona, LLC, Rhodes Arizona Properties, LLC, and Elkhorn Investments, Inc. (the "Arizona Debtors") to the highest and best bidder pursuant to the Court-approved bidding procedures [Docket No. 1075] (the "Bidding Procedures");

WHEREAS, the Arizona Debtors have received approval from the necessary governmental agencies for a master-planned community ("Pravada"), which may be of value to a third party purchaser;

WHEREAS, based on their books and records, the Arizona Debtors are the equitable owners of the property listed on **Exhibit A** hereto, but such property is titled in the name of a Rhodes Entity at the County of Mohave Recorders' Office (the "Debtor-Mistitled Property");

WHEREAS the Arizona Debtors have received approval from the necessary Arizona governmental agencies for Pravada, which may be of value to a third party purchaser. As part of that governmental approval, the map for Pravada contains pre-approved subdivision boundaries, roadway locations, utility locations, house plot lines where homes may be built, and related grading and other physical work product. The Debtor Mistitled Property consists of parcels of land on the boundaries of Pravada that are necessary for any third-party bidder interested in completing the Pravada master plan because the pre-approved subdivision boundaries, roadway locations, utility locations, house plot lines where homes may be built, and related grading and

DOCS_LA:216110.3                                    2

other physical work product cross both the properly-titled Debtor land and the Debtor Mistitled Property;

WHEREAS, based on the Arizona Debtors and Rhodes Entities' books and records, the Rhodes Entities are the equitable owners of the property listed on **Exhibit B** hereto, but such property is titled in the name of a Debtor entity at the County of Mohave Recorders' Office (the "Rhodes Entities-Mistitled Property");

WHEREAS, although the Rhodes Entities-Mistitled Property may have a higher appraised value than the Debtor-Mistitled Property based on a third-party appraisal, the Debtor-Mistitled Property consists of parcels of land that are necessary to complete Pravada;

WHEREAS, the failure of such Debtor-Mistitled Property to be properly titled in the name of the Arizona Debtors could negatively impact the value of the Arizona Assets that are for sale under the Bidding Procedures;

WHEREAS, in order to maximize the value of the Arizona Assets, the Parties have agreed to enter into this Stipulation;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Parties as follows:

**AGREEMENT**

1.   Upon entry of an Order by the Bankruptcy Court approving this Stipulation, the Arizona Debtors, as reorganized, shall quitclaim the Rhodes Entities-Mistitled Property to the Rhodes Entities and the Rhodes Entities shall quitclaim the Debtor-Mistitled Property to the Reorganized Debtors.

Dated: May 3, 2010

**APPROVED**

DOCS_LA:216110.3                                          3

By: /s/ Philip C. Dublin
AKIN GUMP STRAUSS
HAUER & FELD LLP
 Philip C. Dublin (NY Bar No. 2959344)
One Bryant Park
New York, NY 10036
*Counsel for the First Lien Steering Committee*

**APPROVED**

By: _____
Name: Kevin Corbett
Title: Vice President
*The Reorganized Debtors*

**APPROVED**

By: _____
Name: James M. Rhodes
Title: President
*The Rhodes Entities*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:216110.3

4

# EXHIBIT A – DEBTOR MISTITLED PROPERTY

**LIST OF ALL PARCELS TO BE QUITCLAIMED TO DEBTORS FROM RHODES ENTITIES (NON-DEBTOR)**

| | | |
|---|---|---:|
| PRAVADA | AREA 1 | 60.64 |
| PRAVADA | AREA 2 | 13.39 |
| PRAVADA | AREA 3 | 33.25 |
| PRAVADA | AREA 4 | 23.29 |
| | TOTAL: | 130.57 |

# EXHIBIT B – RHODES ENTITIES MISTITLED PROPERTY

**LIST OF ALL PARCELS TO BE QUITCLAIMED TO RHODES ENTITIES (NON-DEBTOR) FROM DEBTORS**

| APN | Acres |
|---|---:|
| 306-63-009 | -8.0 |
| 306-63-010 | -8.0 |
| 306-63-011 | -8.0 |
| 306-63-012 | -8.0 |
| 306-63-013 | -8.0 |
| 306-24-091 | -20.57 |
| 354-34-045a | -30.01 |
| AREA "A" | -1.17 |
| AREA "B" | -44.13 |
| AREA "C" | -10.42 |
| AREA "D" | -9.36 |
| TOTAL: | -155.7 |

354-34-045A
KINGMAN
PRAVADA
T 022 N
R 018 W
022N018W
T 022 N
R 017 W
022N017W
T 022 N
R 016 W
022N016W
022N015W
T 022 N
R 015 W
T 021 N
R 018 W
021N018W
021N017W
T 021 N
R 017 W
021N016W
T 021 N
R 016 W
021N015W
T 021 N
R 015 W
T 020 N
R 018 W
020N018W
020N017W
T 020 N
R 017 W
020N016W
T 020 N
R 016 W
020N015W
T 020 N
R 015 W
019N018W
019N017W
019N016W
019N015W
MORROW AVE
LOUISE AVE
PINTO RD
BEALE ST



