James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Debtors and
Debtors in Possession

E-File: May 14, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>        Debtors.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:219968.1

## CERTIFICATE OF SERVICE

1. On the 13th day of May 2010, I served the following document(s):

    a. **NOTICE OF ERRATA RE EXHIBIT 1 TO THE MOTION OF REORGANIZED DEBTORS FOR ORDER APPROVING STIUPLATION RE QUITCLAIMING CERTAIN ARIZONA ASSETS TO CLARIFY TITLE [DOCKET NO. 1124]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   PLEASE SEE ATTACHED SERVICE LIST

3. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   SEE ATTACHED ECF SERVICE LIST

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): May 14, 2010

Sophia L. Lee
(Name of Declarant)                    (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:219968.1                    2

## ECF SERVICE LIST

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

73203-002\DOCS_LA:219968.1    3

1  JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   darhyl.kerr@dlapiper.com

2

3  JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
   jm@amclaw.com, jag@amclaw.com

4  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

5  SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

6

7  JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
   olster@lbbslaw.com, sallade@lbbslaw.com

8  ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com

9

10 MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
   mark.somerstein@ropesgray.com

11 JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   jeff@sylvesterpolednak.com

12

13 TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   , sarah@brianshapirolaw.com

14 U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

15

16 DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:219968.1                    4

Rhodes Homes Service List

| Office of the United States Trustee<br>Attn: August B. Landis<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, Nevada 89101 | Counsel for the Internal Revenue Service<br>Virginia Cronan Lowe, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave.<br>Washington, D.C. 20530-0001 | Counsel to the Official Committee of Unsecured Creditors<br>(and Request for Special Notice)<br>Rew R. Goodenow<br>Karl Y. Olseon<br>Parsons Behle & Latimer<br>50 West Liberty St., Ste. 750<br>Reno, NV 89501 |
|---|---|---|
| J. Thomas Beckett<br>David P. Billings<br>Parsons Behle & Latimer<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111 | Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.<br>Brett A. Axelrod<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169 | Counsel to The Rhodes Entities<br>Fox Rothschild LLP<br>Wells Fargo Tower, Suite 500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 |
| Counsel to The Steering Committee of 1st Lien Lenders<br>Ira Dizengoff and Phillip Dublin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036 | Counsel to The Steering Committee of 1st Lien Lenders<br>Nile Leatham<br>Timothy P. Thomas, Esq.<br>KOLESAR & LEATHAM<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102 | Counsel to the Administrative Agent for the Second Lien Lenders<br>Mark Somerstein<br>Don Demakis<br>Ben Schneider<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| Administrative Agent to the First Lien Lenders<br>CREDIT SUISSE LOAN FUNDING LLC<br>Attn: Tom Lynch<br>Eleven Madison Avenue, 9th Floor<br>New York NY 10010 | Administrative Agent to the Second Lien Lenders<br>Wells Fargo Bank, National Association<br>Attn: David Bergstrom<br>625 Marquette Ave.<br>Mac N9311-110<br>Minneapolis, MN 55479 | Counsel to the Administrative Agent for the First Lien Lenders<br>Van C. Durrer II<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, #3400<br>Los Angeles, CA 90071-3144 |
| Jeffrey R. Sylvester, Esq.<br>James B. MacRobie, Esq.<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Rd., Ste. 120<br>Las Vegas, NV 89128 | Counsel to Commerce Associates LLC<br>Janet L. Chubb, Esq.<br>Michael E. Buckley, Esq.<br>JONES VARGAS<br>100 West Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281 | Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373 |
| Counsel to Claimant Westar Kitchen & Bath, LLC<br>Donald H. Williams, Esq.<br>Williams & Wiese<br>612 South Tenth Street<br>Las Vegas, NV 89101 | Counsel for Creditor Integrity Masonry, Inc.<br>Richard I. Dreitzer, Esq.<br>Bullivant Houser Bailey PC<br>3980 Howard Hughes Pkwy., Ste. 550<br>Las Vegas, NV 89169 | Counsel for Reef Colonial, LLC<br>Bart K. Larsen, Esq.<br>6725 Via Austi Parkway, Ste. 200<br>Las Vegas, NV 89119 |
| Counsel for Caterpillar Financial Services Corporation<br>Robert R. Kinas, Esq.<br>Claire Y. Dossier, Esq.<br>Nishat Baig, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Ste. 1100<br>Las Vegas, NV 89169 | Counsel for Creditor Stanley Consultants, Inc.<br>Janiece S. Marshall, Esq.<br>Anderson, McPharlin & Conners LLP<br>777 North Rainbow Blvd., Ste. 145<br>Las Vegas, NV 89107 | Insurance Company<br>Randall D. Patterson<br>LEXINGTON INSURANCE<br>100 Summer Street<br>Boston, MA 02110-2135 |

| | | |
|---|---|---|
| **Counsel for Clark County**<br>Philip S. Gerson, Esq.<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | Ken Wiles<br>Managing Director<br>Acceleron Group, LLC<br>2791 Soft Horizon Way<br>Las Vegas, NV 89135 | Mohave County Recorder<br>1305 Hancock Rd 5<br>Bullhead City, AS 86442 |
| Cindy Ferrin, Manager<br>State of Arizona<br>Department of Real Estate<br>2910 North 44th Street, Suite 100<br>Phoenix, AZ 85018 | Stanley Consultants Inc<br>5820 S Eastern Avenue<br>Suite 140<br>Las Vegas, NV 89119 | **Counsel to Bidder**<br>Lynch Hopper & Salzano LLP<br>Charles D. Hopper, Esq.<br>725 South 6th Street<br>Las Vegas, NV 89101 |
| **Counsel to Stanley Consultants, Inc.**<br>Janiece S. Marshall, Esq.<br>Anderson, McPharlin & Conners LLP<br>777 North Rainbow Blvd., Ste. 145<br>Las Vegas, NV 89107 | | |