| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0557 | J. THOMAS BECKETT | 425.00 | 56.50 | 52.61 | 24,012.50 | 73.16 | 0.00 |
| 0802 | REW R. GOODENOW | 370.00 | 5.00 | 4.66 | 1,850.00 | 5.64 | 0.00 |
| 0836 | DAVID P. BILLINGS | 190.00 | 13.90 | 12.94 | 2,641.00 | 8.05 | 0.00 |
| 7080 | LINDA O. MYERS | 135.00 | 32.00 | 29.80 | 4,320.00 | 13.16 | 0.00 |
| 0999 | FIRM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,168.27 |
| | GRAND TOTAL   WORK: | | 136.20 | | 38,393.50 | | 3,143.01 |
| | GRAND TOTAL   BILL: | 305.62 | 107.40 | 100.00 | 32,823.50 | 100.00 | 3,168.27 |

| Date | Code | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 01/04/2010 | 0802 | REW R. GOODENOW | 1.00 | 350.00 | REVIEW REVISIONS TO PLAN OF REORGANIZATION AND | 18422.001 | 2421677 |
| 02/22/2010 | | Invoice=275179 | 1.00 | 350.00 | CREDIT SUISSE LIMITED OPPOSITION. | | |
| 01/05/2010 | 7080 | LINDA O. MYERS | 1.30 | 175.50 | COMMUNICATIONS WITH B. CARLTON AND K. | 18422.001 | 2430431 |
| 02/22/2010 | | Invoice=275179 | 1.30 | 175.50 | KETTERLING REGARDING BILLING STATUS AND DRAFT PB&L'S 3RD FEE APPLICATION ACCORDINGLY. | | |
| 01/07/2010 | 0557 | J. THOMAS BECKETT | 0.50 | 212.50 | PREPARE FOR STATUS CONFERENCE; CORRESPONDENCE | 18422.001 | 2423005 |
| 02/22/2010 | | Invoice=275179 | 0.50 | 212.50 | WITH DUBLIN. | | |
| 01/07/2010 | 0802 | REW R. GOODENOW | 1.00 | 375.00 | REVIEW PLAN CONFIRMATION RESPONSES. | 18422.001 | 2424309 |
| 02/22/2010 | | Invoice=275179 | 1.00 | 375.00 | | | |
| 01/08/2010 | 0802 | REW R. GOODENOW | 0.50 | 187.50 | REVIEW PLAN CONFIRMATION RESPONSES. | 18422.001 | 2424318 |
| 02/22/2010 | | Invoice=275179 | 0.50 | 187.50 | | | |
| 01/11/2010 | 0557 | J. THOMAS BECKETT | 2.50 | 1,062.50 | REVIEW PLAN FILINGS (2.0) AND UPDATE | 18422.001 | 2431664 |
| 02/22/2010 | | Invoice=275179 | 2.50 | 1,062.50 | COMMITTEE (.5). | | |
| 01/12/2010 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | TELEPHONE CONFERENCE WITH PHIL DUBLIN | 18422.001 | 2431729 |
| 02/22/2010 | | Invoice=275179 | 0.10 | 42.50 | REGARDING CONFIRMATION. | | |
| 01/12/2010 | 0557 | J. THOMAS BECKETT | 1.40 | 595.00 | AMENDED NOTICE OF HEARING ON SECOND FEE | 18422.001 | 2431735 |
| 02/22/2010 | | Invoice=275179 | 1.40 | 595.00 | APPLICATION AND EFFORTS TO KEEP HEARING ON CALENDAR. | | |
| 01/12/2010 | 0557 | J. THOMAS BECKETT | 2.00 | 850.00 | ORGANIZE/REVIEW/PACK DOCUMENTS IN PREPARATION | 18422.001 | 2431741 |
| 02/22/2010 | | Invoice=275179 | 2.00 | 850.00 | FOR THURSDAY CONFIRMATION HEARING. | | |
| 01/13/2010 | 0557 | J. THOMAS BECKETT | 1.50 | 637.50 | PREPARE FOR (.75) AND PRE-CONFIRMATION | 18422.001 | 2431757 |
| 02/22/2010 | | Invoice=275179 | 1.50 | 637.50 | COMMITTEE CALL (.75). | | |
| 01/13/2010 | 0557 | J. THOMAS BECKETT | 0.20 | 85.00 | CHECK STATUS OF FEE HEARING. | 18422.001 | 2431774 |
| 02/22/2010 | | Invoice=275179 | 0.20 | 85.00 | | | |
| 01/14/2010 | 0557 | J. THOMAS BECKETT | 6.00 | 2,550.00 | CONFIRMATION AND FEE APPLICATION HEARINGS IN | 18422.001 | 2431779 |
| 02/22/2010 | | Invoice=275179 | 6.00 | 2,550.00 | VEGAS. | | |
| 01/15/2010 | 0557 | J. THOMAS BECKETT | 0.90 | 382.50 | UPDATE MEMO TO UCC UPON RETURN FROM VEGAS. | 18422.001 | 2431796 |
| 02/22/2010 | | Invoice=275179 | 0.90 | 382.50 | | | |
| 01/18/2010 | 0557 | J. THOMAS BECKETT | 0.10 | 42.50 | REVIEW STIPULATION WITH HOMEOWNERS. | 18422.001 | 2431833 |
| 02/22/2010 | | Invoice=275179 | 0.10 | 42.50 | | | |
| 01/19/2010 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | MONTHLY STATEMENT AND REVISION. | 18422.001 | 2431898 |
| 02/22/2010 | | Invoice=275179 | 1.30 | 552.50 | | | |
| 01/20/2010 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | COMMUNICATIONS WITH T. BECKETT AND K. | 18422.001 | 2430512 |
| 02/22/2010 | | Invoice=275179 | 1.00 | 135.00 | KETTERLING REGARDING DECEMBER BILL AND THIRD FEE APPLICATION AND FOLLOW-UP REGARDING SAME. | | |
| 01/25/2010 | 7080 | LINDA O. MYERS | 0.80 | 108.00 | COMMUNICATIONS WITH T. BECKETT AND B. CARLTON | 18422.001 | 2430526 |
| 02/22/2010 | | Invoice=275179 | 0.80 | 108.00 | REGARDING REVISION OF DECEMBER BILLING STATEMENT AND FOLLOW-UP REGARDING SAME. | | |
| 01/27/2010 | 0802 | REW R. GOODENOW | 0.50 | 187.50 | REVIEW REVISED PLAN FOR VOTING AND NEW VOTE | 18422.001 | 2430718 |
| 02/22/2010 | | Invoice=275179 | 0.50 | 187.50 | TOTALS. | | |
| 01/29/2010 | 0557 | J. THOMAS BECKETT | 3.00 | 1,275.00 | REVIEW CONFIRMATION BRIEF, DEBTORS STATEMENT | 18422.001 | 2431974 |
| 02/22/2010 | | Invoice=275179 | 4.20 | 1,785.00 | AND OBJECTION AND OUTLINE AND DRAFT STATEMENT SUPPORTING PLAN. | | |
| 02/02/2010 | 7080 | LINDA O. MYERS | 2.00 | 270.00 | COMMUNICATIONS WITH T. BECKETT REGARDING | 18422.001 | 2440930 |
| 03/22/2010 | | Invoice=276448 | 1.00 | 135.00 | STATUS OF HEARING ON SECOND INTERIM FEE APPLICATION AND DRAFTING OF THIRD INTERIM FEE APPLICATION (.50); COMMUNICATIONS WITH B. CARLTON AND K. KETTERLING REGARDING FEES AND COSTS INCURRED DURING THIRD INTERIM PERIOD AND SUPPLEMENT DRAFT APPLICATION ACCORDINGLY (1.50). | | |
| 02/02/2010 | 0557 | J. THOMAS BECKETT | 1.10 | 467.50 | BRIEF SUPPORTING PLAN CONFIRMATION. | 18422.001 | 2444630 |
| 03/22/2010 | | Invoice=276448 | 1.10 | 467.50 | | | |
| 02/03/2010 | 0557 | J. THOMAS BECKETT | 1.40 | 595.00 | CORRESPONDENCE REGARDING CONFIRMATION HEARING | 18422.001 | 2444636 |
| 03/22/2010 | | Invoice=276448 | 1.40 | 595.00 | (.4); PREPARE FOR AND COMMITTEE MEETING (1.0). | | |
| 02/03/2010 | 0836 | DAVID P. BILLINGS | 0.70 | 133.00 | ANALYSIS OF COMMITTEE'S RESPONSE IN SUPPORT | 18422.001 | 2434383 |
| 03/22/2010 | | Invoice=276448 | 0.70 | 133.00 | OF CONFIRMATION IN PREPARATION FOR THE CONFIRMATION HEARING (.1); ANALYSIS OF | | |

| Date | | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| | | | | | STANLEY CONSULTING'S OBJECTION TO CONFIRMATION IN PREPARATION FOR THE CONFIRMATION HEARING (.3); STRATEGY SESSION WITH T. BECKETT REGARDING STANLEY CONSULTING'S OBJECTION TO CONFIRMATION (.2); CONFERENCE CALL WITH S. CHO REGARDING CONFIRMATION HEARING AND STANLEY CONSULTING'S OBJECTION (.1). | | |
| 02/03/2010 | 0836 | DAVID P. BILLINGS | 0.30 | 57.00 | COMMITTEE CONFERENCE CALL REGARDING PLAN | 18422.001 | 2434384 |
| 03/22/2010 | | Invoice=276448 | 0.30 | 57.00 | CONFIRMATION HEARING. | | |
| 02/05/2010 | 0836 | DAVID P. BILLINGS | 0.50 | 95.00 | CONFERENCE CALL WITH D. SHARP REGARDING | 18422.001 | 2434814 |
| 03/22/2010 | | Invoice=276448 | 0.50 | 95.00 | TELEPHONIC APPEARANCE FOR T. BECKETT AND DRAFT LETTER TO J. RIEGLE FOR T. BECKETT THEREFOR. | | |
| 02/05/2010 | 7080 | LINDA O. MYERS | 3.50 | 472.50 | REVIEW COURT DOCKET REGARDING PROPOSED ORDER | 18422.001 | 2440932 |
| 03/22/2010 | | Invoice=276448 | 1.50 | 202.50 | ON SECOND INTERIM FEE APPLICATION AND ADVISE T. BECKETT REGARDING SAME (.40); COMMUNICATIONS WITH B. CARLTON REGARDING SUPPLEMENTS TO DRAFT THIRD INTERIM FEE APPLICATION (.60); CONTINUE DRAFTING OF THIRD INTERIM FEE APPLICATION (2.50). | | |
| 02/05/2010 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | GENERAL CASE MANAGEMENT AND SCHEDULING OF | 18422.001 | 2440933 |
| 03/22/2010 | | Invoice=276448 | 1.00 | 135.00 | CASE DEADLINES. | | |
| 02/08/2010 | 7080 | LINDA O. MYERS | 3.10 | 418.50 | CONTINUE REVIEW OF BILLING STATEMENTS AND | 18422.001 | 2443271 |
| 03/22/2010 | | Invoice=276448 | 1.10 | 148.50 | SUPPLEMENT THIRD INTERIM FEE APPLICATION ACCORDINGLY. | | |
| 02/08/2010 | 0802 | REW R. GOODENOW | 0.50 | 187.50 | REVIEW ADDITIONAL BRIEF IN SUPPORT OF | 18422.001 | 2435615 |
| 03/22/2010 | | Invoice=276448 | 0.50 | 187.50 | CONFIRMATION AND OPPOSITION AND REPLY. | | |
| 02/09/2010 | 0836 | DAVID P. BILLINGS | 1.40 | 266.00 | ANALYSIS OF FIRST LIEN LENDERS' RESPONSE TO | 18422.001 | 2435996 |
| 03/22/2010 | | Invoice=276448 | 1.40 | 266.00 | STANLEY OBJECTION (.4); ANALYSIS OF DEBTORS' RESPONSE TO STANLEY OBJECTION (.6); ANALYSIS OF REDLINE OF PROPOSED CONFIRMATION ORDER (.4). | | |
| 02/09/2010 | 0802 | REW R. GOODENOW | 0.50 | 187.50 | REVIEW PROPOSED ORDER AND TELEPHONE | 18422.001 | 2436153 |
| 03/22/2010 | | Invoice=276448 | 0.50 | 187.50 | CONFERENCE WITH TOM BECKETT REGARDING CONFIRMATION HEARING PREPARATION. | | |
| 02/09/2010 | 7080 | LINDA O. MYERS | 2.50 | 337.50 | COMMUNICATIONS WITH J. SMITH REGARDING | 18422.001 | 2445616 |
| 03/22/2010 | | Invoice=276448 | 0.50 | 67.50 | REVISIONS TO THIRD INTERIM FEE APPLICATION AND CONTINUE DRAFTING OF SAME. | | |
| 02/10/2010 | 7080 | LINDA O. MYERS | 3.50 | 472.50 | CONTINUE DRAFTING OF THIRD INTERIM FEE | 18422.001 | 2443282 |
| 03/22/2010 | | Invoice=276448 | 1.50 | 202.50 | APPLICATION AND PREPARATION OF EXHIBITS REGARDING SAME. | | |
| 02/10/2010 | 7080 | LINDA O. MYERS | 1.00 | 135.00 | REVIEW COURT DOCKET AND ORGANIZE CASE | 18422.001 | 2443287 |
| 03/22/2010 | | Invoice=276448 | 1.00 | 135.00 | MATERIALS AND SCHEDULING DEADLINES. | | |
| 02/10/2010 | 0836 | DAVID P. BILLINGS | 1.70 | 323.00 | STRATEGY SESSION WITH T. BECKETT REGARDING | 18422.001 | 2436200 |
| 03/22/2010 | | Invoice=276448 | 1.70 | 323.00 | CONFIRMATION HEARING (.2); PREPARE FOR CONFIRMATION HEARING (1.5). | | |
| 02/11/2010 | 0836 | DAVID P. BILLINGS | 5.80 | 1,102.00 | PREPARE FOR CONFIRMATION HEARING AND MEETINGS | 18422.001 | 2436453 |
| 03/22/2010 | | Invoice=276448 | 5.80 | 1,102.00 | WITH S. CHO, P. DUBLIN, ET AL. (.8); ATTEND CONFIRMATION HEARING AND NEGOTIATIONS BETWEEN FIRST LIEN STEERING COMMITTEE, DEBTORS, AND NON-DEBTOR AFFILIATES (5.0). | | |
| 02/11/2010 | 7080 | LINDA O. MYERS | 2.30 | 310.50 | CONTINUE REVIEW OF BILLINGS STATEMENTS AND | 18422.001 | 2443308 |
| 03/22/2010 | | Invoice=276448 | 1.30 | 175.50 | DRAFTING OF THIRD INTERIM FEE APPLICATION. | | |
| 02/12/2010 | 7080 | LINDA O. MYERS | 4.80 | 648.00 | COMMUNICATIONS WITH B. CARLTON AND REVISE | 18422.001 | 2443323 |
| 03/22/2010 | | Invoice=276448 | 2.80 | 378.00 | THIRD INTERIM FEE APPLICATION FOR REVIEW BY T. BECKETT. | | |
| 02/12/2010 | 0557 | J. THOMAS BECKETT | 2.90 | 1,232.50 | MONITOR CONFIRMATION HEARING FROM MONTANA WITH | 18422.001 | 2444659 |
| 03/22/2010 | | Invoice=276448 | 2.90 | 1,232.50 | J/C'S VARIOUS PARTIES. | | |
| 02/12/2010 | 0836 | DAVID P. BILLINGS | 1.40 | 266.00 | ATTEND CONFIRMATION HEARING TELEPHONICALLY; | 18422.001 | 2437214 |
| 03/22/2010 | | Invoice=276448 | 1.40 | 266.00 | STRATEGY SESSION WITH T. BECKETT AND S. CHO DURING RECESS (1.2); DEBRIEF T. BECKETT ON PLAN MODIFICATIONS AND CONFIRMATION HEARING | | |

Billed and Unbilled Recap of Time Detail W 18422.001 BANKRUPTCY  
Case 09-14814-gwz Doc 1321 Entered 05/14/10 21:43:59 Page 4 of 5 Page 3  
Client:18422 - OFFICIAL COMMITTEE - THE RHODES COMPANIES 5/13/2010 2:42:08 PM

| Date | Tkpr | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| | | | | | (.1); DEBRIEF B. BERMAN, ATTORNEY FOR SOUTHWEST IRONWORKS, ON PLAN MODIFICATIONS AND CONFIRMATION HEARING (.1). | | |
| 02/13/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 3.50 2.50 | 1,487.50 1,062.50 | MONITOR CONFIRMATION HEARING FROM MONTANA WITH J/C'S VARIOUS PARTIES. | 18422.001 | 2444660 |
| 02/15/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 3.80 2.80 | 1,615.00 1,190.00 | RESEARCH THE EFFECTS OF DELAY ON UNSECURED CREDITORS UNDER CONFIRMED PLAN. | 18422.001 | 2444661 |
| 02/15/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 3.80 1.80 | 513.00 243.00 | CONTINUE REVIEW OF BILLING STATEMENTS AND REVISIONS TO THIRD INTERIM FEE APPLICATION FOR REVIEW BY T. BECKETT. | 18422.001 | 2443375 |
| 02/15/2010 03/22/2010 | 0836 | DAVID P. BILLINGS Invoice=276448 | 0.10 0.10 | 19.00 19.00 | CONFERENCE CALL WITH R. FRANK, LANDLORD, REGARDING STATUS OF HIS CLAIM AND THE CASE. | 18422.001 | 2437224 |
| 02/16/2010 03/22/2010 | 0836 | DAVID P. BILLINGS Invoice=276448 | 0.50 0.50 | 95.00 95.00 | STRATEGY SESSION WITH T. BECKETT REGARDING FEE APPLICATION (.2); EDIT THIRD INTERIM FEE APPLICATION (.3). | 18422.001 | 2437229 |
| 02/16/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 8.00 1.00 | 1,080.00 135.00 | COMMUNICATIONS WITH T. BECKETT, D. BILLINGS AND G. WARDLE REGARDING FINALIZATION OF THIRD INTERIM FEE APPLICATION AND EXHIBITS THERETO (1.50); REVIEW, REVISE, FINALIZE AND ELECTRONIC FILING OF SAME (6.50). | 18422.001 | 2443387 |
| 02/16/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 0.80 0.80 | 340.00 340.00 | PREPARE FOR AND TELEPHONE CONFERENCE WITH PHIL DUBLIN REGARDING CONFIRMATION. | 18422.001 | 2444668 |
| 02/16/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 3.00 1.00 | 1,275.00 425.00 | REVIEW CONFIRMATION ORDER AND CROSS REFERENCE PLAN (1); FEE APPLICATION FILING (2). | 18422.001 | 2444675 |
| 02/17/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 2.10 1.10 | 892.50 467.50 | EMAIL REPORT TO UCC ON CONFIRMATION. | 18422.001 | 2444680 |
| 02/17/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 1.90 1.90 | 807.50 807.50 | REVIEW NEW PLEADINGS REGARDING CONFIRMATION. | 18422.001 | 2444681 |
| 02/17/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 2.50 1.50 | 337.50 202.50 | COMMUNICATIONS AND FOLLOW-UP WITH T. BECKETT, D. BILLINGS, K. SOUVIRON AND COURT CLERK REGARDING NOTICE OF HEARING ON THIRD INTERIM FEE APPLICATION (1.50); REVIEW COURT DOCKET AND ADVISE T. BECKETT REGARDING SAME (1.0). | 18422.001 | 2443411 |
| 02/17/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 2.80 2.80 | 378.00 378.00 | REVIEW AND ORGANIZE CASE MATERIALS AND FOLLOW-UP REGARDING NOTICE OF HEARING ON FEE APPLICATIONS (2.30); REVIEW AND UPDATE CASE DEADLINES AND SCHEDULING (.50). | 18422.001 | 2443460 |
| 02/18/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 3.80 3.80 | 1,615.00 1,615.00 | PREPARE FOR RHODES COMMITTEE MEETING (1.7); FIRE DRILL REVIEWING REVISED PLAN (2.1). | 18422.001 | 2444685 |
| 02/18/2010 03/22/2010 | 0802 | REW R. GOODENOW Invoice=276448 | 1.00 1.00 | 375.00 375.00 | ATTEND COMMITTEE MEETING AND REVIEW DRAFT 3RD AMENDED PLAN. | 18422.001 | 2437967 |
| 02/18/2010 03/22/2010 | 0836 | DAVID P. BILLINGS Invoice=276448 | 0.40 0.40 | 76.00 76.00 | COMMITTEE CONFERENCE CALL REGARDING PLAN CONFIRMATION. | 18422.001 | 2438220 |
| 02/19/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 0.90 0.90 | 382.50 382.50 | DRAFT LANGUAGE ON COMMITTEE DISSOLUTION AND PAY AND TIMING. | 18422.001 | 2444686 |
| 02/19/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 1.60 1.60 | 680.00 680.00 | REPORT TO UCC ON STATUS OF CONFIRMATION. | 18422.001 | 2444687 |
| 02/19/2010 03/22/2010 | 0557 | J. THOMAS BECKETT Invoice=276448 | 1.10 1.10 | 467.50 467.50 | REVIEW BIDDING PROCEDURES. | 18422.001 | 2444688 |
| 02/19/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 0.40 0.40 | 54.00 54.00 | COMMUNICATIONS WITH COURT CLERKS REGARDING CONFIRMATION OF HEARING ON THIRD INTERIM FEE APPLICATION AND ADVISE T. BECKETT REGARDING SAME. | 18422.001 | 2445617 |
| 02/22/2010 03/22/2010 | 7080 | LINDA O. MYERS Invoice=276448 | 2.00 1.00 | 270.00 135.00 | COMMUNICATIONS WITH T. BECKETT AND B. CARLTON REGARDING REMOVAL OF ENTRIES AND FINALIZATION OF MONTHLY STATEMENT (.50); REVIEW BILLING STATEMENTS TO IDENTIFY DISCREPANCY BETWEEN AMOUNT OWING FOR DECEMBER TIME AND CHECK RECEIVED (.50); DRAFT FOURTH INTERIM FEE APPLICATION TO REFLECT CREDIT IDENTIFIED IN | 18422.001 | 2445623 |

| Date | | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| | | | | | COMMUNICATIONS BETWEEN T. BECKETT AND JAN GYLLSTROM (1.0). | | |
| 02/22/2010 | 0557 | J. THOMAS BECKETT | 3.20 | 1,360.00 | COMPUTE CREDIT FROM LAST MONTH AND PREPARE | 18422.001 | 2444689 |
| 03/22/2010 | | Invoice=276448 | 1.20 | 510.00 | AND FILE FEE STATEMENT. | | |
| 03/01/2010 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | CONFERENCE CALL WITH SECURED LENDERS AND DEBTORS REGARDING STANLEY AND BIDDING PROCEDURES. | 18422.001 | 2450132 |
| 03/08/2010 | 0836 | DAVID P. BILLINGS | 0.10 | 19.00 | ANALYSIS OF STANLEY OBJECTION TO BIDDING PROCEDURES. | 18422.001 | 2446731 |
| 03/11/2010 | 0557 | J. THOMAS BECKETT | 6.50 | 2,762.50 | PREPARE FOR AND BIDDING PROCEDURES MOTION HEARING (2.5); RETURN TO SALT LAKE. | 18422.001 | 2450237 |
| 03/12/2010 | 0557 | J. THOMAS BECKETT | 0.40 | 170.00 | CORRESPONDENCE TO JUDGE TO DO APPLICATION BY PHONE. | 18422.001 | 2450239 |
| 03/12/2010 | 0836 | DAVID P. BILLINGS | 0.20 | 38.00 | ANALYSIS OF CONFIRMATION ORDER. | 18422.001 | 2448149 |
| 03/15/2010 | 0836 | DAVID P. BILLINGS | 0.30 | 57.00 | STRATEGY SESSION WITH T. BECKETT REGARDING FEE APPLICATION HEARING (.1); PREPARE FOR HEARING ON THIRD FEE APPLICATION. (.2). | 18422.001 | 2448482 |
| 03/15/2010 | 0557 | J. THOMAS BECKETT | 0.60 | 255.00 | PREPARE D. BILLINGS FOR HEARINGS ON 3/17. | 18422.001 | 2450249 |
| 03/15/2010 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | COMMUNICATIONS WITH D. BILLINGS REGARDING PB&L'S THIRD INTERIM FEE APPLICATION IN PREPARATION FOR HEARING ON SAME. | 18422.001 | 2453919 |
| 03/15/2010 | 7080 | LINDA O. MYERS | 2.90 | 391.50 | REVIEW COURT DOCKET AND CASE CALENDAR AND ORGANIZATION OF CASE MATERIALS. | 18422.001 | 2453921 |
| 03/17/2010 | 0836 | DAVID P. BILLINGS | 0.30 | 57.00 | HEARING ON PARSONS BEHLE AND LATIMER'S THIRD FEE APPLICATION. | 18422.001 | 2449277 |
| 03/22/2010 | 7080 | LINDA O. MYERS | 4.80 | 648.00 | REVIEW COURT DOCKET REGARDING PB&L'S SECOND AND THIRD INTERIM FEE APPLICATIONS (.50); RESEARCH AMENDED LOCAL AND FEDERAL RULES AND REVISE LR 9021 CERTIFICATION ACCORDINGLY (1.0); TELEPHONE CONFERENCES WITH JUDGE'S CLERK (D. SHARP) REGARDING PROCEDURES FOR SUBMITTING PROPOSED ORDERS ON PB&L'S SECOND AND THIRD INTERIM FEE APPLICATIONS AND CONSULT WITH T. BECKETT FOLLOW-UP REGARDING SAME (.30); PREPARE, REVISE AND FINALIZE PROPOSED FEE APPLICATION ORDERS AND ELECTRONIC FILING OF SAME (2.0); REVIEW AND ORGANIZE CASE MATERIALS FOR FILING (1.0). | 18422.001 | 2456007 |
| 03/27/2010 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | PREPARE FOR AND COMMITTEE MEETING REGARDING EFFECTIVE DATE (1.0); TELEPHONE CONFERENCE WITH PAUL HUYGENS (.25). | 18422.001 | 2456093 |
| 03/29/2010 | 0557 | J. THOMAS BECKETT | 1.30 | 552.50 | REVIEW PLAN REGARDING EFFECTIVE DATE AND CONDITION OF GOLF COURSE REFINANCING (.5); EMAIL PHIL (.4); EMAIL AND TELEPHONE CONFERENCES WITH SHIRLEY (.3). | 18422.001 | 2456131 |
| 03/30/2010 | 7080 | LINDA O. MYERS | 0.50 | 67.50 | REVIEW COURT DOCKET REGARDING STATUS OF PROPOSED FEE APPLICATION ORDERS AND ADVISE T. BECKETT ACCORDINGLY. | 18422.001 | 2456109 |
| 03/31/2010 | 0836 | DAVID P. BILLINGS | 0.20 | 38.00 | RHODES COMMITTEE CALL REGARDING EFFECTIVE DATE. | 18422.001 | 2455912 |
| 04/01/2010 | 0557 | J. THOMAS BECKETT | 1.00 | 425.00 | NEGOTIATIONS TOWARD PROMPT PAYMENT OF TRADE CREDITORS. | 18422.001 | 2459367 |
| | | UNBILLED TOTALS: WORK: | 21.50 | 6,356.00 | 16 records | | |
| | | UNBILLED TOTALS: BILL: | 21.50 | 6,356.00 | | | |
| | | BILLED TOTALS: WORK: | 114.70 | 32,037.50 | 61 records | | |
| | | BILLED TOTALS: BILL: | 85.90 | 26,467.50 | | | |
| | | GRAND TOTALS: WORK: | 136.20 | 38,393.50 | 77 records | | |
| | | GRAND TOTALS: BILL: | 107.40 | 32,823.50 | | | |