**Entered on Docket**
**December 09, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

J. Thomas Beckett, Utah Bar 5587        Rew R. Goodenow, Bar 3722
*Admitted Pro Hac Vice, Docket No. 224*    PARSONS BEHLE & LATIMER
David P. Billings, Utah Bar #11510         50 West Liberty Street, Suite 750
*Admitted Pro Hac Vice, Docket No. 225*    Reno, NV 89501
PARSONS BEHLE & LATIMER                    (775) 323-1601
One Utah Center                            rgoodenow@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*     E-filed: December 8, 2009

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES,**<br>aka "Rhodes Homes, *et al.*,"<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Linda B. Riegle |

### ORDER RE FIRST INTERIM FEE APPLICATION OF PARSONS BEHLE & LATIMER SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES [Docket No. 409]

Upon consideration of the *First Interim Fee Application of Parsons Behle & Latimer Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses* [Docket No. 409] (the "Application"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1.   The Application is granted as set forth herein and the Court allows, on an interim

PARSONS
BEHLE &
LATIMER

4843-6821-1973.1

1  basis, Parsons Behle & Latimer ("Parsons Behle" or the "Firm"), the sum of $30,281.09,
2  inclusive of all fees and expenses for the period from May 26, 2009 through June 30, 2009,
3  consisting of $29,785.00 of fees and $496.09 of expenses as reasonable compensation for actual
4  and necessary services rendered by Parsons Behle.
5      2.    The allowance of the aforementioned interim fees and expenses is subject to Court
6  approval on a final basis pursuant to final fee applications to be submitted for approval at the
7  appropriate time.
8  DATED this 8th day of December, 2009.
9
10  Submitted by:
11
12  By: /s/ J. Thomas Beckett
    PARSONS BEHLE & LATIMER
13  J. Thomas Beckett, Esq. (UT Bar 5587)
    *Admitted Pro Hac Vice, Docket No. 224*
14  David P. Billings, Utah Bar #11510
    *Admitted Pro Hac Vice, Docket No. 225*
15  PARSONS BEHLE & LATIMER
    One Utah Center
16  201 South Main Street, Suite 1800
17  Salt Lake City, UT 84111
    (801) 536-6700
18  tbeckett@parsonsbehle.com
    dbillings@parsonsbehle.com
19
20  Rew R. Goodenow, Bar 3722
    PARSONS BEHLE & LATIMER
21  50 West Liberty Street, Suite 750
    Reno, NV 89501
22  (775) 323-1601
    rgoodenow@parsonsbehle.com
23
24  *Counsel to the Official Committee, Docket #380*
25
26
27
28

PARSONS
BEHLE &
LATIMER

- 2 -

4843-6821-1973.1

1  (APPROVED) DISAPPROVED

2  SARA L. KISTLER, ACTING UNITED STATES TRUSTEE

3

4  By /s/ illegible signature     KNBT
   August B. Landis
5  Assistant United States Trustee
   300 Las Vegas Blvd. S., Ste. 4300
6  Las Vegas, NV 89101
7  Telephone: (702) 388-6600 Ext. 235
   Telefax: (702) 388-6658
8  Email: augie.landis@usdoj.gov

9
                          **LR 9021 Certification**
10

11  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

12  ___ The court has waived the requirement of approval under LR 9021.

13  _X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

14  ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

15  any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and

16
    each has approved or disapproved the Order, or failed to respond, as indicated below.
17
    DATED this 8th day of ~~November~~ December, 2009.
18

19  Submitted by:

20
    By: /s/ J. Thomas Beckett
21  PARSONS BEHLE & LATIMER
    Attorneys for the Unsecured Creditors Committee
22  J. Thomas Beckett, Esq. (UT Bar 5587)
23  *Admitted Pro Hac Vice, Docket No. 224*
    David P. Billings, Utah Bar #11510
24  *Admitted Pro Hac Vice, Docket No. 225*
    One Utah Center
25  201 South Main Street, Suite 1800
26  Salt Lake City, UT  84111
    (801) 536-6700
27  tbeckett@parsonsbehle.com
    dbillings@parsonsbehle.com
28

PARSONS
BEHLE &
LATIMER

- 3 -

4843-6821-1973.1

1  Rew R. Goodenow, Bar 3722
   PARSONS BEHLE & LATIMER
2  50 West Liberty Street, Suite 750
   Reno, NV 89501
3  (775) 323-1601
4  rgoodenow@parsonsbehle.com

5  *Counsel to the Official Committee, Docket #380*

PARSONS
BEHLE &
LATIMER

- 4 -

4843-6821-1973.1