Zachariah Larson, Esq. (NV Bar No. 7787)       E-Filed: 5-17-2010
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Co-Counsel for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes, et al.,[1]

Debtors.

Affects:
☒    All Debtors
☐    Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  6-21-2010
Hearing Time: 9:30 AM
Courtroom 1

## FOURTH INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

This fourth application for allowance of compensation (the "Fourth Application") is filed

by LARSON & STEPHENS, LLC ("L&S"), bankruptcy counsel for The Rhodes Companies,

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

LLC and all related Debtors' ("Debtors"). Pursuant to this Fourth Application Period, L&S respectfully requests that the Court enter an Order:

a) For the period from January 1, 2010 through March 31, 2010 ("Application Period"), allowing L&S professional compensation in the amount of $30,765.00 and reimbursement of actual and necessary expenses in the amount of $2,653.43;

b) Authorizing the Debtors to pay to L&S all unpaid fees and expenses as allowed by the Court;

c) Determining that the total amount of professional fees charged by L&S to the Debtors during the Application Period are reasonable within the meaning of 11 U.S.C. § 330(a); and

d) Determining that the total amount of reimbursable expenses incurred by L&S during the Third Application Period are actual and necessary within the meaning of 11 U.S.C.§330(a).

This Fourth Application is supported by the attached points and authorities and the exhibits to the Fourth Application which contain descriptions and analysis of the professional services rendered and the expenses incurred by L&S.

DATED this 17th day of May, 2010.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No.: 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Attorney for Debtor

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

1
2

### LARSON & STEPHENS
### BILLING SUMMARY

3
4

| | |
|---|---|
| Fees Previously Requested | $168,630.00 |
| Fees Previously Awarded | $168,630.00 |

5
6

| | |
|---|---|
| Expenses Previously Requested | $    6,686.58 |
| Expenses Previously Awarded | $    6,686.58 |

7
8
9

| | |
|---|---|
| Retainer Paid | $150,000.00 |
| Drawn on Retainer | $150,000.00 |
| Remaining Retainer | $        0.00 |

10

| | |
|---|---|
| Current Application Fees Requested | $ 30,765.00 |
| Current Application Expenses Requested | $    2,653.43 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**Professional Services**

| NAMES OF PROFESSIONALS & PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Shareholders: | | | | |
| Zachariah Larson | 2001 | | 350.00 | |
| Kyle O. Stephens | 2001 | | 350.00 | |
| | | | | |
| Associates: | | | | |
| Michael Walsh | 2006 | | 200.00 | |
| | | | | |
| Paraprofessional: | | | | |
| Carey Shurtliff | | | 125.00 | |
| Susan Stanton | | | 125.00 | |
| | | | | |
| *TOTAL & BLENDED HOURLY RATE* | | *115.20* | | *$30,765.00* |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## EXPENSES

| Expense | Rate | Total |
|---|---|---|
| Federal Express | | $0.00 |
| Photocopies | $0.25 per page | $236.50 |
| Messenger | $10.00 per run | $280.00 |
| Filing Fees | | $312.00 |
| Postage | | $208.48 |
| Parking expense | | $0.00 |
| Westlaw research fees | | $0.00 |
| Pacer Research | $0.08 per page | $0.00 |
| Out of Office copies at Kinkos | | $0.00 |
| Transcript Costs | | $1,616.45 |
| Meals | | $0.00 |
| **Total** | | $2,653.43 |

**POINTS AND AUTHORITIES**

## I.    GENERAL BACKGROUND

1.    On March 31, 2009 and April 1, 2009 (the "Petition Dates"), the Debtors filed thirty-two (32) voluntary Chapter 11 petitions, thereby commencing this Chapter 11 case which the Court has previously ordered to be joint administered.

2.    Debtors continue to operate its business as Debtor-in-possession in accordance with Sections 1107 and 1108 of the United States Bankruptcy Code.

3.    This is the Fourth Fee Application for Allowance of Interim compensation and Reimbursement of Expenses filed by L&S in the above-captioned case. L&S has used all of the initial retainer.

4.    Pursuant to this Fourth Application, L&S requests allowance of compensation of $30,765.00, and reimbursement of expenses of $2,653.43 in connection with services provided during the Application Period.

5.    L&S's Fourth Application is a "core proceeding" which the Court has jurisdiction to decide pursuant to 28 U.S.C. §§ 157(a), (b), and 1334. The statutory authority for the relief requested by L&S is 11 U.S.C. § 330. This Fourth Application has been filed in accordance with Federal Bankruptcy Rule 2016 and the Guidelines of the Office of the United States Trustee for the District of Nevada.

## II.    CASE STATUS

The Debtors are in the process of selling substantially all of its assets; however, it continues to operate as Debtor-in-Possession. As such, L&S continues to assist the Debtors with the normal administrative responsibilities that are typical in any Chapter 11 proceeding involving a public company.

. . .

. . .

. . .

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**Motions Filed During this Application Period.**

1. On January 18, 2010 a Motion to Stipulation to Lift Automatic Stay as to Kitex Homeowners was filed. The Motion was approved on February 18, 2010 and an Order was entered on February 22, 2010.

2. On February 22, 2010 a Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Arizona Assets was filed. The application was approved on March 11, 2010 and an Order was entered on March 30, 2010.

3. On February 16, 2010 an Application for Compensation and Reimbursement of Expenses of Larson & Stephens was filed. The application was approved on March 17, 2010 and the Order was entered on March 23, 2010.

4. On February 16, 2010 an Application for Compensation and Reimbursement of Expenses of Sullivan Group Real Estate Advisors was filed. The application was approved on March 17, 2010 and the Order was entered on March 19, 2010.

5. On February 16, 2010 an Application for Compensation and Reimbursement of Expenses of Pachulski, Stang, Siehl & Jones was filed. The application was approved on March 17, 2010 and the Order was entered on March 19, 2010.

6. On March 10, 2010 an Application of Ordinary Course Professional, Baird, Williams & Greer, LLP for Allowance of Compensation and Reimbursement of Expenses was filed. The application was not heard during the period of this application.

The Debtors have filed with the Court and served on the United States Trustee's Office all monthly operating reports. The Debtors are also current on its quarterly fee obligations to the United States Trustee's Office. With respect to accrued but unpaid administrative expenses, the Debtors believe that it is current on all such expenses other than post petition professional fees and cost that are subject to approval by this Court.

**III.     TASKS PERFORMED BY L&S DURING THE APPLICATION PERIOD**

The Application Period encompassed by this Application runs from January 1, 2010 through March 31, 2010. During the Application Period, L&S provided a wide range of services to

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1    the Debtors.   The discussion below provides an overview of the services performed by task
2    category.  A detailed description of the work performed by L&S in each of the categories listed
3    below is contained in Exhibit "A" to this First Application.

4    **A.**    **General Case Administration**

5    L&S billed 10.8 hours ($2,437.50) regarding various general matters which otherwise did
6    not fall into specific task categories below or overlapped a number of categories.  The majority of
7    the time was spent in conferences and telephone calls with representatives of the Debtors
8    concerning the bankruptcy process and its status; verifying creditor information and updating the
9    master mailing matrices; review and logging incoming documents; and coordinating with the
10   client regarding various notices resulting from the bankruptcy filing.   Finally, a significant
11   amount of time was spent conferring with various creditors and former employees about the
12   bankruptcy process and payments to creditors.

13   **B.**    **Preparation of Schedules and Statements**

14   L&S billed 3.0 hours ($780.00) for the preparation and filing of Debtors' statements and
15   schedules, as well as preparation of amendments to such statements and schedules.  The preparation
16   of Debtors' statements and schedules proved to be difficult due to the volume of the 32 separate
17   schedules and statements.

18   **C.**    **Initial Debtor Interview / 341(a) Creditors Meeting**

19   L&S billed 0.0 hours ($0.00) for preparing for and attending the initial debtor interview and
20   preparing for and attending the 341(a) meetings of creditors.

21   **D.**    **First Day Motions and Orders**

22   L&S billed 1.9 hours ($350.00) regarding various First Day Motions and Orders filed by the
23   Debtors on the Petition Date as more fully described in the first application for compensation and
24   expenses.  Time included conferring with the Office of the United States Trustee concerning the
25   case, attending the first day hearings, and follow up matters regarding these Motions including the
26   preparation and filing of the applicable orders, as well as noticing to appropriate parties.

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

### E.    Monthly Operating Reports

L&S billed 21.3 hours ($4,597.50) regarding debtor-in-possession monthly operating reports.

### F.    L&S Retention, Fee Applications and Budget

L&S billed 9.6 hours ($2,640.00) during the Application Period regarding various issues concerning L&S's retention and employment by the Debtors.  Included in this time were the preparation of task categories for fee application purposes and the review of monthly billings to comply with the Administrative Order.

### G.    Other Professionals Retention and Fee Applications

L&S billed 37.5 hours ($9,897.50) regarding the retention of other professionals and fee application issues.   Time was spent in this category in discussions with Debtors regarding the need for an outside accounting and financing entity, and in preparing employment applications for various individuals and companies to continue in the day-to-day operations of the Debtors' thirty-two (32) entities.

### H.    Claims Administration and Other Litigation

L&S billed 28.8 hours ($9,662.50) in this category.  Time was spent in this category evaluating and reviewing various creditors' claims. Finally, this category includes miscellaneous time evaluating various proofs of claim asserted against the estate conferring with various creditors over the status of their claims.

### I.    Disclosure Statement and Plan Confirmation

L&S billed 28.9 hours ($10,115.00) in this category.  Time was spent in this category reviewing and responding to matters concerning the disclosure statement, plan of reorganization and getting a plan approved and confirmed by the Court.

## IV.    CONTENTS OF THE ATTACHED SUPPORTING EXHIBITS

Exhibit "A" attached to this Application identifies and provides chronologically throughout the Application Period: (a) the dates on which L&S performed professional services for the Debtors; (b) each person performing such services; (c) the amount of time spent by each person on

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  each day that the person performs such services (charged in units of one-tenth [0.1] of an hour); and

2  (d) specific daily descriptions of the services performed by each person. These time entries are

3  grouped by task category.

4      Also in Exhibit "A" attached to this Application contains a detailed statement of actual and

5  necessary out-of-pocket expenses incurred and paid by L&S during the Application Period in its

6  representation of the Debtors. To date, L&S has not been reimbursed for any of the expenses it has

7  incurred and paid during the Application Period.

8      Thus, the attached supporting Exhibit "A" contains a thorough and detailed description of

9  L&S's professional services and reimbursable expenses.

10 **V.    STANDARDS RELEVANT TO INTERIM PROFESSIONAL COMPENSATION AND EXPENSE REIMBURSEMENT**

11     The fees billed by L&S to the Debtors for professional services rendered during the

12 Application Period total $30,765.00. This amount was calculated (as required by Bankruptcy Code

13 Section 330) in accordance with the standards used to calculate what would be charged for

14 comparable services in a non-bankruptcy situation.

15     The pertinent factors to be considered in establishing fees for legal services rendered are: (a)

16 the time and labor required, the novelty and the difficulty of the questions involved, and the skill

17 required to perform the legal services properly; (b) the likelihood that the acceptance of the

18 particular employment will preclude other employment by the lawyer; (c) the fee customarily

19 charged for similar services; (d) the amount involved and the results obtained; (e) the time

20 constraints required by the exigencies of the case, including the frequency and amount of time

21 required to be devoted other than in regular business hours; (f) the nature and length of the

22 professional relationship with the client; (g) the experience, reputation, and ability of the lawyers

23 performing the services; and (h) whether the fee is fixed or contingent. In re First Colonial Corp. of

24 America, 544 F.2d 1291 (5th Cir. 1977), cert. Denied, 431 U.S. 904 (1977); American Bar

25 Association's Code of Professional Responsibility, Disciplinary Rule 2-106.

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1    L&S submits that its requested professional compensation during the Application Period is

2  fair and reasonable under the circumstances of this case and its representation of the Debtors

3  therein.

4    L&S has also incurred and paid out-of-pocket expenses totaling $2,653.43 during the

5  Application Period.  The items for which expense reimbursement are being sought are not included

6  in L&S's overhead, and are not, therefore, a part of the hourly rates charged by L&S.

7    Most of the photocopying charges have been incurred in reproducing: (a) petition,

8  schedules and statements prepared and filed in this case; (b) pleadings prepared, filed and served

9  in this case; and (c) research materials.  In each of the above-referenced instances (and other

10  similar situations), copies were needed promptly at the time, and/or it was not otherwise feasible for

11  L&S to make other photocopying arrangements.  L&S charges 25¢ per page for photocopying.

12    L&S submits that the expenses which it has incurred and paid in rendering legal services to

13  the Debtor during the Application Period are reasonable and necessary under the circumstances of

14  this case and that the reimbursement to L&S for such expense is appropriate and should be allowed.

15  **VI.    COMPLIANCE WITH SECTION 504 OF THE BANKRUPTCY CODE AND
       BANKRUPTCY RULE 2016**

16    L&S has not entered into any arrangement or agreement with any person or entity with

17  respect to the sharing of fees and expenses for which L&S is seeking compensation and

18  reimbursement as set forth in this First Application, except as permitted by Bankruptcy Code

19  section 504(b)(1).

20  **VII.    CONCLUSION**

21    WHEREFORE, L&S respectfully requests that the Court enter an Order:

22    1.    For the Period from January 1, 2010 through March 31, 2010, allowing L&S

23  professional compensation in the amount of $30,765.00, and reimbursement of actual and necessary

24  expenses in the amount of $2,653.43, for a total of $33,418.43;

25    2.    Determining that the total amount of professional fees charged by L&S to the

26  Debtor during their Chapter 11 case is reasonable within the meaning of 11 U.S.C. § 330(a); and

27

28

1    determining that the total amount of reimbursable expenses incurred by L&S during the Chapter 11

2    case are actual and necessary within the meaning of 11 U.S.C. § 330(a);

3        3.    Authorizing the Debtor to pay to L&S all unpaid fees and expenses as allowed by

4    the Court; and

5        4.    Granting such other and further relief as the Court deems just and appropriate.

6    DATED this 17th day of May, 2010.

7

8                                    LARSON & STEPHENS

9                            By:   /s/ Zachariah Larson, Esq.
                                    Zachariah Larson, Esq., Bar No. 7787
10                                   810 S. Casino Center Blvd., Suite 104
                                    Las Vegas, NV 89101
11                                   Attorneys for Debtor

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

12



# LARSON & STEPHENS

A NEVADA LIMITED LIABILITY COMPANY
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NEVADA 89101

PHONE (702) 382-1170
FAX (702) 382-1169

April 15, 2010

**Via Email Mail**

scho@pszjlaw.com
James I. Stang, Esq.
Pachulski, Stang, Ziehl, Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

August.b.landis@usdoj.gov
Edward.m.mcdonald@usdoj.gov
August B. Landis
Edward m. McDonald
Office of the united States Trustee
300 S. Las Vegas Blvd. #4300
Las Vegas, NV 89101

pdublin@akingump.com
Philip Dublin
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Ramon.naguiat@skadden.com
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom, LLP
300 S. Grand Ave. #3400
Los Angeles, CA 90071

tbeckett@parsonbehle.com
J. Thomas Beckett
Parsons, Behle & Latimer
One Utah Center
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

Don.deamicis@ropesgray.com
Benjamin.Schneider@ropesgray.com
Don DeAmicis
Ben Schneider
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Page 2 of 3
April 15, 2010

jgyllstrom@RhodesHomes.com
Jan Gyllstrom
Rhodes Companies
4730 S. Ft. Apache Rd. #300
Las Vegas, NV 89147

> **Re:** **The Rhodes Companies, LLC, et. al.**[1]
> Bankruptcy Case NoS-09-14814-LBR
> (Jointly Administered)
> Larson & Stephens, LLC
> Quarterly Statement – January 1, 2010 through March 31, 2010

Dear All:

Larson & Stephens ("L&S") submits the attached statement of fees and expenses for the period of January 1, 2010 through March 31, 2010 (the "Compensation Period") as counsel for the Debtors and Debtors-in-Possession. This statement is submitted in accordance with the "Order Granting Debtors' Motion for Administrative Order Pursuant to Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals" entered on May 18, 2009 ("Interim Compensation Order").

The time entries for L&S on this statement cover the period January 1, 2010 through March 31, 2010, in the total amount of $38,367.55 and consist of fees in the amount of $30,765.00 and expenses in the amount of $2,653.43 (see attached for detailed itemization). Pursuant to the Interim Compensation Order, L&S requests payment from the Debtors in the total amount of $26,150.25 representing 85% of the total quarterly fees in the amount of

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Page 3 of 3
April 15, 2010

$35,467.80 ($30,765.00 x 85%) plus the previous carry over of $6,664.12 and the total monthly expenses in the amount of $2,653.43.[2]

      L&S submits that the expenses which it has incurred and paid in rendering legal services to the Debtors during the Compensation Period are reasonable and necessary under the circumstances of this case and that the reimbursement to L&S for such expense is appropriate and should be allowed. Reimbursement is sought for actual and necessary expenses in accordance with the policies of the firm.

      If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

                Sincerely,

                LARSON & STEPHENS, LLC

                DICTATED BUT NOT READ

                Zachariah Larson, Esq.

---

[2] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

### *Gjaerlemand, LLC*
810 South Casino Center Blvd.
Suite 104
Las Vegas, NV 89101

Ph:(702) 382-1170          Fax:(702) 382-1169

Heritage Land Co, LLC                                              April 9, 2010
4730 S. Fort Apache Rd., Suite 300
Las Vegas, NV
89147

| | | File #: | 848-0002 |
|---|---|---|---|
| **Attention:** | Mr. James M. Rhodes | Inv #: | Sample |

**RE:**     Chapter 11 Bankruptcy (Post Petition)

\*\*\* All entries evidenced by TK refers to work performed by either Susan
Stanton or Carey Shurtliff, paralegals employed by the law firm Larson &
Stephens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-10 | Receipt and review of supplement fifth objection to claims | 0.50 | 175.00 | ZL |
| | Preparation of notice of entry of order on fifth omnibus objection claim; upload of same | 0.30 | 37.50 | TK |
| | Format and upload of supplement fifth objection to claims | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order on second fee application of Pachulski Stang Ziehl; upload of same | 0.30 | 37.50 | TK |
| | Preparation of notice of entry of order on second fee application of Sullivan Group | 0.30 | 37.50 | TK |
| Jan-05-10 | Receipt and review of limited response to second amended plan | 0.50 | 175.00 | ZL |
| | Receipt and review of conditional objection to chapter 11 plan | 0.50 | 175.00 | ZL |
| | Receipt and review of amended proof of claim filed by Credit Suisse | 0.10 | 35.00 | ZL |
| | Download and save amended proof of claim filed by Credit Suisse | 0.10 | 12.50 | TK |

Invoice #:   Sample           Page   2                           April 9, 2010

| Date | Description | | | |
|------|-------------|------|--------|------|
| Jan-07-10 | Receipt and review of sixth stipulation with IRS Claim | 0.30 | 105.00 | ZL |
| | Format and upload of sixth stipulation with IRS Claim | 0.30 | 37.50 | TK |
| Jan-11-10 | Receipt and review of request for waiver of filing disclosure plan | 0.50 | 175.00 | ZL |
| | Receipt and review of notice of disclosure of directors & officers | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of withdrawal of sixth omnibus objection | 0.20 | 70.00 | ZL |
| | Format and upload of request for waiver of filing disclosure plan | 0.30 | 37.50 | TK |
| | Format and upload of notice of disclosure of directors & officers | 0.30 | 37.50 | TK |
| | Format and upload of notice of withdrawal of sixth omnibus objection | 0.20 | 25.00 | TK |
| Jan-12-10 | Receipt and review of first lien steering committee's memorandum of law on confirmation second amended plan | 1.20 | 420.00 | ZL |
| | Receipt and review of declaration of Richard Dix | 0.50 | 175.00 | ZL |
| | Receipt and review of declaration of Brian Osbourne | 0.50 | 175.00 | ZL |
| | Preparation of certificate of service on amended notice of hearing of Larson & Stephens application for fees; upload of same | 0.30 | 37.50 | TK |
| | Telephone conference with Shirley Cho regarding amended notices | 0.20 | 25.00 | TK |
| Jan-13-10 | Receipt and review of amended notice of hearing on application for fees by Parson's Behle & Latimer | 0.20 | 70.00 | ZL |
| Jan-14-10 | Telephone conference with Gail Weiss | 0.20 | 70.00 | ZL |
| | Prepared for and attendance at chapter 11 plan; six omnibus objection to claims; second application for compensation by Larson & Stephens; extend time to assume or reject unexpired leases; motion for relief from stay: | 6.50 | 2,275.00 | ZL |

Invoice #:    Sample                    Page   3                                      April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | global settlement; and second application for compensation for Parson Behle & Latimer |  |  |  |
| Jan-15-10 | Receipt and review of notice of supplement ordinary course professional; disclosure declaration of ordinary course professional | 0.20 | 70.00 | ZL |
|  | Receipt and review of notice of hearing of continued fifth omnibus objection to claim | 0.20 | 70.00 | ZL |
|  | Receipt and review of order granting omnibus objection to LVVWD claim | 0.30 | 105.00 | ZL |
|  | Receipt and review of order granting omnibus objection to Cabinetec | 0.30 | 105.00 | ZL |
|  | Format and upload of notice of supplement ordinary course professional; disclosure declaration of ordinary course professional | 0.30 | 37.50 | TK |
|  | Format and upload of notice of hearing of continued fifth omnibus objection to claim | 0.30 | 37.50 | TK |
|  | Format and upload of order granting omnibus objection to LVVWD claim | 0.30 | 37.50 | TK |
|  | Format and upload of order granting omnibus objection to Cabinetec | 0.30 | 37.50 | TK |
| Jan-18-10 | Receipt and review of motion to approve stipulation to lift automatic stay (Kitec Homeowners); and notice of hearing | 0.60 | 210.00 | ZL |
|  | Format and upload of motion to approve stipulation to lift automatic stay (Kitec Homeowners); and notice of hearing | 0.30 | 37.50 | TK |
| Jan-19-10 | Receipt and review of proposed finding of fact conclusion of law & order confirmation second amended plan | 0.90 | 315.00 | ZL |
|  | Receipt and review of notice of filing of amended declaration of Brian Osbourne | 0.70 | 245.00 | ZL |
|  | Receipt and review of Kitec Fitting non-opposition to amended ballot report | 0.20 | 70.00 | ZL |
|  | Receipt and review of status agenda for hearing on January 21, 2010 | 0.20 | 70.00 | ZL |
|  | Receipt and review of 32 monthly operating reports | 3.20 | 1,120.00 | ZL |

Invoice #:    Sample              Page   4                              April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | Receipt and review of 10 amendments to schedules | 1.50 | 525.00 | ZL |
|  | Format and upload of status agenda for hearing on January 21, 2010 | 0.30 | 37.50 | TK |
|  | Format and upload 32 monthly operating reports | 4.50 | 562.50 | TK |
|  | Format and upload 10 amendments to schedules | 0.60 | 75.00 | TK |
| Jan-21-10 | Receipt and review of three certificate of services | 0.30 | 105.00 | ZL |
|  | Prepared for and attended chapter 11 plan hearing | 2.50 | 875.00 | ZL |
|  | Format and upload three certificate of services | 0.40 | 50.00 | TK |
| Jan-22-10 | Review billing and prepare letter of monthly compensation for October through December | 0.80 | 100.00 | TK |
| Jan-25-10 | Receipt and review of notice of continuation of hearing on confirmation of second amended modified plan of reorganization; and certificate of service on same | 0.40 | 140.00 | ZL |
|  | Receipt and review of Behle & Latimer's bill for December 2009 | 0.70 | 245.00 | ZL |
| Jan-28-10 | Receipt and review of First Lien Steering Committee's supplemental memorandum of law in support of confirmation of the second amended modified plan of reorganization | 1.20 | 420.00 | ZL |
|  | Receipt and review of second amended declaration of Brian Osborne certifying tabulation of ballots regarding vote on second amended modified plan of reorganization | 0.60 | 210.00 | ZL |
|  | Preparation of notice of entry of order re second interim fee application of Larson & Stephens and reimbusement of expenses; and uploading of same | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order granting debtor's omnibus objection to Cabinetec Inc.'s claims | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order granting | 0.50 | 62.50 | TK |

Invoice #:    Sample                 Page  5                          April 9, 2010

| | | | | |
|---|---|---|---|---|
| | debtors' omnibus objection to Las Vegas Valley Water District's claims | | | |
| Jan-29-10 | Receipt and review of notice pursuant to paragraph 3(f) of the final stipulated order (I) authorizing use of cash collateral etc. (second installment) | 0.30 | 105.00 | ZL |
| | Receipt and review of notice to sell non-core asset (CAT 345) | 0.20 | 70.00 | ZL |
| | Receipt and review of notice to sell non-core assets (CAT D10N and other items) | 0.20 | 70.00 | ZL |
| | Format and uploading notice pursuant to paragraph 3(f) of the final stipulated order (I) authorizing use of cash collateral etc. (second installment) | 0.30 | 37.50 | TK |
| | Format and uploading notice to sell non-core asset (CAT 345) | 0.30 | 37.50 | TK |
| | Format and uploading notice to sell non-core assets (CAT D10N and other items) | 0.30 | 37.50 | TK |
| | Format and uploading order granting motion of debtors for order to lift the automatic stay to effectuate prepetition settlement | 0.30 | 37.50 | TK |
| | Format and uploading order approving motion of debtors for entry of an order under bankruptcy code section 365(d)(4) extending time within which debtors may assume or reject unexpired leases of nonresidential real property | 0.30 | 37.50 | TK |
| Feb-01-10 | Receipt and review of debtor's statement in support of confirmation of the second amended modified plan of reorganization | 0.50 | 62.50 | TK |
| | Formatting and uploading debtor's statement in support of confirmation of the second amended modified plan of reorganization | 0.30 | 37.50 | TK |
| Feb-03-10 | Receipt and review of Stanley Consultants, Inc.'s opposition to first lien steering committee's supplemental memorandum of law in support of confirmation of the second amended modified plan | 0.70 | 245.00 | ZL |
| | Receipt and review of unsecured creditors | 0.30 | 105.00 | ZL |

Invoice #:    Sample            Page   6                            April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | committee's statement in support of confirmation |  |  |  |
|  | Receipt and review of five certificate of services | 0.50 | 175.00 | ZL |
|  | Preparation of notice of entry of order granting motion of debtors for order to life the automatic stay to effectuate prepetition settlement; and uploading of same | 0.40 | 50.00 | TK |
|  | Preparation of notice of entry of order approving motion of debtors for entry of an order extending time to assume or reject unexpired leases; and upload of same | 0.40 | 50.00 | TK |
|  | Format and uploading of five certificate of services | 0.80 | 100.00 | TK |
| Feb-08-10 | Receipt and review of proof of claim by Internal Revenue Service in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amended of proof of claim no. 99 | 0.10 | 35.00 | ZL |
|  | Receipt and review of declaration of Paul D. Huygens in Response to Stanley Consultant Inc.'s Opposition to First Lien Steering Committee's Supplemental Memorandum of Law in Support of Confirmation of Second Amended Modified Plan | 0.40 | 140.00 | ZL |
|  | Format and upload proof of claim by Internal Revenue Service in Rhodes Companies | 0.10 | 12.50 | TK |
|  | Format and upload notice of amended of proof of claim no. 99 | 0.20 | 25.00 | TK |
|  | Format and upload declaration of Paul D. Huygens in Response to Stanley Consultant Inc.'s Opposition to First Lien Steering Committee's Supplemental Memorandum of Law in Support of Confirmation of Second Amended Modified Plan | 0.30 | 37.50 | TK |
| Feb-09-10 | Receipt and review of status and agenda for February 11, 2010 hearing at 9:30 a.m. | 0.30 | 105.00 | ZL |
|  | Receipt and review of First Lien Steering Committee's reply to Stanley Consultants, Inc.'s Opposition to supplemental | 0.70 | 245.00 | ZL |

Invoice #:     Sample                Page   7                                    April 9, 2010

| | | | | |
|---|---|---|---|---|
| | memorandum of law in support of confirmation of the second amended modified plan | | | |
| | Receipt and review of two certificate of services | 0.20 | 70.00 | ZL |
| | Receipt and review of proposed findings of fact, conclusion of law, and order confirming second amended modified plan of reorganization | 1.20 | 420.00 | ZL |
| | Format and upload of status and agenda for February 11, 2010 hearing at 9:30 a.m. | 0.30 | 37.50 | TK |
| | Format and uploading two certificate of services | 0.30 | 37.50 | TK |
| Feb-11-10 | Receipt and review of notice of second amended proof of claim no. 71-1 | 0.10 | 35.00 | ZL |
| | Prepared for and attendance at continued chapter 11 plan hearing | 6.50 | 2,275.00 | ZL |
| | Format and upload of notice of second amended proof of claim no. 71-1 | 0.10 | 12.50 | TK |
| Feb-12-10 | Prepared for and attendance at continued chapter 11 plan hearing | 2.00 | 700.00 | ZL |
| Feb-16-10 | Receipt and review of stipulation between IRS and debtor re continuance of second omnibus objection to claim | 0.20 | 70.00 | ZL |
| | Receipt and review of seventh stipulation between IRS and debtor re continuance of debtor's omnibus objection to claims | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of filing of proposed order granting motion for modification of automatic stay in order to proceed against debtors as a nominal defendant and as against insurance proceeds only | 0.20 | 70.00 | ZL |
| | Receipt and review of notice of filing of proposed order granting motion of debtor for order approving stipulation to lift the automatic stay re: claims of remaining Kitec Homeowners | 0.20 | 70.00 | ZL |
| | Receipt and review of status and agenda for February 18, 2010 hearing at 1:30 pm | 0.20 | 70.00 | ZL |

| | | | |
|---|---|---|---|
| Receipt and review of three certificate of services | 0.30 | 105.00 | ZL |
| Format and upload of stipulation between IRS and debtor re continuance of second omnibus objection to claim | 0.30 | 37.50 | TK |
| Format and upload of seventh stipulation between IRS and debtor re continuance of debtor's omnibus objection to claims | 0.30 | 37.50 | TK |
| Format and upload of notice of filing of proposed order granting motion for modification of automatic stay in order to proceed against debtors as a nominal defendant and as against insurance proceeds only | 0.30 | 37.50 | TK |
| Format and upload of notice of filing of proposed order granting motion of debtor for order approving stipulation to lift the automatic stay re: claims of remaining Kitec Homeowners | 0.30 | 37.50 | TK |
| Format and upload status and agenda for February 18, 2010 hearing at 1:30 pm | 0.30 | 37.50 | TK |
| Formatting and uploading of three certificate of services | 0.50 | 62.50 | TK |

| Feb-18-10 | Receipt and review of 32 monthly operating reports | 3.20 | 1,120.00 | ZL |
|---|---|---|---|---|
| | Receipt and review of third amended plan of reorganization pursuant to chapter 11 of the bankruptcy code | 0.70 | 245.00 | ZL |
| | Receipt and review of redlined third amended plan of reorganization pursuant to chapter 11 of the bankruptcy code | 0.80 | 280.00 | ZL |
| | Receipt and review of order granting motion of debtor for order approving stipulation to lift the automatic stay re claims of remaining kitec homeowners | 0.20 | 70.00 | ZL |
| | Receipt and review of order granting motion for modification of automatic stay in order to proceed against debtors as a nominal defendant and as against insurance proceeds only | 0.20 | 70.00 | ZL |
| | Receipt and review of order granting debtors' fifth omnibus objection to claims pursuant to | 0.20 | 70.00 | ZL |

Invoice #:     Sample          Page   9                                    April 9, 2010

| | | | | |
|---|---|---|---|---|
| | section 502(b) of the bankruptcy code and bankruptcy rules 3003 and 3007 [books and records claims | | | |
| | Prepared for and attendance at 3 omnibus objection to claims; motion for relief from stay re insurance proceeds; and motion to approve stipulated judgment re kitec homeowner hearings | 2.50 | 875.00 | ZL |
| | Telephone conference with Dana | 0.20 | 70.00 | ZL |
| | Format and upload of 32 monthly operating reports | 4.50 | 562.50 | TK |
| | Format and upload order granting motion of debtor for order approving stipulation to lift the automatic stay re claims of remaining kitec homeowners | 0.30 | 37.50 | TK |
| | Format and upload order granting motion for modification of automatic stay in order to proceed against debtors as a nominal defendant and as against insurance proceeds only | 0.30 | 37.50 | TK |
| | Format and upload order granting debtors' fifth omnibus objection to claims pursuant to section 502(b) of the bankruptcy code and bankruptcy rules 3003 and 3007 [books and records claims | 0.30 | 37.50 | TK |
| Feb-19-10 | Receipt and review of notice to sell non-core asset (Ford F650) | 0.20 | 70.00 | ZL |
| | Receipt and review of notice to sell non-core asset (CAT D10N) | 0.20 | 70.00 | ZL |
| | Receipt and review of notice to sell non-core asset (CAT D9L) | 0.20 | 70.00 | ZL |
| | Format and upload of notice to sell non-core asset (Ford F650) | 0.30 | 37.50 | TK |
| | Format and upload of notice of sell non-core asset (CAT D10N) | 0.30 | 37.50 | TK |
| | Format and upload of notice to sell non-core asset (CAT D9L) | 0.30 | 37.50 | TK |
| Feb-22-10 | Receipt and review of proposed finding of fact conclusion of law, and order confirming the first lien steering committee's third amended | 0.90 | 315.00 | ZL |

Invoice #:    Sample                    Page    10                                    April 9, 2010

modified plan of reorganization pursuant to
chapter 11 of the bankruptcy code

| | | | |
|---|---|---|---|
| Receipt and review of Stanley Consultants, Inc.'s objection to proposed third amended plan | 0.40 | 140.00 | ZL |
| Receipt and review of First Lien Steering Committee's reply to Stanley consultants, Inc.'s objection to proposed third amended plan | 0.70 | 245.00 | ZL |
| Receipt and review of fifth stipulation to extend cash collateral termination date | 0.20 | 70.00 | ZL |
| Receipt and review of letter from Perry, Spann & Westbrook regarding district court matter involving Virginia Springall-Smith and Shane Smith | 0.30 | 105.00 | ZL |
| Receipt and review of letter from Cassidy & Associates regarding bankruptcy noticing | 0.20 | 70.00 | ZL |
| Receipt and review of order approving stipulation to extend cash collateral termination date | 0.20 | 70.00 | ZL |
| Receipt and review of motion for entry of an order approving bidding procedures for the sale of certain of the debtors' Arizona assets; approving form of publication notice; and scheduling sale hearing date | 0.60 | 210.00 | ZL |
| Preparation of notice of entry of order granting motion of debtor for order approving stipulation to lift the automatic stay re claims of remaining kitec homeowners; and upload of same | 0.50 | 62.50 | TK |
| Preparation of notice of entry of order granting for modification of automatic stay in order to proceed against debtors as a nominal defendant and as against insurance proceeds only; and upload of same | 0.50 | 62.50 | TK |
| Preparation of notice of entry of order granting debtors' fifth omnibus objection to claims pursuant to section 502(b) of the bankruptcy code and bankruptcy rules 3003 and 3007 [books and records claims; and upload of same | 0.50 | 62.50 | TK |
| Format and upload of fifth stipulation to extend cash collateral termination date | 0.30 | 37.50 | TK |

Invoice #:    Sample              Page   11                                April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | Format and upload of order approving stipulation to extend cash collateral termination date | 0.30 | 37.50 | TK |
|  | Format and upload of motion for entry of an order approving bidding procedures for the sale of certain of the debtors' Arizona assets; approving form of publication notice; and scheduling sale hearing date; declaration of Paul D. Huygens in support; and notice of hearing on same | 0.40 | 50.00 | TK |
| Feb-23-10 | Preparation of notice of entry of order approving stipulation to extend cash collateral termination date; upload of same with court | 0.50 | 62.50 | TK |
| Feb-24-10 | Receipt and review of Stanley Consultant's Inc.'s objection to first lien steering committee's proposed finding of fact, conclusion of law, and order confirming the third amended modified plan | 0.40 | 140.00 | ZL |
|  | Receipt and review of January 2010 billing for Parsons Behle & Latimer | 0.50 | 175.00 | ZL |
| Mar-02-10 | Receipt and review of three certificate of services | 0.30 | 67.50 | ZL |
|  | Format and upload three certificate of services. | 0.50 | 62.50 | TK |
| Mar-05-10 | Receipt and review of stipulation to extend time for filing Stanley Consultants, Inc.'s objection to debtors motion for entry of an order approving bidding procedures for the sale of certain of the debtors' Arizona assets | 0.40 | 140.00 | ZL |
| Mar-08-10 | Receipt and review of notice of withdrawal of proof of claim no. 27 in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Receipt and review of amendment to schedules in Rhodes Ranch General Partnership | 0.30 | 105.00 | ZL |
|  | Receipt and review of three supplement certificate of services | 0.30 | 105.00 | ZL |
|  | Receipt and review of Stanley Consultants, Inc.'s objection to debtors' motion for entry of order approving bidding procedures for the sale of certain of the debtors' Arizona assets | 0.60 | 210.00 | ZL |
|  | Format and upload of notice of withdrawal of proof of claim no. 27 in Rhodes Companies | 0.20 | 25.00 | TK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Format and upload of amendment to schedules in Rhodes Ranch General Partnership | 0.30 | 37.50 | TK |
|  | Format and upload of three supplement certificate of services | 0.50 | 62.50 | TK |
| Mar-09-10 | Receipt and review of notice of withdrawal of proof of claim no. 67 in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Receipt and review of amended scheduled for Rhodes Design and Development Corporation | 0.30 | 105.00 | ZL |
|  | Receipt and review of status and hearing agenda for March 11, 2010 | 0.30 | 105.00 | ZL |
|  | Format and saving of notice of withdrawal of proof of claim no. 67 in Rhodes Companies | 0.10 | 12.50 | TK |
|  | Format and upload of amended schedules for Rhodes Design and Development Corporation | 0.30 | 37.50 | TK |
|  | Format and upload of status and hearing agenda for March 11, 2010 | 0.30 | 37.50 | TK |
| Mar-10-10 | Receipt and review of application of ordinary course professional Baird, Williams, & Greer, LLP for allowance of compensation and reimbursement of expenses in excess of cap permitted by the ordinary course professional compensation order; and notice of hearing | 0.70 | 245.00 | ZL |
|  | Receipt and review of stipulation between Internal Revenue Service and Debtors continuing Debtors' Omnibus Objection to Internal Revenue Service Claims | 0.30 | 105.00 | ZL |
|  | Receipt and review of notice of withdrawal of proof of claim no. 67 for Harsch Investment Properties | 0.10 | 35.00 | ZL |
|  | Format and upload of application of ordinary course professional Baird, Williams, & Greer, LLP for allowance of compensation and reimbursement of expenses in excess of cap permitted by the ordinary course professional compensation order; and notice of hearing | 0.40 | 50.00 | TK |
|  | Format and upload of stipulation between Internal Revenue Service and Debtors | 0.30 | 37.50 | TK |

Invoice #:    Sample                    Page    13                    April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | continuing Debtors' Omnibus Objection to Internal Revenue Service Claims |  |  |  |
| Mar-11-10 | Prepare for and attendance at application for bidding procedures | 2.50 | 875.00 | ZL |
| Mar-12-10 | Receipt and review of proposed findings of fact, conclusion of law, and order confirming the First Lien Steering Committee's third amended modified plan of reorganization pursuant to chatper 11 of the bankruptcy code | 1.40 | 490.00 | ZL |
| Mar-15-10 | Receipt and review of three certificate of services | 0.30 | 105.00 | ZL |
|  | Receipt and review of status and agenda for March 17, 2010 hearing at 1:30 pm | 0.20 | 70.00 | ZL |
|  | Format and upload of three certificate of services | 0.50 | 62.50 | TK |
|  | Format and upload of status and agenda for March 17, 2010 hearing at 1:30 pm | 0.30 | 37.50 | TK |
| Mar-16-10 | Receipt and review of 22 monthly operating reports | 2.20 | 770.00 | ZL |
|  | Format and upload of 22 monthly operating reports | 3.70 | 462.50 | TK |
| Mar-17-10 | Receipt and review of proof of claim filed by BuilderMT, LLC in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Prepare for and attendance at hearings of application for fees of Sullivan Group Real Estate Advisors, application for fees of Parsons Behle & Latimer; application for fees of Zachariah Larson; application for fees of Pachulski Stang Ziehl & Jones; and objection to Internal Revenue Services claims | 2.50 | 875.00 | ZL |
|  | Format and saving of proof of claim filed by BuilderMT, LLC in Rhodes Companies | 0.10 | 12.50 | TK |
| Mar-18-10 | Receipt and review of order re final application of Sullivan Group Real Estate Advisors for allowance and payment of compensation and reimbursement of expenses as Market Research Consultants | 0.30 | 105.00 | ZL |
|  | Receipt and review of order granting third interim application of Pachulski Stang | 0.30 | 105.00 | ZL |

Invoice #:    Sample                Page    14                                      April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | Ziehl & Jones, LLP for allowance and payment of compensation and reimbursement of expenses as co-counsel |  |  |  |
|  | Telephone conference with Shirley Cho | 0.20 | 70.00 | ZL |
|  | Prepare order approving fees and costs | 0.30 | 105.00 | ZL |
|  | Format and upload of order re final application of Sullivan Group Real Estate Advisors for allowance and payment of compensation and reimbursement of expenses as Market Research Consultants | 0.30 | 37.50 | TK |
|  | Format and upload of order granting third interim application of Pachulski Stang Ziehl & Jones, LLP for allowance and payment of compensation and reimbursement of expenses as co-counsel | 0.30 | 37.50 | TK |
| Mar-19-10 | Receipt and review of notice of entry of order of proposed findings of fact, conclusion of law, and order confirming third amended plan | 0.30 | 105.00 | ZL |
|  | Receipt and review of notice of additional hearing date | 0.20 | 70.00 | ZL |
|  | Preparation of notice of entry of order granting third interim application of Pachilski Stang Ziehl & Jones LLP application for fees; upload of same | 0.50 | 62.50 | TK |
|  | Preparation of notice of entry of order re final application of Sullivan Group Real Estate Advisors; upload of same | 0.50 | 62.50 | TK |
|  | Format and upload of notice of additional hearing date | 0.30 | 37.50 | TK |
| Mar-22-10 | Telephone conference with Richard Sipan | 0.20 | 70.00 | ZL |
|  | Upload order approving fees and costs | 0.20 | 25.00 | TK |
| Mar-23-10 | Receipt and review of notice of withdrawal of proof of claim no. 23 in Pinnacle Grading, LLC | 0.10 | 35.00 | ZL |
|  | Prepare notice of entry of order approving fees and costs | 0.20 | 70.00 | ZL |
|  | Format and upload of notice of withdrawal | 0.30 | 37.50 | TK |

Invoice #:   Sample                     Page   15                              April 9, 2010

|  |  |  |  |  |
|---|---|---|---|---|
|  | of proof of claim no. 23 in Pinnacle Grading, LLC |  |  |  |
| Mar-24-10 | Receipt and review of proof of claim filed by John Sclafani in Rhodes Companies | 0.10 | 35.00 | ZL |
|  | Receipt and review of proof of claim filed by IRS in Rhodes Design and Development | 0.10 | 35.00 | ZL |
|  | Receipt and review of certificate of service | 0.10 | 35.00 | ZL |
|  | Receipt and review of Parsons Behle & Latimer's bill for February 2010 | 0.70 | 245.00 | ZL |
|  | Receipt and review of certificate of service on proposed findings of fact on third amended modified plan | 0.10 | 35.00 | ZL |
|  | Format and saving of proof of claim filed by John Sclafani in Rhodes Companies | 0.10 | 12.50 | TK |
|  | Format and saving of proof of claim filed by IRS in Rhodes Design and Development | 0.10 | 12.50 | TK |
|  | Format and upload certificate of service | 0.30 | 37.50 | TK |
| Mar-25-10 | Receipt and review of order approving bidding procedures for the sale of certain of the debtors' Arizona Assets | 0.60 | 210.00 | ZL |
|  | Receipt and review of notice of filing of redlined bidding procedures | 0.50 | 175.00 | ZL |
|  | Format and upload of order approving bidding procedures for the sale of certain of the debtors' Arizona Assets | 0.30 | 37.50 | TK |
|  | Format and upload of notice of filing of redlined bidding procedures | 0.30 | 37.50 | TK |
| Mar-26-10 | Receipt and review of notice of withdrawal of proof of claim no. 3 | 0.10 | 35.00 | ZL |
|  | Receipt and review of notice of amendment of proof of claim no. 10 | 0.10 | 35.00 | ZL |
|  | Format and upload of notice of withdrawal of proof of claim no. 3 | 0.10 | 12.50 | TK |
|  | Format and upload of notice of amendment of proof of claim no. 10 | 0.10 | 12.50 | TK |

Invoice #:    Sample                          Page   16                              April 9, 2010

| | | | | |
|---|---|---|---|---|
| Mar-29-10 | Receipt and review of notice to sell non-core asset (chevrolet 2500) | 0.30 | 105.00 | ZL |
| | Receipt and review of notice to sell non-core asset (ford 250) | 0.30 | 105.00 | ZL |
| | Receipt and review of notice to sell non-core asset (2 caterpillars) | 0.30 | 105.00 | ZL |
| | Receipt and review of debtor's statement of payment to ordinary course professionals from October 1, 2009 to February 39, 2010 | 0.30 | 105.00 | ZL |
| | Format and upload of notice to sell non-core asset (chevrolet 2500) | 0.30 | 37.50 | TK |
| | Format and upload of notice to sell non-core asset (ford 250) | 0.30 | 37.50 | TK |
| | Format and upload of notice to sell non-core asset (2 caterpillars) | 0.30 | 37.50 | TK |
| | Format and upload of debtor's statement of payment to ordinary course professionals from October 1, 2009 to February 28, 2010 | 0.30 | 37.50 | TK |
| Mar-30-10 | Preparation of notice of entry of order approving bidding procedures for the sale of certain of the debtors' Arizona assets | 0.50 | 62.50 | TK |
| Mar-31-10 | Receipt and review of two certificate of services | 0.20 | 70.00 | ZL |
| | Format and upload of two certificate of services | 0.40 | 50.00 | TK |
| | Totals | 115.20 | $30,765.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Filing Fee | 312.00 |
| Jan-04-10 | Photocopy Expense | 14.75 |
| Jan-05-10 | Courier Expense | 10.00 |
| | Courier Expense | 10.00 |
| Jan-07-10 | Courier Expense | 10.00 |
| Jan-12-10 | Courier Expense | 10.00 |
| Jan-13-10 | Courier Expense | 10.00 |
| Jan-18-10 | Courier Expense | 10.00 |
| Jan-20-10 | Courier Expense | 10.00 |
| | Courier Expense | 10.00 |

Invoice #:    Sample          Page    17                      April 9, 2010

| | | |
|---|---|---:|
| Jan-21-10 | Photocopy Expense | 8.25 |
| Jan-22-10 | Courier Expense | 10.00 |
| Jan-25-10 | Courier Expense | 10.00 |
| Jan-26-10 | Deposition Costs | 198.85 |
| | Courier Expense | 10.00 |
| Jan-29-10 | Courier Expense | 10.00 |
| | Photocopy Expense | 8.25 |
| Feb-01-10 | Courier Expense | 10.00 |
| | Photocopy Expense | 2.00 |
| Feb-02-10 | Courier Expense | 10.00 |
| Feb-08-10 | Deposition Costs | 85.20 |
| | Photocopy Expense | 6.25 |
| Feb-09-10 | Courier Expense | 10.00 |
| | Photocopy Expense | 6.75 |
| | Postage Expense | 0.44 |
| Feb-16-10 | Transcript Costs | 1,110.65 |
| | Photocopy Expense | 5.25 |
| | Photocopy Expense | 83.25 |
| Feb-22-10 | Courier Expense | 10.00 |
| | Photocopy Expense Photocopy Expense | 26.25 |
| Feb-23-10 | Courier Expense | 10.00 |
| | Photocopy Expense Photocopy Expense | 3.00 |
| Feb-24-10 | Courier Expense | 10.00 |
| Mar-02-10 | Photocopy Expense Photocopy Expense | 7.50 |
| Mar-03-10 | Courier Expense | 10.00 |
| Mar-08-10 | Photocopy Expense Photocopy Expense | 6.75 |
| Mar-09-10 | Courier Expense | 10.00 |
| Mar-10-10 | Courier Expense | 10.00 |
| | Photocopy Expense Photocopy Expense | 18.75 |
| Mar-11-10 | Courier Expense | 10.00 |
| | Courier Expense | 10.00 |
| Mar-15-10 | Photocopy Expense Photocopy Expense | 19.50 |
| Mar-16-10 | Courier Expense | 10.00 |
| Mar-17-10 | Courier Expense | 10.00 |
| | Courier Expense | 10.00 |
| Mar-18-10 | Photocopy Expense for Transcripts | 221.75 |
| Mar-25-10 | Postage Expense | 208.04 |
| Mar-29-10 | Photocopy Expense Photocopy Expense | 10.25 |
| Mar-30-10 | Courier Expense | 10.00 |
| Mar-31-10 | Courier Expense | 10.00 |
| | Photocopy Expense Photocopy Expense | 9.75 |

|  | |
|---|---:|
| Totals | $2,653.43 |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$33,418.43** |
| Previous Balance | 4,949.12 |
| **Balance Now Due** | **$38,367.55** |

Invoice #:    Sample                          Page  18                                    April 9, 2010


TAX ID Number    74-3112520

Invoice #:    . Sample                    Page   19                                      April 9, 2010

## TRUST STATEMENT

|            |                                                                 | Disbursements | Receipts   |
|------------|-----------------------------------------------------------------|---------------|------------|
|            | Trust Balance Forward                                           |               | 23,271.47  |
| Feb-16-10  | Received From: The Rhodes Companies, LLC<br>Retainer           |               | 29,932.46  |
| Feb-19-10  | Paid To: Gjaerlemand, LLC<br>Transfer from old trust to new trust | 70,579.75   |            |
|            | Received From: Gjaerlemand, LLC<br>Transfer from old trust to new trust |   | 70,579.75 |
| Feb-24-10  | Paid To: Gjaerlemand, LLC<br>Fee Received per Invoice          | 53,203.93     |            |
|            | Total Trust                                                     | $123,783.68   | $123,783.68 |
|            | **Trust Balance**                                              |               | **$0.00**  |