James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Debtors and
Debtors in Possession

E-File: May 17, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date: June 21, 2010<br>Hearing Time: 9:30 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:219987.2

### AMENDED NOTICE OF HEARING ON (A) FOURTH INTERIM AND FINAL FEE APPLICATIONS OF (1) PACHULSKI STANG ZIEHL & JONES LLP, (2) LARSON & STEPHENS, LLC; AND (3) PARSONS BEHLE & LATIMER

**PLEASE TAKE NOTICE** that on **June 21, 2010** at **9:30 a.m**. a hearing will be held before the Honorable Linda B. Riegle in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, on the following interim and final applications for allowance and payment of fees and expenses (collectively, the "Final Fee Applications"):

a. The *Fourth Interim and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period January 1, 2010 through March 31, 2010*;

b. The *Fourth Interim and Final Fee Application of Larson & Stephens, LLC Seeking Compensation for Legal Services Rendered and Reimbursement Of Expenses;* and

c. *Final Application of Parsons Behle & Latimer as Counsel to the Unsecured Creditors Committee*.

The Final Fee Applications seek allowance and payment of final compensation and reimbursement of expenses for services rendered and expenses incurred by Pachulski Stang Ziehl & Jones LLP, Larson & Stephens, LLC, and Parsons Behle & Latimer for the time periods and in the amounts set forth in Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Final Fee Applications are on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); and through the Debtors' claims agent's website: www.omnimgt.com/rhodes; or by calling (866) 989-6144.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief in the Applications must be filed and served pursuant to Local Rule 9014(d)(1), which provides: "Oppositions to a motion must be filed and served on the movant no later than fourteen (14) days

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fourteen (14) business days' notice, the opposition must be filed no later than seven (7) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule." If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above-noticed hearing or any adjournment thereof.

**DATED** this 17th day of May, 2010.

**LARSON & STEPHENS**

 */s/ Zachariah Larson, Esq.*
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Debtors

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:219987.2

3

## Exhibit A

## Interim Request

| Applicant | Time Period | Interim Fees | Interim Expenses | Total |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | January 1, 2010 – March 31, 2010 | $332,873.35 | $18,734.84 | $351,568.59 |
| Larson & Stephens, LLC | January 1, 2010 – March 31, 2010 | $30,765.00 | $2,653.43 | $33,418.43 |
| Parsons Behle & Latimer | January 1, 2010 – March 31, 2010 | $25,148.02 | $3,168.27 | $28,316.29 |

## Final Request

| Applicant | Time Period | Interim Fees | Interim Expenses | Total |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | March 31, 2009 - March 31, 2010 | $2,097,060.26 | $103,043.31 | $2,200,103.57 |
| Larson & Stephens, LLC | March 31, 2009 – March 31, 2010 | $199,395.00 | $9,340.01 | $289,735.01 |
| Parsons Behle & Latimer | May 26, 2009 – March 31, 2010 | $173,434.37 | $11,241.57 | $184,675.94 |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:219987.2