# EXHIBIT A

# EXHIBIT A

Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.   BK-S-09-14814-LBR (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | **ORDER GRANTING MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER** |

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC

- 1 -

| Affects: | | Date: | June 21, 2010 |
|---|---|---|---|
| ■ All Debtors | | Time: | 9:30 a.m. |
| ☐ The following Debtor(s) | | Judge: | Honorable Linda B. Riegle |

### ORDER GRANTING MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER

Upon consideration of the Motion to Compel Reimbursement of Fees And Expenses Pursuant To Confirmation Order And Cash Collateral Order,

IT IS HEREBY ORDERED that the Reorganized Debtors are directed to reimburse to Credit Suisse AG, Cayman Islands Branch, the following fees and expenses:

| Period | Professional | Fees & Expenses | Status |
|---|---|---|---|
| 12/1/08 - 1/31/10 | Skadden, Arps, Slate, Meagher & Flom LLP | $858,073.72 | Outstanding (No Objections Within 15 Days of Resubmission on May 3, 2010) |
| 12/1/09 – 4/20/10 | Sylvester & Polednak, LTD. | $14,559.08 | Undisputed |
| 8/1/08 – 8/26/08 | Udall Law Firm, LLP | $2,740.00 | Undisputed |
| 2/1/10 – 4/30/10 | Skadden, Arps, Slate, Meagher & Flom LLP | $57,036.14 | Undisputed |
| 4/1/09 – 4/1/10 | Credit Suisse AG, Cayman Islands Branch | $19,195.21 | Undisputed |

###

(Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Rd., Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200