# EXHIBIT A

# EXHIBIT A

**From:** Naguiat, Ramon M (LAC)
**Sent:** Thursday, February 18, 2010 2:37 PM
**To:** 'Shirley S. Cho'; Paul Huygens; Landis, Augie (USTP)
**Cc:** Durrer II, Van C (LAC); 'Dublin, Philip'
**Subject:** Rhodes - Invoices

Please pay the attached invoices within 10 days per the cash collateral order. Please call me if you have any questions. Thanks.

Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, CA 90071
Phone: (213) 687-5623
Facsimile: (213) 621-5623
E-mail: ramon.naguiat@skadden.com
