## Sylvester & Polednak, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128

Ph:(702) 952-5200  Fax:(702) 952-5205

Credit Suisse  January 6, 2010
c/o Douglas Buffone
Eleven Madison Ave., 25th Floor
New York, NY 10010

|  |  |
|---|---|
| File #: | 12080.001 |
| Attention: | |
| Inv #: | 30630 |

RE:

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-01-09 | Review First Lien Lenders' Steering Cmte's second amended modified reorganization plan and disclosure statement. | 1.00 | 300.00 | JBM |
| Dec-03-09 | Reviews orders sustaining Debtors' third and fourth omnibus objection; approving additional categories of omnibus objections; sustaining objections to claims of City of Las Vegas, Staffmark, Wall Constructors, Inc., Ms. Scannichio, Mr. Lewis, and related materials. | 0.20 | 60.00 | JBM |
| Dec-08-09 | Review First Lien Steering Committee's revised first amended plan of reorganization, ballot, explanatory narrative, notice of hearing,and related documents. | 0.90 | 270.00 | JBM |
| Dec-10-09 | E-mail with Attorney Naugiat regarding case administration. | 0.20 | 60.00 | JBM |
| Dec-11-09 | Review orders approving various OCUC administrative expenses. | 0.10 | 30.00 | JBM |
|  | Review agenda for December 2009 omnibus hearing and underlying documents. | 1.30 | 390.00 | JBM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-18-09 | Review Debtors' objections of the claims of the Las Vegas Valley Water District, Cabintec, Inc., and Mr. and Mrs. Barr, together with supporting documents (.3); review stipulations resolving or continuing hearings on stay relief motions or claims objections of IRS and Harsch Investment Property (.1). | 0.40 | 120.00 | JBM |
| Dec-29-09 | Review orders sustaining Debtors' seventh and eighth omnibus claims objections and objection to Mr. Brennan's books and records claim (1); review Debtors' motion to extend deadline to accept or reject leases and supporting documents (.2);  review Debtors' stay relief motion/motion to approve prepetition global settlement in Fulks HOA/Elkhorn litigation (.2). | 0.50 | 150.00 | JBM |
| Dec-30-09 | E-mail with Attorney Naguiat regarding strategy for potential plan objection. | 0.10 | 30.00 | JBM |
| | Totals | 4.70 | $1,410.00 | |

| DISBURSEMENTS | Disbursements | Receipts |
|---|---|---|
| Photocopies | 48.25 | |
| Totals | $48.25 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,458.25** |
| Previous Balance | $13,185.34 |
| Previous Payments | $13,185.34 |
| **Balance Due Now** | **$1,458.25** |