## *Sylvester & Polednak, LTD.*
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128

Ph:(702) 952-5200　　　　　　　　　Fax:(702) 952-5205

Credit Suisse　　　　　　　　　　　　　　　　　　　　　February 2, 2010
c/o Douglas Buffone
Eleven Madison Ave., 25th Floor
New York, NY 10010

Attention:　　　　　　　　　　　　　　　　File #:　　12080.001
　　　　　　　　　　　　　　　　　　　　　Inv #:　　　30746

RE:

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-10 | T/c and e-mail with Attorney Naguiat regarding plan confirmation objection. (.2); review Debtor's notice of entry of order on extension of cash collateral usage until February 28, 2010 and Debtors' notice of withdrawal of their objection to the Barrs' claim (.1). | 0.30 | 90.00 | JBM |
| Jan-05-10 | T/c and e-mail with Attorney Naguiat and Ms. Krejca regarding strategy for plan confirmation response (.3); review and revise Credit Suise's response to Debtors' second amended reorganization plan and underlying notice of hearing and case management order (.5); review Credit Suisse's amended proof of claim (.2)); review relevant provisions of Debtors' plan and disclosure statement (.5). | 1.50 | 450.00 | JBM |
| Jan-07-10 | Review Debtors' supplement to its fifth omnibus claims objection and supporting documents and order thereon. | 0.20 | 60.00 | JBM |
| Jan-08-10 | Multiple t/c with Attorney Naguiat regarding plan confirmation hearing. (.3); research procedural bases for objecting or compelling production of evidence offered in support of plan confirmation (.5). | 0.80 | 240.00 | JBM |
| Jan-11-10 | Prepare for omnibus hearing. | 1.20 | 360.00 | JBM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-12-10 | Review First Lien Steering Committee's legal memorandum in support of plan confirmation. | 0.50 | 150.00 | JBM |
| Jan-13-10 | T/c and e-mail with Attorney Naguiat regarding plan confirmation (.2); review and file notice of withdrawal of Credit Suisse's objection to confirmation of Debtors' reorganization plan (.3); prepare for plan confirmation and omnibus motion hearing on January 14, 2010 (2.0). | 2.50 | 750.00 | JBM |
| Jan-14-10 | Prepare for and attend plan confirmation and omnibus motion hearing. | 3.30 | 990.00 | JBM |
| Jan-15-10 | Confer with Attorney Leatham, First Lien Steering Cmte.'s local counsel, regarding plan confirmation. | 0.20 | 60.00 | JBM |
| Jan-19-10 | Multiple t/c with Attorney Naguiat regarding continued plan confirmation hearing (.2); t/c with Attorney Leatham's office, local counsel for First Lien Steering Cmte., regarding same (.1); multiple t/c with court clerk regarding plan confirmation hearing (.2); review Fist Lien Steering Cmte's revised plan confirmation order, revised ballot summary, Mr. Osborne's supporting declaration, the Kitec Class Plaintiffs' non-opposition notice, and related documents (.6). | 1.10 | 330.00 | JBM |
| Jan-20-10 | Confer with Court Clerk regarding potential plan confirmation hearing (.2); review court's docket, especially Stanley Consultant's objection to ballot summary and claim tabulation and Debtors' status report proposed hearing agenda (.5); review Debtors' proposed plan confirmation order (.5); review Debtors' proposed stipulation resolving Kitec claims and motion to approve same (.2); t/c and e-mail with Attorney Naguiat regarding continued plan confirmation hearing (.2); prepare for plan confirmation hearing (1.3). | 2.90 | 870.00 | JBM |
| Jan-21-10 | Prepare for and attend continued confirmation hearing on amended reorganization plan filed by First Lien Steering Cmte. | 4.00 | 1,200.00 | JBM |
| Jan-22-10 | Review order continuing confirmation hearing and setting briefing schedule on cram-down issues. | 0.20 | 60.00 | JBM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-26-10 | Review order continuing plan confirmation hearing and setting agenda and briefing schedule for final hearing. | 0.20 | 60.00 | JBM |
| Jan-27-10 | Review order sustaining Debtors' claims objections to Las Vegas Valley Water District and Cabintec claims, withdrawal of Clark County Assessor claim, and related procedural orders(.1); review First Lien Steering Cmte.'s legal memorandum supporting plan confirmation(.5). | 0.60 | 195.00 | JBM |
| Jan-28-10 | Review Mr. Osborne's second amended declaration certifying tabulation of ballots in support of confirmation of First Lien Steering Cmte.'s proposed reorganization plan. | 0.30 | 90.00 | JBM |
| | Totals | 19.80 | $5,955.00 | |

| DISBURSEMENTS | Disbursements | Receipts |
|---|---|---|
| Courier | 195.00 | |
| Photocopies | 44.25 | |
| Postage | 14.08 | |
| Totals | $253.33 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$6,208.33** |
| Previous Balance | $1,458.25 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$7,666.58** |