# LIONEL SAWYER & COLLINS

**Attorneys at Law**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888

Ramon M. Naguiat
Skadden. Arps, Slate et al
300 S. Grand Ave., Ste. 3500
Los Angeles, CA 90071

Re: adv James Michael Rhodes
ID: 10448-0013 - MHG

Invoice Date: May 8, 2009
Invoice# 344709

For Legal Services through April 30, 2009

| | | |
|---|---:|---:|
| Balance Forward | | 2,672.30 |
| | | |
| Current Fees | 6,877.50 | |
| Current Disbursements | 179.93 | |
| | ——————— | |
| TOTAL CURRENT CHARGES | 7,057.43 | |
| | | |
| Total Amount Due | | 9,729.73 |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE THE REMITTANCE
PORTION OF THIS STATEMENT WITH YOUR PAYMENT
ANY BALANCE NOT PAID WITHIN SIXTY DAYS OF ITS INITIAL
INVOICE DATE WILL THEREAFTER INCUR INTEREST AT THE RATE OF
TWELVE PERCENT PER YEAR.

***** OUR TAX I.D. NO. IS 88-0104611 *****

**LIONEL SAWYER & COLLINS**
Attorneys at Law

Invoice Date: May 8, 2009
Invoice # 344709

Ramon M. Naguiat
Re: adv James Michael Rhodes
I.D. 10448-0013 - MHG

Page 2

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS | AMOUNT |
|------|-------------------------|------|-------|--------|
| 04-03-09 | (New-Credit Suisse/Rhodes) Telephone conference with Van Durrer regarding representation in Rhodes bankruptcy in Las Vegas bankruptcy. | JAS | 0.25 | 112.50 |
| 04-04-09 | Assistance with locating Rodney M. Jean and the preparation for getting the co-counsel admitted to the Nevada bankruptcy court | MHG | 3.00 | 1,650.00 |
| 04-05-09 | Telephone conference with Ramon Naguiat regarding logistics of setting objection filed Monday and pro hac application. | RMJ | 0.30 | 150.00 |
| 04-06-09 | Telephone conference with Ramon Naguiat. | RMJ | 0.45 | 225.00 |
| 04-06-09 | Assist with pro hac vice application paperwork, including review of application and designation of local counsel,multiple e-mails regarding same; request check for filing fee. Review opposition to first day motions; communications with Rodney M. Jean regarding same, and matters relating to filing of same. | SLM | 2.00 | 600.00 |
| 04-06-09 | (New-Credit Suisse/Rhodes) Telephone conference with Mark H. Goldstein regarding Rhodes representation of Credit Suisse; telephone conference with Rodney M. Jean regarding same. | JAS | 0.45 | 202.50 |
| 04-06-09 | Telephone conference with Nile Leatham regarding conflict issues raised and date of steering committee filing.  Review the debtor's cash collateral motion.  Review Skadden's pro hac vice application.  Review and sign consent of local counsel and sign Credit Suisse's objection to first day motions. | RMJ | 3.00 | 1,500.00 |
| 04-06-09 | Matters relating to objection to be filed before first day hearings; review same, confirm status with Rodney M. Jean; file objection. | SLM | 0.75 | 225.00 |
| 04-07-09 | Review today's filings by the steering committee, including the omnibus objection, objection to cash collateral, and motion to appoint a trustee.  Telephone conference with counsel for Rhodes.  Two telephone conferences with Ray Naguiat. | RMJ | 2.00 | 1,000.00 |
| 04-07-09 | Court appearance on first day motions. | RMJ | 1.30 | 650.00 |
| 04-07-09 | (New-Credit Suisse/Rhodes) E-mails from and to Rodney M. Jean regarding conflict situation and Riegle orders; telephone conference with Rodney M. Jean regarding same and first day procedures; telephone conference with Rodney M. Jean and Van Durrer regarding same. | JAS | 1.25 | 562.50 |
| | **TOTALS** | | **14.75** | **6,877.50** |

| TIMEKEEPER | STATUS | HOURS | RATE | AMOUNT |
|------------|--------|-------|------|--------|

**LIONEL SAWYER & COLLINS**
Attorneys at Law

---

Invoice Date: May 8, 2009
Invoice No. 344709

I.D. 10448-0013 - MHG
Re: adv James Michael Rhodes

Page 3

| | | | | |
|---|---|---|---|---|
| Mark H. Goldstein | ATTORNEY | 3.00 | 550.00 | $1,650.00 |
| Rodney M. Jean | ATTORNEY | 7.05 | 500.00 | $3,525.00 |
| Jennifer A. Smith | ATTORNEY | 1.95 | 450.00 | $877.50 |
| Susan L. Myers | ATTORNEY | 2.75 | 300.00 | $825.00 |
| **Timekeeper Totals** | | **14.75** | | **$6,877.50** |

**DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Long Distance Phone Charges | 4.93 |
| 4/7/2009 | Filing Fee;ProHac Vice for Skadden Arps - Filing Fee (Credit Suisse - Heritage Land Co.) ;U.S. BANKRUPTCY COURT CLERK | 175.00 |
| | **TOTAL DISBURSEMENTS** | **$179.93** |

**LIONEL SAWYER & COLLINS**
Attorneys at Law

Invoice Date: May 8, 2009
Invoice# 344709

Ramon M. Naguiat
Re: adv James Michael Rhodes
I.D. 10448-0013 - MHG

Page  4

REMITTANCE ADVICE

TOTAL CURRENT CHARGES                                       7,057.43

PAYMENT ENCLOSED:                                    $_____

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

OPEN INVOICES

| INVOICE DATE | INVOICE NUMBER | ORIGINAL AMOUNT | PAYMENTS and CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 04/13/09 | 343220 | 2,672.30 | 0.00 | 2,672.30 |
| | | **2,672.30** | **0.00** | **2,672.30** |