# Udall Law Firm, LLP
Attorneys At Law
4801 E. Broadway Blvd.
Suite 400
Tucson, Arizona  85711-3638

February 12, 2010

HML, LLC
C/O DAVID REAMER, ESQ
SKADDEN, ARPS, SLATE, ETAL
300 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

## Statement of Account

| Date | Bill Number/Description | Bill Amount | Paid Amount | Balance |
|---|---|---|---|---|
| **Client No.: 45490** | | | | |
| 1U - HML, LLC - MORTGAGE LTD. | | | | |
| 09/15/08 | 32384   PAST DUE | 2,740.00 | | 2,740.00 |
| | | **Matter Balance Due** | | 2,740.00 |
| | | **Total Balance Due** | | 2,740.00 |