# EXHIBIT C

# EXHIBIT C



LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760


**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: **415/263 7000**

FACSIMILE: 415/263 7010


**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: **302/652 4100**

FACSIMILE: 302/652 4400


**NEW YORK**

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**

FACSIMILE: 212/561 7777


WEB: www.pszjlaw.com

---

Shirley S. Cho        March 19, 2010        scho@pszjlaw.com
                                            310.772.2364

### Via Email

Van C. Durrer
Ramon Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

     **Re:**    **The Rhodes Companies, LLC, et al.**

Dear Van and Ray:

    The Debtors join in the letter of the First Lien Steering Committee dated March 18, 2010 in respect of the invoice dated February 17, 2919 of Skadden, Arps, Slate, Meagher & Flom LLP.

                Very truly yours,

                */s/ Shirley S. Cho*

                Shirley S. Cho

cc:  James I. Stang
      Paul D. Huygens

73203-002\DOCS_LA:217222.1