# EXHIBIT D

# EXHIBIT D

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5200
DIRECT FAX
(213) 621-5200
EMAIL ADDRESS
VAN.DURRER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 7, 2010

**Via E-mail (pdublin@akingump.com)**

Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

                RE:    *In re The Rhodes Companies, LLC, aka "Rhodes Homes," et al.* (Jointly Administered Under Case No. BK-S-09-14814-LBR)

Dear Phil:

      I am writing to respond to your letter of March 18, 2010, which sets forth various requests with respect to the submission made by Credit Suisse Cayman Islands Branch, as administrative agent under that certain Credit Agreement dated as of November 21, 2005, for reimbursement of fees and expense due to Skadden, Arps, Slate, Meagher & Flom, LLP and Affiliates ("Skadden") in connection with the bankruptcy cases of the above-referenced debtors/reorganized debtors (the "Debtors").

      While we acknowledge that a breakdown of the invoice by category may be useful, the list of categories that you proposed was not. We are proposing the following list of categories that we believe will be useful to the parties and the Court: Plan/Disclosure Statement; Mediation; Loan Administration; Loan Litigation, and Fee Matters. Skadden is currently in the process of reviewing the applicable invoice and separating the components of that invoice into such categories. We will provide you with a copy of a revised invoice, when ready, for further discussion.

Philip C. Dublin
April 7, 2010
Page 2

On a related note, please let us know whether any professional paid from the Debtors' estates, other than the Debtors' professionals and the professionals of the official committee of unsecured creditors appointed in the Debtors' bankruptcy cases, has been requested or required to categorize their respective fee/expense reimbursement requests.

Very truly yours,

Van C. Durrer II

cc: Shirley S. Cho (scho@pszjlaw.com)

587167-Los Angeles Server 1A - MSW