# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC,

Debtor.

Case No.: BK-S-09-14814-LBR

Chapter 11

---

## NOTICE OF AMENDED PROOF OF CLAIM NO. 59

SOUTHWEST IRON WORKS, LLC, hereby amends its proof of claim, designated as Claim No. 59 filed in the above-captioned case, from a general unsecured claim in the amount of $219,963.52, to a general unsecured claim in the amount of $25,000.00.

Dated: __S-21__ , 2010

_____ (signature)

By: EZAM KHAZENI    (print name)
Its: VP, GM              (title)