Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

**E-FILED May 25, 2010**

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
| Affects:<br>■ All Debtors<br>□ The following Debtor(s) | Date: June 21, 2010<br>Time: 9:30 a.m.<br>Judge: Honorable Linda B. Riegle |

1. On May 25, 2010, I served the following document(s) (*specify*):

    a. **MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER;**

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

b. **DECLARATION OF VAN C. DURRER II IN SUPPORT OF MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER;**

c. **NOTICE OF HEARING ON MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER**

2. I served the above-named document(s) by the following means to the persons as listed below:

***(Check all that apply)***

■ a. **ECF System (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com; axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com; dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-IT at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
Richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor IN RE KITEC FITTING LITIGATION CLASS PLAINTIFFS
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN and SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
rjean@lionelsawyer.com; smyers@lionelsawyer.com; gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com;

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

rjean@lionelsawyer.com; smyers@lionelsawyer.com; gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com;
ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, cdossier@swlaw.com, lvdocket@mindspring.com, vcampbell@swlaw.com, nbaig@swlaw.com

BART K. LARSEN on behalf of Creditor REEF COLONIAL, LLC
blarsen@lawrsen.com; jierien@lawrosen.com; msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com; susans@lslawnvcom; laurar@lslawnv.com

NILE LEATHAM and TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com; tthomas@klnevada.com; ckishi@klnevada.com; dhoule@klnevada.com; bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA – INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, western.taxcivil@usdoj.gov

JANIECE S. MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. McDONALD on behalf of U.S. Trustee - LV-11
Edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC
olster@lbbslaw.com; gjovig@lbbslaw.com; gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, aguitierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN & BATH, LLC
donaldhwilliamslaw@gmail.com; taylorsellers@gmail.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

**Notice will not be electronically mailed to:**

*See attached "Special Notice Service List"*

■ b. **United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Service List."**



SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

____ c. Personal Service *(List persons and address. Attach additional pages if necessary)*

____ d. By direct email (as opposed to through the ECF System) (*List persons and email addresses. Attach additional pages if necessary*)

____ e. By fax transmission *(List persons and fax numbers. Attach additional pages if necessary)*

____ f. By messenger *(List persons and address. Attach additional pages if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 25th day of May, 2010.

An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

**SPECIAL NOTICE SERVICE LIST**

| | |
|---|---|
| J. Thomas Beckett<br>PARSONS BEHLE & LATIMER<br>201 S. Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>On behalf of Creditor Creditors Committee | Janice J. Brown<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>400 S. Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>On behalf of Creditor Harsch Investment Properties - Nevada, LLC |
| Don S. Deamicis<br>1 International Pl.<br>Boston, MA 02210<br>On behalf of Creditor Wells Fargo Bank, N.A. | Ira Dizengoff<br>Christine D. Doniak<br>Phillip Dublin, Esq.<br>Abid Qureshi<br>Elizabeth Raskin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>On behalf of Creditor Steering Committee of the 1st Lien Lenders |
| Palacek<br>P.O. Box 225<br>Richmond, CA 94804 | Marvin C. Ruth<br>Lewis and Roca LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>On behalf of Creditor Cemex Construction Materials South, LLC |
| James I. Stang<br>10100 Santa Monica Blvd., #1100<br>Los Angeles, Ca 90067<br>On behalf of Debtor The Rhodes Companies, LLC | Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373 |

**SERVICE LIST**

*(Recipients to receive documents by U.S. Mail in addition to electronic service via the CM/ECF system)*

| | |
|---|---|
| Shirley S. Cho, Esq.<br>PACHULSKI STANG ZIEHL JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067<br>*Counsel for Debtor The Rhodes Companies, LLC, aka "Rhodes Homes" et al.* | Rew R. Goodenow, Esq.<br>Karl Y. Olseon, Esq.<br>PARSONS BEHLE & LATIMER<br>50 W. Liberty Street, Suite 750<br>Reno, NV 89501<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Nile Leatham, Esq.<br>Timothy P. Thomas, Esq.<br>KOLESAR & LEATHAM<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>*Counsel for Creditor Steering Committee of Senior Secured Lenders* | Zachariah Larson<br>LARSON & STEPHENS<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, NV 89101<br>*Counsel for Debtor Apache Framing, LLC* |
| Office of the U.S. Trustee<br>Attn: Edward M. McDonald<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, NV 89101 | |