# EXHIBIT A

# EXHIBIT A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEVADA | PROOF OF CLAIM |
| --- | --- |

| Name of Debtor:<br>THE RHODES COMPANIES, LLC | Case Number:<br>09-14814-lbr |
| --- | --- |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
| --- | --- |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**James Rhodes** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>**Brett A. Axelrod, Esq.**<br>**GREENBERG TRAURIG, LLP**<br>**3773 Howard Hughes Parkway, Suite 400 North**<br>**Las Vegas, NV 89169**<br><br>Telephone number: **(702) 792-3773** | **Court Claim Number:**<br>*(If known)*<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
| --- | --- |
| **1. Amount of Claim as of Date Case Filed:** $10,598,000.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Taxes owed pursuant to Credit Agreement dated as of November 21, 2005 among Heritage Land Company, LLC, The Rhodes Companies, LLC and Rhodes Ranch General Partnership and Credit Suisse and monies advanced to Greenway Partners, LLC<br><br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:**<br><br>**3a. Debtor may have scheduled account as:**<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☒ Other<br>**Describe:**<br><br>**Value of Property:**$      **Annual Interest Rate**<br><br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $      **Basis for perfection:** | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **Amount of Secured Claim:** $      **Amount Unsecured:** $10,598,000.00 | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br>$ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | *\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>7-14-09 | Signature: ~~[signature]~~ **Greenberg Traurig, LLP, Attorneys for James Rhodes**<br>The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
| --- | --- | --- |

B 10 (Official Form 10) (12/08) — Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**!. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under !! U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____ DEFINITIONS _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under !! U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A lien also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under !! U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____ INFORMATION _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 300 1(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.),* and any applicable orders of the bankruptcy court.

# CLAIM DETAIL

James M. Rhodes
2006 Tax Allocation
CS Entities

| | Ordinary Income | Interest Income | Ordinary Dividends | Qualified Dividends | Short Gain | Long Gain | Other Deduction | Inv. Interest Expense | DPAD Deduct | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Heritage Land Company | | | | | | | | | | |
| Jim's Direct Share | | 24,282,350 | 1,032,283 | 3,066,190 | 4,696 | 691,234 | (646,132) | (52,427,512) | | K-1 |
| Jim's Share via Rhodes Ranch, LLC | | 808,078 | 34,352 | 102,038 | 157 | 23,003 | (21,502) | (1,744,704) | | K-1 |
| Rhodes Ranch General Partnership | | | | | | | | | | |
| Jim's Direct Share | 56,572,256 | 923,671 | | | | | | | (39,885) | K-1 |
| Jim's Share via Rhodes Ranch, LLC | 1,852,820 | 30,413 | | | | | | | (1,313) | K-1 |
| Rhodes Compnies | | | | | | | | | | |
| Jim's Direct Share | 27,190,052 | | | | | | | | (1,283,956) | Clients Books and Jim's iTR |
| Total | 85,615,128 | 26,044,512 | 1,066,635 | 3,168,228 | 4,853 | 714,237 | (667,634) | (54,172,216) | (1,325,154) | |
| Tax Rate | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.15 | 0.35 | 0.35 | 0.35 | |
| Tax Liability | 29,965,295 | 9,115,579 | 373,322 | 1,108,880 | 1,699 | 107,136 | (233,672) | (18,960,276) | (463,804) | |
| Total Tax Liability | 21,014,159 | | | | | | | | | |
| Total Tax Paid | (14,040,000) | | | | | | | | | |
| Balance Due | 6,974,159 | | | | | | | | | |

| Rhodes Companies | | | | Debt Group Percentage | Balance Due |
|---|---|---|---|---|---|
| Book Income (Loss): | | Interest and Penalties | | | |
| All Roll Through Sagebrush Enterprises | | | | | |
| C&J | 139,296 | Late Payment Penalty | 1,181,331 | 100% | 1,181,331 |
| Jarupa | 66,103 | Estimated Tax Penalty | 603,130 | 100% | 603,130 |
| Rhodes Companies | (439,109) | Interest Expense | 970,531 | 100% | 970,531 |
| Tuscany Acquisitions | 30,066,338 | Total | 2,754,992 | | 2,754,992 |
| Rhodes Realty | 1,308,402 | | | | |
| Tuscany Golf | (389,907) | | | | |
| Rhodes Homes AZ | 659,568 | | | | |
| Rhodes Design and Dev | 438,355 | Tax Per Return | 20,825,375 | | |
| Rhodes Arizona Properties | (525,648) | Tax Attributed to Debt Group | 21,014,159 | 100% | |
| Tribes Holdings | 1,133,585 | | | | |
| M-1 Adjustments | | Total Tax Balance Due From Facility | | | 6,974,159 |
| Bad Debt | 233,477 | Total Penalty and Interest Due From Facility | | | 2,754,992 |
| Insurance | 178,463 | Total Due | | | 9,729,151 |
| Legal and Settlements | (5,778,143) | | | | |
| Warranty Reserve | 91,697 | | | | |
| T&E | 7,575 | | | | |
| | 27,190,052 | | | | |

Form 1065 (2006)    **HERITAGE LAND COMPANIES**          20-3612918   Page **3**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | 0. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ........ 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | 25,748,440. |
| | 6 Dividends: a Ordinary dividends | 6a | 4,345,926. |
| | b Qualified dividends ........ 6b | 3,251,317. | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | 4,980. |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | 732,969. |
| | b Collectibles (28%) gain (loss) ........ 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 9c | 779. | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | 55,592,917. |
| | c Section 59(e)(2) expenditures: (1) Type ▶    (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | 685,143. |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a | 0. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions)   Type ▶ | 15d | |
| | e Other rental credits (see instructions)   Type ▶ | 15e | |
| | f Other credits (see instructions)   Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | 31,201,072. |
| | c Gross income sourced at partner level | 16c | 50,495. |
| | Foreign gross income sourced at partnership level | | |
| | d Passive ▶   e Listed categories (attach stmt.) ▶   f General limitation ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶   h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive ▶   j Listed categories (attach stmt.) ▶   k General limitation ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☒   Accrued ☐ | 16l | 10,099. |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties - gross income | 17d | |
| | e Oil, gas, and geothermal properties - deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | 368,757. |
| **Other Information** | 18a Tax-exempt interest income | 18a | 368,757. |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19a Distributions of cash and marketable securities | 19a | 31,001,905. |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | 30,094,366. |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

JWA
611021
12-28-06

Form **1065** (2006)

651106

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III   Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | | 15 Credits | |
| | 0. | | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | B | 29,424,514. |
| | | C | 47,620. |
| 4 Guaranteed payments | | L | 9,524. |
| 5 Interest income | 24,282,350. | | |
| 6a Ordinary dividends | 4,098,473. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | 3,066,190. | F* | 347,760. |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | 4,696. | A* | STMT |
| 9a Net long-term capital gain (loss) | 691,234. | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| | | A | 29,236,784. |
| 9c Unrecaptured sec 1250 gain | 735. | 20 Other information | |
| 10 Net section 1231 gain (loss) | | A | 28,380,823. |
| | | W* | 735. |
| 11 Other income (loss) | | | |

## Part I   Information About the Partnership

**A** Partnership's employer identification number
20-3612918

**B** Partnership's name, address, city, state, and ZIP code

HERITAGE LAND COMPANIES
4730 S. FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

## Part II   Information About the Partner

**G** Partner's identifying number
34-2011869

**H** Partner's name, address, city, state, and ZIP code

SEDORA HOLDINGS, LLC
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?   PARTNERSHIP

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 94.3061000% | 94.3061000% |
| Loss | 94.3061000% | 94.3061000% |
| Capital | 94.3061000% | 94.3061000% |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 489,653,574. |
| Recourse | $ 0. |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -132,719,769. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -20,752,447. |
| Withdrawals & distributions | $( 29,236,784.) |
| Ending capital account | $ -182,709,000. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| | |
|---|---|
| 12 Section 179 deduction | |
| 13 Other deductions | |
| G | 52,427,512. |
| V* | STMT |
| 14 Self-employment earnings (loss) | |
| A | 0. |

*See attached statement for additional information.

For IRS Use Only

JWA   For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

24

1

HERITAGE LAND COMPANIES                                    20-3612918

---

SCHEDULE K-1              OTHER DEDUCTIONS, BOX 13, CODE V

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| PROPERTY TAXES | 460,439. | |
| BANK FEES | 946. | |
| ACCOUNTING | 32,757. | |
| LICENSES AND TAXES | 95,689. | |
| LEGAL | 19,928. | |
| CONSULTING | 36,373. | |

---

SCHEDULE K-1              OTHER ALTERNATIVE MINIMUM TAX (AMT)
                         ITEMS, BOX 17, CODE F

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| ADJUSTED CURRENT EARNINGS | 347,760. | SEE FORM 4626 ACE WORKSHEET INSTRUCTIONS |

---

SCHEDULE K-1              TAX EXEMPT INTEREST, BOX 18, CODE A

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| MERRILL LYNCH | 317,937. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| MERRILL LYNCH | 23,082. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| MERRILL LYNCH | 6,741. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |

---

SCHEDULE K-1              OTHER INFORMATION, BOX 20, CODE W

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| UNRECAP. SEC. 1250 GAIN INCLUDED IN LINE 9C FROM DIVIDENDS | 735. | LINE 11 OF WORKSHEET FOR SCH D, LINE 19 |

25                              PARTNER NUMBER 1

HERITAGE LAND COMPANIES                                    20-3612918

SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| INTEREST INCOME | 24,282,350. | |
| DIVIDEND INCOME | 4,098,473. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 4,696. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 691,234. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 29,076,753. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -52,427,512. | |
| OTHER DEDUCTIONS | -646,132. | |
| FOREIGN TAXES | -9,524. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -53,083,168. |
| TAX-EXEMPT INTEREST INCOME | 347,760. | |
| HEDGING TRANSACTIONS | 2,925,069. | |
| OTHER BOOK / TAX EXPENSE DIFFERENCES | -18,861. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | 3,253,968. |
| TOTAL TO SCHEDULE K-1, ITEM N | | -20,752,447. |

2

651106

| Schedule K-1 (Form 1065) | **2006** | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate Instructions.

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | B | 1,776,558. |
| | | C | 2,875. |
| 4 Guaranteed payments | | L | 575. |
| 5 Interest income | 1,466,090. | | |
| 6a Ordinary dividends | 247,453. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | 185,127. | F* | 20,997. |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | 284. | A* | STMT |
| 9a Net long-term capital gain (loss) | 41,735. | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | 44. | A | 1,765,121. |
| 10 Net section 1231 gain (loss) | | 20 Other information | |
| 11 Other income (loss) | | A | 1,713,543. |
| | | W* | 44. |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| G | 3,165,405. | | |
| V* | STMT | | |
| 14 Self-employment earnings (loss) | | | |
| A | 0. | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
20-3612918

**B** Partnership's name, address, city, state, and ZIP code

HERITAGE LAND COMPANIES
4730 S. FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

### Part II   Information About the Partner

**G** Partner's identifying number
83-0381496

**H** Partner's name, address, city, state, and ZIP code

RHODES RANCH, LLC
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner? PARTNERSHIP

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.6939000% | 5.6939000% |
| Loss | 5.6939000% | 5.6939000% |
| Capital | 5.6939000% | 5.6939000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | 29,563,713. |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -8,013,448. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -1,252,965. |
| Withdrawals & distributions | $ | 1,765,121. |
| Ending capital account | $ | -11,031,534. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

*For IRS Use Only*

Sim's share =
.551179

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

2

HERITAGE LAND COMPANIES                                        20-3612918

| SCHEDULE K-1 | OTHER DEDUCTIONS, BOX 13, CODE V |
| --- | --- |

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| --- | --- | --- |
| PROPERTY TAXES | 27,800. | |
| BANK FEES | 57. | |
| ACCOUNTING | 1,978. | |
| LICENSES AND TAXES | 5,777. | |
| LEGAL | 1,203. | |
| CONSULTING | 2,196. | |

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F |
| --- | --- |

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| --- | --- | --- |
| ADJUSTED CURRENT EARNINGS | 20,997. | SEE FORM 4626 ACE WORKSHEET INSTRUCTIONS |

| SCHEDULE K-1 | TAX EXEMPT INTEREST, BOX 18, CODE A |
| --- | --- |

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| --- | --- | --- |
| MERRILL LYNCH | 19,196. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| MERRILL LYNCH | 1,394. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| MERRILL LYNCH | 407. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |

| SCHEDULE K-1 | OTHER INFORMATION, BOX 20, CODE W |
| --- | --- |

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| --- | --- | --- |
| UNRECAP. SEC. 1250 GAIN INCLUDED IN LINE 9C FROM DIVIDENDS | 44. | LINE 11 OF WORKSHEET FOR SCH D, LINE 19 |

HERITAGE LAND COMPANIES                                    20-3612918

---

SCHEDULE K-1            CURRENT YEAR INCREASES (DECREASES)

---

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| INTEREST INCOME | 1,466,090. | |
| DIVIDEND INCOME | 247,453. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 284. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 41,735. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 1,755,562. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -3,165,405. | |
| OTHER DEDUCTIONS | -39,011. | |
| FOREIGN TAXES | -575. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -3,204,991. |
| TAX-EXEMPT INTEREST INCOME | 20,997. | |
| HEDGING TRANSACTIONS | 176,606. | |
| OTHER BOOK / TAX EXPENSE DIFFERENCES | -1,139. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | 196,464. |
| TOTAL TO SCHEDULE K-1, ITEM N | | -1,252,965. |

2

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| HERITAGE LAND COMPANIES | 20-3612918 |

| | | |
|---|---|---|
| a | Name of foreign country or U.S. possession | |
| b | Total gross income sourced at shareholder/partner level | 2,875. |
| c | Total gross income sourced at corporate/partnership level: | |
| | (1) General limitation income | |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| d | Deductions allocated and apportioned at shareholder/partner level: | |
| | (1) Interest expense | |
| | (2) Other | |
| e | Deductions allocated and apportioned at corporate/partnership level: | |
| | (1) General limitation income | |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| f | Total foreign taxes - [ X ] Paid [ ] Accrued | 575. |
| g | Reduction in taxes available for credit | |

830451
05-01-08

2

2

## Worksheet for Adjusted Current Earnings Adjustments
## for Corporate and Partnership Partners

| | | | Employer identification number |
|---|---|---|---|
| Name of partnership | | | |
| | | | |
| **1. Additions to AMTI:** | | | |
| a. Depreciation recomputed for AMT purposes | | | |
| b. Tax-exempt interest income | | 20,997. | |
| c. Amortization of organizational expenditures | | | |
| d. Depletion for post-1989 properties | | | |
| e. Intangible drilling costs deducted from AMTI | | | |
| f. Total additions to AMTI | | | 20,997. |
| **2. Deductions:** | | | |
| a. Depreciation recomputed for ACE purposes | | | |
| b. Depletion recomputed for ACE purposes | | | |
| c. ACE intangible drilling costs | | | |
| d. Total deductions | | | |
| **3. Other adjustments:** | | | |
| a. Basis adjustments from sales or exchanges | | | |
| b. Other adjustments | | | |
| c. Total other adjustments | | | |
| **4. Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c** | | | 20,997. |

812181
05-01-06

31.1

Form 1065 (2006)    **RHODES RANCH GENERAL PARTNERSHIP**      88-0391760   Page **3**

| Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 22) | | 1 | 59,633,814. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a Other gross rental income (loss) | 3a | | |
| | b Expenses from other rental activities (attach statement) | 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 Guaranteed payments | | 4 | |
| | 5 Interest income      SEE STATEMENT 4 | | 5 | 978,849. |
| | 6 Dividends: a Ordinary dividends | | 6a | |
| | b Qualified dividends | 6b | | |
| | 7 Royalties | | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b Collectibles (28%) gain (loss) | 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | | 11 | |
| Deductions | 12 Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a Contributions | | 13a | |
| | b Investment interest expense | | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶    (2) Amount ▶ | | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | | 13d | |
| Self-Employment | 14a Net earnings (loss) from self-employment | | 14a | 3,361,558. |
| | b Gross farming or fishing income | | 14b | |
| | c Gross nonfarm income | | 14c | 3,444,182. |
| Credits | 15a Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b Low-income housing credit (other) | | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | 15c | |
| | d Other rental real estate credits (see instructions)   Type ▶ | | 15d | |
| | e Other rental credits (see instructions)   Type ▶ | | 15e | |
| | f Other credits (see instructions)   Type ▶ | | 15f | |
| Foreign Transactions | 16a Name of country or U.S. possession ▶ | | | |
| | b Gross income from all sources | | 16b | |
| | c Gross income sourced at partner level | | 16c | |
| | Foreign gross income sourced at partnership level | | | |
| | d Passive ▶   e Listed categories (attach stmt.) ▶   f General limitation ▶ | | 16f | |
| | Deductions allocated and apportioned at partner level | | | |
| | g Interest expense ▶   h Other ▶ | | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i Passive ▶   j Listed categories (attach stmt.) ▶   k General limitation ▶ | | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | | 16l | |
| | m Reduction in taxes available for credit (attach statement) | | 16m | |
| | n Other foreign tax information (attach statement) | | | |
| Alternative Minimum Tax (AMT) Items | 17a Post-1986 depreciation adjustment | | 17a | 163,089. |
| | b Adjusted gain or loss | | 17b | |
| | c Depletion (other than oil and gas) | | 17c | |
| | d Oil, gas, and geothermal properties - gross income | | 17d | |
| | e Oil, gas, and geothermal properties - deductions | | 17e | |
| | f Other AMT items (attach statement) | | 17f | |
| Other Information | 18a Tax-exempt interest income | | 18a | |
| | b Other tax-exempt income | | 18b | |
| | c Nondeductible expenses | | 18c | |
| | 19a Distributions of cash and marketable securities | | 19a | |
| | b Distributions of other property | | 19b | |
| | 20a Investment income | | 20a | 978,849. |
| | b Investment expenses | | 20b | |
| | c Other items and amounts (attach statement)    STMT 5 | | | |

JWA
611021
12-78-06

3

Form **1065** (2006)

4

651106

Schedule K-1
(Form 1065)

# 2006

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

► **See separate instructions.**

OMB No. 1545-0099

☐ Final K-1    ☐ Amended K-1

## Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **15** Credits | |
| 56,272,256. | | |
| **2** Net rental real estate income (loss) | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| 923,671. | | |
| **6a** Ordinary dividends | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | A    153,896. | |
| **7** Royalties | **18** Tax-exempt income and | |
| **8** Net short-term capital gain (loss) | nondeductible expenses | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | |
| **10** Net section 1231 gain (loss) | **20** Other information | |
| | A    923,671. | |
| **11** Other income (loss) | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
88-0391760

**B** Partnership's name, address, city, state, and ZIP code

RHODES RANCH GENERAL PARTNERSHIP
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any

**F** ☐ Check if Form 8271 is attached

## Part II  Information About the Partner

**G** Partner's identifying number
88-0388637

**H** Partner's name, address, city, state, and ZIP code

SAGEBRUSH ENTERPRISES, INC.
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**I** ☒ General partner or LLC      ☐ Limited partner or other LLC
member-manager            member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?  CORPORATION

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 94.363% | 94.3630000% |
| Loss | 94.363% | 94.3630000% |
| Capital | 94.363% | 94.3630000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 6,486,883. |

| | | |
|---|---|---|
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| S*    STMT | | |
| **14** Self-employment earnings (loss) | | |

*See attached statement for additional information.

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 61,196,381. |
| Capital contributed during the year | $ | 11,897. |
| Current year increase (decrease) | $ | 56,974,014. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 118,182,292. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

011261
01-02-07

37

4

RHODES RANCH GENERAL PARTNERSHIP                                    88-0391760

SCHEDULE K-1        DOMESTIC PRODUCTION ACTIVITY INFORMATION
                          INFORMATION, BOX 13, CODE S

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| DPAD NET INCOME | 23,757,718. | |
| DPAD GROSS WAGES | 1,329,503. | |

SCHEDULE K-1            CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 56,272,256. | |
| INTEREST INCOME | 923,671. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 57,195,927. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -153,865. | |
| GOLF COURSE OPERATING EXPENSES | -786. | |
| LITIGATION SETTLEMENT | -67,262. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -221,913. |
| TOTAL TO SCHEDULE K-1, ITEM N | | 56,974,014. |

SCHEDULE K-1                    FOOTNOTES

SECTION 743(B) ADJUSTMENT TO ORDINARY INCOME            -13,168,117.

651106

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax

year beginning _____

ending _____

**2006**

**Partner's Share of Income, Deductions,**
**Credits, etc.**

► **See separate instructions.**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III   Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 15 Credits |
|---|---|
| 3,361,558. | |
| 2 Net rental real estate income (loss) | |
| | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 55,178. | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| | A       9,193. |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| | A       55,178. |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| S*          STMT | |
| 14 Self-employment earnings (loss) | |
| A       3,361,558. | |
| C       3,444,182. | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
88-0391760

**B** Partnership's name, address, city, state, and ZIP code

RHODES RANCH GENERAL PARTNERSHIP
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number
83-0381496

**H** Partner's name, address, city, state, and ZIP code

RHODES RANCH LLC
4730 SOUTH FORT APACHE, SUITE 300
LAS VEGAS, NV 89147

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  PARTNERSHIP

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.637% | 5.6370000% |
| Loss | 5.637% | 5.6370000% |
| Capital | 5.637% | 5.6370000% |

**M** Partner's share of liabilities at year end:

| Nonrecourse | $ _____ |
|---|---|
| Qualified nonrecourse financing | $ _____ |
| Recourse | $      387,510. |

**N** Partner's capital account analysis:

| Beginning capital account | $   3,443,897. |
|---|---|
| Capital contributed during the year | $          711. |
| Current year increase (decrease) | $   3,403,480. |
| Withdrawals & distributions | $ (            ) |
| Ending capital account | $   6,848,088. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

Jims share equals
.551179

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

39

5

RHODES RANCH GENERAL PARTNERSHIP                                    88-0391760

---

SCHEDULE K-1          DOMESTIC PRODUCTION ACTIVITY INFORMATION
                      INFORMATION, BOX 13, CODE S

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| DPAD NET INCOME | 1,419,224. | |
| DPAD GROSS WAGES | 79,421. | |

---

SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 3,361,558. | |
| INTEREST INCOME | 55,178. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 3,416,736. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -9,191. | |
| GOLF COURSE OPERATING EXPENSES | -47. | |
| LITIGATION SETTLEMENT | -4,018. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -13,256. |
| TOTAL TO SCHEDULE K-1, ITEM N | | 3,403,480. |

40                      PARTNER NUMBER 5

2

651106

Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

Partner's Share of Income, Deductions,
Credits, etc.

▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 15 Credits | |
| 1,852,820. | | |
| 2 Net rental real estate income (loss) | 16 Foreign transactions | |
| 1,779. | A VARIOUS | |
| 3 Other net rental income (loss) | B | 2,919,345. |
| | C | 1,585. |
| 4 Guaranteed payments | L | 317. |
| 5 Interest income | | |
| 839,108. | | |
| 6a Ordinary dividends | 17 Alternative min tax (AMT) items | |
| 136,391. | A | 5,067. |
| 6b Qualified dividends | | |
| 102,038. | 18 Tax-exempt income and nondeductible expenses | |
| 7 Royalties | A* | 11,573. |
| 8 Net short-term capital gain (loss) | | |
| 157. | | |
| 9a Net long-term capital gain (loss) | 19 Distributions | |
| 77,517. | A | 4,569,786. |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured sec 1250 gain | 20 Other information | |
| 24. | A | 975,500. |
| 10 Net section 1231 gain (loss) | W* | 24. |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| G 1,779,119. | | |
| S* STMT | | |
| V* STMT | | |
| 14 Self-employment earnings (loss) | | |
| | *See attached statement for additional information. | |

**Part I   Information About the Partnership**

**A**  Partnership's employer identification number
83-0381496

**B**  Partnership's name, address, city, state, and ZIP code

RHODES RANCH LLC
4730 SOUTH FORT APACHE
LAS VEGAS, NV  89147

**C**  IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G**  Partner's identifying number
88-0388637

**H**  Partner's name, address, city, state, and ZIP code

SAGEBRUSH ENTERPRISES INC
4730 SOUTH FORT APACEH, SUITE 300
LAS VEGAS, NV 89147

**I** ☐ General partner or LLC          ☒ Limited partner or other LLC
member-manager                           member

**J** ☒ Domestic partner          ☐ Foreign partner

**K**  What type of entity is this partner?  CORPORATION

**L**  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 55.1179000% | 55.1179000% |
| Loss | 55.1179000% | 55.1179000% |
| Capital | 55.1179000% | 55.1179000% |

**M**  Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 201,955. |
| Qualified nonrecourse financing | $ | 16,294,898. |
| Recourse | $ | 0. |

**N**  Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 4,672,424. |
| Capital contributed during the year | $ | 661. |
| Current year increase (decrease) | $ | 1,186,231. |
| Withdrawals & distributions | $( | 4,569,786.) |
| Ending capital account | $ | 1,289,530. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book

☐ Other (explain)

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

32

2

RHODES RANCH LLC                                                    83-0381496

---

**SCHEDULE K-1**          **DOMESTIC PRODUCTION ACTIVITY INFORMATION**
                          **INFORMATION, BOX 13, CODE S**

---

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| DPAD NET INCOME | 782,246. | |
| DPAD GROSS WAGES | 43,775. | |

---

**SCHEDULE K-1**          **OTHER DEDUCTIONS, BOX 13, CODE V**

---

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| ACCOUNTING - HERITAGE | 2,995. | |
| PROPERTY TAXES - TAPE MEASURE | 2,818. | |
| LICENSES - TAPE MEASURE | 6. | |
| PROPERTY TAXES - TOCK LP | 5,722. | |
| PROPERTY TAXES - HERITAGE | 15,323. | |
| LICENSES - HERITAGE | 3,184. | |
| ACCOUNTING AND CONSULTING - TAPEMEASURE | 195. | |
| PROPERTY TAXES - GYPSUM | 11,400. | |
| ACCOUNTING FEES- GYPSUM | 84. | |

---

**SCHEDULE K-1**          **TAX EXEMPT INTEREST, BOX 18, CODE A**

---

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| TAX-EXEMPT INTEREST - PASSTHROUGH | 11,573. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |

---

**SCHEDULE K-1**          **OTHER INFORMATION, BOX 20, CODE W**

---

| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
|---|---|---|
| SPECIAL BASIS ADJUSTMENTS - PASSTHROUGH | 24. | SEE PARTNER INSTRUCTIONS FOR K-1 |

33                          PARTNER NUMBER 2

RHODES RANCH LLC                                          83-0381496

===========================================================================

SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

---------------------------------------------------------------------------

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| ORDINARY INCOME (LOSS) | 1,852,820. | |
| RENTAL REAL ESTATE INCOME (LOSS) | 1,779. | |
| INTEREST INCOME | 839,108. | |
| DIVIDEND INCOME | 136,391. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 157. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 77,517. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 2,907,772. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -1,779,119. | |
| OTHER DEDUCTIONS | -41,727. | |
| FOREIGN TAXES | -317. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -1,821,163. |
| TAX-EXEMPT INTEREST INCOME | 11,573. | |
| HEDGING TRANSACTIONS | 96,714. | |
| OTHER BOOK / TAX EXPENSE DIFFERENCES | -8,665. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | 99,622. |
| TOTAL TO SCHEDULE K-1, ITEM N | | 1,186,231. |

34                          PARTNER NUMBER 2

2

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| RHODES RANCH LLC | 83-0381496 |

| | | |
|---|---|---|
| **a** | Name of foreign country or U.S. possession ............................ VARIOUS | |
| **b** | Total gross income sourced at shareholder/partner level | 1,585. |
| **c** | Total gross income sourced at corporate/partnership level: | |
| | (1) General limitation income | |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| **d** | Deductions allocated and apportioned at shareholder/partner level: | |
| | (1) Interest expense | |
| | (2) Other | |
| **e** | Deductions allocated and apportioned at corporate/partnership level: | |
| | (1) General limitation income | |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| **f** | Total foreign taxes - [X] Paid  [ ] Accrued | 317. |
| **g** | Reduction in taxes available for credit | |