# EXHIBIT E

# EXHIBIT E

AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | Case No. 09-14814-LBR<br>(Jointly Administered) |
| THE RHODES<br>COMPANIES, LLC,<br>aka "Rhodes Homes," *et al.*, | § § § § § | Chapter 11 |
| Reorganized Debtors.[1] | § § § § | Hearing Date: OST<br>Hearing Time: OST<br>Courtroom 1 |
| Affects:<br>☒ All Debtors<br>☐ Affects the following<br>   Debtor(s) | § § § § § § | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

**ORDER SUSTAINING REORGANIZED DEBTORS'
OBJECTION TO JAMES RHODES' PROOF OF CLAIM NO. 814-33 AND
NOTICE OF AMENDMENT OF SCHEDULES OF ASSETS AND LIABILITIES**

Upon consideration of the *Reorganized Debtors' Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* (the "Objection") filed by the Reorganized Debtors[2] requesting that the Court enter an order disallowing and expunging the Claims in full; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the Proof of Claim attached as Exhibit A to the Objection and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Objection establish just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1.  The Claims in the total amount of $10,598,000 are hereby disallowed and expunged from the Debtors' claims register; and

2.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

1  APPROVED AS TO FORM AND CONTENT:

2  DATED this ___ day of _____ 2010.

3  By: _____
4  August Landis
   Office of the United States Trustee
5  300 Las Vegas Blvd. S., Ste. 4300
   Las Vegas, NV  89101
6

7  Submitted by:

8  DATED this ___ day of _____ 2010

9
   Nile Leatham (NV Bar No. 002838)
10 KOLESAR & LEATHAM
   Wells Fargo Financial Center
11 3320 W. Sahara Ave.
   Las Vegas, NV 89102
12 (702) 979-2357 (Telephone)
13 (702) 362-9472 (Facsimile)
   Nleatham@klnevada.com
14

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York  10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

3