NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
            ncox@klnevada.com

*Counsel for **Reorganized Debtors***

PHILIP C. DUBLIN (NY Bar No, 2959344)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
            mlahaie@akingump.com

*Counsel for **Reorganized Debtors***

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | (Jointly Administered) |
| Reorganized Debtors. | Chapter 11 |
| | **Hearing Date:  June 21, 2010 (Requested)**<br>**Hearing Time:  9:30 A.M.** |

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Affects: )                          **ORDER SHORTENING TIME TO**
                                    **HEAR REORGANIZED DEBTORS'**
☒    All Debtors )                  **OBJECTION TO JAMES RHODES'**
☐    The Following Debtor(s): )     **PROOF OF CLAIM NO. 814-33 AND**
                                    **NOTICE OF AMENDMENT OF**
                                    **SCHEDULES OF ASSETS AND**
                                    **LIABILITIES**

TO:    ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that upon the "*Ex-Parte Motion for an Order Shortening Time re: Reorganized Debtors' Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities*" (the "Objection"), filed by Reorganized Debtors, by and their counsel, Nile Leatham, Esq., and Natalie M. Cox, Esq., of Kolesar & Leatham, Chtd., and Philip C. Dublin, Esq., and Meredith A. Lahaie, Esq., of Akin Gump Strauss Hauer & Feld LLP, and with good cause appearing therefore, the Court finds that Reorganized Debtors have demonstrated just cause to shorten notice, and

IT IS HEREBY ORDERED that the hearing date on the Objection shall be shortened. Said hearing shall be held on the 21st day of June, 2010, at the hour of 9:30 A.M. The Objection will be heard before a United States Bankruptcy Judge, United States Bankruptcy Court, Lloyd D. George Federal Building, 333 Las Vegas Boulevard So., Courtroom #1, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any opposition or other responsive pleading may be filed on or before June _____, 2010, at _____ p.m. (Pacific Time).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

744949 (7540-1)

- 2 -

For a copy of the filed motion, you may contact the Movants' attorneys, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Prepared and submitted by:

By: _____

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         ncox@klnevada.com
    and
PHILIP C. DUBLIN (NY Bar No, 2959344)
MEREDITH A. LAHAIE (NY BAR No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:  pdublin@akingump.com
         mlahaie@akingump.com

*Counsel for Reorganized Debtors*

# # #

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472