DAMON K. DIAS, ESQ.                                              E-filed: June 3, 2010
Nevada Bar No. 8999
E-mail: ddias@diaslawgroup.com
DIAS LAW GROUP, LTD.
601 S. 6TH Street
Las Vegas, Nevada 89101
Telephone: (702)380-3011
Facsimile: (702)366-1592
Attorney for Creditors, X-It at 215, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:   RHODES DESIGN AND | CASE NO.:  BK-S 09-14814-lbr |
| | ADV. NO.:  BK-S 09-14846-lbr |
| DEVELOPMENT CORPORATION, a | CHAPTER 11 |
| Nevada Corporation. | |
| Debtor | DATE: June 21, 2010 |
| | TIME:  9:30 a.m. |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO: ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned will bring the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, before the above-entitled Court on the 21st day of June, 2010, at the hour of 9:30 a.m. in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, NV 89101, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced MOTION is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fourteen (14) days after the motion is served except as provided by LR 3007(b) and LR 9006.  If the hearing has been set on less than fourteen (14) days' notice, the opposition must be filed no later than five (5) business days prior to the hearing, unless the court orders otherwise.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by

affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if of do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that hearing on said Motion will be held before a United States Bankruptcy Court Judge, at the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada on June 21st, 2010, at the hour of 9:30 a.m. **NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

DATED: June 3, 2010.

                              **DIAS LAW GROUP, LTD.**

                              /s/   Damon K. Dias
                              Damon K. Dias, Esq.
                              Nevada Bar No. 8999
                              601 S. 6th Street
                              Las Vegas, Nevada 89101
                              Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26 day of April, 2010, I did serve a true and correct copy of the Motion for Relief from Automatic Stay by electronic means to:

–the parties registered to receive electronic notice in this matter with the court, and

--by depositing the same in the United States Mail, first class postage prepaid to the parties listed on the official mailing matrix in this matter, see attached list.  The Debtor has acknowledged receipt, and the parties intend to file a stipulation allowing the Debtor to reply to the Motion for relief until June 11, 2010.

I further certify that the above referenced Notice of Hearing was served by electronic means to:

–the parties registered to receive electronic notice in this matter with the court, and

--by depositing the same in the United States Mail, first class postage prepaid to the parties listed on the official mailing matrix in this matter, see attached list.

DATED: June 3, 2010

                                              /s/ Jissela J. Sandoval
                                             An employee of Dias Law Group, Ltd.

Z:\Client Matters\BK CREDITORS\Riedy, Terry -- Rhodes Homes 2050-2\NOH and COS for MOTION FOR RELIEF.wpd

Sunstate Companies, Inc.
4435 East Colton Ave. Ste. 101
Las Vegas, NV 89115

G C Wallace
6655 S. Cimarron Rd.
Las Vegas, NV 89113

Aspen Concrete Inc.
4177 E. Huntington Dr.
Flagstaff, AZ 86004

American Soils Engineering LLC
6000 S. Eastern Ave. Ste. 6B
Las Vegas, NV 89119

Triton Grading & Paving LLC
4220 Arcata Way
Bldg B, Suite 1
Bulhead City, AZ 86439

Cabinetec, Inc.
2711 E. Craig Rd. Ste. A & B
N. Las Vegas, NV 89030

K.H. Landscaping, Inc.
2595 S. Cimarron Rd., Ste. 206
Las Vegas, NV 89117-7613

Envision Concrete
5655 Reference Street
Las Vegas, NV 89122

N.J. Shaum & Son Inc.
P.O. Box 819
Flagstaff, AZ 86002

M S Concrete, Inc.
3840 North Commerce
Las Vegas, NV 89032

Bair's Carpet Valley- C
7465 W. Sunset Rd., Ste. 1200
Las Vegas, NV 89113

American Asphalt & Grading Co.
3624 Goldfield Street
N. Las Vegas, NV 89032

Evans Recreation Installations
P.O. Box 42607

1. Las Vegas, NV 89116-1607

2.

3. Integrity Masonry, Inc.
4. 5330 W. Quail Avenue
   Las Vegas, NV 89118

5. J&J Enterprises, Inc.
6. 5920 W. Cougar Ave
   Las Vegas, NV 89139

7. Western Landscape Construction
8. 4670 S. Polaris Ave
   Las Vegas, NV 89103

9. WestCor Construction
10. 5620 Stephanie Street
    Las Vegas, NV 89113

11. Interstate Plumbing & A/C
12. 7201 West Post Road
    Las Vegas, NV 89113

13. Slater Hanifan Group
14. 5740 South Arville, #216
    Las Vegas, NV 89118

15. TSS Enterprises, Inc.
16. 2827 East Illini Street
    Phoenix, AZ 85040

17. Westar Kitchens & Bath
18. 9025 South Kyrene Rd
    Tempe, AZ 85284

19. Iovino Masonry Inc.
20. 9260 El Camino Road
    Las Vegas, NB 89139

21. The Masonry Group Nevada, Inc.
22. 4685 Berg Street
    N. Las Vegas, NV 89081

23. Northland Exploration Surveys
24. 528 W. Aspen Ave
    Flagstaff, AZ 86001-5308

25.

26.

27.

28.