

# OMNI
MANAGEMENT GROUP

RECEIVED & FILED

'10 JUN -3 P1 :36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

June 1, 2010

U.S. Bankruptcy Court
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**Re: The Rhodes Companies, LLC (09-14814) & Apache Framing, LLC (09-14818)**

Dear Clerk of the Court,

Please have the enclosed document received by Omni Management Group filed on the "Court Docket" for both The Rhodes Companies, LLC (09-14814) & Apache Framing, LLC (09-14818). Omni Management Group, LLC ("Claims Agent") has kept a copy of this document for our records.

Sincerely,

Scott M. Ewing
Claims Manager

1120 AVENUE OF THE AMERICAS, 4TH FLOOR, NEW YORK, NEW YORK 10036    212.302.3580 TEL    212.302.3820 FAX
16501 VENTURA BOULEVARD, SUITE 440, ENCINO, CALIFORNIA 91436-2068    818.906.8300 TEL    818.783.2737 FAX
WWW.OMNIMGT.COM

**Kate Marshall**
*State Treasurer*



Steve George
*Chief of Staff*

Mark Winebarger
*Chief Deputy Treasurer*

STATE OF NEVADA
OFFICE OF THE STATE TREASURER
**UNCLAIMED PROPERTY**

May 25, 2010

Omni Management Group
Claims Agent for the Rhodes Companies, LLC
16161 Ventura Blvd., Suite C PMB #477
Encino, CA 91436

RE: Apache Framing, LLC

To Whom It May Concern:

     Based upon representation of Rhodes Companies, LLC that there is no unclaimed property owed to the State of Nevada for Apache Framing, LLC, Nevada is rescinding its claim. If you have any questions I can be reached at 702-486-3907 or mcmcelhone@nevadatreasurer.gov.

Respectfully,

Mary McElhone
Deputy Treasurer Unclaimed Property

Unclaimed Property Division
555 E. Washington Ave Suite 4200
Las Vegas, Nevada 89101-1075

800) 521-0019 Toll Free
(702) 486-4140 Telephone
(702) 486-4177 Fax

Internet: StakeYourClaim-NV.gov

E-mail: StateTreasurer@NevadaTreasurer.gov

Omni Management Group
Claims Agent For The Rhodes Companies, LLC
16161 Ventura Blvd., Suite C, PMB # 477 - Encino, CA 91436
Telephone (818) 906-8300 - Facsimile (818) 783-2737

# Acknowledgement of Receipt of Proof of Claim

NEVADA UNCLAIMED PROPERTY
ATTN: MARY MCELHONE
NEVADA STATE TREASURER.
UNCLAIMED PROPERTY DIVISION
555 E. WASHINGTON AVE. # 4200
LAS VEGAS, NV 89101

We have received your proof of claim for the case(s) referenced below.

**Debtor Name(s) / Case No(s):** Apache Framing, LLC (09-14818)
**Date Claim Filed:** Wednesday, June 03, 2009
**Assigned Claim No:** 4
**Creditor ID No:**
**Total Amount Claimed:**

STATE OF NEVADA

JUN 08

UNCLAIMED PROPERTY

| Class | Amount Claimed | Comments |
|---|---|---|
| UNS | Not Specified | Filed as Undetermined |

**Total:**

For additional information regarding the above referenced bankruptcy cases,
please visit our website at http://www.omnimgt.com.