# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL PROOF OF CLAIM NO. 62

SOUTHWEST IRON WORKS, LLC, hereby withdraws its proof of claim, designated as Claim No. 62 filed in the above-captioned case, in the amount of $219,963.52.

Dated: May 28, 2010

By: Brian K. Berman, Esq. (signature) (print name)
Its: Attorney and Authorized Agent (title)