# EXHIBIT A

part 2

# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100300R

**SUBJECT**

| | |
|---|---|
| Property Address: Dora Road | City: Golden Valley    State: AZ    Zip Code: 86413 |
| County: Mohave | Legal Description: A POR OF THE NW4 SE4 SHOWN AS PARCEL 4 PER PP 10/82 10/16/95 FN |

95-53741 CONT 8.00 AC ML 306-63-003(306-63-009,010,011, 012 & 013)

| Assessor's Parcel #: 306-63-012 | Tax Year: 2009 | R.E. Taxes: $ 1,891.20 | Special Assessments: $ None Known |
|---|---|---|---|
| Market Area Name: Metes & Bounds | Map Reference: 306-63-012 | Census Tract: 9506.00 | |

Current Owner of Record: Rhodes Homes Arizona LLC                     Borrower (if applicable):    N/A

Project Type (if applicable):  ☐ PUD  ☐ De Minimis PUD  ☐ Other (describe)                          HOA: $          ☐ per year  ☐ per month

Are there any existing improvements to the property?  ☒ No  ☐ Yes  If Yes, indicate current occupancy:  ☐ Owner  ☐ Tenant  ☒ Vacant  ☐ Not habitable

If Yes, give a brief description:    N/A

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of:  ☒ Market Value (as defined), or  ☐ other type of value (describe)

This report reflects the following value (if not Current, see attached):  ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use:  Estimate Market Value for Property distribution.

Intended User(s) (by name or type):  Winchester Carlisle/Dino Longi

Client:    Winchester Carlisle          Address:   4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947

Appraiser:   J.A. Woods          Address:   1880 Lucille Avenue, Suite #1, Kingman, AZ 86401

**MARKET AREA DESCRIPTION**

| Characteristics | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | ☒ Owner 95 | PRICE $(000) | AGE (yrs) | One-Unit | 98 % | ☒ Not Likely |
| Built up: ☐ Over 75% ☐ 25-75% ☒ Under 25% | ☐ Tenant 5 | 50 Low | New | 2-4 Unit | % | ☐ Likely *  ☐ In Process * |
| Growth rate: ☐ Rapid ☐ Stable ☒ Slow | ☐ Vacant (0-5%) | 300+ High | 45 | Multi-Unit | % | * To: |
| Property values: ☐ Increasing ☒ Stable ☐ Declining | ☒ Vacant (0-5%) | 80 Pred | 5-10 | Comm'l | 2 % | |
| Demand/supply: ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (>5%) | | | | % | |
| Marketing time: ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos. | | | | | % | |

**Factors Affecting Marketability**

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | ☐ | ☐ | ☒ | ☐ | ☐ | Adequacy of Utilities | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Employment | ☐ | ☐ | ☒ | ☐ | ☐ | Property Compatibility | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Shopping | ☐ | ☐ | ☒ | ☐ | ☐ | Protection from Detrimental Conditions | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Schools | ☐ | ☐ | ☒ | ☐ | ☐ | Police and Fire Protection | ☐ | ☐ | ☒ | ☐ | ☐ |
| Adequacy of Public Transportation | ☐ | ☒ | ☐ | ☐ | ☐ | General Acceptance of Properties | ☐ | ☐ | ☒ | ☐ | ☐ |
| Recreational Facilities | ☐ | ☒ | ☐ | ☐ | ☐ | Appeal to Market | ☐ | ☐ | ☒ | ☐ | ☐ |

Market Area Comments:    The subject is located in the southern portion of Golden Valley, which is located between Kingman, AZ and Bullhead City, AZ.  Nearly all of Golden Valley is composed of acre plus sites with manufactured housing the predominant improvement.  There is some commercial enterprise bordering Highway 68 as well as an elementary school.  Most residents are employed in either Kingman or Bullhead City/Laughlin, NV.  Electric service is available except to the most outlying areas.  Commercial water service is available to the core area but outlying areas must either haul domestic water or drill a private well.  Waste disposal is by septic system.  There is a wide range of values as noted above which appears to be well tolerated in this market area, with minimal external obsolescence incurred.  The main access roads are paved but many/most other roads are improved dirt/gravel which may become impassable after heavy rains in the outlying areas.

**SITE DESCRIPTION**

| Dimensions:   See attached plat map | | Site Area:          8.00 Acres |
|---|---|---|

Zoning Classification:    AR-6A          Description:   Agricultural Residential/6 Acre Minimum Size

Do present improvements comply with existing zoning requirements?  ☒ Yes  ☐ No  ☐ No Improvements

Uses allowed under current zoning:    AR zoning permits the keeping of large animals such as cattle and horses for personal use - no commercial agricultural enterprise is allowed under that zoning.  The zoning also limits the number of dwellings on each parcel to one.

Are CC&Rs applicable?  ☐ Yes  ☒ No  ☐ Unknown   Have the documents been reviewed?  ☐ Yes  ☐ No   Ground Rent (if applicable) $       N/A/

Comments:  N/A

Highest & Best Use as improved:  ☒ Present use, or  ☐ Other use (explain)

Actual Use as of Effective Date:    Land Holding          Use as appraised in this report:   Land Holding

Summary of Highest & Best Use:    The highest and best use of the subject property as of the effective date is as a land holding; future highest and best use will be as developed residential when the area real estate market recovers and demand returns for home sites.  This statement is a hypothetical condition which would require rezoning and subdividing the subject into multiple parcels to maximize value.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | In Street | Street | Dora Drive | ☒ | ☐ | Frontage | 663 feet |
| Gas | ☐ | ☒ | Propane Available | Width | 20 feet | | | Topography | Level/Typical |
| Water | ☐ | ☒ | Water Haul or Well | Surface | Dirt | | | Size | Typical to Plat |
| Sanitary Sewer | ☐ | ☒ | Septic Required | Curb/Gutter | None | ☐ | ☐ | Shape | Rectangular |
| Storm Sewer | ☐ | ☐ | None | Sidewalk | None | ☐ | ☐ | Drainage | Appears Adequate |
| Telephone | ☐ | ☐ | None | Street Lights | None | ☐ | ☐ | View | Neighborhood/Desert |
| Multimedia | ☐ | ☐ | None | Alley | None | ☐ | ☐ | | |

Other site elements:  ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  X          FEMA Map # 04015C4537G          FEMA Map Date  11/18/2009

Site Comments:    The immediate subject area is in near proximity to the Rhodes Pravada Development.  The area was positively influenced when Pravada was announced resulting in a significant upsurge in site values, fueled in part by speculation that Pravada would have a strong influence on property values when completed.  When the real estate boom reversed and Pravada was abandoned, demand and prices for these adjacent properties fell to a fraction of what was seen at the peak of the market.  Prices continue to fall, although at a much slower pace.  It is probable that the value of these outlying parcels will lag somewhat behind a general recovery; although if Pravada were resuscitated, there could be good appreciation in the subject market area.  For the client, the subject property is in bankruptcy proceedings; this status incurs a stigma which has a depressing effect on the probable sales price.  Since it is unlikely that an arms length transaction could occur under these conditions, the hypothetical condition is assumed that the subject is marketable.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP LAND**

Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                          3/2007

# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100300R

| TRANSFER HISTORY | | |
|---|---|---|
| My research ☒ did    ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
| Data Source(s): Win2Data/County Records | | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   According to official records, there was a | |
| Date: 03/09/2006 | transfer of the subject March 2006 - no price was disclosed.  Prior to that transaction, the subject sold as part of a | |
| Price: $0 | multiple sale for $160,000 in February 2005.  There was a sale, Huffman to Rhodes Homes, on the same day for the | |
| Source(s): Doc#6147-863 | same sales price. | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address Dora Road | | Verde Road | | Unkar Drive | | Amado Road | |
| | Golden Valley, AZ 86413 | Golden Valley, AZ 86413 | | Golden Valley, AZ 86413 | | Golden Valley, AZ 86413 | |
| Proximity to Subject | | 2.27 miles NW | | 0.70 miles NE | | 0.76 miles NE | |
| Sale Price | $ N/A | $ 73,000 | | $ 24,000 | | $ 18,000 | |
| Price/ Acre | $ | $ 7,066.80 | | $ 2,371.54 | | $ 889.33 | |
| Data Source(s) | Inspection | MLS #826833 DOM: 780 | | MLS #836847 DOM: 42 | | MLS #836022 DOM: 396 | |
| Verification Source(s) | County Records | Doc #7509-971 | | Mohave County Records | | Doc #7639-355 | |
| VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing | N/A | Seller Financing | | Cash | | Cash | |
| Concessions | N/A | $17,000 Down | | None Known | | None Known | |
| Date of Sale/Time | N/A | 05/29/2009 -10% | -7,300 | 12/17/2009 -3% | -700 | 11/11/2009 -4% | -700 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Metes & Bounds | Metes & Bounds | | Sun West Acres | | Sun West Acres | |
| Site Area (in Acres) | 8.00 | 10.33 | -10,000 | 10.12 | -4,000 | 20.24 | -6,000 |
| Access | Fair | Superior | -5,000 | Similar | | Similar | |
| Utilities | Electric Available | Water/Power | -5,000 | Electric Available | | Electric Available | |
| Improvements | None | None | | None | | None | |
| Parcel Number | 306-63-012 | 306-24-090B | | 306-24-099B | | 306-24-099 | |
| Stigma | Bankruptcy | None | -7,300 | None | -2,400 | None | -1,800 |
| Net Adjustment (Total, in $) | | ☐ +  ☒ – $ -34,600 | | ☐ +  ☒ – $ -7,100 | | ☐ +  ☒ – $ -8,500 | |
| | | Net 47.4 % | | Net 29.6 % | | Net 47.2 % | |
| Adjusted Sale Price (in $) | | Gross 47.4 % $ 38,400 | | Gross 29.6 % $ 16,900 | | Gross 47.2 % $ 9,500 | |

Summary of Sales Comparison Approach    All sales have similar amenities except as noted (and adjusted for).  Sales #2 & #3, which are most proximate and similar are given most weight in the value consideration - estimate is rounded.  No more proximate and similar sales of larger parcels were located in search of county records, Wardex Regional MLS and Appraiser's files.  Sale #1 is less than ideal but is considered to be among the best available.  A primary criteria in the search for comparable sales is that sales proximity to Pravada (and the subject) which has a strong influence on value.  The stigma incurred by the bankruptcy will have a depressing effect on any probable price the subject might bring.  Since it is unlikely that an arm's length transaction could occur under this condition, the hypothetical condition is assumed that the subject is marketable.

Per the Wardex Regional MLS there are 4 active, >5 acre listings in near proximity to the subject.  The asking prices range from $3,202/acre (10.15 A, DOM: 216) to $17,236/acre (20.30 A, DOM: 387).  From this data, it appears that the listings are significantly overpriced.  Per MLS records, the number of sales of area vacant land is relatively stable but the price paid has declined approximately 9% in that time.  The sales price is hovering around 70% of the asking price.

| PUD | |
|---|---|
| PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development. | |
| Legal Name of Project:  N/A | |
| Describe common elements and recreational facilities:  N/A | |

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 13,000

Final Reconciliation    Sales comparison is the only applicable approach to value; cost and income approaches are not applicable.

This appraisal is made ☒ "as is", or    ☐ subject to the following conditions:    The purpose of this report is to estimate market value.  The intended user is Winchester Carlisle for property disposition.  The sales comparison approach is the only applicable approach to value.  This is a complete report transmitted in summary form.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 13,000 , as of: March 22, 2010 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACH.

A true and complete copy of this report contains    9    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report, which contains the following attached exhibits: ☒ Scope of Work
☒ Limiting cond./Certifications    ☐ Narrative Addendum    ☒ Location Map(s)    ☒ Flood Addendum    ☐ Additional Sales
☒ Photo Addenda    ☒ Parcel Map    ☒ Hypothetical Conditions    ☐ Extraordinary Assumptions

Client Contact:  Dino Longi    Client Name:  Winchester Carlisle
E-Mail:    Address:  4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| | Supervisory or |
| Appraiser Name:  J. L. Woods | Co-Appraiser Name: |
| Company:  Woods Appraisal Services, Inc. | Company: |
| Phone: (928) 753-2282    Fax: (928) 753-2420 | Phone:    Fax: |
| E-Mail: woods2@citlink.net | E-Mail: |
| Date of Report (Signature): 04/09/2010 | Date of Report (Signature): |
| License or Certification #: 20588    State: AZ | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:  2/28/2012 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Did Inspect    ☐ Did Not Inspect (Desktop) | Inspection of Subject:  ☐ Did Inspect    ☐ Did Not Inspect |
| Date of Inspection:    March 22, 2010 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

**GP LAND**

## Supplemental Addendum

File No. L100300R

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | |

**Additional Comments:**

**Drainage:** Elevation of the site above road grade promotes surface drainage which appeared acceptable at the time of inspection.  However, seasonal variations may occur and subsurface drainage conditions are unknown.

The subject site does not appear to be in a flood zone; flood maps often lack sufficient detail to enable accurate determination on the part of the appraiser.  Please note item 3 of the attached Statement of Limiting Conditions.

**Site:**  The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances.

**Hypothetical Condition:**  The subject is presently in bankruptcy proceedings, as such it is unlikely that an "arms length" transaction could take place.  For purposes of this assignment, it is assumed that the subject is marketable.

The appraiser preparing this report has not completed an appraisal for this property in the preceding three years.

| Signature | | Signature | |
|---|---|---|---|
| Name  J.A. Woods | | Name | |
| Date Signed  04/09/2010 | | Date Signed | |
| State Certification #  20598 | State AZ | State Certification # | State |
| Or State License # | State | Or State License # | State |

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  Dora Road, Golden Valley, AZ 86413

**APPRAISER:**

Signature: _____
Name:  J.A. Woods
Date Signed:  04/09/2010
State Certification #:  20598
or State License #: _____
State:  AZ
Expiration Date of Certification or License: 2/28/2012

**SUPERVISORY APPRAISER (only if required):**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____

☐ Did    ☐ Did Not Inspect Property

Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | |



### Looking North

| | |
|---|---|
| Dora Road | |
| Sales Price | N/A |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | Metes & Bounds |
| View | |
| Site | 8.00 |
| Quality | |
| Age | |



### Looking South



### Subject Street

# Plat Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | |



# Flood Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code 86413 |
| Lender | Rhodes Homes | | | | | |





Prepared for:
Woods Appraisal Services

APN# 306-63-009
Golden Valley, AZ 86413

ZONE A

ZONE X

ZONE X

**FLOODSCAPE**

Flood Hazards Map

**Map Number**
04015C4520G

**Effective Date**
November 18, 2009

Powered by FloodSource
877.77.FLOOD
www.floodsource.com

0'   600'   1200'   1800'   2400'

® 1999-2009 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

# Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | | |



# LAND APPRAISAL SUMMARY REPORT

File No.: **L100301R**

| | |
|---|---|
| Property Address: **Dora Road** | City: **Golden Valley** State: **AZ** Zip Code: **86413** |

**SUBJECT**

County: **Mohave**    Legal Description: **A POR OF THE NW4 SE4 SHOWN AS PARCEL 5 PER PP 10/82 10/16/95 FN 95-53741 CONT 8.00 AC ML 306-63-003(306-63-009,010,011, 012 & 013)**

Assessor's Parcel #: **306-63-013**    Tax Year: **2009**    R.E. Taxes: $ **1,830.20**    Special Assessments: $ **None Known**

Market Area Name:    Map Reference: **306-63-013**    Census Tract: **9506.00**

Current Owner of Record: **Rhodes Homes Arizona LLC**    Borrower (if applicable): **N/A**

Project Type (if applicable):  ☐ PUD  ☐ De Minimis PUD  ☐ Other (describe) **N/A**    HOA: $ **N/A**  ☐ per year  ☐ per month

Are there any existing improvements to the property?  ☐ No  ☐ Yes  If Yes, indicate current occupancy:  ☐ Owner  ☐ Tenant  ☒ Vacant  ☐ Not habitable

If Yes, give a brief description: _____

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of:  ☒ Market Value (as defined), or  ☐ other type of value (describe) _____

This report reflects the following value (if not Current, see comments):  ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: **Estimate Market Value for Property distribution.**

Intended User(s) (by name or type): **Winchester Carlisle/Dino Longi**

Client: **Winchester Carlisle**    Address: **4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947**

Appraiser: **J.A. Woods**    Address: **1880 Lucille Avenue, Suite #1, Kingman, AZ 86401**

**MARKET AREA DESCRIPTION**

### Characteristics

| | |
|---|---|
| Location: | ☐ Urban  ☒ Suburban  ☐ Rural |
| Built up: | ☒ Over 75%  ☐ 25-75%  ☐ Under 25% |
| Growth rate: | ☐ Rapid  ☐ Stable  ☒ Slow |
| Property values: | ☐ Increasing  ☐ Stable  ☒ Declining |
| Demand/supply: | ☐ Shortage  ☐ In Balance  ☒ Over Supply |
| Marketing time: | ☐ Under 3 Mos.  ☐ 3-6 Mos.  ☒ Over 6 Mos. |

### Predominant Occupancy

| | |
|---|---|
| ☒ Owner | 95 |
| ☐ Tenant | 5 |
| ☐ Vacant (0-5%) | |
| ☒ Vacant (>5%) | |

### One-Unit Housing

| | PRICE $(000) | AGE (yrs) |
|---|---|---|
| | 50 Low | New |
| | 300+ High | 45 |
| | 80 Pred | 5-10 |

### Present Land Use

| | |
|---|---|
| One-Unit | 98 % |
| 2-4 Unit | % |
| Multi-Unit | % |
| Comm'l | 2 % |
| | % |
| | % |

### Change in Land Use

| | |
|---|---|
| ☒ Not Likely | |
| ☐ Likely *  ☐ In Process * | |
| * To: | |

### Factors Affecting Marketability

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | | ☒ | | | | Adequacy of Utilities | | ☒ | | | |
| Convenience to Employment | | | ☒ | | | Property Compatibility | | ☒ | | | |
| Convenience to Shopping | | | ☒ | | | Protection from Detrimental Conditions | | ☒ | | | |
| Convenience to Schools | | | ☒ | | | Police and Fire Protection | | ☒ | | | |
| Adequacy of Public Transportation | | ☒ | | | | General Appearance of Properties | | ☒ | | | |
| Recreational Facilities | | ☒ | | | | Appeal to Market | | ☒ | | | |

Market Area Comments: **The subject is located in the southern portion of Golden Valley, which is located between Kingman, AZ and Bullhead City, AZ. Nearly all of Golden Valley is composed of acre plus sites with manufactured housing the predominant improvement. There is some commercial enterprise bordering Highway 68 as well as an elementary school. Most residents are employed in either Kingman or Bullhead City/Laughlin, NV. Electric service is available except to the most outlying areas. Commercial water service is available to the core area but outlying areas must either haul domestic water or drill a private well. Waste disposal is by septic system. There is a wide range of values as noted above which appears to be well tolerated in this market area, with minimal external obsolescence incurred. The main access roads are paved but many/most other roads are improved dirt/gravel which may become impassable after heavy rains in the outlying areas.**

**SITE DESCRIPTION**

Dimensions: **See attached plat map**    Site Area: **8.00 Acres**

Zoning Classification: **AR-6A**    Description: **Agricultural Residential/6 Site Minimum Size**

Do present improvements comply with existing zoning requirements?  ☒ Yes  ☐ No  ☐ No Improvements

Uses allowed under current zoning: **AR zoning permits the keeping of large animals such as cattle and horses for personal use - no commercial agricultural enterprise is allowed under that zoning. The zoning also limits the number of dwellings on each parcel to one.**

Are CC&Rs applicable?  ☐ Yes  ☒ No  ☐ Unknown    Have the documents been reviewed?  ☐ Yes  ☐ No    Ground Rent (if applicable) $ **N/A**/

Comments: **N/A**

Highest & Best Use as improved:  ☒ Present use, or  ☐ Other use (explain) _____

Actual Use as of Effective Date: **Land Holding**    Use as appraised in this report: **Land Holding**

Summary of Highest & Best Use: **The highest and best use of the subject property as the effective date is as a land holding; future highest and best use will be as developed residential when the area real estate market recovers and demand returns for home sites. This statement is a hypothetical condition which would require rezoning and subdividing the subject into multiple parcels to maximize value.**

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | In Street | Street | **Dora Drive** | ☒ | ☐ | Frontage | **663 feet** |
| Gas | ☐ | ☐ | None | Width | **20 feet** | | | Topography | **Level/Typical** |
| Water | ☐ | ☒ | Water Haul or Well | Surface | **Dirt** | | | Size | **Typical to Plat** |
| Sanitary Sewer | ☐ | ☒ | Septic Required | Curb/Gutter | **None** | ☐ | ☐ | Shape | **Rectangular** |
| Storm Sewer | ☐ | ☐ | None | Sidewalk | **None** | ☐ | ☐ | Drainage | **Appears Adequate** |
| Telephone | ☐ | ☐ | None | Street Lights | **None** | ☐ | ☐ | View | **Neighborhood/Desert** |
| Multimedia | ☐ | ☐ | None | Alley | **None** | ☐ | ☐ | | |

Other site elements:  ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  **X**    FEMA Map # **04015C4537G**    FEMA Map Date **11/18/2009**

Site Comments: **The immediate subject area is in near proximity to the Rhodes Pravada Development. The area was positively influenced when the Pravada was announced resulting in a significant upsurge in site values, fueled in part by speculation that Pravada would have a strong influence on property values when completed. When the real estate boom reversed and Pravada was abandoned, demand and prices for these adjacent properties fell to a fraction of what was seen at the peak of the market. Prices continue to fall, although at a much slower pace. It is probable that the value of these outlying parcels will lag somewhat behind a general recovery; although if Pravada were resuscitated, there could be good appreciation in the subject market area. For the client, the subject property is in bankruptcy proceedings; this status incurs a stigma which has a depressing effect on the probable sales price. Since it is unlikely that an arms length transaction could occur under these conditions, the hypothetical condition is assumed that the subject is marketable.**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.


Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100301R

## TRANSFER HISTORY

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Win2Data/County Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: According to official records, there was a transfer of the subject March 2006 - no price was disclosed. Prior to that transaction, the subject sold as part of a multiple sale for $160,000 in February 2005. There was a sale, Huffman to Rhodes Homes, on the same day for the same sales price. |
|---|---|
| Date: 03/09/2006 | |
| Price: $0 | |
| Source(s) Doc #6147-863 | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address Dora Road | | Verde Road | | Unkar Drive | | Amado Road | |
| | Golden Valley, AZ 86413 | Golden Valley, AZ 86413 | | Golden Valley, AZ 86413 | | Golden Valley, AZ 86413 | |
| Proximity to Subject | | 2.14 miles NW | | 0.66 miles NE | | 0.73 miles NE | |
| Sale Price | $ N/A | $ | 73,000 | $ | 24,000 | $ | 18,000 |
| Price/ Acre | $ | $ 7,066.80 | | $ 2,371.54 | | $ 889.33 | |
| Data Source(s) | Inspection | MLS #826833 DOM: 780 | | MLS #836847 DOM: 42 | | MLS #836022 DOM: 396 | |
| Verification Source(s) | County Records | Doc #7509-971 | | Mohave County Records | | Doc #7639-355 | |
| VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing | N/A | Seller Financing | | Cash | | Cash | |
| Concessions | N/A | $17,000 Down | | None Known | | None Known | |
| Date of Sale/Time | N/A | 05/29/2009 -10% | -7,300 | 12/17/2009 -3% | -700 | 11/11/2009 -4% | -700 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Metes & Bounds | Metes & Bounds | | Sun West Acres | | Sun West Acres | |
| Site Area (in Acres) | 8.00 | 10.33 | -10,000 | 10.12 | -4,000 | 20.24 | -6,000 |
| Access | Fair | Superior | -5,000 | Similar | | Similar | |
| Utilities | Electric Available | Water/Power | -5,000 | Electric Available | | Electric Available | |
| Improvements | None | None | | None | | None | |
| Parcel Number | 306-63-013 | 306-24-090B | | 306-24-099B | | 306-24-099 | |
| Stigma | Bankruptcy | None | | None | | None | |
| Net Adjustment (Total, in $) | | ☐ + ☒ – $ | -27,300 | ☐ + ☒ – $ | -4,700 | ☐ + ☒ – $ | -6,700 |
| Adjusted Sale Price (in $) | | Net 37.4 % | | Net 19.6 % | | Net 37.2 % | |
| | | Gross 37.4 % $ | 45,700 | Gross 19.6 % $ | 19,300 | Gross 37.2 % $ | 11,300 |

Summary of Sales Comparison Approach   All sales have similar amenities except as noted (and adjusted for).  Sales #2 & #3, which are most proximate and similar are given most weight in the value consideration - estimate is rounded.  No more proximate and similar sales of larger parcels were located in search of county records, Wardex Regional MLS and Appraiser's files.  Sale #1 is less than ideal but is considered to be among the best available.  A primary criteria in the search for comparable sales is that sales proximity to Pravada (and the subject) which has a strong influence on value.  The stigma incurred by the bankruptcy will have a depressing effect on any probable price the subject might bring.  Since it is unlikely that an arm's length transaction could occur under this condition, the hypothetical condition is assumed that the subject is marketable.

Per the Wardex Regional MLS there are 4 active, >5 acre listings in near proximity to the subject.  The asking prices range from $3,202/acre (10.15 A, DOM: 216) to $17,236/acre (20.30 A, DOM: 387).  From this data, it appears that the listings are significantly overpriced.  Per MLS records, the number of sales of area vacant land is relatively stable but the price paid has declined approximately 9% in that time.  The sales price is hovering around 70% of the asking price.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:  N/A

Describe common elements and recreational facilities:  N/A

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $  13,000

Final Reconciliation  Sales comparison is the only applicable approach to value; cost and income approaches are not applicable.

This appraisal is made ☒ "as is", or ☐ subject to the following conditions:  The purpose of this report is to estimate market value.  The intended user is Winchester Carlisle for property disposition.  The sales comparison approach is the only applicable approach to value.  This is a complete report transmitted in summary form.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:**
$  13,000  , as of:  March 22, 2010  , which is the effective date of this appraisal.
**If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.**

## ATTACH.

A true and complete copy of this report contains  9  pages, including exhibits which are considered an integral part of the report. This summary appraisal report is not properly understood without reference to the information contained in the complete report, which contains the following attached exhibits: ☒ Scope of Work
☒ Limiting cond./Certifications   ☐ Narrative Addendum   ☒ Location Map(s)   ☐ Flood Addendum   ☐ Additional Sales
☒ Photo Addenda   ☒ Parcel Map   ☒ Hypothetical Conditions   ☐ Extraordinary Assumptions

Client Contact:  Dino Longi   Client Name:  Winchester Carlisle
E-Mail:   Address:  4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | Supervisory or Co-Appraiser Name: |
| Appraiser Name:  J L Woods | |
| Company:  Woods Appraisal Services, Inc. | Company: |
| Phone: (928) 753-2282   Fax: (928) 753-2420 | Phone:   Fax: |
| E-Mail: woods2@citlink.net | E-Mail: |
| Date of Report: 04/09/2010 | Date of Report (Signature): |
| License or Certification #:  20588   State: AZ | License or Certification #:   State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:  2/28/2012 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Did Inspect  ☐ Did Not Inspect (Desktop) | Inspection of Subject: ☐ Did Inspect  ☐ Did Not Inspect |
| Date of Inspection:   March 22, 2010 | Date of Inspection: |

Copyright© 2007 by a la mode, inc.  This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP LAND

Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

## Supplemental Addendum

File No. L100301R

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | |

**Additional Comments:**

**Drainage:** Elevation of the site above road grade promotes surface drainage which appeared acceptable at the time of inspection.  However, seasonal variations may occur and subsurface drainage conditions are unknown.

The subject site does not appear to be in a flood zone; flood maps often lack sufficient detail to enable accurate determination on the part of the appraiser.  Please note item 3 of the attached Statement of Limiting Conditions.

**Site:**  The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances.

**Hypothetical Condition:**  The subject is presently in bankruptcy proceedings, as such it is unlikely that an "arms length" transaction could take place.  For purposes of this assignment, it is assumed that the subject is marketable.

The appraiser preparing this report has not completed an appraisal for this property in the preceding three years.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Name  J.A. Woods | | Name | |
| Date Signed  04/09/2010 | | Date Signed | |
| State Certification #  20558 | State AZ | State Certification # | State |
| Or State License # | State | Or State License # | State |

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

Woods Appraisal Services
Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that:  I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   Dora Road, Golden Valley, AZ 86413

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:  J.A. Woods | Name: |
| Date Signed:  04/09/2010 | Date Signed: |
| State Certification #:  20508 | State Certification #: |
| or State License #: | or State License #: |
| State:  AZ | State: |
| Expiration Date of Certification or License:  2/28/2012 | Expiration Date of Certification or License: |

☐ Did   ☐ Did Not Inspect Property

Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code  86413 |
| Lender | Rhodes Homes | | | | | |



### Looking North

Dora Road
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | Metes & Bounds |
| View | |
| Site | 8.00 |
| Quality | |
| Age | |



### Looking South



### Subject Street

# Plat Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code  86413 |
| Lender | Rhodes Homes | | | | | |



# Flood Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code 86413 |
| Lender | Rhodes Homes | | | | | |



# Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Dora Road | | | | | | |
| City | Golden Valley | | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | | |



# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100302R

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address: 1509 S Amado Road | City: Golden Valley | State: AZ | Zip Code: 86413 |

County: Mohave | Legal Description: Lot 91, Sun West Acres, Tract: 1027

Assessor's Parcel #: 306-24-091 | Tax Year: 2009 | R.E. Taxes: $ 2,771.48 | Special Assessments: $ None Known

Market Area Name: Sun West Acres | Map Reference: 306-24-091 | Census Tract: 9506.00

Current Owner of Record: Rhodes Homes Arizona LLC | Borrower (if applicable): N/A

Project Type (if applicable): ☐ PUD ☐ De Minimis PUD ☐ Other (describe) N/A | HOA: $ N/A ☐ per year ☐ per month

Are there any existing improvements to the property? ☒ No ☐ Yes  If Yes, indicate current occupancy: ☐ Owner ☐ Tenant ☒ Vacant ☐ Not habitable

If Yes, give a brief description: _____

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe) _____

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Estimate Market Value for Property Distribution.

Intended User(s) (by name or type): Winchester Carlisle/Dino Longi

Client: Winchester Carlisle | Address: 4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947

Appraiser: J.A. Woods | Address: 1880 Lucille Avenue, Suite #1, Kingman, AZ 86401

## MARKET AREA DESCRIPTION

### Characteristics

| | | | | |
|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | |
| Built up: | ☐ Over 75% | ☐ 25-75% | ☒ Under 25% | |
| Growth rate: | ☐ Rapid | ☐ Stable | ☒ Slow | |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | |
| Demand/supply: | ☐ Shortage | ☐ In Balance | ☒ Over Supply | |
| Marketing time: | ☐ Under 3 Mos. | ☐ 3-6 Mos. | ☒ Over 6 Mos. | |

### Predominant Occupancy

| | |
|---|---|
| ☒ Owner | 95 |
| ☐ Tenant | 5 |
| ☐ Vacant (0-5%) | |
| ☒ Vacant (>5%) | |

### One-Unit Housing

| PRICE $(000) | AGE (yrs) |
|---|---|
| 50 Low | New |
| 300+ High | 45 |
| 80 Pred | 5-10 |

### Present Land Use

| | |
|---|---|
| One-Unit | 98 % |
| 2-4 Unit | % |
| Multi-Unit | % |
| Comm'l | 2 % |
| | % |
| | % |

### Change in Land Use

☒ Not Likely
☐ Likely * ☐ In Process *
* To:

### Factors Affecting Marketability

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | ☐ | ☐ | ☒ | ☐ | ☐ | Adequacy of Utilities | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Employment | ☐ | ☐ | ☒ | ☐ | ☐ | Property Compatibility | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Shopping | ☐ | ☐ | ☒ | ☐ | ☐ | Protection from Detrimental Conditions | ☐ | ☐ | ☒ | ☐ | ☐ |
| Convenience to Schools | ☐ | ☐ | ☒ | ☐ | ☐ | Police and Fire Protection | ☐ | ☐ | ☒ | ☐ | ☐ |
| Adequacy of Public Transportation | ☐ | ☒ | ☐ | ☐ | ☐ | General Appearance of Properties | ☐ | ☐ | ☒ | ☐ | ☐ |
| Recreational Facilities | ☐ | ☒ | ☐ | ☐ | ☐ | Appeal to Market | ☐ | ☐ | ☒ | ☐ | ☐ |

Market Area Comments: The subject is located in the southern portion of Golden Valley, which is located between Kingman, AZ and Bullhead City, AZ.  Nearly all of Golden Valley is composed of acre plus sites with manufactured housing the predominant improvement.  There is some commercial enterprise bordering Highway 68 as well as an elementary school.  Most residents are employed in either Kingman or Bullhead City/Laughlin, NV.  Electric service is available except to the most outlying areas.  Commercial water service is available to the core area but outlying areas must either haul domestic water or drill a private well. Waste disposal is by septic system.  There is a wide range of values as noted above which appears to be well tolerated in this market area, with minimal external obsolescence incurred.  The main access roads are paved but many/most other roads are improved dirt/gravel which may become impassable after heavy rains in the outlying areas.

## SITE DESCRIPTION

Dimensions: See attached plat map | Site Area: 20.57 Acres

Zoning Classification: AR-6A | Description: Agricultural Residential/6 Acre Minimum Size

Do present improvements comply with existing zoning requirements? ☒ Yes ☐ No ☐ No Improvements

Uses allowed under current zoning: AR zoning permits the keeping of large animals such as cattle and horses for personal use - no commercial agricultural enterprise is allowed under that zoning.  The zoning also limits the number of dwellings on each parcel to one.

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ N/A/

Comments: N/A

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain) _____

Actual Use as of Effective Date: Land Holding | Use as appraised in this report: Land Holding

Summary of Highest & Best Use: The highest and best use of the subject property as of the effective date is as a land holding; future highest and best use will be as developed residential when the area real estate market recovers and demand returns for home sites.  This statement is a hypothetical condition which would require rezoning and subdividing the subject into multiple parcels to maximize value.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | In Street | Street | Amado Drive | ☒ | ☐ | Frontage | 348 feet |
| Gas | ☐ | ☐ | None | Width | 20 feet | | | Topography | Level/Typical |
| Water | ☐ | ☒ | Water Haul or Well | Surface | Dirt | | | Size | Typical to Plat |
| Sanitary Sewer | ☐ | ☒ | Septic Required | Curb/Gutter | None | ☐ | | Shape | Rectangular |
| Storm Sewer | ☐ | ☐ | None | Sidewalk | None | ☐ | | Drainage | Appears Adequate |
| Telephone | ☐ | ☐ | None | Street Lights | None | ☐ | | View | Neighborhood/Desert |
| Multimedia | ☐ | ☐ | None | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X | FEMA Map # 04015C4537G | FEMA Map Date 11/18/2009

Site Comments: The immediate subject area is in near proximity to the Rhodes Pravada Development.  The area was positively influenced when the Pravada was announced resulting in a significant upsurge in site values, fueled in part by speculation that Pravada would have a positive influence on property values when completed.  When the real estate boom reversed and Pravada was abandoned, demand and prices for these adjacent properties fell to a fraction of what was seen at the peak of the market.  Prices continue to fall, although at a much slower pace.  It is probable that the value of these outlying parcels will lag somewhat behind a general recovery; although if Pravada were resuscitated, there could be good appreciation in the subject market area.  Per the client, the subject property is in bankruptcy proceedings; this status incurs a stigma which has a depressing effect on the probable sales price.  Since it is unlikely that an arms length transaction could occur under these conditions, the hypothetical condition is assumed that the subject is marketable.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100302R

| TRANSFER HISTORY | | |
|---|---|---|
| My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
| Data Source(s): Win2Data/County Records | | |

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The last recorded sale of the subject was to the present owner for $40,000 in March 2004. |
|---|---|
| Date: 03/16/2005 | |
| Price: $40,000 | |
| Source(s): Doc #5488-227 | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address 1509 S Amado Road | | 5188 Bolsa Drive | Unkar Drive | Amado Road |
| Golden Valley, AZ 86413 | | Golden Valley, AZ 86413 | Golden Valley, AZ 86413 | Golden Valley, AZ 86413 |
| Proximity to Subject | | 1.32 miles W | 0.97 miles S | 0.98 miles S |
| Sale Price | $ N/A | $ 47,250 | $ 24,000 | $ 18,000 |
| Price/ Acre | $ N/A | $ 2,356.61 | $ 2,371.54 | $ 889.33 |
| Data Source(s) | Inspection | MLS #829664 DOM: 34 | MLS #836847 DOM: 42 | MLS #836022 DOM: 396 |
| Verification Source(s) | County Records | Doc # | Mohave County Records | Doc #7639-355 |

| SALES COMPARISON APPROACH | VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
|---|---|---|---|---|---|---|---|---|
| | Sales or Financing | N/A | Cash | | Cash | | Cash | |
| | Concessions | N/A | None Known | | None Known | | None Known | |
| | Date of Sale/Time | N/A | 07/06/2009 -8% | -3,800 | 12/17/2009 -3% | -700 | 11/11/2009 -4% | -700 |
| | Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| | Location | Metes & Bounds | G Valley Rchos | | Sun West Acres | | Sun West Acres | |
| | Site Area (in Acres) | 20.57 | 20.05 | | 10.12 | +20,000 | 20.24 | |
| | Access | Fair | Superior | -5,000 | Similar | | Similar | |
| | Utilities | Electric Available | Electric Available | | Electric Available | | Electric Available | |
| | Improvements | None | Shed | -500 | None | | None | |
| | Parcel Number | 306-24-091 | 306-34-002B | | 306-24-099B | | 306-24-099 | |
| | Stigma | Bankruptcy | None | -4,700 | None | -2,400 | None | -1,800 |
| | Net Adjustment (Total, in $) | | ☐ + ☒ – $ | -14,000 | ☒ + ☐ – $ | 16,900 | ☐ + ☒ – $ | -2,500 |
| | Adjusted Sale Price (in $) | | Net 29.6 % Gross 29.6 % $ | 33,250 | Net 70.4 % Gross 96.3 % $ | 40,900 | Net 13.9 % Gross 13.9 % $ | 15,500 |

Summary of Sales Comparison Approach    All sales have similar amenities except as noted (and adjusted for). Sales #2 & #3, which are most proximate and similar are given most weight in the value consideration - estimate is rounded. No more proximate and similar sales of larger parcels were located in search of county records, Wardex Regional MLS and Appraiser's files. Sale #1 is less than ideal but is considered to be among the best available. A primary criteria in the search for comparable sales is that sales proximity to Pravada (and the subject) which has a strong influence on value. The stigma incurred by the bankruptcy will have a depressing effect on any probable price the subject might bring. Since it is unlikely that an arm's length transaction could occur under this condition, the hypothetical condition is assumed that the subject is marketable.

Per the Wardex Regional MLS there are 4 active, >5 acre listings in near proximity to the subject. The asking prices range from $3,202/acre (10.15 A, DOM: 216) to $17,236/acre (20.30 A, DOM: 387). From this data, it appears that the listings are significantly overpriced. Per MLS records, the number of sales of area vacant land is relatively stable but the price paid has declined approximately 9% in that time. The sales price is hovering around 70% of the asking price.

| PUD | PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development. |
|---|---|
| | Legal Name of Project:   N/A |
| | Describe common elements and recreational facilities:   N/A |

| RECONCILIATION | |
|---|---|
| Indicated Value by: Sales Comparison Approach $   30,000 | |
| Final Reconciliation   Sales comparison is the only applicable approach to value; cost and income approaches are not applicable. | |
| This appraisal is made ☒ "as is," or ☐ subject to the following conditions:   The purpose of this report is to estimate market value. The intended user is Winchester Carlisle for property disposition. The sales comparison approach is the only applicable approach to value. This is a complete report transmitted in summary form. | |
| ☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda. | |
| Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 30,000 , as of: March 22, 2010 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda. | |

| ATTACH. | A true and complete copy of this report contains   8   pages, including exhibits which are considered an integral part of the report. Exhibits to this report which are properly understood without reference to the information contained in the complete report, which contains the following attached exhibits: ☒ Scope of Work |
|---|---|
| | ☒ Limiting cond./Certifications   ☐ Narrative Addendum   ☒ Location Map(s)   ☐ Flood Addendum   ☐ Additional Sales |
| | ☒ Photo Addenda   ☒ Parcel Map   ☒ Hypothetical Conditions   ☐ Extraordinary Assumptions |
| | Client Contact:   Dino Longi   Name:   Winchester Carlisle |
| | E-Mail:   Address:   4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947 |

| SIGNATURES | APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|---|
| | | Supervisory or Co-Appraiser Name: |
| | Appraiser Name:   J. L. Woods | Company: |
| | Company:   Woods Appraisal Services, Inc. | Phone:   Fax: |
| | Phone: (928) 753-2282   Fax: (928) 753-2420 | E-Mail: |
| | E-Mail: woods2@citlink.net | Date of Report (Signature): |
| | Date of Report (Signature):   04/09/2010 | License or Certification #:   State: |
| | License or Certification #:   20588   State: AZ | Designation: |
| | Designation: | Expiration Date of License or Certification: |
| | Expiration Date of License or Certification:   2/28/2012 | Inspection of Subject: ☐ Did Inspect ☐ Did Not Inspect |
| | Inspection of Subject: ☒ Did Inspect ☐ Did Not Inspect (Desktop) | |
| | Date of Inspection:   March 22, 2010 | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Supplemental Addendum

File No. L100302R

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1509 S Amado Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code 86413 |
| Lender | Rhodes Homes | | | | | |

**Additional Comments:**

**Drainage:** Elevation of the site above road grade promotes surface drainage which appeared acceptable at the time of inspection. However, seasonal variations may occur and subsurface drainage conditions are unknown.

The subject site does not appear to be in a flood zone; flood maps often lack sufficient detail to enable accurate determination on the part of the appraiser. Please note item 3 of the attached Statement of Limiting Conditions.

**Site:** The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances.

**Hypothetical Condition:** The subject is presently in bankruptcy proceedings, as such it is unlikely that an "arms length" transaction could take place. For purposes of this assignment, it is assumed that the subject is marketable.

The appraiser preparing this report has not completed an appraisal for this property in the preceding three years.

| | |
|---|---|
| Signature | Signature |
| Name  J.A. Woods | Name |
| Date Signed  04/09/2010 | Date Signed |
| State Certification #  20558          State AZ | State Certification #          State |
| Or State License #          State | Or State License #          State |

Form TADD2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

Woods Appraisal Services
Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   1509 S Amado Road, Golden Valley, AZ 86413

**APPRAISER:**

Signature: _____
Name:  J.A. Woods _____
Date Signed:  04/09/2010 _____
State Certification #:  20598 _____
or State License #: _____
State:  AZ _____
Expiration Date of Certification or License:  2/28/2012 _____

**SUPERVISORY APPRAISER (only if required):**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____

☐ Did    ☐ Did Not Inspect Property

## Subject Photo Page

| Borrower | N/A | | | | | |
|----------|-----|---|---|---|---|---|
| Property Address | 1509 S Amado Road | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code  86413 |
| Lender | Rhodes Homes | | | | | |

### Looking North



1509 S Amado Road
Sales Price            N/A
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location            Metes & Bounds
View
Site            20.57
Quality
Age

### Looking South



### Subject Street



# Plat Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1509 S Amado Road | | | | | | |
| City | Golden Valley | County | Mohave | State | AZ | Zip Code | 86413 |
| Lender | Rhodes Homes | | | | | | |



## Location Map

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 1509 S Amado Road | | | | |
| City | Golden Valley | County | Mohave | State AZ | Zip Code 86413 |
| Lender | Rhodes Homes | | | | |



# LAND APPRAISAL SUMMARY REPORT

File No.: **L100303R**

Woods Appraisal Services    Main File No. L100303R   Page #1

## SUBJECT

| | |
|---|---|
| Property Address: **Roundup Avenue** | City: **Kingman** State: **AZ** Zip Code: **86401** |

County: **Mohave** — Legal Description: **PEACOCK MOUNTAIN RANCHES THAT PORTION OF LOT 45 DESCR AS FOLL:**
**BEG AT THE SE COR OF SAID PARCEL 45; TH WLY ALONG THE SLY LINE THEREOF S89 DEG 59'17 W 1720.93'; TH NORTH & PARALLEL TO THE**
**WLY LINE OF SAID PARCEL 45 N0 DEG 09'30 E 1032.20' TO THE NLY LINE O**

Assessor's Parcel #: **354-34-045A**   Tax Year: **2009**   R.E. Taxes: $ **1,118.62**   Special Assessments: $ **None Known**

Market Area Name: **Peacock Mountain Ranches**   Map Reference: **354-34-045A**   Census Tract: **9508.00**

Current Owner of Record: **Rhodes Homes Arizona LLC**   Borrower (if applicable): **N/A**

Project Type (if applicable): ☐ PUD  ☐ De Minimis PUD   Other (describe) **N/A**   HOA: $ **N/A**  ☐ per year  ☐ per month

Are there any existing improvements to the property? ☒ No  ☐ Yes  If Yes, indicate current occupancy:  ☐ Owner  ☐ Tenant  ☒ Vacant  ☐ Not habitable

If Yes, give a brief description: _____

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe) _____

This report reflects the following value (if not Current, see attached): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe) _____

Intended Use: **Estimate Market Value for Property Distribution.**

Intended User(s) (by name or type): **Dino Longi/Winchester Carlisle**

Client: **Rhodes Homes**   Address: **4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947**

Appraiser: **J.A. Woods**   Address: **1880 Lucille Avenue, Suite #1, Kingman, AZ 86401**

## MARKET AREA DESCRIPTION

### Characteristics

| Location: | ☐ Urban | ☐ Suburban | ☒ Rural |
|---|---|---|---|
| Built up: | ☐ Over 75% | ☐ 25-75% | ☒ Under 25% |
| Growth rate: | ☐ Rapid | ☐ Stable | ☒ Slow |
| Property values: | ☐ Increasing | ☐ Stable | ☒ Declining |
| Demand/supply: | ☐ Shortage | ☐ In Balance | ☒ Over Supply |
| Marketing time: | ☐ Under 3 Mos. | ☐ 3-6 Mos. | ☒ Over 6 Mos. |

**Predominant Occupancy**
☒ Owner **90**
☐ Tenant **10**
☐ Vacant (0-5%)
☒ Vacant (>5%)

**One-Unit Housing**

| | PRICE $(000) | AGE (yrs) |
|---|---|---|
| Low | 65 | 5 |
| High | 200 | 30 |
| Pred | 95 | 15 |

**Present Land Use**

| One-Unit | 100 % |
|---|---|
| 2-4 Unit | % |
| Multi-Unit | % |
| Comm'l | % |
| | % |
| | % |

**Change in Land Use**
☒ Not Likely
☐ Likely *    ☐ In Process *
* To: _____

### Factors Affecting Marketability

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | | | ☒ | | | Adequacy of Utilities | | | ☒ | | |
| Convenience to Employment | | | ☒ | | | Property Compatibility | | ☒ | | | |
| Convenience to Shopping | | | ☒ | | | Protection from Detrimental Conditions | | ☒ | | | |
| Convenience to Schools | | | ☒ | | | Police and Fire Protection | | ☒ | | | |
| Adequacy of Public Transportation | | | ☒ | | | General Appearance of Properties | | ☒ | | | |
| Recreational Facilities | | ☒ | | | | Appeal to Market | | ☒ | | | |

Market Area Comments: **Peacock Mountain Ranches is located immediately east of Kingman, Arizona and north of Interstate 40 in gently rolling hills. The area has panoramic views of the Cerbat, Hualapai and Peacock Mountains as well as the surrounding desert and the city of Kingman. Access is only fair, with unimproved dirt roads servicing the internal neighborhood. Electric power is available, although in the more outlying area, extension of existing lines is required. There is no water service, being supplied by private well or hauled to the site by tanker truck. There is a number of housing styles, with modest manufactured homes predominant but a wide range of home values. Sites are typically multi-acre in size. Although the area market has suffered a significant decline since the 2005-2006 activity, it appears that this decline has moderated. Typically rural acreage has lagged behind in real estate market recovery, being the last to finally react to a rising market.**

## SITE DESCRIPTION

Dimensions: **See attached plat map**   Site Area: **30.01 Acres**

Zoning Classification: **A-R / 10A**   Description: **Agricultural Residential - 10 Acres Minimum**

Do present improvements comply with existing zoning requirements? ☐ Yes ☐ No ☒ No Improvements

Uses allowed under current zoning: **AR zoning permits the keeping of large animals such as cattle and horses for personal use only - no commercial agricultural enterprise is allowed under that zoning. The zoning also limits the number of dwellings to one per parcel.**

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☐ No   Ground Rent (if applicable) $ **N/A/**

Comments: **N/A**

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain) _____

Actual Use as of Effective Date: **Land Holding**   Use as appraised in this report: **Land Holding**

Summary of Highest & Best Use: **The highest and best use of the subject property as of the effective date is as a land holding, future highest and best use will be as developed residential when the area real estate market recovers and demand returns for home sites. This would require rezoning and subdividing the subject into multiple parcels to maximize value.**

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Available | Street | Roundup Avenue | ☒ | ☐ | Frontage | **1,307 feet** |
| Gas | ☐ | ☒ | Propane Available | Width | 30 feet | | | Topography | **Gently Rolling - Typical** |
| Water | ☐ | ☒ | Water Haul or Well | Surface | Dirt | | | Size | **Larger than Typical** |
| Sanitary Sewer | ☐ | ☒ | Septic Required | Curb/Gutter | None | ☐ | ☐ | Shape | **Irregular - See Plat** |
| Storm Sewer | ☐ | ☐ | None | Sidewalk | None | ☐ | ☐ | Drainage | **Appears Adequate** |
| Telephone | ☐ | ☒ | Available | Street Lights | None | ☐ | ☐ | View | **Neighborhood/Desert/Mountains** |
| Multimedia | ☐ | ☐ | None | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot  ☒ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone **X**   FEMA Map # **04015C4600G**   FEMA Map Date **11/18/2009**

Site Comments: **The immediate subject area is in near proximity to the Rhodes Pravada Development. The area was positively influenced when the Pravada was announced resulting in a significant upsurge in site values, fueled in part by speculation that Pravada would have a strong influence on property values when completed. When the real estate boom reversed and Pravada was abandoned, demand and prices for these adjacent properties fell to a fraction of what was seen at the peak of the market. Prices continue to fall, although at a much slower pace. It is probable that the value of these outlying parcels will lag somewhat behind a general recovery; although if Pravada were resuscitated, there could be good appreciation in the subject market area. For the client, the subject property is in bankruptcy proceedings; this status incurs a stigma which has a depressing effect on the probable sales price. Since it is unlikely that an arms length transaction could occur under these conditions, the hypothetical condition is assumed that the subject is marketable.**

**GP LAND**   Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# LAND APPRAISAL SUMMARY REPORT

**File No.:** L100303R

**TRANSFER HISTORY**

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Win2Data/County Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The last sale of the subject was in December |
|---|---|
| Date: 12/2004 | 2004 but according to official records, there was a warranty deed granted one day after the above recording from the |
| Price: $100,000 | Trudo Family Trust to Charles & Dorothy Huckabee - Doc #5496-278. |
| Source(s): Doc #5400-775 | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address Roundup Avenue | | Horseback Trail | | Peacock Drive | | Blake Ranch Road | |
| | Kingman, AZ 86401 | Kingman, AZ 86401 | | Kingman, AZ 86401 | | Kingman, AZ 86401 | |
| Proximity to Subject | | 6.40 miles E | | 4.81 miles NE | | 9.64 miles E | |
| Sale Price | $ N/A | $ | 40,000 | $ | 45,900 | $ | 40,000 |
| Price/ Acre | $ N/A | $ 948.09 | | $ 1,178.74 | | $ 1,093.19 | |
| Data Source(s) | Inspection | Mohave County Records | | Mohave County Records | | Mohave County Records | |
| Verification Source(s) | County Records | Doc #7573-865 | | Doc #7388-610 | | Doc #7614-730 | |
| VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing | N/A | Seller Financing | | Conventional | | Cash | |
| Concessions | N/A | $10,000 Down | | $5,000 Down | | None Known | |
| Date of Sale/Time | N/A | 08/17/2009 -7% | -2,800 | 08/19/2009 -7% | -3,200 | 10/12/2009 -5% | -2,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Peacock Mtn Rchs | Cedar Hills Ranches | | Peacock Mtn Est | | Cedar Hills Ranches | |
| Site Area (in Acres) | 30.01 | 42.19 | -9,000 | 38.94 | -7,000 | 36.59 | -4,900 |
| Access | Fair | Inferior | +2,500 | Inferior | +2,500 | Similar | |
| Utilities | Electric Available | None | +5,000 | None | +5,000 | Similar | |
| Improvements | None | None | | None | | None | |
| Parcel Number | 354-34-045A | 354-58-010 | | 313-55-002 | | 354-39-016 | |
| Stigma | Bankruptcy | None | -4,000 | None | -4,600 | None | -4,000 |
| Net Adjustment (Total, in $) | | ☐ + ☒ − $ | -8,300 | ☐ + ☒ − $ | -7,300 | ☐ + ☒ − $ | -10,900 |
| Adjusted Sale Price (in $) | | Net 20.8 % | | Net 15.9 % | | Net 27.3 % | |
| | | Gross 58.3 % $ 31,700 | | Gross 48.6 % $ 38,600 | | Gross 27.3 % $ 29,100 | |

Summary of Sales Comparison Approach    All sales have similar amenities except as noted (and adjusted for). Sales #2 & #3, which are most proximate and similar are given most weight in the value consideration - estimate is rounded. No more proximate and similar sales of larger parcels were located in search of county records, Wardex Regional MLS and Appraiser's files. Sale #1 is less than ideal but is considered to be among the best available. A primary criteria in the search for comparable sales is that sales proximity to Pravada (and the subject) which has a strong influence on value. The stigma incurred by the bankruptcy will have a depressing effect on any probable price the subject might bring. Since it is unlikely that an arm's length transaction could occur under this condition, the hypothetical condition is assumed that the subject is marketable.

Per the Wardex Regional MLS there are 4 active, >5 acre listings in near proximity to the subject. The asking prices range from $3,202/acre (10.15 A, DOM: 216) to $17,236/acre (20.30 A, DOM: 387). From this data, it appears that the listings are significantly overpriced. Per MLS records, the number of sales of area vacant land is relatively stable but the price paid has declined approximately 9% in that time. The sales price is hovering around 70% of the asking price.

**PUD**

PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:    N/A

Describe common elements and recreational facilities:

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $    33,000

Final Reconciliation    Sales comparison is the only applicable approach to value; cost and income approaches are not applicable.

This appraisal is made ☒ "as is", or ☐ subject to the following conditions:    The purpose of this report is to estimate market value. The intended user is Winchester Carlise for property disposition. The sales comparison approach is the only applicable approach to value. This is a complete report transmitted in summary form.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:
$    33,000    , as of:    March 11, 2010    , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACH.**

A true and complete copy of this report contains    9    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report, which contains the following attached exhibits: ☒ Scope of Work
☒ Limiting cond./Certifications    ☐ Narrative Addendum    ☒ Location Map(s)    ☒ Flood Addendum    ☐ Additional Sales
☒ Photo Addenda    ☒ Parcel Map    ☒ Hypothetical Conditions    ☐ Extraordinary Assumptions

Client Contact:    Dino Longi    Client Name:    Rhodes Homes

E-Mail:    Address:    4730 Ft Apache Road, Suite 300, Las Vegas, NV 81947

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | Supervisory or Co-Appraiser Name: |
| Appraiser Name: J. L. Woods | |
| Company: Woods Appraisal Services, Inc. | Company: |
| Phone: (928) 753-2282    Fax: (928) 753-2420 | Phone:    Fax: |
| E-Mail: woods2@citlink.net | E-Mail: |
| Date of Report (Signature): 04/09/2010 | Date of Report (Signature): |
| License or Certification #: 20588    State: AZ | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 2/28/2012 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Did Inspect ☐ Did Not Inspect (Desktop) | Inspection of Subject: ☐ Did Inspect ☐ Did Not Inspect |
| Date of Inspection of Subject: March 11, 2010 | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP LAND**

## Supplemental Addendum

File No. L100303R

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Roundup Avenue | | | | | | |
| City | Kingman | County | Mohave | State | AZ | Zip Code | 86401 |
| Lender | Rhodes Homes | | | | | | |

A**dditional Comments:**

**Drainage:** Elevation of the site above road grade promotes surface drainage which appeared acceptable at the time of inspection.  However, seasonal variations may occur and subsurface drainage conditions are unknown.

The subject site does not appear to be in a flood zone; flood maps often lack sufficient detail to enable accurate determination on the part of the appraiser.  Please note item 3 of the attached Statement of Limiting Conditions.

**Site:**  The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances.

**Hypothetical Condition:**  The subject is presently in bankruptcy proceedings, as such it is unlikely that an "arms length" transaction could take place.  For purposes of this assignment, it is assumed that the subject is marketable.

The appraiser preparing this report has not completed an appraisal for this property in the preceding three years.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Name  J.A. Woods | | Name | |
| Date Signed    04/09/2010 | | Date Signed | |
| State Certification #  20538 | State AZ | State Certification # | State |
| Or State License # | State | Or State License # | State |

Form TADD2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

   *Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are
   necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are
   readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing
   adjustments can be made to the comparable property by comparisons to financing terms offered by a third party
   institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a
   mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate
   the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

Woods Appraisal Services
Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than, the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  Roundup Avenue, Kingman, AZ 86401

**APPRAISER:**

Signature: _____
Name: _J.A. Woods_
Date Signed: _04/09/2010_
State Certification #: _20508_
or State License #: _____
State: _AZ_
Expiration Date of Certification or License: _2/28/2012_

**SUPERVISORY APPRAISER (only if required):**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____

☐ Did   ☐ Did Not Inspect Property

---

Freddie Mac Form 439 6-93                    Page 2 of 2                    Fannie Mae Form 1004B 6-93

Form ACR_DEFD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 100303R | Page #6

## Subject Photo Page

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | Roundup Avenue | | | | |
| City | Kingman | County  Mohave | State  AZ | Zip Code  86401 | |
| Lender | Rhodes Homes | | | | |



### Looking Northeast

Roundup Avenue
Sales Price            N/A
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location              Peacock Mtn Rchs
View
Site                 30.01
Quality
Age



### Looking West



### Subject Street

## Plat Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Roundup Avenue | | | | | |
| City | Kingman | County | Mohave | State | AZ | Zip Code 86401 |
| Lender | Rhodes Homes | | | | | |



# Flood Map

| Borrower | N/A | | | | | | |
|----------|-----|---|---|---|---|---|---|
| Property Address | Roundup Avenue | | | | | | |
| City | Kingman | County | Mohave | State | AZ | Zip Code | 86401 |
| Lender | Rhodes Homes | | | | | | |



# Location Map

| Borrower | N/A | | | | | | |
|----------|-----|---|---|---|---|---|---|
| Property Address | Roundup Avenue | | | | | | |
| City | Kingman | County | Mohave | | State | AZ | Zip Code | 86401 |
| Lender | Rhodes Homes | | | | | | |

