E-filed: June 8, 2010

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
Nishat Baig (Nevada Bar No. 11047)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com
       nbaig@swlaw.com
*Attorneys for Caterpillar Financial Services Corporation*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Heritage Land Company, LLC<br>☐ Affects this Debtor | Case No. 09-14778-LBR<br>Case No. 09-14814-LBR<br>Case No. 09-14817-LBR<br>Case No. 09-14818-LBR<br>Case No. 09-14820-LBR<br>Case No. 09-14822-LBR<br>Case No. 09-14825-LBR<br>Case No. 09-14828-LBR<br>Case No. 09-14833-LBR<br>Case No. 09-14837-LBR<br>Case No. 09-14839-LBR<br>Case No. 09-14841-LBR<br>Case No. 09-14843-LBR<br>Case No. 09-14844-LBR<br>Case No. 09-14846-LBR<br>Case No. 09-14848-LBR<br>Case No. 09-14849-LBR<br>Case No. 09-14850-LBR<br>Case No. 09-14852-LBR<br>Case No. 09-14853-LBR<br>Case No. 09-14854-LBR<br>Case No. 09-14856-LBR<br>Case No. 09-14858-LBR<br>Case No. 09-14860-LBR<br>Case No. 09-14861-LBR<br>Case No. 09-14862-LBR<br>Case No. 09-14865-LBR<br>Case No. 09-14866-LBR<br>Case No. 09-14868-LBR<br>Case No. 09-14882-LBR<br>Case No. 09-14884-LBR |
| In re: The Rhodes Companies, LLC<br>☐ Affects this Debtor | |
| In re: Tribes Holdings, LLC<br>☐ Affects this Debtor | |
| In re: Apache Framing, LLC<br>☐ Affects this Debtor | |
| In re: Geronimo Plumbing, LLC<br>☐ Affects this Debtor | |
| In re: Gung-Ho Concrete, LLC<br>☐ Affects this Debtor | |
| In re: Bravo, Inc.<br>☐ Affects this Debtor | |
| In re: Elkhorn Partners<br>☐ Affects this Debtor | |
| In re: Six Feathers Holdings, LLC<br>☐ Affects this Debtor | |
| In re: Elkhorn Investments, Inc.<br>☐ Affects this Debtor | |
| In re: Jarupa, LLC<br>☐ Affects this Debtor | |
| In re: Rhodes Realty, Inc.<br>☐ Affects this Debtor | |
| In re: C & J Holdings, Inc.<br>☐ Affects this Debtor | |
| In re: Rhodes Ranch General Partnership<br>☐ Affects this Debtor | |

11604316.1

| | |
|---|---|
| In re: Rhodes Design and Development Corporation<br>☐ Affects this Debtor | Case No. 09-14887-LBR |
| In re: Parcel 20, LLC<br>☐ Affects this Debtor | **Jointly Administered Under Case No. BK-S-09-14814-LBR** |
| In re: Tuscany Acquisitions IV, LLC<br>☐ Affects this Debtor | Chapter 11 |
| In re: Tuscany Acquisitions III, LLC<br>☐ Affects this Debtor | **CATERPILLAR FINANCIAL SERVICES CORPORATION'S WITHDRAWAL OF ITS PROOFS OF CLAIM NOS. 16 AND 17** |
| In re: Tuscany Acquisitions II, LLC<br>☐ Affects this Debtor | |
| In re: Tuscany Acquisitions, LLC<br>☐ Affects this Debtor | |
| In re: Rhodes Ranch Golf Country Club<br>☐ Affects this Debtor | |
| In re: Overflow, LP<br>☐ Affects this Debtor | |
| In re: Wallboard, LP<br>☐ Affects this Debtor | |
| In re: Jackknife, LP<br>☐ Affects this Debtor | |
| In re: Batcave, LP<br>☐ Affects this Debtor | |
| In re: Chalkline, LP<br>☐ Affects this Debtor | |
| In re: Glynda, LP<br>☐ Affects this Debtor | |
| In re: Tick, LP<br>☐ Affects this Debtor | |
| In re: Rhodes Arizona Properties, LLC<br>☐ Affects this Debtor | |
| In re: Rhodes Homes Arizona, LLC<br>☐ Affects this Debtor | |
| In re: Tuscany Golf Country Club, LLC<br>☐ Affects this Debtor | |
| In re: Pinnacle Grading, LLC<br>☒ Affects this Debtor | |

///

///

///

11604316.1

1  NOTICE IS HEREBY GIVEN that CATERPILLAR FINANCIAL SERVICES
2  CORPORATION ("Caterpillar"), by and through its counsel, Snell & Wilmer L.L.P., hereby
3  withdraws its *Proofs of Claim Nos. 16 and 17* in Case 09-14887-LBR filed with the Court on
4  August 6, 2009.

5  DATED this __8__ day of June, 2010.

SNELL & WILMER L.L.P.

By: /s/ Nishat Baig
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
Nishat Baig (Nevada Bar No. 11047)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Caterpillar Financial Services Corporation*

11604316.1

- 3 -