**Entered on Docket
June 14, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

DAMON K. DIAS, ESQ.
Nevada Bar No. 8999
E-mail: ddias@diaslawgroup.com
DIAS LAW GROUP, LTD.
601 S. 6TH Street
Las Vegas, Nevada 89101
Telephone: (702)380-3011
Facsimile: (702)366-1592
Attorney for Creditors, X-It at 215, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                                )
                                                       )
RHODES DESIGN AND                                      )
                                                       )    CASE NO.: BK-S 09-14814-lbr
DEVELOPMENT CORPORATION, a                             )
Nevada Corporation.                                    )
                                                       )
                                                       )    CHAPTER 11
                                                       )
                              Debtor                   )    DATE:      June 21st, 2010
                                                       )    TIME:      9:30 A.M.

**STIPULATION TO ALLOW DEBTOR MORE TIME TO RESPOND TO MOTION FOR
RELIEF FROM THE AUTOMATIC STAY FILED BY X-IT AT 215, LLC**

COME NOW X-IT at 215, LLC ("X-IT"), and the Debtor, RHODES DESIGN and

DEVELOPMENT CORPORATION, a Nevada Corporation, ("Debtor") its assignees and/or

successors in interest ("Creditors" herein) hereby stipulate, subject to Court approval, to allow the

Debtor until June 11, 2010 to respond to X-IT's Motion for Relief.

The parties hereby stipulate that proper notice has been given for the Motion for Relief,

1

which was filed on or about April 26, 2010, and that the hearing is currently scheduled for June 21, 2010 at 9:30 a.m.

Pursuant to Local Rule 9014, any Opposition is due at least fourteen (14) days prior to the hearing, and the parties have agreed that by allowing the Debtor until June 11, 2010 to file an Opposition, it will not delay the proceedings, nor unduly prejudice the parties in any way.

X-IT shall be allowed until Wednesday, June 16, 2010 to file any Reply to any filed Opposition.

This Stipulation is not being made to delay the proceedings, nor for any other inappropriate purpose.

IT IS HEREBY ORDERED that the Debtor shall have until Friday, June 11, 2010 to file any Opposition it may have to the Motion for Relief filed by X-IT, Docket number 1106.

IT IS HEREBY FURTHER ORDERED that X-IT shall have until Wednesday, June 16, 2010 to file any Reply to same.


DATED: June 3, 2010.


/s/ Shirley S. Cho                                          /s/ Damon K. Dias
_____                  _____
SHIRLEY S. CHO, ESQ.                              DAMON K. DIAS, ESQ.
For Debtor, THE RHODES COMPANIES          for X-IT at 215, LLC

Submitted by:


**DIAS LAW GROUP, LTD.**


 /s/ Damon K. Dias
_____
Damon K. Dias, Esq.
601 S. 6th Street
Las Vegas, NV 89101
Attorneys for Creditors X-it at 215, LLC

Z:\Client Matters\BK CREDITORS\Riedy, Terry -- Rhodes Homes 2050-2\STIP TO CONTINUE ANSWER BY DEBTOR.wpd

**###**