# EXHIBIT
# A

# EXHIBIT
# A

AKIN GUMP
STRAUSS HAUER & FELD LLP
━━━━━━━━━ Attorneys at Law

**PHILIP C. DUBLIN**
212 872 8083/fax· 212.872.1002
pdublin@akingump.com

January 7, 2010

**VIA FIRST CLASS MAIL**

Mr. Jim Rhodes
Chief Executive Officer
Rhodes Homes Steering Committee
4730 South Fort Apache Road - Suite 300
Las Vegas, Nevada  89147

Dear Jim:

I enclose my firm's invoice for services rendered through December 31, 2009 in the amount of $138,825.49.  If you have any questions, please do not hesitate to contact me.

Sincerely,

Philip C. Dublin

PCD/cf

Enclosure

cc: Lydonn Jackson

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax. 212 872 1002 / www.akingump.com

8160695 v3

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

ATTN: JIM RHODES
RHODES HOMES STEERING COMMITTEE
CHIEF EXECUTIVE OFFICER
4730 SOUTH FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV 89147

| | |
|---|---|
| Invoice Number | 1290710 |
| Invoice Date | 01/07/10 |
| Client Number | 687317 |
| Matter Number | 0001 |

Re: RHODES HOMES

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09 :

| Date | Tkpr | | Hours |
|---|---|---|---|
| 10/27/09 | MPH | Research re enforceability of release. | 3.50 |
| 11/13/09 | EPC | Review and analysis of and prepare correspondence regarding Rhodes plan and exit financing issues; review and analysis of and comment on draft security agreement for exit facility. | 0.30 |
| 11/14/09 | EPC | Review and analysis of and prepare correspondence regarding plan and exit financing issues. | 0.20 |
| 11/23/09 | PCD | Steering cte call, finalize plan and ds, emails re same, emails re mgt | 0.90 |
| 11/23/09 | MAL | Steering committee call; revise plan and disclosure statement and related documents; coordinate filing of same. | 2.30 |
| 11/23/09 | KME | Prepare revised plan and disclosure statement for filing. | 0.90 |
| 11/24/09 | PCD | Participate in telephonic hearing, review background checks, emails re same, calls w/holders re status, prep for hearing, confer w/team re open issues, calls re mgt terms, emails re same, finalize plan, ds and related docs for filing and solicitation packages, emails re same, confer w/team re same | 3.20 |
| 11/24/09 | DJD | Conference with A. Martell and P. Dublin regarding Dunhill term sheet; review precedent for term sheet. | 1.80 |
| 11/24/09 | ASM | Drafting term sheet for management agreement, call with D. D'Urso and P. Dublin. | 3.00 |
| 11/24/09 | MAL | Prepare for and participate in telephonic disclosure statement hearing; review revised plan/ds documents; confer with P. Dublin re: open issues. | 2.60 |
| 11/24/09 | RLB | Create hearing binders | 1.20 |
| 11/24/09 | KME | Coordinate w/staff re preparation for hearing; gather plan, disclosure statement and exhibits and send and send same to Omni. | 0.90 |
| 11/25/09 | PCD | Review and comment on plan and ds, review background checks, review mgt TS | 2.80 |
| 11/25/09 | ASM | Revising management services term sheet, revising asset transfer agreement | 5.50 |
| 11/30/09 | PCD | Review draft plan letter, calls re mgt TS, emails re ds order | 1.20 |

RHODES HOMES STEERING COMMITTEE
Invoice Number: 1290710

| Date | Tkpr | | Hours |
|------|------|---|-------|
| 11/30/09 | DJD | Telephone call with committee regarding management services agreement; review and revise management services agreement; telephone call with A. Martell. | 1.60 |
| 11/30/09 | ASM | Call with committee to discuss management services term sheet, call with D. D'Urso to discuss same, revising term sheet | 2.00 |
| 11/30/09 | MAL | Revise letter in support of plan; review proposed order; coordinate with omni re: service of plan documents. | 1.40 |
| 11/30/09 | KME | Review solicitation procedures; prepare list of solicitation materials and gather same; update same; draft letter in support of plan; prepare plan, disclosure statement and solicitation procedures order for filing with Court; review solicitation package prepared by Omni management; emails w/Akin Gump team re same. | 6.20 |
| 12/01/09 | PCD | Emails re mgt, calls re same, calls re ds, review revised TS, attend to solicitation issues, confer w/ML re same | 2.20 |
| 12/01/09 | ASM | Revising management services term sheet | 0.90 |
| 12/01/09 | MAL | Confer with P. Dublin re: plan issues; review solicitation materials, plan, ds, and related documents; coordinate w/omni re: same; review cc letter in support of plan; coordinate w/chambers re: entry of order. | 7.30 |
| 12/01/09 | KME | Prepare cover letter for solicitation package; revise and edit same; review solicitation procedures and bankruptcy rules re service of solicitation materials; revise and edit solicitation materials. | 5.30 |
| 12/02/09 | PCD | Emails re solic letter comments, review same, confer w/ML re solicitation. | 0.80 |
| 12/02/09 | MAL | Review solicitation materials and coordinate with K. Eide re: same; review notice of entry of DS order and coordinate filing; confer with P. Dublin re: same; emails with S. Cho re: same. | 3.80 |
| 12/02/09 | KME | Revise and edit plan support letter from mediation parties; revise and edit notice of entry of solicitation procedures order; coordinate w/local counsel re filing of notice; review sample solicitation package received from Omni. | 3.00 |
| 12/03/09 | PCD | Emails re solicitation process, calls w/lenders re same, emails re board candidates | 0.70 |
| 12/03/09 | MAL | Revise letter in support of plan and emails re: same; review revised solicitation materials and coordinate with Omni re: same. | 1.80 |
| 12/03/09 | KME | Review plan ballots; revise and edit plan support letter and solicitation procedures. | 1.00 |
| 12/04/09 | PCD | Emails re dun hill agt status, emails re solicitation status | 0.30 |
| 12/05/09 | PCD | Call w/Dix re mgt status | 0.30 |
| 12/06/09 | PCD | Call with Dix re Dunhill agt. | 0.20 |
| 12/07/09 | PCD | Emails re mgt agt issues, review TS re same | 0.70 |
| 12/07/09 | ASM | Reviewing revised management services term sheet | 0.50 |
| 12/08/09 | PCD | Calls re mgt agt, emails re same, review Dunhill comments | 1.80 |
| 12/08/09 | DJD | Review term sheet comments from Dunhill. | 0.70 |
| 12/08/09 | ASM | Reviewing comments to management services term sheet, revising asset purchase agreement | 1.50 |
| 12/09/09 | PCD | Emails re Rhodes/dun hill TS, calls re plan docs | 0.80 |
| 12/09/09 | ASM | Revising asset transfer agreement, call with noteholders regarding management services term sheet | 3.00 |
| 12/10/09 | DJD | Review Dunhill comments to management agreement and discuss with client; conference with P. Dublin; telephone call with J. Bono. | 1.30 |
| 12/10/09 | ASM | Revising asset agreement, call with clients regarding management services agreement. | 1.70 |
| 12/11/09 | PCD | Emails re pinnacle equip, call w/Dix re status, call w/DD re call update | 0.60 |

RHODES HOMES STEERING COMMITTEE
Invoice Number: 1290710

| Date | Tkpr | | Hours |
|------|------|------|------|
| 12/11/09 | DJD | Telephone call with committee and Dunhill. | 1.30 |
| 12/14/09 | DJD | Telephone call with committee regarding management term sheet. | 1.40 |
| 12/14/09 | ASM | Call with steering committee to discuss management services term sheet | 1.00 |
| 12/15/09 | PCD | Email update to cte, calls re mgt issues, calls re golf course, emails re cash collateral, emails re pinnacle, emails re asset transfer agt | 1.30 |
| 12/15/09 | DJD | Conference with A. Martell regarding asset transfer agreement; discuss management term sheet. | 0.70 |
| 12/15/09 | ASM | Meeting with D. D'Urso, revising asset transfer agreement, reviewing revised Plan and Disclosure Statement | 5.50 |
| 12/15/09 | MAL | Various calls w/bondholders re: plan issues, golf course status, future management. | 1.10 |
| 12/16/09 | HBJ | Telephone W Lowery re holding of interest. | 0.20 |
| 12/16/09 | PCD | Emails re pinnacle, emails re cash collateral, emails re mgt, emails re board candidates, emails re cash variances | 0.40 |
| 12/16/09 | DJD | Review asset transfer agreement; telephone call with committee regarding Dunhill term sheet; conference with A. Martell. | 1.90 |
| 12/16/09 | ASM | Call with steering committee to discuss management services agreement, preparing summary of terms | 2.50 |
| 12/16/09 | MAL | Calls with bondholders re: plan issues; follow up with H. Jacobson re: same. | 0.50 |
| 12/17/09 | PCD | Emails re first lien agent, call re same, emails re dun hill TS | 0.60 |
| 12/17/09 | DJD | Draft summary proposal for Dunhill; telephone call with K. Daum. | 1.00 |
| 12/17/09 | ASM | Revising term sheet | 0.70 |
| 12/17/09 | MAL | Prepare for hearing; participate in telephonic hearing; various calls with bondholders re: plan issues. | 1.30 |
| 12/17/09 | RLB | Create hearing binder and idex for 12/17 hearing | 0.70 |
| 12/17/09 | KME | Coordinate w/staff re preparation for hearing. | 0.50 |
| 12/18/09 | HBJ | Telephone W Lowry (Aladdin) re timing and blockers; telephone D D'Urso re same. | 0.30 |
| 12/18/09 | PCD | Emails re golf course, emails re dun hill mgt TS, calls re same, emails re voting issues, calls re same | 1.70 |
| 12/18/09 | DJD | Conference with P. Dublin; review asset transfer agreement; review and revise management term sheet. | 1.20 |
| 12/18/09 | ASM | Revising management services agreement, distributing same to R. Dix and steering committee | 0.50 |
| 12/20/09 | PCD | Emails re board candidates | 0.20 |
| 12/21/09 | PCD | Group call, confer w/D'Urso re same, emails re mgt TS issues, calls w/lenders re plan questions, confer w/ML re status of plan issues, precall w/WCP, call w/Dix re TS, emails re cc, review plan docs | 2.80 |
| 12/21/09 | DJD | Review management proposal; review and respond to email correspondence regarding management proposal; telephone call with committee; telephone call with R. Dix. | 1.90 |
| 12/21/09 | ASM | Call with steering committee to discuss management term sheet | 0.70 |
| 12/21/09 | MAL | Steering Committee call; pre-call with professionals; confer with P. Dublin re: plan issues; emails with omni re: balloting process. | 2.30 |
| 12/21/09 | KME | Review plan confirmation requirements; prepare outline of confirmation brief. | 6.60 |
| 12/22/09 | PCD | Emails re mgt TS comments, calls re same, emails re tax issues, calls w/holders re same, calls re board candidates, emails re same, review materials re same, emails re cc, emails re GC financing, review GC docs | 2.40 |
| 12/22/09 | DJD | Telephone call with committee regarding management term sheet; review asset transfer agreement; revise management term sheet; telephone call with B. Chase. | 4.10 |
| 12/22/09 | ASM | Call with steering committee to discuss management term sheet. | 1.10 |

RHODES HOMES STEERING COMMITTEE
Invoice Number: 1290710

| Date | Tkpr | | Hours |
|------|------|---|-------|
| | | revising term sheet | |
| 12/22/09 | MAL | Various calls re: term sheet/ tax issues; confer with P. Dublin re: same; review confirmation brief outline. | 1.30 |
| 12/23/09 | PCD | Emails re TS comments, calls re same, calls re voting issues, calls re plan docs, review revised TS, emails re pinnacle equip, emails re asset transfer agt- | 2.80 |
| 12/23/09 | ASM | Call with D. D'Urso, reviewing asset purchase agreement | 1.00 |
| 12/28/09 | KME | Confer w/M. Lahaie re confirmation brief; begin drafting same. | 1.10 |
| 12/29/09 | PCD | Emails re mgt TS, calls re same, review docs re same, emails re voting issues, calls re golf course, confer w/ML re brief and scheduling | 2.60 |
| 12/29/09 | ASM | Call with C. Rice to discuss liquor license transfer, call with J. Fontana to discuss same | 0.50 |
| 12/29/09 | KME | Draft confirmation brief. | 4.80 |
| 12/30/09 | PCD | Emails re voting issues, confer w/ML re same | 0.30 |
| 12/30/09 | KME | Draft confirmation brief. | 8.00 |
| 12/31/09 | PCD | Calls re CS proposal, emails re same, review same | 1.20 |
| 12/31/09 | DJD | Telephone call with D. Combs; telephone call with R. Dix; review LLC blocker document. | 0.50 |
| 12/31/09 | MAL | Emails with K. Eide re: confirmation docs; emails with P. Dublin re: release issues; email with Ropes and Aray re: voting issues. | 0.70 |
| 12/31/09 | KME | Continue drafting confirmation brief. | 3.10 |

Total Hours    158.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| H B JACOBSON | 0.50 | at | $690.00 | = | $345.00 |
| M P HURLEY | 3.50 | at | $740.00 | = | $2,590.00 |
| P C DUBLIN | 32.80 | at | $725.00 | = | $23,780.00 |
| D J D'URSO | 19.40 | at | $700.00 | = | $13,580.00 |
| E P CHRISTIAN | 0.50 | at | $775.00 | = | $387.50 |
| A S MARTELL | 31.60 | at | $530.00 | = | $16,748.00 |
| M A LAHAIE | 26.40 | at | $460.00 | = | $12,144.00 |
| K M EIDE | 41.40 | at | $325.00 | = | $13,455.00 |
| R L BARLOON | 1.90 | at | $190.00 | = | $361.00 |

Current Fees                                                                                     $83,390.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Westlaw | $31.15 |
| Meetings - Registration Fees | $975.85 |
| Meals - Business | $2,193.45 |
| Professional Fees - Legal | $41,400.00 |
| Audio and Web Conference Services | $136.28 |
| Telephone - Long Distance | $24.15 |
| Travel - Airfare | $8,118.80 |
| Travel - Ground Transportation | $986.26 |
| Travel - Lodging (Hotel, Apt, Other) | $1,555.06 |
| Travel - Telephone & Fax | $13.99 |

RHODES HOMES STEERING COMMITTEE
Invoice Number: 1290710

Current Expenses                                           $55,434.99

**Total Amount of This Invoice**                           **$138,825.49**

## REMITTANCE COPY

### Return with Payment

ATTN: JIM RHODES
RHODES HOMES STEERING COMMITTEE
CHIEF EXECUTIVE OFFICER
4730 SOUTH FORT APACHE ROAD
SUITE 300
LAS VEGAS, NV 89147

| | |
|---|---|
| Invoice Number | 1290710 |
| Invoice Date | 01/07/10 |
| Client Number | 687317 |
| Matter Number | 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

### AKIN GUMP STRAUSS LB# 7247-6838
c/o Citibank Delaware Lockbox Operations
1615 Brett Road
New Castle, DE 19720

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITIBANK, NA
399 Park Avenue
New York, NY 10022

Account #: 3044-7604
ABA# 0210-0008-9
Ref: 687317/0001, Invoice No. 1290710

(For wires originating outside the US reference Swift ID# CITIUS33)

One Bryant Park / New York, NY 10036 / 212 872 1000 / fax 212 872 1002 / www.akingump.com