Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

Van C. Durrer, II, Esq. (Admitted *Pro Hac Vice*)
Ramon M. Naguiat, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

E-FILED June 15, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>■  All Debtors<br>☐  The following Debtor(s) | Case No.   BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  June 21, 2010<br>Time:  9:30 a.m.<br>Judge: Honorable Linda B. Riegle |
|---|---|

1.  On June 15, 2010, I served the following document(s) (*specify*):

    a.  **REPLY OF CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH IN SUPPORT OF MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER** [Doc. No. 1171]

---

[1] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

    b.    **DECLARATION OF KYLE ELLIOTT IN SUPPORT OF REPLY OF CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH IN SUPPORT OF MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER [Doc. No. 1172]**

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

■    a.    **ECF System where an email address is provided** (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
lvecffilings@gtlaw.com; axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; lvlitdock@gtlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
mwalters@marquisaurbach.com; dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-IT at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
Richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor IN RE KITEC FITTING LITIGATION CLASS PLAINTIFFS
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN and SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
rjean@lionelsawyer.com; smyers@lionelsawyer.com; gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com;

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, cdossier@swlaw.com, lvdocket@mindspring.com, vcampbell@swlaw.com, nbaig@swlaw.com

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

BART K. LARSEN on behalf of Creditor REEF COLONIAL, LLC
blarsen@lawrsen.com; jierien@lawrosen.com; msoderquist@lawrosen.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com; susans@lslawnvcom; laurar@lslawnv.com

NILE LEATHAM and TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com; tthomas@klnevada.com; ckishi@klnevada.com; dhoule@klnevada.com; bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA – INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, western.taxcivil@usdoj.gov

JANIECE S. MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. McDONALD on behalf of U.S. Trustee - LV-11
Edward.m.mcdonald@usdoj.gov

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC
olster@lbbslaw.com; gjovig@lbbslaw.com; gwhited@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, aguitierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN & BATH, LLC
donaldhwilliamslaw@gmail.com; taylorsellers@gmail.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

**Notice will not be electronically mailed to:**

*See attached "Special Notice Service List"*

■   b.   **United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Service List."**

___   c.   Personal Service *(List persons and address. Attach additional pages if necessary)*

___   d.   By direct email (as opposed to through the ECF System) *(List persons and email addresses. Attach additional pages if necessary)*

///

///

///

3

_____ e. By fax transmission *(List persons and fax numbers. Attach additional pages if necessary)*

_____ f. By messenger *(List persons and address. Attach additional pages if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 15th day of June, 2010.

_____
An employee of SYLVESTER & POLEDNAK, LTD.

## SERVICE LIST

*(Recipients to receive documents by U.S. Mail in addition to electronic service via the CM/ECF system)*

| | |
|---|---|
| Shirley S. Cho, Esq.<br>PACHULSKI STANG ZIEHL JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067<br>*Counsel for Debtor The Rhodes Companies, LLC, aka "Rhodes Homes" et al.* | Rew R. Goodenow, Esq.<br>Karl Y. Olseon, Esq.<br>PARSONS BEHLE & LATIMER<br>50 W. Liberty Street, Suite 750<br>Reno, NV 89501<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Nile Leatham, Esq.<br>Timothy P. Thomas, Esq.<br>KOLESAR & LEATHAM<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>*Counsel for Creditor Steering Committee of Senior Secured Lenders* | Zachariah Larson<br>LARSON & STEPHENS<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, NV 89101<br>*Counsel for Debtor Apache Framing, LLC* |
| Office of the U.S. Trustee<br>Attn: Edward M. McDonald<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, NV 89101 | |

## SPECIAL NOTICE SERVICE LIST

| | |
|---|---|
| J. Thomas Beckett<br>PARSONS BEHLE & LATIMER<br>201 S. Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>On behalf of Creditor Creditors Committee | Janice J. Brown<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>400 S. Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>On behalf of Creditor Harsch Investment Properties - Nevada, LLC |
| Don S. Deamicis<br>1 International Pl.<br>Boston, MA 02210<br>On behalf of Creditor Wells Fargo Bank, N.A. | Ira Dizengoff<br>Christine D. Doniak<br>Phillip Dublin, Esq.<br>Abid Qureshi<br>Elizabeth Raskin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>On behalf of Creditor Steering Committee of the 1st Lien Lenders |
| Palacek<br>P.O. Box 225<br>Richmond, CA 94804 | Marvin C. Ruth<br>Lewis and Roca LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>On behalf of Creditor Cemex Construction Materials South, LLC |
| James I. Stang<br>10100 Santa Monica Blvd., #1100<br>Los Angeles, Ca 90067<br>On behalf of Debtor The Rhodes Companies, LLC | Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373 |