James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: June 17, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

    Debtors.

Affects:

☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

HEARING
DATE:    June 21, 2010
TIME:    9:30 a.m.
PLACE:    Courtroom 1

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:219276.1

## STATUS AND AGENDA FOR JUNE 21, 2010 HEARING

## AT 9:30 A.M.

1.  *Motion to Clarify Order* [Rhodes Docket No. 1099]

    Related Filings:

    A.  *Notice of Hearing* [Rhodes Docket No. 1116]

    **STATUS**: The parties have reached agreement on the form of a consensual order for which they will seek approval at the hearing.

2.  *Motion for Relief from* **Stay** *Re: Insurance Proceeds from Gemini Insurance Co. and State of Pennsylvania Insurance* **[Rhodes Docket No. 1106]**

    Related Filings:

    A.  *Certificate of Service* for Docket No. 1106 [Rhodes Docket No. 1108]

    B.  *Stipulation By X-It at 215, LLC and Between Debtor and X-IT at 215, LLC To Allow Debtor More Time to Respond* [Rhodes Docket No. 1159]

    C.  *Notice of Hearing* [Rhodes Docket No. 1160]

    D.  *Stipulation To Allow Debtor More Time To Respond To Motion For Relief From The Automatic Stay* Filed By X-IT AT 215, LLC [Rhodes Docket No. 1170]

    **STATUS**: The parties have reached agreement on the form of a consensual order for which they will seek approval at the hearing.

3.  *Shane Smith Virginia Springall-Smith Motion for Relief from Stay* [Rhodes Docket No. 1089]

    Related Filings:

    A.  *Notice of Hearing* [Rhodes Docket No. 1090]

    B.  *Certificate of Service* for Docket Entries 1089 and 1090 [Rhodes Docket No. 1091]

    C.  *Amended Notice of Hearing* [Rhodes Docket No. 1095]

    D.  *Certificate of Service* for Docket Entry 1089 [Rhodes Docket No. 1096]

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

E.  *Opposition* Filed by Zachariah Larson on behalf of The Rhodes Companies, LLC [Rhodes Docket No. 1112]

F.  *Reply* with Certificate of Service [Rhodes Docket No. 1115]

G.  *Order Granting Corrected Motion For Relief From Stay* [Rhodes Docket No. 1169]

**STATUS**:  The Court has previously entered the consensual order resolving this motion [Docket No. 1169].

4.  ***Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order*** [Rhodes Docket No. 1143]

Related Filings:

A.  *Declaration Of: Van C. Durrer, II* [Rhodes Docket No. 1144]

B.  *Notice of Hearing* [Rhodes Docket No. 1145]

C.  *Certificate of Service* for Docket Entries 1143 and 1145 [Rhodes Docket No. 1148]

D.  *Objection to Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1164]

E.  *Certificate of Service* for Docket Entry 1164 [Rhodes Docket No. 1165]

F.  *Reply of Credit Suisse AG, Cayman Islands Branch in Support of Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1171]

G.  *Declaration Of: Kyle Elliott in Support of Reply of Credit Suisse AG, Cayman Islands Branch in Support of Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1172]

H.  *Certificate of Service* for Docket Entries Nos. 1171 and 1172 [Rhodes Docket No. 1173]

**STATUS**:  This matter is contested.  This matter will be going forward.

5.  ***Application of Reorganized Debtors for Order Approving Stipulation Re Quitclaiming Certain Arizona Assets to Clarify Title; Declaration of Paul D. Huygens in Support Thereof*** [Rhodes Docket No. 1124]

Related Filings:

A.  *Notice of Hearing* [Rhodes Docket No. 1125]

73203-035\DOCS_LA:219276.1                    3

B. Notice *of Errata Re Exhibit 1 to the Motion of Reorganized Debtors for Order Approving Stipulation Re Quitclaiming Certain Arizona Assets to Clarify Title [Docket No. 1124]* [Rhodes Docket No. 1128]

C. *Certificate of Service* for Docket Entries 1124 and 1125 [Rhodes Docket No. 1130]

D. *Certificate of Service* for Docket Entry 1128 [Rhodes Docket No. 1131]

E. *Notice of Lodging of Appraisal Re Motion of Reorganized Debtors for Order Approving Stipulation Re Quitclaiming Certain Arizona Assets to Clarify Title* [Rhodes Docket No. 1167]

**STATUS**: No responses have been received. This matter will be going forward.

6. ***Final Application of Parsons Behle & Latimer as Counsel to the Unsecured Creditors Committee*** [Rhodes Docket No. 1132]

Related Filings:

A. *Notice of Hearing* [Rhodes Docket No. 1137]

B. *Amended Notice of Hearing* [Rhodes Docket No. 1138]

C. *Certificate of Service* for Docket Entry No. 1138 [Rhodes Docket No. 1140]

D. *Certificate of Service* for Docket Entry No. 1132 [Rhodes Docket No. 1141]

**STATUS**: No responses have been received. This matter will be going forward.

7. ***Fourth Interim Application of Larson & Stephens for Compensation*** [Rhodes Docket No. 1135]

Related Filings:

A. *Notice of Hearing* [Rhodes Docket No. 1137]

B. *Amended Notice of Hearing* [Rhodes Docket No. 1138]

C. *Certificate of Service* for Docket Entry No. 1138 [Rhodes Docket No. 1140]

D. *Certificate of Service* for Docket Entry 1135 [Rhodes Docket No. 1142]

**STATUS**: No responses have been received. This matter will be going forward.

8. ***Fourth and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation*** [Rhodes Docket No. 1136]

Related Filings:

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

  A. *Notice of Hearing* for Docket Entry 1136 [Rhodes Docket No. 1137]

  B. *Amended Notice of Hearing* [Rhodes Docket No. 1138]

  C. *Certificate of Service* for Docket Entry No. 1138 [Rhodes Docket No. 1140]

  D. *Certificate of Service* for Docket Entry 1136 [Rhodes Docket No. 1142]

**STATUS**:  No responses have been received.  This matter will be going forward.

**9.** *Final Application for Compensation of Acceleron Group Advisors for Allowance and Payment of Compensation and Reimbursement of Expenses as Market Research Consultants to the Debtors and Debtors in Possession for the Period March 31, 2009 through March 31, 2010* [Rhodes Docket No. 1100]

Related Filings:

  A. *Notice of Hearing* [Rhodes Docket No. 1101]

  B. *Certificate of Service* for Docket Entries 1100 and 1101 [Rhodes Docket No. 1111]

**STATUS**:  No responses have been received.  This matter will be going forward.

**10**. *Order Shortening Time To Hear Reorganized Debtors' Objection To James Rhodes' Proof Of Claim No. 814-33 And Notice Of Amendment of Schedules Of Assets And Liabilities (Related document(s) 1150 )* [Rhodes Docket No. 1157]

Related Filings:

  A. *Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1149]

  B. *Ex Parte Motion for Order Shortening Time re: Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1150]

  C. *Affidavit Of: Nile Leatham in Support of Ex-Parte Motion for Order Shortening Time re: Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1151]

  D. *Attorney Information* Sheet *for Order Shortening Time re: Reorganized Debtors' Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1152]

  E. *Certificate of Service* for Docket Entries Nos. 1149, 1150, 1151 and 1152 [Rhodes

Docket No. 1153]

**STATUS**:  This matter will be going forward.

Dated:    June 17, 2010                    LARSON & STEPHENS

  */s/Zachariah Larson*
    Zachariah Larson, Esq. (NV Bar No. 7787)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, Nevada  89101

           –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Reorganized Debtors

73203-035\DOCS_LA:219276.1                 6