# EXHIBIT 2

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Business Entity Search | Login (File Annual Lists) | Login (Data Reports)

# GREENWAY PARTNERS, LLC

[ New Search ]    [ Printer Friendly ]    [ Calculate List Fees ]

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default | File Date: | 1/11/2006 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0013422006-5 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2010 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20061408159 | Business License Exp: | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | JAMES G COYNE | Address 1: | 3230 POLARIS AVE #11 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89102 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

View all business entities under this registered agent

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers                                                              ☐ Include Inactive Officers

**Manager - FREDERICK E CHIN**

| | | | |
|---|---|---|---|
| Address 1: | 3230 POLARIS AVE #11 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89102 | Country: | |
| Status: | Active | Email: | |

**Manager - JAMES G COYNE**

| | | | |
|---|---|---|---|
| Address 1: | 3230 POLARIS AVE #11 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89102 | Country: | |
| Status: | Active | Email: | |

| Actions\Amendments |
| --- |
| Click here to view 8 actions\amendments associated with this company |

Important Notice: Entities with a May 2010 annual list due date whose lists were received by May 31, but have not yet been processed due to processing backlog, may show as in "Default" in the Business Entity Search until all May filings are processed. We expect completion of these filings by June 18th

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=vC3gxUZ1RFd7qC6G7was3w...    6/17/2010