# EXHIBIT 3

Page 1

1                    RICHARD B. DIX
2           UNITED STATES BANKRUPTCY COURT
3                  DISTRICT OF NEVADA
4

                                          )
5                                         )
                                          )
6    In re:                               )
     THE RHODES COMPANIES, LLC,           )
7    aka "Rhodes Homes," et al.,          )  Case No.:
                                          )  BK-S-09-14814-LBR
8    _____  )
                                          )  Chapter 11
9    AFFECTS:                             )
                                          )
10   All Debtors                          )
                                          )
11   _____  )
12
13
14
15              DEPOSITION OF RICHARD B. DIX
16                   LAS VEGAS, NEVADA
17                THURSDAY, JULY 16, 2009
18
19
20
21
22
     REPORTED BY:  JANET C. TRIMMER, RPR, CRR
23             NV CCR No. 864, CA CSR No. 4008
24
25

## Page 66

1  RICHARD B. DIX
2  BY MR. KORNFELD:
3     Q. So you haven't seen him do anything
4  fraudulent; correct?
5     A. I have not physically seen him do anything
6  fraudulent.
7     Q. Have you seen any documents that would
8  indicate to you that he has done anything fraudulent?
9     MR. QURESHI: Object to form.
10    THE WITNESS: For example, the document
11 that's attached here in exhibit A that you referred to
12 implied that Mr. Rhodes has behaved in a fraudulent
13 manner in numerous cases.
14    Again, our firm has not been hired to
15 determine or uncover those type of activities. So I'm
16 not in a position to say whether he has or has not
17 behaved in a fraudulent manner.
18 BY MR. KORNFELD:
19    Q. That wasn't my question, sir. My question
20 is -- try to listen to it and just answer my question.
21 We'll get done sooner, I promise.
22    A. All right, sir.
23    Q. Here's the question again:
24    Have you seen any documents that would
25 indicate to you that Mr. Rhodes has done anything

TSG Reporting - Worldwide   (877) 702-9580

## Page 67

1  RICHARD B. DIX
2  fraudulent?
3     MR. QURESHI: Object to the form.
4     THE WITNESS: I personally have not seen any
5  documents, again excluding the exhibit that's attached
6  herein. I have not had -- been privy to any legal
7  counsel's interpretation of documents as in the Main
8  report and others that would interpret one way or
9  another, but I have personally not reviewed anything
10 to date that I would interpret again -- I'm not sure
11 that I'm qualified to interpret fraudulent or
12 non-fraudulent, but behavior by Mr. Rhodes.
13 BY MR. KORNFELD:
14    Q. Again, my question is simple, and if you can
15 give a yes-or-no answer I can move on.
16    Have you personally seen any documents other
17 than exhibit A to the trustee motion that would
18 indicate to you Mr. Rhodes has engaged in fraudulent
19 activity?
20    MR. QURESHI: Objection. Asked and answered.
21    THE WITNESS: The Main report indicates that
22 Mr. Rhodes was allocating time between creditor --
23 excuse me -- debtor inside the credit facility and
24 outside the credit facility and at the -- prior to
25 bankruptcy Mr. Rhodes elected to pay the noncreditor

TSG Reporting - Worldwide   (877) 702-9580

## Page 68

1  RICHARD B. DIX
2  entities approximately $1 million, and that was days
3  before the company elected to file bankruptcy, based
4  on a report that was completed some time before.
5     So those type -- that would be an example
6  that, again, it will have to be interpreted whether
7  that's fraudulent or whatever action that may be
8  interpreted as. But that would be one item that would
9  at least, I think, raise some question of a document
10 that I have physically seen.
11    I'm trying to think of any other specific
12 documents that I have seen. That's what comes to mind
13 at this point in time, Alan.
14 BY MR. KORNFELD:
15    Q. Other than exhibit A to the trustee motion,
16 which is the Alix report --
17    A. Uh-huh.
18    Q. -- and the Main Amundson report that you
19 referred to, have you seen any documents that would
20 indicate to you that Mr. Rhodes engaged in fraudulent
21 activity?
22    MR. QURESHI: Objection.
23    THE WITNESS: Specific to documents, I don't
24 recall any that I have seen.
25

TSG Reporting - Worldwide   (877) 702-9580

## Page 69

1  RICHARD B. DIX
2  BY MR. KORNFELD:
3     Q. Has anybody told you that Mr. Rhodes engaged
4  in fraudulent activity?
5     MR. QURESHI: Object to form.
6     And Richard, in answering the question you
7  need to be careful not to reveal any privileged
8  communications you may have had with counsel, with
9  Akin Gump, with counsel for the first lien steering
10 committee. If you are at all uncertain as to whether
11 your answer will potentially reveal a privileged
12 communication, let's take a break and talk about it.
13    MR. KORNFELD: I'm not sure whether a
14 yes-or-no answer to that question, if we can get a
15 yes-or-no answer to that question would indicate
16 privileged information.
17    MR. QURESHI: Question read back, please.
18    MR. KORNFELD: The question is, "Has anybody
19 told you that Mr. Rhodes engaged in fraudulent
20 activity?"
21    And I'm going to respect the privilege. I'm
22 not disputing the privilege between a constituent
23 group in a case and an FA, but I am, I believe,
24 entitled to a yes or no on that even if the yes or no
25 concludes conversations with counsel. And if a

TSG Reporting - Worldwide   (877) 702-9580

## Page 78

RICHARD B. DIX

1  that absolutely. Have they specifically used the word
2  "fraud" or not, I don't recall.
3  BY MR. KORNFELD:
4  Q. Who used the word "thief" with reference to
5  Mr. Rhodes?
6  A. Again, I am referring to the meaning or the
7  implication, not the specific word.
8  Q. Has anybody in your presence used the word
9  "thief" with reference to Mr. Rhodes?
10  A. So as I have stated, the specific words that
11  individuals used to describe Mr. Rhodes's activities
12  or their interpretation of Mr. Rhodes's activities, I
13  don't recall whether they've used the word "fraud,"
14  "thief," "stealing," "mismanagement." The list I'm
15  sure can go on and on in terms of adjectives that one
16  would describe fraudulent activity. So that's my
17  answer and will continue to be my answer.
18  Q. As you sit here today, you don't recall a
19  single person who used the word "thief" with reference
20  to Mr. Rhodes?
21  MR. QURESHI: Object to form.
22  THE WITNESS: Again, Alan, these stories or
23  these allegations, claims from both -- many of which
24  are past employees, again, people who are in the

TSG Reporting - Worldwide   (877) 702-9580

## Page 79

RICHARD B. DIX

1  marketplace, the specific word they used to describe
2  Mr. Rhodes's activities, they take on many different
3  forms.
4  So I don't -- unfortunately, I didn't have a
5  recorder with me or a court recorder to use the exact
6  words that they used. But again, the comments, as
7  it's even reflected in exhibit A, we've heard
8  countless claims and stories to that effect from a
9  variety of people in and out of the organization.
10  MR. QURESHI: Alan, can we take a break?
11  MR. KORNFELD: Yes, we can.
12  (A recess was taken.)
13  MR. QURESHI: Before you start, Alan, now
14  that we're on the record, during the break, Richard
15  had an opportunity to look at his engagement letter.
16  And having looked at the language -- and we didn't
17  have a hard copy, we actually looked at it on a
18  BlackBerry. But he did have an opportunity to look at
19  the relevant provision concerning the emergent
20  bonus --
21  THE WITNESS: Completion bonus.
22  MR. QURESHI: And as a result of looking at
23  it, he needs to clarify his prior testimony.
24  MR. KORNFELD: Before he does that, since

TSG Reporting - Worldwide   (877) 702-9580

## Page 80

RICHARD B. DIX

1  he's looked at something that I haven't now, why don't
2  we do this. Why don't we e-mail to Brett a copy of
3  that whatever was on the BlackBerry. She can print it
4  out, make copies for everybody, and then we can all
5  have it in front of us.
6  MR. QURESHI: A wonderful suggestion.
7  MR. KORNFELD: So let's wait two minutes and
8  do that -- why don't we do this: Why don't we proceed
9  with another line of questioning, and then we'll take
10  a break and we'll go back to the engagement letter and
11  go through that again.
12  MR. QURESHI: Perfect.
13  BY MR. KORNFELD:
14  Q. Mr. Dix, do you recall a single person who
15  used the word "thief" with reference to Mr. Rhodes?
16  MR. QURESHI: Objection.
17  You can answer.
18  THE WITNESS: I do not recall anyone
19  specifically using that word.
20  BY MR. KORNFELD:
21  Q. Do you recall a single person who used the
22  word "fraud" or the word "fraudulent" to describe
23  Mr. Rhodes's conduct?
24  MR. QURESHI: Object to the form.

TSG Reporting - Worldwide   (877) 702-9580

## Page 81

RICHARD B. DIX

1  You can answer.
2  THE WITNESS: We've heard lots of stories,
3  Alan, and so my -- I do not recall them using that
4  specific word. But again, we've heard lots of
5  stories, so...
6  BY MR. KORNFELD:
7  Q. Do you recall a single person who used the
8  word "stealing" to describe any acts committed by
9  Mr. Rhodes?
10  MR. QURESHI: Object to form.
11  You can answer.
12  THE WITNESS: Again, the interpretation of
13  the word can have many meanings, but I don't recall
14  specifically the word "stealing" or a conversation
15  specifically with the word "stealing."
16  BY MR. KORNFELD:
17  Q. Have you witnessed any potentially criminal
18  activity, to use the phrase in the trustee's -- the
19  trustee motion at paragraph 8, by Mr. Rhodes?
20  MR. QURESHI: Object to the form, and calls
21  for a legal conclusion.
22  THE WITNESS: We've not been, I've not been
23  privy to shadow Mr. Rhodes in all of his activities,
24  so I do not recall any time seeing Mr. Rhodes create

TSG Reporting - Worldwide   (877) 702-9580

## Page 82

RICHARD B. DIX

a -- what was the word? Did you use the word --

BY MR. KORNFELD:

Q. Criminal activity.

A. Criminal activity. I have not had an opportunity to shadow him.

Q. Did anybody tell you that Mr. Rhodes has committed a criminal act?

MR. QURESHI: Object to form.

THE WITNESS: Again, I'm not an attorney, so interpreting someone's, whether it's criminal activity or not, I'm not in a position to comment. People have told me many, many stories about Mr. Rhodes; they take many forms, they use a variety of words to describe them. What your interpretation of "criminal" or the court's or someone else, I'm not in a position to comment, but I don't recall anyone specifically using the word "criminal," and unfortunately, I don't recall every conversation and every word used in those conversations.

BY MR. KORNFELD:

Q. To be clear, as you sit here today, did anybody use the word "criminal" to describe any act by Mr. Rhodes?

MR. QURESHI: Object to form.

TSG Reporting - Worldwide   (877) 702-9580

## Page 83

RICHARD B. DIX

THE WITNESS: I don't recall.

BY MR. KORNFELD:

Q. Did anybody use the word "criminal" in a conversation with you to describe any act by Mr. Rhodes?

A. That specific word, I don't recall.

Q. When I asked you if you had heard of potential fraudulent activity by Mr. Rhodes, you referenced three sets of facts. One was Harmony home building. Do you recall that testimony?

A. I do.

Q. One was the rent for John Rhodes' house. Do you recall that testimony?

A. It was actually the company's house, but yes, I do.

Q. The rent for the house that was paid to John Rhodes; right?

A. Correct.

Q. So that's the second set of acts.

Number 3 set of acts of potentially fraudulent activity was, according to you, mismanagement of accounting processes. Do you recall that testimony?

A. I do.

TSG Reporting - Worldwide   (877) 702-9580

## Page 84

RICHARD B. DIX

Q. Are there any other set of acts that to you constitute potentially fraudulent activity by Mr. Rhodes?

A. If you would like, I can go through and read all the things that are stated in this exhibit A that make claims to Mr. Rhodes's activities.

Unfortunately, we've not had the opportunity to shadow Mr. Rhodes and all his activity. We're here as a financial advisor. We are not here as forensic accountants. We are not here to do investigative work on whether Mr. Rhodes has had criminal activity or not, taken criminal activity.

So have I heard, have I read, have I heard countless stories of actions that one might interpret? Maybe. But the question is very difficult for me to answer in this context.

So have I heard, read, yes, absolutely.

Q. What other sets of acts that you have heard of or read about constitute potentially fraudulent activity by Mr. Rhodes?

MR. QURESHI: Object to form on that one. Clearly calls for a legal conclusion.

You can answer.

THE WITNESS: I assume you are referring to

TSG Reporting - Worldwide   (877) 702-9580

## Page 85

RICHARD B. DIX

beyond exhibit A and the Main report and --

BY MR. KORNFELD:

Q. Believe me, we are going to get to exhibit A.

A. Okay.

Q. And we're going to at this point, based on your testimony, spend a significant amount of time --

A. Wonderful.

Q. -- about exhibit A.

A. Great.

Q. But I'm asking, have you or WCP observed, read documents, heard about potentially fraudulent conduct by Mr. Rhodes other than what's in exhibit A and the Main Amundson report?

MR. QURESHI: Object to form.

THE WITNESS: Sitting here today, Alan, I don't recall every story that I have been told or heard about Mr. Rhodes.

BY MR. KORNFELD:

Q. Other than what's in exhibit A and the Main Amundson report, have you heard any stories that would lead you to believe that Mr. Rhodes has done anything wrong?

MR. QURESHI: Object to form.

THE WITNESS: Let me sit back and think of

TSG Reporting - Worldwide   (877) 702-9580

Page 94

RICHARD B. DIX

We have not been able to evaluate the reconciliation between the companies, meaning the noncreditor and creditor companies. So we have not been able to do an in-depth investigation; however, the work, from our knowledge, did take place.

Q. You haven't investigated whether there was a proper reconciliation between the in-credit and out-of-credit companies with respect to that work, have you?

A. We have not, no, sir. And we have not -- the 2008 audit was not completed by the third party auditing firm, Deloitte & Touche. So we have not been able to review the audit for that period -- for the 2008 period as well. So we have no audited financial statements as well for the 2008 period. So there is nothing for us to really -- there has been no other information provided.

Q. So you do not know whether there was a proper reconciliation between the --

A. We do not. I do not.

Q. Let me finish.

A. Okay.

Q. I'll try again.

A. Good.

TSG Reporting - Worldwide (877) 702-9580

Page 95

RICHARD B. DIX

Q. I like praise. Okay.

So you do not know whether there was a proper reconciliation between the in-credit and out-of-credit companies with respect to the Pravada grading issue, do you?

A. That is correct.

Q. Since April 1, have the debtors made any cash payments to nondebtor entities that WCP views as being inappropriate?

A. I can't comment on that, because there's one of our accountants on staff actually reviews that. So that's something that I can't comment on. But I'm not aware of -- so I can just finish here, Alan, before you get to the question and ask it to me again. That I'm personally not aware of any payments to any of those entities.

Q. Has the accountant who reviews payments told you that the debtors have made inappropriate cash payments to nondebtor entities since April 1?

A. No, they have not.

Q. Have the debtors made any inappropriate payments whatsoever, to your knowledge, since April 1?

A. Not to my knowledge.

Q. Has your accountant told you that the debtors

TSG Reporting - Worldwide (877) 702-9580

Page 96

RICHARD B. DIX

have made inappropriate payments since April 1?

A. Not that I'm aware of.

Q. And you would expect that if the debtors were making inappropriate payments to anybody, the accountant that works for you would have told you that; correct?

A. Based on their limited visibility, I guess, if they knew of it, they would tell me.

Q. Really fast, wouldn't they?

A. You would hope, yes.

Q. In fact, all of us in this room would have heard about any such inappropriate payments if you or anybody else at WCP knew about them; correct?

A. That is correct.

Q. Have you seen anything that would indicate to you that Mr. Schramm has done anything dishonest?

A. Not anything that I recall.

Q. Has your accountant, who has been basically living at Rhodes, told you that Mr. Schramm has done anything dishonest?

MR. QURESHI: Object to the form.

THE WITNESS: Not that I recall.

BY MR. KORNFELD:

Q. Has anybody told you that Mr. Schramm has

TSG Reporting - Worldwide (877) 702-9580

Page 97

RICHARD B. DIX

done anything dishonest?

A. Not that I recall.

Q. You reference the Alix report, which is exhibit A to the trustee motion. Let's turn to that.

Sir, my copy of the Alix report is not signed by any AlixPartners who drafted the report. Does your copy have a signature block on it?

MR. QURESHI: That would be the same copy you gave him?

MR. KORNFELD: Yes.

THE WITNESS: No, it does not.

BY MR. KORNFELD:

Q. Do you know which of the AlixPartners were the authors of exhibit A to the trustee motion?

A. I do not.

Q. Have you ever heard anybody mention the name of who the authors of this report that is exhibit A to the trustee motion were?

A. Not that I recall.

MR. QURESHI: Could we go off the record for just 10 seconds?

MR. KORNFELD: Sure.

(Discussion off the record.)

MR. KORNFELD: Let's go on the record.

TSG Reporting - Worldwide (877) 702-9580