BRETT A. AXELROD (SBN 5859)
ANNE LORADITCH (SBN 8164)
MICAELA RUSTIA (SBN 9676)
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       aloraditch@foxrothschild.com
       mrustia@foxrothschild.com
*Counsel for James M. Rhodes*

Electronically Filed June 17, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,** | Case No. BK-S-09-14814-LBR (Jointly Administered) |
| **Reorganized Debtors.**[1] | ERRATA TO (1) OPPOSITION TO REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' PROOF OF CLAIM NO. 814-33 AND NOTICE OF AMENDMENT OF SCHEDULES OF ASSETS AND LIABILITIES; AND (2) DECLARATION OF JAMES M. RHODES IN SUPPORT OF THE OPPOSITION TO REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' PROOF OF CLAIM NO. 814-33 AND NOTICE OF AMENDMENT OF SCHEDULES OF ASSETS AND LIABILITIES |
| ☒ Affects all Debtors ☐ Affects the following Debtors | |
| | Hearing Date:  June 21, 2010<br>Hearing Time:  9:30 a.m.<br>Place:         Courtroom 1 |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes ranch Golf and Country Club (9730); Tuscany Acquisitions, (footnote continued)

VG1 42750v1 06/17/10                1

1   James M. Rhodes ("Rhodes"), by and through his undersigned counsel, hereby submits this errata to the Opposition to the Reorganized Debtors' Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities [Docket No. 1176] (the "Opposition") and the Declaration of James M. Rhodes in support of the Opposition [Docket No. 1177] (the "Rhodes Declaration") filed on this date. The Opposition and Rhodes Declaration erroneously indicated that a true and correct copy of the Main Amundson Report (as defined in the Opposition) was attached in its entirety as Exhibit 1 to the Rhodes Declaration. In fact, for ease of review and for the convenience of the Court and parties in interest, true and correct copies of only the pertinent pages of the Main Amundson Report were attached as Exhibit 1 to the Rhodes Declaration.

DATED this 17th day of June 2010.

**FOX ROTHSCHILD LLP**

By   *s/ Anne M. Loraditch*
    BRETT A. AXELROD (SBN 5859)
    ANNE M. LORADITCH (SBN 8164)
    MICAELA RUSTIA (SBN 9676)
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
    Telephone: (702) 262-6899

*Counsel for James M. Rhodes*

---

LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20, LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribe Holdings, LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo, Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Gold Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

VG1 42750v1 06/17/10                              2