UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | |

NOTICE OF WITHDRAWAL PROOF OF CLAIM NO. 92

BUILDER MT, LLC, hereby withdraws its proof of claim, designated as Claim No. 92 filed in the above-captioned case, in the amount of $2,438.35.

Dated: 6 - 17 , 2010

_____
(signature)
By: Tom W. Gebes (print name)
Its: President (title)