**Entered on Docket**
**July 01, 2010**

_____
          **Hon. Linda B. Riegle**
      **United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br>          Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | **ORDER APPROVING FOURTH INTERIM AND FINAL FEE APPLICATION OF PARSONS BEHLE & LATIMER SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** |

      Upon consideration of the _Fourth Interim and Final Fee Application of Parsons Behle &_

_Latimer Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses_

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

PARSONS
BEHLE &
LATIMER

4843-5885-9526.1

1    [Docket No. 1132] (the "Fourth Interim and Final Application"), filed by Parsons Behle &

2    Latimer ("Parsons Behle" or the "Firm"), and good cause appearing,

3    **IT IS HEREBY ORDERED:**

4    1.    The Application is granted.

5    2.    The Court allows, on an interim basis, Parsons Behle the sum of $28,316.29,

6    inclusive of all fees and expenses for the period from January 1, 2010 through April 1, 2010,

7    consisting of $25,148.02 of fees and $3,168.27 of expenses as reasonable compensation for actual

8    and necessary services rendered by Parsons Behle;

9    3.    The Court allows, on a final basis, Parsons Behle the sum of $184,676.34,

10   inclusive of fees and expenses for the period from May 26, 2009 through April 1, 2010; and

11   4.    The Debtors are hereby authorized and directed to pay to Parsons Behle the unpaid

12   balance of such allowed fees and expenses for its Fourth Interim and Final Application.

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27

28

PARSONS
BEHLE &
LATIMER

1   DATED this 29th day of June, 2010.

2   Submitted by:

3   *J. Thomas Beckett*

4   PARSONS BEHLE & LATIMER
    Attorneys for the Unsecured Creditors Committee
5   J. Thomas Beckett, Esq. (UT Bar 5587)
    *Admitted Pro Hac Vice, Docket No. 224*
6   David P. Billings, Utah Bar #11510
    *Admitted Pro Hac Vice, Docket No. 225*
7   One Utah Center
    201 South Main Street, Suite 1800
8   Salt Lake City, UT  84111
9   (801) 536-6700
    tbeckett@parsonsbehle.com
10  dbillings@parsonsbehle.com

11  Rew R. Goodenow, Bar 3722
12  PARSONS BEHLE & LATIMER
    50 West Liberty Street, Suite 750
13  Reno,  NV  89501
    (775) 323-1601
14  rgoodenow@parsonsbehle.com

15  *Counsel to the Official Committee, Docket #380*

16

17

18

19

20

21

22

23

24

25

26

27

28

PARSONS
BEHLE &
LATIMER

4843-5885-9526.1                          - 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

   \_\_\_    The court has waived the requirement of approval under LR 9021.

   \_\_\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   _X_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Edward McDonald<br>Office of the U.S. Trustee<br>Email:  augie.landis@usdoj.gov | 06/29/10 |

   \_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

//

//

//

//

//

//

DATED this 29th day of June, 2010.

Submitted by:

By: *J. Thomas Beckett*

PARSONS BEHLE & LATIMER
Attorneys for the Unsecured Creditors Committee
J. Thomas Beckett, Esq. (UT Bar 5587)
*Admitted Pro Hac Vice, Docket No. 224*
David P. Billings, Utah Bar #11510
*Admitted Pro Hac Vice, Docket No. 225*
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonsbehle.com

Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno,  NV  89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Counsel to the Official Committee, Docket #380*

PARSONS
BEHLE &
LATIMER

4843-5885-9526.1