James I. Stang, Esq. (CA Bar No. 94435)                     E-File:  July 13, 2010
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702.382.1170
Facsimile:  702.382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

*LARSON & STEPHENS*
*810 S. Casino Center Blvd., Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 382-1170   Fax: (702) 382-1169*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                          Case No.: BK-S-09-14814-LBR
                                                (Jointly Administered)
THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]                      Chapter 11

                    Debtors.

Affects:
☒    All Debtors
☐    Affects the following Debtor(s)

---

[1]  The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:222368.1

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1.  On the 8th day of July 2010, I served the following document(s):

    a. **NOTICE OF ENTRY OF ORDER GRANTING MOTION OF REORGANIZED DEBTORS FOR ORDER APPROVING STIPULATION RE QUITCLAIMING CERTAIN ARIZONA ASSETS TO CLARIFY TITLE [RE DOCKET NO. 1124] [DOCKET NO. 1192]**

2.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ■    a.      **United States mail, postage fully prepaid**
             *(List persons and addresses.  Attach additional paper if necessary)*

3.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ☐    a.      **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): July 12, 2010

Sophia L. Lee
(Name of Declarant)                                    (Signature of Declarant)

---

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

MAILING LIST

Mohave County Recorder
1305 Hancock Rd.
Bullhead City, AZ  86442

Cindy Ferrin, Manager
State of Arizona
Dept. of Real Estate
2910 North 44th St., Ste. 100
Phoenix, AZ  85018

**<u>Counsel to Bidder</u>**
Charles D. Hopper, Esq.
Lynch Hopper & Salzano LLP
725 South 6th Street
Las Vegas, NV  89101

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169