| | |
|---|---|
| 1 | James I. Stang, Esq. (CA Bar No. 94435) |
| 2 | Shirley S. Cho, Esq. (CA Bar No. 192616) |
|   | Werner Disse, Esq. (CA Bar No. 143458) |
| 3 | Pachulski Stang Ziehl & Jones LLP |
|   | 10100 Santa Monica Blvd., 11th Floor |
| 4 | Los Angeles, California 90067-4100 |
|   | Telephone: 310/277-6910 |
| 5 | Facsimile:  310/201-0760 |
| 6 | Email: jstang@pszjlaw.com |
|   |        scho@pszjlaw.com |
| 7 |        wdisse@pszjlaw.com |

E-File: July 13, 2010

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]

Debtors.

Affects:
☒  All Debtors
☐  Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:222369.1

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1. On the 8th day of July 2010, I served the following document(s):

    a. **NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY X-IT, 215, LLC [DOCKET NO. 1106] [DOCKET NO. 1194]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

    ■   a.   United States mail, postage fully prepaid
             *(List persons and addresses. Attach additional paper if necessary)*

    C.V. Starr Claims, NY
    175 Water Street – 22nd Floor
    New York, NY 10038

    Attn: Claims Manager
    Vela Insurance Services, Inc.
    200 West Madison Street
    Suite 2700
    Chicago, IL  60606

3. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

    ☐   a.   ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): July 12, 2010

Sophia L. Lee
(Name of Declarant)                                          (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:222369.1                    2