James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: July 13, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

Debtors.

Affects:
☒    All Debtors
☐    Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:221873.1

## CERTIFICATE OF SERVICE

1. On the 30th day of June 2010, I served the following document(s):

    a. **NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANEIS, LLC, ET AL. [DOCKET NO. 1198]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

    ■   a.   **United States mail, postage fully prepaid**
        *(List persons and addresses. Attach additional paper if necessary)*

3. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

    ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): June 30, 2010

Sophia L. Lee
(Name of Declarant)                                          (Signature of Declarant)

## MAIL SERVICE LIST

**Office of the United States Trustee**
Attn: August B. Landis
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
(Fax) 702 388-6658

**Counsel for the Internal Revenue Service**
Virginia Cronan Lowe, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**Counsel to the Official Committee of Unsecured Creditors (and Request for Special Notice)**
Rew R. Goodenow
Karl Y. Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501
(Fax) 775-348-7250

J. Thomas Beckett
David P. Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(Fax) 801-536-6111

**Counsel to James M. Rhodes and Sagebrush Enterprises, Inc.**
Brett A. Axelrod
Fox Rothschild LLP
Wells Fargo Tower, Suite 500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 597-5503

**Counsel to The Steering Committee of 1st Lien Lenders**
Ira Dizengoff and Phillip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(Fax) 212.872.1002

Nile Leatham
Timothy P. Thomas, Esq.
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
(Fax) 702-362-9472

**Counsel to the Administrative Agent for the Second Lien Lenders**
Mark Somerstein
Don Demakis
Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Fax) 212-596-9090

**Administrative Agent to the First Lien Lenders**
CREDIT SUISSE LOAN FUNDING LLC
Attn: Tom Lynch
Eleven Madison Avenue, 9th Floor
New York NY 10010
(Fax) 212-538-7460

**Administrative Agent to the Second Lien Lenders**
Wells Fargo Bank, National Association
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479
(Fax) 612-667-9825

Counsel to the Administrative Agent for the First Lien Lenders
Van C. Durrer II
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144
(Fax) 213-687-5600

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-002\DOCS_LA:221873.1

Jeffrey R. Sylvester, Esq.
James B. MacRobie, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128
(Fax) 702-952-5205

**Request For Special Notice**

**Counsel to Commerce Associates LLC**
Janet L. Chubb, Esq.
Michael E. Buckley, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(Fax) 775-786-1177

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

**Counsel to Claimant Westar Kitchen & Bath, LLC**
Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
(Fax) 702-320-7760

**Counsel for Creditor Integrity Masonry, Inc.**
Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

**Counsel for Reef Colonial, LLC**
Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119
(Fax) 702-385-3025

**Counsel for Caterpillar Financial Services Corporation**
Robert R. Kinas, Esq.
Claire Y. Dossier, Esq.
Nishat Baig, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

**Counsel for Creditor Stanley Consultants, Inc.**
Janiece S. Marshall, Esq.
Anderson, McPharlin & Conners LLP
777 North Rainbow Blvd., Ste. 145
Las Vegas, NV 89107
(Fax) 702-1025

**Insurance Company**
Randall D. Patterson
LEXINGTON INSURANCE
100 Summer Street
Boston, MA 02110-2135

**Counsel for Clark County**
Philip S. Gerson, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(Fax) (702) 383-0701

| | | |
|---|---|---|
| A AFFORDABLE STRIPING & SEALING LLC<br>ATTN: SHONDA DECKER<br>5795 S SANDHILL RD, SUITE F<br>LAS VEGAS, NV 89120 | A COMPANY, INC<br>ATTN: CRYSTAL M. HIEBERT<br>3975 S EAGLESON RD<br>BOISE, ID 83705 | ABC LOCKSMITH CORP.<br>3981 E. SUNSET ROAD<br>#E<br>LAS VEGAS, NV 89120 |
| ACCOUNTANTS, INC.<br>P.O. BOX 60000<br>SAN FRANCISCO, CA 94160 | ACCURATE BUILDING MAINTENANCE LLC<br>ATTN: TAMMY WIGHT<br>3062 SHERIDAN ST<br>LAS VEGAS, NV 89102 | ACUSHNET COMPANY<br>ATTN: ELLE MARTINS<br>P.O. BOX 965<br>FAIRHAVEN, MA 02719 |
| BIO TECH NUTRIENTS, LLC<br>ATTN: CHRISTY L BOWEN<br>818 W. BROOKS AVE.<br>NORTH LAS VEGAS, NV 89030 | AIR METHODS CORPORATION<br>ATTN: MARK R. KEENE<br>621 E. CARNEGIE DR STE 210<br>SAN BERNARDINO, CA 92408-3536 | AIR QUALITY SERVICES OF NEVADA<br>SWANSON LAW FIRM<br>6787 W. TROPICANA AVE. SUITE #241<br>LAS VEGAS, NV 89103 |
| AL & BETH CARDAMONE<br>4689 LOMAS SANTA FE STREET<br>LAS VEGAS, NV 89147 | ALARMCO INC<br>ATTN: PATTI BECK<br>2007 LAS VEGAS BLVD SO.<br>LAS VEGAS, NV 89104 | ALL AMERICAN CARPET CARE<br>2756 NORTH GREEN VALLEY PKWY #108<br>HENDERSON, NV 89014 |
| AMERICAN ASPHALT & GRADING CO.<br>3624 GOLDFIELD ST.<br>N LAS VEGAS, NV 89032 | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES CO INC<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | AMERICAN INT'L SPECIALTY LINES<br>INSURANCE CO ET AL<br>ATTN: MICHELLE A. LEVITT<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 |
| AMERICAN SOILS ENGINEERING<br>C/O PEZZILLO ROBINSON<br>6750 VIA AUSTI PKWY STE 170<br>LAS VEGAS, NV 89119 | ANDRADE'S CLEANING CO.<br>798 A STREET<br>LAS VEGAS NV 89106 | APPLE EXTERMINATING INC<br>2756 N GREEN VALLEY PKWY<br>STE-418<br>HENDERSON, NV 89014 |
| APPLE MASONRY, INC.<br>ATTN: SHARON K. APPLE<br>4547 N. RANCHO DR. #D<br>LAS VEGAS, NV 89130 | AR IRON LLC<br>ATTN: VICKIE SANTO<br>1425 ATHOL AVE.<br>HENDERSON, NV 890111 | ARIZONA DEPT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL<br>C/O TAX,BANKRUPTCY & COLLECTION<br>1275 WEST WASHINGTON AVENUE<br>PHOENIX AZ 85007 |
| ARIZONA LAND QUEST LLC<br>ATTN: JOHN GALL<br>8783 BRINDISI PARK AVE<br>LAS VEGAS, NV 89148 | ASHWORTH<br>FILE 51141<br>LOS ANGELES, CA 90074-1141 | ATRIUM DOORS & WINDOWS OF AZ<br>ATTN: CHRISTINE MCKENZIE<br>ATRIUM COMPANIES, INC<br>3890 WEST NORTHWEST HWY #500<br>DALLAS, TX 75220 |
| B & F CONSTRUCTION INC.<br>2735 SIMMONS ST. #100<br>N LAS VEGAS, NV 89032 | B.D. TRIM<br>6270 KIMBERLY AVE. SUITE B<br>LAS VEGAS, NV 89122-7655 | BAIRD, WILLIAMS & GREER,<br>C/O DARYL M. WILLIAMS<br>6225 N. 24TH STREET, SUITE 125<br>PHOENIX, AZ 85016 |

1

73203-002\DOCS_LA:221787.2

BAIR'S CARPET VALLEY - C
7465 WEST SUNSET ROAD
SUITE 1200
LAS VEGAS, NV 89113

BANCROFT, SUSA & GALLOWAY
4713 E. CAMP LOWELL DRIVE
TUCSON, AZ 85712

BOWMAN & BROOK, LLP
2901 N CENTRAL AVE #1600
PHOENIX, AZ 85012

BROADBENT & ASSOCIATES, INC.
ATTN: JON BELL
8 WEST PACIFIC AVENUE
HENDERSON, NV 89015

BUILDER MT, LLC
ATTN: JENNIE POWERS, CONTROLLER
200 UNION BLVD., SUITE 500
LAKEWOOD, CO 80228

BUILDERS ASSOCIATION OF WESTERN
NEVADA
C/O RICHARD S. STAUB, ESQ
P.O. BOX 392
1049 S. CARSON ST
CARSON CITY, NV 89702

CABINET WEST DISTRIBUTORS
ATTN: LARRY NEWTON
150 CASSIA WAY SUITE 100
HENDERSON, NV 89014

CABINETEC, INC
ATTN: SHERI FOREMAN
2711 EAST CRAIG RD, #A
N LAS VEGAS, NV 8903

CALLAWAY GOLF COMPANY
ATTN: DIANA SCHELIN
2180 RUTHERFORD ROAD
CARLSBAD, CA 92008

CAPITOL NORTH AMERICAN
1780 SOUTH MOJAVE ROAD
LAS VEGAS NV 89104

CARPETS N MORE
C/O ALLIED COLLECTION SERVICE INC
3080 S DURANGO DR STE 208
LAS VEGAS, NV 89117

CATERPILLAR FINANCIAL SERVICES CORP
ATTN: ROBERT R. KINAS
C/O SNELL & WILMER L.L.P.
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NV 89169

CENTRAL TELEPHONE COMPANY- NV
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

CHAD & TANIA KEISER
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS,
3811 W. CHARLESTON BLVD., STE 110
LAS VEGAS, NV 89102

CHARLES BAGLEY
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

CHARLES K. MOSLEY
28 COLLECTON RIVER DRIVE
HENDERSON, NV 89052

CHAVEZ CONSTRUCTION CLEAN UP
ATTN: DAVID CHAVEZ
2160 W. CHARLESTON BLVD. STE. M
LAS VEGAS, NV 89102

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN: LESLIE BRUELAND
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CLARK COUNTY PUBLIC WORK
500 S. GRAND CENTRAL PKWY
PO BOX 553530
LAS VEGAS, NV 89115-3530

CLARK COUNTY TREASURER
500 S. GRAND CENTRAL PKY,1ST FLR
PO BOX 551220
LAS VEGAS, NV 89155-1220

CM PAINTING INC.
ATTN: CHASON MEMMOTT
10967 LAMPIONE ST
LAS VEGAS, NV 89141

COLOR GAMUT DIGITAL IMAGING
1889 E. MAULE AVE UNIT J
LAS VEGAS NV 89119

COMMERCE ASSOCIATES, LLC
C/O JANET L. CHUBB, ESQ.
JONES VARGAS
P.O. BOX 281
RENO, NV 89504-0281

CONEX INTERNATIONAL
NEIL KATZ
548 BLUEBIRD CANYON DRIVE
LAGUNA BEACH, CA 92651

CORBY D. ARNOLD, ESQ., PROFESSIONAL
CORPORATION
2965 S. JONES BLVD., - SUITE A
LAS VEGAS, NV 89146

CREDIT SUISSE, CAYMAN ISLANDS BRANCH
C/O VAN C. DURRER II & RAMON M. NAGUIAT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3144

CUSTOM HEARTH DISTRIBUTORS
ATTN: CHRISTIAN LECATES
P.O. BOX 335367
N. LAS VEGAS, NV 89033

2

| | | |
|---|---|---|
| CVEC, INC.<br>PO BOX 3635<br>CHATSWORTH, CA 91313 | DAN BRADLEY GLASS SHOP, INC.<br>ATTN: JOY BRADLEY<br>4125 W DESERT INN RD<br>LAS VEGAS, NV 89102 | DAVID AND CHRISTINE FROHNEN<br>11 ISLEWORTH DR.<br>HENDERSON, NV 89052 |
| DEAN & DUNN ROOFING<br>5385 SOUTH CAMERON<br>SUITE 21<br>LAS VEGAS, NV 89118 | DEL GROSSO FLOOR COVERING, INC.<br>ATTN: JOSEPH TERRANA<br>3170 PONDEROSA WAY<br>LAS VEGAS, NV 89118 | DEPARTMENT OF EMPLOYMENT TRAINING &<br>REHAB<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030 |
| DESERT PLASTERING LLC<br>ATTN: HERMELINDA RODRIGUEZ<br>2602 LOSEE ROAD<br>NORTH LAS VEGAS, NV 89030 | DEVELOPMENT PLANNING & FINANCING GROUP, INC.<br>ATTN: TAMMY SCOFIELD<br>DPFG, INC.<br>27127 CALLE ARROYO, STE 1910<br>SAN JUAN CAPISTRANO, CA 92675 | DON'S OFFICE PRODUCTS<br>ATTN: BRIAN E. HARRIS<br>216 N. 5TH STREET<br>KINGMAN, AZ 86401 |
| DOUBLE A ELECTRIC, LLC<br>C/O BANKRUPTCY LAW CENTER, LLC<br>1100 S. 10TH STREET<br>LAS VEGAS, NV 89104 | DR DRYWALL & PAINT TOO,<br>ATTN: JOHN P REYNOLDS<br>2408 SANTA CLARA DR.<br>LAS VEGAS, NV 89104 | DS WATER/SPARKLETTS<br>P.O. BOX 660579<br>DALLAS, TX 975266-0579 |
| DYNAMIC HEATING & AIR OF NEVADA, INC.<br>ATTN: MICHAEL MAHONY<br>3315 BIRTCHER DRIVE<br>LAS VEGAS, NV 89118 | DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA<br>ATTN: SUSAN BARKER<br>4745 COPPER SAGE STREET<br>LAS VEGAS, NV 89115 | EAGLE PAINTING & DRYWALL<br>ATTN: CYNTHIA STINE<br>6225 HARRISON DRIVE, SUITE #1<br>LAS VEGAS, NV 89120 |
| EMBARQ COMMUNICATIONS, INC<br>PO BOX 219008<br>KANSAS CITY, MO 64121-9108 | ENERGY INSPECTORS (WREDCO)<br>ATTN BANKRUPTCY DESK<br>8515 EDNA AVENUE<br>SUITE 210<br>LAS VEGAS NV 89117 | ENVIRONMENTAL MANAGEMENT SOLUTIONS<br>1214 WIGWAM PKWY NO 100<br>HENDERSON, NV 89074-8156 |
| ENVISION CONCRETE, LLC<br>ATTN: MANUEL A. DELTORO<br>5655 REFERENCE ST.<br>LAS VEGAS, NV 89122 | EXECUTIVE PLASTERING, INC.<br>ATTN: BRUCE BIRT<br>3656 N. RANCHO DR. #101<br>LAS VEGAS, NV 89130 | FEDEX CUSTOMER INFO. SERVICE<br>ATTN: WILLIAM B. SELIGSTEIN<br>REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 |
| FORD MOTOR CREDIT<br>JEFFREY G. SLOANE, ESQ.<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | FRANK RODRIQUEZ SERVICES, INC.<br>3675 S. RAINBOW, NO 180<br>LAS VEGAS, NV 89103 | FRANK RODRIQUEZ SERVICES, INC.<br>3675 S. RAINBOW, NO 180<br>LAS VEGAS, NV 89103 |
| FRENCH BOUQUET FLOWER SH<br>3265 E. TROPICANA AVE<br>STE. A-<br>LAS VEGAS, NV 89121 | G.C. WALLACE, INC.<br>ATTN: JAMES VANWOERKOM<br>6655 SOUTH CIMARRON ROAD<br>LAS VEGAS, NV 89113-2132 | GEO TEK, INC.<br>ATTN: CHRISTOPHER AMEN<br>6835 S. ESCONDIDO STREET, SUITE A<br>LAS VEGAS, NV 89119-3832 |

3

73203-002\DOCS_LA:221787.2

GESCO NV
1868 ANAMOR ST
REDWOOD CITY, CA 94061

GOLDEN TRIANGLE DEVELOPMENT
244 DARK FOREST AVE
LAS VEGAS, NV 89123

GORDON & REES LLP
275 BATTERY STREET #2000
SAN FRANCISCO, CA 94111

GRAINGER
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

GRANITE WORLD LTD LLC
ATTN: JAMES BLASCO
2630 E. LA MADRE WAY
N. LAS VEGAS, NV 89081

GREAT BUNS BAKERY
3270 E. TROPICANA AVE.
LAS VEGAS, NV 89121

GREENSPUN MEDIA GROUP
2290 CORPORATE CIRCLE SUITE 250
HENDERSON, NV 89074

GREG NORMAN
P.O. BOX 1036
CHARLOTTE, NC 28201-1036

GUY EVANS CONTRACTOR
ATTN: KRISTIN OSWEILER, MASCO ADMINISTRA
260 JIMMY ANN DRIVE
DAYTONA BEACH, FL 32114

HARTFORD FIRE INSURANCE COMPANY
BANKRUPTCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD CT 0615

HELENA CHEMICAL CO.
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3801

HOME DEPOT
PO BOX 6031
THE LAKES, NV 88901-6031

IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERTSON
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD - SUITE 400
MACON, GA 31210

INSIGHT DIRECT
P. O. BOX 78825
PHOENIX, AZ 85062-8825

INSURANCE CO. OF THE STATE OF PA
C/O MICHELLE A. LEVITT, ESQ
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

INTEGRITY MASONRY, INC
RICHARD DREITZER, ESQ.
BULLIVANT, HOUSER & BAILEY, PC
3883 HOWARD HUGHES PWY, NO. 550
LAS VEGAS, NV 89169

INTERIOR SPECIALISTS, INC.
C/O TAMALYN E. LEWIS
RIDENOUR HIENTON & LEWIS
201 N. CENTRAL AVE. #3300
PHOENIX, AZ 85004

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY DESK
P O BOX 21126
DPN 781
PHILADELPHIA, PA 19114

INTERSTATE PLUMBING & AIR CONDITIONING, LLC
ATTN: BEVERLY WOLF
7201 W. POST ROAD
LAS VEGAS, NV 89113

INTREPID IRON, INC.
3321 WESTERN AVENUE
LAS VEGAS, NV 89109

IOVINO MASONRY
ATTN: JERRY JORGENSON
9260 EL CAMINO ROAD
LAS VEGAS, NV 89139

IRENE MINDO & TEOFILO JOSE
329 W. PADRE
SANTA BARBARA, CA 93105

JACKPOT SANITATION SERVICES
2440 MARCOS STREET
LAS VEGAS, NV 89115

JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKY, ST 400
LAS VEGAS, NV 89169

JOBING.COM
PO BOX 29386
PHOENIX, AZ 85038-9386

JOHN PRLINA
6225 RACEL ST
LAS VEGAS, NV 89131

4

73203.002\DOCS_LA:221787.2

JOHN SCLAFANI
9050 W WARM SPRINGS RD #1023
LAS VEGAS NV 89148

JS PEST CONTROL
3157 N. RAINBOW BLVD. #568
LAS VEGAS, NV 89108-4578

K. BRINKERHOFF ENTERPRISES
6998 STONE MEADOWS AVENUE
LAS VEGAS, NV 89142

K.H. LANDSCAPING
ATTN: AMY HARRISON
8370 W. CHEYENNE AVE.
#109-301
LAS VEGAS, NV 89129

KOCH & SCOW, LLC
11500 EASTERN AVENUE
SUITE 110
HENDERSON, NV 56052

KYLE MOYER & COMPANY
JANET BETTS
HOLME ROBERTS & OWEN,
16427 N. SCOTTSDALE RD, STE 300
SCOTTSDALE, AZ 85254

LAGUNA GEOSCIENCES, INC.
ANNE MCGRAW
31655 SOUTH COAST HIGHWAY, SUITE A
LAGUNA BEACH, CA 92651

LAMPS PLUS CENTENNIAL
ATTN: ACCOUNTS RECEIVABLE
20250 PLUMMER STREET
CHATSWORTH, CA 91311

LANDSCAPE SERVICES, INC.
35 W. MAYFLOWER AVENUE
N LAS VEGAS, NV 89030

LAS VEGAS BILLBOARDS
5665 S. VALLEY VIEW BLVD#4
LAS VEGAS, NV 89119

LAS VEGAS REVIEW JOURNAL
PO BOX 70
LAS VEGAS, NV 89125

LAS VEGAS VALLEY WATER DISTRICT
C/O SHERILYN A. OLSEN
HOLLAND & HART LLP
60 E. SOUTH TEMPLE, SUITE 2000
SALT LAKE CITY, UT 84111

LEE, HERNANDEZ, KELSEY, BROOKS,
GAROFALO & BLAKE (FKA LEE & RUSSELL)
NATASHA L. BROOKS
7575 VEGAS DRIVE #150
LAS VEGAS, NV 89128

M & M ELECTRIC, INC
ATTN: E. BRADLEY WADSWORTH
3655 W DEWEY DR.
LAS VEGAS, NV 89118

M S CONCRETE, INC.
3840 NORTH COMMERCE
LAS VEGAS, NV 89032

MANUFACTURERS' NEWS, INC
ATTN: ANZHELIKA KAMINSKA
1633 CENTRAL STREET
EVANSTON, IL 60201

MELISSA F. MACK
LAW OFFICES OF MELISSA MACK
1139 LEEWARD LANE
ALAMEDA, CA 94502

MENDENHALL SMITH
ATTN: LISA MORACA
3571 RED ROCK ST., STE.A
LAS VEGAS, NV 89103

MERCURY REPROGRAPHICS
3325 PEPPER LANE
LAS VEGAS, NV 89120

MILGARD MANUFACTURING,
PO BOX 53583
PHOENIX, AZ 85072

MIRAJOY RAYO & ARTURO CASIMIRO
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

MOBILE MINI, INC.
PO BOX 79149
PHOENIX, AZ 85062-9149

MODULAR SPACE CORPORATION
P.O. BOX 641595
PITTSBURGH, PA 15264-1595

MOHAVE COUNTY
C/O DOLORES H. MILKIE - MATTHEW SMITH
P.O. BOX 7000
KINGMAN, AZ 86402-7000

MOHAVE ELECTRIC COOPERATIVE, INC.
ATTN: GREG SEANEY
PO BOX 1045
BULLHEAD CITY, AZ 86430-

MORGAN GRIMSHAW
8985 UNION GAP RD
LAS VEGAS, NV 89123

MSE / ERIK LUNDGAARD
9811 W. CHARLESTON BLVD. #2403
LAS VEGAS, NV 89117

73203-002\DOCS_LA:221787.2

NATIONAL ADVERTISING & PUBLISHING
1245 FARMINGTON AVE # 104
WEST HARTFORD, CT 06107

NATIONAL CITY COMMERCIAL
ATTN: LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 4520

NATIONAL CITY GOLF FINANCE
P.O. BOX 931034
CLEVELAND, OH 44193

NEVADA HOUSE OF HOSE
1015 SHARP CIR
N. LAS VEGAS, NV 89030

NEVADA LINEN SUPPLY
ATTN: JULIE FITTON
3960 W. MESA VISTA AVE
LAS VEGAS, NV 89118

NEVADA POWER COMPANY
C/O KIRBY C. GRUCHOW, JR., ESQ.
LEACH JOHNSON SONG & GRUCHOW
5495 S RAINBOW BOULEVARD, STE 202
LAS VEGAS, NV 89118

NEVADA STATE TREASURER
ATTN: MARY MCELHONE
UNCLAIMED PROPERTY DIVISION
555 E. WASHINGTON AVE. #4200
LAS VEGAS, NV 89101

NEW CRETE LLC
6639 SCHUSTER STREET
LAS VEGAS, NV 89118

NIKE GOLF
P.O. BOX 847648
DALLAS, TX 75284-7648

OFFICE DEPOT
ATTN: KATHLEEN LARAMORE
6600 N. MILITARY TRAIL -S413G
BOCA RATON, FL 33496

OPPORTUNITY VILLAGE ARC.INC
6300 WEST OAKEY BOULEVARD
LAS VEGAS, NV 89146

ORKIN PEST CONTROL
5740 ARVILLE ST SUITE 201
LAS VEGAS, NV 89118

PAR 3 LANDSCAPE & MAINTENANCE, INC.
ATTN: KAM BRIAN
4610 WYNN RD.
LAS VEGAS, NV 89103

PERFORMANCE PLUS ENGINEERING
27740 JEFFERSON AVENUE #320
TEMECULA, CA 92590

PRESTIGE FLAG
591 CAMINO DE LA REINA #917
SAN DIEGO, CA 92108

PROFESSIONAL DOCUMENT PRODUCTS
3371 W. OQUENDO ROAD
LAS VEGAS, NV 89118

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 112010
SANTA ANA, CA 92711

QUALCOMM INCORPORATED
SALLY CADIRCI, LEGAL ANALYST
5775 MOREHOUSE DRIVE, AA-4420
SAN DIEGO, CA 82121

QUALITY CABINETS OF NEVADA
LOCK BOX 842520
DALLAS, TX 75284-2520

QUALITY IMPRESSIONS
6295 HARRISON DR.
SUITE 29
LAS VEGAS, NV 89120

QUALITY INTERIORS, INC
748 SPRINGDALE DR. SUITE 150
CORONA, CA 92880-1704

QUALITY WOOD PRODUCTS LTD
ATTN: DARREN T STUDENT
3001 N. NELLIS BLVD
LAS VEGAS, NV 89115

RCR PLUMBING AND MECHANICAL, INC.
ATTN: CLIFF M. LACY
12620 MAGNOLIA AVENUE
RIVERSIDE, CA 92503

REALTY WEST INC.
1100 MARY CREST ROAD
HENDERSON, NV 89074

RED ROCK MECHANICAL, LLC
6311 DEAN MARTIN DR.
LAS VEGAS, NV 89118

REDBURN TIRE COMPANY
PO BOX 14828
PHOENIX, AZ 85063-4828

REEL SOUND
1111 MARY CREST
SUITE P
HENDERSON, NV 89074

| | | |
|---|---|---|
| RESIDENTIAL WARRANTY COMPANY<br>ATTN: KENNETH J. BUGGY<br>5300 DERRY STREET<br>HARRISBURG, PA 17111-3598 | RETAIL ASSOCIATION OF NEVADA<br>410 S. MINNESOTA STREET<br>CARSON CITY, NV 89703-4272 | RHODES RANCH ASSOCIATION, INC.<br>C/O KIRBY C. GRUCHOW, JR., ESQ.<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 S RAINBOW BOULEVARD, STE 202<br>LAS VEGAS, NV 89118 |
| RICKEY & DORIS LOFTON<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 | RISE & RUN, INC.<br>1995 WHITNEY MESA<br>HENDERSON, NV 89014 | ROADSAFE TRAFFIC SYSTEMS<br>ATTN: ELISEO SEGUI<br>3015 E ILLINI ST<br>PHOENIX, AZ 85040 |
| ROBERT RAY EDGAR<br>791 MIDDLEGATE ROAD<br>HENDERSON, NV 89011 | SAFETY RAILS OF NEVADA<br>ATTN: RANDY LOFQUIST<br>3447 RINGSTAR RD.<br>LAS VEGAS, NV 89030 | SALESTRAQ<br>9101 ALTA DR. #1406<br>LAS VEGAS, NV 89145 |
| SAN GABRIEL CONSTRUCTION<br>ATTN: ERIC GARCIA<br>9435 W. TROPICANA SUITE 102<br>102 PMB 157<br>LAS VEGAS, NV 89147 | SHAYLON HOMEOWNERS' ASSOCIATION<br>C/O KIRBY C. GRUCHOW, JR.<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 S RAINBOW BOULEVARD, STE 202<br>LAS VEGAS, NV 89118 | SIEMENS BLDG TECHNOLOGIES, INC<br>7850 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| SILVER STATE BUILDER SERVICES, LLC<br>ATTN: GIB GANSCHOW<br>4205 W. TOMPKINS AVE - STE. 3<br>LAS VEGAS, NV 89103 | SILVER STATE FIREPLACES<br>3555 W. QUAIL ROAD, STE A<br>LAS VEGAS, NV 89118 | SILVER STATE SPECIALTIES, LLC<br>3115 E. LONE MOUNTAIN ROAD<br>SUITE 1500<br>LAS VEGAS, NV 89081 |
| SKYLINE INSULATION, INC.<br>4151 INDUSTRIAL CENTER DRIVE<br>SUITE 800<br>N LAS VEGAS, NV 89030 | SLATER HANIFAN GROUP<br>ATTN BANKRUPTCY DESK<br>5740 S ARVILLE 216<br>LAS VEGAS NV 89118 | SLATER HANIFAN GROUP<br>ATTN: JERRY SLATER<br>5740 S. ARVILLE ST. #216<br>LAS VEGAS, NV 89118 |
| SLAUGHTER, ET AL. CLASS ACTION CLAIM<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 | SMITH & TWEED<br>P.O. BOX 1036<br>CHARLOTTE, NC 28201-1036 | SOUTHWEST CONSULTING GROUP<br>JEANIE FRAZIER - SCG<br>11858 BERNARDO PLAZA COURT,<br>SUITE 101C<br>SAN DIEGO, CA 92128 |
| SOUTHWEST GAS CORPORATION<br>ATTN: JAIMIE SHIPP BANKRUPTCY DESK<br>PO BOX 1498<br>VICTORVILLE, CA 92393-1498 | SOUTHWEST IRON WORKS, LLC<br>C/O BRIAN K. BERMAN, ESQ.<br>721 GASS AVENUE<br>LAS VEGAS, NV 89101 | SPARKLETT'S DRINKING WAT<br>P.O. BOX 660579<br>DALLAS, TX 75266-0579 |
| SPORTS TURF IRRIGATION<br>ATTN: JANIS NICHOLL<br>1019- A S. MELROSE ST<br>PLACENTIA, CA 92870 | STAFFMARK<br>ATTN: TERRI AYERS<br>435 ELM ST. STE 300<br>CINCINNATI, OH 45202 | STANLEY CONSULTANTS, INC.<br>5820 S. EASTERN AVENUE, #140<br>LAS VEGAS, NV 89119 |

STERLING NEVADA, LLC
2825 COLEMAN STREET
N LAS VEGAS, NV 89032

STEVEN ENTERPRISES, INC.
ATTN: AMY CARISOZA
17952 SKY PARK CIR. STE. E
IRVINE, CA 92614

STRAIGHT DOWN CLOTHING
625 CLARION COURT
SAN LUIS OBISPO, CA 93401

SUNRISE FIRE INC.
ATTN: GLENN D. BROWN
PO BOX 82034
LAS VEGAS, NV 89180

SUNRISE MECHANICAL, INC
ATTN: BONNIE L REAVES
7380 COMMERCIAL WAY
HENDERSON, NV 89011

SURFACE SOLUTIONS
ATTN: EULALIO MORENO
P.O. BOX 335112
2305 DALTON RIDGE CT.
NORTH LAS VEGAS, NV 89033

SURFACE SPECIALISTS OF NEVADA
2756 N. GREEN VALLEY PKWY
PMB 458
HENDERSON, NV 89014

SYSCO FOOD
P.O. BOX 93537
LAS VEGAS , NV 89193

T.I. RESIDENTIAL, INC.
C/O DANA JONATHON NITZ,
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

TAIT & ASSOCIATES, INC.
P.O. BOX 11118
SANTA ANA, CA 92711-1118

TEKSYSTEMS, INC.
7437 RACE RD.
HANOVER, MD 21076

TELEPACIFIC COMMUNICATIONS
P. O. BOX 526015
SACRAMENTO, CA 95852-6015

THE CREDIT SUISSE INTERNATIONAL
ONE CABOT SQUARE
LONDON E14 4QJ

THE MASONRY GROUP NEVADA, INC.
4685 BERG STREET
LAS VEGAS, NV 89081

THE TIBERTI COMPANY
ATTN: JELINDO TIBERTI
4975 ROGERS STREET
LAS VEGAS, NV 89118

THE TWT GROUP TWT, INC. (DBA THE WHEEL THING)
DANIEL L. COATS
11982 KIOWA AVE. #204
LOS ANGELES, CA 90049

TOBACCO LEAF
7175 W. LAKE MEAD BLVD #120
LAS VEGAS, NV 89128

TOWER BUILDERS LLC
ATTN: BRUCE BIRT
3656 N. RANCHO DR. #101
LAS VEGAS, NV 89130

TURF TECH
806 BUCHANAN #115-276
BOULDER CITY, NV 89005

TUSCANY MASTER ASSOCIATION
C/O KIRBY C. GRUCHOW, JR.,
LEACH JOHNSON SONG & GRUCHOW
5495 S RAINBOW BOULEVARD, STE 202
LAS VEGAS, NV 89118

TYGRIS VENDOR FINANCE, INC. F/K/A
U.S. EXPRESS LEASING, INC.
ATTN: ANNETTE MCGOVERN
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

UNISOURCE ENERGY CORPORATION
ATTN: CAROLINA VILLASCUESA
TUCSON ELECTRIC POWER CO.-SCCS
PO BOX 711
TUCSON, AZ 85702

BRIDGESTONE GOLF, INC.
ATTN: DEBBIE GREEN
15320 INDUSTRIAL PARK BLVD
COVINGTON, GA 30014

US FOODSERVICE
P.O. BOX 3911
LAS VEGAS, NV 89127-3911

VALLEY AIR CONDITIONING INC.
9225 MANN STREET
LAS VEGAS, NV 89139

VALLEY PIONEERS WATER
5998 W. CHINO DRIVE
GOLDEN VALLEY, AZ 86413

WALL CONSTRUCTORS, INC
ATTN: BARRY WINNER
6015 MCLEOD DRIVE
LAS VEGAS, NV 89120

8

73203.002\DOCS_LA:221787.2

WALLACE MORRIS SURVEYING, INC.
5740 S. ARVILLE STREET SUITE #206
LAS VEGAS, NV 89118

WRIGHT STANISH & WINCKLER
C/O RICHARD A WRIGHT
300 S. 4TH ST., STE. 701
LAS VEGAS, NV 89101

TRINITY GREEN SERVICES, LLC
ATTN: GAYLE HENNIG
1165 S. STEMMONS FRWY. STE. 100
LEWISVILLE, TX 75067

WELLS FARGO BANK
ATTN: DAVID BERGSTROM, ASST VICE PRES.
625 MARQUETTE AVE.
MINNEAPOLIS, MN 55479

WELLS FARGO CREDIT SUISSE LOAN
FUNDING LLC
WELLS FARGO, N.A. AS AGENT
ELEVEN MADISON AVE., 9TH FLOOR
NEW YORK, NY 10011

WESTAR KITCHEN & BATH, LLC
C/O WILLIAMS & WIESE
612 SOUTH TENTH STREET
LAS VEGAS, NV 89101

WESTCOR CONSTRUCTION
5620 STEPHANIE STREET
LAS VEGAS, NV 89122

WESTERN SIGN & FLAG INC
4181W OQUENDO
LAS VEGAS, NV 89118

WILLIS ROOF CONSULTING,
ATTN: JOSEPH WILLIS
4755 WEST DEWEY DRIVE
LAS VEGAS, NV 89118

WILMAR CONTRACTING, INC.
ATTN: MELANIE HENRY
4525 W. HACIENDA AVE., STE 1
LAS VEGAS, NV 89118

ZURICH AMERICAN INS
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, L
TWO LIBERTY PL, 50 S. 16TH ST, 22ND FL
PHILADELPHIA, PA 19102

WELLS FARGO BANK N.A.
P.O. BOX 63491 MAC A143-042
SAN FRANCISCO, CA 94163

ARIZONA SUN PRODUCTS, INC.
ATTN: ROBERT B WALLACE
14806 N. 74TH ST
SCOTTSDALE, AZ 85260

BRIGHTON COLLECTIBLES INC.
DBA LEEGIN CREATIVE LEATHER PRODUCTS
INC
ATTN: LINDA J. SIMPSON
14022 NELSON AVE
CITY OF INDUSTRY, CA 90746

CEMEX CONSTRUCTION MATERIALS S, LLC
C/O HENK TAYLOR
LEWIS AND ROCA LLP
40 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-4429

CHEYENNE AUTO PARTS, INC
ATTN: VENUS LEWIS
4675-C SO POLARIS AVE
LAS VEGAS, NV 89103

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
500 S. GRAND CENTRAL PKWY
LAS VEGAS, NV 89115

DAN TARWATER
2144 BANNERWOOD ST.
HENDERSON, NV 89044

DANA KEPNER COMPANY
ATTN: DAVID A. COLVIN, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

EMPIRE SOUTHWEST, LLC
ATTN: GARY JENSEN
P.O. BOX 2985
PHOENIX, AZ 85062

FLAGSTAFF ROLLOFF & STOR UNITS, INC.
DBA BLEEKER'S BOXES
ATTN: GILLIAN BLEEKER
5400 E EMPIRE
FLAGSTAFF, AZ 86004

GOLFER'S GUIDE MARKETING, SOLUTIONS,
LLC
ATTN: LINDA G PAGANO
P.O. BOX 5926
HILTON HEAD, SC 29938

GREATAMERICA LEASING CORPORATION
ATTN: DEBBIE BURNS
PO BOX 609
CEDAR RAPIDS, IA 52406

HARSCH INVESTMENT PROPERTIES
NEVADA LLC
C/O JANICE J BROWN
LEWIS BRISBOIS
400 SOUTH FOURTH ST., SUIT 500
LAS VEGAS, NV 89101

IAN ROSEN
901 MOHAWK
LAS VEGAS, NV 89107

INNOVA-CHAMPION DISCS, INC
ATTN: GAVIN MUIR
11077 ARROW RTE
RANCHO CUCAMONGA, CA 91730

J & J ENTERPRISES SERVICES, INC.
ATTN: MELISSA PERRY
5920 W. COUGAR AVE.
LAS VEGAS, NV 89139

9

73203-002\DOCS_LA:221787.2

| | | |
|---|---|---|
| JENSEN ENTERPRISES DBA: JENSEN PRECAST<br>ATTN: C. AGUINAGA<br>3853 LOSEE ROAD<br>NORTH LAS VEGAS, NV 89030 | KITEC CLAIM<br>C/O J. RANDALL JONES, ESQ.<br>KEMP, JONES & COULTHARD, LLP<br>3800 HOWARD HUGHES PARKWAY, 17TH FL<br>LAS VEGAS, NV 89169 | KOLOB INDUSTRIES, INC<br>D/B/A GREEN VALLEY ELECTRIC<br>ATTN: KERRY H GIFFORD<br>5841 E. CHARLESTON BLVD #230-350<br>LAS VEGAS, NV 89142 |
| MICHAEL & MARIA BARR<br>453 VIA STREET AVE<br>HENDERSON, NV 89011 | PEACOCK MOUNTAIN RANCH ASSOC<br>ATTN: JAMES T SPILLERS<br>P.O. BOX 4734<br>HUALAPAI, AZ 86412 | PRAXAIR<br>P.O. BOX 120812, DEPT. 0812<br>DALLAS, TX 75312-0812 |
| PROFESSIONAL GOLF BALL SERV<br>ATTN: ANTHONY FORD<br>12505 REED ROAD, STE 150<br>SUGAR LAND, TX 77478 | QUALITY INTERIORS, INC<br>104 S. MAPLE STREET<br>CORONA, CA 92880-1704 | RANDAL GAROFALO<br>2317 ROBINHOOD PL.<br>ORANGE, CA 92867 |
| SELECT BUILD NEVADA, INC.<br>ATTN: MARSHA PRESMYK<br>6255 RANGE ROAD<br>LAS VEGAS, NV 89115 | SERVICE ROCK PRODUCTS CORPORATION<br>ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br>801 SOUTH RANCHO DRIVE, BLDG. D<br>LAS VEGAS, NV 89106 | SIGNS WEST, INC.<br>1100 MARY CREST RD<br>HENDERSON, NV 89074 |
| SPIRIT UNDERGROUND, LLC<br>C/O TERESA KRPATA<br>JOLLEY URGA WIRTH WOODBURY & STANDISH<br>3800 HOWARD HUGHES PARKWAY, SUITE 1600<br>LAS VEGAS, NV 89169 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | SUNLAND ASPHALT<br>ATTN: MIKE MCWENIE<br>SUNLAND, INC. - ASPHALT & SEALCOATING<br>3002 S. PRIEST DR., STE 100<br>TEMPE, AZ 85282 |
| THE CIT GROUP/COMMERCIAL SVS INC.<br>11 WEST 42ND ST<br>NEW YORK, NY 10036 | | |