1  Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)          **E-Filed July _, 2010**
   James B. MacRobbie, Esq. (Nevada Bar No. 7430)
2  SYLVESTER & POLEDNAK, LTD.
   7371 Prairie Falcon Road, Suite 120
3  Las Vegas, Nevada 89128
   Telephone: (702) 952-5200
4  Facsimile: (702) 952-5205
   jeff@sylvesterpolednak.com
5  james@sylvesterpolednak.com

6  and

7  Van C. Durrer II
   Ramon M. Naguiat
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  300 South Grand Avenue, #3400
   Los Angeles, California 90071-3144
9  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
10 van.durrer@skadden.com
   ramon.naguiat@skadden.com

11 Attorneys for Credit Suisse AG, Cayman Islands Branch

12 AKIN GUMP STRAUSS HAUER & FELD LLP
   Philip C. Dublin (NY Bar No. 2959344)
13 Meredith A. Lahaie (NY Bar No. 4518023)
   One Bryant Park
14 New York, NY 10036
   Telephone: (212) 872 – 1000
15 Facsimile: (212) 872 – 10002
   pdublin@akingump.com
16 mlahie@akingump.com

17 and

18 KOLESAR & LEATHAM
   Nile Leatham (Nevada Bar No. 002838)
   Wells Fargo Financial Center
19 3320 W. Sahara Ave.
   Las Vegas, NY 89102
20 Telephone: (702) 979-237
   Facsimile: (702) 362-9472
21 Nleatham@klnevada.com
   Attorneys for Reorganized Debtors

22

23

24

25

26

27

28

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br>aka "Rhodes Homes," et al.,<br><br>Debtors.[1] | Case No. 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION RESOLVING MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER**<br><br>Hearing Date:    August 24, 2010<br>Hearing Time:   1:30 p.m.<br>Judge:             Honorable Linda B. Riegle |
| Affects:<br>■    All Debtors<br>□    The following Debtor(s) | |

This stipulation is entered into by and between (1) the above-captioned reorganized debtors (the "Debtors" or the "Reorganized Debtors") and (2) Credit Suisse AG, Cayman Islands Branch ("Credit Suisse"), formerly known as "Credit Suisse, Cayman Islands Branch," as agent under the first lien Credit Agreement Dated as of November 21, 2005, among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed [Th]erein, as the Lenders, and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead

---

[1] The debtors in these cases, along with their case numbers, were Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

2

596170.04-Los Angeles Server 1A - MSW

1  Arranger (as amended, restated, amended and restated, supplemented, or otherwise modified from

2  time to time, the "First Lien Credit Agreement").

3  **RECITALS**

4       A.     On March 31, 2009 or April 1, 2009, the Debtors commenced these bankruptcy

5  cases.

6       B.     On April 30, 2009, the Court entered the Final Stipulated Order (I) Authorizing Use

7  of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and (II)

8  Granting Adequate Protection and Super Priority Administrative Expense Priority to Prepetition

9  Secured Lenders Re Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361,

10  362, 363 and 364 of Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 361,

11  362, 363 and 364 of the Bankruptcy Code (A) Authorizing Debtors to Use Cash Collateral, (B)

12  Granting Adequate Protection to the Debtors' Prepetition Secured Parties and (C) Scheduling a

13  Final Hearing: (the "Cash Collateral Order").

14       C.     On March 12, 2010, the Court entered an order (the "Confirmation Order")

15  confirming the Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy

16  Code for The Rhodes Companies, LLC, et al. (the "Plan"). The effective date of the Plan occurred

17  on April 1, 2010.

18       D.     Under the First Lien Credit Agreement, the Cash Collateral Order, and the

19  Confirmation Order, Credit Suisse has reimbursement claims ("Reimbursement Claims") against

20  the Debtors and the Reorganized Debtors for certain fees and expenses incurred in its role as agent

21  under the First Lien Credit Agreement.

22       E.     On May 24, 2010, Credit Suisse filed the Motion to Compel Reimbursement of Fees

23  and Expenses Pursuant to Confirmation Order and Cash Collateral Order (the "Motion"). By the

24  Motion, Credit Suisse sought payment under the Cash Collateral Order and the Confirmation Order

25  of the following Reimbursement Claims: (1) certain fees and expenses of Skadden, Arps, Slate,

26  Meagher & Flom LLP ("Skadden") in the amount of $915,109.86 through April 30, 2010 (the

27  "Skadden Amount"); (2) certain fees and expenses of Sylvester & Polednak, LTD. in the amount of

28

3

$14,559.08 through April 20, 2010 (the "Sylvester Amount"); (3) certain fees and expenses of Credit Suisse in the amount of $19,195.21 (the "Credit Suisse Amount"); and (4) certain fees and expenses of the Udall Law Firm, LLP in the amount of $2,740.00 (the "Udall Amount"). Since the filing of the Motion, the Sylvester Amount, the Udall Amount, and the Credit Suisse Amount have been paid, leaving only the Skadden Amount outstanding.

F.    On June 7, 2010, the Reorganized Debtors filed the Reorganized Debtors' Objection to Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order (the "Objection"). By the Objection, the Reorganized Debtors objected only to the Skadden Amount.

G.    On June 14, 2010, Credit Suisse filed the Reply of Credit Suisse AG, Cayman Islands Branch in Support of Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order.

H.    On June 21, 2010, this Court held a hearing on the Motion. At that hearing, the Court continued the hearing on the Motion to August 24, 2010 and requested additional briefing and information.

I.    The Reorganized Debtors and Credit Suisse have agreed to resolve the Motion on the terms set forth in this Stipulation.

## STIPULATION

1.    Within three (3) business days after entry of an order approving this Stipulation, the Reorganized Debtors shall pay $700,000.00 to Skadden (the "Payment"). The Payment shall be in full and final satisfaction of the Skadden Amount. Credit Suisse shall not seek reimbursement from the Reorganized Debtors or any other party on account of any Skadden fees and expenses incurred from May 1, 2010, through the date of this Stipulation.

2.    Subject to receipt of the Payment, the Motion shall be deemed resolved.

1    **IT IS SO STIPULATED.**

2    DATED: July 9, 2010

3    By:

4    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     Van C. Durrer II

5    Ramon M. Naguiat
     300 South Grand Avenue, #3400

6    Los Angeles, California 90071-3144
     Telephone:  (213) 687-5000

7    Facsimile:   (213) 687-5600
     van.durrer@skadden.com

8    ramon.naguiat@skadden.com

9    and

10   SYLVESTER & POLEDNAK, LTD.
     Jeffrey R. Sylvester, Esq. (Nevada Bar No.  4396)

11   James B. MacRobbie, Esq. (Nevada Bar No.  7430)
     7371 Prairie Falcon Road, Suite 120

12   Las Vegas, Nevada 89128
     Telephone: (702) 952-5200

13   Facsimile:  (702) 952-5205
     jeff@sylvesterpolednak.com

14   james@sylvesterpolednak.com

15   Attorneys for Credit Suisse AG, Cayman Islands Branch

16   DATED: July 19, 2010

     By:

17   AKIN GUMP STRAUSS HAUER & FELD LLP
     Philip C. Dublin (NY Bar No. 2959344)

18   Meredith A. Lahaie (NY Bar No. 4518023)
     One Bryant Park

19   New York, NY 10036
     Telephone:  (212) 872 – 1000

20   Facsimile:  (212) 872 – 10002
     pdublin@akingump.com

21   mlahie@akingump.com

22   and

23   KOLESAR & LEATHAM
     Nile Leatham (Nevada Bar No. 002838)

24   Wells Fargo Financial Center
     3320 W. Sahara Ave.

25   Las Vegas, NY 89102
     Telephone:  (702) 979-237

26   Facsimile:  (702) 362-9472
     Nleatham@klnevada.com

27   Attorneys for Reorganized Debtors

28

5