James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: July 28, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:223002.1

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

## CERTIFICATE OF SERVICE

1. On the 27th day of July 2010, I served the following document(s):

   a. **NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER (A) APPROVING THE SALE OF CERTAIN OF THEIR ARIZONA ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS THERETO; AND (C) GRANTING RELATED RELIEF [DOCKET NO. 1213]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■  a.  **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   *The Parties that have executed the Confidentiality Agreement for Arizona Assets*

3. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■  a.  ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): July 27, 2010

Sophia L. Lee
(Name of Declarant)                                 (Signature of Declarant)

73203-035\DOCS_LA:223002.2                 2

SERVICE LIST

Tom Lynch
Credit Suisse Loan Funding LLC
Eleven Madison Avenue, 9th Floor
New York NY 10010

Ira Dizengoff and Phillip Dublin
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Mark Somerstein/Don Demakis
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Utilities, Inc.
2335 Sanders Road
Northbrook, Il 60062-6108

Northern Regional Office
AZ Dept of Environmental Quality
1801 West Route 66, Suite 117
Flagstaff, AZ 86001

Arizona Dept of Revenue
PO Box 29010
Phoenix AZ 85038-9010

Arizona Registrar of Contract
800 W Washington
6th Floor
Phoenix AZ 85007

Los Angeles District
Army Corps of Engineers
915 Wilshire Blvd., Suite 980
Los Angeles, CA 90017

Cindy Ferrin, Manager
State of Arizona
2910 North 44th Street, Suite 100
Phoenix, AZ 85018

Jeffrey Sylvester/James MacRobie
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128

Nile Leatham/Timothy P. Thomas
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Cty of Mohave Development Svcs
3675 E. Andy Devine Ave.
Kingman, AZ 86401

Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007

Scott Omer
Arizona Dept of Transportation
206 S. 17th Ave.
Mail Drop: 310B
Phoenix, AZ 85007

Arizona Dept of Water
500 N Third St
Phoenix, AZ 85004

Arizona State Land Department
1616 W Adams
Phoenix AZ 85007

AZ Dept of Fire Buildiing
1110 W Washington Ste 100
Phoenix, AZ 85007

City of Kingman
412 Oak St
Kingman AZ 86401

Van C. Durrer II/Ramon Naguiat
Skadden Arps, Slate Meagher Flom
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank
Attn: David Bergstrom
625 Marquette Ave.
Mac N9311-110
Minneapolis, MN 55479

Lexon Insurance Company
Bond Safeguard Insurance Co
1919 S. Highland Dr.
Bldg A Suite 300
Lombard, IL 60148

Arizona Corporation Commission
1300 W Washington
Phoenix AZ 85007-2996

Arizona Dept of Real Estate
2910 N 44th St
Phoenix, AZ 85018

Arizona Legislative Council
1700 W Washington St, Ste 100
Phoenix AZ 85007-2899

Arizona State Treasurer s Office
1700 W Washington Street 1st Fl
Phoenix, AZ 85007

Bureau of Land Management
Angie Lara, District Manager
2755 Mission Boulevard
Kingman, AZ 86401

City of Kingman AZ
310 North 4th Street
Kingman AZ 86401-5817

SERVICE LIST

FEMA
P.O. Box 10055
Hyattsville, MD 20782-7055

First American Title Ins CO
2213 Stockton Hill Rd
Kingman, AZ 86401

Agency of Mohave Inc
First American Title Insurance
PO Box 4029
Kingman AZ 86401

Christina M. Garcia
Arizona Department of Revenue
1725 West Washington Ave.
Phoenix, AZ 85007

Arizona Department Of Revenue
c/o Tax, Bankruptcy & Collection
1275 West Washington Avenue
Phoenix Az 85007

J. Thomas Beckett /David Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Rew R. Goodenow/Karl Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501

Charles D. Hopper, Esq.
Lynch Hopper & Salzano LLP
231 South 3rd Street, Suite 130
Las Vegas, NV 89101

Janiece S. Marshall, Esq.
Anderson, McPharlin & Conners
777 North Rainbow Blvd., Ste. 145
Las Vegas, NV 89107

Virginia Cronan Lowe, Esq.
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

George Savinon
West Coast Turf
PO Box 4563
Palm Desert, CA 93361

Internal Revenue Service
Attn Bankruptcy /Managing Agent
P O Box 21126, Dpn 781
Philadelphia, PA 19114

Dolores H. Milkie - Matthew Smith
Mohave Cty Attorney Office-Civil Div
P.O. Box 7000
Kingman, AZ 86402-7000

Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119

Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101

Janet L. Chubb/Michael Buckley
JONES VARGAS
P.O. Box 281
Reno, NV 89504-0281

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

Philip S. Gerson, Esq.
Olson Cannon Gormley Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Randall D. Patterson
LEXINGTON INSURANCE
100 Summer Street
Boston, MA 02110-2135

Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pwy., Ste. 550
Las Vegas, NV 89169

Robert R. Kinas/Clair Dossier
Snell & Wilmer, LLP
3883 Howard Hughes Pwy, Ste 1100
Las Vegas, NV 89169

Brett A. Axelrod
Fox Rothschild LLP
3800 Howard Hughes Pwy, Ste 500
Las Vegas, NV 89169

Jeffrey Rose
Wilmington Trust, FSB
50 South Sixth Street, Ste 1290
Minneapolis, MN 55402

August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S, Ste 4300
Las Vegas, Nevada 89101