Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone:  702.362-7800
Facsimile:  702.362.9472
E-Mail:     nleatham@klnevada.com


Philip C. Dublin (NY Bar No. 2959344)
Meredith A. Lahaie (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002

E-Mail:     pdublin@akingump.com
            mlahaie@akingump.com

*Counsel for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** § | **Case No. 09-14814-LBR** |
| § | **(JointlyAdministered)** |
| **THE RHODES COMPANIES, LLC,** § | |
| **aka "Rhodes Homes,"** *et al.*, § | **Chapter 11** |
| § | |
| **Reorganized Debtors.**[1] § | |
| § | |
| § | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); and Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York  10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

| | |
|---|---|
| **Affects:** | §    **NOTICE OF DEFERMENT OF** |
| ☒ **All Debtors** | §    **QUARTERLY INSTALLMENT PAYMENT** |
| | §    **PURSUANT TO THE THIRD AMENDED** |
| **Debtor(s)** | §    **MODIFIED PLAN OF REORGANIZATION** |
| | §    **PURSUANT TO CHAPTER 11 OF THE** |
| | §    **BANKRUPTCY CODE FOR THE RHODES** |
| | §    **COMPANIES, LLC, ET AL.** |

**PLEASE TAKE NOTICE** that pursuant to Articles III.B.1 and VII.F of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. (the "Plan"), the above-captioned reorganized debtors (the "Reorganized Debtors") have elected to defer the quarterly installment payment (the "Deferred Payment") to the Holders[2] of First Lien Lender Secured Claims due on August 1, 2010.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article VII.G of the Plan, the deferment of the Deferred Payment will also defer payments to the Holders of the General Unsecured Claims listed on the Claim Purchase Schedule.

---

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

1    DATED this 29th day of July, 2010.

2                                              By:    /s/ Philip C. Dublin

3                                                     Nile Leatham (NV Bar No. 002838)
                                                      KOLESAR & LEATHAM
4                                                     Wells Fargo Financial Center
                                                      3320 W. Sahara Ave.
5                                                     Las Vegas, NV 89102
                                                      (702) 362-7800 (Telephone)
6                                                     (702) 362-9472 (Facsimile)
                                                      nleatham@klnevada.com
7

8                                                     and

9
                                                      AKIN GUMP STRAUSS HAUER & FELD LLP
10                                                    Philip C. Dublin (NY Bar No. 2959344)
                                                      Meredith A. Lahaie (NY Bar No. 4518023)
11                                                    One Bryant Park
                                                      New York, New York 10036
12                                                    (212) 872-1000 (Telephone)
                                                      (212) 872-1002 (Facsimile)
13                                                    pdublin@akingump.com
                                                      mlahaie@akingump.com
14

15
                                                      *Counsel for the Reorganized Debtors*
16

17

18

19

20

21

22

23

24

25

26

27

28

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**One Bryant Park**
**New York, New York 10036**
**Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com**

3