RECEIVED & FILED

AUG 5  3 52 PM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al, | Case No. BK: 09-14814-LBR |
|---|---|
| | Adv. #: |
| | Chapter: 11 |
| Debtor(s) | |

## MOTION TO FILE ON PAPER

*This motion must be accompanied by a supporting affidavit or declaration and a proposed order.*

1. Movant  Troy L. Isaacson, Esq.  *(name)* hereby declares an exemption or requests permission to file documents on paper because:

☑ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐ b. Movant claims an exemption under LR 5005(a)(4) because *(state why)*:
_____
_____

☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

☐ (1). Movant's Internet service is not available due to circumstances that cannot be prevented.

(i). Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*:
_____
_____
_____

1

(ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

_____
_____
_____

☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*:

_____
_____
_____

☐ (3). Movant has filed a prior exceptional circumstances motion.

    (i).   Number of prior motion(s):   _____.

    (ii).  Date of the prior motion(s):   _____.

    (iii). Reason for the prior motion(s):  _____.

    (iv). Case number and disposition for each prior motion:
_____.
_____.

2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

Motion of Charles and Wendy Bagley, and Rickey and Doris Lofton for Relief from the Automatic Stay of 11 U.S.C. § 362(a)

Based upon the foregoing, the movant asks the court to grant this motion.

*[signature]*
Movant's signature               Date: 8/5/2010

May 1, 2006

2