**Entered on Docket**
**August 09, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al,<br><br>Debtor(s) | Case No. BK: 09-14814-LBR<br>Adv. #:<br>Chapter: 11 |

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Troy L. Isaacs. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document)*:

Motion of Charles and Wendy Bagley, and Rickey and Doris Lofton for Relief from the Automatic Stay of 11 U.S.C. § 362(a)

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1