E-FILED August 11, 2010

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
james@sylvesterpolednak.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (*Pro Hac Vice*)
Ramon M. Naguiat, Esq. (*Pro Hac Vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors. | Case No.   BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET IN SUPPORT OF ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE STIPULATION RESOLVING REORGANIZED DEBTORS' OBJECTION TO CREDIT SUISSE'S MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER** |
| Affects:<br>■  All Debtors<br>☐  The following Debtor(s) | Date:  OST Requested<br>Time:  OST Requested<br>Judge: Honorable Linda B. Riegle |

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Brett Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>Counsel for Sagebrush Enterprises, Inc. & James Rhodes<br>Baxelrod@foxrothschild.com<br>Aloraditch@foxrothschild.com | 8/11/10<br>-sent email and left voice message; received no response | | |
| J. Thomas Beckett, Esq.<br>Counsel for the Official Committee of Unsecured Creditors<br>tbeckett@parsonsbehle.com | 8/11/10 | X | |
| Shirley S. Cho, Esq.<br>Counsel to the Pre-Petition Debtors<br>scho@pszjlaw.com | 8/11/10 | X | |
| Zachariah Larson, Esq.<br>Counsel to the Pre-Petition Debtors<br>zlarson@lslawnv.com | 8/11/10 | X | |
| Phillip C. Dublin, Esq.<br>Counsel to the Reorganized Debtors<br>pdublin@akingump.com | 8/6/10 | X | |
| Mark R. Somerstein, Esq.<br>Counsel to Wells Fargo Bank as Administrative Agent for the 2nd Lien Lenders<br>mark.somerstein@ropesgray.com | 8/11/10 | X | |
| August B. Landis, Esq.<br>Assistant U.S. Trustee<br>augie.landis@usdoj.gov | 8/11/10 | X | |

DATED this 11th day of August, 2010.

By: _____
SYLVESTER & POLEDNAK, LTD.
James B. MacRobbie, Esq. (Nevada Bar No. 7430)
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
james@sylvesterpolednak.com

and

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (admitted *pro hac vice*)
Ramon M. Naguiat, Esq. (admitted *pro hac vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
van.durrer@skadden.com
ramon.naguiat@skadden.com
*Attorneys for Credit Suisse, Cayman Islands Branch*

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200