# Exhibit 1

EXHIBIT 1 - RHODES - STANLEY CONSULTANTS CONTRACTS SUMMARY

| Contract Number | Contract Common Name | Description | Amount Contracted (Budgeted Amount) | Amount Invoiced | Amount Paid | Amount of Account Receivable (Unpaid) |
|---|---|---|---|---|---|---|
| 1 | Kingman 7600 | Sub Total for Base Contract | $2,791,296 | $2,500,166 | $2,190,577 | $309,589 |
| 2 | Aztec 60/40 Acres | Sub Total for Base Contract | $497,552 | $44,459 | $44,459 | $0 |
| 3 | Temple Bar Studies | Sub Total for Base Contract | $815,906 | $195,818 | $195,818 | $0 |
| 4 | Aztec 80 Acres | Sub Total for Base Contract | $628,751 | $270,775 | $230,729 | $40,046 |
| 5 | X-One Ranch Studies & Utility Entitlements | Sub Total for Base Contract | $446,672 | $148,720 | $110,980 | $37,740 |
| 6 | Golden Valley South - Major Offsite Infrastructure | Sub Total for Base Contract | $3,770,067 | $2,953,075 | $1,696,064 | $1,257,011 |
| 7 | Golden Valley South - Phase 1 Subdivisions | Sub Total for Base Contract | $2,990,415 | $1,698,800 | $758,191 | $940,609 |
| | **GRAND TOTALS** | | **$11,940,659** | **$7,811,813** | **$5,226,818** | **$2,584,995** |