# Exhibit 3



## Stanley Consultants INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

August 9, 2006

Mr. James M. Rhodes, President
Rhodes Homes Arizona, LLC.
Rhodes Ranch General Partnership
4730 S. Fort Apache Road, Suite 300
Las Vegas, Nevada 89147

AND

343 S. Aztec Road
Golden Valley, Arizona 86413

**VIA: Hand Delivery, Fax, e-mail(via Kirk Brynjulson) and US Mail Return Receipt**

**SUBJECT: Rhodes Homes, Arizona Contracts – Termination Notice**

This is to notify you that Stanley Consultants is exercising its right to terminate the Contracts between Rhodes Homes, Arizona and Stanley Consultants. We will provide no further services under those contracts for any of the work in Mohave County, Arizona.

The reason for this termination is for non-payment for services rendered. Stanley Consultants provided Rhodes Homes, Arizona a notice of breach on April 28, 2006. Such breach was not cured within the 15 days required. Several more notices were tendered in the months of May and June and recent negotiations (including a 21 day letter agreement – hence expired) have led us to the conclusion that there are irreconcilable differences between our firms. For these reasons and others, Stanley Consultants is terminating the contracts.

We will prepare a final accounting on the project and make arrangements with your firm to tender final documents to Rhodes Homes, Arizona in exchange for final payment.

Thank you for the opportunity to service your needs in Arizona. Best wishes on your projects.

Sincerely,

David J. Frohnen
Vice-President - Manager, Las Vegas Office

CC:    Dick Mettee
Henry Marquard
Gregs Thomopulos
Kirk Brynjulson, Rhodes Homes
Paul Huygens, Rhodes Homes
Mark Hall, Rhodes Homes

5820 South Eastern Avenue. Suite 200 • Las Vegas, NV 89119 • phone 702 369 9396 • fax 702 369 9793
www.stanleyconsultants.com

CL08092