# Exhibit 5

# Table of Contents

GVR Drainage Report for Pod 1 – **SCM00001-SCM00160**

GVR Drainage Report for Pod 2 – **SCM00161-SCM00325**

GVR Drainage Report for Pod 3 – **SCM00326-SCM00443**

GVR Dry Utility Coordination – **SCM00444 & SCM00445**

Aztec Road Improvement Plans-Shinarump Rd to the roundabout – **SCM00446-SCM00468**

GVR East Loop Road Street Improvement Plans – **SCM00469-SCM00478**

GVR West Loop Road Street Improvement Plans – **SCM00479-SCM00509**

GVR East Loop Road Water and Sewer Plans – **SCM00510-SCM00591**

GVR West Loop Road Water and Sewer Plans – **SCM00592-SCM00612**

GVR Mass Grading Plans – **SCM00613-SCM00706**

GVR Minor Plan Ammenedment – **SCM00707-SCM00711**

GVR Pod 1A Subdivision Improvement Plans – **SCM00712-SCM00790**

GVR Pod 1B Subdivision Improvement Plans – **SCM00791-SCM00895**

GVR Pod 2A Subdivision Improvement Plans - **SCM00896-SCM00916**

GVR Pod 2B Subdivision Improvement Plans - **SCM00917-SCM01045**

GVR Pod 3 Subdivision Improvement Plans - **SCM01046-SCM01120**

GVR Preliminary Plat for Pod 1 – **SCM01121-SCM01132**

GVR Preliminary Plat for Pod 2 – **SCM01133-SCM01144**

GVR Preliminary Plat for Pod 3 – **SCM01145-SCM01150**

789970.1

GVR Regional Drainage Report – **SCM01151-SCM01449**

10) GVR Rezoning Applications – **SCM01737-SCM01753**

11) GVR Tank Reservoir #1 – **SCM01754-SCM02059**

789970.1

12) GVR Wastewater Treatment Plant Design – **SCM2060-SCM02237**

13) NOT ON DISK

14) GVR Water and Sewer Master Plan – **SCM02230-SCM02389**

789970.1

15) GVR Well GV1 Plans & Specifications – **SCM02290-SCM02765**

16) Kingman 7600 Phase II – **SCM02766-SCM02803**

17) Mohave County Outlying Areas Site Planning – **SCM02804-SCM02805**

18) Mohave County Property Exhibits #6 – **SCM02806**

19) Red Lake Area Plan – **SCM02807-SCM02844**

20) Rhodes GVR Cultural Resource Survey – **SCM02845-SCM02996**

789970.1

21) Rhodes Office and Sales Office – **SCM02997**

22) Rhodes Office and Sales Office – **SCM02998**

23) White Hills Deliniation of the Waters of the US – **SCM02999-SCM03172**

24) White Hills Phase I – **SCM03173-SCM03241**

25) X-One Ranch Phase I – **SCM03242-SCM03278**

26) Kingman 7600 Engineering Report – **SCM3279-SCM03394**

27) GVR Engineering Report – **SCM03395-SCM03508**

28) Misc. ALTA Maps – **SCM03509-SCM03654**

29) ACC/CCN Application Exhibits – **SCM03655-SCM03661**

30) GVR Phasing Exhibits & Budget Reports – **SCM03662-SCM03800**

789970.1

31) Proposal for Engineering Service for the Entire Golden Valley Ranch – **SCM03801-SCM03815**

32) Effluent Supply Line – **SCM03816**

33) Misc. Exhibits – **SCM03817-SCM03822**

34) Hafley Ranch Area Plan March 2006 – **SCM03823-SCM03855**

35) Nugant Ranch Area Plan March 2006 – **SCM03856-SCM03888**

36) GVR 2005-2007 Phase I Business Plan Major Offsite Infrastructure – **SCM03889-SCM03926**

1) Aztec 24" Waterline Plans – **SCM03927-SCM03957**

2) Aztec 60 Final Engineering – **SCM03958-SCM03973**

3) Aztec 80 Final Engineering – **SCM03974-SCM04026**

4) Aztec Park Improvement Plans – **SCM04027-SCM04036**

5) GVR 208 Plan Amendment – **SCM04037-SCM04163**

789970.1

6) GVR Aquifer Protection Permit Application – **SCM04164-SCM04493**

7) GVR Aztec Waterline-Shinarump to the Roundabout – **SCM04494-SCM04504**

8) GVR Deliniation of the Waters of the US – **SCM04505-SCM04511**

9) GVR Design Standards – **SCM04512-SCM04587**

789970.1