# OFFSITE WATER TRANSMISSION LINE - IMPROVEMENT FOR GOLDEN VALLEY RANCH, RHODES HOMES ARIZONA, LLC



**VICINITY MAP**

PROJECT SITE



NORTH

**PROJECT LOCATION**

## ENGINEERS ESTIMATED QUANTITIES

### WATER

| ITEM | QUANTITY |
|---|---|
| 24" D.I.P. WATER LINE | 23,292 LF |
| 24" BUTTERFLY VALVE | 2 EA |
| 24" X 24" X 12" TEE | 1 EA |
| 24" X 24" X 8" TEE | 3 EA |
| 24" X 24" X 6" TEE | 1 EA |
| 24" X 12" X 12" TEE | 1 EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 3 EA |
| 24" 90° BEND | 1 EA |
| 12" C900 PVC WATER LINE | 1,389 LF |
| 12" GATE VALVE | 3 EA |
| 12" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1 EA |
| 12" X 12" X 8" TEE | 1 EA |
| 12" X 12" X 6" TEE | 1 EA |
| 12" X 8" X 8" TEE | 1 EA |
| 8" C900 PVC WATER LINE | 100 LF |
| 8" GATE VALVE | 2 EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 3 EA |
| 6" C900 PVC WATER LINE | 380 LF |
| 6" GATE VALVE | 6 EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 6 EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 5 EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

## SHEET INDEX

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 31 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 31 |
| PP-1 TO PP-11 | AZTEC ROAD PLAN AND PROFILE | 3 TO 13 OF 31 |
| PP-12 TO PP-13 | DORA DRIVE PLAN AND PROFILE | 14 TO 15 OF 31 |
| PP-14 TO PP-19 | BOLSA ROAD PLAN AND PROFILE | 16 TO 21 OF 31 |
| PP-20 TO PP-21 | HOPE ROAD PLAN AND PROFILE | 22 TO 23 OF 31 |
| PP-22 TO PP-23 | NEWGARD DRIVE PLAN AND PROFILE | 24 TO 25 OF 31 |
| DT-1 TO DT-6 | DETAIL SHEETS | 26 TO 31 OF 31 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391ft (NAVD'88)

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N,
LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2466.56824ft (NAVD'88)

SEC COR 26/35/34/27 =    LATITUDE 35°10'15.19764"N,
LONGITUDE 114°10'59.03545"W (NAD '83)
HEIGHT 2505.65536ft (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2662.014ft (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOT FOR CONSTRUCTION**

**PRELIMINARY**

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 369-9396  Fax (702) 369-9793

| | |
|---|---|
| SCALE (H) N.T.S. | |
| SCALE (V) N.T.S. | |
| DRAWN BY EAD | |
| CHECKED BY RLA | |
| DATE 11/22/06 | |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
COVER SHEET

MOHAVE COUNTY                    ARIZONA

| SHEET |
|---|
| G-1 |
| 1 OF 31 SHEETS |

SCS PROJECT#
18449.07.04

ST-RH035601

## GENERAL NOTES

## WATER

## ENGINEER'S NOTES



## LEGEND

## ABBREVIATIONS

---

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

## NOT FOR CONSTRUCTION

## PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
GENERAL NOTES AND ABBREVIATIONS

Stanley Consultants INC.

SHEET
G-2
2 OF 31 SHEETS

ST-RH035602



PLAN – AZTEC ROAD
SCALE: HORIZ 1"=40'

KEYMAP
NOT TO SCALE

PROFILE – AZTEC ROAD
SCALE: HORIZ 1"=40'
       VERT  1"=4'

NOT FOR CONSTRUCTION
PRELIMINARY

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 185+00.00 - 195+00.00
MOHAVE COUNTY                              ARIZONA

SHEET
PP-1
3 OF 31 SHEETS



**PLAN – AZTEC ROAD**
SCALE: HORIZ 1"=40'

**PROFILE – AZTEC ROAD**
SCALE: HORIZ 1"=40'

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY







**PLAN - AZTEC ROAD**
SCALE: HORIZ 1"=40'

NOTE:
MAINTAIN 60" MIN. COVER
OVER WATERLINES

**KEYMAP**
NOT TO SCALE

**PROFILE - AZTEC ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

BASIS OF BEARINGS

NORTH 00°15'47" EAST - THE EAST LINE OF THE SOUTHEAST QUARTER (SE
1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE,
INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED
BY NGS-OPUS.

M.C.S.D. "ED 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46361M (NAVD'88)

M.C.S.D. "ED 35" = LATITUDE 35°06'22.43032"N,
LONGITUDE 114°07'26.56308"W (NAD '83)
HEIGHT 2466.56824F (NAVD'88)

SEC COR 26/25/34/27 = LATITUDE 35°10'15.19764"N,
LONGITUDE 114°07'28.03440"W (NAD '83)
HEIGHT 2569.65536M (NAVD'88)

BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2662.0148ft (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE
COUNTY 1999 "TBLS 10344", LOCATED AT THE SOUTHWEST
CORNER OF AZTEC ROAD & BOLSA DRIVE.

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

Call
before you
Dig
1-800-227-2600
ARIZONA BLUE STAKE

Call
before you
Overhead
1-702-227-2929
ARIZONA OVERHEAD
HIGH VOLTAGE

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9751
www.stanleyconsultants.com

| SCALE (H) 1"=40' | SCALE (V) 1"=4' | DRAWN BY DMG | CHECKED BY RLA | DATE 11/22/05 |
|---|---|---|---|---|

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 225+00.00 - 235+00.00

MOHAVE COUNTY                                    ARIZONA

**NOT FOR CONSTRUCTION**
**PRELIMINARY**

| SHEET |
|---|
| PP-5 |

7 OF 31 SHEETS

SEC PROJECT
18449.07.04

ST-RH035607



**PLAN – AZTEC ROAD**
SCALE: HORIZ 1"=40'

**KEYMAP**
NOT TO SCALE

**PROFILE – AZTEC ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

NOTE:
MAINTAIN 60" MIN. COVER
OVER WATERLINES

DISCLAIMER NOTE

BASIS OF BEARINGS

BENCHMARK

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY                    ARIZONA

PLAN AND PROFILE - STA. 235+00.00 - 245+00.00

NOT FOR CONSTRUCTION
**PRELIMINARY**

SHEET
PP-6
8 OF 31 SHEETS



# FUTURE IMPROVEMENTS - AZTEC AT CHUAR

**PLAN –AZTEC ROAD**
SCALE: HORIZ 1"=40'



**KEYMAP**
NOT TO SCALE

**PROFILE – AZTEC ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

NOT FOR CONSTRUCTION

PRELIMINARY

Stanley Consultants INC.

SHEET PP-7
9 OF 31 SHEETS



FUTURE IMPROVEMENTS - AZTEC AT CHUAR

PLAN - AZTEC ROAD

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION

PRELIMINARY



**PLAN – AZTEC ROAD**
SCALE: HORIZ 1"=40'

**PLAN – AZTEC ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

**KEYMAP**
NOT TO SCALE

NORTH

NOTE:
MAINTAIN 60" MIN. COVER
OVER WATERLINES

NOTE:
RESTRAINT JOINTS AT
FITTING SEE M.A.G.
STANDARD DETAIL # 303.1

EXISTING GROUND @ CENTERLINE

EXISTING GROUND @ CENTERLINE — INVERT OF PIPE

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
dig
1-800-227-2600
Call
before you
Overhead
1-702-227-2929

**BASIS OF BEARINGS**
NORTH 00°57'41" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N
LONGITUDE 114°09'31.57244"W (NAD '83)
HEIGHT 2562.46381ft (NAVD'88)

M.C.S.D. "SD 35" = LATITUDE 35°09'22.45002"N
LONGITUDE 114°13'38.56300"W (NAD '83)
HEIGHT 2465.56824sf (NAVD'88)

SEC COR 26/35/34/37 = LATITUDE 35°07'3.19764"N
LONGITUDE 114°10'39.03545"W (NAD '83)
HEIGHT 2555.85536ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZ1 8" M.C.S.D.
ELEVATION: 2662.094ft (NAVD '88)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY "1999 TBS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 369-9396 fax (702) 369-9791
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY    ARIZONA

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 265+00.00 - 275+00.00

SCALE (V)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EMG
DESIGNED BY  ALA
DATE  11/22/05

SHEET
**PP-9**
11  OF  31  SHEETS

SS PROJECT#
18449.07.04

**NOT FOR CONSTRUCTION**
**PRELIMINARY**

ST-RH035611







## PLAN – DORA DRIVE
SCALE: HORIZ 1"=40'

FUTURE AZTEC PARK

FOR CONTINUATION SEE SHEET PP-2

FOR CONTINUATION SEE SHEET PP-3

## PROFILE – DORA DRIVE
SCALE: HORIZ 1"=40'
VERT  1"=4'



KEYMAP
NOT TO SCALE

NORTH

NORTH

**NOTE**
MAINTAIN 54" MIN. COVER
OVER WATERLINES

**NOTE**
RESTRAINT JOINTS AT
FITTING SEE M.A.G.
STANDARD DETAIL # 303.1

VALVE VAULT

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-227-2600

Call
before you
Overhead
1-702-227-2929

**BASIS OF BEARINGS**
NORTH 00°12'43" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE
1/4) OF SECTION 27, TOWNSHIP 25 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WIF), WEST ZONE,
INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED
BY NGS—OPUS.

M.O.G.D. "BD 32" =   LATITUDE 35°09'23.70034"N,
LONGITUDE 114°09'21.57042"W (NAD '83)
HEIGHT 2063.4636'(ft (NAVD'88)

M.O.G.D. "DD 35" =   LATITUDE 35°08'22.40323"N,
LONGITUDE 114°07'38.55008"W (NAD '83)
HEIGHT 2484.9563'(ft (NAVD'88)

SEC COR 26/25/34/27 = LATITUDE 35°07'15.15794"N,
LONGITUDE 114°07'08.03548"W (NAD '83)
HEIGHT 2303.6595'(ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT B" M.O.G.D.
ELEVATION= 2562.0046ft (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE
COUNTY 1999 "RLS 10346".   LOCATED AT THE SOUTHWEST
CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

NOT FOR CONSTRUCTION

**PRELIMINARY**

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Phone (702) 369-9396 Fax (702) 369-9701
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  DWG
DESIGN BY  DWG
CHECKED BY  RLA
DATE  11/22/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE-DORA DRIVE
PLAN AND PROFILE - STA. 9+00.00 - 17+00.00
ARIZONA
MOHAVE COUNTY

SHEET
PP-12
14 OF 07 SHEETS

ST PROJECT
18440.07.04

ST-RH035614



## PLAN – DORA DRIVE
SCALE: HORZ 1"=40'



## PROFILE – DORA DRIVE
SCALE: HORZ 1"=40'
VERT 1"=4'



## KEYMAP
NOT TO SCALE



NOT FOR CONSTRUCTION
PRELIMINARY

Stanley Consultants INC.

PHOEBE HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE–DORA DRIVE
PLAN AND PROFILE – STA. 17+00.00 – 24+00.00
MOHAVE COUNTY ARIZONA

SHEET PP-13
15 OF 31 SHEETS

DISCLAIMER NOTE

BASIS OF BEARINGS

BENCHMARK

ST-RH035615



NORTH

KEYMAP
NOT TO SCALE

PLAN - BOLSA DRIVE
SCALE: HORIZ 1"=40'

PROFILE - BOLSA DRIVE
SCALE: HORIZ 1"=40'
        VERT 1"=4'

NOT FOR CONSTRUCTION
PRELIMINARY

DISCLAIMER NOTE

BASIS OF BEARINGS

BENCHMARK

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - BOLSA DR
PLAN AND PROFILE - STA 33+00.00 - 42+00.00
MOHAVE COUNTY                    ARIZONA

SHEET
PP-14
16 OF 31 SHEETS

ST-RH035616



**PLAN – BOLSA DRIVE**
SCALE: HORIZ 1"=40'

**KEYMAP**
NOT TO SCALE

**PROFILE – BOLSA DRIVE**
SCALE: HORIZ 1"=40'
VERT 1"=4'

NOT FOR CONSTRUCTION

**PRELIMINARY**

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – BOLSA DR
PLAN AND PROFILE – STA. 42+00.00 – 52+00.00
MOHAVE COUNTY                    ARIZONA

SHEET
PP-15
17 OF 31 SHEETS

ST-RH035617



NOT FOR CONSTRUCTION

PRELIMINARY



PLAN – BOLSA DRIVE
SCALE: HORIZ 1"=40'

PROFILE – BOLSA DRIVE
SCALE: HORIZ 1"=40'
VERT 1"=4'

KEYMAP
NOT TO SCALE

NORTH

NOT FOR CONSTRUCTION

**PRELIMINARY**

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – BOLSA DR.
PLAN AND PROFILE – STA. 6H-50.00 – 72H-00.00
MOHAVE COUNTY                          ARIZONA

SHEET
PP-17
19 OF 31 SHEETS

DISCLAIMER NOTE

BASIS OF BEARING

BENCHMARK

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

NOTE:
RESTRAINT JOINTS AT
FITTING SEE M.A.G.
STANDARD DETAIL # 303.1

NOTE:
MAINTAIN 60" MIN. COVER
OVER WATERLINES



PLAN - BOLSA DRIVE
SCALE: HORIZ 1"=40'

PROFILE - BOLSA DRIVE
SCALE: HORIZ 1"=40'
VERT 1"=4'

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY





**PLAN - HOPE ROAD**
SCALE: HORIZ 1"=40'

**PROFILE - HOPE ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

**KEYMAP**
NOT TO SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - HOPE RD.
PLAN AND PROFILE - STA. 290+00.00 - 299+00.00
MOHAVE COUNTY                    ARIZONA

NOT FOR CONSTRUCTION

**PRELIMINARY**

SHEET
**PP-20**
22 OF 31 SHEETS

SCI PROJECT#
18449.07.04

**DISCLAIMER NOTE**

**BASIS OF BEARINGS**

**BENCHMARK**

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

ST-RH035622



**KEYMAP**
NOT TO SCALE

**PLAN - HOPE ROAD**
SCALE: HORIZ 1"=40'

NEWGARD DRIVE
FOR CONTINUATION SEE SHEET PP-22

**PROFILE - HOPE ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

NOT FOR CONSTRUCTION

**PRELIMINARY**

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE - HOPE RD.
PLAN AND PROFILE - STA. 299+00.00 - 307+00.00
MOHAVE COUNTY    ARIZONA

SHEET
PP-21
23 OF 31 SHEETS

ST-RH035623



**PLAN - NEWGARD DRIVE**
SCALE: HORIZ 1"=40'

**PROFILE - NEWGARD DRIVE**
SCALE: HORIZ 1"=40'
VERT 1"=4'

**KEYMAP**
NOT TO SCALE

NOT FOR CONSTRUCTION

**PRELIMINARY**

ST-RH035624

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - NEWGARD DR.
PLAN AND PROFILE - STA. 87+00.00 - 96+00.00
MOHAVE COUNTY    ARIZONA

SHEET
PP-22
24 of 31 SHEETS





**PLAN – NEWGARD DRIVE**
SCALE: HORIZ 1"=40'

**PROFILE – NEWGARD DRIVE**
SCALE: HORIZ 1"=40'
VERT 1"=4'



Q:\18449\dwg\A\

ND-EXTENSION\Imp-Plans 30%\PH1\NEWGARD DR_PP22-PP23.dwg, 3/20/2006 10   4 AM, \\UVG-PS1\\p5500-survey-pcd

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITES PRIOR TO COMMENCING CONSTRUCTION. NO INTERVENTION IS MADE THAT ALL EXISTING UTILITES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Arizona
Call
before you
dig
1-800-227-2600
nationwide phone line
Arizona
Call
before you
Overhead
1-702-227-2929
EXTRA HIGH VOLTAGE
AFTER HOURS & WEEKENDS

**BASIS OF BEARINGS**
NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" =   LATITUDE 35°09'22.70034"N,
                     LONGITUDE 114°09'21.57246"W (NAD '83)
                     HEIGHT 2582.46361ft (NAVD'88)
M.C.S.D. "SD 35" =   LATITUDE 35°09'22.43032"N,
                     LONGITUDE 114°12'56.50308"W (NAD '83)
                     HEIGHT 2466.56824ft (NAVD'88)
SEC COR 26/35/34/27 = LATITUDE 35°07'15.19764"N,
                     LONGITUDE 114°12'56.03540"W (NAD '83)
                     HEIGHT 2505.65536ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 8" M.C.S.D.
ELEVATION= 2662.0748ft (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302 FOR D.I.P. JOINT RESTRAINTS



**KEYMAP**
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – NEWGARD DR
PLAN AND PROFILE – STA. 96+00.00 – 103+00.000
MOHAVE COUNTY                     ARIZONA

SHEET
PP-23
25 OF 31 SHEETS

**NOT FOR CONSTRUCTION**

**PRELIMINARY**



NOT FOR CONSTRUCTION
PRELIMINARY





## CONCRETE ENCASEMENT DETAIL
DT2   N.T.S.

## THRUST BLOCK DETAILS
DT2   PUBLIC STREET

(SEE M.A.G. STANDARD DETAIL # 380
AND 381 FOR VERT. BENDS)

**NOT FOR CONSTRUCTION**

**PRELIMINARY**

### TRENCH BACKFILL DETAIL
DT2   N.T.S.
(SEE MOHAVE COUNTY DETAIL
# 200-1 AND 200-2 )

NOTES:
1. NO STONES OR LUMPS GREATER THAN 3" PERMITTED IN TRENCH 2' OR LESS IN WIDTH.
2. IF SAWCUT IS WITHIN THREE FEET OF EDGE OF EXISTING ASPHALT CONCRETE SURFACE OR OTHER PATCH, REMOVE EXISTING PAVEMENT TO THAT EDGE AND REPLACE ENTIRE SECTION.
3. PATCHES SHALL BE WIDTH (4 FEET MINIMUM) SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUTS SHALL NOT BE PLACED IN THE WHEEL PATH AREA.
4. FOR CONDUIT TRENCHES 6 INCHES WIDE OR LESS WITHIN 2 FEET OF THE CURB, PATCHES SHALL EXTEND A MINIMUM OF 4 FEET FROM LIP OF GUTTER AND PAVEMENT SHALL BE REMOVED TO CURB AND, GUTTER. PATCHES SHALL BE WIDTH (4 FEET MINIMUM) SUFFICIENT TO ACCOMMODATE USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUT SHALL NOT BE PLACED IN WHEEL PATH AREA.
5. TRENCH WIDTH, BEDDING, BACKFILL AND PAVEMENT REQUIREMENTS FOR UTILITY INSTALLATIONS SHALL CONFORM TO THE RESPECTIVE AGENCY REQUIREMENTS.
6. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY. SEE STANDARD DRAWING NO. 505 FOR PIPE BEDDING METHODS.
7. LAS VEGAS VALLEY WATER DISTRICT REQUIRES PIPE BEDDING AND BACKFILL WITHIN THE PIPE ZONE BE 6" OF THE SAME MATERIAL.
8. ABC BASE PER MOHAVE COUNTY STDS. SECTION 702 AND 601.

---

### CLASS B BEDDING (NORMAL BEDDING)

SHAPED GRANULAR BASE
FLAT GRANULAR FOUNDATION
TYPE B OR TYPE III
AGGREGATE BASE
OR SAND BACKFILL
SEE NOTE 4

### CLASS A BEDDING (CONCRETE BEDDING)

CONCRETE CRADLE   CONCRETE CAP   CONCRETE ENCASEMENT

#### TABLE 1

| SIZE | PIPE B | PIPE A |
|------|--------|--------|
| 6" | 4" | 24" |
| 8" | 4" | 24" |
| 12" | 4" | 24" |
| 15" | 6" | 36" |
| 18" | 6" | 36" |
| 21" | 6" | 36" |

D = OUTSIDE DIAMETER OF PIPE
W = OUTSIDE DIAMETER OF PIPE + 24" MAXIMUM

NOTES:
1. PIPE BEDDING TO BE COMPACTED TO AT LEAST 90% OF MAXIMUM DENSITY. SUBGRADE SHALL CONFORM TO RESPECTIVE ENTITY REQUIREMENTS.
2. INDICATED THICKNESS OF BEDDING MATERIAL TO BE CONSTRUCTED UNDER THE BARREL. SUBGRADE TO BE EXCAVATED TO PROVIDE 2" CLEARANCE UNDER THE BELL.
3. OTHER BEDDING METHODS MAY BE SPECIFIED OR APPROVED.
4. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY.

### PIPE TRENCH BEDDING METHODS
DT2   PUBLIC STREET



NOTES:
1. PIPE HYDRANT INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 758 AND M.A.G. STANDARD DETAILS NO. 360 AND 361.
2. VALVE BOX INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630 AND M.A.G. STANDARD DETAIL 270 AND 391.
3. FIRE HYDRANT SHOULD BE FIRE LOCAL FIRE DEPARTMENT SPECIFICATIONS AND THE NOZZLE THREAD PATTERN SHOULD MATCH THE LOCAL FIRE DEPARTMENT HOSE THREAD PATTERN.

#### PLAN
#### ELEVATION

### FIRE HYDRANT ASSEMBLY DETAIL
DT2   N.T.S.



### DOUBLE MECHANICAL JOINT

| PIPE DIA | TIE ROD DIA | NO. TIE RODS REQ'D | TIE BOLT DIA |
|----------|-------------|--------------------|--------------| 
| 8" | 4" | 2 | 4" |
| 10" | 4" | 4 | 4" |
| 12" | 4" | 4 | 4" |
| 14" | 1" | 4 | 1" |
| 16" | 1" | 6 | 1" |
| 18" | 1" | 6 | 1" |
| 24" | 1" | 10 | 1" |
| 36" | 1" | 20 | 1" |

NOTES:
1. PROVIDE TIE RODS WHERE FLEXIBLE COUPLING RESTRAINTS ARE SPECIFIED AND AT ALL OTHER LOCATIONS INDICATED ON THE DRAWINGS.
2. ORIENT AND SPACE TIE RODS AS REQUIRED TO EVENLY DISTRIBUTE PIPE PRESSURE

### FLEXIBLE COUPLING DETAIL - A-P12
NOT TO SCALE



**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE
DETAIL SECTION
MOHAVE COUNTY   ARIZONA

SHEET
**DT-2**
27 OF 31 SHEETS

ST-RH035627



NOT FOR CONSTRUCTION

PRELIMINARY

ST-RH035628





**VALVE VAULT SECTIONAL PLAN**
WITH (1) VALVE AND NO TEE
NOT TO SCALE

**VALVE VAULT SECTION**
WITH (1) VALVE AND NO TEE
NOT TO SCALE

**VALVE VAULT SECTIONAL PLAN**
WITH (3) VALVE AND TEE
NOT TO SCALE

**VALVE VAULT SECTION**
WITH (3) VALVE AND TEE
NOT TO SCALE

**NOT FOR CONSTRUCTION**

**PRELIMINARY**

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
DETAIL SECTN

MOHAVE COUNTY                    ARIZONA

SHEET
**DT-5**
30 OF 31 SHEETS



**VALVE VAULT SECTION**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE



**VALVE VAULT SECTION**
**WITH (3) VALVE AND TEE**
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
DETAIL SECTION

MOHAVE COUNTY                ARIZONA

**NOT FOR CONSTRUCTION**

**PRELIMINARY**

SHEET
**DT-6**
31  OF  31  SHEETS

SCI PROJECT #
18449.07.04

ST-RH035631