# RHODES HOMES
## AZTEC CORRIDOR AREA
# WASTEWATER SEWAGE TREATMENT PLANT

NORTH

20  0  10  20

₵ AMADO LANE

40'

445.00'

75'

30' DIA. CLARIFIERS TYP OF 2

45'

5'x15' DISTRIBUTION PUMP

50'

40'

20'

SLUDGE HANDLING

75'

30'

AERATION BASIN I

25'

HEADWORKS BLDG W/SCREENING GRIT REMOVAL OFFICE/LAB

50'

55'

60' DIA. RAPID INFILTRATION BASIN

225.00'

AERATION BASIN II

25'

FILTERS

FUTURE UNNAMED STREET

UV DISINFECTION

75'

### VICINITY MAP

KINGMAN
US 68
AZTEC 60
AZTEC 80
AZTEC 120 — PROJECT SITE
NORTH

### LEGEND

- ▨ = GRAVEL/PAVED SURFACE
- —— = PROPERTY LINE
- —— = RIGHT OF WAY
- —— = CENTER LINE

PORTION OF: 306-63-008
ACREAGE: 2.3 ACRES

### ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### DEVELOPER:

RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### OWNER

SOUTH DAKOTA CONSERVANCY
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| NO. | REVISIONS | DWN | APVD | APVD | DATE |
|---|---|---|---|---|---|

1.5 MGD AZTEC WWTP SITE PLAN

DESIGNED: DKS
DRAWN: VD
CHECKED: SAH
APPROVED: LP
APPROVED: DYW
DATE: FEBRUARY 25, 2005
SCALE: AS NOTED
NO.
REV. 0

ST-RH035634

# RHODES HOMES
## AZTEC CORRIDOR AREA
## WASTEWATER SEWAGE TREATMENT PLANT




**VICINITY MAP**

**LEGEND**

- ▨ = GRAVEL/PAVED SURFACE
- ——— = PROPERTY LINE
- ——— = RIGHT OF WAY
- ——— = CENTER LINE

PORTION OF: 306-63-008
ACREAGE: 2.3 ACRES

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

1.5 MGD AZTEC WWTP SITE PLAN

| DESIGNED | DKS |
| DRAWN | VD |
| CHECKED | SAH |
| APPROVED | LP |
| APPROVED | DYW |
| DATE | FEBRUARY 25, 2005 |

SCALE: AS NOTED
REV. 0

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### DEVELOPER:
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### OWNER
SOUTH DAKOTA CONSERVANCY
4730 S. FORT APACHE ROAD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

ST-RH035635