# SITE PLAN
## FOR
## RHODES HOMES AZTEC AT REDWALL

**VICINITY MAP**
NOT TO SCALE

**LEGEND**
- ▨ = OPEN SPACE, DETENTION LANDSCAPE, COMMON AREA
- ─── = PROPERTY LINE
- ─ ─ ─ = RIGHT OF WAY
- ─ · ─ = CENTER LINE

**LOT SUMMARY**
- 1 – 52' X 120' LOTS = 69
- 2 – 55' X 120' LOTS = 74
- 3 – 58' X 120' LOTS = 74
- TOTAL = 217

**SITE SUMMARY**
PARCEL NUMBERS: 306-42-001,008A
TOTAL ACREAGE = 59.82 ACRES
MIN. LOT SIZE = 52' X 120'
FLOOD PLAIN DESIGNATION: FEMA C,A

**BASIS OF BEARINGS**
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =  LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.20458ift (NAVD'88)

**LEGAL DESCRIPTION**
A PARCEL OF LAND LYING IN THE NORTH EAST QUARTER (NE 1/4) OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST

**OWNER**
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**UTILITIES**
| | | |
|---|---|---|
| SEWAGE DISPOSAL: | TBD | TBD |
| WATER: | TBD | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE |
| TELEPHONE: | FRONTIER | 2202 STOCKTON HILL |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET |
| FIRE DISTRICT: | GOLDEN VALLEY FIRE DEPARTMENT | 3327 N. MAYER RD. |

**BENCHMARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**TYPICAL LOT SETBACKS**
NOT TO SCALE

- 52' MIN
- 25' MIN
- 120' MIN
- BUILDING ENVELOPE
- 5' MIN — 5' MIN
- 20' MIN
- 4' SIDEWALK (ONE SIDE)
- BACK OF CURB

GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

NORTH

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/BS
CHECKED BY SH
DATE 05-01-05

RHODES HOMES ARIZONA LLC
AZTEC AT REDWALL
SITE PLAN
MOHAVE COUNTY   ARIZONA

PRELIMINARY ISSUE FOR REVIEW 05-10-05

SHEET
EX-1
1 OF 1 SHEETS
SCI PROJECT# 17942

ST-RH035636

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 60 ACRES

**VICINITY MAP** — KINGMAN, US 68, PROJECT SITE

### SITE SUMMARY

MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 2.70 AC
TOTAL LOTS = 254

- **1** — 52' X 120' LOTS = 84
- **2** — 55' X 120' LOTS = 83
- **3** — 58' X 120' LOTS = 87

### LEGEND

- ▨ = OPEN SPACE, LANDSCAPE, COMMON AREA
- —— = PROPERTY LINE
- – – – = RIGHT OF WAY
- — · — = CENTER LINE

Roads shown: AZTEC ROAD, REDWALL DRIVE, RAINWATER DRIVE, ARIVACA ROAD. Notes: EXIST 60' STREET TO BE VACATED; 5' TYP; 10' L.S.; ROADWAY CENTERLINE; R/W; PROPERTY LINE; 120' OPEN SPACE.

Scale: 0 — 100 — 200 — 400

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**
RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**
RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

AZTEC 60 SITE PLAN

DESIGNED: GA
SCALE: AS NOTED
REV. 0
DATE: FEBRUARY 04, 2005

PRELIMINARY — NOT FOR CONSTRUCTION

ST-RH035637



# LOT LAYOUT
## FOR
## RHODES HOMES AZTEC 60 ACRES

### VICINITY MAP

KINGMAN
US 68
PROJECT SITE

### SITE SUMMARY

PARCEL NUMBERS: 306-42-001,008
MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 2.70 AC
TOTAL LOTS = 233
D.U.A. = 3.88

1 – 52' X 120' LOTS = 70
2 – 55' X 120' LOTS = 75
3 – 58' X 120' LOTS = 80

### LEGEND

= OPEN SPACE, LANDSCAPE, COMMON AREA
= PROPERTY LINE
= RIGHT OF WAY
= CENTER LINE

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**DEVELOPER:**
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**OWNER**
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

AZTEC 60 LOT LAYOUT

DESIGNED CJD
SCALE: AS NOTED
DATE MARCH 17, 2005
REV. 0

PRELIMINARY
NOT FOR CONSTRUCTION

Roads labeled: AZTEC ROAD, REDWALL DRIVE, RAINWATER DRIVE, ARIVACA ROAD
EXIST 60' STREET TO BE VACATED

ST-RH035639

# SITE PLAN
## FOR
## RHODES HOMES AZTEC AT REDWALL





**VICINITY MAP**
NOT TO SCALE

**LEGEND**
- = OPEN SPACE, DETENTION LANDSCAPE, COMMON AREA
- = PROPERTY LINE
- = RIGHT OF WAY
- = CENTER LINE

**LOT SUMMARY**
- 1 – 52' X 120' LOTS = 69
- 2 – 55' X 120' LOTS = 74
- 3 – 58' X 120' LOTS = 74
- TOTAL = 217

**SITE SUMMARY**
- PARCEL NUMBERS:
- MIN. LOT SIZE = 52' X 120'
- TOTAL ACREAGE =
- PARK SPACE = .5 ACRES ±
- C.E. & LANDSCAPE = 2.0 ACRES
- D.U.A. = 3.60
- CURRENT/PROPOSED ZONING =

**OWNER**
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396



**TYPICAL LOT SETBACKS**
NOT TO SCALE

PRELIMINARY ISSUE FOR REVIEW 04-05-05

**UTILITY PROVIDERS**
- ELECTRIC BY: UNISOURCE
- WATER BY: VALLEY PIONEER
- SEWER BY:
- SOLID WASTE BY:
- GAS BY: UNISOURCE
- FIRE DISTRICT: GOLDEN VALLEY FIRE DEPARTMENT



NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

**LEGAL DESCRIPTION**
A PARCEL OF LAND LYING IN THE EAST HALF (E ½) OF SECTION 27, TOWNSHIP 19 SOUTH, RANGE

**BASIS OF BEARINGS**
SOUTH 00°53'22" EAST – BEING THE EAST LINE OF THE

**BENCHMARK**
SOUTH 00°53'22" EAST – BEING THE EAST LINE OF THE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT REDWALL
SITE PLAN
MOHAVE COUNTY ARIZONA

SHEET EX-1
1 OF 1 SHEETS
SCI PROJECT# 17942

ST-RH035640





SCHEMATIC LAYOUT 1
AZTEC 40 ACRES
MIN. LOT SIZE = 70' X 120'
TOTAL LOTS = 117

Stanley Consultants INC.

ST-RH035642



# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

## VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 1.03 AC
TOTAL LOTS = 256

**1** – 52' X 120' LOTS = 71
**2** – 55' X 120' LOTS = 76
**3** – 58' X 120' LOTS = 109

### LEGEND

▓▓▓ = OPEN SPACE
───── = PROPERTY LINE
── ── = RIGHT OF WAY
─ · ─ = CENTER LINE

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

## DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

## OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.

AZTEC 40 SITE PLAN

PRELIMINARY
NOT FOR CONSTRUCTION

DESIGNED: GA
DATE: FEBRUARY 03, 2005
SCALE: AS NOTED
REV. 0

ST-RH035644

# SITE PLAN
# FOR
# RHODES HOMES AZTEC 40 ACRES

## VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 70' X 120'
OPEN SPACE = 4.75 AC
TOTAL LOTS = 101

**1** – 52' X 120' LOTS
**2** – 55' X 120' LOTS
**3** – 58' X 120' LOTS

### LEGEND

= OPEN SPACE
= PROPERTY LINE
= RIGHT OF WAY
= CENTER LINE

**ENGINEER / SURVEYOR**

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.

AZTEC 40 SITE PLAN

DESIGNED: SAH
DATE: 30 DECEMBER 04
SCALE: AS NOTED
REV. 0

PRELIMINARY
NOT FOR CONSTRUCTION

ST-RH035645

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

### VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 1.03 AC
TOTAL LOTS = 256

1 – 52' X 120' LOTS = 71
2 – 55' X 120' LOTS = 76
3 – 58' X 120' LOTS = 109

### LEGEND

= OPEN SPACE
= PROPERTY LINE
= RIGHT OF WAY
= CENTER LINE

**Stanley Consultants INC.**

AZTEC 40 SITE PLAN

### ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

### DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

### OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

PRELIMINARY
NOT FOR CONSTRUCTION

DESIGNED: GA
DATE: FEBRUARY 03, 2005
SCALE: AS NOTED
REV. 0

ST-RH035646

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

### VICINITY MAP

KINGMAN

US 68

PROJECT SITE

### SITE SUMMARY

MIN. LOT SIZE = 70' X 120'
OPEN SPACE = 4.75 AC
TOTAL LOTS = 101

**1** – 52' X 120' LOTS
**2** – 55' X 120' LOTS
**3** – 58' X 120' LOTS

### LEGEND

■ = OPEN SPACE
——— = PROPERTY LINE
– – – = RIGHT OF WAY
— · — = CENTER LINE

**ENGINEER / SURVEYOR**

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Scale: 0 100 200 400

PRELIMINARY
NOT FOR CONSTRUCTION

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9365 Fax (702) 369-9793
www.stanleygroup.com

AZTEC 40 SITE PLAN

DESIGNED: SAH
DRAWN:
CHECKED:
APPROVED:
APPROVED:
DATE: 30 DECEMBER 04

SCALE: AS NOTED
REV. 0

ST-RH035647