# IMPROVEMENT PLANS
# FOR
# RHODES HOMES ARIZONA, LLC
# AZTEC AT CHUAR
### TRACT #

A PORTION OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



**KEYMAP**
SCALE: 1"=992'

## ENGINEERS ESTIMATED QUANTITIES

### SEWER
| ITEM | QUANTITY | |
|---|---|---|
| 8" P.V.C. SEWER LINE | 12,785 | LF |
| 48" DIA. SANITARY SEWER MANHOLES | 45 | EA |
| 4" SEWER LATERAL | 301 | EA |

### STORM DRAIN
| ITEM | QUANTITY | |
|---|---|---|
| 18" CMP STORM DRAIN | 1,000 | LF |
| 24" CMP STORM DRAIN | 80 | LF |
| 54" CMP STORM DRAIN | 80 | LF |
| 48" DIA. STORM DRAIN MANHOLE | 5 | EA |

### WATER
| ITEM | QUANTITY | |
|---|---|---|
| 8" PVC WATER LINE | 14,860 | LF |
| 8" GATE VALVE | 44 | EA |
| 8" 11.25' BEND | 6 | EA |
| 8" 22.5' BEND | 4 | EA |
| 8" X 4" X 8" TEE | 44 | EA |
| FIRE HYDRANT ASSEMBLY (INCLUDES 8" GATE VALVE) | 22 | EA |
| 8" CAP W/2" BLOWOFF ASSEMBLY | 4 | EA |
| 3/4" WATER METER | 301 | EA |
| 1" WATER LATERAL | 231 | EA |

### STREETS
| ITEM | QUANTITY | |
|---|---|---|
| EXCAVATION | 199,900 | CY |
| EMBANKMENT | 95,100 | CY |
| A.C. PAVEMENT | 5,485 | CY |
| TYPE II AGGREGATE BASE | 13,990 | CY |
| STREET NAME SIGN | 190 | EA |
| STOP SIGN | 190 | EA |
| SPEED LIMIT SIGN | 190 | EA |
| NO PARKING SIGN | 190 | EA |
| CURB & GUTTER | 27,500 | LF |
| SIDEWALK | 74,204 | SF |
| VALLEY GUTTER | 13,327 | SF |
| STREET LIGHT AND POLE | 190 | EA |
| STREETLIGHT CONDUIT | 190 | LF |
| SURVEY MONUMENTS | 190 | EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

## GENERAL NOTES

| | |
|---|---|
| FLOOD ZONE DESIGNATION: | FEMA-X |
| TOTAL ACREAGE: | 81 |
| TOTAL LOTS | 231 |
| AVERAGE LOT SIZE: | 8,217 S.F. |
| MINIMUM LOT SIZE: | 7,196 |
| DENSITY: | 3.01 D.U./ACRE |

| LAND USAGE AND ZONING | |
|---|---|
| CURRENT LAND USAGE | RSA |
| PROPOSED LAND USAGE | LDA |
| PROPOSED ZONING | R10 |
| COMMON LOT, | |
| PARK, DRAINAGE AREAS | 6.05 ACRES |

GEOTECHNICAL EVALUATION BY: GEOTEK, INC., 6835 ESCONDIDO STREET, SUITE A, LAS VEGAS, NEVADA 89119, (702) 897-1434, FAX (702) 897-3313. REPORT DATED MARCH 29, 2005, PROJ. NO. 3936-LV5

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR SHOWN IN THEIR PROPER LOCATION.

Know what's underground.
Call before you dig.
overhead
1-800-782-5348

Know what's below.
Call before you dig.
Overhead
1-978-753-3081

### VICINITY MAP
NTS

PROJECT SITE

NORTH

N.T.S.

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5338

## DEVELOPER

RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2312

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## BASIS OF BEARINGS

NORTH 00°13'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'23.43053"N,
LONGITUDE 114°12'36.56208"W (NAD '83)

HEIGHT 2496.08824ft (NAVD'88)

## BENCHMARK

BENCHMARK # "AZ1 5" M.C.S.D.
ELEVATION= 2656.489ft (NGVD '29)
CONVERSION= 2651.814ft (NAVD '88) — 3.546 = 2506.489ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10314".
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## UTILITIES

| | | | | |
|---|---|---|---|---|
| SEWER DISPOSAL: | TBD | | | |
| WATER: | TBD | | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 | |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3506 | |
| GAS: | UNISOURCE ENERGY | 3498 AIRWAY AVENUE | (928) 681-4129 | |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | GOLDEN VALLEY DRIVE | (928) 718-4900 | |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 | |
| FIRE PROTECTION: | GOLDEN VALLEY FIRE | 3327 N. MAYER RD. | (928) 565-3479 | |

## SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 1 | C1 | COVER SHEET |
| 2 | NOTES | GENERAL NOTES, ABBREVIATIONS, LEGEND |
| 3—7 | DT1—DT5 | DETAILS |
| 8 | LD | LINE AND CURVE DATA SHEET |
| 9—16 | GR1—GR8 | GRADING PLANS |
| 17—24 | UP1—UP8 | UTILITY PLANS |
| 15—23 | SL1—SL8 | STREET LIGHT & TRAFFIC CONTROL PLANS |
| 33—35 | PP1—PP3 | 8 STREET PLAN AND PROFILE |
| 26—28 | PP4—PP6 | A STREET PLAN AND PROFILE |
| 39—40 | PP7—PP8 | B STREET PLAN AND PROFILE |

## SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 41—43 | PP9—PP11 | 11 STREET PLAN AND PROFILE |
| 45 | PP12 | 1 AND 2 STREET PLAN AND PROFILE |
| 46 | PP13 | 3 AND 4 STREET PLAN AND PROFILE |
| 47 | PP14 | 6 AND 7 STREET PLAN AND PROFILE |
| 48 | PP15 | 5 STREET PLAN AND PROFILE |
| 49 | PP16 | 9 STREET PLAN AND PROFILE |
| 90 | PP17 | F STREET PLAN AND PROFILE |
| | SD1 | STORM DRAIN PLAN AND PROFILE |





### Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Phone 702.369.9396 Fax 702.369.9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (✓) NONE | |
| SCALE (✓) HORIZ | |
| DRAWN BY GA/ES | |
| CHECKED BY SH/DF | |
| DATE 04-15-05 | |

RHODES HOMES ARIZONA, LLC

AZTEC AT CHUAR
COVER SHEET

MOHAVE COUNTY          ARIZONA

SHEET
C1
1 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PORTION OF EXCEPTIONS BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.

2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY.

3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELIEVE THE DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.

4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.

5. THE DEVELOPER, AND HIS SUCCESSORS AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREIN, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.

6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.

7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.

8. ANY RELOCATION, MODIFICATION, ETC. OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.

9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.

10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.

11. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THE PROPERTY WHERE IT IS TO BE PLACED. THE MATERIAL PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING AGENCY.

12. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.

13. EXCEPT FOR THE WORK PERFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PERFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE ............. 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. WATER/SEWER SEPARATION INCLUDING SERVICE LINES WITHIN THE RIGHT-OF-WAY SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAILS 404-1 AND P18-9-0905 (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

4. CONTRACTOR SHALL ACQUIRE ALL PAY FOR ALL NECESSARY PERMITS.

5. SEWER MAIN PIPE AND REPAIRS SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. D-3034 AND M.A.G. SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D3031.

6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.

7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200.

9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.

10. SHAPING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 635.5.1.

11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 425. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 1' & 2.5', THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLUME A CONCRETE FILLET/CHANNEL FROM THE INLET SIDE OF THE MANHOLE TO THE OUTLET SIDE WHICH SHALL HAVE A SLOPE AT A MINIMUM GRADE OF 2.0%. TO PREVENT SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.5', REFER TO M.A.G. STANDARD DETAIL NO. 426.

12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "C", NOTE: SEWER SERVICE DEPOSITAL OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER M.A.G. SECTION 745.

13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.

14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET.

15. UTILITY FACILITIES SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE ............. 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

4. WATER MAIN SHALL BE PVC PVC CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.

   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATIONS SECTION 755.

5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.

6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF P18-4-0905 (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. CURB STOP WITH FLUSHING PIPER SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A", AS INVOKED BY THE CITY OF KINGMAN.

9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 750.

10. WATER BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.

11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 391.

12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTOR'S PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN THE ITEMIZED BILL OF QUANTITY, INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER VALVE BLOCKING, SEW METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITY CONNECTIONS, ETC.

13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 830, AND M.A.G. STANDARD DETAIL NO. 340.

14. WATER METER SERVICES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.

15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND PLACED STRAIGHT ALIGNMENT.

16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-1.4, AND IN ACCORDANCE WITH A.W.W.A. SECTION 610.14 FOR DUCTILE IRON PIPE.

17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.

18. UTILITY FACILITIES SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## STREET

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS.

1. ALL COUNTY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 840. FOR ALL WATER AND SEWER IMPROVE... COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE ............. 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

4. WATER MAIN SHALL BE PVC PVC CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.

   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION SECTION 398. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.

5. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 205. M.A.G. SPECIFICATION 220 FOR MATERIAL AND M.A.G. STANDARD SPECIFICATION FOR SUBGRADE PREPARATION.

6. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.

7. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.

8. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.

9. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 3A3.

10. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.

11. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 230, & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.

12. ALL POWER CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. 505 SPECIFICATIONS, SECTION 505.

13. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY. IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.

14. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS SPECIFIED BY THE COUNTY ENGINEER.

15. NO PAVING IDENTIFICATION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED THRU AREA.

16. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.

17. NO JOB SHALL BE SIDEROOT COMPLETED. DRIVES, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS, AND SURVEY MONUMENTS HAVE BEEN SET.

18. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MADE AVAILABLE TO THE COUNTY.

19. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

20. EXISTING STREET AND DRIVEWAY SHALL BE MAINTAINED DURING CONSTRUCTION AND RELOCATED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.

21. THE ROADSIDE CONSTRUCTION SHALL BE RESPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE LATEST REVISION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO-TEK, INC., DATED MARCH 28, 2005. PROJECT No. 18100-1-1.

1) Retaining and block soil footing depths should match the Geotechnical Calculation. Since the footing depth depends upon the soils expansive characteristics pay special attention to grading and testing at the time of final construction. See the Geotechnical Report for more information.

2) Final street pavement sections will be determined during construction based on tests of actual subgrade.

## FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION FEMA-X

AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## ENGINEERS NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THE PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.

2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.

3. ADD 2500' TO ALL ELEVATIONS x 5000' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.

4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.



### LEGEND

| | |
|---|---|
| FF178 | FINISHED FLOOR ELEVATION |
| (FIN GRADE) | PAD ELEVATION |
| BASE FLOOD | BASE FLOOD ELEVATION |
| —2110— | EXISTING GRADE CONTOUR |
| —2446— | MAJOR CONTOUR |
| —80.00— | MINOR CONTOUR |
| TC 80.0 | TOP OF CURB |
| FG 80.0 | FINISHED GRADE |
| FL 80.0 | FLOW LINE |
| INV 80.0 | INVERT GRADE |
| 80.00 | CENTER LINE GRADE |
| 80.00 / 80.00 | EDGE OF PAVEMENT |
| BCR 80.0 | TOP BACK OF CURB BEGIN RADIUS |
| 80.00 | FUTURE GRADE |
| 80.00 | EXISTING GRADE |
| HP 80.00 | HIGH POINT SWALE DIRECTION |
| (10+00.00) | GUIDEBASE STATIONING |
| | SWALE |
| | R/W LINE |
| | CENTER LINE |
| | EXISTING EDGE OF PAVEMENT |
| | EDGE OF PAVEMENT |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | EASEMENT LINE |
| | CURB & GUTTER |
| | EX. CURB & GUTTER |
| | GRADE BREAK |
| | DRIVEWAY |
| | ADA RAMP |

### ABBREVIATIONS

(Abbreviations list as shown in legend block — including AVE, AC, BC, BCR, BFE, BM, BOC, BW, C&G, CB, CL, CMP, CONC, CONST, CO, DWY, EG, EP, FDC, FF, FG, FH, FL, FS, GB, HP, INV, L, LT, MAG, MAX, MH, MIN, N.T.S., PB, PC, PI, PRC, PT, PUE, R, R/W, RCP, ROW, RT, SS, SSMH, STA, STD, SW, TBC, TC, TOP, TRANS, TYP, VC, VERT, W, WM, YD, etc.)

NOTE:
ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

### Slope symbols

TOE OF SLOPE
TOP OF SLOPE

CUT OR FILL SLOPES

EX. STREETLIGHT
100 WATT LUMINAIRE
250 WATT LUMINAIRE
UTILITY POLE
EXISTING SIGNAL WITH LUMINAIRE
STREET NAME SIGN
MISCELLANEOUS SIGN
30" STOP SIGN
SERVICE POINT
PULL BOX
EXISTING STREET LIGHT BOX

EXISTING FIRE HYDRANT
PROPOSED FIRE HYDRANT

8" PVC WATER    PVC WATER MAIN (PUBLIC)

TEE W/VALVE
3/4" WATER METER W/ 1" COPPER WATER LATERAL
2" BLOWOFF ASSEMBLY
CAP VALVE
45°, 90° BEND
CROSS
INDIVIDUAL PRESSURE REDUCING VALVE
4" SANITARY SEWER MANHOLE
PVC SANITARY SEWER MAIN (PUBLIC)

8" PVC SEWER

4" SERVICE LATERAL W/4" WYE
INDIVIDUAL SEWER BACKWATER VALVE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO START OF ANY CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

## Stanley Consultants INC.

5000 S. Eastern Avenue, Suite 300
Las Vegas, Nevada 89119
(702) 369-9396 phone
(702) 369-9793 fax
www.stanleyconsultants.com

| | |
|---|---|
| SCALE (V) | NONE |
| SCALE (H) | NONE |
| DRAWN BY | GN/SH |
| CHECKED BY | SF/SH |
| DATE | 04-15-05 |

RHODES HOMES ARIZONA LLC

AZTEC AT CHUAR

NOTES

MOHAVE COUNTY    ARIZONA

SHEET
2 OF 50 SHEETS

SCI PROJECT#
18100





G — SIDE YARD CORNER LOT SECTION WITH RETAINING. N.T.S.

H — SIDE YARD CORNER LOT SECTION – NO RETAINING. N.T.S.

I — REAR / SIDE YARD SECTION WITH RETAINING. N.T.S.

J — REAR YARD SECTION – NO RETAINING. N.T.S.

K — SIDE YARD SECTION – NO RETAINING. N.T.S.

L — REAR YARD SECTION WITH SCARP. N.T.S.

M — REAR YARD SECTION AT PROPERTY LINE. N.T.S.

TYPICAL SETBACKS FOR ALL LOTS
NTS

CURB CUT FOR DRAINAGE
NTS

PLAN

PROFILE

SECTION A-A

F.H.A. TYPE "A" DRAINAGE
TYPICAL GRADING
N.T.S.

TRANSITION FROM TYPE 'C'
CURB TO TYPE 'A' CURB
NTS

P — DETENTION POND 1 SECTION
SCALE: HORIZONTAL – 1" = 30', VERTICAL – 1" = 6'

Q — DETENTION POND 2 SECTION
SCALE: HORIZONTAL – 1" = 30', VERTICAL – 1" = 6'

CUTOFF WALL DETAIL
N.T.S.

**NOTES:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED MARCH 18, 2005
PROJECT No. 942518-138

**BASIS OF BEARINGS**
NORTH 90°15'4" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 17 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF) WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°05'23.43633"N,
LONGITUDE 114°12'08.56209"W (NAD '83)

HEIGHT 2486.9682=Ift (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2658.49Ift (NGVD '29)
CONVERSION= 2662.21=Ift (NAVD '88) – 3.548 = 2658.66Ift (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "BLS 10347", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-978-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
DETAILS 2
ARIZONA
MOHAVE COUNTY

SCALE (V) NONE
SCALE (V) NONE
DRAWN BY GA/CD
CHECKED BY SH/DF
DATE 04-15-05

SHEET
DT2
4 OF 50 SHEETS
SCI PROJECT#
18100



**DETAIL NO. 221 — STANDARD DETAIL (ENGLISH)**
CURB AND GUTTER TRANSITION
INTEGRAL ROLL CURB, GUTTER AND SIDEWALK
CURB WARNING BEACON
(TRANSITION, INTEGRAL & WARNING BEACON)

NOTES: (CURB AND GUTTER TRANSITIONS)
1. THE CURB TRANSITION WILL BE PAID FOR AS TYPE "C" WHEN A PROJECT CONSISTS OF TYPE "D" CURB AND GUTTER THAT IS PREPARED. THE LINEAR RETURN SHALL BE MEASURED AND PAID FOR AS TYPE "A".
2. WHERE PROPOSED CONSTRUCTION IS TO BE CONNECTED TO EXISTING CURB AND GUTTER, THE TRANSITION SHALL BE INDICATED ON PLANS.
3. CLASS "B" CONCRETE PER SECT. 725.

NOTES:
1. CONCRETE TO BE MONOLITHIC POUR. EXPOSED SURFACE FINISH AS PER SIDEWALK AND GUTTER DETAIL.
2. CONTRACTION JOINT SPACING 16' MAXIMUM.
3. EXPANSION JOINTS PER SECT. 340.
4. CLASS "B" CONCRETE PER SECT. 725.



**DETAIL NO. 240 — STANDARD DETAIL (ENGLISH)**
VALLEY GUTTER
SECTION A-A
VALLEY GUTTER

NOTES:
1. ALL CONCRETE TO BE CLASS "A" UNLESS OTHERWISE APPROVED. (SECT. 725).
2. 4' ON PROJECTS UNDER THE JURISDICTION OF THE COUNTY ENGINEER AND THE CITY OF MESA.
3. EITHER CONSTRUCTION JOINT OR CONTRACTION JOINT IS REQUIRED AT CENTERLINE OF STREET.
4. A SEPARATE CONCRETE PAD IS REQUIRED WHEN VALLEY GUTTER IS POURED HALF AT A TIME.



**DETAIL NO. 230 — STANDARD DETAIL (ENGLISH)**
SIDEWALKS
EXPANSION JOINT
CONTRACTION JOINT

NOTES:
1. SIDEWALK CONSTRUCTION SHALL CONFORM TO SECT. 340.
2. EXPANSION JOINT FILLER SHALL BE 1/2" BITUMINOUS TYPE PREFORMED EXPANSION JOINT FILLER, A.S.T.M. D–1751.
3. LARGE AGGREGATE, IN CONTRACTION JOINT, SHALL BE SEPARATED TO A DEPTH OF 1", FINISH DEPTH SHALL BE A MINIMUM OF 3/4".
4. EXPANSION JOINT 120' MAXIMUM SPACING PER SECT. 340.



**DETAIL NO. 220 — STANDARD DETAIL (ENGLISH)**
CURB AND GUTTER TYPES A, B, C AND D
VERTICAL CURB AND GUTTER (TYPE A)
RIBBON CURB (TYPE B)
ROLL CURB AND GUTTER (TYPE C)
(TYPE D)

NOTES: (TYPE A)
1. ALL EXPOSED SURFACES TO BE TROWEL FINISHED EXCEPT AS SHOWN. SEE SECT. 340.
2. 6"x6' OR AS SPECIFIED ON PLANS.
3. CONTRACTION JOINT SPACING 16' MAXIMUM.
4. EXPANSION JOINTS AS PER SECT. 340.
5. CLASS "B" CONCRETE PER 725.

NOTES: (TYPE B)
1. CONSTRUCT CURB AND INSTALL 1/2" MASTIC EXPANSION JOINTS. A.S.T.M. D–1751 SECT. 340.
2. BROOM FINISH ALL SURFACES.
3. RIBBON CURB MAY SLOPE TOWARDS PAVEMENT OR PARKWAY AS SHOWN ON PLANS.
4. CONTRACTION JOINT SPACING 16' MAXIMUM.
5. CONCRETE SHALL BE CLASS "B" PER SECT. 725 AND INSTALLED PER SECT. 508.

NOTES: (C & D)
1. ALL WORK AND MATERIALS SHALL CONFORM TO SECT. 304, 505 AND 725. BROOM FINISH TO EXPOSED SURFACE.
2. CONTRACTION JOINT SPACING 16' MAXIMUM.
3. EXPANSION JOINTS AS PER SECT. 340.
4. CLASS "B" CONCRETE PER 725.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call Before You Dig
1-800-782-5348

Call Before You Overhead
1-928-753-5591





**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 PHONE
www.stanleyconsultants.com

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
DETAILS 3
ARIZONA
MOHAVE COUNTY

SCALE (V) NONE
SCALE (V) NONE
DRAWN BY SA/CD
CHECKED BY SH/SV
DATE 04-15-05

**NOTES:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED MARCH 28, 2005. PROJECT No. 04229-LI.B

**BASIS OF BEARINGS**
NORTH 00°17'41" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. TAG 20" = LATITUDE 35°09'23.43833"N
LONGITUDE 114°12'58.56309"W (NAD '83)
HEIGHT 2486.3662m/ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2658.69351 (NAVD '29)
CONVERSION= 2662.0141ft (NAVD '88) — 3.346 = 2658.668ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "ALS 16341". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

SHEET
DT3
5 OF 50 SHEETS
SCI PROJECT# 18100



CONTROL ELEVATIONS

SECTION A-A

DETAIL 1

| DETAIL NO. 234 | MARICOPA ASSOCIATION OF GOVERNMENTS | STANDARD DETAIL ENGLISH | SIDEWALK RAMPS — TYPE "D" | REVISED | DETAIL NO. 234 |



DETAIL C

SECTION "A-A"

SECTION "B-B"

| DETAIL NO. 203 | MARICOPA ASSOCIATION OF GOVERNMENTS | STANDARD DETAIL ENGLISH | SCUPPERS | REVISED | DETAIL NO. 203 |



SECTION A-A

COMMERCIAL AND INDUSTRIAL
RESIDENTIAL

| DETAIL NO. 250 | MARICOPA ASSOCIATION OF GOVERNMENTS | STANDARD DETAIL ENGLISH | DRIVEWAY ENTRANCES | REVISED | DETAIL NO. 250 |



TYPE 'A' TOP

| DETAIL NO. 420-1 | MARICOPA ASSOCIATION OF GOVERNMENTS | STANDARD DETAIL ENGLISH | PRE-CAST CONCRETE SEWER MANHOLE | REVISED 01-01-2001 | DETAIL NO. 420-1 |

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591



| SCALE (V) NONE | SCALE (H) NONE | DRAWN BY SA/CD | CHECKED BY SH/DF | DATE 04-15-05 |



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9741
www.stanleygroup.com

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR
DETAILS 4

ARIZONA

MOHAVE COUNTY

NOTES:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC.
DATED MARCH 28, 2005
PROJECT No. 0428-LLR

BASIS OF BEARINGS

NORTH 00°15'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 28" = LATITUDE 35°09'22.43053"N,
LONGITUDE 114°12'58.35509"W (NAD '83)

HEIGHT 2498.56825ft (NAVD'88)

BENCHMARK

BENCHMARK # "SD 28" M.C.S.D.
ELEVATION= 2498.46915 (NAVD '88)
CONVERSION= 2563.27411ft (NGVD '29) — 2.546 = 2498.46915ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "SLS 10347", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

| SHEET DT4 |
| 6 OF 50 SHEETS |
| SCI PROJECT# 18100 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | SERVICE PEDESTAL FOUNDATION (EXCEPT CLARK COUNTY AND CITY OF LAS VEGAS) |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| DATE 2-10-00 | DWG. NO. 332 | PAGE NO. 92 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 505 | STEEL STRUCTURES | SINGLE METER SERVICE PEDESTAL |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| DATE 8-13-99 | DWG. NO. 330 | PAGE NO. 80 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | SERVICE PEDESTAL SETBACK |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| DATE 12-13-96 | DWG. NO. 331 | PAGE NO. 91 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 505 | REINFORCING STEEL | UTILITY PULL BOX LOCATIONS SIDEWALK AND BETWEEN DRIVEWAYS |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| DATE 12-13-96 | DWG. NO. 308 | PAGE NO. 86 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 503 | PRECAST PRESTRESSED CONCRETE MEMBERS | PRECAST REINFORCED CONCRETE PULL BOX |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| DATE 12-13-96 | DWG. NO. 276 | PAGE NO. 86 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 505 | STEEL STRUCTURES | POLE TOP AND ARM MOUNTING DETAILS |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| 715 | GALVANIZING | |
| DATE 12-13-96 | DWG. NO. 218 | PAGE NO. 78 |



| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 505 | STEEL STRUCTURES | STREETLIGHT STANDARD WITH 2' PIPE ARM |
| 633 | TRAFFIC SIGNALS & STREETLIGHTING | |
| 715 | GALVANIZING | |
| DATE 12-13-96 | DWG. NO. 214 | PAGE NO. 74 |





NOTES
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC.

BASIS OF BEARINGS

BENCHMARK



Stanley Consultants INC.

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR DETAILS 5



DISCLAIMER NOTE

SHEET
DT5
7 OF 50 SHEETS

SCI PROJECT#
18100



RHODES HOMES ARIZONA LLC
AZTEC AT CHIARA
LINE AND CURVE DATA SHEET
MOHAVE COUNTY    ARIZONA

Stanley Consultants inc.

SHEET
LC1
8 OF 50 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04-27-05





NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

GR2

KEYMAP
N.T.S.

**BASIS OF BEARINGS**

NORTH 00°13'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 23, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43033"N.
LONGITUDE 114°19'35.56336"W (NAD '83)
HEIGHT 2446.5492419¢, (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2562.51491 (NAVD '88)
CONVERSION= 2562.51491 (NAVD '88) – 2.546 = 2559.96891 (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1989 "SD 34 1989", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED MARCH 28, 2005
PROJECT NO. 5932d-1-06.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

**FEMA FLOOD ZONE**

FEMA FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT ONDAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**LEGEND**

| Symbol | Description |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | STATIONING AT BACK OF CURB |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | RIGHT OF WAY |
| | GRADE BREAK |
| | SETBACK LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP (3:1 MAX.) |
| | FINISH FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | EDGE OF PAVEMENT |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | (1" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | BLOCK NUMBER |

**CONSTRUCTION NOTES:**

1. 24" ROLL CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE C) (SEE DETAIL SHEET DT3)
2. 24" 'L' CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT3)
3. 5' CURB TRANSITION PER M.A.G. STANDARD DETAIL NO. 221 (SEE DETAIL SHEET DT3)
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATELY ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OF OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

**Stanley Consultants** INC.

SCALE (V) 1"=40'
SCALE (V) NONE
DRAWN BY SA/CD
CHECKED BY SH/DT
DATE 04-15-05

RHODES HOMES ARIZONA, LLC
AZTEC AT CHIAR
GRADING PLAN 2
MOHAVE COUNTY        ARIZONA

SHEET
**GR2**
10 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05

FOR CONTINUATION SEE SHEET GR1

FOR CONTINUATION SEE SHEET GR3



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**BASIS OF BEARING**

NORTH 00°13'41" EAST – THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 21,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.D. "SD 35" = LATITUDE 35°09'22.43033"N,
LONGITUDE 114°07'35.56336"W (NAD '83)

HEIGHT 2486.3452411 (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZ1 5" M.C.S.D.
ELEVATION= 2850.466ft (NAVD '29)
CONVERSION= 2852.514ft (NAVD '88) = -3.546 = 2550.468ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1988 "AZ1 1628AZ",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY GEO TEK, INC.
DATED MARCH 28, 2005
PROJECT NO. 55503-LOT.

1)  Retaining and block wall footing
depths should match the Geotechnical
Evaluation. Since the footing depth
depends upon the soils expansive nature
and this is subject to grading and testing
at the time of final construction. See the
Geotechnical Report for more information

2)  Retaining and block wall moisture
barrier protection reference IBC. See the
Geotechnical Report for more information

**FEMA FLOOD ZONE**

FLOOD ZONE DESIGNATION: FEMA–X
AZTEC AT CHIAR DOES NOT LIE WITHIN
A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**LEGEND**

| | |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| 2.00% | RATE & DIRECTION OF SLOPE |
| STA: 10+04.89 | STATIONING AT BACK OF CURB |
| STA: 10+04.89 | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | RIGHT OF WAY |
| | GRADE BREAK |
| | SETBACK LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| TC 48.5 | SCARP (3:1 MAX.) |
| (PAD 48.9) | FINISH FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | EDGE OF PAVEMENT |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDRY |
| | 5'-T' TRANSITION |
| | ("L" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| 5 | BLOCK NUMBER |

**CONSTRUCTION NOTES:**

1  24" ROLL CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE C) [SEE DETAIL SHEET DT3]

2  24" 'L' CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT3]

3  5' CURB TRANSITION PER M.A.G. STANDARD DETAIL NO. 221 [SEE DETAIL SHEET DT3]

4  CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230  [SEE DETAIL SHEET DT3]

5  VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240  [SEE DETAIL SHEET DT3]

6  DROP CURB PER DETAIL ON SHEET DT2

7  SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT4]

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND DATA FROM
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05

**Stanley Consultants inc.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 phone (702) 369-9793 fax
ARIZONA

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR
GRADING PLAN 3

MOHAVE COUNTY

| | |
|---|---|
| SCALE (V) 1"=40' | SCALE (H) NONE |
| DRAWN BY GA/CD | CHECKED BY SH/DY |
| DATE 04-15-05 | |

SHEET

**GR3**

11 OF 50 SHEETS

SCI PROJECT# 18100

FOR CONTINUATION SEE SHEET GR4

FOR CONTINUATION SEE SHEET GR6

FOR CONTINUATION SEE SHEET GR2

E STREET (PUBLIC)

S STREET

D STREET

B STREET

G STREET

C STREET

APN #
306-24-110
RICARDO & MARIA CRUZ

COMMON ELEMENT/
DRAINAGE FACILITY

COMMON ELEMENT

COMMON ELEMENT



FOR CONTINUATION SEE SHEET GR1

E STREET (PUBLIC)

D STREET (PUBLIC)

B STREET (PUBLIC)

C STREET (PUBLIC)

FOR CONTINUATION SEE SHEET GR5

FOR CONTINUATION SEE SHEET GR3

AZTEC ROAD

FOR AZTEC ROAD SEE STREET IMP. PLANS
BY STANLEY CONSULTANTS

**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

GR4

**BASIS OF BEARINGS**

NORTH 00°13'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 21, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43033"N,
LONGITUDE 114°09'56.56304"W (NAD '83)

HEIGHT 2466.5452411 (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZ7 8" M.C.S.D.
ELEVATION= 2662.51461 (NAVD '29)
ELEVATION= 2663.51461 (NAVD '88) — 2.546 = 2659.45871 (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1988 "RLS 10242", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED MARCH 29, 2005 PROJECT NO. 5822-11-15

1)  Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of that construction. See the Geotechnical Report for more information.

2)  Retaining and block wall moisture barrier protection reference IBC. See the Geotechnical Report for more information

**FEMA FLOOD ZONE**

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHIAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**LEGEND**

| Symbol | Description |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| 2.00% | RATE & DIRECTION OF SLOPE |
| [STA. 10+04.89] | STATIONING AT BACK OF CURB |
| STA. 10+04.89 | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | RIGHT OF WAY |
| | GRADE BREAK |
| | SETBACK LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| [T: 48.5] | SCARP (3:1 MAX.) |
| [PAD:48.99] | FINISH FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | EDGE OF PAVEMENT |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 5 FT. TRANSITION 1"L" CURB TO "ROLL" CURB |
| | CURB, GUTTER, AND SIDEWALK |
| ⑧ | BLOCK NUMBER |

**CONSTRUCTION NOTES:**

①  24" ROLL CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE C) (SEE DETAIL SHEET DT3)

②  24" 'L' CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT3)

③  5' CURB TRANSITION PER M.A.G. STANDARD DETAIL NO. 221 (SEE DETAIL SHEET DT3)

④  CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)

⑤  VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)

⑥  DROP CURB PER DETAIL ON SHEET DT3

⑦  SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793

SCALE (V) 1"=40'
SCALE (V) NONE
DRAWN BY SA/CD
CHECKED BY SA/DF
DATE 04-15-05

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR
GRADING PLAN 4

MOHAVE COUNTY    ARIZONA

SHEET
**GR4**
12 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
AZTEC AT CHIAR
GRADING PLAN 5
MOHAVE COUNTY
ARIZONA

SHEET
GR5
13 OF 50 SHEETS



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**BASIS OF BEARINGS**

NORTH 00°13'41" EAST — THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 27,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43033"N,
LONGITUDE 114°07'58.59308"W (NAD '83)

HEIGHT 2466.56624ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZ 1 8" M.C.S.D.
ELEVATION= 2800.465ft (NAVD '88)
CONVERSION= 2980.014ft (NAVD '88) - 2.548 = 2806.466ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1899 "R1S 15345".
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY GEO TEK, INC.
DATED MARCH 28, 2005
PROJECT NO. 1353-3

1)   Retaining and block wall footing
depths should match the Geotechnical
Evaluation. Since the footing depth
depends upon the soils expansive nature
and this is subject to grading and testing
at the time of final construction. See the
Geotechnical Report for more information.

2)   Retaining and block wale moisture
barrier protection reference IRC. See the
Geotechnical Report for more information

**FEMA FLOOD ZONE**

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHUAR DOES NOT LIE WITHIN
A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**LEGEND**

**CONSTRUCTION NOTES:**

1  24" ROLL CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT3]

2  24" 'L' CURB AND GUTTER PER M.A.G. STANDARD DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT3]

3  3' CURB TRANSITION PER M.A.G. STANDARD DETAIL NO. 221 [SEE DETAIL SHEET DT3]

4  CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT3]

5  VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT3]

6  DROP CURB PER DETAIL ON SHEET DT2

7  SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT4]

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-876-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.263.7275  Fax 702.263.7451
www.stanleygroup.com

RHODES HOMES ARIZONA LLC

AZTEC AT CHUAR
GRADING PLAN 6

MOHAVE COUNTY

ARIZONA

| | |
|---|---|
| SCALE (V) 1"=40' | SCALE (V) NONE |
| DRAWN BY SK/CG | CHECKED BY SK/DF |
| DATE 04-15-05 | |

SHEET

**GR6**

14 OF 50 SHEETS

SCI PROJECT#
18100



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-31-05









**KEYMAP**
SCALE: 1"=300'

### SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

### WATER CONSTRUCTION NOTES

1. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2. INSTALL 8"x 8"x 8" TEE
3. INSTALL 8" GATE VALVE, VALVES
4. INSTALL 1" COPPER WATER LATERAL W 3/4" WATER METER PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5. INSTALL 1" DUAL COPPER WATER LATERALS W 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
7. INSTALL 8" PVC PIPE CLASS 150 METING ROD OF A.W.W.A. C-900
8. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
9. INSTALL 11.25° BEND
10. INSTALL 22.5° BEND
11. INSTALL 90° BEND

### BASIS OF BEARINGS

NORTH 00°57'47" EAST - THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS

M.C.S.D. "SD 35" = LAT/LOE 35°04'12.43833"N,
LONGITUDE 114°12'06.56209"W (NAD '82)

HEIGHT 2466.558244ft (NAVD'88)

### BENCHMARK

BENCHMARK # "AC1 5" N.G.S.D.
ELEVATION= 2856.488ft (NAVD '29)
CONVERSION= 2882.614ft (NAVD '88) - 3.546 = 2808.498ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

### LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| ⊂⊃ | STREET LIGHT (100W HPS) |
| ■ | NO. 3-1/2" PULL BOX |
| ⊞ | SEWER PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | 3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS |
| | FIRE HYDRANT ASSEMBLY |
| | TEE/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4", 22 1/2", 45°, 90° BEND |

### SEWER

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | 48" STUB AND CAP |
| | SEWER BACK WATER VALVE |

**TYPICAL WATER AND SS LOCATIONS**
SCALE: N.T.S.

**TYPICAL WATER AND SS MAIN LINE SECTION**
SCALE: N.T.S.

**STREETLIGHT LOCATION**
SCALE: N.T.S.

**FIRE HYDRANT LOCATION**
SCALE: N.T.S.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
Toll Free
1-800-782-5348
(2-800-STAKE-IT)

Call
before you
Overhead
1-928-329-1591

**PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05**

### Title Block

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR
UTILITY PLAN 1

MOHAVE COUNTY          ARIZONA

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) NONE | |
| DRAWN BY SA/CO | |
| CHECKED BY SH/DF | |
| DATE 04-15-05 | |

**SHEET**
**UP1**
17 OF 50 SHEETS

SCI PROJECT#
18100

### Map Labels

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP4

FOR AZTEC ROAD SEE STREET IMP. PLANS
BY STANLEY CONSULTANTS

AZTEC ROAD (PUBLIC)

G STREET (PUBLIC)

F STREET (PUBLIC)

11 STREET (PUBLIC)

DRAINAGE DETENTION AREA

APN
306-24-117B
CARL & AMANDA FLINCHUM

APN
306-24-006
HELEN BROCKSICKER

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.

KEYMAP
SCALE: 1"=350'

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2. INSTALL 8" x 4" TEE
3. INSTALL 6" GATE VALVE, 1 VALVES
4. INSTALL 1" COPPER WATER LATERAL & 3/4" WATER METER PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5. INSTALL 1" DUAL COPPER WATER LATERALS W 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6. INSTALL 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
7. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
8. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
9. INSTALL 11.25° BEND
10. INSTALL 22.5° BEND
11. INSTALL 90° BEND

## LEGEND

| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| ○──○ | STREET LIGHT (150W HPS) |
| | HCL. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

## WATER

|  | WATER MAIN |
|  | 3/4" WATER METER & 3/4" COPPER WATER LATERAL |
|  | 3/4" DUAL WATER METERS W/1" COPPER WATER LATERALS |
|  | FIRE HYDRANT ASSEMBLY |
|  | TEE W/VALVE |
|  | 2" BLOWOFF ASSEMBLY |
|  | GATE VALVE OR BUTTERFLY VALVE |
|  | 11 1/4", 22 1/2", 45°, 90° BEND |

## SEWER

|  | SANITARY SEWER MANHOLE |
|  | SANITARY SEWER MAIN |
|  | 4" PVC SEWER LATERAL |
|  | 48" STUB AND CAP |
|  | SEWER BACK WATER VALVE |

## BASIS OF BEARINGS

NORTH 00°13'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 16 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 36" = LATITUDE 35°02'38.43037"N,
LONGITUDE 114°10'36.24309"W (NAD '83)

HEIGHT 2465.5540'HT. (NAVD'88)

## BENCHMARK

BENCHMARK # "AZ7 9" M.C.S.D.
ELEVATION= 2658.48BFT (NAVD '29)
DESCRIPTION= 2652.614ft (NAVD '88) – 2.048 = 2620.486ft (NAVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## TYPICAL WATER AND SS LOCATIONS
SCALE: N.T.S.

## TYPICAL WATER AND SS MAIN LINE SECTION
SCALE: N.T.S.

## STREETLIGHT LOCATION
SCALE: N.T.S.

## FIRE HYDRANT LOCATION
SCALE: N.T.S.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

G STREET (PUBLIC)

5 STREET

F STREET (PUBLIC)

FOR CONTINUATION SEE SHEET UP3

FOR CONTINUATION SEE SHEET UP1

APN #
308-24-117C
DAVID & MICHELLE GEORGE

APN #
308-24-109
VERA "IGLESIAS" (ET.AL.)

CUTOFF WALL – SEE DETAIL
G SHEET DT2

DRAINAGE DETENTION AREA

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHUAR
UTILITY PLAN 2
MOHAVE COUNTY

SCALE (H) 1"=40'
SCALE (V) 1" NONE
DRAWN BY SH/CD
CHECKED BY SH/DF
DATE 04-15-05

SHEET
UP2
18 OF 30 SHEETS
SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05



GRAPHIC SCALE

( IN FEET )
1 inch = 60 ft.

**KEYMAP**
SCALE: 1"=300'

**LEGEND**

120    LOT NUMBER

   RIGHT OF WAY

   STREET LIGHT (100W HPS)

   NO. 3-1/2" PULL BOX

   SERVICE PEDESTAL

P.U.E.    PUBLIC UTILITY EASEMENT

C.E.    COMMON ELEMENT

**WATER**

   WATER MAIN

   3/4" WATER METER

   W/ 1" COPPER WATER LATERAL

   3/4" DUAL WATER METERS

   W/ 1" COPPER WATER LATERALS

   FIRE HYDRANT ASSEMBLY

   TEE W/VALVE

   8" BLOWOFF ASSEMBLY

   GATE VALVE OR BUTTERFLY VALVE

   11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**

   SANITARY SEWER MANHOLE

   SANITARY SEWER MAIN

   4" PVC SEWER LATERAL

   48" STUB AND CAP

   SEWER BACK WATER VALVE

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2. INSTALL 8"x 6", 8"x 8" TEE
3. INSTALL 6" GATE VALVE \ VALVES
4. INSTALL 1" COPPER WATER LATERAL W 3/4" WATER METER PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5. INSTALL 1" COPPER WATER LATERALS W 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6. INSTALL 1" DUAL COPPER WATER LATERALS W 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
7. INSTALL 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
8. INSTALL 8" PVC PIPE CLASS 160 MEETING REQ. OF A.W.W.A. C-900
9. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
10. INSTALL 11.25° BEND
11. INSTALL 22.5° BEND
12. INSTALL 45° BEND

## BASIS OF BEARINGS

NORTH 00°54'57" EAST — THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 2°,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FEET
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.C.S.D. "59 30" = LATITUDE 35°06'32.43033"N
LONGITUDE 114°17'58.56309"W (NAD '83)

HEIGHT 2496.06824ft (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2506.48891 (NAVD '29)
CONVERSION= 2097.0145 (NAVD '88) − 2.546 = 2606.48891 (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10347",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**TYPICAL WATER AND SS LOCATIONS**
SCALE: N.T.S.

**TYPICAL WATER AND SS MAIN LINE SECTION**
SCALE: N.T.S.

### DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER- HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Call 811
1-800-782-5348
1-800-STAKE-IT

Overhead
1-928-753-5591

**STREETLIGHT LOCATION**
SCALE: N.T.S.

**FIRE HYDRANT LOCATION**
SCALE: N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
www.stanleyconsultants.com

RHODES HOMES ARIZONA LLC
AZTEC AT CHLAR
UTILITY PLAN 3
MOHAVE COUNTY    ARIZONA

| | |
|---|---|
| SCALE (V) 1"=40' | HORIZ. |
| SCALE (V) 1"=40' | VERT. |
| DESIGNED BY SA/CD | |
| CHECKED BY SH/DF | |
| DATE 04-15-05 | |

SHEET
**UP3**
19 OF 50 SHEETS

SCI PROJECT#
18100

E STREET (PUBLIC)

S STREET (PUBLIC)

D STREET (PUBLIC)

B STREET (PUBLIC)

FOR CONTINUATION SEE SHEET UP4

FOR CONTINUATION SEE SHEET UP6

FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP5



FOR CONTINUATION SEE SHEET UP4

GRAPHIC SCALE

KEYMAP
SCALE: 1"=500'

## SEWER CONSTRUCTION NOTES

1  INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2  INSTALL 8" PVC SEWER MAIN
3  INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4  INSTALL 4" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1  INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2  INSTALL 8"x 8"x 8" TEE
3  INSTALL 8" GATE VALVE & VALVES
4  INSTALL 1" COPPER WATER LATERAL & 3/4" WATER METER PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5  INSTALL 1" DUAL COPPER WATER LATERALS & 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6  INSTALL 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
7  INSTALL 8" PVC PIPE CLASS 150 METING RIG. OF A.W.W.A. C-900
8  REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
9  INSTALL 11.25' BEND
10  INSTALL 22.5' BEND
11  INSTALL 90' BEND

## BASIS OF BEARINGS

NORTH 00°17'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 16 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°08'22.43033"N,
LONGITUDE 114°00'58.56304"W (NAD '83)
HEIGHT 2488.5640 Ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZ1 5" M.C.S.D.
ELEVATION= 2600.46ft (NGVD '29)
CONVERSION= 2860.014ft (NAVD '88) — 3.548 = 2600.466ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1989 "RLS 10324", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

### LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| — — — | RIGHT OF WAY |
| ○ | STREET LIGHT (100W HPS) |
| ■ | NO. 3-1/2" PULL BOX |
| □ | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
3" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4', 22 1/2', 45', 90' BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SEWER BACK WATER VALVE

TYPICAL WATER AND SS LOCATIONS
SCALE: N.T.S.

TYPICAL WATER AND SS MAIN LINE SECTION
SCALE: N.T.S.

STREETLIGHT LOCATION
SCALE: N.T.S.

FIRE HYDRANT LOCATION
SCALE: N.T.S.

NOTE:
IN LOCATIONS WHERE STREET LIGHT IS NOT ADJACENT TO A SIDEWALK, LOCATE 5' BEHIND BACK OF CURB.

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, LOCATE 5' BEHIND BACK OF CURB.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-978-213-0491

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHLAR
UTILITY PLAN-4

MOHAVE COUNTY    ARIZONA

SHEET
UP4

20 OF 50 SHEETS

SCI PROJECT#
18100

FOR AZTEC ROAD SEE STREET IMP. PLANS BY STANLEY CONSULTANTS

AZTEC ROAD

FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05



SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER
   W.A.G. STANDARD DETAIL NO. 425
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER
   M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

WATER CONSTRUCTION NOTES

1. INSTALL FIRE HYDRANT ASSEMBLY PER
   M.A.G. STANDARD DETAIL NO. 360
2. INSTALL 8"x 6"x 8" TEE
3. INSTALL 8" GATE VALVE 1, VALVE
4. INSTALL 1" COPPER WATER LATERAL W 3/4" WATER METER
   PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5. INSTALL 1" DUAL COPPER WATER LATERALS W 3/4" WATER METERS
   PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
7. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ OF A.W.W. C-900
8. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
9. INSTALL 22.5' BEND
10. INSTALL 45' BEND
11. INSTALL 90' BEND

BASIS OF BEARINGS

NORTH 00'21'47" EAST – THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 21,
TOWNSHIP 21 NORTH, RANGE 18 WEST, OLA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NOS-OPUS.

W.C.S.D. "SD 25" = LATITUDE 35'08'22.43033"N,
              LONGITUDE 114'01'38.56309"W (NAD '83)
HEIGHT 2466.565841m (NAVD'88)

BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2539.46691 (NAVD '88)
CONVERSION= 2492.0141 (NAVD '88) – 2.548 = 2639.468ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1998 "SD6 1D2A1",
LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD & BOLSA DRIVE.

LEGEND

| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| ⊙ | STREET LIGHT (100W HPS) |
| ■ | NO. 3-1/2" PULL BOX |
| ■ | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

WATER

WATER MAIN
3/4" WATER METER
   W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS
   W/ 1" COPPER WATER LATERALS
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4', 22 1/2', 45', 90' BEND

SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SEWER BACK WATER VALVE

TYPICAL WATER AND SS MAIN LINE SECTION
SCALE: N.T.S.

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
dig
1-800-782-5348

Overhead
Call
before you
1-570-753-5591

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS
NOT ADJACENT TO A SIDEWALK, LOCATE
6' BEHIND BACK OF CURB.

FIRE HYDRANT LOCATION
SCALE: N.T.S.

KEYMAP
SCALE: 1"=300'

GRAPHIC SCALE

1 inch = 40 ft.

FOR CONTINUATION SEE SHEET UP5

FOR AZTEC ROAD SEE STREET IMP PLANS
BY STANLEY CONSULTANTS

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
UTILITY PLAN 5
MOHAVE COUNTY

SHEET
UP5
21 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05

SHEET
UP7
23 OF 50 SHEETS



SEWER CONSTRUCTION NOTES

WATER CONSTRUCTION NOTES

BASIS OF BEARINGS

BENCHMARK

LEGEND

WATER

SEWER

TYPICAL WATER AND SS LOCATIONS
SCALE: N.T.S.

TYPICAL WATER AND SS MAIN LINE SECTION
SCALE: N.T.S.

STREETLIGHT LOCATION
SCALE: N.T.S.

FIRE HYDRANT LOCATION
SCALE: N.T.S.

DISCLAIMER NOTE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
UTILITY PLAN 8
MOHAVE COUNTY          ARIZONA

SHEET
UP8
24  OF  50  SHEETS

SCI PROJECT
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/13/05

AMADO ROAD

FOR AMADA ROAD SEE STREET IMP PLANS
BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET UP7

B STREET
(PUBLIC)

1 STREET

2 STREET

A STREET
(PUBLIC)

NORTH

GRAPHIC SCALE

KEYMAP
SCALE: 1"=300'



NORTH

API #
306-24-117B
CARL & AMANDA FLINCHUM

API #
306-38-005
HELEN INDEICKER

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE 1"=350'

SL1

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'**

STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                    = 133 AMPS
CIRCUIT BREAKER                              = 40 AMPS
  MAXIMUM ALLOWABLE DRAW  (0.80) X 40 AMPS   = 48 AMPS
EXISTING CIRCUIT LOAD                        = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  40 EA - 100 WATT @ 1.0 AMPS EACH           = 40.0 AMPS
TOTAL PROPOSED LOAD                          = 40.0 AMPS
EXISTING PLUS PROPOSED LOAD                  = 40.0 AMPS
REMAINING AVAILABLE LOAD                     = 8.0 AMPS

STREETLIGHT CIRCUIT 'A2' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                    = 133 AMPS
CIRCUIT BREAKER                              = 80 AMPS
  MAXIMUM ALLOWABLE DRAW  (0.80) X 40 AMPS   = 48 AMPS
EXISTING CIRCUIT LOAD                        = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  33 EA - 100 WATT @ 1.0 AMPS EACH           = 33.0 AMPS
TOTAL PROPOSED LOAD                          = 33.0 AMPS
EXISTING PLUS PROPOSED LOAD                  = 33.0 AMPS
REMAINING AVAILABLE LOAD                     = 15.0 AMPS

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'**

STREETLIGHT CIRCUIT 'B' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AWARD ROAD
SERVICE PEDESTAL CAPACITY                    = 133 AMPS
CIRCUIT BREAKER                              = 40 AMPS
  MAXIMUM ALLOWABLE DRAW  (0.80) X 40 AMPS   = 48 AMPS
EXISTING CIRCUIT LOAD                        = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  22 EA - 100 WATT @ 1.0 AMPS EACH           = 22.0 AMPS
TOTAL PROPOSED LOAD                          = 22.0 AMPS
EXISTING PLUS PROPOSED LOAD                  = 22.0 AMPS
REMAINING AVAILABLE LOAD                     = 26.0 AMPS

LEGEND

1 1/4" STREET LIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS

**LIGHTING CONSTRUCTION NOTES**

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHT DT3
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 301 ON SHT DT5
3. INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT3

**TRAFFIC CONSTRUCTION NOTES**

1. PAINT CURB RED
2. INSTALL M4-1 "DEAD END"
3. INSTALL M4-5 "NO OUTLET"
4. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
5. INSTALL R2-1 (25 MPH) "SPEED LIMIT SIGN"
6. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 6" D3 "STREET NAME SIGNS"
7. INSTALL TWO 6" D3 "STREET NAME SIGN"

NOTE: NOT ALL NOTES USED ON THIS SHEET

FIRE LANE
NO PARKING

FIRE LANE SIGN (12"x 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

DETAIL "A" – LIGHTING STANDARD SETBACK
NO SCALE

**BASIS OF BEARINGS**

NORTH 00°17'47" EAST – THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 7,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.S. "SD 36" = LATITUDE 35°09'22.43022"N.,
LONGITUDE 114°12'98.58308"W (NAD '83)

HEIGHT 2446.5840.41ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "A21 ST" N.G.S.O.
ELEVATION= 2586.46ft (NAVD '29)
CONVERSION= 2582.014ft (NAVD '88) – 3.546 =
(2586.468ft (NAVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "ALS 10342",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD
& BOLSA DRIVE.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
dig
Call
before you
Overhead

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 FAX (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA LLC
AZTEC AT CHUAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY                           ARIZONA

SCALE (V) 1"=40'
SCALE (V) NONE
DRAWN BY GA/CD
CHECKED BY SH/DF
DATE 04-15-05

SHEET
SL1
25 OF 50 SHEETS
SCI PROJECT# 18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

AZTEC ROAD (PUBLIC)

FOR AZTEC ROAD SEE STREET IMP. PLANS
BY STANLEY CONSULTANTS

Q STREET (PUBLIC)
H STREET (PUBLIC)
F STREET (PUBLIC)

FOR CONTINUATION SEE SHEET SL2
FOR CONTINUATION SEE SHEET SL4



APN #
308-24-117C
DAVID & MICHELLE GEORGE

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.



**KEYMAP**
SCALE: 1"=350'

APN #
308-24-109
VERA YGLESIAS (ETAL)

Q STREET (PUBLIC)

S STREET (PUBLIC)

F STREET (PUBLIC)

FOR CONTINUATION SEE SHEET SL1

FOR CONTINUATION SEE SHEET SL3

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'

**STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION**

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                                = 133 AMPS
CIRCUIT BREAKER                                          =  60 AMPS
MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 =  48 AMPS
EXISTING CIRCUIT LOAD                                    =   0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
40 EA – 100 WATT @ 1.0 AMPS EACH                     =  40.0 AMPS
TOTAL PROPOSED LOAD                                      =  40.0 AMPS
EXISTING PLUS PROPOSED LOAD                              =  40.0 AMPS
REMAINING AVAILABLE LOAD                                 =   8.0 AMPS

**STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION**

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                                = 133 AMPS
CIRCUIT BREAKER                                          =  80 AMPS
MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 =  48 AMPS
EXISTING CIRCUIT LOAD                                    =   0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
33 EA – 100 WATT @ 1.0 AMPS EACH                     =  33.0 AMPS
TOTAL PROPOSED LOAD                                      =  33.0 AMPS
EXISTING PLUS PROPOSED LOAD                              =  33.0 AMPS
REMAINING AVAILABLE LOAD                                 =  15.0 AMPS

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'

**STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION**

LOCATION: ENTRANCE AT AN-AD ROAD
SERVICE PEDESTAL CAPACITY                                = 133 AMPS
CIRCUIT BREAKER                                          =  80 AMPS
MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 =  48 AMPS
EXISTING CIRCUIT LOAD                                    =   0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
22 EA – 100 WATT @ 1.0 AMPS EACH                     =  22.0 AMPS
TOTAL PROPOSED LOAD                                      =  22.0 AMPS
EXISTING PLUS PROPOSED LOAD                              =  22.0 AMPS
REMAINING AVAILABLE LOAD                                 =  26.0 AMPS

**LEGEND**



—     1 1/4" STREET LIGHT CONDUIT
●     PROPOSED 100 W HPS LUMINAIRE
■     NO. 3-1/2" PULL BOX
⊞     SERVICE PEDESTAL
⊠     PROPOSED STREET SIGNS
○     PROPOSED STOP SIGN W/ (1) STREET NAME SIGNS

## LIGHTING CONSTRUCTION NOTES

①  INSTALL 100W HPS LUMINAIRE PER DET. NO. 374 ON SHT DT3
②  INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. S01 ON SHT DT5
③  INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT3

## TRAFFIC CONSTRUCTION NOTES

①  PAINT CURB RED
②  INSTALL W4-1 "DEAD END"
③  INSTALL W4-7 "NO OUTLET"
④  INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
⑤  INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
⑥  INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
⑦  INSTALL TWO 9" D3 "STREET NAME SIGN"

*NOTE: NOT ALL NOTES USED ON THIS SHEET



RED
BLACK

**FIRE LANE**

**NO** FIRE
LANE

FIRE LANE SIGN (12"x 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND



**DETAIL "A" – LIGHTING STANDARD SETBACK**
NO SCALE

## BASIS OF BEARINGS

NORTH 00°13'47" EAST – THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 27,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

H.C.S.D. "SD 35" = LATITUDE  35°06'22.43037"N
LONGITUDE 114°07'38.56309"W (NAD '83)

HEIGHT 2466.88624ft. (NAVD'88)

## BENCHMARK

BENCHMARK # "AZ1 3" M.C.S.D.
ELEVATION= 3658.468ft (NGVD '29)
CONVERSION= 2652.61eft (NAVD '88) – 2.048 =
2659.468ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10347",
LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD
& BOLSA DRIVE.



**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5391

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA LLC

AZTEC AT CHUAR

STREET LIGHT AND TRAFFIC CONTROL PLAN

MOHAVE COUNTY                    ARIZONA

SCALE (H) 1"=40'
SCALE (V) NONE
DRAWN BY SA/CD
CHECKED BY SH/DF
DATE 04-15-05

SHEET
**SL2**
28 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05




NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE: 1"=350'

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'

### STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION

```
LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                              =  133 AMPS
CIRCUIT BREAKER                                        =   60 AMPS
   MAXIMUM ALLOWABLE DRAW   (0.80) X 60 AMPS           =   48 AMPS
EXISTING CIRCUIT LOAD                                  =    0 AMPS
   PROPOSED LUMINAIRE LOAD TO CIRCUIT
   40 EA - 100 WATT @ 1.0 AMPS EACH                    =  40.0 AMPS
TOTAL PROPOSED LOAD                                    =  40.0 AMPS
EXISTING PLUS PROPOSED LOAD                            =  40.0 AMPS
REMAINING AVAILABLE LOAD                               =   8.0 AMPS
```

### STREETLIGHT CIRCUIT 'A2' CAPACITY VERIFICATION

```
LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY                              =  133 AMPS
CIRCUIT BREAKER                                        =   60 AMPS
   MAXIMUM ALLOWABLE DRAW   (0.80) X 60 AMPS           =   48 AMPS
EXISTING CIRCUIT LOAD                                  =    0 AMPS
   PROPOSED LUMINAIRE LOAD TO CIRCUIT
   33 EA - 100 WATT @ 1.0 AMPS EACH                    =  33.0 AMPS
TOTAL PROPOSED LOAD                                    =  33.0 AMPS
EXISTING PLUS PROPOSED LOAD                            =  33.0 AMPS
REMAINING AVAILABLE LOAD                               =  15.0 AMPS
```

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'

### STREETLIGHT CIRCUIT 'B' CAPACITY VERIFICATION

```
LOCATION: ENTRANCE AT AN-AD ROAD
SERVICE PEDESTAL CAPACITY                              =  133 AMPS
CIRCUIT BREAKER                                        =   60 AMPS
   MAXIMUM ALLOWABLE DRAW   (0.80) X 60 AMPS           =   48 AMPS
EXISTING CIRCUIT LOAD                                  =    0 AMPS
   PROPOSED LUMINAIRE LOAD TO CIRCUIT
   32 EA - 100 WATT @ 1.0 AMPS EACH                    =  22.0 AMPS
TOTAL PROPOSED LOAD                                    =  22.0 AMPS
EXISTING PLUS PROPOSED LOAD                            =  22.0 AMPS
REMAINING AVAILABLE LOAD                               =  26.0 AMPS
```

### LEGEND

```
        1 1/4" STREET LIGHT CONDUIT
        PROPOSED 100 W HPS LUMINAIRE
        NO. 3-1/2" PULL BOX
        SERVICE PEDESTAL
        PROPOSED STREET SIGNS
        PROPOSED STOP SIGN W/ (2)
        STREET NAME SIGNS
```

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHT DT3
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 301 ON SHT DT3
3. INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT3

## TRAFFIC CONSTRUCTION NOTES

1. PAINT CURB RED
2. INSTALL W4-1 "DEAD END"
3. INSTALL W4-2 "T NO OUTLET"
4. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
5. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
6. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
7. INSTALL TWO 9" D3 "STREET NAME SIGN"

*NOTE: NOT ALL NOTES USED ON THIS SHEET

FIRE LANE
NO PARKING



FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

## BASIS OF BEARINGS

```
NORTH 00°57'47" EAST — THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 27,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "83 35" =  LATITUDE 35°09'22.43503"N
                   LONGITUDE 114°12'26.36206"W (NAD '83)

HEIGHT 2166.585MM (NAVD'88)
```

## BENCHMARK

```
BENCHMARK # "ACT S" M.C.S.D.
ELEVATION= 2659.46385 (NAVD '88)
CONVERSION= 2682.01414 (NAVD '88) — 2.548 =
                         2659.46585 (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1989 "ACT S", LOCATED
MONUMENT AT THE SOUTHWEST CORNER OF AZTEC ROAD
& BOLSA DRIVE.
```

## DETAIL 'A' – LIGHTING STANDARD SETBACK
NO SCALE



### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591



## Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
AZTEC AT CHIAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY       ARIZONA

| SCALE (V) 1"=40' | SCALE (V) NONE | DRAWN BY GA/CD | CHECKED BY SH/DF | DATE 04-15-05 |
|---|---|---|---|---|

SHEET
SL3
27 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

FOR CONTINUATION SEE SHEET SL6

FOR CONTINUATION SEE SHEET SL5

FOR CONTINUATION SEE SHEET OR6

APN #
306-24-110
RICARDO & MARIA CRUZ





NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE 1"=350

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'**

STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'**

STREETLIGHT CIRCUIT 'B' CAPACITY VERIFICATION

LEGEND

**LIGHTING CONSTRUCTION NOTES**

**TRAFFIC CONSTRUCTION NOTES**

*NOTE: NOT ALL NOTES USED ON THIS SHEET

FIRE LANE

PIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

DETAIL "A" - LIGHTING STANDARD SETBACK
NO SCALE

**BASIS OF BEARINGS**

**BENCHMARK**

DISCLAIMER NOTE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY

SHEET
SL5
29 OF 50 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05






NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE: 1"=350'

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'

STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY = 133 AMPS
CIRCUIT BREAKER = 60 AMPS
MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS = 48 AMPS
EXISTING CIRCUIT LOAD = 0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
40 EA - 100 WATT @ 1.0 AMPS EACH = 40.0 AMPS
TOTAL PROPOSED LOAD = 40.0 AMPS
EXISTING PLUS PROPOSED LOAD = 40.0 AMPS
REMAINING AVAILABLE LOAD = 8.0 AMPS

STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY = 133 AMPS
CIRCUIT BREAKER = 60 AMPS
MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS = 48 AMPS
EXISTING CIRCUIT LOAD = 0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
33 EA - 100 WATT @ 1.0 AMPS EACH = 33.0 AMPS
TOTAL PROPOSED LOAD = 33.0 AMPS
EXISTING PLUS PROPOSED LOAD = 33.0 AMPS
REMAINING AVAILABLE LOAD = 15.0 AMPS

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'

STREETLIGHT CIRCUIT 'B' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AN AD ROAD
SERVICE PEDESTAL CAPACITY = 133 AMPS
CIRCUIT BREAKER = 60 AMPS
MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS = 48 AMPS
EXISTING CIRCUIT LOAD = 0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
22 EA - 100 WATT @ 1.0 AMPS EACH = 22.0 AMPS
TOTAL PROPOSED LOAD = 22.0 AMPS
EXISTING PLUS PROPOSED LOAD = 22.0 AMPS
REMAINING AVAILABLE LOAD = 26.0 AMPS

LEGEND

LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 374 ON SHT DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHT DT5
3. INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT3

TRAFFIC CONSTRUCTION NOTES

1. PAINT CURB RED
2. INSTALL W14-1 "DEAD END"
3. INSTALL M4-2 "NO OUTLET"
4. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
5. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
6. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
7. INSTALL TWO 9" D3 "STREET NAME SIGN"

*NOTE: NOT ALL NOTES USED ON THIS SHEET

FIRE LANE SIGN (12", 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

FIRE LANE

DETAIL 'A' - LIGHTING STANDARD SETBACK
NO SCALE

BASIS OF BEARINGS

BENCHMARK

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

RHODES HOMES ARIZONA LLC
AZTEC AT CHUAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

SHEET
SL6
30 OF 50 SHEETS

FOR CONTINUATION SEE SHEET SL7

FOR CONTINUATION SEE SHEET SL5

B STREET (PUBLIC)
A STREET (PUBLIC)
4 STREET (PUBLIC)
5 STREET (PUBLIC)
6 STREET (PUBLIC)





NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE 1"=550'

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'

**STREETLIGHT CIRCUIT 'A' CAPACITY VERIFICATION**

| | |
|---|---|
| LOCATION: ENTRANCE AT AZTEC ROAD | |
| SERVICE PEDESTAL CAPACITY | = 133 AMPS |
| CIRCUIT BREAKER | = 60 AMPS |
| MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS | = 48 AMPS |
| EXISTING CIRCUIT LOAD | = 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | |
| 40 EA – 100 WATT @ 1.0 AMPS EACH | = 40.0 AMPS |
| TOTAL PROPOSED LOAD | = 40.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = 40.0 AMPS |
| REMAINING AVAILABLE LOAD | = 8.0 AMPS |

**STREETLIGHT CIRCUIT 'A2' CAPACITY VERIFICATION**

| | |
|---|---|
| LOCATION: ENTRANCE AT AZTEC ROAD | |
| SERVICE PEDESTAL CAPACITY | = 133 AMPS |
| CIRCUIT BREAKER | = 60 AMPS |
| MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS | = 48 AMPS |
| EXISTING CIRCUIT LOAD | = 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | |
| 33 EA – 100 WATT @ 1.0 AMPS EACH | = 33.0 AMPS |
| TOTAL PROPOSED LOAD | = 33.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = 33.0 AMPS |
| REMAINING AVAILABLE LOAD | = 15.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'

**STREETLIGHT CIRCUIT 'B' CAPACITY VERIFICATION**

| | |
|---|---|
| LOCATION: ENTRANCE AT AZTEC ROAD | |
| SERVICE PEDESTAL CAPACITY | = 133 AMPS |
| CIRCUIT BREAKER | = 60 AMPS |
| MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS | = 48 AMPS |
| EXISTING CIRCUIT LOAD | = 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | |
| 22 EA – 100 WATT @ 1.0 AMPS EACH | = 22.0 AMPS |
| TOTAL PROPOSED LOAD | = 22.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = 22.0 AMPS |
| REMAINING AVAILABLE LOAD | = 26.0 AMPS |

### LEGEND

1 1/4" STREET LIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3–1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
PROPOSED STOP SIGN W/ (1) STREET NAME SIGNS



RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHT DT3
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHT DT3
3. INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT3

## TRAFFIC CONSTRUCTION NOTES

1. PAINT CURB RED
2. INSTALL W4–1 "DEAD END"
3. INSTALL W4–2 " NO OUTLET"
4. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
5. INSTALL SIZE R2–1 (25 MPH) "SPEED LIMIT SIGN"
6. INSTALL 30" R1–1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
7. INSTALL TWO 9" D3 "STREET NAME SIGN"

## BASIS OF BEARINGS




DETAIL 'A' – LIGHTING STANDARD SETBACK
NO SCALE

## BENCHMARK

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON.  THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.



Call before you dig



Call before you dig
Overhead
1–928–753–5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHUAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY  ARIZONA

| | |
|---|---|
| SCALE (V) 1"=40' | SCALE (V) NONE |
| DRAWN BY  SA/CD | |
| CHECKED BY  SK/DF | |
| DATE  04–15–05 | |

SHEET
SL7
31  OF  50  SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05



NORTH



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE: 1"=350'

AMADO ROAD

FOR AMADA ROAD SEE STREET IMP. PLANS
BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET SL7

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"**

STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY ........................................ = 133 AMPS
CIRCUIT BREAKER ..................................................... = 80 AMPS
    MAXIMUM ALLOWABLE DRAW (0.80) X 80 AMPS ............. = 48 AMPS
EXISTING CIRCUIT LOAD ............................................. = 0 AMPS
    PROPOSED LUMINAIRE LOAD TO CIRCUIT
    40 EA — 100 WATT @ 1.0 AMPS EACH .................... = 40.0 AMPS
TOTAL PROPOSED LOAD ............................................. = 40.0 AMPS
EXISTING PLUS PROPOSED LOAD ................................... = 40.0 AMPS
REMAINING AVAILABLE LOAD ......................................... = 8.0 AMPS

STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AZTEC ROAD
SERVICE PEDESTAL CAPACITY ........................................ = 133 AMPS
CIRCUIT BREAKER ..................................................... = 80 AMPS
    MAXIMUM ALLOWABLE DRAW (0.80) X 80 AMPS ............. = 48 AMPS
EXISTING CIRCUIT LOAD ............................................. = 0 AMPS
    PROPOSED LUMINAIRE LOAD TO CIRCUIT
    33 EA — 100 WATT @ 1.0 AMPS EACH .................... = 33.0 AMPS
TOTAL PROPOSED LOAD ............................................. = 33.0 AMPS
EXISTING PLUS PROPOSED LOAD ................................... = 33.0 AMPS
REMAINING AVAILABLE LOAD ......................................... = 15.0 AMPS

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"**

STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT AMADO ROAD
SERVICE PEDESTAL CAPACITY ........................................ = 133 AMPS
CIRCUIT BREAKER ..................................................... = 80 AMPS
    MAXIMUM ALLOWABLE DRAW (0.80) X 80 AMPS ............. = 0 AMPS
EXISTING CIRCUIT LOAD ............................................. = 0 AMPS
    PROPOSED LUMINAIRE LOAD TO CIRCUIT
    22 EA — 100 WATT @ 1.0 AMPS EACH .................... = 22.0 AMPS
TOTAL PROPOSED LOAD ............................................. = 22.0 AMPS
EXISTING PLUS PROPOSED LOAD ................................... = 22.0 AMPS
REMAINING AVAILABLE LOAD ......................................... = 26.0 AMPS

LEGEND

1 1/4" STREET LIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3–1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
PROPOSED STOP SIGN W/ (3) STREET NAME SIGNS



FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE
LUMINOUS BACKGROUND

**LIGHTING CONSTRUCTION NOTES**

①  INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHT DT5
②  INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 301 ON SHT DT5
③  INSTALL 133 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT5

**TRAFFIC CONSTRUCTION NOTES**

1  PAINT CURB RED
2  INSTALL W14–1 "DEAD END"
3  INSTALL R4–7 " NO OUTLET"
4  INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
5  INSTALL SIZE R2–1 (25 MPH) "SPEED LIMIT SIGN"
6  INSTALL 30" R1–1 "STOP SIGN" W/ (3) 9" D3 "STREET NAME SIGNS"
7  INSTALL TWO 6" D3 "STREET NAME SIGN"

NOTED: NOT ALL NOTES USED ON THIS SHEET

**BASIS OF BEARINGS**

NORTH 00°14'47" EAST– THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 27,
TOWNSHIP 21 NORTH, RANGE 19 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS BY KGS–OPUS.

M.C.S.D. "SD 39" – LATITUDE 35°09'22.43032"N,
                LONGITUDE 114°07'38.56306"W (NAD '83)
HEIGHT 2465.588241ft (NAVD'88)

**BENCHMARK**

BENCHMARK #"AZT 6" M.C.S.D
ELEVATION= 2609.46811 (NAVD '29)
CONVERSION= 2962.07411 (NAVD '88) – 2.546 =
            2959.458ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 16245"
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD
& BOLSA DRIVE.

DETAIL "A" – LIGHTING STANDARD SETBACK
NO SCALE

 



**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER–
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Los Angeles, Nevada 89119
(702) 369–9396 Fax (702) 369–9741

RHODES HOMES ARIZONA LLC
AZTEC AT CHUAR
STREET LIGHT AND TRAFFIC CONTROL PLAN
MOHAVE COUNTY                    ARIZONA

SCALE (V) 1"=40'
SCALE (V) NONE
DRAWN BY SA/CD
CHECKED BY SH/DF
DATE 04–15–05

SHEET
SL8

32 OF 50 SHEETS

SCI PROJECT#
18100







B STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL: 1" = 4'

**CONSTRUCTION NOTES**

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

**LEGEND**

= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CUL DE SAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDARY
= 2 FT TRANSITION
= CURB & GUTTER
= S/W RAMP

**BASIS OF BEARINGS**

**BENCHMARK**

**NOTE**

**FEMA FLOOD ZONE**

**DISCLAIMER NOTE**

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
B STREET PLAN AND PROFILE
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

SHEET
PP1
33 OF 50 SHEETS



CONSTRUCTION NOTES:

GRAPHIC SCALE

KEYMAP
SCALE: 1"=500'

LEGEND

BASIS OF BEARINGS

BENCHMARK

NOTE:

FEMA FLOOD ZONE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
AZTEC AT CHIAR
B STREET PLAN AND PROFILE
MOHAVE COUNTY

SHEET
PP2
34 OF 50 SHEETS









**CONSTRUCTION NOTES:**
1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
SCALE: 1"=300'



B STREET (PRIVATE)
SCALE:  HORIZONTAL = 1" = 40'
VERTICAL = 1" = 4'



### LEGEND

| | |
|---|---|
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| 2.00% | = RATE & DIRECTION OF SLOPE |
| (STA: 10+04.99) | = STATIONING AT BOC (CULDESAC) |
| | = PROPERTY LINE |
| | = RIGHT OF WAY |
| | = GRADE BREAK |
| | = CENTER LINE |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = EDGE OF PAVEMENT |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 8 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | = CURB & GUTTER |
| | = S/W RAMP |

### BASIS OF BEARING

### BENCHMARK

### NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO-TEK, INC.

### FEMA FLOOD ZONE



### DISCLAIMER NOTE

Call before you DIG
1-800-782-5348

Call before you Overhead
1-916-253-5561

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
B STREET PLAN AND PROFILE
MOHAVE COUNTY    ARIZONA

SCALE (V) 1"=40'
SCALE (V) 1"=4'
DRAWN BY: DA
CHECKED BY: SH/DT
DATE: 04-15-05

SHEET
PP3
35 OF 43 SHEETS
SCI PROJECT#
18100





A STREET (PRIVATE)
SCALE: HORIZONTAL = 1" = 40'
VERTICAL = 1" = 4'

CONSTRUCTION NOTES

① SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 334

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

NORTH

KEYMAP
SCALE: 1"=300'

PP5

LEGEND

= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
-2.00% = RATE & DIRECTION OF SLOPE
(STA: 10+04.99) = STATIONING AT BOC (CUL-DE-SAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
73 = LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION
("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP

BASIS OF BEARINGS

NORTH 00°17'47" EAST — THE EAST LINE OF THE
SOUTHEAST QUARTER (SE 1/4) OF SECTION 27,
TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT
RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS
DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF
1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 33" — LATITUDE 35°08'22.43033"N,
LONGITUDE 114°02'38.80335"W (NAD '83)

HEIGHT 2466.52634ft (NAVD'88)

BENCHMARK

BENCHMARK # "AZ1 5" M.C.S.D.
ELEVATION= 2659.46891 (NAVD '29)
CONVERSION= 2662.01414 (NAVD '88) — 2.546 = 2659.46891 (NAVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD & BOLSA DRIVE.

NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY SECO TEK, INC
DATED MARCH 28, 2005
PROJECT No. 59320-L1B.

1)   Retaining and block wall footing
depths should match the Geotechnical
Evaluation.  Since the footing depth
depends upon the wall expansive nature
and this is subject to grading and testing
at the time of final construction. See the
Geotechnical Report for more information.

2)   Retaining and back swale measure
barrier protection reference GRC. See the
Geotechnical Report for more Information

FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA—X

AZTEC AT CHIAR DOES NOT LIE WITHIN
A DESIGNATED SPECIAL FLOOD HAZARD AREA.

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY.  IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON.  THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
Toll Free
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA LLC

AZTEC AT CHIAR
A STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

SCALE (V) 1"=40'    SCALE (V) 1" = 4'
DRAWN BY  GA
CHECKED BY  SK/DF
DATE  04-15-05

SHEET
PP5
37 OF 50 SHEETS

SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05





**CONSTRUCTION NOTES:**
1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

**GRAPHIC SCALE**

[ IN FEET ]
1 inch = 40 ft.



**KEYMAP**
SCALE: 1"=300

**LEGEND**

= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CUL-DE-SAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDARY
= 6 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'47" EAST - THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'25.43033"N.
LONGITUDE 114°12'38.93036"W (NAD 83)
HEIGHT 2465.8461m (NAVD 88)

**BENCHMARK**

BENCHMARK # "AZ7" OF M.C.S.D.
ELEVATION= 2658.46891 (NAVD '29).
CONVERSION= 2662.00ft (NAVD '88) - 2.546 = 2659.488ft (NAVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY SECO TER, INC DATED MARCH 22, 2005 PROJECT No. 5920-IL-VB.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and footing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and back slope measure barrier protection reference IBC. See the Geotechnical Report for more information

**FEMA FLOOD ZONE**

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHIAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utilities lines. It's costly.
**Call before you Dig**
Call two working days before you begin excavation
1-800-782-5348
1-800-STAKE-IT

Anti-contact prior for safety
**Call before you Overhead**
1-976-753-5591
ARIZONA



**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 phone (702) 369-9793 fax
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY  DA
CHECKED BY SH/DF
DATE  04-15-05

RHODES HOMES ARIZONA LLC
A STREET PLAN AND PROFILE
MOHAVE COUNTY  ARIZONA

**SHEET**
**PP6**
38  OF  50  SHEETS
SCI PROJECT#
18100

**A STREET (PRIVATE)**
SCALE: HORIZONTAL = 1" = 40'
VERTICAL = 1" = 4'

STATION 29+00.00
FOR CONTINUATION SEE SHEET PP6

STATION 29+00.00
FOR CONTINUATION SEE SHEET PP4

FOR AZTEC ROAD SEE STREET IMP PLANS
BY STANLEY CONSULTANTS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05



CONSTRUCTION NOTES:
① SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

GRAPHIC SCALE

[ IN FEET ]
1 inch = 40 ft.

KEYMAP
SCALE: 1"=300'

LEGEND

BASIS OF BEARINGS

BENCHMARK

NOTE:

FEMA FLOOD ZONE

S STREET (PRIVATE)
SCALE: HORIZONTAL = 1" = 40'
VERTICAL = 1" = 4'

DISCLAIMER NOTE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
S STREET PLAN AND PROFILE
MOHAVE COUNTY  ARIZONA

SHEET
PP7
39 OF 50 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05









**CONSTRUCTION NOTES:**

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL, NO. 234

GRAPHIC SCALE

[ IN FEET ]
1 inch = 40 ft.

B STREET
SEE SHEET PP2

A STREET
SEE SHEET PP5

5 STREET (PRIVATE)
SCALE: HORIZONTAL = 1" = 40'
VERTICAL = 1" = 4'

B STREET
SEE SHEET PP2

B STREET
SEE SHEET PP5

KEYMAP
SCALE: 1"=300'

**LEGEND**

= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CUL-DE-SAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDARY
= 8 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°17'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 7 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.S.D. "50 35" = LATITUDE 35°08'23.43033"N,
LONGITUDE 114°12'38.93209"W (NAD '83)
HEIGHT 2465.56624Ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZ1 5" W.C.S.D.
ELEVATION= 2659.46911 (NAVD '29)
CONVERSION= 3862.01491 (NAVD '88) – 2.546 = 2659.46911 (NAVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC DATED MARCH 28, 2005.
PROJECT NO. 59229-L-05.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

**FEMA FLOOD ZONE**

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHIAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Overhead Call before you Dig
1-800-782-5348

Call before you dig Overhead
1-928-753-5591

**STATION 19+00.00 FOR CONTINUATION SEE SHEET PP8**

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA LLC
AZTEC AT CHIAR
5 STREET PLAN AND PROFILE
MOHAVE COUNTY                ARIZONA

SCALE (V) 1"=40'
SCALE (V) 1"=4'
DRAWN BY: DA
CHECKED BY: SH/DF
DATE: 04-15-05

SHEET
PP8
40 OF 50 SHEETS
SCI PROJECT#
18100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05









PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/15/05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC

AZTEC AT CHIAR

B STREET AND C STREET PLAN AND PROFILE

MOHAVE COUNTY    ARIZONA

SHEET
PP11

43 OF 50 SHEETS