# LOT LAYOUT
## FOR
## RHODES HOMES AZTEC 80
## 78 ACRES





## VICINITY MAP

### LEGEND

- = OPEN SPACE
- ———— = PROPERTY LINE
- – – – – = RIGHT OF WAY
- — - — - = CENTER LINE

1 – 90' X 120' LOTS = 85
2 – 80' X 120' LOTS = 81
3 – 70' X 110' LOTS = 56
4 – 65' X 110' LOTS = 35

### SITE SUMMARY

MIN. LOT SIZE = 60' X 110'
PARK SPACE = .5 ACRES ±
C.E. & LANDSCAPE = .43 ACRES
TOTAL LOTS = 257



**Stanley Consultants INC.**

AZTEC 80 SITE PLAN

DESIGNED: GA
SCALE: AS NOTED
DATE: FEBRUARY 02, 2005
REV: 0

## OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147

## DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

# LOT LAYOUT
## FOR
## RHODES HOMES AZTEC 80
## 78 ACRES





VICINITY MAP

### LEGEND

- = OPEN SPACE
- = PROPERTY LINE
- = RIGHT OF WAY
- = CENTER LINE

1 – 90' X 120' LOTS = 85
2 – 80' X 120' LOTS = 81
3 – 70' X 110' LOTS = 56
4 – 65' X 110' LOTS = 35

### SITE SUMMARY

MIN. LOT SIZE = 60' X 110'
PARK SPACE = .5 ACRES ±
C.E. & LANDSCAPE = .43 ACRES
TOTAL LOTS = 257



Stanley Consultants INC.

AZTEC 80 SITE PLAN

| DESIGNED | GA |
| DRAWN | |
| CHECKED | |
| APPROVED | |
| APPROVED | |
| DATE | FEBRUARY 02, 2005 |

SCALE: AS NOTED
REV. 0

## OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147

## DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

# PRELIMINARY LOT LAYOUT
## FOR
## RHODES HOMES AZTEC 120
## 78 ACRES

PHASE 2

PHASE 1

PARK

PHASE 6 | PHASE 5 | PHASE 4 | PHASE 3

AMADO ROAD

AZTEC ROAD

VICINITY MAP

LEGEND

AZTEC 120
PRELIMINARY LOT LAYOUT

Stanley Consultants INC.

PRELIMINARY
NOT FOR CONSTRUCTION