# 11 ACRE AZTEC PARK
# FOR
# RHODES HOMES ARIZONA, LLC





**VICINITY MAP**





### SHEET INDEX

- G-1  COVER SHEET
- G-2  GENERAL NOTES AND ABBREVIATIONS
- DT-1 DETAIL SHEET
- DT-2 DETAIL SHEET
- SP-1 SITE PLAN
- EG-1 ENGINEERED GRADING PLAN
- EG-2 DETENTION POND PLAN AND PROFILE
- PP-1 DORA DRIVE PLAN AND PROFILE SHEET
- HC-1 HORIZONTAL CONTROL SHEET
- TC-1 TRAFFIC CONTROL PLAN

NOTE:
FOR LANDSCAPING PLANS, SEE PLANS PREPARED BY:
LARSON & ASSOCIATES
4058 INDUSTRIAL RD.
LAS VEGAS, NV 89103
PHONE (702) 736-4652
FAX (702) 736-8753

### UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

### OWNER
SOUTH DAKOTA CONSERVANCY, LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

### DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### LEGAL DESCRIPTION
A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

### BASIS OF BEARINGS
NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ft (NAVD'88)

### BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ft (NGVD '29)
CONVERSION = 2662.014ft (NAVD '88) − 2.546 = 2659.468ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

SHEET **G-1**
1 OF 10 SHEETS
SCI PROJECT# 18162.01.00

RHODES HOMES ARIZONA, LLC
AZTEC PARK
COVER SHEET
MOHAVE COUNTY    ARIZONA






Sheet G-2 — Rhodes Homes Arizona, LLC — Aztec Park — General Notes and Abbreviations — Mohave County, Arizona — Stanley Consultants Inc.





**H** DETECTABLE WARNING DETAILS
PUBLIC STREET
N.T.S.

NOTE:
DETECTABLE WARNING CONSISTING OF TRUNCATED DOMES WHICH COMPLY WITH THE DETAIL ABOVE AND CONTRASTING VISUALLY WITH ADJOINING SURFACES SHALL BE PLACED AT THE BEGINNING OF THE SIDEWALK EXTENDING THE FULL WIDTH OF THE SIDEWALK AND TO MINIMUM DEPTH OF 36 INCHES.



36" ORANGE POST WITH ONE 3" X 9" HIGH INTENSITY YELLOW (AMBER) REFLECTIVE STRIP, WITH PIN-LOCK SURFACE MOUNT BASE.

APPLY ADHESIVE MATERIAL TO CLEAN SURFACE

**J** FLEXIBLE CHANNELIZER POST
N.T.S.



ISOMETRIC VIEW



PLAN

**K** PRECAST CONCRETE PARKING BARRIER
N.T.S.



REFLECTIVE WHITE PAVEMENT PAINT
CENTERLINE OF PARKING SPACE

**I** ACCESSIBLE SYMBOL DETAIL
PUBLIC STREET
N.T.S.




Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
AZTEC PARK DETAILS
MOHAVE COUNTY   ARIZONA

SCALE (H) NA
SCALE (V) NA
DRAWN BY: VHD
CHECKED BY: MPB
DATE 11-15-2005

SHEET
DT-2
4 OF 10 SHEETS
SCI PROJECT# 18162.01.00

# SITE PLAN FOR AZTEC PARK



VICINITY MAP





1. TYPICAL APPROACH TO EXISTING AZTEC ROAD — PUBLIC, N.T.S.
2. EXISTING AZTEC ROAD CROSS SECTION — PUBLIC, N.T.S.

### NOTES:

1. ENGINEERED GRADING REQUIRED. SEE SHEET EG-1.
2. ALL CONSTRUCTION SHALL CONFORM WITH GEOTECHNICAL EVALUATION REPORT DATED JULY 8, 2005, PREPARED BY:
   GEOTEK, INC.
   6835 ESCONDIDO ST., SUITE A
   LAS VEGAS, NV 89119
   (702) 897-1424
3. DRAINAGE REPORT, REVISED NOVEMBER 2005, PREPARED BY:
   STANLEY CONSULTANTS, INC.
   5820 S. EASTERN AVE, SUITE 200
   LAS VEGAS, NV 89119
   (702) 369-9396, DATED APRIL, 2005
4. FEMA FLOOD ZONE DESIGNATION: ZONE C, FIRM PANEL NUMBER 0400582325. AZTEC PARK DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD ZONE AREA.
5. STORM WATER POLLUTION PREVENTION PLAN, DATED AUGUST, 2005, PREPARED BY:
   STANLEY CONSULTANTS, INC.
   5820 S. EASTERN AVE, SUITE 200
   LAS VEGAS, NV 89119
   (702) 369-9396, DATED APRIL, 2005
6. THE FUTURE RESTROOM AND CONCESSIONS BUILDING TO BE CONSTRUCTED UNDER PHASE II. DETAILS TO BE SUBMITTED AT THAT TIME.
7. SEE PLAN REFERENCE BELOW FOR ADDITIONAL DETAILS.

| PLAN REFERENCE | SHEET NO. |
|---|---|
| DORA DRIVE | PP-1 |
| ENGINEERED GRADING | EG-1 |
| DETENTION POND DETAILS | EG-2 |
| HORIZONTAL CONTROL | HC-1 |
| PARKING LAYOUT | TC-1 |
| SIGNS AND MARKINGS | TC-1 |
| STORM DRAINAGE | EP-1 |

8. FOR LANDSCAPING PLANS, SEE PLANS PREPARED BY:
   LARSON & ASSOCIATES
   4085 INDUSTRIAL ROAD
   LAS VEGAS, NV 89103
   (702) 736-4852

### SITE INFO:
EXISTING LAND USE: RDA
PROPOSED LAND USE: RDA
PARCEL NO'S: 306-63-014
306-63-015
ACREAGE: 11 ACRES ±
CURRENT ZONING: (R-P) REGIONAL PARK
(EFFECTIVE NOV. 7, 2005)

### OWNER
SOUTH DAKOTA CONSERVANCY, LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

### DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### LEGAL DESCRIPTION
A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

### BASIS OF BEARINGS
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ft (NAVD'88)

### BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ft (NGVD '29)
CONVERSION = 2662.014ft (NAVD '88) − 2.546 = 2659.468ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

### UTILITIES
| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

SHEET SP-1
5 OF 10 SHEETS
SCI PROJECT# 18162.01.00

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
AZTEC PARK SITE PLAN
MOHAVE COUNTY ARIZONA









