

FIGURE 9
GV RANCH BACKBONE SEWER COLLECTION SYSTEM