**American Soils Engineering, LLC**
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-30**
PAGE 1 OF 1

CLIENT _Rhodes Homes of Arizona_

PROJECT NUMBER _PN 1060-GEO_

DATE STARTED _7/25/05_          COMPLETED _7/25/05_

EXCAVATION CONTRACTOR _American Soils Engineering_

EXCAVATION METHOD _Backhoe_

LOGGED BY _Q. Babul P.E._          CHECKED BY _Q. Babul P.E._

NOTES _____

PROJECT NAME _Phase I at Golden Valley Ranch_

PROJECT LOCATION _Golden Valley, Kingman Ranch_

GROUND ELEVATION _____ TEST PIT SIZE _____

GROUND WATER LEVELS:

  AT TIME OF EXCAVATION _---_

  AT END OF EXCAVATION _—_

  AFTER EXCAVATION _—_

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, losot ot medium dense |
| 2.5 | | 2.0 | Brown, Slightly moist sandy with gravel with rocks medium to dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH*****WELL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-31**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | | |
| | | 3.0 | Brown,  Slightly moist silty sandy with gravel with rocks, medium to dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH ... WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-32**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____   TEST PIT SIZE

GROUND WATER LEVELS:

   AT TIME OF EXCAVATION  ---

   AT END OF EXCAVATION  ---

   AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist 0'-3' silty sandy gravel, sandy gravel with cobble, loose to medium dense |
| 2.5 | | | |
| | | 4.0 | |
| 5.0 | BULK | | Brown, Slightly moist sandy gravel with rocks medium dense to dense |
| 7.5 | | | |
| | | 8.0 | |
| | | | Light Brown, Slightly moist sandy gravel partically cemented very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH ""WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-33**
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 7/25/05     **COMPLETED** 7/25/05

**GROUND ELEVATION** _____   **TEST PIT SIZE** _____

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

**AT TIME OF EXCAVATION** —

**LOGGED BY** Q. Babul P.E.     **CHECKED BY** Q. Babul P.E.

**AT END OF EXCAVATION** —

**NOTES** _____

**AFTER EXCAVATION** —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | | |
| 5.0 | | 5.0 | |
| | BULK | | Brown, Silty sandy with gravel, with cobble and rocks medium to very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH ... ILL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-34**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown,  Slightly moist silty sandy with gravel, loose to medium dense |
| 2.0 | | | |
| 2.5 | BULK | | Brown, Slightly moist sandy gravel with rocks, medium to dense |
| 5.0 | | | |
| 6.0 | | | Light Brown, Slightly mosit sandy gravel, partically cemented, very dense |
| 7.5 | | | |
| 10.0 | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL B? ?ELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-35**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____    TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  —

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | 3.0 | |
| | | | Brown, Slightly moist silty sandy with gravel with rocks, medium to dense |
| 5.0 | BULK | | |
| 7.5 | | 7.0 | Light Brown, Slightly moist silty sandy gravel, partially cemented, very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH WELL WITHOUT TESTING REMARKS COLUMN . PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-36
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 7/25/05    **COMPLETED** 7/25/05

**GROUND ELEVATION** _____ **TEST PIT SIZE** _____

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

AT TIME OF EXCAVATION ---

**LOGGED BY** Q. Babul P.E.    **CHECKED BY** Q. Babul P.E.

AT END OF EXCAVATION —

**NOTES** _____

AFTER EXCAVATION ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| 1.0 | | | Brown, Slighlty moist silty sndy with gravel, loose to medium dense |
| | | | Brown, Slightly moist silty sandy gravel with cobbles and rocks dense |
| 2.5 | | | |
| | BULK | | |
| 5.0 | | 5.0 | Light Brown, Slightly moist silty sandy gravel, partially cemented |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BF-ELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-37**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION                    TEST PIT SIZE

GROUND WATER LEVELS:

    AT TIME OF EXCAVATION  ---

    AT END OF EXCAVATION  ---

    AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy gravel loose to medium dense |
| 2.5 | | | |
| | | 3.0 | Brown, slighlty moist silty sandy gravel with rocks, dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

GENERAL B'

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-38**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/28/05          COMPLETED  7/28/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown Slightly moist silty sandy with gravel loose to medium dense |
| 2.5 | | | |
| | | 4.0 | |
| 5.0 | BULK | | Brown, Slightly moist silty sandy gravel with rocks dense |
| 7.5 | | | |
| | | 8.0 | |
| | | | Light Brown, Slighlty moist sandy gravel partcially cemented very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL B~ ~ ~ WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-39**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 2.0 | Light Brown, Slightly moist fine silty sandy with gravel, loose to medium dense |
| 2.5 | | | Brown, Slightly moist silty sandy with gravel and rocks dense |
| 5.0 | | | |
| | BULK | | |
| 7.5 | | 7.0 | Light Brown Slightly moist silty sandy with gravel partially cemented, very dense |
| 10.0 | | 10.0 | |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH / WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-40**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05          COMPLETED  8/29/05

GROUND ELEVATION _____    TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES _____

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | BULK 1 | 1.0 | Brown Slightly moist silty sandy with gravel, loose |
| | | | Brown Slightly moist silty sandy with gravel, medium dense |
| 2.5 | BULK 2 | | |
| 5.0 | | | |
| | | 6.5 | Light Brown Slightly moist partcially cemented sandy gravel with boulders, very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH°°°WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO-GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-41**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION          TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  —

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown Slightly moist silty sandy with gravel, loose |
| 2.0 | | | |
| 2.5 | BULK 1 | | Light Brown Slightly moist silty sandy with gravel, with boulders dense |
| 5.0 | | | |
| | BULK 2 | | |
| 6.0 | | | Light Brown Slightly moist sandy silty gravel, partially cemented hard |
| 7.5 | | | |
| 10.0 | | | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-42**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05        COMPLETED  8/29/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.        CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES _____

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| 1.0 | | | Light Brown Slightly moist silty sand with gravel, loose |
| | | | Brown Slightly moist silty sandy gravel, medium dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH-TP WELL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-43**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sand with gravel, loose |
| | | | Brown Slightly moist silty sandy with gravel, medium dense |
| 2.5 | BULK 1 | | |
| 5.0 | | 5.0 | Light Brown Slightly moist sandy gravel cemented, very dense |
| | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH*** ***WELL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-44**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____ TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  —

AT END OF EXCAVATION  —

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown Slightly moist sandy gravel, loose |
| 2.0 | | | |
| 2.5 | BULK 1 | | Dark Brown Slightly moist silty sandy gravel, medium dense to dense |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH ""WELL WITHOUT TESTING TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-45**

PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05        COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.        CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION                    TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  —

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sandy gravel, loose |
| | | | Brown Slightly moist silty sandy gravel, medium dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL P... WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/15/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-46**
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 8/29/05     **COMPLETED** 8/29/05

**GROUND ELEVATION**                **TEST PIT SIZE**

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

**LOGGED BY** Q. Babul P.E.     **CHECKED BY** Q. Babul P.E.

AT TIME OF EXCAVATION ---

AT END OF EXCAVATION ---

**NOTES**

AFTER EXCAVATION ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sandy with gravel, loose |
| | | | Light Brown Slightly moist silty sandy gravel with rocks, medium dense to very dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH**** WELL WITHOUT TESTING REMARKS COLUMN - PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-47

PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NUMBER** PN 1060-GEO

**DATE STARTED** 8/29/05    **COMPLETED** 8/29/05

**EXCAVATION CONTRACTOR** American Soils Engineering

**EXCAVATION METHOD** Backhoe

**LOGGED BY** Q. Babul P.E.    **CHECKED BY** Q. Babul P.E.

**NOTES**

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**GROUND ELEVATION** _____ **TEST PIT SIZE** _____

**GROUND WATER LEVELS:**

    **AT TIME OF EXCAVATION** ---

    **AT END OF EXCAVATION** ---

    **AFTER EXCAVATION** ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| 1.0 | | | Light Brown Slightly moist silty sandy gravel, loose to dense |
| | | | Brown Slightly moist silty sandy gravel, with boulders medium to dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH-TP-WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-48
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| 1.0 | | | Light Brown Slightly moist silty sandy with gravel, loose |
| 2.5 | BULK 1 | | Brown Slightly moist silty sandy gravel, with rocks dense |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH/TP/WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-49**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | LightBrown Slightly moist silty sandy gravel, loose |
| 1.0 | | | |
| | | | Brown Slightly moist silty sandy gravelwith boulders dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL B⁻⁻⁻ "WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.



APPENDIX B

# LABORATORY TESTS RESULTS (P.N. 1060-GEO)

## EXPANSION TESTS

Swell tests were performed on 33 remolded samples, which were collected during subsurface exploration of the subject site. The samples were remolded at 90 percent of the material's maximum dry density. Samples were tested under a 60 pound per square foot surcharge. Test results are listed below:

| Sample Location | Sample Depth | Swell (%) | Expansion Classification |
|---|---|---|---|
| TP-1 | 3 feet | 1.8 | Low Expansive |
| TP-3 | 5 feet | 0.9 | Low Expansive |
| TP-4 | 3 feet | 1.5 | Low Expansive |
| TP-5 | 5 feet | 0.5 | Low Expansive |
| TP-7 | 8 feet | 1.0 | Low Expansive |
| TP-8 | 5 feet | 0.9 | Low Expansive |
| TP-13 | 3 feet | 1.7 | Low Expansive |
| TP-20 | 2 feet | 2.6 | Low Expansive |
| TP-20 | 5 feet | 1.1 | Low Expansive |
| TP-25 | 5 feet | 0.7 | Low Expansive |
| TP-33 | 5 feet | 1.3 | Low Expansive |
| TP-35 | 7 feet | 1.4 | Low Expansive |
| TP-39 | 2 feet | 1.2 | Low Expansive |
| TP-40 | 1.5 feet | 4.9 | Moderately Expansive |
| TP-40 | 3 feet | 1.1 | Low Expansive |
| TP-41 | 2 feet | 6.7 | Moderately Expansive |
| TP-41 | 5 feet | 1.6 | Low Expansive |
| TP-42 | 2 feet | 2.5 | Low Expansive |
| TP-42 | 5 feet | 0.9 | Low Expansive |
| TP-43 | 2 feet | 6.4 | Moderately Expansive |
| TP-43 | 5 feet | 0.5 | Low Expansive |
| TP-44 | 2 feet | 4.9 | Moderately Expansive |
| TP-44 | 5 feet | 1.0 | Low Expansive |
| TP-45 | 2 feet | 2.5 | Low Expansive |
| TP-45 | 5 feet | 2.5 | Low Expansive |
| TP-46 | 3 feet | 2.1 | Low Expansive |
| TP-46 | 6 feet | 0.6 | Low Expansive |
| TP-47 | 2 feet | 2.1 | Low Expansive |
| TP-47 | 6 feet | 1.1 | Low Expansive |
| TP-48 | 2 feet | 1.5 | Low Expansive |
| TP-48 | 5 feet | 0.5 | Low Expansive |
| TP-49 | 3 feet | 1.7 | Low Expansive |
| TP-49 | 3 feet | 0.7 | Low Expansive |

# LABORATORY TESTS RESULTS (P.N. 1060-GEO)

## Chemical Testing

To evaluate the corrosive potential of the subsurface soils at the subject site, five samples were submitted to *Atlas Chemical Testing Laboratories* to test the soils for sodium (Na), water soluble sulfate (SO4), and total available water soluble sulfate (Na2SO4). A copy of the results provided by the Atlas Chemical Testing Laboratories is enclosed herein. Test results tests are summarized below in Table 1.

### Table-1 Results of Chemical Testing

| Sample Location | Depth (feet) | Sodium (Na) (%) | Water Soluble Sulfate (SO4) (%) | Total Available Water Soluble Sodium Sulfate (Na2SO4) (%) |
|---|---|---|---|---|
| B-40 | 2.0 | 0.01 | 0.03 | 0.02 |
| B-42 | 2.0 | 0.01 | 0.01 | 0.01 |
| B-44 | 5.0 | 0.01 | 0.01 | 0.01 |
| B-46 | 2.0 | 0.01 | 0.11 | 0.01 |
| B-49 | 5.0 | 0.01 | 0.04 | 0.04 |

## Atterberg Limits (ASTM test method D 4318)

Testing were performed on the samples in general accordance with ASTM test method D 4318-98, using the wet preparation method. Test results as follows:

| SAMPLES | Liquid Limit (LL) | Plastic Limit (PL) | Plasticity Index (PI) |
|---|---|---|---|
| TP-20 @ 3 feet | None plastic | None plastic | None plastic |
| TP-23 @ 5 feet | None plastic | None plastic | None plastic |
| TP-27 @ 3 feet | 22 | 20 | 2 |
| TP-28 @ 1 foot | 23 | 17 | 6 |
| TP-30 @ 2.0 | None plastic | None plastic | None plastic |
| TP-34 @ 6 feet | None plastic | None plastic | None plastic |
| TP-36 @ 1 foot | None plastic | None plastic | None plastic |
| TP-38 @ 4 feet | None plastic | None plastic | None plastic |
| TP-40 @ 2 feet | 24 | 19 | 5 |
| TP-42 @ 5 feet | 22 | 19 | 3 |
| TP-44 @ 2 feet | 23 | 20 | 3 |
| TP-45 @ 2 feet | 23 | 20 | 3 |
| TP-46 @ 2 feet | None plastic | None plastic | None plastic |

# Atlas Consultants, Inc.

6000 S. Eastern Avenue, Suite 10J • Las Vegas, Nevada 89119
(702) 383-1199 • Fax (702) 383-4983

*member of*
AMERICAN SOCIETY FOR
TESTING MATERIALS

| | | | | |
|---|---|---|---|---|
| **ACT LAB NO:** | 13320(a) | | **DATE:** | September 12, 2005 |
| **PROJECT NO:** | PN=1060-GEO | | **P.O.:** | |
| **ANALYZED BY:** | Robert L. Summers | | **LAB ID:** | |

### WATER SOLUBLE SALT ANALYSIS IN SOIL
1:5 (soil:water) Aqueous Extraction
AWWA 3500-Na D, AWWA 4500 E
AWWA 2540 C

**SOIL SIEVE SIZE = -10 MESH**

| Sample No. | Location | Depth (feet) | Sodium (Percent) | Water Soluble Sulfate ($SO_4$) (Percent) | Total Available Water Soluble Sodium Sulfate ($Na_2SO_4$) (Percent) |
|---|---|---|---|---|---|
| | TP#40 | 2.0 | 0.01 | 0.03 | 0.02 |
| Solubility = 0.06% | | | | | |
| | TP#42 | 2.0 | <0.01 | 0.01 | <0.01 |
| Solubility = 0.03% | | | | | |
| | TP#44 | 5.0 | <0.01 | 0.01 | 0.01 |
| Solubility = 0.04% | | | | | |
| | TP#46 | 2.0 | <0.01 | 0.01 | <0.01 |
| Solubility = 0.03% | | | | | |
| | TP#49 | 5.0 | 0.01 | 0.04 | 0.04 |
| Solubility = 0.09% | | | | | |

*Robert L. Summers* (signature)

**LABORATORY MANAGER**

N    .: The results for each constituent denote the percentage of that analyte, at a 1:5 (soil:water) extraction ratio, which is present in the soil. Sodium was determined by flame photometry, sulfate turbidimetrically, and sodium sulfate by calculation.



**American Soils Engineering, LLC**
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman

| | COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|---|
| | | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 100 | | 96 | 87 | 76 | | 71 | 61 | | 55 | 46 | 36 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | | | | | | LL | PL | PI |
|---|---|---|---|---|---|---|---|---|---|---|
| Tp-3 | 2 | SILTY SAND(SM) | | | | | | 22 | 19 | 3 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.53 | | | 12.4 | 51.4 | 35.7 | |

GRAIN SIZE PAGE PN 1060.GPJ AMERICAN SOILS.GDT 9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman



| COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|
| | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 99 | | 96 | 89 | 78 | | 69 | 61 | | 54 | 45 | 34 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | | LL | PL | PI |
|---|---|---|---|---|---|---|
| Tp-7 | 2 | SILTY SAND(SM) | | NP | NP | NP |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.544 | | | 10.9 | 54.2 | 34.4 | |



American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

**CLIENT**  Rhodes Homes

**PROJECT NAME**  Golden Valley Ranch Kingman

**PROJECT NUMBER**  PN-1060

**PROJECT LOCATION**  Aztec/ Shinarump Kingman



| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 98 | 93 | 82 | 67 | | | 53 | 42 | | 33 | 23 | 15 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | | LL | PL | PI |
|---|---|---|---|---|---|---|
| Tp-8 | 2 | SILTY SAND with GRAVEL(SM) | | NP | NP | NP |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 1.655 | 0.242 | | 15.5 | 67.3 | | 15.0 |

# GRAIN SIZE DISTRIBUTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman



| | COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|---|
| | | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | 96 | 96 | | 92 | 84 | 75 | | 67 | 61 | | 56 | 47 | 38 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | LL | PL | PI |
|---|---|---|---|---|---|
| Tp-9 | 2 | SILTY, CLAYEY SAND with GRAVEL(SC-SM) | 24 | 20 | 4 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 25 | 0.507 | | | 12.5 | 45.3 | 38.3 | |

ER PAGE: PN 1060.GPJ AMERICAN SOILS.GDT 9/16/05
GRAIN SIZE

# GRAIN SIZE DISTRIBUTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman



| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 99 | | 96 | 91 | 84 | | 76 | 70 | | 63 | 54 | 43 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | LL | PL | PI |
|---|---|---|---|---|---|
| Tp-10 | 2 | SILTY SAND(SM) | 22 | 19 | 3 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.23 | | | 7.7 | 47.6 | 43.3 | |

GRAIN SIZE CURVE PER PAGE  PN 1060.GPJ  AMERICAN SOILS.GDT  9/16/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:    **1192**

Sample Location:    **TP# 2**

Test Method:    **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 128.7 | 6.5 | 3.52 | 128.7 | 6.5 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS..., pcf

WATER CONTENT, %

COMPACTION   ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.SDT  9/15/05

# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT   Rhodes Homes of Arizona

PROJECT NUMBER   PN 1060-GEO

PROJECT NAME   Phase I at Golden Valley Ranch

PROJECT LOCATION   Golden Valley Ranch, Kingman Arizona

Sample Number:   **1193**
Sample Location:   **TP#3**
Test Method:   **ASTM D1557 Method D**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| **132.6** | **8.1** | **7.66** | **134.5** | **7.5** |



DRY DENSITY, pcf

WATER CONTENT, %

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

COMPACTION WITH ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

**CLIENT** Rhodes Homes of Arizona

**PROJECT NUMBER** PN 1060-GEO

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT LOCATION** Golden Valley Ranch, Kingman Arizona

Sample Number: **1196**

Sample Location: **TP#6**

Test Method: **ASTM D1557 Method D**

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.9 | 7.1 | 4.88 | 133.1 | 6.8 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS..., pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT 9/15/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: _____

Sample Location:  **TP#9**

Test Method:  **ASTM D1557 Method D**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 132.8 | 6.6 | 6.86 | 134.5 | 6.1 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS..., pcf

WATER CONTENT, %

COMPACTION ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05



**MOISTURE-DENSITY RELATIONSHIP**

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location:  TP#14

Test Method:  ASTM D1557 Method D

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.3 | 7.3 | --- | 131.3 | 7.3 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS. . . pcf

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION

WATER CONTENT, %

# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: _____

Sample Location:              **TP#17**

Test Method:         **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| **128.4** | **6.9** | --- | **128.4** | **6.9** |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS., . , pcf

WATER CONTENT, %

COMPACTION ' ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: _____

Sample Location:  **TP#19**

Test Method:  **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 130.8 | 5.8 | 13.86 | 134.4 | 5.1 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTIO

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

**CLIENT** Rhodes Homes of Arizona

**PROJECT NUMBER** PN 1060-GEO

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT LOCATION** Golden Valley Ranch, Kingman Arizona

Sample Number: _____

Sample Location: **TP#21**

Test Method: **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.2 | 6.8 | 14.75 | 135.0 | 5.8 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION



## MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: _____
Sample Location:        TP#26
Test Method:        ASTM D1557 Method C

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| --- | --- | --- | --- | --- |
| 126.9 | 8.7 | --- | 126.9 | 8.7 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION



## MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location:        TP#27

Test Method:        ASTM D1557 Method C

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.7 | 7.9 | --- | 131.7 | 7.9 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location:  TP#28

Test Method:  ASTM D1557 Method C

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.3 | 7.1 | --- | 131.3 | 7.1 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05

COMPACTFr



**MOISTURE-DENSITY RELATIONSHIP**

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:  **1221**

Sample Location:  **TP#30**

Test Method:  **ASTM D1557 Method A**

**TEST RESULTS**

| UNCORRECTED VALUE | | | CORRECTED VALUE | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 127.7 | 8.5 | --- | 127.7 | 8.5 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05

COMPACTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: **1225**

Sample Location: **TP34**

Test Method: **ASTM D1557 Method C**

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 123.9 | 8.4 | 4.96 | 125.4 | 8.0 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

COMPACTION ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05



# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: **1227**

Sample Location: **TP#36**

Test Method: **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| **131.4** | **7.1** | **---** | **131.4** | **7.1** |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION



# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:  **1229**

Sample Location:  **TP#38**

Test Method:  **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 130.0 | 9.0 | 6.25 | 131.6 | 8.5 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION



# KLEINFELDER
*An employee owned company*

**Las Vegas Laboratory**
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

## R Value Test Report

**Report No:** RV:LVS05/00462
**Issue No:** 1

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
| --- | --- |
| Project: | Misc Lab Testing |

All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michael Olson*

Member ACIL;
QESTLab No. 1078

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

## Sample Details

| | |
| --- | --- |
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

## Test Results

| Description | Result | Limits |
| --- | --- | --- |
| R Value @ 300 psi Exudation | 63 | |

### Soil Classification

Symbol

Name

## R Value

| | |
| --- | --- |
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and Expansion Pressure of Compacted Soils |

## Chart



**Comments**
N/A

orm No: 110239.V1.00

(c) QESTLab by SpectraQEST.com.au

Page 1 of 1

# KLEINFELDER
*An employee owned company*

**Las Vegas Laboratory**
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

# R Value Test Report

**Report No: RV:LVS05/00462**

**Issue No: 1**

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
| --- | --- |
| Project: | Misc Lab Testing |

All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michael Olson*

Member ACIL;
QESTLab No. 1078

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

## Sample Details

| | |
| --- | --- |
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

## Test Results

| Description | Result | Limits |
| --- | --- | --- |
| R Value @ 300 psi Exudation | 23 | |

### Soil Classification

Symbol

Name

## R Value

| | |
| --- | --- |
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and Expansion Pressure of Compacted Soils |

## Chart



## Comments

N/A

KLEINFELDER    6380 South Polaris Avenue, Las Vegas, NV  89118-3821    (702) 736-2936    (702) 361-9094 fax

# KLEINFELDER
*An employee owned company*

**Las Vegas Laboratory**
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

# R Value Test Report

**Report No: RV:LVS05/00462**

**Issue No: 1**

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
| --- | --- |
| Project: | Misc Lab Testing |

All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michael Olson*

Member ACIL:
QESTLab No. 1078

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

## Sample Details

| | |
| --- | --- |
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

## Test Results

| Description | Result | Limits |
| --- | --- | --- |
| R Value @ 300 psi Exudation | 27 | |

### Soil Classification

Symbol

Name

## R Value

| | |
| --- | --- |
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and Expansion Pressure of Compacted Soils |

## Chart



## Comments

N/A

Form No: 110239.V1.00

(c) QESTLab by SpectraQEST.com.au

Page 1 of 1

# APPENDIX C

Case 09-14814-gwz Doc 1235-1 Entered 08/13/10 13:43:27 Page 49 of 77



Figure No.: 1
NOT TO SCALE

SITE

LEGEND:
Represent GOLDEN VALLY RANCH @ 5800 acres
Shear Wave Velocity Line Location and Number
Represent Phase I (approximately 1500 acres)

| American Soils Engineering, LLC | Shear Wave Velocity Test Location Map | Project Number: PN 1060-GEO |
|---|---|---|
| 6000 S. Eastern Avenue, Suite 12E<br>Las Vegas, Nevada 89119<br>Phone: (702) 889-9617<br>Fax: (702) 889-9614<br>Geotechnical Engineering • Special Inspection • Materials Testing Services | Project: Phase I of Golden Valley Ranch<br>Kingman - Arizona | Date: 09-09-2005 |
| | Prepared for: Rhodes Homes of Arizona | Drawn By: QB |



*PN 1060.1: Vs Model*

Vs100' = 1365 ft/s

*Shear-Wave Velocity, ft/s*

| Prepared By: | Project Name: |
|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | Golden Valley Ranch Mojave County, AZ |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |





p-f Image with Dispersion Modeling Picks

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: PN: 1060-GEO | Date: 09-09-05 | Prepared For: RHODES HOMES |



## PN 1060.2: Vs Model

Vs100' = 1309 ft/s

Depth, ft

Shear-Wave Velocity, ft/s

| Prepared By: | Project Name: |
|---|---|
| **American Soils Engineering, LLC 6000** South Eastern Ave., Suite 12E Las Vegas, NV 89119 | **Golden Valley Ranch Mojave County, AZ** |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



*PN 1060.2: Supportive Illustration*
**Dispersion Curve Showing Picks and Fit**

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| **Project No:** | **Date:** | **Prepared For:** |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |

## p-f Image with Dispersion Modeling Picks





| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



*PN 1060.3: Vs Model*

Legend: Vs100' = 1279 ft/s

Depth, ft (vertical axis)

Shear-Wave Velocity, ft/s (horizontal axis)

| Prepared By: | Project Name: |
|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | Golden Valley Ranch Mojave County, AZ |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



## p-f Image with Dispersion Modeling Picks



| | Prepared By: | | Project Name: |
|---|---|---|---|
|  | **American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119** | | **Golden Valley Ranch Mojave County, AZ** |
| | **Project No:** | **Date:** | **Prepared For:** |
| | PN: 1060-GEO | 09-09-05 | **RHODES HOMES** |





*PN 1060.4: Supportive Illustration*

**Dispersion Curve Showing Picks and Fit**

| | Prepared By: | | Project Name: |
|---|---|---|---|
| | **American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119** | | **Golden Valley Ranch Mojave County, AZ** |
| | **Project No:** | **Date:** | **Prepared For:** |
| | **PN: 1060-GEO** | **09-09-05** | **Rhodes Homes** |

## p-f Image with Dispersion Modeling Picks



| | Prepared By: | | Project Name: |
|---|---|---|---|
|  | **American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119** | | **Golden Valley Ranch Mojave County, AZ** |
| | **Project No:** | **Date:** | **Prepared For:** |
| | PN: 1060-GEO | 09-09-05 | **RHODES HOMES** |



## PN 1060.5: Vs Model

Vs100' = 1283 ft/s

Depth, ft

Shear-Wave Velocity, ft/s

| Prepared By: | | Project Name: |
| --- | --- | --- |
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



*PN 1060.5: Supportive Illustration*

**Dispersion Curve Showing Picks and Fit**

| Prepared By: | | Project Name: | |
|---|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ | |
| Project No: | Date: | Prepared For: | |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES | |





**PN 1060.6: Vs Model**

Vs100' = 1378 ft/s

Depth, ft

Shear-Wave Velocity, ft/s

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



## PN 1060.6: Supportive Illustration
### Dispersion Curve Showing Picks and Fit

Rayleigh Wave Phase Velocity, ft/s vs Period, s

- —— Calculated Dispersion
- ◆ Picked Dispersion

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



**p-f Image with Dispersion Modeling Picks**

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| **Project No:** PN: 1060-GEO | **Date:** 09-09-05 | **Prepared For:** RHODES HOMES |





## PN 1060.7: Supportive Illustration

### Dispersion Curve Showing Picks and Fit

Legend:
— Calculated Dispersion
♦ Picked Dispersion

Y-axis: Rayleigh Wave Phase Velocity, ft/s (100, 600, 1100, 1600, 2100, 2600, 3100)
X-axis: Period, s (0, 0.1, 0.2, 0.3, 0.4, 0.5)

| Prepared By: | Project Name: |
|---|---|
| American Soils Engineering, LLC 600\ South Eastern Ave., Suite 12E Las Vegas, NV 89119 | Golden Valley Ranch Mojave County, AZ |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |



| Prepared By: | | Project Name: |
| --- | --- | --- |
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |







| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |







**p-f Image with Dispersion Modeling Picks**

| | Prepared By: | Project Name: |
|---|---|---|
| | American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | Golden Valley Ranch Mojave County, AZ |
| | **Project No:** | **Date:** | **Prepared For:** |
| | PN: 1060-GEO | 09-09-05 | RHODES HOMES |

