# AZTEC ROAD SECTION 1 IMPROVEMENTS
# AT GOLDEN VALLEY RANCH FOR
# RHODES HOMES ARIZONA, LLC





**VICINITY MAP**

**PROJECT LOCATION**

MOBILE RD.
AMADO RD.
AZTEC RD.
BACOBI ROAD
SHINARUMP ROAD
RAMADA ROAD
HUALAPAI DRIVE
CERBAT DRIVE
TOMBSTONE TRAIL
CHEMEHUEVI DRIVE
RAMADA ROAD
INDIAN WELLS ROAD
SACRAMENTO ROAD
AQUARIUS DRIVE
CENTENNIAL ROAD
YUMA ROAD
TAMPICO ROAD
SCHOOL CAMPUS
GOLF COURSE
TOWN CENTER
T.C. PARK
PARK

NORTH

## ENGINEERS ESTIMATED QUANTITIES

### STORM DRAIN

| ITEM | QUANTITY |
|---|---|
| 30" RCP STORM DRAIN | 510 LF |
| SCUPPER | 0 EA |
| CURB AND GRATE INLET | 1 EA |
| 72" DIA. STORM DRAIN MANHOLE | 1 EA |
| 4 FT x FT PRECAST CONCRETE BOX CULVERT | 320 LF |

### WATER

| ITEM | QUANTITY |
|---|---|
| 24" C900 PVC WATER LINE | 3,514 LF |
| 24" BUTTERFLY VALVE | 8 EA |
| 24" X 24" X 24" TEE | 4 EA |
| 24" X 24" X 8" TEE | 4 EA |
| 24" X 24" X 6" TEE | 3 EA |
| 24" X 24" X 8" X 8" CROSS | 5 EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 2 EA |
| 24" 45° BEND | 8 EA |
| 24" 22.5° BEND | 4 EA |
| 8" C900 PVC WATER LINE | 0 LF |
| 8" GATE VALVE | 0 EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 0 EA |
| 8" 22.5° BEND | 0 EA |
| 6" C900 PVC WATER LINE | 134 LF |
| 6" GATE VALVE | 3 EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 3 EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 3 EA |
| 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER LINE PER CITY OF KINGMAN STD. DTL. # 344 | 3 EA |
| 4" AIR VALVE | 1 EA |
| 6" PVC IRRIGATION SLEEVES | 300 LF |
| 8" IRRIGATION SLEEVES | 430 LF |

### STREETS

| ITEM | QUANTITY |
|---|---|
| A.C. PAVEMENT | 20,630 SY |
| TYPE R AGGREGATE BASE | 9,700 CY |
| CONCRETE CURB, TYPE A | 8,069 LF |
| ROLL CURB & GUTTER, TYPE A | 8,069 LF |
| SIDEWALK | 20,180 SF |
| VALLEY GUTTER | 000 SF |
| TRAFFIC SIGNS WITH METAL SUPPORTS | 10 EA |
| STREET LIGHT AND POLE | 000 LF |
| STREETLIGHT CONDUIT | 000 LF |
| SURVEY MONUMENTS | 000 EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATE ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

## SHEET INDEX

| | | |
|---|---|---|
| G-1 | COVER SHEET | 1 OF 18 |
| G-2 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 18 |
| TS-1 | TYPICAL SECTION | 3 OF 18 |
| HC-1 TO HC-2 | HORIZONTAL CONTROL | 4 TO 5 OF 18 |
| PP-1 TO PP-3 | PLAN AND PROFILE | 6 TO 8 OF 18 |
| UP-1 TO UP-4 | UTILITY PLAN AND PROFILE | 9 TO 12 OF 18 |
| TC-1 TO TC-2 | TRAFFIC CONTROL SHEETS | 12A TO 13 OF 18 |
| DT-1 TO DT-5 | DETAILS | 14 TO 18 OF 18 |

## UTILITIES

| | | | | |
|---|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | | |
| WATER: | (TO BE DETERMINED) | | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 | |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 | |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 | |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 | |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 | |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 | |

### OWNER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

### DEVELOPER
RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### LEGAL DESCRIPTION
A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

### BASIS OF BEARINGS
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD
35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°0'58.56309"W (NAD '83)
HEIGHT 2466.36241ft (NAVD'88)

### BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ft (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) - 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD &
BOLSA DRIVE.



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119 (702) 369-9396
www.stanleygroup.com

SCALE (H): N.T.S.
SCALE (V): N.T.S.
DRAWN BY: LNG
CHECKED BY: MPN
DATE: 3/15/08

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AZTEC ROAD SECTION 1 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY                    ARIZONA

**SHEET**
**G-1**
1  OF 18 SHEETS

SCI PROJECT
18449.03.01

**GENERAL NOTES**

**SEWER**

**WATER**

**STREET**

**SITE GRADING**

**FEMA FLOOD ZONE**

**ENGINEER'S NOTES**

**STORM WATER POLLUTION PREVENTION PLAN**

**BASIS OF BEARINGS**

**BENCHMARK**

**DISCLAIMER NOTE**

**LEGEND**

**ABBREVIATIONS**




RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION 1 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS

Stanley Consultants INC.

SHEET G1

2 OF 18 SHEETS

NORTH

GRAPHIC SCALE

KEYMAP

AZTEC RD. IMPROVEMENTS
SEE THIS SHEET

FUTURE GOLDEN VALLEY RANCH GOLF COURSE
REFER TO PLANS BY TED ROBINSON

FOR STORM DRAIN CONSTRUCTION
SEE ROADWAY PLAN & PROFILE

PROPOSED GAS LINES SHOWN
FOR REFERENCE ONLY
SEE PLAN BY UNISOURCE ENERGY

FOR CONTINUATION
SEE AZTEC ROAD
SECTION 7 IMPROVEMENTS

FUTURE 24" PVC WATERLINE

FUTURE GOLDEN VALLEY RANCH
SUBDIVISION AREA 3
REFER TO IMPROVEMENT PLANS BY:
STANLEY CONSULTANTS INC.

FOR SANITARY SEWER CONSTRUCTION
SEE LOOP ROAD SECTION 3
IMPROVEMENT PLANS

**AZTEC ROAD**
SCALE: HORIZ 1"=40'

250.00' VC
HIGH POINT ELEV = 2573.32
HIGH POINT STA = 160+42.80
PVI STA = 160+42.80
PVI ELEV = 2573.63
A.D. = -1.00
K = 250.00

**AZTEC ROAD**
SCALE: HORIZ 1"=40'

## LEGEND

| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDARY |
| | STREET LIGHT (700W HPS) |
| | NO. 3-1/2" FULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| | COMMON ELEMENT |

### WATER
WATER MAIN
3/4" WATER METER
W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4", 22 1/2", 45', 90' BEND

### SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
OFF-SITE SANITARY SEWER MANHOLE
SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE SANITARY SEWER MAIN
SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN
STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-6
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES
1. INSTALL 24" PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45' BEND
9. INSTALL 24" 22.5' BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 45' BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES
20. INSTALL (1) 8" IRRIGATION SLEEVE
21. INSTALL 12" C900 PVC WATER LINE
22. INSTALL 12" 45' BEND
NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 36" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MAG TYPE "C" STORM DRAIN INLET SEE DETAIL ON SHEET DT4 DT4
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 380 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.M.L.C. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARING

## BENCHMARK

## DISCLAIMER NOTE

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AZTEC ROAD SECTION 1 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY    ARIZONA

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY WPS
DATE 3/15/06

SHEET
**UP-1**
9 OF 18 SHEETS

SCI PROJECT#
18449.03.01

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06



AZTEC ROAD
SCALE: HORIZ 1"=40'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06



AZTEC ROAD
SCALE: HORIZ 1"=40'

KEYMAP

AZTEC RD. IMPROVEMENTS
SEE THIS SHEET

GRAPHIC SCALE

NORTH

## LEGEND

| 120 | LOT NUMBER |
|---|---|
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDARY |
| | STREET LIGHT (DOWN NIPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER
| | WATER MAIN |
|---|---|
| | 3/4" WATER METER |
| | W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4', 22 1/2', 45', 90' BEND |

### SEWER
| | SANITARY SEWER MANHOLE |
|---|---|
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE, SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN, SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL, SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

### STORM DRAIN
| | STORM DRAIN MANHOLE |
|---|---|
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES
1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 8" X 8" CROSS
6. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 360
7. INSTALL 24" 45' BEND
8. INSTALL 24" 22.5' BEND
9. INSTALL 8" C900 PVC WATER LINE
10. INSTALL 8" GATE VALVE
11. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
12. INSTALL 8" 22.5' BEND
13. INSTALL 8" C900 PVC WATER LINE
14. INSTALL 8" GATE VALVE
15. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
16. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
17. INSTALL 1" COPPER WATER LATERAL W/ BOX FOR FUTURE 3/4" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
18. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 8" IRRIGATION SLEEVE
19. INSTALL 12" C900 PVC WATER LINE
20. INSTALL 12" 45' BEND
NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NOS. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL 60" RCP STORM DRAIN
10. INSTALL SDL TYPE "G" STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT3 FOR PROFILE
11. CONSTRUCT STORM DRAIN CROSSING SEWER PER SEE DETAIL ON SHEET DT2 AND DT3
12. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 6" VERTICAL SEPARATION WITH 12 FT. HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS
NORTH 00°12'06" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.G.D. "50 35" =    LATITUDE 35°09'22.70034"N,
                     LONGITUDE 114°05'21.07240"W (NAD '83)
                     HEIGHT 2562.46369FT (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°08'55.53306"N,
                     LONGITUDE 114°01'30.72326"W (NAD '83)
                     HEIGHT 2496.20406FT (NAVD'88)

## BENCHMARK
BENCHMARK # "SD 34" W.C.G.D.
ELEVATION= 2590.2420 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 33, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND UTILITIES AHEAD OF TIME PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Arizona Blue Stake, Inc.
1-800-782-5348
(480-263-1100)

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  fax (702) 369-9183
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DMG
CHECKED BY MPB
DATE 3/15/06

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION 1 IMPROVEMENTS
UTILITY PLAN AND PROFILE

MOHAVE COUNTY  ARIZONA

SHEET
UP-3
11 OF 18 SHEETS

SCI PROJECT #
18449.03.01

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06



AZTEC ROAD
SCALE: HORIZ 1"=40'

AZTEC ROAD
SCALE: HORIZ 1"=40'

KEYMAP

GRAPHIC SCALE

NORTH

AZTEC RD. IMPROVEMENTS
SEE THIS SHEET

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION I IMPROVEMENTS
UTILITY PLAN AND PROFILE

MOHAVE COUNTY        ARIZONA

SHEET
UP-4

12   OF 18 SHEETS



CROSS
FIG.1

TEE OR PLUG
FIG.2

HORIZONTAL OR VERTICAL ELBOW
FIG.3

△ = 90°, 45°, 22-1/2° OR 11-1/4°

NO. 5 REBAR STRAP

ELBOW
FIG.4

**NOTES:**
1. ALL FITTINGS AND EXPOSED REBAR TO BE COATED WITH EQ 244 AND WRAPPED WITH TWO LAYERS OF 6 MIL. POLYETHYLENE.
2. TABLE BELOW DENOTES MINIMUM BEARING AREA OR VOLUME OF THRUST BLOCK. SPECIAL DESIGN FOR EACH INSTALLATION IS REQUIRED IF ALLOWABLE SOIL BEARING CAPACITY IS LESS THAN 3000 P.S.F.
3. PLACE CONCRETE AGAINST UNDISTURBED EARTH.
4. VERTICAL SURFACES NOT BEARING AGAINST UNDISTURBED EARTH SHALL BE FORMED.

| SIZE OF PIPE | MINIMUM BEARING AREA IN SQUARE FEET / CUBIC YARDS OF CONCRETE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FIG. 1 | FIG. 2 | FIG. 3 | | | FIG. 4 | | |
| | | | 90° | 45° | 22-1/2°/11-1/4° | 45° | 22-1/2° | 11-1/4° |
| 4" | 2 | 2 | 5 | 1 | 1 | .5 | .5 |
| 6" | 2 | 3 | 3 | 2 | 1 | 1.5 | 1.0 | .5 |
| 8" | 5 | 6 | 3 | 2 | 1 | 2.0 | 1.0 | .5 |
| 10" | 7 | 7 | 10 | 5 | 3 | 4.0 | 2.0 | 1.0 |
| 12" | 10 | 10 | 14 | 8 | 4 | | 2 | |
| 14" | 14 | 14 | 20 | 10 | 5 | 3 | SPECIAL DESIGN | |
| 16" | 19 | 19 | 24 | 12 | 7 | 4 | | |
| 18" | 24 | 24 | 30 | 16 | 9 | 5 | | |
| 20" | 28 | 28 | 40 | 20 | 12 | 6 | | |



CONCRETE ENCASEMENT DETAIL



THRUST BLOCK DETAILS

TRENCH BACKFILL DETAIL



CLASS B BEDDING (NORMAL BEDDING)



CLASS A BEDDING (CONCRETE BEDDING)

PIPE TRENCH BEDDING METHODS



FIRE HYDRANT ASSEMBLY DETAIL



PLAN DUCTILE PIPE

DOUBLE MECHANICAL JOINT







FLEXIBLE COUPLING DETAIL – A-P12
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION 1 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY    ARIZONA

SHEET
DT-1
14 OF 18 SHEETS

SCI PROJECT#
18449.03.01

**VALVE VAULT ROOF PLAN**
NOT TO SCALE   PL03-2   011201

**WATERSTOP DETAIL**
NOT TO SCALE   PL03-3   121069

NOTES
1. MATERIAL QUALITY PER SPECIFICATIONS.
2. DIMENSION REQUIREMENTS INDICATED SHOULD BE GIVEN TO SUPPLIERS PRIOR TO PLACING ORDERS.
3. NON-ROUND CENTER BULBS SHALL HAVE A MIN OUTSIDE DIMENSION OF "D".

| SIZE | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | 15/8" | 6" | 3/8" | 3/8" | 1/4" | 6" |

**WALL OPENING - DIAGONAL REINFORCEMENT DETAIL**
NOT TO SCALE   PL03-4   022801

**DETAIL NOTES**
NOT TO SCALE   PL03-7   022801

NOTES
1. CONCRETE FOR VAULT STRUCTURES SHALL BE 4000 PSI, UNLESS OTHERWISE SPECIFIED.
2. PIPE OUTLET SHALL BE SHAPED TO FIT THE SPECIFIED PIPE DIAMETER.
3. MAINTAIN A MIN CLEARANCE OF 2" OF COVER FOR REINFORCED STEEL, UNLESS OTHERWISE SPECIFIED.
4. BACKFILL LIMITS OF VAULT EXCAVATION (INCLUDING BELOW VAULT FLOOR) WITH TYPE II AGGREGATE BASE, COMPACT TO 95% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED.

**STANDARD INSTALLATION**

**3" OR 4" COMB AIR VALVE PROFILE**

**1" OR 2" COMB AIR VALVE PROFILE**

**PLAN VIEW**

**SECTION A**

DETAIL "A"
DETAIL "B"
DETAIL "C"

NOTE
ALL EXPOSED FERROUS METAL SHALL BE COATED PER SPECS SCD 09965. EXTERIOR COLOR TO BE WHITE.

DESIGNER NOTE:
USE ONLY THE APPROPRIATE DRAWING(S) AND DESCRIPTIONS FOR SELECTED SIZE OF COMBINATION AIR VALVE ASSEMBLY.

**COMBINATION AIR VALVE ASSEMBLY FOR 1", 2", 3", AND 4" VALVES**
NOT TO SCALE   PL09-1   021401

LEGEND
1. 4" FLG STL OUTLET FOR MJC STUFFEE, FLG TEE FOR DIP
2. 4"- 90° FLG DUCTILE IRON BEND
3. 4" DUCTILE IRON FLANGE ADAPTOR
4. 4" FLG x PO OR FLG x MJ GATE VALVE
5. VALVE BOX AND COVER – SEE DETAIL
6. 4" DUCTILE IRON PC350 PIPE OR 4" PVC CL350 DR18 PIPE
7. 4"- 90° FLG x PO OR FLG x MJ CI BEND
8. 4" OR 2" COMBINATION AIR VALVE, FLANGED INLET
9. 1" OR 2" COMBINATION AIR VALVE, THREADED INLET
10. 3" OR 4" MUSHROOM VENT CAP
11. 1" OR 2" MUSHROOM VENT CAP
12. 2"-0" OD x 4"-0" HIGH STEEL COVER
13. 5/8"-11NC BREAK-AWAY ZINC PLATED HEX HD BOLT, HEX NUT AND LOCKWASHER
14. 1/2"x x 8" ANCHOR BOLT
15. 1" OR 2" CORP STOP, THREADED BOTH ENDS
16. 1" OR 4" BALL VALVE – QUARTER TURN – FOR 3" OR 4" COMB AIR VALVE ASSY
17. 4" x 3" FLG DUCTILE IRON REDUCER – FOR 3" COMB AIR VALVE ASSY
18. 4" x 2" OR 4" x 1" THREADED STL REDUCING FLANGE
19. 4" DUCTILE IRON PC350 PIPE

NOTE
SEE SPECIFICATIONS FOR ALL APPROVED PRODUCTS

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AZTEC ROAD SECTION 1 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY   ARIZONA

SHEET
DT-2
15 OF 18 SHEETS





**REMOVABLE CONCRETE SLAB SECTION**
NOT TO SCALE

**SEALANT GROOVE DETAIL**
NOT TO SCALE

**INSULATING FLANGE SET DETAIL**
NOT TO SCALE

**GUIDE PLATE — DETAIL 1**

**DETAIL "A"**

**FRONT VIEW**     **SIDE VIEW**

**CORPORATION STOP DETAIL**
NOT TO SCALE

**STEM GUIDE — DETAIL 2**

**OPERATING NUT — DETAIL 3**

**PIPE SUPPORT TABLE**

| NOMINAL PIPE SIZE | SUPPORTING | | | | | STL CYL PIPE | | FLANGE | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | F | G |
| 12" | 4" | 12" | 3/8" | 5/8" | 6" | 10" | 14" | 14" | 16" |
| 16" | 4" | 12" | 3/8" | 5/8" | 6" | 12" | 16" | 17" | 21" |
| 18" | 4" | 12" | 3/8" | 3/4" | 6" | 14" | 18" | 18" | 22" |
| 20" | 4" | 12" | 3/8" | 3/4" | 6" | 16" | 20" | 20" | 24" |
| 24" | 4" | 12" | 3/8" | 3/4" | 6" | 19" | 23" | 23" | 27" |
| 30" | 5" | 12" | 3/8" | 3/4" | 6" | 23" | 29" | 28" | 34" |
| 36" | 6" | 15" | 3/8" | 3/4" | 6" | 27" | 33" | 33" | 39" |
| 42" | 6" | 18" | 1/2" | 1" | 6" | 32" | 38" | 38" | 44" |
| 48" | 6" | 18" | 1/2" | 1" | 8" | 36" | 42" | 42" | 48" |
| 54" | 6" | 18" | 1/2" | 1" | 8" | 40" | 46" | 47" | 53" |
| 60" | 6" | 18" | 1/2" | 1" | 8" | 44" | 50" | 52" | 58" |
| 66" | 6" | 18" | 1/2" | 1" | 8" | 48" | 54" | 57" | 63" |
| 72" | 6" | 18" | 1/2" | 1" | 8" | 52" | 58" | 62" | 68" |

**PIPE SUPPORT DETAIL**
NOT TO SCALE

**WALL PENETRATION DETAIL**
NOT TO SCALE

**ANCHOR INSTALLATION**

**LADDER IN VAULT**

**LADDER IN MANHOLE**

**BRACKET SPACING TABLE**

| BRACKET SPACING | FLAT BAR SIZE |
|---|---|
| 5'-0" TO 20'-0" OC MAX | 3" x 3/8" |
| OVER 20'-0" | 4" x 1/2" |

NOTES
1. SPACING PLATFORM REQUIRED EVERY 20'-0" OF HEIGHT OR FRACTION THEREOF FOR OPEN LADDER. FOR LADDER WITH CAGE, PLATFORM SPACING IS 30'-0" MAX (OSHA 1910.27).
2. APPROVAL OF THE ENGINEER REQUIRED FOR ANY BRACKET SPACING OVER 5'-0" OC (SEE BRACKET SPACING TABLE FOR BAR SIZE).
3. LADDER SHALL BE MADE OF MILD CARBON STEEL WITH 3/4" SMOOTH BAR RUNGS PLUG WELDED TO RUNNERS.
4. GALVANIZE LADDER ASSEMBLY AFTER WELDING.

**LADDER INSTALLATION DETAILS**
NOT TO SCALE

**SECTION "A"**

**VALVE BOX ON VAULT DETAIL**
NOT TO SCALE

**UNIVERSAL JOINT SIDES**

**JOINT CROSS**

**BASE PLATE**

**UNIVERSAL JOINT**

**UNIVERSAL JOINT DETAIL**
NOT TO SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION I IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY        ARIZONA

SHEET
**DT-3**

16 OF 18 SHEETS

SCS PROJECT
18449.03.03






**VALVE VAULT SECTIONAL PLAN**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE



**VALVE VAULT SECTION**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE



**VALVE VAULT SECTIONAL PLAN**
**WITH (3) VALVE AND TEE**
NOT TO SCALE





**VALVE VAULT SECTION**
**WITH (3) VALVE AND TEE**
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION I IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY          ARIZONA

SHEET
**DT-4**
17 OF 18 SHEETS



**VALVE VAULT SECTION**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE   (A) / DT6



**VALVE VAULT SECTION**
**WITH (3) VALVE AND TEE**
NOT TO SCALE   (B) / DT6



VALVE BOX INSTALLATION          TRAFFIC BOX INSTALLATION

**NOTES**

1. FINAL RIM ELEVATION TO BE 1/8" TO 1/4" BELOW FINAL STREET GRADE.

2. MORE STRINGENT INSTALLATION REQUIREMENTS MAY BE IMPOSED BY THE ENTITY HAVING THE JURISDICTION OVER THE VALVE BOX INSTALLATION LOCATION.

3. A VALVE EXTENSION STEM SHALL BE PROVIDED WHERE THE DEPTH TO THE OPERATING NUT EXCEEDS FIVE (5) FEET.

4. INSTALL CARSONITE MARKER (BLUE) IN CONCRETE COLLAR IN UNIMPROVED AREAS.

5. SEE SPECIFICATIONS FOR ALL APPROVED PRODUCTS.

SECTION "A"                    SECTION "B"

PLAN            PLAN

**VALVE BOX AND TRAFFIC BOX INSTALLATION**
NOT TO SCALE   PL10-8  G10600   (DT1)

**Stanley Consultants** INC.

8000 E. Kaiser Avenue, Suite 200
Tucson, Arizona 85715
Tel: (520) 298-1010  Fax: (520) 298-2701
www.stanleyconsultants.com

| | |
|---|---|
| SCALE (X) N.T.S. | DRAWN BY EMC |
| SCALE (Y) N.T.S. | CHECKED BY WPB |
| | DATE 3/30/06 |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD SECTION 1 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY          ARIZONA

SHEET
**DT-5**
18 OF 18 SHEETS

SCI PROJECT#
18449.03.05

Q:\18449\dwg\Imp   S01\S01_DT1-DT5.dwg, 4/3/2006 10:41:57 AM, \\LWG-PS1\hp5500-survey-pcl, 1:2.15269