# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 734-125**

EFFECTIVE DATE OF REGISTRATION

**JAN 22 2007**

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

Golden Valley Standard Drawings

NATURE OF THIS WORK ▼ See instructions

Technical Drawings and Text

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

N/A

If published in a periodical or serial give:  Volume ▼ N/A   Number ▼ N/A   Issue Date ▼ N/A   On Pages ▼ N/A

**2** NAME OF AUTHOR ▼

**a** Stanley Consultants, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ N/A    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile  Name of Country
OR { Citizen of  U.S.A.
     { Domiciled in  Iowa

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☒ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile  Name of Country
OR { Citizen of
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☒ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed  2005  Year  in all cases.

**b** Date and Nation of First Publication of This Particular Work  Complete this information ONLY if this work has been published.  Month ___ Day ___ Year ___  Nation ___

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Stanley Consultants, Inc.
225 Iowa Avenue, Muscatine, IA 52761

APPLICATION RECEIVED
JAN 22 2007
ONE DEPOSIT RECEIVED
JAN 22 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Henry Marquard, General Counsel
Stanley Consultants, Inc., 225 Iowa Avenue, Muscatine, IA 52761

**b**

Area code and daytime telephone number  (563) 2646210          Fax number  (563) 264-6658
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Stanley Consultants, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Henry Marquard, General Counsel                                Date  1-19-07

Handwritten signature (X) ▼
X _Henry F Marq_____

| Certificate will be mailed in window envelope to this address: | Name ▼  Henry Marquard, General Counsel, Stanley Consultants, Inc. | **9** |
|---|---|---|
| | Number/Street/Apt ▼  225 Iowa Avenue | |
| | City/State/ZIP ▼  Muscatine, IA 52761 | |

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Full  Rev. 07/2006  Print 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-330-958/60,125