# AZTEC ROAD IMPROVEMENTS
# FOR GOLDEN VALLEY SOUTH,
# RHODES HOMES ARIZONA, LLC



VICINITY MAP



**PROJECT LOCATION**

GRAPHIC SCALE

NORTH

**SHEET INDEX**

| COVER | COVER SHEET | 1 OF XX |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF XX |
| DT-1, DT-2 | DETAIL SHEET | 3 & 4 OF XX |
| HC-1 TO HC-3 | HORIZONTAL CONTROL | 5 TO 8 OF XX |
| GR-1 TO GR-3 | GRADING PLAN | 9 TO 11 OF XX |
| PP-1 TO PP-6 | PLAN AND PROFILE | 12 TO 18 OF XX |
| UP-1 TO UP-6 | UTILITY PLAN AND PROFILE | 19 TO 25 OF XX |
| TC-1 TO TC-3 | TRAFFIC CONTROL SHEET | 25 TO 27 OF XX |
| MS-1 TO MS-3 | MISCELLANEOUS DETAILS | 28 TO 30 OF XX |
| - | - | - |
| - | - | - |

**UTILITIES**

| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

**OWNER**

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**LEGAL DESCRIPTION**

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**BASIS OF BEARINGS**

NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD
35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2466.56824ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) - 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD &
BOLSA DRIVE.



Stanley Consultants INC.

3820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Phone (702) 369-9396
www.stanleygroup.com

| SCALE (H) | AS NOTED |
| SCALE (V) | NA |
| DRAWN BY | VRD |
| CHECKED BY | WPB |
| DATE | 04/11/05 |

RHODES HOMES ARIZONA LLC
AZTEC ROAD INFRASTRUCTURE IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY                ARIZONA

| SHEET |
| COVER |
| 1 OF XX SHEETS |

SCI PROJECT#
18449.00.00

# GENERAL NOTES

# SEWER

# WATER

# STREET

# SITE GRADING

# ENGINEER'S NOTES

# LEGEND

# ABBREVIATIONS







## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you dig Overhead
1-928-753-5591

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1

GENERAL NOTES, LEGENDS AND ABBREVIATIONS

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

SHEET
G-2
OF  XX  SHEETS



① AZTEC ROAD STA. 168+12.85 TO 187+00

② AZTEC ROAD STA. 123+00 TO 185+00

③ TYPICAL AZTEC ROUNDABOUT

**TYPICAL STREET SECTION NOTES:**
1. FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
2. LANDSCAPING BY FUTURE DEVELOPER, MAINTAINED BY FUTURE H.O.A.

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AZTEC ROAD IMPROVEMENTS, PHASE 1
TYPICAL STREET SECTIONS

MOHAVE COUNTY                    ARIZONA

SHEET
**DT-1**
3 OF 18 SHEETS

SCJ PROJECT
18449.00.00

**30% PRELIMINARY**



DOME SECTION

NOTE:
DETECTABLE WARNING CONSISTING OF TRUNCATED DOMES
WHICH COMPLY WITH THE DETAIL ABOVE AND CONTRASTING
VISUALLY WITH ADJOINING SURFACES SHALL BE PLACED AT
THE BEGINNING OF THE SIDEWALK EXTENDING THE FULL WIDTH
OF THE SIDEWALK AND TO MINIMUM DEPTH OF 36 INCHES.

**H** **DETECTABLE WARNING DETAILS**
PUBLIC STREET
N.T.S.



4" TH. CONCRETE SIDEWALK
6" END CURB, TYP EA SIDE
FLOWLINE
**A**



6.0' (MIN)

SIDEWALK RAMP DETAIL

**1** **SIDEWALK RAMP DETAIL**
PUBLIC STREET
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NA
SCALE (V) NA
DRAWN BY MD
CHECKED BY MPB
DATE 07/15/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
MISCELLANEOUS DETAILS

MOHAVE COUNTY          ARIZONA

SHEET
DT-2
3 OF 18 SHEETS

SCI PROJECT #
18449.00.00



**PLAN**
1"=40'

### CURVE TABLE

| CURVE | LENGTH | RADIUS | TANGENT | DELTA |
|-------|--------|--------|---------|-------|
| *C39 | 1179.60 | 2121.00 | 605.40 | 31'51'55" |
| *C40 | 147.94 | 2072.50 | 74.00 | 4'05'23" |
| *C41 | 146.76 | 2057.50 | 73.41 | 4'05'13" |
| *C42 | 23.56 | 7.50 | INFINITE | 180'00'00" |
| C43 | 120.82 | 2019.00 | 60.43 | 3'25'44" |
| C44 | 27.24 | 99.77 | 13.59 | 15'37'42" |
| C45 | 29.76 | 25.00 | 16.93 | 68'12'50" |
| C46 | 27.52 | 100.00 | 13.85 | 15'46'01" |
| C47 | 78.03 | 53.00 | 48.02 | 84'21'33" |
| *C48 | 39.52 | 12.50 | 1260.72 | 181'08'10" |
| *C49 | 873.41 | 2082.50 | 443.22 | 24'01'49" |
| *C50 | 862.93 | 2057.50 | 437.90 | 24'01'49" |
| C51 | 835.27 | 2019.00 | 423.70 | 23'42'13" |

### LINE TABLE

| LINE | LENGTH | BEARING |
|------|--------|---------|
| L58 | 828.90 | N10'43'54"E |
| L59 | 828.90 | N10'43'54"E |
| L40 | 828.90 | N10'43'54"E |
| L41 | 828.90 | N10'43'54"E |

**NOTES:**
1. (*) INDICATES CURVES AND LINES THAT ARE FOR FUTURE PART OF PHASE 2 OR NOT SHOWN IN THIS SHEET.
2. STATION OFFSET, CURVE AND LINE DATUM REFER TO BACK OF CURB.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**PLAN**
1"=40'

**GRAPHIC SCALE**

NORTH

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
HORIZONTAL CONTROL PLAN

MOHAVE COUNTY                    ARIZONA

SHEET
**HC-1**
1 OF -- SHEETS

SCI PROJECT#
18449.00.00



E. AZTEC RD. CURVE DATA
R=3070.00
L=1055.34
Tan=534.99
Δ=19°46'14"

GRAPHIC SCALE

FOR CONTINUATION SEE SHEET HC-1

FOR CONTINUATION SEE SHEET HC-1

FOR CONTINUATION SEE BELOW

STA:153+12.58
OFFSET:11.04 L

END CURB & GUTTER
STA:154+50
OFFSET: 49.00 R

| CURVE TABLE | | | | |
|---|---|---|---|---|
| CURVE | LENGTH | RADIUS | TANGENT | DELTA |
| C52 | 1076.94 | 3121.00 | 543.88 | 19°46'14" |
| C53 | 1063.65 | 3082.50 | 537.17 | 19°46'14" |
| C54 | 1055.02 | 3057.50 | 532.81 | 19°46'14" |
| C55 | 1041.74 | 3019.00 | 526.10 | 19°46'14" |

| LINE TABLE | | |
|---|---|---|
| LINE | LENGTH | BEARING |
| L42 | 238.32 | N09°02'20"W |
| L43 | 538.27 | N09°02'20"W |
| L44 | 530.86 | N09°02'20"W |
| L45 | 230.76 | N09°02'20"W |
| L46 | 174.21 | N07°16'30"W |
| L47 | 173.62 | S10°53'19"E |
| L48 | 102.17 | N04°01'08"W |
| L49 | 108.19 | N14°03'33"W |

PLAN
1" = 40'

GRAPHIC SCALE

FOR CONTINUATION SEE ABOVE

PT STA:158+39.48
OFFSET:51.00 L

STA:158+39.48
OFFSET: 12.50 L

STA: 160+70.38
OFFSET: 51.00 L

STA: 162+44.03
OFFSET: 56.62 L

STA:163+51.66
OFFSET: 56.07 L

STA:163+70.34
OFFSET: 12.50 L

STA: 163+77.75
OFFSET: 12.50 R

STA:169+86.5
OFFSET: 85.24

STA: 169+53.21
OFFSET: 13.00 L

STA: 169+55.99
OFFSET: 12.50 R

STA:158+39.48
OFFSET: 12.50 R

STA:158+39.48
OFFSET: 51.00 R

STA: 160+77.79
OFFSET: 51.00 R

STA: 162+51.91
OFFSET: 56.65 R

STA: 163+53.69
OFFSET: 65.59 R

STA: 169+63.38
OFFSET: 87.58

PT STA:193+99.41

SEE SHEET HC-3
FOR ROUNABOUT NORTH
CURVE & LINE DATA

SEE SHEET HC-4

FOR CONTINUATION SEE SHEET HC-4

PLAN
HORIZ. 1"=40'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 11-18-05

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9751
www.stanleyconsultants.com

DESIGN BY: NA
SCALE (H): AS NOTED
DRAWN BY: MG
CHECKED BY: MPB
DATE: 07/01/05

RHODES HOMES ARIZONA LLC
AZTEC ROAD INFRASTRUCTURE IMPROVEMENTS
AZTEC ROAD IMPROVEMENTS, PHASE 1
HORIZONTAL CONTROL PLAN
MOHAVE COUNTY                ARIZONA

SHEET
HC-2
OF --- SHEETS

SCI PROJECT#
18449.00.00



PLAN
1"=40'



**PLAN**
1"=40'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'



**PLAN**
1"=40'

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'

30% PRELIMINARY

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
PLAN AND PROFILE

MOHAVE COUNTY          ARIZONA

SHEET
**PP-2**
1 OF -- SHEETS

SCI PROJECT #
18449.00.00



## PLAN
1"=40'

NORTH

GRAPHIC SCALE

KEYMAP

30% PRELIMINARY

PROFILE GRADE LINE

EXISTING GROUND SURFACE

AZTEC ROAD

FOR CONTINUATION SEE SHEET PP-2

FOR CONTINUATION SEE SHEET PP-4

## PROFILE
HORIZ. 1"=40'
VERT. 1"=4'

Stanley Consultants INC.

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY MAD
CHECKED BY MPB
DATE 07/15/20

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
ARIZONA

AZTEC ROAD IMPROVEMENTS, PHASE 1
PLAN AND PROFILE
MOHAVE COUNTY

SHEET
PP-3
1 OF --- SHEETS

SCS PROJECT#
18449.00.00



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

AZTEC ROAD

GRAPHIC SCALE

FOR CONTINUATION SEE SHEET PP-3

FOR CONTINUATION SEE SHEET PP-5

KEYMAP

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

SHEET
PP-4



**PLAN**
1"=40'

**PROFILE**
HORZ. 1"=40'
VERT. 1"=4'



NORTH

GRAPHIC SCALE

KEYMAP

AZTEC ROAD

FOR CONTINUATION SEE SHEET PP-5

**PLAN**
1"=40'

PROFILE GRADE LINE

EXISTING GROUND SURFACE

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY MAD
CHECKED BY MPB
DATE 07/15/05

SHEET
**PP-6**
1 OF -- SHEETS

SCS PROJECT #
18449.00.00



**PLAN**
1"=40'

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'

PVI STA = 130+32.31
PVI ELEV = 2558.58
A.D. = -0.65
K = 307.93
200.00' VC

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

SHEET
UP-1

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



PLAN
1"=40'

PROFILE
HORIZ. 1"=40'
VERT. 1"=4'

NORTH

GRAPHIC SCALE
0      50      500 FT

KEYMAP

FOR CONTINUATION SEE SHEET UP-13

FOR CONTINUATION SEE SHEET UP-15

AZTEC ROAD

PROFILE GRADE LINE
EXISTING GROUND SURFACE

0.50%

2570

2560

2550

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9753
www.stanleygroup.com

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY WHD
CHECKED BY MPD
DATE 07/17/05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

SHEET
UP-2
1 OF -- SHEETS

SCS PROJECT#
18449.00.00

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Case 09-14814-gwz    Doc 1232-7    Entered 08/13/10 14:10:34    Page 16 of 23



**PLAN**
1"=40'

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'

NORTH

GRAPHIC SCALE
0    50    100 FT

FOR CONTINUATION SEE SHEET UP-13

FOR CONTINUATION SEE SHEET UP-15

AZTEC ROAD

PROFILE GRADE LINE
EXISTING GROUND SURFACE
0.50%

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY VMD
CHECKED BY MPB
DATE 07/17/05

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SHEET
UP-2
1 OF ** SHEETS

SCI PROJECT#
18449.00.00



## PLAN
1" = 40'

## PROFILE
HORIZ. 1"=40'
VERT. 1"=4'



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05




Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

SHEET
UP-4



**PLAN**
1"=40'

**PROFILE**
HORIZ. 1"=40'
VERT. 1"=4'



**KEYMAP**



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

MOHAVE COUNTY          ARIZONA

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY VMD
CHECKED BY WPB
DATE 07/15/05

SHEET
UP-5
1 OF --- SHEETS

SCI PROJECT#
18449.00.00

AZTEC ROAD

FOR CONTINUATION SEE SHEET UP-4

FOR CONTINUATION SEE SHEET UP-6

PROFILE GRADE LINE

EXISTING GROUND SURFACE



**Stanley Consultants** INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
UTILITY PLAN AND PROFILE

SHEET
UP-6

NORTH

GRAPHIC SCALE

KEYMAP

AZTEC ROAD

FOR CONTINUATION SEE SHEET UP-5

**PLAN**
1"=40'

PROFILE GRADE LINE

EXISTING GROUND SURFACE

**PROFILE**
HORIZ. 1"=40'
VERT.  1"=4'



NORTH

GRAPHIC SCALE

KEYMAP

BEGIN PHASE 1, ROAD IMPROVEMENTS

FOR CONTINUATION SEE BELOW

AZTEC ROAD

130+00  131+00  132+00  133+00  134+00  135+00  136+00  137+00  138+00

**PLAN**
1"=40'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 12-16-05

NORTH

GRAPHIC SCALE

FOR CONTINUATION SEE ABOVE

FOR CONTINUATION SEE SHEET ST-2

139+00  140+00  141+00  142+00  143+00  144+00  145+00  146+00  147+00  148+00

**PLAN**
1"=40'

**Stanley Consultants** INC.

SCALE (V) AS NOTED
SCALE (V) NA
DRAWN BY VND
CHECKED BY MPB
DATE 07/10/06

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
STRIPING PLAN

MOHAVE COUNTY  ARIZONA

SHEET
**ST-1**

SCS PROJECT
18449.00.00



PLAN
1"=40'

PLAN
1"=40'



**PLAN**
1"=40'

**PLAN**
1"=40'

AZTEC ROAD

FOR CONTINUATION SEE SHEET ST-2

FOR CONTINUATION SEE BELOW

FOR CONTINUATION SEE ABOVE

GRAPHIC SCALE

NORTH

KEYMAP

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AZTEC ROAD IMPROVEMENTS, PHASE 1
STRIPING PLAN

ARIZONA
MOHAVE COUNTY

SHEET
ST-3
OF — SHEETS