# EAST LOOP ROAD IMPROVEMENTS, PHASE 1 AT GOLDEN VALLEY RANCH FOR RHODES HOMES ARIZONA, LLC





**VICINITY MAP**

**DEVELOPER**
RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**SHEET INDEX**

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 9 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 9 |
| PP-1 TO PP-2 | PLAN AND PROFILE | 3 TO 4 OF 9 |
| UT-1 TO UT-2 | UTILITY PLAN AND PROFILE | 5 TO 6 OF 9 |
| HC-1 | HORIZONTAL CONTROL | 7 OF 9 |
| TC-1 | TRAFFIC CONTROL SHEET | 8 OF 9 |
| DT-1 | DETAIL SHEET | 8 OF 9 |

**UTILITIES**

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

**LEGAL DESCRIPTION**
A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**BASIS OF BEARINGS**
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ft (NGVD '29)
CONVERSION = 2662.014ft (NAVD '88) − 2.546 = 2659.468ft (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD PHASE 1 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY    ARIZONA

SHEET
**G-1**
1 OF 9 SHEETS
SCI PROJECT #
18449.03.02

Case 09-14814-gwz    Doc 1232-8    Entered 08/13/10 14:10:34    Page 2 of 10

Engineering plan sheet G-2: "RHODES HOMES ARIZONA, LLC — GOLDEN VALLEY RANCH — EAST LOOP ROAD PHASE 1 IMPROVEMENTS — GENERAL NOTES AND ABBREVIATIONS — MOHAVE COUNTY, ARIZONA" by Stanley Consultants Inc. Sheet contains General Notes, Sewer, Water, Street, Site Grading, FEMA Flood Zone, Engineer's Notes, Legend, Abbreviations, and Disclaimer Note sections. Sheet 2 of 9. SCI Project #18449.03.02. Date 8/31/05.



Figure 1/DT-1: TYPICAL EAST LOOP RD. STREET SECTION — FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 TO 154+50.00), 1"=10'


















