# WEST LOOP ROAD IMPROVEMENTS, PHASE 1
# AT GOLDEN VALLEY RANCH FOR
# RHODES HOMES ARIZONA, LLC



**VICINITY MAP**



**PROJECT LOCATION**

NORTH

GRAPHIC SCALE

**OWNER**
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**
RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**SHEET INDEX**

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 20 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 20 |
| DT-1, DT-2 | DETAIL SHEET | 3 & 4 OF 20 |
| HC-1 TO HC-3 | HORIZONTAL CONTROL | 5 TO 9 OF 20 |
| PP-1 TO PP-5 | PLAN AND PROFILE | 10 TO 14 OF 20 |
| UT-1 TO UT-5 | UTILITY PLAN AND PROFILE | 15 TO 17 OF 20 |
| TC-1 TO TC-3 | TRAFFIC CONTROL SHEET | 18 TO 20 OF 20 |
| — | | |
| — | | |
| — | | |

**UTILITIES**

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

**LEGAL DESCRIPTION**
A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**BASIS OF BEARINGS**
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS, M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) − 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (V) N.T.S. | |
| SCALE (H) N.T.S. | |
| DRAWN BY DMG | |
| CHECKED BY MPB | |
| DATE 8/28/09 | |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY          ARIZONA

**SHEET**
**G-1**
1 OF 20 SHEETS

SCI PROJECT#
18449.03.03

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR AS SHOWN APPROVED AS A PORTION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.

2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY.

3. THIS SET OF PLANS HAS BEEN REVIEWED FOR CONFORMANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELIEVE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.

4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.

5. THE DEVELOPERS, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THESE DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.

6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.

7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.

8. ANY RELOCATION, MODIFICATION, ETC., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.

9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.

10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.

11. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.

12. ALL REQUIRED TRAFFIC CONTROL DEVICES CONFORMING TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.

13. EXCEPT FOR THE WORK PERFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PERFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND STRUCTURES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING
BLUE STAKE            1-800-STAKE-IT
AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.
WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATIONS SECTION 755.

5. SEWER MAIN PIPE AND SERVICE SHALL BE P.V.C. (SDR-35), MEETING THE REQUIREMENTS OF A.S.T.M. 3034 AND MAG SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATION D2321.

6. WATER/SEWER SEPARATION SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL 404.

7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200.

9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.

10. STAKING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 615.3.

11. ALL MANHOLES AND SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 625. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 2' & 3.0', A DROP SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR. IF THE DIFFERENCE IN ELEVATION IS GREATER THAN 3.0', REFER TO M.A.G. STANDARD DETAIL NO. 426.

12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARDS DETAIL NO. 440, TYPE "A", NOTE: SEWER SERVICE CROSSING OF WATER MAIN WILL REQUIRE THE SEWER MAIN PROTECTION PER MAG STD. DET. 405.

13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS DETAIL NO. 441.

14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET.

15. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND STRUCTURES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING
BLUE STAKE            1-800-STAKE-IT
AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY POINTS.

4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.
WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATIONS SECTION 755.

5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.

6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF (FOR-4-300) (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATIONS 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A", AS AMENDED BY THE CITY OF KINGMAN.

9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.

10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.

11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 391.

12. PAYMENT FOR CONSTRUCTION SHALL BE BASED ON THE LENGTH OF UNIT PRICE BID IN THE CONTRACTORS PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS, BUT NOT LISTED IN THE BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, FITTINGS, SALVAGING MATERIAL, ETC.

13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.

14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.

15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE FLANGE AND MECHANICAL JOINT.

16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH A.W.W.A. SECTION 610-FA, AND IN ACCORDANCE WITH M.A.G. SECTION 610-FA FOR DUCTILE IRON PIPE.

17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.

18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## STREET

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.

2. ALL SAFETY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 401 & 402, SPECIFICATION FOR JOB SITE AND SEWER TRENCHES, COMPACTION DENSITIES SHALL BE 95% AND WATER AND SEWER TRENCHES SHALL BE 100% UNLESS OTHERWISE NOTED ON THE PLANS.

3. THE EXACT LOCATION OF EXISTING STORM DRAINS SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATIONS OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING
BLUE STAKE            1-800-STAKE-IT
AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES.

4. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

5. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.

6. WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 755. M.A.G. SPECIFICATION 755 FOR WATERING AND M.A.G. STANDARD SPECIFICATION 201 FOR ROADWAY PREPARATION.

7. CONTRACTOR SHALL REPLACE ANY DETERIORATED SIGNAGE OR SIGNAGE WITH APPROPRIATE SIGNAGE, AS DIRECTED BY THE PROJECT ENGINEER.

8. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.

9. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.

10. POC SEAL SHALL MEET M.A.G. STANDARDS SECTION 355.

11. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.

12. SIDEWALKS SHALL BE CONSTRUCTED COMPLETE UNTIL CURED, STANDARD DETAIL NO.230 & DOUG CONFORM WITH A.A.C SPECIFICATION 245.

13. ALL PROPER STREET STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. STD SPECIFICATIONS, SECTION 340.

14. THE EXACT POINT OF MATCHING TERMINATION, AND THE RETURN INTO EXISTING SURFACE, INCLUDING EXISTING SIDEWALK, SHALL BE AS DIRECTED BY THE COUNTY ENGINEER.

15. FINISHED GRADING AND DRAINAGE REQUIRED BY THE ADJACENT DEVELOPMENT OR CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A SMOOTH AND ADEQUATE TRANSITION, SHALL BE CONSTRUCTED AS DIRECTED BY COUNTY.

16. NO PAVING CONSTRUCTION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED AND UNTIL BASE PREPARED PHASE AREA.

17. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.

18. NO JOB SHALL BE CONSIDERED COMPLETE UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS, AS DIRECTED BY THE COUNTY ENGINEER.

19. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST FIT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MAINTAINED TO THE BOARD'S SATISFACTION.

20. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO-TEK, INC. DATED JULY 15, 2005.
PROJECT No. 050324-001.

## FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-A
AZTEC PARK DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## ENGINEERS NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY; THAT THIS REQUIREMENT SHALL BE MADE TO APPLY CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.

2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.

3. ADD 2500' TO ALL ELEVATIONS < 500' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.

4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.



## LEGEND / ABBREVIATIONS

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Call 811
1-800-782-5348

Call before you dig
Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS
MOHAVE COUNTY                    ARIZONA

SHEET
G-2
2 OF 20 SHEETS



① TYPICAL WEST LOOP RD. STREET SECTION
DT-1  FROM STATION 14+00.00 TO 80+50.00          1"=10'

② TYPICAL WEST LOOP RD. STREET SECTION
DT-1  FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 to 154+50.00)          1"=10'

③ TYPICAL WEST LOOP RD. STREET SECTION
DT-1  FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 to 154+50.00)          1"=10'

④ TYPICAL WEST LOOP RD. STREET SECTION
DT-1  FROM STATION 80+50.00 TO 125+00.00          1"=10'

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.

* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY          ARIZONA

SCALE OH  1" = 10'
SCALE BY  N.T.S.
DRAWN BY  DMG
CHECKED BY  MPS
DATE  6/27/05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SHEET
DT-1
16 OF 20 SHEETS
SCI PROJECT
18449.03.03



NORTH

GRAPHIC SCALE

KEYMAP

NORTH

GRAPHIC SCALE

**BASIS OF BEARINGS**

NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST
QUARTER OVER 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE
18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY,
ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM
OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT (IFT),
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

W.C.S.D. "SD 35" =   LATITUDE 35°09'22.43032"N,
                     LONGITUDE  114°10'58.56309"W (NAD '83)

HEIGHT 2466.5682m (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZ1 5" W.C.S.D.
ELEVATION= 2658.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 3 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343".
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call before you Dig
1-800-227-2600

Call before you Overhead
1-702-227-2929

| LINE TABLE | | |
|---|---|---|
| LINE | LENGTH | BEARING |
| L18 | 301.44 | N53°30'47"E |
| L19 | 301.44 | N53°30'47"E |

| CURVE TABLE | | | | |
|---|---|---|---|---|
| CURVE | LENGTH | RADIUS | TANGENT | DELTA |
| C37 | 285.60 | 1477.00 | 143.25 | 11°04'44" |
| C38 | 574.12 | 1423.00 | 291.02 | 23°06'59" |
| C39 | 43.05 | 30.00 | 26.18 | 82°13'25" |
| C40 | 49.19 | 30.00 | 32.15 | 93°57'13" |
| C41 | 211.76 | 1477.00 | 106.06 | 8°12'57" |
| C42 | 2291.11 | 1877.00 | 1512.74 | 69°56'12" |
| C43 | 214.13 | 1823.00 | 107.19 | 6°43'46" |
| C44 | 45.23 | 30.00 | 28.17 | 86°23'28" |
| C45 | 51.12 | 30.00 | 34.28 | 97°37'24" |
| C46 | 1936.39 | 1823.00 | 1070.82 | 60°51'35" |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENT
HORIZONTAL CONTROL STA. 116+00.44 – 140+60
MOHAVE COUNTY          ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY DMG
CHECKED BY MPB
DATE 6/30/05

SHEET
HC-1
1 OF 20 SHEETS

SCI PROJECT
18449.03.05

STA. 116+30.44
OFFSET: 27.0000 L

STA. 116+30.44
OFFSET: 27.0000 R

END STATION & PHASE 1 IMPROVEMENT

STA. 122+15.44
OFFSET: 27.0000 L

STA. 125+16.88
OFFSET: 27.0000 L

STA. 119+10.81
OFFSET: 27.0000 R

STA. 119+39.49
OFFSET: 53.2346 R

STA. 120+07.56
OFFSET: 27.0000 R

STA. 119+78.80
OFFSET: 59.3653 R

STA. 122+15.44
OFFSET: 27.0000 R

STA. 125+16.88
OFFSET: 27.0000 R

STA. 127+34.18
OFFSET: 27.00 R

STA. 127+65.04
OFFSET: 54.86 R

MATCHLINE STA. 128+00.00
FOR CONTINUATION SEE BELOW

MATCHLINE STA. 140+60.00
FOR CONTINUATION SEE SHEET HC-2

MATCHLINE STA. 128+00.00
FOR CONTINUATION SEE ABOVE

STA. 129+53.81
OFFSET: 60.73 R

STA. 129+33.96
OFFSET: 60.73 R



NORTH

GRAPHIC SCALE

0    40    80 FT

KEYMAP

MATCHLINE STA. 152+50.00
FOR CONTINUATION SEE BELOW

MATCHLINE STA. 140+50.00
FOR CONTINUATION SEE SHEET HC-1

MATCHLINE STA. 152+50.00
FOR CONTINUATION SEE ABOVE

MATCHLINE STA. 163+50.00
FOR CONTINUATION SEE SHEET HC-3

NORTH

GRAPHIC SCALE

0    40    80 FT

| CURVE TABLE | | | | |
|---|---|---|---|---|
| CURVE | LENGTH | RADIUS | TANGENT | DELTA |
| C47 | 278.33 | 1412.00 | 139.62 | 11°17'39" |
| C48 | 382.93 | 2448.34 | 191.88 | 8°57'40" |
| C49 | 4.71 | 1.50 | | INFINITE | 180°00'00" |
| C50 | 69.49 | 2860.71 | 34.75 | 1°23'30" |
| C51 | 104.23 | 1438.00 | 52.14 | 4°09'10" |
| C52 | 75.97 | 3383.59 | 37.99 | 1°17'11" |
| C53 | 76.07 | 4141.17 | 38.04 | 1°03'10" |
| C54 | 382.92 | 7038.81 | 191.51 | 3°07'01" |
| C55 | 76.18 | 5331.64 | 38.09 | 0°49'07" |
| C56 | 33.37 | 1823.65 | 16.68 | 1°10'36" |
| C57 | 36.85 | 11.41 | 25.51 | 185°07'10" |
| C58 | 45.80 | 30.00 | 28.70 | 8°72'49" |
| C59 | 47.79 | 30.00 | 26.67 | 91°15'49" |
| C60 | 17.28 | 5.50 | | INFINITE | 180°00'00" |
| C61 | 59.39 | 250.50 | 29.83 | 13°35'01" |
| C62 | 59.37 | 250.00 | 29.77 | 13°36'17" |
| C63 | 826.82 | 1709.96 | 421.66 | 27°42'15" |
| C64 | 840.11 | 1737.46 | 428.44 | 27°42'15" |
| C65 | 852.20 | 1763.46 | 434.60 | 27°42'15" |
| C66 | 865.50 | 1789.96 | 441.38 | 27°42'15" |

| LINE TABLE | | |
|---|---|---|
| LINE | LENGTH | BEARING |
| L20 | 225.61 | N63°32'06"W |
| L21 | 225.73 | N63°35'20"W |
| L22 | 187.96 | S64°51'43"E |
| L23 | 425.36 | S64°51'43"E |
| L24 | 416.46 | S64°51'43"E |
| L25 | 344.00 | S64°51'43"E |
| L26 | 119.97 | S64°51'43"E |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY                    ARIZONA

WEST LOOP ROAD PHASE 1 IMPROVEMENT
HORIZONTAL CONTROL STA. 140+50 TO 163+50

SHEET
HC-2
2  OF 20 SHEETS





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

NORTH

GRAPHIC SCALE

40    90 FT

KEYMAP

PLAN - WEST LOOP ROAD
SCALE: HORIZ 1"=40'

PROFILE - WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-227-2600

Call before you Overhead
1-702-227-2929

## BASIS OF BEARINGS
NORTH 00°51'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 10, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "ID 35" = LATITUDE 35°09'22.43032"N,
LONGITUDE 114°10'38.56309"W (NAD '83)
HEIGHT 2456.56924ft (NAVD'88)

## BENCHMARK
BENCHMARK # "AZ1 5" M.C.S.D.
ELEVATION= 2559.468 IFT (NGVD '29)
CONVERSION= 2602.014 IFT (NAVD '00) — 2.546 = 2659.468 IFT (NGVD '29)
DESCRIPTION: 3 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## CONSTRUCTION NOTES
1  30" ROLL CURB AND GUTTER PER M.A.G. DETAIL NO. 217A ON SHEET DT4
2  24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT3)
3  5" CURB TRANSITION PER DETAIL ON SHEET DT3
4  CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5  VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT5)
6  DROP CURB PER DETAIL ON SHEET DT5
7  SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)

## FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT ONVAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC DATED APRIL 15, 2005 PROJECT No. 0511-0063

1)  Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2)  Retaining and block walls indicate barrier protection reference IBC. See the Geotechnical Report for more information

## LEGEND
EXISTING GRADE
TOP OF CURB STATIONING
FUTURE GRADE
TOP OF RET. WALL/TOP OF FILL
FLOWLINE ELEVATION
CENTERLINE FINISHED GRADE ELEVATION
TOP OF CURB ELEVATION
RATE & DIRECTION OF SLOPE

RETAINING WALL
PERIMETER BLOCK WALL
PROPERTY LINE
RIGHT OF WAY
GRADE BREAK
CENTER LINE
SCARP (3:1 MAX.)
FINISH FLOOR ELEVATION
PAD ELEVATION
EXISTING CONTOUR

SITE VISIBILITY RESTRICTION ZONE
LOT NUMBER
EDGE OF PAVEMENT
SIDEWALK
SUBDIVISION BOUNDARY
CURB AND GUTTER

## Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE - STA. 116+30.44 - 128+00

SHEET
PP-1
7  OF  20 SHEETS

SDS PROJECT NO.
18449.03.01



PLAN – WEST LOOP ROAD
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE
0          40          80 FT

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

PROFILE – WEST LOOP ROAD
SCALE: HORIZ 1"=40'
        VERT  1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY                    ARIZONA

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE STA. 128+00 - 140+00

SHEET
PP-2
2  OF  20  SHEETS

SCI PROJECT#
18449.03.07

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DMG
CHECKED BY WPS
DATE 6/30/05



PLAN – WEST LOOP ROAD
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

MATCHLINE STA. 151+50.00
FOR CONTINUATION SEE SHEET PP-4

MATCHLINE STA. 140+00.00
FOR CONTINUATION SEE SHEET PP-2

PROFILE – WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE STA. 140+00 – 151+50.00
MOHAVE COUNTY        ARIZONA

SHEET
PP-3
3 OF 20 SHEETS



**PLAN – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

KEYMAP

**PROFILE – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE I IMPROVEMENTS
PLAN AND PROFILE STA. 151+50.00 - 163+00
MOHAVE COUNTY          ARIZONA

SHEET
PP-4
4 OF 20 SHEETS

SCI PROJECT
18449.03.03

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**PLAN - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE
0      40      80 FT

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

SCALE (V) 1"=4'
SCALE (H) 1"=40'
DRAWN BY DMG
CHECKED BY MPB
DATE 10/20/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE STA. 163+00 - 175+00
MOHAVE COUNTY                    ARIZONA

SHEET
**PP-5**
5 OF 20 SHEETS

SCI PROJECT#
18449.03.03

**PROFILE - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
        VERT 1"=4'



**PLAN – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

**PROFILE – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

GRAPHIC SCALE

KEYMAP

## BASIS OF BEARINGS

NORTH 00°15'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" – LATITUDE 35°09'22.43501"N
LONGITUDE 114°07'58.56309"W (NAD '83)
HEIGHT 2465.568240\ (NAVD'80)

## BENCHMARK

BENCHMARK # "AZ7 S" M.C.S.D.
ELEVATION 2656.466 FT (NGVD '29)
CONVERSION= 2562.014 FT (NAVD '88) – 2.546 = 2659.468 FT (NGVD '29)

DESCRIPTION 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10341"
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2. INSTALL 8"x 8" TEE
3. INSTALL 8" GATE VALVE & VALVES
4. INSTALL 1" COPPER WATER LATERAL & 3/4" WATER METER PER CITY OF MOHAVE STANDARD DETAIL NO. 344
5. INSTALL 1" DUAL COPPER WATER LATERALS & 3/4" WATER METERS PER CITY OF MOHAVE STANDARD DETAIL NO. 344
6. INSTALL 8" CAP W/ BLOW-OFF PER M.A.G. STANDARD DETAIL NO. 390
7. INSTALL 8" PVC PIPE CLASS 150 METRING REG. OF A.W.W.A. C-900

## NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO-TEK, INC.
DATED APRIL 3rd, 2005
PROJECT NO. 5627-LV5

FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FDM-X

AZTEC AT DRAIN DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## LEGEND

| WATER | | SEWER | |
|---|---|---|---|
| | WATER MAIN | ⊙ | SANITARY SEWER MANHOLE |
| | 3/4" WATER METER | | SANITARY SEWER MAIN |
| | W/ 1" COPPER WATER LATERAL | | |
| | 3/4" DUAL WATER METERS | | 4" PVC SEWER LATERAL |
| | W/ 1" COPPER WATER LATERALS | | |
| | FIRE HYDRANT ASSEMBLY | | 48" STUB AND CAP |
| | TEE W/VALVE | | SEWER BACK WATER VALVE |
| | 2" BLOWOFF ASSEMBLY | | |
| | GATE VALVE OR BUTTERFLY VALVE | | |

11 1/4", 22 1/2", 45", 90° BEND

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTORS RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES SHOWN IN THEIR PROPER LOCATION.

Arizona Blue Stake, Inc.
Call before you Dig
1-800-782-5348

Call before you Dig
Overhead
1-928-753-5591

**Stanley Consultants** INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY    ARIZONA

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
SEWER PLAN AND PROFILE

SHEET
SS-1
1 OF 20 SHEETS

SCS PROJECT
18449.03.05



PLAN – WEST LOOP ROAD
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

48" SSMH # WLR-4
STA. 132+48.32, 6.0' R
RIM = 2520.20
INV IN 12" = 2513.25
INV OUT 12" = 2513.01

48" SSMH # WLR-5
STA. 134+96.78, 6.0' R
RIM = 2523.81
INV IN 12" = 2513.25
INV OUT 12" = 2513.01

450 LF, S=0.78%, 12" PVC SS

228 LF SLOPE, 12" PVC SS

MATCHLINE STA. 140+00
FOR CONTINUATION SEE SHEET UP-3

MATCHLINE STA. 128+00
FOR CONTINUATION SEE SHEET UP-1

PROFILE – WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

100.00' VC
PVI STA = 138+00
PVI ELEV = 2524.63
A.D. = 0.25
K = +00.00

EXISTING GROUND © CENTERLINE       PROPOSED GRADE © CENTERLINE

450.00 LF SLOPE © 0.79% 12" PVC SS

450.00 LF SLOPE © 1.05% 12" PVC SS

450.00 LF SLOPE © 1.05% 12" PVC SS

0.80%

0.80%

1.05%

STA. 138+05.33
VERT. ANGLE PT.
INV.=2518.33

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
SEWER PLAN AND PROFILE

MOHAVE COUNTY       ARIZONA

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY  WG
CHECKED BY  MPR
DATE  6/30/05

SHEET
SS-2
2 OF 20 SHEETS

SCS PROJECT#
18449.03.03



PLAN - WEST LOOP ROAD
SCALE: HORZ 1"=40'

NORTH

GRAPHIC SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP

PROFILE - WEST LOOP ROAD
SCALE: HORZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE I IMPROVEMENTS
SEWER PLAN AND PROFILE
MOHAVE COUNTY          ARIZONA

SHEET
SS-3
3 OF 20 SHEETS

SCI PROJECT
18449.03.01



**PLAN – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE
0    40      80 FT

**KEYMAP**

MATCHLINE STA. 151+50.00
FOR CONTINUATION SEE SHEET UP-3

MATCHLINE STA. 163+00
FOR CONTINUATION SEE SHEET UP-5

450.00 LF, S=1.00%, 12" PVC SS

450.00 LF, S=1.00%, 12" PVC SS

48" SSMH # WLR-9
STA: 154+01.77, 18.0' R
RIM = 2542.56
INV IN = 2535.53
INV OUT = 2535.32

48" SSMH # WLR-10
STA = 159+51.02, 18.10' R
RIM = 2542.50
INV IN = 2540.65
INV OUT = 2540.34

**PROFILE – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

EXISTING GROUND @ CENTERLINE ------- PROPOSED GRADE @ CENTERLINE

100.00' VC
PVI STA = 157+35.63
PVI ELEV = 2544.96
A.D. = 0.20
K = 500.00

EXISTING GROUND @ CENTERLINE

PROPOSED GRADE @ CENTERLINE

450.00 LF SLOPE @ 1.00% 12" PVC SS

450.00 LF SLOPE @ 1.00% 12" PVC SS

450.00 LF SLOPE @ 1.00% 12" PVC SS

STA: 154+03.04
16'x16'x16' TEE WITH
16" GATE VALVE
INV.=2535.20

STA: 157+42.86
INV.IN: 2538.67
INV: 2538.67

48" SSMH # WLR-9
STA = 154+01.77
RIM = 2542.56
INV IN = 2535.53
INV OUT = 2535.32

48" SSMH # WLR-10
STA = 159+51.02
RIM = 2542.50
INV IN = 2540.65
INV OUT = 2540.34

1.25%

**Stanley Consultants INC.**
3883 S. Stratton Avenue, Suite 300
Las Vegas, NV 89119
(702) 369-9396 fax (702) 369-9741
www.stanleyconsultants.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
SEWER PLAN AND PROFILE

MOHAVE COUNTY       ARIZONA

SCALE (H)   1"=40'
SCALE (V)   1"=4'
DRAWN BY   DAC
CHECKED BY   MPS
DATE   6/30/05

SHEET
**SS-4**
4 OF 20 SHEETS

SCI PROJECT
18449.03.02

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**PLAN - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

GRAPHIC SCALE
0      40      80 FT

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**PROFILE - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
SEWER PLAN AND PROFILE

MOHAVE COUNTY     ARIZONA

SHEET
SS-5
5 OF 20 SHEETS

SCI PROJECT#
18449.03.03



**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'

**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'
VERT 1"=4'

KEYMAP

NORTH

GRAPHIC SCALE

END OFF-SITE SEWER IMPROVEMENTS

MATCHLINE STA. 86+50
FOR CONTINUATION SEE SHEET OS-2

60" SSMH # WLR-OS3
STA. 80+63.56, 6.0' R
RIM = 2487.47
INV IN 15" = 2573.55
INV OUT 15" = 2473.54
INV 12" = 2479.62 ???

48" SSMH - OS2
STA. 85+19.46
RIM = 2489.75
INV IN 15" = 2475.18
INV OUT 15" = 2475.16
INV IN 8" = 2475.55

STUB & CAP
STA. 80+00, 6.0' R
INV = 2476.08

STUB & CAP
STA. 85+19.46
INV = 2476.08

457.78 LF SLOPE @ 0.36% 15" PVC SS

10 WWTP

Stanley Consultants INC.

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DESIGN BY WRB
DRAWN BY WO
CHECKED BY WRB
DATE 11/28/00

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD IMPROVEMENTS
SEWER PLAN AND PROFILE

MOHAVE COUNTY                ARIZONA

SHEET
**OS-1**
10 OF 20 SHEETS

SCI PROJECT#
18449.03.03

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



LOOP ROAD WEST
SCALE: HORIZ 1"=40'

LOOP ROAD WEST
SCALE: HORIZ 1"=40'
VERT 1"=4'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD IMPROVEMENTS
SEWER PLAN AND PROFILE
MOHAVE COUNTY

SHEET
OS-2
10 OF 20 SHEETS



**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'

**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD IMPROVEMENTS
SEWER PLAN AND PROFILE
MOHAVE COUNTY    ARIZONA

SHEET
OS-3
10 OF 20 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP



**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE
0        40        80 FT

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**LOOP ROAD WEST**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

3883 S. Sumner Avenue, Suite 200
Las Vegas, Nevada 89103
(702) 369-5566 fax (702) 369-5757
www.stanleyconsultants.com

| SCALE (V) 1"=40' |
| SCALE (V) 1"=4' |
| DESIGN BY MND |
| DRAWN BY WPB |
| CHECKED BY |
| DATE 11/28/05 |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY        ARIZONA

WEST LOOP ROAD IMPROVEMENTS
SEWER PLAN AND PROFILE

SHEET
OS-4
10 OF 20 SHEETS

SCI PROJECT#
18449.03.03



PLAN – WEST LOOP ROAD
SCALE: HORIZ 1"=40'

PROFILE – WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
OFFSITE WATERLINE PLAN - STA. 105+00 - 116+00

SHEET
OSWL-1
1 OF 20 SHEETS



**PLAN - WEST LOOP ROAD**
SCALE: HORZ 1"=40'

**PROFILE - WEST LOOP ROAD**
SCALE: HORZ 1"=40'
VERT 1"=4'

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

**BASIS OF BEARINGS**

NORTH 00°5'20" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "30 30" = LATITUDE 35°09'22.43032"N,
                    LONGITUDE 114°10'36.56309"W (NAD '83)

HEIGHT 2466.56824ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2559.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**SEWER CONSTRUCTION NOTES**

1  INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2  INSTALL 15" PVC SEWER MAIN
3  INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4  INSTALL 15" PVC SEWER STUB & CAP

**WATER CONSTRUCTION NOTES**

1  INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
2  INSTALL 8"x 8"x 6" TEE
3  INSTALL 6" GATE VALVE & VALVES
4  INSTALL 1" COPPER WATER LATERAL & 3/4" WATER METER PER CITY OF KINGMAN STANDARD DETAIL NO. 344
5  INSTALL 1" DUAL COPPER WATER LATERALS & 3/4" WATER METERS PER CITY OF KINGMAN STANDARD DETAIL NO. 344
6  8" CAP W/ BLOW-OFF PER KINGMAN STANDARD DETAIL NO. 390
7  INSTALL 8" GATE VALVE OR BUTTERFLY VALVE
8  INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900

**NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC.
DATED APRIL 2nd, 2009.
PROJECT NO. 06271-1100.

**FEMA FLOOD ZONE**
FLOOD ZONE DESIGNATION: FEMA–X
AZTEC AT ONLAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

**LEGEND**

**WATER**

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SANITARY SEWER BACK WATER VALVE

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY          ARIZONA

WEST LOOP ROAD PHASE I IMPROVEMENTS
WATERLINE PLAN - STA. 116+00 - 128+00

SHEET
WL-2
1 OF 20 SHEETS

SCS PROJECT
18449.03.03



**PLAN - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

WEST LOOP ROAD

NORTH

GRAPHIC SCALE

KEYMAP

**PROFILE - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
WATERLINE PLAN STA. 128+00 - 140+00
MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

SHEET
WL-3
2 OF 20 SHEETS



**PLAN – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE

KEYMAP

**PROFILE – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE I IMPROVEMENTS
WATERLINE PLAN STA 140+00 – 151+50.00
MOHAVE COUNTY          ARIZONA

SHEET
WL-4
3 OF 20 SHEETS



**PLAN – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

**PROFILE – WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

KEYMAP

NORTH

GRAPHIC SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE I IMPROVEMENTS
WATERLINE PLAN STA. 151+50.00 - 163+00
MOHAVE COUNTY

SHEET
WL-5
4 OF 20 SHEETS



**PLAN - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

GRAPHIC SCALE

**KEYMAP**

**PROFILE - WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
WATERLINE PLAN STA. 163+00 - 175+00
MOHAVE COUNTY              ARIZONA

SHEET
UP-6
5 OF 20 SHEETS

SCI PROJECT
18449.03.03



WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-2

**PLAN – B2 STREET**
SCALE: HORIZ 1"=40'

WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-3



GRAPHIC SCALE



KEYMAP



**PROFILE – B2 STREET**
SCALE: HORIZ 1"=40'
VERT 1"=4'

**BASIS OF BEARINGS**

NORTH 00°11'35" EAST — THE WEST LINE OF THE NORTHWEST QUARTER DW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.O. "3D 35" = LATITUDE 35°09'22.43032"N
LONGITUDE 114°10'38.56309"W (NAD '83)
HEIGHT 2466.56824N (NAVD'88)

**BENCHMARK**

BENCHMARK # "A21 S" M.C.S.O.
ELEVATION= 2659.468 FT (NGVD '29)
CONVERSION= 2662.014 FT (NAVD '88) – 2.546 = 2659.468 FT (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343".
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT IN THEIR PROPER LOCATION.

Avoid cutting underground utilities before you dig
Call 811 or dig
1-800-782-5348

Avoid overhead power line contact
Call before you dig Overhead
1-928-753-5591

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 365-1793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY: EMG
DATE: 6/20/09

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY                ARIZONA

WEST LOOP ROAD PHASE I IMPROVEMENTS
WATERLINE PLAN STA. 69+00 — 75+43.65

SHEET
**WL-7**
5 OF 20 SHEETS

SCS PROJECT #
18449.03.03




WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-5

'F' STREET

395.93 LF 24" PVC WATERLINE

24" STUB AND CAP
FUTURE CONNECTION
FOR POD 2/PHASE 1

WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-5

NORTH

GRAPHIC SCALE

0      40      80 FT

KEYMAP

**PLAN – F STREET**
SCALE: HORIZ 1"=40'



PROPOSED GRADE @ CENTERLINE

EXISTING GROUND @ CENTERLINE

0.65%

-0.23%

-1.03%

24" PVC WATERLINE  @ S=0.86%

24" PVC WATERLINE  @ S=-0.23%

STA: 25+83.56
STUB AND CAP /
FUTURE CONNECTION
FOR POD 2 PHASE 1
INV.=253427

STA: 26+88.04
VERT. ANGLE PT
INV.=2535.16

STA: 29+74.50
24" GATE VALVE

STA: 29+79.50
24x24x24 TEE WITH
24" GATE VALVE
INV.=2534.53

EXISTING GROUND @ CENTERLINE    PROPOSED GRADE @ CENTERLINE

DATUM ELEV 2510.00

26+00      27+00      28+00      29+00      30+00      31+00

**PROFILE – F STREET**
SCALE: HORIZ 1"=40'
VERT 1"=4'

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
toll free
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

**BASIS OF BEARINGS**
NORTH 00'5'35" EAST – THE WEST LINE OF THE NORTHWEST
QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE
18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY,
ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM
OF 1983 (AZ83)-WEST, WEST ZONE, INTERNATIONAL FOOT (IFT),
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "BD 35" = LATITUDE 35'09'22.43032"N,
LONGITUDE 114'10'38.56308"W (NAD '83)
HEIGHT 2466.56824ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1989 "R5.5 10343",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

Stanley Consultants INC.

5620 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 361-3996 Fax (702) 384-0793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DMG
CHECKED BY MPB
DATE 6/30/05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
WATERLINE PLAN STA. 25+00 – 31+00

MOHAVE COUNTY          ARIZONA

SHEET
**WL-8**
5 OF 20 SHEETS

SCI PROJECT #
18449.03.03



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
STRIPING PLAN - STA. 175+40.00 - 195+41.00
MOHAVE COUNTY                    ARIZONA

SHEET
ST-1
8  OF  9  SHEETS



NORTH

KEYMAP

NORTH

GRAPHIC SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENT
STRIPING PLAN STA# 149+00.00 - 163+00.00
MOHAVE COUNTY

SHEET
ST-2
2 OF 20 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

0    40    80 FT

KEYMAP

**STREET LIGHTING CONSTRUCTION NOTES**

1. INSTALL 250W HPS LUMINAIRE AND POT PER DETAIL
2. INSTALL 1 1/4" STREET LIGHT CONDUIT AND WIRE PER DETAIL (SEE DETAIL SHEET DT4)
3. INSTALL 125 AMP SERVICE PEDESTAL PER DETAIL
4. INSTALL PULLBOX (SEE DETAIL SHEET DT4)
5. INSTALL 100W HPS LUMINAIRE AND POLE PER DETAIL (SEE DETAIL SHEET DT4)
6. STUB & CAP STREET LIGHTING CONDUIT 10' PAST END OF CONSTRUCTION

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**CONSTRUCTION NOTES**

1. CURB, ROLL CURB AND GUTTER PER DETAIL NO. 297A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 3" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"**

STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

LOCATION: NORTHWEST ENTRANCE
SERVICE PEDESTAL CAPACITY
CIRCUIT BREAKER
  SERVICE BREAKER                                          = 125 AMPS
  MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 = 80 AMPS
                                                           = 48 AMPS
EXISTING CIRCUIT LOAD                                      = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  44 EA - 100 WATT @ 1.0 AMPS EACH                         = 44.0 AMPS
TOTAL PROPOSED LOAD                                        = 44.0 AMPS
EXISTING PLUS PROPOSED LOAD                                = 44.0 AMPS
REMAINING AVAILABLE LOAD                                   = 4.0 AMPS

STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: NORTHWEST ENTRANCE
SERVICE PEDESTAL CAPACITY
CIRCUIT BREAKER
  MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 = 90 AMPS
                                                           = 48 AMPS
EXISTING CIRCUIT LOAD                                      = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  42 EA - 100 WATT @ 1.0 AMPS EACH                         = 42.0 AMPS
TOTAL PROPOSED LOAD                                        = 42.0 AMPS
EXISTING PLUS PROPOSED LOAD                                = 42.0 AMPS
REMAINING AVAILABLE LOAD                                   = 6.0 AMPS

**NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"**

STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

LOCATION: PHASE 1 SOUTHERN END OF WEST COLLECTOR
SERVICE PEDESTAL CAPACITY                                  = 125 AMPS
CIRCUIT BREAKER
  SERVICE BREAKER                                          = 60 AMPS
  MAXIMUM ALLOWABLE DRAW  (0.80) X 60 AMPS                 = 48 AMPS
EXISTING CIRCUIT LOAD                                      = 0 AMPS
  PROPOSED LUMINAIRE LOAD TO CIRCUIT
  22 EA - 100 WATT @ 1.0 AMPS EACH                         = 43.0 AMPS
TOTAL PROPOSED LOAD                                        = 43.0 AMPS
EXISTING PLUS PROPOSED LOAD                                = 43.0 AMPS
REMAINING AVAILABLE LOAD                                   = 5.0 AMPS

**SIGNING CONSTRUCTION NOTES**

1. END OF ROAD BARRICADE, TYPE "A" (SCALE SIZE: OTL, #30)
2. R3-1 STOP SIGN & D3-1 STREET NAME SIGNS
3. R2-1(25) SPEED LIMIT SIGN, 25 MPH
4. W1-6(L) LEFT LANE SHIFT SIGN
5. W4-2(L) LEFT MERGE SIGN
6. R1-1 YIELD SIGN
7. W11-2 PEDESTRIAN CROSSING

SIGN SYMBOLS
○- SIGN POST

**STRIPING CONSTRUCTION NOTES**

1. SOLID YELLOW LINE
2. DOUBLE SOLID YELLOW LINE
3. BROKEN YELLOW WITH SOLID YELLOW LINE
4. 8" SOLID YELLOW LINE
5. 8" SOLID YELLOW LINE @ 45° SKEW AND 25' SPACING
6. SOLID WHITE LINE
7. BROKEN WHITE LINE
8. 8" BROKEN WHITE LINE
9. 8" DOTTED WHITE LINE
10. 12" SOLID WHITE CROSSWALK
11. 24" SOLID WHITE CROSSWALK
12. 12" SOLID WHITE STOP LINE
13. 24" SOLID WHITE STOP LINE
14. 24" x 36" TRIANGULAR WHITE YIELD LINE

PAVEMENT MARKING SYMBOLS
(ONLY) - DIRECTIONAL SYMBOL
LEFT / THRU ARROW
THRU ARROW
TURN ARROW
LANE MERGE ARROW

**LEGEND**

1 1/4" STREET LIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
EXISTING PROPOSED LOAD

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY    ARIZONA

WEST LOOP ROAD PHASE 1 IMPROVEMENT
STRIPING PLAN STA: 163+50.00 - 175+00.00

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY  ENG
CHECKED BY  MPB
DATE  6/08/05

SHEET
ST-3
3 OF 20 SHEETS

SCI PROJECT #
18449.03.01

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05