# EAST LOOP ROAD SECTION 3 IMPROVEMENTS
# AT GOLDEN VALLEY RANCH FOR
# RHODES HOMES ARIZONA, LLC



**PROJECT LOCATION**





**VICINITY MAP**

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

| ITEM | QUANTITY |
|---|---|
| 15" P.V.C. SEWER LINE | 2,734  LF |
| 8" P.V.C. SEWER LINE | 225  LF |
| 15" SEWER STUB AND CAP | 1  EA |
| 8" SEWER STUB AND CAP | 1  EA |
| 60" DIA. SANITARY SEWER MANHOLES | 8  EA |
| 48" DIA. SANITARY SEWER MANHOLES | 1  EA |

### STORM DRAIN

| ITEM | QUANTITY |
|---|---|
| 27" RCP STORM DRAIN | 0  LF |
| SCUPPER | 0  EA |
| CURB AND GRATE INLET | 0  EA |
| 48" STORM DRAIN MANHOLE | 0  EA |

### WATER

| ITEM | QUANTITY |
|---|---|
| 24" C900 PVC WATER LINE | 1,048  LF |
| 24" BUTTERFLY VALVE | 3  EA |
| 24" X 24" X 24" TEE | 1  EA |
| 24" X 24" X 8" TEE | 1  EA |
| 24" X 24" X 6" TEE | 6  EA |
| 24" X 24" X 8" X 8" CROSS | 1  EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1  EA |
| 24" 45° BEND | 4  EA |
| 24" 22.5° BEND | 2  EA |
| 8" C900 PVC WATER LINE | 40  LF |
| 8" GATE VALVE | 1  EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1  EA |
| 6" 22.5° BEND | 1  EA |
| 6" C900 PVC WATER LINE | 8  LF |
| 6" GATE VALVE | 1  EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1  EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 1  EA |
| 2" COPPER WATER LATERAL %" BOX FOR FUTURE 2" WATER LINE | 0  EA |
|   PER CITY OF KINGMAN STD. DTL. # 344 | |
| (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE | |

### STREETS

| ITEM | QUANTITY |
|---|---|
| A.C. PAVEMENT | 000  CY |
| TYPE "A" AGGREGATE BASE | 000  CY |
| STREET NAME SIGN | 000  EA |
| STOP SIGN | 000  EA |
| SPEED LIMIT SIGN | 000  EA |
| NO PARKING SIGN | 000  EA |
| 30" ROLL CURB & GUTTER | 000  LF |
| 24" RIBBON CURB & GUTTER | 000  LF |
| SIDEWALK | 000  SF |
| VALLEY GUTTER | 000  SF |
| DRIVEWAY | 000  SF |
| ALLEY ENTRANCE | 000  EA |
| STREET LIGHT AND POLE | 000  EA |
| STREETLIGHT CONDUIT | 000  LF |
| SURVEY MONUMENTS | 000  EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

## SHEET INDEX

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 19 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 19 |
| HC-1 | HORIZONTAL CONTROL | 3 OF 19 |
| TS-1 | TYPICAL SECTION | 4 OF 19 |
| PP-1 TO PP-2 | PLAN AND PROFILE | 5 TO 6 OF 19 |
| UP-1 TO UP-2 | UTILITY PLAN AND PROFILE | 7 TO 8 OF 19 |
| OS-1 TO OS-3 | OFFSITE SEWER PLAN AND PROFILE | 9 TO 11 OF 19 |
| SS-1 TO SS-2 | SEWER PLAN AND PROFILE | 12 TO 13 OF 19 |
| TC-1 | TRAFFIC CONTROL SHEET | 14 OF 19 |
| DT-1 TO DT-5 | DETAILS | 15 TO 19 OF 19 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 CATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD
35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) − 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD &
BOLSA DRIVE.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119  369-9396
FAX
www.stanleygroup.com

SCALE (V) N.T.S.    SCALE (V) N.T.S.
DRAWN BY  DKG
CHECKED BY  WPB
DATE  8/01/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
COVER SHEET

MOHAVE COUNTY    ARIZONA

SHEET

**G-1**

1 OF 16 SHEETS

SCI PROJECT
18449.03.02

# GENERAL NOTES

# SEWER

# WATER

# STREET

# SITE GRADING

# ENGINEERS NOTES

# FEMA FLOOD ZONE

# STORM WATER POLLUTION PREVENTION PLAN

# LEGEND

# ABBREVIATIONS

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348
Call before you Dig

Arizona Blue Stake
1-800-782-5348

Arizona Blue Stake
1-928-753-5591

## BASIS OF BEARINGS

## BENCHMARK

## FEMA FLOOD ZONE

## NOTE







Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 8 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS

MOHAVE COUNTY          ARIZONA

SHEET
G-2
2 OF 16 SHEETS





**EAST LOOP ROAD - OFFSITE SEWER**
**SEE SHEET UP-2 FOR CONTINUATION**

WEST LOOP ROAD

AZTEC ROAD

**OFFSITE SEWER – PLAN**
SCALE: HORIZ 1"=40'



**OFFSITE SEWER – PROFILE**
SCALE: HORIZ 1"=40'
VERT 1"=4'

## LEGEND

### WATER

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | 3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTERFLY VALVE |
| | 11 1/4', 22 1/2', 45', 90' BEND |

### SEWER

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | 48" STUB AND CAP |
| | SEWER BACK WATER VALVE |

### SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 15" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP
5. INSTALL 8" PVC SEWER MAIN
6. INSTALL 8" PVC SEWER STUB & CAP

### BASIS OF BEARINGS

NORTH 00'17'25" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST POINT FOUND DURING FEBRUARY OF 2005.

W.C.G. "SD 35" = LATITUDE 35'09'32.43033"N,
LONGITUDE 114'10'56.96309"W (NAD '83)

HEIGHT 2466.56824ft (NAVD'88)

### BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2609.468 IFT (NAVD '29)
CONVERSION= 2662.054 IFT (NAVD '88) — 2.546 =
2609.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "BLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD AND BOLSA DRIVE.

### NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 1077-SV3

### FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT ONULAR GRES MAY LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

### WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 6" X 6" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 45" BEND
9. INSTALL 24" 22.5' BEND
10. INSTALL 8" C900 PVC WATER LINE

11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5' BEND
14. INSTALL 8" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's below.
Call before you Dig
toll free
1-800-782-5348
(1-800-STAKE-IT)

Call before you dig Overhead
1-928-753-5591

## Stanley Consultants INC.

5300 S. Rainbow Avenue, Suite 220
Las Vegas, Nevada 89118
(702) 368-5586 Fax (702) 260-7703
www.stanleyconsultants.com

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) 1" = 4' | |
| DRAWN BY DAD | |
| CHECKED BY WPS | |
| DATE 8/20/05 | |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
UTILITY PLAN AND PROFILE

MOHAVE COUNTY          ARIZONA

**SHEET**
**UP-1**
7 OF 16 SHEETS

SCI PROJECT
18449.03.00

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**OFFSITE SEWER – PLAN**
SCALE: HORIZ 1"=40'



**EAST LOOP ROAD – PLAN**
SCALE: HORIZ 1"=40'



KEYMAP



**OFFSITE SEWER – PROFILE**
SCALE: HORIZ 1"=40'
VERT 1"=4'



**EAST LOOP ROAD – PROFILE**
SCALE: HORIZ 1"=40'
VERT 1"=4'

### LEGEND

**WATER**
WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SEWER BACK WATER VALVE

### SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 15" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP
5. INSTALL 8" PVC SEWER MAIN
6. INSTALL 8" PVC SEWER STUB & CAP

### BASIS OF BEARINGS

NORTH 00°13'25" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 22, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.G. "SD 35" = LATITUDE 35°02.43X02'N, LONGITUDE 114°10'38.56306'W (NAD '83)

HEIGHT 2466.96824ft (NAVD'88)

### BENCHMARK

BENCHMARK #"AZT 8" M.C.S.S.
ELEVATION= 2558.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) — 2.546 =
2658.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "BLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD AND BOLSA DRIVE.

### NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 23, 2005 PROJECT No. 5072-SV2

### FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION FEMA-X
AZTEC AT OMAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

### WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" GAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 40° BEND
9. INSTALL 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" GAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" GAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. AREA.
18. INSTALL 1" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE



### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIG
1-800-782-5348

Call before you Overhead
1-928-753-5591



**Stanley Consultants Inc.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
UTILITY PLAN AND PROFILE

MOHAVE COUNTY     ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY DMG
CHECKED BY WPB
DATE 6/29/05

SHEET
**UP-2**
8 OF 18 SHEETS

SCI PROJECT#
18449.03.02

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



KEYMAP

NORTH

**EAST LOOP ROAD – PLAN**
SCALE: HORIZ 1"=40'

**EAST LOOP ROAD – PROFILE**
SCALE: HORIZ 1"=40'
VERT 1"=4'



## LEGEND

**WATER**
- WATER MAIN
- 3/4" WATER METER
- 3/4" COPPER WATER LATERAL
- 3/4" WATER METERS
- 3/4" COPPER WATER LATERALS
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4", 22 1/2", 45', 90' BEND

**SEWER**
- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- 48" STUB AND CAP
- SEWER BACK WATER VALVE

### SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 15" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP
5. INSTALL 8" PVC SEWER MAIN
6. INSTALL 8" PVC SEWER STUB & CAP

### BASIS OF BEARINGS

### BENCHMARK

### NOTES
ALL CONSTRUCTION SHALL CONFORM WITH THE GEO TECH. INFO.

### WATER CONSTRUCTION NOTES
1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 6" TEE
5. INSTALL 24" X 24" X 6" TEE
...

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 192+00 - 198+00

SHEET
**UP-3**
9 OF 16 SHEETS



NORTH

KEYMAP

## EAST LOOP ROAD - PLAN
SCALE: HORIZ 1"=40'

## EAST LOOP ROAD - PROFILE
SCALE: HORIZ 1"=40'
VERT  1"=4'

## LEGEND

### WATER
| | WATER MAIN |
| --- | --- |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | 3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER
| | SANITARY SEWER MANHOLE |
| --- | --- |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | 48" STUB AND CAP |
| | SEWER SLIDE BACK WATER VALVE |

### SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 15" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP
5. INSTALL 8" PVC SEWER MAIN
6. INSTALL 8" PVC SEWER STUB & CAP

### BASIS OF BEARINGS
NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

W.C.S.D. "SD 35" = LATITUDE 35°22.43032"N,
LONGITUDE 114°10'36.56309"W (NAD '83)
HEIGHT 2466.56824ft (NAVD'88)

### BENCHMARK
BENCHMARK # "A21.5" M.C.S.D.
ELEVATION= 2656.46ft IFT (NGVD '29)
CONVERSION= 2982.014 IFT (NAVD '88) – 2346 =
2656.46ft IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1999 "RLS 10343",
LOCATED AT THE SOUTHWEST CORNER OF
AZTEC ROAD AND BOLSA DRIVE

### WATER CONSTRUCTION NOTES
1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" x 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD, DTL, NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE

11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 8" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD, DTL, NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER FOR CITY OF KINGMAN STD, DTL, NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE

### NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY TERRACON GEO TECH, INC.
DATED APRIL 29, 2008
PROJECT No. 58371-LVR.

### FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT ONLAR DOES NOT LIE WITHIN
A DESIGNATED SPECIAL FLOOD HAZARD AREA.

### DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATELY ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig 1-800-782-5348

Call before you dig Overhead 1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
PLAN AND PROFILE – STA. 183+00 – 174+60
MOHAVE COUNTY                 ARIZONA

SHEET
UP-4
10 OF 16 SHEETS

SCI PROJECT
18449.03.07

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



CROSS
FIG.1

TEE OR PLUG
FIG.2

HORIZONTAL OR
VERTICAL ELBOW
FIG.2

NO. 5 REBAR STIRRUP

ELBOW
FIG.4

NOTES:
1. ALL FITTINGS AND EXPOSED REBAR TO BE COATED WITH EC 244 AND WRAPPED WITH TWO LAYERS OF 6 MIL. POLYETHYLENE.
2. TABLE BELOW DENOTES MINIMUM BEARING AREA OR VOLUME OF THRUST BLOCK. SPECIAL DESIGN FOR EACH INSTALLATION IS REQUIRED IF ALLOWABLE SOIL BEARING CAPACITY IS LESS THAN 3000 P.S.F.
3. PLACE CONCRETE AGAINST UNDISTURBED EARTH.
4. VERTICAL SURFACES NOT BEARING AGAINST UNDISTURBED EARTH SHALL BE FORMED.

| SIZE | MINIMUM BEARING AREA IN SQUARE FEET/CUBIC YARDS OF CONCRETE | | | | | | |
|------|------|------|------|------|------|------|------|
| OF | FIG. 1 FIG. 2 | | | | FIG. 4 | | |
| PIPE | 90° | 45° | 22-1/2° | 11-1/4° | 45° | 22-1/2° | 11-1/4° |
| 4" | 2 | 2 | 1 | 1 | 1.0 | .5 | .5 |
| 6" | 2 | 3 | 3 | 2 | 1 | 1.5 | 1.0 | .5 |
| 8" | 2 | 5 | 6 | 3 | 2 | 2.0 | 1.0 | .5 |
| 10" | 3 | 7 | 10 | 5 | 3 | 4.0 | 2.0 | 1.0 |
| 12" | 3 | 10 | 14 | 8 | 4 | 2 | | |
| 14" | 4 | 14 | 20 | 10 | 5 | 3 | | |
| 16" | 4 | 18 | 26 | 13 | 7 | 4 | SPECIAL DESIGN | |
| 18" | 5 | 24 | 30 | 16 | 10 | 5 | | |
| 20" | 5 | 28 | 40 | 20 | 12 | 6 | | |



A — THRUST BLOCK DETAILS
DT2  PUBLIC STREET  N.T.S.



SHAPED GRANULAR FOUNDATION     FLAT GRANULAR FOUNDATION

CLASS B BEDDING (NORMAL BEDDING)



CONCRETE CRADLE     CONCRETE CAP     CONCRETE ENCASEMENT

CLASS A BEDDING (CONCRETE BEDDING)

TABLE 1

| PIPE SIZE | B | A | PIPE SIZE | B | A |
|------|------|------|------|------|------|
| 4" | 4" | 2" | 16" | 6" | 6" |
| 6" | 4" | 3" | 18" | 6" | 7" |
| 8" | 4" | 4" | 20" | 6" | 8" |
| 10" | 4" | 4" | 24" | 8" | 9" |
| 12" | 4" | 5" | 30" | 10" | 10" |
| 14" | 6" | 5" | 36" | 10" | 12" |

D = OUTSIDE DIAMETER OF PIPE
W = OUTSIDE DIAMETER OF PIPE + 24" MAXIMUM

NOTES:
1. PIPE BEDDING TO BE COMPACTED TO AT LEAST 90% OF MAXIMUM DENSITY. SUBGRADE SHALL CONFORM TO RESPECTIVE ENTITY REQUIREMENTS.
2. INDICATED THICKNESS OF BEDDING MATERIAL TO BE CONSTRUCTED UNDER THE BARREL. SUBGRADE TO BE EXCAVATED TO PROVIDE 2" CLEARANCE UNDER THE BELL.
3. OTHER BEDDING METHODS MAY BE SPECIFIED OR APPROVED.
4. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY.



B — PIPE TRENCH BEDDING METHODS
DT2  PUBLIC STREET  N.T.S.



EXISTING PAVEMENT SURFACE

PERMANENT ASPHALT PATCH DEPTH TO MATCH CONTIGUOUS PAVEMENT (NOT LESS THAN 3 INCHES; IF 4 INCHES OR MORE, USE MULTIPLE LIFTS OF EQUAL THICKNESS)

PRIME COAT

90% MIN. COMPACTION (MECHANICAL COMPACTION ONLY) TYPE B OR TYPE D AGGREGATE BASE OR BACKFILL, OR CONTROLLED LOW STRENGTH MATERIAL (CLSM)

90% MIN. COMPACTION (SELECT BACKFILL, OR GRANULAR BACKFILL, OR BACKFILL WITH CONTROLLED LOW STRENGTH MATERIAL (CLSM) SEE NOTE 1

90% MIN. COMPACTION IN PIPE ZONE; TYPE B OR TYPE D AGGREGATE BASE, SAND BACKFILL, OR BACKFILL WITH CONTROLLED LOW STRENGTH MATERIAL (CLSM) SEE NOTE 1

PIPE BEDDING SEE NOTE 6

STABLE SUBGRADE

NOTES:
1. NO STONES OR LUMPS GREATER THAN 3" PERMITTED IN TRENCH 2" OR LESS IN WIDTH.
2. IF SAWCUT IS WITHIN THREE FEET OF EDGE OF EXISTING ASPHALT CONCRETE SURFACE OR PAVEMENT EDGE, REMOVE EXISTING PAVEMENT TO THAT EDGE AND REPLACE ENTIRE SECTION.
3. PATCHES SHALL BE WITH (4 FEET MINIMUM) SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE; ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 405.03.11.
   SAWCUTS SHALL NOT BE PLACED IN THE WHEEL PATH AREA.
4. FOR TRENCH 4 FEET OR LESS WIDE, SAWCUT WITH 2 FEET OF THE CURB, PATCHES SHALL EXTEND A MINIMUM OF 4 FEET FROM LIP OF GUTTER AND PAVEMENT SHALL BE REMOVED TO THAT EDGE AND REPLACE ENTIRE SECTION. NO GUTTER SHALL BE SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE; ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 405.03.11.  SAWCUT SHALL NOT BE PLACED IN WHEEL PATH AREA.
5. BACKFILL, ROLLING, BEDDING, SUBGRADE AND PAVEMENT REQUIREMENTS FOR UTILITY INSTALLATIONS SHALL CONFORM TO THE RESPECTIVE AGENCY REQUIREMENTS.
6. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY.  SEE STANDARD DRAWING NO. 305 FOR PIPE BEDDING METHODS.
7. LAS VEGAS VALLEY WATER DISTRICT REQUIRES PIPE BEDDING AND BACKFILL WITHIN THE PIPE ZONE TO BE OF THE SAME MATERIAL.



C — TRENCH BACKFILL DETAIL
DT2  PUBLIC STREET  N.T.S.



EXPANSION JOINT AROUND FIRE HYDRANT BARREL

PLAN

BACK OF R/W LINE

NOTES:
1. FIRE HYDRANT INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 756 AND M.A.G. STANDARD DETAILS NO. 360 AND 361.
2. VALVE BOX INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630 AND M.A.G. STANDARD DETAIL NO. 270 AND 391.

MACHINE 3/16"-1/4" "V" GROOVE (BREAK RING)

3' MIN. & 7' MAX.

WATER MAIN

40" DIA. x 6" THICK CLASS B CONCRETE COLLAR (M.A.G. SECT. 725)

STD. VALVE BOX SEE M.A.G. STD. DT. 270

6" GATE VALVE WITH FLANGE TO RING-TIGHT JOINTS

WEEP HOLE

4" CLASS B CONCRETE PAD (M.A.G. SECT. 725)

CONCRETE THRUST BLOCK 8 CU. FT. MIN.

CONCRETE THRUST BLOCK

6" PIPE

3/4" — 2" SIZE DRAIN ROCK

4" DIA.

ELEVATION

D — FIRE HYDRANT ASSEMBLY DETAIL
DT2  PUBLIC STREET



Δ = 90°, 45°, 22-1/2° OR 11-1/4°

CONCRETE ENCASEMENT DETAIL
DT2  N.T.S.

CONC PER SPEC



DRESSER STYLE 38 FLEXIBLE COUPLING

STYLE 38 DRESSER FLEXIBLE COUPLING

THIS DIMENSION DETERMINED IN THE FIELD (36" MAX)

PLAIN DUCTILE PIPE

DUCTILE PIPE

ONE END FLANGED DUCTILE PIPE

FLEXIBLE COUPLING

TIE ROD AS REQUIRED; THREADED BOTH ENDS

DOUBLE HEX NUT AND WASHER (TYP EACH SIDE)

SIZE CONNECTION DETAIL, THIS SHEET





DOUBLE MECHANICAL JOINT

| PIPE SIZE | TIE ROD DIA | NO. TIE RODS REQ'D | TIE BOLT DIA |
|------|------|------|------|
| 8" | 4" | 4 | 4" |
| 10" | 4" | 4 | 4" |
| 12" | 4" | 4 | 1" |
| 14" | 4" | 4 | 1" |
| 16" | 1" | 6 | 1" |
| 18" | 1" | 6 | 1" |
| 24" | 1" | 10 | 1" |
| 36" | 1" | 20 | 1" |



FLEXIBLE COUPLING DETAIL - A-P12
NOT TO SCALE
DT2

NOTES:
1. PROVIDE TIE RODS WHEN FLEXIBLE COUPLING RESTRAINTS ARE SPECIFIED AND AT ALL OTHER LOCATIONS INDICATED ON THE DRAWINGS.
2. ORIENT AND SPACE TIE RODS AS REQUIRED TO EVENLY DISTRIBUTE PIPE PRESSURE



Stanley Consultants, INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY     ARIZONA

| SCALE (V) N.T.S. | SCALE (V) N.T.S. | DESIGNED BY MPB | DRAWN BY DWG | DATE 3/27/06 |

SHEET
DT-1
12 OF 16 SHEETS
SCS PROJECT
18449.03.01



**VALVE VAULT ROOF PLAN**
NOT TO SCALE

**WATERSTOP DETAIL**
NOT TO SCALE

NOTES
1. MATERIAL QUALITY PER SPECIFICATIONS.
2. DIMENSION REQUIREMENTS INDICATED SHOULD BE GIVEN TO SUPPLIERS PRIOR TO PLACING ORDERS.
3. NON-ROUND CENTER BULBS SHALL HAVE A MIN OUTSIDE DIMENSION OF "D".

**WALL OPENING - DIAGONAL REINFORCEMENT DETAIL**
NOT TO SCALE



NOTES
1. CONCRETE FOR VAULT STRUCTURES SHALL BE 4000 PSI, UNLESS OTHERWISE SPECIFIED.
2. PIPE OUTLET SHALL BE SHAPED TO FIT THE SPECIFIED PIPE DIAMETER.
3. MAINTAIN A MIN CLEARANCE OF 3" OF COVER FOR REINFORCED STEEL, UNLESS OTHERWISE SPECIFIED.
4. BACKFILL LIMITS OF VAULT EXCAVATION (INCLUDING BELOW VAULT FLOOR) WITH TYPE 2 AGGREGATE BASE. COMPACT TO 90% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED.

**DETAIL NOTES**
NOT TO SCALE





**STANDARD INSTALLATION**

**3" OR 4" COMB AIR VALVE PROFILE**

**1" OR 2" COMB AIR VALVE PROFILE**

**PLAN VIEW**

**DETAIL "A"**

**DETAIL "B"**
(TYP OF 4)

**SECTION A**

**DETAIL "C"**

**COMBINATION AIR VALVE ASSEMBLY FOR 1", 2", 3", AND 4" VALVES**
NOT TO SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY          ARIZONA

SHEET
DT-2
13 OF 18 SHEETS



REMOVABLE CONCRETE SLAB SECTION
NOT TO SCALE

SEALANT GROOVE DETAIL
NOT TO SCALE

INSULATING FLANGE SET DETAIL
NOT TO SCALE

GUIDE PLATE - DETAIL 1

DETAIL "A"

CORPORATION STOP DETAIL
NOT TO SCALE

STEM GUIDE - DETAIL 2

FRONT VIEW          SIDE VIEW

NOTE: GALVANIZE ASSEMBLY AFTER WELDING FABRICATION.

OPERATING NUT - DETAIL 3

ANCHOR INSTALLATION

LADDER IN VAULT

SECTION "A"

VALVE BOX ON VAULT DETAIL
NOT TO SCALE

PIPE SUPPORT TABLE

| NOMINAL PIPE SIZE | SUPPORTING | | | | | STL. CPL. PIPE | | FLANGE | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | F | G |
| 12" | 4" | 12" | 3/8" | 5/8" | 6" | 10" | 14" | 14" | 18" |
| 16" | 4" | 12" | 3/8" | 5/8" | 6" | 12" | 16" | 17" | 21" |
| 18" | 4" | 12" | 3/8" | 5/8" | 6" | 14" | 18" | 18" | 22" |
| 20" | 4" | 12" | 3/8" | 5/8" | 6" | 16" | 20" | 20" | 24" |
| 24" | 4" | 12" | 3/8" | 5/8" | 6" | 19" | 23" | 23" | 27" |
| 30" | 5" | 13" | 3/8" | 3/4" | 6" | 23" | 29" | 29" | 34" |
| 36" | 5" | 13" | 1/2" | 3/4" | 6" | 27" | 33" | 33" | 39" |
| 42" | 6" | 18" | 1/2" | 1" | 8" | 32" | 38" | 38" | 44" |
| 48" | 6" | 18" | 1/2" | 1" | 8" | 36" | 42" | 42" | 48" |
| 54" | 6" | 18" | 1/2" | 1" | 8" | 40" | 46" | 47" | 53" |
| 60" | 6" | 18" | 1/2" | 1" | 8" | 44" | 50" | 52" | 56" |
| 66" | 6" | 18" | 1/2" | 1" | 8" | 48" | 54" | 57" | 63" |
| 72" | 6" | 18" | 1/2" | 1" | 8" | 52" | 58" | 62" | 68" |

PIPE SUPPORT DETAIL
NOT TO SCALE

LADDER IN MANHOLE

BRACKET SPACING TABLE

| BRACKET SPACING | FLAT BAR SIZE |
|---|---|
| 5'-0" TO 20'-0" OC MAX | 3" x 3/8" |
| OVER 20'-0" | 4" x 1/2" |

NOTES
1.  LANDING PLATFORM REQUIRED EVERY 20'-0" OF HEIGHT OR FRACTION THEREOF FOR OPEN LADDER. FOR LADDER WITH CAGE, PLATFORM SPACING IS 30'-0" MAX (OSHA 1910.27).
2.  APPROVAL OF THE ENGINEER REQUIRED FOR ANY BRACKET SPACING OVER 5'-0" OC (SEE BRACKET SPACING TABLE FOR BAR SIZE).
3.  LADDER SHALL BE MADE OF MILD CARBON STEEL WITH 3/4" SMOOTH BAR RUNGS PLUG WELDED TO RUNNERS.
4.  GALVANIZE LADDER ASSEMBLY AFTER WELDING.

LADDER INSTALLATION DETAILS
NOT TO SCALE

WALL PENETRATION DETAIL
NOT TO SCALE

UNIVERSAL JOINT SIDES

JOINT CROSS

BASE PLATE

UNIVERSAL JOINT DETAIL
NOT TO SCALE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY          ARIZONA

SHEET
DT-3

14 OF 16 SHEETS

SCI PROJECT#
18449.03.03



**VALVE VAULT SECTIONAL PLAN**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE

A
DT5



DESIGNER NOTES:
1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.

2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03—8 AND THE "PIPE LOCATION TABLE" PL03—5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

**VALVE VAULT SECTION**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE

C
DT5



**VALVE VAULT SECTIONAL PLAN**
**WITH (3) VALVE AND TEE**
NOT TO SCALE

B
DT5



DESIGNER NOTES:
1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.

2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03—8 AND THE "PIPE LOCATION TABLE" PL03—5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

**VALVE VAULT SECTION**
**WITH (3) VALVE AND TEE**
NOT TO SCALE

B
DT5



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9731
www.stanleygroup.com

ARIZONA

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY

| SCALE (V) N.T.S. | | |
|---|---|---|
| SCALE (V) N.T.S. | | |
| DRAWN BY ENG | | |
| CHECKED BY WPB | | |
| DATE 5/26/06 | | |

SHEET
DT-4

15 of 16 SHEETS

SCS PROJECT
18449.03.03

Q:\18449\dwg\Imp
1.2.15269
-S03\S03_DT1-DT5.dwg, 4/3/2006 2:21:33 PM, \\LVG-PS1\lvp5500-survey-pd,



**VALVE VAULT SECTION**
**WITH (1) VALVE AND NO TEE**
NOT TO SCALE



**VALVE VAULT SECTION**
**WITH (3) VALVE AND TEE**
NOT TO SCALE



VALVE BOX INSTALLATION

TRAFFIC BOX INSTALLATION

SECTION "A"

SECTION "B"

PLAN

PLAN

NOTES

1. FINAL RIM ELEVATION TO BE 1/8" TO 1/4" BELOW FINAL STREET GRADE.

2. MORE STRINGENT INSTALLATION REQUIREMENTS MAY BE IMPOSED BY THE ENTITY MAKING THE JURISDICTION OVER THE VALVE BOX INSTALLATION LOCATION.

3. A VALVE EXTENSION STEM SHALL BE PROVIDED WHERE THE DEPTH TO THE OPERATING NUT EXCEEDS FIVE (5) FEET.

4. INSTALL CARSONITE MARKER (BLUE) IN CONCRETE COLLAR IN UNIMPROVED AREAS.

5. SEE SPECIFICATIONS FOR ALL APPROVED PRODUCTS.

**VALVE BOX AND TRAFFIC BOX INSTALLATION**
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY    ARIZONA

SHEET
DT-5

16 OF 16 SHEETS

SCI PROJECT
15449.03.03