# WEST LOOP ROAD SECTION 2 IMPROVEMENTS AT GOLDEN VALLEY RANCH FOR RHODES HOMES ARIZONA, LLC

VICINITY MAP

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

| ITEM | QUANTITY | |
|---|---|---|
| 18" P.V.C. SEWER LINE | 5,409 | LF |
| 15" P.V.C. SEWER LINE | 3,135 | LF |
| 8" P.V.C. SEWER LINE | 800 | LF |
| 15" SEWER STUB AND CAP | 1 | EA |
| 8" SEWER STUB AND CAP | 8 | EA |
| 60" DIA. SANITARY SEWER MANHOLES | 21 | EA |

### STORM DRAIN

| ITEM | QUANTITY | |
|---|---|---|
| 27" RCP STORM DRAIN | 000 | LF |
| SCUPPER | 000 | EA |
| CURB AND GRATE INLET | 000 | EA |
| 48" DIA. STORM DRAIN MANHOLE | 000 | EA |

### WATER

| ITEM | QUANTITY | |
|---|---|---|
| 24" C900 PVC WATER LINE | 7,938 | LF |
| 24" BUTTERFLY VALVE | 7 | EA |
| 24" X 24" X 24" TEE | 1 | EA |
| 24" X 24" X 8" TEE | 2 | EA |
| 24" X 24" X 6" TEE | 8 | EA |
| 24" X 24" X 8" X 8" CROSS | 3 | EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1 | EA |
| 24" 45° BEND | 8 | EA |
| 24" 22.5° BEND | 000 | EA |
| 8" C900 PVC WATER LINE | 1,197 | LF |
| 8" GATE VALVE | 8 | EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL # 390 | 8 | EA |
| 8" 22.5° BEND | 2 | EA |
| 6" C900 PVC WATER LINE | 472 | LF |
| 6" GATE VALVE | 8 | EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 000 | EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 8 | EA |
| 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER LINE PER CITY OF KINGMAN STD. DTL. # 344 | 5 | EA |
| (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE | 16 | EA |

### STREETS

| ITEM | QUANTITY | |
|---|---|---|
| A.C. PAVEMENT | 000 | CY |
| TYPE II AGGREGATE BASE | 000 | CY |
| STREET NAME SIGN | 000 | EA |
| STOP SIGN | 000 | EA |
| SPEED LIMIT SIGN | 000 | EA |
| NO PARKING SIGN | 000 | EA |
| 30" ROLL CURB & GUTTER | 000 | LF |
| 24" RIBBON CURB & GUTTER | 000 | LF |
| SIDEWALK | 000 | SF |
| VALLEY GUTTER | 000 | SF |
| DRIVEWAY | 000 | EA |
| ALLEY ENTRANCE | 000 | EA |
| STREET LIGHT AND POLE | 000 | EA |
| STREETLIGHT CONDUIT | 000 | LF |
| SURVEY MONUMENTS | 000 | EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

## SHEET INDEX

| | | |
|---|---|---|
| G-1 | COVER SHEET | 1 OF 43 |
| G-2 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 43 |
| TS-1 | TYPICAL SECTION | 3 OF 43 |
| HC-1 TO HC-3 | HORIZONTAL CONTROL | 4 TO 6 OF 43 |
| PP-1 TO PP-14 | PLAN AND PROFILE | 7 TO 20 OF 43 |
| UP-1 TO UP-13 | UTILITY PLAN AND PROFILE | 21 TO 33 OF 43 |
| TC-1 TO TC-4 | TRAFFIC CONTROL SHEETS | 34 TO 37 OF 43 |
| DT-1 TO DT-5 | DETAIL SHEET | 38 TO 42 OF 43 |
| PRV-1 | PRESSURE REDUCING STATION | 43 OF 43 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST - THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) - 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY
ARIZONA

SHEET
G-1
1 OF 43 SHEETS
SCI PROJECT# 18449.03.03

J:\18449\dwg\Imp Plans-SC Cover.dwg, 4/3/2006 11:57:41 AM, 7445

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PETITION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.
2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY. THE COUNTY RESERVES THE RIGHT OF SUPPLEMENTAL INSPECTION OF ALL CONSTRUCTION ACTIVITIES PERFORMED WITHIN THE COUNTY RIGHT-OF-WAY. THE CONTRACTOR SHALL NOTIFY THE COUNTY BY A COURTESY CALL PRIOR TO ENGAGING ANY MAJOR CONSTRUCTION ACTIVITIES WITHIN THE COUNTY RIGHT-OF-WAY.
3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.
4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.
5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.
6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.
7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.
8. ANY RELOCATION, MODIFICATION, ETC., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.
9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.
10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.
11. DELETERIOUS MATERIAL AS DEEMED UNSUITABLE BY THE SOILS ENGINEER FOR USE AS COMPACTED FILL SHALL BE EXCAVATED AND REMOVED FROM THE SITE.
12. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.
13. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), 2001 EDITION.
14. EXCEPT FOR THE WORK PREFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.
15. THE CONTRACTOR SHALL NOT GRADE ANY PARCELS WITH OUTSIDE PRIVATE OWNERSHIP UNTIL PERMISSION TO GRADE HAS BEEN GRANTED BY THE PROPERTY OWNER.
16. THE CONTRACTOR SHALL NOT GRADE ANY ARMY CORPS OF ENGINEERS (ACOE) 404 DESIGNATED WASHES UNTIL 404 PERMIT APPROVAL HAS BEEN GRANTED.
17. AN APPROVED GRADING PLAN SHALL BE ON THE JOB SITE AT ALL TIMES. DEVIATION FROM THE PLAN MUST BE PRECEDED BY AN APPROVED PLAN REVISION.
18. ALL EXCAVATION AND GRADING OPERATIONS CONDUCTED WITHIN THE COUNTY LIMITS SHALL CONTROL DUST BY WATERING. THE CONTRACTOR SHALL OBTAIN ALL NECESSARY DUST CONTROL PERMITS.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAILS 404-1 AND R18-4-502C. SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
4. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
5. SEWER MAIN PIPE AND SERVICE SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. 3034 AND M.A.G. SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D2321.
6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601 AND A.A.C. R18-9-E301.D.2.h.ii. AND R18-9-E301.D.h.iii. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200
9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.
10. SHAPING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 625.3.1.
11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 625. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 1' & 2.5', THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR A CONCRETE FILLET/CHANNEL FROM THE INLET SIDE OF THE MANHOLE TO THE OUTLET SIDE WHICH SHALL HAVE A SLOPE AT A MINIMUM GRADE OF 2.5% TO PREVENT SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.5', REFER TO M.A.G. STANDARD DETAIL NO. 426.
12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "A". NOTE: SEWER SERVICE CROSSING OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER M.A.G. STD. DET. 404.
13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.
14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET, PER A.A.C. R18-9-E 301.
15. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
16. ALL SEWER MAINS SHALL BE PVC SDR-35 SEWER PIPE AND CONFORM WITH ASTM D-2321 STANDARD SPECIFICATIONS.
17. ALL SEWER LINE SEGMENTS SHALL BE TESTED FOR LEAKAGE AS PER ASTM (F-1417-92), REAPPROVED 1998.
18. THE CONTRACTOR SHALL ADJUST VALVES, MANHOLES, CLEANOUTS, ETC. BOTH OLD AND NEW TO FINISH PAVEMENT GRADE PER M.A.G. STANDARD DETAIL 270 AND 420. PROVIDE CONCRETE ENCASEMENT FLUSH WITH FINISH PAVEMENT GRADE.
19. ALL MANHOLES SHALL BE TESTED BY EXFILTRATION OR VACUUM TEST A.A.C. R18-9-E301 D.3.F.
20. 100 PERCENT OF ALL SEWER MAINS NEWLY CONSTRUCTED SHALL HAVE A DEFLECTION TEST OF THE TOTAL LENGTH PER A.A.C. R18-9-E301.D.2.f.
21. ALL MANHOLES LOCATED WITHIN DRAINAGE EASEMENTS SHALL HAVE WATERTIGHT LIDS PER A.A.C. R18-9-E301.D.3.e.
22. CONTRACTOR IS TO FIELD VERIFY THE ELEVATIONS OF EXISTING SEWERS AT CRITICAL POINTS OF TIE-IN AND/OR INTERCEPTION PRIOR TO PROCEEDING WITH THE BALANCE OF SEWER TRENCHING. IF THE FALL BETWEEN CRITICAL POINTS IS LESS THAN THAT SHOWN ON THE PLANS, THE CONTRACTOR SHALL CEASE WORK ON THE AFFECTED SEWER LINE AND CONTACT THE ENGINEER FOR RE-DESIGN.
23. CONTRACTOR SHALL INSTALL SEWER SERVICE LINE(S) AS SHOWN ON THE PLANS. THE DEPTH OF THE SEWER SERVICE LINE(S), AT THE POINT OF TERMINATION, SHALL BE DEEP ENOUGH TO SERVICE THE ENTIRE LOT IN ACCORDANCE WITH THE UNIFORM PLUMBING CODE.
24. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.
25. ALL SEWER MAINS SHALL BE TESTED THE FULL LENGTH INSTALLED FOR UNIFORM SLOPE BY LAMP LIGHTING, REMOTE CAMERA, OR SIMILAR METHOD APPROVED BY ADEQ, AND RECORD RESULTS.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.
   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS SPECIFICATIONS SECTION 755.
5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.
6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A".
9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.
10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.
11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 301.
12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTORS PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITIES CONNECTIONS, ETC.
13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.
14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.
15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND HAVE STRAIGHT ALIGNMENT.
16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-14, AND IN ACCORDANCE WITH M.A.G. SECTION 610.14 FOR DUCTILE IRON PIPE.
17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. ALL WATER PIPES SHALL BE LEAD FREE PER A.A.C. R18-4-504
20. ALL MAINS SHALL BE DISINFECTED PER BULLETIN 8 AND SHALL BE WITNESSED BY A REPRESENTATIVE OF STANLEY CONSULTANTS. ALL WATER MAINS SHALL HAVE NO MORE THAN 100 PPM CHLORINE PRESENT AT TIME OF CHARGING, 24 HOURS LATER ALL WATER MAINS SHALL HAVE GREATER THAN 30 PPM OF CHLORINE PRESENT.
21. FINAL FLUSHING AND SAMPLING AND TESTING SHALL BE PERFORMED AND ACCEPTED PRIOR TO PLACING WATERLINES IN SERVICE AS PER M.A.G. STANDARD SPECIFICATIONS 611.45.
22. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREET

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS.

1. ALL DENSITY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 601 FOR ALL WATER AND SEWER TRENCHES. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. ALL BACKFILL, PAVEMENT AND SURFACE REPLACEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 200-1 AND M.A.G. STANDARD SPECIFICATION SECTION 336. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.
4. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 205; M.A.G. SPECIFICATION 225 FOR WATERING AND M.A.G. STANDARD SPECIFICATION 301 FOR SUBGRADE PREPARATION.
5. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.
6. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.
7. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.
8. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 333.
9. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.
10. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO.230 & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.
11. ALL POURED CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. STD SPECIFICATIONS, SECTION 505.
12. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY, IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.
13. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS APPROVED BY THE COUNTY ENGINEER.
14. NO PAVING CONSTRUCTION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED PAVED AREA.
15. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.
16. NO JOB SHALL BE CONSIDERED COMPLETED UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS; AND SURVEY MONUMENTS ARE INSTALLED.
17. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MADE AVAILABLE TO THE COUNTY.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. EXISTING STREET AND TRAFFIC SIGNS WILL BE MAINTAINED DURING CONSTRUCTION AND RELOCATED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.
20. THE GENERAL CONTRACTOR SHALL BE REPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE 2001 EDITION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## STORM WATER POLLUTION PREVENTION PLAN

DATED SEPTEMBER, 2005 AND PREPARED BY:
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 369-9396

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE 1 OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## ENGINEER'S NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.
2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.
3. ADD 2500' TO ALL ELEVATIONS < 500' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.
4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.

## LEGEND

| Symbol | Description |
|---|---|
| FF=XX.XX | FINISHED FLOOR ELEVATION |
| PAD=XX.XX | PAD ELEVATION |
| BFE=XX.XX | BASE FLOOD ELEVATION |
| 2110 | EXISTING GRADE CONTOUR |
| 2445 | MAJOR CONTOUR |
| 2441 | MINOR CONTOUR |
| 80.00 TC | TOP OF CURB |
| 80.0 FG | FINISHED GRADE |
| 80.00 FL | FLOW LINE |
| 80.0 HP | HIGH POINT |
| 80.00 CL | CENTER LINE GRADE |
| 80.00 EOP 80.00 EP | EDGE OF PAVEMENT |
| 80.00 TBC/R | TOP BACK OF CURB BEGIN RADIUS |
| [80.00] XX | FUTURE GRADE |
| (80.00) XX | EXISTING GRADE |
| | HIGH POINT SWALE DIRECTION |
| [10+00.00] | CULDESAC STATIONING |
| 2.00% | RATE & DIRECTION OF SLOPE |
| | SWALE |
| | R/W LINE |
| | CENTER LINE |
| | EXISTING EDGE OF PAVEMENT |
| | EDGE OF PAVEMENT |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | EASEMENT LINE |
| | CURB & GUTTER |
| | EX. CURB & GUTTER |
| | GRADE BREAK |
| | SUBDIVISION/PHASE BOUNDARY |
| | DRIVEWAY |
| | S/W RAMP |
| TOP OF SLOPE / TOE OF SLOPE | CUT OR FILL SLOPES |
| | EX. STREETLIGHT |
| | 100 WATT LUMINAIRE |
| | 250 WATT LUMINAIRE |
| | UTILITY POLE |
| | EXISTING SIGNAL WITH LUMINAIRE |
| | STREET NAME SIGN |
| | MISCELLANEOUS SIGN |
| | 36" STOP SIGN |
| | SERVICE POINT |
| | PULL BOX |
| SL | EXISTING STREET LIGHT BOX |
| | PROPOSED BARRICADE |

## ABBREVIATIONS

| Abbreviation | Meaning |
|---|---|
| AVE | AVENUE |
| BC | BACK OF CURB |
| BCR | BACK OF CURB RADIUS |
| BCL | BACK OF CURB LENGTH |
| BM | BENCH MARK |
| BVC | BEGINNING OF VERTICAL CURVE |
| CATV | CABLE TELEVISION |
| C&G | CURB AND GUTTER |
| CE | COMMON ELEMENT |
| C/L OR ℄ | CENTERLINE |
| CFS | CUBIC FOOT PER SECOND |
| CMP | CORRUGATED METAL PIPE |
| COMM DWY | COMMERCIAL DRIVEWAY |
| CONC | CONCRETE |
| CONST | CONSTRUCTION OR CONSTRUCT |
| CS | CURB STATIONING |
| CU YD | CUBIC YARD |
| DE | DRAINAGE EASEMENT |
| DTC | DEPRESSED TOP OF CURB |
| DTL | DETAIL |
| E | ELECTRIC |
| EVC | END OF VERTICAL CURVE |
| EP | EDGE OF PAVEMENT |
| EX OR EXIST | EXISTING |
| FDC | FIRE DEPARTMENT CONNECTION |
| FF | FINISH FLOOR |
| FG | FINISH GRADE |
| FL OR ℄ | FLOW LINE |
| G | GAS |
| GB | GRADE BREAK |
| HP | HIGH POINT |
| INV | INVERT |
| L | LENGTH |
| MVC | MIDPOINT OF VERTICAL CURVE |
| M.A.G. | MARICOPA ASSOCIATION OF GOVERNMENTS |
| MH | MANHOLE |
| MIN | MINIMUM |
| MUTCD | MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES |
| NTS | NOT TO SCALE |
| PVC | POLYVINYL CHLORIDE |
| PRVT | PRIVATE |
| PC | POINT OF CURVE |
| PCC | POINT OF COMPOUND CURVE |
| PI | POINT OF INTERSECTION |
| PL | PROPERTY LINE |
| PRC | POINT OF REVERSE CURVE |
| PSI | POUNDS PER SQUARE INCH |
| PVI | POINT OF VERTICAL INTERSECTION |
| PT | POINT OF TANGENCY |
| PUE OR P.U.E. | PUBLIC UTILITY EASEMENT |
| PAE | PEDESTRIAN ACCESS EASEMENT |
| RCB | REINFORCED CONCRETE BOX |
| R/W OR R.O.W. | RIGHT OF WAY |
| SD | STORM DRAIN |
| SL/STLT | STREET LIGHT |
| SS | SANITARY SEWER |
| STD | STANDARD |
| S/W OR SW | SIDEWALK |
| T | TELEPHONE |
| TC | TOP OF CURB |
| TBD | TO BE DETERMINED |
| TRANS | TRANSITION |
| (TYP) | TYPICAL |
| VC | VERTICAL CURVE |
| VERT | VERTICAL |
| VG | VALLEY GUTTER |
| W | WATER |
| WM | WATER METER |
| YD | YARD |

NOTE:
ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

| Symbol | Description |
|---|---|
| | EXISTING FIRE HYDRANT |
| | PROPOSED FIRE HYDRANT |
| PVC WATER | PVC WATER MAIN (PUBLIC) |
| | TEE W/VALVE |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE |
| | 45°, 90° BEND |
| | CROSS |
| PRV | INDIVIDUAL PRESSURE REDUCING VALVE |
| | 48" SANITARY SEWER MANHOLE |
| PVC SEWER | PVC SANITARY SEWER MAIN (PUBLIC) |
| | 4" SERVICE LATERAL W/ 4" WYE |
| BWV | INDIVIDUAL SEWER BACKWATER VALVE |
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-227-2600
UNDERGROUND SERVICE (USA)

Avoid overhead power line contact.
Call before you Overhead
1-702-227-2929
NEVADA POWER ENVIRONMENT AND SAFETY SERVICES DEPARTMENT

## BASIS OF BEARINGS

NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824IFt (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X

AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LV6.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

Registered Professional Engineer 43321 KENNETH T. YAMADA ARIZONA, U.S.A.

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS
MOHAVE COUNTY ARIZONA

SHEET G-2
2 OF 43 SHEETS
SCI PROJECT# 18449.03.03

G:\18449\dwg\Imp Plans-S0...Gen Notes.dwg, 4/3/2006 11:58:28 AM, 7445

HUALAPAI DRIVE
BEGIN UTILITY IMPROVEMENTS
MATCHLINE STA. 79+00.00
GOLDEN VALLEY RANCH
TEMPORARY WASTEWATER TREATMENT PLANT
GOLDEN VALLEY RANCH
TEMPORARY WASTEWATER TREATMENT PLANT
( REFER TO PLANS BY STANLEY CONSULTANTS )
ROADWAY TO BE CONSTRUCTED UNDER WEST LOOP ROAD SECTION 4 IMPROVEMENTS
GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS
HUALAPAI DRIVE
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
MATCHLINE STA. 87+50
SEE SHEET UP-2 FOR CONTINUATION
GRAPHIC SCALE
NORTH
PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY
WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS
KEYMAP
LEGEND
SEWER CONSTRUCTION NOTES
WATER CONSTRUCTION NOTES
STORM DRAIN CONSTRUCTION NOTES
BASIS OF BEARINGS
BENCHMARK
DISCLAIMER NOTE
Call before you Dig
Call before you Overhead
8" PVC SS
171.45 LF 18" PVC SEWER @ 0.40%
435.47 LF 18" PVC SEWER @ 0.40%
20.24 LF 18" PVC SEWER @ 0.40%
40.00 LF 18" PVC SEWER @ 0.40%
EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE
FUTURE GRADE @ CENTERLINE
250.00' VC
HIGH POINT ELEV = 2491.15
HIGH POINT STA = 87+25.96
PVI STA = 87+25.96
PVI ELEV = 2491.46
A.D. = -1.00
K = 250.00
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 79+50 - 87+50
MOHAVE COUNTY
ARIZONA
SHEET
UP-1
11 OF 43 SHEETS
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

MATCHLINE STA. 87+50
SEE SHEET UP-1 FOR CONTINUATION
MATCHLINE STA. 95+50
SEE SHEET UP-3 FOR CONTINUATION
[2] 435.47 LF 18" PVC SEWER @ S=0.004%
[2] 435.90 LF 18" PVC SEWER @ S=0.40%
408.76 LF 18" PVC SEWER @ S=0.60% [2]
60" SSMH # WLR-18 [1]
STA: 89+54.92, 13.00' R
RIM = 2490.32
INV IN 18" = 2472.89
INV OUT 18" = 2472.69
STUB AND CAP
FOR FUTURE CONNECTION
INV = 2480.60
60" SSMH # WLR-17 [1]
STA: 93+96.82, 13.00' R
RIM = 2488.18
INV IN 8" = 2478.56
INV IN 18" = 2474.83
INV OUT 18" = 2474.63
GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS
BY STANLEY CONSULTANTS
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
250.00' VC
HIGH POINT ELEV = 2491.15
HIGH POINT STA = 87+25.96
PVI STA = 87+25.96
PVI ELEV = 2491.46
A.D. = -1.00
K = 250.00
LOW POINT ELEV = 2488.04
LOW POINT STA = 94+77.28
PVI STA = 95+43.94
PVI ELEV = 2487.37
A.D. = 1.50
K = 266.67
400.00' VC
EXISTING GROUND @ CENTERLINE
FUTURE GRADE @ CENTERLINE
PROPOSED GRADE @ CENTERLINE
8" PVC SS
435.47 LF 18" PVC SEWER @ 0.40%
435.90 LF 18" PVC SEWER @ 0.40%
403.04 LF 18" PVC SEWER @ 0.60%
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'
NORTH
GRAPHIC SCALE
0 40 80 FT

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.L. 10 FEET HORIZONTALLY EACH WAY.

SHINARUMP ROAD
HUALAPAI DRIVE
CHURCHILL DRIVE
NORTH
RAMADA ROAD
SACRAMENTO ROAD
CENTENNIAL ROAD
AQUARIUS DRIVE
KEYMAP

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 87+50 - 95+50
MOHAVE COUNTY ARIZONA

SHEET UP-2
11 OF 43 SHEETS
SCI PROJECT# 18449.03.03

2:\18449\dwg\Imp Plans-SO\UP1-UP7.dwg, 4/3/2008 3:20:56 PM, 7445

MATCHLINE STA: 104+50 SEE SHEET UP-4 FOR CONTINUATION

MATCHLINE STA: 95+50 SEE SHEET UP-2 FOR CONTINUATION

[1] 60" SSMH # WLR-16 STA: 97+99.58, 13.00' R RIM = 2489.93 INV IN 18" = 2477.48 INV OUT 18" = 2477.28

60" SSMH # WLR-15 STA: 102+08.36, 13.00' R RIM = 2494.02 INV IN 18" = 2480.11 INV OUT 18" = 2479.91 [1]

[2] 408.79 LF 18" PVC SEWER @ S=0.60%

408.78 LF 18" PVC SEWER @ S=0.60% [2]

408.76 LF 18" PVC SEWER @ S=0.60% [2]

[2] 408.76 LF 18" PVC SEWER @ S=0.60%

GOLDEN VALLEY RANCH SUBDIVISION AREA 1 PHASE B REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS

WEST LOOP ROAD
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE 0 40 80 FT

KEYMAP

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

GOLDEN VALLEY RANCH SUBDIVISION AREA 1 PHASE B REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS

LOW POINT ELEV = 2488.04
LOW POINT STA = 94+77.28
PVI STA = 95+43.94
PVI ELEV = 2487.37
A.D. = 1.50
K = 266.67
400.00' VC

EVCS: 97+43.94
EVCE: 2489.37

60" SSMH # WLR-16 STA: 97+99.58 RIM = 2489.93 INV IN 18" = 2477.48 INV OUT 18" = 2477.28

60" SSMH # WLR-15 STA: 102+08.36 RIM = 2494.02 INV IN 18" = 2480.11 INV OUT 18" = 2479.91

EXISTING GROUND @ CENTERLINE

FUTURE GRADE @ CENTERLINE

1.00% 1.00% 1.00%

403.04 LF 18" PVC SEWER @ 0.60%

408.78 LF 18" PVC SEWER @ 0.60%

408.79 LF 18" PVC SEWER @ 0.60%

EXISTING GROUND @ CENTERLINE — PROPOSED GRADE @ CENTERLINE

2500 2490 2480 2470

2488.14 | 2488.8 2488.32 | 2489.0 2488.60 | 2489.3 2488.97 | 2489.5 2489.43 | 2490.0 2489.93 | 2491.0 2490.43 | 2491.9 2490.93 | 2492.1 2491.43 | 2492.8 2491.93 | 2493.2 2492.43 | 2493.8 2492.93 | 2494.8 2493.43 | 2494.9 2493.93 | 2495.0 2494.43 | 2495.7 2494.93 | 2496.1 2495.43 | 2496.3 2495.93 | 2496.3

96+00 97+00 98+00 99+00 100+00 101+00 102+00 103+00 104+00

WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| (S) | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| (S) | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| (BWV) | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591 UNISOURCE

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 95+50 - 104+50
MOHAVE COUNTY ARIZONA

SHEET UP-3
11 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S0...\UP1-UP7.dwg, 4/3/2006 3:23:16 PM, 7445

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## LEGEND

120 LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT

### WATER

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN

STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 104+50 - 113+50
MOHAVE COUNTY ARIZONA

SHEET UP-4
12 OF 43 SHEETS
SCI PROJECT# 18449.03.03

S:\18449\dwg\Imp Plans-S0\UP1-UP7.dwg, 4/3/2006 3:26:57 PM, 7445

MATCHLINE STA: 113+50
SEE SHEET UP-4 FOR CONTINUATION

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS
BY STANLEY CONSULTANTS

STATION 118+00.00
BEGIN WEST LOOP ROAD
SECTION 2 IMPROVEMENTS

MATCHLINE STA: 122+50
SEE SHEET UP-6 FOR CONTINUATION

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

GRAPHIC SCALE 0 40 80 FT

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

**SEWER**

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

**STORM DRAIN**

| | |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" x 24" x 24" TEE
4. INSTALL 24" x 24" x 8" TEE
5. INSTALL 24" x 24" x 6" TEE
6. INSTALL 24" x 24" x 8" x 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 113+50 - 122+50
MOHAVE COUNTY ARIZONA

SHEET UP-5
13 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S..._UP1-UP7.dwg, 4/3/2008 3:30:50 PM, 7445



MATCHLINE STA: 122+50 SEE SHEET UP-5 FOR CONTINUATION

MATCHLINE STA: 131+50 SEE SHEET UP-7 FOR CONTINUATION

60" SSMH # WLR-10
STA: 123+66.16, 13.00' R
RIM = 2513.16
INV IN 15" = 2499.65
INV OUT 15" = 2499.45

STA: 123+30
50 LF IRRIGATION SLEEVES

STA: 74+58
100 LF IRRIGATION SLEEVES

STA: 127+81.67
105.87 LF 8" PVC WATERLINE
STUB AND CAP FOR FUTURE USE

STA: 74+73.95
STUB AND CAP FUTURE CONNECTION
INV.=2504.90

PC = 125+16.89

413.36 LF 18" PVC SEWER @ S=0.90%
144.14 LF 24" PVC WATERLINE
128.77 LF 24" PVC WATERLINE
428.37 LF 18" PVC SEWER @ S=0.80%
214.52 LF 24" PVC WATERLINE R=1822.50'
46.32 LF 24" PVC W.L. R=1870.93'
61.86 LF 24" PVC W.L. R=1870.93'

STA: 123+40
50 LF IRRIGATION SLEEVES

40'X30' MUNICIPAL UNTILITY EASEMENT FOR PRV VAULT

PRV STATION: SEE SHEET FOR DETAILS

GOLDEN VALLEY RANCH GOLF COURSE
REFER TO PLANS BY TED ROBINSON

60" SSMH # WLR-9
STA: 127+94.63, 0.00'
STA: 127+91.53, 13.00'
RIM = 2516.59
INV IN 18" = 2503.16
INV IN 18" = 2503.26
INV OUT 18" = 2503.06

STA: 128+60.00
100 LF IRRIGATION SLEEVES

STA: 128+70.58
INSTALL FIRE HYDRANT ASSEMBLY
14.00 LF 6" PVC WATERLINE

450.79 LF 18" PVC SEWER @ S=0.80%
406.37 LF 24" PVC WATERLINE R=1822.50'

NORTH

GRAPHIC SCALE
0 40 80 FT

WEST LOOP ROAD - PLAN
SCALE: HORIZ 1"=40'

| WATER LINE TABLE | | | |
|---|---|---|---|
| LINE | SIZE | LENGTH | BEARING |
| L1 | 24" | 6.15 | S78°34'21"W |
| L2 | 12" | 24.54 | S56°25'39"E |
| L3 | 12" | 4.23 | S78°34'21"W |
| L4 | 12" | 14.01 | N33°34'21"E |
| L5 | 12" | 4.23 | N11°25'39"W |
| L6 | 12" | 24.87 | N56°25'39"W |
| L7 | 24" | 5.81 | S10°25'39"E |

PRV STATION: SEE SHEET FOR DETAILS

40'X30' MUNICIPAL UNTILITY EASEMENT FOR PRV VAULT

BLOWN DETAIL FOR PRV STATION

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

KEYMAP

## LEGEND

120 LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT

### WATER

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN

STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## PROFILE

EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE
0.80%
60" MIN.
66" MIN.
24" BUTTERFLY VALVE
46.32 LF 24" PVC W.L. @ S=0.80%
144.14 LF 24" PVC WATERLINE @ S=0.80%
128.77 LF 24" PVC WATERLINE @ S=0.80%
214.52 LF 24" PVC WATERLINE @ S=0.80%
406.37 LF 24" PVC WATERLINE @ S=0.80%
8" PVC SS
450.79 LF 18" PVC SEWER @ S=0.80%
428.37 LF 18" PVC SEWER @ S=1.79%
413.36 LF 18" PVC SEWER @ S=0.40%

60" SSMH # WLR-10
STA: 123+66.16
RIM = 2513.16
INV IN 18" = 2495.44
INV OUT 18" = 2495.24

60" SSMH # WLR-9
STA: 127+94.63
RIM = 2516.59
INV IN 8" = 2503.17
INV IN 8" = 2503.26
INV OUT 18" = 2503.06

STA: 127+93.28
ELEV: 2516.38
B2 STREET CENTERLINE INTERSECTION

STA: 128+70.58
FIRE HYDRANT ASSEMBLY WITH 24x24x6 TEE AND 6" GATE VALVE
INV. IN=2510.93

STA: 127+81.67
24x24x8x8 CROSS WITH 8" GATE VALVE
INV. IN=2510.13

STA: 123+90.82
24" BUTTERFLY VALVE
INV. IN=2506.34

20 LF 12" PVC WATERLINE PRV STATION SEE SHEET PRV-1 FOR DETAILS

STA: 125+16.89

STA: 127+34.64

2520
2510
2500
2490

| 2512.23 | 2513.1 / 2512.83 | 2513.1 / 2513.03 | 2513.2 / 2513.43 | 2513.9 / 2513.83 | 2514.4 / 2514.23 | 2514.6 / 2514.63 | 2514.6 / 2515.03 | 2514.9 / 2515.43 | 2515.4 / 2515.83 | 2516.0 / 2516.23 | 2516.3 / 2516.63 | 2516.8 / 2517.03 | 2516.6 / 2517.43 | 2517.1 / 2517.83 | 2518.4 / 2518.23 | 2518.8 / 2518.63 | 2519.0 / 2519.03 | 2519.6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

123+00 124+00 125+00 126+00 127+00 128+00 129+00 130+00 131+00

WEST LOOP ROAD - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591 UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 fax (702) 369-9793 www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY YND
CHECKED BY MPB
DATE 8/30/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 122+50 - 131+50
MOHAVE COUNTY ARIZONA

SHEET UP-6
14 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S0..._UP1-UP7.dwg, 4/3/2006 3:38:06 PM, 7445



WEST LOOP ROAD
SCALE: HORIZ 1"=40'
GOLDEN VALLEY RANCH SUBDIVISION AREA 1 PHASE B
REFER TO PLANS BY TED ROBINSON
MATCHLINE STA: 139+50 SEE SHEET UP-8 FOR CONTINUATION
SEE SHEET UP-6 FOR CONTINUATION MATCHLINE STA: 131+50
WEST LOOP ROAD
SCALE: HORIZ 1"=40' VERT 1"=4'

NORTH
GRAPHIC SCALE
0 40 80 FT

KEYMAP

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 7-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 131+50 - 139+50
MOHAVE COUNTY ARIZONA

SHEET UP-7
15 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Z:\18449\dwg\Imp Plans-S0?\UP1-UP7.dwg, 4/3/2006 3:41:19 PM, 7445

NORTH

GRAPHIC SCALE



KEYMAP

**WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

GOLDEN VALLEY RANCH
GOLF COURSE
REFER TO PLANS BY
TED ROBINSON

GOLDEN VALLEY RANCH
GOLF COURSE
REFER TO PLANS BY
TED ROBINSON

PROPOSED GAS LINES SHOWN FOR
REFERENCE ONLY SEE PLANS BY
UNISOURCE ENERGY

WATER LINE JOINTS TO BE
RESTRAINED PER M.A.G.
STANDARDS

**WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDARY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 11 1/4", 22 1/2", 45", 90" BEND |
| | BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTERFLY VALVE |

**SEWER**

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

**STORM DRAIN**

| | |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" x 24" x 24" TEE
4. INSTALL 24" x 24" x 8" TEE
5. INSTALL 24" x 24" x 6" TEE
6. INSTALL 24" x 24" x 8" x 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45" BEND
9. INSTALL 24" 22.5" BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5" BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 3/4" COPPER WATER LATERAL W/ 3/4" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES
20. INSTALL (2) 4" PVC IRRIGATION SLEEVE
21. INSTALL 12" C900 PVC WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL 24" STORM DRAIN INLET
10. CONSTRUCT STORM DRAIN CROSSING PER DETAIL ON SHEET D14
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 380 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.M.L.S. 10 FEET HORIZONTALLY EACH WAY

## BASIS OF BEARINGS

NORTH 00°13'36" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FEET, UTILIZING GPS STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

## BENCHMARK

BENCHMARK: A "50 34" M.C.L.S.
ELEVATION= 2590.24'/23.97' (MAG '96)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 60 FT. NORTHWEST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPI RD., STAMPED "50 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you Overhead
1-628-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 139+50—148+50

MOHAVE COUNTY                    ARIZONA

SCALE (V) 1"=4'
SCALE (H) 1"=40'
DRAWN BY EMG
CHECKED BY WPB
DATE 8/30/05

SHEET
**UP-8**
16 OF 43 SHEETS

SCI PROJECT
18449.03.03

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

MATCHLINE STA: 148+50 SEE SHEET UP-8 FOR CONTINUATION

MATCHLINE STA: 157+50 SEE SHEET UP-10 FOR CONTINUATION

60" SSMH # WLR-4
STA: 150+50.76, 17.10' R
RIM = 2537.77
INV IN = 2526.63
INV OUT = 2526.43

STA: 30+50
100 LF IRRIGATION SLEEVES (19)

STA: 154+13.04
111.96 LF 8" PVC WATERLINE STUB & CAP FOR FUTURE USE (6)(10)(11)(12)

(19) STA: 157+50 50 LF IRRIGATION SLEEVES

WEST LOOP ROAD

PT = 151+52.45

333.63 LF 24" PVC WATERLINE R=1821.62 (1)

(1) 260.59 LF 24" PVC WATERLINE

449.24 LF 15" PVC SEWER @ S=1.10%

84.79 LF 24" PVC W.L. (2)(2)

451.02 LF 15" PVC SEWER @ S=1.10

(1) 465.79 LF 24" PVC WATERLINE

STA: 153+28.25
INSTALL FIRE HYDRANT ASSEMBLY
14.00 LF 6" PVC WATERLINE
(5)(14)(15)(17)

60" SSMH # WLR-3
STA: 155+00.00, 16.11' R
RIM = 2542.48
INV IN = 2531.77
INV OUT = 2531.57

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE
0 40 80 FT

## KEYMAP

SHINARUMP ROAD, HUALAPAI DRIVE, CHEMEHUEVI DRIVE, AQUARIUS DRIVE, RAMADA ROAD, SACRAMENTO ROAD, CENTENNIAL ROAD, NORTH

GOLDEN VALLEY RANCH GOLF COURSE
REFER TO PLANS BY TED ROBINSON

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4", 22 1/2", 45', 90' BEND |

**SEWER**

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

**STORM DRAIN**

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## PROFILE

100.00' VC
PVI STA = 157+35.63
PVI ELEV = 2544.96
A.D. = 0.20
K = 500.00

BVCS: 156+85.63
BVCE: 2544.43

STA: 157+43.62
VERT. ANGLE PT.
INV.=2538.00

EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE

60" SSMH # WLR-4
STA: 150+50.76
RIM = 2537.77
INV IN = 2526.63
INV OUT = 2526.43

60" SSMH # WLR-3
STA: 155+00.00
RIM = 2542.48
INV IN = 2531.77
INV OUT = 2531.57

STA: 153+88.30
ELEV: 2541.42
STREET CENTERLINE INTERSECTION

STA: 151+52.45

STA: 153+28.25
FIRE HYDRANT ASSEMBLY
WITH 24x24x6 TEE AND 6" GATE VALVE
INV. IN=2534.40

STA: 154+13.04
24x24x8x8 CROSS WITH 8" BUTTERFLY VALVE
INV.=2534.53

STA: 154+16.94
24" BUTTERFLY VALVE
INV.=2534.57

1.05%
68" MIN.
60" MIN.

333.63 LF 24" PVC WATERLINE @ S=1.05%
260.59 LF 24" PVC WATERLINE @ S=1.05%
84.79 LF 24" PVC WATERLINE @ S=1.05%
465.79 LF 24" PVC WATERLINE @ S=1.05%
451.05 LF 15" PVC SEWER @ S=1.10%
449.24 LF 15" PVC SEWER @ S=1.10%
451.02 LF 15" PVC SEWER @ S=1.10%

| Station | 149+00 | | 150+00 | | 151+00 | | 152+00 | | 153+00 | | 154+00 | | 155+00 | | 156+00 | | 157+00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elevations | 2535.65 | 2539.2 / 2536.18 | 2539.2 / 2536.71 | 2538.5 / 2537.23 | 2539.5 / 2537.76 | 2540.6 / 2538.28 | 2540.1 / 2538.81 | 2539.3 / 2539.33 | 2540.7 / 2539.86 | 2540.9 / 2540.38 | 2541.7 / 2540.91 | 2542.6 / 2541.43 | 2543.4 / 2541.96 | 2544.0 / 2542.48 | 2544.4 / 2543.01 | 2544.6 / 2543.53 | 2545.2 / 2544.06 | 2545.7 / 2544.59 | 2546.0 |

Elevation grid: 2520, 2530, 2540, 2550, 2560

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 6" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/30/05

KENNETH T. TAMADA 43321

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 148+50 - 157+50
MOHAVE COUNTY ARIZONA

SHEET UP-9
17 OF 43 SHEETS

SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S...\2_UP8-UP13.dwg, 4/3/2006 4:01:58 PM, 7445

MATCHLINE STA: 157+50 SEE SHEET UP-9 FOR CONTINUATION

MATCHLINE STA: 166+50 SEE SHEET UP-11 FOR CONTINUATION

GOLDEN VALLEY RANCH GOLF COURSE
REFER TO PLANS BY TED ROBINSON

## WEST LOOP ROAD - PLAN

SCALE: HORIZ 1"=40'

NORTH

GRAPHIC SCALE 0 40 80 FT

KEYMAP

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## WEST LOOP ROAD - PROFILE

SCALE: HORIZ 1"=40'
VERT 1"=4'

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE "C" STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.L.M.L. 10 FEET HORIZONTALLY EACH WAY.

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

- WATER MAIN
- 3/4" WATER METER W/ 1" COPPER WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4", 22 1/2", 45°, 90° BEND

### SEWER

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3-31-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 157+50 - 166+50
MOHAVE COUNTY ARIZONA

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/30/05

SHEET UP-10
17 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Registered Professional Engineer 43321 KENNETH T. YAMADA ARIZONA U.S.A.

Q:\18449\dwg\Imp Plans-S_UP8-UP13.dwg, 4/3/2006 3:50:47 PM, 7445

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

**SEWER**

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

**STORM DRAIN**

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/30/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 166+50 - 175+50
MOHAVE COUNTY ARIZONA

SHEET UP-11
17 OF 43 SHEETS
SCI PROJECT# 18449.03.03

J:\18449\dwg\Imp Plans-S0\UP8-UP13.dwg, 4/3/2006 3:53:03 PM, 7445

GOLDEN VALLEY RANCH GOLF COURSE
REFER TO PLANS BY TED ROBINSON
"B2" STREET
B2 STREET - PLAN
SCALE: HORIZ 1"=40'
B2 STREET - PROFILE
SCALE: HORIZ 1"=40' VERT 1"=4'
GRAPHIC SCALE
NORTH
PROPOSED GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
DATUM ELEV 2500.00

G STREET - PLAN
SCALE: HORIZ 1"=40'

G STREET - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

NORTH
GRAPHIC SCALE
40
80

KEYMAP

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISON/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |
| **WATER** | |
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |
| **SEWER** | |
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |
| **STORM DRAIN** | |
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.45391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/30/05

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

SHEET
UP-12
18 OF 43 SHEETS

SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S...\UP8-UP13.dwg, 4/3/2006 3:55:05 PM, 7445

"F" STREET
338.47 LF 8" PVC WATERLINE
STA: 29+50
100 LF IRRIGATION SLEEVES
STA: 26+41.02
24" STUB AND CAP
FUTURE CONNECTION
FOR POD 2/PHASE 1
STA: 29+20
40 LF IRRIGATION SLEEVES
STA: 29+30
IRRIGATION METER
GOLDEN VALLEY RANCH
GOLF COURSE
REFER TO PLANS BY
TED ROBINSON
STA: 154+13.04
STUB & CAP FOR FUTURE USE
NORTH
GRAPHIC SCALE
0 40 80 FT
MOBILE ROAD
WEST LOOP ROAD
NORTH
GRAPHIC SCALE
0 40 80 FT
KEYMAP
PROPOSED GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
PVI STA = 26+85.83
PVI ELEV = 2542.17
PVI STA = 30+12.81
PVI ELEV = 2541.43
PVI STA = 30+52.52
PVI ELEV = 2541.03
0.85%
-0.23%
-1.01%
83" MIN.
84" MIN.
77" MIN.
8" PVC WATERLINE @ S=0.65%
8" PVC WATERLINE @ S=0.71%
STA: 26+41.02
STUB AND CAP /
FUTURE CONNECTION
FOR POD 2 PHASE 1
INV.=2534.31
STA: 29+74.50
24" GATE VALVE
STA: 29+79.50
24x24x8x8-CROSS WITH
24" GATE VALVE
INV.=2534.53
STA: 30+91.45
STUB AND CAP /
FUTURE CONNECTION
FOR POD 2 PHASE 1
INV.=2534.61
STATION 26+25.83
END AREA 2 PHASE 1
DATUM ELEV 2515.00
2540
2530
2520
26+00
27+00
28+00
29+00
30+00
31+00
PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY
WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS
60" SSMH # WLR-13
STA: 0+93.34
RIM = 2501.39
INV IN 8" = 2487.28
INV OUT 18" = 2486.06
113.09 LF 8" PVC W.L.
@ 1.00%
STA: 1+05.39
8" 22.5' BEND
INV.=2494.06
91.54 LF 8" PVC SEWER
@ 1.00%
8" PVC SEWER
INV.=2487.28
STA: 1+84.88
STUB AND CAP FOR
FUTURE CONNECTION
INV.=2488.19
EXISTING GROUND
DATUM ELEV 2485.00
2500
2490
2+00
1+00
00

## F STREET - PLAN
SCALE: HORIZ 1"=40'

## MOBILE ROAD - PLAN
SCALE: HORIZ 1"=40'

## F STREET - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

## MOBILE ROAD - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

## SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES
1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591 UNISOURCE

## STORM DRAIN CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION [illegible]

## LEGEND
| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER
- WATER MAIN
- 3/4" WATER METER W/ 1" COPPER WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER
- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN
- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3 31 06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY, ARIZONA

SCALE (H) 1"=40' | SCALE (V) 1"=4' | DRAWN BY EMG | CHECKED BY MPB | DATE 8/30/05

SHEET UP-13, 19 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S0...\UP8-UP13.dwg, 4/3/2006 3:57:23 PM, 7445



△ = 90°, 45°, 22-1/2° OR 11-1/4°
CROSS
FIG.1
TEE OR PLUG
FIG.2
HORIZONTAL OR VERTICAL ELBOW
NO. 5 REBAR STRAP
ELBOW
FIG.4

NOTES:

1. ALL FITTINGS AND EXPOSED REBAR TO BE COATED WITH EC 244 AND WRAPPED WITH TWO LAYERS OF 6 MIL POLYETHYLENE.
2. TABLE BELOW DENOTES MINIMUM BEARING AREA OR VOLUME OF THRUST BLOCK. SPECIAL DESIGN FOR EACH INSTALLATION IS REQUIRED IF ALLOWABLE SOIL BEARING CAPACITY IS LESS THAN 3000 P.S.F.
3. PLACE CONCRETE AGAINST UNDISTURBED EARTH.
4. VERTICAL SURFACES NOT BEARING AGAINST UNDISTURBED EARTH SHALL BE FORMED.

| SIZE OF PIPE | MINIMUM BEARING AREA IN SQUARE FEET | | | | | | CUBIC YARDS OF CONCRETE | | |
|---|---|---|---|---|---|---|---|---|---|
| | FIG. 1 | FIG. 2 | FIG. 3 | | | | FIG. 4 | | |
| | | | 90° | 45° | 22-1/2° | 11-1/4° | 45° | 22-1/2° | 11-1/4° |
| 4" | | 2 | 2 | 1 | 1 | 1 | 1.0 | .5 | .5 |
| 6" | 2 | 3 | 3 | 2 | 1 | 1 | 1.5 | 1.0 | .5 |
| 8" | 2 | 5 | 6 | 3 | 2 | 1 | 2.0 | 1.0 | .5 |
| 10" | 3 | 7 | 10 | 5 | 3 | 1 | 4.0 | 2.0 | 1.0 |
| 12" | 3 | 10 | 14 | 8 | 4 | 2 | | | |
| 14" | 4 | 14 | 20 | 10 | 5 | 3 | | SPECIAL DESIGN | |
| 16" | 4 | 20 | 24 | 12 | 7 | 4 | | | |
| 18" | 5 | 24 | 30 | 16 | 10 | 5 | | | |
| 20" | 5 | 28 | 40 | 20 | 12 | 6 | | | |

## (A / DT2) THRUST BLOCK DETAILS
PUBLIC STREET
N.T.S.

W
D
6" MIN
0.6D
TYPE II OR TYPE III AGGREGATE BASE OR SAND BACKFILL SEE NOTE 4
STABLE SUBGRADE
6" MIN.
SHAPED GRANULAR FOUNDATION
FLAT GRANULAR FOUNDATION

CLASS B BEDDING (NORMAL BEDDING)

4-CONT. NO. 4
NO. 4 AT 24" O.C.
W
6" MIN
CONCRETE
1/4" D
4" MIN
STABLE SUBGRADE
BRICK OR CONCRETE BLOCK
TYPE II OR TYPE III AGGREGATE BASE OR BACKFILL
(FOR A AND B SEE TABLE 1)
BRICK OR CONCRETE BLOCK
CONCRETE CRADLE
CONCRETE CAP
CONCRETE ENCASEMENT

CLASS A BEDDING (CONCRETE BEDDING)

TABLE 1

| PIPE SIZE | B | A | PIPE SIZE | B | A |
|---|---|---|---|---|---|
| 6" | 4" | 4" | 24" | 6" | 6" |
| 8" | 4" | 4" | 27" | 7" | 6" |
| 10" | 4" | 4" | 30" | 8" | 6" |
| 12" | 4" | 4" | 33" | 8" | 6" |
| 15" | 4" | 4" | 36" | 9" | 6" |
| 18" | 5" | 5" | 39" | 9" | 6" |
| 21" | 5" | 5" | 42" | 10" | 6" |

D = OUTSIDE DIAMETER OF PIPE
W = OUTSIDE DIAMETER OF PIPE + 24" MAXIMUM

NOTES:

1. PIPE BEDDING TO BE COMPACTED TO AT LEAST 90% OF MAXIMUM DENSITY. SUBGRADE SHALL CONFORM TO RESPECTIVE ENTITY REQUIREMENTS.
2. INDICATED THICKNESS OF BEDDING MATERIAL TO BE CONSTRUCTED UNDER THE BARREL. SUBGRADE TO BE EXCAVATED TO PROVIDE 2" CLEARANCE UNDER THE BELL.
3. OTHER BEDDING METHODS MAY BE SPECIFIED OR APPROVED.
4. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY.

## (B / DT2) PIPE TRENCH BEDDING METHODS
PUBLIC STREET
N.T.S.

EXISTING PAVEMENT SURFACE
FOR PATCH WIDTH SEE NOTES 3 & 4
FOG SEAL
9" MIN.
16" MIN.
9" MIN.
SAWCUT STRAIGHT LINES PARALLEL OR PERPENDICULAR TO THE TRENCH AND APPLY TACK COAT
PERMANENT ASPHALT PATCH DEPTH TO MATCH CONTIGUOUS PAVEMENT (NOT LESS THAN 3 INCHES; IF 4 INCHES OR MORE, USE MULTIPLE LIFTS OF EQUAL THICKNESS)
PRIME COAT
95% MIN. COMPACTION (MECHANICAL COMPACTION ONLY) TYPE II OR TYPE III AGGREGATE BASE OR BACKFILL WITH CONTROLLED LOW STRENGTH MATERIAL (CLSM)
VARIES
90% MIN. COMPACTION SELECT BACKFILL OR GRANULAR BACKFILL OR BACKFILL WITH CONTROLLED LOW STRENGTH MATERIAL (CLSM) SEE NOTE 1
12" (24" IF V.C.P.) (6" IF PIPE 2" OR LESS DIAM.)
90% MIN. COMPACTION IN PIPE ZONE. TYPE II OR TYPE III AGGREGATE BASE, SAND BACKFILL OR BACKFILL WITH CONTROLLED LOW STRENGTH MATERIAL (CLSM) SEE NOTE 5
O.D. PIPE
PIPE BEDDING SEE NOTE 6
STABLE SUBGRADE

NOTES:

1. NO STONES OR LUMPS GREATER THAN 3" PERMITTED IN TRENCH 2' OR LESS IN WIDTH.
2. IF SAWCUT IS WITHIN THREE FEET OF EDGE OF EXISTING ASPHALT CONCRETE SURFACE OR OTHER PATCH, REMOVE EXISTING PAVEMENT TO THAT EDGE AND REPLACE ENTIRE SECTION.
3. PATCHES SHALL BE WIDTH (4 FEET MINIMUM) SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUTS SHALL NOT BE PLACED IN THE WHEEL PATH AREA.
4. FOR CONDUIT TRENCHES 6 INCHES WIDE OR LESS WITHIN 2 FEET OF THE CURB, PATCHES SHALL EXTEND A MINIMUM OF 4 FEET FROM LIP OF GUTTER AND PAVEMENT SHALL BE REMOVED TO CURB AND GUTTER; WIDTH SHALL BE SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUT SHALL NOT BE PLACED IN WHEEL PATH AREA.
5. TRENCH WIDTH, BEDDING, SUBGRADE AND PIPE ZONE REQUIREMENTS FOR UTILITY INSTALLATIONS SHALL CONFORM TO THE RESPECTIVE AGENCY REQUIREMENTS.
6. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY. SEE STANDARD DRAWING NO. 505 FOR PIPE BEDDING METHODS.
7. LAS VEGAS VALLEY WATER DISTRICT REQUIRES PIPE BEDDING AND BACKFILL WITHIN THE PIPE ZONE TO BE OF THE SAME MATERIAL.

## (C / DT2) TRENCH BACKFILL DETAIL
PUBLIC STREET
N.T.S.

NOTES:

1. FIRE HYDRANT INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 756 AND M.A.G. STANDARD DETAILS NO. 360 AND 361.
2. VALVE BOX INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630 AND M.A.G. STANDARD DETAIL 270 AND 391.

EXPANSION JOINT AROUND FIRE HYDRANT BARREL
36"
36"
BACK OF R/W LINE
18"
R/W
PLAN
MACHINE 3/16"-1/4" "V" GROOVE (BREAK RING)
3" MIN. & 7" MAX.
2" MIN.
#4 BAR BOTH DIRECTIONS
40" DIA. x 6" THICK CLASS B CONCRETE COLLAR (M.A.G. SECT. 725)
STD. VALVE BOX SEE M.A.G. STD. DT. 270
WEEP HOLE
4" CLASS B CONCRETE PAD (M.A.G. SECT. 725)
6" PIPE
CONCRETE THRUST BLOCK 6 CU. FT. MIN.
6" GATE VALVE WITH FLANGE TO RING-TIGHT JOINTS
2'-0"
WATER MAIN
CONCRETE THRUST BLOCK 6 CU. FT. MIN.
3/4" - 2" SIZE DRAIN BACKFILL
4'-0" DIA.
UNDISTURBED EARTH
ELEVATION

## (D / DT2) FIRE HYDRANT ASSEMBLY DETAIL
PUBLIC STREET
N.T.S.

CONC PER SPEC
PIPE OD
#4 @ 12"
#5 CONT.
6" MIN TYP ALL AROUND

## (E / DT2) CONCRETE ENCASEMENT DETAIL
NTS

DRESSER STYLE 38 FLEXIBLE COUPLING
40"
STAR TIE-ANCHOR (PE PIPE)
DUCTILE PIPE
PLAIN DUCTILE PIPE

THIS DIMENSION DETERMINED IN THE FIELD (20" MAX)
STYLE 38 DRESSER FLEXIBLE COUPLING
20"
DUCTILE PIPE
ONE END FLANGED DUCTILE PIPE

FLEXIBLE COUPLING
TIE ROD AS SPECIFIED, THREADED BOTH ENDS
36" MAX
TIE BOLT WITH DOUBLE NUT (TYP EACH SIDE)
DOUBLE HEX NUT AND WASHER (TYP EACH SIDE)
ADJACENT FL DIP PIPE FITTING OR VALVE (TYP)

## FLEXIBLE COUPLING DETAIL - A-P12 (F / DT2)
NOT TO SCALE

FLEXIBLE COUPLING
TIE ROD AS SPECIFIED, THREADED BOTH ENDS
36" MAX
TIE BOLT WITH DOUBLE NUT (TYP EACH SIDE)
DOUBLE HEX NUT AND WASHER (TYP EACH SIDE)
SEE CONNECTION DETAIL, THIS SHEET

## DOUBLE MECHANICAL JOINT

| PIPE SIZE | TIE ROD DIA | NO. TIE RODS REQ'D | TIE BOLT DIA |
|---|---|---|---|
| 8" | •" | 2 | •" |
| 10" | •" | 4 | •" |
| 12" | •" | 4 | •" |
| 14" | 1" | 4 | 1" |
| 16" | 1" | 4 | 1" |
| 18" | 1" | 6 | 1" |
| 24" | 1" | 10 | 1" |
| 36" | 1" | 20 | 1" |

NOTES:

1. PROVIDE TIE RODS WHERE FLEXIBLE COUPLING RESTRAINTS ARE SPECIFIED AND AT ALL OTHER LOCATIONS INDICATED ON THE DRAWINGS
2. ORIENT AND SPACE TIE RODS AS REQUIRED TO EVENLY DISTRIBUTE PIPE PRESSURE

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-1
38 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-SI_DT1-DT6.dwg, 4/3/2006 11:57:50 AM, 7445



REMOVABLE CONC SLABS
OPENING FOR VALVE OPERATOR CENTERED OVER OPERATOR * SEE DETAIL H DT4
INTERIOR LIFTING EYE, CENTER OVER PIPE ACCESS MANWAY
INTERIOR LIFTING EYE FOR VALVE OPERATOR.
EXTERIOR LIFTING EYE (TYP) SEE SECTION A DT4
* NOTE
ACTUAL LOCATION OF ROOF OPENING FOR VALVE BOX AND ACTUATOR EXTENSION SHALL BE DETERMINED BY CONTRACTOR, AS A FUNCTION OF THE DIMENSIONS AND CONFIGURATION OF THE ACTUAL EQUIPMENT USED ON THE PROJECT. CONTRACTOR SHALL SUBMIT SCALED SHOP DRAWING PRIOR TO POURING CONCRETE VAULT TOP SLAB.

VALVE VAULT ROOF PLAN (A / DT3)
NOT TO SCALE PL03-2 011201

1/8" PROJECTION ALL RIBS (TYP)
F-APPROX NO OF RIBS ES AND EF OF WATERSTOP
E-MIN BULB THICKNESS
D-CENTER BULB OUTSIDE DIA
B-MIN STEM THICKNESS @ CTR. BULB
C-MIN STEM THICKNESS @ OUTSIDE

| SIZE | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 6"x3/8" | 6" | 3/8" | 3/8" | 7/8" | 1/4" | 6 |

NOTES
1. MATERIAL QUALITY PER SPECIFICATIONS.
2. DIMENSION REQUIREMENTS INDICATED SHOULD BE GIVEN TO SUPPLIERS PRIOR TO PLACING ORDERS.
3. NON-ROUND CENTER BULBS SHALL HAVE A MIN OUTSIDE DIMENSION OF "D".

WATERSTOP DETAIL (B / DT3)
NOT TO SCALE PL03-3 121099

#5 DIAGONALS, EF
VAULT FLOOR
2" RADIUS (TYP)

WALL OPENING - DIAGONAL REINFORCEMENT DETAIL (C / DT3)
NOT TO SCALE PL03-4 022801

NOTES
1. CONCRETE FOR VAULT STRUCTURES SHALL BE 4000 PSI, UNLESS OTHERWISE SPECIFIED.
2. PIPE OUTLET SHALL BE SHAPED TO FIT THE SPECIFIED PIPE DIAMETER.
3. MAINTAIN A MIN CLEARANCE OF 2" OF COVER FOR REINFORCED STEEL, UNLESS OTHERWISE SPECIFIED.
4. BACKFILL LIMITS OF VAULT EXCAVATION (INCLUDING BELOW VAULT FLOOR) WITH TYPE II AGGREGATE BASE. COMPACT TO 90% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED.

DETAIL NOTES (D / DT3)
NOT TO SCALE PL03-7 022801

STANDARD INSTALLATION
3" OR 4" COMB AIR VALVE PROFILE
1" OR 2" COMB AIR VALVE PROFILE
PLAN VIEW
NOTE
ALL EXPOSED FERROUS METAL SHALL BE COATED PER SPECS SEC 09965. EXTERIOR COLOR TO BE WHITE.
DESIGNER NOTE:
USE ONLY THE APPROPRIATE DRAWING(S) AND DESCRIPTIONS FOR SELECTED SIZE OF COMBINATION AIR VALVE ASSEMBLY.

COMBINATION AIR VALVE ASSEMBLY FOR 1", 2", 3", AND 4" VALVES (E / DT3)
NOT TO SCALE PL09-1 021401

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-2
39 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-S...DT1-DT6.dwg, 4/3/2006 11:57:56 AM, 7445

3/4" ø STAINLESS STEEL BAR LIFTING EYE, TYPE 304 (TYP 4 PLACES)
SEALANT GROOVE (TYP), SEE DETAIL D/DT4
5-#5 EQUALLY SPACED
#3 @ 6" (TYP)
3/4" ø STAINLESS STEEL BAR LIFTING EYE, TYPE 304
6" I.D. OPENING DIRECTLY AND EXACTLY OVER BFV OPERATOR (SEE NOTE IN ROOF PLAN DETAIL)
REMOVABLE CONC SLAB
SEE DETAIL D/DT4
3/4" CHAMFER (TYP)
8 #7 EQUALLY SPACED
TIE TO REBAR (TYP)
VAULT WALL
BEAM
SEE DETAIL D/DT4
#15 FELT LAYER TO PREVENT BONDING IF REMOVABLE SLABS ARE CAST-IN-PLACE

## REMOVABLE CONCRETE SLAB SECTION (A/DT4)
NOT TO SCALE PL03-C 022801

PACK W/ HEMP
CLEAN, PRIME AND FILL GROOVE W/ RUBBER SEALANT (SEE SPECS)
CONTINUE GROOVE DOWN LENGTH OF SLAB

## SEALANT GROOVE DETAIL (D/DT4)
NOT TO SCALE

ASTM A307, WITH SAE GRADE 2 NUT – UNC THREADS. CADIUM PLATED FOR BURIAL OR ZINC COATED FOR ABOVE GROUND OR VAULT INSTALLATIONS.
INSULATING SLEEVE (1 REQD) EACH BOLT
INSULATING GASKET (1 REQD) SEE SPECS SEC 15225
PLATE WASHER (2 REQD) FOR EACH BOLT
INSULATING WASHER (2 REQD) FOR EACH BOLT
FLANGES

NOTES
1. TORQUE BOLTS PER INSULATING FLANGE SET MANUFACTURE'S RECOMMENDATIONS (TYP).

## INSULATING FLANGE SET DETAIL (E/DT4)
NOT TO SCALE

VALVE STEM EXTENSION
CIP
PL 1-3/8" THK STL x 1-3/8" I.D. x 5" O.D.
1/8" THK TEFLON PAD
SEE STEM GUIDE – SEE DETAIL 2
VALVE BOX
CIP BELL x PLAIN END

## GUIDE PLATE – DETAIL 1

"D" + 1/16" DIAMETER HOLE FOR INSTALLATION OF ANCHOR BOLT INTO CONCRETE PIER

DETAIL "A"

1 LAYER OF 1/4" MIN HARD RUBBER MATERIAL
"C" PLATE (TYP)
3/4" CHAMFER, ALL CORNERS
#3 @ 12" OC, EW, EF
SEE DETAIL "A"
"D" DIAMETER CADMIUM PLATED ANCHOR BOLTS W/TWO (2) HEX NUTS FOR LEVELING AFTER INSTALLATION (TYP OF 4)
NON-SHRINK GROUT
#3 @ 12" OC, EW, EF (TYP)
CONCRETE PIER, MIN 4000 PSI @ 28 DAYS COMPRESSIVE STRENGTH

FRONT VIEW SIDE VIEW

NOTE: GALVANIZE ASSEMBLY AFTER WELDING FABRICATION.

PIPE SUPPORT TABLE

| NOMINAL PIPE SIZE | A | B | C | D | E | SUPPORTING STL CYL PIPE F | SUPPORTING STL CYL PIPE G | SUPPORTING FLANGE F | SUPPORTING FLANGE G |
|---|---|---|---|---|---|---|---|---|---|
| 12" | 4" | 12" | 3/8" | 5/8" | 6" | 10" | 14" | 14" | 18" |
| 16" | 4" | 12" | 3/8" | 5/8" | 6" | 12" | 16" | 17" | 21" |
| 18" | 4" | 12" | 3/8" | 5/8" | 6" | 14" | 18" | 18" | 22" |
| 20" | 4" | 12" | 3/8" | 5/8" | 6" | 16" | 20" | 20" | 24" |
| 24" | 4" | 12" | 3/8" | 5/8" | 6" | 19" | 23" | 23" | 27" |
| 30" | 5" | 12" | 3/8" | 3/4" | 6" | 23" | 29" | 28" | 34" |
| 36" | 6" | 15" | 3/8" | 3/4" | 6" | 27" | 33" | 33" | 39" |
| 42" | 6" | 18" | 1/2" | 1" | 8" | 32" | 38" | 38" | 44" |
| 48" | 6" | 18" | 1/2" | 1" | 8" | 36" | 42" | 42" | 48" |
| 54" | 6" | 18" | 1/2" | 1" | 8" | 40" | 46" | 47" | 53" |
| 60" | 6" | 18" | 1/2" | 1" | 8" | 44" | 50" | 52" | 58" |
| 66" | 6" | 18" | 1/2" | 1" | 8" | 48" | 54" | 57" | 63" |
| 72" | 6" | 18" | 1/2" | 1" | 8" | 52" | 58" | 62" | 68" |

## PIPE SUPPORT DETAIL (B/DT4)
NOT TO SCALE

WRAP WITH (2) TWO LAYERS OF 8 MIL POLYETHYLENE SHEETS ALL AROUND (TYP)
CEMENT MORTAR COATING
PIPE
APPLY GUN GRADE ELASTOMERIC SEALANT ALL AROUND PIPE (TYP)
FOR COATING SEE SPECS
INSIDE FACE OF VAULT WALL

## WALL PENETRATION DETAIL (C/DT4)
NOT TO SCALE

2" CORPORATION STOP
BRASS CAP
4" INSULATING FLANGE SET, SEE DETAIL E/DT4
4" x 2" THREADED BRASS REDUCING FLANGE
4" STL FLANGE
4" FLG STL OUTLET
COLLAR PLATE
STEEL PIPE

## CORPORATION STOP DETAIL (F/DT4)
NOT TO SCALE PL05-5 020501

DRILL 9/16" HOLE FOR INSTALLATION OF ADHESIVE ANCHOR
ADHESIVE CARTRIDGE, HILTI HBP M12-1/2" OR APPROVED EQUAL. INSTALL CARTRIDGE PRIOR TO INSTALLATION OF SS ANCHOR ROD
FLAT BAR BRACKET, DRILL 7/8"ø x 1-1/4" LONG HOLES (TYP). SEE TABLE BELOW FOR FLAT BAR SIZE AND SPACING
1/2" x 6-1/2" SSTL ANCHOR ROD, HILTI – HAS SS12-612 OR APPROVED EQUAL. INSTALL SS ANCHOR ROD AND ADHESIVE CARTRIDGE PER MANUFACTURE'S SPECIFICATIONS
SHIM WITH SSTL WASHERS AS REQUIRED
CUT ANCHOR ROD TO ALLOW THREE (3) THREADS TO PROTRUDE FROM ANCHOR NUT AS REQUIRED

ANCHOR INSTALLATION

SEE ANCHOR INSTALLATION
VAULT WALL
LADDER RUNG

LADDER IN VAULT

SAFETY POST, BILCO MODEL-2 OR APPROVED EQUAL
7" ℄ LADDER RUNG TO INTERIOR WALL OF MANHOLE
SSTL ANCHOR ROD, SEE ANCHOR INSTALLATION
36" ID PRECAST MH RISER
36"ø MH = 115°
1'-4" LADDER RUNG
BRACKETS BENT TO INSIDE LADDER AREA AND ADJUSTED TO WALL OF MH FOR PROPER INSTALLATION

LADDER IN MANHOLE

| BRACKET SPACING TABLE | |
|---|---|
| BRACKET SPACING | FLAT BAR SIZE |
| 5'-0" TO 20'-0" OC MAX | 3" x 3/8" |
| OVER 20'-0" | 4" x 1/2" |

NOTES
1. LANDING PLATFORM REQUIRED EVERY 20'-0" OF HEIGHT OR FRACTION THEREOF FOR OPEN LADDER. FOR LADDER WITH CAGE, PLATFORM SPACING IS 30'-0" MAX (OSHA 1910.27).
2. APPROVAL OF THE ENGINEER REQUIRED FOR ANY BRACKET SPACING OVER 5'-0" OC (SEE BRACKET SPACING TABLE FOR BAR SIZE).
3. LADDER SHALL BE MADE OF MILD CARBON STEEL WITH 3/4"ø SMOOTH BAR RUNGS PLUG WELDED TO RUNNERS.
4. GALVANIZE LADDER ASSEMBLY AFTER WELDING.

## LADDER INSTALLATION DETAILS (G/DT4)
NOT TO SCALE PL05-6 022801

VALVE BOX AND COVER SEE DETAIL 1/DT1
EXIST. PAVED AREA
TYLER SLIP TYPE ADJUSTABLE RISER MODEL NO. 6855, ITEM NO. 564-A OR APPROVED EQUAL
2" SQ OPERATING NUT – SEE DETAIL 3
1-1/4"ø SOLID STEEL VALVE STEM EXTENSION
SEE GUIDE PLATE – SEE DETAIL 1
6-13/16" O.D. (6" I.D.) CIP BELL x PLAIN END
VAULT ROOF SLAB
6" DIA BLOCK OUT AS REQUIRED
SEE UNIVERSAL JOINT I/DT4
ADAPT BUTTERFLY VALVE HAND WHEEL W/2" SQ AWWA OPERATING NUT.

SECTION "A"

∠1" x 1" x 3/8"
PL 3/8" x 6-3/4" O.D. x 2-3/8" I.D.
6" ID CIP
2-3/8" I.D.
TYP 3 SIDES EA ANGLE
∠1" x 1" x 3/8"

STEM GUIDE – DETAIL 2

2" SQ AWWA OPERATING NUT
1/8" CLR
RISER
PL 3/8" x 5" DIA.

OPERATING NUT – DETAIL 3

## VALVE BOX ON VAULT DETAIL (H/DT4)
NOT TO SCALE PL05-7 020501

R = 1/8"
3/4" I.D.
3/8" STL BAR
BASE PLATE

UNIVERSAL JOINT SIDES

3/4" DIA STL BAR x 3-7/8"
3/4" DIA STL BAR x 1-9/16" (TYP OF TWO)
BASE PLATE
STD 3/4" WASHER (TYP)

JOINT CROSS

STL BASE PLATE (TYP OF TWO)
SEE UNIVERSAL JOINT SIDES (TYP OF FOUR [TWO PER BASE PLATE])

BASE PLATE

VALVE STEM EXTENSION
3/8" NC HEX BOLT W/NUT & WASHER
2" DIA STD. SCHED. 40 PIPE x 3"
PL 3/8" STL x 3-3/4" DIA TYP OF TWO, SEE JOINT CROSS AND BASE PLATE DETAILS
SEE UNIVERSAL JOINT SIDES
STL TUBE 2-1/2" SQ. x 3/16" x 2" LONG
OPENING FOR A 2" SQ OPERATING NUT W/SET SCREW

UNIVERSAL JOINT

NOTE
ASSEMBLY SHALL BE GALVANIZED AFTER WELDING.

## UNIVERSAL JOINT DETAIL (I/DT4)
NOT TO SCALE PL05-8 020501

Registered Professional Engineer, Certificate No. 43321, KENNETH T. YAMADA, ARIZONA, U.S.A.

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-3
40 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp Plans-SI _DT1-DT6.dwg, 4/3/2006 11:58:02 AM, 7445



VALVE VAULT SECTIONAL PLAN
WITH (1) VALVE AND NO TEE
NOT TO SCALE (A / DT5)

DESIGNER NOTES:

1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.
2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03-6 AND THE "PIPE LOCATION TABLE" PL03-5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

VALVE VAULT SECTION
WITH (1) VALVE AND NO TEE
NOT TO SCALE (C / DT5)

VALVE VAULT SECTIONAL PLAN
WITH (3) VALVE AND TEE
NOT TO SCALE (B / DT5)

DESIGNER NOTES:

1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.
2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03-6 AND THE "PIPE LOCATION TABLE" PL03-5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

VALVE VAULT SECTION
WITH (3) VALVE AND TEE
NOT TO SCALE (D / DT5)

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY
ARIZONA
SHEET
DT-4
41 OF 43 SHEETS
SCI PROJECT#
18449.03.03

J:\18449\dwg\Imp Plans-S0_DT1-DT6.dwg, 4/3/2006 11:58:08 AM, 7445



VALVE VAULT SECTION WITH (1) VALVE AND NO TEE

NOT TO SCALE

VALVE VAULT SECTION WITH (3) VALVE AND TEE

NOT TO SCALE

VALVE BOX AND TRAFFIC BOX INSTALLATION

NOT TO SCALE

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY
ARIZONA
SHEET
DT-5
42 OF 43 SHEETS
SCI PROJECT# 18449.03.03






© COPYRIGHT-ENGINEERED FLUID, INC.- 2006

EXTERIOR PLAN

SECTION A–A

LAP JOINT CONNECTION OF CAPSULE WALL PLATE WITH FLANGE TOP AND BOTTOM

INTERIOR PLAN

SKID PLAN

TYPICAL ANCHOR DETAIL

NOTE: ANCHOR CLIPS, ANCHOR BOLTS & NUTS BY INSTALLER

NOTE: FCA - FLANGED COUPLING ADAPTER
EPC- ELASTOMER PIPE CONNECTOR

SCALE: 1/2" = 1'-0"

ENGINEERED FLUID, INC.
P.O. DRAWER 723 * CENTRALIA, ILLINOIS 62801 * 618-533-1351

PRESSURE REDUCING STATION

GOLDEN VALLEY RANCH, AZ

JOB REF NO. 9041 DRWG. NO. P-9041-F-001.

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
PRESSURE REDUCING STATIO
MOHAVE COUNTY ARIZONA

SHEET PRV-1
1 OF 40 SHEETS
SCI PROJECT# 18449.03.03