# IMPROVEMENT PLANS
# FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# PHASE 1 MASS GRADING

## TRACT #

A PORTION OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



## ENGINEERS ESTIMATED QUANTITIES

### STREETS

| ITEM | QUANTITY AREA 1 | QUANTITY AREA 2 | QUANTITY AREA 3 | TOTAL |
|---|---|---|---|---|
| A.C. PAVEMENT | 125,230 SY | 123,380 SY | 114,700 SY | 366,410 SY |
| TYPE II AGGREGATE BASE | 144,730 SY | 178,410 SY | 138,850 SY | 464,110 SY |
| ROLL CURB | 66,330 LF | 84,520 LF | 84,430 LF | 241,930 LF |
| A CURB | 0 LF | 0 LF | 3,450 LF | 3,450 LF |
| L CURB | 0 LF | 0 LF | 4,060 LF | 4,060 LF |
| SIDEWALK | 156,800 SF | 184,110 SF | 133,160 SF | 474,070 SF |
| VALLEY GUTTER | 31,100 SF | 18,740 SF | 18,340 SF | 67,080 SF |

### GRADING QUANTITIES

| ITEM | CUT (CY) | FILL (CY) | NET (CY) |
|---|---|---|---|
| GOLF COURSE | 1,744,190 | 353,390 | 1,540,800 C |
| AREA 1 | 86,500 | 641,400 | 554,900 F |
| AREA 2 | 106,400 | 726,800 | 632,200 F |
| AREA 3 | 365,400 | 383,400 | 33,000 F |
| AREA 5/8 | 1,600 | 460,200 | 458,600 F |
| TOTALS | 5,303,800 | 3,427,800 | 194,700 F |

### STORM DRAIN

| ITEM | TOTAL |
|---|---|
| 27" RCP STORM DRAIN | 1,227 LF |
| 30" RCP STORM DRAIN | 755 LF |
| 48" RCP STORM DRAIN | 1,539 LF |
| 54" RCP STORM DRAIN | 1,453 LF |
| 4X4 RCB STORM DRAIN | 230 LF |
| 5X4 RCB STORM DRAIN | 326 LF |
| STORM DRAIN MANHOLES | 20 EA |

NOTES: 1. QUANTITIES SHOWN ARE APPROXIMATIONS ONLY,
THE CONTRACTOR SHALL BE RESPONSIBLE FOR
CALCULATING THE EXACT QUANTITIES.
2. FILL QUANTITIES ADJUSTED FOR A SHRINKAGE
FACTOR OF 8.5%

### LAND USE INFORMATION

| | AREA 1 | AREA 2 | AREA 3 |
|---|---|---|---|
| FLOOD ZONE DESIGNATION | FEMA-C,A | FEMA-C,A | FEMA-C,A |
| TOTAL ACREAGE | 189.22 ACRES | 207.33 ACRES | 413 ACRES |
| TOTAL LOTS | 898 UNITS | 834 UNITS | 413 UNITS |
| AVERAGE LOT SIZE | 7,897 S.F. | 8,973 S.F. | 9,573 S.F. |
| MINIMUM LOT SIZE | 6,486 S.F. | 6,286 S.F. | 11,346 S.F. |
| DENSITY | 4.8 DU./ACRE | 3.87 DU./ACRE | 1.84 DU./ACRE |
| LAND USAGE AND ZONING: | | | |
| CURRENT LAND USAGE | VACANT | VACANT | VACANT |
| PROPOSED LAND USAGE | SINGLE FAMILY RES. | SINGLE FAMILY RES. | SINGLE FAMILY RES. |
| PROPOSED ZONING | MASTER PLAN | MASTER PLAN | MASTER PLAN |
| COMMON ELEMENT | 5.37 ACRES | 7.78 ACRES | 2.06 ACRES |
| PARK, DRAINAGE AREAS | | | |

GEOTECHNICAL EVALUATION BY: AMERICAN SOILS ENGINEERING, LLC.
(702) 889-8817, FAX (702) 889-9614. REPORT DATED SEPT 12, 2005,
PROJ. NO. 10360-GEO

### VICINITY MAP
NTS

### SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 1 | C1 | COVER SHEET |
| 2 | N1 | GENERAL NOTES, ABBREVIATIONS, LEGEND |
| 3 | K1 | OVERALL KEY MAP |
| 4-8 | D71 TO D75 | DETAILS |
| 9-32 | A1-GR1 to A1-GR24 | AREA 1 GRADING PLANS |
| 33-83 | A2-GR1 TO A2-GR25 | AREA 2 GRADING PLANS |
| 84-85 | A3-GR1 TO A3-GR25 | AREA 3 GRADING PLANS |
| 86-94 | MG-GR1 TO MG-GR8 | AREA 5/8 MASS GRADING PLANS |

PROJECT SITE

NORTH
N.T.S.

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4550 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5030

## DEVELOPER

RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## BASIS OF BEARINGS

NORTH 00°13'25" EAST — THE WEST LINE OF THE NORTHWEST
QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE
18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY,
ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM
OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT),
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.S. "SD 30" = LATITUDE 35°09'23.40067"N,
LONGITUDE 114°07'38.55308"W (NAD '83)

HEIGHT 2466.56924ft (NAVD'88)

## BENCHMARK

BENCHMARK # "AZ7 5" M.C.S.D.
ELEVATION= 2656.46ft (NGVD '29)
CONVERSION= 2642.01ft (NAVD '88) — 2.545 = 2656.46ft (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE
STAMP MOHAVE COUNTY 1988 "RLS 10345",
LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## CONTRACTOR'S NOTE

CONTRACTOR SHALL IMMEDIATELY NOTIFY ENGINEER OF ANY
DISCREPANCY BETWEEN INFORMATION ON PLANS AND EXISTING
SITE CONDITIONS.

## SOURCE OF TOPOGRAPHY

EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. AERIAL ENGINEERING AND ASSOCIATES, INC. (AERIAL - 2' CONTOURS); DATED 12/27/04
2. AEROTECH MAPPING (AERIAL - 2' CONTOURS); DATED 1/13/05
BOTH CONTROL SURVEYS WERE DONE ON NGVD 29 AND WERE CONNECTED TO MAXIMUM BY RAISING
SURFACE ELEVATIONS A DISTANCE OF 3.546 FT BASED ON NGS-OPUS SOLUTIONS OF FAST STATIC
SURVEY OR MOHAVE COUNTY CONTROL POINT SD 30.



## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
PHASE 1 MASS GRADING PLAN
COVER

MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SHEET
C1
OF 94 SHEETS

SCI PROJECT#
18445

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PORTION OF EXCEPTIONS BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.

2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY. THE COUNTY RESERVES THE RIGHT OF SUPPLEMENTAL INSPECTION OF ALL CONSTRUCTION ACTIVITIES PERFORMED WITHIN THE COUNTY RIGHT-OF-WAY. THE CONTRACTOR SHALL NOTIFY THE COUNTY BY A COURTESY CALL PRIOR TO ENGAGING ANY MAJOR CONSTRUCTION ACTIVITIES WITHIN THE COUNTY RIGHT-OF-WAY.

3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS, HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.

4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.

5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.

6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.

7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF POTENTIAL FLOOD HAZARD FOR THE 100-YEAR STORM.

8. ANY RELOCATION, MODIFICATION, ECT., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.

9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT) BEFORE DIGGING.

10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.

11. DELETERIOUS MATERIAL AS DEEMED UNSUITABLE BY THE SOILS ENGINEER FOR USE AS COMPACTED FILL SHALL BE EXCAVATED AND REMOVED FROM THE SITE.

12. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL, PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.

13. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.

14. EXCEPT FOR THE WORK PERFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.

15. THE CONTRACTOR SHALL NOT GRADE ANY PARCELS WITH OUTSIDE PRIVATE OWNERSHIP UNTIL PERMISSION TO GRADE HAS BEEN GRANTED BY THE PROPERTY OWNER.

16. THE CONTRACTOR SHALL NOT GRADE ANY ARMY CORPS OF ENGINEERS (ACOE) 404 DESIGNATED WASHES UNTIL 404 PERMIT APPROVAL HAS BEEN GRANTED.

17. AN APPROVED GRADING PLAN SHALL BE ON THE JOB SITE AT ALL TIMES. DEVIATION FROM THE PLAN MUST BE PRECEDED BY AN APPROVED PLAN REVISION.

18. ALL EXCAVATION AND GRADING OPERATIONS CONDUCTED WITHIN THE COUNTY LIMITS SHALL CONTROL DUST BY WATERING. THE CONTRACTOR SHALL OBTAIN ALL NECESSARY DUST CONTROL PERMITS.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE, THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE        1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE, THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. WATER/SEWER SEPARATION INCLUDING SERVICE LINES WITHIN THE RIGHT-OF-WAY SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAILS 404-1 AND P/R-4-060G (LATEST REVISION), SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

4. CONTRACTOR SHALL ACQUIRE ALL A.D.E.Q. FULL NECESSARY PERMITS.

5. SEWER MAINS PIPE AND FITTINGS SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. D-3034, AND INSTALLATION DETAIL. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D3331.

6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.

7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200

9. ALL MANHOLE FRAME AND COVER SHALL CONFORM TO M.A.G. STANDARD DETAIL 422. ALL MANHOLES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 420.

10. SHARING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 625.5.1.

11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION #625. FOR MANHOLES BEING USED, THE ELEVATION DIFFERENCE BETWEEN THE INLET AND OUTLET INVERT IS 2.0'. THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR A CONCRETE FILLET/CHANNEL FROM THE INLET PIPE TO THE MANHOLE OUTLET. THE OUTLET SIDE WALLS HEIGHT SHALL BE A MINIMUM GRADE OF 2.0%, TO PROVIDE SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.0', REFER TO M.A.G. STANDARD DETAIL NO. 426.

12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "C". NOTE: SEWER SERVICE CROSSING OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER M.A.G. SPEC. DET. 441.

13. SEWER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.

14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET.

15. UTILITY FACILITIES SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED, THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE, THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE        1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE, THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

4. WATER MAIN SHALL BE PVC PIPE, CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.

   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATIONS SECTION 755.

5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 9.

6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF P/R-4-060G (LATEST REVISION), SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

7. WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 610. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A", AS INVOKED BY THE CITY OF KINGMAN.

9. ALL FITTINGS FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS SECTION 753.

10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 381.

11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 391.

12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTOR'S PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS OR NOT LISTED OR THE PLANS, SUCH AS CONCRETE THRUST BLOCKING, SAND, WHICH INCLUDE, BUT ARE NOT LIMITED TO: WATER VALVE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, CURING OF CONCRETE SHALL BE INCLUDED.

13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.

14. WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320G.

15. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-6, AND IN ACCORDANCE WITH A.D.E.Q. SECTION 610-14 FOR DUCTILE IRON PIPE.

16. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.

17. UTILITY FACILITIES SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED, THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## STREET

ALL CONSTRUCTION SHALL CONFORM WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS

1. ALL COUNTY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 340. FOR ALL WATER AND SEWER TRENCHES. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE, THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE        1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE, THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. ALL BACKFILL, PAVEMENT AND SURFACE REPLACEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 200-1 AND M.A.G. STANDARD SPECIFICATION SECTION 336. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.

4. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301. M.A.G. SPECIFICATION 225 FOR MATERIAL AND M.A.G. STANDARD SPECIFICATION 301 FOR SUBGRADE PREPARATION.

5. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.

6. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.

7. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.

8. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 3A3.

9. CONCRETE CURBS AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.

10. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO.230 & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.

11. ALL CONCRETE CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. 725 SPECIFICATION, SECTION 505.

12. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY. IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.

13. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS APPROVED BY THE COUNTY ENGINEER.

14. NO PAVING IDENTIFICATION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED PAVED AREA.

15. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY COUNTY INSPECTION.

16. NO JOB SHALL BE CONSIDERED COMPLETED UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS AND SURFACE VISIBLE ALL THE INSTALLED.

17. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND SHOWN ON RECORD DRAWINGS.

18. ALL WATER VALVES, SEWER OR WATER MANHOLES, OR OTHER BOXES WILL BE ADJUSTED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

19. EXISTING STREET AND TRAFFIC SIGNS SHALL BE MAINTAINED DURING CONSTRUCTION AND PRESERVED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.

20. THE GENERAL CONTRACTOR SHALL BE RESPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE LATEST EDITION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## STORM WATER POLLUTION PREVENTION PLAN

DATED SEPTEMBER, 2005 AND PREPARED BY
STANLEY CONSULTANTS, INC.
3800 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 365-9395

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC
DATED: 10 SEPTEMBER 05
PROJECT No.: 1065-010

## DRAINAGE REPORT

DATED APRIL, 2005 AND PREPARED BY:
STANLEY CONSULTANTS, INC.
3800 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 365-9395

## FEMA FLOOD ZONE

FEMA MAP PANEL NO. 040086 2335C
MAP UPDATED: OCT 20, 2000

A PORTION OF THIS PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X". WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERS NOTES

1. CONSTRUCTION ADHERENCE NOTE: THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY; THAT THIS REQUIREMENT SHALL BE MADE TO APPLY CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THE PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.

2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.

3. ADD 2400' TO ALL ELEVATIONS ± 5900' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.

4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.

5. SEE GOLF COURSE PLANS BY TED ROBINSON FOR GOLF COURSE GRADING.

6. SEE OFF-SITE ROADWAY IMPROVEMENT PLANS BY STANLEY CONSULTANTS FOR PERIMETER ROAD GRADING.



### LEGEND / ABBREVIATIONS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10/18/05

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.


Call before you Dig
1-800-782-5348

Call before you Overhead
1-978-753-5591

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
PHASE I MASS GRADING PLAN

MOHAVE COUNTY        ARIZONA

Stanley Consultants INC.

SCALE (V): NONE
SCALE (H): NONE
DRAWN BY: DB/SH
CHECKED BY: DB/SH
DATE: 10-18-05

SHEET
NOTES
2 OF 94 SHEETS
SCI PROJECT#
18445





NORTH

1"=500'

KEY MAP
SCALE 1"=500'

VICINITY MAP
NTS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
PHASE I MASS GRADING PLAN
KEY MAP
MOHAVE COUNTY    ARIZONA

SHEET
K1

3  OF  94  SHEETS

SCI PROJECT#
18445





**A** — TYPICAL LOCAL STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

**B** — TYPICAL AREA 2 ENTRY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

**C** — TYPICAL COLLECTOR STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



**D** — TYPICAL ALLEY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

**E** — TYPICAL AREA 3 ENTRY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



**F** — TYPICAL AREA 3 COLLECTOR STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.





REMOVABLE BOLLARD DETAIL
N.T.S.



**G** — DRAINAGE EASEMENT
TO BE PRIVATELY MAINTAINED
N.T.S.

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY: AMERICAN SOILS
ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**BASIS OF BEARING:**

NORTH 00°13'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER
(NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 56 WEST, GILA &
SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE,
INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS
PROCESSED BY NGS-OPUS.

**BENCHMARK:**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION 3360.34073 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF
THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE
INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1988
RLS 10244."

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
PHASE I MASS GRADING PLAN
DETAILS

MOHAVE COUNTY    ARIZONA

SHEET
**DT1**
4 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



### FUTURE AZTEC ROAD STREET SECTION *
PUBLIC / PRIVATE UTILITY EASEMENT
N.T.S.

* AZTEC ROAD IMPROVEMENTS TO BE PART OF
OFF-SITE ROADWAY IMPROVEMENT PACKAGE
PREPARED BY STANLEY CONSULTANTS

### FUTURE CLUBHOUSE ROAD STREET SECTION *
PUBLIC / PRIVATE UTILITY EASEMENT
N.T.S.

* CLUBHOUSE ROAD IMPROVEMENTS TO BE PART OF
OFF-SITE ROADWAY IMPROVEMENT PACKAGE
PREPARED BY STANLEY CONSULTANTS

### FUTURE LOOP ROAD STREET SECTION *
PUBLIC
N.T.S.

* LOOP ROAD IMPROVEMENTS TO BE PART OF
OFF-SITE ROADWAY IMPROVEMENT PACKAGE
PREPARED BY STANLEY CONSULTANTS

### FUTURE LOOP ROAD WEST STREET SECTION *
STA 153+81 TO STA 172+24
PUBLIC
N.T.S.

* LOOP ROAD IMPROVEMENTS TO BE PART OF
OFF-SITE ROADWAY IMPROVEMENT PACKAGE
PREPARED BY STANLEY CONSULTANTS

### FUTURE LOOP ROAD EAST STREET SECTION *
STA 75+19 TO STA 192+55
PUBLIC
N.T.S.

* LOOP ROAD IMPROVEMENTS TO BE PART OF
OFF-SITE ROADWAY IMPROVEMENT PACKAGE
PREPARED BY STANLEY CONSULTANTS

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON
ADDITIONAL R-VALUE TESTS PERFORMED DURING
CONSTRUCTION OF THE ACTUAL SUBGRADE
MATERIALS AND TRAFFIC INFORMATION.

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY: AMERICAN SOILS
ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GE0

**BASIS OF BEARINGS**
NORTH 00°13'28" EAST — THE WEST LINE OF THE NORTHWEST QUARTER
(NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA &
SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE,
INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS
PROCESSED BY NGS-OPUS.

M.C.S.D. "50 33" =      LATITUDE 35°08'20.70034"N,
                        LONGITUDE 114°09'21.07240"W (NAD '83)
                        HEIGHT 0360.463491ft (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE 35°06'53.53857"N,
                        LONGITUDE 114°10'30.72381"W (NAD '83)
                        HEIGHT 0489.204569ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "50 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 65 FT NORTHEAST OF
THE SOUTH 1/4 CORNER OF SEC. 26, T. 21 N., R.18 W, AND THE
INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "50 34 1999
RLS 10243."

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
Dig
1-800-782-5348
(underground)

Call
before you
Overhead
1-928-753-5681

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY          ARIZONA

PHASE I MASS GRADING PLAN
DETAILS

SCALE (V) NONE
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY SH/DB
DATE 10-11-05

SHEET
**DT2**
5 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**J** SIDE YARD CORNER LOT SECTION WITH RETAINING
N.T.S.



**K** SIDE YARD CORNER LOT SECTION NO RETAINING
N.T.S.



**L** SIDE YARD CORNER LOT SECTION AT COLLECTOR WITH RETAINING
N.T.S.



**M** SIDE YARD CORNER LOT SECTION AT COLLECTOR – NO RETAINING
N.T.S.



**N** REAR / SIDE YARD SECTION WITH RETAINING
N.T.S.



**O** SIDE YARD SECTION - NO RETAINING
N.T.S.



**P** REAR YARD SECTION WITH SCARP
N.T.S.



**Q** REAR YARD SECTION AT GOLF COURSE / OPEN SPACE
N.T.S.



**R** REAR YARD SECTION AT PERIMETER STREET
N.T.S.



**S** REAR YARD SECTION AT PERIMETER BOUNDARY
N.T.S.



TRANSITION FROM TYPE "A" CURB TO ROLL CURB AND GUTTER
NTS



TYPICAL SETBACKS FOR ALL LOTS
NTS

* SIDE SETBACK TO BE 15' FOR CORNER LOT

PLAN

PROFILE

SECTION A-A

CURB CUT FOR DRAINAGE
NTS



TYPICAL LOT GRADING
N.T.S.

1. SLOPE FROM REAR TO SWALE
2. SLOPE FROM HOUSE TO SWALE
3. SLOPE FROM HOUSE TO SIDE SWALE
4. SIDE SWALE (MINIMUM 0.5%)
5. SLOPE FROM HOUSE TO SIDEWALK
6. SLOPE OF STREET

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**BASIS OF BEARINGS**
NORTH 00°13'36" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 00, TOWNSHIP 20 NORTH, RANGE 16 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "90 32" =    LATITUDE 35°59'23.70534"N,
                      LONGITUDE 114°09'21.67246"W (NAD '83)
                      HEIGHT 2563.462891ft. (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 35°58'53.53365"N,
                      LONGITUDE 114°07'50.72098"W (NAD '83)
                      HEIGHT 3486.304589ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "90 34" M.C.S.D.
ELEVATION = 2580.34273.177 (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 88 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "90 34 1998 RLS 10343.



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 FAX (702) 369-9793
www.stanleygroup.com

SCALE (V) NONE
SCALE (V) NONE
DRAWN BY: CA/RM
CHECKED BY: SH/DB
DATE: 10-18-05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

ARIZONA

PHASE I MASS GRADING PLAN
DETAILS

MOHAVE COUNTY

SHEET
**DT3**
6 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05













STANDARD DETAIL
ENGLISH
SIDEWALK RAMPS — TYPE "D"

DETAIL NO. 234 | REVISED | DETAIL NO. 234



STANDARD DETAIL
ENGLISH
SCUPPERS

DETAIL NO. 203 | REVISED | DETAIL NO. 203



PLAN

PROFILE

SECTION A-A

CURB CUT FOR DRAINAGE
NTS



STANDARD DETAIL
ENGLISH
DRIVEWAY ENTRANCES

DETAIL NO. 250 | REVISED | DETAIL NO. 250



STANDARD DETAIL
ENGLISH
PRE-CAST CONCRETE SEWER MANHOLE

DETAIL NO. 420-1 | REVISED 01-01-2001 | DETAIL NO. 420-1



DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Utah utility underground
utils line. Plus 8-1-1

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-783-5891

GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 1 SEPTEMBER 05
PROJECT NO: 1060-GEO

BASIS OF BEARINGS

BENCHMARK



Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
DETAILS

MOHAVE COUNTY    ARIZONA

SHEET
DT5
8 OF 94 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =   LATITUDE  35°08'23.70034"N,
                      LONGITUDE 114°09'21.57240"W (NAD '83)
                      HEIGHT 2582.46291ft (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE  35°08'35.53365"N,
                      LONGITUDE 114°10'30.72281"W (NAD '83)
                      HEIGHT 2466.20466ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 3" DIA, SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT #: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLANS FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | = DRIVEWAY |
| = HIGH POINT SWALE DIRECTION |
| = EXISTING GRADE |
| = FUTURE GRADE |
| = TOP OF RET. WALL/TOP OF FOOTING |
| = PAD HIGH POINT ELEVATION |
| = FLOWLINE ELEVATION |
| = CENTERLINE FINISHED GRADE ELEVATION |
| = TOP OF CURB ELEVATION |
| = FINISHED GRADE ELEVATION |
| = RATE & DIRECTION OF SLOPE |
| = TOP OF CURB STATIONING |
| = RETAINING WALL |
| = PERIMETER BLOCK WALL |
| = PROPERTY LINE |
| = GRADE BREAK |
| = EASEMENT LINE |
| = CENTER LINE |
| = EXISTING LINE |
| = FUTURE LINE |
| = SCARP |
| = FINISHED FLOOR ELEVATION |
| = PAD ELEVATION |
| = EXISTING CONTOUR |
| = LOT NUMBER |
| = SWALE |
| = SUBDIVISION/UNIT BOUNDARY |
| = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| = CURB, GUTTER, AND SIDEWALK |
| = S/W RAMP |
| D.E. = DRAINAGE EASEMENT |
| P.A.E. = PUBLIC ACCESS EASEMENT |
| P.U.E. = PRIVATE UTILITY EASEMENT |

WEST LOOP ROAD

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you dig
Overhead
1-928-753-5591

## Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 1

MOHAVE COUNTY          ARIZONA

SCALE (V) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/RW
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A1-GR1

9 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A1-GR4





NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 257A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) (SEE DETAIL, SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°17'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS—OPUS.

M.C.S.D. "SD 32" =
LATITUDE 35°09'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 2/3 =
LATITUDE 35°08'55.53296"N,
LONGITUDE 114°10'39.73356"W (NAD '83)
HEIGHT 2466.20406ft, (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2562.44273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 53 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT NO.: 1080—GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "D", WHICH IS OUTSIDE THE AREA OF THE 500 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2450' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
STA 10+04.89 - TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
(FF) 49.50 - FINISHED FLOOR ELEVATION
(PAD) 48.5 - PAD ELEVATION
- EXISTING CONTOUR
73 - LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
D.E. - DRAINAGE EASEMENT
P.A.E. - PUBLIC ACCESS EASEMENT
P.U.E. - PRIVATE UTILITY EASEMENT

WEST LOOP ROAD

FOR CONTINUATION SEE SHEET A1-GR4

FOR CONTINUATION SEE SHEET A1-GR8

## DISCLAIMER NOTE

Call before you Dig

Call before you dig Overhead

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 3

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY DB
DATE 10-18-05

SHEET
A1-GR3
11 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05







NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

### CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT9
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 353 (SEE DETAIL SHEET DT9)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

### BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 34" =      LATITUDE 35°09'22.70034"N
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2545.14581FT. (NAVD'88)

STONE 1/4 COR 2/2 =     LATITUDE 35°08'55.53857"N
                        LONGITUDE 114°13'30.72281"W (NAD '83)
                        HEIGHT 2498.20458FT. (NAVD'88)

### BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION 2992.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. #8 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 25, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 16343."

### GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

### FEMA FLOOD ZONE

FEMA MAPS, PANEL NO. 040Q58 3325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THIS PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE LIMITS OF THE 100-YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

### NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 100' ON LAND 1 GRADING PLANS TO GET ACTUAL ELEVATION.

### LEGEND

| | |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| | FINISHED FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 3 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| | DRAINAGE EASEMENT |
| | PUBLIC ACCESS EASEMENT |
| | PRIVATE UTILITY EASEMENT |

STA. 104+24.99

FF  49.50
PAD 48.8

73

D.E.
P.A.E.
P.U.E.

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 5

SHEET
A1-GR5

13 OF 94 SHEETS

SCALE (H) 1" = 40'
SCALE (V) NONE

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE CONTRACTOR ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig

Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**CONSTRUCTION NOTES**

① 24" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET D74 (SEE DETAIL SHEET D74)

② 54" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET D74)

③ 3" CURB TRANSITION PER DETAIL ON SHEET D73

④ CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET D74)

⑤ VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET D74)

⑥ DROP CURB PER DETAIL ON SHEET D75

⑦ SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET D73)

⑧ 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET D74)

⑨ TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

**BASIS OF BEARINGS**

NORTH 00°12'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57340"W (NAD "83) HEIGHT 2362.46301'(NAVD"88)

STONE 1/4 COR 2/3 = LATITUDE 35°08'56.53486"N, LONGITUDE 114°07'30.72391"W (NAD "83) HEIGHT 2465.2045911 (NAVD"88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2540.24373 IFT (NAVD "88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 26, T. 21 N., R.18. W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATES: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAPS PANEL NO. 040058 3329C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE LIMITS OF THE 100-YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2480' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE CONTRACTOR ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 6
MOHAVE COUNTY    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CA/RM
CHECKED BY: SH/DB
DATE: 10-18-05

SHEET
A1-GR6
14 OF 94 SHEETS
SCI PROJECT#
18449

**PRELIMINARY ISSUE FOR REVIEW**
**NOT FOR CONSTRUCTION 10-18-05**

GOLF COURSE HOLE NO. 12

GOLF COURSE HOLE NO. 11

GOLF COURSE HOLE NO. 11

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

FOR CONTINUATION SEE SHEET A1-GR2

FOR CONTINUATION SEE SHEET A1-GR1

FOR CONTINUATION SEE SHEET A2-GR5

FOR CONTINUATION SEE SHEET A1-GR5



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 3" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB FOR N.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB FOR N.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

## BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 40, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 33" = LATITUDE 35°09'23.70634"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2352.46361FT (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53285"N,
LONGITUDE 114°12.30.73281"W (NAD '83)
HEIGHT 2466.20468FT (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24073 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 89 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 38, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 03 PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040000 3325C MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

WEST LOOP ROAD (PUBLIC)

FOR CONTINUATION SEE SHEET A1-GR9

FOR CONTINUATION SEE SHEET A1-GR13

FOR CONTINUATION SEE SHEET A1-GR13

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Dig
Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 7

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/PM
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A1-GR7
15 OF 94 SHEETS
SCI PROJECT# 18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.



KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET GT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) SEE DETAIL SHEET GT3
3. 5" CURB TRANSITION PER DETAIL ON SHEET GT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET GT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET GT4)
6. DROP CURB PER DETAIL ON SHEET GT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 353 (SEE DETAIL SHEET GT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET GT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.G.S. "SD 32" =     LATITUDE 35°09'23.70024"N
                       LONGITUDE 114°09'21.57240"W (NAD '83)
                       HEIGHT 2580.46381ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'55.53367"N
                       LONGITUDE 114°07'35.73391"W (NAD '83)
                       HEIGHT 2489.25448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2500.24273 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.14 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT NO.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAPS PANEL NO. 040208 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| | FINISHED FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | S-FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| D.E. | DRAINAGE EASEMENT |
| P.A.E. | PUBLIC ACCESS EASEMENT |
| P.U.E. | PRIVATE UTILITY EASEMENT |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Overhead

1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 8

ARIZONA    MOHAVE COUNTY

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CA/TM | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

SHEET
A1-GR8
16 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.



A1-GR9

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET ST4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 330 (TYPE A) (SEE DETAIL SHEET ST4)
3. 5" CURB TRANSITION PER DETAIL ON SHEET ST3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET ST4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET ST4)
6. DROP CURB PER DETAIL ON SHEET ST9
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 353 (SEE DETAIL SHEET ST5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET ST4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

— DRIVEWAY

— HIGH POINT SWALE DIRECTION

— EXISTING GRADE

— FUTURE GRADE

— TOP OF RET WALL/TOP OF FOOTING

— PAD HIGH POINT ELEVATION

— FLOWLINE ELEVATION

— CENTERLINE FINISHED GRADE ELEVATION

— TOP OF CURB ELEVATION

— FINISHED GRADE ELEVATION

— RATE & DIRECTION OF SLOPE

— TOP OF CURB STATIONING

— RETAINING WALL

— PERIMETER BLOCK WALL

— PROPERTY LINE

— GRADE BREAK

— EASEMENT LINE

— CENTER LINE

— EXISTING LINE

— FUTURE LINE

— SCARP

— FINISHED FLOOR ELEVATION

— PAD ELEVATION

— EXISTING CONTOUR

73 — LOT NUMBER

— SWALE

— SUBDIVISION/UNIT BOUNDARY

— 5 FT TRANSITION

— CURB, GUTTER, AND SIDEWALK

— S/W RAMP

D.E. — DRAINAGE EASEMENT
P.A.E. — PUBLIC ACCESS EASEMENT
P.U.E. — PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =     LATITUDE 35°09'23.10034"N,
                      LONGITUDE 114°09'21.57240"W (NAD '83)
                      HEIGHT 2063.4636"IF (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 35°05'25.53950"N,
                      LONGITUDE 114°12'32.72256"W (NAD '83)
                      HEIGHT 2466.20466IF (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24233 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1988 RLS 10343".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040000B 2320C
MAP UPDATED: OCT. 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500'. SEE AREA 1 GRADING PLANS TO SEE ACTUAL ELEVATION.

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348
Overhead
Call
before you
1-928-753-5591

## Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 9
ARIZONA
MOHAVE COUNTY

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A1-GR9
17 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 230 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER N.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALL SCUPPER PER M.A.G. STANDARD DETAIL NO. 353 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER N.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°12'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 00, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.S.D. "00 33" =      LATITUDE 35°08'22.70034"N
                        LONGITUDE 114°09'21.57242"W (NAD '83)
                        HEIGHT 2390.4608FOR  (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE 35°09'35.63065"N
                        LONGITUDE 114°13'33.72365"W (NAD '83)
                        HEIGHT 2466.30498FT (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" W.C.S.D.
ELEVATION= 2560.24212 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 30, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 10243".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 06
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2225C
MAP UPDATE: OCT 30, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "O", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| | FINISHED FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 3 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| | CURB, GUTTER, AND SIDEWALK |
| D.E. | DRAINAGE EASEMENT |
| P.A.E. | PUBLIC ACCESS EASEMENT |
| P.U.E. | PRIVATE UTILITY EASEMENT |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig

Call
before you
Overhead
1-928-753-5591

Stanley Consultants INC.

| | |
| SCALE (V) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CA/RW | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 10
MOHAVE COUNTY
ARIZONA

SHEET
A1-GR10
18 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A1-GR5
FOR CONTINUATION SEE SHEET A1-GR9
FOR CONTINUATION SEE SHEET A1-GR11
FOR CONTINUATION SEE SHEET A1-GR16



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A1-GR11

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. D17A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A)(SEE DETAIL SHEET DT6)
3. 3' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT9
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT. TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT

D.E.  DRAINAGE EASEMENT
P.A.E.  PUBLIC ACCESS EASEMENT
P.U.E.  PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =  LATITUDE 35°05'23.70634"N,
LONGITUDE 114°09'21.57974"W (NAD '83)
HEIGHT 2563.4538FT. (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°06'55.53365"N,
LONGITUDE 114°12'32.72235"W (NAD '83)
HEIGHT 2485.2046BFT. (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24272 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 10345"

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 06
PROJECT NO.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2320C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 550' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348
1-928-753-5591

Call before you
Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 11
MOHAVE COUNTY  ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/TM
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A1-GR11

19 OF 94 SHEETS

SCI PROJECT#
18449

FOR CONTINUATION SEE SHEET A1-GR10
FOR CONTINUATION SEE SHEET A1-GR12










**KEYMAP**
N.T.S.

**CONSTRUCTION NOTES**

**LEGEND**

**BASIS OF BEARINGS**

**BENCHMARK**

**GEOTECHNICAL NOTE**

**FEMA FLOOD ZONE**

**NOTE:**

**DISCLAIMER NOTE**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 14

MOHAVE COUNTY        ARIZONA

Stanley Consultants INC.

SHEET
**A1-GR14**
22 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A1-GR20



NORTH



GRAPHIC SCALE

( IN FEET )
1 inch = 60 ft.

KEYMAP
N.T.S.



**CONSTRUCTION NOTES**

**LEGEND**

**BASIS OF BEARINGS**

**BENCHMARK**

**GEOTECHNICAL NOTE:**

**FEMA FLOOD ZONE**

**NOTE:**

**DISCLAIMER NOTE**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 15

Stanley Consultants INC.

SHEET
A1-GR15

23 OF 84 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft

**KEYMAP**
N.T.S.




A1-GR16

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET D74
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET D76)
3. 2" CURB TRANSITION PER DETAIL ON SHEET D73
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET D74)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET D74)
6. DROP CURB PER DETAIL ON SHEET D75
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET D75)
8. 24" RIBBON CURB FOR N.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET D74)
9. TYPE A SINGLE CURB PER N.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = GRADE & DIRECTION OF SLOPE |
| STA. 104+24.80 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| FF 48.50 | = SCARP |
| FF 48.50 | = FINISHED FLOOR ELEVATION |
| PAD 48.0 | = PAD ELEVATION |
| 73 | = EXISTING CONTOUR |
| | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 3 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 30 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.S.D. "SD 32" =     LATITUDE 35°08'23.70634"N,
                       LONGITUDE 114°09'21.07614"W (NAD '83)
                       HEIGHT 2582.48361ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°09'05.53367"N,
                       LONGITUDE 114°12'20.72281"W (NAD '83)
                       HEIGHT 2498.35408ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" W.C.S.D.
ELEVATION= 2690.84372 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 06
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040028 2320C
MAP UPDATE: OCT. 03, 2003

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE!**
ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY SH/DB
DATE 10-18-05

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 PH (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 16

MOHAVE COUNTY          ARIZONA

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIG
1-800-782-5348

Call before you Overhead
1-928-753-5591

**SHEET**
A1-GR16
24 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

CONSTRUCTION NOTES

LEGEND

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

NOTE!

DISCLAIMER NOTE

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 17
MOHAVE COUNTY    ARIZONA

SHEET
A1-GR17
25 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.



KEYMAP
N.T.S.

A1-GR18

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET 374
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET D76)
3. 3" CURB TRANSITION PER DETAIL ON SHEET D73
4. CONCRETE SIDEWALK PER M.A.G STANDARD DETAIL NO. 230 (SEE DETAIL SHEET D76)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET D76)
6. DROP CURB PER DETAIL ON SHEET 379
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET D76)
8. 24" RIBBON CURB FOR N.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET D76)
9. TYPE A SINGLE CURB PER N.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| ———→ | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| | FINISHED FLOOR ELEVATION |
| | PAD ELEVATION |
| 73 | EXISTING CONTOUR |
| | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | & FT TRANSITION ("T" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | R/W RAMP |
| | DRAINAGE EASEMENT |
| | PUBLIC ACCESS EASEMENT |
| | PRIVATE UTILITY EASEMENT |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.S.D "SD 32" =     LATITUDE 35°09'23.70624"N,
                      LONGITUDE 114°09'21.57242"W (NAD '83)
                      HEIGHT 2563.4636Ift (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 35°09'55.53365"N,
                      LONGITUDE 114°07'30.72351"W (NAD '83)
                      HEIGHT 2548.2540ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" W.C.S.D.
ELEVATION= 2590.24273 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 89 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD. STAMPED "SD 34 1989 RLS 10243"

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2335C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2450' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 phone (702) 369-9793 fax
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 18

MOHAVE COUNTY            ARIZONA

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CA/RM | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

SHEET

A1-GR18

26 OF 94 SHEETS

SCI PROJECT# 18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05







