





KEYMAP
N.T.S.

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER N.A.O. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

D.E.   = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT
DTC    = DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**

NORTH 00°13'28" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.O. "SD 37" =  LATITUDE 35°09'32.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2563.46591ft. (NAVD'88)

STAKE 1/4 COR 3/2 =  LATITUDE 35°08'55.53365"N,
LONGITUDE 114°07'30.72385"W (NAD '83)
HEIGHT 2498.2054ft. (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243"

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 040009 3220C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION

WEST LOOP ROAD

GOLF COURSE HOLE NO. 13

GOLF COURSE HOLE NO. 12

B2 STREET

PROPERTY LINE

RIGHT-OF-WAY

FOR PERIMETER ROAD GRADING
SEE RHODES GOLDEN VALLEY RANCH WEST LOOP RD IMP. PLANS
BY STANLEY CONSULTANTS INC.

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

FOR CONTINUATION SEE SHEET A2-GR2

FOR CONTINUATION SEE SHEET A2-GR6

SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS BY STANLEY CONSULTANTS        FOR CONTINUATION SEE A2-GR6

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 1

MOHAVE COUNTY          ARIZONA

| SCALE (H) 1"=40' | SCALE (V) N/A | DRAWN BY GA | CHECKED BY SH/DB | DATE 10-18-05 |
|---|---|---|---|---|

**SHEET**

A2-GR1

33 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

GOLF COURSE
HOLE NO.
13

WEST LOOP ROAD

FOR PERIMETER ROAD GRADING
SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS
BY STANLEY CONSULTANTS INC.

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE
HOLE NO.
13

GOLF COURSE
HOLE NO.
3

A1 STREET

FOR CONTINUATION SEE SHEET A2-GR1

FOR CONTINUATION SEE SHEET A2-GR3

FOR CONTINUATION SEE SHEET A2-GR3

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 [SEE DETAIL SHEET DT5]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.G.S.D. "SD 37" =    LATITUDE 35°09'23.70034"N,
                      LONGITUDE 114°09'21.57242"W (NAD '83)
                      HEIGHT 2083.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 34°08'55.63365"N,
                      LONGITUDE 114°07'33.72256"W (NAD '83)
                      HEIGHT 2498.20456ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" A.C.S.D.
ELEVATION= 2550.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT NO.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAPS, PANEL NO. 040028 2225C
MAP DATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION
  (CURB TO ROLL / CURB)
- CURB, GUTTER, AND SIDEWALK
- 5/4' RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

D.E.
P.A.E.
P.U.E.
DTC

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348
Call
before you
Overhead
1-928-753-5591

## Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Phone (702) 369-9315 Fax
www.stanleygroup.com

SCALE (V) 1"=40'
SCALE (V) N/A
DRAWN BY: CA
CHECKED BY: SH/DB
DATE: 10-18-05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 2

MOHAVE COUNTY          ARIZONA

SHEET
A2-GR2
34 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. D17A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION
- 5 FT TRANSITION (1 FOOT CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PRIVATE UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.G.S.D. "SD 37" =       LATITUDE 35°09'22.70034"N,
                         LONGITUDE 114°09'21.57242"W (NAD '83)
                         HEIGHT 2082.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =      LATITUDE 35°08'55.53365"N,
                         LONGITUDE 114°12'30.72336"W (NAD '83)
                         HEIGHT 2408.2045811 (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" N.G.S.D.
ELEVATION= 2590.24123 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 15 SEPTEMBER 05
PROJECT No.: 1069-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040208 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

NOTE:
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

call utility companies 1-800-782-5348

**Call before you dig**

**Call before you dig**
Overhead
1-928-753-5591

**PRELIMINARY ISSUE FOR REVIEW**
**NOT FOR CONSTRUCTION 10-18-05**

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 4

MOHAVE COUNTY          ARIZONA

SHEET
**A2-GR4**
36 OF 94 SHEETS

SCI PROJECT#
18449

SCALE (V) 1"=40'
SCALE (V) N/A
DRAWN BY QA
CHECKED BY SH/DB
DATE 10-18-05

### Text within plan area

FOR CONTINUATION SEE SHEET A2-GR9

FOR PERIMETER ROAD GRADING
SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS
BY STANLEY CONSULTANTS INC.

WEST LOOP ROAD

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE
HOLE NO. 14

GOLF COURSE
HOLE NO. 15

GOLF COURSE
HOLE NO. 15

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE

FOR CONTINUATION SEE SHEET A2-GR10



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT5]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5.17 TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP

D.E. - DRAINAGE EASEMENT
P.A.E. - PUBLIC ACCESS EASEMENT
P.U.E. - PRIVATE UTILITY EASEMENT
DTC - DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =
LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2582.6636Ift (NAVD'88)

STONE 1/4 COR 3/2 =
LATITUDE 35°08'55.63365"N,
LONGITUDE 114°12'20.72281"W (NAD '83)
HEIGHT 2468.20448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIG
1-800-782-5348

Call before you Overhead
1-928-753-5591

WEST LOOP ROAD

FOR PERIMETER ROAD GRADING
SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS
BY STANLEY CONSULTANTS INC.

FOR CONTINUATION SEE SHEET A2-GR4

FOR CONTINUATION SEE SHEET A2-GR6

FOR CONTINUATION SEE SHEET A2-GR11

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE
HOLE NO.
15

RIGHT-OF-WAY

PROPERTY LINE

## Title Block

Stanley Consultants INC.
5620 N. Kolb Avenue, Suite 200
Las Vegas, Nevada 89118
(702) 369-9396 FAX (702) 369-9793
www.stanleyconsultants.com

SCALE (V) 1"=40'
SCALE (V) N/A
DRAWN BY: CA
CHECKED BY: SH/DB
DATE: 10-18-05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 5

MOHAVE COUNTY                    ARIZONA

SHEET
A2-GR5

37 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 330 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION (*L* CURB TO *HIGH* CURB)
- CURB, GUTTER, AND SIDEWALK
- 5/8' RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.G.S. "SD 32" =    LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2563.4639 IFT (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'35.53365"N,
LONGITUDE 114°12'20.72236"W (NAD '83)
HEIGHT 2468.2044 IFT (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" W.C.S.D.
ELEVATION= 2550.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

## GEOTECHNICAL NOTE:

ALL IMPROVEMENTS SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040026 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION

WEST LOOP ROAD (PUBLIC)

FOR PERIMETER ROAD GRADING SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS BY STANLEY CONSULTANTS INC.

WEST LOOP ROAD (PUBLIC)

PROPERTY LINE

RIGHT-OF-WAY

RIGHT-OF-WAY    PROPERTY LINE

GOLF COURSE HOLE NO. 15

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

FOR CONTINUATION SEE SHEET A2-GR2

FOR CONTINUATION SEE SHEET A2-GR5

FOR CONTINUATION SEE SHEET A2-GR7

FOR PERIMETER SEE RHODES GOLDEN BY STANLEY

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Call 811
1-800-782-5348

Call before you dig
Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 6
MOHAVE COUNTY    ARIZONA

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY: CA
CHECKED BY: SH/DB
DATE: 10-18-05

**SHEET**
A2-GR6
38 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. D17A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 5" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 [SEE DETAIL SHEET DT5]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

— DRIVEWAY
— HIGH POINT SWALE DIRECTION
— EXISTING GRADE
— FUTURE GRADE
— TOP OF RET. WALL/TOP OF FOOTING
— PAD HIGH POINT ELEVATION
— FLOWLINE ELEVATION
— CENTERLINE FINISHED GRADE ELEVATION
— TOP OF CURB ELEVATION
— FINISHED GRADE ELEVATION
— RATE & DIRECTION OF SLOPE
— TOP OF CURB STATIONING
— RETAINING WALL
— PERIMETER BLOCK WALL
— PROPERTY LINE
— GRADE BREAK
— EASEMENT LINE
— CENTER LINE
— EXISTING LINE
— FUTURE LINE
— SCARP
— FINISHED FLOOR ELEVATION
— PAD ELEVATION
— EXISTING CONTOUR
— LOT NUMBER
— SWALE
— SUBDIVISION/UNIT BOUNDARY
— 5.1' TRANSITION (5.1' CURB TO "ROLL" CURB)
— CURB, GUTTER, AND SIDEWALK
— 5/8' RAMP
D.E. — DRAINAGE EASEMENT
P.A.E. — PUBLIC ACCESS EASEMENT
P.U.E. — PRIVATE UTILITY EASEMENT
DTC — DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.D. "SD 37" = LATITUDE 35°08'22.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2582.46391ft (NAVD'88)

STOKE 1/4 COR 3/2 = LATITUDE 35°08'55.53667"N,
LONGITUDE 114°12'20.72281"W (NAD '83)
HEIGHT 2468.20466ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" N.G.S.D.
ELEVATION= 2580.2423 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 10243".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 040008 2225C
MAP UPDATE: OCT 30, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's below.
Call before you dig.
Call 1-800-782-5348

Call before you dig.
Overhead 1-928-753-5591

FOR CONTINUATION SEE SHEET A2-GR6

FOR PERIMETER ROAD GRADING SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS BY STANLEY CONSULTANTS INC.

FOR PERIMETER ROAD AND ROUNDABOUT GRADING SEE RHODES GOLDEN VALLEY RANCH IMP. PLANS BY STANLEY CONSULTANTS INC.

FOR PERIMETER ROAD GRADING SEE RHODES GOLDEN VALLEY RANCH LOOP RD. IMP. PLANS BY STANLEY CONSULTANTS INC.

EAST LOOP ROAD (PUBLIC)

WEST LOOP ROAD (PUBLIC)

RIGHT-OF-WAY

FOR CONTINUATION SEE SHEET A2-GR8

SEE RHODES GOLDEN VALLEY RANCH AREA 3 IMP. PLANS BY STANLEY CONSULTANTS

**Stanley Consultants INC.**
3200 E. Camelback Road, Suite 350
Phoenix, Arizona 85018
(602) 306-5754 (602) 306-5765
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 7
MOHAVE COUNTY      ARIZONA

SCALE (V) 1"=40'
SCALE (V) N/A
DRAWN BY CA
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A2-GR7
39 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
NTS

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 330 (TYPE A) DEE DETAIL SHEET DT0
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 DEE DETAIL SHEET DT4
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 DETAIL SHEET DT4
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 DEE DETAIL SHEET DT0
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) DEE DETAIL SHEET DT4

NOTE! ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'23.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2352.46391ft (NAVD'88)

SD34 1/4 COR 3/2 = LATITUDE 11°41'33.72281"W (NAD '83)
LONGITUDE 114°57.50.72281"W (NAD '83)
HEIGHT 2498.20458ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2360.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1969 RLS 10343".

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 10 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**

FEMA MAPS: PANEL NO. 0400208 2225C
MAP UPDATED OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARDS AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE!**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**LEGEND**

| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| STA. 10+04.88 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| (FT) 49.50 | = SCARP |
| FT 49.50 | = FINISHED FLOOR ELEVATION |
| (PAD) 48.8 | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION |
| | = CURB, GUTTER, AND SIDEWALK |
| | = 5/8' RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |
| DTC | = DEPRESSED TOP OF CURB ELEVATION |

GOLF COURSE
HOLE NO.
12

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE

GOLF COURSE
FOR CONTINUATION SEE SHEET A2-GR4

COMMON LOT "A"

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

field operations call
before you dig
Call
before you
Dig
toll free
1-800-782-5348
(1-928-753-5591)

field operations call
before you dig
Call
before you
Dig
Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 8

MOHAVE COUNTY          ARIZONA

| SCALE (V) 1"=40' | SCALE (V) N/A |
| DRAWN BY QA | CHECKED BY SH/DB |
| DATE 10-18-05 | |

SHEET
**A2-GR8**
40 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER W.A.G. STD. DETAIL NO. 230 (TYPE A) (SEE DETAIL SHEET DT4)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER W.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| STA. 10+04.88 | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| FF 49.50 | FINISHED FLOOR ELEVATION |
| PAD 48.3 | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 5 FT TRANSITION |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| D.E. | DRAINAGE EASEMENT |
| P.A.E. | PUBLIC ACCESS EASEMENT |
| P.U.E. | PRIVATE UTILITY EASEMENT |
| DTC | DEPRESSED TOP OF CURB ELEVATION |

## BASIS OF BEARINGS

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATE OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =     LATITUDE 35°09'22.70034"N,
                       LONGITUDE 114°09'21.57242"W (NAD '83)
                       HEIGHT 2392.4826ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'55.63365"N,
                       LONGITUDE 114°12'30.72281"W (NAD '83)
                       HEIGHT 2498.2044811 (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 15 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040339 2225C
MAP LAYOUT: MAY 30, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE!

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's below.
Call before you dig.
Call
1-800-782-5348

Overhead
Call before you dig.
1-928-753-5591

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Phone (702) 369-9793 Fax
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 10

MOHAVE COUNTY                    ARIZONA

| SCALE (H) 1"=40' | SCALE (V) N/A |
|---|---|
| DRAWN BY QA | CHECKED BY SH/DB |
| DATE 10-18-05 | |

SHEET
**A2-GR10**

42 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



**GOLF COURSE HOLE NO. 15**

**GOLF COURSE HOLE NO. 15**

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT6)
3. 3" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT6)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| Symbol | Description |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | EASEMENT LINE |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| | FINISHED FLOOR ELEVATION |
| | PAD ELEVATION |
| | EXISTING CONTOUR |
| | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 5 FT TRANSITION |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| | DRAINAGE EASEMENT |
| | PUBLIC ACCESS EASEMENT |
| | PRIVATE UTILITY EASEMENT |
| | DEPRESSED TOP OF CURB ELEVATION |

## BASIS OF BEARINGS

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =    LATITUDE 35°08'23.70034"N,
                     LONGITUDE 114°09'21.57240"W (NAD '83)
                     HEIGHT 2563.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°08'05.53365"N,
                     LONGITUDE 114°12'30.72290"W (NAD '83)
                     HEIGHT 2498.20448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24223 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT NO.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2225C
MAP UPDATED: OCT. 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATION.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's below.
Call before you dig.
Dial 811
1-800-782-5348

Know what's below.
Call before you dig.
Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

**Stanley Consultants INC.**

5000 S. Sudley Avenue, Suite 300
Las Vegas, Nevada 89119
(702) 369-9396, (702) 369-9793 fax
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 11

MOHAVE COUNTY    ARIZONA

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY QA | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

SHEET
**A2-GR11**
43 OF 94 SHEETS

SCI PROJECT#
18449

FOR CONTINUATION SEE SHEET A2-GR7





**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 2" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT3]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 00, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" =      LATITUDE 35°08'22.70034"N,
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE 35°08'56.50380"N,
                        LONGITUDE 114°07'31.72391"W (NAD '83)
                        HEIGHT 2466.20458MT (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24273 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC, 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC 25, T 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040056 2325C
MAP LAYOUT: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| STA. 10+04.89 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF= 49.50 | = FINISHED FLOOR ELEVATION |
| (PAD) 49.10 | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5'T' TRANSITION (24" CURB TO 'ROLL' CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |
| STC | = DEPRESSED TOP OF CURB ELEVATION |

LAKE – WSE = 2558

GOLF COURSE
HOLE NO. 16

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Arizona Blue Stake, Inc.
Call before you dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 phone (702) 369-9793 fax

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 13

ARIZONA    MOHAVE COUNTY

| SCALE (H) 1"=40' |
|---|
| SCALE (V) N/A |
| DRAWN BY QA |
| CHECKED BY SH/DB |
| DATE 10-18-05 |

SHEET
**A2-GR13**
45 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR7

FOR CONTINUATION SEE SHEET A2-GR12

AZTEC ROAD





GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 24" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) DISC DETAIL SHEET DT5
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT5
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 DISC DETAIL SHEET DT5
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 DISC DETAIL SHEET DT4
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 DISC DETAIL SHEET DT5
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) DISC DETAIL SHEET DT5

NOTE! ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'28" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

N.G.S.D. "SD 37" =     LATITUDE 35°09'23.70034"N,
                       LONGITUDE 114°09'21.57242"W (NAD '83)
                       HEIGHT 2392.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'55.63980"N,
                       LONGITUDE 114°12'30.72290"W (NAD '83)
                       HEIGHT 2498.20448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" A.C.S.D.
ELEVATION= 2580.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 13 SEPTEMBER 05 PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATION.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

GOLF COURSE HOLE NO. 11

SEE RHODES GOLDEN VALLEY RANCH AREA 1 MAP PLANS BY STANLEY CONSULTANTS

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 15

MOHAVE COUNTY        ARIZONA

| | |
|---|---|
| SCALE (H) 1"=40' | SCALE (V) N/A |
| DRAWN BY GA | CHECKED BY SH/DB |
| DATE 10-18-05 | |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Overhead
1-928-753-5591

Call before you DIG
toll free
1-800-782-5348

SHEET
A2-GR15

47 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR16

FOR CONTINUATION SEE SHEET A2-GR19



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





GOLF COURSE

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE
HOLE NO.
16

LAKE - WSE - 25

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER W.A.G. STD. DETAIL NO. 330 (TYPE A) (SEE DETAIL SHEET DT6)
3. 4" CURB TRANSITION PER W.A.G. ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT5)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT5)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5.7' TRANSITION (CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- 5/8" REBAR
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**

NORTH 00°13'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" —      LATITUDE 35°09'22.70034"N
                       LONGITUDE 114°09'21.57242"W (NAD '83)
                       HEIGHT 2582.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE 35°06'55.53305"N
                       LONGITUDE 114°12'30.72281"W (NAD '83)
                       HEIGHT 2498.20448ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2500.24213 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 16, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 15 SEPTEMBER 05
PROJECT No: 1050-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATED: NOV. 03, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATIONS.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's underground.
Call
before you dig.
1-800-782-5348
(1-800-STAKE-IT)

Know what's below.
Call
before you dig.
Overhead
1-928-753-5591

**KEYMAP**
N.T.S.

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 18

MOHAVE COUNTY ARIZONA

| SCALE (V) 1"=40' | SCALE (H) N/A | DRAWN BY CA | CHECKED BY SH/DB | DATE 10-18-05 |
|---|---|---|---|---|

SHEET
**A2-GR18**
50 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR17

FOR CONTINUATION SEE SHEET A2-GR19

FOR CONTINUATION SEE SHEET A2-GR22



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

GOLF COURSE
HOLE NO.
11

SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS
BY STANLEY CONSULTANTS INC.

*DO NOT DISTURB THIS AREA
UNTIL PERMISSION TO GRADE
HAS BEEN GRANTED BY THE
PROPERTY OWNER
215-01-095
46,205 S.F.
1.06 ACRES

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS
BY STANLEY CONSULTANTS INC.

GOLF COURSE
HOLE NO.
11

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

GOLF COURSE
HOLE NO.
11

**CONSTRUCTION NOTES**
1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER W.A.G. STD. DETAIL NO. 220 (TYPE A) DEE DETAIL SHEET DT6
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT5
4. CONCRETE SIDEWALK PER W.A.G. STANDARD DETAIL NO. 230 DEE DETAIL SHEET DT6
5. VALLEY GUTTER PER W.A.G. STANDARD DETAIL NO. 240 DEE DETAIL SHEET DT6
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER W.A.G. STANDARD DETAIL NO. 253 DEE DETAIL SHEET DT5
8. 24" RIBBON CURB PER W.A.G. STD. DETAIL NO. 220 (TYPE B) DEE DETAIL SHEET DT6

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**
NORTH 00°17'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATE OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.G.S.D. "SD 33" =    LATITUDE 35°08'23.70034"N,
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2352.46391ft (NAVD'88)

STAKE 1/4 COR 3/2 =     LATITUDE 35°08'22.10024"N,
                        LONGITUDE 114°07'20.72236"W (NAD '83)
                        HEIGHT 2466.20498ft (NAVD'88)

**BENCHMARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243"

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATES: 13 SEPTEMBER 05
PROJECT No.: 1080-GEO

**FEMA FLOOD ZONE**
FEMA MAPS PANEL NO. 04020B 2225C
MAP UPDATED OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**LEGEND**
— = DRIVEWAY
→ = HIGH POINT SWALE DIRECTION
— = EXISTING GRADE
— = FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
STA. 10+04.88 = TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
FF: 49.50 = FINISHED FLOOR ELEVATION
(PAD:48.5) = PAD ELEVATION
= EXISTING CONTOUR
73 = LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION
(1.5" SLOPE FOR WATER)
= CURB, GUTTER, AND SIDEWALK
= 5/8 RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT
DTC = DEPRESSED TOP OF CURB ELEVATION

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER- HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
dig
1-800-782-5348

Call
before you
dig
Overhead
1-928-753-5591

**Stanley Consultants** INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 19
MOHAVE COUNTY                    ARIZONA

| SCALE (H) 1"=40' | SCALE (V) N/A | DRAWN BY GA | CHECKED BY SH/DB | DATE 10-18-05 |
|---|---|---|---|---|

SHEET
**A2-GR19**
51 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR24



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
NTS

A2-GR20

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) DEE DETAIL SHEET DT0
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 DEE DETAIL SHEET DT0
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 DEE DETAIL SHEET DT0
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 DEE DETAIL SHEET DT0
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) DEE DETAIL SHEET DT0

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

— DRIVEWAY
— HIGH POINT SWALE DIRECTION
— EXISTING GRADE
— FUTURE GRADE
— TOP OF RET. WALL/TOP OF FOOTING
— PAD HIGH POINT ELEVATION
— FLOWLINE ELEVATION
— CENTERLINE FINISHED GRADE ELEVATION
— TOP OF CURB ELEVATION
— FINISHED GRADE ELEVATION
— RATE & DIRECTION OF SLOPE
— TOP OF CURB STATIONING
— RETAINING WALL
— PERIMETER BLOCK WALL
— PROPERTY LINE
— GRADE BREAK
— EASEMENT LINE
— CENTER LINE
— EXISTING LINE
— FUTURE LINE
— SCARP
— FINISHED FLOOR ELEVATION
— PAD ELEVATION
— EXISTING CONTOUR
— LOT NUMBER
— SUBDIVISION/UNIT BOUNDARY
— 5.17 TRANSITION (5.17 VERTICAL CURB)
— CURB, GUTTER, AND SIDEWALK
— S/W RAMP

D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT
DTC = DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**

NORTH 00°17'28" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATE OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" = LATITUDE 35'09'20.70034"N,
LONGITUDE 114'09'21.57242"W (NAD '83)
HEIGHT 2082.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35'08'55.63365"N,
LONGITUDE 114'13'20.72281"W (NAD '83)
HEIGHT 2489.20448ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2550.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 10243".

**GEOTECHNICAL NOTE:**

ALL IMPROVEMENTS SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATES: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040028 2225C
MAP UPDATED: OCT 30, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
dig
1-800-782-5348
Call
before you
dig
Overhead
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 20
MOHAVE COUNTY                    ARIZONA

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) N/A | |
| DRAWN BY QA | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

SHEET
A2-GR20
50' OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR25

FOR CONTINUATION SEE SHEET A2-GR19

FOR CONTINUATION SEE SHEET A2-GR25





GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A2-GR22

GOLF COURSE
HOLE NO.
17

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

— DRIVEWAY
— HIGH POINT SWALE DIRECTION
— EXISTING GRADE
— FUTURE GRADE
— TOP OF RET. WALL/TOP OF FOOTING
— PAD HIGH POINT ELEVATION
— FLOWLINE ELEVATION
— CENTERLINE FINISHED GRADE ELEVATION
— TOP OF CURB ELEVATION
— FINISHED GRADE ELEVATION
— RATE & DIRECTION OF SLOPE
— TOP OF CURB STATIONING
— RETAINING WALL
— PERIMETER BLOCK WALL
— PROPERTY LINE
— GRADE BREAK
— EASEMENT LINE
— CENTER LINE
— EXISTING LINE
— FUTURE LINE
— SCARP
— FINISHED FLOOR ELEVATION
— PAD ELEVATION
— EXISTING CONTOUR
— LOT NUMBER
— SWALE
— SUBDIVISION/UNIT BOUNDARY
— 5.7' TRANSITION
— CURB, GUTTER, AND SIDEWALK
— S/W RAMP
— DRAINAGE EASEMENT
— PUBLIC ACCESS EASEMENT
— PRIVATE UTILITY EASEMENT
— DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**

NORTH 00°12'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.G.S.D. "SD 37" =   LATITUDE 35°09'23.70034"N
                       LONGITUDE 114°09'21.57242"W (NAD '83)
                       HEIGHT 2352.46291ft (NAVD'88)

STAKE 1/4 COR 3/2 =    LATITUDE 35°06'55.63365"N
                       LONGITUDE 114°12'20.72281"W (NAD '83)
                       HEIGHT 2498.20448ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 040058 2225C
MAP UPDATED: NOV 03, 2005

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants** INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 22

MOHAVE COUNTY          ARIZONA

SCALE (V) N/A    SCALE (H) 1"=40'
DRAWN BY QA
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A2-GR22

54  OF  94  SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR27



**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

**CONSTRUCTION NOTES**
1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 2" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 205 [TYPE B] [SEE DETAIL SHEET DT4]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**
- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5.17 TRANSITION (5.17 RIBBON CURB TO 'ROLL' CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PRIVATE UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

**BASIS OF BEARINGS**
NORTH 00°17'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

W.C.G.S. "50 20" =    LATITUDE 35°09'23.70034"N
                      LONGITUDE 114°09'21.57240"W (NAD '83)
                      HEIGHT 2360.24231 (NAVD'88)

STOKE 1/4 COR 3/2 =   LATITUDE 35°08'55.53560"N
                      LONGITUDE 114°07'20.72356"W (NAD '83)
                      HEIGHT 2468.20486FT (NAVD'88)

**BENCHMARK**
BENCHMARK # "SD 34" N.G.S.D.
ELEVATION= 2560.24231 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1969 RLS 10243".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 05
PROJECT No: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 04009 2225C
MAP UPDATED OCT 03, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 23

MOHAVE COUNTY    ARIZONA

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A2-GR23

55 OF 94 SHEETS

**PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05**

SD PROJECT#
18449

GOLF COURSE HOLE NO. 16
GOLF COURSE HOLE NO. 17
GOLF COURSE HOLE NO. 17
GOLF COURSE HOLE NO.

AZTEC ROAD

FEMA FLOOD ZONE C
FEMA FLOOD ZONE A

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON



GOLF COURSE
HOLE NO.
11

GOLF COURSE
HOLE NO.
10

GOLF COURSE
HOLE NO.
10

GOLF COURSE
PRACTICE
RANGE

FEMA FLOOD ZONE C
FEMA FLOOD ZONE A

FEMA FLOOD ZONE A
FEMA FLOOD ZONE C

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET A2-GR28

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A2-GR24

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 330 (TYPE A) (SEE DETAIL SHEET DT4)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION (SINGLE CURB TO TYPE 'A' CURB)
- CURB, GUTTER, AND SIDEWALK
- 5/8' RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT
- DEPRESSED TOP OF CURB ELEVATION

D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT
DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =
LATITUDE 35°08'22.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2563.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =
LATITUDE 35°06'55.63365"N,
LONGITUDE 114°12'30.72386"W (NAD '83)
HEIGHT 2498.20448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24231 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATES: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAPS: PANEL NO. 040058 2225C
MAP UPDATE: OCT. 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARDS AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

NOTE:
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348
Overhead
Call
before you
Dig
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 24

MOHAVE COUNTY                    ARIZONA

SCALE (V) N/A
SCALE (H) 1"=40'
DRAWN BY CA
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A2-GR24
56 OF 94 SHEETS
SCI PROJECT#
18449