

CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER W.A.G. STD. DETAIL NO. 330 (TYPE A) (SEE DETAIL SHEET DT6)
3. 2" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER W.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 353 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER W.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT6)

NOTE: ALL NOTES NOT USED ON ALL SHEETS

BASIS OF BEARINGS

NORTH 00°17'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =    LATITUDE 35°09'23.70034"N,
                     LONGITUDE 114°09'21.57242"W (NAD '83)
                     HEIGHT 2083.46361ft (NAVD'88)

STGW 1/4 COR 3/2 =   LATITUDE 35°08'55.53095"N,
                     LONGITUDE 114°12'20.72358"W (NAD '83)
                     HEIGHT 2408.2044ift (NAVD'88)

BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2880.24231 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10345".

GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATES: 13 SEPTEMBER 05
PROJECT NO.: 1060-GEO

FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2225C
MAP UPDATED OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATION.

NOTE:
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

LEGEND

—— = DRIVEWAY
—▷ = HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION
= CURB, GUTTER, AND SIDEWALK
= 5/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT
DTC = DEPRESSED TOP OF CURB ELEVATION

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.
A2-GR25

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Overhead
1-800-782-5348
Call before you dig
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 25
MOHAVE COUNTY          ARIZONA

| SCALE (H) 1"=40' | SCALE (V) N/A | DRAWN BY QA | CHECKED BY SH/DB | DATE 10-18-05 |
|---|---|---|---|---|

SHEET
A2-GR25
57 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A2-GR24

FOR CONTINUATION SEE SHEET A2-GR29

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON





GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.
A2-GR27

GOLF COURSE
LAKE - WSE = 2552

GOLF COURSE
HOLE NO. 17

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

FOR GOLF COURSE GRADING
SEE IMPROVEMENT PLANS
BY TED ROBINSON

LAKE - WSE = 2544

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 5" CURB TRANSITION PER DETAIL ON SHEET DT4
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT5]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 [SEE DETAIL SHEET DT5]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]

NOTE! ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

| Symbol | Description |
|---|---|
| | DRIVEWAY |
| | HIGH POINT SWALE DIRECTION |
| | EXISTING GRADE |
| | FUTURE GRADE |
| | TOP OF RET. WALL/TOP OF FOOTING |
| | PAD HIGH POINT ELEVATION |
| | FLOWLINE ELEVATION |
| | CENTERLINE FINISHED GRADE ELEVATION |
| | TOP OF CURB ELEVATION |
| | FINISHED GRADE ELEVATION |
| | RATE & DIRECTION OF SLOPE |
| STA. 10+04.88 | TOP OF CURB STATIONING |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | PROPERTY LINE |
| | GRADE BREAK |
| | CENTER LINE |
| | EXISTING LINE |
| | FUTURE LINE |
| | SCARP |
| (FF) 49.50 | FINISHED FLOOR ELEVATION |
| (PAD) 48.5 | PAD ELEVATION |
| | EXISTING CONTOUR |
| 73 | LOT NUMBER |
| | SWALE |
| | SUBDIVISION/UNIT BOUNDARY |
| | 5' TT TRANSITION (3" CURB TO "ROLL" CURB) |
| | CURB, GUTTER, AND SIDEWALK |
| | S/W RAMP |
| D.E. | DRAINAGE EASEMENT |
| P.A.E. | PUBLIC ACCESS EASEMENT |
| P.U.E. | PRIVATE UTILITY EASEMENT |
| DTC | DEPRESSED TOP OF CURB ELEVATION |

**BASIS OF BEARINGS**

NORTH 00°13'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" –  LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2563.49361ft (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°06'55.53365"N,
LONGITUDE 114°12'30.72358"W (NAD '83)
HEIGHT 2498.20448ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 040208 2225C
MAP UPDATED OCT 30, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
toll free 1-800-782-5348
1-928-753-5591

Call before you dig
Overhead
1-928-753-5591

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 FAX (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY QA | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 27

ARIZONA
MOHAVE COUNTY

**SHEET**
A2-GR27
50 OF 94 SHEETS

SDI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



PRACTICE RANGE

FOR CONTINUATION SEE SHEET A2-GR04

GOLF COURSE HOLE NO. 10

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET A2-GR09

GOLF COURSE PRACTICE RANGE

GOLF COURSE HOLE NO. 10

PROPERTY LINE

GOLF COURSE PRACTICE RANGE

A2-GR28

KEYMAP
N.T.S.

FOR GOLF CO SEE IMPROVE BY TED ROBIN

GOLF COURSE HOLE NO. 16

GOLF COURSE PRACTICE RANGE

FOR GOLF CO SEE IMPROVE BY TED ROBIN

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

**CONSTRUCTION NOTES**

1  30" ROLL CURB AND GUTTER PER DETAIL NO. D17A ON SHEET D14
2  24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET D10]
3  4" CURB TRANSITION PER DETAIL ON SHEET D13
4  CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET D14]
5  VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET D14]
6  DROP CURB PER DETAIL ON SHEET D15
7  SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET D15]
8  24" RIBBON CURB FOR M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET D10]

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATE OBSERVATIONS PROCESSED BY NGS–OPUS.

W.O.S.D. "60 21" =    LATITUDE 35°09'23.70034"N,
                                   LONGITUDE 114°09'21.57242"W (NAD '83)
                                   HEIGHT 2083.46391ft (NAVD'88)

5/8IN 1/4 COR 3/2 =   LATITUDE 35°09'55.53365"N,
                                   LONGITUDE 114°12'20.72391"W (NAD '83)
                                   HEIGHT 2498.20490ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" N.O.S.D.
ELEVATION= 2560.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 16, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1989 RLS 16243".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060–GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 040028 2225C
MAP UPDATED OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 3 GRADING PLANS TO GET ACTUAL ELEVATION.

**LEGEND**

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
STA 10+04.88   = TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
(FF 49.50)  = FINISHED FLOOR ELEVATION
(PAD 48.5)  = PAD ELEVATION
= EXISTING CONTOUR
73    = LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= 5/8 RAMP
D.E.    = DRAINAGE EASEMENT
P.A.E.  = PUBLIC ACCESS EASEMENT
P.U.E.  = PRIVATE UTILITY EASEMENT
DTC    = DEPRESSED TOP OF CURB ELEVATION

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

5500 E. Cactus Avenue, Suite 300
Las Vegas, Nevada 89120
(702) 369-9396  FAX (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2
GRADING PLAN 28
MOHAVE COUNTY    ARIZONA

SCALE (V) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

SHEET
**A2-GR28**
60 OF 84 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SEE RHODES GOLDEN VALLEY RANCH MASS GRADING IMP. PLANS BY STANLEY CONSULTANTS



GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

A2-GR29

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 317A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER N.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT5)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| STA 10+04.88 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF 49.50 | = FINISHED FLOOR ELEVATION |
| PAD 48.3 | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION (5 FT TRANSITION / ROLL CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |
| DTC | = DEPRESSED TOP OF CURB ELEVATION |

**BASIS OF BEARINGS**

NORTH 00°17'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATE OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" –   LATITUDE 35°09'23.70034"N,
                      LONGITUDE 114°09'21.57242"W (NAD '83)
                      HEIGHT 2582.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 35°08'59.53365"N,
                      LONGITUDE 114°12'20.72358"W (NAD '83)
                      HEIGHT 2489.20448ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" N.G.S.D.
ELEVATION= 2590.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243".

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAPS: PANEL NO. 040028 2225C
MAP UPDATED OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**NOTE:**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

SEE RHODES GOLDEN VALLEY RANCH MASS GRADING IMP. PLANS BY STANLEY CONSULTANTS

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  FAX (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | SCALE (V) N/A | DRAWN BY CA | CHECKED BY SH/DB | DATE 10-18-05 |
|---|---|---|---|---|

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 29

MOHAVE COUNTY                ARIZONA

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig.
Overhead
1-928-753-5591

Call before you dig.
1-800-782-5348
1-800-STAKE-IT

SHEET
A2-GR29

81 OF 94 SHEETS

SCI PROJECT#
18449

**PRELIMINARY ISSUE FOR REVIEW**
**NOT FOR CONSTRUCTION 10-18-05**

GOLF COURSE
PRACTICE RANGE

GOLF COURSE

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

GOLF COURSE
HOLE NO. 18

LAKE - WSE = 2524

FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

GOLF COURSE

SEE RHODES GOLDEN VALLEY RANCH AREA 3 IMP. PLANS BY STANLEY CONSULTANTS INC.

FOR CONTINUATION SEE SHEET A2-GR28

FOR CONTINUATION SEE SHEET A2-GR30





GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A2-GR31

GOLF COURSE
HOLE NO.
18

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. D17A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 3" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 253 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

NOTE! ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- = RATE & DIRECTION OF SLOPE
- = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- = FINISHED FLOOR ELEVATION
- = PAD ELEVATION
- = EXISTING CONTOUR
- = LOT NUMBER
- = SWALE
- = SUBDIVISION/UNIT BOUNDARY
- = 5.1' TRANSITION
("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = 5/8' RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PRIVATE UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" =
LATITUDE 35°09'23.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2352.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =
LATITUDE 35°08'55.63805"N,
LONGITUDE 114°12'20.72351"W (NAD '83)
HEIGHT 2498.20448ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2360.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343".

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 04
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040028 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE FEMA FLOOD BOUNDARY LOCATIONS.

## NOTE:

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA 2 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

field utility professionals state law. Dial 811.

Call before you dig

toll free
1-800-782-5348

Know what's below.
Call before you dig.

Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SEE RHODES GOLDEN VALLEY RANCH MASS GRADING IMP. PLANS BY STANLEY CONSULTANTS

## Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 (702) 369-9793 FAX
www.stanleygroup.com

| SCALE (V) 1"=40' | SCALE (V) N/A | DRAWN BY: CA | CHECKED BY: SH/DB | DATE: 10-18-05 |
|---|---|---|---|---|

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 31

ARIZONA

MOHAVE COUNTY

SHEET
A2-GR31

63 OF 94 SHEETS

SCI PROJECT#
18449



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR1

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

A. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
B. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
C. 6' CURB TRANSITION PER DETAIL ON SHEET DT3
D. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
E. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
F. DROP CURB PER DETAIL ON SHEET DT3
G. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
H. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
I. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" =    LATITUDE  35°08'23.70034"N,
                       LONGITUDE 114°06'21.57240"W (NAD '83)
                       HEIGHT 2563.46294'ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE  35°08'35.53365"N,
                       LONGITUDE 114°10'30.72281"W (NAD '83)
                       HEIGHT 2468.20456'ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24223 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC, 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 13 SEPTEMBER 05
PROJECT No.: 1000-002

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2225C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATIONS

## LEGEND

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
= DRAINAGE EASEMENT
= PUBLIC ACCESS EASEMENT
= PRIVATE UTILITY EASEMENT

D.E.
P.A.E.
P.U.E.

EAST LOOP ROAD
(PUBLIC)

FOR CONTINUATION SEE SHEET A3-GR4

FOR CONTINUATION SEE SHEET A3-GR2

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-800-753-5391

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 FAX (702) 369-9793
www.stanleygroup.com

SCALE (V) 1"= 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SAYOB
DATE 10-18-05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 1
MOHAVE COUNTY
ARIZONA

SHEET
A3-GR1

64 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR2

KEYMAP
N.T.S.

FOR CONTINUATION SEE SHEET A3-GR1

EAST LOOP ROAD (PUBLIC)

FOR CONTINUATION SEE SHEET A3-GR5

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT6)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- RETAINING BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- SWALE
- LOT NUMBER
- SUBDIVISION/UNIT BOUNDARY
- 6.77 TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°12'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" = LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2583.4639ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°09'55.53360"N,
LONGITUDE 114°12'30.72387"W (NAD '83)
HEIGHT 2468.2048ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 3" DIA., SET IN CONC, 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 28, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING LLC
DATED: 13 SEPTEMBER 05
PROJECT No.: 1050-002

## FEMA FLOOD ZONE
FEMA MAP, PANEL NO. 040208 2225C
MAP UPDATED: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

## Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A3-GR2

65 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR3

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET 074
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET 075)
3. 6" CURB TRANSITION PER DETAIL ON SHEET 073
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET 076)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET 075)
6. DROP CURB PER DETAIL ON SHEET 075
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET 076)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET 074)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| STA 10+04.89 | = RATE & DIRECTION OF SLOPE |
| | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = RETAINENT BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF 48.50 | = FINISHED FLOOR ELEVATION |
| (PAD=48.5) | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5.77 TRANSITION (1/4" CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

**BASIS OF BEARINGS**

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

H.C.&G. "SD 20" =   LATITUDE 35°08'22.70034"N,
                    LONGITUDE 114°09'21.57240"W (NAD 'KD)
                    HEIGHT 2583.4839Ft (NAVD'88)

STONE 1/4 COR 3/3 =  LATITUDE 35°09'35.53366"N,
                    LONGITUDE 114°10'30.72281"W (NAD 'KD)
                    HEIGHT 2468.2046Ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2482.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 06
PROJECT No.: 1006-880

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 040200 2320C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348
Call before you Dig Overhead
1-928-753-5591

GOLF COURSE
HOLE NO. 16

GOLF COURSE
HOLE NO. 16

GOLF COURSE
HOLE NO. 16

GOLF COURSE

FOR GOLF COURSE GRADING SEE
IMPROVEMENT PLANS BY: TED ROBINSON

FOR CONTINUATION SEE SHEET A3-GR9

FOR CONTINUATION SEE SHEET A3-GR4

AZTEC ROAD (PUBLIC)

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 3

ARIZONA          MOHAVE COUNTY

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY JS | |
| CHECKED BY SAYJ28 | |
| DATE 10-18-05 | |

SHEET
**A3-GR3**

66 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR1

NORTH

9TH ST

C DR (PRIVATE / PAE)

6TH ST

8TH ST

7TH ST

FOR CONTINUATION SEE SHEET A3-GR3

FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR6

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR4

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 202 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**LEGEND**

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
= DRAINAGE EASEMENT
= PUBLIC ACCESS EASEMENT
= PRIVATE UTILITY EASEMENT

D.E.
P.A.E.
P.U.E.

**BASIS OF BEARINGS**

NORTH 00°12'28" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 45, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.O.S.D. "SD 20" =    LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2362.4639Ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'35.53360"N,
LONGITUDE 114°12'30.72281"W (NAD '83)
HEIGHT 2466.2046Ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2880.2423 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 040209B 2335C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you dig
Overhead
1-928-753-5591

**Stanley Consultants** INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 4
MOHAVE COUNTY    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/SH/DB
DATE 10-18-05

SHEET
A3-GR4
67 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR2

EAST LOOP ROAD
(PUBLIC)
FOR POWER OF ROAD GRADING SEE
IMPROVEMENT PLANS BY STANLEY
CONSULTANTS

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

**LEGEND**

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= S.FT TRANSITION (FL" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT

**BASIS OF BEARINGS**

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" =    LATITUDE  35°08'23.70034"N,
                      LONGITUDE 114°09'21.57240"W (NAD '83)
                      HEIGHT 2563.46298'Ift (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE  35°09'55.53360"N,
                      LONGITUDE 114°12'30.72281"W (NAD '83)
                      HEIGHT 2466.20466'Ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.2423'ft (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIAL. SET IN CONC. 86 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC. DATED: 13 SEPTEMBER 05 PROJECT NO.: 1050-GEO

**FEMA FLOOD ZONE**
FEMA MAP, PANEL NO. 040208 2325C MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**
ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA GRADING PLANS TO GET ACTUAL ELEVATIONS

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

5620 N. Kolb Avenue, Suite 300
Las Vegas, Nevada 89739
(702) 369-9336 FAX (702) 369-9793
www.stanleyconsultants.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 5

ARIZONA                    MOHAVE COUNTY

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY JS | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

**SHEET**
A3-GR5

68 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A3-GR1
FOR CONTINUATION SEE SHEET A3-GR6
FOR CONTINUATION SEE SHEET A3-GR11



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A)
   (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230
   (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240
   (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203
   (SEE DETAIL SHEET DT6)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 230 (TYPE B)
   (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| | = FINISHED FLOOR ELEVATION |
| | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5.77 TRANSITION (X.7 CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

## BASIS OF BEARINGS

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER
(NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA &
SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE,
INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS
PROCESSED BY NGS-OPUS.

M.O.S.D. "GD 20" =     LATITUDE 35°08'23.70034"N,
                       LONGITUDE 114°09'21.57340"W (NAD '83)
                       HEIGHT 2563.4839Ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°09'35.53390"N,
                       LONGITUDE 114°13'30.72281"W (NAD '83)
                       HEIGHT 2498.2046Ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.O.S.D.
ELEVATION= 2580.2423 (FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF
THE SOUTH 1/4 CORNER OF SEC. 28, T. 21 N., R.18 W. AND THE
INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999
RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY AMERICAN SOILS
ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1000-02

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 05, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN
AREA DESIGNATED AS A SPECIAL FLOOD HAZARD
AREA ZONE "A", THE REMAINING PORTION OF THE
SITE IS IDENTIFIED AS ZONE "X", WHICH IS
OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE
PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA
GRADING PLANS TO GET ACTUAL ELEVATIONS

EAST LOOP RD.
(PUBLIC / PKS)

EAST LOOP ROAD
(PUBLIC)

10TH ST.
(PRIVATE / PUB)

10TH ST.

9TH ST.

8TH ST.
(PRIVATE / PUB)

6TH ST.

7TH ST.

11TH ST.

FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR12

### Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
ph 702-369-9396 fax 702-369-9793

| | |
|---|---|
| SCALE (V) 1" = 40' | SCALE (V) NONE |
| DRAWN BY JS | CHECKED BY SH/OB |
| DATE 10-18-05 | |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 6
MOHAVE COUNTY    ARIZONA

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN
HEREIN ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call
before you
dig

1-800-782-5348

Call
before you
Overhead
1-928-753-5591

SHEET
## A3-GR6

60  OF  94 SHEETS
SCI PROJECT#
18440

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



NORTH

## GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

EAST LOOP ROAD
(PUBLIC)
FOR PERIMETER ROAD GRADING, SEE
IMPROVEMENT PLANS (BY OTHERS)

## KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF: 49.50 | = FINISHED FLOOR ELEVATION |
| PAD: 48.8 | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = S.FT TRANSITION (VT CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

## BASIS OF BEARINGS

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 40, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.S.S.D. "SD 20" = LATITUDE  35°08'23.70034"N,
LONGITUDE 114°09'21.57424"W (NAD '83)
HEIGHT 2563.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE  35°08'55.53365"N,
LONGITUDE 114°10'30.72284"W (NAD '83)
HEIGHT 2468.20486ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.G.S.D.
ELEVATION= 2680.24013 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 38, T 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 15 SEPTEMBER 05
PROJECT No.: 1056-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATIONS

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig

Call
before you
Overhead
1-602-263-1100

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

## Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 7

MOHAVE COUNTY    ARIZONA

SCALE (V)  1" = 40'
SCALE (V)  NONE
DRAWN BY  JS
CHECKED BY  SH
DATE  10-18-05

SHEET
A3-GR7

70 OF 94 SHEETS

SCI PROJECT#
18449









FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR10

FOR CONTINUATION SEE SHEET A3-GR12

KEYMAP
N.T.S.

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°12'36" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.S.D.G. "GD 20" = LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2582.4829ft. (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'35.53360"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2466.20486ft. (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.G.S.D.
ELEVATION= 2582.2422.5 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIAL SET IN CONC. 86 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 0402208 2320C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**LEGEND**

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| STA 10+04.89 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = RETAINMENT BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF 48.50 | = FINISHED FLOOR ELEVATION |
| PAD 48.5 | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | |
| | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION (FLT CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348
Call
before you
Overhead
1-928-753-5591

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 (702) 369-9793 FAX

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 11
MOHAVE COUNTY          ARIZONA

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY JS | |
| CHECKED BY SAYJB | |
| DATE 10-18-05 | |

SHEET
**A3-GR11**
74 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR9

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 207A ON SHEET DT4
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB ELEVATION
= RETAINING WALL
= RETAINMENT BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= S.FT TRANSITION (3/4" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
= DRAINAGE EASEMENT
= PUBLIC ACCESS EASEMENT
= PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°12'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.S.D. "SD 32" = LATITUDE 35°08'23.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2563.44391Ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°09'35.53365"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2466.20456Ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24213 (FT DAVG '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC. DATED: 13 SEPTEMBER 05 PROJECT NO.: 1060-430

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you dig
Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/OB
DATE 10-18-05

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 13
MOHAVE COUNTY
ARIZONA

SHEET
A3-GR13
76 OF 94 SHEETS
SCI PROJECT#
18449



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 34" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

    NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°12'36" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =      LATITUDE 35°08'23.70034"N,
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2563.4639ft (NAVD'88)

STONE 1/4 COR 2/3 =     LATITUDE 35°08'55.53350"N,
                        LONGITUDE 114°10'30.72351"W (NAD '83)
                        HEIGHT 2466.2046ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-05C

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 0402000 2325C
MAP UPDATED OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**LEGEND**

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- FUTURE LINE
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5 FT TRANSITION (X" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PRIVATE UTILITY EASEMENT

D.E.    = DRAINAGE EASEMENT
P.A.E.  = PUBLIC ACCESS EASEMENT
P.U.E.  = PRIVATE UTILITY EASEMENT

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 14
MOHAVE COUNTY

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A3-GR14
77 OF 94 SHEETS
SDI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

EAST LOOP ROAD

FOR CONTINUATION SEE SHEET A3-GR8

FOR CONTINUATION SEE SHEET A3-GR10

FOR CONTINUATION SEE SHEET A3-GR20

FOR CONTINUATION SEE SHEET A3-GR9

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40  ft.

KEYMAP
N.T.S.

A3-GR15

GOLF COURSE

GOLF COURSE

FOR GOLF COURSE GRADING SEE
IMPROVEMENT PLANS BY TED ROBINSON

GOLF COURSE
HOLE NO.
17

AZTEC ROAD

A DR.

3RD ST.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 6" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT3]
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT6]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°17'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =    LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57244"W (NAD '83)
HEIGHT 2582.483091ft (NAVD'88)

STONE 1/4 COR 2/3 =    LATITUDE 35°08'25.53280"N,
LONGITUDE 114°07'35.72281"W (NAD '83)
HEIGHT 2466.20466ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2582.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T 21 N., R 18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1000-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2235C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF BG. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| 57.3± TC+ 56.8± | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF 45.50 | = FINISHED FLOOR ELEVATION |
| (PAD 45.5) | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION (VERT CURB TO ROLL CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Overhead
1-800-782-5348

Call before you Dig
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 15
MOHAVE COUNTY    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/JW
DATE 10-18-05

SHEET
A3-GR15
78 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A3-GR21





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR12

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR18

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" =       LATITUDE  35°08'23.70034"N,
                         LONGITUDE 114°08'21.57240"W (NAD '83)
                         HEIGHT 2582.4639 Ift (NAVD'88)

STONE 1/4 COR 3/2 =      LATITUDE  35°08'35.53350"N,
                         LONGITUDE 114°10'20.72281"W (NAD '83)
                         HEIGHT 2466.2046 Ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2582.24373 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-002

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 040058 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**LEGEND**

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION (VERT CURB TO ROLL CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
= DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 18
MOHAVE COUNTY          ARIZONA

SCALE (V) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/SH/DB
DATE 10-18-05

SHEET
A3-GR18
81 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER M.A.G. DETAIL NO. 217A ON SHEET DT4

2. 6" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)

3. 6" CURB TRANSITION PER M.A.G. ON SHEET DT3

4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)

5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)

6. DROP CURB PER DETAIL ON SHEET DT5

7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 202 (SEE DETAIL SHEET DT5)

8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)

9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°12'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.S.D. "SD 32" =        LATITUDE 35°08'22.70034"N,
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2563.46291ft (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE 35°08'35.53365"N,
                        LONGITUDE 114°13'30.72281"W (NAD '83)
                        HEIGHT 2466.20486ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2562.24213 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC. DATED: 13 SEPTEMBER 05 PROJECT NO.: 1059-GEO

**FEMA FLOOD ZONE**

FEMA MAP, PANEL NO. 040008 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "X", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 600' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**LEGEND**

= DRIVEWAY

= HIGH POINT SWALE DIRECTION

= EXISTING GRADE

= FUTURE GRADE

= TOP OF RET. WALL/TOP OF FOOTING

= PAD HIGH POINT ELEVATION

= FLOWLINE ELEVATION

= CENTERLINE FINISHED GRADE ELEVATION

= TOP OF CURB ELEVATION

= FINISHED GRADE ELEVATION

= RATE & DIRECTION OF SLOPE

= TOP OF CURB STATIONING

= RETAINING WALL

= PERIMETER BLOCK WALL

= PROPERTY LINE

= GRADE BREAK

= EASEMENT LINE

= CENTER LINE

= EXISTING LINE

= FUTURE LINE

= SCARP

= FINISHED FLOOR ELEVATION

= PAD ELEVATION

= EXISTING CONTOUR

= LOT NUMBER

= SWALE

= SUBDIVISION/UNIT BOUNDARY

= 5 FT TRANSITION (H.T CURB TO "ROLL" CURB)

= CURB, GUTTER, AND SIDEWALK

= S/W RAMP

D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT

NORTH

**GRAPHIC SCALE**

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

A3-GR21

GOLF COURSE

GOLF COURSE
HOLE NO.
17

AZTEC ROAD

2ND ST.

1ST ST.

CURB GRADING SEE
LAND BY: JED ROBINSON

FOR CONTINUATION SEE SHEET A3-GR15

FOR CONTINUATION SEE SHEET A3-GR25

FOR CONTINUATION SEE SHEET A3-GR25

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 21
MOHAVE COUNTY            ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/SA/DB
DATE 10-18-05

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

SHEET
A3-GR21

84 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR14

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR20

GRADE SWALE TO
COLLECT FLOWS

WALE TO
FLOWS

FOR CONTINUATION SEE SHEET A3-GR19

GRADE SWALE TO
COLLECT FLOWS

FOR CONTINUATION SEE SHEET A3-GR24

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT4]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- = RATE & DIRECTION OF SLOPE
- = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- = FINISHED FLOOR ELEVATION
- = PAD ELEVATION
- = EXISTING CONTOUR
- = LOT NUMBER
- = SWALE
- = SUBDIVISION/UNIT BOUNDARY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°17'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 19 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =       LATITUDE 35°06'23.70034"N,
                         LONGITUDE 114°09'21.57240"W (NAD '83)
                         HEIGHT 2582.493591ft (NAVD'88)

STONE 1/4 COR 3/2 =      LATITUDE 35°08'25.53365"N,
                         LONGITUDE 114°12'35.72281"W (NAD '83)
                         HEIGHT 2468.206569ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T 21 N, R 18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1000-000

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2335C
MAP UPDATED: OCT 25, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig

Call
before you
Overhead

## Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: JS
CHECKED BY: SAY/JB
DATE: 10-18-05

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 20
MOHAVE COUNTY          ARIZONA

SHEET
A3-GR20
63 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR19



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR23

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT4]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°12'36" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =     LATITUDE 35°08'23.70034"N,
                       LONGITUDE 114°09'21.57240"W (NAD '83)
                       HEIGHT 2582.4829Ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'35.53360"N,
                       LONGITUDE 114°10'30.72281"W (NAD '83)
                       HEIGHT 2466.2046Ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24233 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT #s: 1050–GG2

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 04020B 2325C
MAP UPDATED: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF RET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| | = TOP OF CURB ELEVATION |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF 48.50 | = FINISHED FLOOR ELEVATION |
| (PAD–48.5) | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION [*LT CURB TO "ROLL" CURB] |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PRIVATE UTILITY EASEMENT |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER- HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig

Overhead
1–928–753–5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 23
MOHAVE COUNTY

SCALE (V) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/SH/DG
DATE 10–18–05

SHEET
A3-GR23

86 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10–18–05

FOR CONTINUATION SEE SHEET A3-GR19

FOR CONTINUATION SEE SHEET A3-GR20



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

GRADE TO DRAIN

KEYMAP
N.T.S.

A3-GR24

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DTA
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) [SEE DETAIL SHEET DT4]
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 [SEE DETAIL SHEET DT4]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 [SEE DETAIL SHEET DT4]
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 [SEE DETAIL SHEET DT4]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) [SEE DETAIL SHEET DT4]
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°12'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" =      LATITUDE  35°08'23.70034"N,
                       LONGITUDE 114°09'21.57240"W (NAD '83)
                       HEIGHT 2582.4839ft (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE  35°08'35.53360"N,
                       LONGITUDE 114°10'30.72281"W (NAD '83)
                       HEIGHT 2466.2046ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC, 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**ENGINEERING NOTES**
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION

**LEGEND**

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= RETAINMENT BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
= DRAINAGE EASEMENT
= PUBLIC ACCESS EASEMENT
= PRIVATE UTILITY EASEMENT

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591

Stanley Consultants INC.

3030 S. Gilbert Road, Suite 300
Chandler, Arizona 85286
(480) 889-9660

| SCALE (V) 1" = 40' | SCALE (V) NONE | DRAWN BY JS | CHECKED BY SH/DB | DATE 10-18-05 |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 24

MOHAVE COUNTY     ARIZONA

SHEET
A3-GR24
87 OF 94 SHEETS

SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A3-GRXX

FOR CONTINUATION SEE SHEET A3-GR21

NORTH

GRADE TO DRAIN

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR25

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

= DRIVEWAY
= HIGH POINT SWALE DIRECTION
= EXISTING GRADE
= FUTURE GRADE
= TOP OF RET. WALL/TOP OF FOOTING
= PAD HIGH POINT ELEVATION
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= FINISHED GRADE ELEVATION
= RATE & DIRECTION OF SLOPE
= TOP OF CURB STATIONING
= RETAINING WALL
= PERIMETER BLOCK WALL
= PROPERTY LINE
= GRADE BREAK
= EASEMENT LINE
= CENTER LINE
= EXISTING LINE
= FUTURE LINE
= SCARP
= FINISHED FLOOR ELEVATION
= PAD ELEVATION
= EXISTING CONTOUR
= LOT NUMBER
= SWALE
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION (VT CURB TO TROLL CURB)
= CURB, GUTTER, AND SIDEWALK
= S/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°12'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 45, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.S.S.D. "SD 20" = LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2582.4639Ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°09'35.53360"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2468.2046Ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.2423 (FT DAVID '88)

DESCRIPTION: ALUM CAP 3" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1000-SD2

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 0402008 2325C
MAP UPDATED: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A", THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig

Overhead
Call
before you
Dig

SCALE (V) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SHYUN
DATE 10-18-05

## Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 25

MOHAVE COUNTY    ARIZONA

SHEET
A3-GR25
68 OF 94 SHEETS
SCI PROJECT#
18449

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05