

**Stanley Consultants** INC.
A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

March 3, 2006

Kevin Davidson
County of Mohave, Arizona
3675 E Andy Devine Avenue
PO Box 7000
Kingman, AZ  86401

Dear Mr. Davidson

**Subject:    Rhodes Homes – Apartment Site Minor Plan Amendment.**

On behalf of our client, we hereby submit this request for an amendment to the Mohave County Golden Valley Ranch Master Plan.  The subject site is located at the within the north west corner of parcel 215-01-080.  Specifically, the parcel is in Township 20 north, Range 18 West, Section 2.  The Shinarump Drive abuts this parcel at the north border, and Yuma Road abuts this parcel at the west border.

With the adoption of the Golden Valley Ranch Master Plan, the subject area was granted a Medium Density Residential Land Use.  This Land Use Category allows up to 12 dwelling units per acre.  The developer requests this Land Use be changed to High Density Residential that allows up to 25 dwelling units per acre.  The companion item to this amendment is a rezone application.  The accompanying site plan illustrates permanent eight-plex buildings that calculate a density of 16 dwelling units per acre.

This request is in accordance with the following Goals and Policies of the General Plan:

**Goal 20:  To establish particular locations in Mohave County for development as distinct urban areas, with appropriate land uses and public facilities and services.**

The Golden Valley Ranch Master plan area has been designated a Urban Density Area.  Per exhibit VI.13 Urban Density Areas allow for High Density Residential.

**Goal 22: To recognize the distinct character of individual communities and encourage land uses consistent with a community's own objectives.**

The current objective of the Golden Valley Ranch Master Planned community is to build housing and infrastructure.  The intent of the proposed multi-family area is to provide on-site housing for the construction employees.

**Goal 23:  To provide for organized planning for coordinating funding, construction and maintenance of urban infrastructure, at locations consistent with planned land uses and with capacities that are adequate to meet the needs of these planned land uses.**

On site employee housing is consistent with the policy of providing co-ordinate construction of infrastructure. This location is consistent with the original intended land use in this area of the master plan. Following development of the area, the housing will remain as an integrated part of the larger community.

**Goal 33: To provide locations for a wide variety of housing types.**

The Golden Valley Ranch Master plan invites people to live, work and recreate within their community thereby decreasing the environmental and traffic impacts throughout Mohave County. In order to ensure a self sustaining economic base, housing must be provided for a variety of age, income and family types. As previously mentioned this housing is to remain within the community after completion. The high density multi-family units represent one of several housing types that constitute a sustainable community.

Thank you for your consideration of this Minor Plan Amendment. Please contact me at (702) 765-6342 if you would like to offer further direction.

Sincerely,

Stanley Consultants, Inc.

Lora Dreja
Land Planner


LCD