

**Stanley Consultants** INC.
A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

February 02, 2006

Kevin Davidson
County of Mohave, Arizona
3675 E Andy Devine Avenue
PO Box 7000
Kingman, AZ  86401

Dear Mr. Davidson

Subject:    Rhodes Homes – Waste Water Treatment Plant Minor Plan Amendment

On behalf of our client, we hereby submit this request for an amendment to the Mohave County Golden Valley Area Plan.  The subject site is located at the south west corner of parcel 215-23-001 that is located at the south west corner of Aquarius Drive and Ramada Road.  This site is adjacent to the Golden Valley Ranch Master Planned Community.  Currently the site holds a "Rural Residential 5 A" land use designation.  This request is to change the land use designation to "Heavy Industrial" to allow for a One Million Gallon Waste Water Treatment Plant.

This request is in accordance with the following Goals and Policies of the General Plan:

**Goal 46:  To Plan for adequate waste water treatment and disposal systems at levels appropriate to meet the needs of urban, suburban and rural communities.**

Currently the area surrounding the subject site has a rural character.  As such, there are no existing waste water facilities to service future growth.  With the adoption of the Golden Valley Ranch Master Planned Community, the area will convert to an urban character.  This proposal will ensure adequate waste water services consistent with the growth expected by the General Plan.

**Goal 3:  To preserve the quantity and quality of water resources in perpetuity throughout the county.**
**Goal 44: To promote the efficient use of water supplies through water conservation efforts.**

The proposed Waste Water Treatment Plant will provide reclaimed water for irrigation to the Golden Valley Ranch golf course and public areas. In doing so, the treatment plant is providing water that would otherwise be taken from the aquifer.

**Goal 7:  To encourage energy conservation through more efficient design, materials, equipment and practices.**

The design will use the most energy efficient technology currently available.

5820 S. Eastern Avenue • Suite 200 • Las Vegas, NV  89119-3057 • phone 702.369.9396 • fax 702.369.9793
internet: www.stanleyconsultants.com

Page 2

**Goal 8:  To minimize noise levels throughout the County and, wherever possible, mitigate the effects of noise to provide a safe and healthy environment.**

In the event that the treatment plant generates noise, silencers will be mounted on the blowers.

**Goal 20:  To establish particular locations in Mohave County for development as distinct urban areas, with appropriate land uses and public facilities and services.**

Waste Water treatment is a necessary facility to service the urban densities planned within the Golden Valley area.  Therefore the proposal to change the land use designation to suit this facility is appropriate.

**Goal 22:  To recognize the distance character of individual communities and encourage land uses consistent with a community's own objectives.**

Sections within the Golden Valley Ranch community are intended to be high density walkable areas.  This design has limited space to build septic tanks.  As a result, the proposed waste water treatment plant is needed to service the urban character of the developing community.

**Goal 23:  To provide for organized planning for coordinating funding, construction and maintenance of urban infrastructure, at locations consistent with planned land uses and with capacities that are adequate to meet the needs of these planned land uses.**

This treatment plant is necessary urban infrastructure to accommodate the expected growth of the adjacent Golden Valley Ranch Community.

**Goal 62:  To recognize distinct character of individual areas and encourage land use patterns that are consistent with the goals of the General Plan and each area's own objectives.**

The General Plan allows for urbanization within Golden Valley.  The construction of high capacity urban infrastructure is consistent with the intent of the General Plan.

**Goal 28:  To preserve Mohave County's historic resources as physical reminders of the County's past and as unique focal points to shape its identity, now and in the future:**

The subject site and vicinity does not represent a notable historic resource.

**Goal 31:  To reduce the effect on County Residents due to hazardous materials and hazardous wastes.**

Hazardous materials (e.g. chlorine) will be kept onsite rather than regularly transported.  They will be stored in double containment devices to protect the area from exposure or spills.  Further, given that the depth to water in the area approaches 800 feet below land surface, no surface discharges or accidental spills have the potential to impact the aquifer in the vicinity.

Page 3

Thank you for your consideration of this Minor Plan Amendment. Please contact me at (702) 765-6342 if you would like to offer further direction.

Sincerely,

Stanley Consultants, Inc.

Lora Dreja
Land Planner

LCD