# IMPROVEMENT PLANS
# FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# AREA 1, PHASE A

## TRACT #

A PORTION OF SECTION 4, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



**KEY MAP**
SCALE 1"= 1000'

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

| ITEM | | QUANTITY |
|---|---|---|
| 8" P.V.C. SEWER LINE | 20,580 | LF |
| 48" DIA. SANITARY SEWER MANHOLES | 76 | EA |
| 4" SEWER LATERAL | 508 | EA |
| 6" SEWER STUB AND CAP | 19 | EA |

### STORM DRAIN

| ITEM | | QUANTITY |
|---|---|---|
| 30" RCP STORM DRAIN | 240 | LF |
| 4' X 4' FCDIC | 530 | LF |
| 6' X 4' FCDIC | 320 | LF |
| XX TYPE XX DRAINAGE INLET | 4 | EA |

### WATER

| ITEM | | QUANTITY |
|---|---|---|
| 8" PVC WATER LINE | 12,720 | LF |
| 8" GATE VALVE | 40 | EA |
| 8"-11.25' BEND | 7 | EA |
| 8" 22.5' BEND | 4 | EA |
| 8" 45' BEND | 8 | EA |
| 8" X 8" X 8" TEE | 15 | EA |
| 8" X 8" X 8" X 8" CROSS | 2 | EA |
| FIRE HYDRANT ASSEMBLY (INCLUDES 6" GATE VALVE) | 24 | EA |
| 8" CAP W/2" BLOWOFF ASSEMBLY | 10 | EA |
| 3/4" WATER METER | 316 | EA |
| 1" WATER LATERAL | 316 | EA |

### STREETS

| ITEM | | QUANTITY |
|---|---|---|
| A.C. PAVEMENT | 2,720 | CY |
| TYPE II AGGREGATE BASE | 5,350 | CY |
| STREET NAME SIGN | | EA |
| STOP SIGN | 31 | EA |
| SPEED LIMIT SIGN | 18 | EA |
| NO PARKING SIGN | 73 | EA |
| 30" ROLL CURB & GUTTER | 24,180 | LF |
| SIDEWALK | 54,680 | SF |
| VALLEY GUTTER | 6,600 | SF |
| DRIVEWAY | 316 | EA |
| STREET LIGHT AND POLE | 100 | EA |
| STREETLIGHT CONDUIT | 13,960 | LF |
| SURVEY MONUMENTS | TBD | EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY.
THE CONTRACTOR SHALL BE RESPONSIBLE FOR
CALCULATING THE EXACT QUANTITIES.

## LAND USE INFORMATION

| FLOOD ZONE DESIGNATION | FEMA-C |
|---|---|
| TOTAL ACREAGE...... PHASE A | 47 AC. (149.03 AC - AREA 1 TOTAL) |
| TOTAL LOTS......... PHASE A | 316 UNITS (896 UNITS- AREA 1 TOTAL) |
| AVERAGE LOT SIZE: | 7,697 S.F. |
| MINIMUM LOT SIZE: | 5,489 S.F. |
| DENSITY: | 4.4 D.U./ACRE |

LAND USAGE AND ZONING:
CURRENT LAND USAGE          VACANT
PROPOSED LAND USAGE         SINGLE FAMILY RES.
PROPOSED ZONING             MASTER PLAN
COMMON ELEMENT:             5.77 ACRES
PARK, DRAINAGE AREAS

GEOTECHNICAL EVALUATION BY: AMERICAN SOILS ENGINEERING, INC.
(702) 658-9511, FAX (702) 658-9514, REPORT DATED SEPT 12, 2005.
PROJ. NO. 1080-GEO

### OWNER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5338

### DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### BASIS OF BEARINGS
NORTH 00'13'26" EAST — THE WEST LINE OF THE NORTHWEST QUARTER
(NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA &
SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WIF), WEST ZONE,
INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS
PROCESSED BY NGS—OPUS.

N.C.S.D. "SD 32" = LATITUDE 35'06'23.70034"N,
LONGITUDE 114'09'31.57244"W (NAD '83)
HEIGHT 2502.482901ft (NAVD'88)

STONE 1/4 COR 3/3 = LATITUDE 35'06'55.53583"N,
LONGITUDE 114'07'30.72351"W (NAD '83)
HEIGHT 2486.204581ft (NAVD'88)

### BENCHMARK
BENCHMARK # "SD 34" N.C.S.D.
ELEVATION= 2580.24233 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 65 FT. NORTHEAST OF
THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W, AND THE
INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999
RLS 10343."

### CONTRACTOR'S NOTE
CONTRACTOR SHALL IMMEDIATELY NOTIFY ENGINEER OF ANY
DISCREPANCY BETWEEN INFORMATION ON PLANS AND EXISTING
SITE CONDITIONS.

### SOURCE OF TOPOGRAPHY
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES, INC (AERIAL — 2' CONTOURS), DATED 12/31/04
2. AERIAL MAPPING (AERIAL — 1' CONTOURS), DATED 1/13/05
BOTH AERIAL SURVEYS WERE DONE ON NAD83 89 AND WERE CONVERTED TO NAVD88 BY RAISING
SURFACE ELEVATIONS A DISTANCE OF 3.548 FT BASED ON N25-OPUS SOLUTIONS OF FAST STATIC
SURVEY ON MOHAVE COUNTY CONTROL POINT SD 32.

### UTILITIES

| | | |
|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 3466 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-2020 |
| GAS: | UNISOURCE ENERGY | 3466 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 2250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

### FEMA FLOOD ZONE
FEMA MAP, PANEL NO. 040098 2325D
MAP UPDATE: OCT 20, 2000.
PHASE A OF AREA 1 LIES WITHIN AN AREA
DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH
IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

### GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY AMERICAN SOILS
ENGINEERING, LLC
DATED 10 SEPTEMBER 05
PROJECT NO. 1080-GEO

## SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 1 | C1 | COVER SHEET |
| 2 | C2 | GENERAL NOTES, ABBREVIATIONS, LEGEND |
| 3-12 | D1-D10 | DETAILS |
| 13-14 | LC1-LC2 | LINE AND CURVE DATA SHEET |
| 15-26 | GR1-GR12 | GRADING PLANS |
| 27-38 | UP1-UP12 | UTILITY PLANS |
| 38-50 | SL1-SL13 | STREET LIGHT & TRAFFIC CONTROL PLANS |
| 51-67 | PP1-PP17 | PLAN AND PROFILE SHEETS |
| 68-79 | OS1-OS013 | OFF-SITE PLAN AND PROFILE SHEETS |

**VICINITY MAP**
NTS

**PROJECT SITE AREA 1 – PHASE A**

N.T.S.

### DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR IMPROPER
OR INCOMPLETE LOCATION
UTILITIES NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

### Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1- PHASE A
COVER

MOHAVE COUNTY          ARIZONA

| | |
|---|---|
| SCALE (H) NONE | |
| SCALE (V) NONE | |
| DESIGN BY DH/SH | |
| DRAWN BY DH/SH | |
| CHECKED BY DH/SH | |
| DATE 3-10-06 | |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

SHEET
**C1**
1 OF 79 SHEETS
SCI PROJECT#
18478

## GENERAL NOTES

## SEWER

## WATER

## STREET

## SITE GRADING

## DRAINAGE REPORT

## FEMA FLOOD ZONE

## STORM WATER POLLUTION PREVENTION PLAN

## ENGINEER'S NOTES

## LEGEND

## ABBREVIATIONS



DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OTHER HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5891

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
NOTES

Stanley Consultants INC.

NOTES

SHEET
2 OF 79 SHEETS



TYPICAL LOCAL STREET SECTION
PRIVATE / PUBLIC UTILITY EASEMENT
N.T.S.

TYPICAL COLLECTOR STREET SECTION
PRIVATE / PUBLIC UTILITY EASEMENT
N.T.S.

REMOVABLE BOLLARD DETAIL
N.T.S.

DRAINAGE EASEMENT
TO BE PRIVATELY MAINTAINED
N.T.S.

FUTURE LOOP ROAD STREET SECTION *
PUBLIC
N.T.S.

FUTURE LOOP ROAD STREET SECTION *
ADJACENT TO GOLF COURSE
PUBLIC
N.T.S.

TYPICAL LOT GRADING
N.T.S.

TYPICAL SETBACKS FOR ALL LOTS
NTS

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE:

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
ARIZONA
MOHAVE COUNTY

AREA I - PHASE A
DETAILS

SHEET
DT1
3 OF 79 SHEETS



J  SIDE YARD CORNER LOT SECTION
WITH RETAINING
N.T.S.



K  SIDE YARD CORNER LOT SECTION
NO RETAINING
N.T.S.



L  SIDE YARD CORNER LOT SECTION AT
COLLECTOR WITH RETAINING
N.T.S.



M  SIDE YARD CORNER LOT SECTION AT
COLLECTOR – NO RETAINING
N.T.S.



N  REAR / SIDE YARD SECTION WITH RETAINING
N.T.S.



O  SIDE YARD SECTION – NO RETAINING
N.T.S.



P  REAR YARD SECTION WITH SCARP
N.T.S.



Q  REAR YARD SECTION AT GOLF
COURSE / OPEN SPACE
N.T.S.



R  REAR YARD SECTION AT PERIMETER
STREET
N.T.S.



S  REAR YARD SECTION AT PERIMETER
BOUNDARY
N.T.S.



T  COMMON AREA DRAINAGE EASEMENT
N.T.S.



BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHEAST QUARTER
(NW 1/4) OF SECTION 10, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA &
SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE
ARIZONA COORDINATE SYSTEM OF 1983 (AZ83−WF), WEST ZONE,
INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS
PROCESSED BY NGS−OPUS.

W.C.S.D. "SD 33" =        LATITUDE 35°05'33.70034"N
                                    LONGITUDE 114°09'21.52740"W (NAD '83)
                                    HEIGHT 2582.46381ft. (NAVD'88)

STONE 1/4 COR 3/2 =      LATITUDE 35°05'58.50385"N
                                    LONGITUDE 114°12'35.72381"W (NAD '83)
                                    HEIGHT 2498.20458ft. (NAVD'88)

BENCHMARK

BENCHMARK # "SD 34" W.C.S.D.
ELEVATION= 2560.24273 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF
THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE
INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999
RLS 10343."

GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE
SOILS REPORT PREPARED BY: AMERICAN SOILS
ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No. 1060−GEO

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN
HEREON ARE APPROXIMATE
ONLY. IT SHALL BE THE
CONTRACTOR'S RESPONSIBILITY
TO DETERMINE THE EXACT
HORIZONTAL AND VERTICAL
LOCATION OF ALL EXISTING
UNDERGROUND OR OVER-
HEAD UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON. THE
ENGINEER ASSUMES NO
RESPONSIBILITY FOR UTILITIES
NOT SHOWN OR UTILITIES
NOT SHOWN IN THEIR PROPER
LOCATION.

Know what's below.
Call
before you
Dig
two day
1−602−782−3348

Know what's above
(be careful)
Call
before you
Overhead
1−876−753−3581

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA I − PHASE A
DETAILS

Stanley Consultants INC.

ARIZONA

MOHAVE COUNTY

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY CD/RW
CHECKED BY SH/DB
DATE 3−10−06

SHEET
DT2
4  OF  79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3−10−06



9a MODIFIED TYPE 'C' DROP INLET IN SUMP

9b MODIFIED TYPE 'C' DROP INLET ON GRADE



INLET HEADWALL

OUTLET HEADWALL

INLET HEADWALL FACE ELEVATION
OUTLET SIMILAR

SECTION A-A

SECTION B-B

CMP BEVEL DETAIL

HEADWALL 42" TO 84" PIPE

STANDARD DETAIL ENGLISH

501-3



NOTES

ANCHOR BLOCKS FOR VERTICAL BENDS

M.A.G. DETAIL NO. 381





TYPE 7 DROP INLET

TYPE 8 DROP INLET

TYPE 7 & 8
DROP INLETS

BASIS OF BEARINGS

GEOTECHNICAL NOTE:

BENCHMARK

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-818-703-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA I - PHASE A
DETAILS

MOHAVE COUNTY                ARIZONA

SHEET
DT3
5 OF 79 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06















CURB CUT FOR DRAINAGE
NTS

TRANSITION FROM VERT. CURB / GUTTER (TYPE 'A')
TO ROLL CURB AND GUTTER
NTS



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06























**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 15 SEPTEMBER 05
PROJECT No: 1080-GEO

**BASIS OF BEARINGS**
NORTH 00'13'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 10, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

**BENCHMARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2550.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP CF DIA., SET IN CONC. 95 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC 26, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Arizona
Blue Stake, Inc.
Call
before you
Dig
1-800-782-5348
(1-800-STAKE-IT)

Overhead
before you
Call
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1-PHASE A
DETAILS

SHEET
DT6
8 OF 79 SHEETS
SCI PROJECT#
18478



**EASEMENT DETAIL-R**
N STREET to 7 STREET
SCALE: HORIZONTAL 1" = 40' (PRIVATE)



**EASEMENT DETAIL-S**
L STREET to 6 STREET
SCALE: HORIZONTAL 1" = 40' (PRIVATE)



**EASEMENT DETAIL-T**
K STREET to 4 STREET
SCALE: HORIZONTAL 1" = 40' (PRIVATE)



**KEYMAP**
N.T.S.

**LEGEND**



**EASEMENT DETAIL-R**
N STREET to 7 STREET
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'



**EASEMENT DETAIL-S**
L STREET to 6 STREET
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'



**EASEMENT DETAIL-T**
K STREET to 4 STREET
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

**BASIS OF BEARINGS**

NORTH 00°12'06" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =    LATITUDE 35°09'22.79034"N,
                     LONGITUDE 114°09'21.52716"W (NAD '83)
                     HEIGHT 2580.43281ft. (NAVD'88)

STONE 1/4 COR 2/3 =  LATITUDE 35°08'56.53385"N,
                     LONGITUDE 114°12'20.72081"W (NAD '83)
                     HEIGHT 2498.20458ft. (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.34213 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY; AMERICAN SOILS ENGINEERING, LLC.
DATED: 19 SEPTEMBER 05
PROJECT No.: 1080-GEO

**FEMA FLOOD ZONE**
FEMA MAP, PANEL NO. 040098 2225C
MAP UPDATED; OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you Overhead
1-928-753-5591





**Stanley Consultants** INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES
MOHAVE COUNTY                    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY: CD./RM
CHECKED BY: SH./DB
DATE: 3-10-06

SHEET
**DT7**
9 OF 79 SHEETS
SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



KEYMAP
N.T.S.

EASEMENT DETAIL-U
2 STREET to 3 STREET
SCALE: HORIZONTAL 1" = 40' (PRIVATE)

EASEMENT DETAIL-V
E STREET to WEST LOOP RD.
SCALE: HORIZONTAL 1" = 40' (PRIVATE)

EASEMENT DETAIL-W
P STREET to WEST LOOP RD.
SCALE: HORIZONTAL 1" = 40' (PRIVATE)

EASEMENT DETAIL-U
2 STREET to 3 STREET
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

EASEMENT DETAIL-V
E STREET to WEST LOOP RD.
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

EASEMENT DETAIL-W
P STREET to WEST LOOP RD.
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

LEGEND

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 15 SEPTEMBER 05
PROJECT No.: 1050-SE20

FEMA FLOOD ZONE
FEMA MAP, PANEL NO. 040009 2335C
MAP UPDATED: OCT 20, 2000
PHASE A 9" AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "D", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

DISCLAIMER NOTE

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES
MOHAVE COUNTY                    ARIZONA

SHEET
DT8
10 OF 79 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06





**KEYMAP**
N.T.S.



**EASEMENT DETAIL-Y**
J. STREET to GOLF COURSE
SCALE: HORIZONTAL 1" = 40' (PRIVATE)

COMMON LOT "G"

PROPERTY LINE

GOLF COURSE
HOLE NO.15

**LEGEND**

| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| | = STATIONING AT BGC (BUILDING) |
| | = PROPERTY LINE |
| | = RIGHT OF WAY |
| | = GRADE BREAK |
| | = CENTER LINE |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = EDGE OF PAVEMENT |
| | = SUBDIVISION/UNIT BOUNDRY |
| | = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | = CURB & GUTTER |
| | = S/W RAMP |



**EASEMENT DETAIL-Y**
J. STREET to GOLF COURSE
SCALE: HORIZONTAL 1" = 40'
VERTICAL     1" = 4'

**BASIS OF BEARINGS**

NORTH 00°12'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =      LATITUDE 35°09'22.70034"N
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2562.46391ft. (NAVD'88)

STONE 1/4 COR 2/3 =     LATITUDE 35°08'56.53385"N
                        LONGITUDE 114°10'20.72281"W (NAD '83)
                        HEIGHT 2466.20455ft. (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24012 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 06
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 04005M 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1-800-782-5348

Call
before you
Overhead
1-928-753-5591



Stanley Consultants INC.

3800 N. Central Avenue, Suite 300
Las Vegas, Nevada 89112
(702) 369-9396  FAX (702) 369-9793
www.stanleyconsultants.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY          ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY: CD/RM
CHECKED BY SH/DB
DATE: 3-10-06

**SHEET**
DT9
11 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



**KEYMAP**
N.T.S.

**EASEMENT DETAIL-Z**
1 STREET to WEST LOOP ROAD
SCALE   HORIZONTAL 1" = 40'   (PRIVATE)

**EASEMENT DETAIL-Z**
1 STREET to WEST LOOP ROAD
SCALE   HORIZONTAL 1" = 40'
         VERTICAL   1" = 4'

**LEGEND**

**BASIS OF BEARINGS**

NORTH 00°13'36" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.S. "SD 32" =        LATITUDE 35°59'23.76034"N
                         LONGITUDE 114°09'21.57240"W (NAD '83)
                         HEIGHT 2560.48261ft. (NAVD'88)

STONE 1/4 COR 3/3 =       LATITUDE 36°06'56.53385"N
                         LONGITUDE 114°10'30.72081"W (NAD '83)
                         HEIGHT 2496.20459ft. (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24013 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY; AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 06
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Call 811
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1- PHASE A
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY   ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY: CD/RM
CHECKED BY: SH/DG
DATE: 3-10-06

**SHEET**
DT10

12 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 100 ft.

**KEYMAP**
N.T.S.

LC1
PHASE A
PHASE B

**BASIS OF BEARINGS**

NORTH 00°13'36" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 33" =       LATITUDE 35°06'23.70034"N,
                        LONGITUDE 114°09'21.57242"W (NAD '83)
                        HEIGHT 2582.4636IFt (NAVD'88)

STONE 1/4 COR 2/3 =     LATITUDE 35°08'36.53385"N,
                        LONGITUDE 114°10'30.72281"W (NAD '83)
                        HEIGHT 2466.2046IFt (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**LEGEND**

|   |   |
|---|---|
| | 10' CORNER LOT SETBACK |
| ———— | STREET CENTER LINE |
| ———— | PROPERTY LINE |
| ———— | AREA 2 BOUNDARY LINE |
| ———— | RIGHT–OF–WAY LINE |
| ———— | FUTURE LINE |
| ▓▓▓▓ | PHASE LINE |
| 164 | LOT NUMBER |
| PRC | SIDEWALK RAMP |
| G.E. | COMMON ELEMENT |
| D.E. | DRAINAGE EASEMENT |
| L3,LC4 | LINE AND CURVE BACK OF CURB DATA |
| DC3, LD4 | LINE AND CURVE CENTERLINE DATA |

WEST LOOP ROAD (PUBLIC)

RIGHT OF WAY

PROPERTY LINE

COMMON LOT "A"

PROPERTY LINE

PHASE A

PROPERTY LINE

COMMON LOT "B"

PHASE A

COMMON LOT "B"

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO DIMENSIONING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1–800–782–5348

Call before you Overhead
1–676–753–5961

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE A
LINE AND CURVE DATA 1

MOHAVE COUNTY        ARIZONA

SCALE (H) 1" = 100
SCALE (V) NONE
DRAWN BY  CD/RM
CHECKED BY  SH/SW
DATE  3–10–06

**Stanley Consultants** INC.

SHEET
**LC1**
13 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06

## BACK OF CURB CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| C1 | 33.03 | 56.00 | 11.73 | 11.72 |
| C2 | 22.27 | 56.00 | 11.33 | 11.32 |
| C3 | 114.58 | 48.00 | 136.75 | 136.75 |
| C4 | 33.03 | 50.00 | 11.73 | 11.72 |
| C5 | 33.03 | 56.00 | 11.73 | 11.72 |
| C6 | 99.10 | 45.00 | 86.35 | 86.35 |
| C7 | 33.03 | 56.00 | 11.73 | 11.72 |
| C8 | 114.33 | 48.00 | 134.87 | 134.87 |
| C9 | 36.00 | 75.00 | 21.63 | 21.63 |
| C10 | 41.55 | 25.00 | 26.85 | 26.85 |
| C11 | 33.03 | 56.00 | 11.73 | 11.72 |
| C12 | 33.03 | 56.00 | 11.73 | 11.72 |
| C13 | 114.72 | 48.00 | 137.05 | 137.05 |
| C14 | 33.03 | 56.00 | 11.73 | 11.72 |
| C15 | 33.03 | 56.00 | 11.73 | 11.72 |
| C16 | 110.02 | 44.00 | 143.76 | 143.76 |
| C17 | 31.38 | 56.00 | 10.60 | 10.60 |
| C18 | 33.03 | 56.00 | 11.73 | 11.72 |
| C19 | 50.70 | 50.00 | 30.76 | 30.76 |
| C20 | 152.66 | 56.00 | 50.00 | 50.00 |
| C21 | 36.60 | 50.00 | 13.21 | 13.21 |
| C22 | 58.14 | 56.00 | 31.45 | 31.45 |
| C23 | 730.51 | 56.00 | 30.81 | 30.81 |
| C24 | 44.26 | 480.00 | 22.15 | 22.15 |
| C25 | 91.33 | 518.00 | 45.76 | 45.76 |
| C26 | 49.42 | 56.00 | 26.94 | 26.94 |
| C27 | 31.24 | 56.00 | 18.30 | 18.30 |
| C28 | 237.83 | 96.00 | 47.83 | 47.83 |
| C29 | 50.70 | 50.00 | 30.78 | 30.76 |
| C30 | 31.38 | 56.00 | 10.60 | 10.60 |
| C31 | 233.66 | 56.00 | 50.00 | 50.00 |
| C32 | 26.48 | 25.00 | 29.21 | 29.21 |
| C34 | 26.48 | 25.00 | 29.21 | 29.21 |
| C35 | 28.05 | 25.00 | 24.78 | 24.78 |
| C36 | 26.48 | 28.00 | 29.21 | 29.21 |
| C37 | 36.00 | 75.00 | 21.63 | 21.63 |
| C38 | 39.27 | 25.00 | 25.00 | 25.00 |
| C39 | 39.27 | 25.00 | 25.00 | 25.00 |
| C40 | 46.03 | 25.00 | 25.77 | 25.77 |
| C41 | 138.33 | 541.00 | 44.01 | 44.01 |
| C42 | 117.54 | 408.00 | 58.24 | 58.24 |
| C43 | 46.03 | 25.00 | 25.77 | 25.77 |
| C44 | 38.51 | 25.00 | 24.25 | 24.25 |
| C45 | 46.03 | 25.00 | 25.77 | 25.77 |
| C46 | 46.03 | 28.00 | 25.77 | 25.77 |
| C47 | 178.46 | 56.00 | 34.15 | 34.15 |
| C48 | 38.31 | 25.00 | 24.75 | 24.75 |
| C49 | 40.86 | 25.00 | 26.87 | 26.87 |
| C50 | 43.10 | 25.00 | 25.84 | 25.84 |
| C51 | 38.23 | 406.00 | 19.02 | 19.02 |
| C52 | 337.15 | 841.00 | 119.31 | 119.31 |
| C53 | 49.99 | 25.00 | 26.18 | 26.18 |
| C54 | 25.90 | 25.00 | 28.76 | 28.76 |
| C55 | 27.55 | 25.00 | 33.34 | 33.34 |
| C56 | 28.51 | 25.00 | 24.55 | 24.55 |
| C57 | 100.38 | 508.00 | 50.23 | 50.23 |
| C58 | 39.27 | 25.00 | 25.00 | 25.00 |
| C59 | 39.27 | 25.00 | 25.00 | 25.00 |
| C60 | 46.03 | 25.00 | 25.77 | 25.77 |
| C61 | 38.51 | 28.00 | 24.25 | 24.25 |
| C62 | 39.31 | 25.00 | 24.25 | 24.25 |
| C63 | 86.93 | 35.00 | 26.67 | 26.67 |
| C64 | 197.43 | 945.00 | 99.07 | 99.07 |
| C65 | 38.55 | 25.00 | 24.28 | 24.28 |
| C66 | 37.59 | 846.00 | 18.65 | 18.65 |
| C67 | 254.28 | 509.00 | 128.03 | 128.03 |
| C68 | 46.62 | 25.00 | 26.77 | 26.77 |
| C69 | 38.51 | 25.00 | 24.25 | 24.25 |
| C70 | 46.03 | 25.00 | 25.77 | 25.77 |
| C71 | 277.87 | 656.00 | 139.82 | 139.82 |
| C72 | 289.31 | 690.00 | 145.76 | 145.76 |
| C73 | 28.51 | 25.00 | 24.75 | 24.75 |
| C74 | 40.03 | 25.00 | 25.77 | 25.77 |
| C75 | 39.31 | 25.00 | 24.25 | 24.25 |
| C76 | 43.45 | 35.00 | 28.03 | 28.03 |
| C77 | 30.84 | 35.00 | 31.61 | 31.61 |
| C78 | 20.82 | 35.00 | 21.78 | 21.78 |
| C79 | 43.76 | 75.00 | 28.84 | 28.64 |
| C80 | 43.76 | 25.00 | 28.88 | 28.88 |
| C81 | 40.90 | 28.00 | 28.80 | 28.80 |
| C82 | 26.48 | 25.00 | 29.21 | 29.21 |
| C83 | 26.48 | 25.00 | 24.78 | 24.78 |
| C84 | 28.05 | 31.00 | 31.87 | 31.87 |
| C85 | 161.37 | 1200.00 | 80.76 | 80.76 |
| C86 | 160.58 | 1200.00 | 80.65 | 80.65 |
| C87 | 36.00 | 50.00 | 20.30 | 20.30 |
| C88 | 56.04 | 30.00 | 38.05 | 38.05 |
| C89 | 61.24 | 28.00 | 28.05 | 28.05 |
| C90 | 146.65 | 648.00 | 63.78 | 63.78 |
| C92 | 137.35 | 609.00 | 79.11 | 79.11 |

## BACK OF CURB LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| L1 | 298.80 | S41°14'23"E |
| L2 | 263.15 | S41°14'23"E |
| L3 | 278.49 | S41°14'23"E |
| L4 | 272.57 | S41°14'23"E |
| L5 | 260.01 | S41°14'23"E |
| L6 | 254.04 | S41°14'23"E |
| L7 | 241.78 | S41°16'47"E |
| L8 | 227.86 | S41°16'47"E |
| L9 | 196.00 | N27°18'04"W |
| L10 | 196.00 | N27°18'04"W |
| L11 | 272.14 | N05°13'28"W |
| L12 | 11.35 | N53°23'28"W |
| L13 | 68.08 | N53°23'36"W |
| L14 | 298.14 | N38°15'24"E |
| L15 | 184.21 | N38°15'24"E |
| L16 | 184.21 | N38°15'24"E |
| L17 | 147.83 | N53°23'38"W |
| L18 | 53.78 | N53°23'38"W |
| L19 | 184.73 | N53°23'36"W |
| L20 | 54.91 | S02°37'38"W |
| L21 | 1038.62 | S02°41'38"W |
| L22 | 315.44 | S02°41'38"W |
| L23 | 418.51 | S02°41'38"W |
| L24 | 184.00 | S02°41'38"W |
| L25 | 427.00 | S02°41'38"W |
| L26 | 424.43 | S02°41'38"W |
| L27 | 84.38 | S38°37'07"E |
| L28 | 174.06 | S30°33'22"E |
| L29 | 334.34 | S30°33'22"E |
| L30 | 607.44 | S02°41'38"W |
| L31 | 190.08 | S02°41'38"W |
| L32 | 944.03 | S02°41'38"W |
| L33 | 146.03 | S02°41'38"W |
| L34 | 118.30 | N38°15'24"E |
| L35 | 118.53 | N38°15'24"E |
| L36 | 129.46 | S02°41'38"W |
| L37 | 174.41 | S02°41'38"W |
| L38 | 138.05 | S02°41'38"W |
| L39 | 814.39 | S02°41'38"W |
| L40 | 524.80 | S02°41'38"W |
| L41 | 368.61 | S02°41'38"W |
| L42 | 424.18 | S02°41'38"W |
| L43 | 86.02 | S30°33'22"E |
| L44 | 350.00 | S30°33'22"E |
| L45 | 350.19 | S02°41'38"W |
| L46 | 178.23 | S02°41'38"W |
| L47 | 157.57 | S02°41'38"W |
| L48 | 88.72 | S30°33'22"E |
| L49 | 350.19 | S30°33'22"E |
| L50 | 308.96 | S30°33'22"E |
| L51 | 197.09 | S30°33'22"E |
| L52 | 306.52 | S30°33'22"E |
| L53 | 87.20 | S30°33'22"E |
| L54 | 199.19 | S06°27'48"W |
| L55 | 175.98 | S06°27'48"W |
| L56 | 176.53 | S06°27'48"W |
| L57 | 281.23 | N53°23'36"W |
| L58 | 290.32 | N53°23'36"W |
| L59 | 135.65 | N38°15'24"E |
| L60 | 162.40 | N38°15'24"E |
| L61 | 162.95 | N06°37'49"E |
| L62 | 77.27 | S30°33'22"E |
| L63 | 88.78 | S37°02'28"E |
| L64 | 398.73 | S37°02'28"E |

## CENTERLINE CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| CCL100 | 126.54 | 458.00 | 70.28 | 70.28 |
| CCL101 | 103.08 | 423.00 | 51.68 | 61.68 |
| CCL102 | 232.91 | 833.00 | 116.63 | 116.63 |
| CCL103 | 311.08 | 837.00 | 157.21 | 157.01 |
| CCL104 | 283.58 | 876.00 | 142.85 | 142.85 |
| CCL105 | 69.81 | 53.00 | 37.90 | 37.90 |
| CCL106 | 69.05 | 57.00 | 56.52 | 56.52 |
| CCL107 | 82.14 | 53.00 | 53.48 | 53.48 |
| CCL108 | 175.36 | 1368.00 | 87.81 | 87.81 |
| CCL109 | 84.87 | 53.00 | 54.84 | 54.84 |
| CCL110 | 86.66 | 57.00 | 57.12 | 57.12 |
| CCL111 | 162.00 | 837.00 | 81.45 | 81.45 |

## CENTERLINE LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| LCL100 | 311.33 | S41°14'35"E |
| LCL101 | 360.07 | S41°14'23"E |
| LCL102 | 344.03 | S41°14'23"E |
| LCL103 | 322.34 | S41°16'47"E |
| LCL104 | 18.16 | S41°16'47"E |
| LCL105 | 33.06 | N27°18'04"W |
| LCL106 | 13.00 | N27°18'04"W |
| LCL107 | 272.00 | N27°18'04"W |
| LCL108 | 53.00 | N27°18'04"W |
| LCL109 | 366.60 | N38°15'24"E |
| LCL110 | 433.56 | N38°15'24"E |
| LCL111 | 436.76 | S53°23'38"E |
| LCL112 | 1401.77 | S02°41'38"W |
| LCL113 | 465.78 | S02°41'38"W |
| LCL114 | 380.12 | S38°33'22"E |
| LCL115 | 1239.88 | S02°41'38"W |
| LCL116 | 814.28 | S02°41'38"W |
| LCL117 | 1034.83 | S02°41'38"W |
| LCL118 | 399.93 | S30°33'22"E |
| LCL119 | 762.95 | S38°33'22"E |
| LCL120 | 778.82 | S06°27'48"W |
| LCL121 | 283.22 | N53°23'36"W |
| LCL122 | 211.48 | N38°15'24"E |
| LCL123 | 77.35 | N38°15'24"E |
| LCL124 | 361.72 | S37°02'28"E |

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES IN THEIR PROPER LOCATION.

Call before you dig
the one
1-800-782-5348

Call before you Overhead
1-575-753-5961

### BASIS OF BEARINGS

NORTH 00°18'08" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS—OPUS.

N.C.S.D. "BD 22" =     LATITUDE 35°09'20.70034"N,
                       LONGITUDE 114°08'31.52740"W (NAD '83)
                       HEIGHT 2560.483501ft. (NAVD'88)

STONE 1/4 COR 2/3 =    LATITUDE 35°08'59.53387"N,
                       LONGITUDE 114°10'20.72267"W (NAD '83)
                       HEIGHT 2496.304586ft (NAVD'88)

### BENCHMARK

BENCHMARK # "BD 24" N.C.S.D.
ELEVATION: 2560.34313 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC, 63 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "BD 24 1999 RLS 10343."

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3—10—06



## Stanley Consultants INC.

3560 E. Gabbro Avenue, Suite 200
Las Vegas, Nevada 89115
(702) 369-9396 FAX (702) 269-9394
www.stanleyconsultants.com

| SCALE (H) NONE |
| SCALE (V) NONE |
| DRAWN BY: CD/TM |
| CHECKED BY: SH/DB |
| DATE: 3—10—06 |

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

ARIZONA          MOHAVE COUNTY

AREA 1 — PHASE A
LINE AND CURVE DATA 2

SHEET
LC2

14 OF 79 SHEETS

SCI PROJECT#
18478








NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

HOLE NO. 12

AREA 2

AREA 2

GOLF COURSE
FOR GOLF COURSE GRADING SEE
IMPROVEMENT PLANS BY TED ROBINSON

### CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G STD. DETAIL NO. 220 (TYPE B)
9. SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

### LEGEND

### BASIS OF BEARINGS

NORTH 00°17'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 30" =     LATITUDE 35°08'22.70034"N,
                       LONGITUDE 114°06'21.37940"W (NAD '83)
                       HEIGHT 2582.46361FT (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'23.53285"N,
                       LONGITUDE 114°12'30.72281"W (NAD '83)
                       HEIGHT 2458.30486FT (NAVD'88)

### BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 34, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

### GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1055-GEO

### FEMA FLOOD ZONE

FEMA MAP PANEL NO 040208 2330C
MAP UPDATED: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A "ZONE X" AREA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

### NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN .800' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OTHER FACILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Know what's below.
Call before you dig.
1-800-782-5348

Call before you dig
Overhead
1-558-753-5591

FOR CONTINUATION SEE SHEET GR1

FOR CONTINUATION SEE SHEET GR2

FOR CONTINUATION SEE SHEET GR5

FOR CONTINUATION SEE SHEET GR5

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 2

MICHAVE COUNTY          ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/PM
CHECKED BY SN/DB
DATE 3-10-06

SHEET
GR2
16 OF 79 SHEETS

SCI PROJECT#
18476

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06







KEYMAP
N.T.S.





## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT3)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 340 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°17'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =  LATITUDE 35°08'22.70034"N,
                    LONGITUDE 114°09'21.57343"W (NAD '83)
                    HEIGHT 2563.46391 IFT (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°08'05.53285"N,
                     LONGITUDE 114°10'30.11201"W (NAD '83)
                     HEIGHT 2465.30448IFT (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2562.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 55 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| | = EXISTING GRADE |
| | = FUTURE GRADE |
| | = TOP OF FET. WALL/TOP OF FOOTING |
| | = PAD HIGH POINT ELEVATION |
| | = FLOWLINE ELEVATION |
| | = CENTERLINE FINISHED GRADE ELEVATION |
| | = TOP OF CURB ELEVATION |
| | = FINISHED GRADE ELEVATION |
| | = RATE & DIRECTION OF SLOPE |
| | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = SCARP |
| | = FINISHED FLOOR ELEVATION |
| | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/UNIT BOUNDARY |
| | = 5 FT TRANSITION (1" CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PUBLIC ACCESS EASEMENT |
| P.U.E. | = PUBLIC UTILITY EASEMENT |

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 4

MOHAVE COUNTY    ARIZONA

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CO./RM | |
| CHECKED BY SH/DB | |
| DATE 3-10-06 | |

SHEET
GR4

18 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



FOR CONTINUATION SEE SHEET GR1

FOR CONTINUATION SEE SHEET GR2

FOR CONTINUATION SEE SHEET GR4

FOR CONTINUATION SEE SHEET GR6

FOR CONTINUATION SEE SHEET GR9

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.





KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT2)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SUBDIVISION/UNIT BOUNDARY
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- S.F.T. TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- D.E.
- PUBLIC ACCESS EASEMENT
- P.A.E.
- PUBLIC UTILITY EASEMENT
- P.U.E.

## BASIS OF BEARINGS

NORTH 00°12'28" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 30" = LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57944"W (NAD '83)
HEIGHT 2580.46391'(NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'35.53285"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2458.20408'(NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24227 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 34, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1996 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 06
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2375C
MAP UPDATED: OCT 16, 2008

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-816-753-5651

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 5

MOHAVE COUNTY                    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) 1" = HORIZ
DRAWN BY: CD/RM
CHECKED BY: SM/DB
DATE: 3-10-06

SHEET
GR5
19 OF 79 SHEETS
SCI PROJECT# 18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



FOR CONTINUATION SEE SHEET GR2

HOLE NO. 11

AREA 2

GOLF COURSE
FOR GOLF COURSE GRADING SEE
IMPROVEMENT PLANS BY TED ROBINSON

FOR CONTINUATION SEE SHEET GR10

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.





KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USES ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°17'28" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 16 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 20" =      LATITUDE  35°06'23.70034"N,
                        LONGITUDE 114°09'21.97844"W (NAD '83)
                        HEIGHT 2580.483911ft  (NAVD'88)

STONE 1/4 COR 3/2 =     LATITUDE  35°08'25.53285"N,
                        LONGITUDE 114°10'30.72591"W (NAD '83)
                        HEIGHT 2435.29245ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2592.24213 (FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 31, T. 21 N., R18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1996 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 13 SEPTEMBER 05
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040008 3205C
MAP UPDATED: OCT 31, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- = RATE & DIRECTION OF SLOPE
- = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = EXISTING LINE
- = FUTURE LINE
- = SUBDIVISION/UNIT BOUNDARY
- = SCARP
- = FINISHED FLOOR ELEVATION
- = PAD ELEVATION
- = EXISTING CONTOUR
- = LOT NUMBER
- = SWALE
- = SUBDIVISION/UNIT BOUNDARY
- = G.F.T TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  FAX (702) 369-9793

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 6

MOHAVE COUNTY       ARIZONA

| SCALE (V) 1" = 40' | SCALE (H) NONE | DRAWN BY CD/RM | CHECKED BY SH/DB | DATE 3-10-06 |

SHEET
GR6

20 of 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 217A ON SHEET DT3
2. 6" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°17'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 33" = LATITUDE 35°08'23.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2565.463811ft (NAVD'88)

STONE 1/4 COR 2/3 = LATITUDE 35°08'15.53285"N,
LONGITUDE 114°10'30.72051"W (NAD '83)
HEIGHT 2468.304ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2992.24273 FT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 15 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 3325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**NOTE:**
ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

**LEGEND**

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SUBDIVISION/UNIT BOUNDARY
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- S.F.T TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
GRADING PLAN 7

MOHAVE COUNTY          ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CO./RM
CHECKED BY: SH/DW
DATE: 3-10-06

SHEET
**GR7**
21 of 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 3'7" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 4" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT4)
8. 2x4" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°17'26" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =    LATITUDE 20°06'23.70224"N,
                      LONGITUDE 114°06'31.37945"W (NAD '83)
                      HEIGHT 2563.46381ft (NAVD'88)

STONE 1/4 COR 3/2 =   LATITUDE 20°06'35.53285"N,
                      LONGITUDE 114°10'30.72281"W (NAD '83)
                      HEIGHT 2468.30466ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24373 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10344."

**LEGEND**

— = DRIVEWAY
↗ = HIGH POINT SWALE DIRECTION
— = EXISTING GRADE
— = FUTURE GRADE
— = TOP OF RET. WALL/TOP OF FOOTING
— = PAD HIGH POINT ELEVATION
— = FLOWLINE ELEVATION
— = CENTERLINE FINISHED GRADE ELEVATION
— = TOP OF CURB ELEVATION
— = FINISHED GRADE ELEVATION
— = RATE & DIRECTION OF SLOPE
— = TOP OF CURB STATIONING
— = RETAINING WALL
— = PERIMETER BLOCK WALL
— = PROPERTY LINE
— = GRADE BREAK
— = EASEMENT LINE
— = CENTER LINE
— = EXISTING LINE
— = FUTURE LINE
— = SUBDIVISION/UNIT BOUNDARY
— = SCARP
— = FINISHED FLOOR ELEVATION
— = PAD ELEVATION
— = EXISTING CONTOUR
— = LOT NUMBER
— = SWALE
— = SUBDIVISION/UNIT BOUNDARY
— = S.F.T. TRANSITION ("L" CURB TO "FULL" CURB)
— = CURB, GUTTER, AND SIDEWALK
— = S/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**
FEMA MAP, PANEL NO. 040208 2320C
MAP UPDATED OCT 15, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**NOTE:**
ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

FOR CONTINUATION SEE SHEET GR4

FOR CONTINUATION SEE SHEET GR9

FOR CONTINUATION SEE SHEET GR11

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591

**Stanley Consultants INC.**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
GRADING PLAN 8
MOHAVE COUNTY        ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DW
DATE 3-10-06

SHEET
**GR8**
22 OF 79 SHEETS
SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06







NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

FOR CONTINUATION SEE SHEET GR5

FOR CONTINUATION SEE SHEET GR8

FOR CONTINUATION SEE SHEET GR10

FOR CONTINUATION SEE SHEET GR11

FOR CONTINUATION SEE SHEET GR12

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT2)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°17'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 30" = LATITUDE 35°08'20.70034"N,
LONGITUDE 114°09'21.57344"W (NAD '83)
HEIGHT 2362.46381'(NAVD'88)

STONE 1/4 COR 2/2 = LATITUDE 35°08'20.53285"N,
LONGITUDE 114°12'30.72281"W (NAD '83)
HEIGHT 2458.20466'(NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2562.2422' FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040208 2305C
DATED: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 800' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SUBDIVISION/UNIT BOUNDARY
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- S. FT. TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Arizona Blue Stake Inc.
Call before you Dig
1-800-782-5348 or 602-263-1100

Call before you Overhead
1-928-753-5561

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 FAX (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CD/RM | |
| CHECKED BY SH/DB | |
| DATE 3-10-06 | |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

**SHEET**
GR9

23 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06





NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 217A ON SHEET DT3
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT3)
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT3)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT3)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT3)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

BASIS OF BEARINGS

NORTH 00°17'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 05, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°08'22.70034"N,
LONGITUDE 114°09'21.57941"W (NAD '83)
HEIGHT 2563.46391'(NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°09'25.53285"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.30458'(NAVD'88)

BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2563.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10243."

GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 15 SEPTEMBER 05
PROJECT No.: 1050-GEO

FEMA FLOOD ZONE
FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED OCT 05, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

NOTE:
ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING DESIGN TO GET ACTUAL ELEVATION.

LEGEND

— = DRIVEWAY
— = HIGH POINT SWALE DIRECTION
— = EXISTING GRADE
— = FUTURE GRADE
— = TOP OF RET. WALL/TOP OF FOOTING
— = PAD HIGH POINT ELEVATION
— = FLOWLINE ELEVATION
— = CENTERLINE FINISHED GRADE ELEVATION
— = TOP OF CURB ELEVATION
— = FINISHED GRADE ELEVATION
— = RATE & DIRECTION OF SLOPE
— = TOP OF CURB STATIONING
— = RETAINING WALL
— = PERIMETER BLOCK WALL
— = PROPERTY LINE
— = GRADE BREAK
— = EASEMENT LINE
— = EXISTING LINE
— = FUTURE LINE
— = SUBDIVISION/UNIT BOUNDARY
— = SCARP
— = FINISHED FLOOR ELEVATION
— = PAD ELEVATION
— = EXISTING CONTOUR
73 = LOT NUMBER
— = SWALE
— = SUBDIVISION/UNIT BOUNDARY
— = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
— = CURB, GUTTER, AND SIDEWALK
— = S/W RAMP
D.E. = DRAINAGE EASEMENT
P.A.E. = PUBLIC ACCESS EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-678-233-5551

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY    ARIZONA

AREA 1 - PHASE A
GRADING PLAN 10

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CO./RM
CHECKED BY: SH/DB
DATE: 3-10-06

SHEET
GR10
24 OF 79 SHEETS
SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06





KEYMAP
N.T.S.

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT3
2. 30" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) DEE DETAIL SHEET DT3]
3. 6" CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 DEE DETAIL SHEET DT3]
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 DEE DETAIL SHEET DT3]
6. DROP CURB PER DETAIL, ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 DEE DETAIL SHEET ST4]
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- FUTURE LINE
- SUBDIVISION/UNIT BOUNDARY
- SCARP
- FINISHED FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- S.F.T TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°17'26" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 03, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 37" =    LATITUDE  35°08'23.70034"N,
LONGITUDE 114°09'21.57341"W (NAD '83)
HEIGHT 2383.4639FT (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE  35°08'33.52885"N,
LONGITUDE 114°10'30.70581"W (NAD '83)
HEIGHT 2468.2046ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2680.2423 FT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 06
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP, PANEL NO. 040208 2325C
MAP UPDATED OCT 03, 2005

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 600' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
1-800-782-5348

Call before you dig Overhead
1-928-753-5591

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
GRADING PLAN 11
MOHAVE COUNTY    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CD/RM
CHECKED BY: SN/DB
DATE: 3-10-06

SHEET
GR11
25 OF 79 SHEETS
SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06







NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

BASIS OF BEARINGS

BENCHMARK

SEWER CONSTRUCTION NOTES

WATER CONSTRUCTION NOTES

LEGEND

WATER

SEWER

STORM DRAIN

TYPICAL WATER AND SS MAIN LINE SECTION

TYPICAL WATER AND SS LATERALS

STREETLIGHT LOCATION
N.T.S.

FIRE HYDRANT LOCATION
N.T.S.

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA I - PHASE A
UTILITY PLAN I
MOHAVE COUNTY          ARIZONA

SHEET
UP1
27 OF 79 SHEETS

WEST LOOP ROAD

FOR CONTINUATION SEE SHEET UP4

FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP2



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

AREA 2

AREA 2

GOLF COURSE
HOLE NO. 12

PROPERTY LINE

RIGHT-OF-WAY

PROPERTY LINE

PROPERTY LINE

COMMON LOT "C"

J STREET

Q STREET

J STREET

FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP6

**BASIS OF BEARINGS**

NORTH 00°13'06" EAST – THE WEST LINE OF THE NORTHWEST QUARTER OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" =     LATITUDE 35°09'22.70334"N
                       LONGITUDE 114°09'23.67044"W (NAD '83)
                       HEIGHT 2063.46391ft (NAVD'88)

STONE 1/4 COR 3/2 =    LATITUDE 35°08'55.53385"N
                       LONGITUDE 114°12'30.72281"W (NAD '83)
                       HEIGHT 2498.30458ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24013 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

**WATER CONSTRUCTION NOTES**

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE W/ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 6"x 8" TEE
9. INSTALL 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, 011
11. INSTALL 8" CAP W/ BLOW–OFF PIPE M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
NOTE: ALL NOTES NOT USED ON ALL SHEETS.

**LEGEND**

120          LOT NUMBER
             RIGHT OF WAY
             SUBDIVISION/UNIT BOUNDARY
             STREET LIGHT (100W HPS)
             NO. 3–1/2" PULL BOX
             SERVICE PEDESTAL
P.U.E.        PUBLIC UTILITY EASEMENT
C.E.         COMMON ELEMENT

**WATER**

             WATER MAIN
             3/4" WATER METER
             W/ 1" COPPER WATER LATERAL
             FIRE HYDRANT ASSEMBLY
             TEE W/VALVE
             2" BLOWOFF ASSEMBLY
             GATE VALVE OR BUTTERFLY VALVE
             11 1/4', 22 1/2', 45', 90' BEND

**SEWER**

             SANITARY SEWER MANHOLE
             SANITARY SEWER MAIN
             4" PVC SEWER LATERAL
             STUB AND CAP
             SEWER BACK WATER VALVE

**STORM DRAIN**

             STORM DRAIN MANHOLE
             STORM DRAIN INLET
             STORM DRAIN PIPE

TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

STREETLIGHT LOCATION
N.T.S.

FIRE HYDRANT LOCATION
N.T.S.

TYPICAL WATER AND SS LATERALS
N.T.S.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER– HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig
1–800–782–5348
Overhead
1–928–753–5591

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Phone: (702) 369–9396
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CD/RM
CHECKED BY SH/DB
DATE 3–10–06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE A
UTILITY PLAN 2

ARIZONA        MOHAVE COUNTY

SHEET
UP2

28 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06



NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

UP3

PHASE A

PHASE B

## BASIS OF BEARINGS

NORTH 00°13'36" EAST — THE WEST LINE OF THE NORTHWEST QUARTER OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =      LATITUDE 35°09'22.70034"N,
                        LONGITUDE 114°09'21.57240"W (NAD '83)
                        HEIGHT 2063.4633911t (NAVD '88)

STONE 1/4 COR 3/2 =     LATITUDE 35°08'55.53385"N,
                        LONGITUDE 114°07'30.72281"W (NAD '83)
                        HEIGHT 2466.2045851t (NAVD '88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2566.04373 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25' BEND
5. INSTALL 22.5' BEND
6. INSTALL 45' BEND
7. INSTALL 90' BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER FOR SHEET 6, 074
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## LEGEND

120     LOT NUMBER
        RIGHT OF WAY
        SUBDIVISION/UNIT BOUNDARY
⊙      STREET LIGHT (100W HPS)
        NO. 3-1/2" PULL BOX
        SERVICE PEDESTAL
P.U.E.  PUBLIC UTILITY EASEMENT
C.E.    COMMON ELEMENT

## WATER

        WATER MAIN
        3/4" WATER METER
        W/ 1" COPPER WATER LATERAL
        FIRE HYDRANT ASSEMBLY
        TEE W/VALVE
        2" BLOWOFF ASSEMBLY
        GATE VALVE OR BUTTERFLY VALVE
        11 1/4', 22 1/2', 45', 90' BEND

## SEWER

Ⓢ      SANITARY SEWER MANHOLE
        SANITARY SEWER MAIN
        4" PVC SEWER LATERAL
        STUB AND CAP
        SEWER BACK WATER VALVE

## STORM DRAIN

        STORM DRAIN MANHOLE
        STORM DRAIN INLET
        STORM DRAIN PIPE

## TYPICAL WATER AND SS MAIN LINE SECTION

## TYPICAL WATER AND SS LATERALS

## STREETLIGHT LOCATION
N.T.S.

## FIRE HYDRANT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig

1-800-782-5348

Call before you Overhead

1-928-753-5591

WEST LOOP ROAD
(PUBLIC)

P STREET

FOR CONTINUATION SEE SHEET UP4

FOR CONTINUATION SEE SHEET UP7

RIGHT-OF-WAY

COMMON LOT

404
FF: 1043

405
FF: 104.9

406
FF: 104.9

407
FF: 104.3

408
FF: 104.3

409
FF: 104.3

410
FF: 104.6

411
FF: 104.8

412
FF: 104.8

436
FF: 104.9

437
FF: 104.9

438

### Stanley Consultants INC.

5300 S. Quebec Avenue, Suite 300
Las Vegas, Nevada 89119
(702) 369-9396   FAX: (702) 369-9793
www.stanleyconsultants.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
UTILITY PLAN 3

MOHAVE COUNTY                    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY: CD/TKM
CHECKED BY: SH/DGB
DATE: 3-10-06

SHEET
UP3
29 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06













NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

**BASIS OF BEARINGS**

NORTH 00°13'06" EAST — THE WEST LINE OF THE NORTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83—WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS—OPUS.

M.C.S.D. "SD 32" =   LATITUDE 35°09'22.70034"N.
                     LONGITUDE 114°09'21.57034"W (NAD '83)
                     HEIGHT 2345.48391 Ft (NAVD'88)

STONE 1/4 COR 3/2 =  LATITUDE 35°08'55.53385"N.
                     LONGITUDE 114°07'20.72201"W (NAD '83)
                     HEIGHT 2468.20458Ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.54213 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

**WATER CONSTRUCTION NOTES**

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 90° BEND
7. INSTALL 8"x 8"x 8" TEE
8. INSTALL 8"x 8"x 6"x 6" CROSS
9. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, 374
10. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
11. REMOVE EXISTING CAP & CONNECT TO EXIST, 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

**LEGEND**

| 120 | LOT NUMBER |
| --- | RIGHT OF WAY |
| --- | SUBDIVISION/UNIT BOUNDARY |
| ⊂○⊃ | STREET LIGHT (100W HPS) |
| ▪ | 10 3–1/2" PULL BOX |
| ▣ | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

|  | WATER MAIN |
|  | 3/4" WATER METER |
|  | W/ 1" COPPER WATER LATERAL |
|  | FIRE HYDRANT ASSEMBLY |
|  | TEE W/VALVE |
|  | 2" BLOWOFF ASSEMBLY |
|  | GATE VALVE OR BUTTERFLY VALVE |
|  | 11 1/4°, 22 1/2°, 45°, 90° BEND |

**SEWER**

|  | SANITARY SEWER MANHOLE |
|  | SANITARY SEWER MAIN |
|  | 4" PVC SEWER LATERAL |
| ⊢ | STUB AND CAP |
|  | SEWER BACK WATER VALVE |

**STORM DRAIN**

|  | STORM DRAIN MANHOLE |
|  | STORM DRAIN INLET |
|  | STORM DRAIN PIPE |

**TYPICAL WATER AND SS LINE SECTION**

**TYPICAL WATER AND SS LATERALS**

**STREETLIGHT LOCATION**
N.T.S.

**FIRE HYDRANT LOCATION**
N.T.S.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER– HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call
before you
Dig

Call
before you
Overhead

**DE** DRAINAGE EASEMENT – COMMON LOT "F" ABOVE TO BE PRIVATELY MAINTAINED
N.T.S.

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3–10–06

RHODES HOMES ARIZONA LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE A
UTILITY PLAN 7

MOHAVE COUNTY          ARIZONA

SHEET
**UP7**
33 OF 79 SHEETS

SCI PROJECT#
18478

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06