



FOR CONTINUATION SEE SHEET UP4
FOR CONTINUATION SEE SHEET UP7
FOR CONTINUATION SEE SHEET UP9
FOR CONTINUATION SEE SHEET UP11
FOR SANITARY SEWER CONTINUATION SEE SHEET OS64
FOR SANITARY SEWER CONTINUATION SEE SHEET OS63
C STREET (PRIVATE/PUE)
1 STREET (PRIVATE/PUE)
2 STREET (PRIVATE/PUE)
U STREET (PRIVATE/PUE)
K STREET (PRIVATE/PUE)
COMMON LOT "B"
PHASE A
PHASE B
PROPERTY LINE
NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.204581ft (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4 INSTALL 8" PVC SEWER STUB & CAP
WATER CONSTRUCTION NOTES
1 INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2 INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3 INSTALL 8" GATE VALVE \ VALVES
4 INSTALL 11.25° BEND
5 INSTALL 22.5° BEND
6 INSTALL 45° BEND
7 INSTALL 90° BEND
8 INSTALL 8"x 8"x 8" TEE
9 INSTALL 8"x 8"x 8"x 8" CROSS
10 INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, DT4
11 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12 REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
NOTE: ALL NOTES NOT USED ON ALL SHEETS.
LEGEND
120 LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3–1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT
WATER
WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
STUB AND CAP
SEWER BACK WATER VALVE
STORM DRAIN
STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE
TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.
TYPICAL WATER AND SS LATERALS
N.T.S.
* UNLESS NOTED OTHERWISE
STREETLIGHT LOCATION
N.T.S.
FIRE HYDRANT LOCATION
N.T.S.
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1–800–782–5348
Call before you Overhead
1–928–753–5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06
SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3–10–06
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369–9396 Fax (702) 369–9793
www.stanleygroup.com
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE A
UTILITY PLAN B
MOHAVE COUNTY
ARIZONA
SHEET
UP8
34 OF 79 SHEETS
SCI PROJECT# 18476

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## KEYMAP

N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, DT4
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

B.C. 36' LOCAL STREET / 40' COLLECTOR STREET B.C.
ROLL CURB & GUTTER — BACK OF CURB — 2% — 2% — 6" MIN. — 3.5' MIN. — COMPACTED SUBGRADE — DETECTABLE TAPE — 8" PVC SS MAIN — 8" PVC WATER MAIN — DETECTABLE TAPE
18' LOCAL STREET / 22' COLLECTOR STREET — 12' (TYP.) — 6.0' (TYP.)

### TYPICAL WATER AND SS MAIN LINE SECTION

N.T.S.

NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

BACK OF CURB/P.L. — 4' S/W — STREET LIGHT FOUNDATION — LOT LINE — PRIVATE STREET — STREET LIGHT — 1.0' (MIN.) TO FACE OF POLE

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

### STREETLIGHT LOCATION

N.T.S.

BACK OF CURB/P.L. — 4' S/W — FIRE HYDRANT FOUNDATION — LOT LINE — PRIVATE STREET — FIRE HYDRANT — 1.0' (MIN.) TO FACE OF HYDRANT

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

### FIRE HYDRANT LOCATION

N.T.S.

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3–1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

### TYPICAL WATER AND SS LATERALS

N.T.S.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Registered Professional Engineer (Civil) 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 9

MOHAVE COUNTY, ARIZONA

SHEET UP9
35 OF 79 SHEETS

SCI PROJECT# 18476



FOR CONTINUATION SEE SHEET UP6
FOR CONTINUATION SEE SHEET UP9
FOR CONTINUATION SEE SHEET UP12
NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
PHASE A
PHASE B
UP10
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
BENCHMARK
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4 INSTALL 8" PVC SEWER STUB & CAP
WATER CONSTRUCTION NOTES
1 INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2 INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3 INSTALL 8" GATE VALVE \ VALVES
4 INSTALL 11.25° BEND
5 INSTALL 22.5° BEND
6 INSTALL 45° BEND
7 INSTALL 90° BEND
8 INSTALL 8"x 8"x 8" TEE
9 INSTALL 8"x 8"x 8"x 8" CROSS
10 INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, DT4
11 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12 REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
NOTE: ALL NOTES NOT USED ON ALL SHEETS.
LEGEND
LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
PUBLIC UTILITY EASEMENT
COMMON ELEMENT
WATER
WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
STUB AND CAP
SEWER BACK WATER VALVE
STORM DRAIN
STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE
TYPICAL WATER AND SS MAIN LINE SECTION
TYPICAL WATER AND SS LATERALS
STREETLIGHT LOCATION
FIRE HYDRANT LOCATION
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
UTILITY PLAN 10
MOHAVE COUNTY
ARIZONA
SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
UP10
36 OF 79 SHEETS
SCI PROJECT# 18476



FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE SHEET UP9

FOR CONTINUATION SEE SHEET UP12

L STREET (PRIVATE/PUE)

COMMON LOT "B"

LOT "B"

PROPERTY LINE

PHASE A

PHASE B

48" SSMH # 57 [1]
L STREET
STA 10+63.97
RIM =2509.2 ±
INV IN = 2502.15
INV OUT = 2501.95

48" SSMH # 58 [1]
L STREET
STA 9+83.22 19.78 R
RIM =2506.6 ±
INV IN = 2501.58
INV OUT = 2501.38

FOR SANITARY SEWER CONTINUATION SEE SHEET OSS3

FOR SANITARY SEWER CONTINUATION SEE SHEET OSS2

FOR SANITARY SEWER CONTINUATION SEE SHEET OSS1

KEYMAP
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

[1] INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
[2] INSTALL 8" PVC SEWER MAIN
[3] INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
[4] INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

(1) INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
(2) INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
(3) INSTALL 8" GATE VALVE \ VALVES
(4) INSTALL 11.25° BEND
(5) INSTALL 22.5° BEND
(6) INSTALL 45° BEND
(7) INSTALL 90° BEND
(8) INSTALL 8"x 8"x 8" TEE
(9) INSTALL 8"x 8"x 8"x 8" CROSS
(10) INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, DT4
(11) 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
(12) REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.
NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

STREETLIGHT LOCATION
N.T.S.

BACK OF CURB/P.L.
4' S/W
FIRE HYDRANT FOUNDATION
LOT LINE
PRIVATE STREET
FIRE HYDRANT
1.0' (MIN.) TO FACE OF HYDRANT
NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.
NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

FIRE HYDRANT LOCATION
N.T.S.

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

### STORM DRAIN

| | |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

TYPICAL WATER AND SS LATERALS
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1–800–782–5348

Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
UTILITY PLAN 11
MOHAVE COUNTY ARIZONA

SHEET UP11
37 OF 79 SHEETS
SCI PROJECT# 18476



FOR CONTINUATION SEE SHEET UP9
FOR CONTINUATION SEE SHEET UP10
FOR CONTINUATION SEE SHEET UP11
N STREET (PRIVATE/PUE)
M STREET
PHASE A
PHASE B
COMMON LOT "B"
FOR SANITARY SEWER CONTINUATION SEE SHEET OS81

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

UP12
PHASE A
PHASE B

KEYMAP
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER SHEET 6, DT4
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## LEGEND

| Symbol | Description |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3–1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

## WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

## SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

## STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

B.C.
36' LOCAL STREET
40' COLLECTOR STREET
ROLL CURB & GUTTER
BACK OF CURB
DETECTABLE TAPE
COMPACTED SUBGRADE
8" PVC SS MAIN
8" PVC WATER MAIN
18' LOCAL STREET
22' COLLECTOR STREET

TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S. NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

4" SEWER LATERAL
24" MIN. BETWEEN SERVICE LINES
SEWER MAIN
WATER MAIN
1" WATER SERVICE
4" SEWER LATERAL
EXTEND LATERALS 10' BEYOND P.L.
FIRE HYDRANT
* UNLESS NOTED OTHERWISE

TYPICAL WATER AND SS LATERALS
N.T.S.

4' S/W
BACK OF CURB/P.L.
PRIVATE STREET
STREET LIGHT FOUNDATION
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

STREETLIGHT LOCATION
N.T.S.

4' S/W
BACK OF CURB/P.L.
PRIVATE STREET
FIRE HYDRANT FOUNDATION
LOT LINE
FIRE HYDRANT
1.0' (MIN.) TO FACE OF HYDRANT
NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

FIRE HYDRANT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1–800–782–5348

Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06

42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3–10–06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369–9396 Fax (702) 369–9793
www.stanleygroup.com

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE A
UTILITY PLAN 12
MOHAVE COUNTY ARIZONA

SHEET
UP12
38 OF 79 SHEETS

SCI PROJECT# 18476







WEST LOOP ROAD
(PUBLIC)
J STREET
(PRIVATE/PUE)
G STREET
(PRIVATE/PUE)
PROPERTY LINE
RIGHT-OF-WAY
FOR CONTINUATION SEE SHEET SL2
FOR CONTINUATION SEE SHEET SL4
FOR CONTINUATION SEE SHEET SL5

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

SL1
SL3
PHASE A
PHASE B
NORTH

## KEYMAP

N.T.S.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | - | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | - | 15.0 AMPS |
| TOTAL PROPOSED LOAD | - | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 33.0 AMPS |

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
PRIVATE STREET
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION

N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A.
HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 1
MOHAVE COUNTY ARIZONA

SHEET SL1
39 OF 79 SHEETS
SCI PROJECT# 18449



GOLF COURSE
HOLE NO. 12
12
AREA 2
PROPERTY LINE
RIGHT-OF-WAY
COMMON LOT "G"
J STREET
(PRIVATE/PUE)
FOR CONTINUATION SEE SHEET SL1
FOR CONTINUATION SEE SHEET SL5
FOR CONTINUATION SEE SHEET SL6

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT 'A1' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 36 EA - 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | - | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 11.0 AMPS |

### STREETLIGHT CIRCUIT 'A2' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 21 EA - 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT 'B1' CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 29 EA - 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 15 EA - 100 WATT @ 1.0 AMPS EACH | - | 15.0 AMPS |
| TOTAL PROPOSED LOAD | - | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET D
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL2
SL3
PHASE A
PHASE B
NORTH

## KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 2
MOHAVE COUNTY ARIZONA

SHEET
SL2
40 OF 79 SHEETS
SCI PROJECT# 18449



WEST LOOP ROAD
(PUBLIC)
P STREET
(PRIVATE/PUE)
C STREET
COMMON LOT "F"
404
405
406
407
408
409
410
411
412
435
436
437
438
FOR CONTINUATION SEE SHEET SL4
FOR CONTINUATION SEE SHEET SL7

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

SL3
PHASE A
PHASE B

## KEYMAP

N.T.S.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| Item | | Value |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 36 EA – 100 WATT @ 1.0 AMPS EACH | - | 37.0 AMPS |
| TOTAL PROPOSED LOAD | - | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| Item | | Value |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 21 EA – 100 WATT @ 1.0 AMPS EACH | - | 21.0 AMPS |
| TOTAL PROPOSED LOAD | - | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| Item | | Value |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 29 EA – 100 WATT @ 1.0 AMPS EACH | - | 29.0 AMPS |
| TOTAL PROPOSED LOAD | - | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| Item | | Value |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 15 EA – 100 WATT @ 1.0 AMPS EACH | - | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
PRIVATE STREET
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION

N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 3

MOHAVE COUNTY ARIZONA

SHEET SL3
41 OF 79 SHEETS

SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL1
WEST LOOP ROAD
(PUBLIC)
RIGHT-OF-WAY
P STREET
(PRIVATE/PUE)
A STREET
(PRIVATE/PUE)
B STREET
(PRIVATE/PUE)
C STREET
(PRIVATE/PUE)
I STREET
(PRIVATE/PUE)
FOR CONTINUATION SEE SHEET SL3
FOR CONTINUATION SEE SHEET SL5
FOR CONTINUATION SEE SHEET SL8

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT 'A1' CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA - 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA - 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT 'B1' CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA - 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA - 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL3
SL4
SL5
PHASE A
PHASE B
NORTH

## KEYMAP

N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION

N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 4
MOHAVE COUNTY ARIZONA

SHEET SL4
42 OF 79 SHEETS
SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL1
FOR CONTINUATION SEE SHEET SL2
FOR CONTINUATION SEE SHEET SL4
FOR CONTINUATION SEE SHEET SL6
FOR CONTINUATION SEE SHEET SL9
G STREET (PRIVATE/PUE)
I STREET (PRIVATE/PUE)
P STREET (PRIVATE/PUE)
K STREET (PRIVATE/PUE)
J STREET

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

SL1
SL2
SL3
SL5
PHASE A
PHASE B

**KEYMAP**
N.T.S.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

**STREETLIGHT LOCATION**
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 5
MOHAVE COUNTY ARIZONA

SHEET SL5
43 OF 79 SHEETS
SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL2
FOR CONTINUATION SEE SHEET SL5
FOR CONTINUATION SEE SHEET SL10
J STREET (PRIVATE/PUE)
K STREET (PRIVATE/PUE)
G STREET (PRIVATE/PUE)
L STREET (PRIVATE/PUE)
GOLF COURSE HOLE NO. 11
GOLF COURSE HOLE NO. 11
AREA 2
PROPERTY LINE

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

① INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
② INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
③ INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
④ INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
⑤ STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

[1] INSTALL W14-2 "NO OUTLET"
[2] INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
[3] INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
[4] INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
[5] INSTALL TWO 9" D3 "STREET NAME SIGN"
[6] INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL2
SL3
SL6
PHASE A
SL8
SL9
SL10
SL11
SL12
PHASE B
NORTH

## KEYMAP
N.T.S.

## LEGEND

| | |
|---|---|
| — · · · — | 1 1/4" STREET LIGHT CONDUIT |
| | PROPOSED 100 W HPS LUMINAIRE |
| | NO. 3–1/2" PULL BOX |
| | SERVICE PEDESTAL |
| | PROPOSED STREET SIGNS |
| | PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS |
| | PROPOSED BARRICADE |

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1–800–782–5348

Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06

42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3–10–06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369–9396 Fax (702) 369–9793
www.stanleygroup.com
Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 6
MOHAVE COUNTY ARIZONA

SHEET
SL6
44 OF 79 SHEETS

SCI PROJECT# 18449

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL8

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 38 EA – 100 WATT @ 1.0 AMPS EACH | - | 37.0 AMPS |
| TOTAL PROPOSED LOAD | - | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | - | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 15 EA – 100 WATT @ 1.0 AMPS EACH | - | 15.0 AMPS |
| TOTAL PROPOSED LOAD | - | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

① INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
② INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
③ INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
④ INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
⑤ STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

[1] INSTALL W14-2 "NO OUTLET"
[2] INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
[3] INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
[4] INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
[5] INSTALL TWO 9" D3 "STREET NAME SIGN"
[6] INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL2
SL3
SL7
PHASE A
PHASE B

## KEYMAP
N.T.S.

## LEGEND

| | |
|---|---|
| — · · · — | 1 1/4" STREET LIGHT CONDUIT |
| | PROPOSED 100 W HPS LUMINAIRE |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| | PROPOSED STREET SIGNS |
| | PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS |
| | PROPOSED BARRICADE |

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
PRIVATE STREET
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 7
MOHAVE COUNTY ARIZONA

SHEET SL7
45 OF 79 SHEETS
SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL4
FOR CONTINUATION SEE SHEET SL7
FOR CONTINUATION SEE SHEET SL9
FOR CONTINUATION SEE SHEET SL11
NORTH
1 STREET
2 STREET
K STREET
U STREET
3 STREET
COMMON LOT "B"
PHASE A
PHASE B
PROPERTY LINE
437
438
439
440
431
432
441
442
443
450
503
504
505
506
507
508
509
510
511
512
513
514
515
516
517
518
519
520
521
522
523
524
525
526
527
528
539
540
541
542
543
544
545
546
547
548
549
550
551
552
553
554
576
577
578
579
580
581
785
786
808
809
810
811

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | – | 37.0 AMPS |
| TOTAL PROPOSED LOAD | – | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | – | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | – | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | – | 15.0 AMPS |
| TOTAL PROPOSED LOAD | – | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

[1] INSTALL W14-2 "NO OUTLET"
[2] INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
[3] INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
[4] INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
[5] INSTALL TWO 9" D3 "STREET NAME SIGN"
[6] INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL3
SL8
PHASE A
PHASE B
NORTH

KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
PRIVATE STREET
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION

N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 8
MOHAVE COUNTY ARIZONA

SHEET
SL8
46 OF 79 SHEETS

SCI PROJECT# 18449

FOR CONTINUATION SEE SHEET SL5

FOR CONTINUATION SEE SHEET SL8

FOR CONTINUATION SEE SHEET SL10

FOR CONTINUATION SEE SHEET SL11

FOR CONTINUATION SEE SHEET SL12

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

[1] INSTALL W14–2 "NO OUTLET"
[2] INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
[3] INSTALL SIZE R2–1 (25 MPH) "SPEED LIMIT SIGN"
[4] INSTALL 30" R1–1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
[5] INSTALL TWO 9" D3 "STREET NAME SIGN"
[6] INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL3
SL9
PHASE A
PHASE B
NORTH

## KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3–1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

### DISCLAMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1–800–782–5348

Avoid overhead power line contact.
Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3–10–06

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3–10–06

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 9
MOHAVE COUNTY ARIZONA

SHEET SL9
47 OF 79 SHEETS
SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL8
GOLF COURSE HOLE NO. 11
L STREET (PRIVATE/PUE)
G STREET (PRIVATE/PUE)
O STREET (PRIVATE/PUE)
N STREET (PRIVATE/PUE)
M STREET (PRIVATE/PUE)
V STREET
PHASE A
PHASE B
FOR CONTINUATION SEE SHEET SL9
FOR CONTINUATION SEE SHEET SL12

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

SL10
PHASE A
PHASE B

KEYMAP
N.T.S.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 38 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | – | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| [illegible] | [illegible] | [illegible] |

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 10
MOHAVE COUNTY ARIZONA

SHEET
SL10
48 OF 79 SHEETS

SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL8
FOR CONTINUATION SEE SHEET SL9
FOR CONTINUATION SEE SHEET SL12
PROPERTY LINE
COMMON LOT "B"
PHASE A
PHASE B
4 STREET
5 STREET
7 STREET
10 STREET

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'A'

### STREETLIGHT CIRCUIT 'A1' CAPACITY VERIFICATION

| Item | | Value |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | - | 11.0 AMPS |

### STREETLIGHT CIRCUIT 'A2' CAPACITY VERIFICATION

| Item | | Value |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT 'B'

### STREETLIGHT CIRCUIT 'B1' CAPACITY VERIFICATION

| Item | | Value |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT 'B2' CAPACITY VERIFICATION

| Item | | Value |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | - | 125 AMPS |
| CIRCUIT BREAKER | - | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | - | 48 AMPS |
| EXISTING CIRCUIT LOAD | - | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | - | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | - | 15.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DTS
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DTS
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DTS
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DTS
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL3
SL11
PHASE A
PHASE B
NORTH

## KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE
LANE

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

4' S/W
BACK OF CURB/P.L.
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

STEVEN A. HAGEL
42874
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 11
MOHAVE COUNTY ARIZONA

SHEET SL11
49 OF 79 SHEETS
SCI PROJECT# 18449



FOR CONTINUATION SEE SHEET SL9

FOR CONTINUATION SEE SHEET SL10

FOR CONTINUATION SEE SHEET SL11

## KEYMAP

N.T.S.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 36 EA – 100 WATT @ 1.0 AMPS EACH | = | 37.0 AMPS |
| TOTAL PROPOSED LOAD | = | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

LOCATION: ENTRANCE AT LOOP ROAD

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 21 EA – 100 WATT @ 1.0 AMPS EACH | = | 21.0 AMPS |
| TOTAL PROPOSED LOAD | = | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 29 EA – 100 WATT @ 1.0 AMPS EACH | = | 29.0 AMPS |
| TOTAL PROPOSED LOAD | = | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

LOCATION: SWC OF G STREET AT K STREET

| | | |
|---|---|---|
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT 15 EA – 100 WATT @ 1.0 AMPS EACH | = | 15.0 AMPS |
| TOTAL PROPOSED LOAD | = | 15.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## LEGEND

| | |
|---|---|
| — ··· — | 1 1/4" STREET LIGHT CONDUIT |
| | PROPOSED 100 W HPS LUMINAIRE |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| | PROPOSED STREET SIGNS |
| | PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS |
| | PROPOSED BARRICADE |

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORIY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION

N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 12
MOHAVE COUNTY ARIZONA

SHEET SL12
50 OF 79 SHEETS
SCI PROJECT# 18449



END GOLDEN VALLEY RANCH
AREA 1 PHASE A STATION 10+09.66
STATION 18+50.00
FOR CONTINUATION SEE SHEET PP2
SEE SHEET A1-PP2
SEE SHEET PP13
G STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH
KEYMAP
N.T.S.
LEGEND
CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
GEOTECHNICAL NOTE:
FEMA FLOOD ZONE
BENCHMARK
BASIS OF BEARINGS
DISCLAIMER NOTE
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
G STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP1
51 OF 79 SHEETS
SCI PROJECT #
18476



FOR CONTINUATION SEE SHEET PP1
STATION 18+50.00
K STREET
SEE SHEET PP5
L STREET
SEE SHEET PP7
G STREET
(PRIVATE/PUE)
STATION 24+45.44
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A
PHASE A
PHASE B
G STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
G STREET
SEE SHEET PP1
J STREET
(PRIVATE/PUE)
J STREET
SEE SHEET PP3
FOR CONTINUATION
SEE EASEMENT DETAIL-Y SHEET DT8
J STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
PP2
KEYMAP
N.T.S.
LEGEND
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDRY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP
HIGH POINT ELEV = 2519.84
HIGH POINT STA = 21+32.69
PVI STA = 21+53.88
PVI ELEV = 2520.06
A.D. = -2.23
K = 44.78
100.0' VC
STATION 24+45.44
END AREA 1 - PHASE A
BASIS OF BEARINGS
NORTH 00°13'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.48391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2488.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
G and J STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP2
52 OF 79 SHEETS
SCI PROJECT#
18476
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
J STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET PP3
53 OF 79 SHEETS
SCI PROJECT# 18476

FOR CONTINUATION SEE EASEMENT DETAIL-T SHEET DT8

U STREET FOR CONTINUATION SEE SHEET PP9

STATION 17+00.00 FOR CONTINUATION SEE SHEET PP5

K STREET (PRIVATE/PUE)

48" SSMH # 11
STA 9+87.43
RIM =2506.5 ±
INV IN =2499.72
INV OUT =2499.52

PVI STA = 10+56.47
PVI ELEV = 2507.19

PVI STA = 13+00
PVI ELEV = 2508.90

48" SSMH # 10
STA 14+83.74
RIM =2510.7 ±
INV IN =2503.36
INV OUT =2503.16

FINISH GRADE @ CENTERLINE

EXISTING GROUND @ CENTERLINE

CL FINISH GRADE @ CENTERLINE

498.32 LF

475.18 LF

## K STREET (PRIVATE)

SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## KEYMAP

N.T.S.

## LEGEND

= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDRY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20455ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## CONSTRUCTION NOTES:

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig 1-800-782-5348

Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
K STREET - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET PP4
54 OF 79 SHEETS
SCI PROJECT# 18476

42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

STATION 17+00.00
FOR CONTINUATION SEE SHEET PP4
P STREET
FOR CONTINUATION SEE SHEET PP15
G STREET
FOR CONTINUATION SEE SHEET PP2
J STREET
FOR CONTINUATION SEE SHEET PP3
K STREET
(PRIVATE/PUE)

K STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

HIGH POINT ELEV = 2521.21
HIGH POINT STA = 24+35.85
PVI STA = 24+45.17
PVI ELEV = 2521.49
A.D. = -2.3240
K = 43.0295
100.0' VC
FINISH GRADE
℄ CENTERLINE
EXISTING GROUND
℄ CENTERLINE
8"PVC SS
500.03 LF

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

PP5
NORTH

KEYMAP
N.T.S.

## LEGEND

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BCC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## CONSTRUCTION NOTES:

① SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
K STREET - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Registered Professional Engineer (Civil) 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

SHEET PP5
55 OF 79 SHEETS
SCI PROJECT# 18476

FOR CONTINUATION SEE EASEMENT DETAIL-B SHEET DT6

L STREET (PRIVATE/PUE)

STATION 17+00.00 FOR CONTINUATION SEE SHEET PP7

**L STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

48" SSMH # 58
STA 9+83.22 19.78' R
RIM =2508.8 ±
INV IN =2501.58
INV OUT =2501.38

48" SSMH # 57
STA 10+63.87
RIM =2509.2 ±
INV IN =2502.15
INV OUT =2501.95

PVI STA = 10+65.28
PVI ELEV = 2509.18

48" SSMH # 56
STA 14+12.52
RIM =2511.6 ±
INV IN =2504.62
INV OUT =2504.42

48" SSMH # 55
STA 17+61.08 0.00' L
RIM =2514.1 ±
INV IN =2507.09
INV IN =2507.09
INV OUT =2506.89

FINISH GRADE @ CENTERLINE

EXISTING GROUND @ CENTERLINE

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

**LEGEND**

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**CONSTRUCTION NOTES:**

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 06
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
L STREET - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET PP6
56 OF 79 SHEETS
SCI PROJECT# 18476

STEVEN A. HAGEL 42874 ARIZONA, U.S.A.

G STREET
FOR CONTINUATION SEE SHEET PP2

FOR CONTINUATION SEE SHEET PP6
STATION 17+00.00

O STREET
FOR CONTINUATION SEE SHEET PP9

L STREET (PRIVATE/PUE)

G STREET
STATION 24+45.44
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A

L STREET
STATION 24+01.93
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A

L STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

STATION 24+01.93
END AREA 1 - PHASE A

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

KEYMAP
N.T.S.

PP7

## LEGEND

- (80.0) = EXISTING GRADE
- (80.0) = FUTURE GRADE
- 80.16 = FLOWLINE ELEVATION
- 80.70 = CENTERLINE FINISHED GRADE ELEVATION
- 80.96 = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 06
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## CONSTRUCTION NOTES:

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

| | |
|---|---|
| SCALE (H) | 1" = 40' |
| SCALE (V) | 1" = 4' |
| DRAWN BY | CD/RM |
| CHECKED BY | SH/DB |
| DATE | 3-10-06 |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
L STREET - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

SHEET PP7
57 OF 79 SHEETS
SCI PROJECT# 18478

Registered Professional Engineer (Civil) 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE EASEMENT DETAIL-R SHEET DT6

O STREET FOR CONTINUATION SEE SHEET PP9

N STREET (PRIVATE/PUE)

PHASE A

PHASE B

**N STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

**O STREET STATION 13+80.12**
**END RHODES GOLDEN VALLEY RANCH AREA 1 - PHASE A**

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

PP8

PVI STA = 14+22.96
PVI ELEV = 2514.84
A.D. = 0.75
K = 132.72
100.0' VC

48" SSMH # 66
STA 9+70.22 6.00' R
RIM =2511.7 ±
INV IN =2505.13
INV OUT =2504.93

48" SSMH # 65
STA 11+39.80
RIM =2513.1 ±
INV IN =2506.14
INV OUT =2505.94

48" SSMH # 64
STA 15+85.85
RIM =2516.8 ±
INV OUT =2509.46

BVCS: 13+72.96
BVCE: 2514.54

EVCS: 14+72.96
EVCE: 2515.51

PVI STA = 10+51.86
PVI ELEV = 2512.61

PVI STA = 15+93.06
PVI ELEV = 2517.14

FINISH GRADE @ CENTERLINE

EXISTING GROUND @ CENTERLINE

8" PVC SS
8" PVC W
167.86 LF @0.49%
427.06 LF @0.78%

## LEGEND

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ft (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## CONSTRUCTION NOTES:

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig 1-800-782-5348

Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
N STREET - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

SHEET PP8
58 OF 79 SHEETS
SCI PROJECT# 18476

L STREET
FOR CONTINUATION SEE SHEET PP7
O STREET
(PRIVATE/PUE)
L STREET
FOR CONTINUATION SEE SHEET PP6
N STREET
FOR CONTINUATION SEE SHEET PP8
STATION 13+90.12
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A
PHASE A
PHASE B
M STREET
O STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
2 STREET
FOR CONTINUATION SEE SHEET PP11
K STREET
FOR CONTINUATION SEE SHEET PP4
U STREET
(PRIVATE/PUE)
2 STREET
FOR CONTINUATION SEE SHEET PP10
K STREET
FOR CONTINUATION SEE SHEET PP4
U STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
KEYMAP
N.T.S.
PP9
LEGEND
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDRY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP
HIGH POINT ELEV = 2519.37
HIGH POINT STA = 14+13.02
PVI STA = 14+13.96
PVI ELEV = 2519.76
A.D. = -3.10
K = 32.26
100.0' VC
FINISH GRADE
CENTERLINE
EXISTING GROUND
CENTERLINE
474.25 LF
8" PVC SS
STATION 13+90.12
END AREA 1 - PHASE A
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ft (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
O and U STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
SHEET
PP9
59 OF 79 SHEETS
SCI PROJECT#
18478

2 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

## LEGEND

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## CONSTRUCTION NOTES:

(1) SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
2 STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET PP10
60 OF 79 SHEETS
SCI PROJECT# 18476

STEVEN A. HAGEL 42874 ARIZONA, U.S.A.











2 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

## KEYMAP

N.T.S.

## LEGEND

- (80.0) = EXISTING GRADE
- [80.0] = FUTURE GRADE
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72261"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## CONSTRUCTION NOTES:

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
2 STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
| --- | --- | --- | --- | --- |

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

SHEET PP11
61 OF 79 SHEETS
SCI PROJECT# 18478

STATION 24+81.10
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A
FOR CONTINUATION SEE SHEET OSS 11

9 STREET
FOR CONTINUATION SEE SHEET PP16

C STREET
FOR CONTINUATION SEE SHEET PP16

B STREET
FOR CONTINUATION SEE SHEET PP17

STATION 33+00.00
FOR CONTINUATION SEE SHEET PP13

1 STREET (PRIVATE/PUE)

**1 STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

STATION 24+81.10
END AREA 1 - PHASE A

PVI STA = 25+00
PVI ELEV = 2500.35

PVI STA = 28+50
PVI ELEV = 2502.45

48" SSMH # 26
STA 27+92.18
RIM =2502.1 ±
INV IN =2494.92
INV OUT =2494.72

48" SSMH # 27
STA 30+89.15
RIM =2504.3 ±
INV IN =2497.11
INV OUT =2496.91

FINISH GRADE @ CENTERLINE

EXISTING GROUND @ CENTERLINE

8" WATER DIP SEE M.A.G. DETAIL NO. 381 ON SHEET DT3

**KEYMAP**
N.T.S.

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**LEGEND**

- (80.0) = EXISTING GRADE
- (80.0) = FUTURE GRADE
- 70.16 = FLOWLINE ELEVATION
- 70.70 = CENTERLINE FINISHED GRADE ELEVATION
- 70.96 = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**CONSTRUCTION NOTES:**

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
1 STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
| --- | --- | --- | --- | --- |

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

SHEET
PP12
62 OF 79 SHEETS
SCI PROJECT# 18478

FOR CONTINUATION SEE SHEET GR2
STATION 33+00.00
FOR CONTINUATION SEE SHEET PP17
A STREET
FOR CONTINUATION SEE SHEET PP15
P STREET
FOR CONTINUATION SEE SHEET PP1
G STREET
1 STREET (PRIVATE/PUE)
1 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH
KEYMAP
N.T.S.
PP13
48" SSMH # 28
STA 34+08.46
RIM =2506.6 ±
INV IN =2489.38
INV OUT =2499.18
48" SSMH # 29
STA 36+39.08
RIM =2508.3 ±
INV IN =2501.10
INV OUT =2500.90
48" SSMH # 30
STA 38+00.64
RIM =2509.5 ±
INV IN =2501.95
INV OUT =2501.75
INV OUT =2501.75
BVCS: 38+72.01
BVCE: 2510.01
EVCS: 40+12.01
EVCE: 2512.98
PVI STA = 39+42.01
PVI ELEV = 2510.53
A.D. = 2.7803
K = 50.3534
140.0' VC
PVI STA = 40+55.15
PVI ELEV = 2514.51
FINISH GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
CONSTRUCTION NOTES
1 SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
LEGEND
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WFI), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
Call before you Dig 1-800-782-5348
Call before you Overhead 1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
1 STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP13
63 OF 79 SHEETS
SCI PROJECT#
18476

FOR CONTINUATION SEE EASEMENT DETAIL-W SHEET DT7
B STREET FOR CONTINUATION SEE SHEET PP16
C STREET FOR CONTINUATOIN SEE SHEET PP16
B STREET FOR CONTINUATION SEE SHEET PP17
A STREET FOR CONTINUATION SEE SHEET PP17
STATION 18+50.00 FOR CONTINUATION SEE SHEET PP15
P STREET (PRIVATE/PUE)
P STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
LEGEND
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDRY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
STORM DRAIN CONSTRUCTION NOTES
1 INSTALL 18" HPDE STORM DRAIN, SEE DT8 AND DT9 FOR STORM DRAIN PROFILES.
2 INSTALL 24" HPDE STORM DRAIN
3 INSTALL 30" HPDE STORM DRAIN, SEE DT8 AND DT9 FOR STORM DRAIN PROFILES.
4 INSTALL 48" HPDE STORM DRAIN
5 INSTALL 66" RCP STORM DRAIN
6 INSTALL MOD. TYPE 'C' STORM DRAIN INLET PER DT3
CONSTRUCTION NOTES
1 SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig 1-800-782-5348
Call before you Overhead 1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
P STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP14
64 OF 79 SHEETS
SCI PROJECT# 18478

1 STREET
FOR CONTINUATION SEE SHEET PP13
P STREET
(PRIVATE/PUE)
STA. 18+50.00
FOR CONTINUATION
SEE SHEET PP14
K STREET
FOR CONTINUATION SEE SHEET PP5
2 STREET
FOR CONTINUATION SEE SHEET PP11
P STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH
KEYMAP
N.T.S.
PP15
LEGEND
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
P STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP15
65 OF 79 SHEETS
SCI PROJECT#
18478
42674
STEVEN A. HAGEL
ARIZONA, U.S.A.



P STREET
FOR CONTINUATION SEE SHEET PP14
1 STREET
FOR CONTINUATION SEE SHEET PP12
FOR CONTINUATION
SEE EASEMENT DETAIL-W SHEET DT7
9 STREET
(PRIVATE/PUE)
C STREET
(PRIVATE/PUE)
9 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
C STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
PP16
LEGEND
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT BOC (CULDESAC)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= EDGE OF PAVEMENT
= SUBDIVISION/UNIT BOUNDRY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
9 and C STREET - PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
PP16
66 OF 79 SHEETS
SCI PROJECT#
18478



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
B and A STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET PP17
67 OF 79 SHEETS
SCI PROJECT# 18476



FOR CONTINUATION SEE EASEMENT DETAIL-R SHEET DT6
7 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
H STREET
FOR CONTINUATION SEE SHEET OSS7
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
PHASE A
PHASE B
OSS1
LEGEND
= FUTURE GRADE
= RATE & DIRECTION OF SLOPE
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDRY
= SANITARY SEWER MANHOLE
= SANITARY SEWER MAIN
= 4" PVC SEWER LATERAL
= STUB AND CAP
= SEWER BACK WATER VALVE
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 8" PVC SEWER STUB & CAP
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
7 STREET - OFFSITE UTILITIES
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
OSS1
68 OF 79 SHEETS
SCI PROJECT#
18478
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.







5 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## LEGEND

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
5 STREET - OFFSITE UTILITIES
MOHAVE COUNTY ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET OSS2
69 OF 79 SHEETS
SCI PROJECT# 18478

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.