

FOR CONTINUATION
SEE EASEMENT DETAIL-K SHEET DT5
10 STREET
FOR CONTINUATION SEE SHEET OSS10
4 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
OSS3
PHASE A
PHASE B
LEGEND
= FUTURE GRADE
= RATE & DIRECTION OF SLOPE
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDRY
= SANITARY SEWER MANHOLE
= SANITARY SEWER MAIN
= 4" PVC SEWER LATERAL
= STUB AND CAP
= SEWER BACK WATER VALVE
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46381ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 8" PVC SEWER STUB & CAP
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
4 STREET - OFFSITE UTILITIES
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
OSS3
70 OF 79 SHEETS
SCI PROJECT#
18478



FOR CONTINUATION SEE EASEMENT DETAIL-U SHEET DT6
10 STREET FOR CONTINUATION SEE SHEET OSS10
10 STREET FOR CONTINUATION SEE SHEET OSS9
3 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH
KEYMAP
N.T.S.
OSS4
PHASE A
PHASE B
LEGEND
= FUTURE GRADE
= RATE & DIRECTION OF SLOPE
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDRY
= SANITARY SEWER MANHOLE
= SANITARY SEWER MAIN
= 4" PVC SEWER LATERAL
= STUB AND CAP
= SEWER BACK WATER VALVE
BASIS OF BEARINGS
NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 8" PVC SEWER STUB & CAP
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
3 STREET - OFFSITE UTILITIES
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
OSS4
71 OF 79 SHEETS
SCI PROJECT#
18478





END AREA 1 PHASE 1
OFF-SITE UTILITIES
H STREET
(PRIVATE/PUE)
48" SSMH # 76
H STREET
STA 11+42.49 2.00 L
RIM =2492.4 ±
INV IN = 2482.19
INV OUT = 2481.99
48" SSMH # 75
H STREET
STA 13+72.26 2.00 L
RIM =2495.1 ±
INV IN = 2487.91
INV OUT = 2487.71
8" STUB AND CAP
H STREET
STA 10+03.77 2.00 L
INV IN = 2477.40
STUB AND CAP
5.00 LF
@ 0.72%
8" PVC SS
138.73 LF
229.76 LF
317.50 LF
8" PVC SS
G STREET
STATION 15+50.00
FOR CONTINUATION SEE SHEET OSS6

## H STREET (PRIVATE)

SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

OSS5
PHASE A
PHASE B

## KEYMAP

N.T.S.

PVI STA = 12+50
PVI ELEV = 2494.24
A.D. = -0.8876
K = 111.4046
100.0' VC
STUB AND CAP
STA 10+03.77 2.00 L
INV =2477.40
48" SSMH # 76
STA 11+42.49 2.00 L
RIM =2492.4 ±
INV IN =2482.19
INV OUT =2481.99
BVCS: 12+00
BVCE: 2493.42
EVCS: 13+00
EVCE: 2494.81
48" SSMH # 75
STA 13+72.26 2.00 L
RIM =2495.1 ±
INV IN =2487.91
INV OUT =2487.71
PROPOSED FINISH GRADE
@ CENTERLINE
EXISTING GROUND
@ CENTERLINE
1.64%
0.74%
138.60 LF
8"PVC SS
@3.31%
229.83 LF
@2.40%
317.50 LF
10+00
11+00
12+00
13+00
14+00
15+00
16+00
2480
2490
2500

## LEGEND

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

42874
STEVEN A.
HAGEL
ARIZONA, U.S.A.

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
H STREET - OFFSITE UTILITIES

MOHAVE COUNTY — ARIZONA

SHEET
OSS5
72 OF 79 SHEETS

SCI PROJECT# 18476







**H STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

**KEYMAP**
N.T.S.

**LEGEND**

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

**GEOTECHNICAL NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
H STREET - OFFSITE UTILITIES

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SHEET
OSS6
73 OF 79 SHEETS

SCI PROJECT#
18476

Registered Professional Engineer
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.



STATION 20+50.00
FOR CONTINUATION SEE SHEET OSS6
STATION 20+50.00
FOR CONTINUATION SEE SHEET OSS1
5 STREET
7 STREET
H STREET
(PRIVATE/PUE)
H STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
48" SSMH # 72
H STREET
STA 22+27.88 2.00 L
RIM =2501.0 ±
INV IN = 2493.84
INV OUT = 2493.64
48" SSMH # 71
H STREET
STA 25+43.19 2.00 L
RIM =2504.6 ±
INV IN = 2496.15
INV OUT = 2495.95
48" SSMH # 70
H STREET
STA 28+08.56 2.00 L
RIM =2507.5 ±
INV IN =2500.22
INV IN =2500.22
INV IN =2500.22
INV OUT = 2500.02
STUB AND CAP
H STREET
STA 28+13.59 2.00 L
INV = 2500.25
PVI STA = 22+70.44
PVI ELEV = 2501.36
PVI STA = 27+00
PVI ELEV = 2506.49
EXISTING GROUND
@ CENTERLINE
PROPOSED FINISH GRADE
@ CENTERLINE
446.42 LF
315.61 LF
265.00 LF
8"PVC SS
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH
KEYMAP
N.T.S.
PHASE A
PHASE B
OSS7
LEGEND
= FUTURE GRADE
= RATE & DIRECTION OF SLOPE
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDRY
= SANITARY SEWER MANHOLE
= SANITARY SEWER MAIN
= 4" PVC SEWER LATERAL
= STUB AND CAP
= SEWER BACK WATER VALVE
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 8" PVC SEWER STUB & CAP
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
H STREET - OFFSITE UTILITIES
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06
SHEET
OSS7
74 OF 79 SHEETS
SCI PROJECT#
18478

E STREET
FOR CONTINUATION SEE SHEET OSS12

F STREET

10 STREET
FOR CONTINUATION SEE SHEET OSS9

END AREA 1 PHASE A
OFF-SITE UTILITIES

FOR CONTINUATION
SEE EASEMENT DETAIL-V SHEET DT7

STUB AND CAP
5.00 LF
@ 1.00%
8" PVC SS

48" SSMH # 20
10 STREET
STA 18+33.99 0.00 R
RIM =2490.9 ±
INV IN = 2483.89
INV OUT = 2483.69

48" SSMH # 19
10 STREET
STA 21+46.58 13.43 R
RIM =2492.7 ±
INV IN =2485.72
INV OUT =2485.52

10 STREET (PRIVATE)

**10 STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

OSS8

PHASE A

PHASE B

**KEYMAP**
N.T.S.

**LEGEND**

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

POINT ELEV = 2488.77
POINT STA = 15+29.25
PVI STA = 15+24.72
PVI ELEV = 2488.35
A.D. = -2.5584
K = 51.8124
132.6' VC

STUB AND CAP
STA 15+30.31 0.37 L
INV =2481.84

48" SSMH # 21
STA 15+35.30
RIM =2488.8 ±
INV IN =2481.77
INV IN =2481.77
INV IN =2481.77
INV OUT =2481.57

EVCS: 15+90.99
EVCE: 2489.14

PVI STA = 16+88.71
PVI ELEV = 2490.06

48" SSMH # 20
STA 18+33.99 0.00 R
RIM =2490.9 ±
INV IN =2483.89
INV OUT =2483.69

EXISTING GROUND @ CENTERLINE

PROPOSED FINISH GRADE @ CENTERLINE

PVI STA = 20+99.59
PVI ELEV = 2492.22

48" SSMH # 19
STA 21+46.58 13.43 R
RIM =2492.7 ±
INV IN =2485.72
INV OUT =2485.52

5.00 LF
@1.40%
8" PVC SS

298.70 LF 8" PVC SS @0.64%

318.34 LF 8" PVC SS @0.51%

| (2493.8) 2488.85 | (2493.1) 2488.81 | (2492.8) 2489.24 | (2492.1) 2489.84 | (2491.3) 2490.22 | (2491.4) 2490.47 | (2491.9) 2490.72 | (2491.9) 2490.87 | (2492.2) 2491.22 | (2492.5) 2491.47 | (2492.0) 2491.72 | (2491.6) 2491.97 | (2492.3) 2492.22 | (2492.6) 2492.75 | (2492.7) 2493.27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

15+00 16+00 17+00 18+00 19+00 20+00 21+00 22+00

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
BLUE STAKE
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
10 STREET - OFFSITE UTILITIES

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET
OSS8
75 OF 79 SHEETS
SCI PROJECT# 18478

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

10 STREET
FOR CONTINUATION SEE SHEET OSS8

3 STREET
FOR CONTINUATION SEE SHEET OSS4

STATION 28+50.00
FOR CONTINUATION SEE SHEET OSS10

1 STREET

10 STREET (PRIVATE)

48" SSMH # 19
10 STREET
STA 21+46.58 13.43 R
RIM =2492.7 ±
INV IN = 2485.72
INV OUT = 2485.52

48" SSMH # 18
10 STREET
STA 23+88.80
RIM =2494.8 ±
INV IN = 2487.50
INV OUT = 2487.30

48" SSMH # 17
10 STREET
STA 25+00.82 0.00 R
RIM =2495.8 ±
INV IN = 2488.83
INV OUT = 2488.63

STUB AND CAP
5.00 LF
@ 0.95%
8" PVC SS

## 10 STREET (PRIVATE)

SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

PVI ELEV = 2492.22

PVI STA = 22+50
PVI ELEV = 2493.80

PVI STA = 24+85.33
PVI ELEV = 2495.51

PVI STA = 25+00.83
PVI ELEV = 2495.82

PVI STA = 25+17.83
PVI ELEV = 2495.48

PVI STA = 26+00
PVI ELEV = 2496.40

48" SSMH # 16
STA 28+17.83
RIM =2497.5 ±
INV IN =2490.50
INV IN =2490.50
INV OUT =2490.30

EXISTING GROUND
@ CENTERLINE

PROPOSED FINISH GRADE
@ CENTERLINE

247.80 LF 8"PVC SS @0.64%
112.23 LF 8"PVC SS @1.01%
316.81 LF 8"PVC SS @0.46%

## GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## KEYMAP

N.T.S.

PHASE A
PHASE B
OSS9

## LEGEND

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1998 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
10 STREET - OFFSITE UTILITIES
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

SHEET OSS9
76 OF 79 SHEETS
SCI PROJECT# 18478

42874 STEVEN A. HAGEL ARIZONA, U.S.A.

3 STREET
FOR CONTINUATION SEE SHEET OS84

4 STREET
FOR CONTINUATION SEE SHEET OS83

5 STREET
FOR CONTINUATION SEE SHEET OS82

STATION 28+50.00
FOR CONTINUATION SEE SHEET OS99

48" SSMH # 16
10 STREET
STA 28+17.83
RIM =2497.5 ±
INV IN = 2490.50
INV IN = 2480.50
INV OUT = 2490.30

48" SSMH # 15
10 STREET
STA 30+82.73
RIM =2499.8 ±
INV IN = 2492.82
INV IN = 2492.82
INV OUT = 2492.62

48" SSMH # 63
STA 34+17.76-4.85 L
RIM =2506.8 ±
INV IN = 2496.64
INV OUT = 2496.44

10 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

5 STREET

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

OS810

KEYMAP
N.T.S.

PHASE A
PHASE B

HIGH POINT ELEV = 2506.92
HIGH POINT STA = 34+08.84
PVI STA = 33+99.61
PVI ELEV = 2507.62
A.D. = -5.3105
K = 20.3467
108.1' VC

PVI STA = 32+24.77
PVI ELEV = 2502.18
A.D. = 1.4409
K = 69.4033
100.0' VC

48" SSMH # 16
STA 28+17.83
RIM =2497.5 ±
INV IN =2490.50
INV IN =2480.50
INV OUT =2490.30

PVI STA = 29+57.46
PVI ELEV = 2498.19

EXISTING GROUND
℄ CENTERLINE

PVI STA = 30+82.73
PVI ELEV = 2499.81

48" SSMH # 15
STA 30+82.73
RIM =2499.8 ±
INV IN =2492.82
INV IN =2492.83
INV OUT =2492.62

BVCS: 31+74.77
BVCE: 2501.35

EVCS: 32+74.77
EVCE: 2503.73

BVCS: 33+45.58
BVCE: 2505.94

48" SSMH # 63
STA 34+17.76 4.85 L
RIM =2506.8 ±
INV IN =2496.64
INV OUT =2496.44

EVCS: 34+53.63
EVCE: 2506.43

PVI STA = 34+66.13
PVI ELEV = 2506.15

48" SSMH # 62
STA 34+82.96 12.58 L
RIM =2505.5 ±
INV IN =2497.57
INV OUT =2497.37

PROPOSED FINISH GRADE
℄ CENTERLINE

265.11 LF 8"PVC SS @0.80%
332.71 LF 8"PVC SS @1.09%
63.84 LF @1.15% 8"PVC SS

EXISTING GROUND ℄ CENTERLINE
PROPOSED FINISH GRADE ℄ CENTERLINE

| | 28+00 | | 29+00 | | 30+00 | | 31+00 | | 32+00 | | 33+00 | | 34+00 | | 35+00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (2499.3) 2497.15 | (2500.0) 2497.40 | (2500.3) 2497.65 | (2500.7) 2497.90 | (2501.1) 2498.15 | (2501.7) 2498.74 | (2502.0) 2499.38 | (2502.5) 2500.10 | (2503.0) 2500.93 | (2503.5) 2501.81 | (2503.9) 2503.01 | (2504.3) 2504.52 | (2505.3) 2506.07 | (2506.3) 2506.90 | (2507.2) 2506.50 | (2507.8) | (2508.4) |

## LEGEND

- (60.00) ℄ = FUTURE GRADE
- 2.00% = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- E = STUB AND CAP
- BWV = SEWER BACK WATER VALVE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

## GEOTECHNICAL NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

Registered Professional Engineer
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
10 STREET - OFFSITE UTILITIES

MOHAVE COUNTY ARIZONA

SHEET
OS10
77 OF 79 SHEETS

SCI PROJECT#
18476

**1 STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

**KEYMAP**
N.T.S.

**LEGEND**

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDARY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1998 RLS 10343."

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
1 STREET - OFFSITE UTILITIES

MOHAVE COUNTY ARIZONA

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
| --- | --- | --- | --- | --- |

Registered Professional Engineer
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SHEET
OSS11
78 OF 79 SHEETS
SCI PROJECT# 18478

**E STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

**KEYMAP**
N.T.S.

**LEGEND**

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDRY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1998 RLS 10343."

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 8" PVC SEWER STUB & CAP

**GEOTECHNICAL NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 3-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
E STREET - OFFSITE UTILITIES
MOHAVE COUNTY ARIZONA

SHEET OSS12
79 OF 79 SHEETS
SCI PROJECT# 18476