Engineering drawing sheet DT1 — Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 1 – Phase B, Details. Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. (702) 369-9396, Fax (702) 369-9793, www.stanleygroup.com. Mohave County, Arizona. Drawn by CD/RM, Checked by SH/DB, Date 4-12-06. SCI Project # 18476. Sheet 3 of 105 sheets. Preliminary Issue for Review, Not for Construction, 4-12-06.

Details shown: Typical Local Street Section, Typical Collector Street Section, Removable Bollard Detail, Future Loop Road Street Section (Public), Future Loop Road Street Section Adjacent to Golf Course, Drainage Easement To Be Privately Maintained, Typical Lot Grading, Typical Setbacks For All Lots, Future Hualapai Road Street Section. Includes Geotechnical Note, Disclaimer Note, Bench Mark, Basis of Bearings, and Arizona Blue Stake "Call before you Dig" / "Call before you Overhead" notices.