



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
DETAILS

MOHAVE COUNTY                    ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants** INC.

| SCALE (H) | NONE |
| SCALE (V) | NONE |
| DRAWN BY | CD/RM |
| CHECKED BY | SH/DB |
| DATE | 4-12-06 |

SHEET
DT3
OF 105 SHEETS

SCI PROJECT #
18476