
CURB CUT FOR DRAINAGE
NTS


WATER SERVICE INSTALLATION
5/8", 3/4", 1" METER SIZES
UNIMPROVED AREA


TRANSITION FROM VERT. CURB / GUTTER (TYPE "A")
TO ROLL CURB AND GUTTER
NTS


30" ROLL CURB
RESIDENTIAL AREA


PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06





| SHEET | | | | | | |
|---|---|---|---|---|---|---|
| DT4 | RHODES HOMES ARIZONA, LLC | | SCALE (H) NONE | | | |
| 6 OF 105 SHEETS | GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (V) NONE | | | |
| SCI PROJECT # 18476 | AREA 1 - PHASE B DETAILS | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 | DRAWN BY CD/RM | | | |
| | MOHAVE COUNTY           ARIZONA | | CHECKED BY SH/DB | | | |
| | | | DATE 4-12-06 | REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |