










RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE B
DETAILS

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET DT5
7 OF 105 SHEETS
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

MOHAVE COUNTY    ARIZONA