Engineering drawing: Rhodes Homes Arizona, LLC — Golden Valley Ranch, Area 1 – Phase B, Easement Plan and Profiles. Sheet DT6 of 105. Stanley Consultants Inc. Dated 4-12-06. Preliminary Issue for Review — Not for Construction.

Details shown: Easement Detail-V (E Street to West Loop Rd.), Easement Detail-X (6 Street to Golf Course), Easement Detail-W (8 Street to M Street), with keymap, legend, benchmark, basis of bearings, FEMA flood zone, geotechnical note, storm drain construction notes, and disclaimer note.