




RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
GRADING PLAN 11
MOHAVE COUNTY    ARIZONA

Stanley Consultants Inc.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

SHEET GR11
23 OF 105 SHEETS
SCI PROJECT# 18476

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06