




Sheet GR12 — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 1 Phase B — Grading Plan 12 — Mohave County, Arizona — Stanley Consultants Inc. — Scale (H) 1" = 40' — Scale (V) None — Drawn by CD/RM — Checked by SH/DB — Date 4-12-06 — Preliminary Issue for Review Not for Construction 4-12-06 — Sheet 24 of 105.