Q:\18476_P1\dwg\Imp Plans-PH2\GRADING-PH2.dwg, GR15, 6/16/2006 9:19:05 AM, CutePDF Writer

WEST LOOP ROAD (PUBLIC)

HUALAPAI ROAD (PUBLIC)

H STREET

G STREET (PRIVATE/PUE)

COMMON LOT "D"

GOLF COURSE HOLE NO. 3

FOR CONTINUATION SEE SHEET GR9

FOR CONTINUATION SEE SHEET GR16

END GOLDEN VALLEY RANCH AREA 1 - PHASE B

## GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

## KEYMAP
N.T.S.

PHASE A

PHASE B

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A OR SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A)
3. 24" CURB TRANSITION PER DETAIL ON SHEET DT4
4. 5" CURB TRANSITION PER DETAIL ON SHEET DT4
5. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230
6. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240
7. DROP CURB PER DETAIL ON SHEET DT4
8. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 201
9. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
10. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT) UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

## BENCHMARK

ELEVATION= 2560.24673 IFT (NAVD '88)

BENCHMARK # "SD 34" M.C.S.D.
LATITUDE 35°09'22.70034"N
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2582.48361ft (NAVD '88)

STONE 1/4 COR 3/2 =
LATITUDE 35°08'55.53385"N
LONGITUDE 114°12'00.72891"W (NAD '83)
HEIGHT 2646.20545IFT (NAVD '88)

M.C.S.D. "SD 32" =

## FEMA FLOOD ZONE

FEMA MAP - PANEL NO 040058 0325C
MAP UPDATE: OCT 20, 2000
A PORTION OF PHASE B OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C" WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

## GEOTECHNICAL NOTE

ALL VALLEY CONSTRUCTION CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING LLC
DATED 10 SEPTEMBER 05
PROJECT No. 1060-GEO

## NOTE

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- BROADWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- EXISTING LINE
- FUTURE LINE
- SUBDIVISION/UNIT BOUNDARY
- PAD ELEVATION
- FINISHED FLOOR ELEVATION
- SCARP
- EXISTING CONTOUR
- LOT NUMBER
- SWALE
- SUBDIVISION/UNIT BOUNDARY
- 5'x1' TRANSITION ("L" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- DRAINAGE EASEMENT
- PUBLIC ACCESS EASEMENT
- PUBLIC UTILITY EASEMENT
- STORM DRAIN PIPE
- STORM DRAIN INLET
- STORM DRAIN MANHOLE

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON, IF APPLICABLE, ARE SHOWN IN THEIR APPROXIMATE LOCATION ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT LOCATION OF ALL EXISTING UTILITIES PRIOR TO COMMENCING ANY CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.



Call before you Dig
1-800-782-5348
Overhead
Call before you dig
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

## Title Block

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 15

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

SHEET GR15
SCI PROJECT# 18476
27 OF 105 SHEETS