


Engineering grading plan sheet GR19, Area 1 - Phase B, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Stanley Consultants Inc. Dated 4-12-06.