

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
GRADING PLAN 4
SHEET GR4