FOR CONTINUATION SEE SHEET GR3

WEST LOOP ROAD
(PUBLIC)

FOR PERIMETER ROAD GRADING, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

END GOLDEN VALLEY RANCH
AREA 1 - PHASE B

10 STREET
(PRIVATE/PUE)

FEMA FLOOD ZONE "A"
FEMA FLOOD ZONE "C"

DO NOT DISTURB THIS. TO GRADE HAS BEE PROPERT

FOR CONTINUATION SEE SHEET GR10

FOR CONTINUATION SEE SHEET GR15

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT4
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240
6. DROP CURB PER DETAIL ON SHEET DT4
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.48391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF PHASE B OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- (80.0) TC = EXISTING GRADE
- [80.0] TC = FUTURE GRADE
- TW 34.2 / TF 32.0 = TOP OF RET. WALL/TOP OF FOOTING
- 80.0 HP = PAD HIGH POINT ELEVATION
- 70.16 FL = FLOWLINE ELEVATION
- 70.70 CL = CENTERLINE FINISHED GRADE ELEVATION
- 70.96 TC = TOP OF CURB ELEVATION
- 70.96 FG = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.88 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = EXISTING LINE
- = FUTURE LINE
- = SUBDIVISION/UNIT BOUNDRY
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- (PAD: 48.9) = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- = STORM DRAIN PIPE
- = STORM DRAIN INLET
- = STORM DRAIN MANHOLE

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 9

MOHAVE COUNTY ARIZONA

SHEET GR9
21 OF 105 SHEETS

SCI PROJECT# 18476


