RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
LINE AND CURVE DATA 1
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET LC1
SCI PROJECT# 18476
10 OF 105 SHEETS

SCALE (H) 1" = 100'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

**LEGEND**
- 10' CORNER LOT SETBACK
- STREET CENTER LINE
- PROPERTY LINE
- AREA 2 BOUNDARY LINE
- RIGHT-OF-WAY LINE
- 184 LOT NUMBER
- FUTURE LINE
- D.E. DRAINAGE EASEMENT
- SIDEWALK RAMP
- DOWNSLOPE ELEMENT
- L5, C4 LINE AND CURVE BACK OF CURB
- CL25, CL4 LINE AND CURVE CENTERLINE
- BL5, BC4 LINE AND CURVE DATA BOUNDARY

**BENCHMARK**
DESCRIPTION: ALUM CAP 3" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T.21 N., R.18 W., GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AT THE INTERSECTION OF SHINARUMP DR. AND HWY 93.
ELEVATION= 2,592.48299 IFT (NAVD '88)
STONE 1/4 COR 3/2 =
LATITUDE 35°09'22.70031"N,
LONGITUDE 114°21.57240"W (NAD '83)
HEIGHT 2488.2640811 (NAVD 88)

**BASIS OF BEARINGS**
NORTH 00°11'26" EAST − THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 25, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" =
LATITUDE 35°09'22.79031"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.48299IFT (NAVD88)

GRAPHIC SCALE
1 inch = 100 ft.

NORTH

KEYMAP
N.T.S.
PHASE A
PHASE B
LC1

GOLF COURSE
HUALAPAI ROAD
WEST LOOP ROAD

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Overhead Call
1-928-753-5591
1-800-782-5348