G:\18476_P1\dwg\Imp Plans-PH1\LD-PH2.dwg, LD-3, 6/16/2006 9:04:31 AM, CutePDF Writer

BOUNDARY LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| BL153 | 113.37 | S76°37'59"W |
| BL154 | 57.53 | S47°59'58"E |
| BL155 | 811.26 | S82°05'53"E |
| BL156 | 130.18 | N54°28'38"E |
| BL157 | 14.04 | N35°33'22"W |
| BL158 | 148.85 | N54°26'38"E |
| BL159 | 115.00 | N54°26'38"E |
| BL160 | 11.68 | N35°33'22"W |
| BL161 | 114.20 | N54°28'38"E |
| BL162 | 150.00 | N54°28'38"E |
| BL163 | 230.00 | N35°33'22"W |
| BL164 | 461.95 | N52°41'58"E |
| BL165 | 205.60 | N23°10'20"E |
| BL166 | 200.08 | S71°24'12"E |
| BL167 | 310.60 | S63°57'08"E |
| BL168 | 314.55 | S60°03'25"E |
| BL169 | 302.29 | S67°32'10"E |
| BL170 | 42.28 | S67°32'10"E |
| BL171 | 159.53 | S81°50'26"E |
| BL172 | 78.34 | S53°20'08"E |
| BL173 | 512.45 | S62°55'44"E |
| BL174 | 438.11 | N21°21'35"W |
| BL175 | 102.86 | S77°22'26"E |
| BL176 | 28.22 | S17°14'47"E |
| BL177 | 773.79 | N00°59'18"E |
| BL178 | 84.02 | S12°33'20"W |
| BL179 | 139.65 | N42°51'30"W |
| BL180 | 78.99 | N81°26'35"W |
| BL181 | 52.08 | N12°37'16"W |
| BL182 | 88.22 | S13°02'20"W |
| BL183 | 58.54 | S29°15'21"E |
| BL184 | 168.22 | S16°12'29"W |
| BL185 | 162.95 | N83°09'00"E |
| BL186 | 220.43 | N85°38'50"E |
| BL187 | 48.35 | N16°33'51"E |
| BL188 | 305.91 | S03°06'15"E |
| BL189 | 118.44 | N03°29'25"E |
| BL190 | 73.52 | S75°57'59"E |
| BL191 | 342.39 | S35°28'42"E |
| BL192 | 5.18 | N35°33'22"W |
| BL193 | 5.00 | N36°04'25"W |

BOUNDARY CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| BC220 | 79.75 | 45.00 | 55.12 | 55.12 |
| BC221 | 48.63 | 909.00 | 24.32 | 24.32 |
| BC222 | 51.73 | 125.00 | 26.24 | 26.24 |
| BC223 | 301.76 | 195.00 | 190.51 | 190.51 |
| BC224 | 278.38 | 3522.00 | 139.26 | 139.26 |
| BC225 | 313.82 | 150.00 | 259.14 | 259.14 |
| BC226 | 789.74 | 1498.00 | 404.28 | 404.28 |
| BC227 | 483.75 | 1502.00 | 243.99 | 243.99 |
| BC228 | 467.50 | 215.00 | 409.40 | 409.40 |
| BC229 | 180.18 | 150.00 | 102.75 | 102.75 |
| BC230 | 110.73 | 150.00 | 58.02 | 58.02 |
| BC231 | 98.05 | 115.00 | 52.23 | 52.23 |
| BC232 | 470.23 | 390.00 | 268.46 | 268.46 |
| BC233 | 263.22 | 150.00 | 180.49 | 180.49 |
| BC234 | 67.72 | 902.00 | 33.88 | 33.88 |

CENTERLINE LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| CLL103 | 149.35 | N03°34'01"E |
| CLL104 | 14.50 | S58°20'45"E |
| CLL105 | 15.77 | N61°11'33"W |
| CLL106 | 168.30 | N35°27'16"W |
| CLL107 | 307.88 | S86°04'26"E |
| CLL108 | 365.14 | S81°22'08"E |
| CLL109 | 349.51 | S81°22'08"E |
| CLL110 | 311.60 | S85°40'11"E |
| CLL111 | 13.58 | N81°12'44"W |
| CLL112 | 13.62 | N59°22'53"W |
| CLL113 | 10.32 | N86°51'54"W |
| CLL114 | 7.68 | S46°17'10"W |
| CLL115 | 12.58 | N17°18'38"E |
| CLL116 | 15.26 | N38°56'16"E |
| CLL117 | 391.88 | N77°14'44"W |
| CLL118 | 292.81 | N86°35'40"E |
| CLL119 | 68.12 | N77°14'44"W |
| CLL120 | 114.12 | N86°35'40"E |
| CLL121 | 353.08 | N03°33'40"E |
| CLL122 | 71.82 | N28°48'27"E |
| CLL123 | 136.95 | N18°56'23"W |
| CLL124 | 102.49 | N23°08'06"E |
| CLL125 | 181.98 | N38°21'34"E |
| CLL126 | 205.63 | S52°41'58"W |
| CLL127 | 620.15 | S52°41'56"W |
| CLL128 | 197.18 | S35°33'22"E |
| CLL129 | 256.50 | S01°08'55"W |
| CLL130 | 80.83 | N30°32'07"E |
| CLL131 | 350.05 | N08°37'52"E |
| CLL132 | 130.78 | S40°52'07"E |
| CLL133 | 493.13 | N08°37'52"E |
| CLL134 | 405.21 | N54°32'44"E |
| CLL135 | 525.42 | N54°32'44"E |
| CLL136 | 153.18 | N43°42'50"W |
| CLL137 | 458.28 | N30°25'21"W |
| CLL138 | 105.12 | S72°40'22"E |
| CLL139 | 132.94 | N34°19'20"W |
| CLL140 | 363.48 | S82°05'53"E |
| CLL141 | 574.62 | S35°33'22"E |
| CLL142 | 91.67 | S49°07'53"W |
| CLL143 | 743.28 | N54°32'44"E |
| CLL144 | 210.86 | S07°21'08"W |
| CLL145 | 535.34 | S82°11'35"E |
| CLL146 | 602.50 | S00°59'18"W |
| CLL147 | 221.82 | N06°49'19"E |
| CLL148 | 70.23 | N23°07'27"E |
| CLL149 | 202.39 | N74°18'28"W |
| CLL150 | 301.96 | N85°05'43"E |
| CLL151 | 350.81 | S21°42'08"E |
| CLL152 | 332.82 | S35°33'22"E |

CENTERLINE CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| CLC186 | 361.23 | 323.00 | 202.13 | 202.13 |
| CLC187 | 72.35 | 53.00 | 43.08 | 43.08 |
| CLC188 | 203.97 | 323.00 | 105.51 | 105.51 |
| CLC189 | 458.82 | 727.00 | 237.34 | 237.34 |
| CLC190 | 160.85 | 298.00 | 82.44 | 82.44 |
| CLC191 | 338.10 | 873.00 | 171.20 | 171.20 |
| CLC192 | 250.03 | 302.00 | 132.68 | 132.68 |
| CLC193 | 97.96 | 57.00 | 66.11 | 66.11 |
| CLC194 | 310.50 | 423.00 | 162.62 | 162.62 |
| CLC195 | 167.61 | 427.00 | 84.90 | 84.90 |
| CLC196 | 319.35 | 623.00 | 163.27 | 163.27 |
| CLC197 | 125.64 | 502.00 | 63.15 | 63.15 |
| CLC198 | 227.66 | 423.00 | 116.66 | 116.66 |
| CLC199 | 247.31 | 703.00 | 124.95 | 124.95 |
| CLC200 | 455.29 | 527.00 | 242.95 | 242.95 |
| CLC201 | 401.90 | 927.00 | 204.16 | 204.16 |
| CLC202 | 707.66 | 450.00 | 450.80 | 450.80 |
| CLC203 | 161.80 | 712.00 | 81.25 | 81.25 |
| CLC204 | 820.37 | 975.00 | 436.23 | 436.23 |
| CLC205 | 474.92 | 302.00 | 302.54 | 302.54 |
| CLC206 | 216.20 | 323.00 | 112.32 | 112.32 |
| CLC207 | 68.99 | 57.00 | 39.43 | 39.43 |
| CLC208 | 319.20 | 375.00 | 169.99 | 169.99 |
| CLC209 | 444.55 | 475.00 | 240.06 | 240.06 |
| CLC210 | 89.08 | 57.00 | 56.55 | 56.55 |
| CLC211 | 74.30 | 57.00 | 43.49 | 43.49 |
| CLC212 | 84.10 | 53.00 | 53.86 | 53.86 |
| CLC213 | 525.68 | 1368.00 | 266.12 | 266.12 |
| CLC214 | 98.36 | 57.00 | 66.59 | 66.59 |
| CLC215 | 465.47 | 323.00 | 283.60 | 283.60 |
| CLC216 | 186.97 | 232.00 | 98.90 | 98.90 |
| CLC217 | 396.57 | 298.00 | 233.86 | 233.86 |
| CLC218 | 97.68 | 53.00 | 69.82 | 69.82 |
| CLC219 | 81.64 | 53.00 | 51.41 | 51.41 |

BACK OF CURB LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| L1 | 98.81 | N03°34'01"E |
| L2 | 110.72 | N03°34'01"E |
| L3 | 51.88 | N35°27'16"W |
| L4 | 51.88 | N35°27'18"W |
| L5 | 284.58 | S86°04'26"E |
| L6 | 254.08 | S86°04'26"E |
| L7 | 278.58 | S81°22'08"E |
| L8 | 279.73 | S81°22'08"E |
| L9 | 257.35 | S81°22'08"E |
| L10 | 288.87 | S81°22'08"E |
| L11 | 222.86 | S85°40'11"E |
| L12 | 230.89 | S85°40'11"E |
| L13 | 277.28 | N77°14'44"W |
| L14 | 181.14 | N77°14'44"W |
| L15 | 284.99 | N77°14'44"W |
| L16 | 29.77 | N77°14'44"W |
| L17 | 206.57 | N30°25'21"W |
| L18 | 175.39 | N30°25'21"W |
| L19 | 252.19 | N86°35'40"E |
| L20 | 228.95 | N86°35'40"E |
| L21 | 88.12 | N77°14'44"W |
| L22 | 68.12 | N77°14'44"W |
| L23 | 68.52 | N86°35'40"E |
| L24 | 73.07 | N86°35'40"E |
| L25 | 167.86 | N03°33'40"E |
| L26 | 188.57 | N03°33'40"E |
| L27 | 97.98 | N03°33'40"E |
| L28 | 94.05 | N03°33'40"E |
| L29 | 17.21 | N28°48'27"E |
| L30 | 73.32 | N18°55'23"W |
| L31 | 136.95 | N18°55'23"W |
| L32 | 20.80 | N23°08'06"E |
| L33 | 40.32 | N23°08'06"E |
| L34 | 103.66 | N38°21'34"E |
| L35 | 103.86 | N38°21'34"E |
| L36 | 96.60 | S52°41'56"W |
| L37 | 93.98 | S52°41'56"W |
| L38 | 180.08 | S52°41'56"W |
| L39 | 180.08 | S52°41'56"W |
| L40 | 155.52 | S52°41'56"W |
| L41 | 170.88 | S52°41'56"W |
| L42 | 167.38 | S52°41'56"W |
| L43 | 161.29 | S52°41'56"W |
| L44 | 24.78 | S35°33'22"E |
| L45 | 85.80 | S35°33'22"E |
| L46 | 27.41 | S35°33'22"E |
| L47 | 84.28 | S35°33'22"E |
| L48 | 216.05 | S01°08'55"W |
| L49 | 213.32 | S01°08'55"W |
| L50 | 13.15 | N30°32'07"E |
| L51 | 350.05 | N08°37'52"E |
| L52 | 350.05 | N08°37'52"E |
| L53 | 84.65 | S40°52'07"E |
| L54 | 85.78 | S40°52'07"E |
| L55 | 170.00 | N08°37'52"E |
| L56 | 184.76 | N08°37'52"E |
| L57 | 493.13 | N08°37'52"E |
| L58 | 405.21 | N54°32'44"E |
| L59 | 405.21 | N54°32'44"E |
| L60 | 398.68 | N54°32'44"E |
| L61 | 40.72 | N54°32'44"E |
| L62 | 526.42 | N54°32'44"E |
| L63 | 50.59 | N43°42'50"W |
| L64 | 28.94 | N43°42'50"W |
| L65 | 158.72 | N30°25'21"W |
| L66 | 134.64 | N30°25'21"W |
| L67 | 21.89 | S72°40'22"E |
| L68 | 42.86 | S72°40'22"E |
| L69 | 87.08 | N34°19'20"W |
| L70 | 88.78 | N34°19'20"W |
| L71 | 380.94 | S82°05'53"E |
| L72 | 186.31 | S82°05'53"E |
| L73 | 85.37 | S82°05'53"E |
| L74 | 148.11 | S35°33'22"E |
| L75 | 340.48 | S35°33'22"E |
| L76 | 150.85 | S35°33'22"E |
| L77 | 337.73 | S35°33'22"E |
| L78 | 32.88 | S49°07'53"W |
| L79 | 81.67 | S49°07'53"W |
| L80 | 209.47 | N54°32'44"E |
| L81 | 347.98 | N54°32'44"E |
| L82 | 713.59 | N54°32'44"E |
| L83 | 162.29 | S07°21'08"W |
| L84 | 165.43 | S07°21'08"W |
| L85 | 518.48 | S82°11'35"E |
| L86 | 535.34 | S82°11'35"E |
| L87 | 586.90 | S00°59'18"W |
| L88 | 232.71 | S00°59'18"W |
| L89 | 203.88 | N06°49'19"E |
| L90 | 180.85 | N06°49'19"E |
| L91 | 174.81 | N06°49'19"E |
| L92 | 57.32 | N23°07'27"E |
| L93 | 70.23 | N23°07'27"E |
| L94 | 205.28 | N74°18'28"W |
| L95 | 202.39 | N74°18'28"W |
| L96 | 15.28 | N36°55'15"E |
| L97 | 304.54 | N85°05'43"E |
| L98 | 301.86 | N85°05'43"E |
| L99 | 350.81 | S21°42'08"E |
| L100 | 354.28 | S21°42'08"E |
| L101 | 324.11 | S35°33'22"E |
| L102 | 332.82 | S35°33'22"E |

BACK OF CURB CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| C1 | 3.35 | 30.00 | 1.67 | 1.67 |
| C2 | 5.30 | 30.00 | 2.66 | 2.66 |
| C3 | 43.28 | 25.00 | 29.37 | 29.37 |
| C4 | 35.26 | 25.00 | 21.28 | 21.28 |
| C5 | 103.84 | 46.00 | 97.18 | 97.18 |
| C6 | 23.02 | 50.00 | 11.72 | 11.72 |
| C7 | 108.39 | 46.00 | 111.07 | 111.07 |
| C8 | 20.13 | 50.00 | 10.20 | 10.20 |
| C9 | 23.02 | 50.00 | 11.72 | 11.72 |
| C10 | 23.02 | 50.00 | 11.72 | 11.72 |
| C11 | 23.02 | 50.00 | 11.72 | 11.72 |
| C12 | 113.22 | 46.00 | 129.99 | 129.99 |
| C13 | 23.02 | 50.00 | 11.72 | 11.72 |
| C14 | 23.02 | 50.00 | 11.72 | 11.72 |
| C15 | 127.15 | 46.00 | 240.77 | 240.77 |
| C16 | 22.95 | 50.00 | 11.68 | 11.68 |
| C17 | 23.02 | 50.00 | 11.72 | 11.72 |
| C18 | 98.04 | 46.00 | 83.18 | 83.18 |
| C19 | 23.02 | 50.00 | 11.72 | 11.72 |
| C20 | 23.02 | 50.00 | 11.72 | 11.72 |
| C21 | 121.42 | 46.00 | 179.38 | 179.38 |
| C22 | 28.89 | 50.00 | 14.86 | 14.86 |
| C23 | 236.81 | 50.00 | 48.82 | 48.82 |
| C24 | 23.02 | 50.00 | 11.72 | 11.72 |
| C25 | 23.02 | 50.00 | 11.72 | 11.72 |
| C26 | 121.74 | 46.00 | 182.05 | 182.05 |
| C27 | 23.02 | 50.00 | 11.72 | 11.72 |
| C28 | 23.02 | 50.00 | 11.72 | 11.72 |
| C29 | 102.32 | 46.00 | 93.18 | 93.18 |
| C30 | 23.02 | 50.00 | 11.72 | 11.72 |
| C31 | 23.02 | 50.00 | 11.72 | 11.72 |
| C32 | 114.26 | 46.00 | 134.79 | 134.79 |
| C33 | 60.95 | 39.00 | 38.69 | 38.69 |
| C34 | 41.15 | 50.00 | 21.82 | 21.82 |
| C35 | 41.15 | 50.00 | 21.82 | 21.82 |
| C36 | 239.38 | 50.00 | 46.37 | 46.37 |
| C37 | 39.27 | 25.00 | 25.00 | 25.00 |
| C38 | 40.73 | 25.00 | 26.50 | 26.50 |
| C39 | 41.15 | 50.00 | 21.82 | 21.82 |
| C40 | 41.15 | 50.00 | 21.82 | 21.82 |
| C41 | 239.38 | 50.00 | 46.37 | 46.37 |
| C42 | 47.78 | 35.00 | 28.45 | 28.45 |
| C43 | 192.60 | 305.00 | 99.63 | 99.63 |
| C44 | 205.35 | 341.00 | 105.90 | 105.90 |
| C45 | 36.68 | 25.00 | 22.54 | 22.54 |
| C46 | 41.86 | 25.00 | 27.73 | 27.73 |
| C47 | 37.08 | 25.00 | 22.90 | 22.90 |
| C48 | 187.97 | 745.00 | 94.49 | 94.49 |
| C49 | 38.66 | 25.00 | 24.40 | 24.40 |
| C50 | 132.66 | 745.00 | 66.51 | 66.51 |
| C51 | 447.46 | 709.00 | 231.46 | 231.46 |
| C52 | 130.44 | 316.00 | 66.16 | 66.16 |
| C53 | 43.89 | 25.00 | 30.11 | 30.11 |
| C54 | 103.01 | 280.00 | 52.09 | 52.09 |
| C55 | 41.40 | 25.00 | 27.23 | 27.23 |
| C56 | 58.23 | 50.00 | 32.93 | 32.93 |
| C57 | 199.02 | 305.00 | 103.20 | 103.20 |
| C58 | 26.20 | 50.00 | 13.41 | 13.41 |
| C59 | 325.81 | 341.00 | 176.54 | 176.54 |
| C60 | 331.13 | 855.00 | 167.67 | 167.67 |
| C61 | 345.07 | 891.00 | 174.73 | 174.73 |
| C62 | 53.67 | 50.00 | 29.75 | 29.75 |
| C63 | 219.07 | 284.00 | 115.31 | 115.31 |
| C64 | 264.93 | 320.00 | 140.59 | 140.59 |
| C65 | 67.02 | 39.00 | 45.23 | 45.23 |
| C66 | 323.72 | 441.00 | 169.54 | 169.54 |
| C67 | 297.29 | 405.00 | 155.70 | 155.70 |
| C68 | 37.29 | 25.00 | 23.09 | 23.09 |
| C69 | 135.63 | 409.00 | 68.44 | 68.44 |
| C70 | 174.67 | 445.00 | 88.48 | 88.48 |
| C71 | 32.75 | 50.00 | 16.99 | 16.99 |
| C72 | 349.58 | 641.00 | 179.25 | 179.25 |
| C73 | 306.86 | 605.00 | 156.81 | 156.81 |
| C74 | 234.54 | 50.00 | 51.09 | 51.09 |
| C75 | 130.14 | 520.00 | 65.41 | 65.41 |
| C76 | 121.13 | 484.00 | 60.88 | 60.88 |
| C77 | 38.51 | 25.00 | 24.25 | 24.25 |
| C78 | 40.03 | 25.00 | 25.77 | 25.77 |
| C79 | 40.03 | 25.00 | 25.77 | 25.77 |
| C80 | 38.51 | 25.00 | 24.25 | 24.25 |
| C81 | 40.03 | 25.00 | 25.77 | 25.77 |
| C82 | 38.51 | 25.00 | 24.25 | 24.25 |
| C83 | 40.03 | 25.00 | 25.77 | 25.77 |
| C84 | 33.55 | 50.00 | 17.43 | 17.43 |
| C85 | 47.80 | 50.00 | 25.91 | 25.91 |
| C86 | 238.43 | 50.00 | 47.27 | 47.27 |
| C87 | 50.06 | 50.00 | 27.35 | 27.35 |
| C88 | 237.98 | 50.00 | 47.69 | 47.69 |
| C89 | 36.46 | 25.00 | 22.34 | 22.34 |
| C90 | 197.08 | 441.00 | 100.22 | 100.22 |
| C91 | 40.29 | 25.00 | 26.04 | 26.04 |
| C92 | 173.92 | 405.00 | 88.32 | 88.32 |
| C93 | 236.62 | 50.00 | 49.01 | 49.01 |

BACK OF CURB CURVE TABLE

| CURVE | LENGTH | RADIUS | TAN | DELTA |
|---|---|---|---|---|
| C94 | 28.91 | 50.00 | 14.87 | 14.87 |
| C95 | 196.43 | 721.00 | 98.83 | 98.83 |
| C96 | 53.00 | 50.00 | 29.30 | 29.30 |
| C97 | 154.07 | 685.00 | 77.36 | 77.36 |
| C98 | 38.70 | 25.00 | 24.44 | 24.44 |
| C99 | 153.68 | 545.00 | 77.35 | 77.35 |
| C100 | 36.06 | 25.00 | 21.98 | 21.98 |
| C101 | 38.39 | 25.00 | 24.14 | 24.14 |
| C102 | 174.71 | 545.00 | 88.11 | 88.11 |
| C103 | 39.94 | 25.00 | 25.68 | 25.68 |
| C104 | 141.46 | 509.00 | 71.19 | 71.19 |
| C105 | 43.06 | 25.00 | 29.10 | 29.10 |
| C106 | 207.54 | 509.00 | 105.23 | 105.23 |
| C107 | 38.75 | 25.00 | 24.49 | 24.49 |
| C108 | 37.80 | 25.00 | 23.57 | 23.57 |
| C109 | 177.27 | 945.00 | 88.89 | 88.89 |
| C110 | 37.57 | 25.00 | 23.35 | 23.35 |
| C111 | 91.08 | 945.00 | 45.57 | 45.57 |
| C112 | 396.12 | 909.00 | 201.26 | 201.26 |
| C113 | 37.39 | 25.00 | 23.19 | 23.19 |
| C114 | 39.27 | 25.00 | 25.00 | 25.00 |
| C115 | 39.27 | 25.00 | 25.00 | 25.00 |
| C116 | 676.21 | 430.00 | 430.76 | 430.76 |
| C117 | 42.42 | 25.00 | 28.37 | 28.37 |
| C118 | 44.99 | 470.00 | 22.51 | 22.51 |
| C119 | 31.66 | 25.00 | 18.35 | 18.35 |
| C120 | 610.42 | 470.00 | 356.84 | 356.84 |
| C121 | 41.13 | 25.00 | 26.93 | 26.93 |
| C122 | 115.26 | 694.00 | 57.76 | 57.76 |
| C123 | 118.34 | 730.00 | 59.30 | 59.30 |
| C124 | 40.64 | 25.00 | 26.41 | 26.41 |
| C125 | 35.78 | 25.00 | 21.73 | 21.73 |
| C126 | 37.17 | 25.00 | 22.99 | 22.99 |
| C127 | 367.70 | 995.00 | 185.97 | 185.97 |
| C128 | 142.07 | 995.00 | 71.16 | 71.16 |
| C129 | 159.12 | 995.00 | 79.73 | 79.73 |
| C130 | 39.26 | 25.00 | 24.99 | 24.99 |
| C131 | 37.76 | 25.00 | 23.54 | 23.54 |
| C132 | 141.45 | 955.00 | 70.85 | 70.85 |
| C133 | 43.10 | 25.00 | 29.16 | 29.16 |
| C134 | 41.57 | 25.00 | 27.41 | 27.41 |
| C135 | 332.13 | 955.00 | 167.76 | 167.76 |
| C136 | 39.28 | 25.00 | 25.01 | 25.01 |
| C137 | 152.68 | 955.00 | 76.50 | 76.50 |
| C138 | 446.61 | 284.00 | 284.50 | 284.50 |
| C139 | 503.22 | 320.00 | 320.57 | 320.57 |
| C140 | 38.78 | 25.00 | 24.51 | 24.51 |
| C141 | 39.76 | 25.00 | 25.50 | 25.50 |
| C142 | 228.25 | 341.00 | 118.58 | 118.58 |
| C143 | 31.49 | 25.00 | 18.22 | 18.22 |
| C144 | 100.90 | 305.00 | 50.92 | 50.92 |
| C145 | 47.20 | 39.00 | 26.98 | 26.98 |
| C146 | 336.23 | 395.00 | 179.06 | 179.06 |
| C147 | 41.34 | 25.00 | 27.16 | 27.16 |
| C148 | 272.76 | 355.00 | 143.51 | 143.51 |
| C149 | 39.51 | 25.00 | 25.24 | 25.24 |
| C150 | 39.03 | 25.00 | 24.76 | 24.76 |
| C151 | 38.51 | 25.00 | 24.25 | 24.25 |
| C152 | 463.27 | 495.00 | 250.17 | 250.17 |
| C153 | 425.83 | 455.00 | 229.95 | 229.95 |
| C154 | 39.27 | 25.00 | 25.00 | 25.00 |
| C155 | 55.51 | 25.00 | 50.38 | 50.38 |
| C156 | 39.27 | 25.00 | 25.00 | 25.00 |
| C157 | 35.67 | 25.00 | 21.63 | 21.63 |
| C158 | 39.27 | 25.00 | 25.00 | 25.00 |
| C159 | 50.84 | 39.00 | 29.75 | 29.75 |
| C160 | 37.81 | 25.00 | 23.58 | 23.58 |
| C161 | 42.60 | 25.00 | 28.58 | 28.58 |
| C162 | 55.54 | 35.00 | 35.57 | 35.57 |
| C163 | 15.67 | 50.00 | 7.90 | 7.90 |
| C164 | 538.66 | 1386.00 | 272.77 | 272.77 |
| C165 | 36.07 | 25.00 | 21.99 | 21.99 |
| C166 | 39.26 | 25.00 | 24.99 | 24.99 |
| C167 | 173.68 | 1350.00 | 86.96 | 86.96 |
| C168 | 40.91 | 25.00 | 26.69 | 26.69 |
| C169 | 250.26 | 1350.00 | 125.49 | 125.49 |
| C170 | 67.30 | 39.00 | 45.56 | 45.56 |
| C171 | 491.41 | 341.00 | 299.41 | 299.41 |
| C172 | 439.53 | 305.00 | 267.80 | 267.80 |
| C173 | 172.46 | 214.00 | 91.22 | 91.22 |
| C174 | 201.12 | 250.00 | 106.36 | 106.36 |
| C175 | 372.62 | 280.00 | 219.74 | 219.74 |
| C176 | 38.35 | 25.00 | 24.10 | 24.10 |
| C177 | 363.41 | 316.00 | 204.79 | 204.79 |
| C178 | 64.51 | 35.00 | 46.11 | 46.11 |
| C179 | 31.69 | 50.00 | 16.40 | 16.40 |
| C180 | 49.17 | 50.00 | 26.78 | 26.78 |
| C181 | 237.94 | 50.00 | 47.73 | 47.73 |
| C182 | 46.29 | 50.00 | 24.95 | 24.95 |
| C183 | 35.47 | 50.00 | 18.52 | 18.52 |
| C184 | 238.84 | 50.00 | 46.88 | 46.88 |
| C185 | 53.91 | 35.00 | 33.95 | 33.95 |

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348
(1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
LINE AND CURVE DATA 3
MOHAVE COUNTY ARIZONA

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

SHEET
LC3
12 OF 105 SHEETS
SCI PROJECT# 18476