

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
O STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants** INC.

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) 1" = 4' | |
| DRAWN BY CD/RM | |
| CHECKED BY SH/DB | |
| DATE 4-12-06 | |

SHEET
PP10

SCI PROJECT #
18476

79 OF 105 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

STA: 13+90.12
END AREA 1 - PHASE B
IMPORVEMENTS

HIGH POINT ELEV. - 2519.12
HIGH POINT STA. = 14+13.08
PVI STA = 14+13.08
PVI ELEV = 2519.76
A.D. = -3.10
K = 32.25
100.0' VC

CONSTRUCTION NOTES:
1 SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

FEMA FLOOD ZONE
ITEM MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT. 20, 2005
A PORTION OF PHASE B OF AREA 1 LIES WITHIN HAZARD ZONE "X". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OTHER UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

BENCH-MARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2540.24725 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD. STAMPED "SD 34 1998"

BASIS OF BEARINGS
NORTH 00'13'36" EAST - THE WEST LINE OF THE NORTHEAST QUARTER (NW 1/4) OF SECTION 29, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

GRAPHIC SCALE

NORTH

LEGEND
EXISTING GRADE
FUTURE GRADE
FLOWLINE ELEVATION
CENTERLINE FINISHED GRADE ELEVATION
TOP OF CURB ELEVATION
RATE & DIRECTION OF SLOPE
STATIONING AT BOC (TAILING HIGH)
PROPERTY LINE
RIGHT OF WAY
CENTER LINE
GRADE BREAK
EXISTING CONTOUR
LOT NUMBER
SUBDIVISION/UNIT BOUNDARY
EDGE OF PAVEMENT
CURB & GUTTER
5 FT. TRANSITION ('L' CURB TO 'ROLL' CURB)
S/W RAMP

PHASE B

PHASE B

PHASE A

PP10