RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
V STREET - PLAN AND PROFILE
MOHAVE COUNTY  ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET PP12
SCI PROJECT # 18476
BI OF 105 SHEETS

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06