# V STREET (PRIVATE) - PLAN AND PROFILE

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**
AREA 1 - PHASE B
V STREET - PLAN AND PROFILE
MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

SHEET PP13
82 OF 105 SHEETS
SCI PROJECT # 18476

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

## CONSTRUCTION NOTES
1. SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

## GEOTECHNICAL NOTE
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE
FEMA MAP PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
A PORTION OF PHASE B OF AREA 1 LIES WITHIN HAZARD ZONE "A", THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-928-753-5591
Call before you Overhead
1-928-753-5591

## BASIS OF BEARINGS
NORTH 00°13'39" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" —
LATITUDE 35°09'22.70034"N
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391 IFT (NAVD '88)

STONE 1/4 COR 3/2 —
LATITUDE 35°08'35.53385"N
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2456.20458 IFT (NAVD '88)

## BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION = 2580.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC, 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T 21 N, R 18 W AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD, STAMPED "SD 34 1999 RLS 10345".

## LEGEND
- EXISTING GRADE
- FUTURE GRADE
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- RATE & DIRECTION OF SLOPE
- STATIONING AT BOC (TRANSVERSE)
- PROPERTY LINE
- RIGHT OF WAY
- GRADE BREAK
- CENTER LINE
- EXISTING CONTOUR
- LOT NUMBER
- SUBDIVISION/UNIT BOUNDARY
- EDGE OF PAVEMENT
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB & GUTTER
- S/W RAMP

GRAPHIC SCALE
1 inch = 40 ft.