





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE B
R STREET – PLAN AND PROFILE
MOHAVE COUNTY   ARIZONA

Stanley Consultants INC.
SHEET PP16