Engineering plan and profile drawing — Sheet PP19 of 105.

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**
AREA 1 - PHASE B
7 STREET - PLAN AND PROFILE
MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4-12-06

SHEET PP19
SCI PROJECT # 18476