

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
H STREET - PLAN AND PROFILE
MOHAVE COUNTY — ARIZONA

SHEET PP2