7 STREET
FOR CONTINUATION
SEE SHEET PP20
STA: 21+50.00

7 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

**CONSTRUCTION NOTES**
1. SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

**GEOTECHNICAL NOTE**
ALL CONSTRUCTION SHALL CONFORM WITH THE GEOTECHNICAL REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060-GEO

**FEMA FLOOD ZONE**
FEMA MAP PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2005. A PORTION OF PHASE B OF AREA 1 LIES WITHIN ALL AREA DESIGNATED AS A SPECIAL FLOOD HAZARD ZONE "X". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "X", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON, THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Call before you Overhead
1-928-753-5591

**BENCH-MARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2560.24725 IFT (NAVD '88)

**BASIS OF BEARINGS**
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 29, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

**LEGEND**
= EXISTING GRADE
= FUTURE GRADE
= FLOWLINE ELEVATION
= CENTERLINE FINISHED GRADE ELEVATION
= TOP OF CURB ELEVATION
= RATE & DIRECTION OF SLOPE
= STATIONING AT SIDE (TALUS/EAGLE)
= PROPERTY LINE
= RIGHT OF WAY
= GRADE BREAK
= CENTER LINE
= EXISTING CONTOUR
= LOT NUMBER
= SUBDIVISION/UNIT BOUNDARY
= 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
= CURB & GUTTER
= S/W RAMP

PHASE B
PHASE A
KEYMAP N.T.S.

PP21

**PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
7 STREET - PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

STANLEY CONSULTANTS INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

SHEET PP21
90 OF 105 SHEETS
SCI PROJECT # 18476

REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE