[Engineering plan and profile drawing — Sheet PP23, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 1 - Phase B, 5 Street - Plan and Profile, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) 1" = 40', Scale (V) 1" = 4'. Drawn by CD/RM, Checked by SH/DB, Date 4-12-06. Preliminary Issue for Review, Not for Construction 4-12-06.]