

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
6 STREET - PLAN AND PROFILE

SHEET PP24