







Sheet PP28 — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 1 - Phase B — 10 Street - Plan and Profile — Mohave County, Arizona — Stanley Consultants Inc. — Date 4-12-06