GRAPHIC SCALE

KEYMAP
N.T.S.

PHASE B

PHASE A

PP0

LEGEND

PRELIMINARY ISSUE, FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

CONSTRUCTION NOTES

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

DISCLAIMER NOTE

BASIS OF BEARINGS

BENCHMARK

| | | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1" = 40' | | SHEET |
| | | GOLDEN VALLEY RANCH | | | SCALE (V) 1" = 4' | | PP3 |
| | | | | | DRAWN BY CD/RM | | |
| | | AREA 1 – PHASE B | | | CHECKED BY SH/DB | | 79 OF 105 SHEETS |
| | | H STREET – PLAN AND PROFILE | | | DATE 4-12-06 | | |
| | | MOHAVE COUNTY | ARIZONA | | | | |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com