

Sheet PP30 — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 1 - Phase B — 10 Street - Plan and Profile — Stanley Consultants Inc. — Preliminary Issue for Review, Not for Construction, 4-12-06