Engineering drawing — Sheet PP32, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 1 – Phase B, 3 Street – Plan and Profile, Stanley Consultants Inc., Mohave County, Arizona. Scale (H) 1" = 40', Scale (V) 1" = 4'. Drawn by CD/RM, Checked by SH/DB, Date 4-12-06. Preliminary issue for review, not for construction 4-12-06.