Engineering plan and profile drawing — Sheet PP35, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 1 – Phase B, Q and D Street – Plan and Profile, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Drawn by CD/RM, Checked by SH/DB, Date 4-12-06. Preliminary Issue for Review, Not for Construction 4-12-06.