Engineering plan and profile drawing — Sheet PP7, Area 1 – Phase B, L Street – Plan and Profile, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) 1" = 40', Scale (V) 1" = 4'. Drawn by CD/RM, Checked by SH/DB, Date 4-12-06. Preliminary issue for review, not for construction 4-12-06. SCI Project # 18476, Sheet 76 of 105.