

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
M STREET - PLAN AND PROFILE

Stanley Consultants INC.

SHEET PP9