WEST LOOP ROAD

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL4

COMMON LOT "A"

BASE OF BEARINGS

BENCHMARK

FOR STREET LIGHT & TRAFFIC CONTROL
INFORMATION IN THIS AREA,
SEE AREA 1 PHASE A, IMPROVEMENT PLANS
BY STANLEY CONSULTANTS.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

KEYMAP
N.T.S.

LEGEND

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"
STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"
STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "C"
STREETLIGHT CIRCUIT "C" CAPACITY VERIFICATION

STREETLIGHT CIRCUIT "D" CAPACITY VERIFICATION

STREETLIGHT LOCATION
N.T.S.

LIGHTING CONSTRUCTION NOTES

TRAFFIC CONSTRUCTION NOTES

NOTES:

DISCLAIMER NOTE

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 1
MOHAVE COUNTY                          ARIZONA

SHEET
SL1

SL1 OF 105 SHEETS




5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY CD/RM | |
| CHECKED BY SH/DB | |
| DATE 4-12-06 | |

