G:\18476_P1\dwg\Imp Plans-PH2\STLT-TC-PH2.dwg, SL-10, 6/16/2006 10:41:42 AM, CutePDF Writer

FOR CONTINUATION SEE SHEET SL4

1 STREET (PRIVATE/PUE)
F STREET (PRIVATE/PUE)
3 STREET (PRIVATE/PUE)
10 STREET (PRIVATE/PUE)

FOR CONTINUATION SEE SHEET SL9
FOR CONTINUATION SEE SHEET SL11
FOR CONTINUATION SEE SHEET SL16

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.48391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 37 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 7 EA – 100 WATT @ 1.0 AMPS EACH | – | 7.0 AMPS |
| TOTAL PROPOSED LOAD | – | 7.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 44.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 4.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 21 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 24 EA – 100 WATT @ 1.0 AMPS EACH | = | 24.0 AMPS |
| TOTAL PROPOSED LOAD | – | 24.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 45.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 3.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 29 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 16 EA – 100 WATT @ 1.0 AMPS EACH | = | 16.0 AMPS |
| TOTAL PROPOSED LOAD | – | 16.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 45.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 3.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 15 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 0 EA – 100 WATT @ 1.0 AMPS EACH | = | 0.0 AMPS |
| TOTAL PROPOSED LOAD | = | 0.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "C"

### STREETLIGHT CIRCUIT "C1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: NEC OF H STREET AT WEST LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 25 EA – 100 WATT @ 1.0 AMPS EACH | = | 25.0 AMPS |
| TOTAL PROPOSED LOAD | = | 25.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 25.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 13.0 AMPS |

### STREETLIGHT CIRCUIT "C2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: NEC OF H STREET AT WEST LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 46 EA – 100 WATT @ 1.0 AMPS EACH | = | 46.0 AMPS |
| TOTAL PROPOSED LOAD | – | 46.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 46.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 2.0 AMPS |

### STREETLIGHT CIRCUIT "D1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF H STREET AT 7 STREET | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 48 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 28 EA – 100 WATT @ 1.0 AMPS EACH | = | 28.0 AMPS |
| TOTAL PROPOSED LOAD | – | 28.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 28.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 20.0 AMPS |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

PHASE A
PHASE B
SL10
NORTH

## KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREET LIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED STREET SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE LANE

FIRE LANE SIGN (12"x 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

BACK OF CURB/P.L.
4' S/W
STREET LIGHT FOUNDATION
LOT LINE
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

### STREETLIGHT LOCATION
N.T.S.

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHEET DT5
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. REMOVE CAP AND CONNECT TO EXISTING STUB

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 10
MOHAVE COUNTY ARIZONA

SHEET SL10
60 OF 105 SHEETS
SCI PROJECT# 18476