WEST LOOP ROAD
(PUBLIC)

HUALAPAI ROAD
(PUBLIC)

GOLF COURSE
HOLE NO. 3

COMMON LOT "D"

G STREET

H STREET

FOR CONTINUATION SEE SHEET SL16

FOR CONTINUATION SEE SHEET SL9

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

GRAPHIC SCALE

KEYMAP
N.T.S.

PHASE A
PHASE B

LEGEND

NORTH

| SCALE (H) 1" = 40' | | |
|---|---|---|
| SCALE (V) NONE | | |
| DRAWN BY CD/RM | | |
| CHECKED BY SH/DB | | |
| DATE 4-12-06 | | |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA I - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 15

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET
SL15
OF 105 SHEETS