

Engineering drawing: Street Light and Traffic Control Plan 16, Sheet SL16, Area 1 - Phase B, Golden Valley Ranch, Rhodes Homes Arizona, LLC, by Stanley Consultants Inc., dated 4-12-06. Preliminary issue for review, not for construction.