FOR CONTINUATION SEE SHEET SL15

FOR CONTINUATION SEE SHEET SL11

FOR CONTINUATION SEE SHEET SL18

HUALAPAI ROAD (P.B.L.Q)

GOLF COURSE
HOLE NO. 3

BASIS OF BEARINGS

BENCHMARK

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

GRAPHIC SCALE

KEYMAP

LEGEND

DISCLAIMER NOTE

TRAFFIC CONSTRUCTION NOTES

LIGHTING CONSTRUCTION NOTES

STREETLIGHT LOCATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"
STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"
STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "C"
STREETLIGHT CIRCUIT "C" CAPACITY VERIFICATION

before you
dig
Call
1-800-782-5348
overhead
before you
Call
dig





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 17

MOHAVE COUNTY                     ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 269-5399 Fax (702) 269-9783
www.stanleygroup.com

| SCALE (H) 1" = 40' | |
| --- | --- |
| SCALE (V) NONE | |
| DESIGNED BY | |
| DRAWN BY CD/RM | |
| CHECKED BY SH/DB | |
| DATE 4-12-06 | |

SHEET
SL17
67 OF 105 SHEETS