

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 18
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET SL 18
OF 105 SHEETS
SCI PROJECT 18476