GOLF COURSE
HOLE NO. 11

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

GRAPHIC SCALE

NORTH

KEYMAP
N.T.S.

LEGEND

TRAFFIC CONSTRUCTION NOTES

LIGHTING CONSTRUCTION NOTES

STREET LIGHT LOCATION

DISCLAIMER NOTE

Before You Dig
Call
Overhead
1-800-782-5348
Underground
1-928-753-5591

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 2

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DG
DATE 4-12-06

SHEET
SL2

53 OF 155 SHEETS