

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 4
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SHEET SL4
SCI PROJECT# 18476
54 OF 105 SHEETS

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06