

Street Light and Traffic Control Plan 5 — Area 1 Phase B, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Stanley Consultants Inc. Sheet SL5.