Engineering drawing: Rhodes Homes Arizona, LLC — Golden Valley Ranch, Area 1 – Phase B, Street Light and Traffic Control Plan 9. Sheet SL9 of 105. Stanley Consultants Inc. Preliminary Issue for Review, Not for Construction, 4-12-06.