# WEST LOOP ROAD

## BASIS OF BEARINGS

NORTH 00°13'39" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" =
LATITUDE 35°09'22.70014"N,
LONGITUDE 114°10'36.53385"W, (NAD '83)
HEIGHT 2550.46397ft (NAVD '88)

STONE 1/4 COR S/2 =
LATITUDE 35°09'55.53395"N,
LONGITUDE 114°10'35.7228"W (NAD '83)
HEIGHT 2448.2045ft (NAVD '88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC, 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W., AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10342".

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" PVC SEWER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. REMOVE CAP AND CONNECT TO EXISTING SANITARY SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC WATER MAIN
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE / VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER, SEE DT4
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## LEGEND

120 — LOT NUMBER
STREET LIGHT (100W HPS)
SUBDIVISION/UNIT BOUNDARY
RIGHT OF WAY
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT

**WATER**
WATER MAIN
3/4" WATER METER
W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**
SANITARY SEWER MANHOLE
4" PVC SEWER LATERAL
EXISTING SANITARY SEWER MAINS BY S.C.I.
EXISTING 4" PVC SEWER LATERALS BY S.C.I.
PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

**STORM DRAIN**
STORM DRAIN PIPE
STORM DRAIN INLET
STORM DRAIN MANHOLE

GRAPHIC SCALE
(IN FEET)
1 inch = 40 ft.

NORTH

## KEYMAP
N.T.S.

## STREETLIGHT LOCATION
## FIRE HYDRANT LOCATION
## TYPICAL WATER AND SS MAIN LINE SECTION
## TYPICAL WATER AND SS LATERALS

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO ADDITIONAL COMPENSATION SHALL BE ALLOWED THE CONTRACTOR FOR FAILURE TO EXACTLY LOCATE SAID UTILITIES IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348
Arizona Blue Stake
1-928-753-5591
Overhead

**PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 4-12-06**

---

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
UTILITY PLAN 1
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06

SHEET UP1
32 OF 105 SHEETS
SCI PROJECT # 18476