Case 09-14814-gwz Doc 1236-7 Entered 08/13/10 15:32:18 Page 1 of 1










## KEYMAP

N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°08'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP
5. REMOVE CAP AND CONNECT TO EXISTING SANITARY SEWER

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900 M.A.G. STANDARD DETAIL NO. 360
2. INSTALL FIRE HYDRANT ASSEMBLY PER
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x 8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER. SEE DT4
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 380
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3–1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | EXISTING SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | EXISTING SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | EXISTING 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

### STORM DRAIN

| | |
|---|---|
| | STORM DRAIN PIPE |
| | STORM DRAIN INLET |
| D | STORM DRAIN MANHOLE |




## TYPICAL WATER AND SS MAIN LINE SECTION

N.T.S.

NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.




## TYPICAL WATER AND SS LATERALS

N.T.S.




NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB

## STREETLIGHT LOCATION

N.T.S.




NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION

N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1–800–782–5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4–12–06

| | |
|---|---|
| SCALE (H) | 1" = 40' |
| SCALE (V) | NONE |
| DRAWN BY | CD/RM |
| CHECKED BY | SH/DB |
| DATE | 4–12–06 |

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
UTILITY PLAN 15
MOHAVE COUNTY ARIZONA

SHEET UP15
46 OF 105 SHEETS
SCI PROJECT# 18476

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.