



Utility Plan 16 — Area 1 - Phase B, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Stanley Consultants Inc. Sheet UP16 of 105. Date 4-12-06.