

Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 1 - Phase B — Utility Plan 2. Stanley Consultants Inc. Sheet UP2, 33 of 105 sheets. Scale (H) 1" = 40'. Drawn by CD/RM. Checked by SH/DB. Date 4-12-06. Mohave County, Arizona.