FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP7



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 6

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 269-5395 Fax (702) 269-9783
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SH/DB
DATE 4-12-06



SHEET UP6
37 OF 105 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06