# WEST LOOP ROAD
(PUBLIC)

END GOLDEN VALLEY RANCH
AREA 1 - PHASE B

10 STREET (PRIVATE/PUE)

F STREET (PRIVATE/PUE)

10 STREET (PRIVATE/PUE)

FOR CONTINUATION SEE SHEET UP10

## STREETLIGHT LOCATION
N.T.S.

## FIRE HYDRANT LOCATION
N.T.S.

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

## TYPICAL WATER AND SS LATERALS
N.T.S.

## DISCLAIMER NOTE

## WATER CONSTRUCTION NOTES

## SEWER CONSTRUCTION NOTES

## BASIS OF BEARINGS

## BENCHMARK

## LEGEND

STORM DRAIN
SEWER
WATER
P.U.E. — PUBLIC UTILITY EASEMENT
C.E. — COMMON ELEMENT

## KEYMAP
N.T.S.

GRAPHIC SCALE
1 inch = 40 ft.

NORTH

---

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (H) 1" = 40' |
| AREA 1 - PHASE B | | SCALE (V) NONE |
| UTILITY PLAN 9 | | DRAWN BY CD/RM |
| MOHAVE COUNTY     ARIZONA | | CHECKED BY SH/DB |
| | | DATE 4-12-06 |

SHEET UP9
40 OF 105 SHEETS
SCI PROJECT # 18476

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06