# IMPROVEMENT PLANS
## FOR
## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH
### AREA 1, PHASE B
### TRACT # 3312

A PORTION OF SECTION 4, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



KEY MAP
NOT TO SCALE



Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 - PHASE B
COVER

MOHAVE COUNTY — ARIZONA

SHEET C1
1 OF 105 SHEETS
SCI PROJECT # 18476

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06