

Sheet 2 of 105 — NOTES — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 1 - Phase B — Notes — Mohave County, Arizona — Stanley Consultants Inc. — Date 4-12-06 — Preliminary Issue for Review 4-12-06