# IMPROVEMENT PLANS
## FOR
## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH, AREA 2 PHASE A
### TRACT #

A PORTION OF SECTION 3, 4, 9, 10 TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



VICINITY MAP — N.T.S.

PROJECT SITE AREA 2



KEY MAP  SCALE 1" = 1000'
AREA 2 PHASE A
PHASE B

### ENGINEERS ESTIMATED QUANTITIES

**SEWER**

| ITEM | QUANTITY |
|---|---|
| 18" P.V.C. SEWER LINE | 19,210 LF |
| 48" DIA. SANITARY SEWER MANHOLES | 67 EA |
| 6" SEWER STUB AND CAP | 361 EA |

**STORM DRAIN**

| ITEM | QUANTITY |
|---|---|
| 18" HDPE STORM DRAIN | 237 LF |
| 24" HDPE STORM DRAIN | 207 LF |
| 36" HDPE STORM DRAIN | 172 LF |
| 42" HDPE STORM DRAIN | 202 LF |
| 48" HDPE STORM DRAIN | 479 LF |
| SCUPPER | 7 EA |
| MODIFIED TYPE 'C' DROP INLET | 15 EA |
| 48" DIA. STORM DRAIN MANHOLE | 11 EA |

**WATER**

| ITEM | QUANTITY |
|---|---|
| 8" PVC WATER LINE | 17,302 LF |
| 8" GATE VALVE | 43 EA |
| 8" 11.25° BEND | 5 EA |
| 22.5° BEND | 17 EA |
| 8" X 8" X 8" TEE | 4 EA |
| 8" X 8" X 6" CROSS | 2 EA |
| FIRE HYDRANT ASSEMBLY (INCLUDES 6" GATE VALVE) | 30 EA |
| 8" CAP W/ 2" BLOWOFF ASSEMBLY | 6 EA |
| 3/4" WATER METER | 361 EA |
| 1" WATER LATERAL | 361 EA |

**STREETS**

| ITEM | QUANTITY |
|---|---|
| A.C. PAVEMENT | 4,336 CY |
| TYPE II AGGREGATE BASE | 13,285 CY |
| STREET NAME SIGN | 59 EA |
| STOP SIGN | 24 EA |
| SPEED LIMIT SIGN | 46 EA |
| NO PARKING SIGN | 4 EA |
| 30" ROLL CURB & GUTTER | 32,750 LF |
| 24" RIBBON CURB & GUTTER | 4,500 LF |
| SIDEWALK | 26,800 SF |
| STREET LIGHT & TRAFFIC CONTROL PLANS | 1 LS |
| VALLEY GUTTER | 392 SF |
| DRIVEWAY | 131 EA |
| ALLEY ENTRANCE | 2 EA |
| STREET LIGHT AND POLE | 36 EA |
| STREETLIGHT CONDUIT | 19,050 LF |
| SURVEY MONUMENTS | 0 EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

### SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 1 | C1 | COVER SHEET |
| 2 | GN1 | GENERAL NOTES, ABBREVIATIONS, LEGEND |
| 3-9 | LC1-LC3 | DETAILS |
| 10-12 | LC1-LC3 | LINE AND CURVE DATA SHEET |
| 13-22 | GP1-GP10 | GRADING PLANS |
| 23-32 | SL1-SL10 | UTILITY PLANS |
| 33-42 | PP1-PP3 | STREET PLAN AND PROFILE |
| 43-45 | PP4 | A1 STREET PLAN AND PROFILE |
| 46 | PP4 | A2 STREET PLAN AND PROFILE |
| 47-49 | PP5-PP7 | B1 STREET PLAN AND PROFILE |
| 50-52 | PP8-PP10 | B2 STREET PLAN AND PROFILE |
| 53-54 | PP11-PP12 | C1 STREET PLAN AND PROFILE |
| 55 | PP13 | C2 STREET PLAN AND PROFILE |
| 56-57 | PP14-PP15 | D1 STREET PLAN AND PROFILE |
| 58 | PP16 | E STREET PLAN AND PROFILE |
| 59-60 | PP17-PP18 | F STREET PLAN AND PROFILE |
| 61-62 | PP19-PP20 | G1 STREET PLAN AND PROFILE AND STORM DRAIN |
| 63 | PP21 | H STREET PLAN AND PROFILE |
| 64 | PP22 | I STREET PLAN AND PROFILE |
| 65 | PP23 | R STREET PLAN AND PROFILE |
| 66 | PP24 | RESIDENTIAL CONSTRUCTION |
| 67 | PP25 | U STREET PLAN AND PROFILE |
| 68 | PP26 | "L" STREET "N" OFFSITE SEWER / STORM DRAIN PLAN AND PROFILE |
| 69 | PP27 | STREET LIGHT PLAN |
| 70 | PP28 | C STREET STORM DRAIN PLAN AND PROFILE |
| 71 | PP29 | G1 STREET STORM DRAIN PLAN AND PROFILE |

### LAND USE INFORMATION

| | |
|---|---|
| FLOOD ZONE DESIGNATION: | FEMA-D |
| TOTAL ACREAGE: | 68 |
| TOTAL LOTS: | 361 |
| AVERAGE LOT SIZE: | 8,500 S.F. |
| MINIMUM LOT SIZE: | 5,000 S.F. |
| MAXIMUM LOT SIZE: | 17,282 S.F. |
| DENSITY: | 4.0 D.U./ACRE |
| LAND USAGE AND ZONING | |
| CURRENT LAND USAGE: | RDA |
| PROPOSED LAND USAGE: | R1D |
| PROPOSED ZONING: | UDA |
| COMMON ELEMENT, PARK, DRAINAGE AREAS | 4 ACRES |

### UTILITIES

| | | |
|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | (928) 681-1739 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-2800 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-1739 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4600 |
| MOSQUITO/PEST CONTROL: | MOHAVE COUNTY | 201 N 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

### GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No. 1060-GEO

### FEMA FLOOD ZONE

FEMA MAP PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
PHASE A OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "D", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

### SOURCE OF TOPOGRAPHY

EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES INC. (AERIAL — 2' CONTOURS) DATED: 12/21/04
2. ASPEN MAPPING AERIAL (AERIAL — 1') DATED ON JAN 29 AND WAS CONVERTED TO NAD83 BY RAISING BOTH AERIAL SURVEYS WERE DONE IN 1990 VERTICAL AND HORIZONTAL AND WERE CONVERTED TO NAD83 BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.346 FT BASED ON NGS-OPUS SOLUTIONS OF FAST STATIC SURVEY OF MOHAVE COUNTY CONTROL POINT SD 35.

### CONTRACTOR'S NOTE

CONTRACTOR SHALL IMMEDIATELY NOTIFY ENGINEER OF ANY DISCREPANCY BETWEEN INFORMATION ON PLANS AND EXISTING SITE CONDITIONS.

### BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2540.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 45 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T 21 N, R18 W AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD, STAMPED "SD 34 1919" RLS 10343

### BASIS OF BEARINGS

M.C.S.D. "SD 32" =
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATION PROCESSED BY NGS-OPUS.

STONE 1/4 COR S/2 =
LATITUDE: 35°09'50.53367"N
LONGITUDE: 114°00'21.67241"W (NAD '83)
HEIGHT: 2562.46351 IFT (NAVD 88)

LATITUDE: 35°09'50.52384"N
LONGITUDE: 114°10'30.72281"W (NAD '83)
HEIGHT: 2496.32840 IFT (NAVD 88)

### ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### DEVELOPER

RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN RD
SUITE H
KINGMAN, ARIZONA 85401
(928) 718-2210

### OWNER

SEVEN DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5338

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON IT SHALL BE APPROXIMATE ONLY, IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE LOCATION OF ALL EXISTING UNDERGROUND UTILITIES PRIOR TO COMMENCING CONSTRUCTION. THE CONTRACTOR AGREES THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.



before you Dig
Call before you
Overhead
1-928-753-5591
1-800-782-5348

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03/10/06



| | | | |
|---|---|---|---|
| RHODES HOMES ARIZONA, LLC | | SCALE (H) AS SHOWN | |
| GOLDEN VALLEY RANCH | 5820 S. Eastern Avenue, Suite 200 | SCALE (V) NONE | |
| | Las Vegas, Nevada 89119 | DRAWN BY GA/RM | |
| AREA 2 PHASE A | (702) 369-9396 Fax (702) 369-9793 | CHECKED BY SH/DB | |
| COVER | www.stanleygroup.com | DATE 03-10-06 | |
| MOHAVE COUNTY | Stanley Consultants INC. | | ARIZONA |

SCI PROJECT # 18476.02.02
SHEET C1
1 OF 71 SHEETS

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|