

VARIES
(SEE "L" DIMENSION ON UTILITY PLAN SHEETS)
PLAN CALLOUT LOCATION
COLD JOINT
EXPANSION JOINT
GRATES PER USD. DWG. NO. 417
PLAN
TRANSITION FROM 30" ROLL CURB
LIP OF GUTTER
SIDEWALK
STREET SLOPE
GALVANIZED STEEL PLATE USD DWG. NO. 418
PROTECTION BAR
STD. SUPPORT BOLT USD DWG. NO. 418
CURB FACE
4 1/2" ℄ TO TC
CURB OPENING ONLY (NO GRATE) @ BOTH ENDS OF INLET
NOTE: REINFORCEMENT PER STD. "DROP INLET TYPE "C". USD DWG. NO. 413
VARIES PER "L" DIMENSION
L = 23.50'
L = 20.50'
L = 17.50'
L = 14.50'
L = 11.50'
L = 8.50'
NOTE: L = 23.50' SHOWN

9a MODIFIED TYPE "C" DROP INLET IN SUMP
N.T.S

VARIES
(SEE "L" DIMENSION ON UTILITY PLAN SHEETS)
PLAN CALLOUT LOCATION
COLD JOINT
EXPANSION JOINT
GRATES PER USD. DWG. NO. 417
PLAN
STREET SLOPE
GALVANIZED STEEL PLATE USD DWG. NO. 418
PROTECTION BAR
STD. SUPPORT BOLT USD DWG. NO. 418
CURB OPENING ONLY (NO GRATE) @ UPSTREAM END OF INLET
NOTE: REINFORCEMENT PER STD. "DROP INLET TYPE "C". USD DWG. NO. 413
VARIES PER "L" DIMENSION
NOTE: L = 23.50' SHOWN

9b MODIFIED TYPE "C" DROP INLET ON GRADE
N.T.S

EXTEND NO. 4 BAR 12" INTO APRON
SLOPE TO DRAIN ALL DIRECTIONS
6" MIN
GRATES PER USD. DWG. NO. 417
WELD BOLT TO ℄ W 8x18
.25" PER FOOT
NOTE: 2-#4 BARS x4'-0" OVER STORM DRAIN WHEN STORM DRAIN EXITS FRONT OF INLET.
STORM DRAIN
SEE PLAN & PROFILE SHEETS FOR "D" DIMENSION
SLOPE TO DRAIN ALL DIRECTIONS

| T TABLE | |
|---|---|
| "D" | T TABLE |
| 2'-0" TO 8'-0" | 8" |
| 8'-1" TO 20'-0" | 8" |

NOTES

BARS TO CONCRETE THRUST BLOCKS TO BE COATED WITH 2 COATS COAL TAR, EPOXY OR BY OTHERS APPROVED METHOD. BARS TO HAVE 90° HOOK ON LOWER END, AS PER TABLE.

| PIPE SIZE | MIN. BAR SIZE | "A"-DIMENSION (HOOK) | MIN. * BLOCK DIM. |
|---|---|---|---|
| 6" | #6 | 6" | 3'x3'x3' |
| 8" | #8 | 9" | 4'x4'x2.5' |
| 12" | #8 | 9" | 4'x5'x5' |

* FOR 125 PSI WORKING PRESURE

C.I.M.J. 45° BEND SHORT RADIUS
MECH. JOINT NOT FLANGES
C.I.M.J. PIPE
BACKFILL WITH GRANULAR MATERIAL
CONCRETE THRUST BLOCK CLASS B, SECT. 725
THRUST BLOCK PER STD. DET. NO. 380

NOTES

EITHER THIS DETAIL OR RESTRAINT RODS CAN BE USED WHEN IT IS ALLOWED TO RELOCATE A WATER LINE UPWARD OR DOWNWARD TO CROSS A CONFLICT.

2. DUCTILE IRON PIPE MAY BE USED.

ANCHOR BLOCKS FOR VERTICAL BENDS

M.A.G. DETAIL NO. 381
N.T.S

CAP
4" O.D. REMOVABLE BOLLARD
42"
4" TYPE II GRAVEL
SET 4" I.D. STEEL PIPE IN CONCRETE
18"
10"

REMOVABLE BOLLARD DETAIL
N.T.S.

DRAINAGE EASEMENT AND COMMON ELEMENT
WIDTH AS SHOWN ON PLANS
LOT LINE
8'-0" MAX SCREEN WALL
7.5'
VARIES
PAD
RETAINING
3% MIN
4:1 MAX
LEVEL
SOLID GROUT BOTTOM 3 COURSES MIN
4" TYPE II GRAVEL
REMOVABLE BOLLARDS SEE DETAIL LEFT 5' SPACING TYP

G DRAINAGE EASEMENT
TO BE PRIVATELY MAINTAINED
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2582.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'56.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
DETAILS
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH/DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SHEET
DT2
4 OF 71 SHEETS
SCI PROJECT# 18476.02.02

Registered Professional Engineer 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

Engineering drawing sheet DT3 — Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 2 Phase A, Details. Stanley Consultants Inc., Mohave County, Arizona.

Details shown (all N.T.S.):
- J: Side yard corner lot section with retaining
- K: Side yard corner lot section — no retaining
- L: Side yard corner lot section at collector with retaining
- M: Side yard corner lot section at collector — no retaining
- N: Rear / side yard section with retaining
- O: Side yard section — no retaining
- P: Rear yard section with scarp
- Q: Rear yard section at golf course / open space
- R: Rear yard section at perimeter street
- S: Rear yard section at perimeter boundary
- Transition from Type "A" curb to roll curb and gutter
- Typical setbacks for all lots
- Curb cut for drainage
- Typical lot grading
- Typical alley lot grading

Typical lot grading slope notes:
1. Slope from front to swale
2. Slope from house to swale
3. Slope from house to side swale
4. Rear swale (2% min, from rear of house)
5. Side swale (minimum 0.5%)
6. Slope from house to sidewalk
7. Slope of street

Typical alley lot grading slope notes:
1. Slope from front to alley
2. Slope from house to swale
3. Slope from house to side swale
4. Rear swale
5. Side swale (2% min, from rear of house)
6. Slope from house to sidewalk
7. Slope of street

Disclaimer note, Basis of Bearings, Benchmark, Geotechnical Note, and "Preliminary Issue for Review — Not for Construction 03-10-06" stamp shown.

Title block: Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 2 Phase A — Details. Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) None, Scale (V) None. Drawn by GA/RM. Checked by SH/DB. Date 03-10-06. SCI Project # 18476.02.02. Sheet DT3 of 71 sheets.


































RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
DETAILS
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH/DB
DATE 03-10-06

SHEET DT7
OF 71 SHEETS
SCI PROJECT # 18476.02.02