| | | | |
|---|---|---|---|
| SCALE (H) 1"=100' | | | |
| SCALE (V) N/A | | | |
| DRAWN BY GA | | | |
| CHECKED BY SH/DB | | | |
| DATE 03-10-06 | REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
LINE AND CURVE DATA 1
MOHAVE COUNTY       ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET LC1
10 OF 71 SHEETS
SCI PROJECT # 18478.02.02

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Overhead
1-800-782-5348
Call before you Dig
Underground
1-928-753-5591

LEGEND
- 10' CORNER LOT SETBACK
- STREET CENTER LINE
- PROPERTY LINE
- FUTURE LINE
- RIGHT-OF-WAY LINE
- AREA 2 BOUNDARY LINE
- PHASE LINE
- LOT NUMBER
- COMMON ELEMENT
- DRAINAGE EASEMENT
- SIDEWALK RAMP
- LINE AND CURVE DATA, BACK OF CURB
- LINE AND CURVE DATA, CENTERLINE
- LINE AND CURVE DATA, BOUNDARY

CL5, CL4
BL5, BC4
CE
DE
LS, CL4

BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2942.5273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1998 RLS 10343"

BASIS OF BEARINGS
NORTH 00°13'39" EAST - THE WEST LINE OF THE NORTHEAST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32"   LATITUDE 35°09'22.79334"N
                   LONGITUDE 114°09'21.57240"W (NAD '83)
                   HEIGHT 2562.46381 IFT (NAVD '88)

STONE 1/4 COR 2/3   LATITUDE 35°08'55.63389"N
                    LONGITUDE 114°11'07.1728"W (NAD '83)
                    HEIGHT 2498.20498 IFT (NAVD '88)

SCALE: 1"=100'

KEY MAP
NOT TO SCALE

SEE SHEET LC3 FOR CURVE AND LINE TABLES

FOR CONTINUATION SEE SHEET LC2











Sheet LC3 — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 2 Phase A — Line and Curve Data 3 — Mohave County, Arizona — Stanley Consultants Inc.