

Sheet 2 of 71 — NOTES — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 2 Phase B — Notes — Mohave County, Arizona — Stanley Consultants Inc.