GRAPHIC SCALE

A1 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES
1  SIDEWALK ACCESS RAMP TYPE "C" PER N.A.S. STANDARD DETAIL NO. 234

BASIS OF BEARINGS

BENCHMARK

LEGEND

KEYMAP

STATION 19+50.00
FOR CONTINUATION SEE SHEET PP2

A1 STREET
SEE SHEET PP7

B1 STREET
SEE SHEET PP10

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

Call
before you
Dig

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

SHEET
PP1
43 OF 71 SHEETS





STATION 19+50.00
FOR CONTINUATION SEE SHEET PP1
A1 STREET
(PRIVATE/P.U.E.)
END RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE A
STATION 26+25.83
STATION 25+83.47
PHASE A
F STREET
(PRIVATE/P.U.E.)
F STREET
SEE SHEET PP18
STATION 29+50.00
FOR CONTINUATION SEE SHEET PP3

A1 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES:

1. SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234

CENTERLINE FG
EXISTING GROUND AT CENTERLINE
48" SSMH # 17
48" SSMH # 18
48" SSMH # 19
48" SSMH # 20
48" SSMH # 22
PVI STA = 24+00
PVI ELEV = 2538.46
A.D. = 0.35
K = 144.05
50.00' VC
HIGH POINT ELEV = 2541.26
HIGH POINT STA = 26+70.76
75.00' VC
PVI STA = 26+87.64
PVI ELEV = 2541.55
A.D. = -3.91
K = 19.19
8" PVC SS

NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
KEYMAP
N.T.S.
PP2

LEGEND

- EXISTING GRADE
- FUTURE GRADE
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] STATIONING AT BOC (CULDESAC)
- PROPERTY LINE
- RIGHT OF WAY
- EASEMENT LINE
- GRADE BREAK
- CENTER LINE
- EXISTING CONTOUR
- 73 LOT NUMBER
- EDGE OF PAVEMENT
- SUBDIVISION/PHASE BOUNDRY
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB & GUTTER
- S/W RAMP

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2582.48391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE A OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

SHEET
PP2
44 OF 71 SHEETS

SCI PROJECT# 18476.02.02

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET PP2
STATION 29+50.00

A1 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTE
① DENOTES ACCESS RAMP TYPE "B" PER M.A.G. STANDARD DETAIL NO. 234



KEYMAP
N.T.S.



GRAPHIC SCALE

LEGEND

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET
PP3
45 OF 71 SHEETS













PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' |
| GOLDEN VALLEY RANCH | | SCALE (V) 1"=4' |
| AREA 2 PHASE A | | DRAWN BY GA |
| A2 STREET PLAN AND PROFILE | | CHECKED BY SH/DB |
| MOHAVE COUNTY                         ARIZONA | | DATE 03-10-06 |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET
PP4
48 OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

LEGEND

KEYMAP

GRAPHIC SCALE

CONSTRUCTION NOTES

B2 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

STATION 43+52.00
END RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE A

STATION 54+00.00
FOR CONTINUATION SEE SHEET PP6

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) 1"=40' |
| GOLDEN VALLEY RANCH | SCALE (V) 1"=4' |
| AREA 2 PHASE A | DRAWN BY GA |
| B2 STREET PLAN AND PROFILE | CHECKED BY SH/DB |
| MOHAVE COUNTY                      ARIZONA | DATE 03-10-06 |

STANLEY CONSULTANTS INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET
PP5
47 OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

KEYMAP
N.T.S.

GRAPHIC SCALE

LEGEND

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

| | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' | |
| | GOLDEN VALLEY RANCH | 5820 S. Eastern Avenue, Suite 200 | SCALE (V) 1"=4' | |
| | | Las Vegas, Nevada 89119 | DRAWN BY GA | |
| | AREA 2 PHASE A | (702) 369-9396 Fax (702) 369-9793 | CHECKED BY SH/DB | |
| | B2 STREET PLAN AND PROFILE | www.stanleygroup.com | DATE 03-10-06 | |
| | MOHAVE COUNTY                    ARIZONA | Stanley Consultants INC. | | |

SHEET PP6
48 OF 71 SHEETS







B2 STREET (PRIVATE)
SCALE HORIZONTAL 1"=40'
VERTICAL 1"=4'

CONSTRUCTION NOTES

LEGEND

KEYMAP

GRAPHIC SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARKS

BASIS OF BEARINGS

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | |
| AREA 2 PHASE A | |
| B2 STREET PLAN AND PROFILE | |
| MOHAVE COUNTY | ARIZONA |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' |
|---|
| SCALE (V) 1"=4' |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 03-10-06 |

SHEET
PP7
49 OF 71 SHEETS





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B1 STREET PLAN AND PROFILE

MOHAVE COUNTY                                                        ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY  GA
CHECKED BY  SH/DB
DATE  03-10-06

SHEET
PP8

SO. OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

KEYMAP
N.T.S.

STATION 24+74.87
END AREA 2 PHASE A



| SHEET PP9 | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' | |
| | GOLDEN VALLEY RANCH | | SCALE (V) 1"=4' | |
| | | SEDO S. Eastern Avenue, Suite 200 | DRAWN BY GA | |
| | AREA 2 PHASE A | Las Vegas, Nevada 89119 | CHECKED BY SH/DB | |
| | B1 STREET PLAN AND PROFILE | (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | DATE 03-10-06 | |
| MOHAVE COUNTY | | STANLEY CONSULTANTS INC. | | ARIZONA |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

KEYMAP













RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
B1 STREET PLAN AND PROFILE
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY  GA
CHECKED BY SH/DB
DATE  03-10-06

SHEET
PP10
OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06















RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
C STREET PLAN AND PROFILE

MOHAVE COUNTY                                ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06







STATION 16+00.00
FOR CONTINUATION SEE SHEET PP11

C STREET (PRIVATE)
SCALE (H) 1"=40'
VERTICAL 1"=4'

**CONSTRUCTION NOTES**
① SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

GRAPHIC SCALE

**DISCLAIMER NOTE**

**FEMA FLOOD ZONE**

**GEOTECHNICAL NOTE**

**BENCHMARK**

**BASIS OF BEARINGS**

**LEGEND**



KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | |
| AREA 2 PHASE A | |
| C STREET PLAN AND PROFILE | |
| MOHAVE COUNTY | ARIZONA |



**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET
PP12
5A OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D1 STREET PLAN AND PROFILE

MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET PP13
13 OF 71 SHEETS









PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D2 STREET PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET PP14
OF 21 SHEETS




PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| SHEET | PP15 |
| 57 OF 71 SHEETS |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D2 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' |
| SCALE (V) 1"=4' |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 03-10-06 |

KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1"=40' | |
|---|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | | SCALE (V) 1"=4' | |
| PP16 | AREA 2 PHASE A | | Stanley Consultants INC. | DRAWN BY GA | |
| MOHAVE COUNTY ARIZONA | E STREET PLAN AND PROFILE | | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | CHECKED BY SH/DB | |
| | | | | DATE 03-10-06 | |



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
F STREET PLAN AND PROFILE

MOHAVE COUNTY                                   ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

SHEET
PP17
59 OF 71 SHEETS













STATION 21+80.21
END RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE A

G1 STREET

KEY MAP
N.T.S.

STATION 21+80.21
END AREA 2 PHASE A

STATION 21+80.21
END AREA 2 PHASE A

G1 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE

NORTH

CONSTRUCTION NOTES

LEGEND

BASIS OF BEARING

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
G1 STREET PLAN AND PROFILE AND
OFFSITE STORM DRAIN

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

SHEET
PP19
19 OF 21 SHEETS

GRAPHIC SCALE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BASIS OF BEARINGS

BENCHMARK

CONSTRUCTION NOTES

LEGEND

DISCLAIMER NOTE

KEYMAP
PP20
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

STATION 36+67.77
END AREA 2 PHASE A

STATION 36+67.77
END RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE A

PHASE A

COMMON LOT "G"

G1 STREET

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE A | | |
| G1 STREET PLAN AND PROFILE | | |
| MOHAVE COUNTY | | ARIZONA |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' |
|---|
| SCALE (V) 1"=4' |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 03-10-06 |

SHEET
PP20

OF 71 SHEETS



STANLEY CONSULTANTS INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
H STREET PLAN AND PROFILE

MOHAVE COUNTY                     ARIZONA

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

PP21
63 OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06













RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
I STREET PLAN AND PROFILE

MOHAVE COUNTY                ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | | | | |
| SCALE (V) 1"=4' | | | | |
| DRAWN BY GA | | | | |
| CHECKED BY SH/DB | | | | |
| DATE 03-10-06 | | | | |

SHEET PP22
OF 71 SHEETS





R STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

BENCHMARK

GEOTECHNICAL NOTE

BASIS OF BEARINGS

LEGEND





KEYMAP
N.T.S.



| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1"=40' | | | | PP23 |
| | GOLDEN VALLEY RANCH | | SEDO S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | SCALE (V) 1"=4' | | | | |
| 65 | AREA 2 PHASE A R STREET PLAN AND PROFILE | | Stanley Consultants INC. | DRAWN BY GA | | | | |
| OF 71 SHEETS | | | | CHECKED BY SH/DB | | | | |
| | MOHAVE COUNTY | ARIZONA | | DATE 03-10-06 | | | | |







PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06







KEYMAP
N.T.S.



| RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' | | SHEET |
|---|---|---|---|---|
| GOLDEN VALLEY RANCH | | SCALE (V) 1"=4' | | PP24 |
| AREA 2 PHASE A | Stanley Consultants INC. | DRAWN BY GA | | OF 71 SHEETS |
| S STREET PLAN AND PROFILE | | CHECKED BY SH/DB | | |
| MOHAVE COUNTY                    ARIZONA | | DATE 03-10-06 | | |

SEIO S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleycorp.com



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
U STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleyconsultants.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

PP25















PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
1 STREET AND 8 STREET PLAN AND PROFILE

MOHAVE COUNTY                              ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | | |
|---|---|---|
| SCALE (H) 1"=40' | | |
| SCALE (V) 1"=4' | | |
| DRAWN BY GA | | |
| CHECKED BY SH/DB | | |
| DATE 03-10-06 | | |

SHEET
PP26
OF 71 SHEETS





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
OFFSITE SEWER AND STORM DRAIN
PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

NOT FOR CONSTRUCTION 03-10-06

PRELIMINARY ISSUE FOR REVIEW





FOR STORM DRAIN AND 8" SS CONTINUATION SEE SHEET PP27

C STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

STORM DRAIN CONSTRUCTION NOTES

GRAPHIC SCALE



KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

LEGEND



| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE A | | |
| C STREET STORM DRAIN PLAN AND PROFILE | | |
| MOHAVE COUNTY | | ARIZONA |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |



SHEET PP28
28 OF 71 SHEETS



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
G1 STREET STORM DRAIN PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | GA |
| CHECKED BY | SH/DB |
| DATE | 03-10-06 |

SHEET
PP29
OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

STATION 38+07.77
END AREA 2 PHASE A

STATION 38+07.77
END RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE A

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

STORM DRAIN CONSTRUCTION NOTES

CONSTRUCTION NOTES

BENCHMARK

BASIS OF BEARINGS

GRAPHIC SCALE

LEGEND

DISCLAIMER NOTE

KEYMAP