BASIS OF BEARINGS

GEOTECHNICAL NOTE

BENCHMARK

NOTE

FEMA FLOOD ZONE

TYPICAL WATER AND SS LATERALS

DISCLAIMER NOTE

before you dig

FOR CONTINUATION SEE SHEET UP5

STREET LIGHT LOCATION

FIRE HYDRANT LOCATION

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP2

TYPICAL WATER AND SS MAIN LINE SECTION

WATER CONSTRUCTION NOTES

SEWER CONSTRUCTION NOTES

STORM DRAIN

SEWER

WATER

LEGEND

KEYMAP

GRAPHIC SCALE

NORTH

STREET "A"

STREET "B"

PHASE A

A STREET

B STREET

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET
UP1
23 OF 71 SHEETS

FOR CONTINUATION SEE SHEET UP1

FOR CONTINUATION SEE SHEET UP3

FOR CONTINUATION SEE SHEET UP4

B1 STREET

B1 STREET

B2 STREET

A1 STREET

STREET

COMMON LOT "C"

PHASE A

GRAPHIC SCALE

NORTH

NOTE

BASIS OF BEARING

BENCHMARK

DESCRIPTION

SEWER CONSTRUCTION NOTES

WATER CONSTRUCTION NOTES

STREET LIGHT LOCATION

TYPICAL WATER AND S8 MAIN LINE SECTION

TYPICAL WATER AND S8 LATERAL8

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

FIRE HYDRANT LOCATION

STORM DRAIN

SEWER

WATER

LEGEND

KEYMAP

N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 2

MOHAVE COUNTY                                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

UP2

SHEET 24 OF 71 SHEETS

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP7

FOR CONTINUATION SEE SHEET UP4

NORTH

GRAPHIC SCALE

SCALE: 1"=40'

KEYMAP

LEGEND

WATER

SEWER

STORM DRAIN

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

FIRE HYDRANT LOCATION

DISCLAIMER NOTE

SEWER CONSTRUCTION NOTES

WATER CONSTRUCTION NOTES

BENCHMARK

BASIS OF BEARING

TYPICAL WATER AND SS MAIN LINE SECTION

TYPICAL WATER AND SS LATERALS

STREETLIGHT LOCATION

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 3

MOHAVE COUNTY                          ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 365-9396  Fax (702) 365-8783
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

SHEET UP3
25 OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 4

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET 26 OF 71 SHEETS
UP4



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 5

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

| SCALE (H) 1"=40' |
| SCALE (V) N/A |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 03-10-06 |

SHEET UP5
27 OF 71 SHEETS

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

UP6



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 7

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET UP7
29 OF 71 SHEETS

MOHAVE COUNTY        ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 8

MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

SE00 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 03-10-06

SHEET
UP8
OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE SHEET UP10

FOR CONTINUATION SEE SHEET UP10

FOR CONTINUATION SEE SHEET UP10

FOR CONTINUATION SEE RHODES GOLDEN VALLEY RANCH AREA 2 PHASE 2 UTILITY MAP IN PLANS BY STAN-IN CONSTRUCTANTS INC

AREA 2 PHASE A
UTILITY PLAN 9

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

MOHAVE COUNTY                                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET
UP9

OF 71 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

KEYMAP
UP9

FOR CONTINUATION SEE SHEET UP9

FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE RHODES GOLDEN VALLEY RANCH
AREA 2 PHASE 2 UTILITY IMP. PLANS BY STANLEY CONSULTANTS INC.

FOR CONTINUATION SEE SHEET UP7

GRAPHIC SCALE

NORTH

TYPICAL WATER AND SS MATERIALS

TYPICAL WATER AND SS MAIN LINE SECTION

NOTE

WATER CONSTRUCTION NOTES

SEWER CONSTRUCTION NOTES

BENCHMARK

BASIS OF BEARINGS

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

STREET LIGHT LOCATION

LEGEND

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE A | | |
| UTILITY PLAN 10 | | |
| MOHAVE COUNTY | | ARIZONA |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 03-10-06 | |

SHEET UP10