

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
GRADING PLAN 4

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) | 1"=40' |
| SCALE (V) | N/A |
| DRAWN BY | GA |
| DESIGNED BY | SH/DB |
| CHECKED BY | SH/DB |
| DATE | 04-12-06 |

SHEET
GR4

14 OF 79 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06