

Engineering drawing sheet — "NOTES" for Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 2 Phase B, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Date 04-12-06. Sheet 2 of 79. Preliminary issue for review — not for construction 04/12/06. Contains General Notes, Sewer, Water, Street, Storm Water Pollution Prevention Plan, Site Grading, Engineer's Notes, Drainage Report, FEMA Flood Zone, Legend, Abbreviations, and Disclaimer note (Blue Stake 1-800-STAKE-IT; Call before you dig 1-800-782-5348; Overhead 1-928-753-5591).