Sheet LC3, 10 of 79 sheets — SCI Project # 18478

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE B
LINE AND CURVE DATA 3
MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=200'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

(Sheet contains Boundary Line Table, Centerline Curve Table, Centerline Line Table, Back of Curb Line Table, Back of Curb Curve Table, Basis of Bearings, Benchmark, Legend, Key Map, Disclaimer Note, and Call Before You Dig notice.)