# B1 STREET (PRIVATE)

SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

## CONSTRUCTION NOTES
1. SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

## LEGEND
- EXISTING GRADE
- FUTURE GRADE
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- RATE & DIRECTION OF SLOPE
- STANDING AT BOC (GUIDELINE)
- RIGHT OF WAY
- EASEMENT LINE
- CENTER LINE
- EXISTING CONTOUR
- LOT NUMBER
- SUBDIVISION/PHASE BOUNDARY
- EDGE OF PAVEMENT
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB & GUTTER
- S/W RAMP

## KEYMAP
N.T.S.

## BASIS OF BEARINGS
NORTH 00°13'58" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 33" –
LATITUDE 35°N22.70034"N, LONGITUDE 114°W21.57240"W (NAD 83)
HEIGHT 2560.24293 IFT (NAVD 88)

STONE 1/4 COR 3/2 =
LATITUDE 35°N25.53385"N, LONGITUDE 114°W20.72881"W (NAD 83)
HEIGHT 2496.24081IFT (NAVD 88)

## BENCHMARK
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC, 65 FT, NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T.21N, R.18 W, AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD, STAMPED "SD 34 1999 RLS 10343."
ELEVATION: 2560.24293 IFT (NAVD 88)

## FEMA FLOOD ZONE
FEMA MAP PANEL NO. 040058 2325C MAP DATE: OCT 20, 2000
A PORTION OF PHASE B OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OR THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No. 1060-GEO

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE. CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
Overhead Call before you dig
1-928-753-5591
1-800-782-5348

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

---

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**
AREA 2 PHASE B
B1 STREET PLAN AND PROFILE
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET PP2
45 OF 79 SHEETS
SCI PROJECT 18476.24.22