GRAPHIC SCALE

1 inch = 40 FT.

B2 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES
① SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

KEYMAP
N.T.S.

PP3

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
B2 STREET PLAN AND PROFILE

MOHAVE COUNTY                                        ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' |
| SCALE (V) 1"=4' |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 04-12-06 |

SHEET
PP3
46 OF 79 SHEETS