STATION 19+00.00
FOR CONTINUATION SEE SHEET PP8

STATION 26+00.00
FOR CONTINUATION SEE SHEET PP8

B2 STREET (PRIVATE)
SCALE:
HORIZONTAL: 1" = 40'
VERTICAL: 1" = 4'

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

CONSTRUCTION NOTES
1 SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

**LEGEND**

KEYMAP
N.T.S.

BASIS OF BEARINGS

BENCHMARK

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | |
| AREA 2 PHASE B | |
| B2 STREET PLAN AND PROFILE | |
| MOHAVE COUNTY | ARIZONA |

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 04-12-06 | |

SHEET PP4
47 OF 79 SHEETS