STATION 29+00.00
FOR CONTINUATION SEE SHEET PP4

B2 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTE
① SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

GRAPHIC SCALE

KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

LEGEND

DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN
HEREON HAVE BEEN PLOTTED
FROM AVAILABLE RECORDS.
IT SHALL BE THE
RESPONSIBILITY OF THE
CONTRACTOR TO DETERMINE
THE EXACT HORIZONTAL AND
VERTICAL LOCATION OF ALL
EXISTING UTILITIES PRIOR TO
COMMENCING CONSTRUCTION.
NO REPRESENTATION IS MADE
THAT ALL EXISTING UTILITIES
ARE SHOWN HEREON.

Call
before you dig
Overhead
below
Call
2 Working
days
1-800-782-5348

FEMA FLOOD ZONE

BENCHMARK

BASIS OF BEARING

GEOTECHNICAL NOTE

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
B2 STREET PLAN AND PROFILE

MOHAVE COUNTY                     ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 04-12-06 | |

SHEET
PP5
45 OF 79 SHEETS