RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
G1 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET
PP7