STA 38+81.77 END PHASE B
PHASE A
PHASE B
PHASE A
PHASE B

G1 STREET (PRIVATE)
SCALE: HORIZONTAL 1"=40'
VERTICAL 1"=4'

CONSTRUCTION NOTES

GRAPHIC SCALE
1 inch = 40 ft.

KEYMAP
N.T.S.

LEGEND

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

Call
before you
dig
Overhead
Call
1-800-782-5348

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
G1 STREET PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
[702] 369-9396 Fax [702] 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET
PP9