GRAPHIC SCALE

NORTH

Q2 STREET (PRIVATE)
HORIZONTAL SCALE 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES:
① SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

LEGEND

KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

Call before you dig
Call Overhead 1-800-782-5348

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE B
Q2 STREET PLAN AND PROFILE
MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleyconsultants.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET
PP10
OF 79 SHEETS