Engineering drawing: G2 Street Plan and Profile, Area 2 Phase B, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Sheet PP11 of 79. Prepared by Stanley Consultants Inc. Drawn by GA, checked by SH/DB, dated 04-12-06. Scale H: 1"=40', V: 1"=4'. Preliminary issue for review, not for construction 04/12/06.