GRAPHIC SCALE

Q2 STREET (PRIVATE)

CONSTRUCTION NOTE
1. SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

KEYMAP
N.T.S.

LEGEND

BASIS OF BEARINGS

BENCHMARK

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
Q2 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET
PP12