




Case 09-14814-gwz    Doc 1238-1    Entered 08/13/10 16:07:08    Page 1 of 1

Sheet PP13 — Rhodes Homes Arizona, LLC — Golden Valley Ranch — Area 2 Phase B — G2 Street Plan and Profile — Stanley Consultants Inc. — Mohave County, Arizona — Date 04-12-06