STATION 18+50.00
FOR CONTINUATION SEE SHEET PP14

GRAPHIC SCALE

M2 STREET
(PAVED)

M2 STREET (PAVED)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES:
① SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

STATION 26+50.00
FOR CONTINUATION SEE SHEET PP16

LEGEND

KEYMAP
N.T.S.

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

Call
before
you
dig

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | |
| AREA 2 PHASE B | |
| M2 STREET PLAN AND PROFILE | |
| MOHAVE COUNTY | ARIZONA |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' |
|---|
| SCALE (V) 1"=4' |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 04-12-06 |

SHEET
PP15
55 OF 79 SHEETS