Sheet PP17 — M1 STREET PLAN AND PROFILE
AREA 2 PHASE B
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
MOHAVE COUNTY, ARIZONA
Stanley Consultants Inc.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
SCALE (H) 1"=40'  SCALE (V) 1"=4'
DRAWN BY GA   CHECKED BY SH/DB
DATE 04-12-06

PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION 04/12/06