Engineering drawing — Sheet PP18 of 79, SCI Project #18476.24.22

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**
AREA 2 PHASE B
M1 STREET PLAN AND PROFILE
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06