Engineering drawing: Rhodes Homes Arizona, LLC — Golden Valley Ranch, Area 2 Phase B, Q Street Plan and Profile. Sheet PP19 of 79. Stanley Consultants Inc. Drawn by GA, checked by SH/DB, dated 04-12-06. Scale H 1"=40', V 1"=4'. Preliminary issue for review, not for construction 04/12/06.