PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
P STREET PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| | | |
|---|---|---|
| SCALE (H) 1"=40' | | |
| SCALE (V) 1"=4' | | |
| DRAWN BY GA | | |
| CHECKED BY SH/DB | | |
| DATE 04-12-06 | | |

SHEET PP21
OF 79 SHEETS