GRAPHIC SCALE

PHASE A
STA. 18+19.97 END PHASE B

U STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES

KEYMAP
N.T.S.

LEGEND

BENCHMARK

BASIS OF BEARING

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

Call before you dig
Overhead
Call before you dig

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | |
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE B | | |
| U STREET PLAN AND PROFILE | | |
| MOHAVE COUNTY | | ARIZONA |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET PP22
65 OF 79 SHEETS