NORTH

GRAPHIC SCALE

COMMON LOT "L" 48" STORM DRAIN CONTINUATION SEE SHEET PP8
COMMON LOT "L" OFFSITE 8" SEWER SEE SHEET #79 OS PP1

NOTE
FOR STORM DRAIN DROP INLET,
SECTIONS SEE SHEET DT4
FOR STORM DRAIN TYPE "B"
DROP INLET SEE SHEET DT2

COMMON LOT "L" 48" STORM DRAIN DROP INLET,
SEE SHEET PP8

COMMON LOT "L" OFFSITE 8" SEWER
SEE SHEET #79 OS PP1

SEE SHEET PP7

STORM DRAIN CONSTRUCTION NOTES

J STREET (PRIVATE)
HORIZONTAL SCALE: 1" = 40'
VERTICAL SCALE: 1" = 4'

CONSTRUCTION NOTES

LEGEND

KEYMAP
N.T.S.

BASIS OF BEARINGS

BENCHMARK

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

Call
before you
dig

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE B | | |
| J STREET PLAN AND PROFILE | | |
| MOHAVE COUNTY | | ARIZONA |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 04-12-06 | |

PP25

SHEET
68 OF 79 SHEETS