


J STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

**CONSTRUCTION NOTES:**

(1) SIDEWALK ACCESS RAMP TYPE 'D' PER M.A.G. STANDARD DETAIL NO. 234







**KEYMAP**
N.T.S.

**LEGEND**

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA: 10+04.89] = STATIONING AT BOC (CULDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = EASEMENT LINE
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/PHASE BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF PHASE B OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD ZONE HAZARD AREA ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OR THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) 1"=4' | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 04-12-06 | |

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|
| | | | | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE B
J STREET PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

SHEET
PP26
69 OF 79 SHEETS
SCI PROJECT# 18476.24.22

Registered Professional Engineer (Civil) 42874 STEVEN A. HAGEL ARIZONA, U.S.A.