








RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE B
K STREET PLAN AND PROFILE
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET PP27
70 OF 79 SHEETS
SCI PROJECT # 18478.24.22