

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY  GA
CHECKED BY  SH/DB
DATE  04-12-06

SHEET
SL1

SCI PROJECT #
18476.24.22

33 OF 79 SHEETS