RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

PHASE A
PHASE B

END RHODES GOLDEN VALLEY RANCH AREA 2 PHASE B

COMMON LOT "X"

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL6

FOR CONTINUATION SEE SHEET SL7

FOR CONTINUATION SEE SHEET SL6

GRAPHIC SCALE

NORTH

KEYMAP

LEGEND

BASIS OF BEARINGS

BENCHMARK

TRAFFIC CONSTRUCTION NOTES

LIGHTING CONSTRUCTION NOTES

NEW STREET LIGHT SERVICE PEDESTAL CIRCUIT "X"
STREETLIGHT CIRCUIT OF CAPACITY VERIFICATION

NEW STREET LIGHT SERVICE PEDESTAL CIRCUIT "Y"
STREETLIGHT CIRCUIT OF CAPACITY VERIFICATION

NEW STREET LIGHT SERVICE PEDESTAL CIRCUIT "Z"
STREETLIGHT CIRCUIT OF CAPACITY VERIFICATION

DISCLAIMER NOTE

STREET LIGHT LOCATION

Call
before you
dig
Overhead
1-800-782-5348
Call
2 working days
before you dig
Underground
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET
SL2
34 OF 79 SHEETS