# SITE PLAN
## FOR
## RHODES HOMES AZTEC AT REDWALL

**VICINITY MAP**
NOT TO SCALE

## LOT SUMMARY

| | | |
|---|---|---|
| 1 – 52' X 120' LOTS | = | 69 |
| 2 – 55' X 120' LOTS | = | 74 |
| 3 – 58' X 120' LOTS | = | 74 |
| TOTAL | ≈ | 217 |

## SITE SUMMARY

PARCEL NUMBERS: 306-42-001,008A
TOTAL ACREAGE = 59.82 ACRES
MIN. LOT SIZE = 52' X 120'
FLOOD PLAIN DESIGNATION: FEMA C,A

## OWNER

SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER

RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## UTILITIES

| | | |
|---|---|---|
| SEWAGE DISPOSAL: | TBD | TBD |
| WATER: | TBD | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE |
| TELEPHONE: | FRONTIER | 2202 STOCKTON HILL |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET |
| FIRE DISTRICT: | GOLDEN VALLEY FIRE DEPARTMENT | 3327 N. MAYER RD. |

## LEGEND

▒▒▒ = OPEN SPACE, DETENTION LANDSCAPE, COMMON AREA
——— = PROPERTY LINE
– – – = RIGHT OF WAY
—·—·— = CENTER LINE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.20458ift (NAVD'88)

## LEGAL DESCRIPTION

A PARCEL OF LAND LYING IN THE NORTH EAST QUARTER (NE 1/4) OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST

## TYPICAL LOT SETBACKS

NOT TO SCALE

52' MIN
25' MIN
120 MIN
BUILDING ENVELOPE
5' MIN — 5' MIN
20' MIN
4' SIDEWALK (ONE SIDE) — BACK OF CURB

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

GRAPHIC SCALE
0  50  100  150
( IN FEET )
1 inch = 100 ft.

NORTH

PRELIMINARY ISSUE FOR REVIEW 05-10-05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/BS
CHECKED BY SH
DATE 05-01-05

RHODES HOMES ARIZONA LLC
AZTEC AT REDWALL
SITE PLAN
MOHAVE COUNTY   ARIZONA

SHEET
EX-1
1 OF 1 SHEETS
SCI PROJECT# 17942

ST-RH035636

Labels on plan: AZTEC ROAD, ARIVACA ROAD, REDWALL DRIVE, RAINWATER DRIVE, ROADWAY CENTERLINE, PROPERTY LINE, R/W, DRAINAGE, WAPA POWER POLES, 60' ROADWAY EASEMENT TO BE ABANDONED, DETENTION, L.S.

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 60 ACRES

**VICINITY MAP**

KINGMAN
US 68
PROJECT SITE

### SITE SUMMARY

MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 2.70 AC
TOTAL LOTS = 254

1 – 52' X 120' LOTS = 84
2 – 55' X 120' LOTS = 83
3 – 58' X 120' LOTS = 87

### LEGEND

▓▓▓ = OPEN SPACE, LANDSCAPE, COMMON AREA
——— = PROPERTY LINE
– – – = RIGHT OF WAY
—·— = CENTER LINE

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**
RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**
RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Roads labeled: AZTEC ROAD, REDWALL DRIVE, RAINWATER DRIVE, ARIVACA ROAD

EXIST 60' STREET TO BE VACATED

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

AZTEC 60 SITE PLAN

SCALE: AS NOTED
DATE: FEBRUARY 04, 2005
REV. 0

PRELIMINARY
NOT FOR CONSTRUCTION

ST-RH035637



# LOT LAYOUT
## FOR
## RHODES HOMES AZTEC 60 ACRES

### VICINITY MAP

KINGMAN
US 68
PROJECT SITE

### SITE SUMMARY

PARCEL NUMBERS: 306-42-001,008
MIN. LOT SIZE = 52' X120'
OPEN SPACE = 2.70 AC
TOTAL LOTS = 233
D.U.A. = 3.88

- **1** — 52' X 120' LOTS = 70
- **2** — 55' X 120' LOTS = 75
- **3** — 58' X 120' LOTS = 80

### LEGEND

- ▨ = OPEN SPACE, LANDSCAPE, COMMON AREA
- ——— = PROPERTY LINE
- – – – = RIGHT OF WAY
- — · — = CENTER LINE

**Roads labeled:** AZTEC ROAD, ARIVACA ROAD, REDWALL DRIVE, RAINWATER DRIVE

Notes on plan: EXIST 60' STREET TO BE VACATED; 59' DRAINAGE; 20' DETENTION; 125'; 50'; 10' L.S.; 5' TYP; 20' TYP

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### DEVELOPER:
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

### OWNER
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Scale: 0 100 200 400

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

AZTEC 60 LOT LAYOUT

DESIGNED: CJD
SCALE: AS NOTED
DATE: MARCH 17, 2005
REV. 0

PRELIMINARY — NOT FOR CONSTRUCTION

ST-RH035639

# SITE PLAN
# FOR
# RHODES HOMES AZTEC AT REDWALL



**VICINITY MAP**
NOT TO SCALE

**LEGEND**

- ▒▒▒ = OPEN SPACE, DETENTION LANDSCAPE, COMMON AREA
- ——— = PROPERTY LINE
- — — — = RIGHT OF WAY
- —·—·— = CENTER LINE

**OWNER**
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**
RHODES HOMES ARIZONA
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**LOT SUMMARY**

| | | |
|---|---|---|
| 1 – 52' X 120' LOTS | = | 69 |
| 2 – 55' X 120' LOTS | = | 74 |
| 3 – 58' X 120' LOTS | = | 74 |
| TOTAL | = | 217 |

**SITE SUMMARY**

PARCEL NUMBERS:
MIN. LOT SIZE = 52' X 120'
TOTAL ACREAGE =
PARK SPACE = .5 ACRES ±
C.E. & LANDSCAPE = 2.0 ACRES
D.U.A. = 3.60
CURRENT/PROPOSED ZONING =



**TYPICAL LOT SETBACKS**
NOT TO SCALE

PRELIMINARY ISSUE FOR REVIEW 04-05-05

**UTILITY PROVIDERS**
ELECTRIC BY: UNISOURCE
WATER BY: VALLEY PIONEER
SEWER BY:
SOLID WASTE BY:
GAS BY: UNISOURCE
FIRE DISTRICT: GOLDEN VALLEY FIRE DEPARTMENT



NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

**LEGAL DESCRIPTION**
A PARCEL OF LAND LYING IN THE EAST HALF (E ½) OF SECTION 27, TOWNSHIP 19 SOUTH, RANGE

**BASIS OF BEARINGS**
SOUTH 00°53'22" EAST – BEING THE EAST LINE OF THE

**BENCHMARK**
SOUTH 00°53'22" EAST – BEING THE EAST LINE OF THE



Stanley Consultants INC.

RHODES HOMES ARIZONA LLC
AZTEC AT REDWALL
SITE PLAN
MOHAVE COUNTY ARIZONA

SHEET
EX-1
1 OF 1 SHEETS
SCI PROJECT# 17942

ST-RH035640







# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

## VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 52' X 120'
OPEN SPACE = 1.03 AC
TOTAL LOTS = 256

**1** – 52' X 120' LOTS = 71
**2** – 55' X 120' LOTS = 76
**3** – 58' X 120' LOTS = 109

### LEGEND

▓▓▓ = OPEN SPACE
――― = PROPERTY LINE
― ― ― = RIGHT OF WAY
― · ― = CENTER LINE

### ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

### DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

### OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.

AZTEC 40 SITE PLAN

PRELIMINARY
NOT FOR CONSTRUCTION

DATE FEBRUARY 03, 2005

ST-RH035644

# SITE PLAN
# FOR
# RHODES HOMES AZTEC 40 ACRES

## VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 70' X 120'
OPEN SPACE = 4.75 AC
TOTAL LOTS = 101

**1** — 52' X 120' LOTS
**2** — 55' X 120' LOTS
**3** — 58' X 120' LOTS

### LEGEND

= OPEN SPACE
= PROPERTY LINE
= RIGHT OF WAY
= CENTER LINE

**ENGINEER / SURVEYOR**

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.

AZTEC 40 SITE PLAN

DESIGNED: SAH
SCALE: AS NOTED
DATE: 30 DECEMBER 04
REV. 0

PRELIMINARY
NOT FOR CONSTRUCTION

ST-RH035645

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

### VICINITY MAP

### SITE SUMMARY

MIN. LOT SIZE = 52' X120'
OPEN SPACE = 1.03 AC
TOTAL LOTS = 256

**1** – 52' X 120' LOTS = 71
**2** – 55' X 120' LOTS = 76
**3** – 58' X 120' LOTS = 109

### LEGEND

| | |
|---|---|
| ▨ | = OPEN SPACE |
| —— | = PROPERTY LINE |
| – – – | = RIGHT OF WAY |
| — · — | = CENTER LINE |

### ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

### DEVELOPER:

RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

### OWNER

RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

Stanley Consultants INC.

AZTEC 40 SITE PLAN

PRELIMINARY
NOT FOR CONSTRUCTION

SCALE: AS NOTED
DATE FEBRUARY 03, 2005
REV. 0

ST-RH035646

# SITE PLAN
## FOR
## RHODES HOMES AZTEC 40 ACRES

**KINGMAN**

US 68

PROJECT SITE

**VICINITY MAP**

### SITE SUMMARY

MIN. LOT SIZE = 70' X 120'
OPEN SPACE = 4.75 AC
TOTAL LOTS = 101

**1** – 52' X 120' LOTS
**2** – 55' X 120' LOTS
**3** – 58' X 120' LOTS

### LEGEND

- = OPEN SPACE
- = PROPERTY LINE
- = RIGHT OF WAY
- = CENTER LINE

Roadway labels: AZTEC ROAD, REDWALL DRIVE, RAINWATER DRIVE, ARIVACA ROAD

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9793

**DEVELOPER:**
RHODES HOMES
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NV. 89147
(702) 873-5538

**OWNER**
RHODES RANCH LIMITED PARTNERSHIP/
RHODES RANCH GENERAL PARTNERSHIP
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

0  100  200  400

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9793 Fax (702) 369-9793
www.stanleygroup.com

AZTEC 40 SITE PLAN

PRELIMINARY
NOT FOR CONSTRUCTION

DESIGNED: SAH
DATE: 30 DECEMBER 04
SCALE: AS NOTED
REV. 0

ST-RH035647