

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 10

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 04-12-06 | |