RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET UP3

FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP4

PHASE B

PHASE A

END RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A

COMMON LOT "K"

FOR CONTINUATION SEE SHEET UP6

FOR CONTINUATION SEE SHEET UP6

FOR CONTINUATION SEE SHEET UP7

TYPICAL WATER AND SS MAIN LINE SECTION

TYPICAL WATER AND SS LATERALS

STREET LIGHT LOCATION

SEWER CONSTRUCTION NOTES

WATER CONSTRUCTION NOTES

BENCHMARK

BASIS OF BEARINGS

GRAPHIC SCALE
1 inch = 40 ft.

NORTH

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

FIRE HYDRANT LOCATION

STORM DRAIN

SEWER

WATER

LEGEND

KEYMAP

UP2

Blue Stake
Before You
Dig Call
1-800-782-5348

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
UTILITY PLAN 2

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 04-12-06

SHEET UP2
23 OF 76 SHEETS