RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET GR8

FOR CONTINUATION SEE SHEET GR7

FOR CONTINUATION SEE SHEET GR6

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | |
| GOLDEN VALLEY RANCH | SEED S. Eastern Avenue, Suite 200 | |
| | Las Vegas, Nevada 89119 | |
| AREA 2 PHASE B | (702) 369-9396 Fax (702) 369-9793 | |
| GRADING PLAN 2 | www.stanleygroup.com | |
| MOHAVE COUNTY | ARIZONA | Stanley Consultants INC. |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

| SCALE (H) 1"=40' |
|---|
| SCALE (V) N/A |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 04-12-06 |