# IMPROVEMENT PLANS
## FOR
## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH
## AREA 3
### TRACT #

A PORTION OF SECTION 2, 3, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



VICINITY MAP — N.T.S. — PROJECT SITE AREA 3

KEY MAP — SCALE 1" = 1000'

**OWNER**
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5338

**DEVELOPER**
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE A
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**BASIS OF BEARINGS**
NORTH 00°11'58" EAST — THE WEST LINE OF THE NORTHEAST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" —
LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57242"W (NAD '83)
HEIGHT 2552.46391Ft (NAVD88)

STONE 1/4 COR 3/2 —
LATITUDE 35°09'55.53385"N,
LONGITUDE 114°10'07.72361"W (NAD '83)
HEIGHT 2548.25456Ft (NAVD88)

**BENCHMARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10345".

**CONTRACTOR'S NOTE**
CONTRACTOR SHALL IMMEDIATELY NOTIFY ENGINEER OF ANY DISCREPANCY BETWEEN INFORMATION ON PLANS AND EXISTING SITE CONDITIONS.

**SOURCE OF TOPOGRAPHY**
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES, INC. (AERIAL — 2' CONTOURS), DATED 1-15-05.
BOTH AERIAL SURVEYS WERE DONE ON 1 FOOT 29 AND WERE CONVERTED TO NAD88 BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.548 FT BASED ON MOHAVE COUNTY CONTROL POINT SD 34.

### SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 1 | C1 | COVER SHEET |
| 2 | | GENERAL NOTES, ABBREVIATIONS, LEGEND |
| 3-9 | DT1-DT7 | DETAILS |
| 10-11 | LC1-LC2 | LINE MAP |
| 12-22 | GR1-GR11 | GROUND CURVE DATA SHEET |
| 23-33 | UP1-UP11 | UTILITY PLANS |
| 34-44 | SL1-SL11 | STREET LIGHT & TRAFFIC CONTROL PLANS |
| 45-69 | PP1-PP24 | PLAN AND PROFILE SHEETS |

**PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION 03-10-06**

### ENGINEERS ESTIMATED QUANTITIES

**SEWER**

| ITEM | QUANTITY |
|---|---|
| 8" P.V.C. SEWER LINE | 11,200 LF |
| 48" DIA. SANITARY SEWER MANHOLES | 41 EA |
| 8" SEWER LATERAL | 151 EA |
| 8" SEWER STUB AND CAP | 1 EA |

**STORM DRAIN**

| ITEM | QUANTITY |
|---|---|
| 18" RCP STORM DRAIN | 364 LF |
| 24" RCP STORM DRAIN | 100 LF |
| 30" RCP STORM DRAIN | 275 LF |
| 36" RCP STORM DRAIN | 537 LF |
| 48" RCP STORM DRAIN | 203 LF |
| D.I. MODIFIED "C" 8.5 LF | 3 EA |
| D.I. MODIFIED "C" 26.5 LF | 10 EA |
| 48" DIA. STORM DRAIN MANHOLE | 7 EA |

**WATER**

| ITEM | QUANTITY |
|---|---|
| 8" PVC WATER LINE | 12,946 LF |
| 8" DUCTILE IRON PIPE WATER LINE | 125 LF |
| 8" GATE VALVE | 32 EA |
| 8" 11.25° BEND | 8 EA |
| 8" 22.5° BEND | 5 EA |
| 8" 45° BEND | 17 EA |
| 8" x 8" TEE | 23 EA |
| FIRE HYDRANT ASSEMBLY (INCLUDES 6" GATE VALVE) | 64 EA |
| 3" CAP W/2" BLOWOFF ASSEMBLY | 4 EA |
| 1" WATER LATERAL | 151 EA |

**STREETS**

| ITEM | QUANTITY |
|---|---|
| A.C. PAVEMENT | 41,150 CY |
| TYPE II AGGREGATE BASE | 11,000 CY |
| STOP SIGN | 20 EA |
| STREET NAME SIGN | 20 EA |
| SPEED LIMIT SIGN | 42 EA |
| NO PARKING SIGN | 27 EA |
| 30" ROLL CURB & GUTTER | 27,292 LF |
| 6" VERTICAL CURB | 2,885 LF |
| 24" RIBBON CURB & GUTTER | 10 LF |
| SIDEWALK | 54,911 SF |
| VALLEY GUTTER | 7,104 SF |
| DRIVEWAY | 151 EA |
| SINGLE STREET LIGHT AND POLE | 106 EA |
| DOUBLE STREET LIGHT AND POLE | 3 EA |
| STREET LIGHT CONDUIT | 14,830 LF |
| PULLBOX | 10 EA |
| SURVEY MONUMENTS | 12 EA |
| HANDICAP RAMPS | 28 EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

### LAND USE INFORMATION

| | |
|---|---|
| FLOOD ZONE DESIGNATION: | FEMA-C.A. |
| TOTAL ACREAGE: | 89.51 ACRES |
| TOTAL LOTS: | 151 LOTS |
| AVERAGE LOT SIZE: | 22,921 S.F. |
| MINIMUM LOT SIZE: | 14,932 S.F. |
| DENSITY: | 1.7 DU/ACRE |
| LAND USAGE AND ZONING: | |
| CURRENT LAND USAGE: | VACANT |
| PROPOSED LAND USAGE: | SINGLE FAMILY RES. |
| CURRENT ZONING: | |
| PROPOSED ZONING: | |
| COMMON ELEMENT: | MASTER PLAN |
| PARK, DRAINAGE AREAS | 13.80 ACRES |

### UTILITIES

| | |
|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY — TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY — TBD |
| ELECTRICITY: | UNISOURCE ENERGY — (928) 681-4128 |
| TELEPHONE: | FRONTIER COMM. — (928) 753-2300 |
| GAS: | UNISOURCE ENERGY — (928) 681-4128 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT — (928) 718-4600 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY — 3250 GATLIN DRIVE — (928) 753-3725 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. — 3327 N. 11TH STREET — (928) 565-3479 |

**GEOTECHNICAL NOTE:**
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, DATED: 12 SEPTEMBER 05, PROJECT No. 1085-GEO

**FEMA FLOOD ZONE**
FEMA MAP, PANEL NO. 040068 2325C
LAST UPDATE OCT 20, 2000
A PORTION OF PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS DESIGNATED AS ZONE "C" WHICH IS OUTSIDE OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

**DISCLAIMER NOTE**
UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO ANY AND ALL CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig
Overhead: 1-928-753-5591
Underground: 1-800-782-5348


RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
COVER
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | NONE |
| SCALE (V) | NONE |
| DRAWN BY | GA/RM |
| CHECKED BY | DB/SH |
| DATE | 03-10-06 |

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |



SHEET C1
1 OF 69 SHEETS
PROJECT # 18475