[Engineering drawing sheet DT1 — Area 3 Details, Golden Valley Ranch, Rhodes Homes Arizona, LLC, prepared by Stanley Consultants Inc. Sheet contains typical street section details:
- A: Typical Local Street Section (N.T.S.), Private / Public Utility Easement
- E: Typical Area 3 Entry Street Section (N.T.S.), Private / Public Utility Easement
- F: Typical Area 3 Collector Street Section (N.T.S.), Private / Public Utility Easement
- H: Future Aztec Road Street Section (N.T.S.), Public / Public Utility Easement
- L: Future Loop Road East Street Section, STA 175+19 TO STA 192+65 (N.T.S.), Public / Public Utility Easement

Title block: Scale (H) NONE, Scale (V) NONE, Drawn by GA/CD/RM, Checked by SH/DB, Date 03-10-06. Sheet DT1, 3 of 69 sheets, SCI Project # 18476. Mohave County, Arizona.

Includes Disclaimer Note, Benchmark, Basis of Bearings, and Geotechnical Note blocks. Stamped "PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION 03-10-06".]



(Engineering detail sheet — Rhodes Homes Arizona, LLC, Golden Valley Ranch, Area 3 Details, Sheet DT3, prepared by Stanley Consultants Inc., dated 03-10-06. Preliminary Issue For Review — Not For Construction.)

Details shown on sheet:
- J. SIDE YARD CORNER LOT SECTION WITH RETAINING (N.T.S.)
- K. SIDE YARD CORNER LOT SECTION NO RETAINING (N.T.S.)
- L. SIDE YARD CORNER LOT SECTION AT COLLECTOR WITH RETAINING (N.T.S.)
- M. SIDE YARD CORNER LOT SECTION AT COLLECTOR - NO RETAINING (N.T.S.)
- N. REAR / SIDE YARD SECTION WITH RETAINING (N.T.S.)
- O. SIDE YARD SECTION - NO RETAINING (N.T.S.)
- P. REAR YARD SECTION WITH SCARP (N.T.S.)
- Q. REAR YARD SECTION AT GOLF COURSE / OPEN SPACE (N.T.S.)
- R. REAR YARD SECTION AT PERIMETER STREET (N.T.S.)
- S. REAR YARD SECTION AT PERIMETER BOUNDARY (N.T.S.)
- TRANSITION FROM TYPE "A" CURB TO ROLL CURB AND GUTTER (NTS)
- TYPICAL SETBACKS FOR ALL LOTS (NTS) — 105' MIN, 50' MIN, 25' MIN, 20' MIN, 5' MIN; 4" SIDEWALK (ONE SIDE); SIDE SETBACK TO BE 15' FOR CORNER LOT; 5' MIN BACK OF CURB
- CURB CUT FOR DRAINAGE (NTS) — PLAN, PROFILE, SECTION A-A
- TYPICAL LOT GRADING (N.T.S.) — PERSPECTIVE
  1. SLOPE FROM REAR TO SWALE
  2. SLOPE FROM HOUSE TO SIDE SWALE
  3. SLOPE REAR SWALE
  4. SIDE SWALE (MINIMUM 0.5%)
  5. SLOPE FROM HOUSE TO SIDEWALK
  6. SLOPE OF STREET

BASIS OF BEARINGS: NORTH 00°13'30" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, G&SRB&M, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

GEOTECHNICAL NOTE: ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC DATED: 12 SEPTEMBER 05 PROJECT NO.: 1060-GEO

BENCHMARK: BENCHMARK # "SD 34" M.C.S.D. ELEVATION= 2580.24273 IFT (NAVD '88) DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10342".

M.C.S.D. "SD 32" = LATITUDE 35°05'22.70035"N LONGITUDE 114°09'21.57540"W (NAD '83) HEIGHT 2582.46361IN (NAVD'88)

STONE 1/4 COR 3/2 — LATITUDE 35°06'55.53385"N LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2488.20458IN (NAVD'88)

DISCLAIMER NOTE: UTILITY LOCATIONS SHOWN HEREIN ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREIN. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you dig 1-800-782-5348 / Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC — GOLDEN VALLEY RANCH — AREA 3 DETAILS — MOHAVE COUNTY, ARIZONA

Stanley Consultants INC. — 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, (702) 369-9396 Fax (702) 369-9793, www.stanleygroup.com

SCALE (H) NONE | SCALE (V) NONE | DRAWN BY GA/CD/RM | CHECKED BY SH/DB | DATE 03-10-06

SHEET DT3 — 5 OF 69 SHEETS — SCI PROJECT # 18476












RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
DETAILS

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/CD/RM
CHECKED BY SH/DB
DATE 03-10-06

SHEET DT4
SCI PROJECT# 18478
6 OF 69 SHEETS

MOHAVE COUNTY    ARIZONA














Engineering drawing sheet — Area 3 Details, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Sheet DT7, 9 of 69, SCI Project # 18475. Drawn by GA/CD/RM, Checked by SH/DB, Date 03-10-06. Marked "PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION 03-10-06".

Drop inlet / drainage manhole profile details shown (scale 1"=40' H, 1"=5' V):

- 6 ST D.I. #9 — STA 10+47.00
- 6 ST D.I. #10 — STA 10+47.00
- 6 ST D.I. #11 — STA 12+21.27
- 6 ST D.I. #12 — STA 12+21.27
- B DR D.I. #1 — STA 11+74.59
- B DR D.I. #2 — STA 11+61.77
- B DR D.I. #3 — STA 12+73.03
- B DR D.I. #4 — STA 13+66.35
- B DR D.I. #5 — STA 13+66.35
- B DR D.I. #6 — STA 14+95.86
- B DR D.I. #13 — STA 15+34.24

MAG DETAIL NO. 381 — N.T.S. — Anchor Blocks for Vertical Bends, showing thrust block per STD. DET. NO. 380, C.I.M.J. pipe, mechanical joint with/without flanges, C.I.M.J. 45° short radius bend, concrete thrust block Class B Sect. 722, backfill with granular material; dimensions 1'-6" min, 1'-0", 6".

NOTES:
1. Either this detail or restraint rods can be used when it is allowed to relocate a water line upward or downward or cross a conflict.
2. Ductile iron pipe may be used.

*For 125 PSI working pressure

| PIPE SIZE | MIN. BAR SIZE | "A"-DIMENSION (HOOK) | MIN. BLOCK DIM. |
|---|---|---|---|
| 4" | #8 | 9" | 4.5"x5" |
| 6" | #8 | 6" | 3.5"x3" |
| 12" | | 9" | 4"x2.5" |

GEOTECHNICAL NOTE: All construction shall be in accordance with the soils report prepared by American Soils Engineering, LLC, dated 12 September 06. Project No. USC-120.

BASIS OF BEARINGS: North 00°13'06" East — the west line of the northwest quarter (NW 1/4) of Section 35, T. 21 N., R. 18 W., Mohave County, Arizona, as determined by the Arizona Coordinate System of 1983 (AZ83-WF), West Zone, International Foot, utilizing Fast Static Observations processed by NGS-OPUS.

M.C.S.D. "SD 34" —
Latitude 35°19'56.63365"N
Longitude 114°10'21.57240"W (NAD '83)
Height 2562.4638 IN. (NAVD 88)
Stone 1/4 COR 3/8 =
Latitude 35°19'56.63365"N
Longitude 114°10'30.72261"W (NAD '83)
Height 2488.0438IN. (NAVD 88)

BENCHMARK: Benchmark # "SD 34" M.C.S.D. Elevation= 2560.24273 FT. (NAVD '88)
Description: Alum cap 2" dia., set in conc. 85 ft. northeast of the south 1/4 corner of Sec. 35, T. 21 N., R. 18 W. and the intersection of Shinarump Dr. and Hope Rd. Stamped "SD 34 1999 RLS 10343."

DISCLAIMER NOTE: Utility locations shown hereon are approximate only. It shall be the responsibility of the contractor to determine the exact location of all existing utilities. Any damage to utilities caused by contractor shall be repaired at contractor's expense. Call before you dig 1-800-782-5348.

NOTES (thrust block reinforcement):
Bars to be coated with 2 coats coal tar, epoxy or by other approved method. Bars to have 90° hook on lower end, as per table.