Engineering drawing — Sheet A3-GR1, Area 3 Grading Plan 1, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) 1"=40', Scale (V) None. Drawn by GA/JS, Checked by SH/DB, Date 03-10-06. Preliminary Issue for Review, Not for Construction 03-10-06. SCI Project # 18478. Sheet 12 of 69.

FOR CONTINUATION SEE SHEET A3-GR1

EAST LOOP ROAD
(PUBLIC)

FOR PERIMETER ROAD GRADING SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS

9TH ST. (PRIVATE / PUE)

8TH ST. (PRIVATE / PUE)

C DR. (PRIVATE / PUE)

FOR CONTINUATION SEE SHEET A3-GR3

FOR CONTINUATION SEE SHEET A3-GR6

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR2

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = RIGHT OF WAY
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/PHASE BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 2
MOHAVE COUNTY ARIZONA

SHEET A3-GR2
13 OF 69 SHEETS
SCI PROJECT# 18476

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-GR2

EAST LOOP ROAD
(PUBLIC)
FOR PERIMETER ROAD GRADING, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.
10TH ST.
(PRIVATE / PUE)
H DR.
D DR.
C.E. A
C.E. B

FOR CONTINUATION SEE SHEET A3-GR7
FOR CONTINUATION SEE SHEET A3-GR4

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR3
GR1
GR2
GR4
GR5
GR6
GR7
GR8
GR9
GR10
GR11

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| (80.0) TC | = EXISTING GRADE |
| [80.0] TC | = FUTURE GRADE |
| TW 34.7 / TF 32.0 | = TOP OF RET. WALL/TOP OF FOOTING |
| 80.0 HP | = PAD HIGH POINT ELEVATION |
| 70.16 FL | = FLOWLINE ELEVATION |
| 70.70 CL | = CENTERLINE FINISHED GRADE ELEVATION |
| 70.96 TC | = TOP OF CURB ELEVATION |
| 70.96 FG | = FINISHED GRADE ELEVATION |
| 2.00% | = RATE & DIRECTION OF SLOPE |
| STA: 10+04.89 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = RIGHT OF WAY |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF: 49.50 | = FINISHED FLOOR ELEVATION |
| (PAD: 48.9) | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/PHASE BOUNDRY |
| | = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PEDESTRIAN ACCESS EASEMENT |
| P.U.E. | = PUBLIC UTILITY EASEMENT |
| DTC | = DEPRESSED TOP OF CURB ELEVATION |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 3

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40"
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Registered Professional Engineer
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

SHEET
A3-GR3
14 OF 69 SHEETS
SCI PROJECT# 18478

EAST LOOP ROAD
(PUBLIC)
FOR PERIMETER ROAD GRADING, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.
FOR CONTINUATION SEE SHEET A3-GR3
FOR CONTINUATION SEE SHEET A3-GR7
FOR CONTINUATION SEE SHEET A3-GR8
10TH ST.
6TH ST.
7TH ST.
5TH ST.
(PRIVATE / PUE)
FEMA FLOOD ZONE "C"
FEMA FLOOD ZONE "A"

FOR CONTINUATION SEE SHEET A3-GR3

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR8

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR4
GR1
GR2
GR3
GR5
GR6
GR7
GR9
GR10
GR11
GR8

**KEYMAP**
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = RIGHT OF WAY
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- (PAD: 48.9) = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/PHASE BOUNDARY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83), HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83), HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you DIg
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | |
|---|---|
| SCALE (H) | 1" = 40' |
| SCALE (V) | NONE |
| DRAWN BY | GA/JS |
| CHECKED BY | SH\DB |
| DATE | 03-10-06 |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 4

MOHAVE COUNTY ARIZONA

SHEET
A3-GR4
15 OF 69 SHEETS

SCI PROJECT# 18476

Registered Professional Engineer, Civil, 42874, STEVEN A. HAGEL, ARIZONA, U.S.A.

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|
| | | | | |

FOR CONTINUATION SEE SHEET A3-GR1
AZTEC ROAD
(PUBLIC)
FOR PERIMETER ROAD GRADING SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.
END RHODES GOLDEN VALLEY RANCH
AREA 3
GOLF COURSE
FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON
B DR.
(PRIVATE / PUE)
7TH ST.
(PRIVATE / PUE)
FOR CONTINUATION SEE SHEET A3-GR6
FOR CONTINUATION SEE SHEET A3-GR9

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR5
GR1
GR2
GR3
GR4
GR5
GR6
GR7
GR8
GR9
GR10
GR11
NORTH

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

| | |
|---|---|
| M.C.S.D. "SD 32" = | LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88) |
| STONE 1/4 COR 3/2 – | LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88) |

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- RIGHT OF WAY
- EXISTING LINE
- FUTURE LINE
- SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- EXISTING CONTOUR
- 73 = LOT NUMBER
- SWALE
- SUBDIVISION/PHASE BOUNDARY
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348
(1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

Registered Professional Engineer (Civil)
CERTIFICATE NO. 42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

| | | | |
|---|---|---|---|
| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 5

MOHAVE COUNTY ARIZONA

SHEET
A3-GR5
16 OF 69 SHEETS

SCI PROJECT#
18476

FOR CONTINUATION SEE SHEET A3-GR2

FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR10

7TH ST. (PRIVATE / PUE)

6TH ST. (PRIVATE / PUE)

E DR. (PRIVATE / PUE)

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR6

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = RIGHT OF WAY
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/PHASE BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 6

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Registered Professional Engineer (Civil) — 42874 — STEVEN A. HAGEL — ARIZONA, U.S.A.

SHEET
A3-GR6
17 OF 69 SHEETS

SCI PROJECT# 18476

FOR CONTINUATION SEE SHEET A3-GR3
FOR CONTINUATION SEE SHEET A3-GR4
FOR CONTINUATION SEE SHEET A3-GR6
FOR CONTINUATION SEE SHEET A3-GR8
FOR CONTINUATION SEE SHEET A3-GR11
7TH ST.
6TH ST.
F DR.
G DR.
H DR.
D DR.
C.E. A
C.E. B
C.E. C
FEMA FLOOD ZONE "C"
FEMA FLOOD ZONE "A"

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR7
GR1
GR2
GR3
GR4
GR5
GR6
GR7
GR8
GR9
GR10
GR11

KEYMAP
N.T.S.

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

| | |
|---|---|
| | = DRIVEWAY |
| | = HIGH POINT SWALE DIRECTION |
| (80.0) TC | = EXISTING GRADE |
| (80.07) TC | = FUTURE GRADE |
| TW 34.7 / TF 32.0 | = TOP OF RET. WALL/TOP OF FOOTING |
| 80.0 HP | = PAD HIGH POINT ELEVATION |
| 70.16 FL | = FLOWLINE ELEVATION |
| 70.70 CL | = CENTERLINE FINISHED GRADE ELEVATION |
| 70.96 TC | = TOP OF CURB ELEVATION |
| 70.96 FG | = FINISHED GRADE ELEVATION |
| 2.00% | = RATE & DIRECTION OF SLOPE |
| STA: 10+04.89 | = TOP OF CURB STATIONING |
| | = RETAINING WALL |
| | = PERIMETER BLOCK WALL |
| | = PROPERTY LINE |
| | = GRADE BREAK |
| | = EASEMENT LINE |
| | = CENTER LINE |
| | = RIGHT OF WAY |
| | = EXISTING LINE |
| | = FUTURE LINE |
| | = SCARP |
| FF: 49.50 | = FINISHED FLOOR ELEVATION |
| (PAD: 48.9) | = PAD ELEVATION |
| | = EXISTING CONTOUR |
| 73 | = LOT NUMBER |
| | = SWALE |
| | = SUBDIVISION/PHASE BOUNDRY |
| | = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB) |
| | = CURB, GUTTER, AND SIDEWALK |
| | = S/W RAMP |
| D.E. | = DRAINAGE EASEMENT |
| P.A.E. | = PEDESTRIAN ACCESS EASEMENT |
| P.U.E. | = PUBLIC UTILITY EASEMENT |
| DTC | = DEPRESSED TOP OF CURB ELEVATION |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | |
|---|---|
| SCALE (H) 1"= 40' | |
| SCALE (V) NONE | |
| DRAWN BY GA/JS | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 7
MOHAVE COUNTY ARIZONA

SHEET
A3-GR7
18 OF 69 SHEETS
SCI PROJECT# 18478

Registered Professional Engineer, Civil, 42874, STEVEN A. HAGEL, ARIZONA, U.S.A.

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

FOR CONTINUATION SEE SHEET A3-GR4

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR11

5TH ST. (PRIVATE / PUE)

6TH ST. (PRIVATE / PUE)

FEMA FLOOD ZONE "A" / FEMA FLOOD ZONE "C"

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

NORTH

KEYMAP
N.T.S.

A3-GR8

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- EXISTING GRADE
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FOOTING
- PAD HIGH POINT ELEVATION
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- FINISHED GRADE ELEVATION
- RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- RIGHT OF WAY
- EXISTING LINE
- FUTURE LINE
- SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- EXISTING CONTOUR
- 73 = LOT NUMBER
- SWALE
- SUBDIVISION/PHASE BOUNDRY
- 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 8
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

SHEET A3-GR8
19 OF 69 SHEETS
SCI PROJECT# 18478

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-GR5
FOR CONTINUATION SEE SHEET A3-GR10
AZTEC ROAD
(PUBLIC)
FOR PERIMETER ROAD GRADING, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.
FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON
B DR.
5TH ST.
6TH ST.
KEYMAP
N.T.S.
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
CONSTRUCTION NOTES
1 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4 CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5 VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6 DROP CURB PER DETAIL ON SHEET DT5
7 SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9 TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222
NOTE: ALL NOTES NOT USED ON ALL SHEETS
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2496.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.
ENGINEERING NOTES
ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.
LEGEND
DRIVEWAY
HIGH POINT SWALE DIRECTION
EXISTING GRADE
FUTURE GRADE
TOP OF RET. WALL/TOP OF FOOTING
PAD HIGH POINT ELEVATION
FLOWLINE ELEVATION
CENTERLINE FINISHED GRADE ELEVATION
TOP OF CURB ELEVATION
FINISHED GRADE ELEVATION
RATE & DIRECTION OF SLOPE
TOP OF CURB STATIONING
RETAINING WALL
PERIMETER BLOCK WALL
PROPERTY LINE
GRADE BREAK
EASEMENT LINE
CENTER LINE
RIGHT OF WAY
EXISTING LINE
FUTURE LINE
SCARP
FINISHED FLOOR ELEVATION
PAD ELEVATION
EXISTING CONTOUR
LOT NUMBER
SWALE
SUBDIVISION/PHASE BOUNDARY
5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
CURB, GUTTER, AND SIDEWALK
S/W RAMP
D.E. DRAINAGE EASEMENT
P.A.E. PEDESTRIAN ACCESS EASEMENT
P.U.E. PUBLIC UTILITY EASEMENT
DTC DEPRESSED TOP OF CURB ELEVATION
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
GRADING PLAN 9
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06
SHEET
A3-GR9
20 OF 69 SHEETS
SCI PROJECT#
18476

FOR CONTINUATION SEE SHEET A3-GR6

FOR CONTINUATION SEE SHEET A3-GR9

FOR CONTINUATION SEE SHEET A3-GR11

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## KEYMAP

N.T.S.

GR1 GR2 GR3 GR4 GR5 GR6 GR7 GR8 GR9 GR10 GR11

A3-GR10

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = RIGHT OF WAY
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/PHASE BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 10

MOHAVE COUNTY ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/JS
CHECKED BY SH\DB
DATE 03-10-06

SHEET
A3-GR10
21 OF 69 SHEETS

SCI PROJECT#
18476

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR10

FOR CONTINUATION SEE SHEET A3-GR8

END RHODES GOLDEN VALLEY RANCH AREA 3

5TH ST. (PRIVATE / PUE)

G DR. (PRIVATE / PUE)

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

A3-GR11

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- = EXISTING GRADE
- = FUTURE GRADE
- = TOP OF RET. WALL/TOP OF FOOTING
- = PAD HIGH POINT ELEVATION
- = FLOWLINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = RIGHT OF WAY
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- PAD: 48.9 = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/PHASE BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PEDESTRIAN ACCESS EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- DTC = DEPRESSED TOP OF CURB ELEVATION

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEERING NOTES

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"= 40' | |
| SCALE (V) NONE | |
| DRAWN BY GA/JS | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 11

MOHAVE COUNTY ARIZONA

SHEET
A3-GR11
22 OF 69 SHEETS

SCI PROJECT#
18476


