

Q:\18476_PJ\dwg\Imp Plans-PH1\Notes.dwg, 3/9/2006 7:33:58 AM, CutePDF Writer

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PETITION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.
2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY. THE COUNTY RESERVES THE RIGHT OF SUPPLEMENTAL INSPECTION OF ALL CONSTRUCTION ACTIVITIES PERFORMED WITHIN THE COUNTY RIGHT-OF-WAY. THE CONTRACTOR SHALL NOTIFY THE COUNTY BY A COURTESY CALL PRIOR TO ENGAGING ANY MAJOR CONSTRUCTION ACTIVITIES WITHIN THE COUNTY RIGHT-OF-WAY.
3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.
4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.
5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.
6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.
7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.
8. ANY RELOCATION, MODIFICATION, ECT., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.
9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.
10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.
11. DELETERIOUS MATERIAL AS DEEMED UNSUITABLE BY THE SOILS ENGINEER FOR USE AS COMPACTED FILL SHALL BE EXCAVATED AND REMOVED FROM THE SITE.
12. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.
13. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.
14. EXCEPT FOR THE WORK PREFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.
15. THE CONTRACTOR SHALL NOT GRADE ANY PARCELS WITH OUTSIDE PRIVATE OWNERSHIP UNTIL PERMISSION TO GRADE HAS BEEN GRANTED BY THE PROPERTY OWNER.
16. THE CONTRACTOR SHALL NOT GRADE ANY ARMY CORPS OF ENGINEERS (ACOE) 404 DESIGNATED WASHES UNTIL 404 PERMIT APPROVAL HAS BEEN GRANTED.
17. AN APPROVED GRADING PLAN SHALL BE ON THE JOB SITE AT ALL TIMES. DEVIATION FROM THE PLAN MUST BE PRECEDED BY AN APPROVED PLAN REVISION.
18. ALL EXCAVATION AND GRADING OPERATIONS CONDUCTED WITHIN THE COUNTY LIMITS SHALL CONTROL DUST BY WATERING. THE CONTRACTOR SHALL OBTAIN ALL NECESSARY DUST CONTROL PERMITS.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF MAG STANDARD DETAILS 404-1 AND R18-4-502C. SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
4. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
5. SEWER MAIN PIPE AND SERVICE SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. 3034 AND MAG SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D2321.
6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601 AND A.A.C. R18-9-E301.D.2.h.i. AND R18-9-E301.D.h.ii. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200
9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.
10. SHAPING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 625.3.1.
11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 625. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 1' & 2.5', THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR A CONCRETE FILLET/CHANNEL FROM THE INLET SIDE OF THE MANHOLE TO THE OUTLET SIDE WHICH SHALL HAVE A SLOPE AT A MINIMUM GRADE OF 2.5%, TO PREVENT SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.5', REFER TO M.A.G. STANDARD DETAIL NO. 426.
12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "A". NOTE: SEWER SERVICE CROSSING OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER MAG STD. DET. 404.
13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.
14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET. PER A.A.C. R18-9-E 301.
15. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
16. ALL SEWER MAINS SHALL BE PVC SDR-35 SEWER PIPE AND CONFORM WITH ASTM D-2321 STANDARD SPECIFICATIONS.
17. ALL SEWER LINE SEGMENTS SHALL BE TESTED FOR LEAKAGE AS PER ASTM (F-1417-92), REAPPROVED 1998.
18. THE CONTRACTOR SHALL ADJUST VALVES, MANHOLES, CLEANOUTS, ETC. BOTH OLD AND NEW TO FINISH PAVEMENT GRADE PER M.A.G. STANDARD DETAIL 270 AND 420. PROVIDE CONCRETE ENCASEMENT FLUSH WITH FINISH PAVEMENT GRADE.
19. ALL MANHOLES SHALL BE TESTED BY EXFILTRATION OR VACUUM TEST A.A.C. R18-9-E301 D.3.F.
20. 100 PERCENT OF ALL SEWER MAINS NEWLY CONSTRUCTED SHALL HAVE A DEFLECTION TEST OF THE TOTAL LENGTH PER A.A.C. R18-9-E301.D.2.I
21. ALL MANHOLES LOCATED WITHIN DRAINAGE EASEMENTS SHALL HAVE WATERTIGHT LIDS PER A.A.C. R18-9-E301.D.3.a.
22. CONTRACTOR IS TO FIELD VERIFY THE ELEVATIONS OF EXISTING SEWERS AT CRITICAL POINTS OF TIE-IN AND/OR INTERCEPTION PRIOR TO PROCEEDING WITH THE BALANCE OF SEWER TRENCHING. IF THE FALL BETWEEN CRITICAL POINTS IS LESS THAN THAT SHOWN ON THE PLANS, THE CONTRACTOR SHALL CEASE WORK ON THE AFFECTED SEWER LINE AND CONTACT THE ENGINEER FOR RE-DESIGN.
23. CONTRACTOR SHALL INSTALL SEWER SERVICE LINE(S) AS SHOWN ON THE PLANS. THE DEPTH OF THE SEWER SERVICE LINE(S), AT THE POINT OF TERMINATION, SHALL BE DEEP ENOUGH TO SERVICE THE ENTIRE LOT IN ACCORDANCE WITH THE UNIFORM PLUMBING CODE.
24. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.
25. ALL SEWER MAINS SHALL BE TESTED THE FULL LENGTH INSTALLED FOR UNIFORM SLOPE BY LAMP LIGHTING, REMOTE CAMERA, OR SIMILAR METHOD APPROVED BY ADEQ, AND RECORD RESULTS.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.
   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS SPECIFICATIONS SECTION 755.
5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.
6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A".
9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.
10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.
11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 301.
12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTORS PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITIES CONNECTIONS, ETC.
13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.
14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.
15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND HAVE STRAIGHT ALIGNMENT.
16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-14, AND IN ACCORDANCE WITH M.A.G. SECTION 610.14 FOR DUCTILE IRON PIPE.
17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. ALL WATER PIPES SHALL BE LEAD FREE PER A.A.C. R18-4-504
20. ALL MAINS SHALL BE DISINFECTED PER BULLETIN 8 AND SHALL BE WITNESSED BY A REPRESENTATIVE OF STANLEY CONSULTANTS. ALL WATER MAINS SHALL HAVE NO MORE THAN 100 PPM CHLORINE PRESENT AT TIME OF CHARGING, 24 HOURS LATER ALL WATER MAINS SHALL HAVE GREATER THAN 30 PPM OF CHLORINE PRESENT.
21. FINAL FLUSHING AND SAMPLING AND TESTING SHALL BE PERFORMED AND ACCEPTED PRIOR TO PLACING WATERLINES IN SERVICE AS PER M.A.G. STANDARD SPECIFICATIONS 611.45.
22. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREET

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS.

1. ALL DENSITY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 601 FOR ALL WATER AND SEWER TRENCHES. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. ALL BACKFILL, PAVEMENT AND SURFACE REPLACEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 200-1 AND M.A.G. STANDARD SPECIFICATION SECTION 336. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.
4. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 205; M.A.G. SPECIFICATION 225 FOR WATERING AND M.A.G. STANDARD SPECIFICATION 301 FOR SUBGRADE PREPARATION.
5. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.
6. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.
7. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.
8. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 333.
9. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.
10. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO.230 & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.
11. ALL POURED CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. STD SPECIFICATIONS, SECTION 505.
12. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY, IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.
13. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS APPROVED BY THE COUNTY ENGINEER.
14. NO PAVING CONSTRUCTION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED PAVED AREA.
15. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.
16. NO JOB SHALL BE CONSIDERED COMPLETED UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS; AND SURVEY MONUMENTS ARE INSTALLED.
17. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MADE AVAILABLE TO THE COUNTY.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. EXISTING STREET AND TRAFFIC SIGNS WILL BE MAINTAINED DURING CONSTRUCTION AND RELOCATED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.
20. THE GENERAL CONTRACTOR SHALL BE REPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE LATEST EDITION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## STORM WATER POLLUTION PREVENTION PLAN

DATED SEPTEMBER, 2005 AND PREPARED BY:
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 369-9396

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## DRAINAGE REPORT

PREPARED BY:
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 369-9396
ORIGINAL STUDY DATED: OCTOBER 2005
UPDATE DATED: MARCH 2006

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## ENGINEER'S NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.
2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.
3. ADD 2500' TO ALL ELEVATIONS < 500' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.
4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.
5. SEE GOLF COURSE PLANS BY TED ROBINSON FOR GOLF COURSE GRADING.
6. SEE OFF-SITE ROADWAY IMPROVEMENT PLANS BY STANLEY CONSULTANTS FOR PERIMETER ROAD GRADING.

## LEGEND

| Symbol | Description |
|---|---|
| FF: 87.20 | FINISHED FLOOR ELEVATION |
| PAD=86.30 | PAD ELEVATION |
| BFE=XX.XX | BASE FLOOD ELEVATION |
| 2110 | EXISTING GRADE CONTOUR |
| 2445 | MAJOR CONTOUR |
| 2441 | MINOR CONTOUR |
| 80.00 TC | TOP OF CURB |
| 80.0 FG | FINISHED GRADE |
| 80.00 FL | FLOW LINE |
| 80.0 HP | HIGH POINT |
| 80.00 CL | CENTER LINE GRADE |
| 80.00 EOP 80.00 EP | EDGE OF PAVEMENT |
| 80.00 TBC/R | TOP BACK OF CURB BEGIN RADIUS |
| [80.00] XX | FUTURE GRADE |
| (80.00) XX | EXISTING GRADE |
| | HIGH POINT SWALE DIRECTION |
| [10+00.00] | CULDESAC STATIONING |
| 2.00% | RATE & DIRECTION OF SLOPE |
| | SWALE |
| | R/W LINE |
| | CENTER LINE |
| | EXISTING EDGE OF PAVEMENT |
| | EDGE OF PAVEMENT |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | EASEMENT LINE |
| | CURB & GUTTER |
| | EX. CURB & GUTTER |
| | GRADE BREAK |
| | SUBDIVISION/PHASE BOUNDARY |
| | DRIVEWAY |
| | S/W RAMP |
| TOP OF SLOPE / TOE OF SLOPE | CUT OR FILL SLOPES |
| | EX. STREETLIGHT |
| | 100 WATT LUMINAIRE |
| | 250 WATT LUMINAIRE |
| | UTILITY POLE |
| | EXISTING SIGNAL WITH LUMINAIRE |
| | STREET NAME SIGN |
| | MISCELLANEOUS SIGN |
| | 36" STOP SIGN |
| | SERVICE POINT |
| | PULL BOX |
| SL | EXISTING STREET LIGHT BOX |
| | PROPOSED BARRICADE |

## ABBREVIATIONS

| Abbreviation | Meaning |
|---|---|
| AVE | AVENUE |
| BC | BACK OF CURB |
| BCR | BACK OF CURB RADIUS |
| BCL | BACK OF CURB LENGTH |
| BM | BENCH MARK |
| BVC | BEGINNING OF VERTICAL CURVE |
| CATV | CABLE TELEVISION |
| C&G | CURB AND GUTTER |
| CE | COMMON ELEMENT |
| C/L OR ℄ | CENTERLINE |
| CFS | CUBIC FOOT PER SECOND |
| CMP | CORRUGATED METAL PIPE |
| COMM DWY | COMMERCIAL DRIVEWAY |
| CONC | CONCRETE |
| CONST | CONSTRUCTION OR CONSTRUCT |
| CS | CURB STATIONING |
| CU YD | CUBIC YARD |
| DE | DRAINAGE EASEMENT |
| DI | DROP INLET |
| E | ELECTRIC |
| EVC | END OF VERTICAL CURVE |
| EP | EDGE OF PAVEMENT |
| EX OR EXIST | EXISTING |
| FDC | FIRE DEPARTMENT CONNECTION |
| FF | FINISH FLOOR |
| FG | FINISH GRADE |
| FL OR ⱠE | FLOW LINE |
| G | GAS |
| GB | GRADE BREAK |
| HP | HIGH POINT |
| INV | INVERT |
| L | LENGTH |
| MVC | MIDPOINT OF VERTICAL CURVE |
| M.A.G. | MARICOPA ASSOCIATION OF GOVERNMENTS |
| MH | MANHOLE |
| MIN | MINIMUM |
| MUTCD | MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES |
| NTS | NOT TO SCALE |
| PVC | POLYVINYL CHLORIDE |
| PRVT | PRIVATE |
| PC | POINT OF CURVE |
| PCC | POINT OF COMPOUND CURVE |
| PI | POINT OF INTERSECTION |
| PRC | POINT OF REVERSE CURVE |
| PSI | POUNDS PER SQUARE INCH |
| PVI | POINT OF VERTICAL INTERSECTION |
| PT | POINT OF TANGENCY |
| PUE | PUBLIC UTILITY EASEMENT |
| PAE | PEDESTRIAN ACCESS EASEMENT |
| RCB | REINFORCED CONCRETE BOX |
| R/W | RIGHT OF WAY |
| SD | STORM DRAIN |
| SL/STLT | STREET LIGHT |
| SS | SANITARY SEWER |
| STD | STANDARD |
| S/W OR SW | SIDEWALK |
| T | TELEPHONE |
| TC | TOP OF CURB |
| TBD | TO BE DETERMINED |
| TRANS | TRANSITION |
| (TYP) | TYPICAL |
| VC | VERTICAL CURVE |
| VERT | VERTICAL |
| VG | VALLEY GUTTER |
| W | WATER |
| WM | WATER METER |
| YD | YARD |

NOTE:
ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

| Symbol | Description |
|---|---|
| | EXISTING FIRE HYDRANT |
| | PROPOSED FIRE HYDRANT |
| PVC WATER | PVC WATER MAIN (PUBLIC) |
| | TEE W/VALVE |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE |
| | 45°, 90° BEND |
| | CROSS |
| PRV | INDIVIDUAL PRESSURE REDUCING VALVE |
| S | 48" SANITARY SEWER MANHOLE |
| PVC SEWER | PVC SANITARY SEWER MAIN (PUBLIC) |
| | 4" SERVICE LATERAL W/4" WYE |
| BWV | INDIVIDUAL SEWER BACKWATER VALVE |
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|
| | | | | |

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/CD/RM
CHECKED BY DB/SH
DATE 03-10-06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
NOTES

MOHAVE COUNTY ARIZONA

SHEET
NOTES
2 OF 68 SHEETS
SCI PROJECT# 18476