











PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | | | |
|---|---|---|---|
| RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1" = 40' |
| GOLDEN VALLEY RANCH | | | SCALE (V) 1" = 4' |
| AREA 3 | | Stanley Consultants INC. | DRAWN BY CA |
| B DRIVE - PLAN AND PROFILE | | 5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>Phone (702) 369-9396 Fax (702) 369-9793<br>www.stanleygroup.com | CHECKED BY SH/DS |
| MOHAVE COUNTY | ARIZONA | | DATE 03-10-06 |

SHEET PP2
48 OF 69 SHEETS















PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
9 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET PP4
48 OF 69 SHEETS









KEYMAP
N.T.S.

NORTH

GRAPHIC SCALE
1 inch = 40 FT.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
D DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                         ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | |
| SCALE (V) 1" = 4' | |
| DRAWN BY CA | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |

SHEET PP5
45 OF 69 SHEETS















7th STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

CONSTRUCTION NOTES



KEMAR
PP7

LEGEND



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
7th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | | | |
|---|---|---|---|
| SCALE (V) 1"= 4' | | | |
| DRAWN BY CA | | | |
| CHECKED BY SH\DB | | | |
| DATE 03-10-06 | | | |

SHEET
PP7
51 OF 89
SHEETS





STATION 16+00.00
FOR CONTINUATION SEE SHEET PP7

7TH STREET (PRIVATE)
SCALE HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

STATION 23+00.00
FOR CONTINUATION SEE SHEET PP9


GRAPHIC SCALE

KEYMAP



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06



| | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"= 40' | | | | | |
| | GOLDEN VALLEY RANCH | | SCALE (V) 1" = 4' | | | | | |
| | | | DRAWN BY CA | | | | | |
| | AREA 3 | | CHECKED BY SH\DB | | | | | |
| | 7th STREET - PLAN AND PROFILE | | DATE 03-10-06 | | | | | |

5600 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.



SHEET
PP8
OF 69 SHEETS







LEGEND

KEYMAP
N.T.S.



| | | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"= 40' | | |
| | | GOLDEN VALLEY RANCH | | SCALE (V) 1"= 4' | | |
| | | | | DRAWN BY CA | | |
| | | AREA 3 | | CHECKED BY SN\DB | | |
| | | 7th STREET - PLAN AND PROFILE | | DATE 03-10-06 | | |

Stanley Consultants INC.

5800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET
PP9
9 OF 69 SHEETS

MOHAVE COUNTY                    ARIZONA

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06











PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
C DRIVE - PLAN AND PROFILE

MOHAVE COUNTY      ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | |
| DRAWN BY CA | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |

SHEET PP10
54 OF 69 SHEETS



















PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|
| GOLDEN VALLEY RANCH | | | |
| AREA 3 | | | |
| 5th STREET - PLAN AND PROFILE | | | |
| MOHAVE COUNTY | | ARIZONA | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 362-9783
www.stanleygroup.com

| SCALE (H) 1"= 40' | |
|---|---|
| SCALE (V) 1"= 4' | |
| DRAWN BY CA | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |

SHEET
PP12
OF 69 SHEETS





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY  RM
CHECKED BY  SH\DB
DATE  03-10-06

SHEET
PP13
57 OF 69 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET – PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET PP14
58 OF 69 SHEETS









| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1"= 40' | |
| | GOLDEN VALLEY RANCH | | | SCALE (V) 1" = 4' | |
| | AREA 3 | | | DRAWN BY CA | |
| | 10th STREET - PLAN AND PROFILE | | | CHECKED BY SH\DB | |
| | MOHAVE COUNTY | ARIZONA | | DATE 03-10-06 | |

PP15

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com













PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
H DRIVE – PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 269-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | | | |
| SCALE (V) 1"= 4' | | | |
| DRAWN BY CA | | | |
| CHECKED BY SH\DB | | | |
| DATE 03-10-06 | | | |

SHEET
PP16
63 OF 69 SHEETS









PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
6th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET PP17
17 OF 69 SHEETS

STORM DRAIN PLAN VIEW INFORMATION (PRIVATE)
SCALE
VERTICAL: 1" = 4'

STATION 16+00.00
FOR CONTINUATION SEE SHEET PP18

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

STORM DRAIN CONSTRUCTION NOTES

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

LEGEND

KEYMAP
N.T.S.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STORM DRAIN PLAN VIEW INFORMATION

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET
PP17A
63 OF 69 SHEETS







STATION 16+00.00
FOR CONTINUATION SEE SHEET PP17

STATION 22+00.00
FOR CONTINUATION SEE SHEET PP19

6th STREET (PRIVATE)
SCALE: 1" = 40' HORIZONTAL
1" = 4' VERTICAL



GRAPHIC SCALE



KEYMAP
N.T.S.

LEGEND

PP18



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

CONSTRUCTION NOTES

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
6th STREET - PLAN AND PROFILE
MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | | | | |
|---|---|---|---|---|
| SCALE (H) 1"= 40' | | | | |
| SCALE (V) 1" = 4' | | | | |
| DRAWN BY CA | | | | |
| CHECKED BY SH\DB | | | | |
| DATE 03-10-06 | | | | |

SHEET
PP18
63 OF 69 SHEETS









PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
6th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET PP19
19 OF 69 SHEETS



STATION 28+00.00
FOR CONTINUATION SEE SHEET PP19

6th STREET (PRIVATE)
PLAN AND PROFILE
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

GRAPHIC SCALE

KEYMAP

LEGEND

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS

CONSTRUCTION NOTES

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

Call
before you
Dig
Overhead
Call
before you
Dig

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
6th STREET - PLAN AND PROFILE
MOHAVE COUNTY                        ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9783
www.stanleygroup.com

| SCALE (H) 1"= 40' |
| SCALE (V) 1" = 4' |
| DRAWN BY CA |
| CHECKED BY SH\DB |
| DATE 03-10-06 |

SHEET PP20
OF 68 SHEETS




RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
E and G DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | | | | |
| SCALE (V) 1"= 4' | | | | |
| DRAWN BY CA | | | | |
| CHECKED BY SH\DB | | | | |
| DATE 03-10-06 | | | | |

PP21

SHEET 68 OF 69 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06





END RHODES
GOLDEN VALLEY RANCH
AREA 3

STATION 17+00.00
FOR CONTINUATION SEE SHEET PP23

CONSTRUCTION NOTES

GRAPHIC SCALE

NORTH

EL DORADO (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

KEYMAP
N.T.S.



LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
F DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 269-5395  Fax (702) 269-9783
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) 1" = 4'
DRAWN BY CA
CHECKED BY SH\DB
DATE 03-10-06

SHEET PP22
67 OF 69 SHEETS

DISCLAIMER NOTE

BENCHMARK:

GEOTECHNICAL NOTE:

BASIS OF BEARING

FEMA FLOOD ZONE







CONSTRUCTION NOTES:

GRAPHIC SCALE

LEGEND



KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE:

BENCHMARK:

BASIS OF BEARING



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
F DRIVE – PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"= 40' | | | |
|---|---|---|---|
| SCALE (V) 1" = 4' | | | |
| DRAWN BY CA | | | |
| CHECKED BY SH\DB | | | |
| DATE 03-10-06 | | | |

SHEET
PP23

68 OF 69 SHEETS





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3 ENTRY, C.E D 8" SEWER AND
48" STORM DRAIN - PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

5800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SHEET | PP24 |
| OF 69 SHEETS |

| SCALE (H) 1"= 40' | |
| SCALE (V) 1" = 4' | |
| DRAWN BY CA | |
| CHECKED BY SH\DB | |
| DATE 03-10-06 | |