
































Sheet A3-SL8 — AREA 3, STREETLIGHT AND TRAFFIC CONTROL PLAN 8, Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Stanley Consultants Inc.

AZTEC ROAD
(PUBLIC)

FOR CONTINUATION SEE SHEET A3-SL5

B DR.
(PRIVATE / PUE)

6TH ST.
(PRIVATE)

END RHODES GOLDEN VALLEY RANCH AREA 3

FOR CONTINUATION SEE SHEET A3-SL10

### STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION
NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"
LOCATION: NORTH ENTRANCE
SERVICE PEDESTAL CAPACITY ........ 125 AMPS
CIRCUIT BREAKER ........ 60 AMPS
MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS ........ 48 AMPS
EXISTING CIRCUIT LOAD ........ 0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
  39 EA. — 100 WATT @ 1.0 AMPS EACH
TOTAL PROPOSED LOAD ........ 39.0 AMPS
EXISTING PLUS PROPOSED LOAD ........ 39.0 AMPS
REMAINING AVAILABLE LOAD ........ 9.0 AMPS

### STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION
NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"
LOCATION: SOUTH ENTRANCE
SERVICE PEDESTAL CAPACITY ........ 125 AMPS
CIRCUIT BREAKER ........ 60 AMPS
MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS ........ 48 AMPS
EXISTING CIRCUIT LOAD ........ 0 AMPS
PROPOSED LUMINAIRE LOAD TO CIRCUIT
  43 EA. — 100 WATT @ 1.0 AMPS EACH
TOTAL PROPOSED LOAD ........ 43.0 AMPS
EXISTING PLUS PROPOSED LOAD ........ 43.0 AMPS
REMAINING AVAILABLE LOAD ........ 5.0 AMPS

### LIGHTING CONSTRUCTION NOTES
1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHT DT1
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 501 ON SHT DT4
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHT DT6
4. INSTALL PULL BOX, PER DET. NOS. 328 & 328 ON SHT DT8
5. INSTALL 100W HPS LUMINAIRE PER DET. NO. 315 ON SHT DT5

### TRAFFIC CONSTRUCTION NOTES
1. INSTALL W4-2 " NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 18" D3 "STREET NAME SIGN"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL NO. 150 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

### BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, G&SRM, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE SALT RIVER MERIDIAN, ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATION PROCESSED BY NGS-OPUS.

M.C.S.D. "50 32" =
LATITUDE: 35°02'22.70034"N
LONGITUDE: 114°09'21.37240"W (NAD '83)
HEIGHT: 2522.463811 (NAVD '88)

STONE 1/4 COR 2/3 =
LATITUDE: 35°06'50.53867"N
LONGITUDE: 114°10'30.72281"W (NAD '83)
HEIGHT: 2448.26048ft (NAVD'88)

### BENCHMARK
DESCRIPTION: ALUM CAP 2" DIAL. SET IN CONC. 85 FT. NORTHEAST OF MAGNUM 1/4 CORNER OF SEC. 33, T. 21 N., R.18 W. AND THE INTERSECTION OF SHAWNEE DR. AND HOPI RD. STAMPED "SD 34 1989 RLS 10243"
ELEVATION: 2540.24273 IFT (NAVD '88)

### DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTORS RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR ABOVE GROUND UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

### STREETLIGHT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

Call before you Dig
Overhead 1-928-753-5591
Underground 1-800-782-5348

### LEGEND
— SUBDIVISION/PHASE BOUNDARY
— 1 1/4" STREET LIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
FIRE HYDRANT
PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
D.E. DRAINAGE EASEMENT
P.U.E. PUBLIC UTILITY EASEMENT
P.A.E. PEDESTRIAN ACCESS EASEMENT
C.E. COMMON ELEMENT

### KEYMAP
N.T.S.

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 9
MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

SHEET A3-SL9
42 OF 69 SHEETS
SCI PROJECT 18475

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06











