



AZTEC ROAD (PUBLIC)
FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

EAST LOOP ROAD (PUBLIC)
FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

END RHODES GOLDEN VALLEY RANCH AREA 3

9TH ST. (PRIVATE / PUE)

8TH ST. (PRIVATE / PUE)

B DR (PRIVATE / PUE)

FOR CONTINUATION SEE SHEET A3-UP2

FOR CONTINUATION SEE SHEET A3-UP5

**NOTE:**
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

KEYMAP
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SO 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2496.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SO 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SO 34 1998 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## LEGEND

- SUBDIVISION/PHASE BOUNDRY
- 120 — LOT NUMBER
- RIGHT OF WAY
- STREET LIGHT (100W HPS)
- NO. 3–1/2" PULL BOX
- SERVICE PEDESTAL
- D.E. — DRAINAGE EASEMENT
- P.U.E. — PUBLIC UTILITY EASEMENT
- P.A.E. — PEDESTRIAN ACCESS EASEMENT
- C.E. — COMMON ELEMENT

**WATER**

- WATER MAIN
- 3/4" WATER METER W/ 1" WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- STUB AND CAP
- SEWER BACK WATER VALVE

**STORM DRAIN**

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

## TYPICAL WATER AND SS LATERALS
N.T.S.

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

**NOTE:**
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

**NOTE:**
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 1
MOHAVE COUNTY
ARIZONA
SHEET
A3-UP1
23 OF 69 SHEETS
SCI PROJECT#
18476

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40"
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-UP1

EAST LOOP ROAD (PUBLIC)

FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

9TH ST. (PRIVATE / PUE)

8TH ST. (PRIVATE / PUE)

C DR. (PRIVATE / PUE)

48" SSMH #21
STA 30+13.11
RIM =2578.2 ±
INV IN = 2571.16
INV OUT = 2570.98

48" SSMH #22
STA 33+39.08
RIM =2583.3 ±
INV IN = 2576.31
INV OUT = 2576.11

48" SSMH #31
STA 18+20.94
RIM =2577.0 ±
INV IN = 2570.00
INV OUT = 2569.80

48" SSMH #29
STA 13+40
RIM =2584.5 ±
INV OUT = 2578.99

48" SSMH #27-A
STA 40+82.41

FOR CONTINUATION SEE SHEET A3-UP3

FOR CONTINUATION SEE SHEET A3-UP6

**NOTE:**
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

NORTH

## KEYMAP
N.T.S.

A3-UP2

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83), HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83), HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## LEGEND

| Symbol | Description |
|---|---|
| | SUBDIVISION/PHASE BOUNDRY |
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| D.E. | DRAINAGE EASEMENT |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| P.A.E. | PEDESTRIAN ACCESS EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## TYPICAL WATER AND SS LATERALS
N.T.S.

4" SEWER LATERAL; 24" MIN. BETWEEN SERVICE LINES; SEWER MAIN; WATER MAIN; 1" WATER SERVICE; 4" SEWER LATERAL; B.C./℄; EXTEND LATERALS 10' BEYOND P.L.; FIRE HYDRANT; D\W; 7' MIN.; 5' MIN.*

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

36' LOCAL STREET; 40' COLLECTOR STREET; ROLL CURB & GUTTER; BACK OF CURB; DETECTABLE TAPE; 8" PVC SS MAIN; 8" PVC WATER MAIN; COMPACTED SUBGRADE; 18' LOCAL STREET; 20' COLLECTOR STREET; 12' (TYP.); 14' (TYP.); 6.5' (TYP.); 6.0' (TYP.)

NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREETLIGHT LOCATION
N.T.S.

BACK OF CURB/P.L.; 4' S/W; STREET LIGHT FOUNDATION; LOT LINE; PRIVATE STREET; STREET LIGHT; 1.0' (MIN.) TO FACE OF POLE

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

BACK OF CURB/P.L.; 4' S/W; FIRE HYDRANT FOUNDATION; LOT LINE; PRIVATE STREET; FIRE HYDRANT; 1.0' (MIN.) TO FACE OF HYDRANT

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 2

MOHAVE COUNTY — ARIZONA

SCALE (H) 1"= 40"
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

SHEET
A3-UP2
24 OF 69 SHEETS

SCI PROJECT#
18476

EAST LOOP ROAD (PUBLIC)
FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.
FOR CONTINUATION SEE SHEET A3-UP2
FOR CONTINUATION SEE SHEET A3-UP4
FOR CONTINUATION SEE SHEET A3-UP7
10TH ST. (PRIVATE / PUE)
6TH ST. (PRIVATE / PUE)
D DR. (PRIVATE / PUE)
H DR. (PRIVATE / PUE)
C.E. A
C.E. B
NOTE: FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24
GRAPHIC SCALE ( IN FEET ) 1 inch = 40 ft.
NORTH
KEYMAP N.T.S.
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D. ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4 INSTALL 8" PVC SEWER STUB & CAP
WATER CONSTRUCTION NOTES
1 INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2 INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3 INSTALL 8" GATE VALVE \ VALVES
4 INSTALL 11.25° BEND
5 INSTALL 22.5° BEND
6 INSTALL 45° BEND
7 INSTALL 90° BEND
8 INSTALL 8"x 8"x 8" TEE
9 INSTALL 8"x 8"x 8"x8" CROSS
10 INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12 REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
TYPICAL WATER AND SS LATERALS N.T.S.
* UNLESS NOTED OTHERWISE
TYPICAL WATER AND SS MAIN LINE SECTION N.T.S.
NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.
STREETLIGHT LOCATION N.T.S.
NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.
LEGEND
SUBDIVISION/PHASE BOUNDRY
LOT NUMBER
RIGHT OF WAY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
D.E. DRAINAGE EASEMENT
P.U.E. PUBLIC UTILITY EASEMENT
P.A.E. PEDESTRIAN ACCESS EASEMENT
C.E. COMMON ELEMENT
WATER
WATER MAIN
3/4" WATER METER W/ 1" WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
STUB AND CAP
SEWER BACK WATER VALVE
STORM DRAIN
STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE
FIRE HYDRANT LOCATION N.T.S.
NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.
GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1080-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig 1-800-782-5348
Call before you Overhead 1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 3
MOHAVE COUNTY
ARIZONA
SHEET A3-UP3
25 OF 69 SHEETS
SCI PROJECT# 18478

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

EAST LOOP ROAD (PUBLIC)

FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

FOR CONTINUATION SEE SHEET A3-UP3

FOR CONTINUATION SEE SHEET A3-UP7

FOR CONTINUATION SEE SHEET A3-UP8

10TH ST. (PRIVATE / PUE)

6TH ST. (PRIVATE / PUE)

5TH ST. (PRIVATE / PUE)

7TH ST. (PRIVATE / PUE)

NOTE:
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## TYPICAL WATER AND SS LATERALS
N.T.S.

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREETLIGHT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## KEYMAP
N.T.S.

## LEGEND

- SUBDIVISION/PHASE BOUNDRY
- 120 — LOT NUMBER
- RIGHT OF WAY
- STREET LIGHT (100W HPS)
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- D.E. — DRAINAGE EASEMENT
- P.U.E. — PUBLIC UTILITY EASEMENT
- P.A.E. — PEDESTRIAN ACCESS EASEMENT
- C.E. — COMMON ELEMENT

### WATER

- WATER MAIN
- 3/4" WATER METER W/ 1" WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 4
MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, (702) 369-9396 Fax (702) 369-9793, www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

SHEET A3-UP4
26 OF 69 SHEETS
SCI PROJECT# 18476

Registered Professional Engineer 42674 STEVEN A. HAGEL, ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-UP1
AZTEC ROAD
(PUBLIC)
END RHODES GOLDEN VALLEY RANCH
AREA 3
FOR GOLF COURSE SEE
IMPROVEMENT PLANS BY TED ROBINSON
11
FF=73.40
12
FF=74.80
13
FF=76.20
14
FF=76.40
15
FF=75.40
58
FF=76.30
63
FF=77.60
64
FF=76.40
65
FF=75.20
66
FF=79.20
67
FF=80.00
68
FF=80.80
85
FF=79.20
86
FF=77.60
87
FF=75.90
88
FF=78.00
B DR.
(PRIVATE / PUE)
8TH ST
(PRIVATE / PUE)
7TH ST
(PRIVATE / PUE)
48" SSMH #30
STA 13+10.47
RIM =2574.5 ±
INV IN = 2567.46
INV OUT = 2567.26
48" SSMH #17
STA 20+27.15
RIM =2572.4 ±
INV IN = 2561.31
INV OUT = 2561.11
48" SSMH #18
STA 16+73.92
RIM =2574.0 ±
INV IN = 2562.92
INV OUT = 2562.72
48" SSMH #24
STA 12+21.72
RIM =2576.7 ±
INV IN = 2569.65
INV OUT = 2569.45
8TH ST.
STA: 10+00
7TH ST.
STA: 10+00
SEE SHEET PP1
FOR 8" W DIP
SEE SHEET PP1
FOR 6" W DIP
L=1085.56 R=3146.00
FOR CONTINUATION SEE SHEET A3-UP6
FOR CONTINUATION SEE SHEET A3-UP9

**NOTE:**
FOR STORM DRAIN INFORMATION
SEE SHEETS PP1, PP17, PP17A, PP24

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-UP5
UP1
UP2
UP3
UP4
UP5
UP6
UP7
UP8
UP9
UP10
UP11
NORTH

**KEYMAP**
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

4" SEWER LATERAL
24" MIN. BETWEEN SERVICE LINES
SEWER MAIN
WATER MAIN
1" WATER SERVICE
4" SEWER LATERAL
7' MIN.
B.C./℄
D.W.
EXTEND LATERALS 10' BEYOND P.L.
FIRE HYDRANT
5' MIN.
5' MIN.*

* UNLESS NOTED OTHERWISE

**TYPICAL WATER AND SS LATERALS**
N.T.S.

B.C.
36' LOCAL STREET
40' COLLECTOR STREET
B.C.
ROLL CURB & GUTTER
BACK OF CURB
2%
2%
6' MIN.
3.5' MIN.
COMPACTED SUBGRADE
DETECTABLE TAPE
DETECTABLE TAPE
8" PVC SS MAIN
8" PVC WATER MAIN
18' LOCAL STREET
20' COLLECTOR STREET
12' (TYP.)
14' (TYP.)
6.0' (TYP.)
6.0' (TYP.)

**TYPICAL WATER AND SS MAIN LINE SECTION**
N.T.S.

NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
STREET LIGHT FOUNDATION
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

**STREETLIGHT LOCATION**
N.T.S.

## LEGEND

| | |
|---|---|
| | SUBDIVISION/PHASE BOUNDRY |
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | STREET LIGHT (100W HPS) |
| | NO. 3–1/2" PULL BOX |
| | SERVICE PEDESTAL |
| D.E. | DRAINAGE EASEMENT |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| P.A.E. | PEDESTRIAN ACCESS EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

**SEWER**

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

**STORM DRAIN**

| | |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
FIRE HYDRANT FOUNDATION
LOT LINE
FIRE HYDRANT
1.0' (MIN.) TO FACE OF HYDRANT

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

**FIRE HYDRANT LOCATION**
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1–800–782–5348

Avoid overhead power line contact.
Call before you Overhead
1–928–753–5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03–10–06

| | |
|---|---|
| SCALE (H) | 1" = 40' |
| SCALE (V) | NONE |
| DRAWN BY | GA/RM |
| CHECKED BY | SH\DB |
| DATE | 03–10–06 |

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369–9396 Fax (702) 369–9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 5
MOHAVE COUNTY ARIZONA

SHEET
A3–UP5
27 OF 69 SHEETS
SCI PROJECT#
18476

Registered Professional Engineer 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-UP2

FOR CONTINUATION SEE SHEET A3-UP5

FOR CONTINUATION SEE SHEET A3-UP7

FOR CONTINUATION SEE SHEET A3-UP10

7TH ST. (PRIVATE / PUE)

6TH ST. (PRIVATE / PUE)

E DR. (PRIVATE / PUE)

48" SSMH #25
STA 15+97.38
RIM =2579.1 ±
INV IN = 2572.08
INV OUT = 2571.88

48" SSMH #26
STA 17+95.68
RIM =2580.3 ±
INV IN = 2573.25
INV OUT = 2573.05

48" SSMH #27-A
STA 40+82.41
RIM =2586.8 ±
INV IN = 2579.39
INV OUT = 2579.1

48" SSMH #32
STA 20+63.11 0.06 L
RIM =2582.9 ±
INV IN = 2575.46
INV IN = 2575.46
INV OUT = 2575.26

48" SSMH #38
STA 17+06.49
RIM =2579.1 ±
INV IN = 2572.06
INV OUT = 2571.86

48" SSMH #39
STA 19+51.33
RIM =2581.7 ±
INV IN = 2574.70
INV OUT = 2574.50

NOTE:
FOR STORM DRAIN INFORMATION
SEE SHEETS PP1, PP17, PP17A, PP24

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## KEYMAP
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2582.48391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2488.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2580.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## TYPICAL WATER AND SS LATERALS
N.T.S.

4" SEWER LATERAL; 24" MIN. BETWEEN SERVICE LINES; SEWER MAIN; WATER MAIN; 1" WATER SERVICE; 4" SEWER LATERAL; B.C./PL; EXTEND LATERALS 10' BEYOND P.L.; 7' MIN.; 5' MIN.*; FIRE HYDRANT; D.W.

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

B.C.; 36' LOCAL STREET; 40' COLLECTOR STREET; ROLL CURB & GUTTER; BACK OF CURB; 2%; DETECTABLE TAPE; 8" PVC SS MAIN; 8" PVC WATER MAIN; 3.5' MIN.; 6' MIN.; COMPACTED SUBGRADE; 18' LOCAL STREET; 20' COLLECTOR STREET; 12' (TYP.); 14' (TYP.); 6.5' (TYP.)

NOTE: INSTALL M.A.C. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREETLIGHT LOCATION
N.T.S.

BACK OF CURB/P.L.; PRIVATE STREET; 4' S/W; STREET LIGHT FOUNDATION; LOT LINE; STREET LIGHT; 1.0' (MIN.) TO FACE OF POLE

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## LEGEND

| Symbol | Description |
|---|---|
| | SUBDIVISION/PHASE BOUNDRY |
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| D.E. | DRAINAGE EASEMENT |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| P.A.E. | PEDESTRIAN ACCESS EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

### STORM DRAIN

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

BACK OF CURB/P.L.; PRIVATE STREET; 4' S/W; FIRE HYDRANT FOUNDATION; LOT LINE; FIRE HYDRANT; 1.0' (MIN.) TO FACE OF HYDRANT

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 6
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SHEET A3-UP6
28 OF 69 SHEETS
SCI PROJECT# 18478

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.



FOR CONTINUATION SEE SHEET A3-UP6
FOR CONTINUATION SEE SHEET A3-UP8
FOR CONTINUATION SEE SHEET A3-UP4
FOR CONTINUATION SEE SHEET A3-UP11
FOR CONTINUATION SEE SHEET A3-UP3
F DR. (PRIVATE / PUE)
D DR. (PRIVATE / PUE)
G DR. (PRIVATE / PUE)
H DR. (PRIVATE / PUE)
6TH ST. (PRIVATE / PUE)
7TH ST. (PRIVATE / PUE)
C.E. A
C.E. B
C.E. C
NOTE:
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24
BASIS OF BEARINGS
BENCHMARK
SEWER CONSTRUCTION NOTES
WATER CONSTRUCTION NOTES
TYPICAL WATER AND SS LATERALS
TYPICAL WATER AND SS MAIN LINE SECTION
STREETLIGHT LOCATION
GEOTECHNICAL NOTE
FIRE HYDRANT LOCATION
FEMA FLOOD ZONE
DISCLAIMER NOTE
LEGEND
KEYMAP
GRAPHIC SCALE
1 inch = 40 ft.
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 7
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06
SHEET A3-UP7
29 OF 69 SHEETS
SCI PROJECT# 18478

FOR CONTINUATION SEE SHEET A3-UP4
FOR CONTINUATION SEE SHEET A3-UP7
FOR CONTINUATION SEE SHEET A3-UP11
6TH ST.
(PRIVATE / PUE)
5TH ST.
(PRIVATE / PUE)
END RHODES GOLDEN VALLEY RANCH
AREA 3
48" SSMH #40
STA 29+43.56
RIM =2592.2 ±
INV IN = 2583.67
INV OUT = 2583.47
48" SSMH #6
STA 28+53.84
RIM =2592.7 ±
INV IN = 2585.72
INV OUT = 2585.52
151
FF=94.30
150
FF=92.50
124
FF=93.50
125
FF=92.40
126
FF=91.20
127
FF=90.00
128
FF=91.60
129
FF=92.77
130
FF=94.08
131
FF=95.34
132
FF=96.63
133
FF=97.91
134
FF=99.25
44
FF=100.19
43
FF=99.20
42
FF=98.25
41
FF=97.30
40
FF=96.17
39
FF=95.24
38
FF=94.30
37
FF=93.37
36
FF=92.43
35
FF=91.62
C.E. F

NOTE:
FOR STORM DRAIN INFORMATION
SEE SHEETS PP1, PP17, PP17A, PP24

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

4" SEWER LATERAL
24" MIN. BETWEEN SERVICE LINES
SEWER MAIN
WATER MAIN
4" SEWER LATERAL
1" WATER SERVICE
7' MIN.
B.C./P.L.
EXTEND LATERALS 10' BEYOND P.L.
D.W.
FIRE HYDRANT
5' MIN.
5' MIN.*

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS LATERALS
N.T.S.

B.C.
36' LOCAL STREET
40' COLLECTOR STREET
ROLL CURB & GUTTER
BACK OF CURB
2%
2%
6' MIN.
3.5' MIN.
COMPACTED SUBGRADE
DETECTABLE TAPE
8" PVC SS MAIN
8" PVC WATER MAIN
DETECTABLE TAPE
18' LOCAL STREET
20' COLLECTOR STREET
12' (TYP.)
14' (TYP.)
6.5' (TYP.)
6.5' (TYP.)

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
STREET LIGHT FOUNDATION
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## KEYMAP
N.T.S.

UP1
UP2
UP3
UP4
UP5
UP6
UP7
UP9
UP10
UP11
UP8
A3-UP8
NORTH

## LEGEND

- SUBDIVISION/PHASE BOUNDRY
- 120 — LOT NUMBER
- RIGHT OF WAY
- STREET LIGHT (100W HPS)
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- D.E. — DRAINAGE EASEMENT
- P.U.E. — PUBLIC UTILITY EASEMENT
- P.A.E. — PEDESTRIAN ACCESS EASEMENT
- C.E. — COMMON ELEMENT

### WATER

- WATER MAIN
- 3/4" WATER METER W/ 1" WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

BACK OF CURB/P.L.
4' S/W
FIRE HYDRANT FOUNDATION
PRIVATE STREET
LOT LINE
FIRE HYDRANT
1.0' (MIN.) TO FACE OF HYDRANT

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 8
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

Registered Professional Engineer (Civil)
CERTIFICATE NO. 42674
STEVEN A. HAGEL
ARIZONA, U.S.A.

SHEET
A3-UP8
30 OF 69 SHEETS
SCI PROJECT# 18476

FOR CONTINUATION SEE SHEET A3-UP5

FOR CONTINUATION SEE SHEET A3-UP10

FOR GOLF COURSE SEE IMPROVEMENT PLANS BY TED ROBINSON

AZTEC ROAD (PUBLIC)

FOR PERIMETER ROAD, SEE IMPROVEMENT PLANS BY STANLEY CONSULTANTS.

END RHODES GOLDEN VALLEY RANCH AREA 3

**NOTE:** FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**KEYMAP**
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## TYPICAL WATER AND SS LATERALS
N.T.S.

4" SEWER LATERAL; 24" MIN. BETWEEN SERVICE LINES; SEWER MAIN; WATER MAIN; 1" WATER SERVICE; 4" SEWER LATERAL; B.C./℄; EXTEND LATERALS 10' BEYOND P.L.; 7' MIN.; 5' MIN.*; FIRE HYDRANT

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREETLIGHT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## LEGEND

| Symbol | Description |
|---|---|
| | SUBDIVISION/PHASE BOUNDRY |
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| D.E. | DRAINAGE EASEMENT |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| P.A.E. | PEDESTRIAN ACCESS EASEMENT |
| C.E. | COMMON ELEMENT |

**WATER**

| Symbol | Description |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

**SEWER**

| Symbol | Description |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |

**STORM DRAIN**

| Symbol | Description |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1080-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 9
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

SHEET A3-UP9
31 OF 69 SHEETS
SCI PROJECT# 18476

Registered Professional Engineer 42674 STEVEN A. HAGEL ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-UP6
FOR CONTINUATION SEE SHEET A3-UP9
FOR CONTINUATION SEE SHEET A3-UP11
END RHODES GOLDEN VALLEY RANCH AREA 3
5TH ST. (PRIVATE / PUE)
6TH ST. (PRIVATE / PUE)
E DR. (PRIVATE / PUE)
NOTE:
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)
STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)
BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 8" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4 INSTALL 8" PVC SEWER STUB & CAP
WATER CONSTRUCTION NOTES
1 INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2 INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3 INSTALL 8" GATE VALVE \ VALVES
4 INSTALL 11.25° BEND
5 INSTALL 22.5° BEND
6 INSTALL 45° BEND
7 INSTALL 90° BEND
8 INSTALL 8"x 8"x 8" TEE
9 INSTALL 8"x 8"x 8"x8" CROSS
10 INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12 REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE
TYPICAL WATER AND SS LATERALS
N.T.S.
* UNLESS NOTED OTHERWISE
TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.
NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.
STREETLIGHT LOCATION
N.T.S.
NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.
KEYMAP
N.T.S.
A3-UP10
LEGEND
SUBDIVISION/PHASE BOUNDRY
120 LOT NUMBER
RIGHT OF WAY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
D.E. DRAINAGE EASEMENT
P.U.E. PUBLIC UTILITY EASEMENT
P.A.E. PEDESTRIAN ACCESS EASEMENT
C.E. COMMON ELEMENT
WATER
WATER MAIN
3/4" WATER METER W/ 1" WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
STUB AND CAP
SEWER BACK WATER VALVE
STORM DRAIN
STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE
FIRE HYDRANT LOCATION
N.T.S.
NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.
GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1080-GEO
FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000
A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig 1-800-782-5348
Call before you Overhead 1-928-753-5591
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 10
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06
SHEET
A3-UP10
32 OF 69 SHEETS
SCI PROJECT#
18478
42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-UP7

FOR CONTINUATION SEE SHEET A3-UP8

FOR CONTINUATION SEE SHEET A3-UP10

END RHODES GOLDEN VALLEY RANCH AREA 3

**NOTE:**
FOR STORM DRAIN INFORMATION SEE SHEETS PP1, PP17, PP17A, PP24

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## KEYMAP
N.T.S.

A3-UP11

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440–1 AND 440–4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C–900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE \ VALVES
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW–OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## TYPICAL WATER AND SS LATERALS
N.T.S.

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.

NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREETLIGHT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## LEGEND

SUBDIVISION/PHASE BOUNDRY
120 LOT NUMBER
RIGHT OF WAY
STREET LIGHT (100W HPS)
NO. 3–1/2" PULL BOX
SERVICE PEDESTAL
D.E. DRAINAGE EASEMENT
P.U.E. PUBLIC UTILITY EASEMENT
P.A.E. PEDESTRIAN ACCESS EASEMENT
C.E. COMMON ELEMENT

### WATER

WATER MAIN
3/4" WATER METER W/ 1" WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN

STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## FIRE HYDRANT LOCATION
N.T.S.

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC. DATED: 12 SEPTEMBER 05 PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER–HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig 1-800-782-5348

Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 11
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH\DB
DATE 03-10-06

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
| --- | --- | --- | --- | --- |

Registered Professional Engineer 42874 STEVEN A. HAGEL ARIZONA, U.S.A.

SHEET A3-UP11
33 OF 69 SHEETS
SCI PROJECT# 18478