# PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 1
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



### TYPICAL LOCAL STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



### TYPICAL COLLECTOR STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



### TYPICAL SETBACKS FOR ALL LOTS
NTS



## VICINITY MAP
NTS

## OWNER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## BASIS OF BEARINGS
NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°03'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SOURCE OF TOPOGRAPHY
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES, INC (AERIAL – 2' CONTOURS); DATED 12/21/04
2. AEROTECH MAPPING (AERIAL – 2' CONTOURS); DATED 1/13/05
BOTH AERIAL SURVEYS WERE DONE ON NGVD 29 AND WERE CONVERTED TO NAVD88 BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.546 FT BASED ON NGS-OPUS SOLUTIONS OF FAST STATIC SURVEY ON MOHAVE COUNTY CONTROL POINT SD 35.

## FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

## UTILITIES
| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WESTSIDE SERVICES | 3250 CATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## LAND USE INFORMATION
| | |
|---|---|
| FLOOD ZONE DESIGNATION: | FEMA-C & A |
| TOTAL ACREAGE: | 189.10 ACRES |
| TOTAL LOTS: | 866 UNITS |
| AVERAGE LOT SIZE: | 7,695 S.F. |
| MINIMUM LOT SIZE: | 5,499 S.F. |
| DENSITY: | 4.58 D.U./ACRE |

LAND USAGE AND ZONING:
CURRENT LAND USAGE: VACANT
PROPOSED LAND USAGE: SINGLE-FAMILY RES.
PROPOSED ZONING: MASTER-PLAN
COMMON ELEMENT: 35.10 ACRES
PARK, DRAINAGE AREAS

## SHEET INDEX
| | |
|---|---|
| 1 | COVER SHEET |
| 2 | OVERALL PHASING PLAN |
| 3–12 | LOT DETAIL |

## LEGAL DESCRIPTION

A SUBDIVISION OF A PORTION OF SECTIONS 3 AND 4, TOWNSHIP 20 NORTH, RANGE 18 WEST, G&SRM, MOHAVE COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 4; THENCE NORTH 0°15'03" EAST, 10.31 FEET TO THE POINT OF BEGINNING AND THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 22° 54' 12", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 86° 45' 35" WEST FOR A DISTANCE OF 59.56 FEET TO THE POINT OF BEGINNING. THENCE, NORTH 77° 22' 28" WEST FOR A DISTANCE OF 102.86 FEET; THENCE, NORTH 12° 53' 20" WEST FOR A DISTANCE OF 84.02 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 124° 35' 11", HAVING A RADIUS OF 215.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 74° 50' 55" WEST FOR A DISTANCE OF 380.70 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE. THENCE, NORTH 42° 51' 30" WEST FOR A DISTANCE OF 136.65 FEET; THENCE, NORTH 16° 53' 51" WEST FOR A DISTANCE OF 48.35 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 69° 04' 59", HAVING A RADIUS OF 390.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 51° 06' 20" WEST FOR A DISTANCE OF 442.26 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE. THENCE, SOUTH 85° 38' 50" WEST FOR A DISTANCE OF 220.43 FEET; THENCE, SOUTH 83° 06' 60" WEST FOR A DISTANCE OF 162.95 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 48° 51' 02", HAVING A RADIUS OF 115.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 72° 25' 29" WEST FOR A DISTANCE OF 55.11 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 47° 59' 58" WEST FOR A DISTANCE OF 57.53 FEET; THENCE, SOUTH 76° 37' 59" WEST FOR A DISTANCE OF 113.37 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 23° 42' 37", HAVING A RADIUS OF 125.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 88° 29' 18" WEST FOR A DISTANCE OF 51.38 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 04° 31' 43", HAVING A RADIUS OF 3522.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 77° 23' 31" WEST FOR A DISTANCE OF 278.31 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 88° 39' 51", HAVING A RADIUS OF 195.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 60° 32' 25" WEST FOR A DISTANCE OF 272.54 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 16° 12' 29" WEST FOR A DISTANCE OF 168.22 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 04° 18' 07", HAVING A RADIUS OF 902.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 79° 56' 59" WEST FOR A DISTANCE OF 67.71 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 82° 01' 53" WEST FOR A DISTANCE OF 811.26 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 17° 01' 32", HAVING A RADIUS OF 45.50 FEET, AND WHOSE LONG CHORD BEARS NORTH 31° 19' 41" WEST FOR A DISTANCE OF 69.72 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 18° 27' 12", HAVING A RADIUS OF 1502.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 10° 12' 54" EAST FOR A DISTANCE OF 481.66 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 00° 59' 18" EAST FOR A DISTANCE OF 773.79 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 30° 12' 22", HAVING A RADIUS OF 1498.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 16° 05' 29" EAST FOR A DISTANCE OF 780.63 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 25° 26' 05", HAVING A RADIUS OF 1498.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 43° 54' 43" EAST FOR A DISTANCE OF 659.55 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 56° 37' 46" EAST FOR A DISTANCE OF 707.82 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 23° 06' 59", HAVING A RADIUS OF 1502.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 45° 04' 16" EAST FOR A DISTANCE OF 601.80 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 33° 30' 47" EAST FOR A DISTANCE OF 137.54 FEET; THENCE, SOUTH 53° 13' 10" EAST FOR A DISTANCE OF 404.18 FEET; THENCE, SOUTH 48° 15' 21" EAST FOR A DISTANCE OF 219.09 FEET; THENCE, SOUTH 40° 05' 42" EAST FOR A DISTANCE OF 116.44 FEET; THENCE, SOUTH 36° 49' 57" EAST FOR A DISTANCE OF 423.95 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 57° 29' 41", HAVING A RADIUS OF 95.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 03° 06' 05" EAST FOR A DISTANCE OF 105.55 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 30° 39' 44" WEST FOR A DISTANCE OF 58.75 FEET; THENCE, SOUTH 89° 04' 46" EAST FOR A DISTANCE OF 52.47 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 53° 36' 04", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 62° 15' 44" EAST FOR A DISTANCE OF 135.34 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 35° 26' 42" EAST FOR A DISTANCE OF 109.33 FEET; THENCE, SOUTH 35° 26' 42" EAST FOR A DISTANCE OF 342.39 FEET; THENCE, SOUTH 28° 15' 21" EAST FOR A DISTANCE OF 58.54 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 42° 17' 40", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 08° 06' 31" EAST FOR A DISTANCE OF 108.23 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 13° 02' 20" WEST FOR A DISTANCE OF 68.22 FEET; THENCE, SOUTH 81° 26' 35" EAST FOR A DISTANCE OF 78.99 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 68° 49' 19", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 47° 01' 55" EAST FOR A DISTANCE OF 169.54 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 12° 37' 15" EAST FOR A DISTANCE OF 52.08 FEET; THENCE, SOUTH 21° 21' 33" EAST FOR A DISTANCE OF 436.11 FEET; THENCE, SOUTH 03° 06' 05" EAST FOR A DISTANCE OF 305.91 FEET; THENCE, SOUTH 03° 29' 25" WEST FOR A DISTANCE OF 116.44 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 100° 20' 36", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 53° 45' 43" WEST FOR A DISTANCE OF 230.72 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 75° 57' 59" WEST FOR A DISTANCE OF 73.52 FEET; THENCE, SOUTH 17° 14' 47" EAST FOR A DISTANCE OF 28.22 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 96° 58' 05", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 31° 14' 16" WEST FOR A DISTANCE OF 224.53 FEET TO THE POINT OF BEGINNING.

CONTAINING 189.10 ACRES MORE OR LESS.

---

## PRELIMINARY PLAT OF
## GOLDEN VALLEY RANCH AREA 1
PORTIONS OF SECTIONS 3, 4 AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

TRACT #_____

18476



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SHEET 1 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 1
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

PHASE 1

FUTURE PHASES

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- RIGHT-OF-WAY LINE
- CENTER LINE
- LOT LINE
- SECTIONAL SUBDIVISION LINE
- INDEX CONTOUR LINE
- INTERMEDIATE CONTOUR LINE
- FOUND PUBLIC LAND CORNER
- ZONE A — APPROXIMATE 100-YEAR FLOOD BOUNDARY

PHASING PLAN
NTS

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 2 of 12



# PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 1

TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP** (NTS)

**GRAPHIC SCALE** ( IN FEET ) 1 inch = 50 ft.

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- RIGHT-OF-WAY LINE
- CENTER LINE
- LOT LINE
- SECTIONAL SUBDIVISION LINE
- INDEX CONTOUR LINE
- INTERMEDIATE CONTOUR LINE
- FOUND PUBLIC LAND CORNER
- ZONE A — APPROXIMATE 100-YEAR FLOOD BOUNDARY

215-16-005 RHODES HOMES ARIZONA LLC UNSUBDIVIDED LANDS

GOLDEN VALLEY RANCH PARKWAY (TO BE DEDICATED BY SEPERATE DOCUMENT)

Streets: ATMOSPHERE, BLISS

Lots shown: 349–358, 397–414, 431–445, 51, 512–515
COMMON ELEMENT A, COMMON ELEMENT C

18476

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 4 of 12















