PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

### TYPICAL STREET SECTIONS

(A) TYPICAL LOCAL STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION OF THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.

(B) TYPICAL AREA 2 ENTRY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

(C) TYPICAL COLLECTOR STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

(D) TYPICAL ALLEY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

## VICINITY MAP
NTS



PROJECT SITE AREA 2

## OWNER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## BASIS OF BEARINGS
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391IFt (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.20458IFt (NAVD'88)

## BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA, SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## SOURCE OF TOPOGRAPHY
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES, INC (AERIAL – 2' CONTOURS) DATED 12/21/04
2. AEROTECH MAPPING (AERIAL – 2' CONTOURS) DATED 1/13/05
BOTH AERIAL SURVEYS WERE DONE ON NGVD 29 AND WERE CONVERTED TO NAVD88 BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.546 FT BASED ON NGS-OPUS SOLUTIONS OF FAST STATIC SURVEY ON MOHAVE COUNTY CONTROL POINT SD 35.

## FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

## UTILITIES
| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WESTSIDE SERVICES | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## LAND USE INFORMATION
| | |
|---|---|
| FLOOD ZONE DESIGNATION: | FEMA-C & A |
| TOTAL ACREAGE: | 207.41 |
| TOTAL LOTS: | 824 |
| AVERAGE LOT SIZE: | 8,583 S.F. |
| MINIMUM LOT SIZE: | 4,999 S.F. |
| MAXIMUM LOT SIZE: | 21,597 S.F. |
| DENSITY: | 3.97 D.U./ACRE |

LAND USAGE AND ZONING:
CURRENT LAND USAGE:
PROPOSED LAND USAGE:
PROPOSED ZONING:
COMMON ELEMENT,
PARK, DRAINAGE AREAS          45.04 ACRES

## LEGAL DESCRIPTION
A SUBDIVISION OF A PORTION OF SECTIONS 3 AND 4, TOWNSHIP 20 NORTH, RANGE 18 WEST, G&SRM, MOHAVE COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 4; THENCE SOUTH 89°47'34" EAST, 743.56 FEET TO THE POINT OF BEGINNING;THENCE NORTH 02° 18' 56" WEST A DISTANCE OF 8.56 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE,SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 37° 13' 56", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 16° 27' 58" EAST FOR A DISTANCE OF 96.50 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 33° 14' 58" EAST FOR A DISTANCE OF 54.13 FEET;THENCE, NORTH 34° 13' 45" WEST FOR A DISTANCE OF 44.60 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 35° 42' 36", HAVING A RADIUS OF 200.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 16° 22' 27" WEST FOR A DISTANCE OF 122.64 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 01° 28' 54" EAST FOR A DISTANCE OF 314.53 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 25° 54' 53", HAVING A RADIUS OF 500.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 11° 28' 36" WEST FOR A DISTANCE OF 224.22 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 24° 25' 02" WEST FOR A DISTANCE OF 254.34 FEET; THENCE, NORTH 26' 02" WEST FOR A DISTANCE OF 186.45 FEET;THENCE, NORTH 30° 52' 18" WEST FOR A DISTANCE OF 233.18 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 63° 13' 37", HAVING A RADIUS OF 240.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 01° 04' 32" EAST FOR A DISTANCE OF 251.81 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 32° 41' 21" EAST FOR A DISTANCE OF 18.34 FEET;THENCE, NORTH 89° 27' 11" WEST FOR A DISTANCE OF 56.86 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 55° 21' 42", HAVING A RADIUS OF 90.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 44° 42' 20" WEST FOR A DISTANCE OF 83.62 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 34° 05' 23" WEST FOR A DISTANCE OF 409.22 FEET;THENCE, NORTH 27° 27' 11" WEST FOR A DISTANCE OF 23.12 FEET;THENCE, NORTH 20° 48' 54" WEST FOR A DISTANCE OF 80.81 FEET;THENCE, NORTH 64° 25' 34" WEST FOR A DISTANCE OF 68.50 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH 33° 54' 55", HAVING A RADIUS OF 110.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 47° 28' 07" WEST FOR A DISTANCE OF 64.17 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 44° 18' 00", HAVING A RADIUS OF 650.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 52° 39' 46" WEST FOR A DISTANCE OF 158.35 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 74° 48' 46" WEST FOR A DISTANCE OF 73.11 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 33° 55' 50", HAVING A RADIUS OF 300.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 58° 37' 16" WEST FOR A DISTANCE OF 65.00 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 39° 39' 21" WEST FOR A DISTANCE OF 276.50 FEET;THENCE, NORTH 39° 54' 45" WEST FOR A DISTANCE OF 78.75 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 63° 27' 09", HAVING A RADIUS OF 150.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 04° 11' 11" WEST FOR A DISTANCE OF 162.19 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 28° 32' 23" EAST FOR A DISTANCE OF 54.79 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 08° 05' 40", HAVING A RADIUS OF 650.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 57° 24' 47" WEST FOR A DISTANCE OF 91.75 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 53° 21' 57" WEST FOR A DISTANCE OF 27.44 FEET;THENCE, NORTH 38° 35' 03" EAST FOR A DISTANCE OF 60.20 FEET;THENCE, NORTH 36° 38' 02" EAST FOR A DISTANCE OF 88.11 FEET;THENCE, SOUTH 18° 43' 09" EAST FOR A DISTANCE OF 36.39 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 56° 52' 36", HAVING A RADIUS OF 250.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 47° 09' 48" EAST FOR A DISTANCE OF 238.11 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 75° 36' 06" EAST FOR A DISTANCE OF 52.07 FEET;THENCE, NORTH 72° 43' 53" EAST FOR A DISTANCE OF 363.50 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 52° 43' 03", HAVING A RADIUS OF 28.80 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 54° 31' 14" EAST FOR A DISTANCE OF 23.12 FEET;THENCE, NORTH 53° 01' 44" EAST FOR A DISTANCE OF 49.19 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 27° 54' 05", HAVING A RADIUS OF 200.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 66° 54' 46" EAST FOR A DISTANCE OF 96.45 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 80° 55' 48" EAST FOR A DISTANCE OF 480.11 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 48° 31' 34", HAVING A RADIUS OF 300.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 74° 48' 22" EAST FOR A DISTANCE OF 246.56 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 50° 32' 34" EAST FOR A DISTANCE OF 123.84 FEET TO THE BEGINNING OF A CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 14° 26' 07", HAVING A RADIUS OF 500.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 57° 45' 37" EAST FOR A DISTANCE OF 125.64 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 64° 58' 40" EAST FOR A DISTANCE OF 154.65 FEET; THENCE, SOUTH 66° 07' 32" EAST FOR A DISTANCE OF 20.00 FEET;THENCE, NORTH 23° 52' 28" EAST FOR A DISTANCE OF 42.38 FEET;THENCE, SOUTH 66° 07' 32" EAST FOR A DISTANCE OF 20.00 FEET;THENCE, NORTH 67° 30' 56" EAST FOR A DISTANCE OF 58.70 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 37° 53' 09", HAVING A RADIUS OF 260.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 73° 33' 30" EAST FOR A DISTANCE OF 167.37 FEET TO A POINT OF INTERSECTION

WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 54° 46' 55" EAST FOR A DISTANCE OF 256.05 FEET;THENCE, SOUTH 58° 26' 21" EAST FOR A DISTANCE OF 225.23 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 31° 27' 25", HAVING A RADIUS OF 300.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 42° 45' 38" EAST FOR A DISTANCE OF 162.14 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 22° 04' 55" EAST FOR A DISTANCE OF 26.72 FEET;THENCE, NORTH 42° 49' 37" EAST FOR A DISTANCE OF 43.08 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 52° 44' 53", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 69° 11' 57" EAST FOR A DISTANCE OF 88.85 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 84° 25' 36" EAST FOR A DISTANCE OF 719.21 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 58° 49', HAVING A RADIUS OF 220.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 34° 56' 13" EAST FOR A DISTANCE OF 334.53 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 14° 33' 13" WEST FOR A DISTANCE OF 249.58 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 34° 09' 04", HAVING A RADIUS OF 190.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 31° 37' 45" WEST FOR A DISTANCE OF 111.58 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 48° 42' 16" WEST FOR A DISTANCE OF 14.17 FEET;THENCE, SOUTH 22° 42' 19" EAST FOR A DISTANCE OF 48.54 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 21° 01' 18", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 18° 17' 37" EAST FOR A DISTANCE OF 36.48 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 07° 40' 58" EAST FOR A DISTANCE OF 730.14 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 29° 45' 30", HAVING A RADIUS OF 560.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 07° 11' 40" WEST FOR A DISTANCE OF 287.60 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 22° 04' 30" WEST FOR A DISTANCE OF 340.71 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 76° 25' 10", HAVING A RADIUS OF 120.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 60° 17' 07" WEST FOR A DISTANCE OF 148.45 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 81° 30' 18" WEST FOR A DISTANCE OF 20.49 FEET;THENCE, SOUTH 39° 27' 42" EAST FOR A DISTANCE OF 98.68 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 43° 27' 56", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 02° 03' 42" WEST FOR A DISTANCE OF 73.92 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 23° 45' 14" WEST FOR A DISTANCE OF 279.92 FEET TO THE BEGINNING OF A CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 17° 07' 34", HAVING A RADIUS OF 500.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 15° 11' 27" WEST FOR A DISTANCE OF 148.90 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 06° 37' 40" WEST FOR A DISTANCE OF 88.11 FEET;THENCE, SOUTH 22° 22' 26" WEST FOR A DISTANCE OF 25.00 FEET;THENCE, SOUTH 67° 34' 42" EAST FOR A DISTANCE OF 118.45 FEET;THENCE, SOUTH 22° 22' 18" WEST FOR A DISTANCE OF 20.00 FEET;THENCE, SOUTH 67° 38' 48" WEST FOR A DISTANCE OF 57.82 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 30° 57' 17", HAVING A RADIUS OF 240.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 44° 48' 57" WEST FOR A DISTANCE OF 160.05 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 61° 17' 35" WEST FOR A DISTANCE OF 159.25 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 21° 24' 14", HAVING A RADIUS OF 125.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 71° 59' 42" WEST FOR A DISTANCE OF 46.43 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 82° 41' 50" WEST FOR A DISTANCE OF 101.34 FEET TO THE BEGINNING OF A CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 32° 33' 57", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 66° 25' 21" WEST FOR A DISTANCE OF 56.05 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 50° 08' 42" WEST FOR A DISTANCE OF 68.53 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 40° 48' 12", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 70° 32' 58" WEST FOR A DISTANCE OF 68.72 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 89° 38' 16" WEST FOR A DISTANCE OF 233.07 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 11° 32' 20", HAVING A RADIUS OF 450.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 86° 35' 37" WEST FOR A DISTANCE OF 90.47 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE;THENCE, NORTH 82° 48' 23" WEST FOR A DISTANCE OF 77.82 FEET TO THE BEGINNING OF A CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 12° 15' 53", HAVING A RADIUS OF 195.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 89° 06' 48" WEST FOR A DISTANCE OF 42.06 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 84° 38' 43" WEST FOR A DISTANCE OF 89.63 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 28° 14' 50", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 81° 28' 56" WEST FOR A DISTANCE OF 92.73 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 57° 13' 25" WEST FOR A DISTANCE OF 89.53 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 28° 51' 44", HAVING A RADIUS OF 190.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 85° 38' 17" WEST FOR A DISTANCE OF 94.70 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 83° 54' 53" WEST FOR A DISTANCE OF 145.46 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 83° 29' 20", HAVING A RADIUS OF 100.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 54° 20' 28" WEST FOR A DISTANCE OF 253.01 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 12° 35' 49" WEST FOR A DISTANCE OF 71.14 FEET TO THE POINT OF BEGINNING.

CONTAINING 207.41 ACRES MORE OR LESS.

## TYPICAL SETBACKS FOR ALL LOTS
NTS

* SIDE SETBACK TO BE 15' FOR CORNER LOT

## SHEET INDEX
1   COVER SHEET
2   OVERALL PHASING PLAN
3-12   LOT DETAIL

PRELIMINARY PLAT OF
GOLDEN VALLEY RANCH AREA 2
PORTIONS OF SECTIONS 3, 4 AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA
TRACT #_____

18478



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 1 of 12



PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

PHASE 1

FUTURE PHASES

PHASING PLAN
NTS

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 2 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**

( IN FEET )
1 inch = 50 ft.

**LEGEND**
SUBDIVISION BOUNDARY LINE
RIGHT-OF-WAY LINE
CENTER LINE
LOT LINE
SECTIONAL SUBDIVISION LINE
INDEX CONTOUR LINE
INTERMEDIATE CONTOUR LINE
FOUND PUBLIC LAND CORNER
APPROXIMATE 100-YEAR
FLOOD BOUNDARY
ZONE A

18476                                        TRACT #_____

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants** INC.

SHEET 3 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 50 ft.

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- RIGHT-OF-WAY LINE
- CENTER LINE
- LOT LINE
- SECTIONAL SUBDIVISION LINE
- INDEX CONTOUR LINE
- INTERMEDIATE CONTOUR LINE
- FOUND PUBLIC LAND CORNER
- ZONE A APPROXIMATE 100-YEAR FLOOD BOUNDARY

18476                                           TRACT #_____

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 4 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**

( IN FEET )
1 inch = 50 ft.

**LEGEND**
———————— SUBDIVISION BOUNDARY LINE
———————— RIGHT-OF-WAY LINE
———————— CENTER LINE
———————— LOT LINE
———————— SECTIONAL SUBDIVISION LINE
———————— INDEX CONTOUR LINE
———————— INTERMEDIATE CONTOUR LINE
⊕ FOUND PUBLIC LAND CORNER
APPROXIMATE 100-YEAR FLOOD BOUNDARY

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

GOLDEN VALLEY RANCH PARKWAY
TO BE DEDICATED BY SEPERATE DOCUMENT

AZTEC ROAD
(TO BE ABANDONED)

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

TRACT #_____

SHEET 5 of 12



PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP**
NTS

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 50 ft.

**LEGEND**

| | |
|---|---|
| | SUBDIVISION BOUNDARY LINE |
| | RIGHT-OF-WAY LINE |
| | CENTER LINE |
| | LOT LINE |
| | SECTIONAL SUBDIVISION LINE |
| | INDEX CONTOUR LINE |
| | INTERMEDIATE CONTOUR LINE |
| | FOUND PUBLIC LAND CORNER |
| ZONE A | APPROXIMATE 100-YEAR FLOOD BOUNDARY |

FUTURE GOLDEN VALLEY RANCH AREA 1

215-16-005
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

215-16-005
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

(50' TO MOHAVE COUNTY 1603/43)
SACRAMENTO ROAD (TO BE ABANDONED)
(50' TO MOHAVE COUNTY 3286/27)

AZTEC ROAD (TO BE ABANDONED)
(100' TO MOHAVE COUNTY 3101/753)

LOT 368
LOT 367
LOT 366
LOT 365
LOT 364
LOT 386
LOT 380
LOT 361
LOT 362
LOT 360
LOT 344
LOT 343
LOT 342
LOT 341
LOT 340
LOT 339
LOT 338
LOT 337
LOT 336
LOT 335
LOT 334
LOT 333
LOT 332
LOT 404
LOT 403
LOT 359
LOT 358
LOT 345
LOT 346
LOT 347
LOT 348
LOT 349

COMMON LOT C

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

18476    TRACT #_____

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**
-50    0    25    50    100

( IN FEET )
1 inch = 50 ft.

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- RIGHT-OF-WAY LINE
- CENTER LINE
- LOT LINE
- SECTIONAL SUBDIVISION LINE
- INDEX CONTOUR LINE
- INTERMEDIATE CONTOUR LINE
- FOUND PUBLIC LAND CORNER
- ZONE A  APPROXIMATE 100-YEAR FLOOD BOUNDARY

18476    TRACT #_____

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants INC.**

SHEET 7 of 12



PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**
( IN FEET )
1 inch = 50 ft.

**LEGEND**
SUBDIVISION BOUNDARY LINE
RIGHT-OF-WAY LINE
CENTER LINE
LOT LINE
SECTIONAL SUBDIVISION LINE
INDEX CONTOUR LINE
INTERMEDIATE CONTOUR LINE
FOUND PUBLIC LAND CORNER
APPROXIMATE 100-YEAR FLOOD BOUNDARY
ZONE A

18476                                    TRACT #_____

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SHEET 8 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**
( IN FEET )
1 inch = 50 ft.

**LEGEND**
SUBDIVISION BOUNDARY LINE
RIGHT-OF-WAY LINE
CENTER LINE
LOT LINE
SECTIONAL SUBDIVISION LINE
INDEX CONTOUR LINE
INTERMEDIATE CONTOUR LINE
FOUND PUBLIC LAND CORNER
APPROXIMATE 100-YEAR
FLOOD BOUNDARY
ZONE A

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

18476                                    TRACT #_____

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 9 of 12



PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**
( IN FEET )
1 inch = 50 ft.

**LEGEND**
SUBDIVISION BOUNDARY LINE
RIGHT-OF-WAY LINE
CENTER LINE
LOT LINE
SECTIONAL SUBDIVISION LINE
INDEX CONTOUR LINE
INTERMEDIATE CONTOUR LINE
FOUND PUBLIC LAND CORNER
APPROXIMATE 100-YEAR
FLOOD BOUNDARY
ZONE A

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

18476                          TRACT #_____

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants** INC.



# GOLDEN VALLEY RANCH AREA 2
PRELIMINARY PLAT OF

TRACT #_____

PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP**
NTS

NORTH

**GRAPHIC SCALE**

( IN FEET )
1 inch = 50 ft.

**LEGEND**

— SUBDIVISION BOUNDARY LINE
— RIGHT-OF-WAY LINE
— CENTER LINE
— LOT LINE
— SECTIONAL SUBDIVISION LINE
— INDEX CONTOUR LINE
— INTERMEDIATE CONTOUR LINE
— FOUND PUBLIC LAND CORNER
ZONE A — APPROXIMATE 100-YEAR FLOOD BOUNDARY

18476                                    TRACT #_____

## Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9733
www.stanleygroup.com

SHEET 11 of 12

PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 2
TRACT #_____
PORTIONS OF SECTIONS 3, 4, AND 10, TOWNSHIP 20 NORTH, RANGE 18
WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



**KEY MAP**
NTS

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 50 ft.

**LEGEND**
———— SUBDIVISION BOUNDARY LINE
———— RIGHT-OF-WAY LINE
———— CENTER LINE
———— LOT LINE
———— SECTIONAL SUBDIVISION LINE
- - - - INDEX CONTOUR LINE
- - - - INTERMEDIATE CONTOUR LINE
⊕ FOUND PUBLIC LAND CORNER
ZONE A APPROXIMATE 100-YEAR FLOOD BOUNDARY

215-01-092
RHODES HOMES ARIZONA LLC
UNSUBDIVIDED LANDS

215-01-084
AMERICAN LAND MANAGEMENT
UNSUBDIVIDED LANDS

18476                TRACT #_____

5820 S. Eastern Avenue, Suite 200
Los Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

**Stanley Consultants** INC.

SHEET 12 of 12