# PRELIMINARY PLAT OF
# GOLDEN VALLEY RANCH AREA 3
TRACT #_____
PORTIONS OF SECTIONS 2 AND 3, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA



A — TYPICAL LOCAL STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



E — TYPICAL AREA 3 ENTRY STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.

F — TYPICAL AREA 3 COLLECTOR STREET SECTION
PRIVATE / PRIVATE UTILITY EASEMENT
N.T.S.



TYPICAL SETBACKS FOR ALL LOTS
NTS



## VICINITY MAP
NTS

**OWNER**
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

**DEVELOPER**
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**BASIS OF BEARINGS**
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391IFT (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.20458IFT (NAVD'88)

**BENCHMARK**
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 33, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

**SOURCE OF TOPOGRAPHY**
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. MOHAVE ENGINEERING AND ASSOCIATES, INC (AERIAL — 2' CONTOURS) DATED 12/21/04
2. AEROTECH MAPPING (AERIAL — 2' CONTOURS) DATED 1/13/05
BOTH AERIAL SURVEYS WERE DONE ON NGVD 29 AND WERE CONVERTED TO NAVD88 BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.546 FT BASED ON NGS-OPUS SOLUTIONS OF FAST STATIC SURVEY ON MOHAVE COUNTY CONTROL POINT SD 35.

**FEMA FLOOD ZONE**
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

**UTILITIES**
| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD | TBD |
| ELECTRICITY: | UNISOURCE ENERGY | 2408 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WESTSIDE SERVICES | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

**LAND USE INFORMATION**
FLOOD ZONE DESIGNATION: FEMA-C-A
TOTAL ACREAGE: 89.51 ACRES
TOTAL LOTS: 151 LOTS
AVERAGE LOT SIZE: 21,271 S.F.
MINIMUM LOT SIZE: 14,932 S.F.
DENSITY: 1.69 D.U./ACRE
LAND USAGE AND ZONING:
CURRENT LAND USAGE: VACANT
PROPOSED LAND USAGE: SINGLE FAMILY RES.
PROPOSED ZONING: MASTER PLANNED
COMMON ELEMENT, PARK, DRAINAGE AREAS: 7.57 ACRES

## LEGAL DESCRIPTION
PORTIONS OF SECTIONS 2 AND 3, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER (SE1/4) OF SAID SECTION 3; THENCE NORTH 00° 13' 38" EAST ALONG THE EAST LINE OF SAID SECTION FOR A DISTANCE OF 543.79 FEET TO THE POINT OF BEGINNING;

THENCE, SOUTH 82° 23' 04" EAST FOR A DISTANCE OF 562.11 FEET TO A POINT ON A LINE; THENCE, NORTH 07° 56' 14" EAST FOR A DISTANCE OF 7.00 FEET TO A POINT ON A LINE; THENCE, SOUTH 82° 03' 46" EAST FOR A DISTANCE OF 216.64 FEET TO A POINT ON A LINE; THENCE, SOUTH 07° 20' 57" WEST FOR A DISTANCE OF 452.11 FEET TO A POINT ON A LINE; THENCE, SOUTH 07° 20' 57" WEST FOR A DISTANCE OF 220.23 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE, THENCE ALONG SAID CURVE TURNING TO THE RIGHT THROUGH 70° 43' 33", HAVING A RADIUS OF 842.27 FEET, AND WHOSE LONG CHORD BEARS SOUTH 43° 33' 37" WEST FOR A DISTANCE OF 974.93 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE. THENCE ALONG SAID CURVE TURNING TO THE RIGHT THROUGH 01° 29' 08", HAVING A RADIUS OF 816.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 79° 57' 08" WEST FOR A DISTANCE OF 21.16 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE. THENCE ALONG SAID CURVE TURNING TO THE RIGHT THROUGH AN ANGLE OF 14° 37' 23", HAVING A RADIUS OF 816.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 88° 00' 23" WEST FOR A DISTANCE OF 207.70 FEET TO THE BEGINNING OF A CURVE. THENCE ALONG SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 37° 04' 50", HAVING A RADIUS OF 300.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 76° 45' 40" WEST FOR A DISTANCE OF 190.76 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, NORTH 84° 40' 55" WEST FOR A DISTANCE OF 315.25 FEET TO THE BEGINNING OF A NON-TANGENTIAL LINE; THENCE, SOUTH 58° 14' 15" WEST FOR A DISTANCE OF 285.99 FEET TO A POINT ON A LINE; THENCE, SOUTH 64° 56' 39" WEST FOR A DISTANCE OF 223.44 FEET TO A POINT ON A LINE; THENCE, SOUTH 72° 03' 30" WEST FOR A DISTANCE OF 102.40 FEET TO A POINT ON A LINE; THENCE, NORTH 87° 28' 46" WEST FOR A DISTANCE OF 188.34 FEET TO A POINT ON A LINE; THENCE, NORTH 81° 53' 48" WEST FOR A DISTANCE OF 357.61 FEET TO A POINT ON A LINE; THENCE, NORTH 10° 43' 54" EAST FOR A DISTANCE OF 122.00 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE. THENCE ALONG SAID CURVE TURNING TO THE LEFT THROUGH 19° 24' 39", HAVING A RADIUS OF 3146.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 08° 51' 33" WEST FOR A DISTANCE OF 19.76 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE. THENCE, NORTH 09° 02' 20" WEST FOR A DISTANCE OF 1060.72 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE; THENCE ALONG SAID CURVE TURNING TO THE LEFT THROUGH AN ANGLE OF 00° 21' 35", HAVING A RADIUS OF 3146.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 08° 51' 33" WEST FOR A DISTANCE OF 449.94 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE; THENCE ALONG SAID CURVE TURNING TO THE LEFT THROUGH 63° 56' 51", HAVING A RADIUS OF 380.00 FEET, AND WHOSE LONG CHORD BEARS NORTH 37° 27' 00" EAST FOR A DISTANCE OF 402.44 FEET TO THE BEGINNING OF A NON-TANGENTIAL CURVE; THENCE ALONG SAID CURVE TURNING TO THE RIGHT THROUGH A DISTANCE OF 05' 28' 30", HAVING A RADIUS OF 1135.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 82° 50' 10" EAST FOR A DISTANCE OF 108.74 FEET TO A POINT OF INTERSECTION WITH A NON-TANGENTIAL LINE; THENCE, SOUTH 80° 05' 25" EAST FOR A DISTANCE OF 903.26 FEET TO THE BEGINNING OF A CURVE; THENCE ALONG SAID CURVE TURNING TO THE LEFT THROUGH 01° 58' 21", HAVING A RADIUS OF 2565.00 FEET, AND WHOSE LONG CHORD BEARS SOUTH 81° 04' 35" EAST FOR A DISTANCE OF 88.29 FEET; THENCE, SOUTH 82° 23' 04" EAST FOR A DISTANCE OF 508.29 FEET TO THE POINT OF BEGINNING.

CONTAINING 89.51 ACRES MORE OR LESS.

**SHEET INDEX**
| 1 | COVER SHEET |
| 2 | OVERALL PHASING PLAN |
| 3-6 | LOT DETAIL |

PRELIMINARY PLAT OF
GOLDEN VALLEY RANCH AREA 3
PORTIONS OF SECTIONS 2 AND 3, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA
18476    TRACT #_____



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET 1 of 6









