## Figure 3-A — Holy Moses Wash & Diversion Washes

**Holy Moses Wash** (upper panel): Stations shown from 10000 through 21250, including 10000, 10250, 10500, 10750, 11000, 11250, 11500, 11750, 12000, 12250, 12500, 12750, 13000, 13250, 13500, 13750, 14000, 14250, 14500, 14750, 15000, 15250, 15500, 15750, 16000, 16250, 16500, 16750, 17000, 17250, 17500, 17750, 18000, 18250, 18500, 18750, 19000, 19250, 19500, 19750, 20000, 20250, 20500, 20750, 21000, 21250.

Labels: GOLDEN VALLEY RANCH; J-H; HOLY MOSES DIVERSION WASH 1 SEE FIGURE 3-B.

**Holy Moses Wash** (lower panel): Stations 14250 through 27000, with Holy Moses Diversion Wash 2 (SEE FIGURE 3-B) on left and Holy Moses Diversion Wash 3 (SEE FIGURE 3-B) on right. J-HolyMoses A-01 and Diversion Wash 3 Water Surface shown with contours 2500, 2750, 3000, 3250, 3500, 3750.

### Holy Moses Wash HEC-RAS General Storm Analysis
(100 yr., 24 hr Precipitation)

| LOCATION (STATION) | DESCRIPTION | MAIN CHANNEL (CFS) | DIVERSION (CFS) |
|---|---|---|---|
| 277+50 | APEX (J-HolyMosesA-01) | 9,904 | 0 |
| 260+00 | UPSTREAM | 9,904 | 0 |
|  | DIVERSION 3 | 5,229 | 4,373 |
| 175+00 | DIVERSION 2 | 4,141 | 1,088 |
| 140+00 | DIVERSION 1 (J-H) | 4,030 | 111 |

HEC-RAS CROSS-SECTIONS SHOWN

**LEGEND:**
- PROJECT BOUNDARY
- FEMA FLOOD PLAIN
- DRAINAGE SHED BOUNDARY
- DRAINAGE SUB-SHED BOUNDARY

GRAPHIC SCALE (IN FEET) 1 inch = 400 ft.

NORTH

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119   (702) 369-9396

GOLDEN VALLEY RANCH
HOLY MOSES WASH & DIVERSION WASHES
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY | ARIZONA | FIGURE 3-A

Figure 3-B — Golden Valley Ranch, Holy Moses Wash & Diversion Washes, Technical Drainage Study Exhibit. Mohave County, Arizona. Stanley Consultants Inc.