ASSUME: PROPOSED LOOP ROADS DIVERT
OFFSITE RUNOFF AWAY FROM PROJECT
RUNOFF = (100 YRS, 6 HRS.)

EXISTING SITE BASINS FLOW SUMMARY

| DRAIN. SHED / OFF-SITE SHED | AREA (sq. mi) | 100 yr, 6-hr (cfs) |
|---|---|---|
| OS-3 | 0.025 | 71 |
| OS-4 | 0.111 | 187 |
| J-A | 0.139 | 217 |
| OS-1 | 0.089 | 167 |
| J-B | 0.826 | 746 |
| OS-5 | 0.058 | 119 |
| OS-2 | 0.075 | 142 |
| J-C | 0.133 | 211 |
| OS-6 | 0.204 | 344 |
| OS-7 | 0.067 | 132 |
| J-D | 0.371 | 409 |
| OS-8 | 0.346 | 469 |
| J-B5 | 0.5421 | 557 |

OFF-SITE (OS) FLOWS BASED ON INDIRECT METHODS (Q=850A^??)

COMPARISON FLOW SUMMARY

| JUNCTION | EXIST. SHEDS | EXIST. AREA | EXIST. FLOW* | DEV. AREA | DEV. FLOW† |
|---|---|---|---|---|---|
| J-NS | EX1, OS-2 & 5 | 0.576 | 545 | 0.542 | 722 |
| J-S26 | EX 2 & 3 | 0.900 | 794 | 0.947 | 799 |
| J-MD1 | EX 9-4 | 1.467 | 1,107 | 1.455 | 995 |

* EXIST FLOW BASED ON INDIRECT METHODS (Q=850A^??)
† DEVELOPED FLOW BASED ON MODEL RESULTS

LEGENDS:
→ PROPOSED DRAINAGE CHANNEL
PROPOSED PIPE
• FLOW CONCENTRATION POINT
PROPOSED CULVERT
DRAINAGE SHED BOUNDARY
DRAINAGE SUB-SHED BOUNDARY
SITE BOUNDARY

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 300
LAS VEGAS, NEVADA 89119    (702) 369-9396

GOLDEN VALLEY RANCH
EXISTING DRAINAGE AND PROPOSED OFFSITE IMPROVEMENTS
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY                ARIZONA    FIGURE 5