GOLDEN VALLEY RANCH
HOLY MOSES DIVERSION WASH #1 (BASE FLOOD ELEVATIONS)
TECHNICAL DRAINAGE STUDY EXHIBIT

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119    (702) 369-9396

MOHAVE COUNTY | ARIZONA | FIGURE 6

LEGEND:
FEMA FLOOD PLAIN
BFE 2598.12    BASE FLOOD ELEVATION
125    CROSS-SECTION (HEC-RAS MODEL)

GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.

NORTH