Figure 3-A — Golden Valley Ranch, Holy Moses Wash & Diversion Washes, Technical Drainage Study Exhibit, Mohave County, Arizona

Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119  (702) 369-9396

HOLY MOSES WASH HEC-RAS GENERAL STORM ANALYSIS
(100 yr., 24 hr PRECIPITATION)

| LOCATION (STATION) | DESCRIPTION | MAIN CHANNEL (CFS) | DIVERSION (CFS) |
|---|---|---|---|
| 277+50 | APEX (J-HolyMosesA-01) | 9,904 | 0 |
| 260+00 | UPSTREAM | 9,904 | 0 |
| | DIVERSION 3 | 5,229 | 4,373 |
| 175+00 | DIVERSION 2 | 4,141 | 1,088 |
| 140+00 | DIVERSION 1 (J-H) | 4,030 | 111 |

HEC-RAS CROSS-SECTIONS SHOWN

LEGEND:
- PROJECT BOUNDARY
- FEMA FLOOD PLAIN
- DRAINAGE SHED BOUNDARY
- DRAINAGE SUB-SHED BOUNDARY

GRAPHIC SCALE ( IN FEET )  1 inch = 400 ft.



Figure 3-B — Golden Valley Ranch, Holy Moses Wash & Diversion Washes, Technical Drainage Study Exhibit, Mohave County, Arizona. Stanley Consultants Inc.