POD 1

POD 2

POD 3

MASS GRADE

GRAPHIC SCALE

( IN FEET )
1 inch = 2000 ft.

**LEGENDS:**

GOLDEN VALLEY RANCH BOUNDARY

FEMA FLOOD PLAIN

**Stanley Consultants** INC.

5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119    (702) 369-9396

GOLDEN VALLEY RANCH
INITIAL DEVELOPMENT
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY | ARIZONA | FIGURE 4