NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 800 ft.

SHINARUMP ROAD

PROPOSED CHANNEL J-B

PROPOSED CHANNELS J-A

EXISTING POWERLINE EASEMENT

PROPOSED CHANNELS B & C

PROPOSED CHANNEL OS-6

PROPOSED CHANNEL J-D

PROPOSED CHANNEL OS-8

ADOBE ROAD

AMADO ROAD

BACOBI ROAD

AZTEC ROAD

HOLY MOSES DIVERSION WASH 1

CERBAT WASH

THIRTEEN MILE WASH

Thirteenmile Wash

HUALAPAI DRIVE

CHEMEHUEVE DRIVE

Thirteenmile

CLUBHOUSE ROAD

WEST LOOP ROAD

AZTEC ROAD

HOLY

SACRAMENTO ROAD

CENTENNIAL ROAD

EAST LOOP ROAD

OS-2
OS-5
P3-44
EX-1 291 ACRES
J-S5
EX-2 302 ACRES
Area 10-11
EX-3 243 ACRES
AREA 12
AREA 12
AREA 13
EX-4 363 ACRES
OS-4
OS-3
OS-1
OS-5b
OS-7
OS-8

J-N5
J-S26
J-M01
J-D-C

WEST LOOP

EAST LOOP

MAIN CHANNEL

2523
2581
2566
2689
2657
2628
2560
2581
2500
2526
2586
2540
2560
2469
2460
2460
2560
2560
2564
2580
2340
2689
2715
2730
2720
2743
2584

**ASSUME: PROPOSED LOOP ROADS DIVERT OFFSITE RUNOFF AWAY FROM PROJECT RUNOFF = (100 YRS, 6 HRS.)**

**EXISTING SITE BASINS FLOW SUMMARY**

| BASIN CONC. OFF-SITE SHED | AREA (sq. mi.) | 100 yr, 6-hr (cfs) |
|---|---|---|
| OS-3 | 0.025 | 71 |
| OS-4 | 0.111 | 187 |
| J-A | 0.139 | 217 |
| OS-1 | 0.089 | 167 |
| J-B | 0.826 | 746 |
| OS-5 | 0.058 | 119 |
| OS-2 | 0.075 | 142 |
| J-C | 0.133 | 211 |
| OS-6 | 0.204 | 344 |
| OS-7 | 0.067 | 132 |
| J-D | 0.371 | 409 |
| OS-8 | 0.346 | 469 |
| J-N5 | 0.5421 | 537 |

* OFF-SITE (OS) FLOWS BASED ON INDIRECT METHODS (Q=#50A^##)

**COMPARISON FLOW SUMMARY**

| JUNCTION | EXIST. SHEDS | EXIST. AREA | EXIST. FLOW* | DEV. AREA | DEV. FLOW* |
|---|---|---|---|---|---|
| J-N5 | EX1, OS-2 & 5 | 0.576 | 545 | 0.542 | 722 |
| J-S26 | EX 2 & 3 | 0.909 | 794 | 0.947 | 799 |
| J-M01 | EX 3 & 4 | 1.467 | 1,107 | 1.455 | 995 |

* EXIST FLOW BASED ON INDIRECT METHODS (Q=#50A^##)
* DEVELOPED FLOW BASED ON MODEL RESULTS

**LEGENDS:**
→ PROPOSED DRAINAGE CHANNEL
PROPOSED PIPE
• FLOW CONCENTRATION POINT
PROPOSED CULVERT
DRAINAGE SHED BOUNDARY
DRAINAGE SUB-SHED BOUNDARY
SITE BOUNDARY

**Stanley Consultants** INC.

5820 S. EASTERN AVENUE, SUITE 300
LAS VEGAS, NEVADA 89119   (702) 369-9396

GOLDEN VALLEY RANCH
EXISTING DRAINAGE AND PROPOSED OFFSITE IMPROVEMENTS
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY                    ARIZONA          FIGURE 5