GOLF COURSE

Mohave County Planning and Zoning Commission
P.O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) **RHODES HOMES ARIZONA, LLC** hereby request the rezoning of:

_____
(legal description of subject property)

Assessor's Parcel Number (APN) **PORTIONS 215-16-005, 215-01-092, 215-01-010, 215-01-0**

From: **A-R**      Proposed to be: **C-RE**
(Current Zoning)         (Proposed Zoning)

For the purpose of: **PRIVATELY OWNED GOLF COURSE AVAILABLE TO PUBLIC**
(Proposed use of Property)

and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission

Present use of property: **VACANT**     Zoning **A-R**
Owner: (proof required*) **AMERICAN LAND MANAGEMENT LLC, SOUTH DAKOTA LLC**
Owner: (address) **6101 MUSTANG CIRCLE, SIOUX FALLS, SD, 51708**
Phone: _____

Property owner concurs: _Charles Sv_
(Owner's Signature Required)

SARALYN ROSENLUND
Notary Public - Nevada
No. 02-76738-1
My Appt. Exp July 11, 2006

### SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property **DEVELOPER**

Applicant: **RHODES HOMES AZ, LLC. c/o STANLEY CONSULTANTS**

Address: **ATTENTION- LORA DREJA, 3001 S. STOCKTON HILL ROAD, #3**

City: **KINGMAN**     State: **AZ**     Zip **86401**   Phone: **(702) 765-6342**

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted _____   Received by: _____
Fee _____              Receipt No: _____
Ten (10) Copies Received:
Application: _____   Other: _____   Sketch: _____