

**Stanley Consultants** INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

November 2, 2005

Attention:  Stuart Lane

Re: Letter of Request for Abandonment of Dedicated right-of-way and Prescriptive
Easements

Dear Mr. Lane,

On behalf our client, American Land Management, LLC, Stanley Consultants requests an
abandonment of public roadway within the Golden Valley Ranch Master Plan area.  The
proposed abandonments will facilitate the construction of the previously approved
General Plan amendment for the Golden Valley Ranch community (see conceptual plans
attached).  Specifically, we request the abandonment of the Aztec, Sacramento and
Centennial roadways from Chemehuevi Drive northbound to Shinarump Drive as
outlined in the attached exhibit.

The Golden Valley Ranch plan provides a more effective roadway system to circulate
both internal and through traffic.  The attached exhibit outlines a preliminary system of
loop roads that will replace the north/south roadways.  The loop roads present a suitable
alternative to a grid system of roadways as they minimize the need for large intersections
and moderate speeds by use of a meandering layout.

The loop road system will be developed in phases.  The roadways will be dedicated and
constructed to simultaneous with the completion of the housing areas that they serve.  In
the interim, the developer will be granting a series of roadway easements to allow travel
from the constructed areas, across the site to Aquarius Road.

If you require additional information, do not hesitate to call me at (702) 765-6342

My Best,

Lora Dreja
Land Planner, Stanley Consultants



GOLDEN VALLEY RANCH
RIGHT OF WAY

ROADWAY ABANDONMENT
GOLDEN VALLEY
MASTER DEVELOPMENT PLAN

Stanley Consultants INC.

