

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

March 1, 2006

Re: Abandonment of a portion of Rainwater Drive

Dear Property Owner:

On behalf our client, Rhodes Homes Arizona, LLC, Stanley Consultants has applied for a abandonment of Rainwater Drive within Township 21 North, Range 18 West, Section 22. Specifically, we are pursing the portion of roadway easement between parcel 125 and 132.

Mohave County records indicate that you own property near the subject easement. If you have comments or concerns, please send them to Mohave County Planning and Zoning at the following address.

Mohave County Planning & Zoning
PO BOX 7000
Kingman AZ, 86402

Comments may also be heard at a public hearing which will be scheduled at a later date.

As the representative for the owner of the subject property, you may direct your questions or comments to me at (702) 765-6342 or the Mohave County Planning and Zoning Office, (928) 757-0903.

My Best,

Lora Dreja
Land Planner, Stanley Consultants

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702.369.9396 • fax 702.369.9793
www.stanleyconsultants.com