Mohave County Planning and Zoning Commission
P O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) ___Rhodes Homes AZ, LLC___ hereby request the rezoning of:

___parcels 306-63-014 and 306-63-015 (legal desc. attached)___
(legal description of subject property)

From: __A-R/6A__   Proposed to be: ~~N-R~~ R-P
(Current Zoning)              (Proposed Zoning)

For the purpose of: __Regional Public Park__
(Proposed use of Property)

and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission

Present use of property: __Vacant__   Zoning __AR/6A__
Owner: (proof required*) __South Dakota Conservancy LLC__
Owner: (address) __6101 South Mustang Circle  Sioux Falls SD 57108__
Phone: __(605) 201-8353__

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Property owner concurs: ___Charles Sal___
(Owner's Signature)

CRYSTAL LYNN HAWKINS
Notary Public State of Nevada
No. 03-85327-1
My appt. exp. Nov. 17, 2007

*Crystal Lynn Hawkins* (signature)

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

Applicant's interest in the property __Developer__

Applicant: __Rhodes Homes AZ, LLC c/o Stanley Consultants__  contact: LORA DREJA

Address: __5820 S Eastern Ave #200,__

City: __Las Vegas__  State: __NV__  Zip __89119__  Phone: __(702) 369-9793__

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted _____   Received by: _____
Fee _____           Receipt No.: _____
Ten (10) Copies Received:
Application:      Other:          Sketch: