DoD 3

Mohave County Planning and Zoning Commission
P.O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) RHODES HOMES ARIZONA LLC hereby request the rezoning of:

_____
(legal description of subject property)
Assessor's Parcel Number (APN) 215-01-092
From: AR                  Proposed to be: S-D RESIDENTIAL
(Current Zoning)              (Proposed Zoning)

For the purpose of: SINGLE FAMILY RESIDENTIAL COMMUNITY WITH UNIQUE
                    (Proposed use of Property) DEVELOPMENT STANDARDS
and request that the Board of Supervisors set this matter for public hearing following evaluation
by the Planning and Zoning Commission

Present use of property: VACANT              Zoning A-R
Owner: (proof required*) AMERICAN LAND MANAGEMENT
Owner: (address) 6101 S. MUSTANG CIRCLE, SIOUX FALLS SD, 51708
Phone:

Property owner concurs: _____
                (Owner's Signature Required)

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property DEVELOPER

Applicant: RHODES HOMES ARIZONA c/o STANLEY CONSULTANTS
Address: ATTN LORA DREJAS 5820 S. EASTERN AVE #140
City: LAS VEGAS    State: NV    Zip 89119   Phone: 765-6300

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted_____    ____ Received by:_____
Fee_____    ____ Receipt No :_____
Ten (10) Copies Received:
Application:_____ ___ Other:____ _____ Sketch:_____



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
C. HART
Appt. No. 05-95969-1
My Appt. Expires April 8, 2009