Mohave County Planning and Zoning Commission
P.O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) **RHODES HOMES ARIZONA LLC** hereby request the rezoning of:

(legal description of subject property)
Assessor's Parcel Number (APN) **A PORTION OF 215-01-080**
From: **A-R 5A**    Proposed to be: **SD-RM**
(Current Zoning)    (Proposed Zoning)

For the purpose of: **DEVELOPING APARTMENTS**
(Proposed use of Property)
and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission.

Present use of property: **VACANT**    Zoning **A-R**
Owner: (proof required*) **SOUTH DAKOTA CONSERVANCY LLC**
Owner: (address) **4730 S. FORT APACHE ROAD #300**
Phone: **(702) 873-5538**

Property owner concurs: _____
(Owner's Signature Required)

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property **DEVELOPER**

Applicant: **RHODES HOMES c/o STANLEY CONSULTANTS - LORA DREJA**
Address: **5820 S. EASTERN AVE #140**
City: **LAS VEGAS**    State: **NV**    Zip **89119**    Phone: **(702) 765-6342**

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted _____    Received by: _____
Fee _____    Receipt No.: _____
Ten (10) Copies Received:
Application: _____    Other: _____    Sketch: _____