App 1

Mohave County Planning and Zoning Commission
P O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) __RHODES HOMES ARIZONA__ hereby request the rezoning of:

_____
(legal description of subject property)

Assessor's Parcel Number (APN) __215-16-005   215-01-075__

From: __A-R__  Proposed to be: __SD - PAD__
(Current Zoning)         (Proposed Zoning)

For the purpose of: __A SINGLE FAMILY RESIDENTIAL COMMUNITY WITH UNIQUE DEVELOPMENT STANDARDS__
(Proposed use of Property)

and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission

Present use of property: __VACANT__  Zoning __A-R__
Owner: (proof required*) __AMERICAN LAND MANAGEMENT LLC, (SOUTH DAKOTA L.LC__
Owner: (address) __6101 S. MUSTANG CIRCLE, SIOUX FALLS, SD 51708__
Phone: _____

Property owner concurs: __Charles Sa[signature]__
(Owner's Signature Required)

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property __DEVELOPER__

Applicant: __RHODES HOMES AZ c/o STANLEY CONSULTANTS__

Address: __ATTENTION: LORA DREJA, 3001 S. STOCKTON HILL ROAD #3__

City: __KINGMAN__  State: __AZ__  Zip __86401__  Phone: __(702) 765-6542__

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted _____  Received by: _____
Fee _____  Receipt No : _____
Ten (10) Copies Received:
Application: _____  Other: _____  Sketch: _____

SARALYN ROSENLUND
Notary Public - Nevada
No 02-76733-1
My Appt Exp July 11, 2006

[Notary signature]