# State of South Dakota



## OFFICE OF THE SECRETARY OF STATE

## Certificate of Organization
## Limited Liability Company

### ORGANIZATIONAL ID #: DL007908

I, Chris Nelson, Secretary of State of the State of South Dakota, hereby certify that the Articles of Organization of **AMERICAN LAND MANAGEMENT, LLC** duly signed and verified, pursuant to the provisions of the South Dakota Limited Liability Company Act, have been received in this office and are found to conform to law.

**ACCORDINGLY** and by virtue of the authority vested in me by law, I hereby issue this Certificate of Organization and attach hereto a duplicate of the Articles of Organization.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of South Dakota, at Pierre, the Capital, this September 14, 2004.



*Chris Nelson*

**Chris Nelson**
**Secretary of State**

Cert of Organization LLC Merge.doc

# State of South Dakota



## OFFICE OF THE SECRETARY OF STATE

## Certificate of Organization
## Limited Liability Company

### ORGANIZATIONAL ID #: DL007908

I, Chris Nelson, Secretary of State of the State of South Dakota, hereby certify that the Articles of Organization of **AMERICAN LAND MANAGEMENT, LLC** duly signed and verified, pursuant to the provisions of the South Dakota Limited Liability Company Act, have been received in this office and are found to conform to law.

**ACCORDINGLY** and by virtue of the authority vested in me by law, I hereby issue this Certificate of Organization and attach hereto a duplicate of the Articles of Organization.



**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the Great Seal of the State of South Dakota, at Pierre, the Capital, this September 14, 2004.

*Chris Nelson*
**Chris Nelson**
**Secretary of State**

Cert of Organization LLC Merge.doc



SEPTEMBER 16, 2004

RHODES HOMES
4730 S FORT APACHE RD, STE 300
LAS VEGAS, NV 89147

ATTENTION: PAUL HUYGENS

RE: **AMERICAN LAND MANAGEMENT, LLC**

JURISDICTION: **SOUTH DAKOTA**

ENCLOSED PLEASE FIND THE FOLLOWING FILED DOCUMENT(S) YOU REQUESTED:
**ARTICLES OF ORGANIZATION**
**FIRST ANNUAL REPORT**

CLAS INFORMATION SERVICES
*Jennifer Pierroz*
SERVICE REPRESENTATIVE
JC

WWW.CLASINFO.COM

2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 95825
TEL:916 564 7800 / 800 952 5696
FAX:916 564 7900

*Providing public record services for the legal and lending communities*

SECRETARY OF STATE
STATE CAPITOL
500 E. CAPITOL AVE
PIERRE, S.D. 57501
(605)773-4845
FAX (605)773-4550

# ARTICLES OF ORGANIZATION
## OF A
## DOMESTIC LIMITED LIABILITY COMPANY

RECEIVED
SEP 14 '04
S.D. SEC. OF STATE

1. The name of the Limited Liability Company is: AMERICAN LAND MANAGEMENT, LLC

2. The duration of the company if other than perpetual is: N/A

3. The address of the initial designated office is: 6101 S. Mustang Circle, Sioux Falls, SD 57108

4. The name and street address of the initial agent for service of process is: National Registered Agents, Inc.

300 South Phillips Avenue, Suite 300

Sioux Falls, SD 57104-6322

5. The name and address of each organizer:
Jennifer Pierroz
2020 Hurley Way, Ste 350
Sacramento, CA 95825

6. If the company is to be a manager-managed company rather than a member-managed company, the name and address of each initial manager is:

1) Charles Sakura
   6101 S. Mustang Circle
   Sioux Falls, SD 57108

2) Marty Butler
   6101 S. Mustang Circle
   Sioux Falls, SD 57108

7. Whether one or more of the members of the company are to be liable for its debts and obligations under SDCL 47-34A-303 (c)
One Member, Joshua Choya Trust, 7491 Aardvard Walks, Las Vegas, NV 89113.

8. Any other provisions, not inconsistent with law, which the members elect to set out in the articles of organization.
n/a

The Articles of Organization must be signed by the organizers and must state adjacent to the signature the name and capacity of the signer.

Date: 09/08/2004        Jennifer Pierroz-Organizer    _Jennifer Pierroz - Organizer_
                                                      (Signature and Title)

_____
(Signature and Title)

_____
(Signature and Title)

**FILING INSTRUCTIONS:**

- One or more persons may organize a Limited Liability Company
- The articles must be accompanied by the first Annual Report
- One original and one exact or conformed copy must be submitted

artorg pdf

App 2

Mohave County Planning and Zoning Commission
P.O. Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) **RHODES HOMES ARIZONA** hereby request the rezoning of:

_____
(legal description of subject property)
Assessor's Parcel Number (APN) **215-01-092 AND 215-01-010**
From: **A-R**                  Proposed to be: **SD - PAD**
(Current Zoning)               (Proposed Zoning)

For the purpose of: **A SINGLE FAMILY RESIDENTIAL COMMUNITY WITH UNIQUE DEVELOPMENT STANDARDS**
(Proposed use of Property)
and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission.

Present use of property: **VACANT**         Zoning **A-R**
Owner: (proof required*) **AMERICAN LAND MANAGEMENT LLC, A SOUTH DAKOTA LLC**
Owner: (address) **6101 S. MUSTANG CIRCLE, SIOUX FALLS, SD 51708**
Phone: _____

Property owner concurs: _____
(Owner's Signature Required)

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property **DEVELOPER**

Applicant: **RHODES HOMES AZ c/o STANLEY CONSULTANTS**

Address: **ATTENTION: LORA DREJA, 3001 S. STOCKTON HILL ROAD #3**

City: **KINGMAN**   State: **AZ**   Zip **86401**   Phone: **(702) 765-6542**

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable.

Date submitted_____  Received by:_____
Fee_____  Receipt No:_____
Ten (10) Copies Received:
Application:_____  Other:_____  Sketch:_____



SARALYN ROSENLUND
Notary Public - Nevada
No 02-76733-1
My Appt Exp July 11, 2006