INDUSTRIAL
AREA

Mohave County Planning and Zoning Commission
P O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) RHODES HOMES ARIZONA, LLC hereby request the
rezoning of:

_____
(legal description of subject property)

Assessor's Parcel Number (APN) _____ 215-23-001

From: A-R _____ Proposed to be: MX
     (Current Zoning)        (Proposed Zoning)

For the purpose of: WASTE WATER TREATMENT PLANT, 1 MGD PLANT
                    (Proposed use of Property)

and request that the Board of Supervisors set this matter for public hearing following evaluation
by the Planning and Zoning Commission

Present use of property: VACANT _____ Zoning A - R
Owner: (proof required*) SOUTH DAKOTA CONSERVANCY LLC
Owner: (address) 6(01 MUSTANG CIRCLE, SIOUX FALLS, SD, 51708

Phone: _____

Property owner concurs: _____
                        (Owner's Signature Required)

SARALYN ROSENLUND
Notary Public - Nevada
No 02-76733-1
My Appt. Exp. July 11, 2006

## SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property DEVELOPER

Applicant: RHODES HOMES AZ, LLC. c/o STANLEY CONSULTANTS

Address: ATTENTION: LORA DREJA, 3001 S. STOCKTON HILL ROAD, #3

City: KINGMAN _____ State: AZ _ Zip 86401 Phone: (702) 765-6342

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim
Deed is not acceptable

Date submitted_____   Received by:_____
Fee_____     Receipt No :_____
Ten (10) Copies Received:
Application:_____   Other:_____   Sketch:_____