INFORMATION CENTER

Mohave County Planning and Zoning Commission
P O Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A REZONE

Dear Sir:

I (We) **RHODES HOMES ARIZONA, LLC** hereby request the rezoning of:

_(legal description of subject property)_
Assessor's Parcel Number (APN) **PORTION OF 215-01-092**
From: **A-R** (Current Zoning)    Proposed to be: **R-M** (Proposed Zoning)

For the purpose of: **QUAZI-PUBLIC INFORMATION CENTER TO SERVICE GOLDEN VALLEY RANCH.**
(Proposed use of Property)
and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission

Present use of property: **VACANT**    Zoning **A-R**
Owner: (proof required*) **AMERICAN LAND MANAGEMENT LLC, SOUTH DAKOTA LLC**
Owner: (address) **6101 MUSTANG CIRCLE SIOUX FALLS, SD, 57108**
Phone: _____
Property owner concurs: _(signature)_
(Owner's Signature Required)

CARALYN ROSENLUND
Notary Public - Nevada
No. 02-76730-1
My Appt. Exp. July 11, 2006

**SUBMIT TEN (10) COPIES OF 8 1/2 X 11 SITE PLAN AND DRAWING WITH TEN (10) COPIES OF THIS FORM**

(TO BE FILLED IN IF OWNER AND APPLICANT DIFFERENT)

Applicant's interest in the property **DEVELOPER**

Applicant: **RHODES HOMES AZ, LLC. c/o STANLEY CONSULTANTS**
Address: **ATTENTION: LORA DREJA, 3001 S. STOCTON HILL ROAD, #3**
City: **KINGMAN**    State: **AZ**    Zip **86401**    Phone: **(702) 765-6342**

*ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted _____    Received by: _____
Fee _____    Receipt No: _____
Ten (10) Copies Received:
Application: _____    Other: _____    Sketch: _____