APPLICATION FOR ZONING USE PERMITS WILL NOT BE ACCEPTED
UNTIL CORRECT INFORMATION IS RECEIVED

Mohave County Planning and Zoning Commission
P.O. Box 7000
Kingman Arizona 86402-7000

## APPLICATION FOR A ZONING USE PERMIT (ZUP)

Dear Sirs:

I (We) **RHODES HOMES AZ LLC** hereby request a Mohave County Zoning Use Permit to establish:
(proposed use) **TEMPORARY WASTE WATER TREATMENT PLANT**

and request that the Board of Supervisors set this matter for public hearing following evaluation by the Planning and Zoning Commission:
Legal Description: **SEE PLAN**

Assessor's Parcel Number (APN) **215-16-005, 215-01-075**
Present use of property: **VACANT**    Zoning: **AR**
Owner: (proof required*) **AMERICAN LAND MANAGEMENT**
Owner: (address) **6101 MUSTANG CIR, SIOUX FALLS** Phone: **S.D. 57108**
Property owner concurs: _____
(Owner's Signature - Required)

SARALYN ROSENLUND
Notary Public - Nevada
No. 02-76733-1
My Appt. Exp. July 11, 2008

### SUBMIT TEN (10) COPIES 8 1/2" X 11" SITE PLAN AND VICINITY DRAWINGS ALONG WITH TEN (10 COPIES OF THIS FORM

(TO BE FILLED IN IF OWNER AND APPLICANT ARE DIFFERENT)

Applicant's interest in the Property **DEVELOPER**

Applicant: **RHODES HOMES AZ, LLC.**
(Signature)
Address: **C/O STANLEY CONSULTANTS, 3001 STOCTON HILL ROAD, UNIT 3**
City **KINGMAN**    State: **AZ**    Zip: **86401**    Phone: **(702) 765-6342**

### MOHAVE COUNTY BUILDING PERMIT FOR OTHER FEES MAY BE REQUIRED IN ADDITION TO THE ZONING USE PERMIT

Commencement of use or construction prior to the issuance of a Mohave County Building (Zoning) permit may require a penalty fee

### *ONE (1) PROOF OF OWNERSHIP: Recorded Warranty or Joint Tenancy Deed; a Quit Claim Deed is not acceptable

Date submitted: _____    Received by: _____
Fee: _____    Receipt No: _____
Ten (10) Copies Received:
Application: _____    Sketch: _____    Other: _____