# GOLDEN VALLEY RANCH
# POTABLE WATER
# RESERVOIR 2750 N-1

## BENCHMARK
BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## BASIS OF BEARING
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
LONGITUDE 114°09'21.57240"W (NAD '83)
HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N,
LONGITUDE 114°10'30.72281"W (NAD '83)
HEIGHT 2498.20458ift (NAVD'88)

## VICINITY MAP
NOT TO SCALE

## UTILITIES
| | | |
|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN | |
| WATER: | PERKINS MOUNTAIN | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE (928) 681-4129 |
| TELEPHONE: | FRONTIER | 2202 STOCKTON HILL (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET (928) 753-0723 |
| FIRE DISTRICT: | GOLDEN VALLEY FIRE DEPARTMENT | 3327 N. MAYER RD. (928) 565-3479 |

## OWNER
SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE ROAD
SUITE 300 LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## INDEX OF SHEETS

| SHEET NO. | DWG. NO. | DESCRIPTION |
|---|---|---|
| 1 | G1 | TITLE SHEET |
| 2 | G2 | GENERAL ABBREVIATIONS, GENERAL NOTES |
| 3 | G3 | GENERAL, MECHANICAL, SITE PLAN LEGEND |
| 4 | HC1 | OVERALL SITE AND SURVEY CONTROL PLAN |
| 5 | GR1 | GRADING PLAN |
| 6 | GR2 | GRADING SECTIONS AND DETAILS |
| 7 | UT1 | YARD PIPING PLAN |
| 8 | UT2 | YARD PIPING PROFILES |
| 9 | UT3 | YARD PIPING PROFILES |
| 10 | UT4 | RESERVOIR PLAN AND SECTIONS |
| 11 | UT5 | RESERVOIR SECTIONS AND DETAILS |
| 12 | UT6 | RESERVOIR DETAILS |
| 13 | UT7 | RESERVOIR DETAILS |
| 14 | DT1 | FENCE AND GATE DETAILS |
| 15 | E001 | ELECTRICAL SYMBOLS AND LEGEND |
| 16 | E002 | SINGLE LINE AND PANEL SCHEDULE |
| 17 | E003 | POWER AND GROUNDING PLAN |
| 18 | E004 | SCHEMATIC/CONNECTION DIAGRAM |
| 19 | E005 | COMMUNICATION SYSTEM ARCHITECTURE |
| 20 | E006 | CONDUIT BLOCK DIAGRAM |
| 21 | E007 | STANDARD DETAILS |
| 22 | E008 | STANDARD DETAILS |
| 23 | I001 | P&ID SYMBOLS AND LEGEND |
| 24 | I002 | PROCESS AND INSTRUMENTATION DIAGRAM |

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATELY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

---

DESIGN BY: BJH
DRAFTED BY: RDB
CHECKED BY:
SCALE (V) N/A
DATE: 1/18/06
SCALE (H) N/A
F.D. BK. #N/A

RHODES HOMES
2750-NORTH SITE

Stanley Consultants, INC.
5820 SOUTH EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119 (702) 369-9396

PROJECT: GOLDEN VALLEY RANCH POTABLE WATER RESERVOIR 2750 N-1

SHEET: TITLE SHEET

NOT FOR CONSTRUCTION

DRAWING NO. G1    1/18

## ABBREVIATIONS

| | |
|---|---|
| AB | ANCHOR BOLT |
| ABC | AGGREGATE BASE COURSE |
| AC | ASPHALT CONCRETE, AIR CONDITIONING UNIT |
| AD | ACCESS DOOR |
| ADDL | ADDITIONAL |
| AL | ALUMINUM |
| AF | AIR FILTER |
| AHU | AIR HANDLING UNIT |
| BC | BRASS CAP |
| BF | BLIND FLANGE |
| BLDG | BUILDING |
| BLK WALL | BLOCK WALL |
| BM | BEAM, BENCHMARK |
| BOD | BOTTOM OF DUCT ELEVATION |
| BOT | BOTTOM |
| BOP | BOTTOM OF PIPE ELEVATION |
| BV | BUTTERFLY VALVE |
| BVCE | BEGINNING OF VERTICAL CURVE ELEVATION |
| BVCS | BEGINNING OF VERTICAL CURVE STATION |
| CATV | CABLE TELEVISION |
| CC | COOLING COIL |
| CFM | CUBIC FEET PER MINUTE |
| CIR | CIRCLE |
| CJ | CONSTRUCTION JOINT |
| CL, C/L | CENTERLINE |
| CLR | CLEAR |
| CMU | CONCRETE MASONRY UNIT |
| CO | CLEAN OUT |
| CONC | CONCRETE |
| CONT | CONTINUOUS |
| COR | CORNER |
| CP | CATHODIC PROTECTION |
| CS | CHLORINE SOLUTION |
| CTR | CENTER |
| CW | COLD WATER |
| DB | DRY BULB |
| DET | DETAIL |
| DIA | DIAMETER |
| DIM | DIMENSION |
| DIP | DUCTILE IRON PIPE |
| DN | DOWN |
| DTL | DETAIL |
| DWG | DRAWING |
| E | ELECTRIC, EAST |
| EA | EACH |
| EF | EACH FACE, EXHAUST FAN |
| EG | EDGE OF GRAVEL |
| EL, ELEV | ELEVATION |
| EOP | EDGE OF PAVEMENT |
| EQUIP | EQUIPMENT |
| EVCE | END OF VERTICAL CURVE ELEVATION |
| EVCS | END OF VERTICAL CURVE STATION |
| EW | EACH WAY |
| EWTB | EACH WAY TOP AND BOTTOM |
| EXIST | EXISTING |
| EXP | EXPANSION |
| FCA | FLEXIBLE COUPLING ADAPTER |
| FD | FLOOR DRAIN |
| FF | FINISHED FLOOR ELEVATION |
| FG | FINISHED GRADE |
| FL | FLANGE |
| FLA | FULL LOAD AMPS |
| FM | FORCE MAIN |
| FOB | FLAT ON BOTTOM |
| FOT | FLAT ON TOP |
| FTG | FOOTING |
| GA | GAUGE |
| GAL | GALLON |
| GALV | GALVANIZED |
| GPM | GALLONS PER MINUTE |
| GRD | GRADE |
| GB | GRADE BREAK |
| GV | GATE VALVE |
| HB | HOSE BIBB OR WALL FAUCET |
| HL | HIGH LEVEL |
| HORIZ | HORIZONTAL |
| ID | INSIDE DIAMETER |
| IE, INV EL | INVERT ELEVATION |
| IF | INSIDE FACE |
| INV | INVERT |
| JT | JOINT |
| LT | LEFT |
| LB | POUND |
| LL | LOW LEVEL |
| MAX | MAXIMUM |
| MCC | MOTOR CONTROL CENTER |
| MCA | MINIMUM CIRCUIT AMPACITY |
| MFR | MANUFACTURER |
| M.G. | MILLION GALLONS |
| MH | MANHOLE |
| MIN | MINIMUM |
| MLP | MORTAR LINED PIPE, EPOXY COATED EXTERIOR |
| MLCP | MORTAR LINED AND COATED PIPE |
| MJ | MECHANICAL JOINT |
| MS | MECHANICAL STRUCTURAL |
| N | NORTH |
| NC | NORMALLY CLOSED |

## ABBREVIATIONS

| | |
|---|---|
| NTS | NOT TO SCALE |
| OA | OUTSIDE AIR |
| OBD | OPPOSED BLADE DAMPER |
| OC | ON CENTER |
| OF | OUTSIDE FACE |
| OD | OUTSIDE DIAMETER |
| P.& I.D. | PROCESS AND INSTRUMENTATION DIAGRAM |
| PC | POINT OF CURVE |
| PT | POINT OF TANGENT |
| PL | PLATE |
| PROJ | PROJECTION |
| PROP | PROPERTY |
| PVC | POLYVINYL CHLORIDE PIPE |
| PVI | POINT OF VERTICAL INTERSECTION |
| PW | POTABLE WATER |
| RCP | REINFORCED CONCRETE PIPE |
| RD | ROOF DRAIN |
| REINF | REINFORCED |
| REQD | REQUIRED |
| REQ | REQUIREMENT |
| ROW | RIGHT OF WAY |
| RT | RIGHT |
| SCHED | SCHEDULE |
| SF | SUPPLY FAN |
| SMJ | SLEEVE MECHANICAL JOINT |
| SS, SST | STAINLESS STEEL |
| ST | STEEL |
| STD | STANDARD |
| STA | STATION |
| T | TOP, THICKNESS |
| TOC | TOP OF CONCRETE |
| TB | TERMINAL BLOCK |
| TS | TUBULAR STEEL |
| TW | TOP OF WALL |
| TWD | TOWARDS |
| TYP | TYPICAL |
| UG | UNDERGROUND |
| UH | UNIT HEATER |
| UNO | UNLESS NOTED OTHERWISE |
| V | VENT |
| VB | VALVE BOX |
| VB+C | VALVE BOX AND COVER |
| VCP | VITRIFIED CLAY PIPE |
| VC | VERTICAL CURVE |
| VD | VOLUME DAMPER |
| VG | VALLEY GUTTER |
| VERT | VERTICAL |
| VTR | VENT THRU ROOF |
| W | WATER |
| WB | WET BULB |
| WP | WORKING POINT |
| XFMR | ELECTRICAL TRANSFORMER |

1. ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PETITION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.

2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY.

3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.

4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.

5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.

6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.

7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.

8. ANY RELOCATION, MODIFICATION, ECT., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.

9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.

10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.

11. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.

12. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.

13. EXCEPT FOR THE WORK PREFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.

2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
BLUE STAKE    1-800-STAKE-IT
AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.

3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.

4. WATER MAIN SHALL BE DUCTILE IRON, MEETING THE DESIGN REQUIREMENTS OF AWWA C-150 AND MANUFACTURER REQUIREMENTS OF AWWA C-151.

5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.

6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.

7. TRENCHING AND BACK FILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.

8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A", AS AMENDED BY THE CITY OF KINGMAN.

9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.

10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.

11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 301.

12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTORS PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITIES CONNECTIONS, ETC.

13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.

14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.

15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND HAVE STRAIGHT ALIGNMENT.

16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-14, AND IN ACCORDANCE WITH M.A.G. SECTION 610.14 FOR DUCTILE IRON PIPE.

17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.

18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## FEMA FLOOD CONTROL

FLOOD ZONE DESIGNATION: FEMA-C

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY AMERICAN SOILS ENGINEERING, LLC.
DATED FEBRUARY 9, 2006
PROJECT No. 1125-GEO.

## ENGINEER'S NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.

2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.

## ESTIMATE OF QUANTITIES

| DESCRIPTION | QUANTITY | UNIT |
|---|---:|---|
| 1.0 MG STEEL RESERVOIR & FOUNDATION | 1 | EA |
| 12" DUCTILE IRON PIPE | 690 | LF |
| 24" DUCTILE IRON PIPE | 400 | LF |
| 12" MLCP STL | 14 | LF |
| 12" STL PIPE | 36 | LF |
| 12" RCP PIPE | 63 | LF |
| 12" GV & VB+C | 6 | EA |
| 12" BUTTERFLY VALVE | 2 | EA |
| 24" BUTTERFLY VALVE | 3 | EA |
| 2" PVC CONDUIT | 510 | LF |

**PROJECT:** GOLDEN VALLEY RANCH POTABLE WATER RESERVOIR 2750 N-1

RHODES HOMES
2750-NORTH SITE

DESIGN BY: BJH
DRAFTED BY: ROB
CHECKED BY:
SCALE (V): N/A
DATE: 1/18/06
SCALE (H): N/A
F.D. BK. #N/A

Stanley Consultants inc.
A Stanley Group Company
Engineering, Environmental and Construction Services
5820 SOUTH EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119  (702) 369-8396
Worldwide

SHEET:
GENERAL ABBREVIATIONS, GENERAL NOTES

NOT FOR CONSTRUCTION

DRAWING NO.
G2
2/18

























TYPICAL GATE INSTALLATION  B-DT1
NO SCALE



TYPICAL CORNER, ANGLE AND PULL POST DETAIL
NTS    (TWO BRACE POST ASSEMBLIES)(ISOMETRIC VIEW)



TYPICAL PULL POST INSTALLATION DETAIL  A-DT1
NTS    (AS SHOWN OR AS REQUIRED)



TYPICAL GROUND ROD INSTALLATION DETAIL
NTS    MAXIMUM SPACING 100 FT



TYPICAL POST INSTALLATION DETAIL
NTS

PROJECT: GOLDEN VALLEY RANCH POTABLE WATER RESERVOIR 2750 N-1
RHODES HOMES 2750-NORTH SITE
SHEET: FENCE AND GATE DETAILS
NOT FOR CONSTRUCTION
DRAWING NO. DT1    14