# HCS Arterial Planning Results – 2025 P.M. Peak Hour

## Exterior Roadways

### Aquarius Drive

_____PLANNING ANALYSIS_____

```
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Aquarius Drive
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT    26000     vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N   2
Free flow speed, FFS                       40       mph
Urban class                                2
Section length                             4.60     miles
Median                                     No
Left-turn bays                             Yes
```

_____Signal Characteristics_____

```
Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0     sec
Effective green ratio, g/C           0.600
```

_____Results_____

```
Annual average daily traffic, AADT   26000     vpd
Two-way hourly volume                2340      vph
Hourly directional volume            1170      vph
Through-volume 15-min. flow rate     650       v
Running time                         414.0     sec
v/c ratio                            0.32
Through capacity                     2050      vph
Progression factor, PF               1.000
Uniform delay                        8.9       sec
Filtering/metering factor, I         0.958
Incremental delay                    0.4       sec
Control delay                        9.3       sec/v
Total travel speed, Sa               38.3      mph
Total urban street LOS               A
```

# Aztec Road

## PLANNING ANALYSIS

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc.
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Aztec Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

### Traffic Characteristics

```
Annual average daily traffic, AADT      44000      vpd
Planning analysis hour factor, K        0.090
Directional distribution factor, D      0.500
Peak-hour factor, PHF                    0.900
Adjusted saturation flow rate           1800       pcphgpl
Percent turns from exclusive lanes      50         %
```

### Roadway Characteristics

```
Number of through lanes one direction, N   3
Free flow speed, FFS                          45        mph
Urban class                                   2
Section length                                4.40      miles
Median                                        Yes
Left-turn bays                                Yes
```

### Signal Characteristics

```
Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)       Actuated
Cycle length, C                          90.0       sec
Effective green ratio, g/C               0.600
```

### Results

```
Annual average daily traffic, AADT      44000      vpd
Two-way hourly volume                   3960       vph
Hourly directional volume               1980       vph
Through-volume 15-min. flow rate        1100       v
Running time                            352.0      sec
v/c ratio                               0.34
Through capacity                        3240       vph
Progression factor, PF                  1.000
Uniform delay                           9.0        sec
Filtering/metering factor, I            0.950
Incremental delay                       0.3        sec
Control delay                           9.3        sec/v
Total travel speed, Sa                  42.7       mph
Total urban street LOS                  A
```

# Bacobi Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Bacobi Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT    37000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      45        mph
Urban class                               2
Section length                            4.40      miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT    37000      vpd
Two-way hourly volume                 3330       vph
Hourly directional volume             1665       vph
Through-volume 15-min. flow rate      925        v
Running time                          352.0      sec
v/c ratio                             0.43
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         9.7        sec
Filtering/metering factor, I          0.906
Incremental delay                     0.6        sec
Control delay                         10.3       sec/v
Total travel speed, Sa                42.5       mph
Total urban street LOS                A
```

# Colorado Road

PLANNING ANALYSIS

```
Analyst:                 Kondala Rao Mantri
Agency/Co.:              Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Colorado Road
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics

```
Annual average daily traffic, AADT     20000      vpd
Planning analysis hour factor, K        0.090
Directional distribution factor, D      0.500
Peak-hour factor, PHF                    0.900
Adjusted saturation flow rate           1800       pcphgpl
Percent turns from exclusive lanes      50         %
```

Roadway Characteristics

```
Number of through lanes one direction, N   2
Free flow speed, FFS                       45        mph
Urban class                                2
Section length                             4.60      miles
Median                                     Yes
Left-turn bays                             Yes
```

Signal Characteristics

```
Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                            90.0      sec
Effective green ratio, g/C                 0.600
```

Results

```
Annual average daily traffic, AADT    20000     vpd
Two-way hourly volume                  1800      vph
Hourly directional volume              900       vph
Through-volume 15-min. flow rate       500       v
Running time                           368.0     sec
v/c ratio                              0.23
Through capacity                       2160      vph
Progression factor, PF                 1.000
Uniform delay                          8.4       sec
Filtering/metering factor, I           0.982
Incremental delay                      0.2       sec
Control delay                          8.6       sec/v
Total travel speed, Sa                 43.0      mph
Total urban street LOS                 A
```

## Sacramento Road

```
_____PLANNING ANALYSIS_____
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Sacramento Road
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   18000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       40        mph
Urban class                                2
Section length                             5.00      miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0       sec
Effective green ratio, g/C           0.600


_____Results_____

Annual average daily traffic, AADT   18000      vpd
Two-way hourly volume                1620       vph
Hourly directional volume            810        vph
Through-volume 15-min. flow rate     450        v
Running time                         450.0      sec
v/c ratio                            0.21
Through capacity                     2160       vph
Progression factor, PF               1.000
Uniform delay                        8.2        sec
Filtering/metering factor, I         0.986
Incremental delay                    0.2        sec
Control delay                        8.4        sec/v
Total travel speed, Sa               38.6       mph
Total urban street LOS               A
```

# Shinarump Drive

## PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Shinarump Drive |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2025 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

### Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 26000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

### Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 3 | |
| Free flow speed, FFS | 45 | mph |
| Urban class | 2 | |
| Section length | 5.00 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

### Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

### Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 26000 | vpd |
| Two-way hourly volume | 2340 | vph |
| Hourly directional volume | 1170 | vph |
| Through-volume 15-min. flow rate | 650 | v |
| Running time | 400.0 | sec |
| v/c ratio | 0.20 | |
| Through capacity | 3240 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.2 | sec |
| Filtering/metering factor, I | 0.988 | |
| Incremental delay | 0.1 | sec |
| Control delay | 8.3 | sec/v |
| Total travel speed, Sa | 43.2 | mph |
| Total urban street LOS | A | |

# Tombstone Trail

```
_____PLANNING ANALYSIS_____
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Tombstone Trail
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   8000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      40       mph
Urban class                               2
Section length                            8.00     miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0      sec
Effective green ratio, g/C           0.600


_____Results_____

Annual average daily traffic, AADT   8000      vpd
Two-way hourly volume                720       vph
Hourly directional volume            360       vph
Through-volume 15-min. flow rate     200       v
Running time                         720.0     sec
v/c ratio                            0.09
Through capacity                     2160      vph
Progression factor, PF               1.000
Uniform delay                        7.6       sec
Filtering/metering factor, I         0.998
Incremental delay                    0.1       sec
Control delay                        7.7       sec/v
Total travel speed, Sa               39.2      mph
Total urban street LOS               A
```

# Interior Roadways

## Aztec Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Aztec Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
_____Traffic Characteristics_____

Annual average daily traffic, AADT    41000      vpd
Planning analysis hour factor, K       0.090
Directional distribution factor, D     0.500
Peak-hour factor, PHF                  0.900
Adjusted saturation flow rate          1800       pcphgpl
Percent turns from exclusive lanes     50         %
```

```
_____Roadway Characteristics_____

Number of through lanes one direction, N  3
Free flow speed, FFS                       45      mph
Urban class                                2
Section length                             2.30    miles
Median                                     Yes
Left-turn bays                             Yes
```

```
_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600
```

```
_____Results_____

Annual average daily traffic, AADT    41000      vpd
Two-way hourly volume                 3690       vph
Hourly directional volume             1845       vph
Through-volume 15-min. flow rate      1025       v
Running time                          184.0      sec
v/c ratio                             0.32
Through capacity                      3240       vph
Progression factor, PF                1.000
Uniform delay                         8.9        sec
Filtering/metering factor, I          0.958
Incremental delay                     0.2        sec
Control delay                         9.1        sec/v
Total travel speed, Sa                40.9       mph
Total urban street LOS                A
```

# Bacobi Road Extension

## PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Bacobi Road Extension |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2025 |
| Project ID: Golden Valley Ranch Master Traffic Study | |

## Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 40000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

## Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 35 | mph |
| Urban class | 3 | |
| Section length | 0.60 | miles |
| Median | No | |
| Left-turn bays | Yes | |

## Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

## Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 40000 | vpd |
| Two-way hourly volume | 3600 | vph |
| Hourly directional volume | 1800 | vph |
| Through-volume 15-min. flow rate | 1000 | v |
| Running time | 67.2 | sec |
| v/c ratio | 0.49 | |
| Through capacity | 2050 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 10.2 | sec |
| Filtering/metering factor, I | 0.867 | |
| Incremental delay | 0.7 | sec |
| Control delay | 10.9 | sec/v |
| Total travel speed, Sa | 24.3 | mph |
| Total urban street LOS | B | |

# **Centennial Road Extension**

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Centennial Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   30000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       35         mph
Urban class                                3
Section length                             1.00       miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections            2
Arrival type, AT                    3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                     90.0       sec
Effective green ratio, g/C          0.600


_____Results_____

Annual average daily traffic, AADT   30000      vpd
Two-way hourly volume                2700       vph
Hourly directional volume            1350       vph
Through-volume 15-min. flow rate     750        v
Running time                         103.0      sec
v/c ratio                            0.35
Through capacity                     2160       vph
Progression factor, PF               1.000
Uniform delay                        9.1        sec
Filtering/metering factor, I         0.947
Incremental delay                    0.4        sec
Control delay                        9.5        sec/v
Total travel speed, Sa               29.5       mph
Total urban street LOS               B
```

## Cerbat Road Extension

PLANNING ANALYSIS
```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Cerbat Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID: Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics
```
Annual average daily traffic, AADT    10000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %
```

Roadway Characteristics
```
Number of through lanes one direction, N   2
Free flow speed, FFS                       35        mph
Urban class                                3
Section length                             1.00      miles
Median                                     No
Left-turn bays                             Yes
```

Signal Characteristics
```
Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                          90.0     sec
Effective green ratio, g/C               0.600
```

Results
```
Annual average daily traffic, AADT    10000    vpd
Two-way hourly volume                 900      vph
Hourly directional volume             450      vph
Through-volume 15-min. flow rate      250      v
Running time                          103.0    sec
v/c ratio                             0.12
Through capacity                      2050     vph
Progression factor, PF                1.000
Uniform delay                         7.8      sec
Filtering/metering factor, I          0.997
Incremental delay                     0.1      sec
Control delay                         7.9      sec/v
Total travel speed, Sa                30.3     mph
Total urban street LOS                A
```

# East Loop Road

```
                              PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         East Loop Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


                        Traffic Characteristics

Annual average daily traffic, AADT    34000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                        Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       35        mph
Urban class                                2
Section length                             3.50      miles
Median                                     Yes
Left-turn bays                             Yes


                        Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


                              Results

Annual average daily traffic, AADT    34000      vpd
Two-way hourly volume                 3060       vph
Hourly directional volume             1530       vph
Through-volume 15-min. flow rate      850        v
Running time                          360.0      sec
v/c ratio                             0.39
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         9.4        sec
Filtering/metering factor, I          0.925
Incremental delay                     0.5        sec
Control delay                         9.9        sec/v
Total travel speed, Sa                33.2       mph
Total urban street LOS                B
```

# East Middle Road

_____PLANNING ANALYSIS_____

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak hour
Urban Street:         East Middle Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ`
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT    8500      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N   2
Free flow speed, FFS                       30      mph
Urban class                                3
Section length                             1.40    miles
Median                                     No
Left-turn bays                             No
```

_____Signal Characteristics_____

```
Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)      Actuated
Cycle length, C                         90.0    sec
Effective green ratio, g/C              0.600
```

_____Results_____

```
Annual average daily traffic, AADT    8500      vpd
Two-way hourly volume                 765       vph
Hourly directional volume             382       vph
Through-volume 15-min. flow rate      212       v
Running time                          168.0     sec
v/c ratio                             0.12
Through capacity                      1726      vph
Progression factor, PF                1.000
Uniform delay                         7.8       sec
Filtering/metering factor, I          0.997
Incremental delay                     0.1       sec
Control delay                         7.9       sec/v
Total travel speed, Sa                27.4      mph
Total urban street LOS                B
```

# Hualapai Drive Extension

```
                          PLANNING ANALYSIS
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Hualapai Drive Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2025
Project ID:  Golden Valley Ranch Master Traffic Study


                       Traffic Characteristics

Annual average daily traffic, AADT    13000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                       Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       30        mph
Urban class                                3
Section length                             2.20      miles
Median                                     No
Left-turn bays                             No


                       Signal Characteristics

Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)      Actuated
Cycle length, C                         90.0      sec
Effective green ratio, g/C              0.600


                            Results

Annual average daily traffic, AADT    13000      vpd
Two-way hourly volume                 1170       vph
Hourly directional volume             585        vph
Through-volume 15-min. flow rate      325        v
Running time                          264.0      sec
v/c ratio                             0.19
Through capacity                      1726       vph
Progression factor, PF                1.000
Uniform delay                         8.1        sec
Filtering/metering factor, I          0.990
Incremental delay                     0.2        sec
Control delay                         8.4        sec/v
Total travel speed, Sa                28.2       mph
Total urban street LOS                B
```

## Indian Wells Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Indian Wells Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   8000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       30        mph
Urban class                                3
Section length                             1.30      miles
Median                                     No
Left-turn bays                             No


_____Signal Characteristics_____

Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                            90.0      sec
Effective green ratio, g/C                 0.600


_____Results_____

Annual average daily traffic, AADT   8000      vpd
Two-way hourly volume                720       vph
Hourly directional volume            360       vph
Through-volume 15-min. flow rate     200       v
Running time                         156.0     sec
v/c ratio                            0.12
Through capacity                     1726      vph
Progression factor, PF               1.000
Uniform delay                        7.7       sec
Filtering/metering factor, I         0.997
Incremental delay                    0.1       sec
Control delay                        7.9       sec/v
Total travel speed, Sa               27.2      mph
Total urban street LOS               B
```

# Mobile Road Extension

```
                          PLANNING ANALYSIS
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants. Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Mobile Road Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2025
Project ID:  Golden Valley Ranch Master Traffic Study


                          Traffic Characteristics

Annual average daily traffic, AADT   20000     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


                          Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       35        mph
Urban class                                3
Section length                             0.70      miles
Median                                     No
Left-turn bays                             No


                          Signal Characteristics

Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                            90.0      sec
Effective green ratio, g/C                 0.600


                          Results

Annual average daily traffic, AADT   20000     vpd
Two-way hourly volume                1800      vph
Hourly directional volume            900       vph
Through-volume 15-min. flow rate     500       v
Running time                         75.3      sec
v/c ratio                            0.29
Through capacity                     1726      vph
Progression factor, PF               1.000
Uniform delay                        8.7       sec
Filtering/metering factor, I         0.967
Incremental delay                    0.4       sec
Control delay                        9.1       sec/v
Total travel speed, Sa               27.0      mph
Total urban street LOS               B
```

# Ramada Road Extension

```
                             PLANNING ANALYSIS
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants. Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Ramada Road Extension
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
                          Traffic Characteristics

Annual average daily traffic, AADT  15000      vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800       pcphgpl
Percent turns from exclusive lanes  50         %
```

```
                          Roadway Characteristics

Number of through lanes one direction, N  2
Free flow speed, FFS                35         mph
Urban class                         3
Section length                      2.40       miles
Median                              No
Left-turn bays                      No
```

```
                          Signal Characteristics

Signalized intersections            2
Arrival type, AT                    3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                     90.0       sec
Effective green ratio, g/C          0.600
```

```
                             Results

Annual average daily traffic, AADT  15000      vpd
Two-way hourly volume               1350       vph
Hourly directional volume           675        vph
Through-volume 15-min. flow rate    375        v
Running time                        246.9      sec
v/c ratio                           0.22
Through capacity                    1726       vph
Progression factor, PF              1.000
Uniform delay                       8.3        sec
Filtering/metering factor, I        0.985
Incremental delay                   0.3        sec
Control delay                       8.6        sec/v
Total travel speed, Sa              32.7       mph
Total urban street LOS              A
```

# Sacramento Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Sacramento Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

Annual average daily traffic, AADT   33000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %

_____Roadway Characteristics_____

Number of through lanes one direction, N  3
Free flow speed, FFS                      45        mph
Urban class                               2
Section length                            1.10      miles
Median                                    Yes
Left-turn bays                            Yes

_____Signal Characteristics_____

Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                         90.0      sec
Effective green ratio, g/C              0.600

_____Results_____

Annual average daily traffic, AADT   33000      vpd
Two-way hourly volume                2970       vph
Hourly directional volume            1485       vph
Through-volume 15-min. flow rate     825        v
Running time                         95.9       sec
v/c ratio                            0.25
Through capacity                     3240       vph
Progression factor, PF               1.000
Uniform delay                        8.5        sec
Filtering/metering factor, I         0.977
Incremental delay                    0.2        sec
Control delay                        8.7        sec/v
Total travel speed, Sa               35.0       mph
Total urban street LOS               B
```

# TC Connector

```
_____PLANNING ANALYSIS_____
Analyst:                 Kondala Rao Mantri
Agency/Co.:              Stanley Consultants, Inc
Date Performed:          5/9/2006
Analysis Time Period:    P.M. Peak Hour
Urban Street:            TC Connecter
Direction of Travel:
Jurisdiction:            Mohave County, AZ
Analysis Year:           2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   24500     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       30      mph
Urban class                                3
Section length                             1.30    miles
Median                                     No
Left-turn bays                             No


_____Signal Characteristics_____

Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)       Actuated
Cycle length, C                          90.0    sec
Effective green ratio, g/C               0.600


_____Results_____

Annual average daily traffic, AADT   24500     vpd
Two-way hourly volume                2205      vph
Hourly directional volume            1102      vph
Through-volume 15-min. flow rate     612       v
Running time                         156.0     sec
v/c ratio                            0.35
Through capacity                     1726      vph
Progression factor, PF               1.000
Uniform delay                        9.1       sec
Filtering/metering factor, I         0.943
Incremental delay                    0.5       sec
Control delay                        9.7       sec/v
Total travel speed, Sa               26.7      mph
Total urban street LOS               B
```

## West Loop Road

```
                              PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consult
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         West Loop Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
                          Traffic Characteristics

Annual average daily traffic, AADT   20000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %
```

```
                          Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       35       mph
Urban class                                2
Section length                             3.20     miles
Median                                     Yes
Left-turn bays                             Yes
```

```
                          Signal Characteristics

Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0      sec
Effective green ratio, g/C           0.600
```

```
                              Results

Annual average daily traffic, AADT   20000     vpd
Two-way hourly volume                1800      vph
Hourly directional volume            900       vph
Through-volume 15-min. flow rate     500       v
Running time                         329.1     sec
v/c ratio                            0.23
Through capacity                     2160      vph
Progression factor, PF               1.000
Uniform delay                        8.4       sec
Filtering/metering factor, I         0.982
Incremental delay                    0.2       sec
Control delay                        8.6       sec/v
Total travel speed, Sa               33.3      mph
Total urban street LOS               B
```

# 2040 Results

# HCS Arterial Planning Results – 2040 P.M. Peak Hour

## Exterior Roadways

### Aquarius Drive

_____PLANNING ANALYSIS_____

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Aquarius Drive |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2040 |
| Project ID:  Golden Valley Ranch Master Traffic Study | |

_____Traffic Characteristics_____

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 28000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

_____Roadway Characteristics_____

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 40 | mph |
| Urban class | 2 | |
| Section length | 4.60 | miles |
| Median | No | |
| Left-turn bays | Yes | |

_____Signal Characteristics_____

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

_____Results_____

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 28000 | vpd |
| Two-way hourly volume | 2520 | vph |
| Hourly directional volume | 1260 | vph |
| Through-volume 15-min. flow rate | 700 | v |
| Running time | 414.0 | sec |
| v/c ratio | 0.34 | |
| Through capacity | 2050 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.1 | sec |
| Filtering/metering factor, I | 0.949 | |
| Incremental delay | 0.4 | sec |
| Control delay | 9.5 | sec/v |
| Total travel speed, Sa | 38.2 | mph |
| Total urban street LOS | A | |

## Aztec Road

```
                              PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc.
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Aztec Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


                         Traffic Characteristics

Annual average daily traffic, AADT    46000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                         Roadway Characteristics

Number of through lanes one direction, N  3
Free flow speed, FFS                      45       mph
Urban class                               2
Section length                            4.40     miles
Median                                    Yes
Left-turn bays                            Yes


                         Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


                              Results

Annual average daily traffic, AADT    46000      vpd
Two-way hourly volume                 4140       vph
Hourly directional volume             2070       vph
Through-volume 15-min. flow rate      1150       v
Running time                          352.0      sec
v/c ratio                             0.35
Through capacity                      3240       vph
Progression factor, PF                1.000
Uniform delay                         9.1        sec
Filtering/metering factor, I          0.943
Incremental delay                     0.3        sec
Control delay                         9.4        sec/v
Total travel speed, Sa                42.7       mph
Total urban street LOS                A
```

# Bacobi Road

_____PLANNING ANALYSIS_____

Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Bacobi Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 38000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

_____Roadway Characteristics_____

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 45 | mph |
| Urban class | 2 | |
| Section length | 4.40 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

_____Signal Characteristics_____

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

_____Results_____

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 38000 | vpd |
| Two-way hourly volume | 3420 | vph |
| Hourly directional volume | 1710 | vph |
| Through-volume 15-min. flow rate | 950 | v |
| Running time | 352.0 | sec |
| v/c ratio | 0.44 | |
| Through capacity | 2160 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.8 | sec |
| Filtering/metering factor, I | 0.899 | |
| Incremental delay | 0.6 | sec |
| Control delay | 10.4 | sec/v |
| Total travel speed, Sa | 42.5 | mph |
| Total urban street LOS | A | |

# Colorado Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Colorado Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

Annual average daily traffic, AADT    22000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %

_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       45        mph
Urban class                                2
Section length                             4.60      miles
Median                                     Yes
Left-turn bays                             Yes

_____Signal Characteristics_____

Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)         Actuated
Cycle length, C                            90.0      sec
Effective green ratio, g/C                 0.600

_____Results_____

Annual average daily traffic, AADT    22000      vpd
Two-way hourly volume                 1980       vph
Hourly directional volume             990        vph
Through-volume 15-min. flow rate      550        v
Running time                          368.0      sec
v/c ratio                             0.25
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         8.5        sec
Filtering/metering factor, I          0.977
Incremental delay                     0.3        sec
Control delay                         8.8        sec/v
Total travel speed, Sa                43.0       mph
Total urban street LOS                A
```

## Sacramento Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Sacramento Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   21000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       40         mph
Urban class                                2
Section length                             5.00       miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)         Actuated
Cycle length, C                            90.0       sec
Effective green ratio, g/C                 0.600


_____Results_____

Annual average daily traffic, AADT   21000      vpd
Two-way hourly volume                1890       vph
Hourly directional volume            945        vph
Through-volume 15-min. flow rate     525        v
Running time                         450.0      sec
v/c ratio                            0.24
Through capacity                     2160       vph
Progression factor, PF               1.000
Uniform delay                        8.4        sec
Filtering/metering factor, I         0.979
Incremental delay                    0.3        sec
Control delay                        8.7        sec/v
Total travel speed, Sa               38.5       mph
Total urban street LOS               A
```

## Shinarump Drive

```
_____PLANNING ANALYSIS_____
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Shinarump Drive
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT    28000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   3
Free flow speed, FFS                       45        mph
Urban class                                2
Section length                             5.00      miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT    28000      vpd
Two-way hourly volume                 2520       vph
Hourly directional volume             1260       vph
Through-volume 15-min. flow rate      700        v
Running time                          400.0      sec
v/c ratio                             0.22
Through capacity                      3240       vph
Progression factor, PF                1.000
Uniform delay                         8.3        sec
Filtering/metering factor, I          0.985
Incremental delay                     0.2        sec
Control delay                         8.4        sec/v
Total travel speed, Sa                43.2       mph
Total urban street LOS                A
```

**Tombstone Trail**

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Tombstone Trail
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID: Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT  11000      vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800       pcphgpl
Percent turns from exclusive lanes  50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      40       mph
Urban class                               2
Section length                            8.00     miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0     sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT    11000    vpd
Two-way hourly volume                 990      vph
Hourly directional volume             495      vph
Through-volume 15-min. flow rate      275      v
Running time                          720.0    sec
v/c ratio                             0.13
Through capacity                      2160     vph
Progression factor, PF                1.000
Uniform delay                         7.8      sec
Filtering/metering factor, I          0.996
Incremental delay                     0.1      sec
Control delay                         7.9      sec/v
Total travel speed, Sa                39.1     mph
Total urban street LOS                A
```

# Interior Roadways

## Aztec Road Extension

PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Aztec Road Extension |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2040 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 44000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 3 | |
| Free flow speed, FFS | 45 | mph |
| Urban class | 2 | |
| Section length | 2.30 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 44000 | vpd |
| Two-way hourly volume | 3960 | vph |
| Hourly directional volume | 1980 | vph |
| Through-volume 15-min. flow rate | 1100 | v |
| Running time | 184.0 | sec |
| v/c ratio | 0.34 | |
| Through capacity | 3240 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.0 | sec |
| Filtering/metering factor, I | 0.950 | |
| Incremental delay | 0.3 | sec |
| Control delay | 9.3 | sec/v |
| Total travel speed, Sa | 40.9 | mph |
| Total urban street LOS | A | |

# Bacobi Road Extension

```
                          PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Bacobi Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


                        Traffic Characteristics

Annual average daily traffic, AADT    43000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                        Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       35       mph
Urban class                                3
Section length                             0.60     miles
Median                                     No
Left-turn bays                             Yes


                        Signal Characteristics

Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)      Actuated
Cycle length, C                         90.0     sec
Effective green ratio, g/C              0.600


                        Results

Annual average daily traffic, AADT    43000      vpd
Two-way hourly volume                 3870       vph
Hourly directional volume             1935       vph
Through-volume 15-min. flow rate      1075       v
Running time                          67.2       sec
v/c ratio                             0.52
Through capacity                      2050       vph
Progression factor, PF                1.000
Uniform delay                         10.5       sec
Filtering/metering factor, I          0.839
Incremental delay                     0.8        sec
Control delay                         11.3       sec/v
Total travel speed, Sa                24.0       mph
Total urban street LOS                B
```

# Centennial Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Centennial Road Extension
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   33000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       35        mph
Urban class                                3
Section length                             1.00      miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)       Actuated
Cycle length, C                          90.0      sec
Effective green ratio, g/C               0.600


_____Results_____

Annual average daily traffic, AADT    33000      vpd
Two-way hourly volume                 2970       vph
Hourly directional volume             1485       vph
Through-volume 15-min. flow rate      825        v
Running time                          103.0      sec
v/c ratio                             0.38
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         9.3        sec
Filtering/metering factor, I          0.931
Incremental delay                     0.5        sec
Control delay                         9.8        sec/v
Total travel speed, Sa                29.4       mph
Total urban street LOS                B
```

# Cerbat Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Cerbat Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   10000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       35        mph
Urban class                                3
Section length                             1.00      miles
Median                                     No
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)       Actuated
Cycle length, C                          90.0      sec
Effective green ratio, g/C               0.600


_____Results_____

Annual average daily traffic, AADT   10000      vpd
Two-way hourly volume                900        vph
Hourly directional volume            450        vph
Through-volume 15-min. flow rate     250        v
Running time                         103.0      sec
v/c ratio                            0.12
Through capacity                     2050       vph
Progression factor, PF               1.000
Uniform delay                        7.8        sec
Filtering/metering factor, I         0.997
Incremental delay                    0.1        sec
Control delay                        7.9        sec/v
Total travel speed, Sa               30.3       mph
Total urban street LOS               A
```

# East Loop Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         East Loop Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT    37000     vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                       35        mph
Urban class                                2
Section length                             3.50      miles
Median                                     Yes
Left-turn bays                             Yes


_____Signal Characteristics_____

Signalized intersections                   2
Arrival type, AT                           3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                            90.0      sec
Effective green ratio, g/C                 0.600


_____Results_____

Annual average daily traffic, AADT    37000     vpd
Two-way hourly volume                 3330      vph
Hourly directional volume             1665      vph
Through-volume 15-min. flow rate      925       v
Running time                          360.0     sec
v/c ratio                             0.43
Through capacity                      2160      vph
Progression factor, PF                1.000
Uniform delay                         9.7       sec
Filtering/metering factor, I          0.906
Incremental delay                     0.6       sec
Control delay                         10.3      sec/v
Total travel speed, Sa                33.1      mph
Total urban street LOS                B
```

## East Middle Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak hour
Urban Street:         East Middle Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ`
Analysis Year:        2040
Project ID: Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   8500      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       30       mph
Urban class                                3
Section length                             1.40     miles
Median                                     No
Left-turn bays                             No


_____Signal Characteristics_____

Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)        Actuated
Cycle length, C                           90.0      sec
Effective green ratio, g/C                0.600


_____Results_____

Annual average daily traffic, AADT   8500      vpd
Two-way hourly volume                765       vph
Hourly directional volume            382       vph
Through-volume 15-min. flow rate     212       v
Running time                         168.0     sec
v/c ratio                            0.12
Through capacity                     1726      vph
Progression factor, PF               1.000
Uniform delay                        7.8       sec
Filtering/metering factor, I         0.997
Incremental delay                    0.1       sec
Control delay                        7.9       sec/v
Total travel speed, Sa               27.4      mph
Total urban street LOS               B
```

# Hualapai Drive Extension

```
_____PLANNING ANALYSIS_____
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Hualapai Drive Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT  13000     vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800      pcphgpl
Percent turns from exclusive lanes  50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                30        mph
Urban class                         3
Section length                      2.20      miles
Median                              No
Left-turn bays                      No


_____Signal Characteristics_____

Signalized intersections            2
Arrival type, AT                    3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                     90.0      sec
Effective green ratio, g/C          0.600


_____Results_____

Annual average daily traffic, AADT  13000     vpd
Two-way hourly volume               1170      vph
Hourly directional volume           585       vph
Through-volume 15-min. flow rate    325       v
Running time                        264.0     sec
v/c ratio                           0.19
Through capacity                    1726      vph
Progression factor, PF              1.000
Uniform delay                       8.1       sec
Filtering/metering factor, I        0.990
Incremental delay                   0.2       sec
Control delay                       8.4       sec/v
Total travel speed, Sa              28.2      mph
Total urban street LOS              B
```

## Indian Wells Road Extension

```
                              PLANNING ANALYSIS
Analyst:                 Kondala Rao Mantri
Agency/Co.:              Stanley Consultants, Inc
Date Performed:          5/9/2006
Analysis Time Period:    P.M. Peak Hour
Urban Street:            Indian Wells Road Extension
Direction of Travel:
Jurisdiction:            Mohave County, AZ
Analysis Year:           2040
Project ID:  Golden Valley Ranch Master Traffic Study


                         Traffic Characteristics

Annual average daily traffic, AADT     8000      vpd
Planning analysis hour factor, K       0.090
Directional distribution factor, D     0.500
Peak-hour factor, PHF                  0.900
Adjusted saturation flow rate          1800      pcphgpl
Percent turns from exclusive lanes     50        %


                         Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       30        mph
Urban class                                3
Section length                             1.30      miles
Median                                     No
Left-turn bays                             No


                         Signal Characteristics

Signalized intersections                 2
Arrival type, AT                         3
Signal type (k = 0.5 for planning)       Actuated
Cycle length, C                          90.0      sec
Effective green ratio, g/C               0.600


                              Results

Annual average daily traffic, AADT     8000      vpd
Two-way hourly volume                  720       vph
Hourly directional volume              360       vph
Through-volume 15-min. flow rate       200       v
Running time                           156.0     sec
v/c ratio                              0.12
Through capacity                       1726      vph
Progression factor, PF                 1.000
Uniform delay                          7.7       sec
Filtering/metering factor, I           0.997
Incremental delay                      0.1       sec
Control delay                          7.9       sec/v
Total travel speed, Sa                 27.2      mph
Total urban street LOS                 B
```

# Mobile Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants. Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Mobile Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   23000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N   2
Free flow speed, FFS                       35         mph
Urban class                                3
Section length                             0.70       miles
Median                                     No
Left-turn bays                             No


_____Signal Characteristics_____

Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)      Actuated
Cycle length, C                         90.0       sec
Effective green ratio, g/C              0.600


_____Results_____

Annual average daily traffic, AADT   23000      vpd
Two-way hourly volume                2070       vph
Hourly directional volume            1035       vph
Through-volume 15-min. flow rate     575        v
Running time                         75.3       sec
v/c ratio                            0.33
Through capacity                     1726       vph
Progression factor, PF               1.000
Uniform delay                        9.0        sec
Filtering/metering factor, I         0.952
Incremental delay                    0.5        sec
Control delay                        9.5        sec/v
Total travel speed, Sa               26.7       mph
Total urban street LOS               B
```

# Ramada Road Extension

## PLANNING ANALYSIS

Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants. Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Ramada Road Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2040
Project ID:  Golden Valley Ranch Master Traffic Study

## Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 18000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

## Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 35 | mph |
| Urban class | 3 | |
| Section length | 2.40 | miles |
| Median | No | |
| Left-turn bays | No | |

## Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

## Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 18000 | vpd |
| Two-way hourly volume | 1620 | vph |
| Hourly directional volume | 810 | vph |
| Through-volume 15-min. flow rate | 450 | v |
| Running time | 246.9 | sec |
| v/c ratio | 0.26 | |
| Through capacity | 1726 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.5 | sec |
| Filtering/metering factor, I | 0.975 | |
| Incremental delay | 0.4 | sec |
| Control delay | 8.9 | sec/v |
| Total travel speed, Sa | 32.6 | mph |
| Total urban street LOS | A | |

# **Sacramento Road Extension**

```
                        PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Sacramento Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


                        Traffic Characteristics

Annual average daily traffic, AADT    36000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                        Roadway Characteristics

Number of through lanes one direction, N  3
Free flow speed, FFS                      45       mph
Urban class                               2
Section length                            1.10     miles
Median                                    Yes
Left-turn bays                            Yes


                        Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


                        Results

Annual average daily traffic, AADT    36000      vpd
Two-way hourly volume                 3240       vph
Hourly directional volume             1620       vph
Through-volume 15-min. flow rate      900        v
Running time                          95.9       sec
v/c ratio                             0.28
Through capacity                      3240       vph
Progression factor, PF                1.000
Uniform delay                         8.6        sec
Filtering/metering factor, I          0.971
Incremental delay                     0.2        sec
Control delay                         8.8        sec/v
Total travel speed, Sa                34.9       mph
Total urban street LOS                B
```

# TC Connector

_____PLANNING ANALYSIS_____

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         TC Connecter
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT  24500     vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800      pcphgpl
Percent turns from exclusive lanes  50        %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N  2
Free flow speed, FFS                       30       mph
Urban class                                3
Section length                             1.30     miles
Median                                     No
Left-turn bays                             No
```

_____Signal Characteristics_____

```
Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0     sec
Effective green ratio, g/C            0.600
```

_____Results_____

```
Annual average daily traffic, AADT  24500     vpd
Two-way hourly volume               2205      vph
Hourly directional volume           1102      vph
Through-volume 15-min. flow rate    612       v
Running time                        156.0     sec
v/c ratio                           0.35
Through capacity                    1726      vph
Progression factor, PF              1.000
Uniform delay                       9.1       sec
Filtering/metering factor, I        0.943
Incremental delay                   0.5       sec
Control delay                       9.7       sec/v
Total travel speed, Sa              26.7      mph
Total urban street LOS              B
```

**West Loop Road**

```
                          PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consult
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         West Loop Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


                      Traffic Characteristics

Annual average daily traffic, AADT   23000     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


                      Roadway Characteristics

Number of through lanes one direction, N  2
Free flow speed, FFS                      35       mph
Urban class                               2
Section length                            3.20     miles
Median                                    Yes
Left-turn bays                            Yes


                      Signal Characteristics

Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0      sec
Effective green ratio, g/C             0.600


                          Results

Annual average daily traffic, AADT   23000     vpd
Two-way hourly volume                2070      vph
Hourly directional volume            1035      vph
Through-volume 15-min. flow rate     575       v
Running time                         329.1     sec
v/c ratio                            0.27
Through capacity                     2160      vph
Progression factor, PF               1.000
Uniform delay                        8.6       sec
Filtering/metering factor, I         0.974
Incremental delay                    0.3       sec
Control delay                        8.9       sec/v
Total travel speed, Sa               33.2      mph
Total urban street LOS               B
```

# Results Summary

# GOLDEN VALLEY RANCH
## MASTER TRAFFIC STUDY
## RESULTS FROM THE HCS ANALYSIS

| Roadway | Number of Lanes | Design Speed (mph) | 2015 LOS | 2025 LOS | 2040 LOS |
|---|---|---|---|---|---|
| Aquarius Drive | 4 | 40 | A | A | A |
| Aztec Road | 6 | 45 | A | A | A |
| Bacobi Road | 4 | 45 | A | A | A |
| Colorado Road | 4 | 45 | A | A | A |
| Sacramento Road | 4 | 40 | A | A | A |
| Shinarump Road | 6 | 45 | A | A | A |
| Tombstone Trail | 4 | 40 | A | A | A |

| Roadway | Number of Lanes | Design Speed (mph) | 2015 LOS | 2025 LOS | 2040 LOS |
|---|---|---|---|---|---|
| Aztec Road Extension | 6 | 45 | A | A | A |
| Bacobi Road Extension | 4 | 35 | B | B | B |
| Centennial Road Extension | 4 | 35 | A | B | B |
| Cerbat Road Extension | 4 | 35 | A | A | A |
| East Loop Road | 4 | 35 | B | B | B |
| East Middle Road | 4 | 30 | B | B | B |
| Hualapai Drive Extension | 4 | 30 | B | B | B |
| Indian Wells Road Extension | 4 | 30 | B | B | B |
| Mobile Road Extension | 4 | 35 | B | B | B |
| Ramada Road Extension | 4 | 35 | A | A | A |
| Sacramento Road Extension | 6 | 45 | A | B | B |
| Town Center Connector | 4 | 30 | B | B | B |
| West Loop Road | 4 | 35 | B | B | B |

5/10/2006

**Stanley Consultants** inc.

# Appendix C

# Standards

Mohave County Public Works
Typical Roadway Sections

## MINIMUM STANDARDS for NON-CURB ROADWAY DESIGN

| CLASSIFICATION | ITEM | A | B | C | D | E | DESIGN SPEED |
|---|---|---|---|---|---|---|---|
| | COUNTY HIGHWAY | 100' | 12' | 8' | 4' | 3:1 | 40-60 |
| | ARTERIALS | 84' | 12' | 8' | 4' | 3:1 | 40-50 |
| | COLLECTORS/DISTRIBUTORS | 70' | 12' | 8' | –' | 3:1 | 30-40 |
| | LOCAL | 50' | 12' | 8' | –' | 3:1 | 30 |
| | CUL-de-SAC'S | 50' | 12' | 8' | –' | 3:1 | 25 |
| | HILLSIDE/FRONTAGE | 50' | 12' | 2' | –' | 3:1 | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation is submitted to and is approved by the County Engineer for a lesser design speed.

Roadway Design shall conform to the standards outlined in the current edition of the AASHTO Policy on Geometric Design of Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional right-of-way. For Subdivisions recorded prior to Sept. 7, 1965 the minimum width shall be 40 feet, when a request for maintenance is being considered.

The 10-year design storm must be contained within the improved ditch section removed from the shoulder. The 100-year design storm can not overtop the centerline of the road.

THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976

| MINIMUM STANDARDS for NON-CURB ROADWAY DESIGN | | UNIFORM STANDARD DETAILS MOHAVE COUNTY AREA Prepared By: MOHAVE COUNTY ENGINEERING |
|---|---|---|
| APPROVED: | DATE: | STANDARD DETAIL No. 60 |

# MINIMUM STANDARDS for CURB ROADWAY DESIGN



| ITEM | CLASSIFICATION | A | B | DESIGN SPEED |
|------|----------------|-----|-----|--------------|
| COUNTY HIGHWAY | | 100' | 32' | 40-60 |
| ARTERIALS | | 84' | 26' | 40-50 |
| COLLECTORS/DISTRIBUTORS | | 70' | 22' | 30-40 |
| LOCAL | | 50' | 16' | 30 |
| CUL-de-SAC'S | | 50' | 16' | 25 |
| HILLSIDE/FRONTAGE | | 50' | 14' | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation is submitted to and is approved by the County Engineer for a lesser design speed.

Roadway Design shall conform to the standards outlined in the current edition of the AASHTO Policy on Geometric Design of Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional right-of-way. For Subdivision's recorded prior to Sept. 7, 1965 the minimum width shall be 40 feet, when a request for maintenance is being considered.

Roadway widths are shown as minimums measured face of curb to face of curb.

When road Right-of-Ways is to be used as a channel to convey storm runoff, the 10 -year storm must be contained within the paved roadway section, The 100 year storm must be contained within the right-of-way with a maximum flow depth not to exceed 8".

<u>THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976.</u>

| MINIMUM STANDARDS for CURB ROADWAY DESIGN | UNIFORM STANDARD DETAILS MOHAVE COUNTY AREA Prepared By: MOHAVE COUNTY ENGINEERING |
|---|---|
| APPROVED:            DATE: | STANDARD DETAIL 61 |

# MINIMUM STANDARDS for

## INVERTED CROWN CURB ROADWAY SECTION

| CLASSIFICATION ITEM | A | B | DESIGN SPEED |
|---|---|---|---|
| COUNTY HIGHWAY | 100' | 32' | 40-60 |
| ARTERIALS | 84' | 26' | 40-50 |
| COLLECTORS/DISTRIBUTORS | 70' | 22' | 30-40 |
| LOCAL | 50' | 16' | 30 |
| CUL-de-SAC'S | 50' | 16' | 25 |
| HILLSIDE/FRONTAGE | 50' | 14' | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation is submitted to and is approved by the County Engineer for a lesser design speed.

Roadway Design shall conform to the standards outlined in the current edition of the AASHTO Policy on Geometric Design of Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional right-of-way. For Subdivision's recorded prior to Sept. 7, 1965 the minimum width shall be 40 feet, when a request for maintenance is being considered.

Roadway widths are shown as minimums measured face of curb to face of curb.

When road Right-of-Ways is to be used as a channel to convey storm runoff, the 10-year storm must be contained within the paved roadway section. The 100 year storm must be contained within the right-of-way with a maximum flow depth not to exceed 8".

THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976.

| | |
|---|---|
| MINIMUM STANDARDS for INVERTED CROWN CURB ROADWAY DESIGN | UNIFORM STANDARD DETAILS MOHAVE COUNTY AREA Prepared By: MOHAVE COUNTY ENGINEERING |
| APPROVED:                    DATE: | STANDARD DETAIL No. 52 |

Golden Valley Ranch
Project Specific
Typical Roadway Sections



PL/PUE    R/W                    ℄                    R/W    PL/PUE

*104'

24"VERT.                          24"VERT.
C.&G.          69' ROW           C.&G.
(TYPE "A")     (PUBLIC)          (TYPE "A")

17.5'                                              **17.5'
COMMON      TYPE "A"        TYPE "A"        COMMON
ELEMENT     SINGLE CURB     SINGLE CURB     ELEMENT
                25'              25'
            14'      11'    14'   11'      14'

VARIES                                           VARIES

LOT                                                   LOT
DIMENSION    1.5%      2%    2%    1.5%      DIMENSION

5' MEANDERING                              5' MEANDERING
SIDEWALK                                   SIDEWALK

* – 91' IF ADJACENT TO GOLF COURSE
** – 4.5' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #1 STREET SECTION
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
   TO PL TO BE MAINTAINED BY MASTER
   HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE:  20 DEC 2005
REV:



## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                    NOT TO SCALE

\* – 117' IF ADJACENT TO GOLF COURSE
\*\* – 13' IF ADJACENT TO GOLF COURSE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

| SCALE: NOT TO SCALE | |
| --- | --- |
| **FIGURE I-H** | DATE: 20 DEC 2005<br>REV: |



## TYPICAL LOCAL STREET SECTION
(PRIVATE)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
     TO PL TO BE MAINTAINED BY MASTER
     HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-A**

DATE: 20 DEC 2005
REV:



## TYPICAL COLLECTOR STREET SECTION
(PRIVATE)                                                                 NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-B

DATE: 20 DEC 2005
REV:



PL/PUE

VARIES 70'−85' PUE

BC                    BC

COMMON ELEMENT
VARIES 0'−16'

VARIES 53'−70' BC−BC
(PRIVATE)

COMMON ELEMENT
VARIES 0'−16'

24" VERT. CURB & GUTTER
(TYPE "A")

VARIES
16'−22.5'

VARIES
16'−25'

VARIES
16'−22.5'

24" VERT. CURB & GUTTER
(TYPE "A")

VARIES

VARIES

1.5%

5' MEANDERING
SIDEWALK

0.5' TYPE "A" SINGLE CURB

## TYPICAL ENTRY STREET SECTION
(PRIVATE)                                      NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369−9396  Fax (702) 369−9793

SCALE: NOT TO SCALE

FIGURE I−C

DATE: 20 DEC 2005
REV:



PL/PUE    R/W    ℄    R/W
                        PUE

79' PUE

25' COMMON
ELEMENT

54' ROW
(PUBLIC)

25'              25'
14'    11'    11'    14'

VARIES

LOT DIMENSION

1.5%    2%    2%    4:1 MAX

5' MEANDERING
SIDEWALK

24" VERT. CURB & GUTTER
(TYPE "A")

GOLF
COURSE

## TYPICAL MINOR ARTERIAL STREET
### SECTION FRONTING GOLF COURSE
(PUBLIC)                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
   TO PL TO BE MAINTAINED BY MASTER
   HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-D**

DATE: 20 DEC 2005
REV:



PL/PUE

COMMON ELEMENT

BC

24" VERT. C.&G. (TYPE "A")

74' PUE

54' ROW (PUBLIC)

24" VERT. C.&G. (TYPE "A")

BC

COMMON ELEMENT

PL/PUE

10' | 25' | 25' | 10'

14' | 11' | 11' | 14'

LOT DIMENSION | 1.5% | 2% | 2% | 1.5% | LOT DIMENSION

5' SIDEWALK

5' SIDEWALK

## TYPICAL MINOR ARTERIAL STREET SECTION
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-E

DATE: 20 DEC 2005
REV:



PL/PUE    R/W    Ç    R/W    PL/PUE

89' PUE

24"VERT.
C.&G.
(TYPE "A")    69' ROW
(PUBLIC)    24"VERT.
C.&G.
(TYPE "A")

10'
COMMON
ELEMENT    TYPE "A"
SINGLE CURB    TYPE "A"
SINGLE CURB    10'
COMMON
ELEMENT

25'    25'

14'    11'    14'    14'    11'    14'

VARIES    VARIES

LOT
DIMENSION    1.5%    2%    2%    1.5%    LOT
DIMENSION

5' MEANDERING
SIDEWALK    5' MEANDERING
SIDEWALK

## TYPICAL MINOR ARTERIAL STREET SECTION
## WITH MEDIAN  (PUBLIC)    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE 1-F

DATE: 20 DEC 2005
REV:

PL/PUE    R/W    Ç    R/W    PL/PUE

*104'

24"VERT.
C.&G.
(TYPE "A")

69' ROW
(PUBLIC)

24"VERT.
C.&G.
(TYPE "A")

17.5'
COMMON
ELEMENT

TYPE "A"
SINGLE CURB

TYPE "A"
SINGLE CURB

**17.5'
COMMON
ELEMENT

25'    14'    25'

14'    11'    11'    14'

VARIES    VARIES

LOT
DIMENSION

1.5%    2%    2%    1.5%

LOT
DIMENSION

5' MEANDERING
SIDEWALK

5' MEANDERING
SIDEWALK

\* – 91' IF ADJACENT TO GOLF COURSE
\** – 4.5' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #1 STREET SECTION
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE: 20 DEC 2005
REV:



## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                                    NOT TO SCALE

\* — 117' IF ADJACENT TO GOLF COURSE
\*\* — 13' IF ADJACENT TO GOLF COURSE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-H

DATE: 20 DEC 2005
REV:



PL/PUE    R/W    ₵    R/W    PL/PUE
*152'

24"VERT. C.&G. (TYPE "A")    24"VERT. C.&G. (TYPE "A")

**25' COMMON ELEMENT    102' ROW (PUBLIC)    25' COMMON ELEMENT

TYPE "A" SINGLE CURB    25' COMMON ELEMENT    TYPE "A" SINGLE CURB
36'    36'
14'    11'    11'    11'    11'    14'

LOT DIMENSION VARIES    2%    2%    VARIES    LOT DIMENSION
1.5%    1.5%

5' MEANDERING SIDEWALK    5' MEANDERING SIDEWALK

* – 139' IN LOCATIONS ADJACENT TO GOLF COURSE
** – 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL MAJOR ARTERIAL STREET SECTION
(PUBLIC)    NOT TO SCALE
NORTH OF GOLF COURSE FROM
ROUND–A–BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369–9396  Fax (702) 369–9793

SCALE: NOT TO SCALE

FIGURE I-I

DATE: 20 DEC 2005
REV:



# TYPICAL 100' RIGHT-OF-WAY
# HALF STREET SECTION
(PUBLIC)
SECTION LINE ROADWAYS

NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-J

DATE: 20 DEC 2005
REV:



PL
LOT DIMENSION
25' P.U.E. & BC-BC
(PRIVATE)
PL
LOT DIMENSION

10.5'
C$_L$
10.5'

VARIES
2%
PG
FOG SEAL
2%
VARIES

24" RIBBON CURB TYPE B
PER MAG STANDARD DETAIL 220

PRIME COAT

2" ASPHALT OVER 6" TYPE II
BASE AT 95% COMPACTION

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON
ADDITIONAL R-VALUE TESTS PERFORMED DURING
CONSTRUCTION OF THE ACTUAL SUBGRADE
MATERIALS AND TRAFFIC INFORMATION.

## TYPICAL ALLEY STREET SECTION
(PRIVATE)                                      NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-K

DATE: 20 DEC 2005
REV:

# City of Mesa
# Intersection Layouts

EFFECTIVE DATE March 1, 2005

# MESA STANDARD DETAILS

## Amendment
## to the
## Uniform Standard Details



CITY OF **MESA**
*Great People, Quality Service!*

ENGINEERING

**2005**



ARTERIAL STREET INTERSECTION (4 LANES)

DETAIL NO. M-46.1

ARTERIAL STREET INTERSECTION (4 LANES)

REV. 02/14/05

NOT TO SCALE

STRIPED MEDIAN ACROSS FROM RAISED MEDIAN



ARTERIAL STREET INTERSECTION (6 LANES)



TYPICAL STRIPING CROSS SECTIONS

DETAIL NO. M—46.3

REV. 8/17/04