

FIGURE 1.1
SERVICE AREA

GOLDEN VALLEY RANCH
WATER AND SEWER
MASTER PLAN