

Figure 2.3 Onsite Water Distribution Pipelines — Golden Valley Ranch Water and Sewer Master Plan, Stanley Consultants Inc., Feb 2006.