

Figure 3.1 Waste Water Flow Direction — Golden Valley Ranch Water and Sewer Master Plan, Stanley Consultants Inc., Feb 2006.