

Figure 3.2 — Onsite Sewer Collection System, Golden Valley Ranch Water and Sewer Master Plan. Stanley Consultants Inc., Feb 2006.

# Appendix A

# References

Land Use Plan