

Phasing Plan