

Lotting Matrix