# GOLDEN VALLEY RANCH SPECIFIC PLAN - LOTTING MATRIX

REVISED: 12/9/2005

| POD | POD ACRES | NEIGHBORHOOD ACRES | D.U.A | ACTIVE ADULT 100' DEPTH | | | | | | | ACTIVE ADULT 105' DEPTH | | | | | | | CONVENTIONAL 100' DEPTH | | | | | | | CONVENTIONAL 110' DEPTH | | | | | | | CONVENTIONAL 115' DEPTH | | | | | | | TOWN CENTER | APARTMENTS MULTI-FAMILY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 43' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | √ | |
| **PHASE 1** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1A | 187.70 | | | | | | | | | 850 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2A | 204.20 | | | | | | | | | 815 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 104.98 | | | | | | | | | 150 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4C | 43.90 | 21.95 | 5.93 | | | | | | | | | | | | | | | | 130 | | | | | | | | | | | | | | | | | | | | | |
| | | 21.95 | 6.43 | | | | | | | | | | | | | | | 141 | | | | | | | | | | | | | | | | | | | | | | |
| 5C | 42.41 | 21.00 | 5.93 | | | | | | | | | | | | | | | | 125 | | | | | | | | | | | | | | | | | | | | | |
| | | 21.41 | 6.43 | | | | | | | | | | | | | | | 137 | | | | | | | | | | | | | | | | | | | | | | |
| 7 | 85.53 | 22.22 | 18.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 400 |
| | | 22.22 | 18.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 400 |
| | | 22.22 | 18.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 400 |
| | | 18.87 | 18.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 339 |
| 8C | 57.26 | 19.00 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | 97 | | | | | | | | | | | | |
| | | 19.00 | 5.48 | | | | | | | | | | | | | | | | | | | | | | | | 104 | | | | | | | | | | | | | |
| | | 19.26 | 5.93 | | | | | | | | | | | | | | | | | | | | | | | 114 | | | | | | | | | | | | | | |
| 9C | 73.13 | 7.57 | 3.96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | | | |
| | | 7.16 | 4.19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | | | | |
| | | 30.00 | 4.45 | | | | | | | | | | | | | | | | | | | | | | | | | | | 133 | | | | | | | | | | |
| | | 15.00 | 4.74 | | | | | | | | | | | | | | | | | | | | | | | | | | 71 | | | | | | | | | | | |
| | | 13.40 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | 68 | | | | | | | | | | | | | |
| 10C | 87.66 | 7.67 | 3.80 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | |
| | | 7.44 | 4.03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | | |
| | | 25.00 | 4.29 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 107 | | | |
| | | 32.55 | 4.57 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 149 | | | | | |
| | | 15.00 | 4.89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 73 | | | | | | |
| 11C | 63.12 | 21.04 | 4.29 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 90 | | | |
| | | 21.04 | 4.57 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 96 | | | | | |
| | | 21.04 | 4.89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 103 | | | | | | |
| 45A | 83.99 | 16.80 | 4.11 | | | | | | | | | | | | | | 69 | | | | | | | | | | | | | | | | | | | | | | | |
| | | 12.80 | 4.36 | | | | | | | | | | | | | 56 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 20.80 | 4.63 | | | | | | | | | | | | 96 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 16.80 | 4.93 | | | | | | | | | | 83 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 16.79 | 5.29 | | | | | | | | | 89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 53A | 64.69 | 20.00 | 4.11 | | | | | | | | | | | | | | 82 | | | | | | | | | | | | | | | | | | | | | | | |
| | | 17.00 | 4.36 | | | | | | | | | | | | 74 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 27.69 | 4.63 | | | | | | | | | | | 128 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 54A | 43.55 | 18.00 | 4.48 | | | | | | | | | | | | 81 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 25.55 | 4.93 | | | | | | | | | | | 126 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 55A | 47.34 | 15.78 | 4.11 | | | | | | | | | | | | | | 65 | | | | | | | | | | | | | | | | | | | | | | | |
| | | 13.00 | 4.36 | | | | | | | | | | | | 57 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 18.56 | 4.63 | | | | | | | | | | | | | 86 | | | | | | | | | | | | | | | | | | | | | | | | |
| 59A | 46.38 | 15.46 | 4.93 | | | | | | | | | | | 75 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 15.46 | 5.28 | | | | | | | | | | 82 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 15.46 | 5.93 | | | | | | | | | 92 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 60A | 74.65 | 20.98 | 4.93 | | | | | | | | | | | 103 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 20.00 | 5.28 | | | | | | | | | | 106 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 15.00 | 5.93 | | | | | | | | | 89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 18.67 | 6.17 | | | | | | | | 115 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 61A | 45.38 | 15.12 | 5.28 | | | | | | | | | | 80 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 15.12 | 5.93 | | | | | | | | | 90 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 15.14 | 6.17 | | | | | | | | 93 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 62A | 28.00 | 14.00 | 5.93 | | | | | | | | | 83 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 14.00 | 6.17 | | | | | | | | 86 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Sub Total** | 1383.87 | 1383.87 | | | | | | | | 1815 | 294 | 354 | 357 | 387 | 310 | 268 | 216 | 278 | 255 | | | | | | 114 | 104 | 165 | 71 | 133 | 30 | 30 | | | 176 | 245 | 197 | 30 | 29 | 1539 | |
| **Percentages** | | | | 0% | 0% | 0% | 0% | 0% | 0% | 25% | 4% | 5% | 5% | 5% | 4% | 4% | 3% | 4% | 3% | 0% | 0% | 0% | 0% | 0% | 2% | 1% | 2% | 1% | 2% | 0% | 0% | 0% | 0% | 2% | 3% | 3% | 0% | 0% | | 21% |
| **PHASE 2** | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | |
| 15C | 99.99 | 25.00 | 4.45 | | | | | | | | | | | | | | | | | | | | | | | | | | | 111 | | | | | | | | | | |
| | | 20.00 | 4.74 | | | | | | | | | | | | | | | | | | | | | | | | | | 95 | | | | | | | | | | | |
| | | 15.00 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | 76 | | | | | | | | | | | | |
| | | 20.00 | 5.48 | | | | | | | | | | | | | | | | | | | | | | | | 110 | | | | | | | | | | | | | |
| | | 19.99 | 5.93 | | | | | | | | | | | | | | | | | | | | | | | 119 | | | | | | | | | | | | | | |
| 16C | 109.87 | 29.97 | 4.82 | | | | | | | | | | | | | | | | | | | | 144 | | | | | | | | | | | | | | | | | |
| | | 21.97 | 5.14 | | | | | | | | | | | | | | | | | | | 113 | | | | | | | | | | | | | | | | | | |
| | | 12.88 | 5.51 | | | | | | | | | | | | | | | | | | 71 | | | | | | | | | | | | | | | | | | | |
| | | 21.97 | 5.93 | | | | | | | | | | | | | | | | | 130 | | | | | | | | | | | | | | | | | | | | |
| | | 23.08 | 6.43 | | | | | | | | | | | | | | | | 148 | | | | | | | | | | | | | | | | | | | | | |
| 17C | 70.93 | 11.50 | 3.80 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 44 | |
| | | 11.16 | 4.03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 45 | | |
| | | 16.09 | 4.29 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 69 | | | |
| | | 16.09 | 4.57 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 74 | | | | | |
| | | 16.09 | 4.89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 79 | | | | | | |
| 18C | 64.47 | 21.49 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | | | 109 | | | | | | | | | | | |
| | | 21.49 | 5.48 | | | | | | | | | | | | | | | | | | | | | | | | | | 118 | | | | | | | | | | | | |
| | | 21.49 | 5.93 | | | | | | | | | | | | | | | | | | | | | | | | 127 | | | | | | | | | | | | | | |
| 19C | 73.09 | 18.27 | 4.74 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 87 | | | | | | | | | | |
| | | 18.27 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | | | 93 | | | | | | | | | | | |
| | | 18.27 | 5.48 | | | | | | | | | | | | | | | | | | | | | | | | | | 100 | | | | | | | | | | | | |
| | | 18.28 | 5.93 | | | | | | | | | | | | | | | | | | | | | | | | 108 | | | | | | | | | | | | | | |
| 20C | 126.60 | 29.32 | 4.82 | | | | | | | | | | | | | | | | | | | | 160 | | | | | | | | | | | | | | | | | |
| | | 29.32 | 5.14 | | | | | | | | | | | | | | | | | | | 150 | | | | | | | | | | | | | | | | | | |
| | | 25.32 | 5.51 | | | | | | | | | | | | | | | | | | 139 | | | | | | | | | | | | | | | | | | | |
| | | 25.32 | 5.93 | | | | | | | | | | | | | | | | | 150 | | | | | | | | | | | | | | | | | | | | |
| | | 17.32 | 6.43 | | | | | | | | | | | | | | | | 111 | | | | | | | | | | | | | | | | | | | | | |
| 21C | 81.50 | 11.36 | 3.96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 45 | | | |
| | | 10.74 | 4.19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 45 | | | | | |
| | | 28.80 | 4.45 | | | | | | | | | | | | | | | | | | | | | | | | | | | 132 | | | | | | | | | | |
| | | 19.80 | 4.74 | | | | | | | | | | | | | | | | | | | | | | | | | | 94 | | | | | | | | | | | |
| | | 9.80 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | 50 | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5000 | |
| **Sub Total** | 626.45 | | | | | | | | | | | | | | | | | 259 | 280 | 210 | 263 | 304 | | | 354 | 328 | 328 | 276 | 243 | 45 | 45 | | | 79 | 74 | 69 | 45 | 44 | 5000 | |
| **Percentages** | | | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 3% | 3% | 3% | 3% | 4% | 0% | 0% | 4% | 4% | 4% | 3% | 3% | 1% | 1% | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 61% | |

PHASE 1 — 7397

PHASE 2 — 8246