

# Golden Valley Ranch Phase 1A - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 1A - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 1A - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006