



# Golden Valley Ranch Phase 6 - Residual Pressures During Average Day