

Figure F-5 Phase 5 Water Plan — Golden Valley Ranch Water and Sewer Master Plan, Stanley Consultants Inc., Feb 2006.

# Golden Valley Ranch Phase 5 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 5 - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 5 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 6 - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006