# Golden Valley Ranch Phase 6 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006