

FIGURE F-7 PHASE 7 WATER PLAN — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN