# Golden Valley Ranch Phase 7 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006



Prepared By: BJH	Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 7 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006