# RHODES HOMES ARIZONA L.L.C.
# GOLDEN VALLEY RANCH WELL #1
# MOHAVE COUNTY, ARIZONA

FEBRUARY 2006

**PRELIMINARY**
NOT FOR CONSTRUCTION

WELL SITE

PROJECT LOCATION MAP
Scale: NTS

VICINITY MAP
Scale: NTS

**DEVELOPER**
RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**
STANLEY CONSULTANTS, INC
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**BASIS OF BEARINGS**

NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH RANGE 18 WEST GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D "SD 35" = LATITUDE 35°09'22.43032"N; LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD 29)
CONVERSION = 2662.014ift (NAVD '88) – 2.546 = 2659.468ift (NGVD 29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343" LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE

| DRAWING No. | SHEET No. | DESCRIPTION |
|---|---|---|
| G1 | 1 | TITLE SHEET & SHEET INDEX |
| C1 | 2 | SITE PLAN & DISCHARGE PLAN |
| WP1 | 3 | PUMP & DISCHARGE DETAILS |
| WP2 | 4 | DETAILS |
| WP3 | 5 | DETAILS |
| PP1 | 6 | PUMP TO WASTE PLAN AND PROFILE |
| E001–E012 | 7–18 | ELECTRICAL |
| I001–I002 | 19–20 | INSTRUMENTATION |

**APPROVAL**

ADEQ ______________________ DATE

MOHAVE COUNTY ______________________ DATE

RHODES HOMES ______________________ DATE

REGISTERED PROFESSIONAL ENGINEER
CERTIFICATE NO. 43932
D. KIM SORENSEN
ARIZONA, U.S.A.

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY MB
CHECKED BY DKS
DATE 02-01-2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1
COVER SHEET
MOHAVE COUNTY ARIZONA

SHEET
G1
1 OF 20 SHEETS

SCI PROJECT# 18499.07.03



N00°01'00"W
497.85'
SCALE: 1" = 20'
DORA DRIVE
PRELIMINARY
NOT FOR CONSTRUCTION
2561
2559
2558
295.42'
CHLORINATION HOUSE
SEE DETAIL 4-WP2
WELL AND PUMP DISCHARGE
SEE SHEET WP-1
N. 1515367.71
E. 569323.66
15" RCP
SEE PP1
2560
410.00 LF 12" PVC WATERLINE
12" GATE VALVE
WITH BOX AND
COVER
DETAIL 1-WP2
CONNECT TO
EXISTING 12"
WATERLINE IN
DORA DRIVE
6" GRAVEL
110.00'
21.17'
72.00'
69.62'
1+00
2+00
3+00
4+00
5+00
20.00'
ACCESS
ROAD
22'
30'
2563
2562
2561
2559
110.00'
15" RCP STUB
WITH RCP FLARED
END SECTION
N00°00'44"E
497.99'
N00°00'44"E
1320.00'
8' CHAINLINK FENCE
AROUND SITE
SEE DETAIL 3-WP2
20.00'
2" AC PVM'T
8" COMPACTED BASE COURSE
CONCRETE
CUT-OFF
HEADER (TYP)
EXISTING GRADE
12" MIN
SCARIFY AND
RECOMPACT TO
95%
SECTION (TYPICAL)
SCALE: N.T.S
A-C1
C-1
2560 PROPOSED CONTOUR
2559 EXISTING CONTOUR
43932
D. KIM
SORENSEN
SCALE (H) 1"=30'
SCALE (V) NA
DRAWN BY B. Curtis
CHECKED BY
DATE 02-01-2006
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1
SITE PLAN
MOHAVE COUNTY
ARIZONA
SHEET
C1
2 OF 20 SHEETS
SCI PROJECT#
18499.07.03





PRELIMINARY
NOT FOR CONSTRUCTION

NOTES:

PUMP AND MOTOR ARE CURRENTLY IN USE AT THE SITE CONTRACTOR SHALL REMOVE PUMP MOTOR AND EXTEND PUMP DISCHARGE COLUMN AND MOTOR SHAFT TO MATCH FINISHED PUMP FOUNDATION ELEVATION

CONCRETE PAD
B-WP2
C-WP1
B-WP1
SOUNDING TUBES SEE NOTE 5
N 1515367.71
E 569388.74
1" CL2 SOLUTION LINE
FROM CL2 HOUSE
1" CL2 WATER SUPPLY LINE
TO CL2 HOUSE
12" FW
SAMPLE TAP HOSE BIB
PRESSURE GAUGE (TYP OF 2)
SIMILAR TO C-WP1
PIPE SUPPORT (TYP)
3' MIN
PRESSURE GAUGE
FOR PIPE CONTINUATION SEE SHEET C-1
8" PTW

PIPING PLAN A WP1
SCALE: N.T.S.

NOTES:

1. CONTRACTOR TO COORDINATE PUMP PEDISTAL DIMENSIONS WITH PUMP DISCHARGE HEAD DIMENSIONS
2. ABOVE GROUND PIPE TO BE CL 53 DUCTILE IRON WITH EPOXY PAINT
3. BELOW GROUND PIPE TO BE PVC C-900
4. ALL EQUIPMENT TO BE INSTALLED IN ACCORDANCE WITH MANUFACTURERS INSTRUCTIONS
5. CONTRACTOR SHALL INSTALL TWO ACCESS PORTS WITH THE PUMPING EQUIPMENT. THE ACCESS PORTS SHALL COMPRISE 1 1/2-INCH INSIDE DIAMETER GALVANIZED STEEL ACCESS PIPES EXTENDING FROM THE TOP OF THE WELLHEAD TO THE TOP OF THE PUMP BOWLS FOR MEASUREMENT OF WATER LEVELS. THE BOTTOM END OF THE 1 1/2-INCH PIPES SHALL BE EQUIPPED WITH THREADED CAPS AND THE BOTTOM 20 FEET OF THE PIPE STRING SHALL BE PERFORATED WITH A MINIMUM OF TEN (10), 1/4-INCH DIAMETER, HOLES PER FOOT. THE HOLES SHALL BE EVENLY SPACED. THE SOUNDER ACCESS PIPES SHALL PERMIT THE FREE AND UNOBSTRUCTED PASSAGE OF THE OWNER'S ELECTRIC SOUNDER AND PRESSURE TRANSDUCER FROM THE BOTTOM OF THE ACCESS PIPES SUCH THAT ACCURATE WATER LEVEL MEASUREMENTS CAN BE OBTAINED. THE ACCESS PORT AND PIPE DESIGN SHALL BE SUBMITTED TO THE ENGINEER FOR REVIEW PRIOR TO FABRICATION OF THE PIPE AND FITTINGS.

## VALVE AND EQUIPMENT SCHEDULE

| NO. | DESCRIPTION | SIZE | JOINT TYPE | REMARKS |
|---|---|---|---|---|
| 1 | ELECTRIC MOTOR | 600 HP | --- | N.I.C. BY PUMP EQUIPMENT SUPPLIER |
| 2 | DISCHARGE HEAD | 12" DISCHARGE | --- | N.I.C. BY PUMP EQUIPMENT SUPPLIER |
| 3 | AIR/VAC VALVE ASSEMBLY | 1" | --- | APCO SERIES 140 |
| 4 | COMB AIR VAC/AIR RELEASE DEEP WELL AIR VENT | 2" | --- | APCO 144 DAT |
| 5 | SILENT CHECK VALVE | 12" | FL X FL | OCV SERIES 94-3 |
| 6 | BUTTERFLY VALVE | 12" | FL X FL | ELECTRIC MOTOR ACTUATOR |
| 7 | SPOOL PIECE | 12" | FL x FL | MINIMUM LENGTH OF 5 PIPE DIAMETERS |
| 8 | MAGNETIC FLOWMETER | 12" | FL X FL | SIEMENS MAG 5100W |
| 9 | SPOOL PIECE W/OUTLET | 12" | FL x FL | MINIMUM LENGTH OF 3 PIPE DIAMETERS |
| 10 | AWWA BUTTERFLY VALVE | 12" | FL X FL | HAND WHEEL OPERATOR |
| 11 | COMB AIR VAC/AIR RELEASE VALVE ASSEMBLY | 1" | --- | APCO 143C |
| 12 | AUTOMATIC CONTROL VALVE | 8" | FL X FL | OCV SERIES 126 |
| 13 | BUTTERFLY VALVE | 8" | FL X FL | HAND WHEEL OPERATOR |
| 14 | TEE | 12" x 12" x 8" | FL x FL x FL | |
| 15 | BALL VALVE | 1 | THREADED | |
| 16 | SPOOL PIECE WITH TAP | 8 | FL X FL | |
| 17 | SURGE ANTICIPATION VALVE | 12 | FL X FL | OCV SERIES 108SA-3 |
| 18 | TEE | 8 X 8 X 8 | FL X FL | |
| 19 | 90° BEND | 8 | FL X FL | |
| 20 | 90° BEND | 12" | FL X FL | |
| 21 | STATIC MIXER | 12" | FL X FL | KOFLO SERIES 512 2 ELEMENT |

FL = FLANGE

REGISTERED PROFESSIONAL ENGINEER
CERTIFICATE NO. 43932
D. KIM SORENSEN
ARIZONA U.S.A.

SCALE (H) 1" = 2'
SCALE (V) NA
DRAWN BY B. Curtis
CHECKED BY
DATE 02-01-2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
PUMP AND DISCHARGE DETAILS
MOHAVE COUNTY ARIZONA

SHEET
WP1
3 OF 20 SHEETS

SCI PROJECT# 18499.07.03



STANDARD VALVE BOX
CONC. COLLAR
FINISHED GRADE
2" OPERATION NUT
4" CENTERING RING
VALVE NUT
REDWOOD BLOCKING
VALVE
NOTE:
1. EPOXY COAT VALVE BOXES
TYPICAL VALVE BOX 1 WP2
SCALE: N.T.S.
GRINNELL FIG. 264 OR B-LINE B3093/B3089 ADJUSTABLE C.I. PIPE SADDLE SUPPORT
PIPE SEE PLANS
COAT SAME AS PIPING
STD. PIPE FLANGE ATTACHED TO CONC. OR MASONRY w/4 STUD TYPE ADHESIVE ANCHORS (ANCHOR SIZE TO MATCH NOM. HOLE DIA. OF FLANGE) HILTI HVA OR MOLLY PARABOND
CONCRETE PAD (TYP.)
#4 @ 12" EW
6" COMPACTED (95%) BASE COURSE BELOW CONCRETE PAD
PIPE SUPPORT 2 WP2
SCALE: N.T.S.
CHLORINE COMPARTMENT
ELECTRICAL COMPARTMENT
INJECTOR
VACUUM TUBE TYP.
CHLORINATOR 50 LBS/DAY
AUTO SWITCH OVER
VACUUM REGULATOR TYP
150 LB CYLINDERS
PRESSURE GAGE
SOLENOID VALVE
SHUTOFF VALVE
BOOSTER PUMP
UNION TYP
STRAINER
CHECK VALVE
CHLORINE SCALES
TO WELL DISCHARGE
1" CL2 SOLUTION LINE
1" SUPPLY LINE
FROM WELL DISCHARGE
CHLORINE SCHEMATIC 5 WP2
SCALE: N.T.S.
PRELIMINARY
NOT FOR CONSTRUCTION
CHLORINE HOUSE
MOUNT PER MANUFACTURES REQUIREMENTS
8" CONCRETE SLAB
#4 @ 12" EW
GRADE TO DRAIN
SLOPE
8" COMPACTED (95%) BASE COURSE
SECTION A–A
NOTES:
1. CHLORINE HOUSE TO BE BEVCO MODEL 7523-F OR EQUAL
2. CHLORINATOR SHALL BE WALLACE AND TIERNAN V10K OR EQUAL
3. BOOSTER PUMP AND CHLORINE SCALES SHALL BE SUPPLIED BY CHLORINATION EQUIPMENT SUPPLIER
4. PIPING SHALL BE SCHEDULE 80 PVC
5. WELL PUMP FLOW RATE IS 1700 GPM
6. STATIC PRESSURE AT WELL HEAD IS 82 PSI BASED ON RESERVOIR ELEVATION OF 2750
TYPICAL GATE INSTALLATION
NO SCALE
TYPICAL CORNER, ANGLE AND PULL POST DETAIL
NO SCALE (TWO BRACE POST ASSEMBLIES) (ISOMETRIC VIEW)
NOTES:
ALTERNATE DETAILS MAY BE PROPOSED. REFER TO PROJECT PLANS FOR LOCATION OF FENCE.
CHLORINE COMPARTMENT
ELECTRICAL
NOTES:
1. SEE SCHEMATIC FOR CHLORINATION EQUIPMENT DETAIL 5-WP2
1" WATER SUPPLY LINE
1" CL2 SOLUTION LINE
PLAN
PULL POST INSTALLATION DETAIL
(ONE BRACE POST ASSEMBLY)
NO SCALE
POST INSTALLATION DETAIL
NO SCALE
TYPICAL GROUND ROD INSTALLATION DETAIL
NO SCALE
FENCE DETAIL 3 WP2
SCALE: N.T.S.
CHLORINE HOUSE 4 WP2
SCALE: N.T.S.
43932 D. KIM SORENSEN
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 DETAILS
MOHAVE COUNTY ARIZONA
Stanley Consultants INC.
SCALE (H) 1" = 20'
SCALE (V) NA
DRAWN BY B. Curtis
CHECKED BY
DATE 02-01-2006
SHEET WP2
4 OF 20 SHEETS
SCI PROJECT# 18499.07.03

| PIPE SIZE | A | B | C | |
|---|---|---|---|---|
| | | | MIN. | MAX. |
| 4 | 3 | 2 1/2 | 9 1/4 | 14 |
| 8 | 3 | 2 1/2 | 11 3/4 | 16 1/2 |
| 10 | 3 | 2 1/2 | 13 1/2 | 18 1/4 |
| 12 | 3 | 2 1/2 | 15 | 19 3/4 |
| 14 | 4 | 3 | 16 1/4 | 20 3/4 |
| 16 | 4 | 3 | 17 3/4 | 22 1/4 |
| 18 | 4 | 3 1/2 | 19 1/2 | 24 |
| 20 | 6 | 3 1/2 | 21 | 25 1/2 |
| 24 | 6 | 4 | 23 3/4 | 28 1/4 |
| 30 | 6 | 4 | 25 | 30 3/4 |
| 48 | 10 | 6 | 29 | 33 |



UNPAVED AREAS
PAVED AREAS
PIPE TRENCH
12'
SAWCUT EXIST PAVEMENT 12' OUTSIDE TRENCH WALL
MATCH EXIST GRADE
SEE NOTE 7
8" BASE
3" ASPHALT CONC
TRENCH ZONE BACKFILL (SEE NOTE 2)
TOP OF PIPE ZONE BACKFILL
WARNING TAPE
12"
TRENCH ZONE (SEE NOTE 2)
TRENCH WALL (SEE NOTE 1)
TRACER WIRE (SEE NOTE 3)
PIPE ZONE BACKFILL
PIPE OD
BOTTOM OF PIPE
PIPE BASE
12" CLR MIN TYP
24" CLR MAX TYP
6" MIN
BOTTOM OF TRENCH EXCAVATION
PIPE OD + 2'-0"
MIN WIDTH

NOTES:

1. TRENCH SHALL MEET ALL CURRENT OSHA AND NEVADA STATE REQUIREMENTS FOR SAFETY
2. TRENCH ZONE BACKFILL SHALL BE A MIN 48", MAX 72", AND 95% COMPACTED
3. MIN 14 GAUGE COATED TRACER WIRE
4. NO CONSTRUCTION VEHICLES WILL BE ALLOWED TO DRIVE OVER PIPELINE UNTIL HEIGHT OF BACKFILL IS 3 OVER TOP OF PIPE.
5. MINIMUM CLEARANCE BETWEEN PIPE O.D. AND TRENCH WALL SHALL BE 12 INCHES FOR COMPACTED PIPE ZONE MATERIAL.
6. FOR BACKFILL MATERIAL AND COMPACTION REQUIREMENTS SEE SPECIFICATIONS
7. MOUND BACKFILL ABOVE PIPE SLOPE TO DRAIN AWAY. MAINTAIN EXISTING DRAINAGE PATTERN.

PIPE TRENCH DETAIL
SCALE: N.T.S.
1
WP3

| TYPE OF FITTING | CROSS W/PLUG | TEE W/PLUG | SECTION |
|---|---|---|---|
| TYPICAL INSTALLATION | 75% 75% | 100% 75% | H H=1/2 B |
| TYPE OF FITTING | 90° BEND | 45° THRU 11 1/4" BEND | TEE OR DEAD END |
| TYPICAL INSTALLATION | B | B | B |

THRUST BLOCK BEARING AREA (SQ. FT.)

| TYPE OF FITTING | | 11.25° BEND | 22.5° BEND | 45° BEND | 90° BEND | TEE OR PLUG |
|---|---|---|---|---|---|---|
| SIZE OF PIPE | 4" | 0.4 | 0.7 | 1.4 | 2.7 | 1.9 |
| | 6" | 0.8 | 1.7 | 3.2 | 6.0 | 4.2 |
| | 8" | 1.5 | 2.9 | 5.8 | 10.7 | 7.5 |
| | 10" | 2.3 | 4.6 | 9.0 | 16.7 | 11.8 |
| | 12" | 3.3 | 6.6 | 13.0 | 24.0 | 17.0 |
| | 14" | 4.5 | 9.0 | 17.7 | 32.7 | 23.1 |
| | 16" | 5.9 | 11.8 | 23.1 | 42.7 | 30.2 |
| | 18" | 7.5 | 14.9 | 29.2 | 54.0 | 38.2 |

NOTE:

1. ALL WORK MUST BE INSPECTED PRIOR TO BACKFILL.
2. CONSTRUCT THRUST BLOCKS W/2000 PSI CONCRETE-CURE MINIMUM 5 DAYS.
3. AREAS ARE BASED ON 150 PSI TEST PRESSURE AND 1500 PSF BEARING CAPACITY.
4. BEARING AREAS, VOLUMES, AND SPECIAL BLOCKING DETAILS SHOWN ON PLANS TAKE PRECEDENCE
5. BLOCKS TO BE POURED AGAINST UNDISTURBED SOIL.
6. WRAP ALL METAL FITTINGS WITH 8-MIL POLYETHYLENE FILM AFTER APPLYING 2 FIELD COATS OF NO-OXIDE WAX TO NUTS & BOLTS BEFORE POURING THRUST BLOCKS.
7. INSTALLATIONS USING DIFFERENT PIPE, TEST PRESSURES, AND/OR BEARING CAPACITIES ADJUST AREAS ACCORDINGLY, SUBJECT TO APPROVAL OF ENGINEER.
8. CONTRACTOR SHALL ADJUST THRUST BLOCKS IN AREAS WHERE TEST AND OPERATING PRESSURES EXCEED DESIGNED TEST PRESSURE

THRUST BLOCKS
SCALE: N.T.S.
2
WP3

PRELIMINARY
NOT FOR CONSTRUCTION
9" MIN
9 MIN
#3 60 KSI BAR @ 18"
3000 PSI CONC.
4-#4 60 KSI BAR
NOTE
1. CONCRETE SHALL BE POURED AGAINST UNDISTURBED EARTH
CONCRETE ENCASEMENT
SCALE: N.T.S.
4
WP3
DISCHARGE HEAD
2'-6" MIN
5'-0" MIN SQ
CONCRETE PAD
BASE PLATE
CONCRETE PEDISTAL
FOOTING BELOW
PUMP PEDISTAL PLAN
SCALE: N.T.S.
DISCHARGE HEAD
MOUNT PUMP DISCHARGE HEAD PER MANUFACTURERS RECOMMENDATIONS
BASE PLATE
2565.00
# 4 @ 8" REBAR CAGE IN PUMP PEDISTAL
# 4 @ 12" EW
3/4 NEOPRENE ISOLATION JOINT ALL AROUND
2563.00
5'-0" MIN
8"
24"
8" COMPACTED (95%) BASE COURSE TYPICAL
18 MIN
2561.00
EXIST GRADE 2560+/-
12"
# 4 @ 12"
CASING
PUMP PEDISTAL
SCALE: N.T.S.
3
WP3
43932
D. KIM SORENSEN
ARIZONA
SCALE (H) 1" = 20'
SCALE (V) NA
DRAWN BY B. Curtis
CHECKED BY
DATE 02-01-2006
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
www.stanleygroup.com
Stanley Consultants INC.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1
DETAILS
MOHAVE COUNTY
ARIZONA
SHEET
WP3
5 OF 20 SHEETS
SCI PROJECT# 18499.07.03



2559
2558
2560
2563
2562
2561
2559
1+00
2+00
3+00
4+00
5+00
3+00
52.00'
N00°00' 44'E
SEE C-1
SEE C-1 FOR CONNECTION TO EXISTING WATERLINE
EXISTING WATER LINE
DORA DRIVE
STATION 5+57.79 ACCESS ROAD
15" RCP WITH RCP FLARED END SECTION

PLAN

HORIZONTAL SCALE: 1" = 20'
VERTICAL SCALE: 1" = 4'

PRELIMINARY
NOT FOR CONSTRUCTION

FINISH GRADE AT WELL SITE 2563.0
STATION 1+40 Ⓒ ACCESS ROAD FG = 2563.00
FINISH GRADE @ Ⓒ PIPE
FINISH ROAD GRADE @ Ⓒ
50' VERTICAL CURVE
STATION 2+25 BVC 2559.13
BEGIN CONCRETE ENCASEMENT
STATION 2+75 EVC 2557.83
FINISH GRADE @ Ⓒ ROAD
EXISTING GRADE @ Ⓒ ROAD
EXISTING GRADE
FINISH GRADE
S=0.67%
S=0.47%
S=4.5%
38 L.F. 12" RCP CL III S=1.31%
78 L.F. RCP CL III S= 1.92%
STATION 5+27.79 MATCH EXISTING 2557.6 ±
STATION 5+33 CONNECT TO EXISTING WATERLINE
STATION 1+07.17 MANHOLE I.E.= 2560.00 RIM= 2564.00
SEE WP1 FOR CONNECTION
STATION 1+44.79 MANHOLE I.E.= 2557.50 RIM= 2562.00
STATION 2+22.32 15" RCP STUB W/ FLARED END SECTION I.E.= 2558.00
STATION 2+50 PVI = 2558.00
12" PVC C900 WATERLINE 4' MIN COVER
STATION 4+00 FG = 2557.00
END CONCRETE ENCASEMENT
DORA DRIVE 5+57.79
2568
2560
2552
DATUM ELEV 2545.00
2559.3
2559.0
2559.0
2558.0
2557.5
2557.3
2557.0
2557.5
2557.7
2557.2
2556.5
1+00
2+00
3+00
4+00
5+00
6+00

PROFILE

NOTE:
ENCASE WATERLINE IN CONCRETE BELOW WASH SEE 4-WP3 FOR ENCASEMENT DETAIL.

REGISTERED PROFESSIONAL ENGINEER CERTIFICATE NO. 43932 D. KIM SORENSEN ARIZONA, U.S.A.

SCALE (H) | SCALE (V) NA | DRAWN BY MB | CHECKED BY DKS | DATE 02-01-2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
DISCHARGE PIPE PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

SHEET PP1
6 OF 20 SHEETS
SCI PROJECT# 18499.07.03

SCHEMATIC DIAGRAM SYMBOLS
CONTROL RELAY
TIME DELAY RELAY
ALARM RELAY
ELAPSED TIME METER
MOTOR STARTER OR CONTACTOR COIL
PHOTO CELL
BEACON ALARM LIGHT LETTER INDICATES COLOR R=RED, A=AMBER, B=BLUE G=GREEN
PILOT LIGHT LETTER INDICATES COLOR R=RED, A=AMBER, B=BLUE G=GREEN
OUTPUT DV/DT FILTER
HEATING ELEMENT
TRANSFORMER
CURRENT TRANSFORMER
GROUND CONNECTION
GENERATOR
HORN
FULL VOLTAGE NON-REVERSING (FVNR) MOTOR STARTER OR CONTACTOR NUMBER DESIGNATES NEMA SIZE
NORMALLY OPEN CONTACT
NORMALLY CLOSED CONTACT
RTU OR PLC CONTACT
2 POSITION SELECTOR SWITCH POSITION LEGEND: X=CLOSED O=OPEN
3 POSITION SELECTOR SWITCH HAND - OFF - AUTO POSITION LEGEND: X=CLOSED O=OPEN
NORMALLY CLOSED PUSH BUTTON
LOCKOUT STOP PUSH BUTTON
NORMALLY OPEN PUSH BUTTON
EMERGENCY STOP PUSH BUTTON (MAINTAINED)
DISCONNECT SWITCH SHOWN WITH RATING AND NUMBER OF POLES
LIMIT OR POSITION SWITCH
PRESSURE SWITCH HIGH
PRESSURE SWITCH LOW
FLOW SWITCH
LEVEL FLOAT SWITCH
TIMER RELAY CONTACT INSTANTANEOUS CLOSE TIME DELAY OPEN
TIMER RELAY CONTACT NORMALLY OPEN TIME DELAY CLOSE
TEMPERATURE SWITCH
FUSE
FUSEHOLDER OR FUSEBLOCK
THERMAL OVERLOAD RELAY
TERMINAL BLOCK
DEVICE LOCATED AT REMOTE LOCATION
CONDUIT SEALOFF
POWER SINGLE LINE DIAGRAM SYMBOLS
JUNCTION BOX WITH POWER DISTRIBUTION BLOCK OR LUGS
CONDUIT SEALOFF
LTC CONNECTION
MC CONNECTION
BOND TO METALLIC WATER PIPE
UTILITY METER
MOTOR, NUMBER DESIGNATES NEMA HORSEPOWER SIZE
FUSE
FUSEHOLDER OR FUSEBLOCK
CIRCUIT BREAKER SHOWN WITH TRIP RATING AND NUMBER OF POLES
MOTOR CIRCUIT PROTECTOR WITH TRIP RATING AND NUMBER OF POLES
DISCONNECT SWITCH SHOWN WITH RATING AND NUMBER OF POLES
MOTOR MANAGEMENT RELAY
SOLID STATE STARTER
VARIABLE FREQUENCY DRIVE
HARMONIC FILTER
ELECTRONIC OVERLOAD RELAY
GROUND CONNECTION
ELECTRICAL ABBREVIATIONS
A AMPERE
AFD ADJUSTABLE FREQUENCY DRIVE
AFF ABOVE FINISHED FLOOR
AFG ABOVE FINISHED GRADE
AI ANALOG INPUT
AIC AMPS INTERRUPTING CAPACITY
AO ANALOG OUTPUT
AS AIR SUPPLY
ATS AUTOMATIC TRANSFER SWITCH
BC BYPASS CONTACTOR
C CONDUIT
CB CIRCUIT BREAKER
CCW COUNTER CLOCKWISE
CL2 CHLORINE
CON CONTACTOR
CPB CONTROL PULLBOX
CU COPPER, BARE
CV CONTROL VALVE
CW CLOCKWISE
DCS DISTRIBUTED CONTROL SYSTEM
DI DISCRETE INPUT
DO DISCRETE OUTPUT
DP DISTRIBUTION PANEL
DV/DT DIFFERENTIAL VOLTAGE/TIME
DWG DRAWING
ETM ELAPSED TIME METER
EOL ELECTRONIC OVERLOAD
EXIST EXISTING
FA FOUL AIR
FC FAIL CLOSED
FE FLOW ELEMENT
FLA FULL LOAD AMPS
FS FLOW SWITCH
FVNR FULL VOLTAGE NON-REVERSING
FW FINISHED WATER
GFCI GROUND FAULT CIRCUIT INTERRUPTER
GFP GROUND FAULT PROTECTION
GND GROUND
GPD GALLONS PER DAY
GPH GALLONS PER HOUR
GPM GALLONS PER MINUTE
GRS GALVANIZED RIGID STEEL
H, HI HIGH
H2S HYDROGEN SULFIDE
HMI HUMAN MACHINE INTERFACE
HOA HAND-OFF-AUTO
HOR HAND-OFF-REMOTE
I CURRENT
IC INSTRUMENTATION CABLE
ICR INTERMITTENT CYCLE REACTOR
IO INPUT/OUTPUT
ISC SHORT CIRCUIT CURRENT
JB JUNCTION BOX
L, LO LOW
LAN LOCAL AREA NETWORK
LC LOOP CONTROLLER
LCL LEVEL CONTROL, LOW
LCP LOCAL CONTROL PANEL
LOS LOCK-OUT-STOP
LOR LOCAL/OFF/REMOTE
LS LEVEL (i.e., FLOAT) SWITCH
LTC LIQUIDTIGHT FLEXIBLE METAL CONDUIT
M MOTOR
MA MANUAL/AUTO
mA MILLIAMP
MAX MAXIMUM
MC MANUFACTURER'S CABLE
MCB MAIN CIRCUIT BREAKER
MCC MOTOR CONTROL CENTER
MCP MOTOR CIRCUIT PROTECTOR
MFR(S) MANUFACTURER(S)
MGD MILLION GALLONS PER DAY
MGL MILLIGRAMS PER LITER
MH MANHOLE
MIN MINIMUM
MOV MOTOR OPERATED VALVE
MMR MOTOR MANAGEMENT RELAY
MTU MASTER TELEMETRY UNIT
NEC NATIONAL ELECTRICAL CODE
NECA NATIONAL ELECTRICAL CONTRACTOR ASSOCIATION
N.C. NORMALLY CLOSED
N.O. NORMALLY OPEN
NOTC NORMALLY OPEN TIMED CLOSED
NPW NON-POTABLE WATER
NS NITROGEN SUPPLY
NTS NOT TO SCALE
NTU TURBIDITY
OF OVERFLOW
OIT OPERATOR INTERFACE TERMINAL
OL OVERLOAD
OLR OVERLOAD RELAY
OO ON/OFF (MAINTAINED)
OR OFF-REMOTE
OSC OPEN/STOP/CLOSE
P PHASE
PB PULL BOX
PCP PROCESS CONTROL PANEL
PCV PRESSURE CONTROL VALVE
PFR PHASE/POWER FAILURE RELAY
PI PULSE INPUT
PLC PROGRAMMABLE LOGIC CONTROLLER
PLI PLANT INFLUENT
PMP PUMP
PNL PANEL
PO PULSE OUTPUT
PPB POWER PULLBOX
PPG POUNDS PER GALLON
PPH POUNDS PER HOUR
PPM PARTS PER MILLION
PR PAIR
PRES PRESSURE
PS PRESSURE SWITCH
PSH PRESSURE SWITCH, HIGH
PSI POUNDS PER SQUARE INCH
PV PROCESS VARIABLE
RAS RETURN ACTIVATED SLUDGE
RW RAW WATER
RF RADIO FREQUENCY
RIO REMOTE INPUT OUTPUT
RS RAW SEWAGE
RSP RAW SEWAGE PUMP
RST RESET
RTD RESISTANCE TEMPERATURE DETECTOR
RTU REMOTE TELEMETRY UNIT
RWT REFLECTED WAVE TRAP
SCA SHORT CIRCUIT AMPS
SEQ SERVICE ENTRANCE EQUIPMENT
SES SERVICE ENTRANCE SECTION
SLC SINGLE LOOP CONTROLLER
SLOS START-LOCK-OUT-STOP
SMC SUBMERSIBLE MANUFACTURER CABLE
SO2 SULFUR DIOXIDE
SP SET POINT
SPC SPARE CONDUIT
SPR SPARE
SS START/STOP
SSS SOLID STATE STARTER (SOFT START)
ST SHUNT TRIP
TC TELEPHONE CABLE
TS TEMPERATURE SWITCH
TVSS TRANSIENT VOLTAGE SURGE SUPPRESSOR
TYP TYPICAL
UG UNDERGROUND
UL UNDERWRITERS LABORATORIES
UNO UNLESS NOTED OTHERWISE
V VOLT
VFD VARIABLE FREQUENCY DRIVE
W WATT, WIRE
WAS WASTE ACTIVATED SLUDGE
WP WEATHERPROOF
XFMR TRANSFORMER
XMR TRANSFORMER
XMTR TRANSMITTER
ZS POSITION (i.e. LIMIT) SWITCH
SITE PLAN SYMBOLS
TELEPHONE OUTLET
SINGLE POLE SWITCH
3 WAY SWITCH
4-WAY SWITCH
MANUAL MOTOR STARTER
SPECIAL PURPOSE OR WELDING OUTLET
SMOKE DETECTOR
THERMOSTAT
FIELD DEVICE
GROUND ROD
DUPLEX RECEPTACLE
ANTENNA MAST
CONDUIT SEALOFF
DISCONNECT SWITCH
MOTOR
CIRCUIT SCHEDULE LEGEND
AAA-BC
SEQUENCE NUMBER
TYPE C=CONTROL P=POWER
DEVICE SERVED
ELECTRICAL LINETYPES
EXPOSED CONDUIT
EXISTING EXPOSED CONDUIT
UNDERGROUND CONDUIT
EXISTING UNDERGROUND CONDUIT
BARE COPPER GROUND CONDUCTOR
EXISTING OR FUTURE
NEW ELECTRICAL EQUIPMENT
DEMOLITION
DETAIL VIEW OR MATCHING
CAPPED CONDUIT STUB OUT
PXXX CXXX
GROUPED CONDUIT AND CIRCUIT IDENTIFICATION TAGS. REFER TO THE POWER SINGLE-LINE, SCHEMATIC CONNECTION DIAGRAMS AND CIRCUIT SCHEDULE FOR CONDUIT SIZES AND CONTENTS
P=POWER C=CONTROL
GENERAL NOTES
1 THE COMPLETED INSTALLATION SHALL COMPLY WITH LATEST REVISION OF APPLICABLE FEDERAL STATE, AND LOCAL CODES, ORDINANCES, AND REGULATIONS. THE CONTRACTOR SHALL OBTAIN NECESSARY PERMITS AND INSPECTIONS REQUIRED BY THE AUTHORITIES HAVING JURISDICTION. ALL WORK SHALL BE COMPLETED IN A NEAT, WORKMANLIKE MANNER IN ACCORDANCE WITH THE LATEST NECA STANDARDS OF INSTALLATION UNDER COMPETENT SUPERVISION. INSTALL GROUNDING PER NEC
2 VISIT THE SITE PRIOR TO BIDDING TO BECOME FAMILIAR WITH EXISTING CONDITIONS AND OTHER FACTORS, WHICH MAY AFFECT THE EXECUTION OF THE WORK. INCLUDE ALL RELATED COSTS IN THE INITIAL BID PROPOSAL
3 THE CONTRACTOR SHALL COORDINATE WORK WITH THE UTILITIES PROVIDING SERVICES ON THIS PROJECT, AND SHALL COMPLY WITH ALL THEIR INSTALLATION REQUIREMENTS
4 ALL MATERIALS SHALL BE NEW AND OF THE BEST QUALITY, MANUFACTURED IN ACCORDANCE WITH THE LATEST REVISION OF NEMA, ANSI, UL, OR OTHER APPLICABLE STANDARDS. THE USE OF MANUFACTURERS' NAMES, MODELS, AND NUMBERS IS INTENDED TO ESTABLISH STYLE QUALITY APPEARANCE USEFULNESS, AND BID PRICE.
5 PROTECT ALL ELECTRICAL MATERIAL AND EQUIPMENT INSTALLED AGAINST DAMAGE BY OTHER TRADES WEATHER CONDITIONS, OR ANY OTHER PREVENTABLE CAUSES. EQUIPMENT DAMAGED DURING SHIPPING OR CONSTRUCTION, PRIOR TO ACCEPTANCE BY THE ENGINEER OR THE OWNER WILL BE REJECTED AS DEFECTIVE
6 LEAVE THE SITE CLEAN. REMOVE ALL DEBRIS, EMPTY CARTONS, TOOLS, CONDUIT, WIRE SCRAPS AND ALL MISCELLANEOUS SPARE EQUIPMENT AND MATERIALS USED IN THE WORK DURING CONSTRUCTION. ALL COMPONENTS SHALL BE FREE OF DUST, GRIT AND FOREIGN MATERIALS LEFT AS NEW BEFORE FINAL ACCEPTANCE OF WORK. DAMAGED PAINT AND FINISHES SHALL BE TOUCHED UP OR REPAINTED WITH MATCHING COLOR PAINT AND FINISH.
7 CIRCUIT CONDUCTORS #6 AWG OR SMALLER SHALL BE THWN STRANDED COPPER. #4 AWG THROUGH #2 AWG SHALL BE XHHW STRANDED COPPER. #1 AWG OR LARGER SHALL BE XHHW-2 STRANDED COPPER. MINIMUM POWER CONDUCTOR SIZE SHALL BE #12 AWG WITH #12 AWG GROUND
8 UNDERGROUND CONDUITS SHALL BE SCHEDULE 40 PVC. MINIMUM CONDUIT DEPTH SHALL BE 24 INCHES. MINIMUM UNDERGROUND CONDUIT SIZE SHALL BE 1 INCH.
9 CONDUITS SHALL BE MARKED AT EACH END WITH MATCHING NUMBERED BRASS TAGS. SPARE CONDUITS SHALL HAVE A PULL STRING INSTALLED, SECURED AND CAPPED.
10 EXPOSED CONDUITS SHALL BE GALVANIZED RIGID STEEL (GRS). MINIMUM SIZE 3/4 INCH UNLESS OTHERWISE NOTED ON THE PLANS
11 SAFETY SWITCHES, ELECTRICAL DISTRIBUTION EQUIPMENT, CONTROL PANELS, AND OTHER ELECTRICAL DEVICES SHALL BE UL LISTED AND RATED FOR HEAVY DUTY SERVICE
12 WIRING DEVICES SHALL BE SPECIFICATION GRADE
13 THE CONTRACTOR IS RESPONSIBLE FOR MANAGING, SCHEDULING, DOCUMENTING, AND PERFORMING THE WORK SO THAT A COMPLETE ELECTRICAL, INSTRUMENTATION AND CONTROL SYSTEM FOR THE FACILITY IS PROVIDED. ACCURATE SHOP AND RECORD DRAWINGS AND O&M MANUALS SHALL BE SUBMITTED PRIOR TO FINAL ACCEPTANCE OF THE WORK
14 TYPICAL DETAILS SHALL APPLY IN ALL CASES, WHETHER SPECIFICALLY REFERRED TO OR NOT
90% PRELIMINARY NOT FOR CONSTRUCTION
DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx. AZ 85012
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 STANDARD ELECTRICAL SYMBOLS AND LEGEND
MOHAVE COUNTY ARIZONA
SHEET E001
7 OF 20 SHEETS
SCI PROJECT# 18449.07.03
DWG FILE: 1175.0_E001.dwg 8:04am PLOTTED: Mar 07, 2006

750KVA, 400A, 2.3KV, 3 PHASE, 4 WIRE SERVICE FROM UTILITY TRANSFORMER SCA=3820AIC PER UNISOURCE TABLE

MAIN BONDING JUMPER 4/0

U100

GROUNDING ELECTRODE CONDUCTOR 4/0 BARE CU WIRE

GND NEUT

UM

SERVICE ENTRANCE SECTION 600A, 5KV, 3 PHASE 4 WIRE, NEMA 3R SES-100

400A 3P

GROUNDING ELECTRODE SYSTEM GROUND GRID

MEDIUM VOLTAGE LIGHTNING AND SURGE ARRESTOR AND SURGE CAPACITOR

ISC(1)

P101

MEDIUM VOLTAGE SWITCH 5KV, 1200A, NEMA 3R BRATED FOR 5 KAIC MVS-100 (NOTE 3)(NOTE 4)

MEDIUM VOLTAGE CABINET PULL BOX 5KV, 1200A, NEMA 3R BRATED FOR 5 KAIC MVP-100 (NOTE 5)

4/0 BARE CU WIRE

MEDIUM VOLTAGE LUGS RATED 5KV, 200A, 5KAIC

CONNECTION POINT FOR PORTABLE GENERATOR

GROUND

NON-LOAD BREAK SELECTOR SWITCH

ISC(2)

P102

SWITCH GEAR 600A, 5KV, 3PHASE, 4WIRE 250MVA, 5KAIC NEMA 3R SGR-100

50 27 51 47 51G 51N 46 86

52

VACUUM CIRCUIT BREAKER 5KV 1200A, 250MVA (SET AT 300A)

SOLID STATE PROTECTIVE RELAY

PT 2300/120V

AMPS

FEEDER MANAGEMENT RELAY AND CUSTOMER POWER QUALITY MONITORING SYSTEM PQM-105

300:5 CT

FUSE CURRENT LIMITING 2.4 KV, MAX 5.5KV, 225A, 50KAIC

4/0 BARE CU WIRE

200A HI-VOL 3P

P103

ISC(3)

SOLID STATE STARTER (SUPPLIED BY OTHERS) 3 PHASE NEMA 3R SSS-100

200A 3P 225A IC SSS BC EOL

P104

700

WELL PUMP NO 1 PMP-100

GROUND

PADMOUNT TRANSFORMER 75KVA, 2,300-480/277, 3 PHASE 4 WIRE NEMA 3R, T-100

P105

P106

PANELBOARD 100A 480-277 3 PHASE, 4 WIRE NEMA 3R PNL-100

NOTE 6

30A HI-VOL 3P

ISC(4)

ISC(5)

100A 3P 100A 2P 15A 3P 3P TVSS

480-277V, 3-PHASE SIZE: NEMA 4X STARTER STR-200

P108

15A MCP 3P

P109

1

CL2 BOOSTER PUMP PMP-200

P107

100A 125A

ISC(6)

MINI-POWER ZONE 25kVA, 120/240V, 1Ø, 3-WIRE, 10KAIC NEMA 3R (MPZ-100)

#4 BARE CU WIRE

GROUNDING ELECTRODE SYSTEM

A SINGLE LINE DIAGRAM NTS

## NOTES:

1. ALL SHORT CIRCUIT INTERRUPTING AND PROTECTING DEVICES SHALL HAVE A SHORT CIRCUIT INTERRUPTING RATING EQUAL TO OR GREATER THAN THE AVAILABLE SHORT CIRCUIT ON THE BUS
2. FUSES SHALL BE SIZED PER THE EQUIPMENT MANUFACTURER'S RECOMMENDATIONS
3. MEDIUM VOLTAGE SWITCH SHALL INCLUDE A MOTOR-ASSISTED SWITCH FOR MANUAL OPERATION
4. CONTRACTOR SHALL PROVIDE AUX CONTACTS FOR LOAD INTERRUPTER SWITCH POSITION INDICATION
5. CONTRACTOR SHALL PROVIDE MEDIUM VOLTAGE LUGS RATED FOR 5KV, 1200A, 5KAIC AND CONNECT THE LOADSIDE OF THE CABINET TO NORMALLY OPEN SIDE OF MANUAL TRANSFER SWITCH
6. FUTURE IRRIGATION PUMP CIRCUIT BREAKER SIZE IS YET TO BE DETERMINED

| CALLOUT NO. | NO. SETS | CONDUIT SIZE | CIRCUIT CONDUCTORS | CIRCUIT NO.'s |
|---|---|---|---|---|
| P101 | 1 | 4" | 3 - 1/0, MV-105 TYPE, #6 GND | MVS100-P1 |
| P102 | 1 | 4" | 3 - 1/0, MV-105 TYPE, #6 GND | SGR100-P1 |
| P103 | 1 | 3" | 3 - 1/0, MV-105 TYPE, #6 GND | SSS100-P1 |
| P104 | 1 | 3" | 3 - 1/0, MV-105 TYPE, #6 GND | PMP100-P1 |
| P105 | 1 | 3" | 3 - # 8, MV-105 TYPE, #8 GND | T100-P1 |
| P106 | 1 | 2" | 4 - 1/0, #6 GND | PNL100-P1 |
| P107 | 1 | 1.5" | 3 - # 2, #4 GND | MPZ100-P1 |
| P108 | 1 | 1" | 3 - # 12, #12 GND | STR200-P1 |
| P109 | 1 | .75" | 3 - # 12, #12 GND | PMP200-P2 |

B CIRCUIT SCHEDULE NTS

| CIRCUIT/DESCRIPTION | KVA | HP | FLA |
|---|---|---|---|
| MOTOR LOADS | | | |
| WELL PUMP MOTOR PMP-100 | | 700.0 | 156.0 |
| | | | |
| NON-MOTOR LOADS | | | |
| THREE PHASE TRANSFORMER | 75.0 | | 18.0 |
| SUBTOTAL | | | 174.0 |
| + 25% OF LARGEST MOTOR | | | 39.0 |
| TOTAL AMPS @ 2400V/3PHASE | | | 213.0 |
| EXISTING SERVICE SIZE (AMPS) | | | 400.0 |

C LOAD CALCULATIONS NTS

LIGHTING FIXTURE SCHEDULE

| TYPE | SYMBOL | DESCRIPTION | MOUNTING | MANUFACTURER |
|---|---|---|---|---|
| 1 | | 120V, 4' ENCLOSED AND GASKETED FLUORESCENT FIXTURE, (2) 32W T8 LAMPS, AND (1) ELECTRONIC T-8 BALLAST SUITABLE FOR CORROSIVE LOCATIONS. | SURFACE | HOLOPHANE PRISMATITE WITH PRISMATECT CORROSION RESISTANT FINISH OR EQUAL |
| 2 | | 120V, FLOOD LIGHT, ONE PIECE DIE CAST ALUMINUM CYLINDRICAL HOUSING, HEAVY CAST ALUMINUM TWIN KNOB SWIVEL SPECULAR ALZAK REFLECTOR, U.L. LISTED FOR WET LOCATIONS, (1) 175W METAL HALIDE LAMP RATED FOR UNIVERSAL BURNING POSITION. NUMBER OF HEADS AS PER DETAIL A BELOW. | 3-FIXTURE MOUNT 12' POLE | GARDCO OF12 SERIES, ISI DORAL SERIES, KIM AFL SERIES, OR EQUAL. FULL CUT-OFF LIGHT DISTRIBUTION PATTERN. |

D LIGHT FIXTURE SCHEDULE NTS

90% PRELIMINARY NOT FOR CONSTRUCTION

Registered Professional Engineer 31724 BRIAN D. DOWNING ARIZONA

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1 SINGLE LINE AND LOAD CALCULATIONS

MOHAVE COUNTY ARIZONA

SHEET E002 8 OF 20 SHEETS

SCI PROJECT# 18449.07.03

DWG FILE: 1175.0_E002.dwg 8:04am PLOTTED: Mar 07, 2006 gtran

PANEL TAG No. PNL-100
LOCATION ELECTRICAL EQUIPMENT LINE UP
BUS AMPACITY 100
VOLTS 480
PHASE/WIRE CONFIG. 3-PHASE/4-WIRE
REMARKS

NEMA TYPE/MOUNTING 3R/SURFACE
MAIN DEVICE 100A MCB
A/C RATING 10K
FED FROM T-100
ACCESSORIES TVSS
NOTE 1: PROVIDE BREAKER PER MANUF. RECOMMENDATIONS

| LOAD VA PHASE A | LOAD VA PHASE B | LOAD VA PHASE C | LOAD DESCRIPTION | WIRE SIZE* | DEMAND | BKR | BKR. NO. | BKR. NO. | BKR | DEMAND | WIRE SIZE* | LOAD DESCRIPTION | LOAD VA PHASE A | LOAD VA PHASE B | LOAD VA PHASE C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 560 | | | CHLORINE BOOSTER PUMP | #12 | 1.00 | 15/3 | 1 | 2 | 100/2 | 1.24 | #4 | MINI POWER ZONE | 5532 | | |
| | 560 | | CHLORINE BOOSTER PUMP | #12 | 1.00 | | 3 | 4 | | 1.24 | #4 | MINI POWER ZONE | | 3062 | |
| | | 560 | CHLORINE BOOSTER PUMP | #12 | 1.00 | | 5 | 6 | 20/1 | | | SPARE | | | 0 |
| 0 | | | SPARE | | | 20/1 | 7 | 8 | | | | SPACE | 0 | | |
| | 0 | | SPARE | | | 20/1 | 9 | 10 | | | | SPACE | | 0 | |
| | | 0 | SPARE | | | 20/1 | 11 | 12 | | | | SPACE | | | 0 |
| 0 | | | SPARE | | | 15/3 | 13 | 14 | | | | SPACE | 0 | | |
| | 0 | | SPARE | | | 15/3 | 15 | 16 | | | | SPACE | | 0 | |
| | | 0 | SPARE | | | 15/3 | 17 | 18 | | | | SPACE | | | 0 |
| 0 | | | SPACE | | | | 19 | 20 | | | | (FUTURE IRRIGATION PUMP) | 0 | | |
| | 0 | | SPACE | | | | 21 | 22 | | | | (FUTURE IRRIGATION PUMP) | | 0 | |
| | | 0 | SPACE | | | | 23 | 24 | | | | (FUTURE IRRIGATION PUMP) | | | 0 |
| 0 | | | SPACE | | | | 25 | 26 | | | | TVSS (NOTE 1) | 0 | | |
| | 0 | | SPACE | | | | 27 | 28 | | | | TVSS (NOTE 1) | | 0 | |
| | | 0 | SPACE | | | | 29 | 30 | | | | TVSS (NOTE 1) | | | 0 |
| 560 | 560 | 560 | CONNECTED VA | | | | | | | | | CONNECTED VA | 5532 | 3062 | 0 |
| 560 | 560 | 560 | DEMAND VA | | | | | | | | | DEMAND VA | 6860 | 3797 | 0 |

* - Each branch circuit phase conductor shall have an equipment grounding conductor sized per N.E.C. Article 250

| | VA | AMPS |
|---|---|---|
| TOTAL PANEL CONNECTED LOAD | 10274 | 12.36 |
| TOTAL PANEL DEMAND LOAD | 12337 | 14.84 |
| PANEL DEMAND FACTOR | 120% | |

| | PHASE A | PHASE B | PHASE C |
|---|---|---|---|
| TOTAL CONNECTED VA - PER PHASE | 6092 | 3622 | 560 |
| TOTAL DEMAND VA - PER PHASE | 7420 | 4357 | 560 |
| TOTAL DEMAND PHASE AMPS | 26.8 | 15.7 | 2.0 |

A 3-PHASE PANEL SCHEDULE
NTS

PANEL TAG No. MPZ-100
LOCATION ELECTRICAL EQUIPMENT LINEUP
BUS AMPACITY 125A
VOLTS PHASE, WIRE 240 V/120V 1-PHASE, 3-WIRE
REMARKS 25KVA MINI-POWER ZONE

NEMA TYPE/MOUNTING 3R/SURFACE
MAIN DEVICE 125A MCB
AIC RATING 10K
FED FROM PNL-100
ACCESSORIES

| LOAD VA PHASE A | LOAD VA PHASE B | LOAD DESCRIPTION | WIRE SIZE | DEMAND | BKR | BKR. NO. | BKR. NO. | BKR | DEMAND | WIRE SIZE | LOAD DESCRIPTION | LOAD VA PHASE A | LOAD VA PHASE B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3600 | | CHLORINATION HOUSE- BEVCO | #6 | 1.25 | 30/1 | 1 | 2 | 20/2 | 1.25 | #12 | RTU CABINET AC UNIT NO.1 | 771 | |
| | 20 | WELL SITE FLOWMETER | #12 | 1.25 | 20/1 | 3 | 4 | | 1.25 | #12 | RTU CABINET AC UNIT NO.1 | | 771 |
| 0 | | SPARE | | | 20/1 | 5 | 6 | 20/1 | 1.25 | #12 | POLE LIGHTING | 0 | |
| | 360 | SITE RECEPTACLES | #12 | 1.00 | 20/1 | 7 | 8 | 20/1 | 1.25 | #12 | SITE LIGHTING | | 960 |
| 0 | | SPARE | | | 20/2 | 9 | 10 | 20/1 | 1.25 | #12 | POWER QUALITY METER | 240 | |
| | 0 | SPARE | | | | 11 | 12 | 20/1 | 1.25 | #12 | POLE RECEPTACLE | | 180 |
| 771 | | SSS AC | #12 | 1.25 | 20/2 | 13 | 14 | 20/1 | 1.25 | #12 | RTU CABINET | 150 | |
| | 771 | SSS AC | #12 | 1.25 | | 15 | 16 | 20/1 | | | SPARE | | 0 |
| 0 | | SPARE | | | 20/1 | 17 | 18 | 20/1 | | | SPARE | 0 | |
| | 0 | SPACE | | | | 19 | 20 | | | | SPACE | | 0 |
| 0 | | SPACE | | | | 21 | 22 | | | | SPACE | 0 | |
| | 0 | SPACE | | | | 23 | 24 | | | | SPACE | | 0 |
| 4371 | 1151 | CONNECTED VA | | | | | | | | | CONNECTED VA | 1161 | 1911 |
| 5420 | 1427 | DEMAND VA | | | | | | | | | DEMAND VA | 1440 | 2370 |

* - Each branch circuit phase conductor shall have an equipment grounding conductor sized per N.E.C. Article 250

| | VA | AMPS |
|---|---|---|
| TOTAL PANEL CONNECTED LOAD | 8594 | 35.81 |
| TOTAL PANEL DEMAND LOAD | 10657 | 44.40 |
| PANEL DEMAND FACTOR | 124% | |

| | PHASE A | PHASE B |
|---|---|---|
| TOTAL CONNECTED VA - PER PHASE | 5532 | 3062 |
| TOTAL DEMAND VA - PER PHASE | 6860 | 3797 |
| TOTAL DEMAND PHASE AMPS | 57 2 | 31 6 |

B 1-PHASE PANEL SCHEDULE
NTS

SHORT CIRCUIT CALCULATIONS

| DEFINITIONS | |
|---|---|
| ISC = | SHORT CIRCUIT CURRENT (AMPS) |
| N = | NUMBER OF CONDUCTORS/PHASE |
| L = | LENGTH OF CONDUCTOR (FEET) |
| C = | CONSTANT FROM TABLE OF "C" |
| Isc = | AVAILABLE SHORT-CIRCUIT AMPS |
| V L-L = | LINE TO LINE VOLTAGE (VOLTS) |
| V P = | PRIMARY VOLTAGE |
| V s = | SECONDARY VOLTAGE |
| % Z = | TRANSFORMER % IMPEDANCE |

FORMULAS

3 PH: $f = \frac{1.732 \times L \times Isc}{N \times C \times V_{L-L}}$

1 PH: $f = \frac{2 \times L \times Isc}{N \times C \times V_{L-L}}$

1 PH XFMR: $f = \frac{Isc \times V_P \times \%Z}{100{,}000 \times KVA}$

ISC(1)

$$f1 = \frac{1.732 \times 25 \times 4{,}924}{1 \times 9033 \times 2300} = 0.0103$$

$$M = \frac{1}{1 + 0.0103} = 0.9898$$

ISC(1) = 4,924 x 0.9898 = 4,874 A

ISC(2)

$$f2 = \frac{1.732 \times 25 \times 4{,}874}{2 \times 9033 \times 2300} = 0.0051$$

$$M = \frac{1}{1 + 0.0051} = 0.9949$$

ISC(2) = 4,874 x 0.9949 = 4,849 A

ISC(3)

$$f3 = \frac{1.732 \times 25 \times 4{,}849}{1 \times 9033 \times 2300} = 0.0101$$

$$M = \frac{1}{1 + 0.0101} = 0.99$$

ISC(3) = 4,849 x 0.99 = 4,801 A

ISC(4)

$$f4 = \frac{1.732 \times 25 \times 4{,}801}{1 \times 1555 \times 2300} = 0.0581$$

$$M = \frac{1}{1 + 0.0581} = 0.9451$$

ISC(4) = 4,801 x 0.9451 = 4,537 A

ISC(5) TRANSFORMER (T-100) SECONDARY (ISC(5))

$$f4 = \frac{3{,}583 \times 4157 \times 3}{100000 \times 75} = 5.958$$

$$M = \frac{1}{1 + 5.958} = 0.144$$

$$Vp/Vs = \frac{2400}{480} = 5$$

ISC(5) = 3,583 x 0.144 x 5 = 2,580 A

ISC(6)

$$f1 = \frac{2 \times 25 \times 2{,}580}{2 \times 3825 \times 240} = 0.0703$$

$$M = \frac{1}{1 + 0.0703} = 0.9343$$

ISC(6) = 2,580 x 0.9343 = 2,410 A

C SHORT CIRCUIT CALCULATIONS
NTS

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

REGISTERED PROFESSIONAL ENGINEER
CERTIFICATE NO. 31724
BRIAN D. DOWNING
ARIZONA, U.S.A.

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
PANEL SCHEDULE AND SHORT CIRCUIT CALCS
MOHAVE COUNTY ARIZONA

SHEET E003
9 OF 20 SHEETS
SCI PROJECT# 18449.07.03

90% PRELIMINARY NOT FOR CONSTRUCTION

DWG FILE: 1175.0_E003.dwg 8:04am PLOTTED: Mar 07, 2006 gfon





NOTES:
1 PROVIDE AND INSTALL A MANUFACTURER'S 30 AMP EIGHT-SPACE PANELBOARD TO PROVIDE SERVICE FOR ENCLOSURE ELECTRICAL LOADS AS WELL AS LEAK DETECTOR RECEIVER POWER SUPPLY.
2 COORDINATE UTILITY TRENCH CONDUIT AND PAD PRIOR TO PERFORMING ANY WORK
3 CHLORINE HOUSE IS SUPPLIED AS A PREWIRED UNIT IT WILL REQUIRE 1Ø POWER AND SIGNAL/ALARM CIRCUITS TO RTU
4 COORDINATE LOCATION OF OILER SOLENOID WITH MECHANICAL CONTRACTOR
ANTENNA (ANT-100) (ANT-200)
RTU-100
CELLULARM
MPZ-100
PNL-100
4/0 BARE CU (TYP)
CP-100
SSS-100
PQM-105
MVS-100
SHADE STRUCTURE
T-100
SGR-100
PULL SECTION
UFER (TYP)
UTILITY TRANSFORMER PROVIDE PAD PER UTILITY REQUIREMENTS
NOTE 2
POWER DISCONNECT SWITCH (NOTE 3)
TB-100
TEST WELL
CHLORINE HOUSE (PREWIRED)
TEST WELL (TYP OF 2)
STE-110
SOV-102 (NOTE 4)
PSH-100
LT-100
PMP-100
ZSO-101
ZSC-101
SOV-101
TRENCH (TYP)
SES-100
STUB-UP (TYP)
PUMP GROUND
PMP-200
STR-200
PB-100
ZSC-100
ZSO-100
FE-100
FQIT-100
TRANSMITTER MOUTING
GROUND ROD (TYP OF 7)
12 WP GFCI
SOV-100
PULLBOX MOUNTING (TYP)
EQUIP. MOUNTING (TYP)
ZS-101A
POLE FOUNDATION
ZS-101B
GATE GROUND (TYP OF 2)
A WELL SITE - ELECTRICAL PLAN
1/4" = 1'
90% PRELIMINARY NOT FOR CONSTRUCTION
DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
BRIAN D. DOWNING
SCALE (H) 1/4"=1'
SCALE (V) 1/4"=1'
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 POWER AND GROUNDING PLAN
MOHAVE COUNTY ARIZONA
SHEET E004
10 OF 20 SHEETS
SCI PROJECT# 18449.07.03
DWG FILE: 1175.0_E004.dwg 8:05am PLOTTED: Mar 07, 2006 cfron



2.3KV/3PH/60HZ
L1 L2 L3
CB WITH SHUNT TRIP
2300V
CPT
120V
SOLID STATE STARTER (SSS-100)
BC
ELECTRONIC OVERLOAD (EOL)
SET FOR CLASS 10 OVERLOAD
MOTOR
RESERVOIR HIGH HIGH LEVEL ALARM
RESERVOIR VALVE CLOSED
PUMP-TO-WASTE VALVE OPEN
HAND OFF AUTO
STOP
START
WELL PUMP FAULT
BACKSPIN TIMER DELAY
SSS RUN ENABLE
OIL SOLENOID VALVE
ELAPSED TIME METER
MOTOR RUN LIGHT
BYPASS CONTACTOR CONTROL RELAY
PLC START/STOP
(NOTE 1)
SV-102
POWER
COMMON
SSS-100 SOLID STATE STARTER
START
STOP
RESET
BYPASS
FAULT
SSS FAULT
BACKSPIN TIMER RELAY
ON DELAY TIMER (TYP)
BACKSPIN CONTROL RELAY
HIGH PRESSURE DETECTION
PSH-100
HIGH PRESSURE DELAY SET AT 0-60 SEC
HIGH PRESSURE ALARM
VALVE INCOMPLETE SEQUENCE ALARM
RESERVOIR VALVE FAILED TO OPEN
PUMP-TO-PUMP WASTE VALVE FAILED TO CLOSE
MOTOR OVERLOAD
HIGH PRESSURE ALARM
VALVE INCOMPLETE SEQUENCE
SSS FAULT
WELL PUMP FAULT
PLC RESET
OPENS TO RESET
COMMON RESET
BYPASS CONTACTOR
WELL PUMP NO 1 RUN STATUS
WELL PUMP NO 1 AUTO STATUS
WELL PUMP NO 1 FAULT ALARM
PUMP-TO-WASTE VALVE OPEN STATUS
PUMP-TO-WASTE VALVE CLOSED STATUS
RESERVOIR VALVE OPEN STATUS
RESERVOIR VALVE CLOSED STATUS
WELL PUMP NO 1 VALVE INCOMPLETE SEQUENCE ALARM
WELL PUMP NO. 1 HIGH PRESSURE ALARM
+24 VDC
TO PLC-100
CHLORINE BOOSTER PUMP RUN ENABLE TO STR-200 (NOTE 5)
NOTES:
1 PLC WILL OUTPUT A START/STOP COMMAND WHICH CORRESPONDS TO A PREDETERMINED TANK LEVEL START FILL/STOP FILL SETPOINT. PLC WILL SEND A STOP COMMAND ON LOSS OF COMMUNICATIONS BETWEEN WELL NO 1 AND RESERVOIR NO 1
2 TYPICAL SCHEMATIC DIAGRAMS ARE INTENDED TO REFLECT THE GENERAL CONTROL STRATEGY. ACTUAL CIRCUITRY MAY VARY FOR SPECIFIC EQUIPMENT SUPPLIED. THE NUMBER AND TYPE OF DEVICES SHALL BE FURNISHED AS REQUIRED FOR PROPER OPERATION OF THE EQUIPMENT.
3 CONTROL POWER TRANSFORMERS (CPT) SHALL BE ADEQUATELY SIZED AND SHALL BE PROVIDED WITH PROPERLY SIZED FUSES FOR BOTH THE PRIMARY AND SECONDARY WINDINGS.
4 CONTROL FUSES SHALL BE ADEQUATELY SIZED PER THE EQUIPMENT MANUFACTURER'S RECOMMENDATIONS.
5 CHLORINE BOOSTER PUMP SHALL RUN WHILE WELL IS RUNNING AND RESERVOIR VALVE IS OPEN. REFERENCE DRAWING E007 FOR MORE INFORMATION.
6 ALL COMPONENTS, EXCEPT FIELD DEVICES, ARE LOCATED IN CP-100. ROUTE CONTROL CIRCUITS AS REQUIRED BETWEEN SSS-100 AND CP-100.
NOTE 6
CP-100
ZSO-101
CONTACT CLOSED WHEN RESERVOIR VALVE FULLY OPEN
RESERVOIR VALVE FULLY OPEN INDICATION
ZSC-101
CONTACT CLOSED WHEN RESERVOIR VALVE FULLY CLOSED
RESERVOIR VALVE FULLY CLOSED INDICATION
PUMP-TO-WASTE TIME DELAY SET AT 15 MIN
SOV-101
RESERVOIR VALVE OPEN COMMAND
RESERVOIR VALVE INCOMPLETE SEQUENCE TIME DELAY (SET LONGER THAN VALVE TRAVEL TIME)
RESERVOIR VALVE OPEN
RESERVOIR VALVE FAILED TO OPEN
BYPASS CONTACTOR
SOV-100
PUMP-TO-WASTE VALVE CLOSE COMMAND
PUMP-TO-WASTE VALVE INCOMPLETE SEQUENCE TIMER SET AT 30 SEC.
CHLORINE BOOSTER PUMP RUN ENABLE (NOTE 5)
ZSC-100
CONTACT CLOSED WHEN PUMP-TO-WASTE VALVE FULLY CLOSED
PUMP-TO-WASTE VALVE CLOSED INDICATION
ZSO-100
CONTACT CLOSED WHEN PUMP-TO-WASTE VALVE FULLY OPEN
PUMP-TO-WASTE VALVE OPEN INDICATION
PUMP-TO-WASTE VALVE CLOSED
PUMP-TO-WASTE VALVE FAILED TO CLOSE
WELL PUMP NO. 1 SCHEMATIC
NTS
90% PRELIMINARY NOT FOR CONSTRUCTION
DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 SCHEMATIC/CONNECTION DIAGRAM - SHEET 1
MOHAVE COUNTY ARIZONA
SHEET E005
11 OF 20 SHEETS
SCI PROJECT# 18449.07.03
31724 BRIAN D. DOWNING



## NOTES:

1 TYPICAL SCHEMATIC DIAGRAMS ARE INTENDED TO REFLECT THE GENERAL CONTROL STRATEGY. ACTUAL CIRCUITRY MAY VARY FOR SPECIFIC EQUIPMENT SUPPLIED. THE NUMBER AND TYPE OF DEVICES SHALL BE FURNISHED AS REQUIRED FOR PROPER OPERATION OF THE EQUIPMENT

2 CONTROL FUSES SHALL BE ADEQUATELY SIZED PER THE EQUIPMENT MANUFACTURER'S RECOMMENDATIONS

3 CONNECTIONS TO PLC INPUTS AND OUTPUTS ARE SHOWN IN A SIMPLIFIED MANNER REFERENCE TYPICAL I/O CONNECTION DIAGRAMS IN RTU DESIGN PACKAGE FOR ADDITIONAL INFORMATION

4 CHLORINE BOOSTER PUMP SHALL RUN WHILE WELL IS RUNNING AND RESERVOIR VALVE IS OPEN. REFERENCE DRAWING E005 FOR MORE INFORMATION

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

2300VAC, 3 PHASE FROM SGR-100

REF DWG E002

SSS-100: L1, L2, L3, GND; L1, L2, L3, GND; GND; CONTROL POWER; CR8; BC; BC; BC; AR1; CR10; CR14; CR1; GND; START/STOP COMMAND; RESERVOIR NO.1 HIGH HIGH LEVEL ALARM; GND

REF DWG E002 — (700) WELL PUMP NO.1 PMP-100

SOV102-C1 — SOV-102 OILER SOLENOID VALVE

CP100-C1

CP-100: CR16; GND; GND; GND; GND; GND; GND; GND; GND; GND; +24VDC; GND; RESET COMMAND; GND

CP100-C3 — STR-200 PMP-200 STARTER

ZSO100-C1 — ZSO-100 PUMP-TO-WASTE VALVE OPEN

ZSC100-C1 — ZSC-100 PUMP-TO-WASTE VALVE CLOSED

ZSO101-C1 — ZSO-101 RESERVOIR VALVE OPEN

ZSC101-C1 — ZSC-101 RESERVOIR VALVE CLOSED

PSH100-C1 — PSH-100 WELL PUMP HIGH PRESSURE SWITCH

SOV100-C1 — SOV-100 PUMP-TO-WASTE VALVE SOLENOID

SOV101-C1 — SOV-101 RESERVOIR VALVE SOLENOID

CP100-C2

CP100-C4

SSS100-C2

RTU-100
PUMP-TO-WASTE VALVE CLOSED
PUMP-TO-WASTE VALVE OPEN
RESERVOIR VALVE CLOSED
RESERVOIR VALVE OPEN
WELL PUMP NO 1 RUN STATUS
WELL PUMP NO 1 AUTO STATUS
WELL PUMP NO 1 FAULT ALARM
WELL PUMP NO.1 VALVE INCOMPLETE SEQUENCE ALARM
WELL PUMP NO.1 HIGH PRESSURE ALARM
GND
GND
GND

A — WELL PUMP NO.1 CONNECTION DIAGRAM

| CIRCUIT SCHEDULE | |
|---|---|
| CIRCUIT NO. | CONDUCTORS |
| CP100-C1 | 18 - #14, #14 GND |
| SSS100-C2 | 4 - #14, #14 GND |
| CP100-C3 | 2 - #14, #14 GND |
| CP100-C2 | 10 - #14, #14 GND |
| CP100-C4 | 2 - #14, #14 GND |
| ZSO100-C1 | 2 - #14, #14 GND |
| ZSC100-C1 | 2 - #14, #14 GND |
| ZSO101-C1 | 2 - #14, #14 GND |
| ZSC101-C1 | 2 - #14, #14 GND |
| PSH100-C1 | 2 - #14, #14 GND |
| SOV100-C1 | 2 - #14, #14 GND |
| SOV101-C1 | 2 - #14, #14 GND |
| SOV102-C1 | 2 - #14, #14 GND |
| SSS100-C1 | 10 - #14, #14 GND |

B — WELL PUMP NO.1 CIRCUIT SCHEDULE

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1 SCHEMATIC/CONNECTION DIAGRAM - SHEET 2

MOHAVE COUNTY ARIZONA

SHEET E006
12 OF 20 SHEETS

SCI PROJECT# 18449.07.03

90% PRELIMINARY NOT FOR CONSTRUCTION

DWG FILE: 1175.0_E006.dwg 8:08am PLOTTED: Mar 07, 2006 gfron



NOTES:
1. TYPICAL SCHEMATIC DIAGRAMS ARE INTENDED TO REFLECT THE GENERAL CONTROL STRATEGY. ACTUAL CIRCUITRY MAY VARY FOR SPECIFIC EQUIPMENT SUPPLIED. THE NUMBER AND TYPE OF DEVICES SHALL BE FURNISHED AS REQUIRED FOR PROPER OPERATION OF THE EQUIPMENT.
2. CONTROL FUSES SHALL BE ADEQUATELY SIZED PER THE EQUIPMENT MANUFACTURER'S RECOMMENDATIONS.
3. CONNECTIONS TO PLC INPUTS AND OUTPUTS ARE SHOWN IN A SIMPLIFIED MANNER. REFERENCE TYPICAL I/O CONNECTION DIAGRAMS IN RTU DESIGN PACKAGE FOR ADDITIONAL INFORMATION.
4. CHLORINE BOOSTER PUMP SHALL RUN WHILE WELL IS RUNNING AND RESERVOIR VALVE IS OPEN. REFERENCE DRAWING E005 FOR MORE INFORMATION.
5. CHLORINE ROOM IS PROVIDED PREWIRED. THE CONTRACTOR SHALL PROVIDE POWER & CONTROL SIGNAL CIRCUITS AS REQUIRED.
480V/3P/60HZ FROM PNL-100
MCP
480V
CPT
120 V
CR16
(NOTE 4)
REF DWG E005
HAND OFF AUTO
STOP
START
START/STOP
RUN
ELECTRONIC OVERLOAD (EOL)
MOTOR
EOL
OVERLOAD RELAY
OVERLOAD ALARM
+24VDC FROM RTU-100 PANEL
YIR-200
CHLORINE PUMP RUN STATUS
YA-200
CHLORINE PUMP FAULT ALARM
YIA-200
CHLORINE PUMP AUTO STATUS
A CHLORINE BOOSTER PUMP SCHEMATIC
NTS
120VAC FROM CHLORINE ROOM PNL
PS-200
POWER SUPPLY
REC-200
RECEIVER
MANUFACTURERS CABLE (TYP)
FROM BATTERY PACK BAT-200
FROM GAS DETECTION SENSOR (AE-201)
24VDC
CHLORINE LEAK DETECTION LOW ALARM
CHLORINE LEAK DETECTION HIGH ALARM
LOSS OF CHLORINE SENSOR INPUT ALARM
PLC INPUT (TYP) NOTE 3
WE-200
FROM WEIGHT DETECTOR SENSOR (WE-200)
WEIGHT INDICATOR WITH LCD DISPLAY
4-20mA
CHLORINE CYLINDER A WEIGHT INDICATION
CHLORINE CYLINDER B WEIGHT INDICATION
B CHLORINATOR LEAK DETECTOR SCHEMATIC
NTS
REF DWG E002
480VAC, 3 PHASE FROM PNL-100
STR-200
CHLORINE BOOSTER PUMP PMP-200
RTU-100
STR200-C2
START/STOP COMMAND
GND
STR200-C3
SSS-100
STR200-C1
+24VDC
RUN STATUS
FAULT ALARM
AUTO STATUS
A1 CHLORINE BOOSTER PUMP CONNECTION DIAGRAM
NTS
CHLORINE ROOM PNL
PS200-P1
CHLORINE ROOM PNL PS-200
REC200-P1
REC-200
REC200-C1
NOTE 5
RTU-100
WE200-C1
WE-200
MANUF CABLE
AE-201
BAT-200
BAT200-P1
+VDC
COM
REC200-C2
WE201-C1
WE-201
REC200-C3
B1 CHLORINATOR LEAK DETECTOR CONNECTION DIAGRAM
NTS
C CIRCUIT SCHEDULE
NTS
90% PRELIMINARY NOT FOR CONSTRUCTION
DL engineering & controls
Stanley Consultants INC.
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 SCHEMATIC/CONNECTION DIAGRAM - SHEET 3
MOHAVE COUNTY ARIZONA
SHEET E007
13 OF 20 SHEETS
SCI PROJECT# 18449.07.03

| CIRCUIT SCHEDULE | |
|---|---|
| CIRCUIT NO. | CONDUCTORS |
| STR200-C1 | 4 - #14, #14 GND |
| STR200-C2 | 2 - #14, #14 GND |
| STR200-C3 | 2 - #14, #14 GND |
| REC200-C1 | 2 - #14, #14 GND |
| REC200-C2 | 2 - #14, #14 GND |
| REC200-C3 | 2 - #14, #14 GND |
| REC200-P1 | 2 - #12, #12 GND |
| AE200-C1 | 1 - IC, #14 GND |
| BAT200-P1 | 2 - #14, #14 GND |
| PS200-P1 | 2 - #12, #12 GND |
| WE200-C1 | 1 - IC, #14 GND |
| WE201-C1 | 1 - IC, #14 GND |



120VAC FROM UPS
AD-100
AUTODIALER
TRANCEIVER
RESERVOIR NO.1 RTU BATTERY LOW
WELL SITE NO.1 LEAK DETECTION LOW ALARM
WELL SITE NO.1 LEAK DETECTION HIGH ALARM
RESERVOIR NO.1 HIGH HIGH LEVEL ALARM
WELL SITE NO.1 WELL PUMP FAULT ALARM
WELL SITE NO.1 CHLORINE BOOSTER PUMP FAULT ALARM
WELL SITE NO.1/ RESERVOIR NO.1 INTRUSION ALARM
WELL SITE NO.1 LOSS OF POWER
BATTERY BACKUP
MANUFACTURER'S CABLE
COMMON
B AUTODIALER SCHEMATIC DIAGRAM
SCHEMATIC
120VAC FROM PANEL MPZ-100
FQIT-100
+24VDC FROM PLC-100
TO FLOW ELEMENT FE-100
PULSE FLOW TOTALIZATION SIGNAL TO PLC
WATER FLOW RATE
4-20mA
PLC INPUT (TYP) NOTE 3
C FLOW TRANSMITTER SCHEMATIC (FQIT-100)
SCHEMATIC
NOTES:
1 TYPICAL SCHEMATIC DIAGRAMS ARE INTENDED TO REFLECT THE GENERAL CONTROL STRATEGY. ACTUAL CIRCUITRY MAY VARY FOR SPECIFIC EQUIPMENT SUPPLIED. THE NUMBER AND TYPE OF DEVICES SHALL BE FURNISHED AS REQUIRED FOR PROFER OPERATION OF THE EQUIPMENT
2 CONTROL FUSES SHALL BE ADEQUATELY SIZED PER THE EQUIPMENT MANUFACTURER'S RECOMMENDATIONS.
3 CONNECTIONS TO PLC INPUTS AND OUTPUTS ARE SHOWN IN A SIMPLIFIED MANNER, REFERENCE TYPICAL I/O CONNECTION DIAGRAMS IN RTU DESIGN PACKAGE FOR ADDITIONAL INFORMATION
REF DWG E003
MPZ-100
PQM-105
PQM105-C1
RTU-100
RS-485
D POWER QUALITY METER CONNECTION DIAGRAM (PQM-105)
CONNECTION
MVS100-C1
MVS-100
MANUAL TRANSFER SWITCH IN STANDBY
STE110-C1
STE-110
LT100-C1
LT-100
ZS101-C1
ZS-101A
ZS101B-C1
ZS-101B
WELL SITE GATE INTRUSION SWITCHES
ANT100-C1
ANT-100
YAGI ANTENNA
E MISCELLANEOUS CONNECTION DIAGRAM
CONNECTION
RTU-100
120VAC REF RTU DESIGN PACKAGE FOR MORE INFO
AD100-C1
PLC-100
COMMON
RESERVOIR NO 1 RIO POWER FAILURE
WELL SITE NO 1 LEAK DETECTION LOW
WELL SITE NO.1 LEAK DETECTION HIGH
RESERVOIR NO 1 HIGH HIGH LEVEL
WELL SITE NO.1 WELL PUMP FAULT
WELL SITE NO.1 CHLORINE PUMP FAULT
WELL SITE/RESERVOIR INTRUSION
WELL SITE NO 1 LOSS OF POWER
MANUFACTURER'S BATTERY
MANUF CABLE
MANUFACTURER'S CABLE
TRANSCEIVER
B1 AUTODIALER CONNECTION DIAGRAM
CONNECTION
REF DWG E003
FQIT100-C1
TOTALIZED FLOW
FLOW RATE
FQIT100-C2
FE-100
C1 FLOW TRANSMITTER CONNECTION DIAGRAM (FQIT-100)
CONNECTION

| CIRCUIT SCHEDULE | |
|---|---|
| CIRCUIT NO. | CONDUCTORS |
| AD100-C1 | 9 - #14, #14 GND |
| FQIT100-C1 | 2 - #14, 1 - IC, #14 GND |
| FQIT100-C2 | 1 - MC, #14 GND |
| PQM105-C1 | 1 - IC, #14 GND |
| ZS101-C1 | 2 - #14, #14 GND |
| ZS101B-C1 | 2 - #14, #14 GND |
| MVS100-C1 | 2 - #14, #14 GND |
| STE110-C1 | 1 - IC, #14 GND |
| LT100-C1 | 1 - MC, #14 GND |
| ANT100-C1 | ANT. CABLE |

F CIRCUIT SCHEDULE
NTS

90% PRELIMINARY NOT FOR CONSTRUCTION
DIL engineering &controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 SCHEMATIC/CONNECTION DIAGRAM - SHEET 4
MOHAVE COUNTY ARIZONA
SHEET E008
14 OF 20 SHEETS
SCI PROJECT# 18449.07.03

400A, 2.3KV, 3 PHASE, 4 WIRE SERVICE

U100

SES-100

P101 MVS100-P1 4"C

MVS-100

GENERATOR TERMINATION SECTION

P102 SGR100-P1 4"C

SGR-100

PQM-105

C107 PQM105-C1 1"C

P103 SSS100-P1 3"C

SSS-100

P104 PMP100-P1 3"C

PMP-100

C101 SPARE 1"C

PB-100

C100A SOV100-C1 .5"C — SOV-100

C100B ZSC100-C1 .5"C — ZSC-100

C100C ZSO100-C1 .5"C — ZSO-100

C101A SOV101-C1 .5"C — SOV-101

C101B ZSC101-C1 .5"C — ZSC-101

C101C ZSO101-C1 .5"C — ZSO-101

C102 PSH100-C1 .5"C — PSH-100

C100 SOV100-C1, ZSC100-C1, ZSO100-C1, SOV101-C1, ZSC101-C1, ZSO101-C1 2"C

CP-100

C101A CP100-C1 2"C

C103 CP100-C4 2"C

PNL-100

P106 PNL100-P1 2"C

T-100

P105 T100-P1 3"C

P108 STR200-P1 1"C

STR-200

C130 CP100-C3 1"C

P109 PMP200-P1 .75"C

PMP-200

C117 STR200-C3 1"C

P107 MPZ100-P1 1.5"C

MPZ-100

P118 MPZ100-13 15 1"C

P110 MPZ100-10 1"C

P111 MPZ100-3 1"C

P112 MPZ100-1 1"C

P113 MPZ100-6 12 1"C

GATE SWITCH

POLE LIGHT

RECEPTACLE

P114 MPZ100-6 12 1"C

P119 MPZ100-8 1"C

SHADE STRUCTURE LIGHTS

P115 MPZ100-7 1"C

SITE REC. SHADE STRUCTURE

P116 MPZ100-2 4 1"C

A/C #1

C104 SSS100-C2 1"C

C105 SPARE 1.5"C

C106 SOV102-C1 1"C

SOV-102

RTU-100

C109 MVS100-C1 1"C

C110 STE110-C1 1"C

STE-110

LT-100

MC PER DETAIL 711 ON DWG E010

C111 ANT100-C1 ANT200-C1 2.5"C

YAGI ANT-100

OMNI ANT-200

C112 FQIT100-C1 1"C

FQIT-100

C112A FQIT100-C2 .5"C

FE-100

C114 SPARE 1"C

C118 STR200-C1 1"C

C119 STR200-C2 1"C

A/C #1

C115 WE200-C1 WE201-C1 1"C

CHLORINE SYSTEM HOUSE

REC-200

C116 REC200-C1, REC200-C2, REC200-C3 2"C

C131 ZS101-C1 1"C

ZS-101A

C131A ZS101B-C1 1"C

ZS-101B

## NOTES:

1. REFER TO PLAN DRAWINGS FOR EQUIPMENT LOCATIONS.
2. REFER TO SCHEMATIC AND CONNECTION DIAGRAMS FOR CIRCUIT IDENTIFICATION.
3. REFER TO MANUFACTURERS DIAGRAMS FOR REQUIRED CONNECTIONS AND MORE INFORMATION ON THE CHLORINATION SYSTEM.

## LEGEND:

P105A — CONDUIT NUMBER
WWP1B-P1 — CIRCUIT #(s)
1"C — CONDUIT SIZE

90% PRELIMINARY NOT FOR CONSTRUCTION

DL engineering & controls, 3550 N. Central Ave. Ste. 1800 Phx., AZ 85012

Registered Professional Engineer 31724 BRIAN D. DOWNING ARIZONA

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, (702) 369-9396 Fax (702) 369-9793, www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1 CONDUIT BLOCK DIAGRAM

MOHAVE COUNTY ARIZONA

SHEET E009
15 OF 20 SHEETS

SCI PROJECT# 18449.07.03

DWG FILE: 1175.0_E009.dwg 8:06am PLOTTED: Mar 07, 2006 gfrox



FINISHED GRADE
EXOTHERMIC WELD CONNECTION
4/0 BARE COPPER CONDUCTOR
3/4"x10' COPPER CLAD GROUNDING ROD
403 TYP EXOTHERMIC GROUND ROD CONNECTION
NOT TO SCALE
GATE SUPPORT POST
GATE
GROUND STRAP
4/0 BARE CU TO GROUND GRID
401 TYP GATE GROUNDING DETAIL
NOT TO SCALE
CAST IRON COVER AND RING
EXOTHERMIC WELD
FINISHED GRADE
36"
27" SLOT
GROUND ACCESS WELL. HARGER CATALOG No. 360P36CILS80 OR EQUAL
4/0 BARE COPPER CONDUCTOR
3/4" X 10' COPPER CLAD GROUNDING ROD
10" DIAMETER SCHEDULE 80 PVC
406 TYP GROUND ROD WITH ACCESS WELL
NOT TO SCALE
FINISHED GRADE
12"
24"
3" WIDE DETECTABLE PLASTIC MARKER TAPE WITH INSCRIPTION "CAUTION ELECTRIC LINES BURIED BELOW" (BLACK LETTERS ON RED BACKGROUND)
BARE CU GROUND CONDUCTOR
CLEAN BACKFILL (TAMP TO 95% COMPACTION)
CONDUIT(S)-SIZE AND NUMBER AS REQUIRED
NOTES:
1 GROUND CONDUCTOR SHALL RUN CONTINUOUSLY THROUGH MANHOLES AND SHALL CONTINUE FROM DUCTBANK INTO SWITCHGEAR OR BUILDING GROUNDING SYSTEM AND SHALL BE BONDED TO EACH RIGID METAL CONDUIT. SIZE TO BE #4/0 UNLESS OTHERWISE INDICATED ON PLANS
2 ALL DIMENSIONS ARE MINIMUM
101 TYP DUCTBANK - DIRECT BURIED
NOT TO SCALE
90 DEGREE LIQUID-TIGHT CONNECTOR
FIELD INSTRUMENT SEE NOTE 3
3/4" LIQUIDTIGHT FLEXIBLE CONDUIT 3 FEET (MAX)
STRAIGHT LIQUID-TIGHT CONNECTOR
FS BOX
GRS
FINISHED GRADE
6" MIN
GRS COUPLING
20 MIL. PVC CORROSION PROTECTION TAPE, HALF LAPPED WRAPPING
24"
GRS NINETY
PVC FEMALE ADAPTOR
PVC CONDUIT
NOTES:
1 WHERE CONDUITS ARE INSTALLED IN A CONCRETE SLAB, THE 24" DIMENSION DOES NOT APPLY. CONDUITS SHALL BE INSTALLED BETWEEN REBAR MATS OR UNDER A SINGLE REBAR MAT
2 IN CORROSIVE AREAS PVC COATED GRS SHALL BE USED
3 MOUNT INSTRUMENT AS PER MANUFACTURERS RECOMMENDATIONS
4 INSULATE WATER LINES AND TRANSMITTER TO PREVENT FREEZING.
173 TYP GRS STUB-UP TO LTC DETAIL
NOT TO SCALE
TOP VIEW
6"
8"
12"
6" x 2" ALUMINUM CHANNEL. LENGTH AS REQ'D
1" NON-SHRINKABLE GROUT
TOP OF FOUNDATION TO MATCH FINISHED GRADE
ALUMINUM PLATE 8" x 8" x 3/8" SHIM, PLUMB, AND GROUT
4-1/2" X 6" STAINLESS STEEL ANCHOR BOLTS
12" x 12" x 24" CONCRETE BASE
205 TYP EQUIPMENT MOUNTING
NOT TO SCALE
DRUCK STE-110 SENSOR TERMINATION ENCLOSURE OR EQUAL
NEMA 4X SIZE AS REQUIRED
1/2" J-HOOK
KELLUMS GRIP
TRANSMITTER CABLE
JUNCTION BOX DETAIL
202 TYP
1" GRS
TO PLC
WELL CASING
711 TYP SUBMERSIBLE WELL LEVEL TRANSMITTER MOUNTING DETAIL
NOT TO SCALE
TO GROUND GRID
EXOTHERMIC GROUND WELD
PUMP BASE
411 TYP VERTICAL TURBINE PUMP GROUNDING DETAIL
NOT TO SCALE
OMNI-DIRECTIONAL ANTENNA
ANTENNA CABLE
B
6' MIN
YAGI ANTENNA SEE NOTE 2
A
GROUND LUG
BARE CU
24"
CONNECT TO GROUND GRID
2.5" CONDUIT
607 TYP NEW ANTENNA MAST ELEVATION
NOT TO SCALE
NOTE:
1 EXACT DIMENSIONS FOR A AND B SHALL BE COORDINATED WITH OWNER PRIOR TO INSTALLATION
2 MOUNTING AND ALIGNING OF THE YAGI-TYPE ANTENNA THE CONTRACTOR SHALL COORDINATE ANTENNA INSTALLATION, ALIGNMENT, AND TUNING REQUIREMENTS WITH THE MANUFACTURER
3 MAST SHALL BE APPROVED BY A REGISTERED STRUCTURAL ENGINEER
90% PRELIMINARY NOT FOR CONSTRUCTION
DL engineering & controls
Stanley Consultants INC.
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 STANDARD DETAILS - SHEET 1
MOHAVE COUNTY ARIZONA
SHEET E010
16 OF 20 SHEETS
SCI PROJECT# 18449.07.03









DOUBLE U-CHANNEL, P1001, AS MANUFACTURED BY UNISTRUT OR EQUAL
U-CHANNEL, AS MANUFACTURED BY UNISTRUT OR EQUAL SIZE AS NEEDED
U-CHANNEL, AS MANUFACTURED BY UNISTRUT OR EQUAL SIZE AS NEEDED
JUNCTION BOX OR PULL BOX
POST BASE, P2073 A, AS MANUFACTURED BY UNISTRUT OR EQUAL
CONDUIT CLAMP
4 - 1/2" x 4" STAINLESS STEEL ANCHOR BOLTS
170 TYP
FURNISH & INSTALL AS MANY FIXTURES AS REQUIRED.
LIGHT FIXTURE SEE FIXTURE SCHEDULE
12" MIN
TUBE STEEL 4" x 4"x 3/16" PRIMED AND PAINTED TAN (TYPICAL FOR STRUCTURE FRAME)
ENCLOSURE
GFCI WP
NOTE 1
4" MIN
NOTE 4
NOTE 3
TUBE STEEL 4"x4"x3/16" WITH 3/16" CLOSURE AT ENDS (TYP)
ATTACH TO STRUCTURE WITH WELD WASHERS 12:1 SLOPE
1/2"x6"x6" PLATE
6" (MIN)
18"
(MAX)
6'-0" MAX
30" MIN
FINISHED GRADE

202 TYP JUNCTION BOX MOUNTING DETAIL
NOT TO SCALE

NOTES:

1. PROVIDE A 20A 120V DUPLEX OUTLET WP. MOUNTED TO SHADE STRUCTURE FRAME 24" AFF
2. THE CONCRETE EQUIPMENT PADS SHALL BE SIZED TO EXTEND 18 INCHES TO THE REAR AND SIDES OF THE ENCLOSURES AND 48 INCHES IN FRONT OF THE ENCLOSURES. STRUCTURAL DETAILS OF THE SHADE STRUCTURES SHALL BE SUBMITTED TO THE ENGINEER FOR REVIEW, AND SHALL BEAR THE SEAL OF REGISTERED STRUCTURAL ENGINEER IN THE STATE WHERE CONSTRUCTED
3. INSTALL CONDUITS AS REQUIRED
4. REFER TO SIMILAR PAD DETAIL SHOWN ON 4-WP2 FOR MORE INFORMATION

800 TYP EQUIPMENT SHADE STRUCTURE ELEVATION
NOT TO SCALE

SECTION A
NOT TO SCALE

20MIL. PVC CORROSION PROTECTION TAPE, HALF LAPPED WRAPPING
GRS CONDUIT
6" MIN
FINISHED GRADE
24"
GRS COUPLING
GRS NINETY
PVC FEMALE ADAPTOR
PVC CONDUIT

NOTES:

1. WHERE CONDUITS ARE INSTALLED IN A CONCRETE SLAB, THE 24" DIMENSION DOES NOT APPLY. CONDUITS SHALL BE INSTALLED BETWEEN REBAR MATS OR UNDER A SINGLE REBAR MAT
2. IN CORROSIVE AREAS, PVC COATED GRS SHALL BE USED.

170 TYP GRS STUB UP DETAIL
NOT TO SCALE

36" MIN PIGTAIL
TO GROUND GRID OR SYSTEM
TO EXIT UNDER CONCRETE PAD
REBAR GRID
CONCRETE FOUNDATION OR FOOTING
SECURED TO REBAR AS REQUIRED
CONNECTED TO REBAR USING EXOTHERMIC WELD OR COMPRESSION GROUND CONNECTOR
#4/0 BARE COPPER CONDUCTOR 20' MINIMUM

402 TYP "UFER" GROUNDING DETAIL
NOT TO SCALE

#5 REBAR 4 REQ'D
2'-0"
#3 REBAR 2 REQ'D

SECTION A
NOT TO SCALE

120V DUPLEX RECEPTACLE IN POLE WITH WEATHERPROOF COVER, WHERE INDICATED ON DRAWINGS. RECEPTACLE BOX SHALL BE FLUSH MOUNTED IN POLE. FABRICATION AND MOUNTING OF BOX SHALL BE BY POLE MANUFACTURER

HANDHOLE WITH TAMPERPROOF SCREWS

GROUNDING TERMINAL (OPPOSITE HANDHOLE)

#4 CU

TACK WELD NUTS TO ANCHOR BOLTS

STAINLESS STEEL NUTS WASHERS AND J-BOLTS

1" NON-SHRINKABLE GROUT

#3 REBAR 2 REQ'D

FINISHED GRADE OR PAVEMENT

EXOTHERMIC CONNECT TO 3/4" x 10' GROUND ROD

COPPER CLAD GROUND ROD

24" MIN

60" MIN

#5 REBAR 4 REQ'D

CONDUIT

#3 REBAR 2 REQ'D

3" CL

2'-0"

4000 PSI CONCRETE IN SONO TUBE

501 TYP AREA LIGHTING POLE MOUNTING SHORT BASE
NOT TO SCALE

90% PRELIMINARY NOT FOR CONSTRUCTION

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1 STANDARD DETAILS - SHEET 2
MOHAVE COUNTY ARIZONA
SHEET E011
17 OF 20 SHEETS
SCI PROJECT# 18449.07.03

DWG FILE: 1175.0_E011.dwg 8:06am PLOTTED: Mar 07, 2006 gfoa





DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

LICENSE FREE
(902-908MHZ ISM BAND)
WELL SITE
RESERVOIR SITE (NOT WITHIN SCOPE OF THIS PROJECT)
TO/FROM FUTURE
WELL SITES
PLC CABINET (RTU-100)
RTU CABINET (RIO-400)
PLC
WIRELESS I/O
MODULE
RADIO
TRANSCEIVER
WIRELESS I/O
MODULE

A ~ SYSTEM COMMUNICATIONS/TELEMETRY DIAGRAM

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
SYSTEM COMMUNICATIONS
ARCHITECTURE
MOHAVE COUNTY ARIZONA

SHEET
E012
18 OF 20 SHEETS

SCI PROJECT#
18449.07.03

90% PRELIMINARY
NOT FOR
CONSTRUCTION

## ISA INSTRUMENT IDENTIFICATION TABLE

| | FIRST LETTERS | | SUCCEEDING LETTERS | | |
|---|---|---|---|---|---|
| | MEASURED OR INITIATING VARIABLE | MODIFIER | READOUT OR PASSIVE FUNCTION | OUTPUT FUNCTION | MODIFIER |
| A | ANALYZER | | ALARM | | AUTO |
| B | BURNER, COMBUSTION | | | | |
| C | CONDUCTIVITY | | | CONTROL | CLOSED |
| D | DENSITY | DIFFERENTIAL | | | |
| E | VOLTAGE | | ELEMENT | | |
| F | FLOW | RATIO | | | |
| G | GAUGE | | GLASS, VIEWING DEVICE | | |
| H | HAND | | | | HIGH |
| I | CURRENT | | INDICATE | | |
| J | POWER | SCAN | | | |
| K | TIME TIME SCHED. | TIME RATE OF CHANGE | | CONTROL STATION | |
| L | LEVEL | | LIGHT | | LOW |
| M | MOTION | | | | MIDDLE |
| N | INTRUSION | | | | NORMAL |
| O | TORQUE | | ORIFICE, RESTRICTION. | | OPEN |
| P | PRESSURE | | POINT CONNECTION | | STOP |
| Q | QUANTITY | INTEGRATE, TOTALIZE | | | |
| R | RADIATION | | RECORD, OR PRINT | | RUN OR REMOTE |
| S | SPEED, FREQUENCY | SAFETY | | SWITCH | START |
| T | TEMPERATURE | | | TRANSMIT | |
| U | MULTIVARIABLE | | MULTIFUNCTION | MULTIFUNCTION | MULTIFUNCTION |
| V | VIBRATION | | | VALVE, LOUVER | |
| W | WEIGHT | | WELL | | |
| X | MOTOR | X-AXIS | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| Y | EVENT, STATE, OR PRESENCE | Y-AXIS | | RELAY, COMPUTE, CONVERT | |
| Z | POSITION | Z-AXIS | | DRIVER, ACTUATOR FINAL CONTROL ELEMENT | |

## P&ID ABBREVIATIONS

A AMPERE
AFD ADJUSTABLE FREQUENCY DRIVE
AI ANALOG INPUT
AIC AMPS INTERRUPTING CAPACITY
ARV AIR RELIEF VALVE
AO ANALOG OUTPUT
AS AIR SUPPLY
ATS AUTOMATIC TRANSFER SWITCH
AUTO AUTOMATIC
CB CIRCUIT BREAKER
CL2 CHLORINE
CON CONTACTOR
CU COPPER
CV CONTROL VALVE
DCS DISTRIBUTED CONTROL SYSTEM
DI DISCRETE INPUT
DO DISSOLVED OXYGEN, DISCRETE OUTPUT
DP DIFFERENTIAL PRESSURE
DWG DRAWING
EGO EMERGENCY GAS OFF
ETM ELAPSED TIME METER
ETMf ELAPSED TIME METER (FAST SPEED)
ETMs ELAPSED TIME METER (SLOW SPEED)
EOL ELECTRONIC OVERLOAD
EXIST EXISTING
FA FOUL AIR
FC FAIL CLOSED
FE FINAL EFFLUENT
FR FORWARD-REVERSE
FS FLOAT SWITCH
FVNR FULL VOLTAGE NON-REVERSING
FW FINISHED WATER
GND GROUND
GAL GALLONS
GPD GALLONS PER DAY
GPH GALLONS PER HOUR
GPM GALLONS PER MINUTE
H, HI HIGH
H2S HYDROGEN SULFIDE
HMI HUMAN MACHINE INTERFACE
HOA HAND-OFF-AUTO
I CURRENT
IO INPUT/OUTPUT
IOE INTERNAL-OFF-EXTERNAL

JB JUNCTION BOX
L, LO LOW
LAN LOCAL AREA NETWORK
LC LOOP CONTROLLER
LCP LOCAL CONTROL PANEL
LOS LOCK-OFF-STOP
LR LOCAL/REMOTE
LS LEVEL (i.e. FLOAT) SWITCH
M MOTOR
MA MANUAL/AUTO
mA MILLIAMP
MC MANUFACTURE CABLE
MCC MOTOR CONTROL CENTER
MCP MOTOR CIRCUIT PROTECTOR
MFR(S) MANUFACTURER(S)
MGD MILLION GALLONS PER DAY
MGL MILLIGRAMS PER LITER
MH MANHOLE
MLR MIXED LIQUOR RETURN
MO MOISTURE
MOD MODULATED
MTU MASTER TELEMETRY UNIT
NPW NON-POTABLE WATER
NS NITROGEN SUPPLY
NTU TURBIDITY
O/C OPEN / CLOSE
OCA OPEN-CLOSE-AUTO
OCR OPEN-CLOSE-REMOTE
OIT OPERATOR INTERFACE TERMINAL
OL OVERLOAD
OO ON/OFF (MAINTAINED)
OOA ON-OFF-AUTO
OOR ON-OFF-REMOTE
OSC OPEN-STOP-CLOSE
PAH PRESSURE ALARM HIGH
PER PERMISSIVE
PLC PROGRAMMABLE LOGIC CONTROLLER
PNL PANEL
PO PULSE OUTPUT
POS POSITION
POT POTENTIOMETER
PPG POUNDS PER GALLON
PPH POUNDS PER HOUR
PPM PARTS PER MILLION
PR PAIR

PRES PRESSURE
PS PRESSURE SWITCH
PSI POUNDS PER SQUARE INCH
PV PROCESS VARIABLE
RAS RETURN ACTIVATED SLUDGE
RAW RAW WATER
REM REMOTE
RF RADIO FREQUENCY
RIO REMOTE INPUT OUTPUT
RS RAW SEWAGE
RSP RAW SEWAGE PUMP
RST RESET
RTD RESISTANCE TEMPERATURE DETECTOR
RTU REMOTE TELEMETRY UNIT
RUNf RUN (FAST SPEED)
RUNsS RUN (SLOW SPEED)
RVC RESERVOIR CONTROL VALVE CLOSED
RVO RESERVOIR CONTROL VALVE OPEN
SB SLUDGE BLANKET
SEQ SERVICE ENTRANCE EQUIPMENT
SES SERVICE ENTRANCE SECTION
SLC SINGLE LOOP CONTROLLER
SLOS START-LOCK-OFF-STOP
SO2 SULFUR DIOXIDE
SOV SOLENOID OPERATED VALVE
SP SET POINT
SPD SPEED
SPR SPARE
SS START/STOP (MAINTAINED)
SSS SOLID STATE STARTER (SOFT START)
STR MOTOR STARTER
TAH TEMPERATURE ALARM HIGH
T/M TEMPERATURE AND/OR MOISTURE
TEMP TEMPERATURE
TS TEMPERATURE SWITCH
TSS TOTAL SUSPENDED SOLIDS
UG UNDERGROUND
USD UP/STOP/DOWN
V VOLT
VFD VARIABLE FREQUENCY DRIVE
VIS VALVE INCOMPLETE SEQUENCE
W WATER
WAS WASTE ACTIVATED SLUDGE
WW WASTEWATER
WVC WASTE VALVE CLOSED
WVO WASTE VALVE OPEN
XMTR TRANSMITTER
ZS POSITION (i.e LIMIT) SWITCH

## TAG NUMBERS AND DESIGNATIONS

FIRST LETTER
SUCCEEDING LETTER(S)
TRL XXX
LOOP DESIGNATION NUMBER
pH
ADDITIONAL IDENTIFICATION SEE ABBREVIATIONS AND HAND SWITCH DESIGNATIONS

## HAND SWITCH DESIGNATIONS

ES EMERGENCY STOP
HOA HAND-OFF-AUTO
HOR HAND-OFF-REMOTE
HORA HAND-OFF-REMOTE-AUTO
JOA JOG-OFF-AUTO
LOR LOCAL-OFF-REMOTE
LR LOCAL-REMOTE
OC OPEN-CLOSE
OO ON-OFF
S/S START STOP PUSH BUTTONS

## LINE SYMBOLS

MAJOR PROCESS PIPING OR FLOW CHANNEL
EXISTING PROCESS PIPING
SECONDARY PROCESS PIPING
EXISTING SECONDARY PROCESS PIPING
MISCELLANEOUS PIPING
EXISTING PIPING AND EQUIPMENT
FUTURE PIPING AND EQUIPMENT
ELECTRICAL SIGNAL
HYDRAULIC SIGNAL
PNEUMATIC SIGNAL
ELECTRICAL DIRECTION ARROW
SIGNAL CONNECTION POINT
FLOW ARROW FOR PROCESS PIPING
I-3 /A PROCESS OR SIGNAL LINE GOING TO ANOTHER SHEET (MATCH LETTERS)
I-2 /A PROCESS OR SIGNAL LINE FROM ANOTHER SHEET (MATCH LETTERS)
PROCESS LINES CROSSING (NOT CONNECTED)
INTERNAL SYSTEM SIGNAL LINK (SOFTWARE OR DATA LINK)

## P&ID VALVE SYMBOLS

GATE OR GENERIC VALVE
3-WAY VALVE
4-WAY VALVE
ANGLE VALVE
BUTTERFLY VALVE
PLUG VALVE
ECCENTRIC PLUG VALVE
BALL VALVE
CHECK VALVE
SWING CHECK VALVE
STOP CHECK VALVE
BALL CHECK VALVE
PINCH VALVE
DIAPHRAGM VALVE
DIAPHRAGM VALVE (ALTERNATE)
GLOBE VALVE
HAND VALVE
KNIFE VALVE
MOTORIZED VALVE ACTUATOR
SOLENOID VALVE 2-WAY
SOLENOID VALVE 3-WAY
PUMP CONTROL VALVE
FLOW CONTROL VALVE
PRESSURE RELIEF VALVE
VACUUM RELIEF VALVE
PRESSURE REGULATOR WITH REMOTE PROCESS CONNECTION
PRESSURE REGULATOR SELF CONTAINED
AIR RELEASE VALVE

## P&ID EQUIPMENT AND PROCESS SYMBOLS

METERING PUMP WITH MANUAL STROKE CONTROL
ROTARY LUBE PUMP
SUBMERSIBLE MIXER
AERATOR
SUBMERSIBLE PUMP
DIESEL GENERATOR
CENTRIFUGAL PUMP
BLOWER
LIFT PUMP
MOTOR OR MOTOR ACTUATOR
PNEUMATIC ACTUATOR
SOLENOID
VERTICAL TURBINE PUMP
CHLORINE TANK
WEIGHT SCALE
AIR COMPRESSOR
SLUICE GATE
SAMPLER
PROPELLER FLOWMETER ELEMENT
MAGNETIC FLOWMETER ELEMENT
CL2 FLOWMETER
INSERTION TYPE MASS FLOW METER
MASS FLOW METER ANNUBAR TYPE
DRAIN
OUTLET SILENCER
INLET SILENCER
ROTAMETER
AIR FILTER
EJECTOR
DIAPHRAGM SEAL
DIFFUSER
DIAPHRAGM
Y-TYPE STRAINER
IPS CORPORATION STOP
PVC DIFFUSER WITH IPS CORPORATION STOP

## SENSING, INDICATION AND CONTROL SYMBOLS

ULTRASONIC LEVEL TRANSDUCER
FLOAT SWITCH
BEACON R=RED, A=AMBER, B=BLUE G=GREEN
INDICATING LIGHT
HAND SWITCH
ORP ANALYZER
pH ANALYZER
ANALYZER ELEMENT
DO SENSOR
ORP SENSOR
pH SENSOR
DO ANALYZER
RESIDUAL CL2 CHLORINE SENSOR
RESIDUAL CL2 CHLORINE ANALYZER

## P&ID INTERFACE SYMBOLS

PILOT LIGHT X= LENS COLOR, R=RED, G=GREEN, A=AMBER B=BLUE
FIELD DEVICE
PANEL DEVICE
DEVICE MOUNTED IN SUBPANEL
REMOTE I/O TERMINAL
HMI OR OIT FUNCTION
INTERLOCK DEVICE OR RELAY X=NOTE REF
DUAL CHANNEL CURRENT ISOLATOR
DISCRETE INPUT
DISCRETE OUTPUT
ANALOG INPUT
ANALOG OUTPUT
PULSE INPUT

NOTE:
REFER TO ISA INSTRUMENT IDENTIFICATION TABLE FOR DEFINITION OF LETTERS BBB INSIDE THE BUBBLES. CCC REPRESENTS LOOP ID (IF USED) SEE ABBREVIATIONS LIST FOR SUPERSCRIPT AAA.

90% PRELIMINARY NOT FOR CONSTRUCTION

DL Engineering & Controls, 3550 N. Central Ave. Ste. 1900 Phx, AZ 85012

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDO
DATE 3/7/2006

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1
P AND ID SYMBOLS AND LEGEND
MOHAVE COUNTY ARIZONA

SHEET I001
19 OF 20 SHEETS
SCI PROJECT# 18449.07.03

DWG FILE: 1175.0_I001.dwg 8:07am PLOTTED: Mar 07, 2006

NOTES:

1. WELL SITE NO.1 WILL BE THE MASTER SCADA STATION FOR FUTURE WELLS AND RESERVOIRS
2. ALL INPUTS/OUTPUTS WILL BE COMMUNICATED TO SCADA SYSTEM AT A FUTURE PHASE OF PROJECT. FOR THIS INITIAL PHASE OF THE PROJECT, ALARMS WILL BE COMMUNICATED VIA CELLULAR AUTODIALER.
3. WORK FOR RESERVOIR NO.1 REMOTE I/O IS COVERED UNDER A SEPARATE SCOPE OF WORK.
4. PROVIDE AND INSTALL A TERMINATION ENCLOSURE WITH DESICCANT AND LIGHNING ARRESTER. LEVEL PROBE: DRUCK PRX/PDCR 1830 SERIES. TERMINATION ENCLOSURE: DRUCK STE-100, OR EQUAL. COORDINATE OPERATING RANGE WITH WELL DEPTH AND OWNER

INTERLOCKS:

1 WELL PUMP RUNNING AND RESERVOIR NO.1 FLOW CONTROL VALVE IS OPEN.

90% PRELIMINARY NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1 PROCESS AND INSTRUMENTATION DIAGRAM

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793

DL engineering & controls 3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

SCALE (H) NONE | SCALE (V) NONE | DRAWN BY GAF | CHECKED BY BDD | DATE 3/7/2006

SHEET I002 20 OF 20 SHEETS

SCI PROJECT# 18449.07.03

DWG FILE: 1175.0_I002.dwg 8:07am PLOTTED: Mar 07, 2006



# MOHAVE COUNTY, AZ.
# GOLDEN VALLEY RANCH
# WELL NO. 1

RTU DESIGN

RTU-100

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D
DOWNING
Date Signed 3/7/06
ARIZONA

NOTES

90%
PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

COVER SHEET

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC01 SHEET 1 OF 15 |

DWG FILE: 1175.00.101_EC01.dwg 8:34am PLOTTED: Mar 07, 2006 gfran

MOHAVE COUNTY, AZ.
GOLDEN VALLEY RANCH WELL NO.1
RTU DESIGN
SHEET INDEX

| SHEET | DRAWING TITLE |
|---|---|
| EC01 | COVER SHEET |
| EC02 | SHEET INDEX |
| EC03 | ELECTRICAL SYMBOLS & ABBREVIATIONS |
| EC04 | ISA TABLE AND COMMON LEGENDS SHEET |
| EC05 | BILL OF MATERIALS |
| EC06 | RTU ENCLOSURE LAYOUT |
| EC07 | RTU PANEL LAYOUT |
| EC08 | TERMINAL BLOCK & DEVICE DETAILS |
| EC09 | COMMUNICATION SYSTEMS ARCHITECTURE |
| EC10 | POWER DISTRIBUTION SCHEMATIC |
| EC11 | SLOT 1 ANALOG INPUT SCHEMATIC |
| EC12 | SLOT 2 ANALOG INPUT SCHEMATIC |
| EC13 | SLOT 3 DISCRETE INPUT SCHEMATIC |
| EC14 | SLOT 4 DISCRETE INPUT SCHEMATIC |
| EC15 | SLOT 5 DISCRETE OUTPUT SCHEMATIC |

DL engineering & controls
Stanley Consultants INC.

Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D.
DOWNING
Date Signed 3/7/06
ARIZONA

NOTES

90%
PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

SHEET
INDEX

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC02 SHEET 2 OF 15 |

DWG FILE: 1175.00.101_EC02.dwg 8:35am PLOTTED: Mar 07, 2006 gfron

# MOHAVE COUNTY, AZ.
# GOLDEN VALLEY RANCH WELL NO. 1
# RTU DESIGN
# ELECTRICAL SYMBOLS AND ABBREVIATIONS

## SCHEMATIC/WIRING DIAGRAM SYMBOLS

CIRCUIT BREAKER
*A – AMP RATING

FUSE WITH PULLER
*A – AMP RATING

SWITCH
NORMALLY OPEN

TERMINAL BLOCK
* – TB IDENTIFICATION

TERMINAL BLOCK W/ FUSE PLUG AND FUSE
* – TB IDENTIFICATION
*A – AMPS

TERMINAL BLOCK W/ DISCONNECT KNIFE
* – TB IDENTIFICATION

SURGE SUPPRESSOR FOR FLOATING SIGNAL CIRCUITS
* – SS NUMBER IDENTIFICATION

SURGE SUPPRESSOR FOR POWER SUPPLY
* – SS NUMBER IDENTIFICATION

CONTROL RELAY
* – CR NUMBER IDENTIFICATION
# – TERMINAL NUMBER

## SCHEMATIC/WIRING DIAGRAM SYMBOLS

EARTH GROUND

TERMINAL BLOCK

DUPLEX RECEPTACLE

SINGLE RECEPTACLE

DC POWER SUPPLY
* – DC VOLTAGE RATING

## COLOR CODE CHART FOR 18 AWG BELDEN CABLES 12 COND. NO. 8466 AND 19 COND. NO. 8619

| Color | Code | Conductor |
|---|---|---|
| BLACK | BLK | 1st |
| WHITE | WHT | 2nd |
| RED | RED | 3rd |
| GREEN | GRN | 4th |
| ORANGE | ORN | 5th |
| BLUE | BLU | 6th |
| WHITE/BLACK | WHT/BLK | 7th |
| RED/BLACK | RED/BLK | 8th |
| GREEN/BLACK | GRN/BLK | 9th |
| ORANGE/BLACK | ORN/BLK | 10th |
| BLUE/BLACK | BLU/BLK | 11th |
| BLACK/WHITE | BLK/WHT | 12th |
| RED/WHITE | RED/WHT | 13th |
| GREEN/WHITE | GRN/WHT | 14th |
| BLUE/WHITE | BLU/WHT | 15th |
| BLACK/RED | BLK/RED | 16th |
| WHITE/RED | WHT/RED | 17th |
| ORANGE/RED | ORN/RED | 18th |
| BLUE/RED | BLU/RED | 19th |

## ABBREVIATIONS

| | |
|---|---|
| A/R | AS REQUIRED |
| AC COM | NEUTRAL |
| AFF | ABOVE FINISHED FLOOR |
| AI | ANALOG INPUT |
| ANL COM | ANALOG COMMON |
| AO | ANALOG OUTPUT |
| AWG | AMERICAN WIRE GAUGE |
| BLK | BLACK |
| BLU | BLUE |
| CAP | CENTRAL ARIZONA PROJECT |
| CLR | CLEAR |
| CR | CONTROL RELAY |
| DC COM | DC COMMON |
| DC+ | DC POSITIVE POTENTIAL |
| DI | DISCRETE INPUT |
| DO | DISCRETE OUTPUT |
| DS | DOOR SWITCH |
| FOM | FIBER OPTIC MODEM |
| FOT | FIBER OPTIC TRANSCEIVER |
| GND | GROUND |
| GRN | GREEN |
| I/O | INPUT/OUTPUT |
| L | LINE |
| N | NEUTRAL |
| NC | NORMALLY CLOSED |
| NO | NORMALLY OPEN |
| NP | NAMEPLATE |
| OIT | OPERATOR INTERFACE TERMINAL |
| ORN | ORANGE |
| PDB | POWER DISTRIBUTION BLOCK |
| PLC | PROGRAMMABLE LOGIC CONTROLLER |
| PP | FIBER OPTIC PATCH PANEL |
| PS | POWER SUPPLY |
| REC | RECEPTACLE |
| RES | RESERVOIR |
| RIO | REMOTE INPUT/OUTPUT |
| RTU | REMOTE TELEMETRY UNIT |
| SLC | SMALL LOGIC CONTROLLER |
| SP | SPACE |
| SS | SURGE SUPPRESSER |
| TB | TERMINAL BLOCK |
| UPS | UNINTERRUPTIBLE POWER SUPPLY |
| WHT | WHITE |
| WTR | WATER TREATMENT PLANT |
| WWTP | WASTE WATER TREATMENT PLANT |

## LINETYPE LEGEND

| Line | Meaning |
|---|---|
| - - - - - - - - - - | FIELD WIRING |
| ———— | INTERNAL PANEL WIRING |
| ———— | RADIO COMMUNICATION LINK |
| — FO — | FIBER OPTIC CABLE |
| — FOP — | FIBER OPTIC PATCH CABLE |
| — EN — | ETHERNET CAT5 CABLE |
| — DH+ — | DATA HIGHWAY PLUS |
| — RIO — | REMOTE INPUT OUTPUT |
| — — · — — | AREA DIVIDER |
| ———— | EQUIPMENT |
| — — — — — | PATCH PANEL |

NOTES

90%
PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**ELECTRICAL SYMBOLS & ABBREVIATIONS**

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC03 SHEET 3 OF 15 |

DWG FILE: 1175.00.101_EC03.dwg 8:35am PLOTTED: Mar 07, 2006 gfron

# MOHAVE COUNTY, AZ.
# GOLDEN VALLEY RANCH WELL NO.1
# RTU DESIGN
# ISA TABLE AND COMMON LEGENDS SHEET

## ISA INSTRUMENT IDENTIFICATION TABLE

| | FIRST LETTERS | | SUCCEEDING LETTERS | | |
|---|---|---|---|---|---|
| | MEASURED OR INITIATING VARIABLE | MODIFIER | READOUT OR PASSIVE FUNCTION | OUTPUT FUNCTION | MODIFIER |
| A | ANALYZER | | ALARM | | AUTO |
| B | BURNER, COMBUSTION | | | | |
| C | CONDUCTIVITY | | | CONTROL | CLOSED |
| D | DENSITY | DIFFERENTIAL | | | |
| E | VOLTAGE | | ELEMENT | | |
| F | FLOW | RATIO | | | |
| G | GAUGE | | GLASS, VIEWING DEVICE | | |
| H | HAND | | | | HIGH |
| I | CURRENT | | INDICATE | | |
| J | POWER | SCAN | | | |
| K | TIME, TIME SCHED. | TIME RATE OF CHANGE | | CONTROL STATION | |
| L | LEVEL | | LIGHT | | LOW |
| M | MOTION | | | | MIDDLE |
| N | INTRUSION | | | | NORMAL |
| O | TORQUE | | ORIFICE, RESTRICTION | | OPEN |
| P | PRESSURE | | POINT CONNECTION | | STOP |
| Q | QUANTITY | INTEGRATE, TOTALIZE | | | |
| R | RADIATION | | RECORD, OR PRINT | | REMOTE |
| S | SPEED, FREQUENCY | SAFETY | | SWITCH | START |
| T | TEMPERATURE | | | TRANSMIT | |
| U | MULTIVARIABLE | | MULTIFUNCTION | MULTIFUNCTION | MULTIFUNCTION |
| V | VIBRATION | | | VALVE, LOUVER | |
| W | WEIGHT | | WELL | | |
| X | MOTOR | X-AXIS | UNCLASSIFIED | UNCLASSIFED | UNCLASSIFED |
| Y | EVENT. STATE, OR PRESENCE | Y-AXIS | | RELAY, COMPUTE. CONVERT | |
| Z | POSITION | Z-AXIS | | DRIVER, ACTUATOR, FINAL CONTROL ELEMENT | |

FIELD WIRES TAG LEGEND
DEVICE NAME/TBXX-00
TERMINAL NO
TERMINAL STRIP NO.
FIELD DEVICE TAG NO
PANEL POWER WIRES TAG LEGEND
TBXX-03/TBXX-03
TO TERMINAL NO
TO TERMINAL STRIP NO.
FROM TERMINAL NO.
FROM TERMINAL STRIP NO.
PANEL I/O WIRES TAG LEGEND
O:#.2/TBXX-03
INPUT POINT NO.
TERMINAL STRIP NO.
CHANNEL #
SLOT #
O=OUTPUT I=INPUT
COLOR CODE CHART FOR 22 AWG BELDEN PAIRED CABLE NO. 8761
BLACK BLK 1st
CLEAR CLR 2nd
PANEL WIRING IDENTIFICATION
BLACK - 120VAC LINE
WHITE - 120VAC NEUTRAL
GREEN - GROUND
ORANGE - DC POSITIVE
BLUE - DC COMMON

DWG FILE: 1175.00.101_EC04.dwg 8:35am PLOTTED: Mar 07, 2006 gfran

DL engineering & controls 3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

Stanley Consultants INC. 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D.
DOWNING
Date Signed 3/7/06
ARIZONA

NOTES

90% PRELIMINARY

| REVISIONS | | | |
|---|---|---|---|
| REV. | BY | DATE | DESCRIPTION |
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**ISA TABLE & COMMON LEGENDS SHEET**

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC04 SHEET 4 OF 15 |

| ITEM # | QTY | MANUFACTURER | CAT. NO. | DESCRIPTION |
|---|---|---|---|---|
| 101 | 1 | MODICON | E984-245 | 386 BASED COMPACT CONTROLLER W/ 512K MEMORY, 1-MODBUS PORTS, 1- MODBUS+ PORT |
| 102 | 1 | MODICON | AS-P120-125 | POWER SUPPLY, COMPACT, 120 VAC INPUT VOLTAGE, 24VDC OUTPUT VOLTAGE, 1.5A@24VDC |
| 103 | 1 | MODICON | DTA-200 | PROCESSOR AND 3-I/O SLOT BASE CHASSIS |
| 104 | 1 | MODICON | DTA-201 | 5-I/O SLOT BASE CHASSIS |
| 110 | 2 | MODICON | AS-BDEP-216 | I/O MODULE, COMPACT, DC DIGITAL INPUT, 24VDC, 16-CH ISOLATED |
| 112 | 1 | MODICON | AS-BDAP216N | I/O MODULE, COMPACT, DC DIGITAL OUTPUT, 24VDC, 16-CH |
| 115 | 2 | MODICON | AS-BADU-206 | I/O MODULE, COMPACT, DC ANALOG INPUT , 24VDC, 4-CH, 12 BIT |
| 119 | 1 | NIOBRARA | CNOE-800 | TSX COMPACT ETHERNET & SERIAL OPTION MODULE |
| 172 | 1 | MODICON | XBT-G5330 | MAGELIS 10" HMI GRAPHIC COLOR TERMINAL W/ TOUCHSCREEN, ETHERNET/ IP COM. & RS-232 PORT |
| 201 | AR | ALLEN-BRADLEY | 1492-DR6 | TERMINAL MOUNTING RAIL, HI-RISE, ALUMINUM |
| 202 | 20 | ALLEN-BRADLEY | 1492-EA35 | END ANCHOR |
| 210 | 8 | ALLEN-BRADLEY | 1492-GM35 | TERMINAL BLOCK, GROUP MARKING CARRIER |
| 211 | 10 | PHOENIX CONTACT | 3004142 | FUSE BLOCK, UK5-HESI, SINGLE CIRCUIT, 250V, BFI LED |
| 215 | 16 | ALLEN-BRADLEY | 1492-W4 | TERMINAL BLOCK, SINGLE CIRCUIT, 600V, GRAY |
| 219 | 69 | ALLEN-BRADLEY | 1492-WD4P | TERMINAL BLOCK, DOUBLE LEVEL W/ PLUGGABLE TOP LEVEL |
| 221 | 3 | ALLEN-BRADLEY | 1492-WG4 | TERMINAL BLOCK, SINGLE CIRCUIT, GROUNDING |
| 222 | 13 | ALLEN-BRADLEY | 1492-FP4 | FUSE PLUG FOR 1492-W4P PLUGGABLE TERMINAL BLOCKS |
| 223 | 13 | ALLEN-BRADLEY | 1492-FP424 | FUSE PLUG INSERT W/ BFI, 10-57VAC/DC WORKING VOLTAGE, 10A MAX @ 250V. PROVIDE FAST BLOW FUSES PER WIRING DIAGRAMS. |
| 225 | 56 | ALLEN-BRADLEY | 1492-DP4 | DISCONNECT PLUG FOR 1492-WD4P AND 1492-W4P |
| 232 | 6 | ALLEN-BRADLEY | 1492-CB1G5 | CIRCUIT BREAKER, 5A |
| 234 | 1 | ALLEN-BRADLEY | 1492-CB1G15 | CIRCUIT BREAKER, 15A |
| 235 | 1 | ALLEN-BRADLEY | 1492-CB1G20 | CIRCUIT BREAKER, 20A |
| 300 | 1 | HOFFMAN | A48H36FLP | ENCLOSURE, NEMA 3R, SINGLE DOOR, (48"H X 36"W X 16"D), WHITE INTERIOR AND EXTERIOR |
| 301 | 1 | HOFFMAN | AFK2416 | ENCLOSURE STAND, FLOOR MOUNT 24" HEIGHT |
| 302 | 1 | HOFFMAN | A-NADFK | SWING PANEL KIT |
| 303 | 1 | HOFFMAN | A-48P36 | SUBPANEL, WHITE, (48"H x 36"W) |
| 304 | 1 | HOFFMAN | ALF16D18R | 18" CABINET FLOURESCENT STRIP LIGHT W/ DOOR SWITCH |
| 305 | 1 | HOFFMAN | A-36P30 | SWING OUT SUBPANEL (27" X 33") |
| 377 | 1 | ANY | ANY | GROUNDING BAR |
| 380 | AR | PANDUIT | F2X4LG6 C2LG6 | 2 X 4 PLASTIC WIRING DUCT TYPE "E" W/COVER STYLE "C" |
| 382 | 1 | PROAIR | CR23-0216-G002 | PANEL MOUNTED AIR CONDITIONER, NEMA 3R, 115 VAC, 1400/1600 BTU, 4.5A, COLOR MATCH TO CABINET |
| 398 | 2 | ANY | ANY | SIMPLEX RECEPTACLE, WHITE, 125V/15A, W/BOX AND BRUSHED ALUMINUM COVER |
| 399 | 1 | ANY | ANY | DUPLEX RECEPTACLE, WHITE, 125A/15A, W/BOX AND BRUSHED ALUMINUM COVER |
| 405 | 1 | IDEC | PS5R-SF24 | POWER SUPPLY, 24VDC, 120W |
| 408 | 1 | IDEC | RH2B-UL-AC120V | RELAY, 120VAC COIL, DPDT |
| 410 | 1 | IDEC | RH2B-UL-DC24V | RELAY, 24VDC COIL, DPDT W/ INDICATOR LIGHT |
| 421 | 2 | IDEC | SH2B-05C | RELAY SOCKET, DIN RAIL MOUNT, FINGERSAFE |
| 422 | 16 | PHOENIX CONTACT | ST-REL 2-KG 24/1 | RELAY, 24VDC COIL, SPST MINI RELAYS |
| 423 | 16 | PHOENIX CONTACT | URELG 2 | RELAY SOCKET, DIN RAIL MOUNT, FINGERSAFE FOR MINI RELAYS |
| 450 | 1 | MTL SURGE | MA15/D/1/SI | 120/240 VAC, 15A, SURGE SUPPRESSOR AND FILTER |
| 451 | 8 | PHOENIX CONTACT | TT-2-PE-24VDC | SURGE SUPPRESSOR, 24VDC, 2 WIRE LOOP PROTECTION |
| 703 | 1 | POWERWARE | PW5115750 | UPS, 120 VAC, 750 VA |
| 802 | AR | ANY | ANY | COMMUNICATION CABLE (CAT 5 ETHERNET) |
| 853 | 2 | TIMES MICROWAVE | EZ-900-NMC | N-MALE CONNECTOR |
| 854 | 1 | TIMES MICROWAVE | GK-S900T | ANTENNA LEAD GROUNDING KIT FOR LMR-900 |
| 855 | 1 | PHOENIX CONTACT | LMR-400 | ANTENNA CABLE, 50 OHM COAXIAL, WATERTIGHT (REQUIRES ADAPTER TO CONNECT TO MODULE) |
| 900 | 1 | POLYPHASER | IS-50NX-C2 | BROADBAND COAXIAL SURGE PROTECTOR, BULKHEAD MOUNT |
| 951 | 1 | PHOENIX CONTACT | 2867351 | ANTENNA, 7 ELEMENT YAGI, 9db GAIN, W/ TYPE N(F) CONNECTOR (REQUIRES CABLE ADAPTER) |
| 952 | 1 | RACO | CELLULARM | VERBATIM, W/ CELLUAR AUTODIALER, VOICE OVER NETWORK ALARM SYSTEM, 32 CHANNEL, NEMA 4X ENCLOSURE INCLUDED. |
| 953 | 1 | HOFFMAN | ATEMNO | RTU ENCLOSURE TEMPERATURE SWITCH |
| 954 | 1 | PHOENIX CONTACT | RAD-ISM-900-SET-BD | TWO WAY TRANSCEIVER SET, 1: 4-20mA AI, 1: 4-20mA AO, 2: DI, 3: DO |
| 955 | 1 | PHOENIX CONTACT | RAD-OUT-8D-REL | 8 OUTPUT CHANNEL EXPANSION MODULE |

DWG FILE: 1175.00.101_EC05.dwg 8:36am PLOTTED: Mar 07, 2006 gfron

DIL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D.
DOWNING
Date Signed
ARIZONA

NOTES

90%
PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

BILL OF MATERIALS

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC05 SHEET 5 OF 15 |



NOTES:
1. BILL OF MATERIALS IS ON DRAWING EC05
2 COORDINATE NAMEPLATES WITH THE OWNER
382
300
952
NOTE 2
301
304
172
302
305
703
A
RTU ENCLOSURE - FRONT
B
RTU ENCLOSURE - SIDE
DWG FILE: 1175.00.101_EC06.dwg 8:37am PLOTTED: Mar 07, 2006 gfron

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D.
DOWNING
Date Signed 3/7/06
ARIZONA
NOTES
90%
PRELIMINARY
REVISIONS
REV.
BY
DATE
DESCRIPTION
GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ
RTU
ENCLOSURE
LAYOUT
DRAWN BY:
GAF
DESIGNED BY:
GAF
CHECKED BY:
EH
PROJECT NO.
1175.00.101
SUBMITTAL DATE:
MARCH 2006
DRAWING NUMBER
EC06
SHEET 6 OF 15



FOR PLC RACK ASSEM.
REF DRAWING EC09
954 (NOTE 2)
955
953 TSH-110
303
201
380
TB-MAIN
REF DETAIL "A"
DRAWING EC08
TB-DIST
REF. DETAIL "E"
DRAWING EC08
TB-DC
REF. DETAIL "B"
DRAWING EC08
405
398
399
377
TB4 & TB5
REF. DETAIL "C"
DRAWING EC08
TB6
REF. DETAIL "G"
DRAWING EC08
CELLULARM
"VERBATIM"
(NOTE 3)
TB1, TB2, & TB3
REF. DETAIL "H"
DRAWING EC08
398
UPS
RECEPTACLE
DIL engineering & controls
Stanley Consultants INC.
Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING
NOTES
90%
PRELIMINARY
REVISIONS
REV. BY DATE DESCRIPTION
GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ
RTU
PANEL
LAYOUT
DRAWN BY: GAF
DESIGNED BY: GAF
CHECKED BY: EH
PROJECT NO. 1175.00.101
SUBMITTAL DATE: MARCH 2006
DRAWING NUMBER EC07
SHEET 7 OF 15
DWG FILE: 1175.00.101_EC07.dwg 8:43am PLOTTED: Mar 07, 2006 gfron

## NOTES:

1. BILL OF MATERIALS IS ON DRAWING EC05
2. THE TRANSCEIVER MODULES COME AS A SET. PROVIDE SISTER MODULE TO THE RESERVOIR #1 SITE RIO-400 FOR SYSTEM COMMUNICATIONS. COORDINATE THE RADIO LINK AS REQUIRED, WITH THE RESERVOIR RIO-400 CONTRACTOR. TO INSURE A COMPLETE SYSTEM.
3. MOUNT CELLULARM ENCLOSURE TO SIDE OF RTU CABINET, REFER TO DWG. EC06. USE CHASE NIPPLES FOR CIRCUIT RACEWAYS.



TB-MAIN
CB1
SS1
CB2
CB3
CB4
PFR 1
DETAIL A
INPUT POWER
TB-MAIN
TB-DC
PFR 2
DETAIL B
24VDC POWER
DISTRIBUTION
TB-DC
TB3
DETAIL C
DIGITAL INPUT
TB3 & TB4
TB-DIST
CB5
CB6
CB7
CB8
DETAIL E
PANEL POWER
TB-DIST
TB1
SS1
SS2
SS3
SS4
DETAIL H
ANALOG INPUT
TB1 & TB2
TB5
CR1
CR2
CR3
CR4
CR5
CR6
CR7
CR8
CR9
CR10
CR11
CR12
CR13
CR14
CR15
CR16
DETAIL G
DIGITAL OUTPUT
TB5
NOTES:
1. PROVIDE BUS BAR STYLE OR INSULATED COMB STYLE JUMPERS WHERE 2 OR MORE TERMINALS IN THE SAME TB ARE COMMONED TOGETHER. DO NOT USE DISCRETE WIRE JUMPERS.
2. BILL OF MATERIALS IS ON DRAWING EC05
3. PANEL BUILDER TO SUPPLY AND INSTALL ALL NECCESARY AND APPROPRIATE ACCESORIES INCLUDING TERMINAL NUMBERS, JUMPERS AND END BARRIERS.
SIGNAL LEADS
SHRINK TUBING
(1/2" MIN)
DRAIN WIRE
INSTRUMENT
CABLE
NOTE:
WRAP UNUSED DRAIN WIRE
UNDER SHRINK TUBING
DETAIL J
INSTRUMENT CABLE
TERMINATION
DETAIL K
SPST INTERPOSING
RELAY URELG 2
SELF POWERED
TRANSMITTER
SURGE
SUPPRESSOR
SSX
REMOVE
JUMPER
REWIRE
24V+
24VCOM
125A
REMOVE PLUG INSERT,
REPLACE WITH FUSE
INSERT
AI
MODULE
DETAIL L
FIELD MODIFICATIONS FOR
4-WIRE INSTRUMENTS
PLOTTED: Mar 07, 2006 gfron 8:37am
DWG FILE: 1175.00.101_EC08.dwg

DL engineering & controls
Stanley Consultants INC.

Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING
ARIZONA

NOTES

90% PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**TERMINAL BLOCK & DEVICE DETAILS**

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC08 SHEET 8 OF 15 |



NOTES:
1 BILL OF MATERIALS IS ON DRAWING EC05
ENCLOSURE (RTU-100)
MODICON CPU COMPACT E984-245
ETHERNET & SERIAL MODULE
MODICON POWER SUPPLY
MODICON ANALOG INPUT (SLOT 1)
MODICON ANALOG INPUT (SLOT 2)
MODICON DIGITAL INPUT (SLOT 3)
MODICON DIGITAL INPUT (SLOT 4)
MODICON DIGITAL OUTPUT (SLOT 5)
SPACE
101
119
102
115
103
115
110
110
112
104
MODBUS RS-485
802
172
MAGELIS
PQM-105
OIT PANEL
CELLULARM VERBATIM
(AUTO-DIALER)
951
FROM RESERVOIR NO 1
RIO TRANSCEIVER
IO-100
855
853
DRIP LOOP
954
900
855
853
854
DIL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D. DOWNING
Date Signed
ARIZONA
NOTES
90%
PRELIMINARY
REVISIONS
REV.
BY
DATE
DESCRIPTION
GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ
COMMUNICATIONS SYSTEMS ARCHITECTURE
DRAWN BY:
GAF
DESIGNED BY:
GAF
CHECKED BY:
EH
PROJECT NO.
1175.00.101
SUBMITTAL DATE:
MARCH 2006
DRAWING NUMBER
EC09
SHEET 9 OF 15
DWG FILE: 1175.00.101_EC09.dwg
8:37am
PLOTTED: Mar 07, 2006 afron



L1
N1
MPZ-100 CKT. 14
120VAC, 20A
20A
TB-MAIN
CB1
TBMAIN-L
TBMAIN-L/SS1-L
SURGE SUPPRESSOR 1
SS1-N/TBMAIN-N
TBMAIN-N
GND
NOTE 1
TBMAIN-L/PFR-L
PFR1
PFR-N/TBMAIN-N
TB-MAIN
CB2
CB2/LIGHT-L
LIGHT
LIGHT-N/TBMAIN-N
REC-1
TB-MAIN
CB3
CB3/REC1-L
REC1-N/TBMAIN-N
UPS
REC
TB-MAIN
CB4
CB4/UPS REC-L
UPS REC-N/TBMAIN-N
UPS
TB-DIST
CB5
CB5/PS1-L
PS1 24VDC
PS1-N/TBDIST-N
TBDIST-N
24V+/TBDC-1
DC COM/TBDC-2
PFR2
TB-DIST
CB6
CB6/PLC-L
PLC POWER
SUPPLY
PLC-N/TBDIST-N
TB-DIST
CB7
SPARE
TB-DIST
CB8
A
120VDC POWER DISTRIBUTION
NOTES:
1. BUS OR INSULATED COMB STYLE JUMPER
2. FUSE PER MANUFACTURERS REQUIREMENT
+24VDC
TBDC-1 /TB1-24V+
F1
TB1 ANALOG INPUT
REF. DWG. EC11
TBDC-2/TB1-24VCOM
TBDC-3 /TB2-24V+
F2
TB2 ANALOG INPUT
REF. DWG. EC12
TBDC-4/TB2-24VCOM
F3
SPARE
TBDC-7 /TB3-24V+
F4
TB3 DISCRETE INPUT
REF. DWG. EC13
TBDC-8/TB3-24VCOM
TBDC-9 /TB4-24V+
F5
TB4 DISCRETE INPUT
REF. DWG. EC14
TBDC-10/TB4-24VCOM
TBDC-11 /TB5-24V+
F6
TB5 DISCRETE OUTPUT
REF. DWG. EC15
TBDC-12/TB5-24VCOM
TBDC-13 /OIT-24V+
F7
OIT
TBDC-14/OIT-24VCOM
TBDC-15 /OI100-24V+
F8
IO-100
TBDC-16/OI100-24VCOM
F9
F10
B
24VDC POWER DISTRIBUTION
DL engineering & controls
Stanley Consultants INC.
Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING
ARIZONA
NOTES
90% PRELIMINARY
REVISIONS
REV. BY DATE DESCRIPTION
GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ
POWER DISTRIBUTION SCHEMATIC
DRAWN BY: GAF
DESIGNED BY: GAF
CHECKED BY: EH
PROJECT NO. 1175.00.101
SUBMITTAL DATE: MARCH 2006
DRAWING NUMBER EC10
SHEET 10 OF 15
DWG FILE: 1175.00.101_EC10.dwg 8:37am PLOTTED: Mar 07, 2006 gfran

## NOTES:

1. WIRE MODULES PER MANUFACTURER'S REQUIREMENTS.

NOTES

90% PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**SLOT 1 ANALOG INPUT SCHEMATIC**

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC11 SHEET 11 OF 15 |

DWG FILE: 1175.00.101_EC11.dwg 8:37am PLOTTED: Mar 07, 2006 gfron



NOTES:
1. WIRE MODULES PER MANUFACTURER'S REQUIREMENTS.
DESCRIPTION
TAG NAME
WELL SITE NO.1 CHLORINE CYLINDER B WEIGHT INDICATION
WI-201
SPARE
SPARE
SPARE
REFERENCE DRAWING EC10
TBDC-3/TB2-24V+
TBDC-4/TB2-24VCOM
TB2
WI201/SS1+
WI201/SS1-
SS1
SS2
SS3
SS4
SS1+/TB2-24V+
SS1-/TB2-1+
SS2+/TB2-24V+
SS2-/TB2-2+
SS3+/TB2-24V+
SS3-/TB2-3+
SS4+/TB2-24V+
SS4-/TB2-4+
BLK
RED
WHT
GRN
BLU
24V+
24VCOM
1+
1-
2+
2-
3+
3-
4+
4-
AMP
125A
TB2-1+/I:2.1+
TB2-1-/I:2.1-
TB2-2+/I:2.2+
TB2-2-/I:2.2-
TB2-3+/I:2.3+
TB2-3-/I:2.3-
TB2-4+/I:2.4+
TB2-4-/I:2.4-
MODICON ADU 206 SLOT 2
24VDC
COM
IN 1+
IN 1-
IN 2+
IN 2-
IN 3+
IN 3-
IN 4+
IN 4-
19/C #18 AWG BELDEN 8619 OR EQUAL
DWG FILE: 1175.00.101_EC12.dwg 8:37am PLOTTED: Mar 07, 2006 gfron

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING
Date Signed 3/1/06
ARIZONA

NOTES

90% PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**SLOT 2 ANALOG INPUT SCHEMATIC**

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC12 SHEET 12 OF 15 |



NOTES:
1 WIRE MODULES PER MANUFACTURER'S REQUIREMENTS
2. BUS OR INSULATED COMB STYLE JUMPER
REFERENCE DRAWING EC10
TBDC-7/TB3-24V+
TBDC-8/TB3-24VCOM
TB3
NOTE 2
24V+
0.5A
24VCOM
TB3-24V+
TB3-24VCOM
MODICON DEP-216 SLOT 3
DESCRIPTION
TAG NAME
WELL SITE NO.1 INTRUSION ALARM
YA-101
YA101/TB3-V1
YA101/TB3-1
I:3.1/TB3-1
BLK
IN 1
WELL SITE NO 1 RTU CABINET HIGH TEMP ALARM
YA-110
YA110/TB3-V2
YA110/TB3-2
I:3.2/TB3-2
WHT
IN 2
WELL SITE NO 1 PLC POWER FAILURE
JA-100
PFR1
PFR2
REF DWG. EC10
JA100/TB3-V3
JA100/TB3-3
I:3.3/TB3-3
RED
IN 3
WELL SITE NO.1 MEDIUM VOLTAGE SWITCH IN STANDBY POSITION
ZI-100
ZI100/TB3-V4
ZI100/TB3-4
I:3.4/TB3-4
GRN
IN 4
WELL SITE NO.1 CHLORINE DETECTION LOW ALARM
AAL-200
AAL200/TB3-V5
AAL200/TB3-5
I:3.5/TB3-5
ORN
IN 5
WELL SITE NO.1 CHLORINE DETECTION HIGH ALARM
AAH-200
AAH200/TB3-V6
AAH200/TB3-6
I:3.6/TB3-6
BLU
IN 6
WELL SITE NO.1 LOSS OF CHLORINE SENSOR INPUT ALARM
YA-201
YA201/TB3-V7
YA201/TB3-7
I:3.7/TB3-7
WHT/BLK
IN 7
WELL SITE NO.1 CHLORINE PUMP AUTO STATUS
YIA-200
YIA200/TB3-V8
YIA200/TB3-8
I:3.8/TB3-8
RED/BLK
IN 8
WELL SITE NO.1 CHLORINE PUMP RUN STATUS
YIR-200
YIR200/TB3-V9
YIR200/TB3-9
I:3.9/TB3-9
GRN/BLK
IN 9
WELL SITE NO.1 CHLORINE PUMP FAULT ALARM
YA-200
YA200/TB3-V10
YA200/TB3-10
I:3.10/TB3-10
ORN/BLK
IN 10
RESERVOIR NO 1 HIGH HIGH LEVEL ALARM
YAHH-400
YAHH400/TB3-V11
YAHH400/TB3-11
I:3.11/TB3-11
BLU/BLK
IN 11
RESERVOIR NO 1 RIO POWER FAILURE ALARM
JA-400
JA400/TB3-V12
JA400/TB3-12
I:3.12/TB3-12
BLK/WHT
IN 12
RESERVOIR NO.1 INTRUSION ALARM
YA-400
YA400/TB3-V13
YA400/TB3-13
I:3.13/TB3-13
RED/WHT
IN 13
WELL SITE NO.1 WELL FLOWMETER TOTALIZER
FQIT-100
FQIT100/TB3-V14
FQIT100/TB3-14
I:3.14/TB3-14
GRN/WHT
IN 14
SPARE
I:3.15/TB3-15
BLU/WHT
IN 15
SPARE
I:3.16/TB3-16
BLK/RED
IN 16
19/C #18 AWG BELDEN 8619 OR EQUAL
24 VDC
DC COM
DWG FILE: 1175.00.101_EC13.dwg 8:37am PLOTTED: Mar 07, 2006 gfron

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING
Date Signed
ARIZONA

NOTES

90% PRELIMINARY

| REVISIONS | | | |
|---|---|---|---|
| REV. | BY | DATE | DESCRIPTION |
| | | | |
| | | | |
| | | | |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**SLOT 3 DISCRETE INPUT SCHEMATIC**

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC13 SHEET 13 OF 15 |

## NOTES:

1. WIRE MODULES PER MANUFACTURER'S REQUIREMENTS.
2. BUS OR INSULATED COMB STYLE JUMPER

REFERENCE DRAWING EC10: TBDC-9/TB4-24V+, TBDC-10/TB4-24VCOM

TB4: 24V+ (0.5A fuse), 24VCOM — NOTE 2 — TB4-24V+, TB4-24VCOM

MODICON DEP-216 SLOT 4

| DESCRIPTION | TAG NAME | FIELD WIRES | TB4 | MODULE WIRE | COLOR | INPUT |
|---|---|---|---|---|---|---|
| WELL SITE NO.1 WELL PUMP RUN STATUS | YIR-100 | YIR100/TB4-V1, YIR100/TB4-1 | V1, 1 | I:4.1/TB4-1 | BLK | IN 1 |
| WELL SITE NO.1 WELL PUMP AUTO STATUS | YIA-100 | YIA100/TB4-V2, YIA100/TB4-2 | V2, 2 | I:4.2/TB4-2 | WHT | IN 2 |
| WELL SITE NO.1 WELL PUMP FAULT ALARM | YA-100 | YA100/TB4-V3, YA100/TB4-3 | V3, 3 | I:4.3/TB4-3 | RED | IN 3 |
| SPARE | | | V4, 4 | I:4.4/TB4-4 | GRN | IN 4 |
| WELL SITE NO.1 PUMP-TO-WASTE VALVE OPEN STATUS | ZIO-100 | ZIO100/TB4-V5, ZIO100/TB4-5 | V5, 5 | I:4.5/TB4-5 | ORN | IN 5 |
| WELL SITE NO.1 PUMP-TO-WASTE VALVE CLOSED STATUS | ZIC-100 | ZIC100/TB4-V6, ZIC100/TB4-6 | V6, 6 | I:4.6/TB4-6 | BLU | IN 6 |
| WELL SITE NO.1 RESERVOIR NO.1 FLOW VALVE OPEN STATUS | ZIO-101 | ZIO101/TB4-V7, ZIO101/TB4-7 | V7, 7 | I:4.7/TB4-7 | WHT/BLK | IN 7 |
| WELL SITE NO.1 RESERVOIR NO.1 FLOW VALVE CLOSED STATUS | ZIC-101 | ZIC101/TB4-V8, ZIC101/TB4-8 | V8, 8 | I:4.8/TB4-8 | RED/BLK | IN 8 |
| WELL SITE NO.1 WELL PUMP VALVE INCOMPLETE SEQUENCE ALARM | YAV-100 | YAV100/TB4-V9, YAV100/TB4-9 | V9, 9 | I:4.9/TB4-9 | GRN/BLK | IN 9 |
| WELL SITE NO.1 WELL PUMP HIGH PRESSURE ALARM | PAH-100 | PAH100/TB4-V10, PAH100/TB4-10 | V10, 10 | I:4.10/TB4-10 | ORN/BLK | IN 10 |
| SPARE | | | V11, 11 | I:4.11/TB4-11 | BLU/BLK | IN 11 |
| SPARE | | | V12, 12 | I:4.12/TB4-12 | BLK/WHT | IN 12 |
| SPARE | | | V13, 13 | I:4.13/TB4-13 | RED/WHT | IN 13 |
| SPARE | | | V14, 14 | I:4.14/TB4-14 | GRN/WHT | IN 14 |
| SPARE | | | V15, 15 | I:4.15/TB4-15 | BLU/WHT | IN 15 |
| SPARE | | | V16, 16 | I:4.16/TB4-16 | BLK/RED | IN 16 |

24 VDC, DC COM

19/C #18 AWG BELDEN 8619 OR EQUAL

DDL engineering & controls, 3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

Stanley Consultants INC. 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119

Registered Professional Engineer (Electrical)
CERTIFICATE NO.
31724
BRIAN D DOWNING
ARIZONA

NOTES

90% PRELIMINARY

| REVISIONS | | | |
|---|---|---|---|
| REV. | BY | DATE | DESCRIPTION |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**SLOT 4 DISCRETE INPUT SCHEMATIC**

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC14, SHEET 14 OF 15 |

DWG FILE: 1175.00.101_EC14.dwg 8:37am PLOTTED: Mar 07, 2006 gtran



NOTES:
1. WIRE MODULES PER MANUFACTURER'S REQUIREMENTS
2. BUS OR INSULATED COMB STYLE JUMPER
MODICON BDAP216N SLOT 5
24 VDC
DC COM
OUT 1
OUT 2
OUT 3
OUT 4
OUT 5
OUT 6
OUT 7
OUT 8
OUT 9
OUT 10
OUT 11
OUT 12
OUT 13
OUT 14
OUT 15
OUT 16
BLK
WHT
RED
GRN
ORN
BLU
WHT/BLK
RED/BLK
GRN/BLK
ORN/BLK
BLU/BLK
BLK/WHT
RED/WHT
GRN/WHT
BLU/WHT
BLK/RED
WHT/RED
ORN/RED
TB5-24V+
TB5-24VCOM
0:5.1/CR1-A1
0:5.2/CR2-A1
0:5.3/CR3-A1
0:5.4/CR4-A1
0:5.5/CR5-A1
0:5.6/CR6-A1
0:5.7/CR7-A1
0:5.8/CR8-A1
0:5.9/CR9-A1
0:5.10/CR10-A1
0:5.11/CR11-A1
0:5.12/CR12-A1
0:5.13/CR13-A1
0:5.14/CR14-A1
0:5.15/CR15-A1
0:5.16/CR16-A1
19/C #18 AWG BELDEN 8619 OR EQUAL
TB5
24V+
24VCOM
TBDC-11/TB5-24V+
TBDC-12/TB5-24VCOM
REFERENCE DRAWING EC10
CR1-14/TB5-1A
CR1-13/TB5-1B
CR2-14/TB5-2A
CR2-13/TB5-2B
CR3-14/TB5-3A
CR3-13/TB5-3B
CR4-14/TB5-4A
CR4-13/TB5-4B
CR5-14/TB5-5A
CR5-13/TB5-5B
CR6-14/TB5-6A
CR6-13/TB5-6B
CR7-14/TB5-7A
CR7-13/TB5-7B
CR8-14/TB5-8A
CR8-13/TB5-8B
CR9-14/TB5-9A
CR9-13/TB5-9B
CR10-14/TB5-10A
CR10-13/TB5-10B
CR11-14/TB5-11A
CR11-13/TB5-11B
CR12-14/TB5-12A
CR12-13/TB5-12B
CR13-14/TB5-13A
CR13-13/TB5-13B
CR14-14/TB5-14A
CR14-13/TB5-14B
CR15-14/TB5-15A
CR15-13/TB5-15B
CR16-14/TB5-16A
CR16-13/TB5-16B
TAG NAME
DESCRIPTION
YCR-100 WELL SITE NO.1 WELL PUMP PLC RESET
LAHH-100A RESERVOIR NO.1 HIGH HIGH LEVEL ALARM
YC-100 WELL SITE NO.1 WELL PUMP START/STOP COMMAND
JA-400A RESERVOIR NO.1 RIO POWER FAILURE ALARM
AAL-200 WELL SITE NO.1 CHLORINE LEAK ALARM
LAHH-100B RESERVOIR NO.1 HIGH HIGH LEVEL ALARM
YA-100 WELL SITE NO.1 WELL PUMP FAULT ALARM
YA-200 WELL SITE NO.1 CHLORINE BOOSTER PUMP FAULT ALARM
SPARE
YA-101A WELL SITE NO.1/RESERVOIR NO.1 INTRUSION ALARM
YA-105 WELL SITE NO.1 LOSS OF POWER
SPARE
SPARE
SPARE
SPARE
SPARE
DWG FILE: 1175.00.101_EC15.dwg 8:37am PLOTTED: Mar 07, 2006 gfron

DL engineering & controls
Stanley Consultants INC.

Registered Professional Engineer (Electrical)
CERTIFICATE NO. 31724
BRIAN D. DOWNING

NOTES

90% PRELIMINARY

| REVISIONS | | | |
|---|---|---|---|
| REV. | BY | DATE | DESCRIPTION |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

**SLOT 5 DISCRETE OUTPUT SCHEMATIC**

| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
|---|---|
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC15 SHEET 15 OF 15 |