R:\17501\20-Phase II Study\Area Plan Revised June Submittal\PeacockHighlands_AreaPlan.dwg, 9/9/2005 3:34:54 PM_7270, 1:0.996453

Case 09-14814-gwz    Doc 1242-28    Entered 08/13/10 17:43:34    Page 1 of 1

