

**Rhodes Mohave County Parcels**

Legend

RHODES HOMES
MARICOM
FEDERAL LANDS
AZ State Trust Land
Bureau of Land Management
Military Reservation
Havasu National Wildlife Refuge
Bureau of Indian Affairs
Parks and Recreation
National Park Service
Lakes & Rivers
Dry Lake
Mohave County Line
Flood Zones

Stanley Consultants