The primary goal of the Red Lake community design is to create a balanced, self-contained community with areas to live, work, shop, play, and learn all in the same location.

Additional project goals include:

1. Goal: To implement the goals and policies of the Mohave County General Plan to the fullest extent possible.

   Policy: Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.

2. Goal: To develop a community that is self-sufficient in terms of adequate tax base to support urban services.

   Policy: Implement the appropriate special district and other financial mechanisms to channel a portion of new commercial and residential tax revenues into development of community infrastructure, following developer contributions in the early phases of build-out to provide essential services.

3. Goal: To encourage compatibility with surrounding land uses.

   Policy: Ensure that adjacent land uses are similar in nature or include a buffer transition zone where uses are dissimilar.

4. Goal: To establish a village and neighborhood structure that provides residential areas supported by parks, open space, recreational and school uses.

   Policy: Subdivide the Master Plan land use areas into smaller village and neighborhood areas that include the full complement of community uses at the time of subdivision.

5. Goal: To provide a planned community that complements existing development within the Red Lake area.

   Policy: Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.

6. Goal: To provide a range of housing types to meet the varied housing needs within the Kingman area and the greater northwestern Arizona region.

Policy: Provide a broad range of housing types that include housing options for singles, family units, affordable housing, and active adult within the Master Planned Community.

7. Goal: To ensure that the Red Lake project contributes to Mohave County's economic goals and objectives.

    Policy: Provide areas for employment growth as well as housing to ensure that a self-sustaining new town is established over time.

8. Goal: To create a strong sense of community through use of the village and neighborhood concept.

    Policy: Create a village core for each village as well as a focal point for each neighborhood that encourages community interaction.

9. Goal: To organize land uses within the community to provide safe and convenient vehicular and pedestrian circulation through the project area.

    Policy: Provide an interconnected transportation system that offers pedestrian, bicycle, and vehicular transportation options that include bike and pedestrian paths connecting public facilities and commercial establishments to residential areas.

10. Goal: To provide a safe and efficient system for movement of people and goods to and from the project site and within the community itself.

    Policy: Design the road system to meet Mohave County design standards.

11. Goal: To ensure that the impacts of the proposed development on the County's existing roadway system will be mitigated.

    Policy: Propose solutions to mitigate traffic impacts at the time of subdivision.

12. Goal: To provide land for parks, open space, recreation, and library facilities to meet the needs of Red Lake's new residents.

    Policy: Provide land for adequate park, open space, recreation and library facilities concurrent with development, with dedication of sites at the time of subdivision after consultation with Mohave County.

13. Goal: To provide land for an adequate level of police and fire protection service to meet the needs of the proposed master planned community.

Policy: Provide police and fire substation sites, as mutually determined by Mohave County sheriff and police departments and the applicant with dedication of sites at the time of subdivision.

14. Goal: To provide sites for adequate school facilities to meet the needs of the community's new residents.

    Policy: Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of land Management where available.

    Policy: Provide elementary and middle school sites at the time of subdivision in consultation with the local school districts.

## III. COMMUNITY DEVELOPMENT

### A. Existing General Plan & Zoning Designations

1) General Plan - Red Lake planning area is designated as Rural Development Area (RDA)

2) Zoning - AR/36 (agricultural/residential, 36 acre)

### B. Proposed General Plan and Area Plan (IMA to input)

1) Land uses proposed for Red Lake Area Plan include two office/business park areas totaling 762.6 acres; medium to high density residential uses, single family residential; village centers with commercial; parks and open space. A total of 2,726.5 acres is utilized for non-residential uses, with a total of 4,449.5 acres planned for residential uses and 46,026 dwelling units. 432.9 acres are planned for park use; 62.3 for clubhouse and recreation and 615.2 for the three golf courses. These numbers may change based on market conditions and development constraints. Prior to zone change requests and subdivision mapping, the developer will formulate and submit a plan for the financing of infrastructure improvements necessary to support a full complement of public facilities and urban services. Public facilities include police and fire stations, sanitation facilities, libraries, schools and parks. Necessary urban services will include retail outlets so residents do not have to drive long distances for basic needs, medical facilities and other professional services.

2) Residential land Uses include:

<u>Low Density Residential (LR):</u> his is the lowest density residential development planned within urban areas. It is designed to reflect development between one and five units per acre. This category is used only in UDAs. Since the lot sizes are less than one acre, community sewer or ADEQ approved on-site sewage disposal and water systems are needed, as are other urban services. Low-density residential areas will be developed exclusively with single-family homes, except where planned developments permitting neighborhood commercial uses are approved.

<u>Medium Density Residential</u> (MR): This urban land use category is used to show areas with five (5) or more dwellings per acre, up to twelve (12) dwellings per acre. Typical residential uses in these areas are patio and zero-lot-line homes, mobile home parks, mobile home subdivisions, duplexes, some multi-family projects, and, where specifically approved as part of a planned development, neighborhood

commercial development. Full urban services are required for medium density residential development.

High Density Residential (HR): This urban residential category is used to show the highest density planned in Mohave County. Development could range from twelve (12) to a maximum of twenty-five (25) dwelling units per acre. Higher density areas provide opportunities to develop uses such as town homes, apartments or condominiums. Mixed-use developments incorporating office and retail space may be approved in HR areas through the planned development process. High Density Residential uses can serve as an effective buffer between non-residential development and lower density residential neighborhoods. Full urban services are required for HR development.

3) Non-Residential Uses Include:

Neighborhood Commercial (NC): Neighborhood Commercial uses are those that meet the needs of residents in the adjacent neighborhood. Small-scale retail and service establishments, as well as small office buildings, will be permitted in this land use category.

General Commercial (GC): This land use category is used to indicate locations for retail, service and office uses that serve an entire community or region. Major retail centers, fast food restaurants, service stations, multi-story office buildings, and other intensive commercial uses should be located in areas designated for general commercial uses.

Commercial Recreation (CR): This land use category encompasses a broad range of privately owned leased facilities for active recreation, where the primary activity occurs outside of buildings. Uses include golf courses, equestrian centers, small and large-scale amusement parks, as well as recreational vehicle parks and campgrounds providing sites for temporary habitation.

Light Industrial (LI): This land use category is intended for a variety of lighter industrial uses. These uses typically involve fewer impacts on the surrounding areas, in terms of noise, fumes, nuisances, and hazards, than do the uses described under Heavy Industrial. This category includes uses such as warehousing, wholesale sales and distribution, and light manufacturing. Some related office uses also occur in this category. Most activities associated with uses in this category take place within buildings.