| | | | |
|---|---|---|---|
| Ice Hockey | 22,000 sq. ft. | 1 per 100,000 | ½ to 1 hr travel time |
| Tennis | 2 acres per complex | 1 court per 2,000 | ¼ to ½ mile |
| Volleyball | Minimum 4,000 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Baseball | 1.2 acre | 1 per 5,000 Lighted 1 per 30,000 | ¼ to ½ mile |
| Field Hockey | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Football | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Soccer | 1.7 to 2.1 acres | 1 per 10,000 | 1-2 miles |
| Golf driving range | 13.5 acres | 1 per 50,000 | 30 min. travel time |
| 1.4 mile running track | 4.3 acres | .1 per 20,000 | 15 to 30 min. travel time |
| Multiple Recreation court | 9, 840 sq. ft. | 1 per 10,000 | 1-2 miles |
| Trails | | 1 system per region | |
| Archery Range | .65 acres | 1 per 50,000 | 30 min. travel time |
| Golf 18 holes | 110 acres min. | 1 per 50,000 | ½ to 1 hr. travel time |
| Swimming Pools | ½ to 2 acres | 1 per 20,000 | 15 to 30 min. travel time |

Source: Lancaster, R.A. (Ed.).(1990). Recreation, Park, and Open Space Standards and Guidelines. Ashburn, VA: National Recreation and Park Association

Substantial acreage is allocated for park facilities at Red Lake. These will include several community parks, neighborhood parks, and a number of linear and mini-parks located throughout the project. It is anticipated that community recreation centers will be provided central to the community. Three golf courses are planned: two in the active adult communities in the south-central part of the site and one in the more exclusive western portion of the site. Walking paths will link residential areas to the office, park, and community facilities on site.

b. **Parks and Open Space Goals and Policies**

Mohave County General Plan Goal 55: To meet the recreational and open space needs of residents countywide, with sites that provide for active recreation, specialized recreational opportunities and enjoyment of natural areas.

Policy: The applicant will work with Mohave County school districts in the development, maintenance and joint operation of local

school/park sites where it is economically and functionally desirable to do so.

Policy: Provide a full range of parks and recreational facilities for the broad range of housing and lifestyle types available at Red Lake.

Goal 15: Provide all manner of park sites from the pocket park to the neighborhood park and the community park within the Red Lake development.

Policy: Provide a community park in each village and neighborhood and pocket parks within each neighborhood consistent with the standards referenced above.

Policy: Dedicate park sites at the time of subdivision after consultation with Mohave County on final park size and location to serve final projected population.

Policy: Provide outdoor gathering spaces in the form of a town green or plaza, linear parks, community gardens, gazebos, and passive open space areas.

## 2. Fire Protection

Mohave County General Plan Goal 57: To plan and provide for adequate fire protection services at levels appropriate to the County's urban, suburban, and rural areas.

Policy: Work closely with the area Fire Department to determine an adequate urban level of fire protection services.

Policy: Provide fire protection site within Red Lake planned community, if determined necessary in conjunction with the appropriate Fire Department.

## 3. Police Protection

Mohave County General Plan Goal 57: To plan and provide for adequate police protection services at levels that are appropriate to the County's Urban, Suburban, and Rural areas.

Policy: Work closely with the area police and sheriff's departments to determine an adequate urban level of police protection services.

Policy: Dedicate police protection site within the Red Lake planned community, if determined necessary in conjunction with the appropriate police/sheriff's department.

### 4. Library Services

Mohave County General Plan Goal: To provide a full service library system that is easily accessible and supplies residents with a variety of educational and recreational materials.

Policy: Mohave County should expand library services by planning space for station libraries as part of public buildings in outlying communities.

Policy: The applicant will work with Mohave County to provide a site for library facilities within Red Lake.

### 5. Schools

Goal: Establish new school sites in the Red Lake development to serve the needs of the community's new families.

Policy: Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of Land Management where available to serve the Red Lake project.

Policy: Set aside parcels for elementary and middle school sites during the subdivision review process as agreed upon with the Mohave Valley Elementary District and the Mohave Union High School Districts and the Superintendent of Schools. Work with school districts to time school construction with development of the community.



Red Lake — Rhodes Homes — ima design — Area Plan — February 28, 2006