# RHODES RED LAKE CONSTRAINTS MAP

**LEGEND**
- POWER LINES
- FLOOD ZONE
- TOWNSHIP/RANGE LINE
- ROADWAY (DIRT ROAD)
- 100-FT. RIGHT OF WAY
- RHODES HOMES RED LAKE AREA

Stanley Consultants INC.