# The Golden Valley Project:  A Cultural Resources Survey of 5,784 Acres Within The Sacramento Valley, West of Kingman, Mohave County, Arizona

Prepared for

**Stanley Consultants**

Prepared by

**SWCA Environmental Consultants**

November 2005

# THE GOLDEN VALLEY PROJECT:  CULTURAL RESOURCES SURVEY OF 5,784 ACRES WITHIN THE SACRAMENTO VALLEY, WEST OF KINGMAN, MOHAVE COUNTY, ARIZONA

Prepared for

David Woo
**STANLEY CONSULTANTS**
5820 South Eastern Ave. Suite 100
Las Vegas, NV 89119

Prepared by

Eric S. Petersen II and David B. Tucker

## SWCA® ENVIRONMENTAL CONSULTANTS
343 West Franklin Street
Tucson, Arizona 85701
(520)-325-9194
www.swca.com

**Project Manager**

Eric Koster

Arizona Antiquities Act Blanket Permit No. 2005-012bl

SWCA Project No. 9048-182
SWCA Cultural Resources Report No. 05-514

November 10, 2005

# TABLE OF CONTENTS

Abstract ................................................................................................................................. iv

INTRODUCTION ............................................................................................................... 1

PROJECT SETTING ........................................................................................................... 1

CULTURAL HISTORY ....................................................................................................... 3

    Paleoindian And Early Archaic Periods (10,000–5000 B.C.) .......................................... 3

    Middle And Late Archaic Periods (5000 B.C.–A.D. 500) ............................................... 3

    Ceramic Period (A.D. 500–1604) ................................................................................. 4

    Historic Period (A.D. 1604–Present) ............................................................................ 4

PREVIOUS RESEARCH ..................................................................................................... 5

PROJECT METHODS ......................................................................................................... 5

SURVEY RESULTS ............................................................................................................. 8

    AZ F:16:74(ASM) ........................................................................................................ 9

        Interpretation and Recommendation ....................................................................... 14

    AZ F:16:75(ASM) ...................................................................................................... 14

        Interpretation and Recommendation ....................................................................... 20

    AZ F:16:76(ASM) ...................................................................................................... 21

        Interpretation and Recommendation ....................................................................... 23

    AZ F:16:77(ASM) ...................................................................................................... 23

        Interpretation and Recommendation ....................................................................... 27

    AZ F:16:78(ASM) ...................................................................................................... 28

        Interpretation and Recommendation ....................................................................... 28

    Isolated Occurrences .................................................................................................. 28

SUMMARY AND MANAGEMENT RECOMMENDATIONS ............................................... 41

REFERENCES .................................................................................................................. 43

## List of Figures

Figure 1.  Project location. ................................................................................................. 2
Figure 2.  Project area with previously recorded surveys located within one mile. .................................... 6
Figure 3.  Project area with newly recorded sites and isolated occurrences. ............................................. 10
Figure 4.  Plan map of AZ F:16:74(ASM). ............................................................................. 11
Figure 5.  Plan map of AZ F:16:75(ASM). ............................................................................. 15
Figure 6.  AZ F:16:75(ASM) overview, view facing east-northeast. ..................................................... 16
Figure 7.  Plan map of Feature 1 at AZ F:16:75(ASM). ................................................................ 17
Figure 8.  Feature 1 at AZ F:16:75(ASM), view facing south. ......................................................... 18
Figure 9.  Plan map of Feature 2 at AZ F:16:75(ASM). ................................................................ 19
Figure 10.  Feature 2 at AZ F:16:75(ASM), view facing south. ........................................................ 20
Figure 11.  AZ F:16:76(ASM) overview, view facing west. ............................................................. 21
Figure 12.  Plan map of AZ F:16:76(ASM). ............................................................................ 22
Figure 13.  AZ F:16:77(ASM) overview, view facing west. ............................................................. 24
Figure 14.  Plan map of AZ F:16:77(ASM). ............................................................................ 25
Figure 15.  Plan map of Feature 1 at AZ F:16:77(ASM). ............................................................... 26
Figure 16.  Feature 1 at AZ F:16:77(ASM) overview, view facing west-northwest. ................................. 27
Figure 17.  Plan map of AZ F:16:78(ASM). ............................................................................ 29
Figure 18.  AZ F:16:78(ASM) overview, view facing west-southwest. ................................................ 30
Figure 19.  IO 66, a flaked stone drill. ............................................................................... 30

## List of Tables

Table 1.  Prior Cultural Resources Surveys within 1.0 Mile of the Project Area ........................................ 7
Table 2.  Description of Isolated Occurrences ........................................................................... 31

iv

# ABSTRACT

**REPORT TITLE:** The Golden Valley Project: A Cultural Resources Survey of 5,784 Acres Within The Sacramento Valley, West of Kingman, Mohave County, Arizona

**REPORT DATE:** November 10, 2005

**AGENCY:** U.S. Army Corps of Engineers, Arizona State Land Department, Arizona Game and Fish Department.

**PERMIT NUMBER:** Arizona Antiquities Act Blanket Permit No. 2005-012bl

**PROJECT DESCRIPTION:** A Class III cultural resources survey of 5,784 acres of land within the Sacramento Valley, west of Kingman, Arizona prior to planned development by Stanley Consultants.

**PROJECT NUMBERS:** SWCA Project Number 9048-166

**PROJECT LOCATION:** The project area is located within Sections 2, 3, 4, 8, 9, 10, 11, 14 and 16, Township 20 North, Range 18 West; and Section 34, Township 21 North, Range 18 West, Gila and Salt River Baseline and Meridian, Mohave County, Arizona. The project area is located on the Kingman NW, Arizona and Kingman SW, Arizona, 7.5-minute USGS quadrangles.

**ACREAGE:** A total of 5,784 acres were surveyed, including 5,734 acres of private land within the project area itself, and 50 acres of incidental survey outside the project area including 40 acres of Arizona State Land Department-administered land, 5 acres of land administered by the Arizona Game and Fish Department, and 5 acres of other private land.

**REGISTER-ELIGIBLE PROPERTIES:** none

**REGISTER-INELIGIBLE PROPERTIES:** two—AZ F:14:74(ASM) and AZ F:14:78(ASM)

**PROPERTIES OF INDETERMINATE REGISTER ELIGIBILITY:** three—AZ F:16:75(ASM), AZ F:16:76(ASM), and AZ F:16:77(ASM)

**NUMBER OF ISOLATED OCCURRENCES:** 311

**COMMENTS:** SWCA conducted this cultural resources survey of privately owned land west of Kingman, Arizona for possible future land development. Five archaeological sites and 311 isolated occurrences were recorded. Of the isolated occurrences, approximately 34 percent consist of prehistoric materials, while the remainder consist of historic artifacts. Isolated occurrences by nature are not considered significant properties. The five sites found during this survey are all historic archaeological sites and mostly consist of trash dumps, though two sites are also associated with features.

Of these, AZ F:16:74(ASM), AZ F:16:76(ASM), and AZ F:16:78(ASM) are recommended ineligible to the Arizona and National Registers of Historic Places, and no further archaeological work is recommended. The two remaining sites are properties of indeterminate eligibility and should be avoided by development if possible. If avoidance of these three sites is not possible, SWCA recommends that an agency approved testing, and archival research program be implemented to determine eligibility of these sites to the Arizona and National Registers of Historic Places.

## INTRODUCTION

Between September 8, and October 10, 2005, SWCA Environmental Consultants (SWCA) conducted a cultural resources inventory of 5,784 acres of land within the Sacramento valley, west of Kingman, Mohave County, Arizona. The survey was completed in anticipation of future residential and commercial land development. Mr. David Woo of Stanley Consultants requested the work. The part of the survey on State Land was conducted under the authority and conditions of SWCA's Arizona Antiquity Act Blanket Permit No. 2005-012bl.

The subject property is intended to be developed for residential and commercial uses, and will likely affect Jurisdictional Waters of the U.S. Therefore, this cultural resources survey was conducted in anticipation of a required Section 404 permit under the Clean Water Act. A Section 404 permit will require the U.S. Army Corps of Engineers to consider the cultural resources of the area under Section 106 of the National Historic Preservation Act.

The project area lies within Sections 2, 3, 4, 8, 9, 10, 11, 14 and 16, Township 20 North, Range 18 West; and Section 34, Township 21 North, Range 18 West, Gila and Salt River Baseline and Meridian (Figure 1). The project area was thoroughly examined, and cultural resources were found. Five historic period sites were located, as well as 311 isolated occurrences. Three of the sites are recommended ineligible to the Arizona and National Registers of Historic Places, and no further archaeological work is recommended. The two remaining sites are properties of indeterminate eligibility and should be avoided by development if possible. If avoidance of these three sites is not possible, SWCA recommends that an agency approved testing, and archival research program be implemented to determine eligibility of these sites to the Arizona and National Registers of Historic Places.

## PROJECT SETTING

The Golden Valley project area is located within the Sacramento Valley, approximately 10 miles southwest of the city of Kingman, Arizona. The Sacramento Valley is situated between the Cerbat Mountains to the north, the Hualapai Mountains to the east and southeast, and the Black Mountains to the west. The parcels in the project area are owned by Rhodes Homes Arizona, LLC. The land surrounding the project area is dominated by additional privately owned parcels, but there are also parcels adjacent to the project area that are managed by the U.S. Bureau of Land Management (BLM), the Arizona State Land Department (ASLD), and the Arizona Game and Fish Department.

The project area is generally flat, with occasional small drainages and washes. Thirteenmile Wash flows through the western part of the project area from the northeast and flowing down to the south to eventually join with Sacramento Wash. Sacramento Wash itself also passes through the extreme western part of the project area. Other small, unnamed drainages cross the project area from the east-northeast and drain into Thirteenmile Wash. The elevation of the project area is between 2,400 and 2,670 feet above mean sea level. The vegetation consists of creosotebush, various grasses and cactus. In much of the area, vegetation obscured the ground surface, making ground visibility between 30 and 75 percent. However, the western third of the project area recently burned, which increased the ground visibility to between 80 and 90 percent. The ground surface itself is a brown loam with many gravels and volcanic cobbles. The project area was relatively undisturbed except for a few two-track dirt roads that cross the project area, several bladed dirt roads along the section lines, an under ground utility line, and an overhead power line.

1



**Figure 1.** Project location.

## CULTURAL HISTORY

The culture history of this region has been previously documented (Curriden 1977; Warren 1983) and will not be repeated in detail here. The following information is provided as a brief synopsis of the prehistory and history relevant to the study area.

### PALEOINDIAN AND EARLY ARCHAIC PERIODS (10,000–5000 B.C.)

There are several different temporal classifications of desert cultures in this and surrounding areas, making comparisons problematic. The earliest human occupation of the Mohave Desert was during the Lake Mohave period (Warren and Crabtree 1986). The Lake Mohave period is considered to be a Paleoindian complex by most archaeologists. Other names used for this complex include San Dieguito and Playa (Rogers 1939, 1958, 1966; Gallegos 1980). This complex is not well understood, and dates have been inferred exclusively from the stratigraphic superposition of sites, thickness of desert varnish found on artifact surfaces, and artifact typologies rather than from firm artifact seriation and chronometric data. More recently, it has been characterized in terms of point styles such as long-stemmed points called Lake Mohave points and short-bladed stemmed points called Silver Lake points (Warren and Crabtree 1986). Other tools associated with these point styles include crescentics, lanceolate knives, drills, engraving tools, core-tools, and hammerstones (Rogers 1966; Slaughter 1991).

### MIDDLE AND LATE ARCHAIC PERIODS (5000 B.C.–A.D. 500)

The transition from the Paleoindian to Archaic period is marked by a change in settlement and subsistence patterns. This change probably corresponds to the drying-out of the western deserts coupled with a reduction of human occupation in these areas. Warren and Crabtree (1986:184) postulate that, during the later parts of the Pinto period, "much of the lower desert may have been essentially uninhabited." Few sites have been found dating to this period. Those that have been identified with this period have been found along watercourses and surrounding water sources, suggesting an increased importance of this resource. The assignment of cultural resources to the Archaic period based mainly on flaking debris is tentative because similar debris is also associated with later cultures.

The Pinto period (5000–2000 B.C.) is characterized by Pinto-style projectile points, large and small leaf-shaped points, domed scrapers, and flat milling stones. Representative sites containing this component include the Pinto Basin Site (Campbell and Campbell 1935), Salt Springs (Rogers 1939), and the Stahl Site (Harrington 1957). This tool assemblage reflects a hunting and gathering subsistence. The Pinto period, once equated with Amargosa I by Rogers (Haury 1950), was later reclassified along with the Gypsum period and compared to Amargosa II (Rogers 1966).

The Gypsum period (2000 B.C.–A.D. 500) is characterized by a change and diversification of tool assemblage, during a period in which the environment became moister. Sites dating to this period are more numerous and frequently larger; they include Rose Spring, Newberry Cave, and Gypsum Cave (Warren 1983; Warren and Crabtree 1986). The flaked stone assemblage appears to be more varied than that of the Pinto period. It includes the Elko Eared and Elko Corner-notched points, the Gypsum point, and the Humbolt Concave-base point. These points have been compared to the Basketmaker I and II periods of the Four Corners area (Warren and Crabtree 1986). Pit houses, split-twig figurines, as well as a more varied milling assemblage can be seen in the Mohave during the Gypsum period. Projectile point size decreases with progression of the period, and during the latter parts of the Gypsum period, the use of the atlatl gave way to the bow-and-arrow.

## CERAMIC PERIOD (A.D. 500–1604)

During the Saratoga Springs period (A.D. 500–1200), technology and subsistence practices continue to change. This change is accelerated by Basketmaker III/Anasazi influence from the north and Hakataya/Yuman (Patayan) influence from the south. Ceramic pottery first appears, and Colorado River wares are found in increasing abundance. A trend continues towards reliance on plant material and smaller animals for subsistence. Sites become larger and more diversified. Projectile point types are smaller than during the previous period.

The Hakataya/Yuman occupation is characterized as representing a mobile way of life and is distinguished by its "rock-outlined jacales, gravel or boulder alignments, rock-filled roasting pits, rock-pile trail shrines, thick dry-laid, low-walled rock or boulder structures, rock-shelters, and bedrock milling stones...and crudely decorated pottery" (Schroeder 1979:100). The Hakataya/Yuman temporal phases are based on ceramics, trade wares, and settlement patterns (see Waters 1982; Colton 1945; Rogers 1945). Several sites near the project area have been dated to the Hakataya/Yuman prehistoric ceramic period.

With a general decline of Anasazi influence in the area, Yuman influence from the south continued and expanded. The Protohistoric period (A.D. 1200–1604) Native Americans that occupied the general area were the Mohave, a Yuman linguistic group (Stone 1987; Kroeber 1925, 1951, 1972; Stewart 1983). Mohave sites can be distinguished by ceramic wares (i.e., Parker Buff, Parker Red-on-buff and Fort Mohave Variant). During this period, smaller-sized points like the Desert side-notched and Cottonwood triangular became more widespread, as did Lower Colorado River buffwares.

## HISTORIC PERIOD (A.D. 1604–PRESENT)

Juan de Oñate and thirty companions were the first known Europeans to enter what is now Mohave County in 1604. In 1776, three Franciscan missionaries explored the area. Fray Francisco Atanasio Dominguez, Fray Velez de Escalante, and Fray Francisco Garcés sought converts to the Catholic faith and suitable sites for new missions, but found neither. Spanish impact on the Mohave area was negligible. The Spanish did not establish any permanent settlements in the area and largely ignored and avoided it (Messersmith 1991).

The first Anglo-Americans to enter Mohave County were trappers in search of beaver. Several parties of trappers are known to have traversed the area between the years 1826 and 1834. The most notable of these was the party under Jedediah Smith (1826–1927) and the Ewing Young parties of 1826–1827, 1829, and 1830 (Messersmith 1991).

The Treaty of Guadalupe de Hidalgo in 1848 formally ended the Mexican War and granted the United States most of New Mexico, California, and Arizona. Military expeditions soon entered the newly acquitted territory to map it, assess its potential for settlement, and determine the best routes for wagon trails and railroads. Captain Lorenzo Sitgreaves (1851), Lt. Amiel Whipple (1853), and Lt. Edward Beale (1857, 1858, 1859), led expeditions through the area and Beale established a wagon road stretching from Albuquerque to California (Messersmith 1991). The Beale Wagon Road opened Mohave County to immigrants heading for California. Fort Mohave was established in 1859 in order to protect the wagon trains from the local Mohave Indians. The fort was located near the head of the Mohave Valley opposite the present town of Needles, California. It was abandoned in 1861, reestablished in 1863, and finally closed in 1890 (McKenna 1991:56).

In the early 1860s soldiers from Fort Mohave and civilians from Nevada and California began prospecting for precious metals in the Hualapai, Silver Creek, and Cerbat Mountains. By 1873 hundreds

4

of claims had been filed and were being worked in Mohave County. Mining activity in the Cerbat district began on a large scale in the early 1870s with the establishment of the Todd Basin mining area and the community of Mineral Park. From 1870 to 1900, mining in the district concentrated on exploiting near-surface, oxidized, high-grade deposits of silver and gold.

Kingman itself was founded in 1882 near Camp Beale's Spring, where the town began as a simple railroad siding along the newly constructed Atlantic and Pacific Railroad. This railroad would later become the Atchison, Topeca & Santa Fe in 1902. The Mohave County seat was moved from Mineral Park to Kingman in 1887. Regional gold, silver, lead and zinc mining contributed to the economy of the Kingman area. U.S. Highway 66 was built through Kingman in the 1920s (Walker and Bufkin 1986).

## PREVIOUS RESEARCH

Prior to the commencement of fieldwork, a site files search was conducted at AZSITE, the on-line database of archaeological projects and sites, which compiles archaeological information from the Arizona State Museum (ASM) and other agencies. This database was examined for records of prior cultural resource surveys and previously recorded sites located in or within one mile of the current project area. In addition, the original site files at the ASM were inspected, as well as those files housed at the State Historic Preservation Office (SHPO) in Phoenix and at the BLM Kingman Field Office located in Kingman, Arizona.

This research indicated that eight previous archaeological surveys have been conducted within one mile of the Golden Valley project area (Figure 2, Table 1). Few of these surveys occurred within the project area itself, and most were linear surveys that were conducted for various utilities in the area. Two surveys crossed the project area: a survey for a fiber optic line (Foster et al. 1993) and another for electrical transmission lines (Doolittle and Huber 2001). No archaeological sites were recorded within the current project area by any of these surveys.

Furthermore, no archaeological sites have been recorded within one mile of the project area. The closest sites are historical sites associated with US 66 and the Atchison Topeka and Santa Fe railroad about 3 miles east of the project area.

In addition, General Land Office (GLO) records at the Bureau of Land Management were also consulted. No historical structures or roads are depicted within the project area on the 1910 GLO map for Township 20 North, Range 18 West. Other records indicate that there were no homesteads or early historical activity in the project area.

## PROJECT METHODS

This intensive, Class III cultural resources survey was conducted between September 8, and October 10, 2005 by SWCA archaeologists Dave Tucker, Eric Petersen, Scott Plumlee, Sheri Tiedens, Shanna McLaurin, Sam Taylor, Nate Alvord and Jeff Charest in 81 person field days. According to standards for pedestrian survey established by the Arizona State Museum, an individual can cover a corridor of up to 66 feet (20 m) wide in a single pass. The archaeologists effectively covered the entire property by walking multiple parallel transects spaced 20 meters or less apart. Ground visibility was highly variable, but averaged around 75 percent visibility. Evidence for cultural resources was sought in the form of artifacts (e.g., ceramics, lithics, historic metals, or glass) or features (concentrations of fire-cracked rock, charcoal-stained soil, prehistoric or historic structures, or other cultural anomalies).



Figure 2. Project area with previously recorded surveys within one mile.

**Table 1.** Prior Cultural Resources Surveys within 1.0 Mile of the Project Area

| Project # | Description | Reference |
|---|---|---|
| 1990-212 ASM | San Juan Basin and Transwestern Mainline Routes – For Pipeline Expansion – 283 Archaeological Sites | Winter 1991 |
| 1997-265 ASM | Kingman Shooting Range Survey – Underground Cable – No Archaeological Sites | Dosh 1997 |
| 1997-269 ASM | Mohave Shooting Range Survey – Land Development – No Archaeological Sites | Gassner and Dosh 1997 |
| 1999-581 ASM | Griffith Energy Project – Overhead Transmission Line – 7 Archaeological Sites | Doolittle and Huber 2001 |
| 2003-246 ASM, 4748-R, 279-I SHPO | Southwest Fibernet Project Fiber Optic ROW – Fiber Optics Line – 37 Archaeological Sites | Foster et al. 1993 |
| 1069-R SHPO | Wilson Land Exchange – Land Exchange – No Archaeological Sites | BLM 1983 |
| 1097-R SHPO | Pacific West Exploration – Linear Survey – No Archaeological Sites Indicated | Pinner 1981 |
| 1168-R SHPO | no information available | N/A |

The Arizona State Museum has established standards for evaluating materials found as a result of archaeological surveys. Briefly, properties of archaeological interest must contain remains of past human activity that are at least 50 years old. Beyond this, two classes of findings are recognized: the *site* and the *isolated occurrence*. To qualify as a site, a property must contain, within an area no more than 50 feet in diameter, 30 or more artifacts of a single type, unless all pieces originate from a single source (e.g. one broken bottle or ceramic vessel); or 20 or more artifacts when multiple types are present; or any number of artifacts, when a single fixed feature is present; or multiple fixed features, with or without any associated artifacts. Sites can be larger than 50 feet in diameter so long as any portion of the site meets one of these requirements. Artifact finds that do not meet these criteria but are over 50 years old may be designated isolated occurrences (IOs). Additionally, items that are younger than 50 years old and may hold some type of cultural significance may also be documented as IOs.

Two Global Positioning System (GPS) units, more specifically a Trimble Geo*XT*™ and Geo*Explorer*™, were the primary source of provenience data collection used during the survey. The GPS units were used to record the location for the cultural material that was found. All locations were recorded according to the Universal Transverse Mercator projection according to the 1927 North American datum. After fieldwork was complete, GPS data were downloaded to a computer differentially corrected. These corrected points were then plotted using AutoCad software.

During the course of this survey, special attention was paid to in-field analysis of artifacts as they were discovered. Attention was paid to identifying and recording morphological characteristics of historic artifacts that may help to date the historic use and occupation of the area. Certain artifacts are generally known to have specific date-ranges, and these were noted when found. For example, glass color can be an informative temporal indicator, though determination of subtle shades can be subjective. Purple colored glass is most easily recognizable. This color of glass is called sun-colored amethyst (SCA) glass because of the addition of manganese to make the glass clear, though exposure to sunlight would cause the glass to become purple of amethyst in color. Manganese was added to glass beginning around 1880 (Newman 1970:74) but it is unclear when this practice was halted. Because manganese was needed for the war effort during World War I, some say it ceased to be used in bottle glass in 1917, but others say its

7

use continued to as late as 1825 (Goodman 1989). For this project we have assigned SCA glass a date range of 1880–1920. Other glass artifacts may have maker's marks that may provide a date range.

Seam styles and morphology of tin cans are also useful temporal indicators (Goodman 1998; Rock 1980, 1984, 1987). Generally speaking, the side and end seams of older cans were lapped together and soldered. The top side of the can would have a large circular opening through which the can could be filled. Then a cap with a small vent hole would be soldered in place, the can heated so that moisture and steam would be driven out through the vent hole, then a single drop of solder would cover the vent. This hole-in-cap can was produced by 1820 and continued through about 1920, though some types of cans such as tapered meat tins continued later. Later innovations eliminated the need for the filler cap, though the vent hole remained on hole-in-top cans (or vent hole cans), which date to around 1850 and continued to be produced as late as 1985.

By the late 1880s and 1890s, experimentation had produced machine-made cans with double seams, or locked seams, on the sides and ends. The advantage to this type of closure was that the contents could be placed into the can before the top was crimped on, obviating the need for a filler cap. The sanitary can, as it is termed, began to be produced by 1904 and continues today. While this history of tin can manufacture techniques is extremely simplistic, it serves to illustrate some of the temporal markers sought by archaeologists.

Milk cans, both condensed and evaporated, utilized hole-in-cap and later hole-in-top cans. Don Simonis, formerly an archaeologist with the BLM field office in Kingman, Arizona, has studied the morphologies of milk cans and has developed a typology with approximate dates for the various sizes of cans (Simonis 1997). This typology is used here and the specific Type number and date range for each can is cited. Other specialty cans found during this project include cone top beverage cans, which date from 1935 to 1959, and steel beverage cans that date from 1935 to the 1970s (Maxwell 1993). Upright, hinge-lidded pocket tobacco tins came into use around 1907 (Rock 1987), and it is understood that those with three- or five-pin hinges were used up to 1948, after which the cans were made with one-pin hinges. However, documentation for this change in hinge morphology is lacking, and these dates should be used conservatively.

A cautionary note should be made concerning the dating of historic artifacts. The date of manufacture of any given artifact may not directly relate to a date that is attributed to the site where the artifact was found. A bottle that was manufactured one year may not be deposited at a site until much later. So too, later artifacts may be added after the major period of use of a site. Lastly, established dates for any given artifact may not be entirely accurate. For example, the Simonis Milk Can Guild has been revised several times, and has not been thoroughly tested. The date ranges cited above for historical artifact are meant to be a general guide rather than a definitive framework.

## SURVEY RESULTS

A total of 5,784 acres were surveyed, which included the 5,734 acres of private land within the Golden Valley project area itself. In addition 50 acres of incidental survey outside the project area was also conducted. This incidental survey occurred for logistical reasons. The project area boundary is not perfectly rectangular, and three small parcels are excluded from the project area. However, these parcels were not fenced or otherwise marked in the field. For ease of survey it was determined to be more efficient to simply survey these three parcels rather than attempt to delineate them in the field. Thus, 50 acres of land outside the project area were also surveyed. These include a 40-acre parcel of Arizona State Land Department-administered land located in the SE¼ of the SE¼ of Section 2, five acres of land

administered by the Arizona Game and Fish Department in the southeast corner of Section 11, and five acres of other private land located near the northwest corner of Section 4 (Figure 3).

Five archaeological sites and 311 isolated occurrences were located within the survey area. The five sites found during this survey are all newly recorded historic archaeological sites, and were assigned ASM site numbers AZ F:16:74(ASM) through AZ F:16:78(ASM). Descriptions of the five sites are presented below followed by a summary of isolated occurrences.

## *AZ F:16:74(ASM)*

**Field Number:** SWCA 1
**UTM Coordinates:** Easting 757899, Northing 3892168
**Site Type:** Multiple Historic Trash Dumps
**Site Dimensions:** 2,600 ft × 850 ft (792 m × 259 m)
**Cultural-Temporal Affiliation:** Historic: 1910s–1930s
**NRHP Recommendation:** Ineligible

AZ F:16:74(ASM) is a series of eight moderate to high density artifact scatters consisting mainly of rusted cans surrounded by a light to very light scatter of mostly rusted cans (Figure 4). AZ F:16:74(ASM) is situated just north of a large unnamed wash that drains west and empties into Thirteenmile Wash 2.5 miles from the location of the site. Several large drainages run through the site, parallel to the wash, and eventually drain into the larger wash. Vegetation within the site consisted of mainly creosotebush and various grasses. A recent brush fire burned some of the vegetation within the northern portion of the site. The eight concentrations have been assigned locus numbers and all of the surface artifacts within each locus have been inventoried.

**Locus 1** is a moderate density historic scatter of metal within a 115-foot (35-meter) by 80-foot (24-meter) area. More specifically, the locus contains 37 sanitary cans (1904–present), 10 Simonis Type 9 milk cans (1915–1930), 2 Simonis Type 10 milk cans (1917–1929), 1 Simonis Type 8 milk can (1915–1925), 3 Simonis Type 7 milk cans (1908–1914), 11 immeasurable hole-in-top cans (1850–1985), 2 immeasurable hole-in-cap cans (1820–1920), 1 internal friction can, 1 external friction can lid, 1 hole-in-cap food can, 3 lard buckets, 2 galvanized buckets, 4 large rectangular oil cans, 2 rectangular meat cans, 1 enameled metal pot and 22 unidentified or partial cans. The external friction can lid has embossed writing that reads "CONTAINS NO HOG FAT" probably indicating a lard substitute product. Also of note, one of the large rectangular oil cans has embossed writing on the spout that reads "PAT. SEPT. 13, 1878" and embossed writing on the top of the can that reads "TO POUR OIL TURN SPOUT TO ____ OF CAN." In all, 103 artifacts were recorded within the first locus.

**Locus 2** is a moderate density historic scatter of metal and glass within a 250-foot (76-meter) by 105-foot (32-meter) area. When broken down, the locus contains 18 sanitary cans (1904–present), 36 Simonis Type 7 milk cans (1908–1914), 5 Simonis Type 12 milk cans (1917–1929), 2 Simonis Type 9 milk cans (1915–1930), 2 Simonis Type 6 milk cans (1903–1914), 21 hole-in-cap food cans (1820–1920), 8 immeasurable hole-in-cap cans, 7 metal motor oil cans, 4 large rectangular oil cans, 2 paint cans 1 external friction can, 1 clear glass jar, 1 small clear glass bottle and 1 small cobalt glass bottle. One of the large rectangular oil cans has embossed writing that reads "PRATT MANUFACTURING COMPANY NEW YORK." The clear glass jar has embossed writing on the base of the jar that reads "BEST FOODS REG DESIGN PATENT 80918." This particular design patent occurred in 1930 (Hull-Walski and Ayres 1989:86). Also of note, the small clear glass bottle has embossed writing on the side of the bottle that

9