

**Figure 13.** AZ F:16:77(ASM) overview, view facing west.

The artifacts south of the wash are less dense and consist of a moderate scatter of metal and glass. A total of 250 artifacts are located south of the wash including 90 sanitary cans, 26 Simonis Type 19 milk cans (1904–present), 18 Simonis Type 9 milk cans (1915–1930), 1 Simonis Type 12 milk can (1917–1929), 2 Simonis Type 8 milk cans (1915–1925), 11 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 4 can (1903–1908), 17 immeasurable hole-in-top/cap cans, 1 external friction can lid, 29 hole-in-cap food cans (1820–1920), 1 lard bucket, 6 metal motor oil cans, 6 galvanized buckets, 5 large rectangular oil cans, 1 spice can, 1 tobacco tin (hinge number unknown), 6 steel beverage cans (1935–1960s), 2 log cabin syrup cans, 1 enameled metal coffee pot, 1 metal screw cap, 1 crown cap, 1 sardine tin, 1 varnish can, 19 clear glass fragments and 2 SCA glass fragments (1880–1920). Four of the artifacts recorded have embossing on them including a sanitary can that reads "CUT OUT THIS SOFT TIN END." The sardine can has writing that reads "NORVEGE" and the varnish can has writing that reads "STANDARD VARNISH WORKS, NY." One of the large rectangular oilcans also reads "GARGOYLE TRADEMARK" which likely pertains to a Vacuum Oil Company product. Vacuum Oil Company was a petroleum industry pioneer dating to 1866. It was a subsidiary of John D. Rockerfeller's colossal Standard Oil monopoly, which was broken up in 1911. Vacuum Oil Company's Mobiloil and Mobilgas products were used by many of the Standards across the country. The Gargoyle trademark, which was adopted by the company in 1906, was a commonly seen emblem until Vacuum merged with Socony (Standard Oil Company of New York) in 1931, and Socony's Pegasus replaced the Gargoyle as the company trademark (Droz 2004).

Feature 1 is a rectangular hearth located on the south side of the wash (Figure 15). Feature 1 is constructed with locally obtained medium to large granite and basalt cobbles (Figure 16). It is 4 foot 11 inches by 3 foot 11 inches with a maximum height of 11 inches. The hearth is rectangular in shape and is open to the south. The feature ranges from one course at the eastern end of the feature, to three courses along the western alignment although many of the rocks along this alignment have fallen off of the feature and now lay just west of the hearth. These rocks likely served as a windbreak for a firepit. A small chunk of charcoal was noted in the northeast corner of the feature. There is no direct evidence that Feature 1 is historic, except for being surrounded by a historic can scatter, and the hearth may not necessarily be more than 50 years old.



**Figure 14.** Plan map of AZ F:16:77(ASM).



**Figure 15.** Plan map of Feature 1 at AZ F:16:77(ASM).



**Figure 16.** Feature 1 at AZ F:16:77(ASM) overview, view facing west-northwest.

### INTERPRETATION AND RECOMMENDATION

This site appears to represent several dumping episodes possibly over a few decades, which have become somewhat dispersed over time. It is likely that the main activity at the site was trash disposal, although the presence of a hearth could suggest that other activities may also have occurred. The artifacts at this site are unlikely to have been deposited all together at one time. Separately, the artifacts could have been deposited over a span of many decades, from 1880 to present, however, it is more likely that most dumping episodes occurred from the 1910s to the 1930s.

This site appears to be the result of several episodes of trash dumping, which would not normally be considered a significant historical event. However, this site is also associated with a small feature, which may suggest the possibility that more substantial activities may have taken place at the site. Furthermore, the western half of the site remains unexplored, and may contain important additional information. Based on this, the site's eligibility to the Arizona and National Registers of Historic Places is difficult to determine. Therefore, it is recommended that this site's eligibility be considered indeterminate pending additional archival and subsurface research. As such, it is recommended that this site be avoided by the proposed development if possible. If avoidance is not possible, the eligibility of AZ F:16:77(ASM) should be determined through an agency approved program of subsurface testing and historical archival research.

## *AZ F:16:78(ASM)*

**Field Number:** SWCA 5
**UTM Coordinates:** Easting 755784, Northing 3890809
**Site Type:** Historic Can Dump
**Site Dimensions:** 164 ft × 68 ft (50 m × 21 m)
**Cultural-Temporal Affiliation:** Historic: 1910s
**NRHP Recommendation:** Ineligible

AZ F:16:78(ASM) is a small moderate artifact scatter consisting of rusted cans. AZ F:16:78(ASM) is situated just south of a large unnamed wash that drains west and empties into Thirteenmile Wash a little over one mile from the site (Figures 17 and 18). Vegetation within the site consists of mainly creosotebush and various grasses.

The artifact scatter consists of 76 historic artifacts including 10 sanitary cans (1904–present), 1 Simonis Type 9 milk cans (1915–1930), 28 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 5 milk can (1903–1914), 5 immeasurable hole-in-top/cap cans, 22 hole-in-cap food cans (1820–1920), 4 lard buckets, 3 large rectangular oil cans, 1 enameled metal pan and 1 paint can. One of the large rectangular oil cans has embossed writing on the side that reads "SANTA FE" and a second large rectangular oil can has embossed writing that reads "GUS V. BRECHTS CO. MANFRS. ST. LOUIS."

### INTERPRETATION AND RECOMMENDATION

AZ F:16:78(ASM) appears to represent a single episode of trash disposal where a total of 76 cans of various types were dumped. The artifacts have begun to disperse somewhat as they erode downstream. Taken together, these artifacts are likely to have been deposited sometime during the 1910s.

No features are associated with AZ F:16:78(ASM) and there is no evidence for substantial activity at the site other than the dumping of a load of trash. This recording of the site has exhausted its data potential. Therefore, AZ F:16:78(ASM) is recommended to be ineligible to the Arizona or national Registers of Historic Places. No preservation measures or further archaeological work is recommended for this site.

## *ISOLATED OCCURRENCES*

The total number of isolated occurrences (IOs) identified in the project area is 311 (see Figure 3). Note that 313 IOs were recorded but that two of these later became sites. Approximately 66 percent of these IOs are historic artifacts including cans, bottles, and glass fragments. Many of the historic IOs are distributed along the major unnamed wash that flows through the southeastern portion of the project area between AZ F:16:74(ASM) and AZ F:16:77(ASM). There is a lesser distribution of historic IOs along Thirteenmile Wash in the western part of the project area. The majority of the prehistoric IOs are lithic materials including flakes, cores, tested cobbles, chipping stations, and tools. However, two ceramic artifacts and a ground stone fragment were also recorded as IOs. Of note, the ground stone fragment was found at IO 66, which was also associated with a complete bifacial flaked stone drill tool (Figure 19). The prehistoric artifacts appear to be evenly distributed throughout the project area, with no apparent concentrations or pattern. There are also two features; a rock alignment and the remnants of a probable modern fence/corral that have been recorded as IOs. These IOs are described in further detail in Table 2.



**Figure 17.** Plan map of AZ F:16:78(ASM).



Figure 18. AZ F:16:78(ASM) overview, view facing west-southwest.



Figure 19. IO 66, a flaked stone drill.

30

Table 2.  Description of Isolated Occurrences

| IO No. | Description | UTM Location | |
|---|---|---|---|
| | | easting | northing |
| 1 | Hole-in-cap food can. | 756065 | 3893737 |
| 2 | Possible Simonis Type 6 milk can. | 756121 | 3893763 |
| 3 | Simonis Type 9 mil can, opened with two punched holes. | 756409 | 3893459 |
| 4 | Purple-tinted glass (SCA), fragment of rim of a decorative vase or bowl with a rounded, scalloped edge. | 757310 | 3893453 |
| 5 | Grayish brown rhyolite primary flake with a few small flakes removed from the dorsal side. | 756119 | 3893367 |
| 6 | Simonis Type 19 milk can, opened with two punched holes. | 755864 | 3893330 |
| 7 | Simonis Type 9 milk can, opened with two punched holes; also a 1" wide, 16" diameter barrel hoop is 30 m to the southeast. | 755908 | 3893265 |
| 8 | Lapped-seam no. 3 can, crushed, top missing, probably opened with bayonet opener. | 756715 | 3893226 |
| 9 | Hole-in-top can, crushed, unknown type. | 756811 | 3892899 |
| 10 | Remains of a hogwire and modern barbed wire fence, approximately 24 yards long with heavy timber posts.  May be part of a small corral.  Additional posts and wire are 18 yards to the south.  An ephemeral road passes through the area running northeast, but it does not appear old.  Nearby, there is the stump of a large tree and a dumped pile of decayed asphalt singles.  Other trash includes a baby car seat, a truck bench seat, several modern bottles, and other trash in the small wash that passes to the southeast.  No indication that any of these artifacts are older than 50 years. | 757025 | 3892728 |
| 11 | Large gray rhyolite secondary flake with some unifacial retouch on the distal end. | 756970 | 3892540 |
| 12 | Pocket tobacco tin, single hinge, crushed. | 756128 | 3892489 |
| 13 | Baking powder can with slip-on lid in place.  Embossed writing on lid reads, "CALUMET 1LB BAKING POWDER MADE IN U.S.A.  ABSOLUTELY PURE" | 756453 | 3892495 |
| 14 | Gray and white chalcedony primary flake. | 756221 | 3892165 |
| 15 | Simonis Type 7 milk can. | 757581 | 3892200 |
| 16 | Simonis Type 9 milk can | 757673 | 3892190 |
| 17 | Pocket tobacco tin, three-hinge. | 757711 | 3892263 |
| 18 | **Became AZ F:16:74(ASM)** | 757789 | 3892279 |
| 19 | Gray rhyolite secondary flake, with possible irregular unifacial retouch along the lateral margin. | 758231 | 3892349 |
| 20 | Gray rhyolite secondary flake. | 757806 | 3892379 |
| 21 | Basalt secondary flake. | 757808 | 3892452 |
| 22 | Large hole-in-cap can, 6-1/2" tall, 6-1/8" diameter, 2-1/2" diameter cap.  Missing bottom, unknown opening method. | 757975 | 3893010 |
| 23 | Hole-in-cap can, no. 2½ | 758065 | 3893040 |
| 24 | Dark brown rhyolite biface, possible projectile point preform, very worn edges and flake scars. | 757747 | 3893139 |
| 25 | Scatter of cans in 20 × 20 m area.  Three sanitary no. 2½ cans (opened with punch and knife) and four tobacco tins (three-hinge). | 754879 | 3892080 |

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 26 | Pocket tobacco tin, one-hinge. | 754398 | 3892076 |
| 27 | Log cabin style syrup can, spout on end of peak. 7-1/2" tall, 5" wide, 7" long. | 754532 | 3892028 |
| 28 | Gray rhyolite tested cobble. | 754830 | 3891966 |
| 29 | Pocket tobacco tin, one-hinge. | 754994 | 3891991 |
| 30 | Large gray rhyolite tertiary flake. | 755445 | 3891987 |
| 31 | Rectangular metal box with a hinged lid, clasp, and handle. Similar to a small lunch box. 7" × 4-1/2" × 4-1/4". | 755598 | 3891873 |
| 32 | Hole-in-cap can, no 2. | 755322 | 3891910 |
| 33 | White-gray tertiary flake. | 755260 | 3891846 |
| 34 | Two pocket tobacco tins, three-hinge. | 754420 | 3891901 |
| 35 | Five-gallon rectangular fuel can with lapped seams, spout in corner, and small handle. | 754236 | 3891758 |
| 36 | White chalcedony primary flaked stone. | 754746 | 3891809 |
| 37 | Pocket tobacco tin, three-hinge; also a large gray tertiary flake. | 755405 | 3891788 |
| 38 | Broken white chert primary flake. | 754773 | 3891693 |
| 39 | Hole-in-cap can, crushed no. 3; also a sanitary no. 2 can. | 754356 | 3891639 |
| 40 | White chalcedony tertiary flake. | 755292 | 3891581 |
| 41 | Tested gray rhyolite cobble or unifacial core; also 20 m away is a rhyolite secondary flake with irregular unifacial retouch on lateral margin. | 755183 | 3891497 |
| 42 | Reddish brown chert tertiary. | 754216 | 3891458 |
| 43 | Gray rhyolite tertiary, broken platform and margin. | 754877 | 3891421 |
| 44 | Large gray rhyolite bifacial core. | 755355 | 3891384 |
| 45 | Reddish brown rhyolite tertiary flake. | 755646 | 3891387 |
| 46 | White and gray mottled chert tertiary flake. | 754516 | 3891301 |
| 47 | Gray quartzite core – turtle shaped unifacial formal core. | 754407 | 3891168 |
| 48 | Simonis Type 7 milk can. | 755762 | 3891042 |
| 49 | Broken gray rhyolite primary flake; also a white chalcedony bifacial core. | 755322 | 3891092 |
| 50 | Gray rhyolite secondary. | 755190 | 3891127 |
| 51 | Chipping station – 118 gray rhyolite flakes, shatter, and a core. | 754669 | 3891123 |
| 52 | Gray rhyolite secondary flake, worn, with possible irregular unifacial retouch along one lateral margin. | 754452 | 3891118 |
| 53 | Primary rhyolite flake. | 754405 | 3891103 |
| 54 | Tested gray rhyolite cobble; also 10 m to east is a rhyolite primary flake. | 754529 | 3890956 |
| 55 | White and red mottled chert tertiary flake, with irregular unifacial retouch alone a lateral margin and near the platform. | 755140 | 3890952 |
| 56 | Two Simonis Type 7 milk cans, two hole-in-cap no. 2½ cans, one lapped seam no. 10 can, a five-gallon rectangular fuel can, and a trapezoidal meat tin with a key-wind opener. In area about 10 × 30 m. | 755212 | 3890962 |
| 57 | Hole-in-cap can, no 2½. | 755457 | 3890971 |
| 58 | Large, low-density can scatter, approximately 30 cans including hole-in-cap, hole-in-top and sanitary within a 60 meter area. | 755705 | 3890948 |
| 59 | Two pocket tobacco tins, one-hinge; small sanitary can; hole-in-top Type 19 can. In 10 × 20 m area. | 755354 | 3892215 |

Table 2.  Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 60 | Gray rhyolite secondary flake with possible usewear alone one lateral margin. | 755135 | 3892300 |
| 61 | Simonis Type 9 milk can. | 755651 | 3892347 |
| 62 | Gray rhyolite tertiary flake with some unifacial retouch along the distal and lateral edges, forming a squared-off end.  Possible scraper. | 755452 | 3892369 |
| 63 | Simonis Type 7 milk can. | 755282 | 3892397 |
| 64 | Small gray rhyolite primary flake. | 754868 | 3892360 |
| 65 | Pocket tobacco tin, one hinge. | 754971 | 3892600 |
| 66 | Complete white-tan mottled chert drill (Figure 19), and a small fragment of granite groundstone. | 754919 | 3892800 |
| 67 | Tannish white chert primary flake. | 755440 | 3893035 |
| 68 | Metal cigarette case, no markings. | 754937 | 3893078 |
| 69 | White chalcedony primary flake. | 755029 | 3893222 |
| 70 | Simonis Type 19 milk can; also two sanitary beverage cans.  In 10 × 10 m area. | 754935 | 3893219 |
| 71 | Simonis Type 19 milk can and a Simonis Type 13 milk can. | 754889 | 3893172 |
| 72 | Gray rhyolite secondary flake with possible use wear on lateral edge; also 25 m to north is a white chert tertiary flake. | 755369 | 3893333 |
| 73 | Gray rhyolite tertiary flake. | 755885 | 3892076 |
| 74 | Gray rhyolite tertiary flake. | 756372 | 3892074 |
| 75 | Metal internal pressure lid, 3-1/2" diameter with hole in the middle, embossed "GOLDEN GATE SOL***ER 2½ LBS NET" | 755858 | 3891963 |
| 76 | Pocket tobacco tin, three-hinge. | 756385 | 3891631 |
| 77 | Pocket tobacco tin, three-hinge. | 756109 | 3891528 |
| 78 | Two ceramic sherds, hard gray paste with fine sand temper.  Exteriors are eroded, but may have been smoothed or polished. | 756080 | 3891328 |
| 79 | Large gray rhyolite primary flake. | 755863 | 3891092 |
| 80 | Simonis Type 19 milk can. | 755190 | 3893436 |
| 81 | Cream-colored chert tertiary flake. | 755002 | 3893369 |
| 82 | Two Simonis Type 19 milk can, opened with church-key in a 40 meter area. | 754953 | 3893434 |
| 83 | Banded white and tan chalcedony secondary flake. | 755721 | 3893529 |
| 84 | Pocket tobacco tin, three-hinge. | 755643 | 3893627 |
| 85 | Scatter of cans in 40 × 30 m area.  Hole-in-cap food can, five Simonis Type 8 milk cans, two five-hinge pocket tobacco tins, one Simonis Type 19 milk can, four syrup cans, several sanitary cans, scrape metal, cement fragments, and enameled strainer, and a clear bottle base.  30 m to west is a 4 × 4 post with an aluminum tag that reads "FOX MILL SITE." | 755166 | 3893594 |
| 86 | Simonis Type 10 milk can. | 754902 | 3893586 |
| 87 | 1 immeasurable hole-in-cap can, 1 Simonis Type 8 milk can, and 2 sanitary cans within a 20 meter area. | 757401 | 3891951 |
| 88 | Immeasurable hole-in-top can. | 757385 | 3892013 |
| 89 | Hole-in-cap food can. | 757333 | 3892004 |
| 90 | Immeasurable Hole-in-cap. | 757433 | 3891833 |
| 91 | Three cans; 1 Simonis Type 7 milk can, 1 Simonis Type 10 milk can and 1 hole-in-cap food can. | 757255 | 3891813 |

33

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location | |
|---|---|---|---|
| | | easting | northing |
| 92 | Simonis Type 10 milk can. | 757127 | 3891794 |
| 93 | Hole-in-cap food can. | 757077 | 3891824 |
| 94 | Hole-in-cap, no. 2 can. | 757310 | 3891750 |
| 95 | Immeasurable hole-in-cap. | 757342 | 3891777 |
| 96 | Chalcedony primary flake. | 757368 | 3891646 |
| 97 | Two tobacco tins; three hinge. | 756792 | 3891556 |
| 98 | Hole-in-cap food can. | 757234 | 3891562 |
| 99 | Hole-in-cap food can. | 757364 | 3891538 |
| 100 | Can scatter of 18 cans over a 40-meter area; 2 Simonis Type 7 milk cans, 3 hole-in-cap food cans, 3 large rectangular oil cans, 4 sanitary cans and 6 immeasurable hole-in-cap/top cans. | 757132 | 3891484 |
| 101 | Can scatter of 8 cans in a 20-meter area; 1 Simonis Type 7 milk can, 2 hole-in-cap food cans, 3 sanitary cans, and 2 immeasurable hole-in-cap/top cans. | 757069 | 3891511 |
| 102 | Simonis Type 7 milk can and a hole-in-cap food can. | 756949 | 3891436 |
| 103 | Simonis Type 9 milk can. | 756938 | 3891323 |
| 104 | Simonis Type 7 milk can. | 756679 | 3891362 |
| 105 | Two gray rhyolite tertiary and one secondary flaked stone artifacts. | 756329 | 3891254 |
| 106 | One Simonis Type 6 and one Simonis Type 19 milk cans and a metal bucket. | 756467 | 3891215 |
| 107 | Immeasurable hole-in-cap. | 756631 | 3891205 |
| 108 | Primary gray rhyolite flaked stone. | 757238 | 3891147 |
| 109 | Two weathered gray rhyolite biface tools. | 756928 | 3891137 |
| 110 | Artifact scatter including 1 SCA finish, 3 Simonis Type 19 milk cans, 1 Simonis Type 7 milk can, 8 sanitary cans and a heal of a shoe. | 756401 | 3891139 |
| 111 | Three Simonis Type 10 milk cans and one hole-in-cap food can. | 756332 | 3891162 |
| 112 | Two Simonis Type 19 and one Type 7 milk can. | 756288 | 3891123 |
| 113 | Can scatter of 12 cans including 8 sanitary cans, 1 Simonis Type 9 can, 1 Simonis Type 19 can and 2 immeasurable hole-in-top cans. | 755927 | 3891031 |
| 114 | Can scatter of 9 artifacts including 6 sanitary cans, 1 Simonis Type 19 can, 1 rectangular hole-in-cap food can and 1 enameled metal cup. | 756125 | 3891057 |
| 115 | Can scatter of 5 cans including 2 sanitary cans, and 3 immeasurable hole-in-top cans. | 756202 | 3891056 |
| 116 | Simonis Type 12 milk can. | 756318 | 3891068 |
| 117 | One Simonis Type 7 milk can and one immeasurable hole-in-cap. | 756413 | 3891027 |
| 118 | White chert secondary flaked stone. | 756532 | 3891078 |
| 119 | Tobacco tin; 1 hinge. | 756822 | 3890929 |
| 120 | Can scatter of 20 cans including 2 sanitary cans, 5 Simonis Type 7 cans, 8 hole-in-cap food cans and 5 immeasurable hole-in-top/cap cans. | 756349 | 3890956 |
| 121 | Can scatter of 6 cans including 1 hole-in-cap can – no. 2 ½, 1 Simonis Type 7 can, 1 hole-in-cap food can and 3 sanitary cans. | 756201 | 3890942 |
| 122 | Can scatter of 28 cans including 9 sanitary cans, 6 Simonis Type 5 cans, 4 Simonis Type 7 cans, 2 Simonis Type 10 cans, 2 hole-in-cap food cans and 5 immeasurable hole-in-top cans within a 40-meter area. | 755880 | 3890838 |

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location | |
| --- | --- | --- | --- |
| | | easting | northing |
| 123 | Can scatter of 30 cans including 10 sanitary cans, 3 Simonis Type 7 cans, 6 lard buckets and 7 immeasurable hole-in-cap/top cans, 4 rectangular hole-in-cap cans – one with the embossing on the side that is a picture of an eagle and reads "EAGLE BRAND TRADE MARK" and another with embossing that reads "LIPTON TEA COFFEE COCOA PLANTER CEYLON" within a 40-meter area. | 755973 | 3890846 |
| 124 | Immeasurable hole-in-cap. | 756190 | 3890873 |
| 125 | Simonis Type 9 milk can. | 756280 | 3890872 |
| 126 | White chert multi-directional core fragment. | 756416 | 3890892 |
| 127 | Simonis Type 9 milk can. | 756534 | 3890714 |
| 128 | Gray chert secondary flaked stone. | 756567 | 3890705 |
| 129 | Crude biface or core; white chert. | 756557 | 3890630 |
| 130 | Gray rhyolite secondary flaked stone. | 756519 | 3890617 |
| 131 | Gray rhyolite tertiary flaked stone. | 756482 | 3890590 |
| 132 | Tobacco tin; 3 hinge. | 754760 | 3892922 |
| 133 | Tobacco tin; 3 hinge. | 754504 | 3892892 |
| 134 | Simonis Type 19 milk can and 3 sanitary cans. | 754531 | 3893214 |
| 135 | External friction can. | 754432 | 3892997 |
| 136 | Two Simonis Type 8 milk cans. | 754384 | 3893184 |
| 137 | Can scatter of 9 cans including 3 sanitary cans, 3 Simonis Type 7 cans, 1 Simonis Type 19 can and 2 three hinge tobacco tins within a 30-meter area. | 754281 | 3892610 |
| 138 | Simonis Type 16 milk can and a sanitary can. | 754330 | 3892437 |
| 139 | Simonis Type 9 milk can and a sanitary can. | 754275 | 3892363 |
| 140 | Simonis Type 9 milk can. | 754209 | 3892524 |
| 141 | Simonis Type 9 milk can. | 754243 | 3892571 |
| 142 | Hole-in-cap food can. | 757590 | 3893791 |
| 143 | Gray weathered rhyolite tertiary flaked stone. | 757704 | 3893792 |
| 144 | Gray rhyolite secondary flaked stone. | 758206 | 3893790 |
| 145 | Gray rhyolite multi-directional core. | 758409 | 3893815 |
| 146 | Can scatter of 21 cans including 10 sanitary cans, 5 Simonis Type 19 cans, 1 Simonis Type 7 can, 1 rectangular food can with embossing on top that reads "TO OPEN PUNCH BOTH CORNERS" and arrow pointing to opposite corners of the can, and 4 immeasurable hole-in-top/cap cans within a 30-meter area. | 758750 | 3893851 |
| 147 | Two Simonis Type 19 milk cans and one immeasurable hole-in-top. | 758764 | 3893778 |
| 148 | Can scatter of 15 cans including 6 sanitary cans, 2 Simonis Type 10 milk cans, 1 Simonis Type 6 milk can, 1 Simonis Type 19 milk can and 5 immeasurable hole-in-top/cap cans within a 30-meter area. | 758908 | 3893835 |
| 149 | Can scatter of 30 cans including 8 sanitary cans, 1 Simonis Type 12 milk can, 10 metal motor oil cans and 11 immeasurable hole-in-top/cap cans within a 60-meter area. | 758971 | 3893790 |
| 150 | Gray rhyolite tertiary flaked stone. | 758990 | 3893763 |
| 151 | White chert tertiary flaked stone. | 758078 | 3893707 |
| 152 | Cream chert secondary flaked stone. | 758043 | 3893728 |
| 153 | Cream chert tertiary flaked stone. | 757789 | 3893722 |
| 154 | Hole-in-cap food can. | 757495 | 3893739 |

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 155 | Simonis Type 9 milk can. | 758050 | 3893653 |
| 156 | Gray rhyolite tertiary flaked stone. | 758697 | 3893555 |
| 157 | Gray rhyolite tertiary flaked stone. | 758505 | 3893563 |
| 158 | Weathered white chert primary flaked stone. | 758834 | 3893465 |
| 159 | Tan chert tertiary flaked stone. | 758968 | 3893404 |
| 160 | Gray rhyolite tertiary flaked stone. | 752696 | 3890733 |
| 161 | Tobacco tin; 3 hinge. | 752934 | 3891530 |
| 162 | Brown glass jar with Latchford-Marble Glass Company maker's mark and embossed writing on the side that reads "SANI CLOR." | 753097 | 3891645 |
| 163 | Simonis Type 7 milk can. | 753191 | 3891157 |
| 164 | Green/gray rhyolite tertiary flaked stone. | 753219 | 3891157 |
| 165 | Gray rhyolite multi-directional core. | 753209 | 3891715 |
| 166 | Simonis Type 19 milk can. | 753264 | 3891568 |
| 167 | Clear glass jar with Owens-Illinois Glass Company maker's mark and embossd writing that reads "DURAGLAS" in cursive. | 753394 | 3891405 |
| 168 | Simonis Type 19 milk can. | 753445 | 3891471 |
| 169 | Immeasurable hole-in-top. | 753519 | 3891161 |
| 170 | Clear Hiram Walker & Sons Inc. half pint liquor bottle with embossed writing that reads "FEDERAL LAW FORBIDS SALE OR RE-USE OF THIS BOTTLE." | 753613 | 3891031 |
| 171 | Six SCA glass fragments from the same vessel. | 753891 | 3891066 |
| 172 | Tobacco tin; 1 hinge. | 753866 | 3891295 |
| 173 | Simonis Type 19 milk can. | 753921 | 3891534 |
| 174 | Two metal sides to a possible wooden trunk and a sanitary can. | 753977 | 3891159 |
| 175 | Simonis Type 19 milk can and a sanitary can. | 753925 | 3890624 |
| 176 | Immeasurable hole-in-cap can and a sanitary can. | 754013 | 3891736 |
| 177 | White chert tertiary flaked stone. | 754125 | 3890824 |
| 178 | Immeasurable hole-in-cap can. | 754159 | 3890570 |
| 179 | Gray Rhyolite secondary flaked stone. | 754231 | 3890761 |
| 180 | One Simonis Type 6 milk can, one Simonis Type 9 milk can and one immeasurable hole-in-cap can. | 754331 | 3890521 |
| 181 | Simonis Type 7 milk can. | 754450 | 3890522 |
| 182 | Immeasurable hole-in-cap can. | 754566 | 3890650 |
| 183 | Hole-in-cap food can. | 754529 | 3891039 |
| 184 | Five tertiary and one primary gray rhyolite flaked stone. | 754614 | 3891043 |
| 185 | Hole-in-cap food can. | 754652 | 3890721 |
| 186 | Hole-in-cap food can. | 754658 | 3890648 |
| 187 | Baking Powder can with external friction lid and embossed writing that reads "CLABBER GIRL BAKING POWDER." | 754599 | 3890628 |
| 188 | Three hole-in-cap food can and two Simonis Type 7 milk cans. | 754730 | 3890557 |
| 189 | Simonis Type 16 milk can. | 754690 | 3890622 |
| 190 | A Simonis Type 10 milk can and a Simonis Type 19 milk can. | 754703 | 3890691 |
| 191 | Hole-in-cap food can. | 754825 | 3890736 |

36

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 192 | A Simonis Type 9 milk can and a Simonis Type 19 milk can. | 754782 | 3890726 |
| 193 | Simonis Type 7 milk can. | 754782 | 3890642 |
| 194 | Two hole-in-cap food cans, a Simonis Type 9 milk can and a Simonis Type 19 milk can. | 754829 | 3890627 |
| 195 | Two Simonis Type 6 milk cans, a Simonis Type 16 milk can and two Simonis Type 19 milk can. | 754825 | 3890581 |
| 196 | Can scatter of 18 cans including 4 sanitary cans, 1 Simonis Type 7 milk can, 1 Simonis Type 19 milk can, 8 hole-in-cap food cans and 4 immeasurable hole-in-top/cap cans within a 60-meter area. | 754896 | 3890617 |
| 197 | Two Simonis Type 7 milk can. | 754890 | 3890776 |
| 198 | Two Simonis Type 6 milk can. | 754961 | 3890712 |
| 199 | Tan rhyolite tertiary flaked stone. | 755061 | 3890592 |
| 200 | Two Simonis Type 7 milk cans, one clear bottle base with a Hazel-Atlas Glass Company maker's mark, and a rectangular can with embossed writing that reads "THE MORGAN OYSTER CO. PACKERS." | 755051 | 3890718 |
| 201 | Two hole-in-cap food cans and two sanitary cans. | 755078 | 3890899 |
| 202 | Can scatter of 7 cans including 3 Simonis Type 7 milk cans and 4 hole-in-cap food cans within a 15-meter area. | 755225 | 3890838 |
| 203 | Can scatter of 8 cans including 5 sanitary cans, 1 Simonis Type 7 milk can and 2 hole-in-cap food cans within a 40-meter area. | 755367 | 3890781 |
| 204 | Four sanitary cans and a brown half-pint liquor bottle with embossed writing that reads "FEDERAL LAW FORBIDS SALE OR RE-USE OF THIS BOTTLE." | 755378 | 3890832 |
| 205 | Can scatter of 15 cans including 7 sanitary cans, 6 immeasurable hole-in-cap/top cans and 2 hole-in-cap food cans within a 40-meter area. | 755408 | 3890891 |
| 206 | Can scatter of 8 cans including 3 sanitary cans, 1 Simonis Type 9 milk can, 1 Simonis Type 19 milk can, 2 immeasurable hole-in-cap/top cans and 1 hole-in-cap food can within a 30-meter area. | 755383 | 3890982 |
| 207 | Simonis Type 7 milk can. | 754314 | 3890147 |
| 208 | Hole-in-cap food can. | 754303 | 3889113 |
| 209 | Immeasurable hole-in-cap can. | 754384 | 3889103 |
| 210 | Simonis Type 6 milk can. | 754372 | 3889135 |
| 211 | Three sanitary cans and one can with an external friction lid with embossed writing that reads "GOLDEN GATE SOLD ON MERIT 16 OZ NET." | 754365 | 3889521 |
| 212 | Can with an internal friction lid. | 754461 | 3890139 |
| 213 | Can scatter of 21 cans including 7 sanitary cans, 4 Simonis Type 19 milk cans, 1 Simonis Type 9 milk can, 8 immeasurable hole-in-cap/top cans and 1 hole-in-cap food can within a 20-meter area. | 754465 | 3889690 |
| 214 | Clear bottle with embossed writing that reads "PHENIQUE CHEMICAL COMPANY ST. LOUIS MO" near the bottom of the neck and the Obear-Nester Glass Company maker's mark and the number 3 on the base. | 754492 | 3889588 |
| 215 | Hole-in-cap food can. | 754536 | 3889253 |
| 216 | Simonis Type 19 milk can and three sanitary cans. | 754526 | 3889640 |
| 217 | Hole-in-cap food can. | 754574 | 3890415 |
| 218 | Can scatter of 11 cans including 5 sanitary cans, 2 Simonis Type 6 milk cans, 1 Simonis Type 7 milk can, and 3 immeasurable hole-in-cap/top cans within a 30-meter area. | 754641 | 3890366 |

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 219 | Simonis Type 7 milk can. | 754599 | 3889603 |
| 220 | Immeasurable hole-in-cap can and one sanitary can. | 754626 | 3889511 |
| 221 | Gray rhyolite tertiary flaked stone. | 754685 | 3889233 |
| 222 | Simonis Type 19 milk can. | 754693 | 3889533 |
| 223 | Can scatter of 16 cans including 5 sanitary cans, 3 Simonis Type 19 milk cans, 1 Simonis Type 6 milk can, 3 hole-in-cap food cans and 4 immeasurable hole-in-cap/top cans within a 50-meter area. | 754696 | 3890378 |
| 224 | Gray rhyolite secondary flaked stone. | 754802 | 3889923 |
| 225 | Can scatter of 12 cans including 6 sanitary cans, 3 Simonis Type 19 milk cans, and 4 immeasurable hole-in-top cans within a 15-meter area. | 754768 | 3889758 |
| 226 | Two Simonis Type 7 milk cans and two hole-in-can food cans. | 754807 | 3889567 |
| 227 | Simonis Type 7 milk can. | 754803 | 3889326 |
| 228 | Simonis Type 7 milk can. | 754851 | 3889733 |
| 229 | Simonis Type 19 milk can. | 754849 | 3889837 |
| 230 | One tan rhyolite core/chopper and one tan rhyolite tertiary flaked stone. | 754961 | 3890217 |
| 231 | Can scatter of 8 cans including 3 sanitary cans, 1 Simonis Type 6 milk can, 1 Simonis Type 7 milk can and 3 immeasurable hole-in-cap/top cans within a 50-meter area. | 754972 | 3889829 |
| 232 | Simonis Type 7 milk can. | 755059 | 3889730 |
| 233 | Simonis Type 19 milk can and four sanitary cans. | 755046 | 3889974 |
| 234 | Simonis Type 7 milk can. | 755009 | 3890034 |
| 235 | Chipping station of Tan rhyolite consisting of two cores, three primary flaked stones, four secondary flaked stones and two tertiary flaked stones within a 2-meter area. | 755155 | 3889273 |
| 236 | Gray Rhyolite primary flaked stone. | 755140 | 3889195 |
| 237 | Simonis Type 7 milk can and two hole-in-cap food cans, one with embossed writing that reads "EAGLE BRAND TRADE MARK" on one side and "THE MORGAN OYSTER CO. PACKERS" on the other side. | 755256 | 3890281 |
| 238 | Simonis Type 7 milk can. | 755215 | 3890330 |
| 239 | Hole-in-cap food can. | 755331 | 3890056 |
| 240 | Six tertiary flaked stones and one secondary flaked stone of gray rhyolite. | 755313 | 3889720 |
| 241 | Tan rhyolite tertiary flaked stone. | 755364 | 3889466 |
| 242 | Simonis Type 7 milk can. | 755460 | 3890443 |
| 243 | Immeasurable hole-in-cap can. | 755452 | 3890380 |
| 244 | Two immeasurable hole-in-top cans. | 755480 | 3890306 |
| 245 | Simonis Type 7 milk can. | 755474 | 3890231 |
| 246 | Hole-in-cap food can. | 755439 | 3890119 |
| 247 | Simonis Type 7 milk can and two hole-in-cap food cans. | 755543 | 3890237 |
| 248 | Can scatter of 30 cans including 8 sanitary cans, 5 Simonis Type 7 milk cans, 3 Simonis Type 9 milk cans, 6 hole-in-cap food cans and 8 immeasurable hole-in-cap/top cans within a 60-meter area. | 755554 | 3890416 |
| 249 | Weathered white chert tertiary flaked stone. | 755653 | 3890151 |
| 250 | Two hole-in-cap food cans. | 755559 | 3890597 |
| 251 | Simonis Type 7 milk can. | 755558 | 3890785 |

38

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 252 | Can scatter of 11 cans including 5 sanitary cans, 1 Simonis Type 9 milk can, 1 Simonis Type 19 milk can, 1 hole-in-cap food can and 3 immeasurable hole-in-cap/top cans within a 15-meter area. | 755563 | 3891038 |
| 253 | Can scatter of 25 cans including 6 sanitary cans, 3 Simonis Type 6 milk cans, 1 Simonis Type 7 milk can, 7 hole-in-cap food cans and 8 immeasurable hole-in-cap/top cans within a 50-meter area. | 755620 | 3890948 |
| 254 | Can scatter of 26 cans including 12 sanitary cans, 6 Simonis Type 19 milk cans and 8 immeasurable hole-in-cap/top cans within a 25-meter area. | 755628 | 3890704 |
| 255 | Can scatter of 10 cans including 3 sanitary cans, 2 Simonis Type 9 milk cans, 1 Simonis Type 7 milk can, 2 hole-in-cap food cans and 2 immeasurable hole-in-cap/top cans within a 15-meter area. | 755721 | 3890609 |
| 256 | Tobacco tin; 3 hinge. | 758597 | 3893240 |
| 257 | Tan Rhyolite primary flaked stone. | 757903 | 3893213 |
| 258 | Tobacco tin; 1 hinge. | 758416 | 3893128 |
| 259 | Gray rhyolite primary flaked stone. | 758517 | 3892608 |
| 260 | Can scatter of 14 cans including 6 sanitary cans, 6 Simonis Type 19 milk cans, 1 Simonis Type 9 milk can, and 1 Simonis Type 16 milk can, within a 30-meter area. | 758285 | 3892381 |
| 261 | Simonis Type 19 milk can. | 759019 | 3892429 |
| 262 | Simonis Type 19 milk can. | 758896 | 3892314 |
| 263 | Simonis Type 19 milk can, one Simonis Type 12 milk can and one hole-in-cap food can. | 758667 | 3892252 |
| 264 | Two Simonis Type 9 milk cans and four sanitary cans. | 758393 | 3892180 |
| 265 | Simonis Type 19 milk can and three sanitary cans. | 757484 | 3892116 |
| 266 | Can scatter of 10 cans including 2 sanitary cans, 4 Simonis Type 7 milk cans, 3 hole-in-cap food cans and 1 immeasurable hole-in-cap can within a 15-meter area. | 757599 | 3892110 |
| 267 | Fifteen fragments of SCA glass from the same vessel including a base with embossed writing that reads "W.P.G. CO." | 759001 | 3892102 |
| 268 | Clear glass vial with Owens-Illinois Glass Company maker's mark. | 758297 | 3892065 |
| 269 | Immeasurable hole-in-cap. | 757544 | 3892051 |
| 270 | Immeasurable hole-in-top. | 757512 | 3892005 |
| 271 | Hole-in-cap food can. | 757562 | 3892011 |
| 272 | Hole-in-cap food can. | 757612 | 3891989 |
| 273 | **Incorporated into AZ F:16:74(ASM).** | 757809 | 3892006 |
| 274 | Hole-in-cap food can and a lard bucket. | 758098 | 3891873 |
| 275 | White chert secondary flaked stone. | 758074 | 3891890 |
| 276 | Immeasurable hole-in-cap. | 757567 | 3891889 |
| 277 | Tan rhyolite secondary flaked stone. | 757495 | 3891830 |
| 278 | Can scatter of 14 cans including 3 sanitary cans, 2 Simonis Type 7 milk cans, 1 Simonis Type 9 milk can, 5 hole-in-cap food cans and 3 immeasurable hole-in-cap/top cans within a 30-meter area. | 757770 | 3891787 |
| 279 | Immeasurable hole-in-cap. | 757970 | 3891832 |
| 280 | Two Simonis Type 7 milk cans and two hole-in-cap food cans. | 757662 | 3891719 |

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location easting | northing |
|---|---|---|---|
| 281 | Can scatter of 8 cans including 3 sanitary cans, 2 Simonis Type 6 milk cans, 2 hole-in-cap food cans and 1 immeasurable hole-in-cap can within a 30-meter area. | 757516 | 3891635 |
| 282 | Four tertiary flaked stones, two secondary flaked stones and one primary flaked stone of gray rhyolite. | 757738 | 3891652 |
| 283 | Possible gray quartzite core. | 758497 | 3891522 |
| 284 | Cream chert tertiary flaked stone. | 759051 | 3891387 |
| 285 | Gray rhyolite primary flaked stone. | 758119 | 3891397 |
| 286 | Two gray rhyolite tertiary flaked stones. | 757729 | 3891411 |
| 287 | Gray rhyolite core and four tertiary flaked stones. | 757538 | 3891401 |
| 288 | Two tan rhyolite flaked stones. | 757875 | 3891348 |
| 289 | Chalcedony secondary flaked stone. | 757789 | 3891237 |
| 290 | Cream chert secondary flaked stone. | 758772 | 3891197 |
| 291 | White chert secondary flaked stone. | 757792 | 3891192 |
| 292 | White chert secondary flaked stone. | 758210 | 3891059 |
| 293 | Semi-circular rock alignment of approximately 50 medium to large cobbles that measures 2 meters by 1 meter and opens to the west-southwest. | 757586 | 3890894 |
| 294 | Tan chert primary flaked stone. | 758092 | 3890875 |
| 295 | Possible gray rhyolite core fragment. | 758825 | 3890846 |
| 296 | Gray rhyolite tertiary flaked stone. | 757776 | 3890376 |
| 297 | Gray rhyolite tertiary flaked stone. | 757860 | 3890069 |
| 298 | Gray rhyolite primary flaked stone. | 757950 | 3890057 |
| 299 | Gray rhyolite primary flaked stone. | 758083 | 3890025 |
| 300 | Gray rhyolite tertiary flaked stone. | 758202 | 3889537 |
| 301 | Gray rhyolite tertiary flaked stone. | 757684 | 3889385 |
| 302 | Gray rhyolite tertiary flaked stone, one primary flaked stone, and three tested cobbles. | 758266 | 3889196 |
| 303 | Brown glass liquor bottle with embossed writing on the side that reads "FEDERAL LAW FORBIDS SALE OR RE-USE OF THIS BOTTLE" and has the Owens-Illinois Glass Company maker's mark on the base along with "MADE IN USA PAT.D. 95464." | 755306 | 3894603 |
| 304 | Scatter of glass and metal including 3 sanitary cans, 1 three-hinged tobacco tin, 3 clear glass fragments, 1 brown glass fragment, 5 metal crown caps, a metal spice can, a Simonis Type 19 milk can, and a sardine tin with embossed writing that reads "PACKED IN VACCUM." | 755360 | 3894391 |
| 305 | Simonis Type 19 milk can. | 755356 | 3894075 |
| 306 | Two Simonis Type 19 milk cans and two sanitary cans. | 755338 | 3894011 |
| 307 | Brown liquor bottle with embossed writing that reads "FEDERAL LAW FORBIDS SALE OR RE-USE OF THIS BOTTLE" and "HALF PINT" on the side. | 755303 | 3893941 |
| 308 | One Simonis Type 19 milk can, three sanitary cans and one log cabin syrup can. | 755435 | 3894338 |
| 309 | Two Simonis Type 10 milk cans and 7 sanitary cans. | 755466 | 3894350 |
| 310 | Two Simonis Type 19 milk cans and 3 sanitary cans. | 755499 | 3894239 |
| 311 | Simonis Type 9 milk can. | 755575 | 3894192 |

40

Table 2. Description of Isolated Occurrences – Continued

| IO No. | Description | UTM Location | |
| --- | --- | --- | --- |
| | | easting | northing |
| 312 | Simonis Type 9 milk can. | 755625 | 3894543 |
| 313 | Tobacco tin; 3 hinge. | 755616 | 3894390 |

### SUMMARY AND MANAGEMENT RECOMMENDATIONS

This Class III cultural resource inventory covered approximately 5,784 acres of land in the Sacramento Valley, west of Kingman, Arizona. Five archaeological sites and 311 IOs were recorded during the survey. AZ F:16:74(ASM) is a large site consisting of several large trash dumps. AZ F:16:75(ASM) is a light historic artifact scatter with two historic features that may represent a historic habitation. AZ F:16:76(ASM) is a light historic artifact scatter. AZ F:16:77(ASM) is a historic trash scatter with one possible historic feature. AZ F:16:75(ASM) is a small historic can scatter. The IOs were dominated by historic artifacts, which were similar to the types of artifacts that were found in the sites. These data suggest that the project area was certainly utilized extensively as a location to dispose of trash, and may also have been used for other purposes as well. It is unclear what may have attracted people to the area, but the first part of the 20th century may have seen significant local activity elsewhere in the Sacramento Valley that might explain the density of historic artifacts in the project area.

Four criteria are applied in the evaluation of cultural properties for inclusion in the State Register of Historic Places (SRHP) and National Register of Historic Places (NRHP) (36 CFR 60.6). Normally, a property must be at least fifty years old and meet at least one of these four criteria to be considered eligible for listing. The quality of significance in American history, architecture, archaeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that posses integrity of location, design, setting, materials, workmanship, feeling, and association and:

(a) that are associated with events that have made a significant contribution to the broad patterns of our history, or

(b) that are associated with the lives of persons significant in our past, or

(c) that embody distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or

(d) that have yielded, or may be likely to yield, information in prehistory or history [36 CFR 60.4].

AZ F:16:74(ASM), AZ F:16:76(ASM), and AZ F:16:78(ASM) have already been thoroughly mapped and recorded. No features were recorded within these sites and it is unlikely that any subsurface features would be present. Therefore, AZ F:16:74(ASM), AZ F:16:76(ASM), and AZ F:16:78(ASM) are not likely to yield new information in prehistory or history and are not recommended as being eligible for inclusion in the SRHP or NRHP. Likewise, the information potential of the 311 IOs has also been exhausted through their recordation and they are not considered eligible properties.

AZ F:16:75(ASM) and AZ F:16:77(ASM) both have features that could yield more information in history and should be tested for eligibility of inclusion in the SRHP or NRHP under Criterion D. Also, further archival research should be completed to determine if AZ F:16:75(ASM) and AZ F:16:76(ASM) are eligible for inclusion in the SRHP or NRHP under Criteria A or B. Such historical research, if conducted, should encompass the entire survey area in an attempt to understand the greater historical context for the area and how all properties might relate to each other.

No further archaeological work is necessary outside of AZ F:16:75(ASM) and AZ F:16:77(ASM). SWCA recommends that both sites be avoided. If avoidance of these sites is not possible, SWCA recommends that an agency approved testing, and archival research program be implemented to determine each site's eligibility in the Arizona and National Register of Historic Places. In the unlikely event that any other archaeological or historic features or artifacts are discovered outside of the two sites whose eligibility remain indeterminate during construction, a qualified archaeologist should be contacted immediately. Such a discovery is considered unlikely outside of AZ F:16:75(ASM) or AZ F:16:77(ASM).