# REFERENCES
Bearse, Ray
    1966    *Centerfire American Rifle Cartridges, 1892-1963.* A. S. Barnes, South Brunswick, New Jersey.

Bureau of Land Management
    1983    *An Archaeological Survey of the Proposed Wilson Land Exchange, Mohave County, Arizona.* USDI, Bureau of Land Management, Phoenix District Office, Phoenix.

Campbell, Elizabeth W. Crozer, and William H. Campbell
    1935    *The Pinto Basin Site: An Ancient Aboriginal Camping Ground in the California Desert.* Southwest Museum Papers 9. Los Angeles.

Colton, Harold S.
    1945    The Patayan Problem in the Colorado River Valley. *Southwestern Journal of Anthropology* 1:114–121.

Curriden, Nancy Thoren
    1977    *An Archaeological Survey of Two Areas Under Consideration for Proposed Boundary Revisions in the Lake Mead National Recreation Area: The Vicinities of Katherine Landing and Bullhead City.* Western Archaeological Center, Tucson.

Doolittle, Christopher J., and Edgar K. Huber
    2001    *The Griffith Energy Project: A Cultural Resources Inventory of 80 Miles of 330 kV Transmission Lines near Kingman, Arizona.* Technical Report 99-62, Statistical Research Inc., Tucson.

Dosh, Deborah S.
    1997    *A Cultural Resource Survey of a Citizen's Utility Buried Cable Route on Arizona Game and Fish Commission Land Southwest of Kingman, Mohave County, Arizona.* Kinlani Archaeology, Ltd., Flagstaff.

Droz, R. V.
    2004    Whatever Happened to Standard Oil? Electronic document, http://www.us-highways.com/sohist.htm, accessed May 12, 2005.

Foster, Michael S., Annick Lascaux, and Dale R. Gerken
    1993    *A Class III Cultural Resources Survey of the Electric Lightwave, Inc. Southwest Fibernet Project Fiber Optic Line Right-of-Way from Las Vegas, Nevada to Phoenix, Arizona: The Arizona Segment.* Soil Systems Technical Report No. 93-16. Phoenix.

Gallegos, Dennis
    1980    *Class II Cultural Resource Inventory of the East Mesa And West Mesa Regions, Imperial Valley, California.* Report Prepared by WESTEC Services, Inc. for USDI, Bureau of Land Management, Riverside.

Gassner, Brian R., and Deborah S. Dosh
    1997    *A Cultural Resource Survey on Arizona Game and Fish Commission Land Southwest of Kingman, Mohave County, Arizona.* Kinlani Archaeology, Ltd., Flagstaff.

Goodman, John D, II
    1998    *Late Historic Artifacts Field Recording and Dating Guide.* Spring 1998 Meeting Workshop. Arizona Archaeological Council. Phoenix.

Harrington, Mark R.
    1957    *A Pinto Site at Little Lake, California.* Southwest Museum Papers 17. Los Angeles.

Haury, Emil A.
    1950    *The Stratigraphy and Archaeology of Ventana Cave, Arizona.* University of Arizona Press, Tucson.

Henkel Consumer Adhesives, Inc.
    2005    Lepage Company History. Electronic document, http://www.lepageproducts.com/about/history.asp, accessed October 21, 2005.

Hull-Walski, Deborah A. and James E. Ayres
    1989    *The Historical Archaeology of Dam Construction Camps in Central Arizona, Volume 3: Laboratory Methods and Database Computerization.* Prepared by Dames and Moore for the U.S. Bureau of Reclamation, Phoenix.

Kroeber, Alfred L.
    1925    *Handbook of the Indians of California.* Bureau of American Ethnology Bulletin 78. Government Printing Office, Washington, D.C.

    1951    *A Mohave Historical Epic.* University of California Anthropological Records 11. University of California Press, Berkeley.

    1972    *More Mohave Myths.* University of California Anthropological Records 27. University of California, Berkeley.

Logan, Herschel C.
    1948    *Cartridges.* Bonanza Books, New York.

McKenna, Jeanette A.
    1991    Archaeological Documentation for the City of Bullhead Water Development Plan, Mohave County, Arizona. On file, Bureau of Land Management District Office, Kingman, Arizona.

Maxwell, D.B.S.
    1993    Beer Cans: A Guide for the Archaeologist. *Historical Archaeology*, 27(1):95–113.

Messersmith, Dan W.
    1991    *The History of Mohave County to 1912.* Mohave County Board of Supervisors. Kingman.

Newman, T. Stell
    1970    A Dating Key for Post-Eighteenth Century Bottles. *Historical Archaeology* 4:70-75.

Pinner, Judy A.
    1981    *Archaeological Survey Investigation (OCRM 81-282): An Archaeological Survey Near Kingman for Pacific West Exploration Company.* Office of Cultural Resource Management, Arizona State University, Tempe.

Rock, J. T.
 1980 *Tin Cans: A Few Basics.* Ms on file, Klamath National Forest, U.S.D.A. Forest Service Region 5, Yreka, California.

 1984 Cans in the Countryside. *Historical Archaeology* 18(2):97–111.

 1987 *A Brief Commentary on Cans.* Ms. on file, Klamath National Forest, U.S.D.A. Forest Service Region 5, Yreka, California.

Rogers, Malcolm J.
 1939 *Early Lithic Industries of the Lower Basin of the Colorado River and Adjacent Areas.* Museum of Man Papers No. 3. San Diego.

 1945 An Outline of Yuman Prehistory. *Southwestern Journal of Anthropology* 1:167–198.

 1958 San Dieguito Implements from the Terraces of the Rincon, Pantano, and Rillito Drainage System. *The Kiva* 24:1–23.

 1966 *Ancient Hunters of the Far West.* Edited by R.F. Pourade. Union-Tribune Publishing, San Diego.

Schroeder, Albert H.
 1979 Prehistory: Hakataya. In *Southwest,* edited by Alfonso Ortiz, pp. 100–107. Handbook of North American Indians, vol. 9, W.C. Sturtevant, general editor. Smithsonian Institution, Washington.

Simonis, Don
 1997 Simonis Milk Can Guide. *NewsMAC*, October 1997(4):7.

Slaughter, Mark C.
 1991 Flaked Lithics and Temporal and Spatial Variation in Arizona. In *Making and Using Stone Artifacts: A Context for Evaluating Lithic Sites in Arizona*, by Mark C. Slaughter, Lee Fratt, and Kirk Anderson. Draft report submitted to the State Historic Preservation Office, Phoenix. SWCA Archaeological Report No. 91-8. SWCA Environmental Consultants, Tucson.

Stewart, Kenneth M.
 1983 Mohave. In *Southwest*, edited by Alfonso Ortiz, pp. 55–70. Handbook of North American Indians, vol. 10, W.C. Sturtevant, general editor. Smithsonian Institution, Washington, D.C.

Stone, Connie
 1987 *People of the Desert, Canyons and Pines: Prehistory of the Patayan Country in West Central Arizona.* Cultural Resource Series No. 5. United States Bureau of Land Management, Arizona State Office, Phoenix.

Toulouse, Julian H.
 1971 *Bottle Makers and Their Marks.* Thomas Nelson, Inc., Nashville.

Walker, Henry P. and Don Bufkin
   1986   *Historical Atlas of Arizona.* The University of Oklahoma Press, Norman.

Warren, Claude N.
   1983   The Desert Region. In *California Archaeology* by Michael J. Moratto, editor, pp. 338-430. Academic Press, Orlando.

Warren, Claude N, and Robert H. Crabtree
   1986   Prehistory of the Southwestern Area. In *Great Basin,* edited by W.L. D'Asevedo. The Handbook of North American Indians, vol. 11, W.C. Sturtevant, general editor. Smithsonian Institution, Washington.

Waters, Michael R.
   1982   The Lowland Patayan Ceramic Tradition. In *Hohokam and Patayan: Prehistory of Southwestern Arizona,* edited by Randall H. McGuire and Michael B. Schiffer, pp. 275-297. Academic Press, New York.

Winter, Joseph C. (editor)
   1991   *Across the Colorado Plateau: Anthropological Studies Along the San Juan Basin and Transwestern Mainline Expansion Pipeline Routes. Volume 1. Summary of Archaeological Survey and Test Excavation and Preliminary* Ethnological *Studies—A Phase 2 Management Report.* Office of Contract Archaeology, University of New Mexico, Albuquerque.