

**Figure 8.** Feature 1 at AZ F:16:75(ASM), view facing south.

**Feature 2** consists of two pieces of partially buried lumber associated with other lumber and sheet metal. The two pieces of milled lumber are partially buried in the ground parallel and approximately 6 inches from each other in an east-west direction (Figure 9 and 10). There are also two wooden posts directly southeast of the southern piece of lumber. Also of note are three additional pieces of milled lumber and three pieces of sheet metal that are likely associated with the feature. One of the pieces of sheet metal is nailed to one of the three loose pieces of lumber. This piece of lumber appears to be the upper portion of one of the two posts previously mentioned. All of the wood has been at least partially burned by the recent brush fire.

Also of note, two segments of heavy wire were found protruding from the ground to the southeast of Feature 1. These are similar to anchored guy wires commonly used to help secure historic tent structures, and are likely wrapped around large rocks or logs that have been buried several feet below the surface. This may indicate the former presence of a tent or other structure that has since been removed. Also nearby is a 3-foot length of chicken wire fencing that is partially buried in the ground.



**Figure 9.** Plan map of Feature 2 at AZ F:16:75(ASM).



**Figure 10.** Feature 2 at AZ F:16:75(ASM), view facing south.

**INTERPRETATION AND RECOMMENDATION**

AZ F:16:75(ASM) contains evidence for possible former structures in the form of milled lumber debris, sheet metal, window glass, and possible tent anchor wires as well as a scatter of domestic refuse such as tableware, bottles, and food cans. This site likely represents a small habitation, though considering the relatively low quantity of artifacts, it may have been a short-lived habitation such as a failed homestead attempt of a ranching line camp. Alternatively, many components of the site could have been removed when it was abandoned and smaller artifacts may have washed away during flood events. The remaining artifacts suggest an occupation that likely dates to the 1910s or 1920s based mostly on the presence of SCA glass and sanitary cans.

This site's eligibility to the Arizona and National Registers of Historic Places is difficult to determine based on current information. This site may represent a historical homestead, habitation, or ranching facility, but its significance cannot be determined without more information. Portions of the site, such as structure foundations or privy pits, may remain buried and undetected at the site. Therefore, it is recommended that this site's eligibility be considered indeterminate pending additional archival and subsurface research. As such, it is recommended that this site be avoided by the proposed development if possible. If avoidance is not possible, the eligibility of AZ F:16:75(ASM) should be determined through an agency approved program of subsurface testing and historical archival research.

## *AZ F:16:76(ASM)*

**Field Number:** SWCA 3
**UTM Coordinates:** Easting 753607, Northing 3891606
**Site Type:** Historic Artifact Scatter
**Site Dimensions:** 168 ft × 100 ft (51 m × 30 m)
**Cultural-Temporal Affiliation:** Historic: 1907–1920s
**NRHP Recommendation:** Ineligible

AZ F:16:76(ASM) is a small historic artifact scatter of metal and glass artifacts (Figures 11 and 12). AZ F:16:76(ASM) is situated on a gentle knoll surrounded by flatland, approximately a quarter of a mile west of Thirteenmile Wash. Vegetation within the site consists of mainly creosotebush and various grasses.

Artifacts located within the site include glass and metal. Glass artifacts consist of 31 fragments of SCA glass (1880–1920) and 2 fragments of clear glass. No maker's marks or embossing were noted on any of the glass fragments. Metal artifacts within the site consist of 11 three-hinged tobacco tins (1907–1948), 9 tobacco tins (hinge type unknown), 1 tobacco tin lid, 3 metal bucket/barrel hoops, 3 cartridge cases, 2 bent horse shoes, 2 sheet metal fragments, 1 large bolt, 1 sardine can, 1 sardine/meat can key, 1 baking powder/spice tin. One of the tobacco tins has the Twin Oaks emblem embossed on the lid, the backside, and likely the front side of the tin. All three of the cartridge cases have a head stamp. The first head stamp reads "WRA CO .303 S&W" which was made by the Winchester Repeating Arms Company between 1866 and 1940 (Logan 1948:8). The second head stamp reads "S L" and "43." Finally, the last head stamp reads "U.M.C. .45 COLT" and was made by the Union Metallic Cartridge Company between 1867 and 1911 (Bearse 1966).



**Figure 11.** AZ F:16:76(ASM) overview, view facing west.

21



**Figure 12.** Plan map of AZ F:16:76(ASM).

**INTERPRETATION AND RECOMMENDATION**

AZ F:16:76(ASM) consists of a scatter of artifacts in a relatively small area. Artifacts include at least two bottles, twenty tobacco tins, three cartridge cases (from three different calibers), two horseshoes and other items. No features were present to indicate that this site was extensively utilized. It may have been used as a temporary camp for short-term ranching activities. The artifacts at the site, taken together, were probably deposited between 1907 and c. 1920, assuming they were deposited together. However, the large numbers of tobacco tins at the site were probably not deposited all at once unless they had been hoarded or reused until they were thrown away at this site.

The lack of features and evidence for substantial activity at this site suggests that little additional data could be gleaned from the site beyond the present recording of surface manifestations. Therefore, AZ F:16:76(ASM) is recommended to be ineligible to the Arizona or National Registers of Historic Places. No preservation measures or further archaeological work is recommended for this site.

## *AZ F:16:77(ASM)*

**Field Number:** SWCA 4
**UTM Coordinates (E/N):** Easting 754296, Northing 3889663
**Site Type:** Historic Trash Dump and a Feature
**Site Dimensions:** 358 ft × 113 ft (109 m × 34 m)
**Cultural-Temporal Affiliation:** Historic: 1910s–1930s
**NRHP Recommendation:** Eligibility Indeterminate

AZ F:16:77(ASM) is a moderate to high density artifact scatter consisting mainly of concentrations of rusted cans and other trash surrounded by a light scatter of historic artifacts. A possibly historic hearth feature was also found. The site is situated on both sides of a large unnamed wash that drains west and empties into Thirteenmile Wash just west of the site (Figures 13 and 14). Vegetation within the site consists of mainly creosotebush and various grasses. The site boundary extends to the west beyond the limits of the project area on to other privately owned land. No intensive survey was conducted outside the project area, rather, only as much survey was conducted to determine the western extent of the site. Inventory and analysis of the artifacts within AZ F:16:77(ASM) in this report is limited to those artifacts within the current project area in the eastern part of the site. This part of the site was judgmentally divided into artifacts north of the wash and artifacts south of the wash.

The artifact scatter north of the wash is a moderate to high-density scatter of metal and glass. The majority of the artifacts on this side of the wash are located at the eastern end of the site. When broken down there are 115 sanitary cans (1904–present), 56 Simonis Type 19 milk cans (1930–1975), 31 Simonis Type 9 milk cans (1915–1930), 8 Simonis Type 10 milk cans (1917–1929), 3 Simonis Type 8 milk cans (1915–1925), 27 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 5 milk can (1903–1914), 34 immeasurable hole-in-top/cap cans, 1 external friction can lid, 30 hole-in-cap food cans (1820–1920), 12 lard buckets, 12 metal motor oil cans, 2 galvanized buckets, 6 large rectangular oil cans, 2 rectangular spice cans, 4 tobacco tins (hinge number unknown), 1 log cabin syrup can, 2 enameled metal coffee pots, 1 cobalt glass fragment and 1 SCA glass fragment (1880–1920). Three sanitary cans have embossed writing on them. The first one reads "EPSON" in cursive on the bottom of the can. The second can reads "SANITARY" with the letter X above the word and the letter C below the word on the bottom of the can. Cans made by the Sanitary Can Co. likely date to 1904–1908 (Rock 1984:105). The final can has a picture of a flag with the letter A on the bottom of the can. In all, 349 artifacts were recorded north of the wash.