

# Preliminary Delineation of Waters of the United States for 3,000 Acres Near White Hills

Prepared for

**Rhodes Homes Arizona, LLC**

Prepared by

**SWCA Environmental Consultants**

June 2005



# PRELIMINARY DELINEATION OF WATERS OF THE UNITED STATES FOR 3,000 ACRES NEAR WHITE HILLS

**Mohave County, Arizona**

Prepared for:
Rhodes Homes Arizona, LLC
2215 Hualapai Mountain RD, Suite H
Kingman, AZ 86401
(928) 718-2210

Prepared by:
SWCA Environmental Consultants
2820 W. Charleston Boulevard, Suite 15
Las Vegas, NV 89102
(702) 248-3880

SWCA Project No. 9143-166

June 2005

*3,000 Acres near White Hills*
*Preliminary Delineation*

# TABLE OF CONTENTS

Section                                                                                                    Page

LIST OF FIGURES ........................................................................................................... iii

1.0    INTRODUCTION .................................................................................................. 1

2.0    PROJECT LOCATION ......................................................................................... 1

3.0    PRELIMINARY DELINEATION ......................................................................... 1

    3.1    Methodology ................................................................................................ 1

    3.2    Results .......................................................................................................... 5

4.0    REFERENCES ...................................................................................................... 1

APPENDIX A: Landowner Authorization

APPENDIX B: Photodocumentation of Channels

APPENDIX C: Sample Point Locations

## LIST OF FIGURES

Figure 1        Project Location ............................................................................................ 2



## 1.0    INTRODUCTION

The purpose of this document is to describe the methodology used to delineate waters of the U.S. (WUS) in the project area and to present the results of the field delineation. This delineation was prepared in anticipation of submittal of a permit application for an Individual Permit in compliance with Section 404 of the Clean Water Act. It is anticipated that the landowner will develop the subject property for residential and commercial uses, but detailed site planning will be completed after a delineation of WUS is approved by the U.S. Army Corps of Engineers (COE) and the area of COE's jurisdiction is determined. Project impacts to WUS will be calculated for multiple alternatives, once a delineation is approved by the COE, to determine the least environmentally damaging, practicable alternative.

## 2.0    PROJECT LOCATION

The project area encompasses approximately 3,000 acres in Sections 16, 20, 23, 27, and portions of 17, 21, 22, and 30 of Township 27 North, Range 20 West; and portions of Section 25 of Township 27 North, Range 21 West, Mohave County, Arizona (Figure 1). The project area is located near White Hills, approximately 30 miles northwest of the city of Kingman. It can be accessed from the west from US Highway 93 and White Hills Road. The parcels in the project area are owned by Rhodes Homes (see landowner authorization letter in Appendix A). The land surrounding the project area contains a mixture of privately owned parcels and lands managed by the U.S. Bureau of Land Management.

The project area occurs in the Mojave creosote bush scrub vegetation community at an elevation of approximately 2,400 feet above sea level. One large drainage traverses the western edge of the project area. All of the drainages in the project area are ephemeral. Vegetation within and along the drainages is sparse and consists mostly of low growing shrubs and herbaceous plants. Typical vegetation in the project area includes creosote bush (*Larrea tridentata*), white bursage (*Ambrosia dumosa*), Mormon tea (*Ephedra* spp.), burrobush (*Hymenoclea salsola*), various grasses, and some cactus species. Mesquite (*Prosopis* sp.) is present along some of the drainages.

## 3.0    PRELIMINARY DELINEATION

### 3.1    Methodology

Prior to conducting the field surveys, Geographic Information System (GIS) technicians mapped the project area using 2004 aerial photographs. Field maps were produced at a scale of 1"=400', which required multiple sheets to cover the entire project area. The project area boundary was uploaded into handheld Garmin Geographic Positioning System (GPS) units, which were used to record the sample point locations.





**Figure 1.** Project Location

Biologists familiar with delineating WUS in the arid southwest conducted field surveys on February 28, March 1 and 2, and May 10, 2005. The biologists used existing paved and dirt roads to access the project area and conduct pedestrian surveys to locate representative sample points along the drainages. The sample points were selected based on the indicators of ordinary high water (OHW); new sample points were identified approximately every 200 meters or where the OHW width substantially changed. Data collected at each sample point were recorded on forms and included the GPS coordinates of the point, OHW width of the drainage at the point, indicators of OHW, presence or absence of riparian vegetation, and other observations relevant to the delineation. Photographs of the drainages were also taken at each sample point using a digital camera (Appendix B).

The definition of the OHW mark was applied to each drainage at each sample point to determine if it met the criteria to fall within the jurisdiction of the COE. The OHW mark for non-tidal streams is defined as the "line on the shore established by the fluctuations of water and is indicated by physical characteristics such as a clear, natural line impressed on the bank, shelving, changes in the character of the soil, destruction of terrestrial vegetation, the presence of litter or debris, or other appropriate means that consider the characteristics of the surrounding area" (33 CFR Part 328.3). The *Review of Ordinary High Water Mark for Delineating Arid Streams in the Southwestern United States* (Engineer Research and Development Center 2004) and *Guidelines for Jurisdictional Determinations* (COE 2001) were also used as guidance for determining COE jurisdiction of drainages within the project area. Drainages that did not exhibit a distinct OHW width and were overgrown with upland vegetation were not considered a WUS. Drainages that did not connect to another drainage downstream were considered isolated from WUS and were also not considered a WUS.

Following the field surveys, the GPS coordinates of the sample points were uploaded into a GIS database. A graphics technician used a combination of the field data and aerial photo interpretation to draw the ordinary high water limits onto the electronic copy of the aerial photograph. Once the polygons were complete they were quality controlled checked by a field delineator. After the quality control check, Arc View, a GIS program, was used to complete area calculations and then to export the calculations to a text file used to create Table 1 following.



*3,000 Acres near White Hills*
*Preliminary Delineation*

**Table 1.** Summary of Potential Waters of the U.S. Identified within the White Hills Project Area

| Drainage or Area ID | Area ($M^2$) | Area (ac) |
|---|---|---|
| A | 10081.548 | 2.491 |
| A1 | 761.083 | 0.188 |
| A2 | 292.168 | 0.072 |
| A3 | 46.198 | 0.011 |
| B | 9748.980 | 2.409 |
| C | 4975.916 | 1.229 |
| D | 44750.081 | 11.058 |
| D1 | 1909.098 | 0.472 |
| D2 | 2144.125 | 0.530 |
| D3 | 77.324 | 0.019 |
| D4 | 2621.622 | 0.648 |
| D5 | 4696.779 | 1.161 |
| D6 | 10381.481 | 2.565 |
| D7 | 6268.207 | 1.549 |
| D8 | 55.972 | 0.014 |
| D9 | 322.308 | 0.080 |
| D10 | 778.235 | 0.192 |
| D11 | 5766.746 | 1.425 |
| D12 | 16435.548 | 4.061 |
| D13 | 1268.827 | 0.314 |
| D14 | 370.252 | 0.091 |
| D15 | 61.705 | 0.015 |
| D16 | 295.198 | 0.073 |
| D17 | 5377.823 | 1.329 |
| D18 | 514.624 | 0.127 |
| D19 | 47.860 | 0.012 |
| D20 | 145.665 | 0.036 |
| D21 | 1465.815 | 0.362 |
| D22 | 2597.695 | 0.642 |
| D23 | 2958.610 | 0.731 |
| D24 | 1212.762 | 0.300 |
| D25 | 241.142 | 0.060 |
| D26 | 716.898 | 0.177 |
| D27 | 663.801 | 0.164 |
| D28 | 261.548 | 0.065 |
| D29 | 1781.277 | 0.440 |
| D30 | 231.574 | 0.057 |
| D31 | 824.211 | 0.204 |
| D32 | 1132.825 | 0.281 |
| D33 | 8475.981 | 2.094 |
| D34 | 1084.696 | 0.268 |
| D35 | 43.126 | 0.011 |
| D36 | 440.122 | 0.109 |
| D37 | 5156.399 | 1.274 |
| D38 | 6788.987 | 1.678 |



Table 1. Summary of Potential Waters of the U.S. Identified within the White Hills
Project Area.(continued)

| Drainage or Area ID | Area (M$^2$) | Area (ac) |
|---------------------|--------------|-----------|
|  |  |  |
| D39 | 1181.788 | 0.292 |
| D40 | 212.015 | 0.052 |
| D41 | 1031.241 | 0.255 |
| D42 | 425.503 | 0.105 |
| D43 | 518.146 | 0.128 |
| **Total Jurisdictional Area** | | **41.920** |

## 3.2    Results

No wetlands were identified or are expected to occur within the 3,000-acre project area. Approximately 50 drainages totaling approximately 41.92 acres were preliminarily identified as WUS in the project area.   All WUS in the project area consist of ephemeral drainages with an ordinary high water width ranging in size from 2 to 110 feet.  Representative photographs of the drainages are provided in Appendix B. The location of each sample point and its OHW width are shown on the aerial photographs located in the map pockets (Appendix C).



## 4.0    REFERENCES

Engineer Research and Development Center. 2004. Review of ordinary high water mark indicators for delineating arid streams in the southwestern United States. Edited by Robert W. Lichvar and James S. Wakeley. Prepared for Office of the Chief of Engineers and Environmental Protection Agency. January.

U.S. Army Corps of Engineers (USACE). 2001. Final summary report: guidelines for jurisdictional determinations for waters of the United States in the arid Southwest. South Pacific Division, USACE. June.

SWCA
ENVIRONMENTAL CONSULTANTS

# APPENDIX A

# LANDOWNER AUTHORIZATION



June 17, 2005

U.S. Army Corps of Engineers
Regulatory Section
3636 North Central Avenue, Suite 900
Phoenix, Arizona 85012-1936

Statement of Authorization

As the landowner SEDORA HOLDINGS, LLC, I, Kirk Brynjulson, hereby designate and
authorize SWCA Environmental Consultants (SWCA) to act on our behalf as the agent
for the jurisdictional water delineation application and/or the agent for the Section 404
application under Section 404 of the Clean Water Act and to furnish, upon request,
supplemental information in support of this delineation/application. Correspondence
related to the project should be directed to SWCA.

I authorize SWCA and the U.S. Army Corps of Engineers to access the project areas in
WHITE HILLS: (1) Section 25, Township 27 North, Range 21 West, Mohave County,
Arizona, known as tax map 317-49-062; (2) Section 16, Township 27 North, Range 20
West, Mohave County, Arizona, known as tax map 317-36-032; and (3) Section 20,
Township 27 North, Range 20 West, Mohave County, Arizona, known as tax map 317-
56-003 for purposes of conducting any necessary fieldwork that is required to complete
this permit application. If there are any questions concerning this authorization, please
contact me (Kirk Brynjulson) at either 928-718-2210 (office) or 702-325-9578 (cell).

**KIRK BRYNJULSON**
Applicant Name (printed)

Date

Applicant Signature

Title

Applicant Company Name (if applicable)
**SEDORA HOLDINGS, LLC**

3X                                            317 49-061, 062, 063,
                                                    078,

**RECORDING REQUESTED BY**
**Transnation Title Insurance Company**
AND WHEN RECORDED MAIL TO:

SEDORA, LLC
4730 S. FT. APACHE RD. #300
LAS VEGAS, NV 89147

ESCROW NO.: 01379252 - 276 - JL1

2004078051 BK 5170 PG 441
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
08/23/2004 11:16A PAGE 1   OF 3
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

William Eversole, Trustee of the T.W.E. Retirement Fund Trust, dated February 22, 1985

do/does hereby convey to

Sedora, LLC, a Nevada Limited Liability Company

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

Pursuant to ARS 33-404, the Beneficiaries of said Trust are disclosed on Exhibit "B" attached hereto.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: July 29, 2004

SELLER:

The T.W.E. Retirement Fund Trust, dated February 22, 1985

_William Eversole, Trustee_

State of _Arizona_
County of _Mohave_        } SS

This instrument was acknowledged before me this _23rd_
day of _August_ _2004_
by William Eversole, Trustee of The T.W.E. Retirement Fund
Trust, dated February 22, 1985.

_Jeri L. Payne_ NEE: _Laulo_
Notary Public

My commission will expire _8-15-06_

OFFICIAL SEAL
JERI L. LAULO
Notary Public - State of Arizona
MOHAVI COUNTY
My Comm. Expires Aug. 15, 2006

PAGE 2 OF 3
BK 5170 PG 442 FEE#2004078051

**Exhibit A**

<u>Parcel No. 1</u>

That portion of the Southeast quarter of the Northeast quarter of Section 25, Township 27 North, Range 21 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona, lying South of the South right-of-way of White Hills Road as described in Dedication recorded in Book 274 of Official Records, page 60, records of Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 37 of Deeds, page 236, records of Mohave County, Arizona.

<u>Parcel No. 2</u>

That portion of the Southwest quarter of the Northeast quarter of Section 25, Township 27 North, Range 21 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona, lying South of the South right-of-way of White Hills Road as described in Dedication recorded in Book 274 of Official Records, page 60, records of Mohave County, Arizona, and lying East of the following described line set forth in Deed recorded in Book 800 of Official Records, page 849;

BEGINNING at a point on the South line of said Section 25, which point bears North 89° 58' 06" West, a distance of 161.68 feet from the Southeast corner of said Section 25;

THENCE from a local tangent bearing of North 16° 03' 37" West, along the arc of a curve to the left having a radius of 5821.58 feet, a distance of 779.87 feet;

THENCE North 23° 44' 09" West, a distance of 5000.00 feet to the point of terminus;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 37 of Deeds, page 236, records of Mohave County, Arizona.

PAGE 3 OF 3
BK 5170 PG 443 FEE#2004078051

DATE:          July 28, 2004

ESCROW NO:     01379252-276-JL1

## EXHIBIT "B"
## TRUST DECLARATION

### Disclosure of Beneficiaries

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated February 22, 1985 are as follows:

Name:      William Eversole
Address :  Box 60172, Las Vegas, NV 89160

By: _William Eversole_ (?)
   (Signature of Trustee)                  (Signature of Trustee)

As trustee (s) of the TWE Retirement Fund Trust

(This document will be recorded at the Close of Escrow attached to the Deed)

317-36-032

3A

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SEDORA, LLC
4730 S. FT. APACHE RD. #300
LAS VEGAS, NV 89147

20040780045 BK 5170 PG 415
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
08/23/2004 11:10AM PAGE 1 OF 3
TRANSNATION TITLE ZMB CO
RECORDING FEE 16.00

ESCROW NO.: 01379293 - 276 - JL1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

William Eversole, Trustee of The White Hills Trust No. 10

do/does hereby convey to

Sedora, LLC, a Nevada Limited Liability Company

the following real property situated in Mohave County, ARIZONA:

  See Exhibit A attached hereto and made a part hereof.

Pursuant to ARS 33-404, the Beneficiaries of said Trust are disclosed on Exhibit "B" attached hereto.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: July 27, 2004

SELLER:

The White Hills Trust No. 10

William Eversole, Trustee

State of Arizona
County of Mohave          } SS

This instrument was acknowledged before me this 23rd
day of August 2004
by William Eversole, Trustee of The White Hills Trust No. 10

Notary Public      Nes: laulo

My commission will expire 8-15-06

OFFICIAL SEAL
JEN. L. LAULO
Notary Public - State of Arizona
MOHAVE COUNTY
My Comm. Expires Aug. 15, 2006

## Exhibit A

The South half and the Southwest quarter of the Northeast quarter and the Northwest quarter of Section 16, Township 27 North, Range 20 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT therefrom all cola, oil, gas and mineral deposits as reserved in Deed recorded in Book 1058 of Official Records, page 594, records of Mohave County, Arizona.

DATE:            July 28, 2004

ESCROW NO:       01379293-276-JL1

## EXHIBIT "B"
## TRUST DECLARATION

### Disclosure of Beneficiaries

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated July 19, 1990 are as follows:

Name:           William Eversole
Address :       Box 60172, Las Vegas, NV 89160

Name:           Craig Chellstorp
Address:        230 E. Flamingo #226, Las Vegas, NV 89109

Name:           Linda Proctor Eversole
Address:        Box 60172, Las Vegas, NV 89160

Name:           B&FG Living Trust, Frank Gallas Trustee
Address:        3690 S. Eastern Suite 209, Las Vegas, NV 89109

Name:           Patton Family Revocable Trust, Donald Patton Trustee
Address:        1841 Port Carlow, Newport Beach, CA 92666

Name:           Constance J. Matteson
Address:        1202 N. Pearl, Tacoma, WA 98406

Name:           Robert L. Heisler
Address:        1860 Misty Glade, Las Vegas, NV 89119

By: _____                    _____
    (Signature of Trustee                          (Signature of Trustee)

As trustee (s) of the White Hills Trust No. 10
        (This document will be recorded at the Close of Escrow attached to the Deed)

717-56-003

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SEDORA, LLC
4730 S. FT. APACHE RD. #300
LAS VEGAS, NV 89147

ESCROW NO.: 01379303 - 276 - JL1

2004078059 BK 5170 PG 479
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
08/23/2004 11:21A PAGE 1    OF 4
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

William Eversole, Trustee of White Hill Trust #5

do/does hereby convey to

Sedora, LLC, a Nevada Limited Liability Company

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

Pursuant to ARS 33-404, the Beneficiaries of said Trust are disclosed on Exhibit "B" attached hereto.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: July 29, 2004

SELLER:

White Hill Trust #5

William Eversole, Trustee

State of ___Arizona_____
County of ___Mohave____  } SS

This instrument was acknowledged before me this __23rd__ day of ___August_____ ___2004__
by William Eversole, Trustee of White Hill Trust #5.

_____  Nee: Lauls
Notary Public

My commission will expire __8-15-06__

PAGE 2  OF 4
BK 5170 PG 480  FEE#2004078059

## Exhibit A

The East half of Section 20, Township 27 North, Range 20 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

Except therefrom that portion lying within White Hills Road, as set forth in Dedication recorded in Book 274 of Official Records, page 50, records of Mohave County, Arizona; and

Except all mineral deposits and rights as reserved by the State of Arizona in Deed recorded in Book 53 of Deeds, page 251, records of Mohave County, Arizona.

PAGE 3 OF 6
BK 5170 PG 481 FEE#2004078057

DATE:             July 28, 2004

ESCROW NO:        01379303-276-JL1

### EXHIBIT "B"
### TRUST DECLARATION

#### Disclosure of Beneficiaries

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated August 2, 1988 are as follows:

Name:      William Eversole
Address:   Box 60172, Las Vegas, NV 89160

Name:      Mary Ann McIntosh
Address:   520 W. Market Street, Springboro, Ohio 45066

Name:      Gaetane McGinnis
Address:   4975 Schuman, Las Vegas, NV 89102

Name:      Jim Salvatore
Address:   4975 Schuman, Las Vegas, NV 89102

Name:      Christopher & Jacqueline Lazzaretto
Address:   3740 Yonder Drive, Lake Havasu, AZ 86466

Name:      Nicholas Lazzaretto
Address:   108 Homewood Avenue, Libertyville, IL 60648

Name:      Frank Suffoletta
Address:   3821 Brianwood Court, Las Vegas, NV 89134

Name:      Raymond G. Zoller Retirement Trust
Address:   4550 W. Sahara #1139, Las Vegas, NV 89102

Name:      B&FG Living Trust, Frank Gallas Trustee
Address:   3690 S. Eastern Suite 209, Las Vegas, NV 89109

PAGE 4    OF 4
BK 5170 PG 482   FEE#2004078059

Name:      Roger Pleggenkuhle
Address:   167 Drewelow Ave., Fredricksburg, Iowa 50630

Name:      Allen Lee I.T.F. Donna Atkinson
Address:   3475 E. Tompkins, Las Vegas, NV 89121


By: _____              _____
        (Signature of Trustee)                        (Signature of Trustee)

As trustee (s) of the White Hills Trust No. 5

(This document will be recorded at the Close of Escrow attached to the Deed)

June 17, 2005

U.S. Army Corps of Engineers
Regulatory Section
3636 North Central Avenue, Suite 900
Phoenix, Arizona 85012-1936

Statement of Authorization

As the landowner SOUTH DAKOTA CONSERVANCY, LLC, I, Kirk Brynjulson, hereby designate and authorize SWCA Environmental Consultants (SWCA) to act on our behalf as the agent for the jurisdictional water delineation application and/or the agent for the Section 404 application under Section 404 of the Clean Water Act and to furnish, upon request, supplemental information in support of this delineation/application. Correspondence related to the project should be directed to SWCA.

I authorize SWCA and the U.S. Army Corps of Engineers to access the project area GOLDEN VALLEY SOUTH, Parcel 1A of Section 34, Township 21 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona, known as tax map 306-63-014, for purposes of conducting any necessary fieldwork that is required to complete this permit application. If there are any questions concerning this authorization, please contact me (Kirk Brynjulson) at either 928-718-2210 (office) or 702-325-9578 (cell).


**KIRK BRYNJULSON**                          6/17/05
Applicant Name (printed)                     Date


Applicant Signature                          Title


Applicant Company Name (if applicable)
**SOUTH DAKOTA CONSERVANCY, LLC**

INDEXED MICROFILMED

Recording Requested by:
First American Title Insurance Agency of Mohave, Inc.

When recorded mail to:
SOUTH DAKOTA CONSERVANCY LLC
attn:  Matt Lawson, 4730 S. Ft. Apache Rd.
Las Vegas, NV 89147

_EXEMPT ARS  11 1134B8_

200500050027 BK 5394 PG 32
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORD
01/14/2005 04:30P PAGE 1    OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE 14.00

# WARRANTY DEED

File No. **292-4385733 (plb)**

For the consideration of TEN AND NO/100 DOLLARS, and other valuable considerations, I or we,

**Aztec 80, An Arizona  limited partnership,** the GRANTOR does hereby convey to

**First American Title Insurance Agency of Mohave, Inc., an Arizona Corporation, as Trustee under Trust No. 9026 and not personally,** the GRANTEE

the following described property situate in **Mohave** County, **Arizona:**

**Parcels 1A, 2A, 3A, 4A, and 5A shown on Parcel Plat recorded April 9, 1996, in Book 11 of Parcel Plats, Page 60, being a division of the Northeast quarter of the Southeast quarter (NE1/4 SE1/4) of Section 34, Township 21 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.**

**Except all oil and gas, as reserved in the Patent to said land recorded in Book 1130 of Official Records, Page 726.**

Pursuant to ARS 33-404, Beneficiaries names and addresses under said trust(s) are disclosed in Book 4526 Page 288.

**Subject To:**  Existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record.

And the GRANTOR binds itself and its successors to warrant the title as against its acts and none other, subject to the matters set forth.

DATED: December 14, 2004

**Aztec 80**

**Authorized Signor**

3Bh - 62 - 014

A.P.N.: **306-63-015**    Warranty Deed – continued    File No.: **292-4385733 (pib)**

PAGE 2    OF 2
BK 5394 PG 328    FEE#2005005027

STATE OF    _ARIZONA_    )
                              )ss.
County of    _Mohave_    )

On _January 13 2005_ _____, before me, the undersigned Notary Public, personally
appeared _Jim Rhoden_ _____, personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that
his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:    

Notary Public

"OFFICIAL SEAL"
Patricia Bailey
Notary Public-Arizona
Mohave County
My Comm. Expires 9/10/2008

Recording Requested by:
First American Title Insurance Agency of Mohave, Inc.

When recorded mail to:
SOUTH DAKOTA CONSERVANCY LLC
attn: Matt Lawson, 4730 Ft. Apache Rd. Ste 300
Las Vegas, NV 89147



INDEXED    MICROFILMED
2005005028 BK 5394 PG 32
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORD
01/14/2005 04:31P PAGE 1   OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE 16.00

# SPECIAL WARRANTY DEED

(Trust)

File No. **292-4385733 (pib)**

Trust No. **9026**

For the consideration of TEN AND NO/100 DOLLARS, and other valuable considerations, **First American Title Insurance Agency of Mohave, Inc.**, **an Arizona Corporation**, as TRUSTEE, under Trust No. **9026**, and not personally the GRANTOR herein, does hereby convey to

**SOUTH DAKOTA CONSERVANCY LLC, a Nevada Limited Liability Company**, the GRANTEE,

the following described property situate in **Mohave** County, **Arizona:**

**Parcels 1A, 2A, 3A, 4A, and 5A shown on Parcel Plat recorded April 9, 1996, in Book 11 of Parcel Plats, Page 60, being a division of the Northeast quarter of the Southeast quarter (NE1/4 SE1/4) of Section 34, Township 21 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.**

**Except all oil and gas, as reserved in the Patent to said land recorded in Book 1130 of Official Records, Page 726.**

The disclosure of trust beneficiaries is recorded in **Book 4526 Page 288.**

**Subject To:**   Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

And the GRANTOR binds itself and its successors to warrant the title as against its acts and none other, subject to the matters set forth.

DATED: December 14, 2004

**First American Title Insurance Agency of Mohave, Inc.,**
as TRUSTEE, and not personally,

By: _Patricia Bailey_

Patricia Bailey, Trust Officer

AZtec 80
306-43-014
306-63-015
306-63-016
306-63-017
306-63-018

A.P.N.: **306-63-015**                  Warranty Deed - continued                  File No.: **292-4385733 (plb)**

PAGE 2    OF 2
BK 5394 PG 330    FEE#2005005028

STATE OF  AZ                    )
                                )ss.
County of  Mohave               )

On <u>1-14-2005</u>, before me, the undersigned Notary Public, personally appeared  **Patricia Bailey**,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:                          _____
                                                Notary Public

"OFFICIAL SEAL"
Kay Woods
Notary Public-Arizona
Mohave County
My Commission Expires 7/23/07



# APPENDIX B

# REPRESENTATIVE PHOTOGRAPHS



# White Hills



**Aerial 1, Point 4, Wash A. Approximately 25 feet wide at this location.**



**Aerial 1, Point 6. Photo facing into the project area. Due to the lack of consistent channel characteristics, SWCA determined this area as not potentially jurisdictional.**

1

# White Hills



**Aerial 1, Point 8.  Due to the lack of consistent channel characteristics, SWCA determined this area as not potentially jurisdictional.**



**Aerial 1, Point 12, Wash A3.  Approximately 4 feet at this location.**

# White Hills



**Aerial 2, Point 18.** Due to the lack of consistent channel characteristics, SWCA determined this area as not potentially jurisdictional.



**Aerial 2, Point 34.** Due to the lack of consistent channel characteristics such as sandy bottom or change in substrate, SWCA determined this area as not potentially jurisdictional.

3

## White Hills



**Aerial 2, Point 54, Wash C. Wash measures approximately 9 feet wide at this location.**



**Aerial 2, Point 64. Due to the lack of consistent channel characteristics, SWCA determined this area
as not potentially jurisdictional.**

# White Hills



**Aerial 3, Point 57.** Due to the lack of channel characteristics, SWCA determined this area as not potentially jurisdictional.



**Aerial 3, Point 74.** Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.

# White Hills



**Aerial 3, Point79, Wash D4. Wash measures approximately 4 feet at this location.**



**Aerial 3, Point 34, Wash D. Wash measures approximately 20 feet at this location.**

## White Hills



**Aerial 3, Point 38, Wash D1, Wash measures approximately 5.5 feet at this location.**



**Aerial 4, Point 75. Due to the lack of channel characteristics, SWCA determined this area as not potentially jurisdictional.**

7

# White Hills



**Aerial 4, Point 137.** Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.



**Aerial 4, Point 2, Wash D7,** Wash measures approximately 6 feet at this location.

# White Hills



**Aerial 4, Point 8, Wash D6.** Wash measures approximately 6.5 feet at this location.



**Aerial 5, Point 126, Wash G.** Wash measures approximately 12 feet at this location.