# White Hills



**Aerial 5, Point 143. Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.**



**Aerial 5, Point145, Wash D12. Wash measures approximately 18 feet at this location.**

# White Hills



**Aerial 5, Point 171.  Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.**



**Aerial 6, Point16, Wash D12.  Wash measures approximately 18 feet at this location.**

# White Hills



**Aerial 6, Point 9, Wash D18.** Wash measures approximately 8.5 feet at this location.



**Aerial 6, Point 25, Wash D24,** Wash measures approximately 3 feet at this location.

# White Hills



**Aerial 6, Point 30.  Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.**



**Aerial 6, Point 34, Wash D34, Wash measures approximately 3 feet at this location.**

13

# White Hills



**Aerial 7, Point 47.  Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.**



**Aerial 7, Point 52, Wash D, Wash measures approximately 9 feet at this location.**

14

# White Hills



**Aerial 7, Point 67, Wash D33, Wash measures 7.5 feet at this location.**



**Aerial 7, Point 93, Wash D37, Wash is approximately 9 feet at this location.**

15

*3,000 Acres near White Hills*
*Preliminary Delineation*

# APPENDIX C

# AERIAL PHOTOGRAPHS

