# Golden Valley



**Aerial 8, Photo 1-93.** Wash G. Wash measures 6 feet wide at this location.



**Aerial 8, Photo 1-14.** Wash M2. Wash measures 3.5 feet wide at this location.

# Golden Valley



**Aerial 8, Photo 1-6.** Due to the lack of consistent channel characteristics and small channel size, SWCA determined this area as not potentially jurisdictional.

*5,800 Acres in Golden Valley*
*Prelminary Delineation*

# APPENDIX C

# AERIAL PHOTOGRAPHS



C-1

