Vicinity map showing White Hills, Mohave County, Arizona, with surrounding features including Grand Canyon – Parashant National Monument, Grand Canyon National Park, Hoover Dam, Hualapai Indian Reservation, Lake Mead National Recreation Area, Davis Dam, Laughlin, Kingman, Bullhead City, Fort Mojave Indian Reservation, Needles, and Lake Havasu City. States labeled Nevada (Clark County, Las Vegas) and Arizona (Mohave County).

**RHODES HOMES**
**MOHAVE COUNTY, ARIZONA**
**THE VILLAGES OF WHITE HILLS**
**VICINITY MAP**

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

| | |
|---|---|
| DESIGNED | |
| DRAWN VND | SCALE: AS NOTED |
| CHECKED RHN | NO. |
| APPROVED DYW | |
| APPROVED | EXHIBIT 2 |
| DATE 06-08-05 | |

Section 3

Existing Constraints

**EXISTING CONSTRAINTS**

An over-all area wide constraints map with off-site improvements was developed and included as a foldout map at the end of this chapter. (Refer to Rhodes White Hills Constraints Exhibit.) This exhibit identifies some land ownerships, existing utilities, transportation elements and the drainage features within or near the project. Per the Mohave County General Plan, White Hills lies in sub area 2 of Mohave County. Existing zoning for the project area is "Rural Development Area". The Rural Development Area as presently designated allows a density of up to of 0.2 residential dwelling units per acre.

**Land Ownership**

The land in the project vicinity is owned by either the Arizona Land Trust, USA-Bureau of Land Management or private land owners with many of the sections having under gone "paper subdivisions" but not having been constructed.

**Existing Utilities**

- *Existing Water Facilities* –The project lies outside of the Kingman City Service Boundary. The existing development in the area relies mostly on individual wells and water delivery by truck.
- *Existing Water Wells* – There are no existing operating water wells on the project site except for the two water wells that Rhodes Home has constructed on the project site; one SE quarter section of T27N, R20W at section 16 and the other at the NE quarter section of T27N, R21W at section 25.
- *Existing Sewer Facilities* –The existing developments around the project area are served by septic systems.

- *Electrical Power* - Unisource Energy is the local provider of power in the White Hills area. While there are no plans for any substations in this area, Unisource Energy is willing to work with developers to serve their development needs. A usable power grid exists throughout the existing development, but it would have to be upgraded to support a development of this magnitude. Per John Sampson (Unisource) the existing grid facility can accommodate an additional 20 to 30 thousand residential units than currently exist.

- *Gas Service* – Propane is the primary source of gas utilized by households in the area. Individual (private or rented) gas tanks are serviced by two propane companies:

    GRAVES Propane of Arizona, Inc.    NORTHERN ENERGY
    7090 HWY 68, Golden Valley, AZ     2625 Airway Ave, Kingman, AZ
    888-568-2821                       800-683-0480

- *Existing Power Transmission Lines* – The Mead Liberty 345 kv transmission line is located approximately six miles north of the project. Additionally, the Four Corners to the Colorado River 500kv transmission line is located about 1.25 miles south of the project site.

- Telephone service is provided by Frontier.

- Fire protection services are not currently provided. While White Hills is outside the Dolan Springs Volunteer Fire Department service area, they will however respond to a call if they have a unit and personnel available.

    Dolan Springs Fire District
    16126 Pierce Ferry Road
    Dolan Springs, AZ 86441
    (928) 767-3300

- Police services for the project area are provided by the Mohave County Sheriff's Office located at 600 West Beale Street, Kingman, AZ 86401 (928) 753-0753.

- Waste services are provided by contract to the following company:

    Westside Disposal
    PO Box 10129
    Golden Valley, AZ 86413
    (928) 565-9369

- *Radio Antenna* – 195ft wireless radio antenna provided by GoldenState Towers is located on the project site at the SE quarter section of T27N R20W in section 19.

    GoldenState Tower, LLC
    125 Ryan Industrial Court
    Suite 109
    San Ramon, CA 94583
    Tel: (925) 837-9900
    Fax: (925) 837-9999

**Transportation Elements**

- *Existing Highways* – U.S. Highway 93 is an access controlled four lane divided highway. Access is granted only through ADOT and FHWA approved at grade intersections.

- *Existing Unpaved Roads* – While not a constraint, the unpaved roads are not maintained and provide the only means of access through the project site.

**Flood Zones**

Special Flood Hazard Area exists within the project location and are shown with blue shading in the Constraints Map. (Reference FEMA Flood Insurance Maps)

**Other Information Provided on the Constraints Map**

- Topographic contours at 2 foot intervals have been superimposed to show the topography of the terrain. Approximate elevation range is between 2,600 feet above sea level at the northeast property corner to approximately 2,400 feet above sea level at the southwest property corner.

- Property boundaries, paper subdivisions, and mining claims are shown.

- Townships, ranges, and Sections are shown.

*Note*: The subject constraints map is a general indicator of site development issues. Prior to development design and master planning; an ALTA survey is recommended to be performed.

References:
Cartography Department - Mohave County
Unisource Energy Services
Mohave County website - http://www.co.mohave.az.us/
ADOT website - http://www.dot.state.az.us/
Dolan Springs Volunteer Fire Department