

# Section 4

# Drainage

## GENERAL LOCATION AND DEVELOPMENT DESCRIPTION

### Introduction

This study is submitted as the technical drainage study for the proposed White Hills developments located near the intersection of U.S. Highway 93 and White Hills Road in the Detrital Valley of Mohave County, Arizona. The project site is located between the Black Mountains to the west and the White Hills to the east, approximately 26 miles southeast of Hoover Dam and approximately 42 miles northwest of Kingman, AZ (See Figure 4-1 *Vicinity Map & Drainage Basin Boundary*).

The purpose of this study is to evaluate the influence of existing drainage patterns and washes on the proposed site configuration and conveyance of runoff flows through the site.

### Location

The project site encompasses two full sections and portions of five other sections of land. The majority of the project is located east of the Detrital Wash and consists of Sections 20 and 23, most of Sections 21, 16 and 30, and the W1/2, W1/2 of Section 17 of Township 27 North, Range 20 West, G&SRM. A smaller triangular segment, boarded by the Detrital Wash, White Hills Road, and U.S. Highway 93, is within Section 25 of Township 27 North, Range 21 West, G&SRM, Mohave County, Arizona (Figure 4-1 *Vicinity Map & Drainage Basin Boundary*).

### FEMA Flood Hazard Zone

The site is within the Federal Emergency Management Agency (FEMA) Flood Insurance Rate Map (FIRM), map numbers 040058 1600 B, effective March 15, 1982. The Detrital Wash impacts small portions of the project site within Section 30, T27N, R20W and Section 25 T27N, R21W. These areas lie within the Special Flood Hazard Area, (SFHA),

A. The remainder of the site itself is located within SFHA C. The referenced SFHA zones are described as follows:

### Zone A

Zone A is the flood insurance rate zone that corresponds to the 100-year floodplains that are determined in the Flood Insurance Study (FIS) by approximate methods. Because detailed hydraulic analyses are not performed for such areas, no Base Flood Elevations (BFEs) or depths are shown within this zone. Mandatory flood insurance purchase requirements apply.

### Zones B, C, and X

Zones B, C, and X are the flood insurance rate zones that correspond to areas outside the 100-year floodplains, areas of 100-year sheet flow flooding where average depths are less than 1 foot, areas of 100-year stream flooding where the contributing drainage area is less than 1 square mile, or areas protected from the 100-year flood by levees. No BFEs or depths are shown within this zone.

## SITE DESCRIPTION

### Description of Property

The site is within the undeveloped portion of the county covered by desert scrub and typical desert alluvial pavement. Temperatures are mild and precipitation is light. All of the properties, except for the triangular portion in Section 25 are located east of the Detrital Wash on the western slopes of the White Hills. White Hills Road traverses the site from U.S. Highway 93 in a northeasterly direction.

The following pictures help provide a pictorial description of the site and surrounding area.