

WHITE HILLS SITE
VICINITY MAP AND
DRAINAGE BASIN BOUNDARY

MOHAVE COUNTY  ARIZONA  FIGURE 4-1