

WHITE HILLS SITE
MAJOR CHANNEL IMPROVEMENTS
MOHAVE COUNTY ARIZONA FIGURE 4-10