**Figure 6-1 - White Hills Road looking towards Detrital Wash (northeast) from US Highway 93.**



White Hills Road is utilized by residents of the White Hills area and a commercial gravel operation, northeast of the project parcels.

The intersection of US Highway 93 at White Hills Road presently operates at level of service "C" during 30th hour demand and can accommodate the development of about another 200 homes before intersection improvements must be considered. Under the existing intersection geometry, the addition of a traffic signal on US Highway 93 at White Hills Road will accommodate the existing traffic plus future traffic generated by another 2,600 homes, without any additional intersection improvements. Please note that advance warning flashers will, in all likelihood, also be required because of the change in traffic control devices, and because traffic signal at this location will violate drivers expectations.

**PLANNED IMPROVEMENTS – GOVERNMENT ENTITIES**

Review of the Mohave County, Arizona Department of Transportation (ADOT), and Western Area Council of Governments (WACOG) websites revealed no planned projects for roadway improvements that would impact this project. One project currently under construction is the new Hoover Dam Bypass Project being worked on both sides of the Colorado River. The bridge project is under construction on the Arizona side while the roadway work project preceding the bridge project is under construction on the Nevada side. When completed, this project has the potential to have significant impacts on this project.

**TRIP GENERATION AND PROJECT IMPACTS**

The keys to the success of this project are either providing access to US Highway 93 or internal capture of the project generated traffic. This project will develop approximately six sections of land for residential use. For single family detached dwelling units, peak hour trips occur between 7:00 and 9:00 am and 4:00 and 6:00 pm, which also correspond with commercial and industrial peak hour trips. A single section of land developed at a density of four units per acre, will generate approximately 20,536 trips per day, with 1,351 outbound and 450 inbound am peak hour trips and 1,250 inbound and 734 outbound pm peak hour trips. At this rate, it is clear that development of less than 100 acres will overwhelm the existing intersection of US Highway93 at White Hills Road. Installation of a traffic signal on US Highway 93 at White Hills Road will provide enough capacity for development of 430 to 650 acres of land (depending on density) without expansion of the existing intersection; however additional capacity will be required on White Hills Road. Expanding the White Hills Road cross section to a four lane facility that will accommodate the traffic generated by the development of the first 1-½ sections of land.

The latest Average Annual Daily Trip (AADT) volumes available through ADOT are for the 2003 year. At that time, US Highway 93 was carrying a daily average of 8,900 vehicle trips between Hoover Dam and Pierce Ferry Road.

Under the existing plan, the property will be developed for residential use, removing internal capture as a factor in this development.

**CIRCULATION ELEMENTS**

According to the Mohave County website, the roadway grid pattern paralleling the section lines has been continued throughout the (paper) subdivision of the project area. It is unlikely that White Hills Road will be realigned; therefore, each of the section line arterials should be realigned to intersect White Hills Road at right angles in order to increase intersection safety and capacity. Each of the section line roadways should be arterials with 100-foot rights of way. The intersections of all roadways with 100-foot or wider cross sections should be tapered (widened) to accommodate dual left turn lanes and dedicated right turn lanes as determined by development specific traffic study analysis.

Refer to Figure 6-3 below for proposed dual left and dedicated right turn lane schematic. The need for turn lanes will be determined by placement and density of land use types. The network of internal collector and local roadways can then be developed as necessary to provide access to all developments within the project limits.

**Figure 6-2 - Dedicated turn lane schematic.**



## DEVELOPMENT SCENARIOS

It is our understanding that this project will be initiated with construction of model homes, followed by phased subdivision construction to parallel sales. By the time the first section of land is fully constructed and occupied (at 6 units per acre), the development will generate 29,821 daily trips with 2,697 am peak hour trips and 2,858 pm peak hour trips. Compare six units per acre trip generation rates to four units per acre in section 4.3 above.

The capacity at White Hills Road and US Highway 93 at the intersection is key to this project. At intersecting major roadways, lane capacity is about 1,200 vehicles per hour per lane. White Hills Road crosses section lines at seven locations throughout the area purchased by Rhodes Homes. At build-out, White Hills Road will have a through capacity of 6,600 vehicles per hour (three lanes) in each direction. The controlling factor then becomes the intersection capacity of 3,600 vehicles per hour (three through lanes) in each direction. One solution is to extend Selrest Avenue (South section line of section 30) approximately 4,300-feet west and construct a new intersection on US Highway 93 at Selrest Avenue. Additionally, when the two intersections of US Highway 93 at White Hills Road and US Highway 93 at Selrest Avenue are at capacity, another roadway on the south edge of section 19 (Rocky Point Avenue) can be constructed (just over one mile) and another new signalized intersection can be constructed to relieve the congestion. Please note that review of the existing Assessors Parcel Maps show that the section lines in this area have half street dedications of 30 to 48 feet. This will need to be revised to 100-foot rights of way.

During the project development, the capacity of US Highway 93 will, at some point, be exceeded. According to Mohave County Staff, ADOT (as a reactive organization) will recognize the demand increase and will design and construct additional capacity to meet the increased demand on US Highway 93.

Evaluation of regional gravity model components shows that the City of Kingman and Boulder City/Las Vegas are major trip attractors for this area. This makes capacity of US Highway 93 intersections/interchanges critical. When these intersection capacity issues are resolved, the mainline capacity becomes critical.

## ESTIMATED COSTS

Table 6-1 below includes on-site transportation improvements inside the general boundaries of the project discussed in Section 4-5 of this report. This project has the potential to construct up to 12 major signalized intersections at an estimated cost of $2.4 million in traffic signal costs, two new signalized intersections on US Highway 93 at an estimated cost of $600,000 (may be constructed by ADOT) in traffic signal costs, will construct approximately 14 miles of arterial and Parkway facilities at an estimated cost of $15.8 million, and interior roadways as required by the approved development scenario. Of course, the Land Use Plan which is finally adopted for this area will have significant impacts on the final configuration and cost of the traffic infrastructure. Capacity of the internal roadway network components will be determined by the location and density of trip generators (residential subdivisions).

**Table 6-1 - Estimated Costs in Thousands of Dollars**

| Description | Unit | Quantity | Unit Cost | Total |
|---|---|---|---|---|
| White Hills Road Widening | Mile | 4.2 | $1,200 | $5,040 |
| Internal arterial roadways | Mile | 9.8 | $1,000 | $9,800 |
| Traffic Signal | Each | 12 | $200 | $2,400 |
| Total | | | | $17,240 |

**MULTIMODAL CONSIDERATIONS**

In addition to the proposed and existing surface transportation systems, "Triangle Air Park" airport subdivision is also located in the project vicinity. The subdivision is constructed within the limits of two uncontrolled (and in all likelihood private) landing strips, the main landing strip runs north-south on the northeast side of US Highway 93, approximately one mile northwest of the White Hills Road at US Highway 93 intersection. The auxiliary air strip runs east-west on the north side of the subdivision, perpendicular to and intersecting the main landing strip at the north end. Both landing strips appear to be unpaved, unmarked, uncontrolled, and unlit.



<u>Appendix A</u>

# Contacts

## Contacts

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact:  Ms. Christine Ballard, Director
Telephone:     (928) 757-0903
Fax:              (928) 757-3577
e-mail: christine.ballard@co.mohave.az.us

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact:  Mr. Kevin Davidson
Telephone:     (928) 757-0903
Fax:              (928) 757-3577
e-mail: kevin.davidson@co.mohave.az.us

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact:  Mr. Karl Taylor
Telephone:     (928) 757-0903
Fax:              (928) 757-3577
e-mail: karl.taylor@co.mohave.az.us

**Mohave County Pubic Works - Engineering**
3675 E. Hwy. 66
P.O. box 7000
Kingman, AZ 86402-7000
Contact: Mike Hendrix, Director
Telephone:      (928) 757-0910
Fax:               (928) 757-0912
e-mail: mike.hendrix@co.mohave.az.us

**Mohave County Pubic Works – Flood Control District**
3675 E. Andy Devine, Suite C
P.O. box 7000
Kingman, AZ 86402-7000
Contact: Ramon Amaya, Engineering Technician
Telephone:      (928) 757-0925
Fax:               (928) 757-0912
e-mail: ramon.amaya@co.mohave.az.us

**GRAVES Propane of Arizona, Inc**.
7090 Highway 68,
Golden Valley, AZ
Telephone:      (888) 568-2821

**NORTHERN ENERGY**
2625 Airway Ave,
Kingman, AZ
Telephone:      (800) 683-0480

**Dolan Springs Fire District**
16126 Pierce Ferry Road
Dolan Springs, AZ  86441
Telephone:      (928) 767-3300

**Westside Disposal**
PO Box 10129
Golden Valley, AZ  86413
Telephone:      (928) 565-9369

**GoldenState Tower, LLC**
125 Ryan Industrial Court
Suite 109
San Ramon, CA 94583
Telephone:      (925) 837-9900
Fax:               (925) 837-9999

Appendix B

References

## REFERENCES

1. City of Kingman, Arizona. 2004. *General Plan 2020.*

2. City of Kingman, Arizona. 2004. *2004-2005 Community Prospectus.*

3. City of Kingman, Arizona. 2004. *Executive Summary & Projected Land Use Map.*

4. Kingman Area Chamber of Commerce. 2003. *Kingman Area Map.*

5. Arizona Statewide Economic Study 2002

6. US Census Bureau

7. City of Kingman, Arizona, Planning and Zoning Department

8. State of Housing in Arizona in 2000

9. Arizona Department of Commerce

10. Greater Economic Monitor from the College of Business at Northern Arizona University

11. Arizona Department of Economic Security

12. Mohave County Assessed Value 2003-2004, from County Assessors Office

13. Mohave County Comprehensive Plan and Land Use Map

14. Mohave County Planning and Zoning Department

15. Mohave County Assessor's GIS

16. The Foundation for "Population Employment, Earnings, and Personal Income Trends Mohave County", December 2003 includes: Bureau of Economic Analysis; US Department of Commerce; Bureau of Labor Statistics; U.S. Department of Labor County Business Patterns; Bureau of the Census; U.S. Department of Commerce; Arizona Tax Research Association; Mohave County Assessors Office; and Mohave County Annual Budgets.

17. Center for Business Research; L. William Seidman; Research Institute College of Business, Arizona State University: "Arizona Economic Profile, November 2002".

18. Arizona Department of Commerce: "Arizona Statewide Economic Study 2002, Public Outreach, Local Plan Integration, and Strategic Findings".

19. Arizona Department of Health Services: "Community Health Profiles 2000", Mohave County.

20. Arizona State Housing Commission: "State of Housing in Arizona in 2000".

21. Arizona Department of Commerce: "State and County Economic Analysis of Arizona and each Arizona county Economy"

22. AnnDee Johnson, Director of Research & Strategic Planning Arizona Office of Tourism, Arizona's West Coast Regional Profile, Community Outreach Workshop Bullhead City, AZ, November 4, 2003.

23. Corporation for Enterprise Development: 2003 Development Report Card for the States, Web Site: http://drc.cfed.org

24. Uhalde, Seltzer, Tate, and Klien-Collings, June 2003, "Toward a National Workforce Education and Training Policy".

25. ASU study, PUBLIC FINANCE IN ARIZONA

26. Mohave County Office of Management and Budget, Jim Kessler, December, 2003

27. Regional Economic Information System (REIS CD-ROM) of the Bureau of Economic Analysis, U.S. Department of Commerce

<u>Appendix C</u>

# Phase I Environmental Site Assessment

A Phase I Environmental Site Assessment of a site located in the White Hills area along White Hills Road (Mohave Co. Hwy. 145) east of US Highway 93 approximately 40 miles northwest of the City of Kingman, in Mohave County, Arizona, was performed by Stanley Consultants, Inc. The site is generally located in Sections 15, 16, 19, 20, 21, 23, 27, and 30, of Township 27 North, Range 20 West in Mohave County Arizona.  Total area of the site is approximately 4,300 acres, including all of Section 15, 19, 20 and 23, and portions of the other sections.

The assessment was completed in general accordance with the procedures outlined in ASTM E1527-00, Standard Practice of Environmental Site Assessments:  Phase I Environmental Site Assessment Process.

The site is located in an area known as the Detrital Valley near the location of the historic town of White Hills.  The site is currently all open space, consisting primarily of high desert terrain and associated vegetation.  Mohave County Highway 145, also called White Hills Road, serves the site area from US Highway 93.  White Hills Road is paved.  A network of sand and gravel roads provide access to the site area from White Hills Road, although much of the site is inaccessible without the use of a four-wheel drive vehicle, and some portions of the site are only accessible on foot.

The properties around the site include scattered residential properties and open space.  Mining activities in the White Hills location date to the late 1800's (reportedly 1892 to 1898).  The area had mining, residential, and commercial activities at that time.  Two cemeteries were reported in the area.  Some of the drainage from the mining areas passes through the site as it flows toward the Detrital Wash.

Review of historical information indicates that past site uses were most likely similar or identical to current site used.  No evidence of previous industrial activities had been found on the site, although such activities did occur to the east of the site.  Some very minor waste disposal consisting of random dumping has occurred on the site.

One potential hazardous material incident may have been indicated in the AZDEQ historic information for the site, however this incident is not considered significant.

The following environmental conditions or concerns were identified during the assessment:

1. It is unknown if sediments carried by surface runoff from the mining areas east of the site contains heavy metals at levels that would be of concern.

The following actions are recommended:

1. Evaluation of sediments in some of the surface drainage ways is recommended to evaluate effects mining activities have had on the site.

2. Removal and proper disposal of the litter present on the site.

Detailed information regarding these, and other observations, and site history is provided in the report.

(Note: This Appendix C contains the Executive Summary of a separate environmental report titled *Phase I Environmental Site Assessment* – White Hills Site, Mohave County, February 2005, Stanley Consultants.)

## Appendix D

# Topo Maps
(To be submitted separately)