PROJECT SITE

RHODES HOMES
MOHAVE COUNTY, ARIZONA
PEACOCK VISTAS
AREA MAP

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

EXHIBIT 2

US 68 / BNRR
T23N, R15W
T23N, R14W
NORTH
GRAPHIC SCALE
0
2000
4000
8000 FT
0.5
1 MILE

Legend
GP_Diagram
Land_Use
Land
OWNER
Roads_Centerline
CFCC
LAND_USE

Image Provided by:
MOHAVE COUNTY

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

RHODES HOMES
MOHAVE COUNTY, ARIZONA
PEACOCK VISTAS
EXISTING LAND TENURE PATTERN

DESIGNED
DRAWN VND
CHECKED LHP
APPROVED DYW
APPROVED
DATE 02-15-05

SCALE AS NOTED
NO.
EXHIBIT 3