



**Site Location and Surrounding Area**
**Figure 2-2**

# Section 3

# Records Review

## 3.1 Search of Standard Environmental Record Sources – Federal and State

Available environmental regulatory agency databases were collected and reviewed (See Appendix A). The database search was made of the following federal and state database records for sites within a five-mile radius of the center of the subject site.

The typical ASTM search radius for these databases varies from the subject site itself, to within one mile of the subject site. Extending the search radius to within five miles of the center of the site accomplished the intent of the ASTM Standard, as it encompassed the entire site plus an area beyond the site boundary of up to one mile.

### 3.1.1 Federal
- National Priorities List (NPL).
- Proposed National Priorities List (Proposed NPL).
- Delisted NPL (NPL Deletions).
- NPL Liens.
- Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS).
- Resource Conservation and Recovery Information System (RCRIS).
- Emergency Response Notification System (ERNS).
- No Further Remedial Action Planned Sites (NFRAP).
- RCRA Corrective Action Activity (CORRACTS).
- RCRA Administrative Action Tracking System (RAATS).
- Hazardous Materials Incident Report System (HMIRS).
- PCB Activity Database System (PADS).

- Facility Index System (FINDS).
- Toxic Chemical Release Inventory System (TRIS).
- Toxic Substances Control Act (TSCA).
- Material Licensing Tracking System (MLTS).
- Superfund (CERCLA) Record of Decision (ROD).
- Superfund (CERCLA) Consent Decrees (CONSENT).
- Mines Master Index File
- FIFRA/TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act) (FTTS)
- Department of Defense Sites (DOD)
- Section 7 Tracking Systems (SSTS)
- Indian Reservations (Indian Reserv)
- Formerly Used Defense Sites (FUDS)
- Uranium Mill Tailings Sites (UMTRA)

### 3.1.2 State

- Underground Storage Tank Data (UST).
- Leaking Underground Storage Tank Data (LUST).
- Solid Waste Facilities/Landfill Sites (SWF/LW).
- State Hazardous Waste (SHWS).
- Superfund Program List (SPL)
- Water Quality Assurance Revolving Fund Sites (AZWQARF)
- Underground Storage Tanks on Indian Land (INDIAN UST)
- Leaking Underground Storage Tanks on Indian Land (INDIAN LUST)
- Voluntary Remediation Program Sites (VCP)
- Above Ground Storage Tanks (AST)
- Hazardous Material Logbook (AZSPILLS)
- Defense Department Sites (AZDOD)
- Wastewater Treatment Facilities (WWFAC)
- Waste Water Treatment Facilities (Aquifer)
- Dry Well Registration (Dry Wells)
- Arizona Airs Database (AZAIRS)

### 3.1.3 Other National Databases
- Brownfields Sites (US BROWNFIELDS)
- DEUR Database (AUL)
- Voluntary Remediation Program Sites (VCP)
- Former Manufactured Gas Sites (Coal Gas)

Detailed descriptions of each of these databases are included in the regulatory database information included in Appendix A.

## 3.2 Results of Search - Federal and State

In summary, the regulatory database search yielded the following information pertaining to the site and surrounding vicinity (based on ASTM E1527-00 search radii, as expanded for this evaluation) regarding involvement in federal and state environmental programs:

The site and immediate surrounding area, as described in Section 2.1 of this report, did not appear on any of the databases listed above.

Due to poor or inadequate address information in the regulatory files, a number of the sites listed in some of the databases for Mohave County were not mapped by the EDR search. The complete list of these sites is provided in the EDR (Appendix A). After review of the list, none of the unmapped sites appear to be located on the site. Several of the unmapped sites are located in the general site area. These, and their associated database, are the following:

- Kingman Airport Industrial Area – SHWS, CERC-NFRAP
- Kingman Aviation – RCRIS-SQG, Finds
- Musket – Kingman Terminal, 4400 Industrial Dr. - FINDS

These facilities are all located in the industrial park area, which is beyond the ASTM search radius distance from all of the site parcels, except possibly for Parcel 7 which is approximately ½ to ¾ miles from the northernmost edge of the industrial park.

Based on the apparent distances from the listed facilities to the site, none of the unmapped facilities would be expected to adversely affect the site.

No other listings were found in the search of available ("reasonably ascertainable") government records for any other sites within the ASTM E 1527-00 search radius, as expanded for this evaluation, around the target property for any of the databases shown in Section 3.1 above.

Information regarding those sites identified above, and all of the government databases searched, is provided in Appendix A.

### 3.3 Additional Information Sources

#### 3.3.1 Topographic Mapping

Topographic maps of the site, adjacent properties, and surrounding area for the years 1968, and 1980 at 1 to 24,000 scale, and for the years 1984, 1981 at 1 to 100,000 scale, prepared by the United States Geological Survey were reviewed. These maps were evaluated for evidence of past site use, and activities which might be of concern. Copies of appropriate portions of these maps are included in this report.

These maps all show the site and surrounding areas much as they appear today. Some residential development has taken place in the general site area, north of the site. Otherwise, the only discernable differences from one year to the next are minor variations in the alignment of the sand roads serving the area.

#### 3.3.2 NEPA Background Evaluation

The National Environmental Policy Act of 1969 (NEPA) requires that Federal agencies include in their decision-making processes appropriate and careful consideration of all environmental effects and actions, analyze potential environmental effects of proposed actions and their alternatives for public understanding and scrutiny, avoid or minimize adverse effects of proposed actions, and restore and enhance environmental quality as much as possible.

A search of readily available NEPA related information for the site area was performed for Stanley Consultants by EDR, Inc. The EDR search provides information which may be used in conjunction with additional research as appropriate, to determine whether a proposed site or action may have significant environmental effect.

The report included information for the items summarized below:

❋ Natural Areas
- Officially designated wilderness areas (US)
- Officially designated wildlife preserve (US)
- Officially designated wildlife preserve (AZ)
- Threatened or endangered species or critical habitat (County)

❋ Historic Sites
- Listed or eligible for National Register (US)
- Listed or eligible for National Register (AZ)

❋ Floodplains

❋ Wetlands

❋ FCC & FAA Sites
- Communications Towers
- Airports
- Power Lines