The results of the evaluations identified no natural areas or historic sites within the five mile site search radius, although portions of the Kingman Airport, which is just outside of the search radius, may be listed on the National Historic Register due to their significance during the Second World War.

The lower (westerly) portions of some of the larger washes have been mapped as 100 yr. floodplain.

No mapped wetlands were identified in the site area.

The following endangered species were listed for Mohave County. It is unknown if any are in the site area. A detailed on site biological evaluation would be necessary to make that determination.

* Snails
  - Kanab Ambersnail

* Reptiles
  - Desert Tortoise

* Plants
  - Holmgren Milk-Vetch
  - Arizona Cliffrose
  - Jones Cycladenia
  - Siler Pincushion Cactus

* Mammals
  - Hualapai Mexican Vole

* Fish
  - Razorback Sucker
  - Virgin River Chub
  - Humpback Chub
  - Bonytail Chub

* Birds
  - Yuma Clapper Rail
  - Mexican Spotted Owl
  - Bald Eagle

No concerns regarding FCC or FAA sites, other than the Kingman Airport which is located at the westerly border of the search radius, were noted within the five mile site search radius.

Detailed search results are provided in the EDR report in the Appendix C.

### 3.4 Site Ownership Information

A search for City Directory information for the area was performed for Stanley Consultants by EDR Inc. No listings were available.

### 3.5 Fire Insurance Maps

A search for reproductions of Sanborn Fire Insurance Maps for the site and nearby area was performed by EDR. No coverage was available.

### 3.6 Aerial Photographs

Aerial photographs of the site, adjacent properties, and surrounding area dated 1998 were obtained from the US Geological Survey for review. Results of the evaluation are summarized in the following.

The 1998 photo shows the site and surrounding areas essentially as they exist today. The only noticeable difference from 1998 conditions to the present is that the quantity of miscellaneous materials present on the Parcel 7 portion of the site is greater today than was evident in 1998. Otherwise, land use on the site and in the site area appears consistent with current conditions.

### 3.7 Previous Environmental Studies

No previous environmental studies specific to the site were available for our review.

### 3.8 Additional Historical Information

Information available from the Mohave County Museum of History and Arts for the site area was reviewed. Available information dealt primarily with the history of the general Kingman area, and specifically with the former Kingman Army Air Force Base. This information is summarized below.

1881 - First house erected in Kingman.

1882 - Kingman (formerly known as Middleton) established as a siding on the new Atlantic and Pacific Railroad.

1926 - U.S. Route 66 constructed.

1929 - Port Kingman Airport begins operations.

1942 - Army Air Force acquires Kingman Airport and opens the Kingman Army Airfield to serve as a Flexible Gunnery School to train aerial gunners. An estimated 36,000 gunners were trained at the facility during the war.

1945 – Army renames the airfield Storage Depot 41. At one point approximately 5 square miles of land were in use for aircraft storage. The purpose of the facility was to recover aluminum from the airplanes. Approximately 70,000,000 pounds of aluminum from over 7,000 airplanes were eventually recovered.

1948 - Military releases the base for civilian use, and it becomes the property of Mohave County.

1980 - U.S. Interstate 40 is opened through Kingman.

A preliminary report entitled <u>Recovery of Perennial Vegetation in Military Target Sites in the Eastern Mojave Desert, Arizona,</u> published by USGS was also reviewed.  This document describes a series of aerial gunnery ranges established in the general site area during the Second World War.  The nearest of these to the site appears to be approximately 10 miles to the northwest of the site.  The report does not indicate the use of the site as a gunnery range.

Section 4

Discussion

## 4.1 Hazardous Substances

No bulk fuel or hazardous substance storage tanks were identified on the site during the site visit.

No bulk fuel or hazardous material storage is indicated in the historic information for the site.

No hazardous waste generation, or hazardous material spills are indicated in the historic information for the site.

Hazardous waste generation and/or disposal was indicated in the regulatory agency data search for several of the facilities that occupied or formerly occupied the Kingman Airport Industrial Park area to the west of the site.

It is likely there is bulk fuel storage on the current airport facility.

## 4.2 Hazardous Substance Containers and Unidentified Containers

No hazardous substance containers were observed around the site.

No hazardous substance containers, or unidentified containers were observed on properties adjacent to the site.

## 4.3 Storage Tanks

### 4.3.1 Above Ground Tanks

No above ground storage tanks, other than water tanks, were observed on site.

### 4.3.2 Underground Storage Tanks

No visual evidence of active underground storage tanks (vents, fill lines, etc.) was observed on the site during the visit.

## 4.4 Indications of PCB's

No PCB containing electrical equipment (equipment labeled as containing PCB) was observed on the site. Pole mounted transformers were observed on the site. None appeared on visual evaluation to be leaking.

## 4.5 Indications of Solid Waste Disposal

Parcel 7 appeared to be covered with miscellaneous scrap and waste materials.

A minor amount of solid waste disposal was noted at a few other locations on the site. This consisted of a small amount of scrap metals, and a small amount of shooting sport related wastes.

Other than the wastes noted above, no significant on-site solid waste disposal was noted.

## 4.6 Potential Migration Pathways

The risk of migration of contaminants from adjacent properties to the site is considered moderate. It is unknown how extensive the reported low levels of chromium contamination extend around the Kingman Airport well field area.

The risk of off site migration of contaminants from the site is also considered low.

## 4.7 Asbestos

A survey for the presence of asbestos containing materials was not performed.

Section 5

Findings and Conclusions

Based on the information summarized previously in this report, the findings and conclusions of the assessment are as follows:

1.  The site currently consists almost entirely of open space, apparently used as range land for cattle grazing. The easternmost portion of the site is located in the Peacock Mountains. The rangeland includes a few corrals and water tanks, but is otherwise undeveloped. The area is served by several sand roads. It is most likely these areas have always generally been used in this fashion.

2.  The Parcel 7 (NW1/4 Section 24) portion of the site, which is located immediately north of the Kingman Airport, appears to be a junkyard. This portion of the site includes scrap metal, tires, pallets, old machinery, and a trailer. It is unknown how long this parcel has been used in this fashion.

3.  From approximately 1941 to 1948 the Kingman Airport and Industrial Park, which is immediately adjacent to the site, was owned by the United States. The property was used from approximately 1942 through 1945 as an aerial gunnery training facility. From 1946 through 1948 the facility was used as an aircraft storage area. As many as 7,000 aircraft, including many heavy bombers and reportedly occupying an area of approximately five square miles, were stored at the facility pending either sale or recycling (for the scrap aluminum value). It is unclear if these activities extended beyond the current airport boundary or onto the site.

4. The Kingman area was originally settled in the 1880's. The railroad was apparently constructed in the area at approximately that same time (Kingman was reportedly a railroad siding). U.S. Highway 66 was apparently constructed in the area during the 1920's. An airport was apparently present at the current airport site during the 1920's as well.

5. Chromium has reportedly been detected in several of the water production wells operated by the City of Kingman in the airport area. In 1982, eight of ten known wells drilled in the airport area contained chromium in excess of the maximum contaminant level of 0.05 milligrams per liter. In 1992, the maximum contaminant level for chromium was raised to 0.10 milligrams per liter; all of the water sample results for the City of Kingman's airport area production wells were then under the new maximum contaminant level for chromium. Prior water quality studies have reported an increase in chromium below a depth of about 1,000 feet

The following environmental conditions or concerns were identified during the assessment:

1. The accumulation of waste materials on the Parcel 7 portion of the site.

2. The reported presence of low levels of chromium contamination in some of the water supply wells in the general site area.

3. The potential effects of past military activities reported in the general site area during the Second World War.

## Section 6

# Recommendations

Based on the information summarized previously in this report, the following activities are recommended:

1. Removal and proper disposal of the solid wastes and miscellaneous materials present on the Parcel 7 portion of the site.

2. Evaluation of surface soils on the Parcel 7 portion of the site for the presence of residual contamination by fuels, oils, etc., due to the storage/disposal of waste and scrap materials.

3. Testing of any proposed groundwater supplies for evidence of contamination by heavy metals and/or volatile organic compounds.

## Section 7

# Limitations

Stanley Consultants, Inc., obtained information regarding practices, conditions, and test data from the client and/or the property owner/operator during the performance of the environmental assessment.  Stanley Consultants is relying on the accuracy of this information for the preparation of this report.   Stanley Consultants assumes no liability or responsibility for the accuracy, precision, misrepresentation or withholding of information by the client and/or property owner/operator or for items not visible, accessible, or present on-site at the time of investigation.

The findings set forth in this Environmental Assessment Report are based solely on the services described therein, and not on scientific tasks or procedures beyond the scope of agreed upon services or the time and budgeting restraints imposed by the clients.

The purpose of a Phase I Environmental Assessment is to review documentation pertaining to environmental concerns and to evaluate current environmental liabilities of the property.  Stanley Consultants does not assume responsibility for the elimination of hazards that could possibly cause accidents, injuries, damage, or liabilities.  Compliance with the proposed recommendations and/or suggestions as found in this report in no way guarantees elimination of hazards or warrants the property owner/operator's regulatory responsibilities to the appropriate regulatory agency of any conditions, releases, or discharges that are reportable under local, state, or Federal regulations.  The Phase I Environmental Assessment was conducted and prepared in accordance with ASTM E1527-00 standards.  No attempt was made in determining potential radon hazards, asbestos hazards, or lead containing paint hazards on the property.

Section 8

References

## 8.1 Published References

- ASTM E 1527, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process, American Society of Testing and Materials, 2000.

- The EDR-Radius Map with GeoCheck, Environmental Data Resources, Inc. 7/27/04.

- The EDR-NEPA Check Environmental Data Resources, Inc. 7/27/04.

## 8.2 Map and Other References

- Valentine, AZ – 30 by 60 Minute Series (Topographic), United States Geological Survey, 1984

- Rattlesnake Hill, AZ - 7.5 Minute Series (Topographic), United States Geological Survey, 1968 and 1980

- Hualapai Peak, AZ - 7.5 Minute Series (Topographic), United States Geological Survey, 1968 and 1980

- Peacock Peak, AZ - 7.5 Minute Series (Topographic), United States Geological Survey, 1968, and 1980

- Kingman Airport, AZ - 7.5 Minute Series (Topographic), United States Geological Survey, 1968 and 1980

- Hualapai Spring, AZ - 7.5 Minute Series (Topographic), United States Geological Survey, 1968 and 1980.

- Aerial Photographs – 1998, US Geological Survey

- <u>Recovery of Perennial Vegetation in Military Target Sites in the Eastern Mojave Desert, Arizona</u>, United States Geological Survey, 2000

- Mohave County Museum of History and Arts

## Section 9

## Preparers

### 9.1 Signatures

The following person was responsible for the preparation of this report.

Prepared by: _____    Date: _____
H. Scott Byram

### 9.2 Qualifications

H. Scott Byram - Mr. Byram has a Bachelor of Science degree in Civil Engineering from Iowa State University and has more than 25 years of experience in various areas including environmental assessments, environmental compliance audits, and a variety of environmental related studies and design.  Mr. Byram was responsible for this report.

## Appendix A

# Regulatory Data Base Search



EDR™ Environmental
Data Resources Inc

# The EDR Radius Atlas™
## with GeoCheck®

**Kingman 7600 Site**
**5 Miles E of Kingman Airport**
**KINGMAN, AZ  86401**

**Inquiry Number: 01237517.1r**

**July 27, 2004**

**The Standard in
Environmental Risk
Management Information**

440 Wheelers Farms Road
Milford, Connecticut 06460

**Nationwide Customer Service**

Telephone: 1-800-352-0050
Fax:          1-800-231-6802
Internet:    www.edrnet.com

FORM-SMI

# TABLE OF CONTENTS

**SECTION**                                                                 **PAGE**

Executive Summary ................................................................. **ES1**

Overview Map ....................................................................... **2**

Details Maps ........................................................................ **3**

Map Findings Summary ........................................................... **12**

Map Findings ........................................................................ **14**

Orphan Summary .................................................................. **15**

Government Records Searched/Data Currency Tracking ................. **GR-1**


**GEOCHECK ADDENDUM**

Physical Setting Source Addendum ............................................ **A-1**

Physical Setting Source Summary ............................................. **A-2**

Physical Setting Source Map ................................................... **A-7**

Physical Setting Source Map Findings ....................................... **A-8**

Physical Setting Source Records Searched .................................. **A-11**

*Thank you for your business.*
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer - Copyright and Trademark Notice**

This report contains information obtained from a variety of public and other sources. **NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL EDR BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OR DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES.** It can not be concluded from this report that coverage information for the target and surrounding properties does not exist from other sources. Any analyses, estimates, ratings or risk codes provided in this report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Any liability on the part of EDR is strictly limited to a refund of the amount paid for this report.

Copyright 2004 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

## EXECUTIVE SUMMARY

A search of available environmental records was conducted by Environmental Data Resources, Inc. (EDR). The report meets the government records search requirements of ASTM Standard Practice for Environmental Site Assessments, E 1527-00. Search distances are per ASTM standard or custom distances requested by the user.

**TARGET PROPERTY INFORMATION**

**ADDRESS**

> 5 MILES E OF KINGMAN AIRPORT
> KINGMAN, AZ 86401

**COORDINATES**

| | |
|---|---|
| Latitude (North): | 35.268000 - 35° 16' 4.8'' |
| Longitude (West): | 113.850000 - 113° 50' 60.0'' |
| Universal Tranverse Mercator: | Zone 12 |
| UTM X (Meters): | 240741.6 |
| UTM Y (Meters): | 3906290.5 |
| Elevation: | 3727 ft. above sea level |

**USGS TOPOGRAPHIC MAP ASSOCIATED WITH TARGET PROPERTY**

| | |
|---|---|
| Target Property: | 35113-C7 PEACOCK PEAK, AZ |
| Source: | USGS 7.5 min quad index |

**TARGET PROPERTY SEARCH RESULTS**

The target property was not listed in any of the databases searched by EDR.

**DATABASES WITH NO MAPPED SITES**

No mapped sites were found in EDR's search of available ( ''reasonably ascertainable '') government records either on the target property or within the ASTM E 1527-00 search radius around the target property for the following databases:

**FEDERAL ASTM STANDARD**

| | |
|---|---|
| NPL | National Priority List |
| Proposed NPL | Proposed National Priority List Sites |
| CERCLIS | Comprehensive Environmental Response, Compensation, and Liability Information System |
| CERC-NFRAP | CERCLIS No Further Remedial Action Planned |
| CORRACTS | Corrective Action Report |
| RCRIS-TSD | Resource Conservation and Recovery Information System |
| RCRIS-LQG | Resource Conservation and Recovery Information System |
| RCRIS-SQG | Resource Conservation and Recovery Information System |
| ERNS | Emergency Response Notification System |

**STATE ASTM STANDARD**

| | |
|---|---|
| SPL | Superfund Program List |

## EXECUTIVE SUMMARY

SHWS............................ ZipAcids List
SWF/LF.......................... Directory of Solid Waste Facilities
LUST............................ Leaking Underground Storage Tank Listing
UST............................. Underground Storage Tank Listing
AZ WQARF....................... Water Quality Assurance Revolving Fund Sites
INDIAN UST..................... Underground Storage Tanks on Indian Land
INDIAN LUST.................... Leaking Underground Storage Tanks on Indian Land
VCP............................ Voluntary Remediation Program Sites

### FEDERAL ASTM SUPPLEMENTAL

CONSENT........................ Superfund (CERCLA) Consent Decrees
ROD............................ Records Of Decision
Delisted NPL................... National Priority List Deletions
FINDS.......................... Facility Index System/Facility Identification Initiative Program Summary Report
HMIRS.......................... Hazardous Materials Information Reporting System
MLTS........................... Material Licensing Tracking System
MINES.......................... Mines Master Index File
NPL Liens...................... Federal Superfund Liens
PADS........................... PCB Activity Database System
US BROWNFIELDS................. A Listing of Brownfields Sites
FUDS........................... Formerly Used Defense Sites
UMTRA.......................... Uranium Mill Tailings Sites
INDIAN RESERV.................. Indian Reservations
DOD............................ Department of Defense Sites
RAATS.......................... RCRA Administrative Action Tracking System
TRIS........................... Toxic Chemical Release Inventory System
TSCA........................... Toxic Substances Control Act
SSTS........................... Section 7 Tracking Systems
FTTS INSP...................... FIFRA/TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, &
                                Rodenticide Act)/TSCA (Toxic Substances Control Act)

### STATE OR LOCAL ASTM SUPPLEMENTAL

AST............................ List of Aboveground Storage Tanks
AZ Spills...................... Hazardous Material Logbook
AZ DOD......................... Department of Defense Sites
WWFAC.......................... Waste Water Treatment Facilities
Aquifer........................ Waste Water Treatment Facilities
Dry Wells...................... Drywell Registration
AZ AIRS........................ Arizona Airs Database

### EDR PROPRIETARY HISTORICAL DATABASES

Coal Gas....................... Former Manufactured Gas (Coal Gas) Sites

### BROWNFIELDS DATABASES

US BROWNFIELDS................. A Listing of Brownfields Sites
AUL............................ DEUR Database
VCP............................ Voluntary Remediation Program Sites

### SURROUNDING SITES: SEARCH RESULTS

Surrounding sites were not identified.

Unmappable (orphan) sites are not considered in the foregoing analysis.

# EXECUTIVE SUMMARY

Due to poor or inadequate address information, the following sites were not mapped:

| Site Name | Database(s) |
| --- | --- |
| KINGMAN LANDFILL | SHWS |
| DUVAL CORP MINERAL PARK PROP | SHWS |
| YUCCA AIR TO AIR GUNNERY RANGE | SHWS, SWF/LF |
| DE LA FONTAINE MINE | SHWS |
| AMERICAN LEGION MINE | CERCLIS, SHWS, FINDS |
| KINGMAN AIRPORT INDUSTRIAL AREA | SHWS |
| GOLDEN VALLEY SAN LDFL | CERC-NFRAP |
| EQUATORIAL MINERAL PARK INCORPORATED | FINDS, CERC-NFRAP |
| KINGMAN AIRPORT INDUSTRIAL AREA | CERC-NFRAP |
| LAKE HAVASU CITY | SWF/LF |
| MOHAVE COUNTY - LITTLEFIELD TRANSFER STA | SWF/LF |
| KINGMAN | SWF/LF |
| OATMAN | SWF/LF |
| CHLORIDE | SWF/LF |
| ANTERES | SWF/LF |
| HUALAPI MOUNTAIN PARK | SWF/LF |
| LITTLEFIELD | SWF/LF |
| TOPCOCK | SWF/LF |
| CERBAT | SWF/LF |
| COLORADO CITY | SWF/LF |
| LAKE HAVASU CITY | SWF/LF |
| LITTLEFIELD | SWF/LF |
| MOHAVE VALLEY | SWF/LF |
| TRUXTON | SWF/LF |
| WIKIEUP | SWF/LF |
| WILLOW VALLEY | SWF/LF |
| COLORADO CITY | SWF/LF |
| DOLAN SPRINGS | SWF/LF |
| HACKBERRY | SWF/LF |
| MEADVIEW | SWF/LF |
| PEACH SPRINGS | SWF/LF |
| SACRAMENTO #2 | SWF/LF |
| TEMPLE BAR | SWF/LF |
| SACRAMENTO #1 | SWF/LF |
| ARIZONA STRIP | SWF/LF |
| SILVER CREEK | SWF/LF |
| WILLOW BEACH | SWF/LF |
| NORTH STAR STEEL - METAL SHREDDER RESIDU | AUL |
| BLUE BEACON OF KINGMAN | FINDS, WWFAC |
| CERBAT MILL | WWFAC |
| PETRO STOPPING CENTER #15 | WWFAC |
| ATLAS BULK CARRIERS | AZ Spills, WWFAC |
| TRUCK TUB, INC. | WWFAC |
| NORTH STAR STEEL | Aquifer, WWFAC |
| GRIFFITH ENERGY PROJECT | WWFAC |
| GRIFFITH ENERGY PROJECT | WWFAC |
| GRIFFITH ENERGY PROJECT | WWFAC |
| KINGMAN, CITY OF-HILLTOP WWTP | Aquifer, WWFAC |
| NUCOR STEEL KINGMAN, LLC | WWFAC |
| MOHAVE CONCRETE & MATERIALS | LUST, UST |
| ADOT KINGMAN MAINTENANCE | LUST |
| SNOBIRD TRUCK STOP | LUST |

# EXECUTIVE SUMMARY

| | |
|---|---|
| AT&T KINGMAN L-3 AZ2770 | LUST, UST |
| COURTHOUSE SITE | LUST, UST |
| GAS-N-GRUB II | UST |
| DALE MALQUIST-CASTLE ROCK BAR | UST |
| KINGMAN RADIO | UST |
| KINGMAN-HOOVER DAM HWY (US 93) | AST |
| AT&T KINGMAN | AST |
| KINGMAN AVIATION | RCRIS-SQG, FINDS |
| COMPRESSOR STA 1 KINGMAN | RCRIS-SQG, FINDS |
| ADOT EQUIPMENT SVCS | RCRIS-SQG, FINDS |
| HACKBERRY COMPRESSOR STATION | RCRIS-SQG |
| KINGMAN PUMP STATION | RCRIS-SQG, FINDS |
| GRANITE CONSTRUCTION CO | RCRIS-SQG, FINDS |
| HWY 93 10 MILES OF KINGMAN | ERNS |
| US 93, N OF KINGMAN 12OO FT W OF HWY MP 60.5 | ERNS |
| C.O.D. MINE, 10 MILES IN THE NORTH FROM KINGMAN/ S33 R17W T2 | ERNS |
| FLYING J TRUCK STOP, I-40 IN KINGMAN | ERNS |
| 16N OF KINGMAN ON HWY 93/5MI EAST ON MINERAL PARK ROAD | ERNS |
| KINGMAN MINI-STORAGE | ERNS |
| 1 MILE WEST OF KINGMAN MAIN LINE | ERNS |
| PORTLAND MINE SITE, 28 MI NW OF KINGMAN | ERNS |
| TEMPLE BAR MARINA / THE LOCATION IS ABOUT 30 MI FM KINGMAN | ERNS |
| MUSKET - KINGMAN TERMINAL | FINDS |
| KINGMAN SDA SCHOOL | FINDS |
| PRAXAIR, INC. - KINGMAN PLANT | TSCA |
| MINERAL PARK MINE | Aquifer |
| NUCOR STEEL KINGMAN | AZ AIRS |
| HONEYWELL - INTERNATIONAL MEDICAL PRODUC | AZ AIRS |
| HONEYWELL | SSTS |
| ULTRAMAR | HAZNET |
| #1 OLD KINGMAN | HAZNET |

# OVERVIEW MAP - 012375I7.1r - Stanley Consultants



| | |
|---|---|
| ★ Target Property | ▨ Indian Reservations BIA |
| ▲ Sites at elevations higher than or equal to the target property | ⩙ Oil & Gas pipelines |
| ◆ Sites at elevations lower than the target property | ▨ 100-year flood zone |
| ▲ Coal Gasification Sites | ▨ 500-year flood zone |
| ☐ National Priority List Sites | ▦ DOD Sites: AZ DEQ |
| ☐ Landfill Sites | ▨ Water Quality Assurance Revolving Fund Areas |
| ☐ Dept. Defense Sites | |

0    1/4    1/2    1 Miles

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 012375I7.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:54 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.



| | |
|---|---|
| ★ | Target Property |
| ▲ | Sites at elevations higher than or equal to the target property |
| ◆ | Sites at elevations lower than the target property |
| ▲ | Coal Gasification Sites |
| ⚡ | Sensitive Receptors |
| ▨ | National Priority List Sites |
| ▨ | Landfill Sites |
| ▨ | Dept. Defense Sites |

Indian Reservations BIA
Oil & Gas pipelines
100-year flood zone
500-year flood zone
DOD Sites: AZ DEQ
Water Quality Assurance Revolving Fund Areas

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:54 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.