# DETAIL MAP 2 of 9 - 01237517.1r



| Legend | | |
|---|---|---|
| ★ Target Property | | |
| ▲ Sites at elevations higher than or equal to the target property | Indian Reservations BIA | DOD Sites: AZ DEQ |
| ◆ Sites at elevations lower than the target property | Oil & Gas pipelines | Water Quality Assurance Revolving Fund Areas |
| ▲ Coal Gasification Sites | 100-year flood zone | |
| ⚏ Sensitive Receptors | 500-year flood zone | |
| National Priority List Sites | | |
| Landfill Sites | | |
| Dept. Defense Sites | | |

Scale: 0   1/16   1/8   1/4 Miles

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:54 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.



Target Property
Sites at elevations higher than or equal to the target property
Sites at elevations lower than the target property
Coal Gasification Sites
Sensitive Receptors
National Priority List Sites
Landfill Sites
Dept. Defense Sites

Indian Reservations BIA
Oil & Gas pipelines
100-year flood zone
500-year flood zone

DOD Sites: AZ DEQ
Water Quality Assurance Revolving Fund Areas

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

**DETAIL MAP 4 of 9 - 01237517.1r**



| | | |
|---|---|---|
| ★ Target Property | | |
| ▲ Sites at elevations higher than or equal to the target property | Indian Reservations BIA | DOD Sites: AZ DEQ |
| ◆ Sites at elevations lower than the target property | Oil & Gas pipelines | Water Quality Assurance Revolving Fund Areas |
| ▲ Coal Gasification Sites | 100-year flood zone | |
| ⚐ Sensitive Receptors | 500-year flood zone | |
| National Priority List Sites | | |
| Landfill Sites | | |
| Dept. Defense Sites | | |

Scale: 0    1/16    1/8    1/4 Miles

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

# DETAIL MAP 5 of 9 - 01237517.1r



* **Target Property**
▲ Sites at elevations higher than or equal to the target property
◆ Sites at elevations lower than the target property
▲ Coal Gasification Sites
⚲ Sensitive Receptors
▨ National Priority List Sites
▨ Landfill Sites
▨ Dept. Defense Sites

Indian Reservations BIA
Oil & Gas pipelines
100-year flood zone
500-year flood zone

DOD Sites: AZ DEQ
Water Quality Assurance Revolving Fund Areas

0    1/16    1/8    1/4 Miles

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

# DETAIL MAP 6 of 9 - 01237517.1r



★ Target Property
▲ Sites at elevations higher than
   or equal to the target property
◆ Sites at elevations lower than
   the target property
▲ Coal Gasification Sites
⚐ Sensitive Receptors
☒ National Priority List Sites
☒ Landfill Sites
▨ Dept. Defense Sites

Indian Reservations BIA
Oil & Gas pipelines
100-year flood zone
500-year flood zone

DOD Sites: AZ DEQ
Water Quality Assurance
Revolving Fund Areas

0    1/16    1/8    1/4 Miles

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

Case 09-14814-gwz    Doc 1245-14    Entered 08/13/10 18:37:40    Page 6 of 6



GROUNDS RANCH RD

GRD

0        1/16       1/8                    1/4 Miles

- ★ Target Property
- ▲ Sites at elevations higher than or equal to the target property
- ◆ Sites at elevations lower than the target property
- ▲ Coal Gasification Sites
- ⋮ Sensitive Receptors
- ▨ National Priority List Sites
- ▨ Landfill Sites
- ▨ Dept. Defense Sites

- ▨ Indian Reservations BIA
- ⋀ Oil & Gas pipelines
- ▨ 100-year flood zone
- ▨ 500-year flood zone

- ▨ DOD Sites: AZ DEQ
- ▨ Water Quality Assurance Revolving Fund Areas

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.