

GROUNDS RANCH RD

GROUNDS RANCH RD

| ★ | Target Property |
| ▲ | Sites at elevations higher than or equal to the target property |
| ◆ | Sites at elevations lower than the target property |
| ▲ | Coal Gasification Sites |
| ⸬ | Sensitive Receptors |
| ▨ | National Priority List Sites |
| ▨ | Landfill Sites |
| ⸬ | Dept. Defense Sites |

| | Indian Reservations BIA |
| | Oil & Gas pipelines |
| | 100-year flood zone |
| | 500-year flood zone |

| | DOD Sites: AZ DEQ |
| | Water Quality Assurance Revolving Fund Areas |

0    1/16    1/8    1/4 Miles

| TARGET PROPERTY: | Kingman 7600 Site |
| ADDRESS: | 5 Miles E of Kingman Airport |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 |
| LAT/LONG: | 35.2680 / 113.8500 |

| CUSTOMER: | Stanley Consultants |
| CONTACT: | Scott Byram |
| INQUIRY #: | 01237517.1r |
| DATE: | July 27, 2004  9:55 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

## DETAIL MAP 9 of 9 - 01237517.1r



GROUNDS R

| | | | | |
|---|---|---|---|---|
| 0 | 1/16 | 1/8 | | 1/4 Miles |

★ Target Property

▲ Sites at elevations higher than
   or equal to the target property

◆ Sites at elevations lower than
   the target property

▲ Coal Gasification Sites

⁂ Sensitive Receptors

☐ National Priority List Sites

☐ Landfill Sites

☐ Dept. Defense Sites

☐ Indian Reservations BIA

/\ Oil & Gas pipelines

☐ 100-year flood zone

☐ 500-year flood zone

☐ DOD Sites: AZ DEQ

☐ Water Quality Assurance
   Revolving Fund Areas

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:56 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc Rel. 07/2003. All Rights Reserved.

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| **FEDERAL ASTM STANDARD** | | | | | | | | |
| NPL | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proposed NPL | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| CERCLIS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| CERC-NFRAP | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| CORRACTS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| RCRIS-TSD | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| RCRIS Lg. Quan. Gen. | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| RCRIS Sm. Quan. Gen. | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| ERNS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **STATE ASTM STANDARD** | | | | | | | | |
| SPL | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Haz. Waste | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Landfill | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| LUST | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| UST | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AZ WQARF | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| INDIAN UST | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| INDIAN LUST | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| VCP | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **FEDERAL ASTM SUPPLEMENTAL** | | | | | | | | |
| CONSENT | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| ROD | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Delisted NPL | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| FINDS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| HMIRS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| MLTS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| MINES | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| NPL Liens | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| PADS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| US BROWNFIELDS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| FUDS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| UMTRA | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| INDIAN RESERV | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| DOD | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| RAATS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRIS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| TSCA | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| SSTS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| FTTS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **STATE OR LOCAL ASTM SUPPLEMENTAL** | | | | | | | | |
| AST | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| AZ Spills | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AZ DOD | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| WWFAC | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aquifer | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dry Wells | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AZ AIRS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |

**EDR PROPRIETARY HISTORICAL DATABASES**

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| Coal Gas | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |

**BROWNFIELDS DATABASES**

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| US BROWNFIELDS | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AUL | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |
| VCP | | 5.000 | 0 | 0 | 0 | 0 | 0 | 0 |

NOTES:

AQUIFLOW - see EDR Physical Setting Source Addendum

TP = Target Property

NR = Not Requested at this Search Distance

Sites may be listed in more than one database

Map ID
Direction
Distance
Distance (ft.)
Elevation    Site                                                                    Database(s)

EDR ID Number
EPA ID Number

| | MAP FINDINGS | |
|---|---|---|

**Coal Gas Site Search: No site was found in a search of Real Property Scan's ENVIROHAZ database.**

NO SITES FOUND

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| KINGMAN | 1004438034 | BLUE BEACON OF KINGMAN | I-40 & BLAKE RANCH RD | 86401 | FINDS, WWFAC |
| KINGMAN | S104564763 | ULTRAMAR | I-40 / BLAKE RANCH RD | 86401 | HAZNET |
| KINGMAN | 1007089550 | PRAXAIR, INC. - KINGMAN PLANT | INTERSTATE 40 & GRIFFITH RD. | 86401 | TSCA |
| KINGMAN | S106134272 | NUCOR STEEL KINGMAN | 3000 HIGHWAY 66 S | 86401 | AZ AIRS |
| KINGMAN | S105954197 | NORTH STAR STEEL - METAL SHREDDER RESIDU | 3000 HIGHWAY 66 S | 86401 | AUL |
| KINGMAN | 1003878129 | GOLDEN VALLEY SAN LDFL | HWY 68 1 MI W OF HWY 93 JCT | 86401 | CERC-NFRAP |
| KINGMAN | 8860605 | HWY 93 10 MILES OF KINGMAN | HWY 93 10 MILES OF KINGMAN | | ERNS |
| KINGMAN | 1000817752 | EQUATORIAL MINERAL PARK INCORPORATED | HWY 93 AND MINERAL PARK ROAD | 86401 | FINDS, CERC-NFRAP |
| KINGMAN | S106405215 | CERBAT MILL | HWY 93 MILE POST 62(NORTH) | | WWFAC |
| KINGMAN | 92288650 | US 93, N OF KINGMAN 12OO FT W OF HWY MP 60.5 | US 93, N OF KINGMAN 12OO FT W OF HWY MP 60.5 | | ERNS |
| KINGMAN | U003049376 | MOHAVE CONCRETE & MATERIALS | 4502 HWY 95 N | 86401 | LUST, UST |
| KINGMAN | S103214933 | ADOT KINGMAN MAINTENANCE | 3660 E ANDY DEVINE | 86401 | LUST |
| KINGMAN | S106405554 | PETRO STOPPING CENTER #15 | BLAKE RANCH RD  / I40 | 86401 | WWFAC |
| KINGMAN | S103278346 | SNOBIRD TRUCK STOP | 9305 BLAKE RANCH RD | 86401 | LUST |
| KINGMAN | S102257629 | ATLAS BULK CARRIERS | BLAKE RANCH RD  / I-40 | | AZ Spills, WWFAC |
| KINGMAN | 92467906 | C.O.D. MINE, 10 MILES IN THE NORTH FROM KINGMAN/ S33 R17W T2 | C.O.D. MINE, 10 MILES IN THE NORTH FROM KINGMAN/ S33 R17W T2 | | ERNS |
| KINGMAN | 1000235915 | KINGMAN AVIATION | 4705-A CONCOURSE ARPT TERM | 86401 | RCRIS-SQG, FINDS |
| KINGMAN | S100002666 | KINGMAN LANDFILL | 1 MI E OF US 66 ON AIRPORT RD | 86401 | SHWS |
| KINGMAN | 1000321176 | COMPRESSOR STA 1 KINGMAN | 32 MI E OF KINGMAN OFF I 40 | 86401 | RCRIS-SQG, FINDS |
| KINGMAN | 96497654 | FLYING J TRUCK STOP, I-40 IN KINGMAN | FLYING J TRUCK STOP, I-40 IN KINGMAN | | ERNS |
| KINGMAN | S106152604 | MINERAL PARK MINE | HC37-BOX 500 | 86401 | Aquifer |
| KINGMAN | S102790448 | TRUCK TUB, INC. | 2662 S. HIGHWAY 66 | | WWFAC |
| KINGMAN | A100156269 | KINGMAN-HOOVER DAM HWY (US 93) | US HIGHWAY 93 | | AST |
| KINGMAN | S102791119 | #1 OLD KINGMAN | 3755 HUALAPAI M | 86401 | HAZNET |
| KINGMAN | U003886011 | GAS-N-GRUB II | 2201 HUALAPAI MOUNTAIN RD | 86401 | UST |
| KINGMAN | A100136638 | AT&T KINGMAN | AZ HWY 68 12 MILES WEST OF US 93 | | AST |
| KINGMAN | 1004673522 | ADOT EQUIPMENT SVCS | 3540 E HWY 66 ADOT | 86401 | RCRIS-SQG, FINDS |
| KINGMAN | S102519420 | DUVAL CORP MINERAL PARK PROP | ON HWY 93 14 MI W OF KINGMAN | 86401 | SHWS |
| KINGMAN | U000737562 | DALE MALQUIST-CASTLE ROCK BAR | 3743 N HWY 93 | 86401 | UST |
| KINGMAN | 1007121682 | MUSKET - KINGMAN TERMINAL | 4500 INDUSTRIAL BLVD | 86401 | FINDS |
| KINGMAN | 96503155 | 16N OF KINGMAN ON HWY 93/5MI EAST ON MINERAL PARK ROAD | 16N OF KINGMAN ON HWY 93/5MI EAST ON MINERAL PARK ROAD | | ERNS |
| KINGMAN | 91242132 | KINGMAN MINI-STORAGE | KINGMAN MINI-STORAGE | | ERNS |
| KINGMAN | S106152734 | NORTH STAR STEEL | MCCONNICO EXIT I-40 | | Aquifer, WWFAC |
| KINGMAN | 877244 | 1 MILE WEST OF KINGMAN MAIN LINE | 1 MILE WEST OF KINGMAN MAIN LINE | | ERNS |
| KINGMAN | S102686284 | YUCCA AIR TO AIR GUNNERY RANGE | 1 MILE SOUTH OF YUCCA | 86401 | SHWS, SWF/LF |
| KINGMAN | 1007198503 | HACKBERRY COMPRESSOR STATION | 18 MILES E OF KINGMAN | 86401 | RCRIS-SQG |
| KINGMAN | S106405390 | GRIFFITH ENERGY PROJECT | 9 MILES SOUTH OF KINGMAN ON I-40 | 86401 | WWFAC |
| KINGMAN | S106405391 | GRIFFITH ENERGY PROJECT | 9 MILES SOUTH OF KINGMAN ON I-40 | 86401 | WWFAC |
| KINGMAN | S106405392 | GRIFFITH ENERGY PROJECT | 9 MILES SOUTH OF KINGMAN ON 1-40 | 86401 | WWFAC |
| KINGMAN | 1000893581 | DE LA FONTAINE MINE | 8 MI. N. ON STOCKTON RD. 3 MI. W. | 86401 | SHWS |

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| KINGMAN | S106152609 | KINGMAN, CITY OF-HILLTOP WWTP | NEAR KINGMAN | | Aquifer, WWFAC |
| KINGMAN | S106405518 | NUCOR STEEL KINGMAN, LLC | P O BOX 3249 | | WWFAC |
| KINGMAN | U003050760 | AT&T KINGMAN L-3 AZ2770 | OFF HWY 68 15 M W OF KINGMAN | | LUST, UST |
| KINGMAN | 1005430910 | HONEYWELL | 4790 OLYMPIC DR | 86401 | SSTS |
| KINGMAN | S106424270 | HONEYWELL - INTERNATIONAL MEDICAL PRODUC | 4790 OLYMPIC DR | 86401 | AZ AIRS |
| KINGMAN | 1000893571 | AMERICAN LEGION MINE | 8M NORTH ON STOCKTON RD. | 86401 | CERCLIS, SHWS, FINDS |
| KINGMAN | U001156955 | COURTHOUSE SITE | PINE ST 4TH & MAPLE | 86401 | LUST, UST |
| KINGMAN | 92298735 | PORTLAND MINE SITE, 28 MI NW OF KINGMAN | PORTLAND MINE SITE, 28 MI NW OF KINGMAN | | ERNS |
| KINGMAN | 1003878104 | KINGMAN AIRPORT INDUSTRIAL AREA | T22N R16W | 86401 | CERC-NFRAP |
| KINGMAN | 1000235919 | KINGMAN AIRPORT INDUSTRIAL AREA | T22N R16W | 86401 | SHWS |
| KINGMAN | 1004473643 | KINGMAN PUMP STATION | 5 MI S OF KINGMAN 20 N R | 86401 | RCRIS-SQG, FINDS |
| KINGMAN | U001624989 | KINGMAN RADIO | 15 MI SE OF KINGMAN HUALAPAI | 86401 | UST |
| KINGMAN | 99618448 | TEMPLE BAR MARINA / THE LOCATION IS ABOUT 30 MI FM KINGMAN | TEMPLE BAR MARINA / THE LOCATION IS ABOUT 30 MI FM KINGMAN | | ERNS |
| KINGMAN | 1001201390 | GRANITE CONSTRUCTION CO | 2 MI W OF 93 ON RT 6 | 86401 | RCRIS-SQG, FINDS |
| KINGMAN | 1004438940 | KINGMAN SDA SCHOOL | 3180 WHITE CLIFFS RD | 86401 | FINDS |
| MOHAVE COUNTY | S106205213 | LAKE HAVASU CITY | 3251 E. CHENOWITH DR., OUTSIDE OF LAKE HAVASU CITY | | SWF/LF |
| MOHAVE COUNTY | S106205295 | MOHAVE COUNTY - LITTLEFIELD TRANSFER STA | ENTRANCE GATE TO LITTLEFIELD TRANSFER STATION HIGH | | SWF/LF |
| MOHAVE COUNTY | 1000235918 | KINGMAN | 1 MILE EAST OF US 66 ON AIRPORT RD. | | SWF/LF |
| MOHAVE COUNTY | S103278052 | OATMAN | 1 MILE SOUTH OF OATMAN | | SWF/LF |
| MOHAVE COUNTY | S103895132 | CHLORIDE | 1 MILE SOUTH OF CHLORIDE ON 2ND ST. | | SWF/LF |
| MOHAVE COUNTY | S103895131 | ANTERES | .8 MILES NORTH OF US 66 ON ROAD TO PEARCE FERRY | | SWF/LF |
| MOHAVE COUNTY | S103895136 | HUALAPI MOUNTAIN PARK | 12 MILES SOUTH OF US 66 ON PARK RD. 8 MILES | | SWF/LF |
| MOHAVE COUNTY | S103895137 | LITTLEFIELD | 2 MILES NORTHEAST OF LITTLEFIELD | | SWF/LF |
| MOHAVE COUNTY | S103895144 | TOPCOCK | 2 MILES NORTH OF TOPCOCK ON AZ 95 | | SWF/LF |
| MOHAVE COUNTY | S100293362 | CERBAT | 2.5 MILES NORTHEAST OF AZ. 93 ON MI | | SWF/LF |
| MOHAVE COUNTY | S100293363 | COLORADO CITY | .5 MILES E OF CENTRAL AVE ON MOJAVE | | SWF/LF |
| MOHAVE COUNTY | S100293364 | LAKE HAVASU CITY | 3 MILES E OF AZ. 95, 1.5 MILES N OF | | SWF/LF |
| MOHAVE COUNTY | S100293365 | LITTLEFIELD | 1.5 MILES N OF I-15 ON U.S. 91, THE | | SWF/LF |
| MOHAVE COUNTY | S100293366 | MOHAVE VALLEY | 4.5 MILES EAST OF AZ. 95 ON EL RODE | | SWF/LF |
| MOHAVE COUNTY | S103895145 | TRUXTON | 1.5 MILES SOUTHEAST OF TRUXTON | | SWF/LF |
| MOHAVE COUNTY | S103895146 | WIKIEUP | .5 MILES NORTH OF AIRPORT ON CHICKEN SPRINGS RD. | | SWF/LF |
| MOHAVE COUNTY | S106205164 | WILLOW VALLEY | 18 MILES NORTH OF TOPCOCK ON AZ 95, 4 MILES ON WIL | | SWF/LF |
| MOHAVE COUNTY | S103895133 | COLORADO CITY | .5 MILES EAST OF CENTRAL AVE. ON MOHAVE AVE. | | SWF/LF |
| MOHAVE COUNTY | S103895134 | DOLAN SPRINGS | 5 MILES EAST OF US 93 1 MILE NORTH | | SWF/LF |
| MOHAVE COUNTY | S103895135 | HACKBERRY | .25 MILES SOUTH OF US 66 ON ROAD TO WICKIUP | | SWF/LF |
| MOHAVE COUNTY | S103895138 | MEADVIEW | 7 MILES SOUTH OF MEADVIEW ON PIERCE FERRY | | SWF/LF |
| MOHAVE COUNTY | S103895139 | PEACH SPRINGS | 2 MILES SOUTH OF PEACH SPRINGS ON RESERVATION | | SWF/LF |

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| MOHAVE COUNTY | S103895141 | SACREMENTO #2 | 1.3 MILES WEST OF US 93 ON AZ 68 ON TOOMAN RD. | | SWF/LF |
| MOHAVE COUNTY | S103895143 | TEMPLE BAR | .7 MILES SOUTH OF RANGER STATION | | SWF/LF |
| MOHAVE COUNTY | S106130928 | SACREMENTO #1 | 8.4 MILES WEST OF US 93 ON AZ 68 .5 MILES NORTHWES | | SWF/LF |
| MOHAVE COUNTY | S106205211 | ARIZONA STRIP | OUTSIDE OF COLORADO CITY | | SWF/LF |
| MOHAVE COUNTY | S106205163 | SILVER CREEK | SILVER CREEK RD. APPROX. 2 MILES WEST O BULLHEAD | | SWF/LF |
| MOHAVE COUNTY | S103895147 | WILLOW BEACH | AT WILLOW BEACH IN LAKE MEAD NATIONAL PARK | | SWF/LF |

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

To maintain currency of the following federal and state databases, EDR contacts the appropriate governmental agency on a monthly or quarterly basis, as required.

**Elapsed ASTM days:** Provides confirmation that this EDR report meets or exceeds the 90-day updating requirement of the ASTM standard.

## FEDERAL ASTM STANDARD RECORDS

**NPL:** National Priority List
Source: EPA
Telephone: N/A
National Priorities List (Superfund). The NPL is a subset of CERCLIS and identifies over 1,200 sites for priority cleanup under the Superfund Program. NPL sites may encompass relatively large areas. As such, EDR provides polygon coverage for over 1,000 NPL site boundaries produced by EPA's Environmental Photographic Interpretation Center (EPIC) and regional EPA offices.

| | |
|---|---|
| Date of Government Version: 04/27/04 | Date of Data Arrival at EDR: 05/04/04 |
| Date Made Active at EDR: 05/21/04 | Elapsed ASTM days: 17 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 05/04/04 |

**NPL Site Boundaries**

Sources:

EPA's Environmental Photographic Interpretation Center (EPIC)
Telephone: 202-564-7333

| | |
|---|---|
| EPA Region 1 | EPA Region 6 |
| Telephone 617-918-1143 | Telephone: 214-655-6659 |
| EPA Region 3 | EPA Region 8 |
| Telephone 215-814-5418 | Telephone: 303-312-6774 |
| EPA Region 4 | |
| Telephone 404-562-8033 | |

**Proposed NPL:** Proposed National Priority List Sites
Source: EPA
Telephone: N/A

| | |
|---|---|
| Date of Government Version: 04/27/04 | Date of Data Arrival at EDR: 05/04/04 |
| Date Made Active at EDR: 05/21/04 | Elapsed ASTM days: 17 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 05/04/04 |

**CERCLIS:** Comprehensive Environmental Response, Compensation, and Liability Information System
Source: EPA
Telephone: 703-413-0223
CERCLIS contains data on potentially hazardous waste sites that have been reported to the USEPA by states, municipalities, private companies and private persons, pursuant to Section 103 of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). CERCLIS contains sites which are either proposed to or on the National Priorities List (NPL) and sites which are in the screening and assessment phase for possible inclusion on the NPL.

| | |
|---|---|
| Date of Government Version: 02/26/04 | Date of Data Arrival at EDR: 03/22/04 |
| Date Made Active at EDR: 04/02/04 | Elapsed ASTM days: 11 |
| Database Release Frequency: Quarterly | Date of Last EDR Contact: 06/23/04 |

**CERCLIS-NFRAP:** CERCLIS No Further Remedial Action Planned
Source: EPA
Telephone: 703-413-0223
As of February 1995, CERCLIS sites designated "No Further Remedial Action Planned" (NFRAP) have been removed from CERCLIS. NFRAP sites may be sites where, following an initial investigation, no contamination was found, contamination was removed quickly without the need for the site to be placed on the NPL, or the contamination was not serious enough to require Federal Superfund action or NPL consideration. EPA has removed approximately 25,000 NFRAP sites to lift the unintended barriers to the redevelopment of these properties and has archived them as historical records so EPA does not needlessly repeat the investigations in the future. This policy change is part of the EPA's Brownfields Redevelopment Program to help cities, states, private investors and affected citizens to promote economic redevelopment of unproductive urban sites.

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

| | |
|---|---|
| Date of Government Version: 02/26/04 | Date of Data Arrival at EDR: 03/22/04 |
| Date Made Active at EDR: 04/02/04 | Elapsed ASTM days: 11 |
| Database Release Frequency: Quarterly | Date of Last EDR Contact: 06/23/04 |

**CORRACTS:** Corrective Action Report
Source: EPA
Telephone: 800-424-9346
CORRACTS identifies hazardous waste handlers with RCRA corrective action activity.

| | |
|---|---|
| Date of Government Version: 03/15/04 | Date of Data Arrival at EDR: 03/25/04 |
| Date Made Active at EDR: 04/15/04 | Elapsed ASTM days: 21 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 06/07/04 |

**RCRIS:** Resource Conservation and Recovery Information System
Source: EPA
Telephone: 800-424-9346
Resource Conservation and Recovery Information System. RCRIS includes selective information on sites which generate, transport, store, treat and/or dispose of hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA). Conditionally exempt small quantity generators (CESQGs): generate less than 100 kg of hazardous waste, or less than 1 kg of acutely hazardous waste per month. Small quantity generators (SQGs): generate between 100 kg and 1,000 kg of hazardous waste per month. Large quantity generators (LQGs): generate over 1,000 kilograms (kg) of hazardous waste, or over 1 kg of acutely hazardous waste per month. Transporters are individuals or entities that move hazardous waste from the generator off-site to a facility that can recycle, treat, store, or dispose of the waste. TSDFs treat, store, or dispose of the waste.

| | |
|---|---|
| Date of Government Version: 06/15/04 | Date of Data Arrival at EDR: 06/23/04 |
| Date Made Active at EDR: 07/20/04 | Elapsed ASTM days: 27 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 06/23/04 |

**ERNS:** Emergency Response Notification System
Source: National Response Center, United States Coast Guard
Telephone: 202-260-2342
Emergency Response Notification System. ERNS records and stores information on reported releases of oil and hazardous substances.

| | |
|---|---|
| Date of Government Version: 12/31/03 | Date of Data Arrival at EDR: 01/26/04 |
| Date Made Active at EDR: 03/12/04 | Elapsed ASTM days: 46 |
| Database Release Frequency: Annually | Date of Last EDR Contact: 04/26/04 |

### FEDERAL ASTM SUPPLEMENTAL RECORDS

**BRS:** Biennial Reporting System
Source: EPA/NTIS
Telephone: 800-424-9346
The Biennial Reporting System is a national system administered by the EPA that collects data on the generation and management of hazardous waste. BRS captures detailed data from two groups: Large Quantity Generators (LQG) and Treatment, Storage, and Disposal Facilities.

| | |
|---|---|
| Date of Government Version: 12/01/01 | Date of Last EDR Contact: 06/22/04 |
| Database Release Frequency: Biennially | Date of Next Scheduled EDR Contact: 09/13/04 |

**CONSENT:** Superfund (CERCLA) Consent Decrees
Source: EPA Regional Offices
Telephone: Varies
Major legal settlements that establish responsibility and standards for cleanup at NPL (Superfund) sites. Released periodically by United States District Courts after settlement by parties to litigation matters.

| | |
|---|---|
| Date of Government Version: N/A | Date of Last EDR Contact: N/A |
| Database Release Frequency: Varies | Date of Next Scheduled EDR Contact: N/A |

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**ROD:** Records Of Decision
Source: EPA
Telephone: 703-416-0223
Record of Decision. ROD documents mandate a permanent remedy at an NPL (Superfund) site containing technical and health information to aid in the cleanup.

| | |
|---|---|
| Date of Government Version: 04/08/04 | Date of Last EDR Contact: 04/05/04 |
| Database Release Frequency: Annually | Date of Next Scheduled EDR Contact: 07/05/04 |

**DELISTED NPL:** National Priority List Deletions
Source: EPA
Telephone: N/A
The National Oil and Hazardous Substances Pollution Contingency Plan (NCP) establishes the criteria that the EPA uses to delete sites from the NPL. In accordance with 40 CFR 300.425.(e), sites may be deleted from the NPL where no further response is appropriate.

| | |
|---|---|
| Date of Government Version: 04/27/04 | Date of Last EDR Contact: 05/04/04 |
| Database Release Frequency: Quarterly | Date of Next Scheduled EDR Contact: 08/02/04 |

**FINDS:** Facility Index System/Facility Identification Initiative Program Summary Report
Source: EPA
Telephone: N/A
Facility Index System. FINDS contains both facility information and 'pointers' to other sources that contain more detail. EDR includes the following FINDS databases in this report: PCS (Permit Compliance System), AIRS (Aerometric Information Retrieval System), DOCKET (Enforcement Docket used to manage and track information on civil judicial enforcement cases for all environmental statutes), FURS (Federal Underground Injection Control), C-DOCKET (Criminal Docket System used to track criminal enforcement actions for all environmental statutes), FFIS (Federal Facilities Information System), STATE (State Environmental Laws and Statutes), and PADS (PCB Activity Data System).

| | |
|---|---|
| Date of Government Version: 04/08/04 | Date of Last EDR Contact: 07/06/04 |
| Database Release Frequency: Quarterly | Date of Next Scheduled EDR Contact: 10/04/04 |

**HMIRS:** Hazardous Materials Information Reporting System
Source: U.S. Department of Transportation
Telephone: 202-366-4555
Hazardous Materials Incident Report System. HMIRS contains hazardous material spill incidents reported to DOT.

| | |
|---|---|
| Date of Government Version: 02/17/04 | Date of Last EDR Contact: 04/20/04 |
| Database Release Frequency: Annually | Date of Next Scheduled EDR Contact: 07/19/04 |

**MLTS:** Material Licensing Tracking System
Source: Nuclear Regulatory Commission
Telephone: 301-415-7169
MLTS is maintained by the Nuclear Regulatory Commission and contains a list of approximately 8,100 sites which possess or use radioactive materials and which are subject to NRC licensing requirements. To maintain currency, EDR contacts the Agency on a quarterly basis.

| | |
|---|---|
| Date of Government Version: 04/19/04 | Date of Last EDR Contact: 07/06/04 |
| Database Release Frequency: Quarterly | Date of Next Scheduled EDR Contact: 10/04/04 |

**MINES:** Mines Master Index File
Source: Department of Labor, Mine Safety and Health Administration
Telephone: 303-231-5959

| | |
|---|---|
| Date of Government Version: 03/05/04 | Date of Last EDR Contact: 06/30/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 09/27/04 |

**NPL LIENS:** Federal Superfund Liens
Source: EPA
Telephone: 202-564-4267
Federal Superfund Liens. Under the authority granted the USEPA by the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) of 1980, the USEPA has the authority to file liens against real property in order to recover remedial action expenditures or when the property owner receives notification of potential liability. USEPA compiles a listing of filed notices of Superfund Liens.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 10/15/91                          Date of Last EDR Contact: 05/24/04
Database Release Frequency: No Update Planned                 Date of Next Scheduled EDR Contact: 08/23/04

**PADS:**  PCB Activity Database System
Source:  EPA
Telephone:  202-564-3887
PCB Activity Database. PADS Identifies generators, transporters, commercial storers and/or brokers and disposers
of PCB's who are required to notify the EPA of such activities.

Date of Government Version: 03/30/04                          Date of Last EDR Contact: 05/12/04
Database Release Frequency: Annually                          Date of Next Scheduled EDR Contact: 08/09/04

**DOD:**  Department of Defense Sites
Source:  USGS
Telephone:  703-692-8801
This data set consists of federally owned or administered lands, administered by the Department of Defense, that
have any area equal to or greater than 640 acres of the United States, Puerto Rico, and the U.S. Virgin Islands.

Date of Government Version: 10/01/03                          Date of Last EDR Contact: 05/14/04
Database Release Frequency: Semi-Annually                     Date of Next Scheduled EDR Contact: 08/09/04

**STORMWATER:**  Storm Water General Permits
Source:  Environmental Protection Agency
Telephone:  202 564-0746
A listing of all facilities with Storm Water General Permits.

Date of Government Version: N/A                               Date of Last EDR Contact: N/A
Database Release Frequency: Quarterly                         Date of Next Scheduled EDR Contact: N/A

**INDIAN RESERV:**  Indian Reservations
Source:  USGS
Telephone:  202-208-3710
This map layer portrays Indian administered lands of the United States that have any area equal to or greater
than 640 acres.

Date of Government Version: 10/01/03                          Date of Last EDR Contact: 05/14/04
Database Release Frequency: Semi-Annually                     Date of Next Scheduled EDR Contact: 08/09/04

**US BROWNFIELDS:**  A Listing of Brownfields Sites
Source:  Environmental Protection Agency
Telephone:  202-566-2777
Included in the listing are brownfields properties addresses by Cooperative Agreement Recipients and brownfields
properties addressed by Targeted Brownfields Assessments. Targeted Brownfields Assessments-EPA's Targeted Brownfields
Assessments (TBA) program is designed to help states, tribes, and municipalities--especially those without EPA
Brownfields Assessment Demonstration Pilots--minimize the uncertainties of contamination often associated with
brownfields. Under the TBA program, EPA provides funding and/or technical assistance for environmental assessments
at brownfields sites throughout the country. Targeted Brownfields Assessments supplement and work with other efforts
under EPA's Brownfields Initiative to promote cleanup and redevelopment of brownfields. Cooperative Agreement
Recipients-States, political subdivisions, territories, and Indian tribes become BCRLF cooperative agreement recipients
when they enter into BCRLF cooperative agreements with the U.S. EPA. EPA selects BCRLF cooperative agreement recipients
based on a proposal and application process. BCRLF cooperative agreement recipients must use EPA funds provided
through BCRLF cooperative agreement for specified brownfields-related cleanup activities.

Date of Government Version: 04/14/04                          Date of Last EDR Contact: 06/14/04
Database Release Frequency: Semi-Annually                     Date of Next Scheduled EDR Contact: 09/13/04

**RMP:**  Risk Management Plans
Source:  Environmental Protection Agency
Telephone:  202-564-8600
When Congress passed the Clean Air Act Amendments of 1990, it required EPA to publish regulations and guidance
for chemical accident prevention at facilities using extremely hazardous substances. The Risk Management Program
Rule (RMP Rule) was written to implement Section 112(r) of these amendments. The rule, which built upon existing
industry codes and standards, requires companies of all sizes that use certain flammable and toxic substances
to develop a Risk Management Program, which includes a(n): Hazard assessment that details the potential effects
of an accidental release, an accident history of the last five years, and an evaluation of worst-case and alternative
accidental releases; Prevention program that includes safety precautions and maintenance, monitoring, and employee
training measures; and Emergency response program that spells out emergency health care, employee training measures
and procedures for informing the public and response agencies (e.g the fire department) should an accident occur.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: N/A
Database Release Frequency: N/A

Date of Last EDR Contact: N/A
Date of Next Scheduled EDR Contact: N/A

**FUDS:** Formerly Used Defense Sites
Source: U.S. Army Corps of Engineers
Telephone: 202-528-4285
The listing includes locations of Formerly Used Defense Sites properties where the US Army Corps of Engineers
is actively working or will take necessary cleanup actions.

Date of Government Version: 10/01/03
Database Release Frequency: Varies

Date of Last EDR Contact: 07/06/04
Date of Next Scheduled EDR Contact: 10/04/04

**UMTRA:** Uranium Mill Tailings Sites
Source: Department of Energy
Telephone: 505-845-0011
Uranium ore was mined by private companies for federal government use in national defense programs. When the mills
shut down, large piles of the sand-like material (mill tailings) remain after uranium has been extracted from
the ore. Levels of human exposure to radioactive materials from the piles are low; however, in some cases tailings
were used as construction materials before the potential health hazards of the tailings were recognized. In 1978,
24 inactive uranium mill tailings sites in Oregon, Idaho, Wyoming, Utah, Colorado, New Mexico, Texas, North Dakota,
South Dakota, Pennsylvania, and on Navajo and Hopi tribal lands, were targeted for cleanup by the Department of
Energy.

Date of Government Version: 04/22/04
Database Release Frequency: Varies

Date of Last EDR Contact: 06/21/04
Date of Next Scheduled EDR Contact: 09/20/04

**RAATS:** RCRA Administrative Action Tracking System
Source: EPA
Telephone: 202-564-4104
RCRA Administration Action Tracking System. RAATS contains records based on enforcement actions issued under RCRA
pertaining to major violators and includes administrative and civil actions brought by the EPA. For administration
actions after September 30, 1995, data entry in the RAATS database was discontinued. EPA will retain a copy of
the database for historical records. It was necessary to terminate RAATS because a decrease in agency resources
made it impossible to continue to update the information contained in the database.

Date of Government Version: 04/17/95
Database Release Frequency: No Update Planned

Date of Last EDR Contact: 06/07/04
Date of Next Scheduled EDR Contact: 09/06/04

**TRIS:** Toxic Chemical Release Inventory System
Source: EPA
Telephone: 202-566-0250
Toxic Release Inventory System. TRIS identifies facilities which release toxic chemicals to the air, water and
land in reportable quantities under SARA Title III Section 313.

Date of Government Version: 12/31/01
Database Release Frequency: Annually

Date of Last EDR Contact: 06/22/04
Date of Next Scheduled EDR Contact: 09/20/04

**TSCA:** Toxic Substances Control Act
Source: EPA
Telephone: 202-260-5521
Toxic Substances Control Act. TSCA identifies manufacturers and importers of chemical substances included on the
TSCA Chemical Substance Inventory list. It includes data on the production volume of these substances by plant
site.

Date of Government Version: 12/31/02
Database Release Frequency: Every 4 Years

Date of Last EDR Contact: 06/07/04
Date of Next Scheduled EDR Contact: 09/06/04

**FTTS INSP:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
Source: EPA
Telephone: 202-564-2501

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 04/13/04
Database Release Frequency: Quarterly

Date of Last EDR Contact: 06/21/04
Date of Next Scheduled EDR Contact: 09/20/04

**SSTS:** Section 7 Tracking Systems
Source: EPA
Telephone: 202-564-5008
Section 7 of the Federal Insecticide, Fungicide and Rodenticide Act, as amended (92 Stat. 829) requires all registered pesticide-producing establishments to submit a report to the Environmental Protection Agency by March 1st each year. Each establishment must report the types and amounts of pesticides, active ingredients and devices being produced, and those having been produced and sold or distributed in the past year.

Date of Government Version: 12/31/01
Database Release Frequency: Annually

Date of Last EDR Contact: 04/19/04
Date of Next Scheduled EDR Contact: 07/19/04

**FTTS:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
Source: EPA/Office of Prevention, Pesticides and Toxic Substances
Telephone: 202-564-2501
FTTS tracks administrative cases and pesticide enforcement actions and compliance activities related to FIFRA, TSCA and EPCRA (Emergency Planning and Community Right-to-Know Act). To maintain currency, EDR contacts the Agency on a quarterly basis.

Date of Government Version: 04/13/04
Database Release Frequency: Quarterly

Date of Last EDR Contact: 06/21/04
Date of Next Scheduled EDR Contact: 09/20/04

## STATE OF ARIZONA ASTM STANDARD RECORDS

**SPL:** Superfund Program List
Source: Department of Environmental Quality
Telephone: 602-771-4360
The list is representative of the sites and potential sites within the jurisdiction of the Superfund Program Section. It is comprised of the following elements: 1) Water Quality Assurance Revolving Fund Registry Sites; 2) Potential WQARF Registry sites; 3) NPL sites; and 4) Department of Defense sites requiring SPS oversight.

Date of Government Version: 05/23/03
Date Made Active at EDR: 06/26/03
Database Release Frequency: Semi-Annually

Date of Data Arrival at EDR: 06/02/03
Elapsed ASTM days: 24
Date of Last EDR Contact: 06/01/04

**SHWS:** ZipAcids List
Source: Department of Environmental Quality
Telephone: 602-771-4360
The ACIDS list consists of more than 750 locations subject to investigation under the State Water Quality Assurance Revolving Fund (WQARF) and Federal CERCLA programs. The list is no longer updated by the state.

Date of Government Version: 01/03/00
Date Made Active at EDR: 05/16/00
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 04/11/00
Elapsed ASTM days: 35
Date of Last EDR Contact: 04/19/04

**SWF/LF:** Directory of Solid Waste Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4132
Solid Waste Facilities/Landfill Sites. SWF/LF type records typically contain an inventory of solid waste disposal facilities or landfills in a particular state. Depending on the state, these may be active or inactive facilities or open dumps that failed to meet RCRA Subtitle D Section 4004 criteria for solid waste landfills or disposal sites.

Date of Government Version: 01/01/04
Date Made Active at EDR: 04/23/04
Database Release Frequency: Annually

Date of Data Arrival at EDR: 03/29/04
Elapsed ASTM days: 25
Date of Last EDR Contact: 06/29/04

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**LUST:** Leaking Underground Storage Tank Listing
Source: Department of Environmental Quality
Telephone: 602-771-4345
Leaking Underground Storage Tank Incident Reports. LUST records contain an inventory of reported leaking underground
storage tank incidents. Not all states maintain these records, and the information stored varies by state.

| | |
|---|---|
| Date of Government Version: 02/01/04 | Date of Data Arrival at EDR: 02/25/04 |
| Date Made Active at EDR: 03/18/04 | Elapsed ASTM days: 22 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 05/11/04 |

**UST:** Underground Storage Tank Listing
Source: Department of Environmental Quality
Telephone: 602-771-4345
Registered Underground Storage Tanks. UST's are regulated under Subtitle I of the Resource Conservation and Recovery
Act (RCRA) and must be registered with the state department responsible for administering the UST program. Available
information varies by state program.

| | |
|---|---|
| Date of Government Version: 02/01/04 | Date of Data Arrival at EDR: 02/09/04 |
| Date Made Active at EDR: 03/15/04 | Elapsed ASTM days: 35 |
| Database Release Frequency: Annually | Date of Last EDR Contact: 05/11/04 |

**WQARF:** Water Quality Assurance Revolving Fund Sites
Source: Department of Environmental Quality
Telephone: 602-771-4360
Sites which may have an actual or potential impact upon the waters of the state, cause by hazardous substances.
The WQARF program provides matching funds to political subdivisions and other state agencies for clean-up activities.

| | |
|---|---|
| Date of Government Version: 07/01/03 | Date of Data Arrival at EDR: 08/11/03 |
| Date Made Active at EDR: 09/29/03 | Elapsed ASTM days: 49 |
| Database Release Frequency: Annually | Date of Last EDR Contact: 06/01/04 |

**INDIAN UST:** Underground Storage Tanks on Indian Land
Source: EPA Region 9
Telephone: 415-972-3368

| | |
|---|---|
| Date of Government Version: 06/18/04 | Date of Data Arrival at EDR: 06/21/04 |
| Date Made Active at EDR: 07/21/04 | Elapsed ASTM days: 30 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 06/07/04 |

**INDIAN LUST:** Leaking Underground Storage Tanks on Indian Land
Source: Environmental Protection Agency
Telephone: 415-972-3372
LUSTs on Indian land in Arizona, California, New Mexico and Nevada

| | |
|---|---|
| Date of Government Version: N/A | Date of Data Arrival at EDR: N/A |
| Date Made Active at EDR: N/A | Elapsed ASTM days: 0 |
| Database Release Frequency: Varies | Date of Last EDR Contact: N/A |

**VCP:** Voluntary Remediation Program Sites
Source: Department of Environmental Quality
Telephone: 602-771-4411
Sites involved in the Voluntary Remediation Program.

| | |
|---|---|
| Date of Government Version: 02/29/04 | Date of Data Arrival at EDR: 04/16/04 |
| Date Made Active at EDR: 04/29/04 | Elapsed ASTM days: 13 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 03/10/04 |

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**STATE OF ARIZONA ASTM SUPPLEMENTAL RECORDS**

**AST:** List of Aboveground Storage Tanks
Source: Department of Building & Fire Safety
Telephone: 602-364-1003
Aboveground storage tanks that the Dept. of Building & Fire Safety have permitted.

| | |
|---|---|
| Date of Government Version: 12/31/00 | Date of Last EDR Contact: 04/12/04 |
| Database Release Frequency: No Update Planned | Date of Next Scheduled EDR Contact: 07/20/04 |

**SPILLS:** Hazardous Material Logbook
Source: Department of Environmental Quality
Telephone: 602-771-4153
Chemical spills and incidents referred to the Emergency Response Unit.

| | |
|---|---|
| Date of Government Version: 06/30/01 | Date of Last EDR Contact: 06/28/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 09/27/04 |

**DOD:** Department of Defense Sites
Source: Department of Environmental Quality
Telephone: 602-771-4360
These sites are federal facilities that are either being assessed for potential contamination, or have active
remediation taking place on them.

| | |
|---|---|
| Date of Government Version: 07/01/03 | Date of Last EDR Contact: 06/01/04 |
| Database Release Frequency: Annually | Date of Next Scheduled EDR Contact: 09/20/04 |

**WWFAC:** Waste Water Treatment Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4623
Statewide list of waste water treatment facilities.

| | |
|---|---|
| Date of Government Version: 05/25/04 | Date of Last EDR Contact: 05/24/04 |
| Database Release Frequency: Varies | Date of Next Scheduled EDR Contact: 08/23/04 |

**AQUIFER:** Waste Water Treatment Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4623
Waste Water Treatment Facilities with APP (Aquifer Protection Permits.)

| | |
|---|---|
| Date of Government Version: 02/25/04 | Date of Last EDR Contact: 04/26/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 07/26/04 |

**DRY WELLS:** Drywell Registration
Source: Department of Environmental Quality
Telephone: 602-771-4686
A drywell is a bored, drilled, or driven shaft or hole whose depth is greater than its width and is designed and
constructed specifically for the disposal of storm water.

| | |
|---|---|
| Date of Government Version: 03/01/04 | Date of Last EDR Contact: 07/06/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 09/20/04 |

**AZ AIRS:** Arizona Airs Database
Source: Department of Environmental Quality
Telephone: 602-771-2344
Arizona major (has the potential to emit over 100 tons of criteria pollutant) and minor (below 100 tons) sources.

| | |
|---|---|
| Date of Government Version: 06/03/04 | Date of Last EDR Contact: 05/03/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 08/02/04 |

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

## EDR PROPRIETARY HISTORICAL DATABASES

**Former Manufactured Gas (Coal Gas) Sites:** The existence and location of Coal Gas sites is provided exclusively to EDR by Real Property Scan, Inc. ©Copyright 1993 Real Property Scan, Inc. For a technical description of the types of hazards which may be found at such sites, contact your EDR customer service representative.

---

**Disclaimer Provided by Real Property Scan, Inc.**

The information contained in this report has predominantly been obtained from publicly available sources produced by entities other than Real Property Scan. While reasonable steps have been taken to insure the accuracy of this report, Real Property Scan does not guarantee the accuracy of this report. Any liability on the part of Real Property Scan is strictly limited to a refund of the amount paid. No claim is made for the actual existence of toxins at any site. This report does not constitute a legal opinion.

---

## BROWNFIELDS DATABASES

**AUL:** DEUR Database
   Source: Department of Environmental Quality
   Telephone: 602-771-4398
   Activity and use limitations include both engineering controls and institutional controls. DEUR and VEMUR sites.
      DEUR: Declaration of Environmental Use Restriction. A restrictive land use covenant that is required when a property
      owner elects to use an institutional (i.e., administrative) control or engineering (i.e., physical) control
      as a means to meet remediation goals. The DEUR runs with and burdens the land, and requires maintenance of any
      institutional or engineering controls. VEMUR: Voluntary Environmental Mitigation Use Restriction. A restrictive
      land use covenant that, prior to July 18, 2000, was required when a property owner elected to remediate the property
      to non-residential uses. Effective July 18, 2000, the DEUR replaced the VEMUR as a restrictive use covenant.

   Date of Government Version: 04/19/04                    Date of Last EDR Contact: 04/20/04
   Database Release Frequency: Varies                      Date of Next Scheduled EDR Contact: 07/19/04

**US BROWNFIELDS:** A Listing of Brownfields Sites
   Source: Environmental Protection Agency
   Telephone: 202-566-2777
   Included in the listing are brownfields properties addresses by Cooperative Agreement Recipients and brownfields
      properties addressed by Targeted Brownfields Assessments. Targeted Brownfields Assessments-EPA's Targeted Brownfields
      Assessments (TBA) program is designed to help states, tribes, and municipalities--especially those without EPA
      Brownfields Assessment Demonstration Pilots--minimize the uncertainties of contamination often associated with
      brownfields. Under the TBA program, EPA provides funding and/or technical assistance for environmental assessments
      at brownfields sites throughout the country. Targeted Brownfields Assessments supplement and work with other efforts
      under EPA's Brownfields Initiative to promote cleanup and redevelopment of brownfields. Cooperative Agreement
      Recipients-States, political subdivisions, territories, and Indian tribes become BCRLF cooperative agreement recipients
      when they enter into BCRLF cooperative agreements with the U.S. EPA. EPA selects BCRLF cooperative agreement recipients
      based on a proposal and application process. BCRLF cooperative agreement recipients must use EPA funds provided
      through BCRLF cooperative agreement for specified brownfields-related cleanup activities.

   Date of Government Version: N/A                         Date of Last EDR Contact: N/A
   Database Release Frequency: Semi-Annually               Date of Next Scheduled EDR Contact: N/A

**VCP:** Voluntary Remediation Program Sites
   Source: Department of Environmental Quality
   Telephone: 602-771-4411
   Sites involved in the Voluntary Remediation Program.

   Date of Government Version: 02/29/04                    Date of Last EDR Contact: 03/10/04
   Database Release Frequency: Varies                      Date of Next Scheduled EDR Contact: 07/19/04

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**OTHER DATABASE(S)**

Depending on the geographic area covered by this report, the data provided in these specialty databases may or may not be complete. For example, the existence of wetlands information data in a specific report does not mean that all wetlands in the area covered by the report are included. Moreover, the absence of any reported wetlands information does not necessarily mean that wetlands do not exist in the area covered by the report.

**Oil/Gas Pipelines:** This data was obtained by EDR from the USGS in 1994. It is referred to by USGS as GeoData Digital Line Graphs from 1:100,000-Scale Maps. It was extracted from the transportation category including some oil, but primarily gas pipelines.

**Electric Power Transmission Line Data**
Source: PennWell Corporation
Telephone: (800) 823-6277
This map includes information copyrighted by PennWell Corporation. This information is provided on a best effort basis and PennWell Corporation does not guarantee its accuracy nor warrant its fitness for any particular purpose. Such information has been reprinted with the permission of PennWell.

**Sensitive Receptors:** There are individuals deemed sensitive receptors due to their fragile immune systems and special sensitivity to environmental discharges. These sensitive receptors typically include the elderly, the sick, and children. While the location of all sensitive receptors cannot be determined, EDR indicates those buildings and facilities - schools, daycares, hospitals, medical centers, and nursing homes - where individuals who are sensitive receptors are likely to be located.

**AHA Hospitals:**
Source: American Hospital Association, Inc.
Telephone: 312-280-5991
The database includes a listing of hospitals based on the American Hospital Association's annual survey of hospitals.
**Medical Centers: Provider of Services Listing**
Source: Centers for Medicare & Medicaid Services
Telephone: 410-786-3000
A listing of hospitals with Medicare provider number, produced by Centers of Medicare & Medicaid Services, a federal agency within the U.S. Department of Health and Human Services.
**Nursing Homes**
Source: National Institutes of Health
Telephone: 301-594-6248
Information on Medicare and Medicaid certified nursing homes in the United States.
**Public Schools**
Source: National Center for Education Statistics
Telephone: 202-502-7300
The National Center for Education Statistics' primary database on elementary and secondary public education in the United States. It is a comprehensive, annual, national statistical database of all public elementary and secondary schools and school districts, which contains data that are comparable across all states.
**Private Schools**
Source: National Center for Education Statistics
Telephone: 202-502-7300
The National Center for Education Statistics' primary database on private school locations in the United States.
**Daycare Centers: Child Care Facilities & Group Homes**
Source: Department of Health Services
Telephone: 602-674-4220

**Flood Zone Data:** This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

**NWI:** National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR in 2002 from the U.S. Fish and Wildlife Service.

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**STREET AND ADDRESS INFORMATION**

© 2003 Geographic Data Technology, Inc., Rel. 07/2003. This product contains proprietary and confidential property of Geographic Data Technology, Inc. Unauthorized use, including copying for other than testing and standard backup procedures, of this product is expressly prohibited.

# GEOCHECK®- PHYSICAL SETTING SOURCE ADDENDUM

**TARGET PROPERTY ADDRESS**

KINGMAN 7600 SITE
5 MILES E OF KINGMAN AIRPORT
KINGMAN, AZ 86401

**TARGET PROPERTY COORDINATES**

| | |
|---|---|
| Latitude (North): | 35.268002 - 35° 16' 4.8'' |
| Longitude (West): | 113.849998 - 113° 50' 60.0'' |
| Universal Tranverse Mercator: | Zone 12 |
| UTM X (Meters): | 240741.6 |
| UTM Y (Meters): | 3906290.5 |
| Elevation: | 3727 ft. above sea level |

EDR's GeoCheck Physical Setting Source Addendum has been developed to assist the environmental professional with the collection of physical setting source information in accordance with ASTM 1527-00, Section 7.2.3. Section 7.2.3 requires that a current USGS 7.5 Minute Topographic Map (or equivalent, such as the USGS Digital Elevation Model) be reviewed. It also requires that one or more additional physical setting sources be sought when (1) conditions have been identified in which hazardous substances or petroleum products are likely to migrate to or from the property, and (2) more information than is provided in the current USGS 7.5 Minute Topographic Map (or equivalent) is generally obtained, pursuant to local good commercial or customary practice, to assess the impact of migration of recognized environmental conditions in connection with the property. Such additional physical setting sources generally include information about the topographic, hydrologic, hydrogeologic, and geologic characteristics of a site, and wells in the area.

Assessment of the impact of contaminant migration generally has two principle investigative components:

1. Groundwater flow direction, and
2. Groundwater flow velocity.

Groundwater flow direction may be impacted by surface topography, hydrology, hydrogeology, characteristics of the soil, and nearby wells. Groundwater flow velocity is generally impacted by the nature of the geologic strata. EDR's GeoCheck Physical Setting Source Addendum is provided to assist the environmental professional in forming an opinion about the impact of potential contaminant migration.

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

### GROUNDWATER FLOW DIRECTION INFORMATION

Groundwater flow direction for a particular site is best determined by a qualified environmental professional using site-specific well data. If such data is not reasonably ascertainable, it may be necessary to rely on other sources of information, such as surface topographic information, hydrologic information, hydrogeologic data collected on nearby properties, and regional groundwater flow information (from deep aquifers).

### TOPOGRAPHIC INFORMATION

Surface topography may be indicative of the direction of surficial groundwater flow. This information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

**TARGET PROPERTY TOPOGRAPHY**

| | |
|---|---|
| USGS Topographic Map: | 35113-C7 PEACOCK PEAK, AZ |
| General Topographic Gradient: | General West |
| Source: | USGS 7.5 min quad index |

**SURROUNDING TOPOGRAPHY: ELEVATION PROFILES**



Target Property Elevation: 3727 ft.

Source: Topography has been determined from the USGS 7.5' Digital Elevation Model and should be evaluated on a relative (not an absolute) basis. Relative elevation information between sites of close proximity should be field verified.

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**HYDROLOGIC INFORMATION**

Surface water can act as a hydrologic barrier to groundwater flow. Such hydrologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

Refer to the Physical Setting Source Map following this summary for hydrologic information (major waterways and bodies of water).

**FEMA FLOOD ZONE**

| | FEMA Flood |
| Target Property County | Electronic Data |
| MOHAVE, AZ | YES - refer to the Overview Map and Detail Map |

Flood Plain Panel at Target Property:    0400582200B

Additional Panels in search area:    0400582170B

**NATIONAL WETLAND INVENTORY**

| | NWI Electronic |
| NWI Quad at Target Property | Data Coverage |
| NOT AVAILABLE | Not Available |

**HYDROGEOLOGIC INFORMATION**

Hydrogeologic information obtained by installation of wells on a specific site can often be an indicator of groundwater flow direction in the immediate area. Such hydrogeologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

*Site-Specific Hydrogeological Data\*:*
Search Radius:    1.25 miles
Status:    Not found

**AQUIFLOW®**

Search Radius: 1.000 Mile.

EDR has developed the AQUIFLOW Information System to provide data on the general direction of groundwater flow at specific points. EDR has reviewed reports submitted by environmental professionals to regulatory authorities at select sites and has extracted the date of the report, groundwater flow direction as determined hydrogeologically, and the depth to water table.

| | LOCATION | GENERAL DIRECTION |
| MAP ID | FROM TP | GROUNDWATER FLOW |
| Not Reported | | |

\* ©1996 Site–specific hydrogeological data gathered by CERCLIS Alerts, Inc., Bainbridge Island, WA. All rights reserved. All of the information and opinions presented are those of the cited EPA report(s), which were completed under a Comprehensive Environmental Response Compensation and Liability Information System (CERCLIS) investigation.

TC01237517.1r  Page A-3

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**GROUNDWATER FLOW VELOCITY INFORMATION**

Groundwater flow velocity information for a particular site is best determined by a qualified environmental professional using site specific geologic and soil strata data. If such data are not reasonably ascertainable, it may be necessary to rely on other sources of information, including geologic age identification, rock stratigraphic unit and soil characteristics data collected on nearby properties and regional soil information. In general, contaminant plumes move more quickly through sandy-gravelly types of soils than silty-clayey types of soils.

**GEOLOGIC INFORMATION IN GENERAL AREA OF TARGET PROPERTY**

Geologic information can be used by the environmental professional in forming an opinion about the relative speed at which contaminant migration may be occurring.

**ROCK STRATIGRAPHIC UNIT**                                          **GEOLOGIC AGE IDENTIFICATION**

|  |  |  |  |
|---|---|---|---|
| Era: | Precambrian | Category: | Metamorphic Rocks |
| System: | Precambrian | | |
| Series: | Orthogneiss and paragneiss | | |
| Code: | Xm  *(decoded above as Era, System & Series)* | | |

Geologic Age and Rock Stratigraphic Unit Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - a digital representation of the 1974 P.B. King and H.M. Beikman Map, USGS Digital Data Series DDS - 11 (1994).

**DOMINANT SOIL COMPOSITION IN GENERAL AREA OF TARGET PROPERTY**

The U.S. Department of Agriculture's (USDA) Soil Conservation Service (SCS) leads the National Cooperative Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil survey information for privately owned lands in the United States. A soil map in a soil survey is a representation of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO) soil survey maps. The following information is based on Soil Conservation Service STATSGO data.

| | |
|---|---|
| Soil Component Name: | BUCKLEBAR |
| Soil Surface Texture: | sandy loam |
| Hydrologic Group: | Class B - Moderate infiltration rates. Deep and moderately deep, moderately well and well drained soils with moderately coarse textures. |
| Soil Drainage Class: | Well drained. Soils have intermediate water holding capacity. Depth to water table is more than 6 feet. |

Hydric Status: Soil does not meet the requirements for a hydric soil.

Corrosion Potential - Uncoated Steel:  HIGH

| | |
|---|---|
| Depth to Bedrock Min: | > 60 inches |
| Depth to Bedrock Max: | > 60 inches |

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

| Soil Layer Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Boundary | | | Classification | | | |
| Layer | Upper | Lower | Soil Texture Class | AASHTO Group | Unified Soil | Permeability Rate (in/hr) | Soil Reaction (pH) |
| 1 | 0 inches | 9 inches | sandy loam | Granular materials (35 pct. or less passing No. 200), Silty, or Clayey Gravel and Sand. | COARSE-GRAINED SOILS, Sands, Sands with fines, Silty Sand. | Max:  6.00<br>Min:  2.00 | Max:  7.80<br>Min:  7.40 |
| 2 | 9 inches | 22 inches | loam | Silt-Clay Materials (more than 35 pct. passing No. 200), Silty Soils. | FINE-GRAINED SOILS, Silts and Clays (liquid limit less than 50%), Lean Clay. FINE-GRAINED SOILS, Silts and Clays (liquid limit less than 50%), silt. | Max:  2.00<br>Min:  0.60 | Max:  8.40<br>Min:  7.40 |
| 3 | 22 inches | 60 inches | loam | Silt-Clay Materials (more than 35 pct. passing No. 200), Silty Soils. | FINE-GRAINED SOILS, Silts and Clays (liquid limit less than 50%), Lean Clay. FINE-GRAINED SOILS, Silts and Clays (liquid limit less than 50%), silt. | Max:  2.00<br>Min:  0.60 | Max:  8.40<br>Min:  7.40 |

**OTHER SOIL TYPES IN AREA**

Based on Soil Conservation Service STATSGO data, the following additional subordinant soil types may appear within the general area of target property.

Soil Surface Textures:   fine sandy loam

Surficial Soil Types:   fine sandy loam

Shallow Soil Types:   No Other Soil Types

Deeper Soil Types:   loamy sand

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

### ADDITIONAL ENVIRONMENTAL RECORD SOURCES

According to ASTM E 1527-00, Section 7.2.2, "one or more additional state or local sources of environmental records may be checked, in the discretion of the environmental professional, to enhance and supplement federal and state sources... Factors to consider in determining which local or additional state records, if any, should be checked include (1) whether they are reasonably ascertainable, (2) whether they are sufficiently useful, accurate, and complete in light of the objective of the records review (see 7.1.1), and (3) whether they are obtained, pursuant to local, good commercial or customary practice."   One of the record sources listed in Section 7.2.2 is water well information.  Water well information can be used to assist the environmental professional in assessing sources that may impact groundwater flow direction, and in forming an opinion about the impact of contaminant migration on nearby drinking water wells.

### WELL SEARCH DISTANCE INFORMATION

| DATABASE | SEARCH DISTANCE (miles) |
|---|---|
| Federal USGS | 1.000 |
| Federal FRDS PWS | Nearest PWS within 1 mile |
| State Database | 1.000 |

### FEDERAL USGS WELL INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| No Wells Found | | |

### FEDERAL FRDS PUBLIC WATER SUPPLY SYSTEM INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| No PWS System Found | | |

Note: PWS System location is not always the same as well location.

### STATE DATABASE WELL INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| 1 | AZWR502288 | 1/4 - 1/2 Mile NNE |
| 2 | AZWR806241 | 1/2 - 1 Mile SE |

# PHYSICAL SETTING SOURCE MAP - 01237517.1r



| | |
|---|---|
| ∧ | County Boundary |
| ∧ | Major Roads |
| ∧ | Contour Lines |
| ◎ | Earthquake epicenter, Richter 5 or greater |
| Ⓦ | Water Wells |
| Ⓟ | Public Water Supply Wells |
| ⬤ | Cluster of Multiple Icons |

| | |
|---|---|
| ↑ | Groundwater Flow Direction |
| GI | Indeterminate Groundwater Flow at Location |
| GV | Groundwater Flow Varies at Location |
| HD | Closest Hydrogeological Data |

0    1/4    1/2    1 Miles

AZ

| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
|---|---|---|---|
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 01237517.1r |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004  9:56 am |

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc. Rel. 07/2003. All Rights Reserved.

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

Map ID
Direction
Distance
Elevation                                                                    Database         EDR ID Number

**1**
**NNE**                                                                       **AZ WELLS**     **AZWR502288**
**1/4 - 1/2 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Registryid: | 502288 | Program: | 55 |
| County: | MOHAVE | Watershed: | COLORADO RIVER |
| Basin: | HUALAPAI VALLEY | Subbasin: | Not Reported |
| Township: | 22 | Northsouth: | N |
| Range: | 15 | Eastwest: | W |
| Section: | 23 | Acre160: | SW |
| Acre40: | NE | Acre10: | SW |
| Utmx: | 241104.2 | Utmy: | 3906832.5 |
| Welltype: | EXEMPT | Welluse1: | WATER PRODUCTION |
| Welluse2: | Not Reported | Wateruse1: | DOMESTIC |
| Wateruse2: | Not Reported | Wateruse3: | Not Reported |
| Approved: | Not Reported | Installed: | 03/27/1982 00:00:00 |
| Driller: | 111 | Welldepth: | 480 |
| Waterlevel: | 400 | Casingtype: | PLASTIC OR PVC |
| Casingdeep: | 480 | Casingwide: | 8 |
| Pumptype: | OTHER | Pumppower: | GASOLINE ENGINE  1 -  5 HP |
| Pumprate: | 5 | Testrate: | 5 |
| Drawdown: | 40 | Drillog: | X |
| Lastname: | PIHS,S | Firstname: | Not Reported |
| Company: | Not Reported | | |
| Address: | PO BOX 6174 | | |
| City: | KINGMAN | State: | AZ |
| Zipcode: | 86401 | Cancelled: | Not Reported |

| | |
|---|---|
| Driller: | 111 |
| Company: | PENROD DRILLING COMPANY |
| Address: | 3020 JAGERSON AVENUE |
| | KINGMAN, AZ 86401 |

**2**
**SE**                                                                        **AZ WELLS**     **AZWR806241**
**1/2 - 1 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Registryid: | 806241 | Program: | 55 |
| County: | MOHAVE | Watershed: | COLORADO RIVER |
| Basin: | HUALAPAI VALLEY | Subbasin: | Not Reported |
| Township: | 22 | Northsouth: | N |
| Range: | 15 | Eastwest: | W |
| Section: | 26 | Acre160: | Not Reported |
| Acre40: | Not Reported | Acre10: | Not Reported |
| Utmx: | 241370.5 | Utmy: | 3905515.4 |
| Welltype: | NON-EXEMPT | Welluse1: | WATER PRODUCTION |
| Welluse2: | Not Reported | Wateruse1: | INDUSTRIAL |
| Wateruse2: | Not Reported | Wateruse3: | Not Reported |

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Approved: | Not Reported | Installed: | 06/24/1967 00:00:00 |
| Driller: | 0 | Welldepth: | 1025 |
| Waterlevel: | 583 | Casingtype: | STEEL - PERFORATED OR SLOTTED CASING |
| Casingdeep: | 662 | Casingwide: | 14 |
| Pumptype: | Not Reported | Pumppower: | Not Reported |
| Pumprate: | 750 | Testrate: | 0 |
| Drawdown: | 0 | Drilllog: | Not Reported |
| Lastname: | PENN CENTRAL CORP, | Firstname: | Not Reported |
| Company: | Not Reported | | |
| Address: | 4900 INDUSTRIAL BLVD | | |
| City: | KINGMAN | State: | AZ |
| Zipcode: | 86401 | Cancelled: | Not Reported |

| | |
|---|---|
| Driller: | 0 |
| Company: | NO DRILLER SPECIFIED |
| Address: | Not Reported |
| | AZ |

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS
## RADON

**AREA RADON INFORMATION**

State Database: AZ Radon

Radon Test Results (pCi/L)

| Zip | City | Result (pCi/L) |
|-----|------|----------------|
| 86401 | KINGMAN | < 0.50 |
| 86401 | KINGMAN | = 0.40 |
| 86401 | KINGMAN | = 0.50 |
| 86401 | KINGMAN | = 0.60 |
| 86401 | KINGMAN | = 0.70 |
| 86401 | KINGMAN | = 0.80 |
| 86401 | KINGMAN | = 0.90 |
| 86401 | KINGMAN | = 1.00 |
| 86401 | KINGMAN | = 1.10 |
| 86401 | KINGMAN | = 1.20 |
| 86401 | KINGMAN | = 1.40 |
| 86401 | KINGMAN | = 1.50 |
| 86401 | KINGMAN | = 1.60 |
| 86401 | KINGMAN | = 1.80 |
| 86401 | KINGMAN | = 1.90 |
| 86401 | KINGMAN | = 2.30 |
| 86401 | KINGMAN | = 2.50 |
| 86401 | KINGMAN | = 2.60 |
| 86401 | KINGMAN | = 2.70 |

Federal EPA Radon Zone for MOHAVE County:  2

Note: Zone 1 indoor average level > 4 pCi/L.
: Zone 2 indoor average level >= 2 pCi/L and <= 4 pCi/L.
: Zone 3 indoor average level < 2 pCi/L.

Federal Area Radon Information for Zip Code:  86401

Number of sites tested: 33

| Area | Average Activity | % <4 pCi/L | % 4-20 pCi/L | % >20 pCi/L |
|------|------------------|------------|--------------|-------------|
| Living Area - 1st Floor | 0.976 pCi/L | 100% | 0% | 0% |
| Living Area - 2nd Floor | Not Reported | Not Reported | Not Reported | Not Reported |
| Basement | Not Reported | Not Reported | Not Reported | Not Reported |

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

## TOPOGRAPHIC INFORMATION

**USGS 7.5' Digital Elevation Model (DEM)**
Source: United States Geologic Survey
EDR acquired the USGS 7.5' Digital Elevation Model in 2002. 7.5-Minute DEMs correspond to the USGS
1:24,000- and 1:25,000-scale topographic quadrangle maps.

## HYDROLOGIC INFORMATION

**Flood Zone Data:** This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal
Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

**NWI:** National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR
in 2002 from the U.S. Fish and Wildlife Service.

## HYDROGEOLOGIC INFORMATION

**AQUIFLOW$^R$    Information System**
Source: EDR proprietary database of groundwater flow information
EDR has developed the AQUIFLOW Information System (AIS) to provide data on the general direction of groundwater
flow at specific points. EDR has reviewed reports submitted to regulatory authorities at select sites and has
extracted the date of the report, hydrogeologically determined groundwater flow direction and depth to water table
information.

## GEOLOGIC INFORMATION

**Geologic Age and Rock Stratigraphic Unit**
Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - A digital
representation of the 1974 P.B. King and H.M. Beikman Map, USGS Digital Data Series DDS - 11 (1994).

**STATSGO:** State Soil Geographic Database
Source: Department of Agriculture, Natural Resources Conservation Services
The U.S. Department of Agriculture's (USDA) Natural Resources Conservation Service (NRCS) leads the national
Conservation Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil
survey information for privately owned lands in the United States. A soil map in a soil survey is a representation
of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO)
soil survey maps.

## ADDITIONAL ENVIRONMENTAL RECORD SOURCES

**FEDERAL WATER WELLS**

**PWS:** Public Water Systems
Source: EPA/Office of Drinking Water
Telephone: 202-564-3750
Public Water System data from the Federal Reporting Data System. A PWS is any water system which provides water to at
least 25 people for at least 60 days annually. PWSs provide water from wells, rivers and other sources.

**PWS ENF:** Public Water Systems Violation and Enforcement Data
Source: EPA/Office of Drinking Water
Telephone: 202-564-3750
Violation and Enforcement data for Public Water Systems from the Safe Drinking Water Information System (SDWIS) after
August 1995. Prior to August 1995, the data came from the Federal Reporting Data System (FRDS).

**USGS Water Wells:** USGS National Water Inventory System (NWIS)
This database contains descriptive information on sites where the USGS collects or has collected data on surface
water and/or groundwater. The groundwater data includes information on wells, springs, and other sources of groundwater.

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

**STATE RECORDS**

**Arizona Well Registration Database**
Source:  Department of Water Resources
Telephone:  602-771-1586
Contains information provided to ADWR's Operations Division by well drillers and/or owners.


**RADON**

**State Database: AZ Radon**
Source: Arizona Radiation Regulatory Agency
Telephone: 602-255-4845
State Indoor Radon Survey

**Area Radon Information**
Source: USGS
Telephone:  703-356-4020
The National Radon Database has been developed by the U.S. Environmental Protection Agency
(USEPA) and is a compilation of the EPA/State Residential Radon Survey and the National Residential Radon Survey.
The study covers the years 1986 - 1992. Where necessary data has been supplemented by information collected at
private sources such as universities and research institutions.

**EPA Radon Zones**
Source:  EPA
Telephone:  703-356-4020
Sections 307 & 309 of IRAA directed EPA to list and identify areas of U.S. with the potential for elevated indoor
radon levels.


**OTHER**

**Airport Landing Facilities:**    Private and public use landing facilities
Source:  Federal Aviation Administration, 800-457-6656

**Epicenters:**  World earthquake epicenters, Richter 5 or greater
Source:  Department of Commerce, National Oceanic and Atmospheric Administration

## Appendix B

Photographs



Parcel 5 Area Looking Northeast



Parcel 5 Area Looking Southeast