## Historic Sites Map



# HISTORIC SITES MAP FINDINGS

**Map ID**
**Direction**
**Distance**     **EDR ID**
**Distance (ft.)**     **Database**

No mapped sites were found in EDR's search of available government records within the search radius around the target property.

# UNMAPPABLE HISTORIC SITES

Due to poor or inadequate address information, the following sites were not mapped:

**Status**
**EDR ID**
**Database**

| | | |
|---|---|---|
| Name: | Red Schoolhouse | Unmappable |
| County: | Mohave County | AZ10000010 |
| City: | Kingman | AZ Historic Sites |

# Flood Plain Map



# FLOOD PLAIN MAP FINDINGS

**Source: FEMA Q3 Flood Data**

| County | FEMA flood data electronic coverage |
| --- | --- |
| MOHAVE, AZ | YES |
| Flood Plain panel at target property:<br>Additional Flood Plain panel(s) in search area:<br>    0400582160B<br>    0400582170B<br>    0400582375B<br>    0400582350C | 0400582200B |