# National Wetlands Inventory Map



| TARGET PROPERTY: | Kingman 7600 Site | CUSTOMER: | Stanley Consultants |
| --- | --- | --- | --- |
| ADDRESS: | 5 Miles E of Kingman Airport | CONTACT: | Scott Byram |
| CITY/STATE/ZIP: | KINGMAN AZ 86401 | INQUIRY #: | 1237517.2s |
| LAT/LONG: | 35.2680 / 113.8500 | DATE: | July 27, 2004 |

TC1237517.2s  Page 10 of 27

Copyright © 2004 EDR, Inc. © 2003 GDT, Inc. Rel. 07/2003. All Rights Reserved.

## WETLANDS MAP FINDINGS

Source: Fish and Wildlife Service NWI data

NWI hardcopy map at target property: Not reported in source data
Additional NWI hardcopy map(s) in search area:
    Not reported in source data

Map ID
Direction
Distance
Distance (ft.)                          Code and Description*                          Database

No Sites Reported.

*See Wetland Classification System for additional information.

# WETLANDS CLASSIFICATION SYSTEM

National Wetland Inventory Maps are produced by the U.S. Fish and Wildlife Service, a sub-department of the U.S. Department of the Interior.  In 1974, the U.S. Fish and Wildlife Service developed a criteria for wetland classification with four long range objectives:

- to describe ecological units that have certain homogeneous natural attributes,
- to arrange these units in a system that will aid decisions about resource management,
- to furnish units for inventory and mapping, and
- to provide uniformity in concepts and terminology throughout the U.S.

High altitude infrared photographs, soil maps, topographic maps and site visits are the methods used to gather data for the productions of these maps.  In the infrared photos, wetlands appear as different colors and these wetlands are then classified by type.  Using a hierarchical classification, the maps identify wetland and deepwater habitats according to:

- system
- subsystem
- class
- subclass
- modifiers

(as defined by Cowardin, et al. U.S. Fish and Wildlife Service FWS/OBS 79/31. 1979.)

The classification system consists of five systems:

1. marine
2. estuarine
3. riverine
4. lacustrine
5. palustrine

The  marine  system consists of deep water tidal habitats and adjacent tidal wetlands.  The  riverine system consists of all wetlands contained within a channel.  The lacustrine systems includes all nontidal wetlands related to swamps, bogs & marshes.  The  estuarine  system consists of deepwater tidal habitats and where ocean water is diluted by fresh water.  The  palustrine system includes nontidal wetlands dominated by trees and shrubs and where salinity is below .5% in tidal areas.  All of these systems are divided in subsystems and then further divided into class.

National Wetland Inventory Maps are produced by transferring gathered data on a standard 7.5 minute U.S.G.S. topographic map.  Approximately 52 square miles are covered on a National Wetland Inventory map at a scale of 1:24,000.  Electronic data is compiled by digitizing these National Wetland Inventory Maps.