





## SUBSYSTEM

### P - PALUSTRINE

| CLASS | RB--ROCK BOTTOM | UB--UNCONSOLIDATED BOTTOM | AB--AQUATIC BED | US--UNCONSOLIDATED SHORE | ML--MOSS-LICHEN | EM--EMERGENT | SS--SCRUB-SHRUB | FO--FORESTED | OW-OPEN WATER/ Unknown |
|---|---|---|---|---|---|---|---|---|---|
| Subclass | 1 Bedrock<br>2 Rubble<br>3 Mud<br>4 Organic | 1 Cobble-Gravel<br>2 Sand | 1 Algal<br>2 Aquatic Moss<br>3 Rooted Vascular<br>4 Floating Vascular<br>5 Unknown Submergent<br>6 Unknown Surface | 1 Cobble-Gravel<br>2 Sand<br>3 Mud<br>4 Organic<br>5 Vegetated | 1 Moss<br>2 Lichen | 1 Persistent<br>2 Nonpersistent | 1 Broad-Leaved Deciduous<br>2 Needle-Leaved Deciduous<br>3 Broad-Leaved Evergreen<br>4 Needle-Leaved Evergreen<br>5 Dead<br>6 Deciduous<br>7 Evergreen | 1 Broad-Leaved Deciduous<br>2 Needle-Leaved Deciduous<br>3 Broad-Leaved Evergreen<br>4 Needle-Leaved Evergreen<br>5 Dead<br>6 Deciduous<br>7 Evergreen | |

## MODIFIERS

In order to more adequately describe wetland and deepwater habitats one or more of the water regime, water chemistry, soil, or special modifiers may be applied at the class or lower level in the hierarchy. The farmed modifier may also be applied to the ecological system.

### WATER REGIME

| Non-Tidal | Tidal | |
|---|---|---|
| | Coastal Halinity | Inland Salinity pH Modifiers for |
| A Temporarily Flooded<br>B Saturated<br>C Seasonally Flooded<br>D Seasonally Flooded/ Well Drained<br>E Seasonally Flooded/ Saturated<br>F Semipermanently Flooded<br>G Intermittently Exposed | H Permanently Flooded<br>J Intermittently Flooded<br>K Artificially Flooded<br>W Intermittently Flooded/Temporary<br>Y Saturated/Semipermanent/ Seasonal<br>Z Intermittently Exposed/Permanent<br>U Unknown | K Artificially Flooded<br>L Subtidal<br>M Irregularly Exposed<br>N Regularly Flooded<br>P Irregularly Flooded<br><br>*These water regimes are only used in tidally influenced, freshwater systems. | *S Temporary-Tidal<br>*R Seasonal-Tidal<br>*T Semipermanent - Tidal<br>V Permanent - Tidal<br>U Unknown |

### WATER CHEMISTRY

| | | | SOIL | SPECIAL MODIFIERS |
|---|---|---|---|---|
| 1 Hyperhaline<br>2 Euhaline<br>3 Mixohaline (Brackish)<br>4 Polyhaline<br>5 Mesohaline<br>6 Oligohaline<br>0 Fresh | 7 Hypersaline<br>8 Eusaline<br>9 Mixosaline<br>0 Fresh | all Fresh Water<br>a Acid<br>t Circumneutral<br>i Alkaline | g Organic<br>n Mineral | b Beaver<br>d Partially Drained/Ditched<br>f Farmed<br>h Diked/Impounded<br>r Artificial Substrate<br>s Spoil<br>x Excavated |

Source: U.S. Department of the Interior
Fish and Wildlife Service
National Wetlands Inventory