# FCC & FAA Sites Map



# FCC & FAA SITES MAP FINDINGS
# TOWERS

**Map ID**
**Direction**
**Distance**      **EDR ID**
**Distance (ft.)**      **Database**

No Sites Reported.

# FCC & FAA SITES MAP FINDINGS
# AIRPORTS

EDR ID
Database

AIR01299
AIRPORTS

| | | | |
|---|---|---|---|
| Site Number: | 00716.*A | | |
| Airport Type: | AIRPORT | State: | ARIZONA |
| County: | MOHAVE | City: | KINGMAN |
| Facility Name: | KINGMAN | Owner type: | PU |
| Use: | PU | Owner: | CITY OF KINGMAN |
| Owner Address | 7000 FLIGHTLINE DR | City/State: | KINGMAN, AZ  86401 |
| Phone: | 928-757-2134 | Mgmt Name: | ROBERT S. NAJAKA |
| Mgmt Address: | 7000 FLIGHTLINE DR. | Mgmt City/St: | KINGMAN, AZ  86401 |
| Mgmt Phone: | 928-757-2134 | Latitude: | 35-15-34.100N |
| Longitude: | 113-56-17.000W | Lat Method: | E |
| Elev (ft): | 3449 | Elev method: | S |
| Aero chart: | PHOENIX | Dist from Business: | 08 |
| Dir from Business: | NE | Date Active: | Not Reported |
| Certified Date: | LU 05/1973 | Fed agreements: | NGPY |
| Is Int'l Airport?: | N | Is Customs Airport?: | N |
| Inspection Method: | F | Inspected by: | F |
| Last inspected: | 01112001 | Attendance: | ALL/MON-FRI/0800-1700 |
| Lighting: | DUSK-DAWN | Has ATC Tower: | N |
| Beacon Color: | CG | Landing fee: | N |
| Single engine: | 074 | Multi engine: | 086 |
| Jet engines: | 011 | Helicopters: | 004 |
| Gliders: | Not Reported | Military: | Not Reported |
| Ultralights: | 004 | Commercial: | 001976 |
| Air taxis: | 001810 | Local ops: | 010400 |
| | | | |
| Runway id: | 03/21 | Length: | 6831 |
| Width: | 150 | Surface: | ASPH-G |
| Lights Intensity: | MED | Base End Id: | 03 |
| Markings: | BSC | Latitude: | 35-15-05.336N |
| Longitude: | 113-56-53.191W | Elevation: | 3411.2 |
| Approach lights: | Not Reported | End Lights: | N |
| Centerline Lights: | N | Touchdown Lights: | N |
| Recip End ID: | 21 | Recip markings: | NPI |
| Recip Lat: | 35-15-53.089N | Recip Long: | 113-55-54.946W |
| Recip Elev: | 3394.3 | Recip App Lgts: | Not Reported |
| Recip End Lgts: | N | Recip Ctr Lgts: | N |
| | | | |
| Runway id: | 17/35 | Length: | 6725 |
| Width: | 75 | Surface: | ASPH-G |
| Lights Intensity: | MED | Base End Id: | 17 |
| Markings: | BSC | Latitude: | 35-16-12.350N |
| Longitude: | 113-56-09.760W | Elevation: | 3360.0 |
| Approach lights: | Not Reported | End Lights: | N |
| Centerline Lights: | N | Touchdown Lights: | N |
| Recip End ID: | 35 | Recip markings: | BSC |
| Recip Lat: | 35-15-05.853N | Recip Long: | 113-56-09.799W |

# FCC & FAA SITES MAP FINDINGS
# AIRPORTS

**EDR ID**
**Database**

| | | | |
|---|---|---|---|
| Recip Elev: | 3448.8 | Recip App Lgts: | Not Reported |
| Recip End Lgts: | N | Recip Ctr Lgts: | N |

# FCC & FAA SITES MAP FINDINGS
# POWERLINES

**EDR ID**
**Database**

No Sites Reported.

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

Various Federal laws and executive orders address specific environmental concerns. NEPA requires the responsible offices to integrate to the greatest practical extent the applicable procedures required by these laws and executive orders. EDR provides key contacts at agencies charged with implementing these laws and executive orders to supplement the information contained in this report.

**NATURAL AREAS**
**Officially designated wilderness areas**
Government Records Searched in This Report
FED_LAND: Federal Lands
  Source: USGS
  Telephone: 703-648-5094
  Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service, and Bureau of Indian Affairs.
  - National Parks
  - Forests
  - Monuments
  - Wildlife Sanctuaries, Preserves, Refuges
  - Federal Wilderness Areas.
  - Indian Reservations
  Date of Government Version: 09/01/1997


Federal Contacts for Additional Information
National Park Service, Intermountain Region
 12795 Alameda Parkway
 Denver, CO 80225
 303-969-2500

USDA Forest Service, Southwestern
 Federal Building 517 Gold Avenue, S.W.
 Albuquerque, NM 87102
 505-842-3214

BLM - Arizona State Office
 222 N. Central Ave.
 Phoenix, AZ 85004-2203
 602-417-9200

Fish & Wildlife Service, Region 2
 P.O. Box 1306 500 Gold Ave., S.W.
 Albuquerque, NM 87103
 505-248-6925


**Officially designated wildlife preserves, sanctuaries and refuges**
Government Records Searched in This Report
FED_LAND: Federal Lands
  Source: USGS
  Telephone: 703-648-5094
  Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service, and Bureau of Indian Affairs.
  - National Parks
  - Forests
  - Monuments
  - Wildlife Sanctuaries, Preserves, Refuges
  - Federal Wilderness Areas.
  - Indian Reservations
  Date of Government Version: 09/01/1997

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

AZ Wilderness Areas: Wilderness Areas
Includes Bureau of Land Management, US Forest Service, National Park Service and Fish and
Wildlife Service Riparian Natural Conservation Areas, Wilderness Study areas and Wilderness
or Primitive areas
Source: State Land Dept..
Telephone: 602-542-4709

Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
 P.O. Box 1306 500 Gold Ave., S.W.
 Albuquerque, NM 87103
 505-248-6925

State Contacts for Additional Information
Department of Fish & Game 602-942-3000


**Wild and scenic rivers**
Government Records Searched in This Report
FED_LAND: Federal Lands
   Source: USGS
   Telephone: 703-648-5094
   Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service,
   and Bureau of Indian Affairs.
   - National Parks
   - Forests
   - Monuments
   - Wildlife Sanctuaries, Preserves, Refuges
   - Federal Wilderness Areas.
   - Indian Reservations
   Date of Government Version: 09/01/1997


Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
 P.O. Box 1306 500 Gold Ave., S.W.
 Albuquerque, NM 87103
 505-248-6925


**Endangered Species**

Government Records Searched in This Report
Endangered Species Protection Program Database
  A listing of endangered species by county.
  Source: Environmental Protection Agency
  Telephone: 703-305-5239

Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
 P.O. Box 1306 500 Gold Ave., S.W.
 Albuquerque, NM 87103
 505-248-6925

State Contacts for Additional Information
Heritage Data Mgmt. System, Game & Fish Department 602-789-3612

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**LANDMARKS, HISTORICAL, AND ARCHEOLOGICAL SITES**
**Historic Places**
Government Records Searched in This Report
National Register of Historic Places:
   The National Register of Historic Places is the official federal list of districts, sites, buildings,
   structures, and objects significant in American history, architecture, archeology, engineering, and
   culture. These contribute to an understanding of the historical and cultural foundations of the nation.
   The National Register includes:
    - All prehistoric and historic units of the National Park System;
    - National Historic Landmarks, which are properties recognized by the Secretary of the Interior as
      possessing national significance; and
    - Properties significant in American, state, or local prehistory and history that have been nominated
      by State Historic Preservation Officers, federal agencies, and others, and have been approved for
      listing by the National Park Service.
   Date of Government Version:  03/15/2000

AZ Historic Sites: Arizona State Register List
Listing of historic sites included on the State Register.
Source: State Historic Preservation Office. State Parks
Telephone: 602-542-4009


Federal Contacts for Additional Information
Park Service; Advisory Council on Historic Preservation
1849 C Street NW
Washington, DC 20240
Phone: (202) 208-6843

State Contacts for Additional Information
Arizona State Parks 602-542-4174



**Indian Religious Sites**
Federal Contacts for Additional Information
Department of the Interior- Bureau of Indian Affairs
Office of Public Affairs
1849 C Street, NW
Washington, DC 20240-0001
Office: 202-208-3711
Fax: 202-501-1516

National Association of Tribal Historic Preservation Officers
1411 K Street NW, Suite 700
Washington, DC 20005
Phone: 202-628-8476
Fax: 202-628-2241

State Contacts for Additional Information
A listing of local Tribal Leaders and Bureau of Indian Affairs Representatives can be found at:
http://www.doi.gov/bia/areas/agency.html

Navajo Area Office (Navajo Reservations Only), Bureau of Indian Affairs
 P.O. Box 1060
 Gallup, NM  87305
 505-863-8314

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

Phoenix Area Office, Bureau of Indian Affairs
  One North First Street P.O. Box 10
  Phoenix, AZ  85001
  602-379-6600

Historic Preservation Department
  P.O. Box 4950
  Window Rock, AZ  86515

Office of Cultural Resources, Hualapai Tribe
  P.O. Box 310
  Peach Springs, AZ  86434

White MT. Apache Tribe
  P.O. Box 1150
  Whiteriver, AZ  85941


**FLOOD PLAIN, WETLANDS AND COASTAL ZONE**

**Flood Plain Management**
Government Records Searched in This Report
Flood Zone Data: This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

Federal Contacts for Additional Information
Federal Emergency Management Agency 877-3362-627

State Contacts for Additional Information
Division of Emergency Management 602-231-6242

**Wetlands Protection**
Government Records Searched in This Report
NWI: National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR in 2002 from the U.S. Fish and Wildlife Service.

Federal Contacts for Additional Information
Fish & Wildlife Service 813-570-5412

State Contacts for Additional Information
Game & Fish Department 602-942-3000

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**Coastal Zone Management**
Government Records Searched in This Report
CAMA Management Areas
  Dept. of Env., Health & Natural Resources
  919-733-2293

Federal Contacts for Additional Information
Office of Ocean and Coastal Resource Management
  N/ORM, SSMC4
  1305 East-West Highway
  Silver Spring, Maryland 20910
  301-713-3102

State Contacts for Additional Information


**FCC & FAA SITES MAP**
For NEPA actions that come under the authority of the FCC, the FCC requires evaluation of Antenna towers and/or supporting structures that are to be equipped with high intensity white lights which are to be located in residential neighborhoods, as defined by the applicable zoning law.

Government Records Searched in This Report
**Cellular**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**Tower**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**Antenna Registration**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**AM Tower**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**FAA Digital Obstacle File**
National Oceanic and Atmospheric Administration
  Telephone: 301-436-8301
  Describes known obstacles of interest to aviation users in the US.  Used by the Federal
  Aviation Administration (FAA) and the National Oceanic and Atmospheric Administration to
  manage the National Airspace System.

**Airport Landing Facilities**
Federal Aviation Administration
  Telephone (800) 457-6656
  Private and public use landing facilities.

**Electric Power Transmission Line Data**
PennWell Corporation
  Telephone: (800) 823-6277
  This map includes information copyrighted by PennWell Corporation. This information is provided
  on a best effort basis and PennWell Corporation does not guarantee its accuracy nor warrant its
  fitness for any particular purpose.  Such information has been reprinted with the permission of PennWell.

**Excessive Radio Frequency Emission**
For NEPA actions that come under the authority of the FCC, Commission actions granting construction permits,
licenses to transmit or renewals thereof, equipment authorizations or modifications in existing facilities, require
the determination of whether the particular facility, operation or transmitter would cause human exposure to levels
of radio frequency in excess of certain limits.

Federal Contacts for Additional Information
Office of Engineering and Technology
  Federal Communications Commission
  445 12th Street SW
  Washington, DC 20554
  Phone: 202-418-2470


OTHER CONTACT SOURCES

**NEPA Single Point of Contact**
State Contacts for Additional Information
Arizona State Clearinghouse
3800 N. Central Avenue
Fourtheenth Floor
Phoenix, AZ 85012
602-280-1315

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**STREET AND ADDRESS INFORMATION**

(c) 2003 Geographic Data Technology, Inc., Rel. 07/2003. This product contains proprietary and confidential property of Geographic Data Technology, Inc. Unauthorized use, including copying for other than testing and standard backup procedures, of this product is expressly prohibited.