LEGEND
- GAS PIPELINE
- ELECTRICAL TRANSMISSION
- FLOOD ZONE BOUNDARY
- RAILROAD
- ROADWAY
- RHODES AWAITING AERIAL
- RHODES 5,800 BOUNDARY
- BLACK MESA PIPELINE
- AZ GAME & FISH SHOOTING RANGE
- RHODES AZTEC CORRIDORS
- PARCELS
- STEEL MILL
- ARIZONA STATE PRISON
- SEWAGE TREATMENT PLANT (PRISON)
- TOWNSHIP/RANGE LINE
- PUBLIC/PRIVATE FACILITIES
- GOLDEN VALLEY PLANNING AREA
- TELECOMMUNICATIONS
- 100-FT. RIGHT OF WAY
- 80 TO 84-FT. RIGHT OF WAY
- EXISTING WATER WELLS

RHODES HOMES
MOHAVE COUNTY, ARIZONA
CONSTRAINTS EXHIBIT A
GOLDEN VALLEY SOUTH

Stanley Consultants INC.

CONSTRAINTS EXHIBIT