**Zone VE**

Zone VE is the flood insurance rate zone that corresponds to the 100-year coastal floodplains that have additional hazards associated with storm waves. BFEs derived from the detailed hydraulic analyses are shown at selected intervals within this zone. Mandatory flood insurance purchase requirements apply.

**Zones B, C, and X**

Zones B, C, and X are the flood insurance rate zones that correspond to areas outside the 100-year floodplains, areas of 100-year sheet flow flooding where average depths are less than 1 foot, areas of 100-year stream flooding where the contributing drainage area is less than 1 square mile, or areas protected from the 100-year flood by levees. No BFEs or depths are shown within this zone.

## Existing Conditions

The property is located on approximately 5800 acres within Sections 2, 3, 4, 8, 9, 10, 11, 14, 16 and 22 in Township 20 North and Range 18 West and Section 34 in Township 21 North and Range 18 West. The site generally slopes southwest at 1 percent and is covered with desert shrub. The west side of the site is a sandy loam. The ground becomes rockier to the east. Shinarump Road or County Highway 223 on the north is a graded road with drainage swales on both sides of the road. The road is generally dipped to accommodate the existing washes flowing to the southwest. Most roads crossing the site are graded but not paved. The site is bounded on the south by Aquarius Drive.



**Figure 4-2  Twin 36" CMP's crossing Aztec south of Redwall**

**The following pictures were taken December 07, 2004**



**Figure 4-3  - Hill east of Aztec in Section 23**



**Figure 4-4  - From Aztec: looking SE across Section 26**



**Figure 4-5- "Ocean Front Ranch" - looking south along Aztec**



**Figure 4-6- NE - near Sacramento & Hualapai**



**Figure 4-7- SW - near Sacramento & Hualapai**



**Figure 4-8- SE - near Sacramento & Hualapai**



**Figure 4-9    - Sacramento Wash - south - near Aquarius Drive**



**Figure 4-10  - Sacramento Wash - north - near Aquarius Drive**



**Figure 4-11   Sacramento Wash - 2nd braid north- near Aquarius Drive**



**Figure 4-12  - Sacramento Wash - 2nd braid south - near Aquarius Drive**



**Figure 4-13  - Sacramento Wash - 3rd braid south - near Aquarius Drive**



**Figure 4-14 - E - Centennial at Holy Moses center braid**