

Figure 4-15 - Centennial at Holy Moses Wash – crossing



Figure 4-16 - W - Centennial at Holy Moses Wash center braid



**Figure 4-17- S - Yucca north of Hualapai alignment**



**Figure 4-18- E - Yucca at Holy Moses Wash**



Figure 4-19 - Aquarius at Tampico - unnamed wash



Figure 4-20- Aztec - north: near Bolsa



**Figure 4-21 - Aztec - NE near Bolsa**



**Figure 4-22 - Aztec - S - near Bolsa: note "Ocean Front Ranch"**



Figure 4-23 - Aztec at north braid of Holy Moses Wash – West



Figure 4-24 - Shinarump at Sacramento Wash (east braid)



**Figure 4-25 - Shinarump at Sacramento Wash (east braid - north)**



**Figure 4-26 - N - Shinarump at Maverick**



Figure 4-27  - S - Shinarump at Maverick



Figure 4-28  - N - Shinarump at Adobe



**Figure 4-29 - S - Shinarump at Adobe**



**Figure 4-30 - S - Shinarump at Sacramento**