

**Figure 4-31 - Sacramento at Holy Moses center braid**

---

**Hydrology –Criteria**

Drainage reports for the project area are subject to the Mohave County Criteria. Officials in the Flood Control Department defined the criteria as the same listed in the Arizona Department of Transportation Highway Report Number: FHWA-AZ93-281, Drainage Design Manual, Hydrology, Final Report, March 1983, rev. 8-11-94 (ADOT) and the Maricopa County Criteria Manual. All drainage reports will need to be stamped by a registered Arizona Professional Engineer.

The Rational Method may be used up to 20 acres. HEC-1 models are evaluated as 100-year 6-hour storms for areas up to 20 square miles. The precipitation distributions are interpolated from six curves according to the total watershed area. All calculations must be verified with one of three approximation methods.

Initial basin hydrographs are developed using local rainfall, land use, and soil parameters within the Drainage Design Management System for Windows (DDMS) developed for the Flood Control District for Maricopa County. Total watershed areas up to 20 square miles are evaluated as local storms using the 100-year 6-hour precipitation amounts corrected according to the area-depth curves. The rainfall distribution curve is interpolated from six distribution curves according to the relationship with the total watershed area. Watershed areas from 20 square miles to 100 square miles are evaluated both as local storms as described above and as general storms which use a set distribution and 100-year 24-hour precipitation.

**Soils**

Soils information is taken from the General Soil Map for Mohave County, Arizona, prepared by the U.S. Department of Agriculture, Soil Conservation Service, dated January 1974. The soils for the area are listed in Table 4-2.

Table 4-2 Soils

| MUID | SOILS NAME | HYDGRP |
|---|---|---|
|  | Anthony-Vinton-Agua association | B |
|  | Cave association | D |
|  | Cellar-House Mountain-Rock outcrop association | D |
|  | Barkerville-Gaddes-Rock outcrop association | C |

**Existing Hydrology**

Drainage basins were delineated from the US Geological Survey 1:24000 scale Quad Maps for Arizona. Drainage through Rhodes Parcels and the Holy Moses wash area from Interstate 40 to the project site was verified using 2-foot aerial topography.

Parcel areas with the upstream watershed areas were used to determine approximate runoff affecting the site parcels. Subbasins were delineated to represent the major washes within the flood zones as determined by FEMA. Table 4-3 summarizes the pre developed drainage basin runoff for the three rainfall events studied. Junctions or concentration points are also identified. Runoff flow at the concentration points have depth/area reduction factors applied to the upstream drainage areas.

## HEC-RAS Analysis for Holy Moses Wash and Diversion Washes

Since the Holy Moses Wash splits into four separate washes, this area was evaluated separately both for the local storm on its separate watershed and the general storm using the entire Golden Valley watershed.

Holy Moses Wash travels in a westerly direction from the apex of an alluvial fan formed at the base of the southern tip of the Cerbat Mountain Range and US Highway 66 (See Figure 4-32). The channel is well defined until it reaches the broad plain of the fan where surface features show multiple diversion channels and braided washes.

This analysis is performed to determine the probable flow characteristics and capacity of the three major diversion washes leaving the main Holy Moses Wash channel. The area under consideration is approximately 18,000 feet of the upper most reach of the wash as it leaves the fan apex. The three diversion washes are located at

approximately 1,700 ft, 10,400 ft, and 13,700 ft from the apex and are identified respectively as Diversion Washes 3, 2, and 1, respectively.

**Methodology**

The peak 100-year, 24-hour peak discharge was established using the Army Corp of Engineer's Hec-1 hydrologic program and the State of Arizona, DOT's Hydrology Manual and Mohave County for input parameters. The 100-yr, 24-hr rainfall is used to evaluate the overall effect a regional storm would have on the Golden Valley drainage shed (shed area approximately 147 square miles). The peak discharge at the fan's apex is approximately 22,300 cfs. Additional runoff flow was added midway along the wash to provide for tributary inflow.

COE's water surface program Hec-RAS was used to analyze flow characteristics within the channel sections.

**Approach**

Surface topography was obtained from aerial survey information and a digital terrain surface was generated. Cross-sections for the Hec-RAS analysis was generated from the digital surface and input into the model. Cross-sections were spaced at 250 ft intervals along the washes' main channel. Cross-sections were also developed for each of the three diversion channels.

Within the majority of the model's cross-sections, many of the sub channels and surface irregularities were blocked (program's obstruction capability) to force runoff into the main and secondary channels. This process was validated by use of an aerial photo to confirm runoff flow and the logic of flow in the secondary channels.

The model was run at the peak design flow to determine locations where runoff exceeds channel capacity. These locations were compared closely to the aerial photo of the wash for physical verification of diverted flow. More than three locations of out flow were observed, but they attribute to mainly minor losses of runoff and in many instances returned to the main channel.

The water surface elevations from the models output were compared to the channel bank elevation. Where the water surface exceeded the bank elevation, runoff spills out of the main channel and into either a secondary channel or leaves the wash in one of the diversion washes. Again, this was verified with the aerial photo. If the runoff left the Holy Moses Wash the flow amount was determined from the programs out of channel report and removed from additional downstream computation. Results of the HEC-RAS analyses are shown in Table 4.3.

Table 4-3  Channel Flow (cfs)

| Location (Station) | Description | Flow (Main Channel) | Flow (Diversion Wash) |
|---|---|---|---|
| 277+50 | Apex (JHM5) | 22,333 | |
| 260+00 | Upstream | 22,261 | |
| | Diversion 3 | 19,857 | 2,476 |
| 210+00 | Tributary Flow | 20,228 | |
| 175+00 | Diversion 2 | 17,056 | 5,484 |
| 140+00 | Diversion 1 (JHM4) | 15,950 | 1,106 |

## Local Storm - 100-yr, 6hr Analysis

The Hec-RAS model was rerun for the 100-yr, 6-hr flow per the Hec-1 model. Results are shown in Table 4-4. The 100-yr, 6-hr rainfall (local storm) is applied to only the Holy Moses watershed, upstream on the Junction node HM4 (drainage area 69 square miles). The Holy Moses Basin Boundary Figure 4-32, shows the Station locations.

Table 4-4  Channel Flow (cfs)

| Location (Station) | Description | Flow (Main Channel) | Flow (Diversion Wash) |
|---|---|---|---|
| 277+50 | Apex (JHM5) | 9,255 | |
| 260+00 | Upstream | 9,178 | |
| | Diversion 3 | 8,182 | 996 |
| 210+00 | Tributary Flow | 8,235 | |
| 175+00 | Diversion 2 | 6,237 | 1,998 |
| 140+00 | Diversion 1 (JHM4) | 5,967 | 270 |

Table 4-5 - summarizes the 100-year 6-hour (local storm) and 24-hour (general storm) flows for the entire watershed.

Table 4-5 - Runoff Flows

| Drainage Shed | Area (sq mi) | 100-yr, 6-hr (cfs) | 100-yr, 24-hr (cfs) |
|---|---|---|---|
| HM-A | 40.60 | 2748 | 12960 |
| HM-B | 10.35 | 1076 | 5235 |
| HM-C | 14.58 | 1091 | 5175 |
| JHM5 | 65.53 | 4843 | 22333 |
| HM-D | 3.90 | 513 | 2610 |
| JHM4 | 69.43 | 4647 | 20597 |
| 13M-2A | 4.30 | 722 | 4037 |
| 13M-2B | 2.34 | 440 | 2641 |
| 13M-2C | 4.40 | 701 | 3837 |
| 13M-2D | 9.70 | 1164 | 4980 |
| 13M-3 | 9.30 | 1185 | 5966 |
| 13M-4 | 0.25 | 61 | 396 |
| J13M-F | 30.29 | 2238 | 17898 |
| 13M-1A | 3.90 | 644 | 3586 |
| 13M-1B | 3.60 | 508 | 2631 |
| 13M-1C | 2.50 | 299 | 1489 |
| J131C1 | 10.00 | 988 | 6685 |
| J13M-E | 40.29 | 2252 | 20520 |
| C-2A | 3.30 | 597 | 3520 |
| C-2B | 6.00 | 1375 | 3428 |
| C-2C | 3.80 | 401 | 1953 |
| JC2C1 | 13.10 | 978 | 7496 |
| J13M-D | 53.39 | 3072 | 25511 |
| C-1A | 7.10 | 904 | 4554 |
| C-1B | 4.20 | 377 | 1807 |
| C-1C | 4.90 | 357 | 1689 |
| JC1C1 | 16.20 | 1196 | 7401 |
| J13M-C | 69.59 | 3944 | 26847 |

**Basin Parameters**

Table 4-6 identifies the rainfall depths taken from the isopluvial map in the ADOT manual for the following events:

Table 4-6  Precipitation

|  | 2-year | 100-year |
|---|---|---|
| 6-hour | 1.2 | 3.2 |
| 24-hour | 1.4 | 4.2 |

Rainfall depths for the 2-year to 500-year precipitation events with durations from 5-minute to 24-hour are calculated within the DDMS program.

Depth-area reduction factors were applied to the HEC-1 modeling to distribute or average the rainfall depth over the large drainage shed. These factors were interpolated from Tables 2.1 and 2.2 of the Drainage Design Manual for Maricopa County, Hydrology Volume, and Chapter 2-Rainfall.

Infiltration loss was calculated using the Green and Ampt method. The predominant soil type was identified as Anthony-Vinton-Agua Association. They are typically a sandy loam exhibiting the following characteristics as shown in Table 4-7 (See ADOT, Table 3-2):

Table 4-7  Soil Characteristics

| Soil Texture | DTHETA | | | XKSAT | PSIF | IA |
|---|---|---|---|---|---|---|
| | Dry | Normal | Saturated | In/hr | Inches | Inches |
| Sandy loam | 0.35 | 0.25 | 0 | 0.4 | 4.3 | 0.35 |

Soil data from within the default values of the DDMS program was chosen that typified the same soil characteristics as the project soils. Normally, soils of desert cover are considered "dry", where irrigated soils are "normal". Where exact default soil types were not identified, the parameters were modified prior to running the program.

The drainage basins were identified to have a typical desert type land use. This was included within default parameters of the program and pre project conditions were determined to be "dry".

The basic naming convention of the basins for the exhibits and model are Holy Moses Wash=HM, Thirteen Mile Wash=13M, Cerbat Wash=C, and Sacramento Wash=S. Multiple braids of the washes are identified with a sub text number. The following letter represents a sub-basin within the wash's basin (i.e., Sub-basin A within Cerbat Wash tributary 1, C-1A). Table 4-8 shows the characteristics used in the development of the basin hydrographs.

Table 4-8   Basin Characteristics

| Sub-Basin | Area | Length (mi) | Slope (ft/mi) | Lca (mi) | Tc[1] | RTIMP |
|---|---|---|---|---|---|---|
| HM-A | 40.60 | 13.1 | 216.9 | 5.3 | 3.42 hr | 0.00% |
| HM-B | 11.50 | 6.3 | 210.9 | 3.1 | 2.21 hr | 0.00% |
| HM-C | 9.50 | 9 | 104.9 | 4 | 2.90 hr | 0.00% |
| 13M-4 | 0.25 | 0.6 | 100 | 0.3 | 0.54 hr | 0.00% |
| 13M-3 | 9.30 | 5.5 | 100.5 | 3.5 | 2.50 hr | 0.00% |
| 13M-2A | 4.30 | 2.8 | 462.9 | 1.5 | 1.16 hr | 0.00% |
| 13M-2B | 2.34 | 2.2 | 317.5 | 0.8 | 0.95 hr | 0.00% |
| 13M-2C | 4.40 | 3.3 | 149.5 | 1.4 | 1.50 hr | 0.00% |
| 13M-2D | 9.70 | 7.5 | 199.5 | 2.6 | 2.19 hr | 0.00% |
| 13M-1A | 3.90 | 3.3 | 515.2 | 1.4 | 1.16 hr | 0.00% |
| 13M-1B | 3.60 | 3.6 | 240 | 2 | 1.49 hr | 0.00% |
| 13M-1C | 2.50 | 4.5 | 145.5 | 2.2 | 1.72 hr | 0.00% |
| C-2A | 3.30 | 2.6 | 423.1 | 1.1 | 1.05 hr | 0.00% |
| C-2B | 6.00 | 4.3 | 116.3 | 2.3 | 1.97 hr | 0.00% |
| C-2C | 3.80 | 4.6 | 65.2 | 2.3 | 2.15 hr | 0.00% |
| C-1A | 7.10 | 4.5 | 433.3 | 3.1 | 1.68 hr | 0.00% |
| C-1B | 4.20 | 5.7 | 61.4 | 2.8 | 2.43 hr | 0.00% |
| C-1C | 4.90 | 6 | 23.3 | 3.1 | 3.11 hr | 0.00% |

1  $Tc = 2.4 A^{0.1} L^{0.25} Lca^{0.25} S^{-0.2}$ (ADOT Equation 4.1)

Routing of the basins and sub-basins was initially developed within the DDMS program, though the program does not place routing in the proper sequence. Sequencing and placement of basin routing was accomplished using Microsoft Word Pad as a text editor. The program developed the local basin hydrographs, but the model was run using the Corp. of Engineers, HEC-1 program. Table 4-9 shows the routing parameters used to convey the basin and junction flows through the system. It is assumed that routing is performed using Kinematic Wave Routing methods within a trapezoidal channel. The Manning Roughness Coefficient "n" used in natural channels is 0.035.

Routing convention for exhibits and table identifies the Basin (HM, 13M, C, or S), Routing "R" identified at the beginning of the description shows direction by identifying the upstream junction or node, with the flow direction downstream. Where no direction is given, it refers to a terminal reach before it converges with another wash. Junction nodes are represented by the letter "J" at the beginning of the description.

Table 4-9  Routing

| Routing | Distance (ft) | Elevation (ft) | Slope (ft/ft) |
|---|---|---|---|
| RJHM1 | 7935 | 55 | 0.0069 |
| RJHM2 | 1028 | 10 | 0.0097 |
| RJHM3 | 6804 | 55 | 0.0081 |
| RJHM4 | 9956 | 105 | 0.0105 |
| RJHM5 | 25753 | 290 | 0.0113 |
| RHMC | 4174 | 40 | 0.0096 |
| RHMB | 17259 | 410 | 0.0238 |
| R13MA | 3440 | 30 | 0.0087 |
| R13MB | 2901 | 20 | 0.0069 |
| R13MC | 3047 | 20 | 0.0066 |
| R13MD | 1428 | 10 | 0.0070 |
| R13ME | 3662 | 40 | 0.0109 |
| R13MF | 2412 | 153 | 0.0634 |
| RJ1331 | 921 | 5 | 0.0054 |
| RJ13C1 | 24401 | 330 | 0.0135 |
| R13M1A | 18487 | 470 | 0.0254 |
| RJ13D1 | 2679 | 15 | 0.0056 |
| RJ13C2 | 9309 | 50 | 0.0054 |
| RJ13MC1 | 12300 | 300 | 0.0244 |
| R13M2A | 15094 | 450 | 0.0298 |
| R13M3B | 25487 | 650 | 0.0255 |
| RJC1B1 | 31713 | 350 | 0.0110 |
| RC1A | 30090 | 510 | 0.0169 |
| RJC2C1 | 3957 | 20 | 0.0051 |
| RJC2B1 | 24401 | 300 | 0.0123 |
| RC2A | 22777 | 480 | 0.0211 |

## Developed Hydrology

Table 4-10 - summarizes the site post developed drainage basin runoff for the three rainfall events studied.

Table 4-10  Runoff Flow

| Sub-Basin | Area (sq mi) | 100-yr, 6-hr | 100-yr, 24-hr |
|---|---|---|---|
| JHM-4 | 69.43 | 4647 | 20597 |
| HM-UPA | 2.67 | 1052 | 2008 |
| JUPA1 | 72.10 | 4086 | 18227 |
| HM-UPB | 1.18 | 800 | 1796 |
| JUPB1 | 73.28 | 4181 | 18330 |
| J13-ME | 40.29 | 2252 | 20520 |
| 13MUPB | 0.3 | 141 | 208 |
| J13M-D | 53.73 | 1242 | 25511 |
| 13UPA | 3.10 | 1130 | 1731 |
| 13MUPC | 0.37 | 241 | 633 |
| J13M-C | 69.92 | 3944 | 26847 |
| J13M-B | 73.29 | 4325 | 27876 |
| 13MUPD | 0.7 | 422 | 938 |

No upstream detention assumed.
Upstream detention assumed

The developed drainage basins are based on the proposed land use schedule as shown on Figure 4-33 (Golden Valley – South Concept 'K' Sheds).  Basins with the sub script UP refer to the Land Use plan within each major 'wash shed.  The A to C sub script refers to the sub-basin.  Table 4-11 shows the basin parameters used to develop the shed's runoff hydrograph.

Table 4-11  Basin Parameters

| Sub-Basin | Area (mi$^2$) | Length (mi) | Slope (ft/mi)[1] | Lca (mi) | Tc[2] | RTIMP |
|---|---|---|---|---|---|---|
| HMUPA | 2.67 | 2.7 | 52.8 | 1.1 | 1.57 hr | 31.48% |
| HMUPB | 1.13 | 1.2 | 52.8 | 0.6 | 1.01 hr | 72.65% |
| 13MUPA | 3.10 | 8.4 | 52.8 | 1.4 | 2.25 hr | 51.23% |
| 13MUPB | 0.30 | 0.8 | 52.8 | 0.4 | 0.72 hr | 47.67% |
| 13MUPC | 0.36 | 0.8 | 52.8 | 0.2 | 0.62 hr | 67.36% |
| 13MUPD | 0.73 | 1.2 | 52.8 | 0.4 | 0.88 hr | 56.03% |

Conveyance slope assumed at S=0.01ft/ft
Tc=2.4A0.1L0.25Lca0.25S-0.2 (ADOT Equation 4.1)

**Storm Drain Facilities**

The storm drainage facilities were estimated using the Land Plan K from RVI.  Two alternatives were considered, with a detention basin along the north boundary (Table 4-12) and without (Table 4-13).  Storm drain facilities along the Aztec Corridor were not considered in this study.

The storm drainage detention basin proposed at along the northerly boundary of the site is designed to store the volume of runoff generated from the 100-yr, 2-hr rainfall event (approximately 500 acre-feet) from the Thirteen Mile Wash and the Holy Moses northern braid. The release rate from the proposed outlet structure (similar to a 2-12x6 box outlet structure) is approximately 1,300 cfs, equal to the peak flow from the 100-yr, 2-hr storm event. This flow is joined with the Cerbat Wash for a channel flow of 9285 cfs. This flow is shown on Summary Tables 4-12 and 4-13 as the Thirteen Mile Wash. The 96-inch RCP collects the flows along the east side of the site

Table 4-12  Storm Drain w/Detention Basin

| Description | Quantity | Unit | Unit Cost | Total |
| --- | --- | --- | --- | --- |
| Thirteen Mile Wash Riprap Trap. 320 w/4:1 side slope | 12460 | LF | $1,800 | $22,428,000 |
| Thirteen Mile Crossings | 2 | Each | $1,082,250 | $2,164,500 |
| Detention Basin | 1 | Each | $4,175,253 | $4,175,253 |
| Holy Moses Wash Concrete Trap. 250 w/2:1 side slope | 17070 | LF | $1,302 | $22,225,140 |
| Holy Moses Crossings | 1 | Each | $2,46,0500 | $2,460,500 |
| Misc. Storm Drain 96" RCP | 5400 | LF | $374.85 | $2,024,190 |
| Sacramento Wash conc Rect. 250x7.5 | 5400 | LF | $3,028.5 | $16,353,900 |
|  |  |  | Total | $71,831,483 |

Table 4-13  Storm Drain w/o Detention Basin

| Description | Quantity | Unit | Unit Cost | Total |
|---|---|---|---|---|
| Thirteen Mile Wash Conc. Rect. 212x6 | 12460 | LF | $2,565 | $31,959,900 |
| Thirteen Mile Crossings | 2 | Each | $2,094,560 | $4,189,120 |
| Holy Moses Wash Concrete Trap. 250 w/2:1 side slope | 17070 | LF | $1,302 | $22,225,140 |
| Holy Moses Crossings | 1 | Each | $2,46,0500 | $2,460,500 |
| Misc. Storm Drain 96" RCP | 5400 | LF | $374.85 | $2,024,190 |
| Sacramento Wash Conc. Rect. 250x7.5 | 5400 | LF | $3,028.5 | $16,353,900 |
| | | | Total | $79,212,750 |

**Phase I – Golf Course Improvements**

One of the initial development areas within the Phase I project scope is to construct the proposed golf course (See Figure 4-34).  The east side of the Golf Course needs to be protected from stormwater runoff generated from the south tip of the Cerbat Mountains.  Additional runoff flow from the divergence channel of the Holy Moses Wash also impacts the golf course area.

The drainage shed affecting the easterly boundary of the project site, between the Holy Moses Wash and the northeast property corner consists of approximately 2.03 square miles.  For the purpose of this analysis, the drainage shed is subdivided into four smaller sub-sheds which is bounded along the south by the Holy Moses Wash and to the north by its divergent channel.  Runoff from Sub-shed GCA flows naturally flows north of the golf course.  Runoff from Sub-shed GCB is deflected from the golf course by a perimeter road whereas, the divergent channel of the Holy Moses Wash and tributary areas of Sub-shed GCC flow directly into the golf course.  Sub-shed GCD is a smaller in area and has minimal impact to the course.

Table 4-14 gives a summary of the drainage shed characteristics imparting the golf course and runoff flow from those sheds.

Table 4-14 – Golf Course Characteristics

| Sub-Basin | Area (mi2) | Length (mi) | Slope(ft/mi) | Lca (mi) | Flow |
|---|---|---|---|---|---|
| GCIA | 0.847 | 3.435 | 71.8 | 2.04 | 597 |
| GCIB | 0.330 | 2.584 | 71.8 | 1.20 | 289 |
| GCIC | 0.758 | 2.510 | 71.8 | 1.18 | 664 |
| GCID | 0.091 | 1.119 | 71.8 | 0.37 | 116 |

Conveyance slope assumed at S=0.0138ft/ft
$Tc=2.4A^{0.1}L^{0.25}Lca^{0.25}S^{-0.2}$ (ADOT Equation 4.1)

Costs for this area would be the 96-inch RCP, the Holy Moses Wash and the Holy Moses Crossing. This cost for Phase I would be $6,709,830.

**Conclusions**

The total cost for the storm drainage control can exceed $79 million. Construction of the detention basin will lower the total cost by approximately $7 million.