



GOLDEN VALLEY SOUTH
HOLY MOSES BASIN BOUNDARY

MOHAVE COUNTY — ARIZONA — FIGURE 4-32