

FIGURE 4-33
GOLDEN VALLEY SOUTH
CONCEPT K SHEDS