

Section 6

# Traffic Infrastructure

## Project Background – Existing Conditions

With the exception of Aztec Road from US Highway 68 to Shinarump Road and Shinarump Road between Aztec Road and the Old Oatman Highway (Old State Route 66), there are currently no all weather surface transportation roadways within the vicinity of the Golden Valley 5800 Property. See Figure 6-1.

All Rhodes 5800 parcels are outside both the Kingman City Limits and the Golden Valley Planning Area, except parcel 306-63-008, which is inside the Golden Valley Planning Area (SW ¼ T21N, R18W, Section 34), but outside the Kingman City Limits. Unimproved roadways (dirt) exist on section lines and on some midsection lines. The roadways are generally traversable with the exception of existing wash locations where the roadways have been cut to the point of inaccessibility.

In the project vicinity, Interstate Highway 40 is a four lane, access controlled, divided highway located between 2 and 3 miles (south to north) east of the project property.

In the project vicinity, US Highway 66 (also known as the Old Oatman Highway) is a two lane roadway located 1 to 4 miles (east to west) south of the project property. US Highway 66 is not a divided facility west of Interstate Highway 40. See Figure 6-2.

Just over four miles north of the project is US Highway 68 serving traffic between US Highway 93 and Bullhead City, AZ/Laughlin, NV. US Highway 68 is a four lane facility which is divided west of Verde Road.