

RHODES HOMES
MOHAVE COUNTY, ARIZONA
CONCEPTUAL SEWER SYSTEM
GOLDEN VALLEY SOUTH

FIGURE 7-2

FIGURE 7.3

GOLDEN VALLEY SOUTH
CONVENTIONAL ACTIVATED
SLUDGE TREATMENT
PROCESS FLOW DIAGRAM

**Stanley Consultants** INC.

MECHANICAL SCREEN
DUAL SYSTEM
(COARSE AND FINE)

GRIT
REMOVAL

FLOW
SPLITTER
BOX

WEIR

RESIDUAL BIN

INFLUENT
FLOW
METER

FE

INFLUENT PUMP
STATION

AIR

DIGESTER BLOWERS

AERATION BLOWERS

WAS

DIGESTER
TANK

DIGESTER
TANK

SOLIDS HANDLING
PUMP

SOLIDS
DISPOSAL

ANOXIC
ZONE

AERATION
TANK

ANOXIC
ZONE

AERATION
TANK

RAS

RECYCLE

RECYLE
PUMP

AIR

RAS

MEMBRANE BLOWERS

AIR

AIR

RAS/WAS

RAS/WAS
PUMP STATION

MEMBRANE
BIOREACTOR
CHAMBERS

VACUUM
PUMPS

UV
DISINFECTION

CLASS A+ EFFLUENT
TO PUMP STATION

GOLDEN VALLEY SOUTH
MEMBRANE BIOREACTOR TREATMENT
PROCESS FLOW DIAGRAM

FIGURE 7.4

c:\Documents and Settings\6400\My Documents\Las Vegas\fig_5_3.dgn



Stanley Consultants INC.

MECHANICAL SCREEN

GRIT REMOVAL

FLOW SPLITTER BOX

WEIR

AIR

SBR TANK

SBR TANK

INFLUENT FLOW METER

RESIDUAL BIN

FILTER

INFLUENT PUMP STATION

AIR

DIGESTER BLOWERS

AERATION BLOWERS

WAS PUMP STATION

UV DISINFECTION

WAS

CLASS A+ EFFLUENT TO PUMP STATION

DIGESTER TANK

DIGESTER TANK

SOLIDS HANDLING PUMP

SOLIDS DISPOSAL

FIGURE 7.5

GOLDEN VALLEY SOUTH
SEQUENCING BATCH
REACTOR TREATMENT
PROCESS FLOW DIAGRAM

c:\Documents and Settings\6400\My Documents\Las Vegas\fig_5.4.dgn