**Golden Valley South**
**Aquifer Protection Permit**
**Process Flow Diagram**



Figure 7-6 - APP Process Flow Chart