# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.

## VICINITY MAP
NOT TO SCALE

Streets shown: REDWALL DRIVE, RAINWATER DRIVE, DIABASE DRIVE, AMADO DRIVE, NEWGARD DRIVE, BOLSA DRIVE, ADOBE ROAD, AJO ROAD, ARIVACA ROAD, AZTEC ROAD. SITE indicated at Redwall Drive/Aztec Road.

## SURVEY RELATED ITEMS:
(#) = PLOTTABLE

THIS STUDY DOES NOT CONSTITUTE A TITLE SEARCH BY STANLEY CONSULTANTS INC. TO DETERMINE OWNERSHIP OR EASEMENTS OF RECORD. FOR ALL INFORMATION REGARDING EASEMENTS, RIGHTS-OF-WAY OR TITLE OF RECORD, STANLEY CONSULTANTS INC., RELIED ON 291-4372311, FIRST AMENDED, ISSUED BY FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., DATED SEPTEMBER 24, 2004, AND THE FOLLOWING MAY AFFECT THE SUBJECT PROPERTY:

### SCHEDULE B

1. ANY DISTRICT, IMPROVEMENT DISTRICT, ASSESMENT OR BOND AS DISCLOSED BY THE RECORDS OF THE OFFICE OF THE MOHAVE COUNTY ASSESSOR OR TREASURER.

2. EASEMENTS, RESTRICTIONS, RESERVATIONS, CONDITIONS, AND SETBACKS AS SET FORTH ON THE PLAT RECORDED IN BOOK 1 OF LAND SURVEYS, PAGE 50, BUT DELETING ANY COVENANTS, CONDITIONS, OR RESTRICTION INDICATING A PREFERENCE, LIMITATIONS, OR DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN TO THE EXTENT SUCH COVENANTS, CONDITIONS, OR RESTRICTION VIOLATE 42 USC 3604(C).

3. THE RIGHT TO ENTER UPON SAID LAND, PROSPECT FOR, MINE AND REMOVE ALL COAL, OIL, GAS, AND OTHER MINERAL DEPOSITS AS RESERVED IN DEED RECORDED AS BOOK 270 OF DEEDS, PAGE 393. (BLANKET)

3A. DAVIS DAM KINGMAN 69KV TRANSMISSION LINE PER BOOK 270 OF DEEDS, PAGE 395. ALIGNMENT PER PLAN AND PROFILE DRAWINGS D-233 REFERENCE APLICATION #PHX 083786.

4. THE RIGHTS IN CONNECTION WITH THE MINERAL ESTATE AS RESERVED IN DEED RECORDED AS BOOK 691, PAGE 82 OF OFFICIAL RECORDS. (BLANKET)

## LEGAL DESCRIPTION—PER TITLE COMMITMENT No. 291-4372311

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778 IN THE OFFICE OF MOHAVE COUNTY, ARIZONA, BEING A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT ALL MINERALS AS RESERVED IN THE PATENT OF SAID LAND RECORDED IN BOOK 270 OF DEEDS, PAGE 393.

## GENERAL INFORMATION

TITLE TO THE ESTATE OR INTEREST IN SAID LAND IS VESTED IN:
SOUTH DAKOTA CONSERVANCY, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY

FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC.
No. 291-4372311, 1st Amended
SEPTEMBER 24, 2004
306-42-001

THIS MAP IS BASED ON FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC. COMMITMENT No. 291-4372311, 1st AMENDED, DATED SEPTEMBER 24, 2004, PLUS AN ENDORSEMENT ISSUED FOR ITEM 3A, AND THE LOCATION OF SUCH ITEM SHOWN THEREON, TO THE EXTENT IT CAN BE LOCATED, HAS BEEN SHOWN ON THIS SURVEY WITH THE APPROPRIATE RECORDING REFERENCE.

## REFERENCE MAPS
(R1) PAGE 50, BOOK 1 OF LAND SURVEYS

## SHEET INDEX
SHEET 1 — TITLE/BOUNDARY
SHEET 2 — TOPOGRAPHY
SHEET 3 — PHOTOGRAPH
SHEET 4 — COMBINED PHOTO/TOPO

## SURVEYORS CERTIFICATE

I RICHARD M. CUMMOCK, REGISTERED LAND SURVEYOR, REGISTERED IN THE STATE OF ARIZONA, AS AGENT FOR STANLEY CONSULTANTS, INC., DO HEREBY CERTIFY TO SOUTH DAKOTA CONSERVANCY, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY AND FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS;

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/ACSM LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA, ACSM AND NSPS IN 1999, AND INCLUDES ITEMS 2, 4, 5, 11A, 13 OF TABLE A THEREOF.

PURSUANT TO THE ACCURACY STANDARDS AS ADOPTED BY ALTA, NSPS, AND ACSM AND IN EFFECT ON THE DATE OF THIS CERTIFICATION, UNDERSIGNED FURTHER CERTIFIES THAT THE POSITIONAL UNCERTAINTIES RESULTING FROM THE SURVEY MEASUREMENTS MADE ON THE SURVEY DO NOT EXCEED THE ALLOWABLE POSITIONAL TOLERANCE.

RICHARD M. CUMMOCK
REGISTERED LAND SURVEYOR
ARIZONA CERTIFICATE NO. 42127

## GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

## LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- x—x—x—x— FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- -O- POWER POLE

## Survey drawing notes (boundary)

LOT 125
PER BOOK 1 OF LAND SURVEYS, PAGE 50
39.89 ACRES

REDWALL DRIVE: S89°27'02"E  2647.66' (R1) / 2647.45'; 1323.73'; 1323.73' / 1323.83' (R1)

3" ALUMINUM CAP MOHAVE COUNTY (T 21 N, 1/4 S 15 / S 22, R 18 W)
3" ALUMINUM CAP MOHAVE COUNTY (T 21 N, S 15 | S 14 / S 22 | S 23, R 18 W)

JOHN SULLIVAN 306-42-002A

50.00' ROADWAY EASEMENT (2)
50.00' RIGHT-OF-WAY DEDICATED PER BOOK 221 OF DEEDS, PAGE 236

525.92'
464.10'
N87°52'24"E 1324.09
100.00'
50.00'
1315.64' (R1) / 1315.81'  N00°16'42"E
1312.50' (R1) / 1312.37'
789.89'
848.27'
50.00' RIGHT-OF-WAY DEDICATED PER BOOK 221 OF DEEDS, PAGE 236

69KV TRANSMISSION LINE DAVIS DAM – KINGMAN PER BOOK 270 OF DEEDS, PAGE 395 (3A)

30.00' ROADWAY EASEMENT (2)
30.00' ROADWAY EASEMENT (2)
50.00' ROADWAY EASEMENT (2)

ARIVACA ROAD
AZTEC ROAD

2624.74' / 2625.00' (R1)
1319.40' (R1) / 1321.49'  N89°35'58"W
S00°22'33"W
1312.37'

RAINWATER DRIVE

FOUND 1/2" REBAR /W TAG "RLS 5570" PER (R1)
JEAN ETAL WHITE TRUSTEE 306-42-002

2 1/2" BRASS CAP RLS 10343 (T 21 N, S 22 | S 23, R 18 W)

## Title Block

Stanley Consultants Inc.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 365-6355 Fax (702) 365-6763
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N, R. 18 W

ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES
MOHAVE   ARIZONA

DWG NAME: AZTEC-40-ALTA
JOB NO.: 17715.81.12
SHEET 1 OF 4



# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.




**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: DECEMBER OF 2004
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 100'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- -○- POWER POLE

GRAPHIC SCALE ( IN FEET )  1 inch = 100 ft.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9763
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N., R. 18 W.

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES
MOHAVE    ARIZONA
DWG NAME: AZTEC-40-ALTA
JOB NO. 17715.81.12
SHEET 3 OF 4

Labels on map: JOHN SULLIVAN LOT 126 PER BOOK 1 OF LAND SURVEYS, PAGE 50  306-42-002A; LOT 125 PER BOOK 1 OF LAND SURVEYS, PAGE 50  39.89 ACRES; JEAN ETAL WHITE TRUSTEE LOT 126 PER BOOK 1 OF LAND SURVEYS, PAGE 50  306-42-008; ARIVACA ROAD; AZTEC ROAD; RAINWATER DRIVE.

# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: DECEMBER OF 2004
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 100'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- -○- POWER POLE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22 , T. 21 N. R. 18 W.

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES
MOHAVE                ARIZONA

DWG NAME: AZTEC-40-ALTA
JOB NO.: 17715.81.12
SHEET 4 OF 4