# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.

## VICINITY MAP
NOT TO SCALE

Streets shown: REDWALL DRIVE, RAINWATER DRIVE, DIABASE DRIVE, AMADO DRIVE, NEWGARD DRIVE, BOLSA DRIVE, ADOBE ROAD, AJO ROAD, ARIVACA ROAD, AZTEC ROAD. SITE shown at Redwall Drive/Aztec Road.

## SURVEYORS CERTIFICATE

I RICHARD M. CUMMOCK, REGISTERED LAND SURVEYOR, REGISTERED IN THE STATE OF ARIZONA, AS AGENT FOR STANLEY CONSULTANTS, INC., DO HEREBY CERTIFY TO SOUTH DAKOTA CONSERVANCY, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY AND FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS;

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/ACSM LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA, ACSM AND NSPS IN 1999, AND INCLUDES ITEMS 2, 4, 5, 11A, 13 OF TABLE A THEREOF.

PURSUANT TO THE ACCURACY STANDARDS AS ADOPTED BY ALTA, NSPS, AND ACSM AND IN EFFECT ON THE DATE OF THIS CERTIFICATION, UNDERSIGNED FURTHER CERTIFIES THAT THE POSITIONAL UNCERTAINTIES RESULTING FROM THE SURVEY MEASUREMENTS MADE ON THE SURVEY DO NOT EXCEED THE ALLOWABLE POSITIONAL TOLERANCE.

RICHARD M. CUMMOCK
REGISTERED LAND SURVEYOR
ARIZONA CERTIFICATE NO. 42127

## SURVEY RELATED ITEMS:

(#) = PLOTTABLE

THIS STUDY DOES NOT CONSTITUTE A TITLE SEARCH BY STANLEY CONSULTANTS INC. TO DETERMINE OWNERSHIP OR EASEMENTS OF RECORD. FOR ALL INFORMATION REGARDING EASEMENTS, RIGHTS-OF-WAY OR TITLE OF RECORD, STANLEY CONSULTANTS INC., RELIED ON 291-4372311, FIRST AMENDED, ISSUED BY FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., DATED SEPTEMBER 24, 2004, AND THE FOLLOWING MAY AFFECT THE SUBJECT PROPERTY:

### SCHEDULE B

1. ANY DISTRICT, IMPROVEMENT DISTRICT, ASSESMENT OR BOND AS DISCLOSED BY THE RECORDS OF THE OFFICE OF THE MOHAVE COUNTY ASSESSOR OR TREASURER.

(2) EASEMENTS, RESTRICTIONS, RESERVATIONS, CONDITIONS, AND SETBACKS AS SET FORTH ON THE PLAT RECORDED IN BOOK 1 OF LAND SURVEYS, PAGE 50, BUT DELETING ANY COVENANTS, CONDITIONS, OR RESTRICTION INDICATING A PREFERENCE,LIMITATIONS, OR DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN TO THE EXTENT SUCH COVENANTS, CONDITIONS, OR RESTRICTION VIOLATE 42 USC 3604(C).

3. THE RIGHT TO ENTER UPON SAID LAND, PROSPECT FOR, MINE AND REMOVE ALL COAL, OIL, GAS, AND OTHER MINERAL DEPOSITS AS RESERVED IN DEED RECORDED AS BOOK 270 OF DEEDS, PAGE 393. (BLANKET)

(3A) DAVIS DAM KINGMAN 69KV TRANSMISSION LINE PER BOOK 270 OF DEEDS, PAGE 395. ALIGNMENT PER PLAN AND PROFILE DRAWINGS D-233 REFERENCE APLICATION #PHX 083786.

4. THE RIGHTS IN CONNECTION WITH THE MINERAL ESTATE AS RESERVED IN DEED RECORDED AS BOOK 691, PAGE 82 OF OFFICIAL RECORDS. (BLANKET)

## LEGAL DESCRIPTION—PER TITLE COMMITMENT No. 291-4372311

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778 IN THE OFFICE OF MOHAVE COUNTY, ARIZONA, BEING A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT ALL MINERALS AS RESERVED IN THE PATENT OF SAID LAND RECORDED IN BOOK 270 OF DEEDS, PAGE 393.

## GENERAL INFORMATION

TITLE TO THE ESTATE OR INTEREST IN SAID LAND IS VESTED IN:
SOUTH DAKOTA CONSERVANCY, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY

FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC.
No. 291-4372311, 1st Amended
SEPTEMBER 24, 2004
306-42-001

THIS MAP IS BASED ON FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC. COMMITMENT No. 291-4372311, 1st AMENDED, DATED SEPTEMBER 24, 2004, PLUS AN ENDORSEMENT ISSUED FOR ITEM 3A, AND THE LOCATION OF EACH EASEMENT SHOWN THEREON, TO THE EXTENT IT CAN BE LOCATED, HAS BEEN SHOWN ON THIS SURVEY WITH THE APPROPRIATE RECORDING REFERENCE.

## REFERENCE MAPS

(R1) PAGE 50, BOOK 1 OF LAND SURVEYS

## SHEET INDEX

SHEET 1 – TITLE/BOUNDARY
SHEET 2 – TOPOGRAPHY
SHEET 3 – PHOTOGRAPH
SHEET 4 – COMBINED PHOTO/TOPO

## LEGEND

- ─────── SUBDIVISION BOUNDARY LINE
- ─ ─ ─ ─ ADJACENT PROPERTY LINE
- ─────── EASEMENT LINE
- ─────── ROADWAY EASEMENT
- ─────── DIMENSION
- ─────── SECTIONAL SUBDIVISION LINE
- —x—x—x— FENCE LINE
- ─────── FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- —○— POWER POLE

## GRAPHIC SCALE

( IN FEET )
1 inch = 100 ft.

---

**Survey drawing notations:**

- LOT 125, PER BOOK 1 OF LAND SURVEYS, PAGE 50, 39.89 ACRES
- REDWALL DRIVE: S89°27'02"E 2647.45' (2647.66' R1); 1323.73'; 1323.73' / 1323.83' (R1)
- 3" ALUMINUM CAP MOHAVE COUNTY (T 21 N, 1/4 S 15/S 22, R 18 W)
- 3" ALUMINUM CAP MOHAVE COUNTY (T 21 N, S 15/S 14, S 22/S 23, R 18 W)
- 50.00' RIGHT-OF-WAY DEDICATED PER BOOK 221 OF DEEDS, PAGE 236
- (2) 50.00' ROADWAY EASEMENT
- 525.92'
- 464.10'
- N87°52'24"E 1324.09'
- 100.00'
- 69KV TRANSMISSION LINE DAVIS DAM - KINGMAN PER BOOK 270 OF DEEDS, PAGE 395 (3A)
- ARIVACA ROAD; N00°16'42"E 1315.64' / 1315.81' (R1)
- 786.89'
- JOHN SULLIVAN 306-42-002A
- AZTEC ROAD; 1312.50' (R1) / 1312.37'
- 848.27'
- (2) 50.00' ROADWAY EASEMENT
- 30.00' ROADWAY EASEMENT (2)
- 2624.74' / 2625.00' (R1)
- S00°22'33"W
- 1319.40' (R1); N89°35'58"W 1321.49'
- RAINWATER DRIVE
- FOUND 1/2" REBAR w/ TAG "RLS 5570" PER (R1)
- JEAN ETAL WHITE TRUSTEE 306-42-003
- 1312.37'
- 2 1/2" BRASS CAP RLS 10343 (T 21 N, S 22/S 23, R 18 W)

---

**Title Block:**

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V): —
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N, R. 18 W

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES
MOHAVE, ARIZONA

DWG NAME: AZTEC-40-ALTA
JOB NO.: 17715.81.12
SHEET 1 OF 4

# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.

JOHN SULLIVAN
LOT 126
PER BOOK 1 OF LAND SURVEYS, PAGE 50
APN 306-42-002A

LOT 125
PER BOOK 1 OF LAND SURVEYS, PAGE 50
39.89 ACRES

JEAN ETAL WHITE TRUSTEE
LOT 126
PER BOOK 1 OF LAND SURVEYS, PAGE 50
APN 306-42-008

ARIVACA ROAD
AZTEC ROAD
RAINWATER DRIVE
DIRT ROAD
ASPHALT ROAD

GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

## LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- POWER POLE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22 , T. 21 N, R. 18 W

JOB TITLE
ALTA/ACSM LAND TITLE SURVEY
FOR RHODES HOMES
MOHAVE        ARIZONA

DWG NAME
AZTEC-40-ALTA
JOB NO.
17715.81.12
SHEET 2 OF 4

# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: DECEMBER OF 2004
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 100'

**LEGEND**

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- -○- POWER POLE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 100'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22 , T. 21 N, R. 18 W.

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES
MOHAVE    ARIZONA

DWG NAME: AZTEC-40-ALTA
JOB NO. 17715.81.12
SHEET 3 OF 4

# ALTA/ACSM LAND TITLE SURVEY

PARCEL 125, AS SHOWN ON THE PLAT RECORDED FEBRUARY 19, 1976 IN BOOK 1 OF LAND SURVEYS, PAGE 50, AS FEE NO. 76-3778, MOHAVE COUNTY OFFICIAL RECORDS, SITUATE IN A PORTION OF SECTION 22, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE
( IN FEET )
1 inch = 100 ft.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: DECEMBER OF 2004
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 100'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT
- DIMENSION
- SECTIONAL SUBDIVISION LINE
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- A.P.N. ASSESSOR'S PARCEL NUMBER
- POWER POLE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com

ALTA/ACSM LAND TITLE SURVEY
FOR RHODES HOMES
MOHAVE    ARIZONA

DWG NAME: AZTEC-40-ALTA
JOB NO. 17715.81.12
SHEET 4 OF 4



# ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## COMMITMENT NO. 632-4386648 – SCHEDULE A – EXHIBIT "A"

**PARCEL NO. 1:**
GOVERNMENT LOTS 1, 2, 3, AND 4; THE SOUTH HALF OF THE NORTH HALF; THE SOUTHWEST QUARTER; THE NORTH HALF OF THE SOUTHEAST QUARTER AND THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 2, TOWNSHIP 20 NORTH, RANGE 18 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID GOVERNMENT LOT 1.

EXCEPT THE NORTH 50 FEET AND THE WEST 50 FEET THEREOF.

**PARCEL NO. 2:**
SECTION 11, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER.

EXCEPT THE WEST 50 FEET THEREOF.

**PARCEL NO. 3:**
THE WEST HALF; THE WEST HALF OF THE EAST HALF AND THE WEST HALF OF THE WEST HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE WEST 50 FEET AND THE SOUTH 42 FEET THEREOF.

## COMMITMENT NO. 632-4386648 – SCHEDULE B – PART TWO

1. AN EASEMENT FOR ELECTRICAL TRANSMISSION LINE AND INCIDENTAL PURPOSES, RECORDED AS BOOK 104, PAGE 110 OF OFFICIAL RECORDS. (PARCEL NO. 1)
2. THE EFFECT OF RECORD OF SURVEY PLAT RECORDED AUGUST 10, 1989 IN BOOK 5 OF RECORDS OF SURVEYS, PAGE 69. (PARCEL NO.3)

## COMMITMENT NO. 01386680 – SCHEDULE A – EXHIBIT "A"

ALL OF SECTION 10, TOWNSHIP 20 NORTH, RANGE 18 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THE NORTH HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER; AND

EXCEPT THE NORTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER.

## COMMITMENT NO. 01386680 – SCHEDULE B – SECTION II – EXCEPTIONS

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
   RECORDED IN BOOK 189 OF OFFICIAL RECORDS
   PAGE 103 AND
   RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
   PAGE 931
   PURPOSE    INGRESS, EGRESS, UTILITIES

5. RESERVATION OF OIL, GAS AND MINERALS, AS SET FORTH IN INSTRUMENT:
   RECORDED IN BOOK 189 OF OFFICIAL RECORDS
   PAGE 103 AND
   RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
   PAGE 931

6. RESTRICTIONS, CONDITIONS, COVENANTS, RESERVATIONS, INCLUDING BUT NOT LIMITED TO ANY RECITALS CREATING EASEMENTS, LIABILITIES, OBLIGATIONS OR PARTY WALLS, OMITTING, IF ANY, FROM THE ABOVE, ANY RESTRICTIONS BASED ON RACE, COLOR, RELIGION SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGINAL CONTAINED IN INSTRUMENT:
   RECORDED IN BOOK 189 OF OFFICIAL RECORDS
   PAGE 103 AND
   RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
   PAGE 931

7. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
   RECORDED IN BOOK 262 OF OFFICIAL RECORDS
   PAGE 92
   PURPOSE    TELEPHONE LINE

8. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
   RECORDED IN BOOK 1603
   PAGE 93
   PURPOSE    PUBLIC ROADWAY AND UTILITIES
   AFFECTS    WEST 50 FEET

9. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
   RECORDED IN BOOK 1708
   PAGE 361
   PURPOSE    PUBLIC ROAD AND UTILITIES
   AFFECTS    EAST 50 FEET

10. MATTERS SHOWN ON SURVEY:
    RECORDED IN BOOK 2765
    PAGE 447 – (DOCUMENT NOT PROVIDED)

11. LOCATION OF IMPROVEMENTS, EASEMENTS, DISCREPANCIES, CONFLICTS IN BOUNDARY LINES, SHORTAGE IN AREA, ENCROACHMENTS OR ANY OTHER FACTS WHICH A CORRECT SURVEY WOULD DISCLOSE.
    NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.

12. RIGHTS OF PARTIES IN POSSESSION.
    NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.

13. ADVERSE MATTERS THAT MAY BE REVEALED BY AN INSPECTION OF THE LAND.
    NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.

## NOTE:
THIS STUDY DOES NOT CONSTITUTE A TITLE SEARCH BY STANLEY CONSULTANTS INC. TO DETERMINE OWNERSHIP OR EASEMENTS OF RECORD. FOR ALL INFORMATION REGARDING EASEMENTS, RIGHTS-OF-WAY OR TITLE OF RECORD, STANLEY CONSULTANTS INC., RELIED ON THE DOCUMENTS PROVIDED WITH THE FOLLOWING TITLE COMMITMENTS:

1. TITLE INSURANCE COMMITMENT NO. 632-4386648, ISSUED BY FIRST AMERICAN TITLE INSURANCE AGENCY, DATED SEPTEMBER 27, 2004.
2. COMMITMENT FOR TITLE INSURANCE NO. 01386680, ISSUED BY TRANSNATION TITLE INSURANCE COMPANY, DATED SEPTEMBER 15, 2004.
3. COMMITMENT FOR TITLE INSURANCE NO. 01386679, ISSUED BY TRANSNATION TITLE INSURANCE COMPANY, DATED SEPTEMBER 17, 2004.

(1)(4)(9) – PLOTTED SCHEDULE B ITEM

## COMMITMENT NO. 01386679 – SCHEDULE A – EXHIBIT "A"

**PARCEL NO. 1:**
THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THE SOUTH 50.00 FEET AS CONVEYED TO MOHAVE COUNTY, IN INSTRUMENT RECORDED IN BOOK 1603 OF OFFICIAL RECORDS, PAGE 93, RECORDS OF MOHAVE COUNTY, ARIZONA; AND

EXCEPT ALL THE OIL AND GAS AS RESERVED IN PATENT FROM UNITED STATES OF AMERICA.

**PARCEL NO. 2:**
LOTS 1 TO 4 INCLUSIVE, AND THE SOUTH HALF OF THE NORTH HALF AND THE SOUTH HALF OF SECTION 4, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT 2 PARCELS DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION COMMON TO SECTION 5;

THENCE SOUTH 80 DEGREES 56 MINUTES 30 SECONDS EAST, A DISTANCE OF 500.55 FEET TO THE TRUE POINT OF BEGINNING;

THENCE SOUTH 00 DEGREES 08 MINUTES EAST, A DISTANCE OF 660.00 FEET;

THENCE NORTH 89 DEGREES 52 MINUTES EAST, A DISTANCE OF 330.00 FEET;

THENCE NORTH 00 DEGREES 08 MINUTES WEST, A DISTANCE OF 660.00 FEET;

THENCE SOUTH 89 DEGREES 52 MINUTES WEST, A DISTANCE OF 330.00 FEET TO THE POINT OF BEGINNING.

(THE ABOVE DESCRIBED PARCEL IS SHOWN ON MINERAL SURVEY NO. 4651); AND

COMMENCING AT A POINT WHICH IS THE SOUTH QUARTER CORNER OF SAID SECTION 4;

THENCE NORTHERLY, ALONG THE NORTH-SOUTH CENTER SECTION LINE, A DISTANCE OF 42.00 FEET;

THENCE WESTERLY, PARALLEL TO THE SOUTH BOUNDARY OF SAID SECTION 4, A DISTANCE OF 30.00 FEET TO THE TRUE POINT OF BEGINNING;

THENCE NORTHERLY PARALLEL TO THE NORTH-SOUTH CENTER SECTION LINE, A DISTANCE OF 233.35 FEET;

THENCE WESTERLY PARALLEL TO THE SOUTH BOUNDARY OF SAID SECTION 4, A DISTANCE OF 233.35 FEET;

THENCE SOUTHERLY PARALLEL TO THE NORTH-SOUTH CENTER SECTION LINE, A DISTANCE OF 233.35 FEET;

THENCE EASTERLY, PARALLEL TO AND 42.00 FEET FROM THE SOUTH BOUNDARY OF SAID SECTION, A DISTANCE OF 233.35 FEET TO THE TRUE POINT OF BEGINNING; AND

EXCEPT THE NORTH 50.00 FEET AND THE EAST 50.00 FEET DEDICATED TO MOHAVE COUNTY BY INSTRUMENT RECORDED IN BOOK 1603 OF OFFICIAL RECORDS, PAGE 93.

**PARCEL NO. 3:**
SECTION 9, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

**PARCEL NO. 4:**
ALL OF SECTION 16, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, HELIUM OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL, METALS, MINERALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION AND EXCEPT ALL MATERIALS WHICH MAY BE ESSENTIAL TO PRODUCTION OF FISSIONABLE MATERIAL AS RESERVED IN ARIZONA REVISED STATUTES.

**PARCEL NO. 5:**
GOVERNMENT LOTS 1, 2, 3 AND 4; THE SOUTH HALF OF THE NORTH HALF, AND THE SOUTH HALF OF SECTION 3, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID GOVERNMENT LOT 1; THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID GOVERNMENT LOT 4; THE NORTH HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER; AND THE NORTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 3;

EXCEPT THE NORTH 50.00 FEET, THE WEST 50.00 FEET AND THE EAST 50.00 FEET OF SAID SECTION 3; AND

EXCEPT THAT PORTION OF SAID SECTION 3 LYING WITHIN A STRIP OF LAND 100.00 FEET IN WIDTH, BEING 50.00 FEET ON EACH SIDE OF THE FOLLOWING DESCRIBED CENTERLINE:

BEGINNING AT A POINT WHICH LIES SOUTH 00 DEGREES 00 MINUTES 16 SECONDS EAST, A DISTANCE OF 50.00 FEET AND NORTH 89 DEGREES 57 MINUTES 15 SECONDS EAST, A DISTANCE OF 2923.56 FEET, MORE OR LESS, FROM THE NORTHWEST CORNER OF SAID SECTION 3, SAID POINT BEING ON THE SOUTH RIGHT-OF-WAY LINE OF SHINARUMP DRIVE, AS DEDICATED BY INSTRUMENT RECORDED IN BOOK 1603 OF OFFICIAL RECORDS, PAGE 93, RECORDS OF MOHAVE COUNTY ARIZONA;

THENCE SOUTH 00 DEGREES 00 MINUTES 16 SECONDS EAST, A DISTANCE OF 449.85 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE NORTHWEST AND HAVING A RADIUS OF 1386.67 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 52 DEGREES 55 MINUTES 09 SECONDS, AN ARC DISTANCE OF 1280.75 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 52 DEGREES 54 MINUTES 53 SECONDS WEST, A DISTANCE OF 2370.63 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE SOUTHEAST AND HAVING A RADIUS OF 1299.79 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 37 DEGREES 00 MINUTES 16 SECONDS, AN ARC DISTANCE OF 839.47 FEET TO A POINT ON THE EAST RIGHT-OF-WAY LINE OF SACRAMENTO ROAD, AS DEDICATED BY INSTRUMENT RECORDED IN BOOK 1603 OF OFFICIAL RECORDS, PAGE 93, RECORDS OF MOHAVE COUNTY, ARIZONA, SAID POINT BEING THE ENDING POINT OF SAID CENTERLINE DESCRIPTION, SAID ENDING POINT BEING NORTH ALONG THE WEST LINE OF SAID SECTION 3, A DISTANCE OF 1697.04 FEET AND EAST, AT RIGHT ANGLES TO THE WEST LINE OF SAID SECTION 3, A DISTANCE OF 50.00 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 3.

THE SIDELINES OF SAID 100.00 FOOT STRIP OF LAND ARE LENGTHENED OR SHORTENED TO TERMINATE AT THE SOUTH RIGHT-OF-WAY LINE OF SAID SHINARUMP DRIVE AND THE EAST RIGHT-OF-WAY LINE OF SAID SACRAMENTO ROAD.

**PARCEL NO. 6:**
THE EAST HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER; AND THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER; AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER; AND THE SOUTH HALF OF THE NORTHEAST QUARTER; AND THE NORTHWEST QUARTER AND THE SOUTH HALF OF SECTION 8, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

## COMMITMENT NO.: 01386679 – SCHEDULE B – SECTION II – EXCEPTIONS

2. WATER RIGHTS, CLAIMS OR TITLE TO WATER, AND AGREEMENTS, COVENANTS, CONDITIONS OR RIGHTS INCIDENT THERETO, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.
   THIS EXCEPTION IS NOT LIMITED BY REASON OF THE DISCLOSURE OF ANY MATTER RELATING TO WATER RIGHTS AS MAY BE SET FORTH ELSEWHERE IN SCHEDULE B.

5. RIGHT OF ENTRY RESERVED TO THE STATE OF ARIZONA AND ITS LESSEES IN CONNECTION WITH THE MINERAL ESTATE, AND THE PRODUCTION OF OIL AND GAS AS SET FORTH IN ARIZONA REVISED STATUTES.
   (PARCEL NOS. 1 THROUGH 5)

6. RIGHTS OF PARTIES IN POSSESSION.
   NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.
   (PARCEL NO. 6)

7. ADVERSE MATTERS THAT MAY BE REVEALED BY AN INSPECTION OF THE LAND.
   NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.
   (PARCEL NO. 6)

8. LOCATION OF IMPROVEMENTS, EASEMENTS, DISCREPANCIES, CONFLICTS IN BOUNDARY LINES, SHORTAGE IN AREA, ENCROACHMENTS OR ANY OTHER FACTS WHICH A CORRECT SURVEY WOULD DISCLOSE.
   NOTE: THIS EXCEPTION WILL BE AMENDED OR DELETED UPON THE SUBMISSION OF THE CORRESPONDING DOCUMENTS REQUIRED IN SCHEDULE B, PART I.
   (PARCEL NO. 6)

9. UNRECORDED EASEMENT FOR TRANSMISSION LINES AND PIPELINE AS DISCLOSED BY INSTRUMENT:
   RECORDED IN BOOK 300 OF DEEDS
   PAGE 51 AND
   BOOK 1173 OF OFFICIAL RECORDS
   PAGE 102 AND 104
   (PARCEL NO. 2)

10. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 104 OF OFFICIAL RECORDS
    PAGE 110
    PURPOSE    ELECTRIC LINES
    (PARCEL NOS. 2 AND 5)

11. RIGHT OF WAY FOR ROADS AS SHOWN ON RESOLUTION:
    RECORDED IN DOCKET 125
    PAGE 271
    (PARCEL NO. 1)

12. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 189 OF OFFICIAL RECORDS
    PAGE 103 AND
    RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
    PAGE 931
    PURPOSE    INGRESS, EGRESS, UTILITIES
    (PARCEL NOS. 3 AND 4)

13. RESERVATION OF OIL, GAS AND MINERALS, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 189 OF OFFICIAL RECORDS
    PAGE 103 AND
    RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
    PAGE 931
    (PARCEL NOS. 3 AND 4)

14. RESTRICTIONS, CONDITIONS, COVENANTS, RESERVATIONS INCLUDING BUT NOT LIMITED TO ANY RECITALS CREATING EASEMENTS, LIABILITIES, OBLIGATIONS OR PARTY WALLS, OMITTING, IF ANY, FROM THE ABOVE, ANY RESTRICTIONS BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGIN CONTAINED IN INSTRUMENT:
    RECORDED IN BOOK 189 OF OFFICIAL RECORDS
    PAGE 103 AND
    RE-RECORDED IN BOOK 283 OF OFFICIAL RECORDS
    PAGE 931
    (PARCEL NOS. 1 THROUGH 5)

15. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 262 OF OFFICIAL RECORDS
    PAGE 92
    PURPOSE    TELEPHONE LINES
    (PARCEL NO. 3) – (ILLEGIBLE)

16. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 998 OF OFFICIAL RECORDS
    PAGE 262
    PURPOSE    ROADWAY
    (PARCEL NO. 6)

17. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 998 OF OFFICIAL RECORDS
    PAGE 267 AND
    PURPOSE    ROADWAY
    (PARCEL NO. 6)

18. SUCH RIGHTS AS WALNUT CREEK WATER COMPANY, INC., RECORD OWNER OF THAT PORTION OF THE SOUTHWEST QUARTER OF SECTION 4, AS SET FORTH IN DEED RECORDED IN BOOK 1114 OF OFFICIAL RECORDS, PAGE 259, MAY HAVE FOR ORDINARY MEANS OF INGRESS AND EGRESS.
    (PARCEL NO. 2)

19. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 1603
    PAGE 93
    PURPOSE    PUBLIC ROADWAY AND UTILITIES
    AFFECTS    EAST 50 FEET
    (PARCEL NOS. 3 AND 4)

20. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 1708
    PAGE 361
    PURPOSE    PUBLIC ROAD AND UTILITIES
    (PARCEL NO. 4)

21. RIGHT OF WAY FOR ROAD AS SET FORTH IN PATENT RECORDED IN BOOK 1199 OF OFFICIAL RECORDS, PAGE 25.
    (PARCEL NO. 1)

22. RESTRICTIONS THAT MAY BE IMPOSED ON SAID LAND BY REASON OF ITS INCLUSION WITHIN A FLOODPLAIN AS SET FORTH IN PATENT RECORDED IN BOOK 1199 OF OFFICIAL RECORDS, PAGE 25.
    (PARCEL NO. 1)

23. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:
    RECORDED IN BOOK 1930
    PAGE 376
    PURPOSE    LAY, MAINTAIN OPERATE AND REPAIR PIPELINES
    (PARCEL NOS. 3 AND 4) – (PLATS SHOWING LOCATION NOT PROVIDED)



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9783
www.stanleygroup.com

| SCALE (H): N/A | SCALE (V): N/A | DRAWN BY: T.L.K. | CHECKED BY: R.M.C. | SEC.  T.  R. |

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
TITLE COMMITMENT INFORMATION
MOHAVE COUNTY  ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 2 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA



### GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.



### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE





**COMMITMENT NO. 01386679**
PARCEL NO. 1
SW1/4 S34, T21N, R18W
APN 306-63-008
159.52± GROSS ACRES
156.49± NET ACRES

Stanley Consultants INC.

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SW 1/4, SECTION 34 BOUNDARY — MOHAVE COUNTY, ARIZONA

SHEET 3 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA



GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE



COMMITMENT NO. 01386679
PARCEL NO. 1
SW1/4 S34, T21N, R18W
APN 306-63-008
159.52± GROSS ACRES
156.49± NET ACRES

ADOBE ROAD
SHINARUMP DRIVE

### KEY MAP
NOT TO SCALE



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 34 , T. 21 N, R. 18 W

JOB TITLE
GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SW 1/4, SECTION 34 PHOTO
MOHAVE COUNTY   ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 4 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

-300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF.

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊗ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

COMMITMENT NO. 632-4386648
PARCEL NO. 1
S2, T20N, R18W
APN 215-01-080
615.37± GROSS ACRES
603.35± NET ACRES

SHINARUMP DRIVE
CENTENNIAL ROAD
YUMA ROAD
HUALAPAI DRIVE

NOT A PART
CITY OF KINGMAN
APN 215-01-017

NOT A PART
ARIZONA TRUST

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 2 BOUNDARY
MOHAVE COUNTY   ARIZONA
DWG NAME: 18449-GV5800 ALTA
JOB NO: 18449.09.00
SHEET 5 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA



GRAPHIC SCALE

300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- ——————— PARCEL LINE
- – – – – – ADJACENT PROPERTY LINE
- ············ EASEMENT LINE
- ——— — ——— CENTERLINE
- — — — — — SECTION LINE
- – – – – – – SECTIONAL SUBDIVISION LINE
- — - - — - - DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- ▲ FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE





Aerial photo showing SHINARUMP DRIVE, CENTENNIAL ROAD, YUMA ROAD, HUALAPAI DRIVE, HIGH VOLTAGE TRANSMISSION LINE. NOT A PART CITY OF KINGMAN APN 215-01-17. NOT A PART ARIZONA TRUST. COMMITMENT NO. 632-4386648 PARCEL NO. 1, S2, T20N, R18W, APN 215-01-080, 615.37± GROSS ACRES, 603.35± NET ACRES.



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-5305 (702) 369-9793 Fax
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 2 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 2, T. 20 N, R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO: 18449.09.00
SHEET 6 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

1 inch = 300 ft.

### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- FOUND PUBLIC LAND CORNER
- FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

COMMITMENT NO. 01386679
PARCEL NO. 5
S3, T20N, R18W
APN 215-01-092
650.37± GROSS ACRES
621.50± NET ACRES

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 3 BOUNDARY
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 3, T. 20 N., R. 18 W.

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 7 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA





### GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE





GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 3 AERIAL PHOTO
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

**GRAPHIC SCALE**

( IN FEET )
1 inch = 300 ft.

**REFERENCES**
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/89
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

**LEGEND**
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MISC PLAS./ALUM. CAP
- ▪ FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

**KEY MAP**
NOT TO SCALE

SHINARUMP DRIVE

COMMITMENT NO. 01386679
PARCEL NO. 2
S4, T20N, R18W
APN 215-16-005
649.34± GROSS ACRES
637.12± NET ACRES

NOT A PART
WALNUT CREEK WATER
APN 215-16-04
1114/254 O.R.

HUALAPAI DRIVE

RAMADA ROAD

SACRAMENTO ROAD

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 4 BOUNDARY
MOHAVE COUNTY     ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 4, T. 20 N, R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 9 OF 22