


# ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

**KEY MAP** (NOT TO SCALE)

**GRAPHIC SCALE** ( IN FEET ) 1 inch = 300 ft.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**DETAIL MAP** DSP MILLSITE NO. 7  SCALE 1"=100'

**LEGEND**
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊗ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

Parcel callouts on map:
- NOT A PART  APN 215-16-01  DSP MILLSITE NO. 7  MS NO. 4651
- HIGH VOLTAGE TRANSMISSION LINE
- COMMITMENT NO. 01386679  PARCEL NO. 2  S4, T20N, R18W  APN 215-16-005  649.34± GROSS ACRES  637.12± NET ACRES
- NOT A PART  WALNUT CREEK WATER  APN 215-16-04  1114/254 O.R.

Streets: SHINARUMP DRIVE, RAMADA ROAD, SACRAMENTO ROAD, HUALAPAI DRIVE

**Stanley Consultants Inc.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 365-0359 Fax (702) 369-9733
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY  SECTION 4 AERIAL PHOTO  MOHAVE COUNTY  ARIZONA

SCALE (H): 1"=300'  SCALE (V): N/A  DRAWN BY: T.L.K.  CHECKED BY: R.M.C.
SEC. 4 , T. 20 N, R. 18 W
DWG NAME: 18449-GV5800 ALTA
JOB NO. 18449.09.00
SHEET 10 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

---

**Survey drawing labels:**

- FD 3-1/4" BLM BRASS CAP — T 20 N, S6|S5 / S7|S8, R 18 W
- FD 3-1/4" BLM BRASS CAP — T 20 N, 1/4 S5/S8, R 18 W
- FD 3-1/4" BLM BRASS CAP — T 20 N, S5|S4 / S8|S9, R 18 W
- N89°36'00"W 2639.40'    HUALAPAI    N89°36'23"W 2639.70'    DRIVE
- 2309.74'
- N00°14'54"E 660.15'  NOT A PART EQUATORIAL MINERAL APN 215-01-70  N00°15'07"E 660.15'
- 42.00'
- 16
- N89°36'22"W 329.92'
- N00°16'15"E 2640.41'  TRAIL
- N00°16'38"E 2640.67'  ROAD
- T 20 N, C 1/4 S8, R 18 W — NOT FOUND
- T 20 N, 1/4 S8/S9, R 18 W — FD 3-1/4" BLM BRASS CAP
- T 20 N, S7|S8 / S18|S17, R 18 W — FD 3-1/4" BLM BRASS CAP
- COMMITMENT NO. 01386679
  PARCEL NO. 6
  S8, T20N, R18W
  APN 215-01-048
  635.04± ACRES
- N00°16'25"E 2640.36'  TOMBSTONE
- N00°17'23"E 2640.23'  RAMADA
- CHEMEHUEVI  DRIVE
- 17    42.00'
- N89°35'26"W 2641.60'    N89°36'48"W 2640.20'
- FD 3-1/4" BLM BRASS CAP — T 20 N, S7|S8 / S18|S17, R 18 W
- FD 3-1/4" BLM BRASS CAP — T 20 N, 1/4 S8/S17, R 18 W
- FD 3-1/4" BLM BRASS CAP — T 20 N, S8|S9 / S17|S16, R 18 W

Key Map sections shown: SW1/4 SEC. 34, SECTION 4, SECTION 3, SECTION 2, SECTION 8, SECTION 9, SECTION 10, SECTION 11, SECTION 16, SECTION 14

---

**Title block:**

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 8, T. 20 N. R. 18 W.

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 8 BOUNDARY
MOHAVE COUNTY    ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 11 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA





(IN FEET)
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND

| | |
|---|---|
| ——————— | PARCEL LINE |
| – – – – – – | ADJACENT PROPERTY LINE |
| ··········· | EASEMENT LINE |
| – · – · – | CENTERLINE |
| — — — | SECTION LINE |
| – · · – · · – | SECTIONAL SUBDIVISION LINE |
| — — — — | DEDICATED RIGHT-OF-WAY |
| ⊕ | FOUND PUBLIC LAND CORNER |
| ⊗ | FOUND MISC PLAS./ALUM. CAP |
| ⊥ | FIBER OPTIC CABLE SIGN |
| ■ | TELEPHONE CABLE RISER BOX |
| ◆ | TRANSMISSION TOWER BASE |

### KEY MAP
NOT TO SCALE







COMMITMENT NO. 01386679
PARCEL NO. 6
S8, T20N, R18W
APN 215-01-048
635.04± ACRES

NOT A PART
EQUATORIAL MINERAL
APN 215-01-70

SHEET 12 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

——————————— PARCEL LINE
— — — — — — ADJACENT PROPERTY LINE
··············· EASEMENT LINE
— · — · — · — CENTERLINE
— — — — — — SECTION LINE
— — — — — — SECTIONAL SUBDIVISION LINE
— — — — — — DEDICATED RIGHT-OF-WAY
⊕ FOUND PUBLIC LAND CORNER
⊙ FOUND MISC PLAS./ALUM. CAP
▲ FIBER OPTIC CABLE SIGN
■ TELEPHONE CABLE RISER BOX
◆ TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

Streets/roads labeled on drawing:
- HUALAPAI DRIVE
- RAMADA ROAD
- SACRAMENTO ROAD
- CHEMEHUEVI DRIVE

Bearings and distances:
- N89°39'46"W  2639.65'
- N89°38'13"W  2645.82' / 2595.82'
- N00°16'38"E  2640.67'
- N00°14'30"E  2639.90' / 2639.89'
- N00°12'30"E  2640.23'
- N00°13'56"E  2642.58' / 2642.58'
- N89°38'02"W  2639.01' / 2597.01'
- N89°37'55"W  2647.01'

COMMITMENT NO. 01386679
PARCEL NO. 3
S9, T20N, R18W
APN 215-01-075
641.02± GROSS ACRES
634.95± NET ACRES

Section corner monuments:
- FD 3-1/4" BLM BRASS CAP (T 20 N, S5/S4, S8/S9, R 18 W)
- FD ORIGINAL USGLO STONE MONUMENT (T 20 N, 1/4 S5/S9, R 18 W)
- FD 2" BRASS DISC RLS 6452 (T 20 N, S4/S3, S9/S10, R 18 W)
- FD 3-1/4" BLM BRASS CAP (T 20 N, S8/S9, 1/4, R 18 W)
- T 20 N, C 1/4 S9, R 18 W — NOT FOUND
- FD 3" MCDE ALUM. DISC W/ RM'S RLS 13023 (T 20 N, 1/4 S9/S10, R 18 W)
- FD 3-1/4" BLM BRASS CAP (T 20 N, S8/S9, S17/S16, R 18 W)
- FD ORIGINAL USGLO STONE MONUMENT (T 20 N, 1/4 S9/S16, R 18 W)
- FD 2" BRASS DISC RLS 6452 (T 20 N, S9/S10, S16/S15, R 18 W)

Key map shows: SW1/4 SEC. 34; SECTION 4, SECTION 3, SECTION 2; SECTION 8, SECTION 9, SECTION 10, SECTION 11; SECTION 16, SECTION 14

---

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 9, T. 20 N, R. 18 W

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 9 BOUNDARY
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800_ALTA
JOB NO.: 18449.09.00
SHEET 13 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA





GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

**KEY MAP**
NOT TO SCALE



Map area labels: HUALAPAI DRIVE, RAMADA ROAD, SACRAMENTO ROAD, CHEMEHUEVI DRIVE

COMMITMENT NO. 01386679
PARCEL NO. 3
S9, T20N, R18W
APN 215-01-075
641.02± GROSS ACRES
634.95± NET ACRES

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 9, T. 20 N, R. 18 W

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 9 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO: 18449.09.00
SHEET 14 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

-300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 10 BOUNDARY
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 10, T. 20 N, R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 15 OF 22

---

HUALAPAI DRIVE

FD 2" BRASS DISC RLS 6452 — T 20 N, S4|S3 / S9|S10, R 18 W
FD ORIGINAL USGLO STONE MONUMENT — T 20 N, 1/4 S3/S10, R 18 W
FD ORIGINAL USGLO STONE MONUMENT — T 20 N, S3|S2 / S10|S11, R 18 W

N89°42'33"W 2639.28'
2589.28'
N89°40'12"W 2633.91'
2583.91'

N00°14'30"E 2639.95'
N00°16'45"E 2644.45'
2644.47'

SACRAMENTO ROAD

CENTENNIAL ROAD

T 20 N, C 1/4 S10, R 18 W — NOT FOUND

T 20 N, S9|S10 / 1/4, R 18 W — FD 3" MCDE ALUM. DISC W/ RM'S RLS 13023

T 20 N, S10|S11 / 1/4, R 18 W — FD ORIGINAL USGLO STONE MONUMENT

COMMITMENT NO. 01386680
PARCEL
S10, T20N, R18W
APN 215-01-010
637.14± GROSS ACRES
625.39± NET ACRES

1321.30'
1320.73'

NOT A PART CITY OF KINGMAN APN 215-01-98
N89°37'44"W 279.26'
N00°14'33"E 165.17'
N89°37'39"W 279.23'

NOT A PART CITY OF KINGMAN APN 215-01-97
N89°39'48"W 279.61'
N00°15'39"E 165.11'
N89°39'58"W 279.63'
N00°15'12"E 2641.42'

1155.14'
1155.54'

2842.58'

CHEMEHUEVI DRIVE

2582.17'
N89°37'05"W 2632.17'
2588.30'
N89°41'12"W 2638.30'

FD 2" BRASS DISC RLS 6452 — T 20 N, S9|S10 / S16|S15, R 18 W
FD ORIGINAL USGLO STONE MONUMENT — T 20 N, 1/4 S10 / S15, R 18 W
FD ORIGINAL USGLO STONE MONUMENT — T 20 N, S10|S11 / S15|S14, R 18 W

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA



### GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE





COMMITMENT NO. 01386680
PARCEL
S10, T20N, R18W
APN 215-01-010
637.14± GROSS ACRES
625.39± NET ACRES

NOT A PART
CITY OF KINGMAN
APN 215-01-98

NOT A PART
CITY OF KINGMAN
APN 215-01-97



Stanley Consultants INC.

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 10 AERIAL PHOTO
MOHAVE COUNTY   ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO. 18449.09.00
SHEET 16 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/89
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

### Survey Details

**HUALAPAI DRIVE** (north boundary)
- N89°46'27"W 2635.77' / 2585.77'
- N89°48'02"W 2634.95'

**CENTENNIAL ROAD** (west boundary)
- N00°16'45"E 2644.47' / 2644.44'
- N00°15'12"E 2641.45' / 2641.42'

**YUMA ROAD** (east boundary)
- N00°14'29"E 2642.53'
- N00°14'35"E 2642.65' / 2512.32'

**CHEMEHUEVI DRIVE** (south boundary)
- 2584.08'
- N89°46'14"W 2634.08'
- 1979.15'
- N89°49'10"W 2638.86'
- N89°49'05"W 659.66'
- N00°15'13"E 330.35'

### Parcel Information

COMMITMENT NO. 632-4386648
PARCEL NO. 2
S11, T20N, R18W
APN 215-01-078
634.75± GROSS ACRES
628.68± NET ACRES

NOT A PART
AZ GAME & FISH
SHOOTING RANGE
APN 215-01-03

### Corner Monuments

FD ORIGINAL USGLO STONE MONUMENT (multiple corners)
- T 20 N, S3 | S2 / S10 | S11, R 18 W
- T 20 N, 1/4, S2 | S11, R 18 W
- T 20 N, S2 | S1 / S11 | S12, R 18 W
- T 20 N, 1/4, S10 | S11, R 18 W
- T 20 N, C 1/4 S11, R 18 W — NOT FOUND
- T 20 N, 1/4, S11 | S12, R 18 W — NOT FOUND
- T 20 N, S10 | S11 / S15 | S14, R 18 W
- T 20 N, 1/4, S11 / S14, R 18 W
- T 20 N, S11 | S12 / S14 | S13, R 18 W

---

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H): | 1"=300' |
| SCALE (V): | N/A |
| DRAWN BY: | T.L.K. |
| CHECKED BY: | R.M.C. |
| SEC. 11, T. 20 N, R. 18 W | |

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 11 BOUNDARY
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 17 OF 22