# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊗ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE



**COMMITMENT NO. 632-4386648**
**PARCEL NO. 2**
S11, T20N, R18W
APN 215-01-078
634.75± GROSS ACRES
628.68± NET ACRES

NOT A PART
AZ GAME & FISH
SHOOTING RANGE
APN 215-01-03



Stanley Consultants INC.

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY — SECTION 11 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'   SCALE (V): N/A
DRAWN BY: T.L.K.   CHECKED BY: R.M.C.
SEC. 11, T. 20 N, R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 18 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

**COMMITMENT NO. 632-4386648**
PARCEL NO. 3
S14, T20N, R18W
APN 215-01-079
489.68± GROSS ACRES
479.53± NET ACRES

NOT A PART
AZ GAME & FISH SHOOTING RANGE
APN 215-01-03

NOT A PART
PARCEL PLAT
12/7

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 365-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 14 BOUNDARY
MOHAVE COUNTY    ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO. 18449.09.00
SHEET 19 OF 22

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 14, T. 20 N, R. 18 W






# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- FOUND PUBLIC LAND CORNER
- FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

Aerial photo labels: CHEMEHUEVI DRIVE, CENTENNIAL ROAD, YUMA ROAD, AQUARIUS DRIVE

COMMITMENT NO. 632-4386648
PARCEL NO. 3
S14, T20N, R18W
APN 215-01-079
489.68± GROSS ACRES
479.53± NET ACRES

NOT A PART
AZ GAME & FISH SHOOTING RANGE
APN 215-01-03

NOT A PART
PARCEL PLAT 12/7

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 14 AERIAL PHOTO
MOHAVE COUNTY ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 14, T. 20 N, R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 20 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

SW 1/4 SEC. 34
SECTION 4 | SECTION 3 | SECTION 2
SECTION 8 | SECTION 9 | SECTION 10 | SECTION 11
SECTION 16 | SECTION 14

---

CHEMEHUEVI DRIVE
N89°38'02"W 2639.01'    N89°37'55"W 2647.01'

RAMADA ROAD
N00°12'53"E 2641.50'

SACRAMENTO ROAD
N00°26'15"E 2639.16'
2639.19'

FD 3-1/4" BLM BRASS CAP — T 20 N, S8/S9, S17/S16, R 18 W
FD ORIGINAL USGLO STONE MONUMENT — T 20 N, 1/4 S9/S16, R 18 W
FD 2" BRASS DISC RLS 6452 — T 20 N, S9/S10, S16/S15, R 18 W

T 20 N, C 1/4 S16, R 18 W — NOT FOUND

4 12 13 14 8 19  50.00'

T 20 N, 1/4 S16/S15, R 18 W — FD 2" BRASS DISC RLS 6452

ORIGINAL USGLO STONE MONUMENT — T 20 N, 1/4 S17/S16, R 18 W
40.00' — 4 12 13 14
2598.63'
N00°14'26"E 2640.63'

COMMITMENT NO. 01386679
PARCEL NO. 4
S16, T20N, R18W
APN 215-01-085
640.36± GROSS ACRES
629.25± NET ACRES

N00°02'37"E 2644.88'
2602.62'

9 20  42.00'

AQUARIUS DRIVE
2645.56'    2589.15'
N89°38'24"W 2645.62'    N89°35'21"W 2639.23'

FD 3-1/4" BLM BRASS CAP — T 20 N, S17/S16, S20/S21, R 18 W
T 20 N, 1/4 S16/S21, R 18 W — ESTABLISHED PER R.O.S. RECEIPT NO. 2005094052
FD 2" BRASS DISC RLS 6452 — T 20 N, S16/S15, S21/S22, R 18 W

---

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9783
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 16 , T. 20 N R. 18 W

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 16 BOUNDARY
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 21 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND

| Symbol | Description |
|---|---|
| ———— | PARCEL LINE |
| – – – – | ADJACENT PROPERTY LINE |
| ———————— | EASEMENT LINE |
| — — — | CENTERLINE |
| — — — | SECTION LINE |
| – – – – | SECTIONAL SUBDIVISION LINE |
| — — — | DEDICATED RIGHT-OF-WAY |
| ⊕ | FOUND PUBLIC LAND CORNER |
| ⊘ | FOUND MISC PLAS./ALUM. CAP |
| ⊥ | FIBER OPTIC CABLE SIGN |
| ■ | TELEPHONE CABLE RISER BOX |
| ◆ | TRANSMISSION TOWER BASE |

### KEY MAP
NOT TO SCALE

COMMITMENT NO. 01386679
PARCEL NO. 4
S16, T20N, R18W
APN 215-01-085
640.35± GROSS ACRES
629.25± NET ACRES

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-0753
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 16 , T. 20 N R. 18 W

JOB TITLE: GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 16 AERIAL PHOTO
MOHAVE COUNTY    ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 22 OF 22



ALTA/ACSM Land Title Survey for Rhodes Homes Arizona, Mohave County, Arizona. Sheet 1 of 16.

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

GRAPHIC SCALE

(IN FEET)
1 inch = 300 ft.

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N85°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.96' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

KEY MAP
NOT TO SCALE

SEE SHEETS 14-16
SEE SHEETS 5-7
SEE SHEETS 2-4
SEE SHEETS 8-10
SEE SHEETS 11-13

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-5396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 300'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 1 , T. 29 N. R. 18 W

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE   ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 2 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.



KEY MAP
NOT TO SCALE

## LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9783
www.stanleygroup.com

SCALE (H): 1" = 300'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 1 , T. 29 N, R. 18 W

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 3 OF 16