# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.



## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.



### KEY MAP
NOT TO SCALE

## NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEETS 3, 6, 9, 12, AND 15 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1, 2, 5, 8, 11, AND 14 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

## LEGEND



- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE, ARIZONA

DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 4 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

## GRAPHIC SCALE

1 inch = 300 ft.

## KEY MAP
NOT TO SCALE

- SEE SHEETS 14-16
- SEE SHEETS 5-7
- SEE SHEETS 2-4
- SEE SHEETS 8-10
- SEE SHEETS 11-13

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.96' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

## LEGEND

- ——————— SUBDIVISION BOUNDARY LINE
- — — — — ADJACENT PROPERTY LINE
- — — — — EASEMENT LINE
- — — — — ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- ——————— SECTIONAL SUBDIVISION LINE
- =========== DIRT ROAD
- ——————— PARCEL LINES
- —x—x—x— FENCE LINE
- — — — — FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE — ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 5 OF 16

Parcels shown: [21], [22], [23], [24], [25]

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.





**KEY MAP**
NOT TO SCALE

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA.
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- ▣25 PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-4386 Fax (702) 369-4703
www.stanleygroup.com

ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA

SCALE (H): 1" = 300'
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 3 , T. 29 N, R. 18 W

DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 6 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





**GRAPHIC SCALE**
( IN FEET )
1 inch = 300 ft.

**KEY MAP**
NOT TO SCALE

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEETS 3, 6, 9, 12, AND 15 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1, 2, 5, 8, 11, AND 14 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17975.80.14
SHEET 7 OF 16

SCALE (H): 1" = 300'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N., R. 18 W.

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft

## KEY MAP
NOT TO SCALE

SEE SHEETS 14–16
SEE SHEETS 5–7
SEE SHEETS 2–4
SEE SHEETS 8–10
SEE SHEETS 11–13

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.96' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S05°12'35"W | 155.53' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LEGEND

- ─────────── SUBDIVISION BOUNDARY LINE
- ─────────── ADJACENT PROPERTY LINE
- ─────────── EASEMENT LINE
- ─────────── ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA.
- ─────────── SECTIONAL SUBDIVISION LINE
- ─────────── DIRT ROAD
- ─────────── PARCEL LINES
- ─×─×─×─×─ FENCE LINE
- ─────────── FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 365-2338 Fax (702) 365-9763
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE         ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 8 OF 16

TEMPLE BAR BACK ROAD

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.







**KEY MAP**
NOT TO SCALE

**GRAPHIC SCALE**
( IN FEET )
1 inch = 300 ft.

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕  FOUND PUBLIC LAND CORNER
- ○  FOUND MONUMENT AS DESCRIBED
-   PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25]  PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9703
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 9 OF 16
SCALE (H): 1" = 300'
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N, R. 18 W.

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.







**GRAPHIC SCALE**
( IN FEET )
1 inch = 300 ft.

**KEY MAP**
NOT TO SCALE

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEET 1 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⓺ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE, ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 10 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.
### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.96' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA.
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

GRAPHIC SCALE: 1 inch = 300 ft.

KEY MAP (NOT TO SCALE): SEE SHEETS 14–16; SEE SHEETS 5–7; SEE SHEETS 2–4; SEE SHEETS 8–10; SEE SHEETS 11–13.

Temple Bar Back Road

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA — MOHAVE, ARIZONA
DWG NAME: TEMPLEBAR–ALTA
JOB NO: 17976.80.14
SHEET 11 OF 16
SCALE (H): 1" = 300'
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N., R. 18 W.