# ALTA/ACSM LAND TITLE SURVEY
SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.



KEY MAP
NOT TO SCALE

### LEGEND
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
3820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 300'
SCALE (V):
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N., R. 18 W.

JOB TITLE
ALTA/ACSM LAND TITLE SURVEY
FOR RHODES HOMES ARIZONA
MOHAVE               ARIZONA

DWG NAME
TEMPLEBAR-ALTA
JOB NO.
17976.80.14
SHEET 12 OF 16



# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

GRAPHIC SCALE (IN FEET) 1 inch = 300 ft.

KEY MAP NOT TO SCALE

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEET 1 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE  ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO: 17976.80.14
SHEET 13 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

## GRAPHIC SCALE

1 inch = 300 ft.

## KEY MAP
NOT TO SCALE

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.98' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

## LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-0388 fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE, ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 14 OF 16




# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE (IN FEET)
1 inch = 300 ft.



KEY MAP
NOT TO SCALE

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEET 1 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA

DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 16 OF 16



# WHITE HILLS
# ALTA/ACSM LAND TITLE SURVEY
LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE 20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE COUNTY, ARIZONA

## LEGAL DESCRIPTIONS

**PARCEL I**
APN 317-36-32

THE SOUTH HALF AND THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 27 NORTH, RANGE 20 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THEREFROM ALL COAL, OIL, GAS AND MINERAL DEPOSITS AS RESERVED IN DEED RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL II**
APN 317-61-025

NORTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND NORTHWEST QUARTER OF THE SOUTHWEST QUARTER AND SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 17, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE WEST 30.00 FEET THEREOF; AND

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL III**
APN 317-56-05

THE WEST HALF OF THE WEST HALF (W1/2 OF W1/2) OF SECTION 20, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA, AS SET FORTH ON SURVEY RECORDED MAY 24, 1994 IN BOOK 11 RECORD OF SURVEYS, PAGE 88, RECORDS OF MOHAVE COUNTY, ARIZONA;

EXCEPT THEREFROM THAT PORTION LYING WITHIN WHITE HILLS ROAD, AS SET FORTH IN DEDICATION RECORDED IN BOOK 274 OF OFFICIAL RECORDS, PAGE 50, RECORDS OF MOHAVE COUNTY, ARIZONA.

EXCEPT ALL MINERAL DEPOSITS AND RIGHTS AS RESERVED BY THE STATE OF ARIZONA IN DEED RECORDED IN BOOK 53 OF DEEDS, PAGE 251, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL IV**
APN 317-56-03

THE EAST HALF OF SECTION 20, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THEREFROM, THAT PORTION LYING WITHIN WHITE HILLS ROAD, AS SET FORTH IN DEDICATION RECORDED IN BOOK 274 OF OFFICIAL RECORDS, PAGE 50, RECORDS OF MOHAVE COUNTY, ARIZONA; AND

EXCEPT ALL MINERAL DEPOSITS AND RIGHTS AS RESERVED BY THE STATE OF ARIZONA IN DEED RECORDED IN BOOK 53 OF DEEDS, PAGE 251, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL V**
APN 317-56-01, 02, 04, 05

THE EAST HALF OF THE WEST HALF OF SECTION 20, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THAT PORTION LYING WITHIN THE RIGHT-OF-WAY OF WHITE HILLS ROAD AS SET FORTH IN BOOK 274 OF OFFICIAL RECORDS, PAGE 72, RECORDS OF MOHAVE COUNTY, ARIZONA;

EXCEPT ALL MINERAL DEPOSITS AND RIGHTS AS RESERVED BY STATE OF ARIZONA IN DEED RECORDED IN BOOK 53 OF DEEDS, PAGE 251 RECORDS OF MOHAVE COUNTY, ARIZONA.

## LEGAL DESCRIPTIONS (continued)

**PARCEL VI**
APN 317-36-56, 57

THE EAST HALF OF THE NORTHWEST QUARTER; THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; AND THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER; ALL IN SECTION 21, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THAT PORTION LYING WITHIN THE RIGHT-OF-WAY OF WHITE HILLS ROAD, 100.00 FEET WIDE, AS SET FORTH IN DEDICATION RECORDED IN BOOK 274 OF OFFICIAL RECORDS, PAGE 81, RECORDS OF MOHAVE COUNTY, ARIZONA;

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL VII**
APN 317-36-58

THE EAST HALF OF SECTION 21, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT ANY PORTION OF WHITE HILLS ROAD AS DISCLOSED BY DEDICATION RECORDED ON MAY 20, 1975 IN DOCKET 274, PAGE 85, RECORDS OF MOHAVE COUNTY, ARIZONA.

EXCEPT ALL COAL, OIL, GAS AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37, DEEDS PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL VIII**
APN 317-36-50

GOVERNMENT LOT 1, THE SOUTH HALF OF THE NORTHEAST QUARTER, THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER, THE NORTHWEST QUARTER AND THE SOUTH HALF OF SECTION 23, TOWNSHIP 27 NORTH, RANGE 20 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT ALL THAT PORTION WITHIN THE BOUNDARIES OF BONITA M.S. 1253A AND ALL VEINS, LODES AND LEDGES, THROUGHOUT THEIR ENTIRE DEPTH THE TOPS OR APEXES OF WHICH MAY BE INSIDE OF SAID EXCLUDED PORTION, AS SET FORTH IN SAID PATENT.

EXCEPT THEREFROM ALL COAL, OIL, GAS AND MINERAL DEPOSITS AS RESERVED IN INSTRUMENT RECORDED IN BOOK 37 OF DEEDS, PAGE 236.

**PARCEL IX**
APN 317-49-61, 62, 63, 78

PARCEL NO. 1

THAT PORTION OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA, LYING SOUTH OF THE SOUTH RIGHT-OF-WAY OF WHITE HILLS ROAD AS DESCRIBED IN DEDICATION RECORDED IN BOOK 274 OF OFFICIAL RECORDS, PAGE 60, RECORDS OF MOHAVE COUNTY, ARIZONA;

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

PARCEL NO. 2

THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA, LYING SOUTH OF THE SOUTH RIGHT-OF-WAY OF WHITE HILLS ROAD AS DESCRIBED IN DEDICATION RECORDED IN BOOK 274 OF OFFICIAL RECORDS, PAGE 60, RECORDS OF MOHAVE COUNTY, ARIZONA, AND LYING EAST OF THE FOLLOWING DESCRIBED LINE SET FORTH IN DEED RECORDED IN BOOK 800 OF OFFICIAL RECORDS, PAGE 849:

BEGINNING AT A POINT ON THE SOUTH LINE OF SAID SECTION 25, WHICH POINT BEARS NORTH 89° 58' 08" WEST, A DISTANCE OF 161.68 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 25;
THENCE FROM A LOCAL TANGENT BEARING OF NORTH 16° 03' 37" WEST, ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 5821.58 FEET, A DISTANCE OF 779.87 FEET;
THENCE NORTH 23° 44' 09" WEST, A DISTANCE OF 5000.00 FEET TO THE POINT OF TERMINUS;

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

## LEGAL DESCRIPTIONS (continued)

**PARCEL X**
APN 317-49-20, 81

PARCEL NO. 1

THE NORTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THAT PORTION LYING SOUTHWESTERLY THAT CERTAIN LINE, AS SET FORTH IN INSTRUMENT RECORDED IN BOOK 807 OF OFFICIAL RECORDS, PAGE 162, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH LINE OF SAID SECTION 25, WHICH POINT BEARS NORTH 89° 58' 08" WEST, A DISTANCE OF 161.68 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 25;
THENCE FROM A LOCAL TANGENT BEARING OF NORTH 16° 03' 37" WEST, ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 5821.58 FEET, A DISTANCE OF 779.87 FEET;
THENCE NORTH 23° 44' 09" WEST, A DISTANCE OF 1500.00 FEET TO THE POINT OF ENDING;
AND

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY ARIZONA.

PARCEL NO. 2:

THE SOUTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;

EXCEPT THAT PORTION LYING SOUTHWESTERLY THAT CERTAIN LINE, AS SET FORTH IN INSTRUMENT RECORDED IN BOOK 807 OF OFFICIAL RECORDS, PAGE 162, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH LINE OF SAID SECTION 25, WHICH POINT BEARS NORTH 89° 58' 08" WEST, A DISTANCE OF 161.68 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 25;
THENCE FROM A LOCAL TANGENT BEARING OF NORTH 16° 03' 37" WEST, ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 5821.58 FEET, A DISTANCE OF 779.87 FEET;
THENCE NORTH 23° 44' 09" WEST, A DISTANCE OF 1500.00 FEET TO THE POINT OF ENDING;
AND

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 37 OF DEEDS, PAGE 236, RECORDS OF MOHAVE COUNTY, ARIZONA.

**PARCEL XI** — NOT A PART OF THIS ALTA/ACSM LAND TITLE SURVEY
APN 317-36-51

GOVERNMENT LOTS 1 AND 2; THE NORTHEAST QUARTER; THE EAST HALF OF THE NORTHWEST QUARTER; THE NORTH HALF OF SOUTHEAST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 30, TOWNSHIP 27 NORTH, RANGE 20 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 60 OF DEEDS, PAGE 378, RECORDS OF MOHAVE COUNTY, ARIZONA, (AFFECTS GOVERNMENT LOTS 1 AND 2)

EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 61 OF DEEDS, PAGE 371, RECORDS OF MOHAVE COUNTY, ARIZONA, (AFFECTS THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER)

---

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: WHITE HILLS
ALTA/ACSM LAND TITLE SURVEY
LEGAL DESCRIPTIONS
WHITE HILLS / MOHAVE COUNTY / ARIZONA

DWG NAME: White_Hills_ALTA
JOB NO.: 17501.00.00
SHEET 2 OF 21

# WHITE HILLS
# ALTA/ACSM LAND TITLE SURVEY
LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE 20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE COUNTY, ARIZONA

## EXCEPTIONS

THIS STUDY DOES NOT CONSTITUTE A TITLE SEARCH BY STANLEY CONSULTANTS INC. TO DETERMINE OWNERSHIP OR EASEMENTS OF RECORD. FOR ALL INFORMATION REGARDING EASEMENTS, RIGHTS-OF-WAY OR TITLE OF RECORD, STANLEY CONSULTANTS INC., RELIED ON THE POLICIES OF TITLE INSURANCE ISSUED BY TRANSNATION TITLE INSURANCE COMPANY LISTED ON SHEET 1, AND THE FOLLOWING MAY AFFECT THE SUBJECT PROPERTY:

**PARCEL I**
APN 317-36-032

3. THE RIGHT OF ENTRY TO PROSPECT FOR, MINE AND REMOVE THE COAL, OIL, GAS AND MINERALS IN SAID LAND AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 1738 OF OFFICIAL RECORDS
PAGE: 814

**PARCEL II**
APN 317-61-025

3. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY:

RECORDED IN BOOK OF DEEDS: 37
PAGE: 236

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK OF DEEDS: 37
PAGE: 236

(5) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 4910
PAGE: 2
PURPOSE: INGRESS, EGRESS AND PUBLIC UTILITIES

**PARCEL III**
APN 317-56-006

3. RIGHT OF ENTRY TO PROSPECT FOR, MINE AND REMOVE THE MINERALS IN SAID LAND AS RESERVED IN DEED RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594.

5. SUCH RIGHTS FOR ELECTRIC DISTRIBUTION LINE RIGHT-OF-WAY AS CITIZENS UTILITIES COMPANY MAY HAVE UNDER THE ACT OF MARCH 4, 1911 (363 STAT. 1253; 43U.S.C. 961), AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594

6. SUCH RIGHTS FOR ROAD RIGHT-OF-WAY AS THE MOHAVE COUNTY BOARD OF SUPERVISORS MAY HAVE UNDER THE ACT OF OCTOBER 21, 1976 (90 STAT. 2776; 43 U.S.C. 1761 AND UNDER REVISED STATUTE 2477), AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594.

7. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 2555 OF OFFICIAL RECORDS
PAGE: 408
PURPOSE: PUBLIC ROADWAY

(8) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3040 OF OFFICIAL RECORDS
PAGE: 260
PURPOSE: INGRESS, EGRESS AND PUBLIC UTILITIES

(10) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3261 OF OFFICIAL RECORDS
PAGE: 670
PURPOSE: UTILITIES
AND THEREAFTER THE EFFECT OF DECLARATION VOIDING EASEMENT RECORDED IN BOOK 3599 OF OFFICIAL RECORDS, PAGE 915.

11. MATTERS SHOWN ON SURVEY:

RECORDED IN BOOK 11 OF RECORD OF SURVEYS
PAGE 68.

**PARCEL IV**
APN 317-56-003

3. RIGHT OF ENTRY TO PROSPECT FOR, MINE AND REMOVE THE MINERALS IN SAID LAND AS RESERVED IN DEED RECORDED IN BOOK 53 OF DEEDS, PAGE 251.

4. SUCH RIGHTS FOR ELECTRIC DISTRIBUTION LINE RIGHT-OF-WAY AS CITIZENS UTILITIES COMPANY MAY HAVE UNDER THE ACT OF MARCH 4, 1911 (36 STAT. 1253; 43 U.S.C. 961), AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594

5. SUCH RIGHTS FOR ROAD RIGHT-OF-WAY AS THE MOHAVE COUNTY BOARD OF SUPERVISORS MAY HAVE UNDER THE ACT OF OCTOBER 21, 1976 (90 STAT. 2776; 43 U.S.C. 1761 AND UNDER REVISED STATUTE 2477), AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594.

(6) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3261 OF OFFICIAL RECORDS
PAGE: 670
PURPOSE: UTILITIES
AND THEREAFTER THE EFFECT OF DECLARATION VOIDING EASEMENT RECORDED IN BOOK 3599 OF OFFICIAL RECORDS, PAGE 915.

7. MATTERS SHOWN ON SURVEY:

RECORDED IN BOOK 11 OF RECORD OF SURVEYS
PAGE 68.

(#) - SEE BOUNDARY SHEETS FOR PLOTTED LOCATION

## EXCEPTIONS (continued)

**PARCEL V**
APN 317-56-001, 002, 004, 005

3. THE RIGHT OF ENTRY TO PROSPECT FOR, MINE AND REMOVE THE MINERAL DEPOSITS IN SAID LAND AS RESERVED IN THE DEED:

RECORDED IN BOOK: 53 OF DEEDS
PAGE: 251

4. SUCH RIGHTS AS CITIZENS UTILITIES COMPANY MAY HAVE UNDER THE ACT OF MARCH 4, 1911 (36 STAT. 1253, 43 U.S.C. 961) AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594.
(AFFECTS THE EAST HALF OF THE NORTHWEST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20)

5. SUCH RIGHTS AS THE MOHAVE COUNTY BOARD OF SUPERVISORS MAY HAVE UNDER THE ACT OF OCTOBER 21, 1976 (90 STAT. 2776, 43 U.S.C. 1761), AS DISCLOSED IN PATENT RECORDED IN BOOK 1058 OF OFFICIAL RECORDS, PAGE 594.
(AFFECTS THE EAST HALF OF THE NORTHWEST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20)

(6) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3040 OF OFFICIAL RECORDS
PAGE: 260
PURPOSE: INGRESS, EGRESS AND PUBLIC UTILITIES

(7) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3094 OF OFFICIAL RECORDS
PAGE: 930
PURPOSE: UTILITIES

(8) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 3261 OF OFFICIAL RECORDS
PAGE: 670
PURPOSE: UTILITIES

**PARCEL VI**
APN 317-36-056, 057

3. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY:

RECORDED IN BOOK 37 OF DEEDS
PAGE 236

**PARCEL VII**
APN 317-36-058

1. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY:

RECORDED IN BOOK 37 OF DEEDS
PAGE 236

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 86
PAGE: 85
PURPOSE: TELEPHONE LINES

**PARCEL VIII**
APN 317-36-050

3. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY, RECORDED IN:

BOOK: 37 OF DEEDS
PAGE: 236

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 37 OF DEEDS
PAGE: 236
PURPOSE: TELEPHONE AND TELEGRAPH LINES

5. THE LACK OF LEGAL RIGHT OF ACCESS RECORDED IN INSURABLE FORM TO AND FROM SAID LAND TO A PUBLIC STREET.
NOTWITHSTANDING THE AFFIRMATIVE ASSURANCE OF PARAGRAPH 4, THE COMPANY IS UNWILLING TO INSURE ACCESS.

## EXCEPTIONS (continued)

**PARCEL IX**
APN 317-49-081, 082, 083, 078

3. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY:

RECORDED IN BOOK 37 OF DEEDS
PAGE 236

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 37 OF DEEDS
PAGE: 237
PURPOSE: TELEPHONE LINES

5. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 26 OF MISCELLANEOUS
PAGE: 638
PURPOSE: ELECTRIC TRANSMISSION LINES

6. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 85
PAGE: 440
PURPOSE: TELEPHONE LINES

7. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 22 OF MISCELLANEOUS
PAGE: 150
AND THEREAFTER MODIFIED BY INSTRUMENT
RECORDED IN BOOK: 24 OF MISCELLANEOUS
PAGE: 37
PURPOSE: ROADWAY

8. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 85
PAGE: 440
PURPOSE: TELEPHONE LINES

(9) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 1234 OF OFFICIAL RECORDS
PAGE: 681
PURPOSE: ROADWAY, PUBLIC UTILITIES

(10) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 1844 OF OFFICIAL RECORDS
PAGE: 224
PURPOSE: OVERHEAD AND/OR BURIED ELECTRIC, TELEPHONE AND/OR COMMUNICATIONS FACILITIES

**PARCEL X**
APN 317-49-020, 081

3. RESERVATIONS, EXCEPTIONS, COVENANTS, CONDITIONS AND RIGHTS RESERVED OR IMPOSED IN DEED FROM SANTE FE PACIFIC RAILROAD COMPANY:

RECORDED IN BOOK 37 OF DEEDS
PAGE 236

4. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 85
PAGE: 500
PURPOSE: TELEPHONE LINE OR SYSTEM

5. EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN DOCKET: 86
PAGE: 1
PURPOSE: TELEPHONE LINE OR SYSTEM

(6) EASEMENT AND RIGHTS INCIDENT THERETO, AS SET FORTH IN INSTRUMENT:

RECORDED IN BOOK: 1316 OF OFFICIAL RECORDS
PAGE: 988
PURPOSE: UTILITIES

**PARCEL XI**
APN 317-36-051

NOT A PART OF THIS ALTA/ACSM LAND TITLE SURVEY

---

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY EXCEPTIONS
WHITE HILLS / MOHAVE COUNTY  ARIZONA

DWG NAME: White_Hills_ALTA
JOB NO. 17501.00.00
SHEET 3 OF 21









