


































