





ALTA/ACSM LAND TITLE SURVEY — Parcel No. 2 Boundary and Easements, Mohave County, Arizona (Stanley Consultants Inc., Sheet 5 of 10).









