# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA



GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊗ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE





COMMITMENT NO. 01386679
PARCEL NO. 6
S8, T20N, R18W
APN 215-01-048
635.04± ACRES

NOT A PART
EQUATORIAL MINERAL
APN 215-01-70



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 8 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO. 18449.09.00
SHEET 12 OF 22

SCALE (H): 1"=300'  SCALE (V): N/A
DRAWN BY: T.L.K.  CHECKED BY: R.M.C.
SEC. 8, T. 20 N, R. 18 W

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### REFERENCES
1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- FOUND PUBLIC LAND CORNER
- FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

COMMITMENT NO. 01386679
PARCEL NO. 3
S9, T20N, R18W
APN 215-01-075
641.02± GROSS ACRES
634.95± NET ACRES

HUALAPAI DRIVE
RAMADA ROAD
SACRAMENTO ROAD
CHEMEHUEVI DRIVE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 9 BOUNDARY
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: R.M.C.
CHECKED BY: T.L.K.
SEC. 9, T. 20 N., R. 18 W.

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 13 OF 22

# ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA



### GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE



HUALAPAI DRIVE

RAMADA ROAD

SACRAMENTO ROAD

CHEMEHUEVI DRIVE

COMMITMENT NO. 01386679
PARCEL NO. 3
APN 215-01-075
S9, T20N, R18W
641.02± GROSS ACRES
634.95± NET ACRES

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 9 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 9, T. 20 N R. 18 W

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 14 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

-300    0    150    300    600

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

COMMITMENT NO. 01386680
PARCEL
S10, T20N, R18W
APN 215-01-010
637.14± GROSS ACRES
625.39± NET ACRES

NOT A PART
CITY OF KINGMAN
APN 215-01-98

NOT A PART
CITY OF KINGMAN
APN 215-01-97

HUALAPAI DRIVE
CHEMEHUEVI DRIVE
SACRAMENTO ROAD
CENTENNIAL ROAD

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 10 BOUNDARY
MOHAVE COUNTY    ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 15 OF 22






## ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- FOUND PUBLIC LAND CORNER
- FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 10 , T. 20 N R. 18 W

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 10 AERIAL PHOTO
MOHAVE COUNTY — ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO: 18449.09.00
SHEET 16 OF 22

COMMITMENT NO. 01386680
PARCEL
S10, T20N, R18W
APN 215-01-010
637.14± GROSS ACRES
625.39± NET ACRES

NOT A PART
CITY OF KINGMAN
APN 215-01-98

NOT A PART
CITY OF KINGMAN
APN 215-01-97

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## Monuments (corners)

- FD ORIGINAL USGLO STONE MONUMENT — T 20 N, S3 | S2 / S10 | S11, R 18 W
- FD ORIGINAL USGLO STONE MONUMENT — T 20 N, 1/4 S2/S11, R 18 W
- FD ORIGINAL USGLO STONE MONUMENT — T 20 N, S2 | S1 / S11 | S12, R 18 W
- T 20 N, S10 | S11 / 1/4, R 18 W — FD ORIGINAL USGLO STONE MONUMENT
- T 20 N, C 1/4 S11, R 18 W — NOT FOUND
- T 20 N, 1/4 S11 | S12, R 18 W — NOT FOUND
- T 20 N, S10 | S11 / S15 | S14, R 18 W — FD ORIGINAL USGLO STONE MONUMENT
- T 20 N, 1/4 S11/S14, R 18 W — FD ORIGINAL USGLO STONE MONUMENT
- T 20 N, S11 | S12 / S14 | S13, R 18 W — FD ORIGINAL USGLO STONE MONUMENT

## Bearings / Distances

- HUALAPAI DRIVE: N89°46'27"W  2635.77' / 2585.77' ; N89°48'02"W  2634.95'
- CENTENNIAL ROAD west line: N00°16'45"E  2644.47' / 2644.44' ; N00°15'12"E  2641.42' / 2641.45'  (−50.00')
- YUMA ROAD east line: N00°14'29"E  2642.53' ; N00°14'35"E  2312.32' / 2642.65'
- CHEMEHUEVI DRIVE: 2584.08' ; N89°46'14"W  2634.08' ; 1979.15' ; N89°49'10"W  2638.86'
- N89°49'05"W  659.66' ; N00°15'13"E  330.35'  (−50.00')

## Parcel

COMMITMENT NO. 632-4386648
PARCEL NO. 2
S11, T20N, R18W
APN 215-01-078
634.75± GROSS ACRES
628.68± NET ACRES

NOT A PART
AZ GAME & FISH SHOOTING RANGE
APN 215-01-03

## GRAPHIC SCALE

-300  0  150  300  600
( IN FEET )
1 inch = 300 ft

N

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/89
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- ──────── PARCEL LINE
- ─ ─ ─ ─ ADJACENT PROPERTY LINE
- ─ ─ ─ ─ EASEMENT LINE
- ─ · ─ · ─ CENTERLINE
- ──────── SECTION LINE
- ─··─··─ SECTIONAL SUBDIVISION LINE
- ──────── DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊚ FOUND MISC PLAS./ALUM. CAP
- ⊥ FIBER OPTIC CABLE SIGN
- ■ TELEPHONE CABLE RISER BOX
- ◆ TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

SW1/4 SEC. 34
SECTION 4 | SECTION 3 | SECTION 2
SECTION 8 | SECTION 9 | SECTION 10 | SECTION 11
SECTION 16 | SECTION 14

## Title Block

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9703
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 11, T. 20 N, R. 18 W

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY — SECTION 11 BOUNDARY
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 17 OF 22






# ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA

GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- FOUND PUBLIC LAND CORNER
- FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

**KEY MAP**
NOT TO SCALE

COMMITMENT NO. 632-4386648
PARCEL NO. 2
S11, T20N, R18W
APN 215-01-078
634.75± GROSS ACRES
628.68± NET ACRES

NOT A PART
AZ GAME & FISH SHOOTING RANGE
APN 215-01-03

Stanley Consultants INC.

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 11 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA
DWG NAME: 18449-GV5800 ALTA
JOB NO. 18449.09.00
SHEET 18 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND ASLT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

Monument labels on plat:
- FD 2" BRASS DISC — RLS 6452 (T 20 N, S10|S11, S15|S14, R 18 W)
- FD ORIGINAL USGLO STONE MONUMENT (T 20 N, 1/4 S11/S14, R 18 W)
- FD ORIGINAL USGLO STONE MONUMENT (T 20 N, S11|S12, S14|S13, R 18 W)
- T 20 N, 1/4 S15|S14, R 18 W
- T 20 N, C 1/4 S14, R 18 W — FD 1" IRON PIPE
- T 20 N, 1/4 S14|S13, R 18 W — FD 1" IRON PIPE
- T 20 N, S15|S14, S22|S23, R 18 W — FD 2" BRASS DISC RLS 6452
- T 20 N, 1/4 S14/S23, R 18 W — FD 1" IRON PIPE
- T 20 N, S14|S13, S23|S24, R 18 W — FD "T" BAR

Bearings and distances along boundary:
- N89°46'14"W 2634.08' (2584.08')
- N89°49'10"W 2638.86' (1319.43')
- CHEMEHUEVI DRIVE
- N00°14'49"E 2641.93' / 2641.92'
- N00°16'07"E 2642.72'
- N00°18'20"E 2643.74'
- CENTENIAL ROAD
- YUMA ROAD
- N00°17'31"E 2642.39' / 2600.40'
- N00°12'33"E 1321.67'
- N00°11'11"E 2643.67'
- N89°46'06"W 329.58'
- N00°12'12"E 1279.71'
- -50.00'
- -42.00'
- AQUARIUS DRIVE
- N89°45'41"W 2637.55' (2587.51' / 1648.45')

NOT A PART
AZ GAME & FISH
SHOOTING RANGE
APN 215-01-03

COMMITMENT NO.
632-4386648
PARCEL NO. 3
S14, T20N, R18W
APN 215-01-079
489.68± GROSS ACRES
479.53± NET ACRES

NOT A PART
PARCEL PLAT
12/7

Hex markers: 4, 12, 13, 14 ; 21, 22

Key map sections shown: SW 1/4 SEC. 34; SECTION 2, 3, 4, 8, 9, 10, 11, 14, 16

Title block:
- Stanley Consultants INC.
- 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
- (702) 369-9396 fax (702) 369-9793
- www.stanleygroup.com
- SCALE (H): 1"=300'
- SCALE (V): N/A
- DRAWN BY: T.L.K.
- CHECKED BY: R.M.C.
- SEC. 14, T. 20 N, R. 18 W
- JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 14 BOUNDARY
- MOHAVE COUNTY, ARIZONA
- DWG NAME: 18449-GV5800 ALTA
- JOB NO.: 18449.09.00
- SHEET 19 OF 22