

# ALTA/ACSM LAND TITLE SURVEY
FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA



### GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.



### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊗ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

### KEY MAP
NOT TO SCALE

Map labels: CHEMEHUEVI DRIVE; CENTENIAL ROAD; YUMA ROAD; AQUARIUS DRIVE

COMMITMENT NO. 632-4386648
PARCEL NO. 3
S14, T20N, R18W
APN 215-01-079
489.68± GROSS ACRES
479.53± NET ACRES

NOT A PART
AZ GAME & FISH SHOOTING RANGE
APN 215-01-03

NOT A PART
PARCEL PLAT 3
12/7

Stanley Consultants INC.

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 14 AERIAL PHOTO
MOHAVE COUNTY, ARIZONA
SHEET 20 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16,
TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34,
TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE
MERIDIAN, MOHAVE COUNTY, ARIZONA

## GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## REFERENCES

1. MOHAVE COUNTY ASSESSOR'S MAP 306/01
2. MOHAVE COUNTY ASSESSOR'S MAP 306/63
3. MOHAVE COUNTY ASSESSOR'S MAP 215/01
4. MOHAVE COUNTY ASSESSOR'S MAP 215/16
5. RECORD OF SURVEY 5/69
6. DEPENDENT RESURVEY OF TOWNSHIP 20 NORTH, RANGE 18 WEST, DATED 1910, BY FRED W. RODOLF

## LEGEND

- PARCEL LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- CENTERLINE
- SECTION LINE
- SECTIONAL SUBDIVISION LINE
- DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ⊙ FOUND MISC PLAS./ALUM. CAP
- FIBER OPTIC CABLE SIGN
- TELEPHONE CABLE RISER BOX
- TRANSMISSION TOWER BASE

## KEY MAP
NOT TO SCALE

Survey drawing showing Parcel No. 4, Commitment No. 01386679, S16, T20N, R18W, APN 215-01-085, 640.36± GROSS ACRES, 629.25± NET ACRES. Bordered by CHEMEHUEVI DRIVE (north), RAMADA ROAD (west), AQUARIUS DRIVE (south), and SACRAMENTO ROAD (east).

Bearings and distances:
- N89°38'02"W 2639.01' / N89°37'55"W 2647.01' (north)
- N00°12'53"E 2641.50' (west, Ramada Road)
- N00°26'15"E 2639.16' / 2639.19' (east)
- N00°14'26"E 2640.63' / 2598.63' (west)
- N00°02'37"E 2644.88' / 2602.62' (east, Sacramento)
- N89°38'24"W 2645.62' / N89°35'21"W 2639.23' (south)
- 2645.56' / 2589.15' (south, Aquarius Drive)
- 50.00', 40.00', 42.00' offsets

Corner monuments:
- NW: FD 3-1/4" BLM BRASS CAP, T20N S17|S16 / S8|S9 R18W
- N¼: FD ORIGINAL USGLO STONE MONUMENT, T20N ¼ S9 / S16 R18W
- NE: FD 2" BRASS DISC RLS 6452, T20N S9|S10 / S16|S15 R18W
- W¼: ORIGINAL USGLO STONE MONUMENT, T20N ¼ S17|S16 R18W
- Center: T20N C¼ S16 R18W NOT FOUND
- E¼: FD 2" BRASS DISC RLS 6452, T20N ¼ S16|S15 R18W
- SW: FD 3-1/4" BLM BRASS CAP, T20N S17|S16 / S20|S21 R18W
- S¼: T20N ¼ S16 / S21 R18W, ESTABLISHED PER R.O.S. RECEIPT NO. 2005094052
- SE: FD 2" BRASS DISC RLS 6452, T20N S16|S15 / S21|S22 R18W

## Title Block

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 16, T. 20 N, R. 18 W

JOB TITLE: GOLDEN VALLEY ALTA/ACSM LAND TITLE SURVEY SECTION 16 BOUNDARY
MOHAVE COUNTY, ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 21 OF 22

# ALTA/ACSM LAND TITLE SURVEY

FOR ALL OR PORTIONS OF SECTIONS 2, 3, 4, 8, 9, 10, 11, 14 AND 16, TOWNSHIP 20 NORTH, RANGE 18 WEST, AND A PORTION OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MARCH OF 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEETS 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, AND 21 FOR THE BOUNDARY AND EASEMENT INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND

| Symbol | Description |
|---|---|
| ——— | PARCEL LINE |
| – – – | ADJACENT PROPERTY LINE |
| ········ | EASEMENT LINE |
| — · — | CENTERLINE |
| — — — | SECTION LINE |
| – · · – | SECTIONAL SUBDIVISION LINE |
| ——— | DEDICATED RIGHT-OF-WAY |
| ⊕ | FOUND PUBLIC LAND CORNER |
| ⊗ | FOUND MISC PLAS./ALUM. CAP |
| ⊥ | FIBER OPTIC CABLE SIGN |
| ■ | TELEPHONE CABLE RISER BOX |
| ◆ | TRANSMISSION TOWER BASE |

### KEY MAP
NOT TO SCALE



COMMITMENT NO. 01386679
PARCEL NO. 4
S16, T20N, R18W
APN 215-01-085
640.36± GROSS ACRES
629.25± NET ACRES

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9753
www.stanleygroup.com

SCALE (H): 1"=300'
SCALE (V): N/A
DRAWN BY: T.L.K.
CHECKED BY: R.M.C.
SEC. 16 , T. 20 N R. 18 W

JOB TITLE
GOLDEN VALLEY
ALTA/ACSM LAND TITLE SURVEY
SECTION 16 AERIAL PHOTO
MOHAVE COUNTY     ARIZONA

DWG NAME: 18449-GV5800 ALTA
JOB NO.: 18449.09.00
SHEET 22 OF 22