




# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

**NOTES:**
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEET 1 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

**LEGEND**
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA — MOHAVE, ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO.: 17976.80.14
SHEET 10 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

## GRAPHIC SCALE

-300   0   150   300   600

( IN FEET )
1 inch = 300 ft.

### KEY MAP
NOT TO SCALE

SEE SHEETS 14-16
SEE SHEETS 5-7
SEE SHEETS 2-4
SEE SHEETS 8-10
SEE SHEETS 11-13

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.96' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA.
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO: 17976.80.14
SHEET 11 OF 16
SCALE (H): 1" = 300'
DRAWN BY: D.R.S.
CHECKED BY: R.M.C.
SEC. 22, T. 21 N., R. 18 W.

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.



### GRAPHIC SCALE
( IN FEET )
1 inch = 300 ft.



**KEY MAP**
NOT TO SCALE

### LEGEND

— SUBDIVISION BOUNDARY LINE
— — ADJACENT PROPERTY LINE
— — — EASEMENT LINE
— — — ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
— — — SECTIONAL SUBDIVISION LINE
— — DIRT ROAD
— — PARCEL LINES
×—×—× FENCE LINE
— · — FLOW LINE OF NATURAL WASH
⊕ FOUND PUBLIC LAND CORNER
○ FOUND MONUMENT AS DESCRIBED
⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
[25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.



Stanley Consultants INC.

ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE    ARIZONA

DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 12 OF 16







ALTA/ACSM LAND TITLE SURVEY
SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

GRAPHIC SCALE (IN FEET) 1 inch = 300 ft.

**KEY MAP** NOT TO SCALE — SEE SHEETS 14–16, SEE SHEETS 5–7, SEE SHEETS 2–4, SEE SHEETS 8–10, SEE SHEETS 11–13

### LINE TABLE

| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | S71°33'56"E | 210.84' |
| L2 | S80°50'57"E | 324.74' |
| L3 | N26°00'09"E | 237.50' |
| L4 | S89°43'09"E | 791.69' |
| L5 | S89°35'17"E | 121.56' |
| L6 | N86°50'22"E | 209.74' |
| L7 | N45°28'59"E | 322.57' |
| L8 | N45°28'59"E | 106.67' |
| L9 | N45°28'59"E | 215.90' |
| L10 | N47°29'01"E | 343.34' |
| L11 | N47°29'01"E | 165.74' |
| L12 | N47°29'01"E | 177.61' |
| L13 | S47°15'04"E | 181.69' |
| L14 | S71°33'47"E | 268.09' |
| L15 | S29°34'38"W | 144.60' |
| L16 | S16°55'03"E | 249.43' |
| L17 | S71°33'56"E | 96.23' |
| L18 | S71°33'56"E | 307.07' |
| L19 | N10°28'21"E | 471.71' |
| L20 | N23°44'19"E | 584.98' |
| L21 | N10°28'21"E | 458.67' |
| L22 | N10°28'21"E | 13.05' |
| L23 | N33°18'39"E | 304.07' |
| L24 | N33°18'39"E | 195.30' |
| L25 | N33°18'39"E | 108.77' |
| L26 | N22°12'49"E | 244.27' |
| L27 | N00°16'24"E | 137.70' |
| L28 | N89°46'43"W | 66.88' |
| L29 | S06°24'40"W | 223.55' |
| L30 | N06°24'40"E | 42.66' |
| L31 | N06°24'40"E | 180.88' |
| L32 | S14°33'56"E | 294.45' |
| L33 | S06°12'35"W | 155.53' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 450.00 | 846.93' | 617.50' | 107°50'06" |
| C2 | 235.00 | 317.60' | 188.39' | 77°26'08" |

### LEGEND

- —⊕— SUBDIVISION BOUNDARY LINE
- ——— ADJACENT PROPERTY LINE
- ——— EASEMENT LINE
- ——— ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- ——— SECTIONAL SUBDIVISION LINE
- ——— DIRT ROAD
- ——— PARCEL LINES
- —×—×— FENCE LINE
- — · — FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA — MOHAVE, ARIZONA
DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 14 OF 16

Parcels shown: ⑪ ⑫ ⑬ ⑭ ⑮

Gregg's Hideout Road

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





**KEY MAP**
NOT TO SCALE

### LEGEND

- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- ⊕ FOUND PUBLIC LAND CORNER
- ○ FOUND MONUMENT AS DESCRIBED
- ⑥ PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.

**Stanley Consultants INC.**
3820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9703
www.stanleygroup.com

JOB TITLE: ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE  ARIZONA
DWG NAME: TEMPLEBAR–ALTA
JOB NO. 17976.80.14
SHEET 15 OF 16

# ALTA/ACSM LAND TITLE SURVEY

SECTIONS 1, 3, AND 11, AND A PORTION OF SECTION 9, TOWNSHIP 29 NORTH, RANGE 18 WEST, TOGETHER WITH SECTION 35, TOWNSHIP 30 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.





GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.



KEY MAP
NOT TO SCALE

### NOTES:
1. DATE OF AERIAL PHOTOGRAPH: MAY 5, 2005
2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY. REFER TO SHEET 1 FOR MEASUREMENTS FROM THE PROPERTY LINE TO THE IMPROVEMENTS NEAR THE BOUNDARY.
3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 1 FOR THE BOUNDARY INFORMATION.
4. APPROXIMATE SCALE IS 1" = 300'

### LEGEND
- SUBDIVISION BOUNDARY LINE
- ADJACENT PROPERTY LINE
- EASEMENT LINE
- ROADWAY EASEMENT RECORDED IN BOOK 298 OF OFFICIAL RECORDS, PAGE 404, MOHAVE COUNTY, ARIZONA
- SECTIONAL SUBDIVISION LINE
- DIRT ROAD
- PARCEL LINES
- FENCE LINE
- FLOW LINE OF NATURAL WASH
- FOUND PUBLIC LAND CORNER
- FOUND MONUMENT AS DESCRIBED
- (6) PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 1, RECORDED MAY 12, 2004.
- [25] PARCEL NUMBERS PER THE FIRST REPLAT OF JAY PAUL RANCHES AT LAKE MEAD UNIT 2, RECORDED MAY 12, 2004.



Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119

ALTA/ACSM LAND TITLE SURVEY
FOR RHODES HOMES ARIZONA
MOHAVE                    ARIZONA

DWG NAME: TEMPLEBAR-ALTA
JOB NO. 17976.80.14
SHEET 16 OF 16