WHITE HILLS

# ALTA/ACSM LAND TITLE SURVEY

LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE 20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE COUNTY, ARIZONA



N

GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

## NOTES:

1. DATE OF AERIAL PHOTOGRAPH: 12/10/2004

2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.

3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 16 FOR THE BOUNDARY INFORMATION.

4. APPROXIMATE SCALE IS 1"=300'

## LEGEND

| | |
|---|---|
| | BOUNDARY LINE |
| | RIGHT-OF-WAY LINE |
| | CENTER LINE |
| | PARCEL LINE |
| | ADJACENT PROPERTY LINE |
| | EASEMENT LINE |
| | DIMENSION/RADIAL LINE |
| | SECTIONAL SUBDIVISION LINE |
| ⊕ | FOUND PUBLIC LAND CORNER/MAIN POINT |
| ○ | FOUND MONUMENT AS DESCRIBED |
| (IV) | PARCEL NUMBER |
| 640.00 ACRES | PARCEL AREA |
| ① | EXCEPTION NUMBER (SEE SHEET 3 FOR RECORD INFORMATION) |
| R.O.W. | RIGHT-OF-WAY |
| S.F. | SQUARE FEET |
| N.T.S. | NOT TO SCALE |
| APN | ASSESSOR'S PARCEL NUMBER |



Stanley Consultants INC.

ALTA/ACSM LAND TITLE SURVEY
WHITE HILLS
PARCEL VIII PHOTO

WHITE HILLS / MOHAVE COUNTY                ARIZONA

SCALE DO: 1"=300'
SCALE DO: N/A
DRAWN BY: TJA
CHECKED BY: RMC
SEC 23 · 27 N.R. 20 W

SHEET 18 OF 21



WHITE HILLS

# ALTA/ACSM LAND TITLE SURVEY

LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE 20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE COUNTY, ARIZONA

**GRAPHIC SCALE**

( IN FEET )
1 inch = 500 ft.

**LEGEND**

| | |
|---|---|
| | BOUNDARY LINE |
| | RIGHT-OF-WAY LINE |
| | CENTER LINE |
| | PARCEL LINE |
| | ADJACENT PROPERTY LINE |
| | EASEMENT LINE |
| | DIMENSION/RADIAL LINE |
| | SECTIONAL SUBDIVISION LINE |
| | FOUND PUBLIC LAND CORNER/HARN POINT |
| | FOUND MONUMENT AS DESCRIBED |
| (IV) | PARCEL NUMBER |
| 640.00 ACRES | PARCEL AREA |
| (1) | EXCEPTION NUMBER (SEE SHEET 3 FOR RECORD INFORMATION) |
| R.O.W. | RIGHT-OF-WAY |
| S.F. | SQUARE FEET |
| N.T.S. | NOT TO SCALE |
| APN | ASSESSOR'S PARCEL NUMBER |

**Stanley Consultants INC.**

WHITE HILLS
ALTA/ACSM LAND TITLE SURVEY
PARCEL XI BOUNDARY

WHITE HILLS / MOHAVE COUNTY          ARIZONA

SHEET 19 OF 21

# WHITE HILLS
# ALTA/ACSM LAND TITLE SURVEY
LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE
20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE
COUNTY, ARIZONA



GRAPHIC SCALE

( IN FEET )
1 inch = 300 ft.

AeroTech Mapping Inc.
White Hills / Rhodes
Flown: 12/10/04

LEGEND

| | AERIAL PARCEL |
| | BOUNDARY |
| | BUILDING |
| | CANOPY |
| | CATTLEGUARD |
| | CONCRETE |
| | CULVERT |
| | DIRT ROAD |
| | FENCE |
| | INDEX CONTOUR |
| | INDEX ELEVATION |
| | INTERMEDIATE CONTOUR |
| | MANMADE FEATURE |
| | PAINT STRIPING |
| | PALM TREE |
| | POND |
| | ROAD |
| | SPOT ELEVATION |
| | SPOT TEST |
| | TANK |
| | TRAIL |
| | TREE |
| | UTILITY POLE |
| | WALL |
| | WASH |

LEGEND

| | BOUNDARY LINE |
| | RIGHT-OF-WAY LINE |
| | CENTER LINE |
| | PARCEL LINE |
| | ADJACENT PROPERTY LINE |
| | EASEMENT LINE |
| | DIMENSION/RADIAL LINE |
| | SECTIONAL SUBDIVISION LINE |
| | FOUND PUBLIC LAND CORNER/MAIN POINT |
| | FOUND MONUMENT AS DESCRIBED |
| IV | PARCEL NUMBER |
| 640.00 ACRES | PARCEL AREA |
| 1 | EXCEPTION NUMBER (SEE SHEET 3 FOR RECORD INFORMATION) |
| R.O.W. | RIGHT-OF-WAY |
| S.F. | SQUARE FEET |
| N.T.S. | NOT TO SCALE |
| APN | ASSESSOR'S PARCEL NUMBER |

## Stanley Consultants INC.

WHITE HILLS
ALTA/ACSM LAND TITLE SURVEY
PARCEL XI TOPOGRAPHY
WHITE HILLS / MOHAVE COUNTY

SHEET 20 of 21



WHITE HILLS

# ALTA/ACSM LAND TITLE SURVEY

LYING WITHIN SECTIONS 16, 17, 20, 21, 23 AND 30, TOWNSHIP 27 NORTH, RANGE 20 WEST, AND SECTION 25, TOWNSHIP 27 NORTH, RANGE 21 WEST, MOHAVE COUNTY, ARIZONA

**N**

GRAPHIC SCALE

( IN FEET )
1 inch = 500 ft.

## NOTES:

1. DATE OF AERIAL PHOTOGRAPH: 12/10/2004

2. IMAGES HEREON APPEAR SHIFTED DUE TO THE INHERENT QUALITIES OF THE AERIAL PHOTOGRAPHY.

3. THIS PHOTO IS FOR REFERENCE ONLY. REFER TO SHEET 19 FOR THE BOUNDARY INFORMATION.

4. APPROXIMATE SCALE IS 1"=300'

## LEGEND

| | |
|---|---|
| | BOUNDARY LINE |
| | RIGHT-OF-WAY LINE |
| | CENTER LINE |
| | PARCEL LINE |
| | ADJACENT PROPERTY LINE |
| | EASEMENT LINE |
| | DIMENSION/RADIAL LINE |
| | SECTIONAL SUBDIVISION LINE |
| | FOUND PUBLIC LAND CORNER/MARK POINT |
| | FOUND MONUMENT AS DESCRIBED |
| | PARCEL NUMBER |
| 640.00 ACRES | PARCEL AREA |
| | EXCEPTION NUMBER (SEE SHEET 3 FOR RECORD INFORMATION) |
| R.O.W. | RIGHT-OF-WAY |
| S.F. | SQUARE FEET |
| N.T.S. | NOT TO SCALE |
| APN | ASSESSOR'S PARCEL NUMBER |

Stanley Consultants INC.

WHITE HILLS
ALTA/ACSM LAND TITLE SURVEY
PARCEL XI PHOTO

WHITE HILLS / MOHAVE COUNTY        ARIZONA

SHEET 21 OF 21