

# ALTA/ACSM LAND TITLE SURVEY

A PORTION OF SECTION 2, TOGETHER WITH A PORTION OF SECTION 11, TOGETHER WITH A PORTION OF SECTION 14, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA.

COVER SHEET

### SHEET INDEX:
1. COVER SHEET
2. PARCEL NO. 1 BOUNDARY AND EASEMENTS
3. PARCEL NO. 1 AERIAL TOPO
4. PARCEL NO. 1 AERIAL PHOTO
5. PARCEL NO. 2 BOUNDARY AND EASEMENTS
6. PARCEL NO. 2 AERIAL TOPO
7. PARCEL NO. 2 AERIAL PHOTO
8. PARCEL NO. 3 BOUNDARY AND EASEMENTS
9. PARCEL NO. 3 AERIAL TOPO
10. PARCEL NO. 3 AERIAL PHOTO

### LINE TABLE
| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | N89°50'17"W | 246.05' |
| L2 | S89°51'13"E | 1013.23' |
| L3 | N00°14'07"E | 316.84' |
| L4 | S89°59'12"E | 164.73' |
| L5 | S00°14'09"W | 316.89' |
| L6 | S89°51'13"E | 1153.15' |
| L7 | N89°49'04"W | 659.66' |
| L8 | S00°15'06"W | 330.34' |
| L9 | S89°49'09"E | 659.73' |
| L10 | N00°14'27"E | 330.32' |
| L11 | S89°46'10"E | 329.56' |

### SURVEY RELATED ITEMS:
(#) – PLOTTABLE

THIS STUDY DOES NOT CONSTITUTE A TITLE SEARCH BY STANLEY CONSULTANTS INC. TO DETERMINE OWNERSHIP OR EASEMENTS OF RECORD. FOR ALL INFORMATION REGARDING EASEMENTS, RIGHTS-OF-WAY OR TITLE OF RECORD, STANLEY CONSULTANTS INC. RELIED ON 632-4386648, FIRST AMENDED, ISSUED BY FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., DATED SEPTEMBER 27, 2004, AND THE FOLLOWING MAY AFFECT THE SUBJECT PROPERTY:

**SCHEDULE B**

(1) AN EASEMENT FOR ELECTRICAL TRANSMISSION LINE AND INCIDENTAL PURPOSES, RECORDED AS BOOK 104, PAGE 110 OF OFFICIAL RECORDS. (PARCEL NO. 1)

2. THE EFFECT OF RECORD OF SURVEY PLAT RECORDED AUGUST 10, 1989 IN BOOK 5 OF RECORDS OF SURVEYS, PAGE 69. (PARCEL NO.3)

### BASIS OF BEARINGS
NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2465.56824 IFT (NAVD'88)

### LEGAL DESCRIPTION

**PARCEL NO. 1:**

GOVERNMENT LOTS 1, 2, 3, AND 4; THE SOUTH HALF OF THE NORTH HALF; THE SOUTHWEST QUARTER; THE NORTH HALF OF THE SOUTHEAST QUARTER AND THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 2, TOWNSHIP 20 NORTH, RANGE 18 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID GOVERNMENT LOT 1.

EXCEPT THE NORTH 50 FEET AND THE WEST 50 FEET THEREOF.

**PARCEL NO. 2:**

SECTION 11, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER.

EXCEPT THE WEST 50 FEET THEREOF.

**PARCEL NO. 3:**

THE WEST HALF; THE WEST HALF OF THE EAST HALF AND THE WEST HALF OF THE WEST HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA.

EXCEPT THE WEST 50 FEET AND THE SOUTH 42 FEET THEREOF.

### SURVEYORS CERTIFICATE

I RICHARD M. CUMMOCK, REGISTERED LAND SURVEYOR, REGISTERED IN THE STATE OF ARIZONA, AS AGENT FOR STANLEY CONSULTANTS, INC., DO HEREBY CERTIFY TO DESERT COMMUNITIES INC. A NEVADA CORPORATION, FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE, INC., AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS;

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/ACSM LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA, ACSM AND NSPS IN 1999, AND INCLUDES ITEMS 2, 4, 5, 11A OF TABLE A THEREOF.

PURSUANT TO THE ACCURACY STANDARDS AS ADOPTED BY ALTA, NSPS, AND ACSM AND IN EFFECT ON THE DATE OF THIS CERTIFICATION, UNDERSIGNED FURTHER CERTIFIES THAT THE POSITIONAL UNCERTAINTIES RESULTING FROM THE SURVEY MEASUREMENTS MADE ON THE SURVEY DO NOT EXCEED THE ALLOWABLE POSITIONAL TOLERANCE.

RICHARD M. CUMMOCK
REGISTERED LAND SURVEYOR
ARIZONA CERTIFICATE NO. 42127

### BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) − 2.546 = 2659.468 IFT (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

### LEGEND
- ———— SUBDIVISION BOUNDARY LINE
- — — — ADJACENT PROPERTY LINE
- ·········· EASEMENT LINE
- — — — DIRT ROAD
- ———— PAVED ROAD
- —·—·— SECTIONAL SUBDIVISION LINE
- ·—·—· FLOW LINE OF NATURAL WASH
- —·—·— DEDICATED RIGHT-OF-WAY
- ⊕ FOUND PUBLIC LAND CORNER
- ○ NOTHING FOUND UNLESS OTHERWISE DESCRIBED
- M.C.E. MOHAVE COUNTY ENGINEERING DEPARTMENT

GRAPHIC SCALE
(IN FEET) 1 inch = 1000 ft

**PARCEL NO. 1** 803.33 ACRES
**PARCEL NO. 2** 628.67 ACRES
**PARCEL NO. 3** 479.53 ACRES

**TOTAL AREA = 1711.53 ACRES**

Stanley Consultants INC.

ALTA/ACSM LAND TITLE SURVEY FOR RHODES HOMES ARIZONA
MOHAVE, ARIZONA

JOB NO. 17715.80.12
DWG NAME: YANDEL-ALTA
SHEET 1 OF 10















ALTA/ACSM LAND TITLE SURVEY — A PORTION OF SECTION 2, TOGETHER WITH A PORTION OF SECTION 11, TOGETHER WITH A PORTION OF SECTION 14, TOWNSHIP 20 NORTH, RANGE 18 WEST OF THE GILA AND SALT RIVER BASE MERIDIAN, MOHAVE COUNTY, ARIZONA. PARCEL NO. 3 BOUNDARY AND EASEMENTS



