GVR Roadway Improvements

# Golden Valley Ranch Roadway Improvements

Revised 1-19-06

| Roadway Number | Description | Description | Phase | Roadway Length (Ft.) | Roadway Length (Mile) | Roadway Width (BC to BC) | No. Lanes | Median Width | Unit Cost (per foot) | Total Cost for Roadway | Roadway | Bridge | Drainage | Waterline | Sanitary Sewer | Gas | Power | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S1 | Aztec Road | South from Shinarump to South of North Roundabout | 1 | 2,300.00 | 0.44 | 102.00 | 6 | 26.00 | $ 850.64 | $ 1,956,472.00 | $ 650,116.00 | $ - | $ - | $ 351,870.00 | $ - | $ 345,000.00 | $ 76,750.00 | $ 94,000.00 |
| S2 | West Loop Road | West from North Roundabout to Pod 1 Entry Road | 1 | 5,100.00 | 0.97 | 80.00 | 4 | 26.00 | $ 848.68 | $ 4,328,282.60 | $ 1,113,326.00 | $ - | $ 513,000.00 | $ 752,460.00 | $ 215,100.00 | $ 510,000.00 | $ 169,750.00 | $ 208,000.00 |
| S3 | East Loop Road | East from North Roundabout to Pod 3 Entry Road | 1 | 1,420.00 | 0.27 | 80.00 | 4 | 26.00 | $ 745.86 | $ 1,059,116.65 | $ 313,145.00 | $ - | $ - | $ 212,260.00 | $ 63,500.00 | $ 142,000.00 | $ 46,950.00 | $ 57,600.00 |
| S4 | West Loop Road | South from Pod 1 Entry Road to TC Connector Road | 1 | 3,995.00 | 0.76 | 54.00 | 4 | - | $ 1,129.33 | $ 4,511,683.45 | $ 825,213.50 | $ - | $ 1,315,800.00 | $ 584,840.00 | $ 286,650.00 | $ 399,500.00 | $ 129,887.50 | $ 159,850.00 |
| S5 | TC Connector Road | East from West Loop Road to Aztec Road at TC | 1 | 4,565.00 | 0.86 | 54.00 | 4 | - | $ 553.89 | $ 2,528,511.90 | $ 938,603.50 | $ - | $ - | $ 668,810.00 | $ - | $ - | $ 152,712.50 | $ 186,950.00 |
| S6 | Aztec Road | North from TC Connector Road to Pod 2 Bridge Entry | 1 | 2,310.00 | 0.44 | 102.00 | 6 | 26.00 | $ 842.55 | $ 1,946,287.60 | $ 650,190.00 | $ - | $ - | $ 343,980.00 | $ - | $ 346,500.00 | $ 76,975.00 | $ 94,300.00 |
| S7 | Aztec Road | North from Pod 2 Bridge Entry to South of North Roundabout | 1 | 3,425.00 | 0.65 | 102.00 | 6 | 26.00 | $ 1,065.55 | $ 3,649,510.05 | $ 963,595.00 | $ 675,920.00 | $ - | $ 505,680.00 | $ - | $ 513,750.00 | $ 112,062.50 | $ 137,750.00 |
| S8 | East Loop Road | East from Pod 3 Entry Road to East TC Connector Road | 1 | 5,680.00 | 1.08 | 80.00 | 4 | 26.00 | $ 718.76 | $ 4,082,548.30 | $ 1,234,484.00 | $ - | $ - | $ 839,390.00 | $ 176,000.00 | $ 568,000.00 | $ 187,800.00 | $ 230,400.00 |
| S9 | Bacobi Road Ext. | North from East Loop Road to Shinarump Road | 1 | 2,970.00 | 0.56 | 54.00 | 4 | - | $ 612.27 | $ 1,818,443.25 | $ 646,326.00 | $ - | $ - | $ 434,540.00 | $ 90,000.00 | $ - | $ 96,825.00 | $ 119,100.00 |
| S10 | Shinarump Road | West from Aztec Road to Amado Road | 1 | 2,535.00 | 0.48 | 102.00 | 6 | 26.00 | $ 622.65 | $ 1,578,412.38 | $ 714,345.00 | $ - | $ - | $ 172,100.00 | $ 132,900.00 | $ - | $ 87,037.50 | $ 106,050.00 |
| S11 | Shinarump Road | East from Aztec Road to Yuma Road | 1 | 5,270.00 | 1.00 | 102.00 | 6 | 26.00 | $ 591.73 | $ 3,118,414.75 | $ 1,483,090.00 | $ - | $ - | $ 351,800.00 | $ 163,400.00 | $ - | $ 173,575.00 | $ 213,100.00 |
| S12 | East TC Conct. Road | East from East Loop Road to Out Parcel | 1 | 1,340.00 | 0.25 | 54.00 | 4 | - | $ 495.51 | $ 663,988.15 | $ 274,995.00 | $ - | $ - | $ 89,200.00 | $ 35,700.00 | $ - | $ 45,150.00 | $ 55,200.00 |
| S13 | West Loop Road | South from West TC Connector Road to Ramada Road | 1 | 3,550.00 | 0.67 | 54.00 | 4 | - | $ 1,133.94 | $ 4,025,491.05 | $ 732,120.00 | $ - | $ 1,430,100.00 | $ 520,540.00 | $ - | $ 355,000.00 | $ 119,875.00 | $ 146,500.00 |
| S14 | Hualapai Drive Ext. | West from West Loop Road to Ramada Road | 1 | 2,150.00 | 0.41 | 54.00 | 4 | - | $ 641.90 | $ 1,380,090.85 | $ 443,910.00 | $ 272,000.00 | $ - | $ 142,600.00 | $ 58,150.00 | $ - | $ 73,375.00 | $ 89,500.00 |
| S15 | Mobile Road | North from West Loop Road to 13 Mile Wash | 1 | 1,315.00 | 0.25 | 54.00 | 4 | - | $ 589.37 | $ 775,022.95 | $ 271,684.50 | $ - | $ - | $ 192,900.00 | $ 35,625.00 | $ - | $ 44,587.50 | $ 54,450.00 |
| S16 | East Loop Road | South from East TC Connector Road to Tampico Road | 2 | 4,330.00 | 0.82 | 54.00 | 4 | - | $ 705.33 | $ 3,054,084.90 | $ 893,071.00 | $ - | $ - | $ 635,110.00 | $ 133,400.00 | $ 433,000.00 | $ 142,425.00 | $ 174,900.00 |
| S17 | East TC Conct. Road | West from East Loop Road to East Middle Road | 2 | 3,120.00 | 0.59 | 54.00 | 4 | - | $ 500.67 | $ 1,562,079.50 | $ 643,878.00 | $ - | $ - | $ 208,340.00 | $ 98,000.00 | $ - | $ 105,200.00 | $ 128,600.00 |
| S18 | Aztec Road | South from TC Connector Road to South Loop Road | 3 | 4,200.00 | 0.80 | 102.00 | 6 | 26.00 | $ 1,122.04 | $ 4,712,580.40 | $ 1,182,336.00 | $ 856,800.00 | $ - | $ 623,870.00 | $ 172,200.00 | $ 630,000.00 | $ 139,500.00 | $ 171,000.00 |
| S19 | West Loop Road | West from South Roundabout to Ramada Road | 3 | 3,800.00 | 0.72 | 54.00 | 4 | - | $ 669.13 | $ 2,542,691.40 | $ 783,404.00 | $ - | $ - | $ 556,740.00 | $ - | $ 380,000.00 | $ 125,500.00 | $ 154,000.00 |
| S20 | Ramada Road Ext. | East from West Loop Road to West TC Connector Road | 3 | 3,790.00 | 0.72 | 54.00 | 4 | - | $ 495.92 | $ 1,879,550.80 | $ 779,545.00 | $ - | $ - | $ 250,940.00 | $ 116,400.00 | $ - | $ 125,275.00 | $ 153,700.00 |
| S21 | Indian Wells Road | South from West Loop Road to Holy Moses Wash | 3 | 4,060.00 | 0.77 | 54.00 | 4 | - | $ 463.26 | $ 1,880,852.60 | $ 839,434.00 | $ - | $ - | $ 271,140.00 | $ - | $ - | $ 136,350.00 | $ 166,800.00 |
| S22 | Ramada Road | South from West Loop Road to Holy Moses Wash | 3 | 5,100.00 | 0.97 | 54.00 | 4 | - | $ 584.94 | $ 2,983,202.35 | $ 1,048,376.00 | $ - | $ 663,975.00 | $ 334,000.00 | $ - | $ - | $ 169,750.00 | $ 208,000.00 |
| S23 | Cerbat Drive | West from Ramada Road to 13 Mile Wash | 3 | 2,550.00 | 0.48 | 54.00 | 4 | - | $ 975.19 | $ 2,486,739.30 | $ 525,088.00 | $ - | $ 811,525.00 | $ 169,000.00 | $ 68,850.00 | $ 255,000.00 | $ 87,375.00 | $ 106,500.00 |
| S24 | West Loop Road | East from Scramento Road to Centennial Road | 4 | 4,900.00 | 0.93 | 54.00 | 4 | - | $ 564.94 | $ 2,768,202.95 | $ 923,543.00 | $ - | $ - | $ 713,600.00 | $ 252,300.00 | $ - | $ 160,250.00 | $ 197,000.00 |
| S25 | West Loop Road | East from Centennial Road to Tampico Road | 4 | 1,575.00 | 0.30 | 54.00 | 4 | - | $ 719.71 | $ 1,133,541.20 | $ 323,214.50 | $ - | $ - | $ 236,440.00 | $ 52,700.00 | $ 157,500.00 | $ 55,437.50 | $ 67,250.00 |
| S26 | Tampico Road Ext. | South from West Loop Road to Aquarius Drive | 4 | 6,900.00 | 1.31 | 54.00 | 4 | - | $ 468.19 | $ 3,230,524.80 | $ 1,302,366.00 | $ - | $ - | $ 454,000.00 | $ 175,600.00 | $ - | $ 225,250.00 | $ 277,000.00 |
| S27 | Centennial Road | South from West Loop Road to Aquarius Drive | 4 | 5,200.00 | 0.98 | 27.00 | 2 | - | $ 340.70 | $ 1,771,654.35 | $ 525,969.00 | $ - | $ - | $ 341,600.00 | $ 159,600.00 | $ - | $ 172,000.00 | $ 211,000.00 |
| S28 | Aquarius Drive | East from Centennial Road to Tampico Road | 4 | 2,910.00 | 0.55 | 27.00 | 2 | - | $ 340.95 | $ 992,172.28 | $ 295,033.50 | $ - | $ - | $ 187,800.00 | $ 93,350.00 | $ - | $ 95,475.00 | $ 117,300.00 |
| S29 | Sacramento Road | North from Aquarius Drive to South Loop Road | 5 | 5,030.00 | 0.95 | 27.00 | 2 | - | $ 561.56 | $ 2,824,651.28 | $ 510,693.50 | $ - | $ - | $ 334,600.00 | $ 357,250.00 | $ 754,500.00 | $ 168,175.00 | $ 205,900.00 |
| S30 | Indian Wells Road | South from Holy Moses Wash to Aquarius Drive | 5 | 2,675.00 | 0.51 | 54.00 | 4 | - | $ 616.92 | $ 1,650,259.20 | $ 550,376.50 | $ 272,000.00 | $ - | $ 177,300.00 | $ 84,400.00 | $ - | $ 90,187.50 | $ 110,250.00 |
| S31 | Ramada Road | South from Holy Moses Wash to Aquarius Drive | 5 | 2,025.00 | 0.38 | 27.00 | 2 | - | $ 432.60 | $ 876,013.94 | $ 204,138.75 | $ 217,600.00 | $ - | $ 132,900.00 | $ - | $ - | $ 70,562.50 | $ 85,750.00 |
| S32 | Aquarius Drive | West from Sacramento Road to Ramada Road | 5 | 5,165.00 | 0.98 | 27.00 | 2 | - | $ 386.09 | $ 1,994,138.24 | $ 520,220.75 | $ - | $ - | $ 335,700.00 | $ 370,550.00 | $ - | $ 171,212.50 | $ 209,950.00 |
| S33 | Cerbat Drive | East from Tombstone trail to 13 Mile Wash | 5 | 4,115.00 | 0.78 | 54.00 | 4 | - | $ 613.50 | $ 2,524,536.35 | $ 846,256.50 | $ 435,200.00 | $ - | $ 270,100.00 | $ 107,325.00 | $ - | $ 137,587.50 | $ 168,450.00 |
| S34 | East Middle Road | South from Aztec Road to East TC Connector Road | 6 | 3,450.00 | 0.65 | 54.00 | 4 | - | $ 462.21 | $ 1,594,634.85 | $ 711,582.00 | $ - | $ - | $ 229,740.00 | $ - | $ - | $ 112,625.00 | $ 138,500.00 |
| S35 | East Middle Road | South from East TC Connector Road to Lower TC Connector | 7 | 2,104.00 | 0.40 | 54.00 | 4 | - | $ 516.44 | $ 1,086,585.55 | $ 434,469.00 | $ - | $ - | $ 140,640.00 | $ 89,020.00 | $ - | $ 72,340.00 | $ 88,120.00 |
| S36 | Lower TC Connector | East from TC to East Middle Road to East Loop Road | 7 | 1,425.00 | 0.27 | 54.00 | 2 | - | $ 493.53 | $ 703,287.10 | $ 294,220.50 | $ - | $ - | $ 94,300.00 | $ 36,975.00 | $ - | $ 47,062.50 | $ 57,750.00 |
| S37 | East TC Conct. Road | East from TC to East Middle Road | 7 | 1,700.00 | 0.32 | 54.00 | 2 | - | $ 462.17 | $ 785,690.35 | $ 350,663.00 | $ - | $ - | $ 113,200.00 | $ - | $ - | $ 58,250.00 | $ 71,000.00 |
| S38 | Mobile Road Ext. | North from 13 Mile Wash to Shinarump | 7 | 1,972.00 | 0.37 | 54.00 | 4 | - | $ 710.19 | $ 1,400,502.20 | $ 406,490.00 | $ 272,000.00 | $ - | $ 287,280.00 | $ - | $ - | $ 64,370.00 | $ 79,160.00 |
| S39 | Shinarump Road | West from Amado Road to Ramada Road | 7 | 5,310.00 | 1.01 | 102.00 | 6 | 26.00 | $ 664.37 | $ 3,527,800.95 | $ 1,493,430.00 | $ 476,000.00 | $ - | $ 352,600.00 | $ - | $ - | $ 174,475.00 | $ 214,300.00 |
| | | | | | | | | | | $ 87,388,252.75 | $ 27,642,942.00 | $ 3,477,520.00 | $ 4,734,400.00 | $ 13,613,910.00 | $ 3,624,945.00 | $ 5,789,750.00 | $ 4,499,947.50 | $ 5,514,930.00 |