# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
ROADWAY NO. S1: AZTEC ROAD FROM NORTH ROUNDABOUT TO SHINARUMP DRIVE

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 5,467.00 | $ 262,416.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 18,400.00 | $ 239,200.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | 4,600.00 | $ 26,450.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 4,600.00 | $ 37,950.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 600.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 23,000.00 | $ 80,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 200.00 | $ 4,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 120.00 | $ 4,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 60.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | 2,300.00 | $ 322,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 5.00 | $ 10,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $ 250.00 | 3.00 | $ 750.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $ 7.50 | 480.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $ 13.00 | 240.00 | $ 3,120.00 | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 8 INCH | LF | $ 150.00 | 2,300.00 | $ 345,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 6,900.00 | $ 51,750.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 5.00 | $ 25,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 9,200.00 | $ 69,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 5.00 | $ 25,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 4 IN. (FIBER OPTIC) | LF | $ 7.50 | 2,360.00 | $ 17,700.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, FIBER OPTIC | EA | $ 900.00 | 3.00 | $ 2,700.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 2,324.00 | $ 13,944.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 3.00 | $ 2,700.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 24.00 | $ 2,400.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 4.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 2.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 4,700.00 | $ 14,100.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 36.00 | $ 108,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 15,000.00 | $ 15,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 20.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 1,701,280.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 255,192.00 | | | | |
| | | | | TOTAL | $ 1,956,472.00 | | | | |