

## GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S3
MOHAVE COUNTY                                                    ARIZONA