# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

Revised 1-19-06

## BUDGET COST ESTIMATE
### ROADWAY NO. S6: NORTH FROM TC CONNECTOR ROAD TO POD 2 BRIDGE ENTRY

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $48.00 | 5,490.00 | $263,520.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $13.00 | 18,480.00 | $240,240.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $5.75 | 4,620.00 | $26,565.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $8.25 | 4,620.00 | $38,115.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $6.00 | 150.00 | $900.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $3.50 | 23,100.00 | $80,850.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $20.00 | 200.00 | $4,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $40.00 | 40.00 | $1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $140.00 | 2,310.00 | $323,400.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $2,000.00 | 5.00 | $10,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $250.00 | 2.00 | $500.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $7.50 | 320.00 | $2,400.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $13.00 | 160.00 | $2,080.00 | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 8 INCH | LF | $150.00 | 2,310.00 | $346,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $7.50 | 6,930.00 | $51,975.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $5,000.00 | 5.00 | $25,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $7.50 | 9,240.00 | $69,300.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $5,000.00 | 5.00 | $25,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 4 IN. (FIBER OPTIC) | LF | $7.50 | 2,370.00 | $17,775.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, FIBER OPTIC | EA | $900.00 | 3.00 | $2,700.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $6.00 | 2,334.00 | $14,004.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $900.00 | 3.00 | $2,700.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $100.00 | 12.00 | $1,200.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $500.00 | 3.00 | $1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $1,500.00 | 1.00 | $1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $3.00 | 4,700.00 | $14,100.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $3,000.00 | 36.00 | $108,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $1.00 | 15,000.00 | $15,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $100.00 | 20.00 | $2,000.00 | $ - | $ - | $ - | $ - |
| | SUBTOTAL | | | | $1,692,424.00 | $ - | $ - | $ - | |
| | ENGINEERING & SURVEY @ | | | 15.00% | $253,863.60 | | | | |
| | TOTAL | | | | $1,946,287.60 | | | | |

R:\18449\07-Design\03-CostEst\03-Roadways\GVR Roadway Budget Costs (Client).xls

Sheet 5 of 7