# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
### ROADWAY NO. S7: FROM POD 2 BRIDGE ENTRY TO NORTH ROUNDABOUT

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 8,140.00 | $ 390,720.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 27,400.00 | $ 356,200.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | 6,850.00 | $ 39,387.50 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 6,850.00 | $ 56,512.50 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 150.00 | $ 900.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 34,250.00 | $ 119,875.00 | $ - | $ - | $ - | $ - |
| 2-13-0300 | BRIDGE STRUCTURE | SF | $ 85.00 | 7,952.00 | $ 675,920.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 280.00 | $ 5,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 40.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | 3,425.00 | $ 479,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 7.00 | $ 14,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $ 250.00 | 2.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $ 7.50 | 320.00 | $ 2,400.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $ 13.00 | 160.00 | $ 2,080.00 | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 8 INCH | LF | $ 150.00 | 3,425.00 | $ 513,750.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 10,275.00 | $ 77,062.50 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 7.00 | $ 35,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 13,700.00 | $ 102,750.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 7.00 | $ 35,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 4 IN. (FIBER OPTIC) | LF | $ 7.50 | 3,505.00 | $ 26,287.50 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, FIBER OPTIC | EA | $ 900.00 | 4.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 3,457.00 | $ 20,742.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 4.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 12.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 3.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 7,100.00 | $ 21,300.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 54.00 | $ 162,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 21,000.00 | $ 21,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 20.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 3,173,487.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | 15.00% | | $ 476,023.05 | | | | |
| | | | | TOTAL | $ 3,649,510.05 | | | | |