# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE

ROADWAY NO. S8: EAST LOOP ROAD FROM POD 3 ENTRY ROAD TO TC CONNECTOR ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 9,642.00 | $ 462,816.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 31,556.00 | $ 410,228.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | 11,360.00 | $ 65,320.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 11,360.00 | $ 93,720.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 600.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 56,800.00 | $ 198,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 360.00 | $ 7,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 90.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 60.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | 5,680.00 | $ 795,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 12.00 | $ 24,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $ 250.00 | 3.00 | $ 750.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $ 7.50 | 360.00 | $ 2,700.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $ 13.00 | 180.00 | $ 2,340.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 8-INCH SEWER PIPE | LF | $ 15.00 | 120.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 12-INCH SEWER PIPE | LF | $ 20.00 | 5,710.00 | $ 114,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | SEWER MANHOLE, 48 INCH | EA | $ 5,000.00 | 12.00 | $ 60,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 6 INCH | LF | $ 100.00 | 5,680.00 | $ 568,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 17,040.00 | $ 127,800.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 12.00 | $ 60,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 22,720.00 | $ 170,400.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 12.00 | $ 60,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 5,728.00 | $ 34,368.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 6.00 | $ 5,400.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 18.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 6.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 2.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 11,600.00 | $ 34,800.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 68.00 | $ 204,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 24,000.00 | $ 24,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 36.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 3,550,042.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 532,506.30 | | | | |
| | | | TOTAL | | $ 4,082,548.30 | | | | |