

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S10

MOHAVE COUNTY                    ARIZONA