
GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S11
MOHAVE COUNTY — ARIZONA