# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
### ROADWAY NO. S11: SHINARUMP DRIVE FROM AZTEC ROAD TO YUMA ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 12,525.00 | $ 601,200.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 42,160.00 | $ 548,080.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | 10,540.00 | $ 60,605.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 10,540.00 | $ 86,955.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 300.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 52,700.00 | $ 184,450.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 440.00 | $ 8,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 120.00 | $ 4,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 5,270.00 | $ 316,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 11.00 | $ 22,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 15,810.00 | $ 118,575.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 11.00 | $ 55,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 21,080.00 | $ 158,100.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 11.00 | $ 55,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 36.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 6.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 2.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 10,700.00 | $ 32,100.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 82.00 | $ 246,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 33,000.00 | $ 33,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 60.00 | $ 6,000.00 | $ - | $ - | $ - | $ - |
| | SUBTOTAL | | | | $ 2,553,065.00 | $ - | $ - | $ - | |
| | ENGINEERING & SURVEY @ | | 15.00% | | $ 382,959.75 | | | | |
| | TOTAL | | | | $ 2,936,024.75 | | | | |