

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S12
MOHAVE COUNTY, ARIZONA