

# GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S13
## MOHAVE COUNTY                                    ARIZONA

**LEGEND:**

S6   ROADWAY NUMBER

█   ESTIMATED ROADWAY

NORTH

GRAPHIC SCALE