

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S14
MOHAVE COUNTY, ARIZONA