

NORTH

GRAPHIC SCALE

0    300    600 FT

LEGEND:

S6    ROADWAY NUMBER

ESTIMATED ROADWAY

**GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S16**
MOHAVE COUNTY                                                    ARIZONA

RHODES
HOMES

DESIGN DEVELOPMENT
SCALE:        1" = 600'
PROJECT:     18449
DATE:         11/21/05