

# GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S19
## MOHAVE COUNTY                                                                                     ARIZONA