# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE

ROADWAY NO. S20: RAMADA ROAD EXT. FROM WEST LOOP ROAD TO WEST TOWN CENTER CONNECTOR ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 6,434.00 | $ 308,832.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 21,056.00 | $ 273,728.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 7,580.00 | $ 62,535.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 300.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 37,900.00 | $ 132,650.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 160.00 | $ 3,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 40.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 3,790.00 | $ 227,400.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 8.00 | $ 16,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $ 250.00 | 2.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $ 7.50 | 160.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $ 13.00 | 80.00 | $ 1,040.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 8-INCH SEWER PIPE | LF | $ 15.00 | 40.00 | $ 600.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 12-INCH SEWER PIPE | LF | $ 20.00 | 3,790.00 | $ 75,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | SEWER MANHOLE, 48 INCH | EA | $ 5,000.00 | 8.00 | $ 40,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 11,370.00 | $ 85,275.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 8.00 | $ 40,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 15,160.00 | $ 113,700.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 8.00 | $ 40,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 3,822.00 | $ 22,932.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 4.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 6.00 | $ 600.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 2.00 | $ 1,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 7,900.00 | $ 23,700.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 46.00 | $ 138,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 16,000.00 | $ 16,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 12.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,634,392.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 245,158.80 | | | | |
| | | | TOTAL | | $ 1,879,550.80 | | | | |