

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S23
MOHAVE COUNTY, ARIZONA