

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S24
MOHAVE COUNTY, ARIZONA