# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
### ROADWAY NO. S24: WEST LOOP ROAD FROM SACRAMENTO ROAD TO CENTENNIAL ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 8,318.00 | $ 399,264.00 |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 27,223.00 | $ 353,899.00 |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 9,800.00 | $ 80,850.00 |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 630.00 | $ 3,780.00 |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 24,500.00 | $ 85,750.00 |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 200.00 | $ 4,000.00 |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 60.00 | $ 2,400.00 |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 20.00 | $ 1,200.00 |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | 4,900.00 | $ 686,000.00 |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 10.00 | $ 20,000.00 |
| 2-09-0200 | 8-INCH SEWER PIPE | LF | $ 15.00 | 60.00 | $ 900.00 |
| 2-09-0200 | 12-INCH SEWER PIPE | LF | $ 20.00 | 20.00 | $ 400.00 |
| 2-09-0200 | 18-INCH SEWER PIPE | LF | $ 40.00 | 4,900.00 | $ 196,000.00 |
| 2-09-0200 | SEWER MANHOLE, 48 INCH | EA | $ 5,000.00 | 11.00 | $ 55,000.00 |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 14,700.00 | $ 110,250.00 |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 10.00 | $ 50,000.00 |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 19,600.00 | $ 147,000.00 |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 10.00 | $ 50,000.00 |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 4,940.00 | $ 29,640.00 |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 5.00 | $ 4,500.00 |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 6.00 | $ 600.00 |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 2.00 | $ 1,000.00 |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 5,000.00 | $ 15,000.00 |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 29.00 | $ 87,000.00 |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 20,000.00 | $ 20,000.00 |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 12.00 | $ 1,200.00 |
| | | | SUBTOTAL | | $ 2,407,133.00 |
| | | ENGINEERING & SURVEY @ | 15.00% | | $ 361,069.95 |
| | | | TOTAL | | $ 2,768,202.95 |

| ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | |