

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S31
MOHAVE COUNTY, ARIZONA