# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
### ROADWAY NO. S34: EAST MIDDLE ROAD FROM EAST TOWN CENTER CONNECTOR TO AZTEC ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-08-0700 | ROADWAY EXCAVATION | CY | $ - | - | $ - | $ - | $ - | $ - | $ - |
| 2-08-0700 | BORROW EMBANKMENT | CY | $ - | - | $ - | $ - | $ - | $ - | $ - |
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 5,857.00 | $ 281,136.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 19,167.00 | $ 249,171.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | - | $ - | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 6,900.00 | $ 56,925.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE B | LF | $ - | - | $ - | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 600.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 34,500.00 | $ 120,750.00 | $ - | $ - | $ - | $ - |
| 2-13-0300 | BRIDGE STRUCTURE | SF | $ 85.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 18-INCH PIPE, RCP | LF | $ 30.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 30-INCH PIPE, RCP | LF | $ 80.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 42-INCH PIPE, RCP | LF | $ 130.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 48-INCH PIPE, RCP | LF | $ 150.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 54-INCH PIPE, RCP | LF | $ 170.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 7 FT. X 6 FT. REINFORCED CONCRETE BOX | LF | $ 330.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 7 FT. X 7 FT. REINFORCED CONCRETE BOX | LF | $ 354.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 9 FT. X 7 FT. REINFORCED CONCRETE BOX | LF | $ 454.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 10 FT. X 8 FT. REINFORCED CONCRETE BOX | LF | $ 566.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 140.00 | $ 2,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 80.00 | $ 3,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 3,450.00 | $ 207,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 16-INCH PVC WATER MAIN | LF | $ 100.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH PVC WATER MAIN | LF | $ 112.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0400 | 30-INCH WATER MAIN | LF | $ - | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 7.00 | $ 14,000.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | WATER SERVICE WITH METER | EA | $ 250.00 | 2.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 4-INCH PVC IRRIGATION SLEEVE | LF | $ 7.50 | 160.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-14-0600 | 6-INCH PVC IRRIGATION SLEEVE | LF | $ 13.00 | 80.00 | $ 1,040.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 8-INCH SEWER PIPE | LF | $ 15.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0200 | 12-INCH SEWER PIPE | LF | $ 20.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0200 | 15-INCH SEWER PIPE | LF | $ 30.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0200 | 18-INCH SEWER PIPE | LF | $ 40.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0200 | 24-INCH SEWER PIPE | LF | $ 60.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0200 | SEWER MANHOLE, 48 INCH | EA | $ 5,000.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 6 INCH | LF | $ 100.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-10-0100 | GAS LINE, STEEL, 8 INCH | LF | $ 150.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 10,350.00 | $ 77,625.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 7.00 | $ 35,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 13,800.00 | $ 103,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 7.00 | $ 35,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 4 IN. (FIBER OPTIC) | LF | $ 7.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, FIBER OPTIC | EA | $ 900.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 3,482.00 | $ 20,892.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 4.00 | $ 3,600.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 12.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 4.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 7,200.00 | $ 21,600.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 42.00 | $ 126,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 15,000.00 | $ 15,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 24.00 | $ 2,400.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 1,386,639.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 207,995.85 | | | | |
| | | | | TOTAL | $ 1,594,634.85 | | | | |