

GOLDEN VALLEY RANCH, ROADWAY IMPROVEMENT - S36
MOHAVE COUNTY                                    ARIZONA