# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE

ROADWAY NO. S36: LOWER TOWN CENTER CONNECTOR FROM TOWN CENTER TO EAST MIDDLE ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 2,419.00 | $ 116,112.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 7,917.00 | $ 102,921.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 2,850.00 | $ 23,512.50 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 300.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 14,250.00 | $ 49,875.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 60.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 40.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 1,425.00 | $ 85,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 3.00 | $ 6,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | 8-INCH SEWER PIPE | LF | $ 15.00 | 1,465.00 | $ 21,975.00 | $ - | $ - | $ - | $ - |
| 2-09-0200 | SEWER MANHOLE, 48 INCH | EA | $ 5,000.00 | 3.00 | $ 15,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 4,275.00 | $ 32,062.50 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 3.00 | $ 15,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 5,700.00 | $ 42,750.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 3.00 | $ 15,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 1,441.00 | $ 8,646.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 2.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 6.00 | $ 600.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 2.00 | $ 1,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 3,100.00 | $ 9,300.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 18.00 | $ 54,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 4,000.00 | $ 4,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 4.00 | $ 400.00 | $ - | $ - | $ - | $ - |
| | SUBTOTAL | | | | $ 611,554.00 | $ - | $ - | $ - | |
| | ENGINEERING & SURVEY @ | | 15.00% | | $ 91,733.10 | | | | |
| | TOTAL | | | | $ 703,287.10 | | | | |