# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE
ROADWAY NO. S38: MOBILE ROAD EXT. FROM 13 MILE WASH TO SHINARUMP DRIVE

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 3,348.00 | $ 160,704.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 10,956.00 | $ 142,428.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 3,944.00 | $ 32,538.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 300.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 19,720.00 | $ 69,020.00 | $ - | $ - | $ - | $ - |
| 2-13-0300 | BRIDGE STRUCTURE | SF | $ 85.00 | 3,200.00 | $ 272,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 80.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 40.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LF | $ 140.00 | 1,972.00 | $ 276,080.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 4.00 | $ 8,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 5,916.00 | $ 44,370.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 4.00 | $ 20,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 7,888.00 | $ 59,160.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 4.00 | $ 20,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 1,988.00 | $ 11,928.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 2.00 | $ 1,800.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 2.00 | $ 1,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 4,100.00 | $ 12,300.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 24.00 | $ 72,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 8,000.00 | $ 8,000.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,217,828.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 182,674.20 | | | | |
| | | | TOTAL | | $ 1,400,502.20 | | | | |