# GOLDEN VALLEY RANCH REGIONAL ROADWAY IMPROVEMENTS

## BUDGET COST ESTIMATE

### ROADWAY NO. S39: SHINARUMP DRIVE FROM RAMADA ROAD TO AMADO ROAD

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-12-0200 | AGGREGATE BASE | CY | $ 48.00 | 12,620.00 | $ 605,760.00 | $ - | $ - | $ - | $ - |
| 2-12-0200 | ASPHALT CONCRETE PAVEMENT, 5-INCH | SY | $ 13.00 | 42,480.00 | $ 552,240.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB, TYPE A | LF | $ 5.75 | 10,620.00 | $ 61,065.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE CURB AND GUTTER, TYPE A | LF | $ 8.25 | 10,620.00 | $ 87,615.00 | $ - | $ - | $ - | $ - |
| 2-13-0200 | CONCRETE VALLEY GUTTER, 6-INCH, 3 FEET | SF | $ 6.00 | 150.00 | $ 900.00 | $ - | $ - | $ - | $ - |
| 2-13-0400 | CONCRETE SIDEWALK, 4-INCH, 5 FEET | SF | $ 3.50 | 53,100.00 | $ 185,850.00 | $ - | $ - | $ - | $ - |
| 2-13-0300 | BRIDGE STRUCTURE | SF | $ 85.00 | 5,600.00 | $ 476,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 6-INCH PVC WATER MAIN | LF | $ 20.00 | 440.00 | $ 8,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 8-INCH PVC WATER MAIN | LF | $ 40.00 | 80.00 | $ 3,200.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LF | $ 60.00 | 5,310.00 | $ 318,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | FIRE HYDRANT ASSEMBLY | EA | $ 2,000.00 | 11.00 | $ 22,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | CONDUIT, PVC, 6 IN. (ELECTRIC) | LF | $ 7.50 | 15,930.00 | $ 119,475.00 | $ - | $ - | $ - | $ - |
| 2-10-0500 | MANHOLE, ELECTRIC | EA | $ 5,000.00 | 11.00 | $ 55,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | CONDUIT, PVC, 4 IN. (TELEPHONE) | LF | $ 7.50 | 21,240.00 | $ 159,300.00 | $ - | $ - | $ - | $ - |
| 2-10-0400 | MANHOLE, TELEPHONE | EA | $ 5,000.00 | 11.00 | $ 55,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | CONDUIT, PVC, 3 IN. (CABLE) | LF | $ 6.00 | 5,358.00 | $ 32,148.00 | $ - | $ - | $ - | $ - |
| 2-10-0600 | PULL BOX, CABLE | EA | $ 900.00 | 6.00 | $ 5,400.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | TRAFFIC SIGNS WITH METAL SUPPORTS | EA | $ 100.00 | 12.00 | $ 1,200.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | NO. 3-1/2 PULL BOX | EA | $ 500.00 | 4.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | UNDERGROUND ELECTRICAL SERVICE | EA | $ 1,500.00 | 2.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | WIRE, 2/C NO. 4 & 1/C NO. 8 COPPER IN 1-1/4-INCH PVC CONDUIT | LF | $ 3.00 | 10,700.00 | $ 32,100.00 | $ - | $ - | $ - | $ - |
| 2-10-0200 | STREET LIGHT ASSEMBLY | EA | $ 3,000.00 | 82.00 | $ 246,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT STRIPING | LF | $ 1.00 | 33,000.00 | $ 33,000.00 | $ - | $ - | $ - | $ - |
| 2-15-0400 | PAVEMENT MESSAGE MARKINGS | EA | $ 100.00 | 20.00 | $ 2,000.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | **$ 3,067,653.00** | **$ -** | **$ -** | **$ -** | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 460,147.95 | | | | |
| | | | TOTAL | | **$ 3,527,800.95** | | | | |

GVR Drainage Improvements

# GOLDEN VALLEY RANCH STORM DRAINAGE INPROVEMENTS

## Budget Cost Estimate Input Table

| Description | | Trapezoidal Channels | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | D | | | E | | | F | | |
| Phase | Description | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost |
| 1 | | - | $ 1,427.53 | $ - | 3,440.00 | $ 1,293.01 | $ 4,447,954.40 | 3,897.00 | $ 1,175.11 | $ 4,579,403.67 |
| 2 | | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| 3 | | 2,408.00 | $ 1,427.53 | $ 3,437,485.02 | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| 4 | Included in Phase 2 | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| 5 | Included in Phase 2 | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| 6 | | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| 7 | | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |
| | | - | $ 1,427.53 | $ - | - | $ 1,293.01 | $ - | - | $ 1,175.11 | $ - |

| | Trapezoidal Channels | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | G | | | HM-DIV3 | | | L | | |
| Phase | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost |
| 1 | - | $ 888.79 | $ - | 1,120.00 | $ 377.75 | $ 423,080.00 | 2,436.00 | $ 1,292.90 | $ 3,149,504.40 |
| 2 | 19,096.00 | $ 888.79 | $ 16,972,333.84 | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |
| 3 | - | $ 888.79 | $ - | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |
| 4 | - | $ 888.79 | $ - | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |
| 5 | - | $ 888.79 | $ - | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |
| 6 | - | $ 888.79 | $ - | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |
| 7 | - | $ 888.79 | $ - | - | $ 377.75 | $ - | 1,764.00 | $ 1,292.90 | $ 2,280,675.60 |
| | - | $ 888.79 | $ - | - | $ 377.75 | $ - | - | $ 1,292.90 | $ - |

# GOLDEN VALLEY RANCH STORM DRAINAGE INPROVEMENTS

| | Trapezoidal Channels Continued | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | | | Q | | | S | | | W | | | Y | | | Z | | |
| Phase | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost | Total (Lft.) | Unit Cost | Cost |
| 1 | 370.70 | $ 648.66 | $ 240,458.26 | 283.20 | $ 580.00 | $ 164,256.00 | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |
| 2 | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |
| 3 | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | 2,994.00 | $ 3,114.60 | $ 9,325,124.38 | - | $ 2,264.06 | $ - |
| 4 | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |
| 5 | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |
| 6 | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | 2,113.00 | $ 2,408.50 | $ 5,089,160.50 | - | $ 3,114.60 | $ - | 4,157.00 | $ 2,264.06 | $ 9,411,697.42 |
| 7 | 2,999.30 | $ 648.66 | $ 1,945,525.94 | 3,256.80 | $ 580.00 | $ 1,888,944.00 | 3,540.00 | $ 580.00 | $ 2,053,200.00 | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |
| | - | $ 648.66 | $ - | - | $ 580.00 | $ - | - | $ 580.00 | $ - | - | $ 2,408.50 | $ - | - | $ 3,114.60 | $ - | - | $ 2,264.06 | $ - |