# GOLDEN VALLEY RANCH STORM DRAINAGE INPROVEMENTS

| Phase | 18-inch RCP (Lft.) | Unit Cost | Cost | 24-inch RCP (Lft.) | Unit Cost | Cost | 30-inch RCP (Lft.) | Unit Cost | Cost | 36-inch RCP (Lft.) | Unit Cost | Cost | 42-inch RCP (Lft.) | Unit Cost | Cost | 48-inch RCP (Lft.) | Unit Cost | Cost | 54-inch RCP (Lft.) | Unit Cost | Cost | 60-inch RCP (Lft.) | Unit Cost | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Pipes & Boxes | | | | | | | | | | | |
| | | | | | | | | | | | | | Reinforced Concrete Pipe | | | | | | | | | | | |
| 1 | 236.00 | $ 18.60 | $ 4,389.60 | 180.00 | $ 29.50 | $ 5,310.00 | 2,913.00 | $ 42.60 | $ 124,093.80 | 389.00 | $ 58.20 | $ 22,639.80 | 6,587.00 | $ 76.10 | $ 501,270.70 | 1,695.00 | $ 96.40 | $ 163,398.00 | 2,190.00 | $ 119.00 | $ 260,610.00 | 117.00 | $ 144.00 | $ 16,848.00 |
| 2 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |
| 3 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |
| 4 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |
| 5 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |
| 6 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |
| 7 | - | $ 18.60 | $ - | - | $ 29.50 | $ - | - | $ 42.60 | $ - | - | $ 58.20 | $ - | - | $ 76.10 | $ - | - | $ 96.40 | $ - | - | $ 119.00 | $ - | - | $ 144.00 | $ - |

# GOLDEN VALLEY RANCH STORM DRAINAGE INPROVEMENTS

| Phase | Pipes & Boxes Continued ||||||||||||| Totals |||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Reinforced Concrete Boxes ||||||||||||| | | |
| | 4 X 4 RCB (Lft.) | Unit Cost | Cost | 5 X 4 RCB (Lft.) | Unit Cost | Cost | 6 X 5 RCB (Lft.) | Unit Cost | Cost | 8 X 4 RCB (Lft.) | Unit Cost | Cost | 12 X 8 RCB (Lft.) | Unit Cost | Cost | Total Storm Sewer Cost | Engineering and Survey at | Construction Total |
| 1 | 195.00 | $ 146.20 | $ 28,509.00 | 300.00 | $ 191.70 | $ 57,510.00 | - | $ 246.50 | $ - | 452.00 | $ 296.30 | $ 133,927.60 | 100.00 | $ 733.30 | $ 73,330.00 | $ 14,396,493.23 | 15% $ 2,159,473.98 | $ 16,555,967.22 |
| 2 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ 16,972,333.84 | 15% $ 2,545,850.08 | $ 19,518,183.92 |
| 3 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | 200.00 | $ 246.50 | $ 49,300.00 | 576.00 | $ 296.30 | $ 170,668.80 | - | $ 733.30 | $ - | $ 12,982,578.19 | 15% $ 1,947,386.73 | $ 14,929,964.92 |
| 4 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ - | 15% $ - | $ - |
| 5 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ - | 15% $ - | $ - |
| 6 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ 14,500,857.92 | 15% $ 2,175,128.69 | $ 16,675,986.61 |
| 7 | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ 8,168,345.54 | 15% $ 1,225,251.83 | $ 9,393,597.37 |
| | - | $ 146.20 | $ - | - | $ 191.70 | $ - | - | $ 246.50 | $ - | - | $ 296.30 | $ - | - | $ 733.30 | $ - | $ - | 15% $ - | $ - |
| | | | | | | | | | | | | | | | | $ 67,020,608.72 | $ 10,053,091.31 | $ 77,073,700.03 |

# GOLDEN VALLEY RANCH STORM DRAINAGE INPROVEMENTS

## Budget Cost Summary

| Description | | Totals | | | |
|---|---|---|---|---|---|
| Phase | Description | Total Storm Sewer Cost | Engineering and Survey at | | Construction Total |
| 1 | | $ 14,396,493.23 | 15% | $ 2,159,473.98 | $ 16,555,967.22 |
| 2 | | $ 16,972,333.84 | 15% | $ 2,545,850.08 | $ 19,518,183.92 |
| 3 | | $ 12,982,578.19 | 15% | $ 1,947,386.73 | $ 14,929,964.92 |
| 4 | Included in Phase 2 | $ - | 15% | $ - | $ - |
| 5 | Included in Phase 2 | $ - | 15% | $ - | $ - |
| 6 | | $ 14,500,857.92 | 15% | $ 2,175,128.69 | $ 16,675,986.61 |
| 7 | | $ 8,168,345.54 | 15% | $ 1,225,251.83 | $ 9,393,597.37 |
| | | $ - | 15% | $ - | $ - |
| | | $ 67,020,608.72 | | $ 10,053,091.31 | $ 77,073,700.03 |

# GOLDEN VALLEY RANCH
MOHAVE COUNTY — ARIZONA

## DRAINAGE PLAN PHASE 1


RHODES HOMES

DATE: DEC. 15, 2005
DRAWN:
APPROVED: