# GOLDEN VALLEY RANCH STORM DRAINAGE IMPROVEMENTS

## BUDGET COST ESTIMATE
### PHASE 1

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0300 | TRAPEZOIDAL CHANNEL, E | LF | $ 1,293.01 | 3,440.00 | $ 4,447,954.40 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, F | LF | $ 1,175.11 | 3,897.00 | $ 4,579,403.67 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, HM-DIV3 | LF | $ 377.75 | 1,120.00 | $ 423,080.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, L (58%) | LF | $ 1,292.90 | 2,436.00 | $ 3,149,504.40 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, M (11%) | LF | $ 648.66 | 370.70 | $ 240,458.26 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Q (8%) | LF | $ 580.00 | 283.20 | $ 164,256.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 18-INCH PIPE, RCP | LF | $ 18.60 | 236.00 | $ 4,389.60 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 24-INCH PIPE, RCP | LF | $ 29.50 | 180.00 | $ 5,310.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 30-INCH PIPE, RCP | LF | $ 42.60 | 2,913.00 | $ 124,093.80 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 36-INCH PIPE, RCP | LF | $ 58.20 | 389.00 | $ 22,639.80 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 42-INCH PIPE, RCP | LF | $ 76.10 | 6,587.00 | $ 501,270.70 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 48-INCH PIPE, RCP | LF | $ 96.40 | 1,695.00 | $ 163,398.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 54-INCH PIPE, RCP | LF | $ 119.00 | 2,190.00 | $ 260,610.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 60-INCH PIPE, RCP | LF | $ 144.00 | 117.00 | $ 16,848.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 4 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 146.20 | 195.00 | $ 28,509.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 5 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 191.70 | 300.00 | $ 57,510.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 8 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 296.30 | 452.00 | $ 133,927.60 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 12 FT. X 8 FT. REINFORCED CONCRETE BOX | LF | $ 733.30 | 100.00 | $ 73,330.00 | $ - | $ - | $ - | $ - |
| | | | **SUBTOTAL** | | $ 14,396,493.23 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 2,159,473.98 | | | | |
| | | | **TOTAL** | | $ 16,555,967.22 | | | | |

# DRAINAGE PLAN PHASE 2

## GOLDEN VALLEY RANCH
MOHAVE COUNTY — ARIZONA

NORTH

GRAPHIC SCALE: 0 — 500 — 1000 FT

Flow labels:
- 1,023 CFS "Q"
- 2,339 CFS "M"
- 5,177 CFS "L"
- 1,016 CFS "S"
- 5,280 CFS
- 111 CFS "HM-DIV3"
- 6,457 CFS "F"
- 1,303 CFS "E"
- 1,650 CFS "U"
- 14,170 CFS "Z"
- 8,261 CFS "D"
- 4,100 CFS "G"
- 14,170 CFS "W"
- 19,800 CFS "Y"

Roads/Features: MOBILE RD., AMADO RD., AZTEC RD., BACOBI ROAD, SHINARUMP ROAD, RAMADA ROAD, HUALAPAI DRIVE, CERBAT DRIVE, TOMBSTONE TRAIL, CHEMEHUEVI DRIVE, SACRAMENTO ROAD, CENTENNIAL ROAD, YUMA ROAD, AQUARIUS DRIVE, INDIAN WELLS ROAD, TAMPICO ROAD, REG. PARK, COMMERCIAL, PARK, GOLF COURSE, SCHOOL CAMPUS, TOWN CENTER, T.C. PARK, PHASE 2, RESERVOIR SITE, COMMERCIAL.

Annotations: 24' WIDE (7' DEEP)


RHODES HOMES

DATE: DEC. 15, 2005
DRAWN:
APPROVED:

# GOLDEN VALLEY RANCH STORM DRAINAGE IMPROVEMENTS

## BUDGET COST ESTIMATE
### PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0300 | TRAPEZOIDAL CHANNEL, G | LF | $ 888.79 | 19,096.00 | $ 16,972,333.84 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 16,972,333.84 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 2,545,850.08 | | | | |
| | | | | TOTAL | $ 19,518,183.92 | | | | |