# GOLDEN VALLEY RANCH
MOHAVE COUNTY, ARIZONA

## DRAINAGE PLAN PHASE 3

DATE: DEC. 15, 2005


RHODES HOMES

# GOLDEN VALLEY RANCH STORM DRAINAGE IMPROVEMENTS

## BUDGET COST ESTIMATE
### PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0300 | TRAPEZOIDAL CHANNEL, D | LF | $ 1,427.53 | 2,408.00 | $ 3,437,485.02 | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Y | LF | $ 3,114.60 | 2,994.00 | $ 9,325,124.38 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 6 FT. X 5 FT. REINFORCED CONCRETE BOX | LF | $ 246.50 | 200.00 | $ 49,300.00 | $ - | $ - | $ - | $ - |
| 2-09-0300 | 8 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 296.30 | 576.00 | $ 170,668.80 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 12,982,578.19 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 1,947,386.73 | | | | |
| | | | | TOTAL | $ 14,929,964.92 | | | | |

**GOLDEN VALLEY RANCH** — MOHAVE COUNTY, ARIZONA

**DRAINAGE PLAN PHASE 6**


RHODES HOMES

DATE: DEC. 15, 2005