# GOLDEN VALLEY RANCH STORM DRAINAGE IMPROVEMENTS

## BUDGET COST ESTIMATE
### PHASE 4

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0300 | TRAPEZOIDAL CHANNEL, D | LF | $ 1,427.53 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, E | LF | $ 1,293.01 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, F | LF | $ 1,175.11 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, G | LF | $ 888.79 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, HM-DIV3 | LF | $ 377.75 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, L | LF | $ 1,292.90 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, M | LF | $ 648.66 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Q | LF | $ 580.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, S | LF | $ 580.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, W | LF | $ 2,408.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Y | LF | $ 3,114.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Z | LF | $ 2,264.06 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 18-INCH PIPE, RCP | LF | $ 18.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 24-INCH PIPE, RCP | LF | $ 29.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 30-INCH PIPE, RCP | LF | $ 42.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 36-INCH PIPE, RCP | LF | $ 58.20 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 42-INCH PIPE, RCP | LF | $ 76.10 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 48-INCH PIPE, RCP | LF | $ 96.40 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 54-INCH PIPE, RCP | LF | $ 119.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 60-INCH PIPE, RCP | LF | $ 144.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 4 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 146.20 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 5 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 191.70 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 6 FT. X 5 FT. REINFORCED CONCRETE BOX | LF | $ 246.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 8 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 296.30 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 12 FT. X 8 FT. REINFORCED CONCRETE BOX | LF | $ 733.30 | - | $ - | $ - | $ - | $ - | $ - |
| | | | **SUBTOTAL** | | $ - | $ - | $ - | $ - | |
| | | **ENGINEERING & SURVEY @** | | 15.00% | $ - | | | | |
| | | | **TOTAL** | | $ - | | | | |



**GOLDEN VALLEY RANCH** — MOHAVE COUNTY, ARIZONA

**DRAINAGE PLAN PHASE 5**

DATE: DEC. 15, 2005