# GOLDEN VALLEY RANCH STORM DRAINAGE IMPROVEMENTS

## BUDGET COST ESTIMATE
### PHASE 5

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0300 | TRAPEZOIDAL CHANNEL, D | LF | $ 1,427.53 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, E | LF | $ 1,293.01 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, F | LF | $ 1,175.11 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, G | LF | $ 888.79 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, HM-DIV3 | LF | $ 377.75 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, L | LF | $ 1,292.90 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, M | LF | $ 648.66 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Q | LF | $ 580.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, S | LF | $ 580.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, W | LF | $ 2,408.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Y | LF | $ 3,114.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | TRAPEZOIDAL CHANNEL, Z | LF | $ 2,264.06 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 18-INCH PIPE, RCP | LF | $ 18.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 24-INCH PIPE, RCP | LF | $ 29.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 30-INCH PIPE, RCP | LF | $ 42.60 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 36-INCH PIPE, RCP | LF | $ 58.20 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 42-INCH PIPE, RCP | LF | $ 76.10 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 48-INCH PIPE, RCP | LF | $ 96.40 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 54-INCH PIPE, RCP | LF | $ 119.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 60-INCH PIPE, RCP | LF | $ 144.00 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 4 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 146.20 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 5 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 191.70 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 6 FT. X 5 FT. REINFORCED CONCRETE BOX | LF | $ 246.50 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 8 FT. X 4 FT. REINFORCED CONCRETE BOX | LF | $ 296.30 | - | $ - | $ - | $ - | $ - | $ - |
| 2-09-0300 | 12 FT. X 8 FT. REINFORCED CONCRETE BOX | LF | $ 733.30 | - | $ - | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ - | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ - | | | | |
| | | | TOTAL | | $ - | | | | |

Regional Water
Improvements

# Golden Valley Ranch Regional Water Improvements Budget Cost Estimate

| | Description | | | | Tanks, Wells & Pump Stations | | | | | | | | | Water Mains & Lines | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Description | | Phase | Total Improvement Cost | No. Reservoirs (Each) | Unit Cost | Cost | No. Wells (Each) | Unit Cost | Cost | No. Pump Stations (Each) | Unit Cost | Cost | 24 in. Pipe (Lft.) | Unit Cost | Cost | 20 in. Pipe (Lft.) | Unit Cost | Cost | 12 in. Pipe (Lft.) | Unit Cost | Cost |
| 1 | Zone 2850 | North System | 1 | $ 5,589,195.50 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 19,106.00 | $ 140.00 | $ 2,674,840.00 | - | $ 112.00 | $ - | 2,888.00 | $ 60.00 | $ 173,280.00 |
| 2 | Zone 2850 | North System | 2 | $ 3,074,479.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 4,082.00 | $ 140.00 | $ 571,480.00 | - | $ 112.00 | $ - | 3,753.00 | $ 60.00 | $ 225,180.00 |
| 3 | Zone 2850 | North System | 3 | $ 2,216,406.50 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 1,881.00 | $ 60.00 | $ 112,860.00 |
| 4 | Zone 2850 | South System | 1 | $ 5,656,838.50 | 1 | $1,000,000.00 | $ 1,000,000.00 | - | $ 800,000.00 | $ - | 1 | $ 500,000.00 | $ 500,000.00 | 20,545.00 | $ 140.00 | $ 2,876,300.00 | - | $ 112.00 | $ - | 7,209.00 | $ 60.00 | $ 432,540.00 |
| 5 | Zone 2850 | South System | 2 | $ 1,166,675.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | - | $ 800,000.00 | $ - | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 200.00 | $ 60.00 | $ 12,000.00 |
| 6 | Zone 2750 | North System | 1 | $ 6,447,394.50 | 1 | $1,000,000.00 | $ 1,000,000.00 | 2 | $ 800,000.00 | $ 1,600,000.00 | - | $ 500,000.00 | $ - | 18,385.00 | $ 140.00 | $ 2,573,900.00 | - | $ 112.00 | $ - | 1,443.00 | $ 60.00 | $ 86,580.00 |
| 7 | Zone 2750 | North System | 2 | $ 2,324,334.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 3,561.00 | $ 60.00 | $ 213,660.00 |
| 8 | Zone 2750 | North System | 3 | $ 2,106,225.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 400.00 | $ 60.00 | $ 24,000.00 |
| 9 | Zone 2750 | North System | 4 | $ 1,484,477.50 | - | $1,000,000.00 | $ - | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 2,641.00 | $ 140.00 | $ 369,740.00 | - | $ 112.00 | $ - | 1,441.00 | $ 60.00 | $ 86,460.00 |
| 10 | Zone 2750 | North System | 5 | $ 1,369,328.00 | - | $1,000,000.00 | $ - | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 6,337.00 | $ 60.00 | $ 380,220.00 |
| 11 | Zone 2750 | South System | 1 | $ 5,426,180.70 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 14,113.00 | $ 140.00 | $ 1,975,820.00 | 7,104.00 | $ 112.00 | $ 795,648.00 | 400.00 | $ 60.00 | $ 24,000.00 |
| 12 | Zone 2750 | South System | 2 | $ 2,312,811.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 3,369.00 | $ 60.00 | $ 202,140.00 |
| 13 | Zone 2750 | South System | 3 | $ 1,166,675.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | - | $ 800,000.00 | $ - | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 200.00 | $ 60.00 | $ 12,000.00 |
| 14 | Zone 2650 | North System | 1 | $ 3,756,383.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 9,553.00 | $ 140.00 | $ 1,337,420.00 | - | $ 112.00 | $ - | 400.00 | $ 60.00 | $ 24,000.00 |
| 15 | Zone 2650 | North System | 2 | $ 2,158,665.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 1,160.00 | $ 60.00 | $ 69,600.00 |
| 16 | Zone 2650 | North System | 3 | $ 1,166,675.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | - | $ 800,000.00 | $ - | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 200.00 | $ 60.00 | $ 12,000.00 |
| 17 | Zone 2650 | South System | 1 | $ 3,234,099.00 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | 5,089.00 | $ 140.00 | $ 712,460.00 | - | $ 112.00 | $ - | 3,080.00 | $ 60.00 | $ 184,800.00 |
| 18 | Zone 2650 | South System | 2 | $ 2,360,150.75 | 1 | $1,000,000.00 | $ 1,000,000.00 | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | 1,340.00 | $ 112.00 | $ 150,080.00 | 1,160.00 | $ 60.00 | $ 69,600.00 |
| 19 | Zone 2650 | South System | 3 | $ 1,172,632.00 | - | $1,000,000.00 | $ - | 1 | $ 800,000.00 | $ 800,000.00 | - | $ 500,000.00 | $ - | - | $ 140.00 | $ - | - | $ 112.00 | $ - | 3,553.00 | $ 60.00 | $ 213,180.00 |
| | | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - |
| | | | | $ 54,189,624.95 | | | $ 16,000,000.00 | | | $ 12,800,000.00 | | | $ 500,000.00 | | | $ 13,091,960.00 | | | $ 945,728.00 | | | $ 2,558,100.00 |