# Golden Valley Ranch Regional Water Improvements Budget Cost Estimate

| | Description | | | | 24 Inch Valves & Fittings | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Description | | Phase | Total Improvement Cost | 24 in. Butterfly Valve (Each) | Unit Cost | Cost | 24 in. Cross (Each) | Unit Cost | Cost | 24 in. Tee (Each) | Unit Cost | Cost | 24 X 12 in. Reducer (Each) | Unit Cost | Cost | 24 in. 1/4 Bend (Each) | Unit Cost | Cost | 24 in. Cap (Each) | Unit Cost | Cost |
| 1 | Zone 2850 | North System | 1 | $ 5,589,195.50 | 14 | $ 10,000.00 | $ 140,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | 5 | $ 7,750.00 | $ 38,750.00 | 1 | $ 3,000.00 | $ 3,000.00 | - | $ 5,650.00 | $ - | 4 | $ 1,900.00 | $ 7,600.00 |
| 2 | Zone 2850 | North System | 2 | $ 3,074,479.00 | 5 | $ 10,000.00 | $ 50,000.00 | - | $ 9,500.00 | $ - | 2 | $ 7,750.00 | $ 15,500.00 | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | 2 | $ 1,900.00 | $ 3,800.00 |
| 3 | Zone 2850 | North System | 3 | $ 2,216,406.50 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 4 | Zone 2850 | South System | 1 | $ 5,656,838.50 | 7 | $ 10,000.00 | $ 70,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | - | $ 7,750.00 | $ - | 1 | $ 3,000.00 | $ 3,000.00 | 1 | $ 5,650.00 | $ 5,650.00 | 2 | $ 1,900.00 | $ 3,800.00 |
| 5 | Zone 2850 | South System | 2 | $ 1,166,675.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 6 | Zone 2750 | North System | 1 | $ 6,447,394.50 | 21 | $ 10,000.00 | $ 210,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | 13 | $ 7,750.00 | $ 100,750.00 | 1 | $ 3,000.00 | $ 3,000.00 | - | $ 5,650.00 | $ - | 5 | $ 1,900.00 | $ 9,500.00 |
| 7 | Zone 2750 | North System | 2 | $ 2,324,334.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 8 | Zone 2750 | North System | 3 | $ 2,106,225.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 9 | Zone 2750 | North System | 4 | $ 1,484,477.50 | 2 | $ 10,000.00 | $ 20,000.00 | - | $ 9,500.00 | $ - | 1 | $ 7,750.00 | $ 7,750.00 | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | 1 | $ 1,900.00 | $ 1,900.00 |
| 10 | Zone 2750 | North System | 5 | $ 1,369,328.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 11 | Zone 2750 | South System | 1 | $ 5,426,180.70 | 5 | $ 10,000.00 | $ 50,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | 2 | $ 7,750.00 | $ 15,500.00 | 1 | $ 3,000.00 | $ 3,000.00 | - | $ 5,650.00 | $ - | 3 | $ 1,900.00 | $ 5,700.00 |
| 12 | Zone 2750 | South System | 2 | $ 2,312,811.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 13 | Zone 2750 | South System | 3 | $ 1,166,675.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 14 | Zone 2650 | North System | 1 | $ 3,756,383.00 | 6 | $ 10,000.00 | $ 60,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | 2 | $ 7,750.00 | $ 15,500.00 | 1 | $ 3,000.00 | $ 3,000.00 | - | $ 5,650.00 | $ - | 2 | $ 1,900.00 | $ 3,800.00 |
| 15 | Zone 2650 | North System | 2 | $ 2,158,665.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 16 | Zone 2650 | North System | 3 | $ 1,166,675.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 17 | Zone 2650 | South System | 1 | $ 3,234,099.00 | 7 | $ 10,000.00 | $ 70,000.00 | 1 | $ 9,500.00 | $ 9,500.00 | 2 | $ 7,750.00 | $ 15,500.00 | 1 | $ 3,000.00 | $ 3,000.00 | - | $ 5,650.00 | $ - | 2 | $ 1,900.00 | $ 3,800.00 |
| 18 | Zone 2650 | South System | 2 | $ 2,360,150.75 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 19 | Zone 2650 | South System | 3 | $ 1,172,632.00 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 7,750.00 | $ - | - | $ 3,000.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| | | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - |
| | | | | $ 54,189,624.95 | | | $ 670,000.00 | | | $ 57,000.00 | | | $ 209,250.00 | | | $ 18,000.00 | | | $ 5,650.00 | | | $ 39,900.00 |

# Golden Valley Ranch Regional Water Improvements Budget Cost Estimate

| | Description | | | | 20 inch Valves & Fittings | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Description | | Phase | Total Improvement Cost | 20 in. Butterfly Valve (Each) | Unit Cost | Cost | 20 in. Cross (Each) | Unit Cost | Cost | 20 in. Tee (Each) | Unit Cost | Cost | 20 X 12 in. Reducer (Each) | Unit Cost | Cost | 20 in. 1/4 Bend (Each) | Unit Cost | Cost | 20 in. Cap (Each) | Unit Cost | Cost |
| 1 | Zone 2850 | North System | 1 | $ 5,589,195.50 | - | $ 10,000.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,900.00 | $ - |
| 2 | Zone 2850 | North System | 2 | $ 3,074,479.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 3 | Zone 2850 | North System | 3 | $ 2,216,406.50 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 4 | Zone 2850 | South System | 1 | $ 5,656,838.50 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 5 | Zone 2850 | South System | 2 | $ 1,166,675.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 6 | Zone 2750 | North System | 1 | $ 6,447,394.50 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 7 | Zone 2750 | North System | 2 | $ 2,324,334.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 8 | Zone 2750 | North System | 3 | $ 2,106,225.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 9 | Zone 2750 | North System | 4 | $ 1,484,477.50 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 10 | Zone 2750 | North System | 5 | $ 1,369,326.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 11 | Zone 2750 | South System | 1 | $ 5,426,180.70 | 2 | $ 8,500.00 | $ 17,000.00 | - | $ 9,500.00 | $ - | 1 | $ 6,525.00 | $ 6,525.00 | 1 | $ 2,175.00 | $ 2,175.00 | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 12 | Zone 2750 | South System | 2 | $ 2,312,811.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 13 | Zone 2750 | South System | 3 | $ 1,166,675.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 14 | Zone 2650 | North System | 1 | $ 3,756,383.00 | | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 15 | Zone 2650 | North System | 2 | $ 2,158,665.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 16 | Zone 2650 | North System | 3 | $ 1,166,675.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 17 | Zone 2650 | South System | 1 | $ 3,234,099.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| 18 | Zone 2650 | South System | 2 | $ 2,380,150.75 | 2 | $ 8,500.00 | $ 17,000.00 | - | $ 9,500.00 | $ - | 1 | $ 6,525.00 | $ 6,525.00 | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | 1 | $ 1,600.00 | $ 1,600.00 |
| 19 | Zone 2650 | South System | 3 | $ 1,172,632.00 | - | $ 8,500.00 | $ - | - | $ 9,500.00 | $ - | - | $ 6,525.00 | $ - | - | $ 2,175.00 | $ - | - | $ 5,650.00 | $ - | - | $ 1,600.00 | $ - |
| | | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - |
| | | | | $ - | | | | | | | | | | | | | | | | | | |
| | | | | $ 54,189,624.95 | | | $ 34,000.00 | | | $ - | | | $ 13,050.00 | | | $ 2,175.00 | | | $ - | | | $ 1,600.00 |