# Golden Valley Ranch Regional Water Improvements Budget Cost Estimate

| Description | | | | | 12 inch Valves & Fittings | | | | | | | | | | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Description | | Phase | Total Improvement Cost | 12 in. Gate Valve (Each) | Unit Cost | Cost | 12 in. Tee (Each) | Unit Cost | Cost | 12 in. 1/4 Bend (Each) | Unit Cost | Cost | 12 in. Cap (Each) | Unit Cost | Cost | Total Waterline Cost | Engineering & Survey at | Grand Total |
| 1 | Zone 2850 | North System | 1 | $ 5,589,195.50 | 5 | $ 2,500.00 | $ 12,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 2 | $ 350.00 | $ 700.00 | $ 4,860,170.00 | 15% | $ 729,025.50 | $ 5,589,195.50 |
| 2 | Zone 2850 | North System | 2 | $ 3,074,479.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 2,673,460.00 | 15% | $ 401,019.00 | $ 3,074,479.00 |
| 3 | Zone 2850 | North System | 3 | $ 2,216,406.50 | 5 | $ 2,500.00 | $ 12,500.00 | 1 | $ 1,600.00 | $ 1,600.00 | - | $ 1,500.00 | $ - | 1 | $ 350.00 | $ 350.00 | $ 1,927,310.00 | 15% | $ 289,096.50 | $ 2,216,406.50 |
| 4 | Zone 2850 | South System | 1 | $ 5,656,838.50 | 7 | $ 2,500.00 | $ 17,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 2 | $ 350.00 | $ 700.00 | $ 4,918,990.00 | 15% | $ 737,848.50 | $ 5,656,838.50 |
| 5 | Zone 2850 | South System | 2 | $ 1,166,675.00 | 1 | $ 2,500.00 | $ 2,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,014,500.00 | 15% | $ 152,175.00 | $ 1,166,675.00 |
| 6 | Zone 2750 | North System | 1 | $ 6,447,394.50 | 5 | $ 2,500.00 | $ 12,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 2 | $ 350.00 | $ 700.00 | $ 5,606,430.00 | 15% | $ 840,964.50 | $ 6,447,394.50 |
| 7 | Zone 2750 | North System | 2 | $ 2,324,334.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 2,021,160.00 | 15% | $ 303,174.00 | $ 2,324,334.00 |
| 8 | Zone 2750 | North System | 3 | $ 2,106,225.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,831,500.00 | 15% | $ 274,725.00 | $ 2,106,225.00 |
| 9 | Zone 2750 | North System | 4 | $ 1,484,477.50 | 2 | $ 2,500.00 | $ 5,000.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,290,850.00 | 15% | $ 193,627.50 | $ 1,484,477.50 |
| 10 | Zone 2750 | North System | 5 | $ 1,369,328.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | 2 | $ 1,500.00 | $ 3,000.00 | - | $ 350.00 | $ - | $ 1,190,720.00 | 15% | $ 178,608.00 | $ 1,369,328.00 |
| 11 | Zone 2750 | South System | 1 | $ 5,426,180.70 | 5 | $ 2,500.00 | $ 12,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 3 | $ 350.00 | $ 1,050.00 | $ 4,718,418.00 | 15% | $ 707,762.70 | $ 5,426,180.70 |
| 12 | Zone 2750 | South System | 2 | $ 2,312,811.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | 1 | $ 1,500.00 | $ 1,500.00 | - | $ 350.00 | $ - | $ 2,011,140.00 | 15% | $ 301,671.00 | $ 2,312,811.00 |
| 13 | Zone 2750 | South System | 3 | $ 1,166,675.00 | 1 | $ 2,500.00 | $ 2,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,014,500.00 | 15% | $ 152,175.00 | $ 1,166,675.00 |
| 14 | Zone 2650 | North System | 1 | $ 3,756,383.00 | 5 | $ 2,500.00 | $ 12,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 2 | $ 350.00 | $ 700.00 | $ 3,266,420.00 | 15% | $ 489,963.00 | $ 3,756,383.00 |
| 15 | Zone 2650 | North System | 2 | $ 2,158,665.00 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,877,100.00 | 15% | $ 281,565.00 | $ 2,158,665.00 |
| 16 | Zone 2650 | North System | 3 | $ 1,166,675.00 | 1 | $ 2,500.00 | $ 2,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 1,014,500.00 | 15% | $ 152,175.00 | $ 1,166,675.00 |
| 17 | Zone 2650 | South System | 1 | $ 3,234,099.00 | 5 | $ 2,500.00 | $ 12,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | 2 | $ 350.00 | $ 700.00 | $ 2,812,260.00 | 15% | $ 421,839.00 | $ 3,234,099.00 |
| 18 | Zone 2650 | South System | 2 | $ 2,360,150.75 | 3 | $ 2,500.00 | $ 7,500.00 | - | $ 1,600.00 | $ - | - | $ 1,500.00 | $ - | - | $ 350.00 | $ - | $ 2,052,305.00 | 15% | $ 307,845.75 | $ 2,360,150.75 |
| 19 | Zone 2650 | South System | 3 | $ 1,172,632.00 | 2 | $ 2,500.00 | $ 5,000.00 | - | $ 1,600.00 | $ - | 1 | $ 1,500.00 | $ 1,500.00 | - | $ 350.00 | $ - | $ 1,019,660.00 | 15% | $ 152,952.00 | $ 1,172,632.00 |
| | | | | $ - | - | | $ - | - | | $ - | - | | $ - | - | | $ - | $ - | 15% | | |
| | | | | $ - | - | | $ - | - | | $ - | - | | $ - | - | | $ - | $ - | 15% | | |
| | | | | $ 54,189,624.95 | | | $ 162,500.00 | | | $ 1,600.00 | | | $ 6,000.00 | | | $ 4,900.00 | $ 47,121,413.00 | | $ 7,068,211.95 | $ 54,189,624.95 |