# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2850 NORTH SYSTEM PHASE 1

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 3 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 19,106.00 | $ 2,674,840.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 2,888.00 | $ 173,280.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 14.00 | $ 140,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CROSS | EACH | $ 9,500.00 | 1.00 | $ 9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 5.00 | $ 38,750.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH X 12-INCH REDUCER | EACH | $ 3,000.00 | 1.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 4.00 | $ 7,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 5.00 | $ 12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $ 350.00 | 2.00 | $ 700.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 4,860,170.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 729,025.50 | | | | |
| | | | TOTAL | | $ 5,589,195.50 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2850 NORTH SYSTEM PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 4 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 4,082.00 | $ 571,480.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 3,753.00 | $ 225,180.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 5.00 | $ 50,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 2.00 | $ 15,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 2.00 | $ 3,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 2,673,460.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 401,019.00 | | | | |
| | | | | TOTAL | $ 3,074,479.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2850 NORTH SYSTEM PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 11 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 1,881.00 | $ 112,860.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 5.00 | $ 12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH TEE | EACH | $ 1,600.00 | 1.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $ 350.00 | 1.00 | $ 350.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,927,310.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 289,096.50 | | | | |
| | | | TOTAL | | $ 2,216,406.50 | | | | |