# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2750 NORTH SYSTEM PHASE 1

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO'S. 1 & 2 | EACH | $ 800,000.00 | 2.00 | $ 1,600,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 18,385.00 | $ 2,573,900.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 1,443.00 | $ 86,580.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 21.00 | $ 210,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CROSS | EACH | $ 9,500.00 | 1.00 | $ 9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 13.00 | $ 100,750.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH X 12-INCH REDUCER | EACH | $ 3,000.00 | 1.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 5.00 | $ 9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 5.00 | $ 12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $ 350.00 | 2.00 | $ 700.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 5,606,430.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 840,964.50 | | | | |
| | | | TOTAL | | $ 6,447,394.50 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

**BUDGET COST ESTIMATE**

## ZONE 2750 NORTH SYSTEM PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 5 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 3,561.00 | $ 213,660.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 2,021,160.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 303,174.00 | | | | |
| | | | | TOTAL | $ 2,324,334.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2750 NORTH SYSTEM PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 7 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 400.00 | $ 24,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,831,500.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 274,725.00 | | | | |
| | | | TOTAL | | $ 2,106,225.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2750 NORTH SYSTEM PHASE 4

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | WELL NO 9 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 2,641.00 | $ 369,740.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 1,441.00 | $ 86,460.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 2.00 | $ 20,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 1.00 | $ 7,750.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 1.00 | $ 1,900.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 2.00 | $ 5,000.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,290,850.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 193,627.50 | | | | |
| | | | TOTAL | | $ 1,484,477.50 | | | | |