# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

**BUDGET COST ESTIMATE**

## ZONE 2750 NORTH SYSTEM PHASE 5

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | WELL NO. 10 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 6,337.00 | $ 380,220.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH 1/4 BEND | EACH | $ 1,500.00 | 2.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 1,190,720.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 178,608.00 | | | | |
| | | | | TOTAL | $ 1,369,328.00 | | | | |