# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

**BUDGET COST ESTIMATE**

**ZONE 2750 SOUTH SYSTEM PHASE 1**

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 14 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 14,113.00 | $ 1,975,820.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH PVC WATER MAIN | LINFT | $ 112.00 | 7,104.00 | $ 795,648.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 400.00 | $ 24,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 5.00 | $ 50,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CROSS | EACH | $ 9,500.00 | 1.00 | $ 9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 2.00 | $ 15,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH X 12-INCH REDUCER | EACH | $ 3,000.00 | 1.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 3.00 | $ 5,700.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH BUTTERFLY VALVE | EACH | $ 8,500.00 | 2.00 | $ 17,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH TEE | EACH | $ 6,525.00 | 1.00 | $ 6,525.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH X 12-INCH REDUCER | EACH | $ 2,175.00 | 1.00 | $ 2,175.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 5.00 | $ 12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $ 350.00 | 3.00 | $ 1,050.00 | $ - | $ - | $ - | $ - |
| | | | **SUBTOTAL** | | $ 4,718,418.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 707,762.70 | | | | |
| | | | **TOTAL** | | $ 5,426,180.70 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2750 SOUTH SYSTEM PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO 15 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 3,369.00 | $ 202,140.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH 1/4 BEND | EACH | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 2,011,140.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 301,671.00 | | | | |
| | | | TOTAL | | $ 2,312,811.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2750 SOUTH SYSTEM PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 200.00 | $ 12,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 1.00 | $ 2,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,014,500.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 152,175.00 | | | | |
| | | | TOTAL | | $ 1,166,675.00 | | | | |