# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

## ZONE 2650 NORTH SYSTEM PHASE 1

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $1,000,000.00 | 1.00 | $1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 6 | EACH | $800,000.00 | 1.00 | $800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $140.00 | 9,553.00 | $1,337,420.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $60.00 | 400.00 | $24,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $10,000.00 | 6.00 | $60,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CROSS | EACH | $9,500.00 | 1.00 | $9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $7,750.00 | 2.00 | $15,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH X 12-INCH REDUCER | EACH | $3,000.00 | 1.00 | $3,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $1,900.00 | 2.00 | $3,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $2,500.00 | 5.00 | $12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $350.00 | 2.00 | $700.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $3,266,420.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $489,963.00 | | | | |
| | | | TOTAL | | $3,756,383.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2650 NORTH SYSTEM PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 8 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 1,160.00 | $ 69,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,877,100.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 281,565.00 | | | | |
| | | | TOTAL | | $ 2,158,665.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2650 NORTH SYSTEM PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 200.00 | $ 12,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 1.00 | $ 2,500.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 1,014,500.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 152,175.00 | | | | |
| | | | | TOTAL | $ 1,166,675.00 | | | | |