

EXHIBIT F

GOLDEN VALLEY RANCH
REGIONAL WATER
IMPROVEMENTS
ZONE 2650 SOUTH SYSTEM

RHODES HOMES

LEGEND

PRESSURE ZONE BOUNDARIES
2650 SOUTH SYS, PHASE 1
2650 SOUTH SYS, PHASE 2
2650 SOUTH SYS, PHASE 3
OTHER WATERLINE SYSTEMS

WATER WELL SITE

RESERVOIR TANK SITE

GRAPHIC SCALE
2000    0    2000    4000
( IN FEET )
1 inch = 2000 ft.

NORTH