# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE

### ZONE 2650 SOUTH SYSTEM PHASE 1

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 16 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH PVC WATER MAIN | LINFT | $ 140.00 | 5,089.00 | $ 712,460.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 3,080.00 | $ 184,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH BUTTERFLY VALVE | EACH | $ 10,000.00 | 7.00 | $ 70,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CROSS | EACH | $ 9,500.00 | 1.00 | $ 9,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH TEE | EACH | $ 7,750.00 | 2.00 | $ 15,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH X 12-INCH REDUCER | EACH | $ 3,000.00 | 1.00 | $ 3,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 24-INCH CAP | EACH | $ 1,900.00 | 2.00 | $ 3,800.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 5.00 | $ 12,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH CAP | EACH | $ 350.00 | 2.00 | $ 700.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 2,812,260.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 421,839.00 | | | | |
| | | | TOTAL | | $ 3,234,099.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

## BUDGET COST ESTIMATE
## ZONE 2650 SOUTH SYSTEM PHASE 2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | 1.0 MG RESERVOIR | EACH | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | WELL NO. 12 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH PVC WATER MAIN | LINFT | $ 112.00 | 1,340.00 | $ 150,080.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 1,160.00 | $ 69,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH BUTTERFLY VALVE | EACH | $ 8,500.00 | 2.00 | $ 17,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH TEE | EACH | $ 6,525.00 | 1.00 | $ 6,525.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 20-INCH CAP | EACH | $ 1,600.00 | 1.00 | $ 1,600.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 3.00 | $ 7,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 2,052,305.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 307,845.75 | | | | |
| | | | TOTAL | | $ 2,360,150.75 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WATER SYSTEM IMPROVEMENTS

**BUDGET COST ESTIMATE**

## ZONE 2650 SOUTH SYSTEM PHASE 3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0400 | WELL NO. 13 | EACH | $ 800,000.00 | 1.00 | $ 800,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH PVC WATER MAIN | LINFT | $ 60.00 | 3,553.00 | $ 213,180.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH GATE VALVE | EACH | $ 2,500.00 | 2.00 | $ 5,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0400 | 12-INCH 1/4 BEND | EACH | $ 1,500.00 | 1.00 | $ 1,500.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,019,680.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 152,952.00 | | | | |
| | | | TOTAL | | $ 1,172,632.00 | | | | |

Regional Wastewater
Improvements

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS *Revised 1-19-06*

## BUDGET COST ESTIMATE

### WASTEWATER TREATMENT PLANT PACKAGE PLANT

| NEW COST CODE | DESCRIPTION | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|
| 2-09-0600 | WWTP PACKAGE PLANT | $ 2,311,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | WWTP PACKAGE PLANT EXPANSION | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | INTERIM WWTP | $ 12,202,300.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | INTERIM WWTP EXPANSION #1 | $ 9,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | INTERIM WWTP EXPANSION #2 | $ 20,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | INTERIM WWTP EXPANSION #3 | $ 20,000,000.00 | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ 64,513,300.00 | $ - | $ - | $ - | |
| | ENGINEERING & SURVEY @ 15.00% | $ 9,676,995.00 | | | | |
| | TOTAL | $ 74,190,295.00 | | | | |