

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

*Revised 1-19-06*

## BUDGET COST ESTIMATE

### INTERIM WASTEWATER TREATMENT PLANT

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0600 | 1.0 MGD WWTP (INTIAL) | EA | $ 10,000,000.00 | 1.00 | $ 10,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 10-INCH SEWER LINE (RAMADA ROAD) | LF | $ 30.00 | 8,436.00 | $ 253,080.00 | | | | |
| 2-09-0600 | 15-INCH SEWER LINE (WEST OF RAMADA ROAD) | LF | $ 40.00 | 8,318.00 | $ 332,720.00 | | | | |
| 2-09-0600 | 15-INCH SEWER LINE (AQUARIUS DRIVE) | LF | $ 40.00 | 5,218.00 | $ 208,720.00 | | | | |
| 2-09-0600 | 21-INCH SEWER LINE | LF | $ 50.00 | 5,250.00 | $ 262,500.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 27-INCH SEWER LINE | LF | $ 80.00 | 8,766.00 | $ 701,280.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 10-INCH SEWER FORCE MAIN | LF | $ 30.00 | 8,400.00 | $ 252,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | SEWER MANHOLE, 48 INCH | EA | $ 6,000.00 | 32.00 | $ 192,000.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 12,202,300.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 28,800.00 | | | | |
| | | | | TOTAL | $ 12,423,100.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

**BUDGET COST ESTIMATE**

**WASTEWATER TREATMENT PLANT PACKAGE PLANT EXPANSION**

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0600 | 80,000 GAL MBR UNIT | EA | $ 1,000,000.00 | 1.00 | $ 1,000,000.00 | $ - | $ - | $ - | $ - |
| | | | SUBTOTAL | | $ 1,000,000.00 | $ - | $ - | $ - | |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 150,000.00 | | | | |
| | | | TOTAL | | $ 1,150,000.00 | | | | |

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

## BUDGET COST ESTIMATE

### INTERIM WASTEWATER TREATMENT PLANT

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL | ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|---|---|---|---|---|---|
| 2-09-0600 | 1.0 MGD WWTP (INTIAL) | EA | $ 10,000,000.00 | 1.00 | $ 10,000,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 21-INCH SEWER LINE | LF | $ 50.00 | 3,742.00 | $ 187,100.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 27-INCH SEWER LINE | LF | $ 80.00 | 8,766.00 | $ 701,280.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | 10-INCH SEWER FORCE MAIN | LF | $ 30.00 | 8,400.00 | $ 252,000.00 | $ - | $ - | $ - | $ - |
| 2-09-0600 | SEWER MANHOLE, 48 INCH | EA | $ 6,000.00 | 32.00 | $ 192,000.00 | $ - | $ - | $ - | $ - |
| | | | | SUBTOTAL | $ 11,332,380.00 | $ - | $ - | $ - | |
| | | | ENGINEERING & SURVEY @ | 15.00% | $ 28,800.00 | | | | |
| | | | | TOTAL | $ 11,553,180.00 | | | | |