# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

**BUDGET COST ESTIMATE**

**INTERIM WWTP EXPANSION #1**

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| 2-09-0600 | 1.0 MGD WWTP Expansion | EA | $ 9,000,000.00 | 1.00 | $ 9,000,000.00 |
| | | | SUBTOTAL | | $ 9,000,000.00 |
| | | ENGINEERING & SURVEY @ | 15.00% | | $ 1,350,000.00 |
| | | | TOTAL | | $ 10,350,000.00 |

| ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | |

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

## BUDGET COST ESTIMATE

## INTERIM WWTP EXPANSION #2

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| 2-09-0600 | 2.5 MGD WWTP Expansion | EA | $ 20,000,000.00 | 1.00 | $ 20,000,000.00 |
| | | | | SUBTOTAL | $ 20,000,000.00 |
| | | ENGINEERING & SURVEY @ | 15.00% | | $ 3,000,000.00 |
| | | | | TOTAL | $ 23,000,000.00 |

| ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|
| $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | |

# GOLDEN VALLEY RANCH REGIONAL WASTEWATER TREATMENT IMPROVEMENTS

## BUDGET COST ESTIMATE

## INTERIM WWTP EXPANSION #3

| NEW COST CODE | DESCRIPTION | UNIT | UNIT COST | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| 2-09-0600 | 2.5 MGD WWTP Expansion | EA | $ 20,000,000.00 | 1.00 | $ 20,000,000.00 |
| | | | SUBTOTAL | | $ 20,000,000.00 |
| | | ENGINEERING & SURVEY @ | | 15.00% | $ 3,000,000.00 |
| | | | TOTAL | | $ 23,000,000.00 |

| ORIGINAL COMMITMENTS | APPROVED CHANGE ORDERS | TOTAL COMMITTED | PER UNIT COSTS |
|---|---|---|---|
| $          - | $          - | $          - | $          - |
| $          - | $          - | $          - | |