



# RHODES HOMES – GOLDEN VALLEY RANCH WATER SYSTEM
## MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

DESIGN DEVELOPMENT
SCALE: 1" = 600'
PROJECT: 18449
DATE: 12/08/05





RHODES HOMES — ROADWAY SEGMENT, MOHAVE COUNTY, ARIZONA. Stanley Consultants Inc.