# RHODES HOMES ARIZONA
## GOLDEN VALLEY RANCH
### (Golden Valley South)
### 2005 – 2007 Phase 1 Business Plan Major Offsite Infrastructure

*Prepared for:*



2215 Hualapai Mountain Road,
Suite H
Kingman, Arizona 86401



*Prepared by:*



Stanley Consultants INC.
A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

JUNE, 2005

5820 S. Eastern Avenue, Suite 200, Las Vegas, NV 89119

BUDGET

Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Category | Item | Amount | | Total |
|---|---|---|---:|---|---:|
| 2-00-0000 | **LAND DEVELOPMENT** | | | | 19,436,884.38 |
| | 2-01-0000 | Rental/Temporary | 122,900.00 | | |
| | 2-02-0000 | Maintenance/Repair | - | | |
| | 2-03-0000 | Theft | 5,000.00 | | |
| | 2-04-0000 | Environmental | 21,000.00 | | |
| | 2-05-0000 | Spoils | 25,000.00 | | |
| | 2-06-0000 | Consulting/Engineering | 583,500.00 | | |
| | 2-07-0000 | Permits and Fees | 347,617.09 | | |
| | 2-08-0000 | Grading | 1,634,500.00 | | |
| | 2-09-0000 | Wet Utilities | 10,097,620.00 | | |
| | 2-10-0000 | Dry Utilities | 1,439,185.00 | | |
| | 2-11-0000 | Walls | - | | |
| | 2-12-0000 | Paving | 862,590.56 | | |
| | 2-13-0000 | Concrete | 759,207.73 | | |
| | 2-14-0000 | Common Area | 3,199,664.00 | | |
| | 2-15-0000 | Street Furniture | 339,100.00 | | |
| | 2-16-0000 | Land Improvements | - | | |
| | 2-17-0000 | Bond Exoneration | - | | |
| | 2-18-0000 | HOA Turnover | - | | |
| | 2-19-0000 | Security | - | | |
| | **TOTAL LAND DEVELOPMENT** | | | | 19,436,884.38 |
| | | Number of Units | | | |
| | | | Cost per Unit | | #DIV/0! |
| | | Acres | | | |
| | | | Cost per Acre | | #DIV/0! |
| | | Square Feet | | - | |
| | | | Cost per Square Foot | | #DIV/0! |
| 1-00-0000 | **ENGINEERING** | | | | 2,469,070.00 |
| | 1-01-0000 | Consulting/Engineering | 2,375,800.00 | | |
| | 1-03-0000 | Permits and Fees | 28,170.00 | | |
| | 1-04-0000 | Design | 65,100.00 | | |
| | **TOTAL ENGINEERING** | | | | 2,469,070.00 |
| | | Number of Units | | | |
| | | | Cost per Unit | | #DIV/0! |
| | | Acres | | | |
| | | | Cost per Acre | | #DIV/0! |
| | | Square Feet | | - | |
| | | | Cost per Square Foot | | #DIV/0! |
| 3-00-0000 | **DUMMY HOUSE** | | | | - |
| | 3-08-0000 | Bond Exoneration | - | | |
| | 3-09-0000 | Common Area | - | | |
| | 3-10-0000 | Consulting/Engineering | - | | |
| | 3-11-0000 | Environmental | - | | |
| | 3-12-0000 | Land Improvements | - | | |
| | 3-13-0000 | Rental/Temporary | - | | |
| | 3-14-0000 | Spoils | - | | |
| | 3-15-0000 | Supervision | - | | |
| | 3-16-0000 | Permits & Fees | - | | |
| | **TOTAL DUMMY HOUSE** | | | | - |
| | | Number of Units | | | |
| | | | Cost per Unit | | #DIV/0! |
| | | Acres | | | |
| | | | Cost per Acre | | #DIV/0! |
| | | Square Feet | | - | |
| | | | Cost per Square Foot | | #DIV/0! |
| | | | **TOTAL** | | 21,905,954.38 |