## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

## Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-00-0000 | **LAND DEVELOPMENT** | | | | | | $ - | | **LAND DEVELOPMENT** | | | | $ - | $ - | $ - | $ - | | #DIV/0! |
| | | Reconciliation Table | | | | | | | Reconciliation Table | | | | | | | | | |
| | Site Acreage | Gross Acreage of Site | ac | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Number of Lots | Total number of Lots/Units | # | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Centerline Distance | Linear Feet of Centerline | lf | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Right-of-Way Width | Back of Sidewalk Width | lf | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Assumptions: | | | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Depth of Sewer | 8' Average Depth | | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Manhole Spacing | | lf | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Avg. Sewer Lateral Length | From autocad average across r.o.w. | | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Street Light Spacing | | | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| | Interior Block Screen Walls | Assumed liner footage per lot for estimates (where is this?) | lf | $ - | | $ - | | | | | | | $ - | | $ - | | | |
| 2-01-0000 | **Rental/Temporary** | | | | | | $ 122,900.00 | | **Rental/Temporary** | | | | $ - | $ - | $ 122,900.00 | $ 122,900.00 | | 0% |
| 2-01-0100 | Equipment Rental | | ea | $ - | | $ - | | | | | | | $ - | | $ 122,900.00 | | | |
| 2-01-0200 | Fences | | lf | $ 20.00 | 1000 | $ 20,000.00 | | | | | | | $ - | | | | | |
| 2-01-0300 | Storage | Per Month | ea | $ 75.00 | 6 | $ 450.00 | | | | | | | $ - | | | | | |
| 2-01-0400 | Toilets | Per Month | ea | $ 75.00 | 6 | $ 450.00 | | | | | | | $ - | | | | | |
| 2-01-0500 | Barricades/Traffic Control | | ls | $ 2,000.00 | 1 | $ 2,000.00 | | | | | | | $ - | | | | | |
| 2-01-0600 | Temporary Power | Generators | ls | $ 50,000.00 | 2 | $ 100,000.00 | | | | | | | $ - | | | | | |
| 2-01-0700 | Gas | | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-01-0800 | Water | | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-02-0000 | **Maintenance/Repair** | | | | | | $ - | | **Maintenance/Repair** | | | | $ - | $ - | $ - | $ - | | #DIV/0! |
| 2-02-0100 | Slurry Seal | Slurry Seal | sf | $ 0.11 | | $ - | | | | | | | $ - | | $ - | | | |
| 2-02-0200 | Vehicle/Equipment/Facilities | | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-03-0000 | **Theft** | | | | | | $ 5,000.00 | | **Theft** | | | | $ - | $ - | $ 5,000.00 | $ 5,000.00 | | 0 |
| 2-03-0100 | Equipment | | ls | $ 5,000.00 | 1 | $ 5,000.00 | | | | | | | $ - | | $ 5,000.00 | | | |
| 2-03-0200 | Rental Equipment | | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-03-0300 | Street Furniture | | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-04-0000 | **Environmental** | | | | | | $ 21,000.00 | | **Environmental** | | | | $ - | $ - | $ 21,000.00 | $ 21,000.00 | $ - | |
| 2-04-0100 | Cement Clean Outs-SWPPP | SWPPP | ls | $ 1,000.00 | 5 | $ 5,000.00 | | | | | | | $ - | | $ 21,000.00 | | | |
| 2-04-0200 | Street Cleaning | Steet Sweeping @ 4months, 20days/month, 2 hours/day | hr | $ 75.00 | 80 | $ 6,000.00 | | | | | | | $ - | | | | | |
| 2-04-0300 | Construction Water | Construction Water @$0.87/1000 gallons (40 gal/cy) | cy | $ 0.03 | | $ - | | | | | | | $ - | | | | | |
| 2-04-0400 | Trash Cleanup | Trash Cleanup | ls | $ 2,500.00 | 2 | $ 5,000.00 | | | | | | | $ - | | | | | |
| 2-04-0500 | Dust Control | Dust Control/Water Truck | ls | $ 5,000.00 | 1 | $ 5,000.00 | | | | | | | $ - | | | | | |
| 2-05-0000 | **Spoils** | | | | | | $ 25,000.00 | | **Spoils** | | | | $ - | $ - | $ 25,000.00 | $ 25,000.00 | $ - | |
| 2-05-0100 | Dirt Removal | | cy | $ 5.00 | 5000 | $ 25,000.00 | | | | | | | $ - | | $ 25,000.00 | | | |
| 2-05-0200 | Spoils/Dirt Mixed - Removal | | cy | $ 5.00 | | $ - | | | | | | | $ - | | | | | |
| 2-06-0000 | **Consulting/Engineering** | | | | | | $ 583,500.00 | | **Consulting/Engineering** | | | | $ - | $ - | $ 583,500.00 | $ 583,500.00 | $ - | |
| 2-06-0100 | Codes, Rules, Regulations | | ls | $ - | | $ - | | | | | | | $ - | | $ 583,500.00 | | | |
| 2-06-0200 | Copies/Graphic Reproduction | | ls | $ 1,000.00 | 5 | $ 5,000.00 | | | | | | | $ - | | | | | |
| 2-06-0300 | Soil Observation | | ls | $ 20,000.00 | 1 | $ 20,000.00 | | | | | | | $ - | | | | | |
| 2-06-0400 | Pad Certification/Re-Cert | | lot | $ 50.00 | | $ - | | | | | | | $ - | | | | | |
| 2-06-0500 | Engineering Staking Labor | | ls | $ 500,000.00 | 1 | $ 500,000.00 | | | | | | | $ - | | | | | |
| 2-06-0600 | Pavement Testing/Design | | ls | $ 3,500.00 | 1 | $ 3,500.00 | | | | | | | $ - | | | | | |
| 2-06-0700 | Density Testing | | ls | $ 40,000.00 | 1 | $ 40,000.00 | | | | | | | $ - | | | | | |
| 2-06-0800 | Final Grading Report | | ls | $ 10,000.00 | 1 | $ 10,000.00 | | | | | | | $ - | | | | | |
| 2-06-0900 | Block Walls Soils Report | | ls | $ 5,000.00 | 1 | $ 5,000.00 | | | | | | | $ - | | | | | |
| 2-06-1000 | Backfill Testing | | ls | $ 50.00 | | $ - | | | | | | | $ - | | | | | |
| 2-07-0000 | **Permits and Fees** | | | | | | $ 347,617.09 | | **Permits and Fees** | | | | $ - | $ - | $ 347,617.09 | $ 347,617.09 | $ - | |
| 2-07-0100 | Bond Improvement | Bond Amount (FORMULA) | | $ 13,693,018.29 | | $ - | | | | | | | $ - | | $ 347,617.09 | | | |
| 2-07-0200 | Dust Permit | | acres | $ 117.00 | 100 | $ 11,700.00 | | | | | | | $ - | | | | | |
| 2-07-0300 | Easements/Vacations | | ea | $ 25.00 | | $ - | | | | | | | $ - | | | | | |
| 2-07-0400 | Tortoise Mitigation | | ea | $ 550.00 | 1 | $ 550.00 | | | | | | | $ - | | | | | |
| 2-07-0500 | Tortoise Report Fee | | acres | $ 25.00 | 100 | $ 2,500.00 | | | | | | | $ - | | | | | |
| 2-07-0600 | Grading Permit | (FORMULA) | | $ 1.70 | | $ - | | | | | | | $ - | | | | | |
| | | (FORMULA) | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-07-0700 | Major Project Fees | | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-07-0800 | Plan Check Fees | | | $ - | | $ - | | | | | | | $ - | | | | | |
| | Inspection Fees | First $100,000 @ 4% | pct | $ 0.04 | $100,000.00 | $ 4,000.00 | | | | | | | $ - | | | | | |
| | Inspection Fees | Over $100,000 @ 1.9% | pct | $ 0.02 | $8,756,070.29 | $ 128,365.34 | | | | | | | $ - | | | | | |
| | Plan Check Fees | Plan Check @ 2.5% | pct | $ 0.03 | $ 7,756,070.29 | $ 193,901.76 | | | | | | | $ - | | | | | |
| | | Plan Reproduction Fee ($15/sheet) | ea | $ 15.00 | | $ - | | | | | | | $ - | | | | | |
| 2-07-0900 | Stormwater/EPA | | yr | $ 600.00 | 1 | $ 600.00 | | | | | | | $ - | | | | | |
| 2-07-1100 | Water Fees | Water Fees @ $1,000 per Lot | lot | $ 1,000.00 | 6 | $ 6,000.00 | | | | | | | $ - | | | | | |