## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

## Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-07-1200 | Fines/Governing Agencies | | ea | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-07-1300 | | (FORMULA) | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 2-08-0000 | **Grading** | | | | | | $ 1,634,500.00 | | **Grading** | | | | | $ - | $ 1,634,500.00 | $ 1,634,500.00 | $ - | |
| 2-08-0100 | Blasting | Blasting | lot | $ 2,500.00 | | $ - | | | | | | | $ - | | $ 1,634,500.00 | | | |
| 2-08-0200 | Clear & Grub | Clear & Grub | ac | $ 550.00 | 100 | $ 55,000.00 | | | | | | | | | | | | |
| 2-08-0300 | Dirt Removal/Relocate | Export | cy | $ 2.10 | | $ - | | | | | | | $ - | | | | | |
| 2-08-0400 | Hoe Ramming/Ripping | Hoe Ramming/Ripping | lot | $ 600.00 | | $ - | | | | | | | $ - | | | | | |
| 2-08-0500 | Rough Grading | Misc. Grading | | $ 2.00 | | $ - | | | | | | | $ - | | | | | |
| 2-08-0600 | Grading/Final/Pad Grading | Finish Grading | lot | $ 350.00 | | $ - | | | | | | | $ - | | | | | |
| 2-08-0700 | Cut & Fill | Cut | cy | $ 1.50 | $ 157,000.00 | $ 235,500.00 | | | | | | | $ - | | | | | |
| | Cut & Fill | Fill/Import | cy | $ 4.00 | $ 336,000.00 | $ 1,344,000.00 | | | | | | | $ - | | | | | |
| 2-08-0800 | Wall Benching/Backfill | cy/lf | | $ - | | $ - | | | | | | | $ - | | | | | |
| | 2' 0" Retaining Wall Excavation | 0.37 | lf | $ 0.70 | | $ - | | | | | | | $ - | | | | | |
| | 2'6" | 0.49 | lf | $ 0.94 | | $ - | | | | | | | $ - | | | | | |
| | 3'4" | 0.62 | lf | $ 1.17 | | $ - | | | | | | | $ - | | | | | |
| | 4'0" | 0.74 | lf | $ 1.41 | | $ - | | | | | | | $ - | | | | | |
| | 4'6" | 0.86 | lf | $ 1.64 | | $ - | | | | | | | $ - | | | | | |
| | 5'4" | 1.18 | lf | $ 2.25 | | $ - | | | | | | | $ - | | | | | |
| | 6'0" | 1.33 | lf | $ 2.53 | | $ - | | | | | | | $ - | | | | | |
| | 6'8" | 1.73 | lf | $ 2.82 | | $ - | | | | | | | $ - | | | | | |
| | 7'4" | 1.90 | lf | $ 3.09 | | $ - | | | | | | | $ - | | | | | |
| | 8'0" | 2.37 | lf | $ 3.38 | | $ - | | | | | | | $ - | | | | | |
| | 8'8" | 3.21 | lf | $ 5.49 | | $ - | | | | | | | $ - | | | | | |
| | 9'4" | 3.46 | lf | $ 5.91 | | $ - | | | | | | | $ - | | | | | |
| | 10'0" | 3.70 | lf | $ 6.33 | | $ - | | | | | | | $ - | | | | | |
| | 10'8" | 3.95 | lf | $ 6.76 | | $ - | | | | | | | $ - | | | | | |
| | 11'4" | 4.62 | lf | $ 7.18 | | $ - | | | | | | | $ - | | | | | |
| | 12'0" | 4.89 | lf | $ 8.44 | | $ - | | | | | | | $ - | | | | | |
| | 12'8" | 5.16 | lf | $ 8.92 | | $ - | | | | | | | $ - | | | | | |
| | 13'4" | 5.92 | lf | $ 9.38 | | $ - | | | | | | | $ - | | | | | |
| | 14'0" | 6.22 | lf | $ 10.84 | | $ - | | | | | | | $ - | | | | | |
| | 14'8" | 7.06 | lf | $ 11.36 | | $ - | | | | | | | $ - | | | | | |
| | 15'4" | 7.38 | lf | $ 12.95 | | $ - | | | | | | | $ - | | | | | |
| | 16'0" | 7.70 | lf | $ 13.51 | | $ - | | | | | | | $ - | | | | | |
| | 16'8" | 8.03 | lf | $ 14.08 | | $ - | | | | | | | $ - | | | | | |
| | 17'4" | 8.34 | lf | $ 14.63 | | $ - | | | | | | | $ - | | | | | |
| | 2' 0" Retaining Wall Backfill | 0.37 | lf | $ 2.52 | | $ - | | | | | | | $ - | | | | | |
| | 2'6" | 0.49 | lf | $ 3.36 | | $ - | | | | | | | $ - | | | | | |
| | 3'4" | 0.62 | lf | $ 4.19 | | $ - | | | | | | | $ - | | | | | |
| | 4'0" | 0.74 | lf | $ 5.04 | | $ - | | | | | | | $ - | | | | | |
| | 4'6" | 0.86 | lf | $ 5.88 | | $ - | | | | | | | $ - | | | | | |
| | 5'4" | 1.18 | lf | $ 7.40 | | $ - | | | | | | | $ - | | | | | |
| | 6'0" | 1.33 | lf | $ 8.33 | | $ - | | | | | | | $ - | | | | | |
| | 6'8" | 1.73 | lf | $ 10.13 | | $ - | | | | | | | $ - | | | | | |
| | 7'4" | 1.90 | lf | $ 11.13 | | $ - | | | | | | | $ - | | | | | |
| | 8'0" | 2.37 | lf | $ 13.19 | | $ - | | | | | | | $ - | | | | | |
| | 8'8" | 3.21 | lf | $ 20.07 | | $ - | | | | | | | $ - | | | | | |
| | 9'4" | 3.46 | lf | $ 21.60 | | $ - | | | | | | | $ - | | | | | |
| | 10'0" | 3.70 | lf | $ 23.15 | | $ - | | | | | | | $ - | | | | | |
| | 10'8" | 3.95 | lf | $ 24.70 | | $ - | | | | | | | $ - | | | | | |
| | 11'4" | 4.62 | lf | $ 27.70 | | $ - | | | | | | | $ - | | | | | |
| | 12'0" | 4.89 | lf | $ 29.33 | | $ - | | | | | | | $ - | | | | | |
| | 12'8" | 5.16 | lf | $ 30.97 | | $ - | | | | | | | $ - | | | | | |
| | 13'4" | 5.92 | lf | $ 34.31 | | $ - | | | | | | | $ - | | | | | |
| | 14'0" | 6.22 | lf | $ 36.04 | | $ - | | | | | | | $ - | | | | | |
| | 14'8" | 7.06 | lf | $ 39.66 | | $ - | | | | | | | $ - | | | | | |
| | 15'4" | 7.38 | lf | $ 41.45 | | $ - | | | | | | | $ - | | | | | |
| | 16'0" | 7.70 | lf | $ 43.26 | | $ - | | | | | | | $ - | | | | | |
| | 16'8" | 8.03 | lf | $ 45.07 | | $ - | | | | | | | $ - | | | | | |
| | 17'4" | 8.34 | lf | $ 46.86 | | $ - | | | | | | | $ - | | | | | |
| 2-09-0000 | **Wet Utilities** | | | | | | $ 10,097,620.00 | | **Wet Utilities** | | | | | $ - | $ 10,097,620.00 | $ 10,097,620.00 | $ - | |
| 2-09-0100 | Fire Dept. Connection/Multi | | | | | $ - | | | | | | | $ - | | $ 10,097,620.00 | | | |
| 2-09-0200 | Sewer Install | Mains | | | | $ - | | | | | | | $ - | | | | | |
| | | 4" Sewer & Sewer Lateral | lot | $ 350.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" PVC Sewer Lateral | lf | $ 244.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" PVC Sewer (14'-16') | lf | $ 21.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (7'-8') | lf | $ 21.80 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (8'-10') | lf | $ 25.50 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (10'-12') | lf | $ 26.45 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (12'-14') | lf | $ 29.92 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (14'-16') | lf | $ 31.54 | | $ - | | | | | | | $ - | | | | | |
| | | 8" PVC Sewer (16'-18') | lf | $ 37.05 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (7'-8') | lf | $ 25.90 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (8'-10') | lf | $ 27.30 | 16200 | $ 442,260.00 | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (10'-12') | lf | $ 30.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (12'-14') | lf | $ 32.82 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (14'-16') | lf | $ 34.94 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC Sewer (16'-18') | lf | $ 39.02 | | $ - | | | | | | | $ - | | | | | |
| | | 12" PVC (REUSE LINE) - all components included | lf | $ 30.89 | 10000 | $ 308,900.00 | | | | | | | $ - | | | | | |
| | | 12" sewer at 10-12' cut | lf | $ 34.51 | | $ - | | | | | | | $ - | | | | | |
| | | 12" sewer at 12-14' cut | lf | $ 39.28 | | $ - | | | | | | | $ - | | | | | |
| | | 12" sewer at 14-16' cut | lf | $ 42.51 | | $ - | | | | | | | $ - | | | | | |
| | | 12" sewer at 16-18' cut | lf | $ 45.65 | | $ - | | | | | | | $ - | | | | | |
| | | 12" sewer at 20' cut | lf | $ 61.49 | | $ - | | | | | | | $ - | | | | | |
| | | 16" sewer at 8-10' cut | lf | $ 33.00 | 1700 | $ 56,100.00 | | | | | | | $ - | | | | | |
| | | 16" sewer at 10-12' cut | lf | $ 39.52 | | $ - | | | | | | | $ - | | | | | |
| | | 18" sewer at 10-12' cut | lf | $ 45.60 | | $ - | | | | | | | $ - | | | | | |
| | | 18" sewer at 12-14' cut | lf | $ 50.00 | | $ - | | | | | | | $ - | | | | | |
| | | 18" sewer at 14-16' cut | lf | $ 42.00 | 2000 | $ 84,000.00 | | | | | | | $ - | | | | | |
| | | 20" Sewer at 10' - 12' cut | lf | $ 45.00 | | $ - | | | | | | | $ - | | | | | |
| | | 24" Sewer at 10' - 12' cut | ea | $ 6,975.00 | | $ - | | | | | | | $ - | | | | | |
| | | 48" TLOC MH w/locklid - 16' | | | | | | | | | | | | | | | | |