## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

## Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 48" TLOC M/H w/lockid - 12' | ea | $ 4,975.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (7'-8') | ea | $ 1,875.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (8'-10') | ea | $ 1,975.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (10'-12') | ea | $ 2,275.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (12'-14') | ea | $ 2,475.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (14'-16') | ea | $ 2,595.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (16'-18') | ea | $ 2,695.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Manhole (18'-20') | ea | $ 3,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Standard Manhole Lids | ea | $ 250.00 | 70 | $ 17,500.00 | | | | | | | $ - | | | | | |
| | | Lock Down MH Lids | ea | $ 400.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" Cleanout | ea | $ 575.00 | | $ - | | | | | | | $ - | | | | | |
| | | Bedding Type II (calc) | lf | $ 1.24 | | $ - | | | | | | | $ - | | | | | |
| | | Trenching - Hard Rock Conditions | pct | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Package WW Treatment Plant (SKID PLANT) | ls | $ 1,000,000.00 | 1 | $ 1,000,000.00 | | | | | | | $ - | | | | | |
| | | 1st Phase WW Treatment Plant | ls | $ 5,000,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Oversize Material Haul-off | tons | $ 3.00 | | $ - | | | | | | | $ - | | | | | |
| 2-09-0300 | Storm Drain | | | | | $ - | | | | | | | $ - | | | | | |
| | | 17' Type "C" Drop Inlet | ea | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 8' Type "A" Drop Inlet | ea | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Type C Inlet, Mod 3 grates, L=8.5' | ea | $ 8,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Type C inlet, L=8.5' | ea | $ 7,500.00 | 40 | $ 300,000.00 | | | | | | | $ - | | | | | |
| | | Type C inlet, L=5.5' | ea | $ 5,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" RCP (6' cut) | lf | $ 22.00 | | $ - | | | | | | | $ - | | | | | |
| | | 18" RCP (6' cut) | lf | $ 39.50 | | $ - | | | | | | | $ - | | | | | |
| | | 18" RCP (8'-10' cut) | lf | $ 42.00 | | $ - | | | | | | | $ - | | | | | |
| | | 24" RCP (6'cut) | lf | $ 51.25 | | $ - | | | | | | | $ - | | | | | |
| | | 24" RCP (8'-10" cut) | lf | $ 55.00 | | $ - | | | | | | | $ - | | | | | |
| | | 30" RCP (6' cut) | lf | $ 55.45 | | $ - | | | | | | | $ - | | | | | |
| | | 30" RCP (8'-10' cut) | lf | $ 59.00 | 3000 | $ 177,000.00 | | | | | | | $ - | | | | | |
| | | 36" RCP (8'-10' cut) | lf | $ 81.85 | | $ - | | | | | | | $ - | | | | | |
| | | 36" RCP (10'-12' cut) | lf | $ 70.50 | | $ - | | | | | | | $ - | | | | | |
| | | 36" RCP Flared Inlet | ea | $ 1,200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 42" RCP (8'-10' cut) | lf | $ 81.85 | | $ - | | | | | | | $ - | | | | | |
| | | 42" RCP (12-14' cut) | lf | $ 78.25 | | $ - | | | | | | | $ - | | | | | |
| | | 42" RCP Flared Outlet | ea | $ 1,400.00 | | $ - | | | | | | | $ - | | | | | |
| | | 48" RCP (8'-10' cut) | lf | $ 102.75 | | $ - | | | | | | | $ - | | | | | |
| | | 60" RCP (8-10' cut) | lf | $ 143.85 | 2000 | $ 287,700.00 | | | | | | | $ - | | | | | |
| | | 78" RCP (12-14' cut) | lf | $ 220.00 | 2000 | $ 440,000.00 | | | | | | | $ - | | | | | |
| | | Manhole (48" diam. 6'-8' cut) | ea | $ 2,375.00 | | $ - | | | | | | | | | | | | |
| | | 60" Manhole - 8-10' cut | ea | $ 3,650.00 | 20 | $ 73,000.00 | | | | | | | $ - | | | | | |
| | | 60" Manhole - 10-12' cut | ea | $ 3,975.00 | | $ - | | | | | | | $ - | | | | | |
| | | 60" Manhole - 12-14' cut | ea | $ 4,600.00 | | $ - | | | | | | | $ - | | | | | |
| | | 60" Manhole - 14-16' cut | ea | $ 4,925.00 | | $ - | | | | | | | $ - | | | | | |
| | | 17.5 Mod. type C DI 6-8' | ea | $ 8,041.00 | | $ - | | | | | | | $ - | | | | | |
| | | 11.5 Mod. type C DI 6-8' | ea | $ 6,170.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8.5 Mod. type C DI 6-8' | ea | $ 5,425.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8.5 Mod. type C DI 6' | ea | $ 4,790.00 | | $ - | | | | | | | $ - | | | | | |
| | | 5.5 Type C DI | ea | $ 3,365.00 | | $ - | | | | | | | $ - | | | | | |
| | | Type B DI 4' | ea | $ 5,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4' type A DI | ea | $ 3,226.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Encasement | ea | $ 100.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Encasement w/rebar | ea | $ 150.00 | | $ - | | | | | | | $ - | | | | | |
| | | 36"x30" RCP Reducer | ea | $ 1,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | Headwall | ea | $ 5,955.00 | 6 | $ 35,730.00 | | | | | | | $ - | | | | | |
| | | | | $ 16,800.00 | | $ - | | | | | | | $ - | | | | | |
| | | 54" RCP (12-14' cut) | lf | $ 139.00 | | $ - | | | | | | | $ - | | | | | |
| | | 60" RCP (12-14' cut) | lf | $ 160.50 | | $ - | | | | | | | $ - | | | | | |
| | | 60" RCP (10-12' cut) | lf | $ 150.50 | | $ - | | | | | | | $ - | | | | | |
| | | 48" RCP (10-12' cut) | lf | $ 109.00 | | $ - | | | | | | | $ - | | | | | |
| | | 48" RCP (12-14' cut) | lf | $ 116.00 | | $ - | | | | | | | $ - | | | | | |
| | | Bedding Type II (calc) | lf | $ 5.73 | | $ - | | | | | | | $ - | | | | | |
| | | Trenching - Hard Rock Conditions | pct | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Grass Channel w/ Stabilization: B=50', D=3' | lf | $ 210.00 | | $ - | | | | | | | $ - | | | | | |
| | | 66-inch CMP | lf | $ 160.00 | | $ - | | | | | | | $ - | | | | | |
| | | 78-inch CMP | lf | $ 232.00 | | $ - | | | | | | | $ - | | | | | |
| | | 84-inch CMP | lf | $ 232.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Channel (d50=6"): B=20', D=2' | lf | $ 54.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Channel (d50=18"): B=60', D=4' | lf | $ 428.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Channel (d50=20"): B=50', D=4.5' | lf | $ 486.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Channel (d50=15"): B=50', D=4' | lf | $ 315.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Channel (d50=20"): B=50', D=4' | lf | $ 468.00 | | $ - | | | | | | | $ - | | | | | |
| | | Earthen Channel: B=10', D=2.' | lf | $ 5.00 | 5500 | $ 27,500.00 | | | | | | | $ - | | | | | |
| | | Earthen Channel: B=15', D=2' | lf | $ 10.00 | | $ - | | | | | | | $ - | | | | | |
| | | Earthen Channel: B=20', D=1.5' | lf | $ 15.00 | | $ - | | | | | | | $ - | | | | | |
| | | Earthen Channel: B=35', D=1.5' | lf | $ 20.00 | | $ - | | | | | | | $ - | | | | | |
| | | Earthen Channel: B=75', D=2' | lf | $ 25.00 | | $ - | | | | | | | $ - | | | | | |
| | | Earthine Channel B - 20', D- 4' | lf | $ 250.00 | 3000 | $ 750,000.00 | | | | | | | $ - | | | | | |
| | | 42-inch RCP (12' - 14') | lf | $ 92.75 | | $ - | | | | | | | $ - | | | | | |
| | | 48-inch RCP (12' - 14') | lf | $ 116.00 | | $ - | | | | | | | $ - | | | | | |
| | | 54-inch RCP | lf | $ 146.50 | | $ - | | | | | | | $ - | | | | | |
| | | 60-inch RCP | lf | $ 168.00 | | $ - | | | | | | | $ - | | | | | |
| | | 66-inch RCP | lf | $ 175.00 | 300 | $ 52,500.00 | | | | | | | $ - | | | | | |
| | | 72-inch RCP | lf | $ 242.00 | | $ - | | | | | | | $ - | | | | | |
| | | 84-inch RCP | lf | $ 270.00 | | $ - | | | | | | | $ - | | | | | |
| | | 90-inch RCP | lf | $ 310.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16'x8.5' Arch Culvert | lf | $ 705.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16'x8.5; Arch Culvert | lf | $ 850.00 | | $ - | | | | | | | $ - | | | | | |
| | | 28'x9.0' Arch Culvert | lf | $ 1,235.00 | | $ - | | | | | | | $ - | | | | | |
| | | | lf | $ 1,200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 54"/60"/72'/78"/84" | lf | $ 52.00 | | $ - | | | | | | | $ - | | | | | |
| | | Riprap Outlet Protection | ls | $ 10,000.00 | 1 | $ 10,000.00 | | | | | | | $ - | | | | | |