| | | Major Facilities Budget Land Development | | | | | | | Major Facilities Indicated Actual Land Development | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Project: Golden Valley Phase 1 Off-Sites (Majors) | | | | | | | Project: Golden Valley Phase 1 Off-Sites (Majors) | | | | | | | | |
| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
| | | 20'x10' RCB | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-09-0400 | Water Line | REUSE LINE - Water Blender System | ls | $ 25,000.00 | 1 | $ 25,000.00 | | | | | | | $ - | | | | | |
| | | 30" Class 50 DIP | lf | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 24" Class 50 DIP | lf | $ 160.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" PVC (REUSE LINE) - all components included | lf | $ 23.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" PVC | lf | $ 30.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" PVC | lf | $ 34.00 | 12000 | $ 408,000.00 | | | | | | | $ - | | | | | |
| | | 16" PVC | lf | $ 50.00 | 40900 | $ 2,045,000.00 | | | | | | | $ - | | | | | |
| | | 18" Class 50 DIP | lf | $ 80.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" - 30" Butterfly valve & box | ea | $ 5,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16" gate valve w/box | ea | $ 3,200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" gate valve w/box | ea | $ 1,685.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" gate valve w/box | ea | $ 1,285.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" gate valve w/box | ea | $ 875.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" gate valve w/box | ea | $ 645.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" Tee | ea | $ 1,890.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16" Tee | ea | $ 1,560.00 | 6 | $ 9,360.00 | | | | | | | $ - | | | | | |
| | | 12" Tee | ea? | $ 595.00 | 6 | $ 3,570.00 | | | | | | | $ - | | | | | |
| | | 10" Tee | ea? | $ 495.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" Tee | ea? | $ 350.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" Tee | ea? | $ 275.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" Cross | ea | $ 2,805.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16" Cross | ea | $ 2,475.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" cross | ea | $ 1,100.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12 x 10 cross | ea | $ 1,100.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12 x 8 cross | ea | $ 1,100.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" cross | ea | $ 875.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" cross | ea | $ 825.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12 x 10 reducer | ea | $ 390.00 | | $ - | | | | | | | $ - | | | | | |
| | | 30" - 22 1/2 elbow | ea | $ 1,800.00 | | $ - | | | | | | | $ - | | | | | |
| | | 30" - 90 elbows | ea | $ 2,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" - 24" 90 elbow | ea | $ 1,200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" - 24" 45 elbow | ea | $ 1,050.00 | | $ - | | | | | | | $ - | | | | | |
| | | 20" - 24" 22 1/2 elbow | ea | $ 1,050.00 | | $ - | | | | | | | $ - | | | | | |
| | | 30" - 45 elbow | ea | $ 2,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16" 45 elbow | ea | $ 525.00 | 6 | $ 3,150.00 | | | | | | | $ - | | | | | |
| | | 16" 22 1/2 elbow | ea | $ 525.00 | 6 | $ 3,150.00 | | | | | | | $ - | | | | | |
| | | 12" 90 elbow | ea | $ 340.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12" 45 elbow | ea | $ 340.00 | 6 | $ 2,040.00 | | | | | | | $ - | | | | | |
| | | 12" 22 1/2 elbow | ea | $ 340.00 | 6 | $ 2,040.00 | | | | | | | $ - | | | | | |
| | | 10" 90 elbow | ea | $ 265.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" 45 elbow | ea | $ 265.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" 22 1/2 elbow | ea | $ 260.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" 90 elbow | ea | $ 225.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" 45 elbow | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" 22 1/2 elbow | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" 11 1/4 elbow | ea | $ 184.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1" poly water service | ea | $ 375.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" Sch 80 water service | lf | $ 10.25 | | $ - | | | | | | | $ - | | | | | |
| | | 12" PVC water lowering | ea | $ 4,025.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" water lowering | ea | $ 3,622.50 | | $ - | | | | | | | $ - | | | | | |
| | | 8" water lowering | ea | $ 3,306.25 | | $ - | | | | | | | $ - | | | | | |
| | | 18" steel casing w/skids | ea | $ 115.00 | | $ - | | | | | | | $ - | | | | | |
| | | 24" steel casing w/skids | ea | $ 145.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4' bury fire hydrant | ea | $ 2,470.00 | 6 | $ 14,820.00 | | | | | | | $ - | | | | | |
| | | 5' bury fire hydrant | ea | $ 2,670.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" blow-off assembly | ea | $ 750.00 | | $ - | | | | | | | $ - | | | | | |
| | | 3/4" irrigation serv. w/ RPPA | ea | $ 1,985.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1 1/2" irrigation serv. w/RPPA | ea | $ 2,475.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" irrigation serv. w/RPPA | ea | $ 3,475.00 | | $ - | | | | | | | $ - | | | | | |
| | | 16 x 8 wet tap connection | ea | $ 3,865.00 | | $ - | | | | | | | $ - | | | | | |
| | | 12 x 8 wet tap connection | ea | $ 3,278.00 | | $ - | | | | | | | $ - | | | | | |
| | | 10" cross | ea | $ 875.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8 x 8 wet tap connection | ea | $ 2,690.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1" AR/AV station | ea | $ 3,995.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" AR/AV Station | ea | $ 4,895.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8" 45 degree PVC under Storm Drain | ea | $ 2,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 18" Steel Casing | ea | $ 115.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" Air-Vac | ea | $ 4,895.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1" Poly | lf | $ 375.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" DCDA (above ground) | ea | $ 9,800.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8"x1" Wet Tap | ea | $ 1,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Bedding Type II (calc) | lf | $ 1.24 | | $ - | | | | | | | $ - | | | | | |
| | | Water Meters/Services | ea | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Meter Box Pads | ea | $ 73.00 | | $ - | | | | | | | $ - | | | | | |
| | | 0.5 Million Gallon Tank | ls | $ 750,000.00 | 1 | $ 750,000.00 | | | | | | | $ - | | | | | |
| | | Circulation Pump Systems (REUSE to GC Ponds) | ls | $ 25,000.00 | 1 | $ 25,000.00 | | | | | | | $ - | | | | | |
| | | Trenching - Hard Rock Conditions | pct | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Production Wells | ls | $ 1,200,000.00 | 2 | $ 2,400,000.00 | | | | | | | $ - | | | | | |
| | | Oversize Material Haul-off to Crusher | tons | $ 3.00 | | $ - | | | | | | | $ - | | | | | |
| | | Pressure Reducing/Regulating Valve (8") | ea | $ 40,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-09-0500 | Sewer Trenching | | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Pre-Trenching Sewer | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (7'-8') | lf | $ 14.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (8'-10') | lf | $ 17.00 | 17900 | $ 304,300.00 | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (10'-12') | lf | $ 20.00 | 2000 | $ 40,000.00 | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (12'-14') | lf | $ 23.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (14'-16') | lf | $ 26.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sanitary Sewer (16'-18') | lf | $ 29.00 | | $ - | | | | | | | $ - | | | | | |
| | | Sewer Laterals | lf | $ 15.60 | | $ - | | | | | | | $ - | | | | | |
| 2-09-0800 | Water Trenching | | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Trench (6'Depth)- 6,8,10 or 12-inch | lf | $ 11.00 | | $ - | | | | | | | $ - | | | | | |
| | | Trench (0-4') Subdivision water main | lf | $ 8.00 | | $ - | | | | | | | $ - | | | | | |
| | | Trench (16/20" Water Main) | lf | $ 14.00 | | $ - | | | | | | | $ - | | | | | |
| | | Trench Water Laterals | lf | $ 8.80 | | $ - | | | | | | | $ - | | | | | |
| 2-09-0700 | Storm Trenching | | | | | | | | | | | | | | | | | |