## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

### Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PRETRENCHING 18"/24" (10;-12- CUT) | lf | $ 20.00 | | $ - | | | | | | | $ - | | | | | |
| | | PRETRENCHING 30'/42" (8;-10- CUT) | lf | $ 34.00 | | $ - | | | | | | | $ - | | | | | |
| | | PRETRENCHING 30'/42" (10;-12- CUT) | lf | $ 40.00 | | $ - | | | | | | | $ - | | | | | |
| | | PRETRENCHING 30'/42" (12;-14- CUT) | lf | $ 46.00 | | $ - | | | | | | | $ - | | | | | |
| 2-10-0000 | **Dry Utilities** | | | | | | $ 1,439,185.00 | | **Dry Utilities** | | | | $ - | $ 1,439,185.00 | $ 1,439,185.00 | | $ - | |
| 2-10-0100 | Gas Service | Main Gas Infrastructure (4" Steel) | lf | $ 19.50 | 25300 | $ 493,350.00 | | | | | | | $ - | | $ 1,439,185.00 | | | |
| 2-10-0200 | Streetlight Install | Street Light | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Private Pole base set-up during open trench | ea | $ 450.00 | | $ - | | | | | | | $ - | | | | | |
| | | Trench - Common | lf | $ 3.25 | | $ - | | | | | | | $ - | | | | | |
| | | Trench - 100% | ea | $ 1.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1 1/4" PVC Duct | lf | $ 1.35 | 25300 | $ 34,155.00 | | | | | | | $ - | | | | | |
| | | 1 1/4" PVC Duct 90's | ea | $ 8.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" PVC Duct | ea | $ 1.75 | | $ - | | | | | | | $ - | | | | | |
| | | 2" PVC Duct 90's | ea | $ 15.50 | | $ - | | | | | | | $ - | | | | | |
| | | Conductors 3/#2 | ea | $ 2.75 | | $ - | | | | | | | $ - | | | | | |
| | | Conductors 3/1-0 | ea | $ 3.20 | | $ - | | | | | | | $ - | | | | | |
| | | Conductors 2/#4, 1/#8 | ea | $ 1.90 | | $ - | | | | | | | $ - | | | | | |
| | | 125 AMP Metered Pedestal/Foundation | ea | $ 2,300.00 | | $ - | | | | | | | $ - | | | | | |
| | | 200 AMP Metered Pedestal/Foundation | ea | $ 2,700.00 | | $ - | | | | | | | $ - | | | | | |
| | | No. 3 1/2 Pullbox | ea | $ 155.00 | | $ - | | | | | | | $ - | | | | | |
| | | No. 5 Pullbox | ea | $ 225.00 | | $ - | | | | | | | $ - | | | | | |
| | | Street Light Assembly (Single) | ea | $ 2,800.00 | | $ - | | | | | | | $ - | | | | | |
| | | Street Light Assembly (Dual)(per EC-elec) | ea | $ 3,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-10-0300 | Laterals | Service Laterals | lot | $ 250.00 | | $ - | | | | | | | $ - | | | | | |
| 2-10-0400 | Phone Underground | Telephone Per Lot Cost | lot | $ 500.00 | | $ - | | | | | | | $ - | | | | | |
| | | 650 Manhole | ea | $ 5,970.00 | | $ - | | | | | | | $ - | | | | | |
| | | 510 Manhole | ea | $ 4,750.00 | | $ - | | | | | | | $ - | | | | | |
| | | 400 Pullbox | ea | $ 3,250.00 | | $ - | | | | | | | $ - | | | | | |
| | | 200 Pullbox | ea | $ 2,285.00 | | $ - | | | | | | | $ - | | | | | |
| | | 200 Pullbox (special order) | ea | $ 1,100.00 | | $ - | | | | | | | $ - | | | | | |
| | | T-30 Pullbox (single Polymer) | ea | $ 300.00 | | $ - | | | | | | | $ - | | | | | |
| | | T-30 Pullbox (double Polymer) | ea | $ 300.00 | | $ - | | | | | | | $ - | | | | | |
| | | T-16 Pullbox | ea | $ 105.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Collars (small) | ea | $ 132.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Collars (large) | ea | $ 161.00 | | $ - | | | | | | | $ - | | | | | |
| | | Main Trench/Screen | ea | $ 8.20 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen | ea | $ 11.10 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen - added width | ea | $ 12.20 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen (6 or more ducts) | lf | $ 13.30 | 25300 | $ 336,490.00 | | | | | | | $ - | | | | | |
| | | 1" Lateral piping to panel inc. 90's-telco duct only | ea | $ 125.00 | | $ - | | | | | | | $ - | | | | | |
| | | 1" (DB-60) Duct | ea | $ 0.92 | | $ - | | | | | | | $ - | | | | | |
| | | 1" (DB-60) Duct crossing | ea | $ 0.92 | | $ - | | | | | | | $ - | | | | | |
| | | 1"x24" 90 DB 60 crossings | ea | $ 14.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" DB-60) Duct crossing | ea | $ 1.25 | | $ - | | | | | | | $ - | | | | | |
| | | 2"x36"-90 DB-60 crossing | ea | $ 16.00 | | $ - | | | | | | | $ - | | | | | |
| | | 2" PVC Sch 40 duct electronic sites | ea | $ 1.75 | | $ - | | | | | | | $ - | | | | | |
| | | 2" PVC 90 Sch 40 electronic sites | ea | $ 15.60 | | $ - | | | | | | | $ - | | | | | |
| | | 4" (DB-100 ) Duct | ea | $ 2.75 | | $ - | | | | | | | $ - | | | | | |
| | | 4"x48" PVC 90 | ea | $ 29.00 | | $ - | | | | | | | $ - | | | | | |
| 2-10-0500 | Power Install | Power Per Lot Cost | lot | $ 500.00 | | $ - | | | | | | | $ - | | | | | |
| | | RS-100 Manhole/Cap Bank | ea | $ 7,400.00 | | $ - | | | | | | | $ - | | | | | |
| | | RS-98/99 Manhole | ea | $ 6,500.00 | | $ - | | | | | | | $ - | | | | | |
| | | RS-94 Manhole | ea | $ 5,600.00 | | $ - | | | | | | | $ - | | | | | |
| | | RS-82 Pullbox | ea | $ 3,412.00 | | $ - | | | | | | | $ - | | | | | |
| | | RS-80 Pullbox | ea | $ 2,266.00 | | $ - | | | | | | | $ - | | | | | |
| | | Transformer Pads - 1 Phase | ea | $ 360.00 | | $ - | | | | | | | $ - | | | | | |
| | | Transformer Pads - 3 Phase | ea | $ 1,110.00 | | $ - | | | | | | | $ - | | | | | |
| | | Secondary Pullboxes (single | ea | $ 260.00 | | $ - | | | | | | | $ - | | | | | |
| | | Secondary pullboxes (double) | ea | $ 305.00 | | $ - | | | | | | | $ - | | | | | |
| | | Secondary pullboxes (triple) | ea | $ 385.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Collars (small) | ea | $ 132.00 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Collars (large) | ea | $ 161.00 | | $ - | | | | | | | $ - | | | | | |
| | | Main Trench/Screen | lf | $ 8.20 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen | lf | $ 11.70 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen - extra depth | lf | $ 12.20 | | $ - | | | | | | | $ - | | | | | |
| | | Feeder Trench/Screen (6 or more ducts) | lf | $ 13.30 | 25300 | $ 336,490.00 | | | | | | | $ - | | | | | |
| | | Concrete Encasement | ea | $ 120.00 | | $ - | | | | | | | $ - | | | | | |
| | | 3" Lateral Piping to panel incl. 90's | ea | $ 135.00 | | $ - | | | | | | | $ - | | | | | |
| | | 3" (DB-60)duct (added lat stubs) | ea | $ 1.35 | | $ - | | | | | | | $ - | | | | | |
| | | 3"x36" Plastic 90 | ea | $ 18.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4" (DB-60) Duct | ea | $ 2.75 | | $ - | | | | | | | $ - | | | | | |
| | | 4"x36" Plastic 90 | ea | $ 28.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4"x48" Plastic 90 | ea | $ 35.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4"x36" RGS 90 | ea | $ 115.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6" (DB-80) Duct | ea | $ 3.65 | | $ - | | | | | | | $ - | | | | | |
| | | 6"x48" RGS 45 | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 6"x48" RGS 90 | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| 2-10-0600 | Dry Utilities Trenching | Trench (6'Depth) - Power main & laterals | lf | $ 11.00 | 21700 | $ 238,700.00 | | | | | | | $ - | | | | | |
| 2-11-0000 | **Walls** | | | | | | $ - | | **Walls** | | | | $ - | $ - | $ - | | $ - | #DIV/0! |
| 2-11-0100 | Retaining Walls | Retaining Walls Installation | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 2' 0" | lf | $ 30.10 | | $ - | | | | | | | $ - | | | | | |
| | | 2'8" | lf | $ 38.45 | | $ - | | | | | | | $ - | | | | | |
| | | 3'4" | lf | $ 46.66 | | $ - | | | | | | | $ - | | | | | |
| | | 4'0" | lf | $ 54.70 | | $ - | | | | | | | $ - | | | | | |
| | | 4'8" | lf | $ 54.00 | | $ - | | | | | | | $ - | | | | | |
| | | 5'4" | lf | $ 69.22 | | $ - | | | | | | | $ - | | | | | |
| | | 6'0" | lf | $ 77.24 | | $ - | | | | | | | $ - | | | | | |
| | | 6'8" | lf | $ 83.40 | | $ - | | | | | | | $ - | | | | | |
| | | 7'4" | lf | $ 92.25 | | $ - | | | | | | | $ - | | | | | |
| | | 8'0" | lf | $ 102.00 | | $ - | | | | | | | $ - | | | | | |
| | | 8'8" | lf | $ 112.20 | | $ - | | | | | | | $ - | | | | | |