## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

## Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9'4" | lf | $ 123.42 | | $ - | | | | | | | $ - | | | | | |
| | | 10'0" | lf | $ 135.78 | | $ - | | | | | | | $ - | | | | | |
| | | 10'8" | lf | $ 149.34 | | $ - | | | | | | | $ - | | | | | |
| | | 11'4" | lf | $ 164.27 | | $ - | | | | | | | $ - | | | | | |
| | | 12'0" | lf | $ 180.70 | | $ - | | | | | | | $ - | | | | | |
| | | 12'6" | lf | $ 198.77 | | $ - | | | | | | | $ - | | | | | |
| | | 13'4" | lf | $ 218.65 | | $ - | | | | | | | $ - | | | | | |
| | | 14'0" | lf | $ 240.51 | | $ - | | | | | | | $ - | | | | | |
| | | 14'8" | lf | $ 264.58 | | $ - | | | | | | | $ - | | | | | |
| | | 15'4" | lf | $ 291.02 | | $ - | | | | | | | $ - | | | | | |
| | | 16'0" | lf | $ 320.12 | | $ - | | | | | | | $ - | | | | | |
| | | 16'8" | lf | $ 352.13 | | $ - | | | | | | | $ - | | | | | |
| | | 17'4" | lf | $ 387.34 | | $ - | | | | | | | $ - | | | | | |
| | | Transformer Walls | ea | $ 750.00 | | $ - | | | | | | | $ - | | | | | |
| | | Entry Monumentation | ea | $ 3,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Hard Rock Allowance | lot | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| 2-11-0200 | Blockwalls | 5' Masonry Interior and Perimeter Wall (decorative) | lf | $ 35.00 | | $ - | | | | | | | $ - | | | | | |
| | | 3' Masonry Perimeter Wall (no iron) | lf | $ 28.50 | | $ - | | | | | | | $ - | | | | | |
| 2-11-0300 | Paint/Stucco | 5' Masonry Perimeter Wall (decorative) | sf | $ 1.20 | | $ - | | | | | | | $ - | | | | | |
| | | 2' Masonry Perimeter Wall (no iron) | sf | $ 1.20 | | $ - | | | | | | | $ - | | | | | |
| 2-11-0400 | Columns | Columns | ea | $ 370.00 | | $ - | | | | | | | $ - | | | | | |
| 2-11-0500 | Iron Fence Interior | 3' | lf | $ 20.00 | | $ - | | | | | | | $ - | | | | | |
| | | 5' | lf | $ 35.00 | | $ - | | | | | | | $ - | | | | | |
| | | Mow Curb | lf | $ 8.00 | | $ - | | | | | | | $ - | | | | | |
| 2-11-0600 | Iron Fence Exterior | 3' | lf | $ 20.00 | | $ - | | | | | | | $ - | | | | | |
| | | 5' | lf | $ 35.00 | | $ - | | | | | | | $ - | | | | | |
| | | Mow Curb | lf | $ 8.00 | | $ - | | | | | | | $ - | | | | | |
| 2-12-0000 | **Paving** | | | | | | $ 862,590.56 | | **Paving** | | | | | $ - | $ 862,590.56 | 862,590.56 | | $ - |
| 2-12-0100 | Paving Offsite | Streets | | $ - | | $ - | | | | | | | $ - | | $ 862,590.56 | | | |
| | | Paving | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 2" Asphalt Paving | sy | $ 4.32 | | $ - | | | | | | | $ - | | | | | |
| | | 3" Asphalt Paving | sy | $ 6.52 | 18922 | $ 123,371.44 | | | | | | | $ - | | | | | |
| | | 4" Asphalt Paving | sy | $ 8.32 | 41691 | $ 346,869.12 | | | | | | | $ - | | | | | |
| | | 5" Asphalt Paving | sy | $ 10.89 | | $ - | | | | | | | $ - | | | | | |
| | | Type I and/or Type II Base (Haul and Place) | cy | $ 11.50 | 20200 | $ 232,300.00 | | | | | | | $ - | | | | | |
| | | Type I and/or Type II Base (Provide, Haul and Place) | cy | $ 15.00 | | $ - | | | | | | | $ - | | | | | |
| | | Subgrade Prep | sf | $ 1.10 | 145500 | $ 160,050.00 | | | | | | | $ - | | | | | |
| | | Seal Coat | ls | $ 0.04 | | $ - | | | | | | | $ - | | | | | |
| | | General Repair/Maintenance | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-12-0200 | Paving Onsite | Streets | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Paving | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 2" Asphalt Paving | sy | $ 4.32 | | $ - | | | | | | | $ - | | | | | |
| | | 3" Asphalt Paving | sy | $ 6.52 | | $ - | | | | | | | $ - | | | | | |
| | | 4" Asphalt Paving | sy | $ 8.32 | | $ - | | | | | | | $ - | | | | | |
| | | 5" Asphalt Paving | sy | $ 10.89 | | $ - | | | | | | | $ - | | | | | |
| | | Type I and/or Type II Base (Haul and Place) | cy | $ 11.50 | | $ - | | | | | | | $ - | | | | | |
| | | Type I and/or Type II Base (Provide, Haul and Place) | cy | $ 15.00 | | $ - | | | | | | | $ - | | | | | |
| | | Subgrade Prep | sf | $ 1.10 | | $ - | | | | | | | $ - | | | | | |
| | | Seal Coat | ls | $ 0.04 | | $ - | | | | | | | $ - | | | | | |
| | | General Repair/Maintenance | ls | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-13-0000 | **Concrete** | | | | | | $ 759,207.73 | | **Concrete** | | | | | $ - | $ 759,207.73 | 759,207.73 | | $ - |
| 2-13-0100 | Curb & Gutter Offsite | Concrete | | $ - | | $ - | | | | | | | $ - | | $ 759,207.73 | | | |
| | | Curb/Gutter | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | "A" Curb | lf | $ 7.99 | 23707 | $ 189,418.93 | | | | | | | $ - | | | | | |
| | | 24" "L" Curb | lf | $ 12.60 | 16513 | $ 208,063.80 | | | | | | | $ - | | | | | |
| | | Valley Gutter | ea | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 8' Valley Gutter | sf | $ 8.39 | 6000 | $ 50,340.00 | | | | | | | $ - | | | | | |
| 2-13-0200 | Curb & Gutter Onsite | Concrete | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Curb/Gutter | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 30" Roll Curb | lf | $ 7.99 | | $ - | | | | | | | $ - | | | | | |
| | | 24" "L" Curb | lf | $ 12.60 | | $ - | | | | | | | $ - | | | | | |
| | | Valley Gutter | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 8' Valley Gutter | sf | $ 8.39 | | $ - | | | | | | | $ - | | | | | |
| 2-13-0300 | Sidewalks Offsite | Sidewalk | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 5" Thick Concrete Sidewalk | sf | $ 3.30 | 83036 | $ 274,018.80 | | | | | | | $ - | | | | | |
| | | Excavation & Haul Off | sf | $ 0.50 | | $ - | | | | | | | $ - | | | | | |
| | | Type II Placement | sf | $ 0.45 | 83036 | $ 37,366.20 | | | | | | | $ - | | | | | |
| | | Concrete Collars | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4" Thick Meandering Sidewalk | sf | $ 3.30 | | $ - | | | | | | | $ - | | | | | |
| 2-13-0400 | Sidewalks Onsite | Sidewalk | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | 5" Thick Concrete Sidewalk | sf | $ 3.30 | | $ - | | | | | | | $ - | | | | | |
| | | Excavation & Haul Off | sf | $ 0.50 | | $ - | | | | | | | $ - | | | | | |
| | | Type II Placement | sf | $ 0.45 | | $ - | | | | | | | $ - | | | | | |
| | | Concrete Collars | ea | $ 200.00 | | $ - | | | | | | | $ - | | | | | |
| | | 4" Thick Meandering Sidewalk | sf | $ 3.30 | | $ - | | | | | | | $ - | | | | | |
| 2-13-0500 | Concrete Misc. | Overtime/Extras | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-13-0600 | Decorative Concrete | 8" Color Concrete (Bominite) | sf | $ 16.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0000 | **Common Area** | | | | | | $ 3,199,664.00 | | **Common Area** | | | | | $ - | $ 3,199,664.00 | 3,199,664.00 | | $ - |
| 2-14-0100 | Landscaping | Landscape (Aztec Road) | sf | $ 4.00 | 609141 | $ 2,436,564.00 | | | | | | | | | $ 3,199,664.00 | | | |
| | | Landscape (Loop Road) | sf | $ 3.00 | 187700 | $ 563,100.00 | | | | | | | $ - | | | | | |
| | | Reveg | sf | $ 0.70 | | $ - | | | | | | | $ - | | | | | |
| | | Topsoil / Finish Grade | sf | $ 0.15 | | $ - | | | | | | | $ - | | | | | |
| | | Water Feature | ls | $ - | | $ - | | | | | | | $ - | | | | | |