## Major Facilities Budget Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

## Major Facilities Indicated Actual Land Development
### Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete (ie & future bids) | PA | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fan Palms | ea | $ 600.00 | 100 | $ 60,000.00 | | | | | | | $ - | | | | | |
| | | Roadway Landscape Buffer | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | Landscape | sf | $ 3.00 | | $ - | | | | | | | $ - | | | | | |
| | | Hard Dig | sf | $ 0.25 | | $ - | | | | | | | $ - | | | | | |
| | | Lighting | ls | $ 5,000.00 | | $ - | | | | | | | $ - | | | | | |
| | | Lighting | | $ 0.25 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0200 | Landscape Maintenance | Maintenance | sf | $ 0.05 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0300 | Basketball | | | | | $ - | | | | | | | $ - | | | | | |
| 2-14-0400 | Entry Structure | Signage | ls | $ 100,000.00 | 1 | $ 100,000.00 | | | | | | | $ - | | | | | |
| 2-14-0500 | Entry Gates | Per Set | each | $ 40,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0600 | Irrigation/Water/Meter | Water Meter (3/4") | ea | $ 5,250.00 | | $ - | | | | | | | $ - | | | | | |
| | | Water Meter (1-1/2") | ea | $ 20,000.00 | 2 | $ 40,000.00 | | | | | | | $ - | | | | | |
| 2-14-0700 | Playground | | | $ 5,250.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0800 | Pool/Fencing/Phones/Lighting | | | $ 250,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-0900 | Pool Maintenance/Cleaning | | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-14-1000 | Trash Enclosures | | | $ 5,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-1100 | Pool House/Restrooms | | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-14-1200 | Maintenance Building | | | $ 5,000.00 | | $ - | | | | | | | $ - | | | | | |
| 2-14-1300 | Tennis Courts | | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | 339,100.00 | | Street Furniture | | | | | $ - | 339,100.00 | 339,100.00 | | |
| 2-15-0000 | Street Furniture | | | | | | | | | | | | | | $ 339,100.00 | | | |
| 2-15-0100 | Mailboxes | Mailboxes | lot | $ 288.50 | | $ - | | | | | | | $ - | | | | | |
| 2-15-0200 | Street Lights Offsite | Street Light poles,arms, fixtures | ea | $ 742.00 | 50 | $ 37,100.00 | | | | | | | $ - | | | | | |
| 2-15-0300 | Street Lights Onsite | Street Light poles,arms, fixtures | ea | $ 742.00 | | $ - | | | | | | | $ - | | | | | |
| 2-15-0400 | Street signs & Markings | Signing and Striping | | $ 742.00 | | $ - | | | | | | | $ - | | | | | |
| | | Signing and Striping 100' R/W and 80' R/W | lf | $ 20.00 | 15100 | $ 302,000.00 | | | | | | | $ - | | | | | |
| | | Signing and Striping Subdivisions (per unit cost) | per lot | $ 300.00 | | $ - | | | | | | | $ - | | | | | |
| | | Street Signs | ea | $ 20.00 | | $ - | | | | | | | $ - | | | | | |
| | | Standard Street Signs | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Stop Sign/Street Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Street Sign (20% of all intersections, misc signage) | ea | $ 265.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom No Parking Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Yield Sign (10% of intersections will yield) | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Warn to Left or Right Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Speed Limit Sign (25% of intersections) | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Stop Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Golf Cart Crossing Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom No U-turn Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Road Narrows Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom Dead End Sign | ea | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | Custom No ADA Access Sign | ea | $ 2.00 | | $ - | | | | | | | $ - | | | | | |
| 2-15-9500 | Barricades Purchased | Subdivision skipping (red curb, FH, blue dots) | lf of CL | $ 170.00 | | $ - | | | | | | | $ - | | | | | |
| | | | | $ 2.00 | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 2-16-0000 | Land Improvements | | | | | $ - | | | Land Improvements | | | | | $ - | $ - | $ - | | #DIV/0! |
| 2-16-0100 | Construction Loan Interest | Paul Huggins | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-16-0200 | Land Carry | Paul Huggins | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-16-0300 | Property Taxes | Paul Huggins | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-16-0400 | Supervision | Paul Huggins | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 2-17-0000 | Bond Execution | | | | | $ - | | | Bond Execution | | | | | $ - | $ - | $ - | | #DIV/0! |
| 2-17-0100 | Surety Bond Purchase | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0200 | Curb & Gutter - R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0300 | Sidewalks - R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0400 | Dry Utilities R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0500 | Wet Utilities R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0600 | Street Furniture R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0700 | Misc. Bond Exoneration | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0800 | Paving/Asphalt R & R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-0900 | R & R Blockwalls | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-17-1000 | Stripping/Painting R&R | No Budget - Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 2-18-0000 | HOA Turnover | | | | | $ - | | | HOA Turnover | | | | | $ - | $ - | $ - | | #DIV/0! |
| 2-18-0100 | Landscape R & R | No Budget Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-18-0200 | Street Furniture R & R | No Budget Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-18-0300 | Asphalt R & R | No Budget Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| 2-18-0400 | Misc. HOA Turnover | No Budget Dummy House | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 2-19-0000 | Security | | | | | $ - | | | Security | | | | | $ - | $ - | $ - | | #DIV/0! |
| 2-19-0100 | Security/Patrol/Onsite | | lot | $ - | | $ - | | | | | | | $ - | | | | | |
| | Committed as of 10/26/04 | | | $ - | | $ - | | | | | | | | | | | | |
| | | | | Original Budget | $ 19,436,884.38 | | | | | | | | Indicated Actual | $ 19,436,884.38 | | | | |
| | | | | Original Quantity of Lots | | | | | | | | Total Quantity of Lots | | | | | |
| | | | | Original Lot Cost | #DIV/0! | | | | | | | Lot Cost | #DIV/0! | | | | |

6/2/2005 8:31 AM

C:\Documents and Settings\Bill\My Documents\My Documents\Kingman\Kingman\Budgets\Copy of Budget - GV Majors

**Major Facilities Budget Engineering**
Project: Golden Valley Phase 1 Off-Sites (Majors)

**Major Facilities Indicated Actual Engineering**
Project: Golden Valley Phase 1 Off-Sites (Majors)

| Code | Description | Detail | Units | Unit Cost | Qty | Extension Amount | Total Estimate | Contractor | Description | Date | Unit Cost | Qty | Extension Amount | Contracted Amount | Cost to Complete po & future bids | I/A | Increase (Decrease) from Original | Percentage from Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-00-0000 | ENGINEERING | | | | | $ | $ - | | ENGINEERING | | | | $ - | $ - | $ - | | | #DIV/0! |
| | | Reconciliation Table | | | | $ - | | | Reconciliation Table | | | | $ - | | | | | |
| | Site Acreage | Gross Acreage of Site | ac | | | $ - | | | | | | | $ - | | | | | |
| | Number of Lots | Total number of Lots/Units | # | $ - | | $ - | | | | | | | $ - | | | | | |
| | Centerline Distance | Linear Feet of Centerline | lf | $ - | | $ - | | | | | | | $ - | | | | | |
| | Right-of-Way Width | Back of Sidewalk Width | lf | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | Assumptions | | | | | $ - | | | | | | | $ - | | | | | |
| | Depth of Sewer | 8' Average Depth | | $ - | | $ - | | | | | | | $ - | | | | | |
| | Manhole Spacing | | lf | $ - | | $ - | | | | | | | $ - | | | | | |
| | Avg. Sewer Lateral Length | From autocad average across r.o.w. | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | Street Light Spacing | | | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | Interior Block Screen Walls | Assumed liner footage per lot for estimates (where is this?) | lf | $ - | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| | | | | | | $ - | | | | | | | $ - | | | | | |
| 1-01-0000 | Consulting/Engineering | | | | | | $ 2,375,800.00 | | Consulting/Engineering | | | | $ - | $ 2,375,800.00 | $ 2,375,800.00 | | | 0% |
| 1-01-0100 | Concept Renderings | | EA | $ 1,000.00 | 1 | $ 1,000.00 | | | | | | | $ - | $ 2,375,800.00 | | | | |
| 1-01-0200 | Soils / Reports | | LS | $ 5,000.00 | 1 | $ 5,000.00 | | | | | | | $ - | | | | | |
| 1-01-0300 | Environmental/Site Assessment | | LS | $ 2,000.00 | 1 | $ 2,000.00 | | | | | | | $ - | | | | | |
| | Preliminary Engineering | | | | | $ - | | | | | | | $ - | | | | | |
| 1-01-0700 | Feasibility Studies | | LS | $ 3,560.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-1100 | Topography | | Per Acre | $ 100.00 | 20 | $ 2,000.00 | | | | | | | $ - | | | | | |
| 1-01-1400 | Exhibits | Lot sequencing maps | LS | $ 1,650.00 | 6 | $ 9,900.00 | | | | | | | $ - | | | | | |
| 1-01-2700 | Site Planning | Planning | LS | $ 10,000.00 | 1 | $ 10,000.00 | | | | | | | $ - | | | | | |
| | | Entitlements | LS | $ 2,000.00 | 6 | $ 12,000.00 | | | | | | | $ - | | | | | |
| | Engineering Civil Design | | | | | $ - | | | | | | | $ - | | | | | |
| 1-01-0500 | Engineering Mapping | Tentative Maps | LS | $ 5,000.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-1800 | Final Mapping | Final Maps | Per Lot | $ 100.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-0400 | Prelim. Civil Engineering | Master Grading Plans / Storm Drain | LS | $ 365,000.00 | 1 | $ 365,000.00 | | | | | | | $ - | | | | | |
| | | Water Network Analysis / Design | LS | $ 560,000.00 | 1 | $ 560,000.00 | | | | | | | $ - | | | | | |
| | | Engineering Cost Estimates | LS | $ 1,000.00 | 1 | $ 1,000.00 | | | | | | | $ - | | | | | |
| 1-01-0600 | Technical Drainage Study | | LS | $ 82,300.00 | 1 | $ 82,300.00 | | | | | | | $ - | | | | | |
| 1-01-1200 | Traffic Study | | LS | $ 80,000.00 | 1 | $ 80,000.00 | | | | | | | $ - | | | | | |
| | Stormwater Discharge Permit | | LS | $ 1,000.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-0400 | Civil Engineering | WWTP Facility / Pump & Water Res. System | LS | $ 625,000.00 | 1 | $ 625,000.00 | | | | | | | $ - | | | | | |
| | | Street / Sewer Plans & Profiles | LS | $ 475,000.00 | 1 | $ 475,000.00 | | | | | | | $ - | | | | | |
| | | Traffic Signage & Stripping Plans | LS | $ 70,000.00 | 1 | $ 70,000.00 | | | | | | | $ - | | | | | |
| | | Block / Retaining Wall Plans | Per Lot | $ 50.00 | | $ - | | | | | | | | $ - | | | | | |
| 1-01-1400 | Exhibits | Street Furniture Plans | LS | $ 2,000.00 | 1 | $ 2,000.00 | | | | | | | $ - | | | | | |
| | | Release Sequence | LS | $ 2,500.00 | | $ - | | | | | | | | $ - | | | | | |
| | | Lot Fit Analysis | Per Lot | $ 10.00 | | $ - | | | | | | | | $ - | | | | | |
| | | Project Phasing Exhibits | LS | $ 2,500.00 | 1 | $ 2,500.00 | | | | | | | $ - | | | | | |
| | | Miscellaneous Exhibits | LS | $ 1,000.00 | 6 | $ 6,000.00 | | | | | | | $ - | | | | | |
| 1-01-0800 | Plot Plans | | Per Lot | $ 100.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-1500 | Dry Utility Coordination | | LS | $ 41,000.00 | 1 | $ 41,000.00 | | | | | | | $ - | | | | | |
| 1-01-1700 | Engineering Structural | | LS | $ 75.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-2100 | Legal Descriptions | w/ Exhibits | LS | $ 650.00 | 6 | $ 3,900.00 | | | | | | | $ - | | | | | |
| | | w/o Exhibits | LS | $ 450.00 | 6 | $ 2,700.00 | | | | | | | $ - | | | | | |
| 1-01-1300 | Legal Fees | | LS | $ 1,200.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-1900 | Revisions-Rhodes | | LS | $ - | | $ - | | | | | | | $ - | | | | | |
| 1-01-2100 | Revisions-Others | | LS | $ - | | $ - | | | | | | | $ - | | | | | |
| 1-01-2200 | Drainage Compliance Certificate | | LS | $ - | | $ - | | | | | | | $ - | | | | | |
| 1-01-1000 | Survey | Pad Certifications | Per Lot | $ 45.00 | | $ - | | | | | | | $ - | | | | | |
| | | Boundary/Prelim Survey | LS | $ 100.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-0900 | Project Monumentation | | LS | $ 2,000.00 | | $ - | | | | | | | $ - | | | | | |
| | Sign Location Staking | | Per Sign | $ 500.00 | 20 | $ 10,000.00 | | | | | | | $ - | | | | | |
| 1-01-1600 | Finish Floor Certifications | | Per Lot | $ 55.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-2400 | Reimbursables | | Per lot | $ 30.00 | | $ - | | | | | | | $ - | | | | | |
| 1-01-2500 | Reprographics/Copies | | LS | $ 5,000.00 | 1 | $ 5,000.00 | | | | | | | $ - | | | | | |