| Code | Item | Type | Unit | Unit Cost | Qty | Total | Subtotal | Category | | | Actual | | Indicated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-01-2700 | Storm Water Plan | | LS | $ 2,500.00 | 1 | $ 2,500.00 | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| 1-03-0000 | **Permits and Fees** | | | | | | $ 28,170.00 | **Permits and Fees** | | | $ - | $ 28,170.00 | $ 28,170.00  #DIV/0! |
| 1-03-0100 | Civil Improvement Plan Fees | | | | | $ - | | | | | $ - | | $ 28,170.00 |
| 1-03-0200 | FEMA Certification | | LS | $ 8,000.00 | | $ - | | | | | $ - | | |
| 1-03-0300 | Final Map Fees | | per lot | $ 605.00 | | $ - | | | | | $ - | | |
| 1-03-0400 | Hydrology Plan Check Fees | | LS | $ 5,000.00 | 1 | $ 5,000.00 | | | | | $ - | | |
| 1-03-0500 | Recording Fees | | LS | $ 1,000.00 | | $ - | | | | | $ - | | |
| 1-03-0600 | Tenative Map Fees | | LS | $ 800.00 | | $ - | | | | | $ - | | |
| 1-03-0700 | Variance/Waiver Fees | | LS | $ 500.00 | | $ - | | | | | $ - | | |
| 1-03-0800 | Zoning Fees | | LS | $ 1,500.00 | 6 | $ 9,000.00 | | | | | $ - | | |
| 1-03-0900 | Traffic Mitigation Fees | | LS | $ 5,000.00 | 1 | $ 5,000.00 | | | | | $ - | | |
| 1-03-1000 | Major Project Fees | | N/A | $ - | | $ - | | | | | $ - | | |
| 1-03-1100 | Water Application Fees | | ls | $ 200.00 | 6 | $ 1,200.00 | | | | | $ - | | |
| 1-03-1200 | Water Meter Fees | | per lot | $ 1,000.00 | 6 | $ 6,000.00 | | | | | $ - | | |
| 1-03-1300 | Water Resource Fees | | LS | $ 150.00 | | $ - | | | | | $ - | | |
| 1-03-1400 | Building Permit Planscheck Fees | | | $ - | | $ - | | | | | $ - | | |
| 1-03-1500 | Building Permit Fee | | | $ - | | $ - | | | | | $ - | | |
| 1-03-1600 | Health Dept. Fees | | per lot | $ 500.00 | 1 | $ 500.00 | | | | | $ - | | |
| 1-03-1700 | Sanitation Fees | | N/A | $ - | | $ - | | | | | $ - | | |
| 1-03-1800 | Drainage Study Fees | | N/A | $ - | | $ - | | | | | $ - | | |
| 1-03-1900 | Fire Dept. Fees | | LS | $ 120.00 | 1 | $ 120.00 | | | | | $ - | | |
| 1-03-2000 | Design Review Fees | | LS | $ 750.00 | 1 | $ 750.00 | | | | | $ - | | |
| 1-03-2100 | Revisions | | ea | $ 100.00 | 6 | $ 600.00 | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| 1-04-0000 | **Design** | | | | | | $ 65,100.00 | **Design** | | | $ - | $ 65,100.00 | $ 65,100.00  $ - |
| 1-04-0100 | Architecture | per Model | ea | $ 38,000.00 | 1 | $ 38,000.00 | | | | | $ - | | $ 65,100.00 |
| 1-04-0200 | Architecture Structural | per Model | sf | $ 1.60 | 1000 | $ 1,600.00 | | | | | $ - | | |
| 1-04-0300 | Architecture Landscape | Model Complex | ls | $ 10,200.00 | | $ - | | | | | $ - | | |
| | | Common Area | ls | $ 24,500.00 | 1 | $ 24,500.00 | | | | | $ - | | |
| 1-04-0400 | Mech/Plumb. Design | per Model | sf | $ 1.00 | 1000 | $ 1,000.00 | | | | | $ - | | |
| 1-04-0500 | Blueprints | | ls | $ - | | $ - | | | | | $ - | | |
| 1-04-0600 | Conceptual Design | | ls | $ - | | $ - | | | | | $ - | | |
| 1-04-0700 | Revisions | | ls | $ - | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |
| | | | | | | $ - | | | | | $ - | | |

| | | |
|---|---|---|
| **Original Budget** | $ 2,469,070.00 | **Indicated Actual** $ 2,469,070.00 |
| **Original Quantity of Lots** | | **Total Quantity of Lots** |
| **Original Lot Cost** | #DIV/0! | **Lot Cost** #DIV/0! |

FINANCIAL
OUTLOOK

# MOHAVE LAND COMPANY
## GOLDEN VALLEY MASTER PLAN 3 YEAR FINANCIAL OUTLOOK
*MAJOR OFF-SITE INFRASTRUCTURE*

## YEAR 2005

| LAND DEVELOPMENT | OVERALL BUDGET | January-05 | February-05 | March-05 | April-05 | May-05 | June-05 | July-05 | August-05 | September-05 | October-05 | November-05 | December-05 | 05 - TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental / Temporary | 122,900.00 | | | | | | | | | | | $6,000.00 | $6,000.00 | $12,000.00 |
| Maintenance / Repair | - | | | | | | | | | | | | | $0.00 |
| Theft | 5,000.00 | | | | | | | | | | | | | $0.00 |
| Environmental | 21,000.00 | | | | | | | | | | | | | $0.00 |
| Spoils | 25,000.00 | | | | | | | | | | | | | $0.00 |
| Consulting / Engineering | 583,500.00 | | | | | | | | | | $24,312.50 | $24,312.50 | | $48,625.00 |
| Permits & Fees | 347,617.09 | | | | | | | | | $75,000.00 | | | | $75,000.00 |
| Grading | 1,634,500.00 | | | | | | | | | | $100,000.00 | $250,000.00 | $500,000.00 | $850,000.00 |
| Wet Utilities | 10,097,620.00 | | | | | | | | | | | | | $0.00 |
| Dry Utilities | 1,439,185.00 | | | | | | | | | | | | | $0.00 |
| Walls | - | | | | | | | | | | | | | $0.00 |
| Paving | 862,590.56 | | | | | | | | | | | | | $0.00 |
| Concrete | 759,207.73 | | | | | | | | | | | | | $0.00 |
| Common Area | 3,199,664.00 | | | | | | | | | | | | | $0.00 |
| Street Furniture | 339,100.00 | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | $0.00 |
| **ENGINEERING** | | | | | | | | | | | | | | |
| Consulting / Engineering | 2,375,800.00 | | | | | | | | $100,000.00 | $197,983.33 | $197,983.33 | $197,983.33 | $197,983.33 | $197,983.33 | $1,089,916.65 |
| Permits & Fees | 28,170.00 | | | | | | | | | | | $10,000.00 | | $10,000.00 |
| Architectural Design | 65,100.00 | | | | | | | | | | $8,137.50 | $8,137.50 | $8,137.50 | $8,137.50 | $32,550.00 |
| | | | | | | | | | | | | | | $0.00 |
| **DUMMY HOUSE** | | | | | | | | | | | | | | |
| Bond Exoneration | - | | | | | | | | | | | | | $0.00 |
| Common Area | - | | | | | | | | | | | | | $0.00 |
| Consulting / Engineering | - | | | | | | | | | | | | | $0.00 |
| Environmental | - | | | | | | | | | | | | | $0.00 |
| Land Improvements | - | | | | | | | | | | | | | $0.00 |
| Rental Temporary | - | | | | | | | | | | | | | $0.00 |
| Spoils | - | | | | | | | | | | | | | $0.00 |
| Supervision | - | | | | | | | | | | | | | $0.00 |
| Permits & Fees | - | | | | | | | | | | | | | $0.00 |
| **TOTALS** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100,000.00 | $197,983.33 | $281,120.83 | $330,433.33 | $496,433.33 | $712,120.83 | $2,118,091.65 |



**SUB TOTAL (2005)**   $2,118,091.65

