# MOHAVE LAND COMPANY
## GOLDEN VALLEY MASTER PLAN 3 YEAR FINANCIAL OUTLOOK
### *MAJOR OFF-SITE INFRASTRUCTURE*

## YEAR 2006

| LAND DEVELOPMENT | OVERALL BUDGET | January-06 | February-06 | March-06 | April-06 | May-06 | June-06 | July-06 | August-06 | September-06 | October-06 | November-06 | December-06 | 06 - TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental / Temporary | 122,900.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $55,440.00 |
| Maintenance / Repair | - | | | | | | | | | | | | | $0.00 |
| Theft | 5,000.00 | | | | | | | | | | | $357.14 | $357.14 | $714.28 |
| Environmental | 21,000.00 | | | | | $1,000.00 | $1,000.00 | $1,000.00 | | | $2,000.00 | $2,000.00 | $2,000.00 | $9,000.00 |
| Spoils | 25,000.00 | | | | | | | | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $15,625.00 |
| Consulting / Engineering | 583,500.00 | | | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $243,125.00 |
| Permits & Fees | 347,617.09 | | | | | $200,000.00 | | $50,000.00 | $22,617.09 | | | | | $272,617.09 |
| Grading | 1,634,500.00 | $500,000.00 | $200,000.00 | $50,000.00 | $34,500.00 | | | | | | | | | $784,500.00 |
| Wet Utilities | 10,097,620.00 | | | | | $250,000.00 | $500,000.00 | $1,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $1,500,000.00 | $600,000.00 | $9,850,000.00 |
| Dry Utilities | 1,439,185.00 | | | | | | | | $50,000.00 | $150,000.00 | $250,000.00 | $350,000.00 | $350,000.00 | $1,150,000.00 |
| Walls | - | | | | | | | | | | | | | $0.00 |
| Paving | 862,590.56 | | | | | | | | | | $625,476.56 | $137,114.00 | $100,000.00 | $862,590.56 |
| Concrete | 759,207.73 | | | | | | | | | $50,000.00 | $500,000.00 | $150,000.00 | $59,207.73 | $759,207.73 |
| Common Area | 3,199,664.00 | | | | | | | | | | | $500,000.00 | $1,500,000.00 | $2,000,000.00 |
| Street Furniture | 339,100.00 | | | | | | | | | | | $100,000.00 | $100,000.00 | $200,000.00 |
| | | | | | | | | | | | | | | $0.00 |
| **ENGINEERING** | | | | | | | | | | | | | | |
| Consulting / Engineering | 2,375,800.00 | $197,983.33 | $197,983.33 | $197,983.33 | $197,983.33 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $50,000.00 | $43,950.03 | | | $1,285,883.35 |
| Permits & Fees | 28,170.00 | | | $10,000.00 | $8,170.00 | | | | | | | | | $18,170.00 |
| Architectural Design | 65,100.00 | $8,137.50 | $8,137.50 | $8,137.50 | $8,137.50 | | | | | | | | | $32,550.00 |
| | | | | | | | | | | | | | | $0.00 |
| **DUMMY HOUSE** | | | | | | | | | | | | | | |
| Bond Exoneration | - | | | | | | | | | | | | | $0.00 |
| Common Area | - | | | | | | | | | | | | | $0.00 |
| Consulting / Engineering | - | | | | | | | | | | | | | $0.00 |
| Environmental | - | | | | | | | | | | | | | $0.00 |
| Land Improvements | - | | | | | | | | | | | | | $0.00 |
| Rental Temporary | - | | | | | | | | | | | | | $0.00 |
| Spoils | | | | | | | | | | | | | | $0.00 |
| Supervision | - | | | | | | | | | | | | | $0.00 |
| Permits & Fees | - | | | | | | | | | | | | | $0.00 |
| **TOTALS** | | $710,740.83 | $410,740.83 | $295,053.33 | $277,723.33 | $579,932.50 | $629,932.50 | $1,179,932.50 | $2,204,674.59 | $2,282,057.50 | $3,453,484.09 | $2,771,528.64 | $2,743,622.37 | $17,539,423.01 |

| SUB TOTAL (2006) | $17,539,423.01 |
|---|---|


RHODES HOMES

# MOHAVE LAND COMPANY
## GOLDEN VALLEY MASTER PLAN 3 YEAR FINANCIAL OUTLOOK
### *MAJOR OFF-SITE INFRASTRUCTURE*

## YEAR 2007

| LAND DEVELOPMENT | OVERALL BUDGET | January-07 | February-07 | March-07 | April-07 | May-07 | June-07 | July-07 | August-07 | September-07 | October-07 | November-07 | December-07 | 07 - TOTALS | COSTS TO COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental / Temporary | 122,900.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,620.00 | $4,640.00 | $55,460.00 | $0.00 |
| Maintenance / Repair | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Theft | 5,000.00 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.14 | $357.18 | $4,285.72 | $0.00 |
| Environmental | 21,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | | | | | | | $12,000.00 | $0.00 |
| Spoils | 25,000.00 | $3,125.00 | $3,125.00 | $3,125.00 | | | | | | | | | | $9,375.00 | $0.00 |
| Consulting / Engineering | 583,500.00 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $24,312.50 | $291,750.00 | $0.00 |
| Permits & Fees | 347,617.09 | | | | | | | | | | | | | $0.00 | $0.00 |
| Grading | 1,634,500.00 | | | | | | | | | | | | | $0.00 | $0.00 |
| Wet Utilities | 10,097,620.00 | $146,243.00 | $101,377.00 | | | | | | | | | | | $247,620.00 | $0.00 |
| Dry Utilities | 1,439,185.00 | $150,000.00 | $100,000.00 | $39,185.00 | | | | | | | | | | $289,185.00 | $0.00 |
| Walls | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Paving | 862,590.56 | | | | | | | | | | | | | $0.00 | $0.00 |
| Concrete | 759,207.73 | | | | | | | | | | | | | $0.00 | $0.00 |
| Common Area | 3,199,664.00 | $1,000,000.00 | $199,664.00 | | | | | | | | | | | $1,199,664.00 | $0.00 |
| Street Furniture | 339,100.00 | $100,000.00 | $39,100.00 | | | | | | | | | | | $139,100.00 | $0.00 |
| | | | | | | | | | | | | | | $0.00 | $0.00 |
| **ENGINEERING** | | | | | | | | | | | | | | | |
| Consulting / Engineering | 2,375,800.00 | | | | | | | | | | | | | $0.00 | $0.00 |
| Permits & Fees | 28,170.00 | | | | | | | | | | | | | $0.00 | $0.00 |
| Architectural Design | 65,100.00 | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | | $0.00 | $0.00 |
| **DUMMY HOUSE** | | | | | | | | | | | | | | | |
| Bond Exoneration | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Common Area | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Consulting / Engineering | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Environmental | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Land Improvements | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Rental Temporary | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Spoils | | | | | | | | | | | | | | $0.00 | $0.00 |
| Supervision | - | | | | | | | | | | | | | $0.00 | $0.00 |
| Permits & Fees | - | | | | | | | | | | | | | $0.00 | $0.00 |
| **TOTALS** | | $1,430,657.64 | $474,555.64 | $73,599.64 | $31,289.64 | $31,289.64 | $31,289.64 | $29,289.64 | $29,289.64 | $29,289.64 | $29,289.64 | $29,289.64 | $29,309.68 | $2,248,439.72 | |

| SUB TOTAL (2007) | $2,248,439.72 |
|---|---|
| **TOTAL COSTS** | $21,905,954.38 | $0.00 |



RHODES
H O M E S

EXHIBITS