

RHODES CONCEPTUAL WATER SUPPLY

REV: 05/26/05