

RHODES DRY UTILITIES IMPROVEMENTS — REV: 05/26/05

① **TYPICAL LOOP RD. STREET SECTION**

Labels: R/W PL, 83' ROW, R/W PL, FUTURE 25', FUTURE 23', C/L, 23', 12', LOT DIMENSION, 2%, 1.5%, VARIES, 4:1 MAX, GOLF COURSE, 5' MEANDERING SIDEWALK

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS

STREET
SECTIONS

### ① TYPICAL LOOP RD. STREET SECTION

- 83' ROW
- R/W PL
- FUTURE 25'
- FUTURE 23'
- CL
- 23'
- 12'
- VARIES
- 4:1 MAX
- GOLF COURSE
- LOT DIMENSION
- 2%
- 1.5%
- 8'
- 5' MEANDERING SIDEWALK

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS



② **TYPICAL LOOP RD. STREET SECTION**
FROM AZTEC WEST TO FIRST ENTRANCE INTO POD

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS



**(3) TYPICAL LOOP RD. STREET SECTION**
FROM AZTEC EAST TO FIRST ENTRANCE INTO POD

NOTE: ALL LANDSCAPING FROM PL TO PL TO BE MAINTAINED BY MASTER HOMEOWNER ASSOCIATION



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



④ **TYPICAL AZTEC RD. STREET SECTION**
NORTH OF GOLF COURSE FROM ROUND-A-BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING FROM PL TO PL TO BE MAINTAINED BY MASTER HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



**⑤ TYPICAL AZTEC RD. STREET SECTION**
SOUTH OF GOLF COURSE FROM ROUND-A-BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



**⑥ TYPICAL LOOP RD. STREET SECTION**

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



**⑦ TYPICAL MID LEVEL RD. STREET SECTION**

NOTE: ALL LANDSCAPING FROM PL TO PL TO BE MAINTAINED BY MASTER HOMEOWNER ASSOCIATION



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



(8) TYPICAL ENTRY STREET SECTION

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES MOHAVE**
STREET IMPROVEMENT STANDARDS



## ⑨ TYPICAL COLLECTOR STREET SECTION

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS



**10 TYPICAL INTERIOR STREET SECTION**

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS



(11) TYPICAL ENTRY BRIDGE SECTION

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS



## 12  TYPICAL INTERIOR STREET SECTION

NOTE: ALL LANDSCAPING FROM PL TO PL
TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

# RHODES MOHAVE
STREET IMPROVEMENT STANDARDS

DESIGN
SCHEDULES