# Golden Valley Master Project Schedule

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 1 | **Golden Valley Mass Grading** | **232 days** | **Wed 6/8/05** | **Thu 4/27/06** |
| 1 | **Early Grading Permit** | **232 days** | **Wed 6/8/05** | **Thu 4/27/06** |
| 2 | Notice to Proceed for Rhodes Homes | 0 days | Wed 6/8/05 | Wed 6/8/05 |
| 3 | Rhodes Approval of Lot Layout | 3 days | Wed 6/8/05 | Fri 6/10/05 |
| 4 | Lot Calculations and Closure | 31 days | Mon 6/13/05 | Mon 7/25/05 |
| 5 | Grading Plans | 46 days | Wed 6/15/05 | Wed 8/17/05 |
| 6 | (Rhodes Home Review / Approval of Grading Plan) | 3 days | Thu 8/18/05 | Mon 8/22/05 |
| 7 | Golf Course Architect Design | 60 days | Thu 8/18/05 | Wed 11/9/05 |
| 9 | Finalize Grading Plan / Calculate Quantities | 5 days | Tue 8/23/05 | Mon 8/29/05 |
| 11 | Submit Grading Plan to Mohave County | 0 days | Mon 8/29/05 | Mon 8/29/05 |
| 13 | Mohave County Building / Engineering Review | 20 days | Tue 8/30/05 | Mon 9/26/05 |
| 14 | Rhodes Homes Prepare Bond / Credit | 5 days | Tue 8/30/05 | Mon 9/5/05 |
| 15 | At-Risk Grding Permit Issued | 2 days | Tue 9/27/05 | Wed 9/28/05 |
| 16 | Prepare Geotechnical Evaluation | 20 days | Mon 8/1/05 | Fri 8/26/05 |
| 17 | 404 Permit | 232 days | Wed 6/8/05 | Thu 4/27/06 |
| 2 | **Golden Valley Roadway and Circulation** | **178 days** | **Mon 6/20/05** | **Tue 3/7/06** |
| 1 | **Golden Valley Transportation** | **178 days** | **Mon 6/20/05** | **Tue 3/7/06** |
| 2 | **Master Planned Community Traffic Study** | **178 days** | **Mon 6/20/05** | **Tue 3/7/06** |
| 9 | Aztec Rd Geo-tech Report | 45 days | Tue 8/2/05 | Tue 10/4/05 |
| 11 | **Aztec Rd Imp Plans - 30%** | **128 days** | **Tue 8/30/05** | **Tue 3/7/06** |
| 18 | **Aztec Rd (North) Imp Plans - Phase 1 (100%)** | **118 days** | **Tue 8/30/05** | **Tue 2/21/06** |
| 30 | **North Loop Rd (West) Imp Plans - Phase 1 (100%)** | **82 days** | **Tue 8/30/05** | **Thu 12/29/05** |
| 41 | North Loop Rd (West) Geo-tech Report | 45 days | Tue 8/30/05 | Tue 11/1/05 |
| 42 | **North Loop Rd (East) Imp Plans - Phase 1 (100%)** | **108 days** | **Tue 8/30/05** | **Mon 2/6/06** |
| 53 | North Loop Rd (East) Geo-tech Report | 45 days | Tue 8/30/05 | Tue 11/1/05 |
| 54 | **Aztec Rd (South) Imp Plans - Phase 1 (100%)** | **117 days** | **Tue 8/30/05** | **Fri 2/17/06** |
| 3 | **Golden Valley Drainage Facilities** | **323 days** | **Fri 6/24/05** | **Tue 9/19/06** |
| 1 | **Golden Valley South** | **276 days** | **Tue 8/30/05** | **Tue 9/19/06** |
| 2 | **Phase 1 Master Drainage Study** | **276 days** | **Tue 8/30/05** | **Tue 9/19/06** |
| 3 | Master Plan | 15 days | Thu 11/10/05 | Wed 11/30/05 |
| 4 | Agency review of Master Plan | 30 days | Thu 12/1/05 | Wed 1/11/06 |
| 5 | Response to comments on Master | 7 days | Thu 1/12/06 | Fri 1/20/06 |
| 6 | Agency review and approval on Master | 30 days | Mon 1/23/06 | Fri 3/3/06 |
| 8 | Golf Course HECRAS | 5 days | Thu 11/10/05 | Wed 11/16/05 |
| 9 | Agency Review golf course | 30 days | Thu 11/17/05 | Wed 12/28/05 |
| 10 | Response to comments on Golf course | 5 days | Thu 12/29/05 | Wed 1/4/06 |
| 11 | Agency review and approval on golf course | 30 days | Thu 1/5/06 | Wed 2/15/06 |
| 12 | CLOMR preparation | 10 days | Mon 3/6/06 | Fri 3/17/06 |
| 13 | Agency signature | 5 days | Mon 3/20/06 | Fri 3/24/06 |
| 14 | CLOMR submittal to FEMA | 0 days | Fri 3/24/06 | Fri 3/24/06 |

Legend: Task, Split, Progress, Milestone, Summary, Project Summary, External Tasks, External Milestone, Deadline

**Stanley Consultants**
A Stanley Group Company
Engineering, Environmental and Construction Services - World

# Golden Valley Master Project Schedule

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 15 | CLOMR review | 60 days | Mon 3/27/06 | Fri 6/16/06 |
| 16 | CLOMR response to comments | 7 days | Mon 6/19/06 | Tue 6/27/06 |
| 17 | CLOMR review | 60 days | Wed 6/28/06 | Tue 9/19/06 |
| 19 | Pod A Update | 7 days | Tue 8/30/05 | Wed 9/7/05 |
| 20 | Pod C Update | 7 days | Thu 9/8/05 | Fri 9/16/05 |
| 21 | **Aztec Parcel (each parcel)** | **15 days** | **Fri 6/24/05** | **Thu 7/14/05** |
| 22 | Aztec Parcel Drainage | 12 days | Fri 6/24/05 | Mon 7/11/05 |
| 23 | HECRAS Model | 3 days | Tue 7/12/05 | Thu 7/14/05 |
| 4 | **Golden Valley Wastewater Treatment Infrastructure** | **497 days** | **Wed 6/8/05** | **Wed 5/30/07** |
| 1 | **Golden Valley Sewer System** | **497 days** | **Wed 6/8/05** | **Wed 5/30/07** |
| 2 | **Permit to Construct** | **497 days** | **Wed 6/8/05** | **Wed 5/30/07** |
| 3 | Notice to Proceed from Rhodes Homes Arizona | 0 days | Wed 6/8/05 | Wed 6/8/05 |
| 4 | Develop Sewer System Model | 19 days | Wed 6/8/05 | Tue 7/5/05 |
| 5 | Rhodes Homes Review / Approval of Model | 1 day | Wed 7/6/05 | Wed 7/6/05 |
| 7 | Design of Sewer System for Phase 1 | 186 days | Thu 7/7/05 | Tue 4/4/06 |
| 9 | Aquifer Protection Permit (APP) @ 60% | 18 days | Tue 11/1/05 | Mon 11/28/05 |
| 10 | Approval to Construct Permit (ATC) @ 90% | 40 days | Fri 3/10/06 | Thu 5/4/06 |
| 11 | Prepare Reclaimed Water Use Permit | 40 days | Fri 3/10/06 | Thu 5/4/06 |
| 12 | ADEQ Approval of APP Permit | 377 days | Tue 11/29/05 | Wed 5/30/07 |
| 13 | **Golden Valley Water Infrastructure** | **262 days** | **Wed 6/8/05** | **Thu 6/22/06** |
| 14 | Notice to Proceed | 0 days | Wed 6/8/05 | Wed 6/8/05 |
| 15 | Develop Water System Feasibility Study | 30 days | Wed 6/8/05 | Wed 7/20/05 |
| 17 | Rhodes Homes Review / Approval of Study | 1 day | Thu 7/21/05 | Thu 7/21/05 |
| 18 | Design of Water System for Phase 1 | 186 days | Fri 7/22/05 | Wed 4/19/06 |
| 19 | ADWR Approval of Plans | 45 days | Thu 4/20/06 | Thu 6/22/06 |
| 5 | **Golden Valley Survey-Design** | **141 days** | **Wed 6/15/05** | **Wed 12/28/05** |
| 1 | Golden Valley 4000 ALTA-20050601 | 63 days | Wed 6/15/05 | Fri 9/9/05 |
| 4 | Identify Utility Potholes | 10 days | Thu 12/15/05 | Wed 12/28/05 |
| 6 | Water Storage Tank 40 Acre Parcel Boundary and Topo | 10 days | Thu 7/21/05 | Wed 8/3/05 |
| 7 | Wastewater Treatment Area Boundary and Topo | 35 days | Wed 6/15/05 | Tue 8/2/05 |
| 6 | **Golden Valley Dry Utility Planning and Coordination** | **180 days** | **Wed 6/8/05** | **Mon 2/27/06** |
| 1 | **Golden Valley Dry Utilities System** | **180 days** | **Wed 6/8/05** | **Mon 2/27/06** |
| 2 | **Approval to Construct** | **180 days** | **Wed 6/8/05** | **Mon 2/27/06** |
| 3 | Notice to Proceed from Rhodes Homes Arizona | 0 days | Wed 6/8/05 | Wed 6/8/05 |
| 4 | Determine Requirements from Dry Utilities | 19 days | Wed 6/8/05 | Tue 7/5/05 |
| 5 | Rhodes Homes Review / Approval | 1 day | Wed 7/6/05 | Wed 7/6/05 |
| 6 | Design of Dry Utilities for Phase 1 | 120 days | Thu 7/7/05 | Tue 12/29/05 |
| 7 | Utility Companies Approval | 40 days | Fri 12/30/05 | Mon 2/27/06 |
| 8 | Mohave County Approval | 40 days | Fri 12/30/05 | Mon 2/27/06 |

**Stanley Consultants**
A Stanley Group Company
Engineering, Environmental and Construction Services - Wor

Legend:
- Task
- Split
- Progress
- Milestone
- Summary
- Project Summary
- External Tasks
- External Milestone
- Deadline