# Exhibit 6

## SUMMARY OF PAYMENTS ON COPYRIGHTED MATERIALS

| Copyright - Registration No. | STATUS | Stanley Materials (Description) | Unpaid Stanley Invoice Nos. | Bates Nos. (ST-RH Prefix) | Amt. Unpaid |
|---|---|---|---|---|---|
| VAu734-126 | Partially Unpaid | Misc Exhibits | 0077824<br>0080020<br>0085672 | 28320<br>27533<br>27545 | $11,923.85 |
| TXu1-352-143 | Partially Unpaid | The Villages at White Hills Engineering Report | 0078621 | 27560 | $23,420.97 |
| VAu734-121 | Partially unpaid | Move County Outlying areas, site plans, misc. exhibits et al | 0069154 | 27456 | $25,014.82 |
| VAu734-125 | Partially Unpaid | GVR - Design Standards; Street Sections, Grading Plans, Water Service Installation | 0076512 | 27573 | $9,529.00 |
| VAu734-125 | Unpaid | Golden Valley Ranch Design Standards - attached to County Development Agreement | 0082182 | 27578 | $2,492.78 |
| VAu734-126 | Unpaid | Rhodes Office and Sales Permits | 0080159 | 27600 | $55,451.22 |
| TXu1-370-358 | Unpaid | Red Lake Area Plan | 0080267 | 27907 | $39,030.00 |
| VAu734-126 | Unpaid | Improvement Plans Aztec 80 | 0065878 | 27568 | $32,545.80 |
| VAu734-126 | Unpaid | Improvement Plans - Aztec 80 | 0076350 | 27569 | $7,500.00 |
| TXu1-370-359 | Partially Unpaid | Peacock Vistas Area Plan | 0080021<br>0081114<br>0082186<br>0083426<br>0085627 | 27606<br>27613<br>27620<br>27625<br>27630 | $44,394.26 |
| VAu734-126 | Partially Unpaid | GVR Mass Grading Pans, Area 1, 2, 3, 5 and Area 6 | 0076360<br>0077782<br>0085620 | 27637<br>27641<br>27645 | $72,934.00 |
| VAu734-126 | Unpaid | Plans as changed for Client changes to Golf Course and R/W arrangements | 0077763<br>0078613 | 27648<br>27652 | $17,668.80 |
| TXu1-352-146 | Partially Unpaid | Golden Valley Ranch Master Traffic Study | 0076292<br>0080911<br>0085632 | 27655<br>27659<br>27662 | $43,490.00 |
| VAu734-126<br>VAu735-127<br>TXu1-349-942 | Partially Unpaid | Aztec Road improvement plans, Shinarump to the Roundabout<br>West Loop Road Improvements<br>East Loop Road Improvements<br>GVR - East Loop Road IP's<br>GVR - West Loop Road - IP's<br>GVR - East Loop Road - Technical Drainage Study | 0077764<br>0080011<br>0083423<br>0085634 | 27665<br>27669<br>27672<br>27676 | $194,566.00 |
| TXu1-352-145 | | Golden Valley Ranch 208 Plan | 0072282 | 28827 | $150,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| TXu1-352-144 | | Amendment<br>Golden Valley Ranch Water and Sewer Master Plan | 0076295<br>0082142<br>0085637 | 27679<br>27683<br>27687 | |
| TXu1-370-357<br>VAu734-126 | | Golden Valley Ranch - Aquifer Protection Permit Application with 60% WWTP Design Effluent Supply Line – Exhibits | 0076296<br>0077787<br>0082146<br>0083424<br>0085640 | 27693<br>27697<br>27701<br>27705<br>27709 | $260,900.00 |
| VAu734-126<br>VAu734-124<br>TXu1-352-144 | | Golden Valley Ranch - Offsite Water Transmission Line Improvement Plans<br>GVR Aztec Road Waterline IP"s from Shinarump to Roundabout<br>Golden Valley Ranch Well No. 1 Plans and Specification<br>Golden Valley Ranch Water and Sewer Master Plan | 0076297<br>0077786<br>0080012<br>0081110<br>0082151<br>0083425<br>0085621 | 27712<br>27717<br>27721<br>27724<br>27728<br>27732<br>27736 | $246,210.00 |
| TXu1-352-146 | | Technical Specifications for Golden Valley Ranch Reservoir 2750 N-1<br>Plans and Technical Specifications for Golden Valley Ranch Reservoir 2750 N-1 | 0076298<br>0077785<br>0080013 | 27739<br>27744<br>27748 | $54,739.00 |
| VAu734-126 | | Golden Valley Ranch Dry Utility Plans - Electrical<br>Golden Valley Ranch Dry Utility Plans - Utilities | 0076294<br>0081111<br>0083421<br>0085622 | 27751<br>27755<br>27759<br>27763 | $4,520.00 |
| VAu734-126 | | Sales office boundary and topo at Aztec and Highway 68<br>Sales office - Site Plan for MC Permits | 0080015<br>0085644 | 27868<br>27871 | $3,641.00 |
| TXu1-352-149 | | GVR - Regional Drainage Studies<br>GVR - Regional Drainage Studies - Exhibits | 0080019<br>0081113<br>0083391 | 27892<br>27897<br>27902 | $52,955.00 |
| VAu734-126 | | Sales office - Site Plan for MC Permits | 0080220 | 27916 | $2,000.00 |
| TXu1-352-148<br><br>TXu1-353-477<br><br>TXu1-352-147<br><br>VAu734-126 | | Technical Drainage Study for Area 1, Phases A & B<br>Technical Drainage Study for Area 2, Phases A & B<br>Technical Drainage Study for Area 3<br>Subdivision Improvement Plans for Area 1 Phase A<br>Subdivision Improvement Plans for Area 2 Phase A<br>Subdivision Improvement Plans for Area 3 | 0080017<br>0085626 | 27874<br>27877 | $123,968.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Golden Valley Ranch, Preliminary Plat for Pod (Area) 1 Golden Valley Ranch, Preliminary Plat for Pod (Area) 2 Golden Valley Ranch, Preliminary Plat for Pod (Area) 3 | | | |
| TXu1-352-148 TXu1-353-477 VAu734-126 | | Technical Drainage Study for Area 1, Phases A & B Technical Drainage Study for Area 2, Phases A & B Subdivision Improvement Plans for Area 1 Phase B Subdivision Improvement Plans for Area 2 Phase B Golden Valley Ranch, Preliminary Plat for Pod (Area) 1 Golden Valley Ranch, Preliminary Plat for Pod (Area) 2 | 0080016 0085651 | 27886 27889 | $802,183.00 |