Peacock Highlands
41 pages

CKNG000236

# Peacock Highlands

## Application for
## Major Amendment to
## City of Kingman General Plan



© Rhodes Homes

CKNG000237

# Prepared by Rhodes Homes for City of Kingman, Arizona

# July 2005

### Prepared by:

**RNM, Architecture and Land Planning**

**Stanley Consultants, Inc., Engineering**

**Cooper Research, Market and Economics**

2

CKNG000238

# Table of Contents

I. Introduction ................................................................. Pages 5-6

II. The Community Vision ................................................. Pages 7-8

III. Summary: Peacock Highlands Master Planned Community

    A. Site Description .................................................. Pages 9-12
    B. Proposed Master Plan ........................................ Page 12
    C. Goals of the Community ...................................... Pages 12-15

IV. Major Amendment Criteria

    A. Commercial ........................................................ Page 16
    B. Residential Density ............................................. Pages 16-17
    C. Traffic Generation and Transportation System ......... Page 17
    D. Open Space Designations .................................... Pages 17-18
    E. Air Pollution ...................................................... Page 18
    F. Water Use ......................................................... Page 18
    G. Waste Water ...................................................... Pages 18-19
    H. State Trust Lands ............................................... Page 19

V. Community Development

    A. Existing General Plan and Zoning .......................... Page 20
    B. Proposed General Plan and Area Plan .................... Page 20
    C. Proposed Land Use Plan ..................................... Page 21
    D. Phasing ........................................................... Pages 21-22
    E. Economic Development ........................................ Pages 22-24

VI. Natural Resources

    A. Water Resources ................................................ Pages 25-27
    B. Air Quality ........................................................ Page 27
    C. Habitat Protection .............................................. Page 28
    D. Hillside Development ........................................... Pages 28-29
    E. Energy Conservation ........................................... Pages 29-30

VII. Public Infrastructure and Facilities

    A. Infrastructure
    1. Roads .............................................................. Pages 31-32
    2. Water Delivery System ........................................ Pages 32-33
    3. Sewage Treatment ............................................. Pages 33-34

(cont.)

3

CKNG000239

4.  Solid Waste Management ......................................... Page 34
5.  Flood Control ......................................................... Pages 34-35

B. Public Facilities
1.  Parks .................................................................. Pages 35-38
2.  Fire Protection ...................................................... Pages 38-39
3.  Police Protection .................................................. Page 39
4.  Library Services .................................................... Page 39
5.  Schools .............................................................. Pages 39-40

4

CKNG000240

## I. INTRODUCTION

This application for a major amendment to the City of Kingman General Plan is being prepared by Rhodes Homes as a precursor to potential annexation or incorporation of a master-planned community east of Kingman in Mohave County, adjacent to the Kingman Airport. Currently, the City of Kingman General Plan encompasses nearly 30,000 acres of unincorporated land in Mohave County. This major amendment would add 14,600 acres to the city's General Plan, including 7,176 acres in the master-planned community of Peacock Highlands, and approximately 6,240 acres of Arizona Trust Lands and 1,120 acres of other private lands interspersed through the Peacock Highlands planning area.

The intent of this application is to provide the City of Kingman with an opportunity to plan for the development of a self-contained community that may at some point become part of Kingman, or become a city in its own right, and to take into account adjacent public and private lands as part of this planning. Because of the size of Peacock Highlands, and the magnitude and intensity of urban services that will be required to serve it, Rhodes Homes is seeking to have the proposed development considered in the overall context of growth planning in Kingman and Mohave County, expected to be an economically vibrant and fast-growing region of Arizona in the decades ahead. Concurrently, Rhodes Homes has filed an Area Plan with Mohave County for the same master-planned community, seeking inclusion in the county's current General Plan update. To foster coordinated, progressive city and county planning, Peacock Highlands would be included in both the City of Kingman's and Mohave County's General Plans, if this application is approved by the Kingman Planning Commission and Common Council, and the Area Plan is accepted by the Mohave County Planning Commission and Board of Supervisors in actions scheduled for late 2005.

In order to assure consistency between the City of Kingman Major Plan Amendment application and the proposed county Area Plan for Peacock Highlands, much of the same information has been incorporated in this application as was included in the earlier Area Plan proposal. There is some difference in zoning classifications between the city and county, but zoning classifications and maximum densities have been kept the same in both proposals, in order to allow for coordinated planning and projections of needs for urban services and allocations of common resources such as water. If Rhodes Homes' applications are accepted, it is possible the company will propose a separate master-planned community designation within city or county zoning ordinances that will reflect the proposed densities in Peacock Highlands and serve as a standard for other planned communities.

This application is organized so that it initially addresses in overview fashion Rhodes Homes' approaches to the applicable criteria of a major amendment, as defined in Chapter 10, Sec. 2-137 of the City of Kingman General Plan. More

CKNG000241

details related to those criteria and other pertinent aspects of the development proposal are included in subsequent sections of the application – similar to those already included in the Area Plan proposal for Mohave County.

The land uses, public facilities, resource and infrastructure requirements described in this application pertain primarily to Peacock Highlands. In terms of private lands within the Peacock Highlands planning area not owned by Rhodes Homes, this application designates these private lands at one to five dwelling units per acre, based on the requirements of Arizona Revised Statutes Section 9-146.06 (N). Arizona Trust Lands also are assigned a designation of one unit to the acre, based on ARS 9-461.06 (N), pending further discussions with the Arizona State Land Department.

6

CKNG000242

## II. THE COMMUNITY VISION OF PEACOCK HIGHLANDS

Peacock Highlands embodies the vision of small-town communities linked together to form a city that preserves a rural atmosphere, providing urban services while maintaining and complementing the natural beauty of its surroundings.

Peacock Highlands will be a diverse community. It will flow from the outskirts of the City of Kingman up into the Peacock Mountains to the east, following the natural sloping terrain to provide a mix of urban villages, anchored at their base by a commercial/industrial core that ties Peacock Highlands to the Kingman Airport and the nearby Kingman Airport Industrial Park. Peacock Highlands will maintain a high quality of life for its residents while creating potential to spur new levels of economic development and job growth in Mohave County.

Peacock Highlands is designed as a self-contained community, combining new housing and new employment opportunities for the growing western Arizona region. Peacock Highlands responds to the desire of many people to relocate from metropolitan areas and return to a small-town way of life while retaining the benefits of urban services. It is intended to appeal to a broad spectrum of working families, working individuals, active adults and retirees, with housing for all income levels in these demographic groups. This broad range of housing types, lot sizes and home prices will meet current needs for quality affordable housing close to Kingman, while creating a cohesive, relaxed community at the base of the Peacock Mountains.

The proximity of Peacock Highlands to the Kingman Airport will allow some residents to become "air commuters," spending part of their time at work in Southwest metropolitan areas but returning home to Peacock Highlands and its rural setting. Long-term, Peacock Highlands and the proposed commercial land on its western-most sections are intended to become an employment center aimed at attracting companies offering higher skill level, higher-paying jobs. The synergy between the commercial/industrial property and the homes planned for Peacock Highlands will create a community where people can work at good jobs close to home. In the near term, Peacock Highlands will create new housing opportunities for the approximately 2,000 workers who have jobs at the Kingman Airport Industrial Park, as well as other families in the Kingman community.

Peacock Highlands, encompassing approximately 7,176 acres, will contain six distinct communities within sections of land that alternate between the open spaces of a former cattle ranch, creating expansive vistas of the Hualapai Valley. Housing in Peacock Highlands will be clustered around either town centers or park areas in the communities, creating a sense of place and identity in each community, and neighborhoods will be connected not only by roads but by bike and walking trails. A community at the far eastern edge of the development, located within the Peacock Mountains, will feature a Ted Robinson golf course at

7

CKNG000243

its lower reaches, with larger lots and higher-end housing surrounding the golf course. Two other golf courses are located in other communities, and will serve as attractions for active adults and retirees seeking moderately priced housing in a golf course setting. Besides the openness of the golf courses, all of the communities and neighborhoods in Peacock Highlands will benefit from a network of parks and greenways.

Basic principles for the development of Peacock Highlands include:

♦ Respect for the natural resources and beauty of the Peacock Mountains and the sloping terrain below them. Development will preserve the feeling of openness in the wide expanse of rangeland at the base of the Peacock Mountains.

♦ Peacock Highlands will be a water-responsible community, utilizing grey water and implementing recharge methods to minimize impact on the Hualapai Valley aquifer.

♦ Integrate economic development into community planning, by dedicating a large amount of land for commercial/industrial development for the benefit not only of Peacock Highlands but Mohave County as a whole, and giving the region another venue for economic development tied to its airport and strong transportation logistics.

♦ Provide the infrastructure necessary to support commercial development within Peacock Highlands, so shopping, personal services and entertainment opportunities are fully available to residents.

♦ Dedicate land necessary to provide a full range of public facilities and services, including schools, parks, police and fire stations.

♦ Provide affordable housing for working families, individuals and retirees.

♦ Strive to develop an energy-conscious community through pilot projects taking advantage of abundant solar energy to help meet home energy needs.

8

CKNG000244

### III. SUMMARY: PEACOCK HIGHLANDS MASTER PLANNED COMMUNITY

The Peacock Highlands site occupies portions of 18 sections covering a total of approximately 7,176 acres, also identified as parcel numbers 1, 2, 3, 5 & 8.

### A. Site Description

### 1. Location

The site consists of the following properties, all located in Mohave County, Arizona.

| Township | Section | Parcel Identification |
|---|---|---|
| T21N R15W | Part of NE1/4 Sec. 9 | Parcel 1 |
| T22N R14W | W1/2 Sec.19 | Parcel 2 |
| T22N R14W | S1/2, plus part of the NE1/4 Sec. 21 | Parcel 2 |
| T22N R14W | Sec.29 | Parcel 1 |
| T22N R14W | N1/2, plus the SW1/4 Sec. 30 | Parcel 3 |
| T22N R14W | Sec. 31 | Parcel 2 |
| T22N R15W | S1/2 Sec. 19 | Parcel 5 |
| T22N R15W | Part of NW1/4 Sec. 34 | Parcel 5 |
| T22N R15W | All of Sections 21, 25, 27, 29, 31, 33, 35 | Parcel 5 |
| T23N R15W | Part of SE1/4 Sec. 21 | Parcel 8 |

### 2. Adjacent Properties

The properties around the site include the Kingman Airport and Kingman Airport Industrial Park to the west and open space to the north, east, and south. The entire site falls outside noise contours of the Kingman Airport, and residential areas will be buffered from airport noise by commercial development in the western sections of the site. Interstate Highway 40 is located approximately three miles south of the site. The BNSF Railroad is located approximately one mile northwest of the site. U.S. Highway 66 parallels the railroad approximately ¼ mile farther from the site. There are a few residential properties scattered throughout the area.

### 3. Site Characteristics

Most of the Peacock Highlands site is vacant open space, previously used as rangeland for cattle grazing. The site slopes gradually upward toward the east

9

CKNG000245

and southeast toward the Peacock Mountains. The easternmost portion of the site is located in the mountains. The rangeland includes a few corrals and water tanks, but is otherwise undeveloped. Several sand roads serve the area. No utility systems, other than overhead power, are known to be on the site. The location of the site is shown below.



## 4. Climate

The area climate includes relatively mild winters with daytime highs between 40 and 50 degrees F with over 280 frost free days per year. Summertime has daytime highs that range between 95 to 100 degrees F with low humidity. About

10

CKNG000246

one-half of the annual rainfall comes during the winter months and the balance comes from sporadic summer thundershowers.

## 5. Topography

Local topography varies from lows of approximately 3,300 ft. MSL along the west and northwest portions of the site to approximately 5,200 ft. MSL in the Peacock Mountains along the easterly site edge.

Site drainage is generally to the west and northwest toward the Hualapai Valley via Frees Wash and a network of unnamed washes and surface drainage channels.

## 6. Geology and Soils

Based on USDA Soil Conservation Service mapping for the area, the dominant soil type in the site area is most likely the Bucklebar sandy loam. This is a deep to moderately deep, well to moderately well drained, coarse grained soil with moderate hydraulic conductivity and a typical depth to the water table of greater than six feet. These soils reportedly do not meet the requirements for hydric soil.

The site and surrounding area are underlain by precambrian age metamorphic rocks, reportedly orthogenesis and paragneiss. Due to the considerable expanse of the site and variation in the topography of the site from east to west, depth to bedrock would be expected to vary greatly beneath the site.

## 7. Hydrogeology

According to the Arizona Department of Water Resources (DWR), basin and range aquifers are generally the principal sources of ground water in the site area. These aquifers are present in alluvium-filled basins interspersed between ranges of northwest to southeast trending mountains in the northwest portion of Arizona. The site is located within the Haulapai Valley basin.

The Hualapai Valley basin covers an area of approximately 1,820 square miles. The basin is bounded on the west by the Cerbat and White Mountains, on the east by the Grand Wash Cliffs and Music Mountains, on the south by the Peacock and Hualapai Mountains, and on the north by Lake Mead.

The Hualapai Valley basin-fill sediments reportedly range to as much as 6,400 feet thick and have been divided into three separate units: a younger alluvium, an intermediate alluvium, and an older alluvium.

The younger alluvium includes streambed deposits in Hualapai Valley and in various mountain canyons. The unit seldom exceeds 50 feet in thickness and is composed of silt to gravel-sized particles. The younger alluvium yields small amounts of water to stock and domestic wells in mountain canyons. Local rock formations are generally non-water bearing, although fractured and weathered

11

CKNG000247

zones in the rocks do provide some water to low-yield wells and numerous springs and seeps.

In the central part of the valley, the younger and intermediate alluviums are above the water table, and therefore, dry. The intermediate alluvium is a dependable aquifer only along the valley margins where the unit intersects the water table. Well yields from the intermediate alluvium range up to 500 gallons per minute. The intermediate alluvium is made up of coarse-grained sands, silts, and clays.

The older alluvium is the main aquifer in the Hualapai Valley basin. Volcanic rocks are reportedly interbedded with the older alluvium in the southern part of Hualapai Valley and form a secondary system. The older alluvium can store and transmit large amounts of water; well yields up to 1,500 gallons per minute have been reported. Depth to water ranges from 500 to 900 feet below land surface in the central and southern parts of the basin to 300 feet below land surface near Red Lake.

## 8. Site History

Review of historical information indicates that past site uses were most likely similar or identical to current site uses, except as noted in the following.

The site currently consists almost entirely of open space, apparently used as range land for cattle grazing. The easternmost portion of the site is located in the Peacock Mountains. The rangeland includes a few corrals and water tanks but is otherwise undeveloped. The area is served by several sand roads. It is most likely these areas have always generally been used in this fashion.

From approximately 1941 to 1948, the Kingman Airport and industrial park, which is immediately adjacent to the site, was owned by the United States. The property was used from approximately 1942 through 1945 as an aerial gunnery training facility. From 1946 through 1948, the facility was used as an aircraft storage area.

## B. Proposed Master Plan

Peacock Highlands will be a new community with plentiful parks, recreation and open space uses, including three golf courses. There will be two office/business parks located in the western portion of the community. The community will include six villages, each with its own village center. Higher densities are planned in the western portion of the site.

## C. Goals of Peacock Highlands Master Planned Community

Overall, the goal of the Peacock Highlands development is to retain the beauty, the natural setting and resources, and the rural character of the

12

CKNG000248

area, while providing opportunities for coordinated growth and development.

The Peacock Highlands master-planned community will maintain as many natural features on the site as possible while providing new housing options for the general community and active adults, along with additional shopping and employment opportunities. In particular, Rhodes Homes will liaison with the Arizona Land Department regarding state lands that abut private lands to determine any buffering measures that the state may desire to preserve habitats on state trust lands.

A primary goal of the Peacock Highlands community design is to create a balanced, self-contained community with areas to live, work, shop, play, and learn all in the same location.

Additional project goals include:

1.   Goal: To develop a community that is self-sufficient in terms of adequate tax base to support urban services.

      Policy: Implement the appropriate special district and other financial mechanisms to channel a portion of new commercial and residential tax revenues into development of community infrastructure, following developer contributions in the early phases of build-out to provide essential services.

2.   Goal:  To encourage compatibility with surrounding land uses.

      Policy: Ensure that adjacent land uses are similar in nature or include a buffer transition zone where uses are dissimilar.

3.   Goal:  To establish a village and neighborhood structure that provides residential areas supported by parks, open space, recreational and school uses.

      Policy: Break the Master Plan land use areas into smaller village and neighborhood areas that include the full complement of community uses at the time of subdivision.

4.   Goal:  To provide a range of housing types to meet the varied housing needs within the Kingman area and the greater northwestern Arizona region.

      Policy:  Provide a broad range of housing types that include housing options for singles, family units, affordable housing, and active adult within the master-planned community.

13

CKNG000249

5.  Goal: To ensure that the Peacock Highlands project contributes to the region's economic goals and objectives.

    Policy: Provide areas for employment growth as well as housing to ensure that a self-sustaining new town is established over time.

6.  Goal: To create a strong sense of community through use of the village and neighborhood concept.

    Policy: Create a village core for each village as well as a focal point for each neighborhood that encourages community interaction.

7.  Goal: To organize land uses within the community to provide safe and convenient vehicular and pedestrian circulation through the project area.

    Policy: Provide an interconnected transportation system that offers pedestrian, bicycle, and vehicular transportation options that include bike and pedestrian paths connecting public facilities and commercial establishments to residential areas.

8.  Goal: To provide a safe and efficient system for movement of people and goods to and from the project site and within the community itself.

    Policy: Design the road system to meet local design standards.

9.  Goal: To ensure that the impacts of the proposed development on the area's existing roadway system will be mitigated.

    Policy: Propose solutions to mitigate traffic impacts at the time of subdivision.

10. Goal: To provide land for parks, open space, recreation, and library facilities to meet the needs of Peacock Highland's new residents.

    Policy: Provide land for adequate park, open space, recreation and library facilities concurrent with development, with dedication of sites at the time of subdivision after consultation with local officials.

11. Goal: To provide land for an adequate level of police and fire protection service to meet the needs of the proposed master-planned community.

CKNG000250

Policy:  Provide police and fire substation sites, as mutually determined by local police and fire officials and the applicant with dedication of sites at the time of subdivision.

12.    Goal: To provide sites for adequate school facilities to meet the needs of the community's new residents.

Policy:  Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of land Management where available.

Policy: Provide elementary and middle school sites at the time of subdivision in consultation with the local school districts.

15

## IV. MAJOR AMENDMENT CRITERIA

The City of Kingman General Plan requires amendments to the General Plan to address the following criteria. Approaches are summarized below, with more detail provided in subsequent sections of the application.

### A. Commercial

Consistent with its goal of providing retail, economic development and job opportunities for new and existing residents of Mohave County, Peacock Highlands proposes that the two far western sections of the project closest to the Kingman Airport be dedicated to light industrial/commercial/office park development complementing the Kingman Industrial Park to the west of the airport. In addition, commercial areas/town centers will anchor various neighborhoods of the community, providing close-by shopping and services opportunities for residents. Some 762.6 acres of office park/light industrial development is proposed for the western side of Peacock Highlands, and another 388.4 acres of commercial is proposed throughout the rest of the development, providing retail and employment generation opportunities for the residents of Peacock Highlands and the region. Rhodes Homes believes the area around the Kingman Airport is prime for economic development, given logistical advantages such as the proximity of the BNSF rail line, and Peacock Highlands can be an integral part of the region's economic growth and consequent job creation.

### B. Residential Density

Plans for Peacock Highlands are being overlaid on an area of Mohave County that currently is designated as Rural Development Area (RDA). Under this designation in the Mohave County General Plan, a Rural Development Area can include zoning with residential densities up to one housing unit per 5 acres. Plans for Peacock Highlands call for changes from this designation to allow for a self-contained, mixed-use community aimed at providing housing for a variety of lifestyles and income levels, Peacock Highlands would be divided into neighborhoods containing medium-density residential, up to 12 units per acres; low-density residential, up to five units per acre; and high-density residential, up to 25 units per acre. Neighborhood densities were calculated at their highest possible levels to ensure adequate levels of water service, utilities and other infrastructure to meet the needs of the community. Lot plotting of neighborhoods may yield densities that are lower in some areas. Generally speaking, higher-density housing would be located in areas clustered around town centers and in areas closest to the commercial/industrial/office park complexes on the western edge of Peacock Highlands. Medium-density housing predominates in the five

16

middle sections of Peacock Highlands and low-density housing is planned on the three full sections and two half-sections in the eastern portion of the community around the Ted Robinson golf course. 35 percent of the housing units in Peacock Highlands would be located in high-density areas; 43 percent in medium-density neighborhoods; and 22 percent in low-density neighborhoods. Village town centers distributed throughout the community will minimize the distance Peacock Highlands residents have to travel for shopping and personal services.

## C. Traffic Generation and Transportation System

Peacock Highlands will be built in phases, allowing for the mitigation of traffic impacts on the area over time. However, development of one section (640 acres) at a density of 4 units per acre can generate more than 20,000 trips per day. To minimize this impact, Peacock Highlands is being designed as a self-sufficient community – one in which residents have opportunities to work, shop and enjoy recreation close to home. This strategy of "internal capture" will be accompanied by the construction of major and minor arterials to adequately serve internal circulation, ingress and egress needs. Major east-west arterials would be constructed in grid fashion along existing section lines as extensions of County Highway 247, Northern Avenue and Jagerson Avenue. Initially, as western-most sections of Peacock Highlands are developed, primary access to the development would be from Highway 66, utilizing the Mohave County Airport Drive underpass to cross the BNSF railroad tracks and construction of a new road to the north of the Kingman Airport tying the development into the Kingman Airport Industrial Park and Highway 66. Access from Interstate 40 to the south may be accomplished in the early phases by constructing a roadway from the DW Ranch Interchange, with possible connections to a future Parkway Crossing extension and the Airway Avenue underpass.

In terms of internal circulation, Peacock Highlands is being designed to ensure even, uninhibited traffic flows within its villages and between its villages, with traffic minimized by strategic concentrations of commercial and employment centers within the community.

## D. Open Space Designations

All of the proposed 7,176-acre site for Peacock Highlands is currently open space. In creating a highly livable community, Rhodes Homes intends to set aside large sections of the community as open space. Besides 432.9 acres for parks and parkways, development plans include 615.2 acres for golf courses and 29.8 acres for lakes and surrounding spaces for their enjoyment. Pathways and trails will allow access to and enjoyment of open spaces on the periphery of the community.

17

CKNG000253

## F. Air Pollution

Because of its size, with a population potential of about 110,000 people at build-out, Peacock Highlands can be expected to have some impact on air quality in the Hualapai Valley. One of the motivations in developing plans for a self-contained community has been to minimize traffic flows and effects on air quality, with residents living within close proximity to shopping and entertainment so they do not have to use their cars for these short trips. In addition, circulation plans are being designed to move traffic efficiently through the development. Office parks and industrial complexes on the west edge of Peacock Highlands will provide locations for business and employment centers for residents of Peacock Highlands, so that trips to work can be short and internal within the community. Rhodes Homes intends to devote considerable attention to economic development efforts in the region in order to showcase these business/office parks as desirable locations for companies considering a move to the region.

## G. Water Use

At a build-out population of 110,000 people, it is estimated Peacock Highlands would require about 22,000 acre feet of water per year, based on estimates of .2 acre feet per capita consumption per year. To meet this long-term anticipated water resource requirement, Rhodes Homes is conducting well drilling and hydro-geological studies of the aquifer in the Hualapai Valley Basin to determine whether a 100-year supply exists to accommodate this demand and other committed water uses in the Hualapai Valley. Rhodes Homes has submitted a Certificate of Convenience and Necessity (CC&N) application to the Arizona Department of Water Resources, which will reach a finding based on well-drilling data and hydro-geological studies as to whether a 100-year supply exists in the area to serve committed demand and future demand created by Peacock Highlands. This finding will tell local planning agencies and elected officials in Mohave County whether water resources in the Hualapai Valley are adequate to support the intensity of uses planned for Peacock Highlands.

## H. Waste Water

As part of its commitment to stewardship of water resources in the Hualapi Valley, Rhodes Homes has developed a water conservation plan for Peacock Highlands that incorporates use of treated effluent on golf courses and other open spaces in the community. This will be accomplished through an initial, modular package sewage treatment plant producing high-grade (A+) treated effluent, capable of expanding to process increased amounts of sewage as the community grows. Rhodes Homes also intends to construct rapid infiltration and/or recharge wells for

18

CKNG000254

the disposal of excess effluent not used on open spaces back into the upper aquifer. The package sewage treatment plant would be located at a site near the Kingman Airport and industrial park, taking advantage of the east to west gravity flow through the Peacock Highlands development. A piping and pumping system would direct treated effluent to the golf courses and other open spaces in the community.

I.   **State Trust Lands**

A General Plan amendment criterion requires that applications address State Trust Lands of one square mile or more within the planning area. There are approximately 12 square miles of State Trust Lands interspersed within the Peacock Highlands development area. All of these State Trust Lands are designated within the Mohave County General Plan as Rural Development Area, allowing one housing unit per five acres. However, Arizona Revised Statutes Section 9-461.06 (N) provides that State Trust Lands be assigned a density of at least one dwelling unit per acre in a General Plan amendment. Rhodes Homes intends to engage in discussions with the Arizona State Land Department to determine the kinds of zoning and development patterns the state would prefer on these sections, and attempt to accommodate these preferences in its own development plans.

19

CKNG000255

## V.    COMMUNITY DEVELOPMENT

### A.    Existing General Plan & Zoning Designations

1) General Plan - Peacock Highlands planning area is designated as Rural Development Area (RDA)

2) Zoning - AR/36 (agricultural/residential, 36 acre)

### B.    Proposed General Plan and Area Plan

Land uses proposed for Peacock Highlands include two office/business park areas totaling 762.6 acres; low, medium and high density residential uses; village centers with commercial; parks and open space.  A total of 2,726.5 acres is utilized for non-residential uses, with a total of 4,449.5 acres planned for residential uses and 46,026 dwelling units.  432.9 acres are planned for park use; 62.3 for clubhouse and recreation and 615.2 for the three golf courses. These numbers may change based on market conditions and development constraints. Prior to zone change requests and subdivision mapping, the developer will formulate and submit a plan for the financing of infrastructure improvements necessary to support a full complement of public facilities and urban services. Public facilities include police and fire stations, sanitation facilities, libraries, schools and parks. Necessary urban services will include retail outlets so residents do not have to drive long distances for basic needs, medical facilities and other professional services.

20

CKNG000256

## C. Proposed Land Use Plan

# PEACOCK HIGHLANDS
# LAND USE SUMMARY
### July 2005

| RESIDENTIAL | | | | |
|---|---|---|---|---|
| LAND USE | ACRES | DENSITY | DU | % MIX |
| LOW DENSITY | 1993.1 | 5 | 9,965 | 22% |
| MEDIUM DENSITY | 1633.0 | 12 | 19,599 | 43% |
| HIGH DENSITY | 823.1 | 20 | 16,462 | 35% |
| SUB TOTAL | 4449.5 | | 46,026 | 100% |
| NON-RESIDENTIAL | | | | |
| COMMERCIAL/INDUSTRIAL | 388.4 | | | |
| OFFICE | 762.6 | | | |
| PARKS* | 432.9 | | | |
| CLUBHOUSE/RECREATION | 62.3 | | | |
| GOLF COURSE | 615.2 | | | |
| ROADWAYS* | 465.1 | | | |
| SUB TOTAL | 2726.5 | | | |
| TOTAL | 7176.0 | | 46,026 | |

**\*Acreage may change based on refinement of development plans.**

### D. Phasing

Peacock Highlands will be developed in three phases, with the first phase expected to begin construction in 2008. Market factors will determine the timing of the second and third phases of the community. The initial phase will encompass the three most westerly sections of the project, which can be most easily served by access from the existing Mohave Airport Drive connecting the community with Highway 66 and a new arterial extending south from Peacock Highlands to the DW Ranch interchange at Interstate 40. Other access improvements will allow development to proceed to the four middle sections of the development, and then to the eastern-most sections of Peacock Highlands. Phasing will depend on market conditions and the success of Peacock Highlands in attracting both active adults/retirees and working families, as well as the ability of Rhodes

21

CKNG000257

Homes to attract retailers to the office/business park adjacent to the Kingman Airport.

### E.  Economic Development

Rhodes Homes believes Kingman and Mohave County are uniquely positioned to take advantage of economic and demographic trends that favor the region in terms of job creation and population growth. Rhodes Homes also believes it can be a partner with local governments in helping the region fulfill its economic potential, improving the standard of living and quality of life for current and future residents.

The U.S. Census Bureau projects that the U.S. population will grow by 42 million people over the next two decades, and the Southwest is expected to remain the fastest-growing region of the country. Mohave County is in the path of this growth, because of its climate, logistics and proximity to major metropolitan areas such as Southern California, Phoenix and Las Vegas. Furthermore, Arizona is the second fastest-growing state in the nation behind Florida in net migration of retirees, whose numbers will grow as "baby boomers" retire and move from metropolitan areas to more livable locales.

Mohave County has a number of attributes that make it a strong candidate for economic growth. It has excellent transportation logistics, with access to rail, highway and air transportation, and is located along the CANAMEX Corridor, which is intended to spur international trade among Mexico, Canada and the U.S. The county has a low cost of doing business, making it attractive to manufacturing and distribution companies seeking an alternative to higher costs and regulatory constraints in California and elsewhere.

Mohave County's mild climate and natural beauty already have established it as a magnet for retirees, but this trend will accelerate as "baby boomers" seek affordable homes in desirable locations to spend their retirements. This migration of new retirees will trigger the need for businesses and services to meet their needs, including medical and professional offices.

Rhodes Homes sees Peacock Highlands playing an integral role in expanding the Mohave County/Kingman economy, not only providing housing for working families and retirees but helping to create jobs by establishing commercial/office sites adjacent to the Kingman Airport and the Kingman Airport Industrial Park. Those commercially dedicated acres will complement current local efforts to draw new companies to the industrial park, which has been the site of primarily manufacturing and distribution companies. Rhodes Homes believes its office park acreage on

22

CKNG000258

the eastern side of the airport can logically be used for corporate headquarters, back-office functions and service-oriented businesses. In addition, Peacock Highlands will generate a significant amount of retail and service business activity within the community itself, creating new opportunities for small businesses, with their resulting employment generation.

Rhodes Homes intends to take an active role in promoting Kingman/Mohave County as a good place to do business, working with local economic development officials in marketing outreach. In addition, Rhodes Homes will help local education officials address the issue identified by state and other economic studies as the largest impediment to economic growth and diversification in Mohave County – an undereducated workforce. Rhodes Homes will investigate working with Mohave County Community College to develop vocational educational programs that improve skill levels of the local workforce. It also will promote the idea within the state that Mohave County should be the site of a four-year college as the county's population base justifies it.

### Economic Development Goals and Policies

1. Goal: Develop a community that is self-supporting in providing services to its residents.

   Policy: Designate sufficient land and provide infrastructure to support commercial development within Peacock Highlands, facilitating development of retail, personal services and recreation businesses in the community.

2. Goal: Develop a community that adds to the economic base of Mohave County, encouraging new businesses that provide higher-paying jobs.

   Policy: Establish an office park site on the western edge of Peacock Highlands that links the development to the Kingman Airport Industrial Park.

3. Goal: Establish the reputation of Mohave County and Kingman as a good place to do business.

   Policy: Engage in promotional activities highlighting the attributes of Kingman/Mohave County, in terms of transportation logistics, cost of doing business and lifestyle.

4. Goal: Improve educational level of workforce in Mohave County.

CKNG000259

Policy: Work with Mohave County Community College to expand
vocational training for targeted industries; promote ultimate goal of four-
year college in Mohave County.

24

CKNG000260

## VI.  NATURAL RESOURCES



### A. Water Resources

Rhodes Homes recognizes that water is a precious resource in Mohave County. It is exercising due diligence in proving out adequate groundwater resources for Peacock Highlands, based on well drilling and hydro-geological studies of the Hualapai Valley Basin that will provide both local governments and the State of Arizona with a better understanding of water resources in the basin. Ultimately, the Arizona Department of Water Resources (ADWR) will determine, based on these hydro-geological studies and other information, whether the Hualapai Valley Basin aquifer is adequate to support Peacock Highlands as well as current committed demand for water in the region, including pre-platted lots that draw from the same groundwater resources. Rhodes Homes understands that a statement of water adequacy from ADWR is a critical precursor for its development plans at Peacock Highlands.  As a matter of general policy, Rhodes Homes is committed to exploring and implementing where feasible technologies and conservation techniques that minimize the impact of the development on groundwater resources, including recharge, xeriscaping and use of "grey water." A detailed water budget will be prepared for Rhodes Homes subdivisions as part of its plan submissions.

25

CKNG000261

For purposes of its water use projections, Rhodes Homes is calculating that consumption will average .20 acre feet per capita annually.

Peacock Highlands will be a community known for utilizing water resources that serve the best interests of the Hualapai Valley Basin. Potable water supply issues will always be of paramount importance in the desert. Rhodes Homes recognizes the importance of the potable water resource. In that vein, the Peacock Highlands community will make use of treated wastewater (effluent) for all public spaces and golf courses within the community, as soon as sufficient quantities of treated effluent are available from new subdivisions. If excess effluent is available, it will be directly recharged into the Hualapai Valley Basin aquifer.

Rhodes Homes will provide A+ treated effluent usable for all purposes, including public spaces where children are present. The system will include pipelines, booster pumps and storage facilities as required to deliver the effluent to the public spaces and golf courses. Storage lakes at public spaces and golf courses may be used to provide "amenity" features.

The potable water supply for Peacock Highlands will be designed to service the community on a growth basis. Rhodes Homes has three possible alternatives for the potable water supply system. They include annexation with the City of Kingman (the Peacock Highlands western boundary is adjacent to the City's 2020 Plan area), which would include an expansion of the City's service area to include the Peacock Highlands property. Rhodes Homes also could establish a "Peacock Highlands Water Company" or pursue opportunities with private water companies. Both of these latter options require approval through Mohave County and the Arizona Corporation Commission.

The potable water system will be designed to meet system demand and fire flow demand, both in terms of minimum required pressures and quantities. Rhodes Homes will coordinate with the authority having jurisdiction over fire fighting in the development to meet their needs for flow and pressure requirements and fire fighting facilities, including station houses.

1. Goal: Design and construct a safe drinking water system.

   Policy: Rhodes Homes will design and construct a drinking water system that meets all ADWR, ADEQ and local requirements for water quality and quality of the constructed product.

2. Goal: Integrate the Peacock Highlands drinking water system into a regional drinking water system

26

CKNG000262

Policy: As regional development occurs, work with neighbors to develop a regional drinking water system that ties developments together in a common system, either through mutual aid interconnects or a completely integrated system.

3. Goal: Reduce the need for drinking water usage outside the home.

    Policy: Construct a waste water treatment plant that provides high-quality effluent for use on all open public spaces and golf courses; encourage homeowners to apply xeriscaping to their properties where that is feasible. Sections of Peacock Highlands will be set aside specifically for xeriscape landscaping.

4. Goal: Replenish groundwater resources through recharge.

    Policy: Investigate and apply where feasible and effective technologies to capture and inject rainwater runoff into the ground.

**B. Air Quality**

To preserve air quality, the road network of the Peacock Highlands community is designed to allow free travel to the commercial portions of the development. Businesses will be encouraged to locate within the community to reduce the travel time for commuters.

During construction, the greatest air quality threat is dust. A "Best Management Practices" (BMP) plan is being established to reduce the dust during all phases of construction, and workers will be educated in dust control.

1. Goal: Control smog from commuter traffic.

    Policy: Provide opportunities for the business community to develop an internal employment base in the development, starting with planning and design of the master plan, so that daily employment commutes are internal to the development as much as possible.

2. Goal: Control dust pollution during construction.

    Policy: Create a BMP which addresses dust control.

27

CKNG000263

C.    Habitat Protection

As part of the due diligence process, a full biological evaluation will be conducted for the community area. This study will allow Rhodes Homes to create a listing of the species of plants and animals currently utilizing the area.

There are a number of large washes crossing the property, some of which will be left open for animal habitat. However, road crossings and drainage conveyance structures will have to be built which will cause impacts. Best efforts will be made to preserve native vegetation and animal habitat in wash areas.

Rhodes Homes has hired SWCA Consultants to do the biological evaluation and file a 404 Permit with the Army Corps of Engineers in March 2005. As part of the 404 Permit process, the Peacock Highlands community is committed to minimizing the disturbance of the washes, and to implement practices which ensure flood waters entering the washes are not contaminated.

1.  Goal: Protect existing flora/fauna.

    Policy: Leave washes undisturbed as much as possible.

2.  Goal: Protect native wildlife.

    Policy: Provide a pathway through the project for the movement of wildlife in and around the property

3.  Goal: Protect plant and wildlife long term.

    Policy: Construct localized detention/retention basins throughout the community to capture contaminated runoff and keep it from entering the wash system.

D.    Hillside Development

Peacock Highlands will be designed in accordance with local hillside development standards. Every effort will be made to provide subdivision layouts that minimize erosion potential, maintain slope stability and preserve the natural scenic beauty of the desert area.

1.  Goal: Minimize erosion potential

    Policy: Provide erosion protection during construction; avoid construction activities in areas of highly steep slope.

28

CKNG000264

2. Goal: Maintain slope stability

Policy: Prevent construction activity and construction vehicles in highly steep slope areas.

### E.    Energy Conservation

Peacock Highlands will be an energy-conscious community. It will encourage its homebuyers to participate in UniSource Energy Services' "SunShare" program for solar-powered homes, reducing reliance on fossil fuel-produced energy and relying on the abundant sunshine of the region to meet home energy needs. In addition, passive solar opportunities and energy-saving building materials will be incorporated into site planning and home construction. As it has in Nevada, Rhodes Homes will build homes in Mohave County that are Energy Star compliant.

UniSource Energy Services' "SunShare" program provides subsidies to homeowners for installation of photovoltaic systems and allows homeowners to sell excess solar energy into the power grid. Peacock Highlands will introduce the "SunShare" program to its homebuyers and promote its benefits. A portion of model homes in Peacock Highlands will be equipped with a solar photovoltaic system and solar hot water stub-outs to demonstrate how solar energy can be incorporated into home design, and prospective homebuyers will be provided with information about cost amortization of photovoltaic systems.

Road circulation patterns in Peacock Highlands will be designed to move vehicular traffic efficiently through the development. More importantly, with its town center and village-oriented concepts, Peacock Highlands will be a community where residents can walk or bicycle to shopping and recreation opportunities, reducing vehicle trips.

1. Goal: Expedite and reduce vehicular traffic throughout Peacock Highlands.

   Policy: Incorporate street design in Peacock Highlands that moves traffic efficiently through the community; reduce vehicle trips through community design focused on homes within walking distance of shopping and entertainment.

3. Goal: Reduce reliance on fossil fuel-produced energy in favor of solar-produced energy.

29

CKNG000265

Policy: Introduce homebuyers to "SunShare" program to meet home energy needs through solar power. Incorporate photovoltaic systems into model home complexes.

4. Goal: Maximize energy efficiency of homes.

Policy: Design and build homes that can be certified under the Energy Star program as energy efficient.

30

### VII. PUBLIC INFRASTRUCTURE AND FACILITIES

#### A. Infrastructure

#### 1. Roads

#### a.  Access Roads

A traffic model was created based upon the "planning bubble"
diagrams and the proposed density of the area. The model uses
algorithms for the determination of car trips within, from and to the
area. Proximity to the Kingman Airport Industrial Park was considered
in the traffic analysis. The average number of trips that a community of
this size will take for work, play and other purposes, based on national
trends, is used. One of the goals of Peacock Highlands is to create a
community that has a high degree of self-sufficiency, reducing the
number of vehicle trips by residents outside the community for work,
shopping and recreation, and minimizing the impact on Mohave
County's road system, in particular Highway 66.

Traffic access to Peacock Highlands will be provided along the existing
Highway 66 and I-40 corridors. Highway 66 is the existing major
arterial for initial access to this project, and improvements will be
examined to meet anticipated increased traffic demands, in conjunction
with the planned widening of Highway 66 to six lanes from I-40 to
Northern Avenue. Mohave County Drive and its underpass crossing
the BNSF railroad tracks would be used to serve western sections of
Peacock Highlands. In addition, access from I-40 at the DW Ranch
and Blake Ranch interchanges would be constructed during the
development of the project, with a 3-mile major arterial from the DW
Ranch interchange and a 4 1/2-mile major arterial from the Blake
Ranch interchange providing access to southwestern and southeastern
sections of Peacock Highlands.

#### b. Interior Road Network

The design of the interior road network is based upon the "community"
theme. This theme includes several north/south arterial streets which
pass through the community and east/west arterial streets that serve
only the community (which is bounded by Highway 66 on the west and
the mountains on the east).  Minor arterials will branch from the major
arterials into the various subdivisions of the development.

Each subdivision will have at least one access point to the minor
arteries. Minor arteries will connect the communities to the major
arteries which convey traffic through, in and out of the community.

31

CKNG000267

1. Goal: Provide easy functional access to the community.

   Policy: Develop multiple points of ingress/egress. Design the road
   system so that cars are not all funneled to a single point.

2. Goal: Reduce the number of cars "passing through" the property.

   Policy: Design a road network that funnels north/south pass through
   traffic to the pass-through arterials.  Develop the rest of the road
   network with curvilinear designs that reduce speed and deter pass-
   through traffic.

3. Goal: Provide an open and scenic driving experience.

   Policy: Construct roadways with landscape along the development
   setback boundaries such that the landscaping decreases noise and
   adds aesthetic appeal. Also, construct arterials which have parks, golf
   courses and other amenities adjacent to enhance the beauty of the
   existing landscape.

## 2. Water Delivery System

The Peacock Highlands community will be serviced by a wellfield/
storage/booster pump system through most of the community, with a
pumping and storage system on the east end that uses the elevation of
the tanks to pressurize and "gravity feed" the eastern portion of the
distribution system. The site will be separated into multiple service
pressure zones to ensure that fire hydrant capacity and home
pressures are adequate. The system will also be looped to ensure
water quality and water delivery in case of a localized distribution
system break.

Open spaces, including the golf course, will be irrigated with reclaimed
water from the sewage treatment plant. The reclaimed water system
will be instrumental in reducing the amount of groundwater withdrawal.
Reclaimed water in excess of what can be utilized will be recharged
into the ground using rapid infiltration basins, or recharge wells if
applicable.

1. Goal: Provide safe, clean and constant water supply.

   Policy: Design and construct a drinking water system that meets all
   ADWR, ADEQ and Mohave County requirements for water quality and
   quality of the constructed product.

CKNG000268

2. Goal: Provide for full fire service.

   Policy: Construct the water system to have adequate pressures and flow capacity to handle fire suppression at any hydrant.

3. Goal: Provide a 100-year adequate water supply.

   Policy: Apply for a 100-year Adequate Water Supply certificate from ADWR. The application will be for a water demand equal to or greater than the proposed development.

4. Goal: Conserve water through the use of "grey water."

   Policy: Use treated effluent for irrigation of the community's golf course and park spaces

### 3. Sewage Collection and Treatment

The sewage collection system will be gravity fed from east to west, in the direction of the Kingman Airport. The possible exception may be parcels at the west end of Peacock Highlands, which may require a low head lift station to move the sewage back to the gravity system. It is anticipated that sewer trunk main sizing will range from 8" to 36" as the system moves from east to west.

A site has been selected in Parcel 7 for the siting of a sewage treatment plant. The site is located in a commercial/industrial area of the Kingman Airpark Industrial Park. The plant is projected to grow with the community, eventually processing an average daily flow of over 7 million gallons of sewage into high-quality effluent. The effluent will be de-nitrified and can be applied to any open space. A series of infiltration basins will provide disposal of any waters above the needs of the community.

The design of the Peacock Highlands sewage treatment plant will be modular. This allows for the growth of the development in such a way as to balance the capital cost of the facilities while maintaining optimum treatment capacity. As more homes and businesses are constructed, additional capacity will be added to the plant.

An Aquifer Protection Permit (APP) application will be filed with the Arizona Department of Environmental Quality for the plant site.

1. Goal: Provide sewage treatment for the entire development area.

33

Policy: Design and construct a sewage treatment plant that provides high-quality effluent and is capable of being expanded to meet increasing development demands over time.

2. Goal: Maximize reuse of sewage effluent.

Policy: Construct a sewage treatment plant which provides high-quality effluent for use on all public open spaces. Construct a piping system to convey the re-use water to all public open spaces.

3. Goal: Recharge all excess effluent to the Hualapai Basin aquifer.

Policy: Construct rapid infiltration basins and/or recharge wells for the disposal of excess effluent into the Hualapai Basin aquifer.

### 4. Solid Waste Management

For the foreseeable future, Peacock Highlands will utilize the Cerbat Landfill to meet the community's solid waste management needs. This landfill currently has sufficient capacity to maintain operations for another 40-50 years. As Rhodes Homes develops communities in Mohave County, it will monitor the capacity of the Cerbat Landfill and work with local officials to identify future landfill sites.

### 5. Flood Control

The Peacock Highlands community is located east of the Mohave Wash. Several wash tributaries cut through the Peacock Highlands alluvium prior to entering the wash, but for the most part the Peacock Highlands parcels do not have significant restrictions due to flood plain encroachment.

Flood control through the development is intended to be handled by maximizing use of the washes that cut through the property. This will provide several advantages to the development, including the following: (1) reducing the amount of earthmoving required for flood control; (2) maintaining the natural state of the washes to the maximum extent practicable; (3) trail systems can be developed in or adjacent to the washes, thus improving the development's aesthetic appeal; (4) reduce the overall cost of development.

Within the community, each major subdivision will provide a local detention basin. These basins will typically be designed to be located adjacent to washes. These basins will provide two functions. The first is to remove contaminants from the storm runoff prior to entering the

34

wash. Secondarily, the basins will provide a "peak shaving" function which will decrease erosion potential in the washes.

As part of the engineering of the Peacock Highlands community, an application will be made to re-contour the SFHA boundaries to the development and improvements where these modifications will enhance flood control. A master drainage study will be prepared for the community; planning/sizing of the infrastructure is already underway.

In conjunction with the master drainage study and flood control improvements, an application under the rules of 404 Permitting will be filed with the United States Army Corps of Engineers (ACOE). This application determines the extents of "waters of the United States" and the extent of disturbance allowed.

1. Goal: Provide a safe environment for the community.

   Policy: Combine maximum usage of the existing wash system with intelligent design of peak shaving detention basins and strategic wash improvements to create a flood control system that routes a 100-year flood safely through the development.

2. Goal: Accommodate the ACOE and FEMA.

   Policy: Provide applications to the federal agencies early in the process; get them involved in the design of the community.

3. Goal: Protect plant and animal life long term.

   Policy: Construct localized detention/retention basins throughout the community to capture contaminated runoff and keep it from entering the wash system.

### B. Public Facilities

### 1. Parks

### PARK AND RECREATIONAL STANDARDS

Parks, recreation and open space facilities will be provided for Peacock Highlands in concert with the national standards shown in the following tables:

35

CKNG000271

| Feature Category | Park System Feature | Units Needed per 1,000 residents | Acres Per 1,000 Residents |
|---|---|---|---|
| Parks | Pocket Parks –Min. 1/3 acre | Service Area- ¼ mile radius | .25 |
| Parks | Neighborhood Parks – Min. 4 acres | Service area - ½ mile radius | .5 acres per 1,000 Serves 2,500 min. |
| Parks | Community – Min. 20 acres | Service area - 2 mile radius | 1-2 acres per 1,000 Serves min. 10,000 |
| Community Center | 3 acres and 10,000 sq. ft. | | 1 per 20,000 |
| Outdoor Recreation | Small Skate park | .16 | .03 |
| | Full Sized Skate park | .06 | .03 |
| | BMX Track | .16 | .50 |
| | Paved Multi-Use Trail (per mile) | 1.04 | 2.53 |
| | Dirt/Gravel Multi-Use Trail (per mile) | 2.33 | 4.25 |
| | Family Picnic Area | 6.25 | .08 |
| | Group Picnic Area with Shelter | .36 | .74 |
| | Park Bench | 7.69 | .00 |
| | Outdoor Events Venue (per acre) | .42 | 1.34 |

Source: Small Community Parks & Recreation Planning Standards – 2003.

36

CKNG000272

| Facility/Activity | Recommended Space Requirements | No. of Units per Population | Service Radius |
|---|---|---|---|
| Basketball | 2,400 to 7,280 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Handball | 800 to 1,000 sq. ft. | 1 per 20,000 | 15 to 30 minute travel time |
| Ice Hockey | 22,000 sq. ft. | 1 per 100,000 | ½ to 1 hr travel time |
| Tennis | 2 acres per complex | 1 court per 2.000 | ¼ to ½ mile |
| Volleyball | Minimum 4,000 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Baseball | 1.2 acre | 1 per 5,000 Lighted 1 per 30,000 | ¼ to ½ mile |
| Field Hockey | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Football | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Soccer | 1.7 to 2.1 acres | 1 per 10,000 | 1-2 miles |
| Golf driving range | 13.5 acres | 1 per 50,000 | 30 min. travel time |
| 1.4 mile running track | 4.3 acres | .1 per 20,000 | 15 to 30 min. travel time |
| Multiple Recreation court | 9, 840 sq. ft. | 1 per 10,000 | 1-2 miles |
| Trails | | 1 system per region | |
| Archery Range | .65 acres | 1 per 50,000 | 30 min. travel time |
| Golf 18 holes | 110 acres min. | 1 per 50,000 | ½ to 1 hr. travel time |
| Swimming Pools | ½ to 2 acres | 1 per 20,000 | 15 to 30 min. travel time |

Source:    Lancaster, R.A. (Ed.).(1990). Recreation, Park, and Open Space Standards and Guidelines.  Ashburn, VA: National Recreation and Park Association

37

CKNG000273

Substantial acreage is allocated for park facilities at Peacock Highlands. These will include several community parks, neighborhood parks, and a number of linear and mini-parks located throughout the project. It is anticipated that community recreation centers will be provided central to the community. Three golf courses are planned: two in the active adult communities in the south-central part of the site and one in the more exclusive eastern portion of the site. Walking paths will link residential areas to the office, park, and community facilities on site.

**Parks and Open Space Goals and Policies**

Goal: To meet the recreational and open space needs of residents countywide, with sites that provide for active recreation, specialized recreational opportunities and enjoyment of natural areas.

Policy: The applicant will work with Mohave County school districts in the development, maintenance and joint operation of local school/park sites where it is economically and functionally desirable to do so.

Policy: Provide a full range of parks and recreational facilities for the broad range of housing and lifestyle types available at Peacock Highlands.

Goal: Provide all manner of park sites from the pocket park to the neighborhood park and the community park within the Peacock Highlands development.

Policy: Provide a community park in each village and neighborhood and pocket parks within each neighborhood consistent with the standards referenced above.

Policy: Dedicate park sites at the time of subdivision after consultation with local planners on final park size and location to serve final projected population.

Policy: Provide outdoor gathering spaces in the form of a town green or plaza, linear parks, community gardens, gazebos, and passive open space areas.

**2. Fire Protection**

Goal:To plan and provide for adequate fire protection services at levels appropriate to the region's urban, suburban, and rural areas.

CKNG000274

Policy:  Work closely with the area Fire Department to determine an adequate urban level of fire protection services.

Policy:  Provide fire protection site within the Peacock Highlands planned community, if determined necessary in conjunction with the appropriate Fire Department.

### 3. Police Protection

Goal: To plan and provide for adequate police protection services at levels that are appropriate for the size of the community.

Policy:  Work closely with the area police and sheriff's departments to determine an adequate urban level of police protection services.

Policy:  Dedicate police protection site within the Peacock Highlands planned community, if determined necessary in conjunction with the appropriate police/sheriff's department.

### 4. Library Services

Goal:  To provide a full service library system that is easily accessible and supplies residents with a variety of educational and recreational materials.

Policy: The region should expand library services by planning space for station libraries as part of public buildings in outlying communities.

Policy:  The applicant will work with local government to provide a site for library facilities within Peacock Highlands.

### 5. Schools

Goal:  Establish new school sites in the Peacock Highlands development to serve the needs of the community's new families.

Policy:  Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of Land Management where available to serve the Peacock Highlands project.

Policy: Set aside parcels for elementary and middle school sites during the subdivision review process as agreed upon with the

39

Mohave Valley Elementary District and the Mohave Union High School Districts and the Superintendent of Schools. Work with school districts to time school construction with development of the community.

CKNG000276