

CKNG000277