

GENERAL PLAN AMENDMENT
WATER & SEWER AVAILABILITY

Stanley Consultants INC.

August 3, 2005



CL00652