# Golden Valley Ranch

## Application for
## Major Amendment to
## City of Kingman General Plan



**© Rhodes Homes**

CL12462



August 4, 2005

Mr. Thomas Duranceau
Planning Director
City of Kingman
310 North Fourth St.
Kingman, AZ 86401

Dear Mr. Duranceau:

Please accept the attached materials supporting Rhodes Homes' application for a Major Amendment to the City of Kingman General Plan. This application pertains to Rhodes Homes' proposed Golden Valley Ranch development and other public and private lands between that project and the City of Kingman.

The materials included in this application are intended to satisfy the city's planning and zoning ordinance requirements for a General Plan Major Amendment (Sections 2-136 and 2-137). They are organized within this application in the following sections:

- Section 1 – An explanation of the rationale for a General Plan Major Amendment and a description of the Golden Valley Ranch planned development, including the vision for the community and how natural resource, infrastructure and urban services will be addressed, as well as addressing specific criteria for a General Plan Major Amendment;
- Section 2 – A listing of the property owners within the General Plan Amendment area and their contact information;
- Section 3 – Maps of the planning area, showing existing land use designations and proximity of major infrastructure;
- Section 4 – A detailed land use and circulation element diagram of the Golden Valley Ranch project, as well as a map of proposed land use designations for areas between Golden Valley Ranch and the City of Kingman;
- Section 5 – A map showing existing and proposed water and sewer infrastructure within the General Plan Amendment area.

It is the understanding of Rhodes Homes that the city's Planning Commission will hear this major amendment proposal at its meeting in mid-October of this year. In the meantime, please feel free to contact us with any questions that will help the city further its understanding of our proposal. Thank you for your consideration.

Sincerely,

Dick Cooper
Rhodes Homes

4730 S. Fort Apache Rd., Suite 300     Las Vegas, Nevada 89147     Tel: 702.873.5338     Fax: 702.873.5129     rhodeshomes.com

CL12463

1

CL12464

# Prepared by Rhodes Homes for City of Kingman, Arizona

## July 2005

## Prepared by:

## RNM, Architecture and Land Planning

## Stanley Consultants, Inc., Engineering

## Cooper Research, Market and Economics

CL12465

# Table of Contents

I. Introduction ........................................................... Pages 5-6

II. The Community Vision ........................................ Pages 7-8

III. Summary: Golden Valley Ranch Master Planned Community

    A. Site Characteristics .............................. Pages 9-10
    B. Proposed Master Plan ........................... Pages 10-11
    C. Goals of the Community ........................ Pages 11-13

IV. Major Amendment Criteria

    A. Commercial ......................................... Page 14
    B. Residential Density ............................... Pages 14-15
    C. Traffic Generation and Transportation System ......... Page 15
    D. Open Space Designations ..................... Page 15
    E. Air Pollution ....................................... Page 16
    F. Water Use ........................................... Page 16
    G. Waste Water ....................................... Pages 16-17
    H. State Trust Lands ................................ Page 17

V. Community Development

    A. Existing General Plan and Zoning ........................... Page 18
    B. Proposed General Plan Amendment ........................ Page 18
    C. Proposed Land Use Plan ....................... Pages 18-19
    D. Phasing .............................................. Page 20
    E. Economic Development ........................... Pages 20-23

VI. Natural Resources

    A. Water Resources ................................Pages 24-25
    B. Air Quality ........................................ Pages 25-26
    C. Habitat Protection ............................... Page 26
    D. Energy Conservation ........................... Pages 26-27

VII. Public Infrastructure and Facilities

    A. Infrastructure
    1. Roads ................................................ Pages 28-29
    2. Water Delivery System ......................... Pages 29-30

(cont.)

3

CL12466

3. Sewage Treatment ................................................. Pages 30-31
4. Solid Waste Management ........................................ Page 31
5. Flood Control .......................................................... Pages 31-32

**B. Public Facilities**
1. Parks .................................................................. Pages 32-35
2. Fire Protection ...................................................... Page 35
3. Police Protection ...................................................Pages 35-36
4. Library Services ..................................................... Page 36
5. Schools ............................................................... Page 36

4

CL12467

## I. INTRODUCTION

This application for a major amendment to the City of Kingman General Plan is being prepared by Rhodes Homes as a precursor to potential annexation or incorporation of a master-planned community in Golden Valley, Mohave County. Currently, the City of Kingman General Plan encompasses nearly 30,000 acres of unincorporated land in Mohave County. This major amendment would add approximately 16,800 acres to the city's General Plan, including 5,750 acres in the master-planned community of Golden Valley Ranch about four miles west of the Kingman city limits, as well as approximately 6,400 acres of U.S. Bureau of Land Management lands and 4,650 acres of other private lands between the Kingman city limits and Golden Valley Ranch.

The intent of this application is to provide the City of Kingman with an opportunity to plan for the development of a self-contained community that may at some point become part of Kingman, or become a city in its own right. Because of the size of Golden Valley Ranch, and the magnitude and intensity of urban services that will be required to serve it, Rhodes Homes is seeking to have the proposed development considered in the overall context of growth planning in Kingman and Mohave County, expected to be an economically vibrant and fast-growing region of Arizona in the decades ahead. Concurrently, Rhodes Homes has filed an Area Plan with Mohave County for the same master-planned community, seeking inclusion in the county's current General Plan update. To foster coordinated, progressive city and county planning, Golden Valley Ranch would be included in both the City of Kingman's and Mohave County's General Plans, if this application is approved by the Kingman Planning Commission and Common Council, and the Area Plan is accepted by the Mohave County Planning Commission and Board of Supervisors in actions scheduled for late 2005.

In order to assure consistency between the City of Kingman Major Plan Amendment application and the proposed county Area Plan for Golden Valley Ranch, much of the same information has been incorporated in this application as was included in the earlier Area Plan proposal. There is some difference in zoning classifications between the city and county, but zoning classifications and maximum densities have been kept the same in both proposals, in order to allow for coordinated planning and projections of needs for urban services and allocations of common resources such as water. If Rhodes Homes' applications are accepted, it is possible the company will propose a separate master-planned community designation within city or county zoning ordinances that will reflect the proposed densities in Golden Valley Ranch and serve as a standard for other planned communities.

This application is organized so that it initially addresses in overview fashion Rhodes Homes' approaches to the applicable criteria of a major amendment, as defined in Chapter 10, Sec. 2-137 of the City of Kingman General Plan. More detail related to those criteria and other pertinent aspects of the development

5

proposal are included in subsequent sections of the application – similar to those already included in the Area Plan proposal for Mohave County. It should be noted that while the Area Plan proposal was submitted under the name "Golden Valley Ranch," Rhodes Homes has since selected the name "Golden Valley Ranch" for its proposed development in Golden Valley.

The land uses, public facilities, resource and infrastructure requirements described in this application pertain primarily to Golden Valley Ranch. In terms of the intervening U.S. Bureau of Management public lands between Golden Valley Ranch and the City of Kingman, this application adopts the current Mohave County General Plan land use designations for these lands, which are designated as rural. Per the requirements of Arizona Revised Statutes 9-461.06 (N), private lands not owned by Rhodes Homes were given a zoning designation of one to five units to the acre.

6

CL12469

## II. THE COMMUNITY VISION OF GOLDEN VALLEY RANCH

The vision of Rhodes Homes for Golden Valley Ranch is to build a community that is self-sustaining, adds to the quality of life in Mohave County and minimizes the impact on natural resources. Golden Valley Ranch has been designed to meld with the natural environment, provide a well-connected network of services to meet the needs of new and existing residents of Golden Valley, and stimulate job growth in Mohave County.

The 5,750 acres of Golden Valley Ranch have been planned to create two types of high-quality communities – an active retiree community with an 18-hole golf course as its centerpiece, and an interconnected community for all age groups grounded in the concept that people want to live in a small town atmosphere, close to shopping, cultural and social activities, and recreation. These master-planned community designs will add a new dimension to Mohave County. Coupled with economic development, they will provide new housing and job opportunities for current and future residents of the county. Development will occur in phases, with initial home construction expected in late 2006 or early 2007.

Demographically, it is anticipated that the active retiree segment of the Golden Valley Ranch community will grow most rapidly at first, based on migration trends pointing to a large influx of retirees moving to the Southwest over the next decade and longer, as "baby boomers" retire and leave metropolitan areas. Nearly 100,000 people 65 years or older moved into Arizona from 1995-2000, with more net migration among this demographic group than any other state except Florida. This number is expected to grow significantly as "baby boomers" come of retirement age. Golden Valley Ranch has been planned to provide active retirees with both the amenities and services they desire, close to where they live.

Development of the other segment of Golden Valley Ranch serving all age and population groups addresses the need of Mohave County for quality, affordable housing that is linked to the region's economic development and natural population growth. The U.S. Census Bureau projects that the U.S. population will grow by 42 million people over the next two decades, and the Southwest is expected to remain the fastest-growing region of the nation. Mohave County is in the path of this growth, because of its climate, logistics and proximity to major metropolitan areas.

Because many people are looking for an alternative to crowded, congested metropolitan and suburban areas, Golden Valley Ranch has been designed around the concept of a town center and satellite villages that create a sense of place and distinct neighborhoods. Like the active retiree segment of Golden Valley Ranch, the eastern portion of the development would provide housing for a variety of income levels, and would be self-sufficient in terms of shopping,

7

CL12470

services, entertainment and recreation. An office/business park is planned on the southern edge of Golden Valley Ranch that can be linked to economic development efforts along the I-40 Industrial Corridor in Mohave County, augmenting job growth and creating an opportunity for Golden Valley Ranch residents to work close to home. Providing necessary urban services and creating jobs will be high priorities in the overall master planning of Golden Valley Ranch, with Rhodes Homes taking an active role in promoting commercial development within the community.

Basic tenets for the development of Golden Valley Ranch are:

♦ Respect for the natural resources of Golden Valley, in particular scenic resources and water resources; Golden Valley Ranch would implement a well-thought-out plan for utilizing local groundwater resources and maintaining a healthy aquifer through the use of grey water and recharge; development also would respect the natural features of the land.

♦ Provide the commercial infrastructure necessary to support not only Golden Valley Ranch but the Golden Valley community in general.

♦ Dedicate land necessary to provide a full range of public facilities and services, including elementary and middle schools, parks, police stations and fire stations.

♦ Create a community that sustains itself through its tax base and brings new revenues to Mohave County through economic development and job growth.

♦ Provide affordable housing for both active retirees and working families.

♦ Create a cohesive community tied together by a town center, villages with cores, and neighborhoods connected by parkways and trails.

♦ Strive to develop an energy-conscious community through pilot projects taking advantage of abundant solar energy to help meet home energy needs.

8

CL12471

## III. SUMMARY: GOLDEN VALLEY RANCH MASTER PLANNED COMMUNITY

Golden Valley Ranch would be located between Shinarump Road (County Highway 223) on the north and Aquarius Drive on the south, Yuma Road on the east and Tombstone Trail on the west. The master plan area, which encompasses Sections 04, 03, 02, 08, 09, 10, 11, 16, and parts of 14 of Township 020 N Range 018 West, will become a carefully planned community consisting of 5,750 acres.  Based upon a balanced community concept, Golden Valley Ranch will provide residents with a place where they can live close to work, shopping, and recreational and educational facilities.

### A. Site Characteristics

A site analysis has shaped the vision for Golden Valley Ranch. The existing and planned circulation system has directed the configuration of the various villages, while circulation design criteria, along with plans for community focal points, open space and recreation, have shaped the configuration of the various neighborhoods. The location of the highways has also led to the placement of less noise sensitive land uses along the community's edges.

The Golden Valley Ranch site offers few constraints to development; the site is primarily undeveloped with terrain that varies from flat to gently rolling. The Planning Area is within the North Sacramento Valley. The valley is at an elevation of 2,600 feet above sea level at the northeast property corner to approximately 2,400 feet above sea level at the southwest property corner.



9

CL12472

High points on the site will be utilized to the extent possible to orient homes or other buildings to take advantage of the views west toward the Cerbat Mountains and east toward the Black and Hualapai Mountains.

The existing vegetation consists of Mohave Desert scrub - creosote bush, mesquite, acacia and yucca – which along with different types of grasses are the most commonly found vegetation in the arid soils of the area.

The climate of this area reflects that of a desert environment, with relatively mild winters with daytime high temperatures usually over 40 degrees F, so that the area can have up to 280 frost-free days. Summer high temperatures typically are 100 degrees or more with low humidity. Annual rainfall varies from 3" to 10" with most rain occurring during the winter months. Summer storms tend to produce sudden and violent bursts of rainfall that can lead to flash flooding.  Wind can cause dust storms, usually in the afternoons as wind speeds increase to 20 mph or more from the south in the summer and from the north in winter.

There is a power easement running diagonally across the northern edge of the site.  Land uses will be planned consistent with the restrictions associated with the terms of the easement, including appropriate setbacks and landscaping.

Primarily commercial, office, and multi-family land uses are planned abutting highway corridors. Generous setbacks and landscaping will be utilized along these edges. In residential areas, if there is a need for noise mitigation, a fence, wall or berm or combination thereof will be installed.

## B. Proposed Master Plan

Golden Valley Ranch's sense of place will spring from an interconnected series of villages, each with its own unique identity and character, served by nearby neighborhood shopping areas and parks and open space areas. Villages will be pedestrian and bicycle friendly with internal trail systems connecting to parks, open space, shopping areas and school facilities. Single-family and multi-family homes will be offered, as well as active adult neighborhoods, appealing to a variety of family types and incomes.

An industrial/business park area is planned in the southwestern portion of the site and a community commercial area is planned at the northern edge adjacent to CR-223, allowing residents easy access to nearby employment and shopping opportunities. Rhodes Homes will work with local economic development officials in attracting commercial development to this site.

A pedestrian-oriented Main Street with a lake feature will serve as the central focal point of the master plan, along with the considerable scenic and recreational open space provided by the 18-hole golf course, also located in the center of the community.

10

The proposed Master Plan emphasizes enhancement of existing natural features, such as drainages, and buildings will be sited to optimize special views south and northeast to the Cerbat and Hualapai mountains. Ponds at the main community entries from CR 223 will serve as important community amenities. Shopping areas are envisioned as community-gathering places with plazas, outdoor furniture and shade trees. This master-planned approach to design will ensure that Golden Valley Ranch becomes a quality, self-sustaining community of lasting value.

## C. Goals of the Golden Valley Ranch Master Planned Community

The Golden Valley Ranch community design's primary goal is to create a balanced, self-contained community with areas to live, work, shop, play, and learn, all in the same location.

Additional project goals include:

1.  Goal: To develop a community that is self-sufficient in terms of adequate tax base to support urban services.

    Policy: Implement the appropriate special district and other financial mechanisms to channel a portion of new commercial and residential tax revenues into development of community infrastructure, following developer contributions in the early phases of build-out to provide essential services.

2.  Goal:  To encourage compatibility with surrounding land uses.

    Policy: Ensure that adjacent land uses are similar in nature or include a buffer transition zone where uses are dissimilar.

3.  Goal:  To establish a village and neighborhood structure that provides residential areas supported by parks, open space and recreational uses.

    Policy: Break the Master Plan land use areas into smaller village and neighborhood areas that include the full complement of community uses at the time of subdivision.

4.  Goal:  To provide a range of housing types to meet the varied housing needs within the Kingman area and the greater northwestern Arizona region.

11

CL12474

Policy:  Provide a broad range of housing types that includes housing options for retirement or second homes, housing for family units and singles, as well as affordable housing within the Master Plan.

5.    Goal:  To ensure that the Golden Valley Ranch project contributes to the region's economic goals and objectives.

Policy:  Provide areas for employment growth as well as housing to ensure that a self-sustaining new community is established over time.

6.    Goal:  To create a strong sense of community through use of the village and neighborhood concept.

Policy:  Create a core for each village as well as a focal point for each neighborhood that encourages community interaction.

7.    Goal:  To organize land uses within the community to provide safe and convenient vehicular and pedestrian circulation through the project area.

Policy:  Provide an interconnected transportation system that offers pedestrian, bicycle, and vehicular transportation options that include bike and pedestrian paths connecting public facilities and commercial establishments to residential areas.

8.    Goal:  To provide a safe and efficient system for movement of people and goods to and from the project site and within the community itself.

Policy:  Design the road system to meet local design standards.

9.    Goal:  To ensure that the impacts of the proposed development on the area's existing roadway system will be mitigated.

Policy:  Propose solutions to mitigate traffic impacts at the time of subdivision.

10.    Goal:  To provide land for parks, open space, recreation, and library facilities to meet the needs of Golden Valley Ranch's new residents.

Policy:  Provide adequate park, open space, recreation and library sites concurrent with development, with dedication of sites at the time of subdivision after consultation with local officials.

12

CL12475

11.    Goal:  To provide land for an adequate level of police and fire
       protection service to meet the needs of the proposed master
       planned community.

       Policy:  Provide sites for police substations and fire stations, as
       mutually determined by local police and fire officials and the
       applicant with dedication of sites at the time of subdivision.

12.    Goal: To provide sites for adequate school facilities to meet the
       needs of the community's new residents.

       Policy:  Place new high school(s) on Recreation and Public
       Purpose (R & PP) sites set aside by the Bureau of land
       Management where available.

       Policy: Provide elementary and middle school sites at the time of
       subdivision in consultation with the local school districts.

13

CL12476

## IV. MAJOR AMENDMENT CRITERIA

The City of Kingman General Plan requires that amendments to the General Plan address the following criteria. Approaches are summarized below, with more detailed provided in subsequent sections of the application.

### A. Commercial

Consistent with its goal of providing retail, economic development and job opportunities for new and existing residents of Mohave County, Golden Valley Ranch proposes two major concentrations of commercial and office development bordering the north and south sides of the master-planned community. In addition, commercial areas/town centers will anchor various neighborhoods of the community, providing close-by shopping and services opportunities for residents. Some 73.5 acres of commercial and 66.8 acres of office park space are planned for the north side of Golden Valley Ranch along Shinarump Road, providing large-scale retail and employment generation opportunities for the residents of Golden Valley and the region. Similarly, 328.5 acres of office park sites and 89.5 acres of commercial space are planned along Aquarius Drive at the south side of the development, and can be linked to plans for industrial/manufacturing development along the Interstate 40 Industrial Corridor a few miles to the east of Golden Valley Ranch. Taken as a whole, it is anticipated that the commercial/office park sites of Golden Valley Ranch, with the built-in infrastructure of the community, can be an impetus for economic development and job creation in Mohave County.

### B. Residential Density

Plans for Golden Valley Ranch are being overlaid on an area of Mohave County that currently is designated as Urban Development Area (UDA) and Rural Development Area (RDA). Under those designations in the Mohave County General Plan, an Urban Development Area can include zoning with residential densities up to 25 units per acre, while a Rural Development Area allows one housing unit per 5 acres at the maximum. Six sections within Golden Valley Ranch are within the UDA designation and three are within the RDA classification. As a self-contained, mixed-use community aimed at providing housing for a variety of lifestyles and income levels, Golden Valley Ranch is divided into neighborhoods containing low-density residential, up to five units per acre; medium-density residential, up to 12 units per acre; and high-density residential, up to 25 units per acre. Neighborhood densities were calculated at their highest possible levels to ensure adequate levels of water service, utilities and other infrastructure to meet the needs of the community. Lot plotting of neighborhoods may yield densities that are lower in some areas.

14

Generally speaking, higher-density housing will be located in areas clustered around town centers, with medium-density housing concentrically situated around higher-density housing and low-density housing beyond that. This configuration has the effect of minimizing the distance much of Golden Valley Ranch's population will have to travel to reach commercial town centers. 27 percent of the housing units in Golden Valley Ranch would be located in high-density areas; 38 percent in medium-density neighborhoods; and 35 percent in low-density neighborhoods.

## C. Traffic Generation and Transportation System

Golden Valley South will be built in phases, allowing for the mitigation of traffic impacts on the area over time. However, development of one section (640 acres) at a density of 4 units per acre can generate more than 20,000 trips per day. To minimize this impact, Golden Valley Ranch is being designed as a self-sufficient community – one in which residents have opportunities to work, shop and enjoy recreation close to home. This strategy of "internal capture" will be accompanied by the construction of major and minor arterials to adequately serve internal circulation, ingress and egress needs. These include adequate sizing and improvement of Aztec Road as the "backbone" major arterial through Golden Valley Ranch, and improvements to Shinarump Road and Aquarius Drive, north and south of the development respectively, to handle traffic entering and exiting Golden Valley Ranch. To provide adequate access to Highway 68 to the north, improvements will be required to roads such as Verde Road, Adobe Road, Colorado Road, Bacobi Road and Bosque Road. Access to Interstate 40 would be gained along Shinarump Road, which currently has an interchange with I-40.

## D. Open Space Designations

All of the proposed 5,750-acre site for Golden Valley Ranch is currently open space. In creating a highly livable community, Rhodes Homes intends to set aside large sections of the community as open space. Besides 288.6 acres for parks and parkways, development plans include utilizing 480.9 acres of drainage areas and washes as open space, preserving the natural character of the land in these areas. Pathways and trails will allow access to and enjoyment of these open spaces. Besides this passive open space, more than two dozen parks will be situated throughout Golden Valley Ranch. In addition, Golden Valley Ranch will have as its centerpiece a 276.5-acre golf course to the west of Aztec Road, providing scenic appeal and a feeling of open space for active-adult neighborhoods around the golf course.

15

CL12478

### E. Air Pollution

Because of its size, with a population potential of about 80,000 people at build-out, Golden Valley Ranch can be expected to have some impact on air quality in otherwise sparsely populated Golden Valley. One of the motivations in developing plans for a self-contained community has been to minimize traffic flows and effects on air quality, with residents living within close proximity to shopping and entertainment so they do not have to use their cars for these short trips. In addition, circulation plans are being designed to move traffic efficiently through the development. Business parks on the north and side sides of Golden Valley Ranch will provide locations for business and employment centers for residents of Golden Valley Ranch, so that trips to work can be short and internal within the community. Rhodes Homes intends to devote considerable attention to economic development efforts in Mohave County in order to showcase these business/office parks as desirable locations for companies considering a move to the region.

### F. Water Use

At a build-out population of 80,000 people, it is estimated Golden Valley Ranch would require about 16,000 acre feet of water per year, based on estimates of .2 acre feet per capita consumption per year. To meet this long-term anticipated water resource requirement, Rhodes Homes has conducted well drilling and hydro-geological studies of the aquifer in the Sacramento Valley Basin to determine whether a 100-year supply exists to accommodate this demand and other committed water uses in Golden Valley. Rhodes Homes has submitted a Certificate of Convenience and Necessity (CC&N) application to the Arizona Department of Water Resources, which will reach a finding based on well-drilling data and hydro-geological studies as to whether a 100-year supply exists in Golden Valley to serve committed demand and future demand created by Golden Valley Ranch. This finding will inform local planning agencies and elected officials in Mohave County whether water resources in Golden Valley are adequate to support the intensity of uses planned for Golden Valley Ranch.

### G. Waste Water

As part of its commitment to stewardship of water resources in Golden Valley, Rhodes Homes has developed a water conservation plan for Golden Valley Ranch that incorporates use of treated effluent on golf courses and other open spaces in the community. This will be accomplished through an initial, modular package sewage treatment plant producing high-grade (A+) treated effluent, capable of expanding to process 8 million gallons of sewage per day as the community grows.

16

Rhodes Homes also intends to construct rapid infiltration and/or recharge wells for the disposal of excess effluent not used on open spaces back into the upper aquifer. The package sewage treatment plant would be located at the south end of Golden Valley Ranch, utilizing a gravity flow system. A piping and pumping system would direct treated effluent to the golf course and other open spaces in the community.

## H. State Trust Lands

The General Plan criterion for addressing state trust lands is not applicable in the case of Golden Valley Ranch. There are no state trust lands at least 1 square mile or more in size within the boundaries of Golden Valley Ranch or the planning area. There is a small (5-acre) parcel of State Trust Land adjacent to the eastern edge of Golden Valley Ranch that would retain its RDA designation under this General Plan amendment application.

17

CL12480

## V.    COMMUNITY DEVELOPMENT

### A.    Existing General Plan & Zoning Designations

1)    Urban Development Area – The Mohave County General Plan designates Sections 03, 04, 08, 09, 10, and 16 of Golden Valley Ranch for urban level development.

2)    Rural Development Area – The Mohave County General Plan designates Sections 02, 11, and 14 of Golden Valley Ranch for rural development.

3)    All of the pieces of property are zoned for 1 to 36 acres.

### B.    Proposed General Plan Amendment

The proposed plan for Golden Valley Ranch envisions that the entire site is classified as a mix of Residential, Commercial, Public/Quasi-Public and Parks/Open Space, the general classifications referenced in the Kingman General Plan. The Golden Valley Ranch Master Plan includes single and multi-family dwelling units, active adult dwelling units, recreational, commercial, and office uses; public facilities include police and fire stations, sanitation facilities, libraries, schools and parks. Urban services and facilities will be required for both residential and non-residential development in this area. Prior to zone change requests and subdivision mapping, the developer will formulate and submit a plan for the financing of infrastructure improvements necessary to support a full complement of public facilities and urban services. Necessary urban services will include retail outlets so residents do not have to drive long distances for basic needs, medical facilities and other professional services.

### C.    Proposed Land Use Plan

The proposed Land Use Plan for Golden Valley Ranch consists of a mixture of an active adult community that emphasizes recreation and includes a "Ted Robinson" designed golf course, and a family-oriented community with a pedestrian-oriented town center surrounded by single and multi-family homes. Under tentative plans, subject to change based on market conditions and development constraints, residential uses account for 65% of the land area. The other 35%, or 2,036 acres, is tentatively planned for non-residential uses that include office, commercial, school, park,

18

CL12481

and open space uses. The table below shows the land use breakdown.

The proposed location, size and number of school and park sites are conceptual in this plan; the actual number, size and locations for these will be re-evaluated at the time of subdivision based upon final community design plans and final number of proposed dwelling units.

# GOLDEN VALLEY RANCH
## LAND USE SUMMARY
### July 2005

| RESIDENTIAL | | | | |
|---|---|---|---|---|
| **LAND USE** | **ACRES** | **DENSITY** | **DU** | **% MIX** |
| LOW DENSITY | 1037.9 | 5 | 5187 | 16% |
| MEDIUM DENSITY | 671.3 | 12 | 8053 | 24% |
| HIGH DENSITY | 146 | 25 | 3648 | 11% |
| ACTIVE ADULT LOW DENSITY | 1244.8 | 5 | 6223 | 19% |
| ACTIVE ADULT MEDIUM DENSITY | 399.3 | 12 | 4791 | 14% |
| ACTIVE ADULT HIGH DENSITY | 214.5 | 25 | 5362 | 16% |
| SUB TOTAL | 3713.8 | | 33,264 | 100% |
| **NON-RESIDENTIAL** | | | | |
| COMMERCIAL | 205.5 | | | |
| OFFICE | 394.9 | | | |
| SCHOOL | 40.5 | | | |
| PARKS* | 288.6 | | | |
| FIRE | 5 | | | |
| CLUBHOUSE/RECREATION | 29.8 | | | |
| GOLF COURSE | 276.5 | | | |
| LAKE* | 12.6 | | | |
| O.S./DRAINAGE/EASEMENTS* | 480.9 | | | |
| ROADWAYS* | 301.9 | | | |
| SUB TOTAL | 2036.2 | | | |

| **TOTAL** | **5750** | **5.8** | **33,264** |
|---|---|---|---|

**\* Acreage may change based on refinement of development plans.**

CL12482

## D.    Phasing

Golden Valley Ranch will be developed in four phases, with the initial phase commencing in late 2006 or early 2007 in active adult communities located to the west of Aztec Road. Development of a golf course in this segment of Golden Valley Ranch will precede home construction, with grading expected to begin in the latter half of 2005. The second phase of Golden Valley Ranch will occur to the east of Aztec Road, leading to development of a town center tying together the western and eastern segments of Golden Valley Ranch. Subsequent phasing of Golden Valley Ranch will occur radially to the southwest, south, southeast and northeast of the town center. Market conditions may change the density mixes of Golden Valley Ranch prior to formal submission of zoning applications for its various communities.

## E.    Economic Development

Rhodes Homes, in developing its Golden Valley Ranch community, recognizes that economic development is an integral part of community development, providing both services and jobs for residents of a new community. For that reason, substantial acreage of the Golden Valley Ranch community will be set aside for commercial/retail/office development. Rhodes Homes also is committing to a collaborative effort with local economic development officials to draw new businesses to the Golden Valley area, in particular aligning its Golden Valley Ranch development with the I-40 Industrial Corridor. Further, it will engage in outreach activities to market Kingman/Mohave County as a desirable location for businesses to serve metropolitan markets in Las Vegas, Phoenix and Southern California. A variety of economic opportunities for Kingman/Mohave County have been identified by state and local economic studies, including industrial machinery manufacturing and development of the region's transportation/logistics assets. Rhodes Homes intends to be an active partner with the public and private sectors in Mohave County in building the county's economic base, improving job opportunities for current residents and providing quality jobs for the residents of the Golden Valley Ranch community.

## 1. Service-Oriented Economic Development

Because Golden Valley currently is lacking in retail and other services for the existing population, the first phase of economic development in Golden Valley Ranch will encourage development of services for both current residents of Golden Valley and new residents of Golden Valley Ranch. Besides basic grocery and other retail activities, these services initially would be tailored to the demographics of an active-adult and

20

retiree-oriented community, including medical offices and personal services. The goal of initial economic development will be to provide sufficient levels of services so that current and new residents of Golden Valley do not have to drive long distances for shopping, personal services and entertainment. The Kingman Regional Medical Center and a consortium of physicians have expressed interest in locating medical facilities in Golden Valley as part of the Rhodes Homes plans for Golden Valley Ranch.

The logical location for retail and service businesses serving both current and future residents of Golden Valley is along the northern border of Golden Valley Ranch. There is a natural commercial zone along Shinarump Road, created by a utility corridor to the south and Shinarump Road to the north. In addition, a town center and village centers in Golden Valley Ranch will provide shopping and entertainment opportunities for residents of Golden Valley.

To encourage commercial development in Golden Valley Ranch, Rhodes Homes intends not only to set aside adequate land for these activities, but also to provide off-site improvements necessary to make these developments possible. In addition, it will assist in soliciting the interest of major retailers in Golden Valley through a commercial marketing outreach program.

## 2. Job-Oriented Economic Development

Arizona's Statewide Economic Study 2002 stated that the economic base of Mohave County was comprised of "limited manufacturing, government, tourism, second home and retirement." Future opportunities as defined by Economy.com, the consulting firm hired by the state to produce the 2002 economic study, included industrial machinery and transportation and logistics. The study noted that average annual earnings in Mohave County were $22,884, compared with the state average of $29,916, and the average manufacturing job paid $28,831, compared with the state average of $44,988.

Economy.com described Mohave County's economic potential, noting favorable logistics in terms of Interstate 40 and its intersection with Highway 93, the Burlington Northern Santa Fe Railroad line, and the possibility of Mohave County playing a key role in transportation logistics along the proposed CANAMEX corridor between Mexico and Canada. Noting the emergence of a manufacturing and distribution base at the Kingman Airport Industrial Park, Economy.com stated: "The region's ability to serve markets in Southern California, Arizona and the rest of the Mountain State region, and its favorable business and living costs, make the region very favorable for higher value-added industrial machinery and

21

equipment and industrial products." The chief drawback to economic growth was identified as an undereducated workforce and the lack of skills necessary to attract companies offering higher-paying jobs. Community colleges such as Mohave County Community College were described as untapped resources that could provide "targeted training programs for expanding and relocating industries."

The Golden Valley Ranch community would address job-oriented economic development on a number of fronts to help fulfill the region's economic potential and meet its goals of economic diversification and higher-paying jobs for the current population and new residents. Rhodes Homes intends to establish a strong relationship between its Golden Valley Ranch community and the I-40 Industrial Corridor, with affordable housing available to workers hired by companies locating in that industrial park. Rhodes Homes plans to link that park with a business park proposed along the southern border of Golden Valley Ranch. To build interest in the I-40 Industrial Corridor Park and its own business park, Rhodes Homes will work with local economic development officials in marketing Kingman/Mohave County to companies in Southern California and elsewhere that may want to take advantage of the favorable logistics, lower cost of doing business and lifestyle attributes of Kingman/Mohave County. To address educational issues associated with economic development, Rhodes Homes will investigate working with Mohave County Community College to develop vocational educational programs that improve skill levels of the local workforce.

### 3. Economic Development Goals and Policies

1. Goal: To meet the needs of existing and future residents of Golden Valley for retail, personal services and entertainment opportunities within their community.

   Policy: Designate sufficient land and provide infrastructure to support commercial development within Golden Valley Ranch and on its perimeter with the existing Golden Valley community.

2. Goal: Attract major retailers and service providers to Golden Valley Ranch to serve the specific needs of active adult and retiree populations.

   Policy: Create zoning patterns conducive to development of service-oriented businesses, and encourage the location of businesses meeting the needs of active adults and retirees.

3. Goal: Create opportunities for higher-paying jobs for current Kingman/Mohave County residents and new residents of Golden Valley Ranch.

22

Policy: Develop office/business park at southern end of Golden Valley Ranch, creating a nexus with I-40 Industrial Corridor; engage in active marketing of Golden Valley Ranch and I-40 Industrial Corridor to attract companies that can take advantage of favorable logistics and low cost of doing business in the region.

4. Goal: Improve educational level of workforce in Mohave County.

Policy: Seek to work with Mohave County Community College to expand vocational training for targeted industries.

23

CL12486

## VI.  NATURAL RESOURCES

### A. Water Resources

Rhodes Homes recognizes that water is a precious resource in Mohave County. It is exercising due diligence in proving out adequate groundwater resources for Golden Valley Ranch, based on well drilling and hydro-geological studies of the Sacramento Valley Basin that will provide both local governments and the State of Arizona with a better understanding of water resources in the basin. Ultimately, the Arizona Department of Water Resources (ADWR) will determine, based on these hydro-geological studies and other information, whether the Sacramento Valley Basin aquifer is adequate to support Golden Valley Ranch as well as current committed demand for water in the region, including pre-platted lots that draw from the same groundwater resources. Rhodes Homes understands that a statement of water adequacy from ADWR is a critical precursor for its development plans at Golden Valley Ranch.  As a matter of general policy, Rhodes Homes is committed to exploring and implementing where feasible technologies and conservation techniques that minimize the impact of the development on groundwater resources, including recharge, xeriscaping and use of "grey water." A detailed water budget will be prepared for Rhodes Homes subdivisions as part of its plan submissions. For purposes of its water use projections, Rhodes Homes is calculating that consumption will average .20 acre feet per capita annually.

Golden Valley Ranch will be a community known for utilizing water resources in best practices for the desert region. The Golden Valley Ranch community will make use of "grey" or re-use waters for all public spaces and golf courses within the community, as soon as sufficient quantities of treated effluent are available from new subdivisions.

Rhodes Homes will provide treated A+ effluents usable for all purposes, including public spaces where children are present. The system will be utilized in a similar fashion to potable waters. Ponds within the open space will provide a gravity source to feed the system.

The potable water supply for Golden Valley Ranch will be designed to service the community on a growth basis. Rhodes Homes has plans to form its own water and sewer company to serve Golden Valley Ranch and surrounding areas. The potable water system will be designed to provide fire service pressures and hydrants. Rhodes Homes will work with the Golden Valley Fire District in the design of the community, placement of hydrants, pressures and the location of at least one new fire house within the community.

1. Goal: Construct a safe drinking water system.

CL12487

Policy: Build wells, pipelines and tanks that are to the latest codes, and provide chlorination or other treatments if needed.

2. Goal: Build a community water system that services the entire area.

   Policy: Form a water and sewer service company to serve Golden Valley Ranch and surrounding areas, accommodating growth and providing more complete fire protection for Golden Valley.

3. Goal: Reduce the need for potable water usage outside the home.

   Policy: Construct a waste water treatment plant that provides high-quality water that can be utilized for all open public spaces; encourage homeowners to apply xeriscaping to their properties where that is feasible. Sections of Golden Valley Ranch will be set aside specifically for xeriscape landscaping.

4. Goal:  Replenish groundwater resources through recharge.

   Policy: Investigate and apply where feasible and effective technologies to capture and inject rainwater runoff into the ground.

5. Goal: Conserve water through the use of "grey water."

   Policy: Use treated effluent for irrigation of the community's golf course and park spaces.


## B. Air Quality

The network of the Golden Valley Ranch community is designed to allow free travel to the commercial portions of the development. Businesses will be encouraged to locate within the community to reduce the travel time for commuters.

During construction, the greatest air quality threat is dust. A "Best Management Practices" (BMP) plan is being established to reduce the dust during all phases of construction, and workers will be educated in dust control.

1. Goal: Control smog from commuter traffic.

   Policy: Provide for the business community in the planning and design of the master plan so that the commutes are short and internal.

25

CL12488

2. Goal: Control dust pollution during construction.

Policy: Create a BMP which addresses dust control.

## C. Habitat Protection

As part of the due diligence process, a full biological evaluation was conducted on the community area. This study has allowed Rhodes Homes to create a listing of the species of plants and animals currently indigenous to the area.

There are a number of large washes crossing the property, some of which will be left open for animal habitat. However, road crossings and drainage conveyance structures will have to be built which will cause impacts. Best efforts will be made to preserve native vegetation and animal habitat in wash areas.

Rhodes Homes has hired SWCA Consultants to do the biological evaluation and also to file a 404 Permit with the Army Corps of Engineers (Note: filed in February 2005). As part of the 404 Permit process, the Golden Valley Ranch community has committed to disturbing as little of the washes as possible, and to practices which ensure flood waters entering the washes are not contaminated.

1. Goal: Protect existing flora/fauna.

Policy: Leave washes undisturbed as far as possible.

2. Goal: Protect native animals.

Policy: Provide a pathway through the project for the movement of animals in and around the property

## D. Energy Conservation

Golden Valley Ranch will be an energy-conscious community. Golden Valley Ranch will encourage its homebuyers to participate in UniSource Energy Services' "SunShare" program for solar-powered homes, reducing reliance on fossil fuel-produced energy and relying on the abundant sunshine of the region to meet home energy needs. In addition, passive solar opportunities and energy-saving building materials will be incorporated into site planning and home construction. As it has in Nevada, Rhodes Homes will build homes in Golden Valley Ranch that are Energy Star compliant.

26

UniSource Energy Services' "SunShare" program provides subsidies to homeowners for installation of photovoltaic systems and allows homeowners to sell excess solar energy into the power grid. Golden Valley Ranch will introduce the "SunShare" program to its homebuyers and promote its benefits. A portion of model homes in Golden Valley Ranch will be equipped with a solar photovoltaic system and solar hot water stub-outs to demonstrate how solar energy can be incorporated into home design, and prospective homebuyers will be provided with information about cost amortization of photovoltaic systems.

Road circulation patterns in Golden Valley Ranch will be designed to move vehicular traffic efficiently through the development. More importantly, with its town center and village-oriented concepts, Golden Valley Ranch will be a community where residents can walk or bicycle to shopping and recreation opportunities, reducing vehicle trips.

1. Goal: Expedite and reduce vehicular traffic throughout Golden Valley Ranch.

   Policy: Incorporate street design in Golden Valley Ranch that moves traffic efficiently through the community; reduce vehicle trips through community design focused on homes within walking distance of shopping and entertainment; provide job opportunities within or adjacent to the community, minimizing commuter trips.

2. Goal: Reduce reliance on fossil fuel-produced energy in favor of solar-produced energy.

   Policy: Introduce homebuyers to "SunShare" program to meet home energy needs through solar power. Incorporate photovoltaic systems into model home complexes.

3. Goal: Maximize energy efficiency of homes.

   Policy: Design and build homes that can be certified under the Energy Star program as energy efficient.

CL12490

### VII. PUBLIC INFRASTRUCTURE AND FACILITIES

#### A. Infrastructure

#### 1. Roads

#### a. Access Roads

A traffic model was created based upon the "planning bubble" diagrams, and the proposed density of the area. The model uses algorithms for the determination of car trips within, from and to the area. The average number of trips that a community of this size will take for work, play and other purposes, based on national trends, is used. One of the goals of Golden Valley Ranch is to create a community that has a high degree of self-sufficiency, reducing the number of vehicle trips by residents outside the community for work, shopping and recreation, and minimizing the impact on Mohave County's road system.

Traffic access to the Golden Valley Ranch community will be provided along existing corridors. Overall, Verde Road, Adobe Road, Aztec Road, Colorado Road, Bacobi Road (County Route 277) and Bosque Road connect the site to Highway 68. All of these north-south access roadways currently have either 80- to 100-foot rights of way, or dedicated 40- 50-foot half street rights of way. Aztec Road, Shinarump and Aquarius are existing major arterials which will be upgraded as part of the development of the project. Rhodes Homes is committed to providing easy access to the new community while improving overall traffic flows in Golden Valley. Road construction will be phased to meet new traffic demands created by Golden Valley Ranch.

Modeling determined that the three major roads should be supplemented by several other arterials, and the configuration of these roads is under investigation. Improvements also will be made to the Aquarius/Oatman and Shinarump/I-40/Oatman intersections. The US68/Aztec intersection will be upgraded to accommodate multiple turning movements.

#### b. Interior Road Network

The design of the interior road network is based upon the "community" theme. This theme is based upon several arterial streets which pass through the community allowing access to the outside, but with their curvilinear design, are not typically utilized by non-residents for "pass through" travel.

28

Each subdivision will have at least one access point to the minor arteries. Minor arteries will connect the communities to the major arteries which convey traffic through, in and out of the community.

1. Goal: Provide easy functional access to the community.

   Policy: Develop multiple points of ingress/egress. Design the road system so that cars are not all funneled to a single point.

2. Goal: Reduce the number of cars "passing through" the property.

   Policy: Design a road network which is curvilinear, which reduces speeds and deters pass through traffic.

3. Goal: Provide an open and scenic driving experience.

   Policy: Construct roadways with landscape along the boundaries with the developments set back, decreasing noise and adding aesthetic appeal. Also, construct arterials which have parks, golf courses and other amenities adjacent to enhance the beauty of the existing landscape.

## 2. Water Delivery System

The Golden Valley Ranch community will be serviced by a traditional gravity water supply system. Several sites outside of the community boundary have been selected for tanks, as well as several within the community proper.

At a minimum, the site will be separated into three service pressure zones to ensure that fire hydrant capacity and home pressures are adequate. The system also will be looped to ensure water quality.

An application has been filed with the Arizona Department of Water Resources for an adequate water supply. As a part of this process, several wells are being drilled on and adjacent to the property.

Open spaces, including the golf course, will be irrigated with reclaimed water from the sewage treatment plant. The reclaimed water system will be instrumental in reducing the amount of water needing to be pumped from the ground. Reclaimed waters in excess of what can be utilized will be placed back into the ground using rapid infiltration basins, or recharge wells if applicable.

1. Goal: Provide safe, clean and constant water supply.

29

CL12492

Policy: Construct tanks and piping systems with looping and the ability to add chlorination or other treatment systems at a later date.

2. Goal: Provide for full fire service.

   Policy: Construct the water system to have adequate pressures and flow capacity to handle fire suppression at any hydrant.

3. Goal: Provide a 100-year adequate water supply.

   Policy: Apply for an adequate water supply certificate from the ADWR prior to the filing of the General Plan Amendment. The application will be for a water demand equal to or greater than the proposed development.

### 3. Sewage Treatment

A site for a sewage treatment plant has been selected south of Golden Valley Ranch, with the site's size to be determined by final design. This plant is projected to grow with the community, eventually processing 8 million gallons of sewage into high-grade (A+) effluent. The waters will be de-nitrified and can be applied to any open space.

The system will be gravity fed, and located adjacent to, but not within, the Sacramento Wash. A series of rapid infiltration basins will provide disposal of any waters above the needs of the community.

The design of the Golden Valley Ranch sewage treatment plant is modular. This allows for the growth of the system to provide the optimum treatment. As more homes and businesses are constructed, additional capacity will be added to the plant. An application has been filed with the Arizona Department of Environmental Quality for the plant site.

1. Goal: Provide sewage treatment for the entire development area.

   Policy: Design a sewage treatment plant that is expandable.

2. Goal: Re-use as much water as possible.

   Policy: Construct a sewage treatment plant which provides high-quality effluent, which may be used on all public open spaces. Construct a piping system to convey the re-use water to the open spaces.

3. Goal: Replace groundwater whenever possible.

30

CL12493

Policy: Construct rapid infiltration basins and/or recharge wells for the disposal of excess effluent into the upper aquifer.

### 4. Solid Waste Management

For the foreseeable future, Golden Valley Ranch will utilize the Cerbat Landfill to meet the community's solid waste management needs. This landfill currently has sufficient capacity to maintain operations for another 40-50 years.

### 5. Flood control

The Golden Valley Ranch community is located at the intersection of several major washes, and Federal Emergency Management Agency (FEMA) Special Flood Hazard Areas (SFHA). The development of a community within a SFHA takes careful planning to provide safety for the community.

In that effort, a detention basin is proposed at the northern boundary of the site to contain the peak flows from the Cerbat and Thirteen Mile Washes. A second detention basin for the Holy Moses Wash is currently being investigated for the east property boundary.

Within the community, each major subdivision will provide a local detention basin. These basins will provide two functions. The first is to remove contaminants from the storm runoff prior to entering the wash. Secondarily, the basins will remove the peak of the storm and decrease erosion potential.

As part of the engineering of the Golden Valley Ranch community, an application will be made to re-contour the SFHA boundaries to the development and improvements. A master drainage study has been prepared for the community, and planning/sizing of the infrastructure is under way.

In conjunction with the master drainage study and flood control improvements, an application under the rules of 404 Permitting has been filed with the United States Army Corps of Engineers (ACOE). This application determines the extents of "waters of the United States" and the extent of disturbance allowed. The community is working with the ACOE and FEMA to limit the disruption of the washes for flood control, aesthetic and the maintenance of native flora and fauna.

1. Goal: Provide a safe environment for the community.

   Policy: Construct detention basins upstream of the development.

31

2. Goal: Accommodate the ACOE and FEMA.

   Policy: Provide applications to the federal agencies early in the
   process; get them involved in the design of the community.

3. Goal: Protect plant and animal life long term.

   Policy: Construct localized detention/retention basins throughout the
   community to capture contaminated runoff and keep it from entering
   the wash system.

### B. Public Facilities

### 1. Parks

   Substantial acreage is allocated for park facilities at Golden Valley
   Ranch. These will include several community parks, neighborhood
   parks, linear parks, and mini-parks located throughout the project.
   The active adult portion of the community includes a 276-acre, 18-
   hole golf course with a 10-acre clubhouse and recreation center;
   the family-oriented portion of the community will also include a
   community recreation center planned for the mixed-use town center
   area in the heart of the community.  Walking paths will follow the
   open space drainages with links provided from residential areas to
   the commercial, park, and community facilities on site. The project
   also includes considerable acreage for open space located
   throughout the community.

### a. PARK AND RECREATION STANDARDS

   Parks, recreation and open space facilities will be provided for Golden
   Valley Ranch in concert with the following national standards:

32

| Feature Category | Park System Feature | Units Needed per 1,000 residents | Acres Per 1,000 Residents |
|---|---|---|---|
| Parks | Pocket Parks –Min. 1/3 acre | Service Area- ¼ mile radius | .25 to .50 |
| Parks | Neighborhood Parks – Min. 4 acres | Service area - ½ mile radius | 1-2 acres per 1,000 Serves 2,500 min. |
| Parks | Community – Min. 20 acres | Service area - 2 mile radius | 5-8 acres per 1,000 Serves min. 10,000 |
| Community Center | 3 acres and 10,000 sq. ft. | | 1 per 20,000 |
| Outdoor Recreation | Small Skate park | .16 | .03 |
| | Full Sized Skate park | .06 | .03 |
| | BMX Track | .16 | .50 |
| | Paved Multi-Use Trail (per mile) | 1.04 | 2.53 |
| | Dirt/Gravel Multi-Use Trail (per mile) | 2.33 | 4.25 |
| | Family Picnic Area | 6.25 | .08 |
| | Group Picnic Area with Shelter | .36 | .74 |
| | Park Bench | 7.69 | .00 |
| | Outdoor Events Venue (per acre) | .42 | 1.34 |

Source: Small Community Parks & Recreation Planning Standards – 2003.

33

| Facility/ Activity | Recommended Space Requirements | No. of Units per Population | Service Radius |
|---|---|---|---|
| Basketball | 2,400 to 7,280 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Handball | 800 to 1,000 sq. ft. | 1 per 20,000 | 15 to 30 minute travel time |
| Ice Hockey | 22,000 sq. ft. | 1 per 100,000 | ½ to 1 hr travel time |
| Tennis | 2 acres per complex | 1 court per 2,000 | ¼ to ½ mile |
| Volleyball | Minimum 4,000 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Baseball | 1.2 acre | 1 per 5,000 Lighted 1 per 30,000 | ¼ to ½ mile |
| Field Hockey | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Football | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Soccer | 1.7 to 2.1 acres | 1 per 10,000 | 1-2 miles |
| Golf driving range | 13.5 acres | 1 per 50,000 | 30 min. travel time |
| 1.4 mile running track | 4.3 acres | .1 per 20,000 | 15 to 30 min. travel time |
| Multiple Recreation court | 9, 840 sq. ft. | 1 per 10,000 | 1-2 miles |
| Trails | | 1 system per region | |
| Archery Range | .65 acres | 1 per 50,000 | 30 min. travel time |
| Golf 18 holes | 110 acres min. | 1 per 50,000 | ½ to 1 hr. travel time |
| Swimming Pools | ½ to 2 acres | 1 per 20,000 | 15 to 30 min. travel time |

Source:      Lancaster, R.A. (Ed.).(1990). Recreation, Park, and Open Space
             Standards and Guidelines. Ashburn, VA: National Recreation
             and Park Association

### b. Parks and Open Space Goals and Policies

Goal: To meet the recreational and open space needs of residents
countywide, with sites that provide for active recreation, specialized
recreational opportunities and enjoyment of natural areas.

Policy: The applicant will work with Mohave County school districts
in the development, maintenance and joint operation of local
school/park sites where it is economically and functionally desirable
to do so.

Policy: Provide a full range of parks and recreational facilities for
the broad range of housing and lifestyle types available at Golden
Valley Ranch.

34

CL12497

Goal: Provide all manner of park sites from the pocket park to the neighborhood park and the community park within the Golden Valley development.

Policy: Provide a community park in each village and neighborhood and pocket parks within each neighborhood consistent with the standards referenced above.

Policy: Dedicate park sites at the time of subdivision after consultation with local planners on final park size and location to serve final projected population.

Goal: Provide community-gathering places through both indoor and outdoor spaces to help develop a sense of place.

Policy: Provide a recreation/community center for both the active adult area and the family-oriented area of the master planned community.

Policy: Provide outdoor gathering spaces in the form of a town green or plaza, linear parks, community gardens, gazebos, and passive open space areas.

## 2. Fire Protection

Goal: To plan and provide for adequate fire protection services.

Policy: Work closely with the Golden Valley Fire Department to determine an adequate urban level of fire protection services.

Policy: Provide fire protection site within Golden Valley Ranch if determined necessary in conjunction with the Golden Valley Fire Department at the time of subdivision.

## 3. Police Protection

Goal: To plan and provide for police services at levels adequate to meet the needs of all the area's residents.

Policy: Work closely with local law enforcement officials to determine adequate urban level police protection services at Golden Valley Ranch.

35

CL12498

Policy:  Provide a police protection substation site if determined necessary in conjunction with local law enforcement at the time of subdivision

## 4. Library Services

Goal:  To provide a full service library system that is easily accessible and supplies residents with a variety of educational and recreational materials.

Policy:  The applicant will work with local officials to provide a suitable library site within the town center planned at Golden Valley Ranch at the time of subdivision.

## 5. Schools

Goal:  Establish new school sites in the Golden Valley Ranch development to serve the needs of the community's new families.

Policy:  Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of Land Management where available to serve the Golden Valley Ranch project.

Policy: Set aside parcels for elementary and middle school sites during the subdivision review process as agreed upon with the Mohave Valley Elementary District and the Mohave Union High School Districts and the Superintendent of Schools. Work with school districts to time school construction with development of the community.

CL12499

**2**

CL12500

 

Golden Valley General Plan Amendment Ownership List

8/3/2005

| PARCEL ID | OWNER | ADDRESS | CITY | STATE | ZIP CODE | PARCEL ACREAGE | TWN RANGE | RNG | SEC/TOWN | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 301-10-004 | ATCHISON TOPEKA & SANTA FE | PO BOX 961089 | FT WORTH | TX | 76161 | 120.31 AC | | | | MAP 701-8-13 PARCEL 1B  CONT 120.31 ACRES |
| 302-10-004 | ATCHISON TOPEKA & SANTA FE | PO BOX 961089 | FT WORTH | TX | 76161 | 25.3 AC | | | | MAP 701-8-13 PARCEL 29 INC  HWY AREA CONT 4.35 AC M/L     CONT 25.30 AC, M/L |
| 205-11-007 | SPINELLO TRISHA K ETAL | 3704 CANTLE DR | KINGMAN | AZ | 86401 | 6.2 AC | 20N | 17W | | FOR GOVT LOT 3 DESC AS FOLL T BEG AT PT WHICH IS NW COR OF  SD SEC 4, TH E ALNG N BNDRY OF SD SEC 4 A DIST OF 653.49';  TH SELY DEG 44' 15 W 594.86', TH S  60 DEG 17' 45 W 535.66' TO ARPT ON W BNDRY OF SD SEC 4; TH  N00 DEG 05' 10 W ALNG SD  W... BNDRY 709.77' TO |
| 205-11-009 | DALRYMPLE CHARLES W | 19079 HARRISON ST | BRIGHTON | CO | 80601 | 70.9 AC | 20N | 17W | 4 | MAYNARD MINING DIST PAT CLAIMS DUMAVEE EP EXC RR R/W 17.94 AC.  BI-METAL EXC RR R/W 18.36 AC.E MINTERAL PAT EXC RR R/W  17.05  AC. CADILLAC EXC RR R/W 13.98..AC2 TOTAL 70.90 AC M/L |
| 205-11-013A | ATCHISON TOPEKA & SANTA FE | PO BOX 961089 | FT WORTH | TX | 76161 | 4.06 AC | 20N | 17W | 4 | POR GOVT LOT 3, SEC 4 PARCEL 31  CONT 4.06 AC M/L |
| 205-11-014 | BUCHANAN DAN A & ILA M JT | 2043 MIAMI AVE | KINGMAN | AZ | 86401 | 0.25 AC | 20N | 17W | 4 | POR ORO FINO PATENTED MINING CLAIM DESC AS FOLL; BEG AT A PT ON N LY ENDLINE OF SD ORO FINO MINING  CLYW H CH PT IS 617 DEG 31' 39 E  407.39' FROM THE AZ HWY DEPT  P O C STA 2429+81.2 ON THEY SELY R/W BNDRY OF U S HWY  88...TH 157 DEG 53 W ALNG N |
| 205-11-019 | ARNOLD INVESTMENT CORP | PO BOX 1111 | KINGMAN | AZ | 86402 | 1.58 AC | 20N | 17W | 4 | POR OF LOT 4 DESC AS FOLLOWS DBEG N00 DEG 00 W 1756.3 FROM W/4 COR SEC 4, TH N ELY ON SLY1 86 R/W 455' TO TPOB; TH  N ELY ON R/W 309', TH 555 DEG 59'28 910.8', TH S38 DEG 34'W 209'.4 TH N55 DEG58 W 523.9' TO TPOB;) EXC SELY 190' OF  TH W, N M LY  450', CONT 1.58 AC., ALS |
| 205-11-022 | BUCHANAN DAN A & ILA M JT | 2043 MIAMI AVE | KINGMAN | AZ | 86401 | 0.18 AC | 20N | 17W | 4 | BEG AT  THE NE COR OF THE ORO AFINO PATENTED MINING CLAIM, SDBP" BEING THE COMMON COR FOR BI.METAL, ORO FINO AND  KLONDY-CA MINING CLAIMS MS 2760, TH SS13 DEG 53 W ALONG THE NORTH LINES OF SAID ORO TINO MINING CLAIM, A DIST OF 200' TO A  POINT; TH SOUTH PARALLEL |
| 205-11-023 | BUCHANAN DAN A & ILA M JT | 2043 MIAMI AVE | KINGMAN | AZ | 86401 | 15.47 AC | 20N | 17W | 4 | THE ORO FINO PATENTED MINING CLAIM AS SHOWN ON MINERAL SUVEEY #2750, EXC THE POR . Y NOF WITHIN THE AT & SF RR EAST-  . BOUNC & WEST BOUND R/W & LXCA THE FOLLOWING DESC PARCEL S DEG 4 AT THE NE COR OF SD ORO FINO MINING CLAIM, TH 351  DEG...33' ALNS THE N LINE OF SD OR |
| 205-11-024 | BUCHANAN DAN A & ILA M JT | 2043 MIAMI AVE | KINGMAN | AZ | 86401 | 0.02 AC | 20N | 17W | 4 | BEG AT  THE PT WHI IS TH COMMON...COR FOR BIMETAL, ORO FINO.1 KLONDYKE MINING CLAIMS (MS. 2750) LYNG IN SEC 4, TH  W/LY O ALNG THE SW.LY BNDRY OF KLCND NYKE MINING CLAIM, N08 DEG 07 W R1 TO THE INTERSECTION THEREWITH  OF THE S LY SIDE  OF R/W US 88...(I-40); TH SW LY ALNG T |
| 205-11-025 | ARNOLD ARTHUR TRUSTEE | PO BOX 1111 | KINGMAN | AZ | 86402 | 20.91 AC | 20N | 17W | 4 | GOVT LOTS 3 & 11 & 12, LYNG09 SE LY OF I-40 (HAYSIN) AS DESC IN BK 380 O.R. PGS 782-783 &   LYNG N W LY OF THE AT & SF RR R EXC BEG  AT A PT N00 DEG 00 W5 1756.5' FROM THE W/4 COR OF  SD SEC 4, SD PT BEING THE INTR-F SECTION OF THE W BNDRY OF SD  SEC R &  THE SELY R/W L |
| 205-11-031 | ARNOLD ARTHUR A | PO BOX 1111 | KINGMAN | AZ | 86402 | 1 AC | 20N | 17W | 4 | BEG AT A PT ON N LINE OF SEC 4,  TH N89  DEG 58' 00 E 941.88 N1 FROM NW COR OF SEC 4; TH N MN Y DEG 58' 00 E ALNG N LINE 200;3 TH  S00 DEG 02' 00 R 209', TH S588 DEG 58' 00 W 209', TH N00  DEG 02' 00 W 209' TO PGB   CONT 1.00 AC 3 205-11-015(205-11-031 & 032)  POR GOVT LOTS 3, 4 & 12 LY NG0N & W OF NW LY R/W LINE OF I-493' EXC THAT POR DESC AS FOLLOWS B EG AT N W COR OF SEC 4,  TH4800EW 58' 00 E ALNG N LINE OF... |
| 205-11-032 | SPINELLO TRISHA K ETAL | 3704 CANTLE DR | KINGMAN | AZ | 86401 | 15.5 AC | 20N | 17W | 4 | 200', TH S00 DEG 6 |
| 205-12-001 | BARGAIN BROTHERS INC | PO BOX 4580 | KINGMAN | AZ | 86402 | 7 AC | 20N | 17W | 5 | A PCL IN E2 SEC 5 SEC 5 84 DEG 31 MIN 42 SEC W 639.46' FROM NE COR OF SE4 |
| 205-12-005 | ZUMWALT LINDA | 5225 E CONTI AND BLVD #217 | FLAGSTAFF | AZ | 86004 | 2 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5  TRACT  THE SW LY 149 FT OF A PCL DESC AS FOLL COMM AT THE E |
| 205-12-007 | ZUMWALT JAMES E & REBECCA L | 12426 N COLUMB NE DR | PHOENIX | AZ | 85029 | 2 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5  TRACT  TH POR OF LOTS 7 & 19 DESC AS  COMM AT  TH E4 COR OF SD |
| 205-12-008 | ZUMWALT WILLIAM J & M M J* | 1744 W TONTO I N | PHOENIX | AZ | 85027 | 3 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5   TRACT1  THE  SW LY 445.50' OF A PARCEL OF LAND LOCATED IN LOTS 7 |
| 205-12-013 | ARNOLD HOLDING CO LIMITED PARTNERSHIP | P O BOX 951 | KINGMAN | AZ | 86402 | 27 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5   TRACT  A PARCEL OF LAND LYING IN THE SW4 OF SAID SEC 5, BEING THAT |
| 205-12-014 | ATCHISON TOPEKA & SANTA FE | PO BOX 961089 | FT WORTH | TX | 76161 | 180 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5   TRACT  PARCEL 35 OF THE STATE DEPT OF REVENUE MAP 701-08-13C-351AC & |
| 205-12-018 | MOOR STEEL KINGMAN LLC | PO BOX 100 | PLYMOUTH | UT | 84330 | 248.87 AC | 20N | 17W | 5 | TWN 20N   RNG 17W  SEC 5 PARCEL IN GOVT LOTS 8 & 10 & 3 1/2 DESC AS PARCEL 3 IN O R   CONT 248.87 ACRES |
| 205-33-001 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 1309.49 AC | 20N | 17W | 6 | CONT 1309.49 ACRES |
| 205-15-973A | MU FARM DONALD | 6902 HAUPT VAUOL | NEW YORK | NY | 11738 | 5000 SF | 20N | 17W | | NATIONAL SUB-DIVISION UNIT 2  BLK 22 LOTS 30 & 31...205-15-973(205-15-973 A & B) |
| 205-15-973B | W K & W PROPERTIES PARTNERSHIP | 2720 GEORGIA AVE | KINGMAN | AZ | 86401 | 5000 SF | 20N | 17W | | NATIONAL SUB-DIVISION UNIT 2  BLK 22 LOTS 80 & 82  205-15-973(205-15-973 A & B) |
| 205-24-001 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 3.03 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLOCK 1 LOT 1 C CONT 3.03 AC |
| 205-24-002 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 2.92 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  1 LOT 2 H CONT 2.92 AC |
| 205-24-003 | OBCHAKY KIM JT 50 | PO BOX 5488 | KINGMAN | AZ | 86402 | 2.36 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  1 LOT 31 CONT 2.36 AC |
| 205-24-005 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 3.3 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  2 LOT 11 CONT 3.30 AC |
| 205-24-007 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 3.3 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  2 LOT 2 S CONT 3.3 AC |
| 205-24-014 | ESQUIBEL MANUEL & PEGGY | PO BOX 10416 | GOLDEN VALLEY | AZ | 86413 | 2.6 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLOCK 2 LOT 7 C CONT 2.6 AC |
| 205-24-017 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 3.26 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  3 LOT 1 C CONT 3.26 AC |
| 205-24-022 | BREAUX REID E & CINDI L JT | 2830 W SAFARI DR | GOLDEN VALLEY | AZ | 86413 | 3.12 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLOCK 4 LOT 3 H CONT 3.12 AC |
| 205-24-028 | VINCELET EDMOND & LAURA LEE JT | PO BOX 651 | WINCHESTER | CA | 92596 | 9.44 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLK  4 LOT 5 I CONT 9.44 AC |
| 205-24-033 | MASUYAMA KAY ETAL JT | 8751 BERRY AVE | BUENA PARK | CA | 90620 | 4.2 AC | 20N | 17W | | TRACT  3007  WALNUT CREEK ESTATES UNIT 1  BLOCK 5 LOT 7 C CONT 4.2 AC |
| 205-24-034 | MASUYAMA KAY ETAL JT | 8751 BERRY AVE | BUENA PARK | CA | 90620 | 3.07 AC | 20N | 17W | | TRACT  3307  WALNUT CREEK ESTATES UNIT 1  BLOCK 6 LOT 8 C CONT 3.07 AC |
| 205-24-014 | PALM WILLIAM W & AGNES M JT | 6391 VANGUARD AVE | GARDEN GROVE | CA | 92645 | 1.01 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 2 LOT 8  CONT 1.01 AC |
| 205-26-018 | JONES JAMES & MARIE JT | PO BOX 6161 | KINGMAN | AZ | 86402 | 1.01 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 3 LOT 10 R CONT 1.01 AC |
| 205-26-025 | UNDERWOOD DONALD L & SUSAN K JT | 4033 LITTLE FINGER RD | LAKE HAVASU CITY | AZ | 86406 | 1.1 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 4 LOT 3 C  CONT 1.10 AC |
| 205-26-027 | WELLS TIMOTHY & ANDREA J | 102 MIRA MESA | RS MARGARITA | CA | 92688 | 1.01 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 4 LOT 7 C CONT 1.01 AC |
| 205-26-030 | ROBISON WILLIAM | 39241 MURRIETA HOT SPRINGS | MURRIETA | CA | 92563 | 1.01 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 4 LOT 10 C  CONT 1.01 AC |
| 205-26-033 | WILKINSON JOHN | 3247 RANCHO RD | GOLDEN VALLEY | AZ | 86413 | 1.17 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 4 LOT 118 CONT 1.17 AC |
| 205-26-034 | MASUYAMA KAY & EIKO IRENE JT | 8751 BERRY AVE | BUENA PARK | CA | 90620 | 1.01 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 1  CONT 1.01 AC |
| 205-26-035 | MASUYAMA KAY ETAL JT | 8751 BERRY AVE | BUENA PARK | CA | 90620 | 1.02 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 2  CONT 1.02 AC |
| 205-26-041 | SYM JAMES M & KIM H JT | 27340 CLOVERLY YTIR | MISSION VIEJO | CA | 92692 | 1.02 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 8  CONT 1.02 AC |
| 205-26-042 | SYM JAMES M & KIM H JT | 27340 CLOVERLY DR | MISSION VIEJO | CA | 92692 | 1.02 AC | 20N | 17W | | TRACT  3313  WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 4   CONT 1.02 AC |

  

Golden Valley General Plan Amendment Ownership List

9/3/2005

| Parcel | Owner | Address | City | State | Zip | | | | Legal Description |
|---|---|---|---|---|---|---|---|---|---|
| 206-26-045 | DYER LAURENCE E | 2005 PALO VERDE AVE STE 310 | LONG BEACH | CA | 90815 | 1.5 AC | 20N | 17W | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 128 CONT 1.50 AC |
| 206-26-046 | JENSEN RAY & SHIRLEY J | 904 N MILLER ST | MESA | AZ | 85203 | 1.31 AC | 20N | 17W | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 158 CONT 1.31 AC |
| 206-26-050 | BOOP MICHAEL P & FREDA C CPWRS | HC 30 BOX 100 SP 40 | KINGMAN | AZ | 86401 | 1 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 178 CONT 1.00 AC |
| 206-26-055 | ARNOLD INVESTMENT CORP | PO BOX 1111 | KINGMAN | AZ | 86402 | 1.09 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 128 CONT 1.09 AC |
| 206-26-057 | D'ALESSANDRO DALE J EST OF | PO BOX 2916 | SEDONA | AZ | 85339 | 1.01 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 248 CONT 1.01 AC<br>TRACT: 3013 WALNUT CREEK ESTATES UNIT 2 ALL THAT POR OF LOT 30 BLK 5? DESC AS FOLL  BEG AT THE NE?COR OF SAID LOT 30 LOT 30 AND1 SAID PT SE? |
| 206-26-063B | CARNES WAYNE H & JACKIE "TRUSTEES | 2943 W MALIBU RD | GOLDEN VALLEY | AZ | 86413 | 2.05 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 10CCONT 2.05 AC |
| 206-26-066 | FATCO TR 5757 | 2213 STOCKTON HILL RD | KINGMAN | AZ | 86401 | 1.02 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 338 CONT 1.02 AC |
| 206-26-068 | SCHAFFER RAYMOND C | PO BOX 588 | KINGMAN | AZ | 86401 | 1.02 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 5 LOT 358 CONT 1.02 AC |
| 206-26-070 | ACKERMANN ORLANDO G & JUDITH A JT<br>CONSOLATO JAMES T JR & ELAINE L | PO BOX 3113 | KINGMAN | AZ | 86401 | 1.01 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 1 ..CONT 1.01 AC |
| 206-26-073 | TRUSTEES | 632 ARMSTEAD ST | GLENDORA | CA | 91740 | 1.02 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 8 LOT 1 ..CONT 1.02 AC |
| 206-26-079 | LUERAS THOMAS B & CLARE A JT | 6637 CARTILLA AVE | ALTA LOMA | CA | 91701 | 1.31 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 10CCONT 1.31 AC |
| 206-26-080 | HOBBY GERALD | 4570 S LIPAN ST | ENGLEWOOD | CO | 80116 | 1.29 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 11CCONT 1.29 AC |
| 206-26-082 | CROSS THOMAS E & SUSAN M CPWRS | 2994 MALIBU | GOLDEN VALLEY | AZ | 86413 | 1.15 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 13CCONT 1.15 AC |
| 206-26-083 | CROSS THOMAS E & SUSAN M CPWRS | 2994 MALIBU | GOLDEN VALLEY | AZ | 86413 | 1.37 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 14CCONT 1.37 AC |
| 206-26-085 | CROSS JO ANN TRUSTEE | 14116 RANCHO RD | WESTMINSTER | CA | 92683 | 1.35 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 6 LOT 1 .CONT 1.35AC MIL |
| 206-26-094 | CARTER ARLAAN E & KAREN K CPWRS | 3990 N STOCKTON HILL RD STE F-<br>PMB 318 | KINGMAN | AZ | 86401 | 1.41 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 7 LOT 54 CONT 1.41 AC |
| 206-26-095 | CARTER ARLAAN E & KAREN K CPWRS | 3990 N STOCKTON HILL RD STE F-<br>PMB 318 | KINGMAN | AZ | 86401 | 1.17 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 7 LOT 64 CONT 1.17 AC |
| 206-26-096 | ARNOLD INVESTMENT CORP | PO BOX 1111 | KINGMAN | AZ | 86402 | 1.25 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 7 LOT 74 CONT 1.25 AC |
| 206-26-097 | PENKO STEVEN TRUSTEE | PO BOX 5502 | MOHAVE VALLEY | AZ | 86446 | 1.24 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 7 LOT 94 CONT 1.24 AC |
| 206-26-100 | BAKER PAUL & BARBARA TRUSTEE | 3685 N MOORE | KINGMAN | AZ | 86401 | 1.39 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 7 LOT 11CCONT 1.39 AC |
| 206-26-105 | JENSEN RAY & SHIRLEY J | 904 N MILLER ST | MESA | AZ | 85203 | 1.03 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 8 LOT 31 CONT 1.03 AC |
| 206-26-106 | SUMNER DOYLE | PO BOX 4003 | KINGMAN | AZ | 86401 | 1.03 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 8 LOT 50 CONT 1.03 AC |
| 206-26-107 | GREEN ERNEST R & SANDRA J TRUSTEES | 4237 PINTO RD | KINGMAN | AZ | 86401 | 1.03 AC | 20N | 17W | 7 | TRACT: 3013, WALNUT CREEK ESTATES UNIT 2  BLK 8 LOT 51 CONT 1.03 AC |
| 206-26-108 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 1.03 AC | 20N | 17W | 7 | TRACT: 3013WALNUT CREEK ESTATES UNIT 2  BLK 8 LOT 52 CONT 1.03 AC |
| 206-26-109 | FATCO TRUST 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 2 AC | 20N | 17W | 7 | TRACT: 3013WALNUT CREEK ESTATES UNIT 2NA POR OF PARCEL K LYING SWLYOF THE FOLL DESC (2157?/86 OR)RCOMM AT THE SO COR COMM TO PAR; K AND PAR 2 OF PP 4/22 REC CONT 9/2189 FN #0-50192 LOCATED AT AINTERSECTION OF MCCONNICO RDAAND OATMAN RD, TH N52 DEG 50'00 E |
| 206-26-110D | TRUE JACK L | 1040 PARKVIEW | KINGMAN | AZ | 86401 | 2 AC | 20N | 17W | 7 | TRACT: 3013HWALNUT CREEK ESTATES UNIT 2NPARCEL 2D AS SHOWN ON PP 10/78-76AN10/41'985 85-51684 CONT 2 ACRES?206-26-110C & 206-13-033 (205-26-110D) COMBINED 2002 TAX ROLL |
| 206-26-111B | GRUENER ALBERT F & ELSIE E JT | 3145 MC CONNICO RD | KINGMAN | AZ | 86401 | 2 AC | 20N | 17W | 7 | WALNUT CREEK ESTATES UNIT 2EA POR OF PARCEL L DESC AS FOLL BEG AT THE NWLY COR OF SD PARCEL L WHICH LIES ON THE NELY R/W OF MORGAN DR,TH N51 DEG 35'14 E 424   59  TO THE NELY COR OF SD PARCEL L SD PT LYING ON A CURVE OF THEE SWLY R/W LN OF MCCONNICO RD HAV |
| 206-26-111C | FATCO TR 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 3.97 AC | 20N | 17W | 7 | TR 3013 PARCEL LN NOT INC.UCING BEG AT THE NWLY COR L ON NELY R/W MORGAN DR TH N51 DEG 35'14 E ALNG NLY LN 424 59'TO PT LYING ON A CURVE OF SWLYSRWW LN MC CONNICO RD R=554 03' TH SELY ALNG ARC 97.06' THRU OA; =18 DEG 02'14 TO PT OF TAN,TH S37 DEG 10'00 |
| 206-26-111D | FATCO TR 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 2 AC | 20N | 17W | 7 | TR 3013?A PORTION OF PARCEL L DESC AS FOLL COMM AT THE NWLY COR OF SAIDT PARCEL L WHICH LIES ON THE NELY R/W LN OF MORGAN. DR AS IS SHOWNSON SD PLAT AND RUNNING TH N51 DEG 35'14 E ALONG THE NLY LN OF  SAID PARCEL L 424.59' TO THE NELY COR OF SD PARCEL L SAID |
| 206-26-113 | W K & W PROPERTIES PARTNERSHIP | 2720 GEORGIA AVE | KINGMAN | AZ | 86401 | 3.21 AC | 20N | 17W | 7 | TRACT: 3013WALNUT CREEK ESTATES UNIT 2  PARCEL   N  CONT 3.21 AC |
| 206-30-007 | KLEYWEG ARNOLD | PO BOX 1343 | TOPOCK | AZ | 86436 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 1 LOT 7  CONT 51428 SQ FT |
| 206-30-008 | KLEYWEG ARNOLD | PO BOX 1343 | TOPOCK | AZ | 86438 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 1 LOT 8  CONT 51428 SQ FT |
| 206-30-010 | DUNTON MEAGAN L JT 50 | 4182 E HUALAPAI MTN RD | KINGMAN | AZ | 86401 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3Y BLK 1 LOT 10 CONT 51428 SQ FT |
| 206-30-013 | FATCO TR 5757 | 2213 STOCKTON HILL RD | KINGMAN | AZ | 86401 | 1 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 2 LOT 4 CONT 43728 SQ FT |
| 206-30-014 | LAIR JERALD & LORI ANN CPWRS | 3965 E JOHN L AVE | KINGMAN | AZ | 86409 | 1 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 2 LOT 5 CONT 43728 SQ FT |
| 206-30-016 | HACK CLYDE & CAROLE JT | 1928 S DEXTER | MESA | AZ | 85208 | 1 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 2 LOT 6 CONT 43728 SQ FT |
| 206-30-019 | STENBACK GLORIA L | PO BOX 988 | KINGMAN | AZ | 86402 | 1 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 2 LOT 9 CONT 43728 SQ FT |
| 206-30-023 | WOLF M CAROL TRUSTEE | PO BOX 112 | TOPOCK | AZ | 86436 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 3 LOT 1 CONT 51428 SQ FT |
| 206-30-024 | WOLF M CAROL TRUSTEE | PO BOX 112 | TOPOCK | AZ | 86436 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 3 LOT 2 CONT 51428 SQ FT |
| 206-30-025 | WOLF M CAROL TRUSTEE | PO BOX 112 | TOPOCK | AZ | 86436 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 3 LOT 3 CONT 51428 SQ FT |
| 206-30-035 | SHERMAN T N & BARI CPWRS | 4550 THIRMAN DR | GOLDEN VALLEY | AZ | 86413 | 1.18 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 5 LOT 3 CONT 43728 SQ FT |
| 206-30-041 | DAUGHERTY SCOTT & LYLA JT | 13902 SMOKE TREE RD | VICTORVILLE | CA | 92395 | 1 AC | 20N | 17W | 7 | TRACT: 3043ASWALNUT CREEK ESTATES UNIT 3CBLK 6 LOT 3 CONT 43728 SQ FT |
| 206-35-004 | FATCO 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 1 AC | 20N | 17W | 7 | TRACT: 3043B  WALNUT CREEK ESTATES UNIT 3, BLK 2 LOT 15 CONT 1.00 AC, 206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-007 | KILBY ALTUS & BETTY H JT ETAL | 3252 CALUMET AVE | KINGMAN | AZ | 86401 | 1 AC | 20N | 17W | 7 | TRACT: 3043B  WALNUT CREEK ESTATES UNIT 3 BLK 2 LOT 18 CONT 1.00 AC, 206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-016 | REMLS JUERGEN J & VICTORIA A CPWRS | 16054 14 MILE RD | FRASER | MI | 48025 | 1 AC | 20N | 17W | 7 | TRACT: 3043BSWALNUT CREEK ESTATES UNIT 3NBLK 3 LOT 5 CONT 1.00 ACA206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-017 | OWENS GARY S & SALLY A JT | 2144 LAKE MORENA DR | CAMPO | CA | 91906 | 1 AC | 20N | 17W | 7 | TRACT: 3043BSWALNUT CREEK ESTATES UNIT 3NBLK 3 LOT 6 CONT 1.00 ACA206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-029 | CIRBY JEFFREY S | 2935 MARICOPA AVE PMB 167 | LAKE HAVASU CITY | AZ | 86406 | 1 AC | 20N | 17W | 7 | TRACT: 3043B  WALNUT CREEK ESTATES UNIT 3, BLK 8 LOT 17 CONT 1.00 AC, 206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-029 | FATCO TR 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 1 AC | 20N | 17W | 7 | TRACT: 3043B  WALNUT CREEK ESTATES UNIT 3, BLK 8 LOT 18 CONT 1.00 AC, 206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |
| 206-35-030 | FATCO TR 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 1 AC | 20N | 17W | 7 | TRACT: 3043B  WALNUT CREEK ESTATES UNIT 3, BLK 8 LOT 19 CONT 1.00 AC, 206-13-028(206-35-001 THRU 044 & REM PROP 206-13-035) |

CL12502

**Golden Valley General Plan Amendment Ownership List**

8/3/2005

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-36-001 | GERTZ HOWARD & JUDY CPWRS | 415 SANDALWOOD DR | APTOS | CA | 95003 | 51178 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 12 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-002 | GUMMOW JOHN R | 3807 SLOOP DR | LAKE HAVASU CITY | AZ | 86406 | 61207 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 13 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-003 | QUINTERO JOSE Q & COLLEEN L JT | 45004 MURFIELD DR | TEMECULA | CA | 92592 | 51100 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 14 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-004 | KALOUS JOSEPH & CHRISTINE JT | 3570 N BURBANK ST | KINGMAN | AZ | 86401 | 50675 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 15 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-006 | LISKA JAMES & JACLYNE TRUSTEES | 3762 E LASS AVE | KINGMAN | AZ | 86401 | 43712.5 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 17 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-007 | FATCO TR 5757 | PO BOX 4029 | KINGMAN | AZ | 86402 | 43712.5 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 18 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-008 | HALL JESSE C & MARIE N CPWRS | 2411 7TH | TOMS RIVER | NJ | 08253 | 43712.5 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 19 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-009 | QUIRANTE JOHN | 11935 LORETTA DR | MOORPARK | CA | 93021 | 43837 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 3 LOT 20 0206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-010 | TORRES RICARDO JT 50 | 8070 W RUSSELL RD #1098 | LAS VEGAS | NV | 89113 | 43637 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 4 LOT 10 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-013 | KELLY JAMES P & DIANA L JT | 3230 W CARMICHAEL RD | GOLDEN VALLEY | AZ | 86413 | 43623 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3L BLK 4 LOT 40 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR0 2004 |
| 206-36-014 | O'HARE JOHN E & VICTORIA A CPWRS | 138 BRYCEN AVE | OROVILLE | CA | 95966 | 5'451 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 50 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-015 | QUIMBY CARL & JOAN JT | 15484 TOKAY ST | VICTORVILLE | CA | 92392 | 49607 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 60 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-020 | MALEE HARRY D & DONNA F CPWRS | PO BOX 5154 | OROVILLE | CA | 95966 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 112 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-021 | KELLY BRIAN & DEBRA JT | 3141 W RANCHO | GOLDEN VALLEY | AZ | 86413 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 122 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-022 | LEWIS CLARISSA A | 525 OAK ST | KINGMAN | AZ | 86401 | 44051 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 132 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-024 | CARSON JOYCE L | 3195 RANCHO RD | KINGMAN | AZ | 86413 | 44882 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 152 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-025 | ROMOFF ROBERT M JT 50 | 3050 HUALAPAI MOUNTAIN RD #511 | KINGMAN | AZ | 86401 | 44441 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 162 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-026 | WEISS CHRISTOPHER G | 4545 HIGHLANDER AVE | LAKE HAVASU CITY | AZ | 86406 | 44892 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 172 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-027 | MARSHALL, THOMAS G & JOAN E TRUSTEES | 3267 W RANCHO RD | KINGMAN | AZ | 86413 | 43827 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 4 LOT 182 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-030 | WHITE CARL JR | 4229 KIRBY WAY | NORTH HIGHLAND | CA | 95660 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 132 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-031 | WHITE CARL & MARYANN JT | 9727 WEBB ST | RIVERSIDE | CA | 92509 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 142 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-032 | YATES ALEX J | 511 CARNATION PL | OXNARD | CA | 93036 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 152 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-033 | YATES ALEX J | 511 CARNATION PL | OXNARD | CA | 93036 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 162 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-034 | BOOP MICHAEL P & FREDA C JT | 9315 E BLAKE RANCH RD SP 40 | KINGMAN | AZ | 86401 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 172 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-035 | PACHECO EMELIO & RAMONA JT | PO BOX 4104 | KINGMAN | AZ | 86402 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 182 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-036 | BOOP MICHAEL P & FREDA C JT | 9315 E BLAKE RANCH RD SP 40 | KINGMAN | AZ | 86401 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 192 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-037 | LEPORE ERNEST | 4073 PRIMERO DR | BULLHEAD CITY | AZ | 86442 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 202 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-038 | RUNKLE DONALD & TINA JT | 2830 ANITA AVE | LAKE HAVASU CITY | AZ | 86404 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 7 LOT 212 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-039 | KUNDERT JOHN E & LORENE M TRUSTEES | 3483 W CARMICHAEL RD | KINGMAN | AZ | 86413 | 43639 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 12 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-041 | MARMLEY ROBERT E & SYDNEY M JT | 25178 LOGANBERRY CT | MORENO VALLEY | CA | 92551 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 22 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-043 | CRISWELL ROBERT C & CAROL JT | 19002 DELAWARE | LOWELL | IN | 46356 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 42 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-044 | CRISWELL ROBERT C & CAROL JT | 19002 DELAWARE | LOWELL | IN | 46356 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 52 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-045 | MORREALE RICHARD J | PO BOX 887 | KINGMAN | AZ | 86402 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 62 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-047 | GREEN MICHAEL & TONYA JT | PO BOX 1833 | REDLANDS | CA | 92373 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 82 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-048 | MASON STANLEY E JR & LOUISE V JT | PO BOX 352 | ROCKWOOD | ME | 04478 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 92 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-049 | WITTSCHECK MURL L & CHERYL C JT | 3320 W CARMICHAEL RD | KINGMAN | AZ | 86413 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 102 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR2 2004 |

CL12503

  

Golden Valley General Plan Amendment Ownership List

6/3/2005

| Parcel | Owner | Address | City | State | Zip | SF | | | | Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-36-052 | HALCOMB LOREN & SHARON JT | 3321 W RANCHO RD | KINGMAN | AZ | 86401 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 132 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-053 | MORREALE RICHARD J | PO BOX 887 | KINGMAN | AZ | 86402 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 142 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-054 | GREEN MICHAEL S & TONYA L CPWRS | PO BOX 1145 | KINGMAN | AZ | 86402 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 152 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-055 | BARTLETT ROY E JR & PAMELA J JT | 1572 EAST 410 SOUTH | SPANISH FORK | UT | 84660 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 162 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-057 | EVANS RICHARD B & JANET G CPWRS | 3302 RANCHO RD | KINGMAN | AZ | 86413 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 182 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-058 | NAPIER ROBERT J & DIAN L JT | 1038 PHEASANT CT | SAN MARCOS | CA | 92069 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 192 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-060 | BEAUMONT PAUL & LINDA JT | 3465 RANCHO RD | KINGMAN | AZ | 86401 | 43750 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 8 LOT 212 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR 2004 |
| 206-36-063 | USREY DENNIS F & RONDA M JT | RT 3 BOX 3058 | EXETER | MO | 65647 | 43753 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 2 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-064 | USREY DENNIS F & RONDA M JT | RT 3 BOX 3058 | EXETER | MO | 65647 | 43753 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 31 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-065 | HILTBOLD MICHAEL E & DEBORAH L CPWRS | 3428 W RANCHO RD | GOLDEN VALLEY | AZ | 86413 | 43751 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 41 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YRR2004 |
| 206-36-066 | ORTIZ VICTOR & BEVERLY JT | 275 ORANGE AVE #29 | CHULA VISTA | CA | 91911 | 43753 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 51 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR2004 |
| 206-36-070 | COPPING CRAIG N | 3338 RANCHO DR | KINGMAN | AZ | 86413 | 43753 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 91 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR2004 |
| 206-36-071 | CALVI SALLY J | 3320 W RANCHO RD | KINGMAN | AZ | 86413 | 43752 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 102 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR2004 |
| 206-36-072 | EVANS RICHARD B & JANET G CPWRS | 3302 RANCHO RD | KINGMAN | AZ | 86413 | 44776 SF | 20N | 17W | 7 | TRACT: 3043-CAWALNUT CREEK ESTATES UNIT 3 BLK 9 LOT 112 206-13-036(206-36-001 THRU 073 & REM PROP 206-13-042) TAX YR2004 |
| 206-10-006 | RALURK INC | 6522 FRONT VINE DR | GOLD CYN | AZ | 85219 | 29 AC | 20N | 17W | 9 | THAT POR OF W2... RAW LYING SELY OF SELY RAWGLN A T & S F RR ..CONT 29 AC M/L |
| 206-10-010 | SUN DEVELOPMENT INC | PO BOX 4458 | HOUSTON | TX | 77210 | 1.6 AC | 20N | 17W | 9 | THAT POR OF W2GRAW LYING NELY OF EXISTINGPHELY RAW LN OF DRAINAGE CHANNEL IN NE4 NW4 NW40 CONT 1.6 AC |
| 206-16-011 | ACKERMAN PATRICE C | 848 FLORA ST | PRESCOTT | AZ | 86301 | 26.73 AC | 20N | 17W | 9 | PARCEL PLAT BK 3 PG 54NPARCEL 1FCONT 26.73 ACRES M/L N206-16-003(206-16-011,012,013,4014)1989 TAX ROLL |
| 206-16-016 | MOHAVE DISPOSAL INC | PO BOX 1450 | CHICAGO | IL | 60690 | 0.1 AC | 20N | 17W | 9 | THAT PORTION OF PARCEL 3 DESC AS FOLL BEG AT THE W4 COR OF SAID SEC 8 TH S89 DEG 51'03 ER'2Z 40' TO A FOUND 1 INCH |
| 206-16-018 | INDIANA WESTERN EXPRESS INC | PO BOX 2850 | SPRINGFIELD | MO | 65801 | 0.17 AC | 20N | 17W | 9 | THAT PORTION OF PARCEL 3 GESC AS FOLL BEG AT THE W4 COR OF SAID SEC 8 TH S89 DEG 51'03 ER'2Z 40' TO A FOUND 1 INCH PIPE WITH BRASS TAG PE1955 BEING THE SELY COR OF PARCEL 3 PERAPP 3/64 64A FN 89 32664; TH N7 20 DEG 52'32 E ALONG THE |
| 206-16-019 | SUN DEVELOPMENT INC | PO BOX 4458 | HOUSTON | TX | 77210 | 3.21 AC | 20N | 17W | 9 | WLY RAW LINE OF 44B LOT 3 CONT 3.21 ACRES .NEW PARCEL CREATED FROM PATENT-02-2000-0006 |
| 205-10-004A | NUCOR STEEL KINGMAN LLC | P O BOX 150 | PLYMOUTH | UT | 84330 | 362.92 AC | 20N | 17W | 9 | MAP 701-8-12 PARCEL 12TCONT 362.93 AC |
| 206-10-014 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 40 AC | 20N | 17W | 9 | NW4 NE4 .CONT 40 AC M/L |
| 206-10-015 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 107.42 AC | 20N | 17W | 9 | S2 SW4 & NW4 SW4 EXC AT & S89 R/W .CONT 107.42 AC |
| 206-18-002 | DESERT COMMUNITIES INC | 4730 S FORT APACHE RD STE 300 | LAS VEGAS | NV | 89147 | 937.98 AC | 20N | 17W | 18 | LOTS 1 THRU 20, NW4 NE4,. SW4 NE4 & LOTS 22,23,28 & 29. EXCEPTING & RESERVING TO THEUNITED STATES: THOSE RIGHTS |
| 206-18-003 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 70.9 AC | 20N | 17W | 18 | AND/OR HWYS GRANTED3115 AZ HWY DEPT (1440)CCONT 937.98 ACRES .CONT 70.9 ACRES. NEW PARCEL CREATED PER MAPPING GOVT LOTS 21,24,25,30 &1, SE4 SE4 LYING ELY OF AT & SFRAW,ROAD CONT 70.9 ACRES; |
| 215-01-080 | DESERT COMMUNITIES INC | 4730 S FORT APACHE RD STE 300 | LAS VEGAS | NV | 89147 | 604.21 AC | 20N | 18W | 2 | ALL EXCEPT THE SE4 SE4,HW2 NW4 NW4 NW4 NE4 NE4 & EXCEPT THE N W 50'CCONT 804 21 ACP215-01-005(215-01-080 8HCOUNTY RD) |
| 215-01-092 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 622 54 AC | 20N | 18W | 3 | TRACT: 0HEXCEPT S2 SE4 SE4 NE4 NE4,EN2 NE4 NE4 SE4 SE4, N2 NW4 NW4. SW4 SW4, S2 SW4 SW4 NW4 NW4. AND EXCEPT THE N 50', W 50' & T E 50' THEREOF(1600/93 1706/361R)AND EXCEPT A 100' STRIP OF3 LAND ACROSS SEC 3, LYING 50'R ON EACH SIDE OF THE FOLL |
| 215-01-093 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.06 AC | 20N | 18W | 3 | DESC CENTERLINE |
| 215-01-094 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.06 AC | 20N | 18W | 3 | S2 SE4 SE4 NE4 NE4, EXCEPT THE EAST 50' TO MC. 3280/27 CONT 1.06 ACRES .215-01-018(215-01-094 & MC) |
| 215-01-095 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.06 AC | 20N | 18W | 3 | N2 NE4 NE4 SE4 SE4, EXCEPT THE EAST 50' TO MC. 3280/27 CONT 1.06 ACRES .215-01-019(215-01-094 & MC) |
| 215-01-096 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.06 AC | 20N | 18W | 3 | N2 NW4 NW4 SW4 SW4 EXCEPT THE WEST 50' TO MC. 3280/27 CONT 1.06 ACRES .215-01-020(215-01-095 & MC) S2 SW4 SW4 NW4 NW4, EXCEPT THE WEST 50 TO MC. 3280/27 CONT 1.06 ACRES .215-01-021(215-01-096 & MC) |
| 215-16-004 | WALNUT CREEK WATER CO INC | 119 E ANDY DEVINE AVE | KINGMAN | AZ | 86401 | 1.25 AC | 20N | 18W | 4 | A PARCEL CONT 1.25AC BEING A POR OF SW4 OF SW4 DESC A AS: COMM AT A PT WH IS TH S4 4 COR OF SEC 4; TH N LY ALNG TH N S CENTER SEC LN 42': TH W LY PARALLEL TO TH S RN'D RY OF SEC 4 30' TO TH TRUET P.O.B.. TH N LY PARALLEL TCB THE N-S CENTER SEC LN 233.3 5; TH W |
| 215-16-005 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 635 61 AC | 20N | 18W | 4 | LOTS 1,2,3 & 4; S2 N2 .S2EXCEPPY 5 ACRES LOCATED IN LOT 4 (DMSP MILLSITE #7) & EXCEPT BEG AT THE S4 CORNER OF SD SEC 4 T TH N LY ALONG THE N-S CENTERESEC LINE 42'; TH W LY PARALLEL TO THE S 8NDRY OF SD SEC 4 30'T TO TH TPOB, TH W LY PARALLEL2 TO THE N S CENT |
| 215-01-067 | EQUATORIAL MINERAL PARK INC | HC 37 BOX 500 | KINGMAN | AZ | 86401 | 5 AC | 20N | 18W | 8 | LOT 9NCONT 5 ACRES M/L .215-01-067 CREATED FROM PATENT1-02-89-0004 1989 TAX ROLL |
| 215-01-068 | EQUATORIAL MINERAL PARK INC | HC 37 BOX 500 | KINGMAN | AZ | 86401 | 5 AC | 20N | 18W | 8 | LOT 11 ..CONT 5 ACRES M/L .215-01-068 CREATED FROM PATENT .02-89-0004 1989 TAX ROLL |
| 215-01-069 | EQUATORIAL MINERAL PARK INC | HC 37 BOX 500 | KINGMAN | AZ | 86401 | 5 AC | 20N | 18W | 8 | S2 SE4 SE4 SE4,.CONT 5 ACRES M/L..215-01-069 CREATED FROM PATENT..02-89-0004 FOR 1988 TAX ROLL |
| 215-01-048 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 638 AC | 20N | 18W | 8 | S2 NW4 NW4 NW4 NE4,SE2 NW4 NE4,NE4 NE4;S2 NW4 NE4, NE4 NE4;S2 NW4 & S2;. CONT 638 ACRESF NEW PARCEL CREATED FROM U S A LAND |
| 215-01-070 | EQUATORIAL MINERAL PARK INC | HC 37 BOX 500 | KINGMAN | AZ | 86401 | 5 AC | 20N | 18W | 9 | N2 NW4 NW4 SW4 .CONT 5 ACRES M/L..215-01-070 CREATED FROM PATENT ..02-89-0004 1989 TAX ROLL |
| 215-01-075 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 633.94 AC | 20N | 18W | 9 | ALL EXCEPT THE E 50'CCONT 633 94 ACRES M/L .215-01-007(215-01-075 & RD) |





**Golden Valley General Plan Amendment Ownership List**

8/3/2005

| Parcel | Owner | Address | City | ST | ZIP | Sec | Twn | Rng | | Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 215-01-064 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 625.76 AC | 20N | 18W | 10 | EXCEPT N2 NE4 NE4 SE4 SE4,5    N2 NW4 NW4 SW4.0 AND EXCEPT THE W 50' & E 50'CONT 625.76 AC M/L - 215-01-076|215-01-084 & COUNTY ROAD) |
| 215-01-007 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.00 AC | 20N | 18W | 10 | N2 NE4 NE4 SE4 SE4  EXCEPT THE EAST 50' TO M/3 32E007 CONT 1.00 ACRES|0215-01-02|215-01-097 & M/L) |
| 215-01-098 | CITY OF KINGMAN | 310 N 4TH ST | KINGMAN | AZ | 86401 | 1.00 AC | 20N | 18W | 10 | N2 NW4 NW4 SW4 SW4, EXCEPT THE WEST 50' TO M/3 32907 CONT 1.00 ACRES|0215-01-02|215-01-098 & ROADS) |
| 215-01-078 | DESERT COMMUNITIES INC | 4730 S FORT APACHE RD STE 300 | LAS VEGAS | NV | 89147 | 628.94 AC | 20N | 18W | 11 | ALL, EXCEPT THE S2 SE4 SE4 SE4, AND EXCEPT THE W 50'.CONT 628.94 ACRES M/L 215-01-009|215-01-078 &8 COUNTY RD) |
| 215-18-001 | DAVID PHILIP & JENNIE JT | 1641 MOON ROCK RD | FALLBROOK | CA | 92028 | 32.00 AC | 20N | 18W | 13 | PARCEL 1L PLM PARCEL, PLAT BK 4 PG 63ERECORDED 12/11/89|CONT 32.00 ACRES M/L...215-01-075|215-18-001-007) |
| 215-18-003 | BLUCKER JOHN & MARY TRUSTEES | 9254 GOLDEN ST | ALTA LOMA | CA | 91737 | 20.04 AC | 20N | 18W | 13 | PARCEL 2-B  PER PARCEL. PLAT BK 4 PG 63ERECORDED 3/7/90N|CONT 20.04 ACRES M/L 1215-0'-073|215-18-001-007D) |
| 215-18-005 | SOUTH DAKOTA CONSERVANCY | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 23.21 AC | 20N | 18W | 13 | PARCEL 3-A  PER PARCEL. PLAT BK 4 PG 63ERECORDED 3/7/90N|CONT 23.21 ACRES M/L 1215-01-073 (215-18-001 THRU 007) |
| 215-18-006 | SOUTH DAKOTA CONSERVANCY | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 23.21 AC | 20N | 18W | 13 | PARCEL 3-B  PER PARCEL. PLAT BK 4 PG 63ERECORDED 3/7/90N|CONT 23.21 ACRES M/L 1215-0'-073 (215-18-001 THRU 007) |
| 215-18-007E | BAKER T K & PERCIA G TRUSTEES | 6509 E 2000 NORTH | SUGAR CITY | ID | 63448 | 15.16 AC | 20N | 18W | 14 | SEC 14 PARCEL 3-C SHOWN ON PPE4&2 REPLATTED AS PARCEL 3C-X PER PP 12/7 REC 8/27/96E FN 98-47833HCONT 15.16 ACF 215-18-007 (215-18-007A THRU_007E & ROADS) |
| 215-01-079 | DESERT COMMUNITIES INC | 4730 S FORT APACHE RD STE 300 | LAS VEGAS | NV | 89147 | 479.85 AC | 20N | 18W | 14 | W2, W2 E2, W2 W2 SE4 SE4'EXCEPT THE W 50 AND THE S 42'CCONT 479.85 ACRES M/L. 215-01-010|215-01-079 & COUNTY   ROAD) |
| 215-18-007B | YARNELL WILLIAM | 3278 AQUARIUS DR | GOLDEN VALLEY | AZ | 86401 | 5 AC | 20N | 18W | 14 | SEC 14 PARCEL 3-C SHOWN ON PP 4&2 REPLATTED AS PARCEL 3C3 PER PP 12/7 REC 8/27/96 FN 98-47833 CONT 5.00 AC  215-18-007 (215-18-007A THRU_007E & ROADS) |
| 215-18-007C | BROWN KAREN LEE | 3595 GORDON DR | KINGMAN | AZ | 86401 | 5 AC | 20N | 18W | 14 | SEC 14 PARCEL 3-C SHOWN ON PP4&2 REPLATTED AS PARCEL 3C-4 PER PP 12/7 REC 8/27/96 FN 98-47633CONT 5.00 AC  215-18-007|215-18-007A THRU E. & ROADS) |
| 215-18-007D | TAYLOR JOHN & KATHY JT | 605 VALLEY VIEW DR | KALISPELL | MT | 59901 | 5 AC | 20N | 18W | 14 | SEC 14 PARCEL 3-C SHOWN ON PP4&2 REPLATTED AS PARCEL 3C-41 PER PP 12/7 REC 8/27/96 FN 98-47633CONT 5.00 AC  215-18-007 (215-18-007A THRU 007E & ROADS) |
| 215-01-085 | AMERICAN LAND MANAGEMENT | 7345 S DURANGO DR | LAS VEGAS | NV | 89113 | 628.9 AC | 20N | 18W | 14 | EXCEPT THE E 50' & & 423 CCONT 628.90 ACRES M/L, 215-01-077|215-01-085 & COUNTY . ROAD) |
| 301-02-002 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 25 AC | 21N | 17W | 16 | POR DESC AS BEG AT THE W4 COR., OF SEC 16, TH S84 DEG 1345 E., 1412.8', TH S83 DEG 5530 E.,235.1' TO THE TPOB; TH S54 DEG . 1345 E, 960.9', TH N54 DEG 57', 30 E 483.9', TH H23 DEG 5745., E. 694' TO 93 RAW; TH NWLY OR., RAW 1060.5', TH S30 DEG 58'W., 951.25' TO THE TP |
| 301-02-003 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 585.5 AC | 21N | 17W | 16 | LESS R/W AND LE S3 PAR DESC AS  FOLL; BEG AT W2 COR OF SEC 16;, TH S 84 DEG 13' 45  E 1412.8', TH S 83 DEG 55' 30  E 235.'. TO TPOB; TH S 54 DEG 13' 45  E. 960.9'. TH N 54 DEG 57' 30  E., 483.9'. TH N 23 DEG 57' 45  E., 664' TO HWY 93 R/W; TH NWLY ON., R/W 1060.5' POR OF SEC 17 DESC AS FOLL; PBEG AT THE NE COR OF SEC 17.CTH W 749.90' M/L ALONG THEE/NORTH BOUNDARY TO HWY 93; THS SLY ALONG THE ELY BOUNDARY OF E HWY 93 TO THE E BOUNDARY OFASEC 17, TH N 735.90 M/L ALONGOTHE E BOUNDARY OF SEC 17 TO |
| 301-03-001 | AZ DEPT OF TRANSPORTATION | 205 S 17TH AVE | PHOENIX | AZ | 85007 | 8.25 AC | 21N | 17W | 16 | THCE NE COR OF SEC 17 BEI |
| 301-03-002 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 120 AC | 21N | 17W | 16 | NW4 NE4 & N2 NW4UCONT '20 ACRES |
| 301-03-026 | UNITED STATES OF AMERICA | PO BOX 16563 | PHOENIX | AZ | 85014 | 480 AC | 21N | 17W | 16 | EXCEPT THE N2 N2CCONT 480.00 ACRE3A 301-C3-004 & 006 THRU 025  (301-03-026) COMBINED |
| 302-10-007 | ASHURST EDITH G ETAL | PO BOX 87 | KINGMAN | AZ | 86402 | 1.75 AC | 21N | 17W | 26 | SEC 26 21 17 PT IN H2 NE4    SEC 26 (AS DESC IN. 540303) BEG AT INTRECC OF S LINEE OF H2 NE4 SEC 26 & ELY R/WOU'S 66 THNELY 1150', E., 65', SWLY 1150' ALNG RAW ., W 80' TO POB   1.75AC, M/L |
| 302-10-009 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 37.5 AC | 21N | 17W | 26 | "21N R17W SE4 NE4  SEC 26' LYING EAST OF AT&SF R/WS 37.5AC |
| 302-10-302 | DAVIS CATHY L TRUSTEE 60 | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 120.5 AC | 21N | 17W | 26 | SE4 SEC 26 LYING W OF R/W40 5AC, E2 SW2 SEC6 26 80ACALL IN 21N 17W TOTT 120.5AC |
| 302-10-021 | SMITH ROBERT & CHERYL JT | 4245 N SHADOW RD | KINGMAN | AZ | 86401 | 3.17 AC | 21N | 17W | 26 | ALL SW 4 NW 4  LYING SELY OF SELY R/W LN  I-40 TOPOCK-KINGMAN HWYHAS SHOWN ON ASSESSOR'S MAP   302-10-(8K 481 O R  PG 410-7 414 SEPT 151978) CONT 3.17  AC M/L |
| 302-10-022 | SMITH ROBERT & CHERYL JT | 4245 N SHADOW RD | KINGMAN | AZ | 86401 | 23.57 AC | 21N | 17W | 26 | ALL SW4 NW4NLYING NWLY OF NWLY RAW LN I-40 TOPOCK-KINGMAN HWY 40., GIOWN ON ASSESSORG MAP0302-10-(8K 411 O R  PG 410...414 SEPT 15.  1978) CONT . 23.57 AC M/L |
| 302-10-023 | SMITH ROBERT & CHERYL JT | 4245 N SHADOW RD | KINGMAN | AZ | 86401 | 40.87 AC | 21N | 17W | 26 | ALL W2 SW4 LYING E OF E RAW LNI-40, TOPOCK KINGMAN HWY  AS  SHOWN  ON ASSESSORS MAP4 302-10 (8K 491 O R  PGR410-414)LCONT 40.87 AC M/L |
| 302-10-024 | SMITH ROBERT & CHERYL JT | 4245 N SHADOW RD | KINGMAN | AZ | 86401 | 11.25 AC | 21N | 17W | 26 | ALL W2 SW4 LYING SECOF I-40 TOPOCK-KINGMAN HWY     CONT  11.25 AC M/L |
| 302-10-025 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 40.89 AC | 21N | 17W | 26 | E2 NW4 LYING SECOF I-40 TOPOCK-KINGMAN HWY    CONTC40.63 AC M/L |
| 302-10-026 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 54.32 AC | 21N | 17W | 26 | N2 NW4 LYING NWCCOF I-40 TOPOCK-KINGMAN HWY    CONTC54.32 AC M/L |
| 302-11-001A | BRAXTON SARAH | 1520 ATOKAD DR #247 | S SIOUX CITY | NE | 68776 | 12500 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTCBLK 1 LOTS 16 T-HRU 19 |
| 302-11-001B | KUEHN DEBRA DARLENE | 2205 NEAL AVE | KINGMAN | AZ | 86401 | 46675 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTCBLK 1 LOTS 1 THRU 15 |
| 302-11-002 | FEWELL JOE Z | 72 SANDRA LN | EUGENE | OR | 97404 | 9375 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTCBLK 1 LOTB 20,21 & 22 |
| 302-11-003D | CHANG YOUN SEOP & HEE JA KO | 447 PERKINS ST | OAKLAND | CA | 94810 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTB BLK 1 LOTS 38 &40CCONT 6250 SQ FT OR 0.14 ACRES0302-11-003 (302-11-003A THRU H) 2005 TAX ROLL |
| 302-11-003E | HYUN YOUNG II | 4333 NORWALK DR APT Q192 | SAN JOSE | CA | 95129 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTB BLK 1 LOTS 39 & 40CCONT 6250 SQ FT OR 0.14 ACRES0 302-11-003 (302-11-003A THRU H) 2005 TAX ROLL |
| 302-11-003F | JUNG HYON CHANG | 995 LA MESA TERRACE #D | SUNNYVALE | CA | 94086 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTB BLK 1 LOTS 41 & 42CCONT 6250 SQ FT OR 0.14 ACRES9 302-11-003 (302-11-003A THRU H) 2005 TAX ROLL |
| 302-11-003G | YOON HYAN WOOK | 447 PERKINS ST | OAKLAND | CA | 94810 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTB BLK 1 & 38CCONT 6250 SQ FT OR 0.14 ACRES9 302-11-003 (302-11-003A THRU H) 2005 TAX ROLL |
| 302-11-003H | KIRCHNER JEFFREY S | 13 MAYBECK DR | EAST SETAUKET | NY | 11733 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTABLK 1 LOT 26  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003 (302-11-003A THRU H) 2005 TAX ROLL |
| 302-11-003I | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTABLK 1 LOT 31  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003B(302-11-003J,K,L & M) 2005 TAX ROLL |
| 302-11-003K | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 12500 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTB BLK 1 LOTS 33 THRU 36CCONT 12500 SQ FT OR 0.28 ACRES: 302-11-003B(302-11-003J,K,L & M) 2005 TAX ROLL |
| 302-11-003L | RENNIE ERIC JOHN | PO BOX 14256 | SAN LUIS OBISPO | CA | 93406 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTA BLK 1 LOT 32  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003B(302-11-003J,K,L & M) 2005 TAX ROLL |
| 302-11-003M | LUCERO SAMUEL & AMY | 948 SKYFOREST DR | HENDERSON | NV | 89015 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTABLK 1 LOT 30  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003B(302-11-003J,K,L & M) 2005 TAX ROLL |
| 302-11-003N | SHAW JAMES M & BETTY M | 53 HEBERT RD | SALINAS | CA | 93906 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTABLK 1 LOT 44  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003C(302-11-003N & P) 2005 TAX ROLL |
| 302-11-003P | FUNDERBURK JOHN A | 274 E GROVE ST | RIALTO | CA | 92376 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACTABLK 1 LOT 43  CONT 3125 SQ FT OR 0.07 ACRESL 302-11-003C(302-11-003N & P) 2005 TAX ROLL |

  

Golden Valley General Plan Amendment Ownership List

8/3/2005

| Parcel | Owner | Address | City | State | Zip | Size | | | Sec | Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 302-11-003Q | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 1 LOTS 25 & 26  CONT 6250 SQ FT OR 0.14 ACRES302-11-003A(302-11-003Q & R) 2005 TAX ROLL |
| 302-11-003R | SADRUDDIN ASHRAF & AGNES B | 3205 W OAKEY BLVD | LAS VEGAS | NV | 89102 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 1 LOTS 27 & 28  CONT 6250 SQ FT OR 0.14 ACRES302-11-003A(302-11-003Q & R) 2005 TAX ROLL |
| 302-11-004E | HALLASGO ZENAIDA | 140 CASALS PL #23G | BRONX | NY | 10475 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOT 43 CONT 3125 SQ FT OR 0.07 ACRES302-11-004 (302-11-004A THRU K,004K) 2005 TAX ROLL |
| 302-11-004C | TROUNG PAULA | 1650 LA SALLE AVE | SAN FRANCISCO | CA | 94124 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOT 30C CONT 3125 SQ FT OR 0.07 ACRES302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004D | CHOI YOON SEONG | 447 PERKINS ST | OAKLAND | CA | 94610 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOTS 5 & 6T CONT 6250 SQ FT OR 0.14 ACRES: 302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004E | BAEK KYEONG EUI | 447 PERKINS ST | OAKLAND | CA | 94610 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOTS 7 & 8T CONT 6250 SQ FT OR 0.14 ACRES: 302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004F | BAER DONG YUN | 447 PERKINS ST | OAKLAND | CA | 94610 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOTS 25 & 263 CONT 6250 SQ FT OR 0.14 ACRES1 302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004G | YOON HYUN SOO | 447 PERKINS ST | OAKLAND | CA | 94610 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOTS 27 & 283 CONT 6250 SQ FT OR 0.14 ACRES1 302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004H | KIM JIN YOUNG | 447 PERKINS ST | OAKLAND | CA | 94610 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOT 32 CONT 3125 SQ FT OR 0.07 ACRES302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004J | BEASLEY CYNTHIA M | PO BOX 917 | APACHE JUNCTION | AZ | 85217 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOT 32 CONT 3125 SQ FT OR 0.07 ACRES302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004K | GLICK THOMAS FAMILY TRUST | 12000 BISCAYNE BLVD STE 800 | NORTH MIAMI | FL | 33181 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 2 LOT 29C CONT 3125 SQ FT OR 0.07 ACRES302-11-004 (302-11-004A THRU H,004J & 004K) 2005 TAX ROLL |
| 302-11-004L | ACUILA 1 INVESTMENTS LLC | 6960 W FLAMINGO RD STE 110-549 | LAS VEGAS | NV | 89147 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT1 BLK 2 LOT 27 CONT 3125 SQ FT OR 0.07 ACRES4302-11-004A(302-11-004K) & M) 2005 TAX ROLL |
| 302-11-004M | HALLASGO ZENAIDA | 244 FIFTH AVE #2508 | NEW YORK | NY | 10001 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT1 BLK 2 LOT 16 CONT 3125 SQ FT OR 0.07 ACRES3302-11-004A(302-11-004L & M) 2005 TAX ROLL |
| 302-11-005A | HYUN YOUNG IL | 4333 NORWALK DR APT Q192 | SAN JOSE | CA | 95129 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOTS 1 & 2  CONT 6250 SQ FT OR 0.14 ACRES3 302-11-006 (302-11-006A THRU F) 2005 TAX ROLL |
| 302-11-005D | JOO MYUNG SOOK | 1053 2ND ST #6 | LAFAYETTE | CA | 94549 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOTS 11 & 123 CONT 6250 SQ FT OR 0.14 ACRES3 302-11-006 (302-11-006A THRU F) 2005 TAX ROLL |
| 302-11-005E | ROBERTS PAUL M | 1055 GREEN TREE RD | JUNCTION CITY | WI | 54443 | 6250 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOTS 21 & 223 CONT 6250 SQ FT OR 0.14 ACRES1 302-11-006 (302-11-006A THRU F) 2005 TAX ROLL |
| 302-11-005F | HYUN YOUNG IL | 4333 NORWALK DR APT #Q192 | SAN JOSE ROWLAND | CA | 95129 | 18750 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOTS 3,4,5,6,7 & 8  CONT 18750 SQ FT OR 0.43 ACRES3 302-11-006 (302-11-006A THRU F) 2005 TAX ROLL |
| 302-11-005G | KELLEY MINGYUAN | 13566 E NOTTINGHAM LN | HEIGHTS | CA | 91748 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 10  CONT 3125 SQ FT OR 0.07 ACRES302-11-006B(302-11-006G & H) 2005 TAX ROLL |
| 302-11-006H | RUSSELL JESS | PO BOX 14 | EL NIDO | CA | 95317 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 90 CONT 3125 SQ FT OR 0.07 ACRES302-11-006B(302-11-006G & H) 2005 TAX ROLL |
| 302-11-006J | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 12500 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOTS 14 THRU 17  CONT 12500 SQ FT OR 0.29 ACRES302-11-006 (302-11-006J,K,L,M & N) 2005 TAX ROLL |
| 302-11-006K | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 191 CONT 3125 SQ FT OR 0.07 ACRES3 302-11-006C(302-11-006J,K,L,M & N) 2005 TAX ROLL |
| 302-11-006L | SJOSTEN GREGORY P & LINDA M | 12626 43RD ST NE | ST MICHAEL | MN | 55376 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 161 CONT 3125 SQ FT OR 0.07 ACRES  302-11-006C(302-11-006J,K,L,M & N) 2005 TAX ROLL |
| 302-11-006M | KELLEY MINGYUAN | 13566 E NOTTINGHAM LN | ROWLAND HEIGHTS | CA | 91748 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 201 CONT 3125 SQ FT OR 0.07 ACRES  302-11-006C(302-11-006J,K,L,M & N) 2005 TAX ROLL |
| 302-11-006N | CLARK JEFFERY & CATHY | 839 NORTH LARKSPUR ST | LOMPOC | CA | 93436 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 3 LOT 131 CONT 3125 SQ FT OR 0.07 ACRES  302-11-006C(302-11-006J,K,L,M & N) 2005 TAX ROLL |
| 302-11-007A | QUILTY BRIAN | PO BOX 7008 | STATELINE | NV | 89449 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 1  CONT 3125 SQ FT OR 0.07 ACRES302-11-007B (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007C | MARTINEZ JEANNETTE | 12322 SHERMAN GROVE AVE | SUNLAND | CA | 91040 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 8  CONT 3125 SQ FT OR 0.07 ACRES302-11-007 (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007D | MC DEVITT CHARLES & CHARLENE | 7378 MARIGOLD AVE | HIGHLAND | CA | 92348 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 6  CONT 3125 SQ FT OR 0.07 ACRES302-11-007 (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007E | LE HANH & CHRISTINE | PO BOX 471 | CHEEKTOWAGA | NY | 14225 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 7  CONT 3125 SQ FT OR 0.07 ACRES302-11-007 (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007F | MICKELSON PHILIP & RANA | 18218 SE 18TH WAY | VANCOUVER | WA | 98683 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 2  CONT 3125 SQ FT OR 0.07 ACRES302-11-007 (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007G | BRIGGS MIKE & KAREN | 27960 ACK ACK CT | STALLION SPRING | CA | 93561 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 3  CONT 3125 SQ FT OR 0.07 ACRES302-11-007 (302-11-007A THRU G) 2005 TAX ROLL |
| 302-11-007J | COMEAUX DAVID J & NATASHA Z | 8960 CAMINO DEL AVION | GRANITE BAY | CA | 95746 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 4 CONT 3125 SQ FT OR 0.07 ACRES302-11-007B (302-11-007-4 & J) 2005 TAX ROLL |
| 302-11-007J | DIMAILIG CATALINO & CARMENCITA | EDMONTON ALBERTA PO BOX 4026 | CANADA T5V 1B9 KINGMAN | | 86402 | 3125 SF | 21N | 17W | 26 | KINGMAN MERCANTILE HIGHWAY TRACT6 BLK 4 LOT 5 CONT 3125 SQ FT OR 0.07 ACRES  302-11-007B (302-11-007-4 & J) 2005 TAX ROLL |
| 301-01-009 | PATCO TN 5/767 | PO BOX 4026 | KINGMAN | AZ | 86402 | 160 AC | 21N | 17W | 28 | SW4 CONT 160 AC |
| 301-01-303 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 78.6 AC | 21N | 17W | 28 | LOT 1 & NE4 NW4 CONT 78.80 AC |
| 301-01-211 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 160 AC | 21N | 17W | 32 | E2 NW4, NW4 SE4 & NE4 SW4  (1330/887) CONT 180 AC |
| 301-05-002 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 306.54 AC | 21N | 17W | 33 | N2 NE4, NW4 SE4 & GOV'T LOT  5 1,2,3,7 & E2 8 NW4 OF GOV'AT LOT 6  CONT 306.54ACMG01-05-001(301-05-002,003,&4 004) |
| 301-05-205 | DAVIS CATHY L TRUSTEE ETAL | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 9.97 AC | 21N | 17W | 33 | SW4 OF GOV'T LOT 6  CONT 9.97 ACRES, 301-05-003 & 004(301-05-005) |
| 301-06-009 | MEDLIN J RODGER III ETAL | 3811 ROBIN LN | KINGMAN | AZ | 86001 | 8.35 AC | 21N | 17W | 34 | FOR DESC AS FOLL  BEG S89 DEG , 33'30 E 856.74' & N0 DEG 05', W 50' FROM THE SW COR OF SEC , 34, TH N89 , DEG 55'E 550', TH S0 DEG 05'E 665.67', TH N49 DEG 2750 W , 383.61', TH N9 DEG 33'30 W9 166.42' TO THE POB , CONT 8.35 AC ML |





Golden Valley General Plan Amendment Ownership List

8/3/2005

| Parcel | Owner | Address | City | State | Zip | | | | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | COMM AT THE N4 COR OF SEC 34;ATH S0 DEG 32'W 2575.2' TO THECENTER OF SAID SEC 34; TH N89.0 DEG 00'E 649.4' TO THE TPOB;TH N89 DEG 00'E 192'; TH N19 DEG 00'W 192'; TH S89 DEG 00'W0 192' TO A PT; TH S1 DEG 00'E5 192' TO THE TRUE POB; WHICH ISRLOCATED IN THE SE |
| 301-06-013 | BOND RODNEY & KRISTY SPWRS | 2001 OLD COOKS RD | KINGMAN | AZ | 86413 | 0.85 AC | 21N | 17W | 34 | IN THE SE |
| 301-06-014 | DAVIS CATHY L TRUSTEE 50 | HC 35 BOX 37 | PEACH SPRINGS | AZ | 86434 | 120 AC | 21N | 17W | 34 | N2 NE4 & NE4 NW4 CONT 120 AC |
| 301-06-020 | POLIDORI VERONICA TRUSTEE | 1341 POWELL DR | LAKE HAVASU CITY | AZ | 86406 | 4.13 AC | 21N | 17W | 34 | MAYNARD MINING DISTRICT  AS DESC IN MOHAVE COUNTYCOURTHOUSE BOOK 178 PG 435  CONT 4.13 ACRES M/L |
| 301-06-025 | STATE OF ARIZONA | 205 S 17TH AVE | PHOENIX | AZ | 85007 | 0.2 AC | 21N | 17W | 34 | THAT PORTION OF KLONDYKE PAT MCT#4005 AS DESC  BEG AT COR #3  TH ALONG THE N'ELY LN S38 DEG  04'40 E 894.45' TO RXW LN OFDI-40; TH S55 DEG 21'51' W ALONGRR'RW LN ALONG ARC OF A CURVESRADIUS 11,759.16' A DIST OF0 151.28'; TH CONT ALONG HWY R/W  LN S39 DEG 22'23' E 42 |
| 301-06-034 | VAN BRUNT DONALD & KATHRYN JT | 2486 W HWY 66 | KINGMAN | AZ | 86401 | 1.7 AC | 21N | 17W | 34 | THAT PORTION OF PARCEL  A  PER1 SURVEY RECORDED 8/8/85 FN 85-H28347 & PARCEL  A  PER SURVEY  RECORDED 12/2/86 FN 86-6843MADESC AS FOLL: BEG AT THE SE5COR OF SAID SEC 34; TH ALONGTHE EAST LINE OF SAID SE4; THQN00 DEG 37'15 W 1088.38' TO |
| 301-07-001 | CUNNINGHAM CAROL ANN ETAI | 4827 S TERRY LN | TEMPE | AZ | 85252 | 105.5 AC | 21N | 17W | 35 | A...P' IN THE N R/W L/ |
| | | | | | | | | | E2 LYING N'LY & W'LY OF...STATE ROUTE I-40 FRONTAGE RD . (HWY 66) CONT 105.5 ACRES |
| 301-08-009 | CUNNINGHAM CAROL | 4827 S TERRY LN | TEMPE | AZ | 85282 | 16.13 AC | 21N | 17W | 35 | THAT POR OF THE SW4 NW4 LYINGRW OF THE FOLL LINE  BEG AT AS PT S89 DEG 24'19 E 522.51'U.FROM THE W4 COR OF SEC 35; TH4 736.19' ALONG A CURVE TO THERLT RADIUS OF 1778.98'; TH N11QDEG 04'36 W 288.71'; TH N112  DEG 32'59 W 115.72'; TH 877  DEG 27'01 W 175'; TH N12 |
| 301-08-012 | CUNNINGHAM JOHN J JR & DORIS R TRUSTEES | PO BOX 285 | KINGMAN | AZ | 86402 | 54.79 AC | 21N | 17W | 35 | N2 NW4 LYING E'LY OF THE E'LYGRW LINE OF I-40 EXCEPT BEGEAT A POINT S57 DEG 36'05 EG1269.44  FROM THE NW CORNERV OF SAID SEC 35; TH EAST 30E',0TH SOUTH 255'; TH S77 DEG 18'131 W 104.70'; TH N75 DEG 20'S30 W 113.70'; TH NORTH1 26S' TOXPOB  AND EXCEPT BEG AT A |
| 301-08-013 | CUNNINGHAM JOHN J JR & DORIS R TRUSTEES | PO BOX 285 | KINGMAN | AZ | 86402 | 7.81 AC | 21N | 17W | 35 | ALL THAT PORTION OF THE N2 NW4 , LYING S'ELY OF THE S'ELY R/W  LINE OF I-40 TOPOCK-KINGMAN, HWY CONT 7.81 ACRE33 M/L |
| 301-08-015 | CUNNINGHAM JOHN J JR & DORIS R TRUSTEES | PO BOX 285 | KINGMAN | AZ | 86402 | 1.75 AC | 21N | 17W | 35 | THAT POR IN THE W2 DESC ASYBEG AT A PT ON THE W LN OFE PARCEL DESC IN BK 82 OF DEEDS1 PGS 385-386 A DIST N00 DEG 55'3.30 E 445.55' FROM THE SW CORE OF SAID PARCEL; TH N89 DEG 04'E30 W 243.44'; TH S00 DEG 55'30 W 536.85'; TH N70 DEG 21'57 EL 209.65', TH N12 DE |
| 301-08-016 | CUNNINGHAM JOHN J JR & DORIS R TRUSTEES | PO BOX 285 | KINGMAN | AZ | 86402 | 10.26 AC | 21N | 17W | 35 | TWO PCLS DESC IN BK 82 OF5 DEEDS PGS 385 & 386 AND BK  100 OF DEEDS PGS 392 & 293VEXCEPT THOSE POR WITHIN THE3 PARCEL DESC IN BK 580 O R , PG 529 CONT 10.26 ACRES3 . 301-03-001(301-08-016 & 017) |
| 301-08-018 | CUNNINGHAM CAROL | 4827 S TERRY LN | TEMPE | AZ | 85282 | 18.47 AC | 21N | 17W | 35 | ALL THAT PORTION OF THE S2 NW4S& POR OF THE N2 NE4 SW4 LYINGDNWLY OF HWY 66 R/W EXCEPT 20'SSTRIP OF LAND CONT 1696 ACAAS DESC IN BK 82 PG 315 & BKA108 PG 292 & LYING EAST OF THEEFOLL LINE  BEG AT A PT S89 DEG624'19 E 1062.42 FROM THE W4...COR OF SEC 35; TH |
| 301-08-019 | CUNNINGHAM JOHN J JR & DORIS R TRUSTEES | PO BOX 285 | KINGMAN | AZ | 86402 | 11.26 AC | 21N | 17W | 35 | RECORD OF SURVEY BK 2 PG 58 , PARCEL A3 CONT 11.26 AC M/L...301-08-014(301-08-018 & 019) |
| 301-09-011 | ARNOLD ARTHUR | PO BOX 1111 | KINGMAN | AZ | 86402 | 4.62 AC | 21N | 17W | 35 | A POR OF THE  W2 SW4 LYING NW'LYWOF THE N'LY R/W LINE OF US HWY7 66 & EAST OF THE FOLL LINE  OCOMM AT THE INTERSECTION OFATHE N'LY R/W LINE OF US HWY 865 WITH THE W SEC LINE; TH 1085.207' ALONG SAID R/W LINE TO THEEPOB; TH N64 DEG 34'37 W 159.77' ; TH 529.77' AL |
| 301-09-012 | ARNOLD INVESTMENT CORP | PO BOX 1111 | KINGMAN | AZ | 86402 | 3.66 AC | 21N | 17W | 35 | BEG AT A PT ON THE W LN OF SEC .36 WHICH BEARS S0 DEG 36'45 E3 418.79' FROM THE W4 COR; TH S.,89 DEG 59'34 E 319.84'; THN...36 DEG 24'E0 E 140'; TH N613 DEG 35'17 W 70'; TH N20S DEG(; 43'43 E 207.16' TO THE E.W., MID SEC LINE , CONT 3.66 ACRES M/L |
| 301-09-019 | ARNOLD INVESTMENTS INC | PO BOX 1111 | KINGMAN | AZ | 86402 | 31.6 AC | 21N | 17W | 35 | THAT POR OF THE W2 SW4 LYING  N & S OF EASTBOUND & WESTBOUNDEAT & SF R/W & LYING S OF US  HWY 66 I-40 EXCEPT THE FOLL:FA 2.36 ACRE PARCEL AS SHOWN ONR RECORD OF SURVEY BK 1 PG 56,QA 1.80 ACRE PARCEL AS DESC IN2 BK 637 O R, PG 234,24D A 2.15...ACRE PARCEL DELIN |
| 301-09-021 | WHITE WESLEY & CYNTHIA* | 3748 CINCH DR | KINGMAN | AZ | 86401 | 0.45 AC | 21N | 17W | 35 | BEG AT THE SW COR OF SAID SEC35; TH N89 DEG 56'20 E ALONGNTHE S LINE OF SAID W2 SW4 OF1 SEC 35 1363.04' TO THE W 1/16  TH COR OF SAID SEC 26; TH N1FOEG 34'00 E ALONG THE E LINE3 OF SAID W2 SW4 OF SEC 35 1659   18'; TH S67 DEG 22'30 W ALONG7 SAID N |
| | | | | | | | | | THE N LINE 19 |
| 301-01-010 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 3568.32 AC | 21N | 17W | | SEC 18 GOV'T LOTS 1-4, E2 &   E2 W2 (656.52); SEC 20 (640);R SEC 28 GOV'T LOTS 1-4, W2 E2 &1 W2 (630.78); SEC 29 GOV'T LOTS  1-4, E2 & E2 W2 EXCEPT GOV'NLOT 1, NE4 NW4 (548.27); SEC30 GOV'T LOTS 1-4, E2 & E2 W2E(693.50); SEC 32 GOV'T LOTSO1-7, NW4 & NE4 SE4 |
| 301-01-012 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 1044.4 AC | 21N | 17W | | SEC 21 GOV'T LOTS 1-4, W2 E2 &W2, SEC 27 EXCEPT SW4  E 1/2(0R  CONT 1044.40 AC M/L0301-01-001(301-01-013 & 014) |
| 306-08-117 | GOLDEN VALLEY FIRE DEPT #2 | 749 S EGAR | GOLDEN VALLEY | AZ | 86413 | 0 | 21N | 18W | 16 | A POR OF SEC 16 KNOWN ASVPARCEL 16-A PER RECORD OF SURVEY BK 11 PG 55 , FOR REFER SEE 306-11-117 (IRR) |
| 306-11-117 | UNITED STATES OF AMERICA | 2475 BEVERLY AVE | KINGMAN | AZ | 86401 | 2.5 AC | 21N | 18W | 16 | A POR OF SEC 16 KNOWN ASAPARCEL 16-A PER RECORD OF SURVEY BK 11 PG 55CONT 2.5 ACRES3 306-11-117 CREATED PER MAPPING |

CL12507

**3**

CL12508

Mohave County General Plan

**Exhibit VI.8:  General Land Use Diagram - Golden Valley Area**



CL12509



Exhibit VI.17: Detailed Land Use Diagram - Golden Valley

Mohave County General Plan

-94-

LEGEND

RDA  RURAL DEVELOPMENT AREA
SDA  SUBURBAN DEVELOPMENT AREA
UDA  URBAN DEVELOPMENT AREA
LR   1.0 DU/A - 6.0 DU/A
MR   5.0 DU/A - 12.0 DU/A
HR   12.0 DU/A - 20.0 DU/A
NC           PP         PP
GC           U
—    Major Highway

SCALE IN MILES

EXHIBIT    VI.17
GOLDEN  VALLEY
DETAILED  LAND  USE
DIAGRAM
MOHAVE  COUNTY,  ARIZONA



Golden Valley Proximity Map

*Legend*

DISCLAIMER: This is a product of the Mohave County GIS Department. The data depicted here have been developed with extensive cooperation from other county departments, as well as other federal, state and local governments agencies. Mohave County expressly disclaims responsibility for damages or liability that may arise from the use of this map.

PROPRIETARY INFORMATION: Any resale of this information is prohibited, except in accordance with a licensing agreement.

Copyright 2003
Mohave County GIS
809 E. Beale St.
Kingman, AZ 86401

CL12511

**4**

CL12512



**Golden Valley South / Rhodes Homes**
Mohave County, Arizona

CL12513



**Legend**

Street Centerlines

Railroads

Sections

Rural / non masterplanned

General Plan Amendment Area

Heavy Industrial

Neighborhood Commercial

Low Density Residential 1-5 du/ac

BLM / Rural

Suburban - up to 1 DU/AC

Kingman City Limits

**PROPOSED GOLDEN VALLEY RANCH COMMUNITY**

Proposed Golden Valley Ranch Community
Community Includes:

Low Density Res. <= 5 du/ac

Med Density Res. <= 12 du/ac

High Density Res. <= 25 du/ac

# GENERAL PLAN AMENDMENT LAND USES





Stanley Consultants INC.

July 28, 2005

4,000    0    4,000
Feet

CL12514

**5**

CL12515



**Legend**

   General Plan Amendment Area

   GV Water & Sewer

   ACC Water Companies

   Proposed Rhodes Water Wells

   •   Existing Water Wells

   Kingman City Limits

   Water

   Sewer

   Sections

   Street Centerlines

   Railroads

**GENERAL PLAN AMENDMENT
WATER & SEWER AVAILABILITY**

**Stanley Consultants INC.**

August 3, 2005

N

4,000   0   4,000
Feet

CL12516