# RHODES HOMES

*See attorney*

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order Change Order

**RECEIVED**
**MAR 1 0 2005**
**STANLEY CONSULTANTS**

To: Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Cost_Code

PO #: KING-001
Change Order #: 10  Phase II Planning
Date: 3/7/2005
Job: KGMP-1000  Kingman 7600 Property

Rhodes Homes submits a Change Order for the following changes in work:

**Change Order Detail:**

| 21 | KGMP-1000 | 1-01-0400 | Prepare Phase II | | 100,000.00 |
|----|-----------|-----------|------------------|--|------------|
|    |           |           |                  | **TOTAL:** | **100,000.00** |

| | |
|---|---|
| Original Purchase Order Amount: | 282,000.00 |
| Changes Previously Approved: | 698,200.00 |
| Changes this Change Order: | 100,000.00 |
| Total PO Amount after this Change: | 1,080,200.00 |

#17501.22.00   $70,000
#17501.22.01   $30,000 (Avacor)

_____    3/8/05
Rhodes Homes              Date

_____    3-10-05
Stanley Consultants, Inc    Date
for DAVID FRAINEN

Please sign and return Original to Rhodes Homes

Page 1 of 1

ST-RH024335