
**Stanley Consultants** INC.

June 02, 2006
Project No: 17501.10.00
Invoice No: 0080020

**Total This Invoice**
**$5,955.58**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Golden Valley 5800 - Phase I

<u>Professional Services from April 02, 2006 to April 29, 2006</u>

For: Peacock Highlands Phase II
Purchase Order No: KING-001

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| SC-21 | 27.00 | 218.55 | 5,900.85 | |
| SC-5 | 0.50 | 61.45 | 30.73 | |
| Totals | 27.50 |  | 5,931.58 | |
| Total |  |  |  | 5,931.58 |

**Reimbursable Expenses**

| Car Reports |  | 24.00 |  |
|---|---|---|---|
| Total Reimbursable Expenses |  | 24.00 | 24.00 |

Total This Project    $5,955.58

Total This Invoice    $5,955.58

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

ST-RH027533

# Billing Backup

*Friday, June 02, 2006*

**STANLEY CONSULTANTS, INC.**     Invoice Dated  June 02, 2006                                6:59:57 PM

**17501.10.00  Rhodes Kingman 7600 - Feasibility Study**

Invoice No:   0080020

|  |  | Total this project | $0.00 |
|---|---|---|---|

Project:    17501.22.00  Rhodes Homes - PH Phase II GPA T&M

**Professional Personnel**

| Labor Code - Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SC-21 | | | | |
| 06714    00000 - Frohnen, David J. | 4/3/06 | 6.00 | 218.55 | 1,311.30 |
| phx meetings with Snell and Wilmer - ACC responses | | | | |
| 06714    00000 - Frohnen, David J. | 4/4/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 4/6/06 | 4.00 | 218.55 | 874.20 |
| ACC - data requests and prep for public meetings | | | | |
| 06714    00000 - Frohnen, David J. | 4/7/06 | 2.00 | 218.55 | 437.10 |
| 06714    00000 - Frohnen, David J. | 4/10/06 | 6.00 | 218.55 | 1,311.30 |
| public ACC meetings - Lake H,and Kingman on CCN | | | | |
| 06714    00000 - Frohnen, David J. | 4/17/06 | 6.00 | 218.55 | 1,311.30 |
| cleint meetng, ADWR issues, f/u acc items - mardian letters, kingman meeting | | | | |
| 06714    00000 - Frohnen, David J. | 4/18/06 | 2.00 | 218.55 | 437.10 |
| data request responses at Snell and Wilmer requests | | | | |
| SC-5 | | | | |
| 07444    00000 - Miller, Lucinda S | 4/3/06 | 0.50 | 61.45 | 30.73 |
| Reproduced Copies - K. Yamada | | | | |
| Totals | | 27.50 | | 5,931.58 |

|  | Total Labor |  |  | 5,931.58 |
|---|---|---|---|---|

**Reimbursable Expenses**

Car Reports

| JE  OLV CAR    4/29/06 Car Reports / L017  40 |  | 24.00 |  |
|---|---|---|---|
| Total Reimbursables |  | 24.00 | 24.00 |

|  |  | Total this project | $5,955.58 |
|---|---|---|---|

Project:    17501.22.01  Subs-Rhodes Homes - PH Phase II GPA T&M

|  |  | Total this project | $0.00 |
|---|---|---|---|

Project:    17715.01.00  Golden Valley 5800 Acres - Feasibility

|  |  | Total this project | $0.00 |
|---|---|---|---|

Project:    17715.80.12  Rhodes - Kingman - Yandel

|  |  | Total this project | $0.00 |
|---|---|---|---|
|  |  | Total this report | $5,955.58 |

ST-RH027534

1/2

# VEHICLE TRIP RECORD

**MONTH OF** April 20 06
**VEHICLE NO.** LV 417

| DATE | ACCOUNT NO. | SPEEDOMETER START | SPEEDOMETER END | TRIP MILES BUS. | TRIP MILES PERS. | COMM.* | DRIVER'S NAME | ITINERARY & PURPOSE |
|---|---|---|---|---|---|---|---|---|
| 3/31/06 | | 14,470 | | | | | 6714 - Dave F. | |
| 4/3/06 | 1901.22.00 | 14,470 | 14510 | 40 | | | | Airport - ALL Trip |
| 4/4 | — | | 14530 | | | 20 | | |
| 4/5 | — | | 14560 | | | 30 | | |
| 4/6 | 230.40.11-150 | | 14650 | 90 | | | | Rhodes contacts |
| 4/7 | — | | 14670 | | | 20 | | |
| 4/10 | 1820.22.00 | | 14890 | 220 | | | | Kingman Lake H. Reham |
| 4/11 | 0130.40.10 | 14890 | 14906 | 16 | | | 7099 - E. Carrigan | Frontier Rodeo Holman's |
| 4/17 | 230.40.11-150 | | 15230 | 324 | | | Doug F. @ 4 | Rhodes Kingman |
| 4/19 | — | | 15250 | | | 20 | | |
| 4/20 | 230.40.11-150 | | 15340 | 90 | | | | open house evenings |
| 4/21 | 0230.40.11-150 | | 15390 | 50 | | | | Achen Pkwy Stn |
| 4/24 | 1820.22.00 | | 15650 | 260 | | | | Rhodes ICG Misc LCG |
| 4/25 | 230.40.11-150 | | 15700 | 50 | | | | Rhodes Proposal Mtg |

TOTALS FOR MONTH:

COMMUTE MILES – USED ONLY WITH PRIOR DIVISION HEAD APPROVAL

ENTER ALL OUT-OF-POCKET EXPENSE ON THE BACK OF SHEET

1/2

PAGE 1 of 2

SC5002 R5 8/99

ST-RH027535



Date: 6/2/2006

Invoice No.

SCI Project # 17501.22.00
Rhodes Homes P.O. # KING-001 C.O.10

Billing Period: 04/02/06 Through 04/29/06

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 1,080,200.00 |
| Invoice Amount to Date | $ 1,019,147.27 |
| Balance Remaining | $ 61,052.73 |

## INVOICE SUMMARY:

| | | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|---|
| (10.00) | Topography & Aerial Mapping | $ 105,000.00 | $ 81,505.93 | $ - | $ 23,494.07 | 78% |
| (10.00) | Base Project Exhibit & Photo | $ 15,000.00 | $ 15,000.00 | $ - | $ - | 100% |
| (10.00) | Infrastructure | $ 25,000.00 | $ 25,000.00 | $ - | $ - | 100% |
| (10.00) | Constraints Exhibits | $ 12,000.00 | $ 12,000.00 | $ - | $ - | 100% |
| (10.00) | Land Use | $ 10,000.00 | $ 7,551.86 | $ - | $ 2,448.14 | 76% |
| (10.00) | Drainage Study | $ 35,000.00 | $ 27,467.21 | $ - | $ 7,532.79 | 78% |
| (10.00) | Water Supply/Demand | $ 20,000.00 | $ 20,000.00 | $ - | $ - | 100% |
| (10.00) | Traffic Impact | $ 15,000.00 | $ 15,000.00 | $ - | $ - | 100% |
| (10.00) | Engineer's Conceptual Cost Est's | $ 10,000.00 | $ 7,115.48 | $ - | $ 2,884.52 | 71% |
| (10.00) | Engineering/Planning | $ 15,000.00 | $ 13,512.59 | $ - | $ 1,487.41 | 90% |
| (10.00) | Preliminary Environmental Study | $ 20,000.00 | $ 16,788.23 | $ - | $ 3,211.77 | 84% |
| (20.00) | Property Exhibits | $ 10,000.00 | $ 9,999.39 | $ - | $ 0.61 | 100% |
| (20.01) | Property Exhibits | $ 9,000.00 | $ 8,983.62 | $ - | $ 16.38 | 100% |
| (20.02) | Property Exhibits | $ 9,500.00 | $ 9,499.90 | $ - | $ 0.10 | 100% |
| (20.03) | Property Exhibits | $ 5,000.00 | $ 4,999.88 | $ - | $ 0.12 | 100% |
| (20.04) | Property Updates | $ 39,000.00 | $ 39,000.00 | $ - | $ - | 100% |
| (22.00) | Phase II Planning | $ 100,000.00 | $ 74,114.41 | $ 5,955.58 | $ 19,930.01 | 80% |
| 17715.80.12 | Survey | $ 69,700.00 | $ 69,700.00 | $ - | $ - | 100% |
| 17715.01.00 | Preliminary Engineering | $ 208,000.00 | $ 208,000.00 | $ - | $ - | 100% |
| 17715.22.00 | Golden Valley | $ 140,000.00 | $ 140,000.00 | $ - | $ - | 100% |
| 17741.10.00 | Preliminary Engineering | $ 8,000.00 | $ 8,000.98 | | $ (0.98) | 100% |
| 17941.22.00 | White Hills 3000 | $ 160,000.00 | $ 159,996.01 | $ - | $ 3.99 | 100% |
| 18084 | Water Application | $ 40,000.00 | $ 39,956.20 | $ - | $ 43.80 | 100% |
| | **Totals** | $ 1,080,200.00 | $ 1,013,191.69 | $ 5,955.58 | $ 61,052.73 | |

**TOTAL AMOUNT DUE THIS INVOICE**                                  $ 5,955.58

Payment Requested By: _____       Date: _____
David Woo, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027536

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Golden Valley 5800

Property Location: Golden Valley 5800

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 80020

Payment Amount: $5,955.58

Payment Period: Through April 29, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____

Stanley Consultants, Inc.
Company Name

By: _____

Its: _____

ST-RH027537