

**Stanley Consultants** INC.

**CLIENT PAID**
JUL 17 2006
STANLEY CONSULTANTS, INC.
BY $4402.90
CK 4444

April 05, 2006
Project No: 17501.10.00
Invoice No: 0077824

**Total This Invoice**
**$7,021.75**

Balance Due
2,618.85

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Golden Valley 5800 - Phase I

**Professional Services from January 29, 2006 to March 04, 2006**

Project:   17501.22.00          Rhodes Homes - PH Phase II GPA T&M

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| SC-21 | 1.00 | 218.55 | 218.55 |  |
| SC-18 | 14.00 | 170.90 | 2,392.60 |  |
| Totals | 15.00 |  | 2,611.15 |  |
| **Total** |  |  |  | 2,611.15 |

**Reimbursable Expenses**

| Car Reports |  | 7.70 |  |
|---|---|---|---|
| Total Reimbursable Expenses |  | 7.70 | 7.70 |

**Subconsultants**
Subconsultant

| 1/25/06 ARICOR Water Solutions |  | 2,915.40 |  |
|---|---|---|---|
| 3/4/06 ARICOR Water Solutions |  | 1,487.50 |  |
| **Total Subconsultants** |  | 4,402.90 | 4,402.90 |

Total This Project     $7,021.75

Total This Invoice     $7,021.75

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0074202 | 1/4/06 | 22,724.73 |
| 0075208 | 1/30/06 | 218.55 |
| Total |  | 22,943.28 |

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH028230

# Billing Backup

*Wednesday, April 05, 2006*

**STANLEY CONSULTANTS, INC.**    Invoice Dated April 05, 2006    *6:04:54 PM*

## 17501.10.00  Rhodes Kingman 7600 - Feasibility Study

Invoice No:   0077824

| | Total this project | $0.00 |
|---|---|---|

**Project:**  17501.22.00  Rhodes Homes - PH Phase II GPA T&M

**Professional Personnel**

| Labor Code - Name | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| **SC-21** | | | | | |
| 06714    00000 - Frohnen, David J.   2/7/06 | | 1.00 | 218.55 | 218.55 | |
| ACC and press issues - client lawyer coordinations | | | | | |
| **SC-18** | | | | | |
| 06956    00000 - Woo, David Y    1/23/06 | | 9.00 | 170.90 | 1,538.10 | |
| Management-Kingman Meeting with Chantel Sullivan | | | | | |
| 06956    00000 - Woo, David Y    1/24/06 | | 3.00 | 170.90 | 512.70 | |
| Management | | | | | |
| 06956    00000 - Woo, David Y    1/25/06 | | 2.00 | 170.90 | 341.80 | |
| Research | | | | | |
| Totals | | 15.00 | | 2,611.15 | |
| Total Labor | | | | | 2,611.15 |

**Reimbursable Expenses**

Car Reports

| JE   0LV CAR   1/28/06 Car Reports / 14  L096 | 7.70 | |
|---|---|---|
| Total Reimbursables | 7.70 | 7.70 |
| Total this project | | $2,618.85 |

**Project:**  17501.22.01  Subs-Rhodes Homes - PH Phase II GPA T&M

**Consultants**

Subconsultant

| AP  4078875    1/25/06  ARICOR Water Solutions / Invoice: 06-107, 1/25/06 | 2,915.40 | |
|---|---|---|
| AP  4077498    3/4/06  ARICOR Water Solutions / Invoice: 06-117, 2/28/06 | 1,487.50 | |
| Total Consultants | 4,402.90 | 4,402.90 |
| Total this project | | $4,402.90 |

**Project:**  17715.01.00  Golden Valley 5800 Acres - Feasibility

| | Total this project | $0.00 |
|---|---|---|

**Project:**  17715.80.12  Rhodes - Kingman - Yandel

| | Total this project | $0.00 |
|---|---|---|
| | Total this report | $7,021.75 |

ST-RH028231



| | | Date: | 4/5/2006 |
|---|---|---|---|
| | | Invoice No. | |
| | | SCI Project # 17501.22.00 | |
| | | Rhodes Homes P.O. # KING-001 C.O.10 | |
| | | Billing Period: 01/01/06 Through 03/04/06 | |

**CONTRACT SUMMARY:**

| Total Contract Amount | $1,080,200.00 |
|---|---|
| Invoice Amount to Date | $1,007,504.30 |
| Balance Remaining | $ 72,695.70 |

**INVOICE SUMMARY:**

| | | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|---|
| (10.00) | Topography & Aerial Mapping | $ 105,000.00 | $ 81,505.93 | $ - | $ 23,494.07 | 78% |
| (10.00) | Base Project Exhibit & Photo | $ 15,000.00 | $ 15,000.00 | $ - | $ - | 100% |
| (10.00) | Infrastructure | $ 25,000.00 | $ 25,000.00 | $ - | $ - | 100% |
| (10.00) | Constraints Exhibits | $ 12,000.00 | $ 12,000.00 | $ - | $ - | 100% |
| (10.00) | Land Use | $ 10,000.00 | $ 7,551.86 | $ - | $ 2,448.14 | 76% |
| (10.00) | Drainage Study | $ 35,000.00 | $ 27,467.21 | $ - | $ 7,532.79 | 78% |
| (10.00) | Water Supply/Demand | $ 20,000.00 | $ 20,000.00 | $ - | $ - | 100% |
| (10.00) | Traffic Impact | $ 15,000.00 | $ 15,000.00 | $ - | $ - | 100% |
| (10.00) | Engineer's Conceptual Cost Est's | $ 10,000.00 | $ 7,115.48 | $ - | $ 2,884.52 | 71% |
| (10.00) | Engineering/Planning | $ 15,000.00 | $ 13,512.59 | $ - | $ 1,487.41 | 90% |
| (10.00) | Preliminary Environmental Study | $ 20,000.00 | $ 16,788.23 | $ - | $ 3,211.77 | 84% |
| (20.00) | Property Exhibits | $ 10,000.00 | $ 9,999.39 | $ - | $ 0.61 | 100% |
| (20.01) | Property Exhibits | $ 9,000.00 | $ 8,983.62 | $ - | $ 16.38 | 100% |
| (20.02) | Property Exhibits | $ 9,500.00 | $ 9,499.90 | $ - | $ 0.10 | 100% |
| (20.03) | Property Exhibits | $ 5,000.00 | $ 4,999.88 | $ - | $ 0.12 | 100% |
| (20.04) | Property Updates | $ 39,000.00 | $ 39,000.00 | $ - | $ - | 100% |
| (22.00) | Phase II Planning | $ 100,000.00 | $ 61,405.27 | $ 7,021.75 | $ 31,572.98 | 68% |
| 17715.80.12 | Survey | $ 69,700.00 | $ 69,700.00 | $ - | $ - | 100% |
| 17715.01.00 | Preliminary Engineering | $ 208,000.00 | $ 208,000.00 | $ - | $ - | 100% |
| 17715.22.00 | Golden Valley | $ 140,000.00 | $ 140,000.00 | $ - | $ - | 100% |
| 17741.10.00 | Preliminary Engineering | $ 8,000.00 | $ 8,000.98 | | $ (0.98) | 100% |
| 17941.22.00 | White Hills 3000 | $ 160,000.00 | $ 124,816.20 | $ 35,179.81 | $ 3.99 | 100% |
| 18084 | Water Application | $ 40,000.00 | $ 39,956.20 | $ - | $ 43.80 | 100% |
| | **Totals** | $ 1,080,200.00 | $ 965,302.74 | $ 42,201.56 | $ 72,695.70 | |

**TOTAL AMOUNT DUE THIS INVOICE**     $ 42,201.56

Payment Requested By: _____     Date: _____
David Woo, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH028232

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Golden Valley 5800_____

Property Location: _____Golden Valley 5800_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 77824, 77814_____

Payment Amount: _____$42,201.56_____

Payment Period: _____January 1, 2006 Through March 4, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____         _____Stanley Consultants, Inc._____
                                                   Company Name

                                     By: _____

                                     Its: _____

ST-RH028233


**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

**Purchase Order Change Order**

RECEIVED
MAR 10 2005
STANLEY CONSULTANTS

To: Stanley Consultants, Inc
5620 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119    Cost Code

PO #: KING-001
Change Order #: 14 Water Application
Date: 3/9/2005
Job: KGMP-1000 Kingman 7600 Property

Rhodes Homes submits a Change Order for the following changes in work:

**Change Order Detail:**

| | | | | | |
|---|---|---|---|---|---|
| 25 | KGMP-1000 | 1-01-0400 | Water Application | | 40,000.00 |
| | | | | TOTAL: | 40,000.00 |

| | |
|---|---:|
| Original Purchase Order Amount: | 282,000.00 |
| Changes Previously Approved: | 758,200.00 |
| Changes this Change Order: | 40,000.00 |
| Total PO Amount after this Change: | 1,080,200.00 |

_signature_  3/10/05
Rhodes Homes    Date

_signature_ David Woo  3-10-05
Stanley Consultants, Inc    Date
for DAVID FROHNEN

Please sign and return Original to Rhodes Homes

Page 1 of 1

ST-RH028234



**ARICOR Water Solutions**
25213 N. 49th Drive
Glendale, AZ 85310
Phone: 623-341-4771
Fax: 623-582-5160

RECEIVED
MAR 0 3 2006
STANLEY CONSULTANTS

# Invoice

**Customer:**
Stanley Consultants, Inc.
5820 South Eastern Avenue, Suite 100
Las Vegas, NV 89119

**Invoice #:** 06-117
**Invoice Date:** 2/28/2006

**TERMS:** Net 30

| Description | Date | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| Monthly Summary - Hourly Consulting Services - Standard Rate<br>Detail on Attached Summary | | 8.50 | 175.00 | 1,487.50 |

STANLEY CONSULTANTS, INC.
LAS VEGAS
APPROVED David W&
PROJECT NUMBER ~~17141~~ 12501 22.01
DATE 3/6/06  AMT. APPROVED $ 1,487.50

| | | | **Invoice Total** | **$1,487.50** |

# Billing Summary by Project ID/Task

Stanley

| ProjectID | Rhodes Homes | | | Rhodes Homes developments in Mohave County | |
|---|---|---|---|---|---|
| | | Billing Date | Employee ID | Billable Hours | Billable Miles |
| | | 1/3/2006 | RLJ | 0.5 | 0 |
| | | 1/4/2006 | RLJ | 2.5 | 0 |
| | | 1/5/2006 | RLJ | 0.5 | 0 |
| | | 1/17/2006 | RLJ | 3 | 0 |
| | | 1/18/2006 | RLJ | 2 | 0 |

Summary for 'ProjectID' = Rhodes Homes (5 detail records)

                                                                    Sub-Total Project ID     8.5     0

Summary for 'CustomerID' = Stanley (5 detail records)

                                                                     Sub-Total Clien     8.5     0

ST-RH028236



**ARICOR Water Solutions**
25213 N. 49th Drive
Glendale, AZ 85310
Phone: 623-341-4771
Fax: 623-582-5160

# Invoice

**Customer:**

Stanley Consultants, Inc.
5820 South Eastern Avenue, Suite 100
Las Vegas, NV 89119

RECEIVED

STANLEY CONSULTANTS

**Invoice #:** 06-107
**Invoice Date:** 1/25/2006

| Description | Date | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| Monthly Summary - Hourly Consulting Services - Standard Rate | | 17.50 | 165.00 | 2,887.50 |
| Detail on Attached Summary | | | | |
| Reimbursable Mileage | | 62.00 | 0.45 | 27.90 |

```
STANLEY CONSULTANTS, INC.
        LAS VEGAS
APPROVED ___ MB
                17501
PROJECT NUMBER  1794.22.01 -80
DATE 2/16  AMT. APPROVED $ 2915.40
```

| | | | Invoice Total | $2,915.40 |
|---|---|---|---|---|

ST-RH028237

# Billing Summary by Project ID/Task

Stanley

| ProjectID | Rhodes Homes | | | Rhodes Homes developments in Mohave County | |
|---|---|---|---|---|---|
| | | Billing Date | Employee ID | Billable Hours | Billable Miles |
| | | 12/1/2005 | RLJ | 3 | 0 |
| | | 12/4/2005 | RLJ | 4 | 0 |
| | | 12/5/2005 | RLJ | 7 | 62 |
| | | 12/6/2005 | RLJ | 1.5 | 0 |
| | | 12/8/2005 | RLJ | 1 | 0 |
| | | 12/13/2005 | RLJ | 1 | 0 |

Summary for 'ProjectID' = Rhodes Homes (6 detail records)

    Sub-Total Project ID   17.5   62

Summary for 'CustomerID' = Stanley (6 detail records)

    Sub-Total Clien   17.5   62

ST-RH028238

| Rhodes Homes Arizona, LLC | | | | 19165 | Stanley Consultants, Inc |
|---|---|---|---|---|---|
| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
| | | See Attached | | | |

| CHECK DATE | 7-10-06 | CHECK NUMBER | 4444 | TOTAL > | 313330.93 | | 313380.93 |
|---|---|---|---|---|---|---|---|

PLEASE DETACH AND RETAIN FOR YOUR RECORDS



ST-RH028239