# COUNTY OF MOHAVE
*arizona*

# Peacock Highlands Area Plan

February 2005
Revised May 2005
Revised June 2005



RHODES HOMES

Cooper Research
Market and Economics

RNM

SWCA

Stanley Consultants inc.

ST-RH038762

# Peacock Highlands

## Area Plan



© Rhodes Homes

ST-RH038763

# Prepared by Rhodes Homes for Mohave County, Arizona

# February 2005
# Revised May and June 2005

Prepared by:

RNM, Architecture and Land Planning

Stanley Consultants, Inc., Engineering

Cooper Research, Market and Economics

# Table of Contents

I. The Community Vision .................................................... Pages 5-6

II. Summary: Peacock Highlands Master Planned Community

A. Site Description ........................................................ Pages 7-10
B. Proposed Master Plan ................................................ Page 11
C. Goals of the Community ............................................ Pages 11-13

III. Community Development

    A. Existing General Plan and Zoning ......................... Page 14
    B. Proposed General Plan and Area Plan ................... Pages 14-16
    C. Proposed Land Use Plan ....................................... Page 16
    D. Phasing ................................................................. Page 17
    E. Economic Development ......................................... Pages 17-19

IV. Natural Resources

    A. Water Resources ................................................... Pages 19-21
    B. Air Quality ............................................................. Pages 21-22
    C. Habitat Protection ................................................. Pages 22-23
    D. Hillside Development ............................................ Page 23
    E. Energy Conservation ............................................. Pages 23-34

V. Public Infrastructure and Facilities

    A. Infrastructure
    1. Roads ..................................................................... Pages 24-26
    2. Water Delivery System .......................................... Pages 26-27
    3. Sewage Treatment ................................................ Pages 27-28
    4. Solid Waste Management ..................................... Page 28
    5. Flood Control ........................................................ Pages 28-29

    B. Public Facilities
    1. Parks ..................................................................... Pages 29-32
    2. Fire Protection ...................................................... Pages 32-33
    3. Police Protection ................................................... Page 33
    4. Library Services .................................................... Page 33
    5. Schools ................................................................. Pages 33-34

ST-RH038765

**Exhibits:**

Because Rhodes Homes is in the planning process for Peacock Highlands, many of its documents in support of this application are business proprietary and confidential. However, Rhodes Homes will make those documents available for review by Mohave County as they are requested.

## EXHIBITS

1. Project Land Use Diagram

2. Area Map

3. Mohave County Land Use Guide

4

## I. THE COMMUNITY VISION OF PEACOCK HIGHLANDS

Peacock Highlands embodies the vision of small-town communities linked together to form a city that preserves a rural atmosphere, providing urban services while maintaining and complementing the natural beauty of its surroundings.

Peacock Highlands will be a diverse community. It will flow from the outskirts of the City of Kingman up into the Peacock Mountains to the east, following the natural sloping terrain to provide a mix of urban villages, anchored at their base by a commercial/industrial core that ties Peacock Highlands to the Kingman Airport and the nearby Kingman Airport Industrial Park. Peacock Highlands will maintain a high quality of life for its residents while creating potential to spur new levels of economic development and job growth in Mohave County.

Peacock Highlands is designed as a self-contained community, combining new housing and new employment opportunities for the growing western Arizona region. Peacock Highlands responds to the desire of many people to relocate from metropolitan areas and return to a small-town way of life while retaining the benefits of urban services. It is intended to appeal to a broad spectrum of working families, working individuals, active adults and retirees, with housing for all income levels in these demographic groups. This broad range of housing types, lot sizes and home prices will meet current needs for quality affordable housing close to Kingman, while creating a cohesive, relaxed community at the base of the Peacock Mountains. Ultimately, when Peacock Highlands reaches sufficient size, it will investigate incorporation as a city, under applicable state law.

The proximity of Peacock Highlands to the Kingman Airport will allow some residents to become "air commuters," spending part of their time at work in Southwest metropolitan areas but returning home to Peacock Highlands and its rural setting. Long-term, Peacock Highlands and its commercial land on its western-most sections are intended to become an employment center aimed at attracting companies offering higher skill level, higher-paying jobs. The synergy between the commercial/industrial property and the homes planned for Peacock Highlands will create a community where people can work at good jobs close to home. In the near term, Peacock Highlands will create new housing opportunities for the approximately 2,000 workers who have jobs at the Kingman Airport Industrial Park, as well as other families in the Kingman community.

Peacock Highlands, encompassing approximately 7,176 acres, will contain six distinct communities within sections of land that alternate between the open spaces of a former cattle ranch, creating expansive vistas of the Hualapai Valley. Housing in Peacock Highlands will be clustered around either town centers or park areas in the communities, creating a sense of place and identity in each community, and neighborhoods will be connected not only by roads but by bike

5

ST-RH038767

and walking trails. A community at the far eastern edge of the development, located within the Peacock Mountains, will feature a Ted Robinson golf course at its lower reaches, with larger lots and higher-end housing surrounding the golf course. Two other golf courses are located in other communities, and will serve as attractions for active adults and retirees seeking moderately priced housing in a golf course setting. Besides the openness of the golf courses, all of the communities and neighborhoods in Peacock Highlands will benefit from a network of parks and greenways.

Basic principles for the development of Peacock Highlands include:

- Respect for the natural resources and beauty of the Peacock Mountains and the sloping terrain below them. Development will preserve the feeling of openness in the wide expanse of rangeland at the base of the Peacock Mountains.

- Peacock Highlands will be a water-responsible community, utilizing grey water and implementing recharge methods to minimize impact on the Hualapai Valley aquifer.

- Integrate economic development into community planning, by dedicating a large amount of land for commercial/industrial development for the benefit not only of Peacock Highlands but Mohave County as a whole, and giving the county another venue for economic development tied to its airport and strong transportation logistics.

- Provide the infrastructure necessary to support commercial development within Peacock Highlands, so shopping, personal services and entertainment opportunities are fully available to residents.

- Dedicate land necessary to provide a full range of public facilities and services, including schools, parks, police and fire stations.

- Provide affordable housing for working families, individuals and retirees.

- Strive to develop an energy-conscious community through pilot projects taking advantage of abundant solar energy to help meet home energy needs.

The Area Plan for Peacock Highlands addresses the requirements of the Mohave County General Plan for self-sustaining communities in outlying areas of the county. It is intended to serve as the basis for a major amendment to the Mohave County General Plan, answering the relevant natural resource, infrastructure and fiscal issues implicit in such an amendment.

ST-RH038768

## II. SUMMARY: PEACOCK HIGHLANDS MASTER PLANNED COMMUNITY

Peacock Highlands is being master planned consistent with the goals and policies of the Mohave County General Plan as proposed for this site. The site occupies portions of 18 sections covering a total of approximately 7,176 acres, also identified as parcel numbers 1, 2, 3, & 8.

### A. Site Description

### 1. Location

The site consists of the following properties, all located in Mohave County, Arizona.

| Township | Section | Parcel Identification |
|---|---|---|
| T21N R15W | Part of NE1/4 Sec. 9 | Parcel 1 |
| T22N R14W | W1/2 Sec.19 | Parcel 2 |
| T22N R14W | S1/2, plus part of the NE1/4 Sec. 21 | Parcel 2 |
| T22N R14W | Sec.29 | Parcel 1 |
| T22N R14W | N1/2, plus the SW1/4 Sec. 30 | Parcel 3 |
| T22N R14W | Sec. 31 | Parcel 2 |
| T22N R15W | S1/2 Sec. 19 | Parcel 5 |
| T22N R15W | Part of NW1/4 Sec. 34 | Parcel 5 |
| T22N R15W | All of Sections 21, 25, 27, 29, 31, 33, 35 | Parcel 5 |
| T23N R15W | Part of SE1/4 Sec. 21 | Parcel 8 |

### 2. Adjacent Properties

The properties around the site include the Kingman Airport and Kingman Airport Industrial Park to the west and open space to the north, east, and south. The entire site falls outside noise contours of the Kingman Airport, and residential areas will be buffered from airport noise by commercial development in the western sections of the site. Interstate Highway 40 is located approximately three miles south of the site. The BNSF Railroad is located approximately one mile northwest of the site. U.S. Highway 66 parallels the railroad approximately ¼ mile farther from the site. There are a few residential properties scattered throughout the area.

### 3. Site Characteristics

Most of the Peacock Highlands site is vacant open space, previously used as rangeland for cattle grazing. The site slopes gradually upward toward the east

7

and southeast toward the Peacock Mountains. The easternmost portion of the site is located in the mountains. The rangeland includes a few corrals and water tanks, but is otherwise undeveloped. Several sand roads serve the area. No utility systems, other than overhead power, are known to be on the site. The location of the site is shown below.



8

ST-RH038770

### 4. Climatic Conditions

The area climate includes relatively mild winters with daytime highs between 40 and 50 degrees F with over 280 frost free days per year. Summertime has daytime highs that range between 95 to 100 degrees F with low humidity. About one-half of the annual rainfall comes during the winter months and the balance comes from sporadic summer thundershowers.

### 5. Topography

Local topography varies from lows of approximately 3,300 ft. MSL along the west and northwest portions of the site to approximately 5,200 ft. MSL in the Peacock Mountains along the easterly site edge.

Site drainage is generally to the west and northwest toward the Hualapai Valley via Frees Wash and a network of unnamed washes and surface drainage channels.

### 6. Geology and Soils

Based on USDA Soil Conservation Service mapping for the area, the dominant soil type in the site area is most likely the Bucklebar sandy loam. This is a deep to moderately deep, well to moderately well drained, coarse grained soil with moderate hydraulic conductivity and a typical depth to the water table of greater than six feet. These soils reportedly do not meet the requirements for hydric soil.

The site and surrounding area are underlain by precambrian age metamorphic rocks, reportedly orthogenesis and paragneiss. Due to the considerable expanse of the site and variation in the topography of the site from east to west, depth to bedrock would be expected to vary greatly beneath the site.

### 7. Hydrogeology

According to the Arizona Department of Water Resources (ADWR), basin and range aquifers are generally the principal sources of ground water in the site area. These aquifers are present in alluvium-filled basins interspersed between ranges of northwest to southeast trending mountains in the northwest portion of Arizona. The site is located within the Haulapai Valley basin.

The Hualapai Valley basin covers an area of approximately 1,820 square miles. The basin is bounded on the west by the Cerbat and White Mountains, on the east by the Grand Wash Cliffs and Music Mountains, on the south by the Peacock and Hualapai Mountains, and on the north by Lake Mead.

9

The Hualapai Valley basin-fill sediments reportedly range to as much as 6,400 feet thick and have been divided into three separate units: a younger alluvium, an intermediate alluvium, and an older alluvium.

The younger alluvium includes streambed deposits in Hualapai Valley and in various mountain canyons. The unit seldom exceeds 50 feet in thickness and is composed of silt to gravel-sized particles. The younger alluvium yields small amounts of water to stock and domestic wells in mountain canyons. Local rock formations are generally non-water bearing, although fractured and weathered zones in the rocks do provide some water to low-yield wells and numerous springs and seeps.

In the central part of the valley, the younger and intermediate alluviums are above the water table, and therefore, dry. The intermediate alluvium is a dependable aquifer only along the valley margins where the unit intersects the water table. Well yields from the intermediate alluvium range up to 500 gallons per minute. The intermediate alluvium is made up of coarse-grained sands, silts, and clays.

The older alluvium is the main aquifer in the Hualapai Valley basin. Volcanic rocks are reportedly interbedded with the older alluvium in the southern part of Hualapai Valley and form a secondary system. The older alluvium can store and transmit large amounts of water; well yields up to 1,500 gallons per minute have been reported. Depth to water ranges from 500 to 900 feet below land surface in the central and southern parts of the basin to 300 feet below land surface near Red Lake.

**8. Site History**

Review of historical information indicates that past site uses were most likely similar or identical to current site uses, except as noted in the following.

The site currently consists almost entirely of open space, apparently used as range land for cattle grazing. The easternmost portion of the site is located in the Peacock Mountains. The rangeland includes a few corrals and water tanks but is otherwise undeveloped. The area is served by several sand roads. It is most likely these areas have always generally been used in this fashion.

From approximately 1941 to 1948, the Kingman Airport and industrial park, which is immediately adjacent to the site, was owned by the United States. The property was used from approximately 1942 through 1945 as an aerial gunnery training facility. From 1946 through 1948, the facility was used as an aircraft storage area.

**B. Proposed Master Plan**

Peacock Highlands will be a new community with plentiful parks, recreation and open space uses, including three golf courses. There will be two office/business parks located in the western portion of the community. The community will include six villages, each with its own village center. Higher densities are planned in the western portion of the site.

**C. Goals of Peacock Highlands Master Planned Community**

> General Plan Goal 10 – To retain the beauty, the natural setting and resources, and the rural character of the County, while providing opportunities for coordinated growth and development.
>
> Peacock Highlands Master Planned Community will meet this goal by maintaining as many natural features on the site as possible while providing new housing options for the general community and active adults along with additional shopping and employment opportunities. In particular, Rhodes Homes will liaison with the Arizona Land Department regarding state lands that abut private lands to determine any buffering measures that the state may desire to preserve habitats on state trust lands.
>
> The primary goal of the Peacock Highlands community design is to create a balanced, self-contained community with areas to live, work, shop, play, and learn all in the same location.
>
> Additional project goals include:
>
> 1.  Goal: To implement the goals and policies of the Mohave County General Plan to the fullest extent possible.
>
>     Policy: Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.
>
> 2.  Goal: To develop a community that is self-sufficient in terms of adequate tax base to support urban services.
>
>     Policy: Implement the appropriate special district and other financial mechanisms to channel a portion of new commercial and residential tax revenues into development of community infrastructure, following developer contributions in the early phases of build-out to provide essential services.

11

ST-RH038773

3.  **Goal:** To encourage compatibility with surrounding land uses.

    **Policy:** Ensure that adjacent land uses are similar in nature or include a buffer transition zone where uses are dissimilar.

4.  **Goal:** To establish a village and neighborhood structure that provides residential areas supported by parks, open space, recreational and school uses.

    **Policy:** Break the Master Plan land use areas into smaller village and neighborhood areas that include the full complement of community uses at the time of subdivision.

5.  **Goal:** To provide a planned community that complements existing development within the Peacock Highlands area.

    **Policy:** Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.

6.  **Goal:** To provide a range of housing types to meet the varied housing needs within the Kingman area and the greater northwestern Arizona region.

    **Policy:** Provide a broad range of housing types that include housing options for singles, family units, affordable housing, and active adult within the Master Planned Community.

7.  **Goal:** To ensure that the Peacock Highlands project contributes to Mohave County's economic goals and objectives.

    **Policy:** Provide areas for employment growth as well as housing to ensure that a self-sustaining new town is established over time.

8.  **Goal:** To create a strong sense of community through use of the village and neighborhood concept.

    **Policy:** Create a village core for each village as well as a focal point for each neighborhood that encourages community interaction.

9.  **Goal:** To organize land uses within the community to provide safe and convenient vehicular and pedestrian circulation through the project area.

Policy: Provide an interconnected transportation system that offers pedestrian, bicycle, and vehicular transportation options that include bike and pedestrian paths connecting public facilities and commercial establishments to residential areas.

10. Goal: To provide a safe and efficient system for movement of people and goods to and from the project site and within the community itself.

    Policy: Design the road system to meet Mohave County design standards.

11. Goal: To ensure that the impacts of the proposed development on the County's existing roadway system will be mitigated.

    Policy: Propose solutions to mitigate traffic impacts at the time of subdivision.

12. Goal: To provide land for parks, open space, recreation, and library facilities to meet the needs of Peacock Highland's new residents.

    Policy: Provide land for adequate park, open space, recreation and library facilities concurrent with development, with dedication of sites at the time of subdivision after consultation with Mohave County.

13. Goal: To provide land for an adequate level of police and fire protection service to meet the needs of the proposed master planned community.

    Policy: Provide police and fire substation sites, as mutually determined by Mohave County sheriff and police departments and the applicant with dedication of sites at the time of subdivision.

14. Goal: To provide sites for adequate school facilities to meet the needs of the community's new residents.

    Policy: Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of land Management where available.

    Policy: Provide elementary and middle school sites at the time of subdivision in consultation with the local school districts.

13

III. **COMMUNITY DEVELOPMENT**

   A. **Existing General Plan & Zoning Designations**

      1) General Plan - Peacock Highlands planning area is designated as Rural Development Area (RDA)

      2) Zoning - AR/36 (agricultural/residential, 36 acre)

   B. **Proposed General Plan and Area Plan**

      1) Land uses proposed for Peacock Highlands Area Plan include two office/business park areas totaling 762.6 acres; medium to high density residential uses, single family residential; village centers with commercial; parks and open space. A total of 2,726.5 acres is utilized for non-residential uses, with a total of 4,449.5 acres planned for residential uses and 46,026 dwelling units. 432.9 acres are planned for park use; 62.3 for clubhouse and recreation and 615.2 for the three golf courses. These numbers may change based on market conditions and development constraints. Prior to zone change requests and subdivision mapping, the developer will formulate and submit a plan for the financing of infrastructure improvements necessary to support a full complement of public facilities and urban services. Public facilities include police and fire stations, sanitation facilities, libraries, schools and parks. Necessary urban services will include retail outlets so residents do not have to drive long distances for basic needs, medical facilities and other professional services.

      2) Residential land uses include:

          <u>Low Density Residential (LR):</u> This is the lowest density residential development planned within urban areas. It is designed to reflect development between one and five units per acre. This category is used only in UDAs. Since the lot sizes are less than one acre, community sewer or ADEQ approved on-site sewage disposal and water systems are needed, as are other urban services. Low-density residential areas will be developed exclusively with single-family homes, except where planned developments permitting neighborhood commercial uses are approved.

          <u>Medium Density Residential</u> (MR): This urban land use category is used to show areas with five (5) or more dwellings per acre, up to twelve (12) dwellings per acre.

14

Typical residential uses in these areas are patio and zero-lot-line homes, mobile home parks, mobile home subdivisions, duplexes, some multi-family projects, and, where specifically approved as part of a planned development, neighborhood commercial development. Full urban services are required for medium density residential development.

High Density Residential (HR): This urban residential category is used to show the highest density planned in Mohave County. Development could range from twelve (12) to a maximum of twenty-five (25) dwelling units per acre. Higher density areas provide opportunities to develop uses such as town homes, apartments or condominiums. Mixed-use developments incorporating office and retail space may be approved in HR areas through the planned development process. High Density Residential uses can serve as an effective buffer between non-residential development and lower density residential neighborhoods. Full urban services are required for HR development.

3) Non-Residential Uses Include:

Neighborhood Commercial (NC): Neighborhood Commercial uses are those that meet the needs of residents in the adjacent neighborhood. Small-scale retail and service establishments, as well as small office buildings, will be permitted in this land use category.

General Commercial (GC): This land use category is used to indicate locations for retail, service and office uses that serve an entire community or region. Major retail centers, fast food restaurants, service stations, multi-story office buildings, and other intensive commercial uses should be located in areas designated for general commercial uses.

Commercial Recreation (CR): This land use category encompasses a broad range of privately owned leased facilities for active recreation, where the primary activity occurs outside of buildings. Uses include golf courses, equestrian centers, small and large-scale amusement parks, as well as recreational vehicle parks and campgrounds providing sites for temporary habitation.

Light Industrial (LI): This land use category is intended for a variety of lighter industrial uses. These uses typically involve

15

fewer impacts on the surrounding areas, in terms of noise, fumes, nuisances, and hazards, than do the uses described under Heavy Industrial. This category includes uses such as warehousing, wholesale sales and distribution, and light manufacturing. Some related office uses also occur in this category. Most activities associated with uses in this category take place within buildings.

## C. Proposed Land Use Plan

### LAND USE SUMMARY
### FEB. 24, 2005

| RESIDENTIAL | | | | |
|---|---|---|---|---|
| LAND USE | ACRES | DENSITY | DU | % MIX |
| LOW DENSITY | 1993.1 | 5 | 9,965 | 22% |
| MEDIUM DENSITY | 1633.0 | 12 | 19,599 | 43% |
| HIGH DENSITY | 823.1 | 20 | 16,462 | 35% |
| SUB TOTAL | 4449.5 | | 46,026 | 100% |
| NON-RESIDENTIAL | | | | |
| COMMERCIAL/INDUSTRIAL | 388.4 | | | |
| OFFICE | 762.6 | | | |
| PARKS* | 432.9 | | | |
| CLUBHOUSE/RECREATION | 62.3 | | | |
| GOLF COURSE | 615.2 | | | |
| ROADWAYS* | 465.1 | | | |
| SUB TOTAL | 2726.5 | | | |
| TOTAL | 7176.0 | | 46,026 | |

*Acreage may change based on refinement of development plans.

16

**D. Phasing**

Peacock Highlands will be developed in three phases, with the first phase expected to begin construction in 2008. Market factors will determine the timing of the second and third phases of the community. The initial phase will encompass the three most westerly sections of the project, which can be most easily served by access from the existing Mohave Airport Drive connecting the community with Highway 66 and a new arterial extending south from Peacock Highlands to the DW Ranch interchange at Interstate 40. Other access improvements will allow development to proceed to the four middle sections of the development, and then to the eastern-most sections of Peacock Highlands. Phasing will depend on market conditions and the success of Peacock Highlands in attracting both active adults/retirees and working families, as well as the ability of Rhodes Homes to attract retailers to the office/business park adjacent to the Kingman Airport.

**E. Economic Development**

Rhodes Homes believes Mohave County and Kingman are uniquely positioned to take advantage of economic and demographic trends that favor the region in terms of job creation and population growth. Rhodes Homes also believes it can be a partner with Mohave County in helping the region fulfill its economic potential, improving the standard of living and quality of life for current and future residents.

The U.S. Census Bureau projects that the U.S. population will grow by 42 million people over the next two decades, and the Southwest is expected to remain the fastest-growing region of the country. Mohave County is in the path of this growth, because of its climate, logistics and proximity to major metropolitan areas such as Southern California, Phoenix and Las Vegas. Furthermore, Arizona is the second fastest-growing state in the nation behind Florida in net migration of retirees, whose numbers will grow as "baby boomers" retire and move from metropolitan areas to more livable locales.

Mohave County has a number of attributes that make it a strong candidate for economic growth. It has excellent transportation logistics, with access to rail, highway and air transportation, and is located along the CANAMEX Corridor, which is intended to spur international trade among Mexico, Canada and the U.S. The county has a low cost of doing business, making it attractive to manufacturing and distribution companies seeking an alternative to higher costs and regulatory constraints in California and elsewhere.

ST-RH038779

Mohave County's mild climate and natural beauty already have established it as a magnet for retirees, but this trend will accelerate as "baby boomers" seek affordable homes in desirable locations to spend their retirements. This migration of new retirees will trigger the need for businesses and services to meet their needs, including medical and professional offices.

Rhodes Homes sees Peacock Highlands playing an integral role in expanding the Mohave County economy, not only providing housing for working families and retirees but helping to create jobs by establishing commercial/office sites adjacent to the Kingman Airport and the Kingman Airport Industrial Park. Those commercially dedicated acres will complement current local efforts to draw new companies to the industrial park, which has been the site of primarily manufacturing and distribution companies. Rhodes Homes believes its office park acreage on the eastern side of the airport can logically be used for corporate headquarters, back-office functions and service-oriented businesses. In addition, Peacock Highlands will generate a significant amount of retail and service business activity within the community itself, creating new opportunities for small businesses, with their resulting employment generation.

Rhodes Homes intends to take an active role in promoting Mohave County as a good place to do business, working with local economic development officials in marketing outreach. In addition, Rhodes Homes will help local education officials address the issue identified by state and other economic studies as the largest impediment to economic growth and diversification in Mohave County – an undereducated workforce. Rhodes Homes will investigate working with Mohave County Community College to develop vocational educational programs that improve skill levels of the local workforce. It also will promote the idea within the state that Mohave County should be the site of a four-year college as the county's population base justifies it.

**Economic Development Goals and Policies**

1. Goal: Develop a community that is both self-supporting in providing services to its residents.

   Policy: Designate sufficient land and provide infrastructure to support commercial development within Peacock Highlands, facilitating development of retail, personal services and recreation businesses in the community.

2. Goal: Develop a community that adds to the economic base of Mohave County, encouraging new businesses that provide higher-paying jobs.

18