

ST-RH038798