

**Stanley Consultants** INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

**DATE:** June 2005

**SUBJECT:** Rhodes Homes Arizona, LLC
Golden Valley, South – Ownership Legend

American Land Management, LLC
6101 S. Mustang Circle
Sioux Falls, SD 57108

Desert Communities, Inc.
4730 S. Ft. Apache Rd. #300
Las Vegas, NV 89147

City of Kingman
310 N. 4th Street
Kingman, AZ 86401

Walnut Creek Water Co., Inc.
c/o Dennis Sim
119 E. Andy Devine Avenue
Kingman, AZ 86401

DSP Mill Site #7 – M.S. #4651
Valley Pioneers Water Company
Marc Glawson/President
3155 N. McNeal Road
Golden Valley, AZ 86413

GOLDEN VALLEY SOUTH
CC & N BOUNDARY

LEGAL DESCRIPTION

## TOWNSHIP 20 NORTH, RANGE 18 WEST, G. & S.R.M., MOHAVE COUNTY, AZ;

SECTION 2, EXCEPT THE W2 NW4 NW4 NE4 NE4, & THE SE4 SE4;
SECTION 3;
SECTION 4;
SECTION 8, EXCEPT THE W2 NW4 NW4 NE4;
SECTION 9;
SECTION 10;
SECTION 11, EXCEPT THE S2 SE4 SE4 SE4;
SECTION 14, EXCEPT THE E2 NE4, THE NE4 SE4, THE E2 W2 SE4 SE4, & THE E2 SE4 SE4;
SECTION 16;

## TOWNSHIP 21 NORTH, RANGE 18 WEST, G. & S.R.M., MOHAVE COUNTY, AZ;

SW4 SECTION 34.

PAGE 1 OF 2

ST-RH039648

THE VILLAGES AT WHITE HILLS
CC & N SEWER/WATER BOUNDARY

LEGAL DESCRIPTION
[Revised 8-3-05]

**TOWNSHIP 27 NORTH, RANGE 20 WEST, G. & S.R.M., MOHAVE COUNTY, AZ;**
SECTION 16, EXCEPT THE NW4 NE4, & THE E2 NE4;
W2 W2 SECTION 17;
SECTION 20;
SECTION 21, EXCEPT THE SW4, & THE S2 SW4 NW4;
SECTION 23, EXCEPT THE FOLLOWING DESCRIBED PARCEL OF LAND:
COMMENCING AT THE NORTHEAST CORNER OF SECTION 23; THENCE NORTH 89°37'39" WEST, 26.97 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 41°25'03" EAST, 35.78 FEET; THENCE SOUTH 48°34'57" WEST, 599.97 FEET; THENCE NORTH 41°25'03" WEST, 572.03 FEET; THENCE SOUTH 89°37'39" EAST, 804.69 FEET TO THE POINT OF BEGINNING;
ALL OF SECTION 30 LYING SOUTHERLY OF THE CENTERLINE OF WHITE HILLS ROAD (O.R. 274/50-97) OF WHICH THE CENTERLINE IS DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF THE NORTHWEST QUARTER (NW ¼) OF SECTION 30; THENCE SOUTH 00°28'34" WEST, ALONG THE WESTERLY LINE THEREOF, 1,493.03 FEET TO THE POINT OF BEGINNING; THENCE NORTH 68°20'45" EAST, DEPARTING SAID WESTERLY LINE, 223.94 FEET; THENCE NORTH 67°59'58" EAST, 3,686.73 FEET TO THE POINT OF TERMINATION, SAID POINT BEING ON THE NORTHERLY LINE OF THE NORTHEAST QUARTER (NE ¼) OF SECTION 30, EXCEPT THE SW4, & THE SW4 SE4;

**TOWNSHIP 27 NORTH, RANGE 21 WEST, G. & S.R.M., MOHAVE COUNTY, AZ;**
A PORTION OF THE E2 SECTION 25 DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER (SE ¼) OF SAID SECTION 25; THENCE SOUTH 00°28'58" WEST, ALONG THE EASTERLY LINE THEREOF, 2,643.95 FEET TO THE SOUTHEAST CORNER OF SAID SOUTHEAST QUARTER (SE ¼); THENCE NORTH 89°33'42" WEST, ALONG THE SOUTHERLY LINE THEREOF, 164.23 FEET TO THE POINT OF CURVE OF A NON TANGENT CURVE TO THE LEFT, OF WHICH THE RADIUS POINT LIES SOUTH 74°14'59" WEST, A RADIAL DISTANCE OF 5,821.58 FEET, SAID POINT BEING ON THE EASTERLY RIGHT-OF-WAY LINE OF U.S. HIGHWAY 95; THENCE NORTHERLY ALONG THE ARC, ALONG SAID EASTERLY RIGHT-OF-WAY LINE, THROUGH A CENTRAL ANGLE OF 07°34'58", 770.46 FEET; THENCE NORTH 23°19'59" WEST, CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE, 2,685.36 FEET TO THE CENTERLINE OF WHITE HILLS ROAD (O.R. 274/50-97); THENCE NORTH 68°20'45" EAST, ALONG SAID CENTERLINE, 1,632.40 FEET TO THE EASTERLY LINE OF THE NORTHEAST QUARTER (NE ¼) OF SAID SECTION 25; THENCE SOUTH 00°28'34" WEST, ALONG SAID EASTERLY LINE, 1,151.09 FEET TO THE POINT OF BEGINNING.

ST-RH039649

Map: Golden Valley South CC&N Water & Sewer Boundaries

Legend:
- Golden Valley South Properties (orange)
- Rhodes Mohave–Properties (pink)
- Golden Valley South Water Sewer Service Area (hatched)
- Aztec 16 Parcels (blue)
- Existing Water Wells (gray circle)
- ALM — American Land Management, LLC
- CK — City of Kingman
- DCI — Desert Community Incorporated
- DSP — DSP Mill – Site No. 7 M.S. 4651
- WCW — Walnut Creek Water Incorporated

Title block:
RHODES HOMES
MOHAVE COUNTY, ARIZONA
GOLDEN VALLEY SOUTH CC&N
WATER & SEWER BOUNDARIES

Stanley Consultants Inc.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

DESIGNED: VND
DRAWN: VND
CHECKED: DJF
APPROVED: DYW
APPROVED: DJF
DATE: 06-23-05
SCALE: As Noted
NO. CC&N-WS1

ST-RH039650



ST-RH039651