29  28  27  26  25

UNKAR ROAD

COLORADO ROAD GV

MAVERICK ROAD

ADOBE ROAD

AZTEC ROAD

HOPE ROAD

BACOBI ROAD

TOOMAN ROAD

32  VERDE ROAD  33  34  35  36

GOLDEN VALLEY PLANNING AREA

SHINARUMP ROAD  SHINARUMP ROAD

6  DSP  5  ALM 4  ALM 3  CK  DCI 2

WCW

HUALAPAI DRIVE  HUALAPAI DRIVE

7  ALM 8  ALM 9  SACRAMENTO ROAD  ALM 10  CK  CENTENNIAL ROAD  DCI 1  12

AZ GAME AND FISH SHOOTING RANGE

APACHE ROAD

CHEMEHUEVI DRIVE  CHEMEHUEVI DRIVE

18  TOMBSTONE TRAIL  17  ALM 16  15  DCI 14  13

AZ GAME AND FISH HUNTING & FISH

T20N,R18W

AQUARIUS DRIVE

19  20  RAMADA ROAD  21  22  23  OLD OATMAN HIGHWAY / OLD ARIZONA 66  24

ASH DRIVE

28  27  26  YUMA ROAD  25

SACRAMENTO ROAD

CENTENNIAL ROAD

**LEGEND**

GOLDEN VALLEY SOUTH PROPERTIES

RHODES MOHAVE—PROPERTIES

GOLDEN VALLEY SOUTH WATER SEWER SERVICE AREA

AZTEC 10 PARCELS

EXISTING WATER WELLS

ALM   AMERICAN LAND MANAGEMENT, LLC
CK    CITY OF KINGMAN
DCI   DESERT COMMUNITY INCORPORATED
DSP   DSP MILL – SITE NO. 7 M.S. 4651
WCW   WALNUT CREEK WATER INCORPORATED

RHODES HOMES
MOHAVE COUNTY, ARIZONA
**GOLDEN VALLEY SOUTH CC&N**
**WATER & SEWER BOUNDARIES**

| DESIGNED | | |
| DRAWN | VND | |
| CHECKED | DJF | |
| APPROVED | DYW | |
| APPROVED | DJF | |
| DATE | 08-23-05 | |

SCALE: As Noted

NO.

CC&N–WS1

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

ST-RH039652

G V 5800 CC&N-EXHIB-WATER_SEWER.dwg, 6/23/2005 3:16:27 PM, 6637, 1:1

NORTH

GRAPHIC SCALE

0  1  2  3  4  5  6  x 1000 FT

0          0.5          1  MILE

LEGEND

— ROADWAY

— RHODES - THE VILLAGES OF WHITEHILLS
WATER & SEWER BOUNDARY

RHODES - THE VILLAGES OF WHITEHILLS

MISCELLANEOUS RHODES PARCELS

— TOWNSHIP/RANGE LINE

RHODES HOMES
MOHAVE COUNTY, ARIZONA
**THE VILLAGES AT WHITE HILLS CC&N**
WATER & SEWER BOUNDARIES

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
www.stanleygroup.com

| DESIGNED | | SCALE: As Noted |
| DRAWN | VND | NO. |
| CHECKED | DJF | |
| APPROVED | DYW | CC&N-WS1 |
| APPROVED | DJE | |
| DATE | 06-23-05 | |

ST-RH039653