





# RHODES HOMES – GOLDEN VALLEY RANCH WATER SYSTEM
## MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

DESIGN DEVELOPMENT
SCALE: 1" = 600'
PROJECT: 18449
DATE: 12/05/05

ST-RH039812

PLAN
1"=40'

| | | | SCALE (H) 1"=40' | | | |
|---|---|---|---|---|---|---|
| SCI PROJECT# 18449.00.00 | SHEET SV1 1 OF --- SHEETS | RHODES HOMES ARIZONA, LLC AZTEC ROAD INFRASTRUCTURE IMPROVEMENTS ROUNDABOUT NORTH STOPPING SIGHT DISTANCE EXHIBIT MOHAVE COUNTY ARIZONA | Stanley Consultants INC. 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | SCALE (V) 1"=4' DRAWN BY VND CHECKED BY MPB DATE 07/15/05 | REV. NO. | DESCRIPTION  DRAWN BY  APPROVAL  DATE |

KEYMAP

ST-RH039813

