

# MEMO

**TO:** Bill Roberts
Rhodes Homes

**DATE:** September 2, 2005

**FROM:** Denis Atwood

**SUBJECT:** SWCA Notice to Proceed for Cultural Resource Survey – Golden Valley Ranch

---

In order for SWCA to be able to complete the Cultural Resource Survey ahead of the grading operation, they will need a Notice to Proceed effective today. Please sign the Notice to Proceed found below with the understanding that a Purchase Order will be issued in the amount of $121,450.00 at a later date in accordance with the Confirmation and Authorization for Work, Previously provided

**Notice to Proceed**

The undersigned herby authorizes Stanley Consultants to have its Subconsultant, SWCA Environmental Consultants, proceed with the Cultural Resource Survey in accordance with the Confirmation and Authorization for Work dated September 2, 2005 for a lump sum fee of $121,450.00

9/2/05

Bill Roberts
Rhodes Homes

SC5022