

# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

17715
~~~~~~

**Purchase Order**

Approved ☐

To:   Dave Frohnen
      Stanley Consultants, Inc
      5820 S. Eastern Avenue
      Suite 200
      Las Vegas, NV  89119

Ship To:

Order #: GVMP1000-49
Date: 9/7/2005
Job: GVMP-1000  Golden Valley Master Plan

"Cultural surveys" GVR
PL = Atwood

Description:  1-01-0300

#

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0300 | S | Environmental/Site Assesment | 121,450.00 | 0.00 | 121,450.00 |

"SWCA" survey
Cultural
BILL ROBERTS

#17715. 22.03    11,050
#17715. 22.04    110,400

BILL ROBERTS

Totals:   121,450.00    0.00    121,450.00

Rhodes Homes                      Stanley Consultants, Inc          9/7/05
                 Date                                    Date

Work Completed _____ Date

cc: local
    legal
    Denis A.
    Tom A.

Page 1 of 1

ST-RH034727