reads "LISTERINE PHARMACAL COMPANY." Listerine was first produced in 1914 (Hull-Walski and Ayres 1989:66) A total of 109 artifacts were recorded within the Locus 2.

**Locus 3** is a moderate density historic scatter of metal within a 200-foot (61-meter) by 90-foot (27-meter) area. More specifically, the locus contains 26 sanitary cans (1904–present), 11 Simonis Type 19 milk cans (pre-1930–1975), 8 Simonis Type 12 milk cans (1917–1929), 3 Simonis Type 9 milk cans (1915–1930), 1 Simonis Type 8 milk can (1915–1925), 2 Simonis Type 10 milk cans (1917–1929), 4 immeasurable hole-in-top cans (1820–1920), 9 metal motor oil cans, 6 steel beverage cans (1935–1960s), 2 cone top beverage cans (1935–1959), 1 Log Cabin syrup can, 2 paint cans, 4 large rectangular oil cans, 1 pail, 2 galvanized buckets, fence wire, and 1 lid to a can that is perforated. In all, 84 artifacts were recorded in the third locus.

**Locus 4** is a moderate density historic scatter of metal within a 130-foot (40-meter) by 80-foot (24-meter) area. A total of 117 artifacts were recorded within the locus including 49 sanitary cans (1904–present), 12 Simonis Type 19 milk cans (pre-1930–1975), 6 Simonis Type 12 milk cans (1917–1929), 5 Simonis Type 9 milk cans (1915–1930), 4 Simonis Type 10 milk cans (1917–1929), 1 Simonis Type 16 milk can (1931–1948), 19 metal motor oil cans, 9 steel beverage cans (1935–1960s), 1 cone top beverage can (1935–1959), 2 small rectangular baking powder/spice cans, 5 lard buckets, 1 paint can, 1 Log Cabin syrup can, 1 enameled metal bowl and 1 baking pan.

**Locus 5** is a moderate density historic scatter of metal and glass within a 400-foot (122-meter) by 180-foot (55-meter) area. More specifically, the locus contains 20 sanitary cans (1904–present), 38 Simonis Type 7 milk cans (1908–1914), 11 Simonis Type 9 cans (1915–1930), 1 Simonis Type 5 milk can (1903–1914), 1 Simonis Type 19 milk can (pre-1930–1975), 21 hole-in-cap food cans (1820–1920), 5 immeasurable hole-in-cap cans, 2 immeasurable hole-in-top cans (1850–1985), 3 large rectangular oil cans, 3 external friction cans, 3 large canisters, 1 lard bucket, 1 small rectangular can, 1 enameled metal bowl, 1 galvanized metal pail, 1 miscellaneous machine part, and 2 brown glass bottles. One of the large metal canisters has embossed writing on the lid that reads "MFR WILMINGTON DEL U.S.A. 25 LBS EXPLOSIVE DANGEROUS BLACK POWDER." The second metal canister also has embossed writing on the lid that reads "RUSSIA CEMENT CO. LEPAGE'S LIQUID GLUE ONE PINT GLOUCESTER MASSACHUSETTS." This company produced Lepage products from 1876 to 1940 (Henkel Consumer Adhesives, Inc. 2005). The final metal oil canister also has embossed writing that reads "SANTA CRUZ." The small rectangular can has embossed writing that reads "LIPTON'S DELICIOUS TEAS & COFFEES." The first brown glass bottle is a half pint liquor bottle with embossed writing on the side that reads "FEDERAL LAW FORBIDS SALE OR RE-USE OF THIS BOTTLE," which is a statement that appeared on bottles from 1933 to 1964 (Goodman 1998). It also has an Owens Illinois Glass Company maker's mark (an I inside a diamond with a circle around the I) with "D 23" above the makers mark, a "90" to the left of the makers mark and a "6" to the right of the makers mark. This maker's mark used from 1929 to 1954, and the number 6 to the right of the mark is the year date indicating that this bottle was manufactured in either 1936 or 1946 (Toulouse 1971:403). The second brown glass bottle is a medicine bottle with embossed writing on the side of the bottle that reads "6½ FL OZ" and "GLOVER'S IMPERIAL MANGE MEDICINE NEW YORK H. CLAY GLOVER CO." It also has a Whitall-Tatum & Company maker's mark (an upside-down triangle with a W above a T inside the triangle) on the base of the bottle, which was used from 1935 to 1938 (Toulouse 1971:544). In all, 115 artifacts were recorded in the fifth locus.

**Locus 6** is a high density historic scatter of metal within a 260-foot (79-meter) by 150-foot (46-meter) area. A total of 195 artifacts were recorded within the locus including 22 sanitary cans (1904–present), 79 Simonis Type 7 milk cans (1908–1914), 2 Simonis Type 9 milk cans (1915–1930), 1 Simonis Type 5 milk can (1903–1914), 1 Simonis Type 4 milk can (1903–1908), 40 hole-in-cap food cans (1820–1920), 14 immeasurable hole-in-top cans (1850–1985), 18 immeasurable hole-in-cap cans, 4 small rectangular cans, 5 lard buckets, 1 sardine can, 1 large rectangular oil can, 1 log cabin syrup can, 1 external friction

can, 1 internal friction lid, 1 enameled metal pot, 2 galvanized metal pails, and 1 metal watering can. The external friction can has embossed writing that reads "GHIRARDELLIS CHOCOLATE" on the lid. Two of the small rectangular cans also have writing embossed on them. The first can reads "FOUR ROSES SMOKING TOBACCO" and the second can reads "LIPTONS DELICIOUS TEAS & COFFEES."

**Locus 7** is a high density historic scatter of metal and glass within a 740-foot (226-meter) by 200-foot (61-meter) area. More specifically, the locus contains 240 sanitary cans (1904–present), 58 Simonis Type 9 milk cans (pre-1930–1975), 32 Simonis Type 12 milk cans (1917–1929), 11 Simonis Type 9 milk cans (1915–1930), 1 Simonis Type 8 milk can (1915–1925), 1 Simonis Type 10 milk can (1917–1929), 1 Simonis Type 16 milk can (1931–1948), 1 Simonis Type 17 milk can (1931–1948), 2 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 6 can (1903–1914), 6 hole-in-cap food cans (1820–1920), 5 immeasurable hole-in-cap cans, 8 hole-in-top cans (1850–1985), 90 metal motor oil cans, 39 steel beverage cans (1935–1960s), 11 large rectangular oil cans, 8 paint cans, 5 lard buckets, 12 external friction cans, 2 internal friction lids, 2 small rectangular cans, 2 sardine cans, 1 cone top can with a screw top (1935–1959), 5 enameled metal bowls/pots, 1 piece of stove pipe, 1 single hinge tobacco tin (post 1948), 1 pump spray can, 1 galvanized metal bucket, 1 clear glass fragment and 1 small clear glass medicine bottle. One of the internal friction lids has embossed writing that reads "OVALTINE" in cursive with a curvilinear line underneath the letters. One of the sardine cans is also embossed with writing and reads "SPRATS FRANCE." Another can that has embossed writing is a small rectangular can that reads "KORNER" and "PUNCH HERE." The metal pump spray can also has embossed writing that reads "FLYTOX." The small medicine bottle has an unidentified maker's mark (a triangle with a small A at the top of the triangle and a slightly larger M at the bottom of the triangle) along with the number twelve. In all, 545 artifacts were recorded within the seventh locus

**Locus 8** is a small moderate density historic scatter of metal and glass within a 35-foot (11-meter) by 30-foot (9-meter) area. A total of 33 artifacts were recorded within the locus including 18 sanitary cans (1904–present), 2 Simonis Type 19 milk cans (pre-1930–1975), 1 Simonis Type 9 milk can (1915–1930), 6 immeasurable hole-in-top cans (1850–1985), 1 metal motor oil can, 1 paint can, 1 sardine can, 1 large rectangular oil can, 1 enameled metal pot and 1 brown glass liquor bottle. The large rectangular oil can has an embossed star with a circle surrounding it on the top of the can in the opposite corner from the spout. Under the star is the embossed writing that reads "THE TEXAS COMPANY." The brown liquor bottle has embossed writing and designs on both sides of the bottle and the bottle base. The base of the bottle has writing that reads "HIRAM WALKER & SONS LIMITED IN U.S.A. WALKERVILLE, CANADA. The first side of the bottle has a circle with a crown on top of a shield within the circle. There is also writing on the shield that consists of a "W" with the word "TRADE" written above it and the word "MARK" written below the "W." At the bottom of this side are the words "HALF PINT." On the top of the other side is writing that reads "FEDERAL LAW FORBIDS SALE OR REUSE OF THIS BOTTLE," which is a statement that appeared on bottles from 1933 to 1964 (Goodman 1998). Below this writing is a complex design that resembles a wrought iron gate that opens in the middle. In the middle of each gate is a circle with the letter "W" written within it. Underneath the gate is the Owens-Illinois Glass Company maker's mark (an I within a circle, surrounded by a diamond). The number 54 is written to the left of the maker's mark and the number 6 is written to the right of the maker's mark. This maker's mark used from 1929 to 1954, and the number 6 to the right of the mark is the year date indicating that this bottle was manufactured in either 1936 or 1946 (Toulouse 1971:403).

Due to the size of the site, artifacts outside of the eight loci were not thoroughly inventoried. However over 200 various types of cans were noted along with four pieces of sun-colored amethyst (SCA) glass (1880–1920) and three clear glass bottles were noted outside of the eight loci.

13

**INTERPRETATION AND RECOMMENDATION**

AZ F:16:74(ASM) appears to represent multiple trash dumping episodes occurring over a few decades. Subsequent erosion has served to scatter the artifacts downstream. In fact, dumping at this site may be responsible for a high density of historic isolated occurrences within the project area extending further to the west-southwest. The individual loci at this site may represent discrete dumping episodes, or may be built-up concentrations from repeated dumping. Most artifacts could have been deposited during the 1910s through the 1930s, though Loci 3, 4, 7, and 8 were likely deposited later in this time frame. There is a certain amount of temporal mixing of the artifacts, and a few of the artifacts likely post-date the main periods of trash disposal at the site. Artifacts include domestic refuse such as containers for coffee, tea, baking soda, cooking oil, maple syrup, liquor, and others. Also present are items that may have been associated with animal husbandry such as the mange medicine bottle, and machinery maintenance such as the motor oil cans. It was noted that some of the food cans did not appear to have been opened, and they appeared bloated from the expansion of their contents. Some of the material dumped at the site may have been old food stores that had aged and spoiled.

It is not clear where these artifacts came from or why this location was picked as a dumping ground. No features are present at the site to indicate that any other activity besides trash disposal occurred at AZ F:16:74(ASM). The data potential of this site has been effectively exhausted through the present recording. Therefore, AZ F:16:74(ASM) is recommended to be ineligible to the Arizona or National Registers of Historic Places. No preservation measures or further archaeological work is recommended for this site.

## *AZ F:16:75(ASM)*

**Field Number:** SWCA 2
**UTM Coordinates:** Easting 754530, Northing 3892150
**Site Type:** Historic Artifact Scatter with Associated Features
**Site Dimensions:** 310 ft × 290 ft (94 m × 88 m)
**Cultural-Temporal Affiliation:** Historic: 1910s to 1920s
**NRHP Recommendation:** Eligibility Indeterminate

AZ F:16:75(ASM) is a light scatter of historic metal, wood, glass and ceramics surrounding two historic features (Figure 5). AZ F:16:75(ASM) is situated on the banks of a moderate drainage that flows south-southwest into Thirteenmile Wash 2.7 miles from the location of the site. A dirt road also crosses the center of the site (Figure 5). Vegetation within the site consisted of mainly creosotebush although a recent fire has burned the area leaving the majority of the vegetation dead (Figure 6).

Artifacts located within the site include metal, wood, glass and ceramics. The majority of the artifacts are concentrated around and to the west of Feature 1. There is also a small glass concentration on the east side of the wash, and the remaining artifacts are lightly scattered around the site.

Ceramic artifacts consist of 44 fragments of white, hard-paste, glazed earthenware that likely originated from the same plate. No maker's mark or hallmark was observed on any of the ceramic fragments.

Glass artifacts found on the site include 170 clear glass fragments, 19 SCA glass fragments (1880–1920), 11 milk glass fragments, 8 cobalt glass fragments, 5 aqua glass fragments, 2 brown glass fragments and 2 light green glass fragments. Approximately 70 percent of the clear glass fragments appear to be flat

ST-RH038908



**Figure 5.** Plan map of AZ F:16:75(ASM).

ST-RH038909



**Figure 6.** AZ F:16:75(ASM) overview, view facing east-northeast.

window glass. One SCA glass fragment is a bottle base that is oval (Elixer or Handy shaped) and contains embossed writing that reads "FULL PINT" with the letter B centered and above the two words and the number 5 centered below the two words. There is also a clear bottle base with the Aurelius S. Hinds maker's mark (an interlocking monogram of the letters A, S, and H). This maker's mark is attributed to Aurelious S. Hinds of Maryland and was used on bottles from 1890 to 1930 (Toulouse 1971:54). There is also a fragment of a milk glass base with writing on it that reads "GENUINE P___."

Wood found on the site consists of approximately 30 pieces of milled lumber; including one-by-fours, two-by-fours and four-by-four pieces. The majority of the milled lumber is burned or partially burned from the recent brush fire. Several pieces of the milled lumber have nails in them and/or have fragments of sheet and corrugated metal nailed to them.

Metal artifacts within the site consisted of approximately 120 nails (pennyweight size 2d to 20d), 7 sanitary cans (1904–present), 5 sheet/corrugated metal fragments, 4 metal frame fragments, 3 metal hoops, 3 flathead screws, 2 can lids, chicken fence wire, bailing wire, a metal bracket, a bolt, a wire cable, a coil spring, a copper rivet, a metal button, a trunk/chest latch, and an immeasurable hole in cap can. One of the metal frame fragments has writing on it that reads "NATIONAL." Also, one of the can lids has writing on it that reads "FIGGS."

**Feature 1** consists of a series of flat lying, parallel milled lumber that may represent a surface or a fallen wall (Figure 7 and 8). This possible structure remnant is 4 feet (1.2 meters) long by 3 feet (1 meter) wide and consists of 4 to 6 pieces of lumber. There are also several other pieces of milled lumber scattered in the same general area along with a small sheet of corrugated metal. All of the wood associated with this feature has been partially burnt by the recent brush fire. Also of note, there is a burnt wooden post approximately 20 feet (6.1 meters) southwest of Feature 1 that may be associated with the feature.

ST-RH038910



**Figure 7.** Plan map of Feature 1 at AZ F:16:75(ASM).

ST-RH038911



**Figure 8.** Feature 1 at AZ F:16:75(ASM), view facing south.

**Feature 2** consists of two pieces of partially buried lumber associated with other lumber and sheet metal. The two pieces of milled lumber are partially buried in the ground parallel and approximately 6 inches from each other in an east-west direction (Figure 9 and 10). There are also two wooden posts directly southeast of the southern piece of lumber. Also of note are three additional pieces of milled lumber and three pieces of sheet metal that are likely associated with the feature. One of the pieces of sheet metal is nailed to one of the three loose pieces of lumber. This piece of lumber appears to be the upper portion of one of the two posts previously mentioned. All of the wood has been at least partially burned by the recent brush fire.

Also of note, two segments of heavy wire were found protruding from the ground to the southeast of Feature 1. These are similar to anchored guy wires commonly used to help secure historic tent structures, and are likely wrapped around large rocks or logs that have been buried several feet below the surface. This may indicate the former presence of a tent or other structure that has since been removed. Also nearby is a 3-foot length of chicken wire fencing that is partially buried in the ground.

ST-RH038912



**Figure 9.** Plan map of Feature 2 at AZ F:16:75(ASM).

ST-RH038913



**Figure 10.** Feature 2 at AZ F:16:75(ASM), view facing south.

### INTERPRETATION AND RECOMMENDATION

AZ F:16:75(ASM) contains evidence for possible former structures in the form of milled lumber debris, sheet metal, window glass, and possible tent anchor wires as well as a scatter of domestic refuse such as tableware, bottles, and food cans. This site likely represents a small habitation, though considering the relatively low quantity of artifacts, it may have been a short-lived habitation such as a failed homestead attempt of a ranching line camp. Alternatively, many components of the site could have been removed when it was abandoned and smaller artifacts may have washed away during flood events. The remaining artifacts suggest an occupation that likely dates to the 1910s or 1920s based mostly on the presence of SCA glass and sanitary cans.

This site's eligibility to the Arizona and National Registers of Historic Places is difficult to determine based on current information. This site may represent a historical homestead, habitation, or ranching facility, but its significance cannot be determined without more information. Portions of the site, such as structure foundations or privy pits, may remain buried and undetected at the site. Therefore, it is recommended that this site's eligibility be considered indeterminate pending additional archival and subsurface research. As such, it is recommended that this site be avoided by the proposed development if possible. If avoidance is not possible, the eligibility of AZ F:16:75(ASM) should be determined through an agency approved program of subsurface testing and historical archival research.

ST-RH038914