## *AZ F:16:76(ASM)*

**Field Number:** SWCA 3
**UTM Coordinates:** Easting 753607, Northing 3891606
**Site Type:** Historic Artifact Scatter
**Site Dimensions:** 168 ft × 100 ft (51 m × 30 m)
**Cultural-Temporal Affiliation:** Historic: 1907–1920s
**NRHP Recommendation:** Ineligible

AZ F:16:76(ASM) is a small historic artifact scatter of metal and glass artifacts (Figures 11 and 12). AZ F:16:76(ASM) is situated on a gentle knoll surrounded by flatland, approximately a quarter of a mile west of Thirteenmile Wash. Vegetation within the site consists of mainly creosotebush and various grasses.

Artifacts located within the site include glass and metal. Glass artifacts consist of 31 fragments of SCA glass (1880–1920) and 2 fragments of clear glass. No maker's marks or embossing were noted on any of the glass fragments. Metal artifacts within the site consist of 11 three-hinged tobacco tins (1907–1948), 9 tobacco tins (hinge type unknown), 1 tobacco tin lid, 3 metal bucket/barrel hoops, 3 cartridge cases, 2 bent horse shoes, 2 sheet metal fragments, 1 large bolt, 1 sardine can, 1 sardine/meat can key, 1 baking powder/spice tin. One of the tobacco tins has the Twin Oaks emblem embossed on the lid, the backside, and likely the front side of the tin. All three of the cartridge cases have a head stamp. The first head stamp reads "WRA CO .303 S&W" which was made by the Winchester Repeating Arms Company between 1866 and 1940 (Logan 1948:8). The second head stamp reads "S L" and "43." Finally, the last head stamp reads "U.M.C. .45 COLT" and was made by the Union Metallic Cartridge Company between 1867 and 1911 (Bearse 1966).



Figure 11. AZ F:16:76(ASM) overview, view facing west.

21



**Figure 12.** Plan map of AZ F:16:76(ASM).

ST-RH038916

**INTERPRETATION AND RECOMMENDATION**

AZ F:16:76(ASM) consists of a scatter of artifacts in a relatively small area. Artifacts include at least two bottles, twenty tobacco tins, three cartridge cases (from three different calibers), two horseshoes and other items. No features were present to indicate that this site was extensively utilized. It may have been used as a temporary camp for short-term ranching activities. The artifacts at the site, taken together, were probably deposited between 1907 and c. 1920, assuming they were deposited together. However, the large numbers of tobacco tins at the site were probably not deposited all at once unless they had been hoarded or reused until they were thrown away at this site.

The lack of features and evidence for substantial activity at this site suggests that little additional data could be gleaned from the site beyond the present recording of surface manifestations. Therefore, AZ F:16:76(ASM) is recommended to be ineligible to the Arizona or National Registers of Historic Places. No preservation measures or further archaeological work is recommended for this site.

## *AZ F:16:77(ASM)*

**Field Number:** SWCA 4
**UTM Coordinates (E/N):** Easting 754296, Northing 3889663
**Site Type:** Historic Trash Dump and a Feature
**Site Dimensions:** 358 ft × 113 ft (109 m × 34 m)
**Cultural-Temporal Affiliation:** Historic: 1910s–1930s
**NRHP Recommendation:** Eligibility Indeterminate

AZ F:16:77(ASM) is a moderate to high density artifact scatter consisting mainly of concentrations of rusted cans and other trash surrounded by a light scatter of historic artifacts. A possibly historic hearth feature was also found. The site is situated on both sides of a large unnamed wash that drains west and empties into Thirteenmile Wash just west of the site (Figures 13 and 14). Vegetation within the site consists of mainly creosotebush and various grasses. The site boundary extends to the west beyond the limits of the project area on to other privately owned land. No intensive survey was conducted outside the project area, rather, only as much survey was conducted to determine the western extent of the site. Inventory and analysis of the artifacts within AZ F:16:77(ASM) in this report is limited to those artifacts within the current project area in the eastern part of the site. This part of the site was judgmentally divided into artifacts north of the wash and artifacts south of the wash.

The artifact scatter north of the wash is a moderate to high-density scatter of metal and glass. The majority of the artifacts on this side of the wash are located at the eastern end of the site. When broken down there are 115 sanitary cans (1904–present), 56 Simonis Type 19 milk cans (1930–1975), 31 Simonis Type 9 milk cans (1915–1930), 8 Simonis Type 10 milk cans (1917–1929), 3 Simonis Type 8 milk cans (1915–1925), 27 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 5 milk can (1903–1914), 34 immeasurable hole-in-top/cap cans, 1 external friction can lid, 30 hole-in-cap food cans (1820–1920), 12 lard buckets, 12 metal motor oil cans, 2 galvanized buckets, 6 large rectangular oil cans, 2 rectangular spice cans, 4 tobacco tins (hinge number unknown), 1 log cabin syrup can, 2 enameled metal coffee pots, 1 cobalt glass fragment and 1 SCA glass fragment (1880–1920). Three sanitary cans have embossed writing on them. The first one reads "EPSON" in cursive on the bottom of the can. The second can reads "SANITARY" with the letter X above the word and the letter C below the word on the bottom of the can. Cans made by the Sanitary Can Co. likely date to 1904–1908 (Rock 1984:105). The final can has a picture of a flag with the letter A on the bottom of the can. In all, 349 artifacts were recorded north of the wash.

ST-RH038917



**Figure 13.** AZ F:16:77(ASM) overview, view facing west.

The artifacts south of the wash are less dense and consist of a moderate scatter of metal and glass. A total of 250 artifacts are located south of the wash including 90 sanitary cans, 26 Simonis Type 19 milk cans (1904–present), 18 Simonis Type 9 milk cans (1915–1930), 1 Simonis Type 12 milk can (1917–1929), 2 Simonis Type 8 milk cans (1915–1925), 11 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 4 can (1903–1908), 17 immeasurable hole-in-top/cap cans, 1 external friction can lid, 29 hole-in-cap food cans (1820–1920), 1 lard bucket, 6 metal motor oil cans, 6 galvanized buckets, 5 large rectangular oil cans, 1 spice can, 1 tobacco tin (hinge number unknown), 6 steel beverage cans (1935–1960s), 2 log cabin syrup cans, 1 enameled metal coffee pot, 1 metal screw cap, 1 crown cap, 1 sardine tin, 1 varnish can, 19 clear glass fragments and 2 SCA glass fragments (1880–1920). Four of the artifacts recorded have embossing on them including a sanitary can that reads "CUT OUT THIS SOFT TIN END." The sardine can has writing that reads "NORVEGE" and the varnish can has writing that reads "STANDARD VARNISH WORKS, NY." One of the large rectangular oilcans also reads "GARGOYLE TRADEMARK" which likely pertains to a Vacuum Oil Company product. Vacuum Oil Company was a petroleum industry pioneer dating to 1866. It was a subsidiary of John D. Rockerfeller's colossal Standard Oil monopoly, which was broken up in 1911. Vacuum Oil Company's Mobiloil and Mobilgas products were used by many of the Standards across the country. The Gargoyle trademark, which was adopted by the company in 1906, was a commonly seen emblem until Vacuum merged with Socony (Standard Oil Company of New York) in 1931, and Socony's Pegasus replaced the Gargoyle as the company trademark (Droz 2004).

Feature 1 is a rectangular hearth located on the south side of the wash (Figure 15). Feature 1 is constructed with locally obtained medium to large granite and basalt cobbles (Figure 16). It is 4 foot 11 inches by 3 foot 11 inches with a maximum height of 11 inches. The hearth is rectangular in shape and is open to the south. The feature ranges from one course at the eastern end of the feature, to three courses along the western alignment although many of the rocks along this alignment have fallen off of the feature and now lay just west of the hearth. These rocks likely served as a windbreak for a firepit. A small chunk of charcoal was noted in the northeast corner of the feature. There is no direct evidence that Feature 1 is historic, except for being surrounded by a historic can scatter, and the hearth may not necessarily be more than 50 years old.

ST-RH038918



Figure 14. Plan map of AZ F:16:77(ASM).

ST-RH038919



**Figure 15.** Plan map of Feature 1 at AZ F:16:77(ASM).

ST-RH038920



**Figure 16.** Feature 1 at AZ F:16:77(ASM) overview, view facing west-northwest.

## INTERPRETATION AND RECOMMENDATION

This site appears to represent several dumping episodes possibly over a few decades, which have become somewhat dispersed over time. It is likely that the main activity at the site was trash disposal, although the presence of a hearth could suggest that other activities may also have occurred. The artifacts at this site are unlikely to have been deposited all together at one time. Separately, the artifacts could have been deposited over a span of many decades, from 1880 to present, however, it is more likely that most dumping episodes occurred from the 1910s to the 1930s.

This site appears to be the result of several episodes of trash dumping, which would not normally be considered a significant historical event. However, this site is also associated with a small feature, which may suggest the possibility that more substantial activities may have taken place at the site. Furthermore, the western half of the site remains unexplored, and may contain important additional information. Based on this, the site's eligibility to the Arizona and National Registers of Historic Places is difficult to determine. Therefore, it is recommended that this site's eligibility be considered indeterminate pending additional archival and subsurface research. As such, it is recommended that this site be avoided by the proposed development if possible. If avoidance is not possible, the eligibility of AZ F:16:77(ASM) should be determined through an agency approved program of subsurface testing and historical archival research.

ST-RH038921

## *AZ F:16:78(ASM)*

**Field Number:** SWCA 5
**UTM Coordinates:** Easting 755784, Northing 3890809
**Site Type:** Historic Can Dump
**Site Dimensions:** 164 ft × 68 ft (50 m × 21 m)
**Cultural-Temporal Affiliation:** Historic: 1910s
**NRHP Recommendation:** Ineligible

AZ F:16:78(ASM) is a small moderate artifact scatter consisting of rusted cans. AZ F:16:78(ASM) is situated just south of a large unnamed wash that drains west and empties into Thirteenmile Wash a little over one mile from the site (Figures 17 and 18). Vegetation within the site consists of mainly creosotebush and various grasses.

The artifact scatter consists of 76 historic artifacts including 10 sanitary cans (1904–present), 1 Simonis Type 9 milk cans (1915–1930), 28 Simonis Type 7 milk cans (1908–1914), 1 Simonis Type 5 milk can (1903–1914), 5 immeasurable hole-in-top/cap cans, 22 hole-in-cap food cans (1820–1920), 4 lard buckets, 3 large rectangular oil cans, 1 enameled metal pan and 1 paint can. One of the large rectangular oil cans has embossed writing on the side that reads "SANTA FE" and a second large rectangular oil can has embossed writing that reads "GUS V. BRECHTS CO. MANFRS. ST. LOUIS."

### INTERPRETATION AND RECOMMENDATION

AZ F:16:78(ASM) appears to represent a single episode of trash disposal where a total of 76 cans of various types were dumped. The artifacts have begun to disperse somewhat as they erode downstream. Taken together, these artifacts are likely to have been deposited sometime during the 1910s.

No features are associated with AZ F:16:78(ASM) and there is no evidence for substantial activity at the site other than the dumping of a load of trash. This recording of the site has exhausted its data potential. Therefore, AZ F:16:78(ASM) is recommended to be ineligible to the Arizona or national Registers of Historic Places. No preservation measures or further archaeological work is recommended for this site.

## *ISOLATED OCCURRENCES*

The total number of isolated occurrences (IOs) identified in the project area is 311 (see Figure 3). Note that 313 IOs were recorded but that two of these later became sites. Approximately 66 percent of these IOs are historic artifacts including cans, bottles, and glass fragments. Many of the historic IOs are distributed along the major unnamed wash that flows through the southeastern portion of the project area between AZ F:16:74(ASM) and AZ F:16:77(ASM). There is a lesser distribution of historic IOs along Thirteenmile Wash in the western part of the project area. The majority of the prehistoric IOs are lithic materials including flakes, cores, tested cobbles, chipping stations, and tools. However, two ceramic artifacts and a ground stone fragment were also recorded as IOs. Of note, the ground stone fragment was found at IO 66, which was also associated with a complete bifacial flaked stone drill tool (Figure 19). The prehistoric artifacts appear to be evenly distributed throughout the project area, with no apparent concentrations or pattern. There are also two features; a rock alignment and the remnants of a probable modern fence/corral that have been recorded as IOs. These IOs are described in further detail in Table 2.



**Figure 17.** Plan map of AZ F:16:78(ASM).

ST-RH038923