

Figure 6-1 - White Hills Road looking towards Detrital Wash (northeast) from US Highway 93.

White Hills Road is utilized by residents of the White Hills area and a commercial gravel operation, northeast of the project parcels.

The intersection of US Highway 93 at White Hills Road presently operates at level of service "C" during 30th hour demand and can accommodate the development of about another 200 homes before intersection improvements must be considered. Under the existing intersection geometry, the addition of a traffic signal on US Highway 93 at White Hills Road will accommodate the existing traffic plus future traffic generated by another 2,600 homes, without any additional intersection improvements. Please note that advance warning flashers will, in all likelihood, also be required because of the change in traffic control devices, and because traffic signal at this location will violate drivers expectations.