NORTH

1" = 4000'

INDIAN PEAK DRIVE

DETRITAL WASH

ROLLING RIDGE DRIVE

FAIRWAY DRIVE

ROLANDO RIDGE

WHITE HILLS ROAD
100-FT R-O-W

WHITE HILLS

MINERAL ROAD

TRIANGLE AIR PARK

ROCKY POINT AVE.

WATER TANK

WHITE FOX RD.

SELREST AVENUE

HITCHING POST ROAD

MATERIAL SITE

ADOT EASEMENT

FOUR CORNERS TO COLORADO

RIVER 500 KV POWER TRANSMISSION LINE

US 93

MATERIAL SITE

T26N, R20W

CL01017

RHODES HOMES
MOHAVE COUNTY, ARIZONA
WHITE HILLS TRAFFIC ANALYSIS
EXISTING ROADWAY NETWORK

Stanley Consultants INC.

SCALE: AS NOTED

FIGURE 6-1