Appendices

CL01018

<u>Appendix A</u>

Contacts

## Contacts

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact: Ms. Christine Ballard, Director
Telephone:     (928) 757-0903
Fax:            (928) 757-3577
e-mail: christine.ballard@co.mohave.az.us

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact: Mr. Kevin Davidson
Telephone:     (928) 757-0903
Fax:            (928) 757-3577
e-mail: kevin.davidson@co.mohave.az.us

**Mohave County Planning & Zoning Dept.**
3675 E. Hwy. 66, Suite A
P.O. box 7000
Kingman, AZ 86402-7000
Contact: Mr. Karl Taylor
Telephone:     (928) 757-0903
Fax:            (928) 757-3577
e-mail: karl.taylor@co.mohave.az.us

CL01019

**Mohave County Pubic Works - Engineering**
3675 E. Hwy. 66
P.O. box 7000
Kingman, AZ 86402-7000
Contact:  Mike Hendrix, Director
Telephone:     (928) 757-0910
Fax:             (928) 757-0912
e-mail: mike.hendrix@co.mohave.az.us

**Mohave County Pubic Works – Flood Control District**
3675 E. Andy Devine, Suite C
P.O. box 7000
Kingman, AZ 86402-7000
Contact:  Ramon Amaya, Engineering Technician
Telephone:     (928) 757-0925
Fax:             (928) 757-0912
e-mail: ramon.amaya@co.mohave.az.us

**GRAVES Propane of Arizona, Inc.**
7090 Highway 68,
Golden Valley, AZ
Telephone:     (888) 568-2821

**NORTHERN ENERGY**
2625 Airway Ave,
Kingman, AZ
Telephone:     (800) 683-0480

**Dolan Springs Fire District**
16126 Pierce Ferry Road
Dolan Springs, AZ  86441
Telephone:     (928) 767-3300

**Westside Disposal**
PO Box 10129
Golden Valley, AZ  86413
Telephone:     (928) 565-9369

**GoldenState Tower, LLC**
125 Ryan Industrial Court
Suite 109
San Ramon, CA 94583
Telephone:     (925) 837-9900
Fax:             (925) 837-9999

Stanley Consultants

**CL01020**

# Appendix B

# References

**REFERENCES**

1. City of Kingman, Arizona. 2004. *General Plan 2020.*

2. City of Kingman, Arizona. 2004. *2004-2005 Community Prospectus.*

3. City of Kingman, Arizona. 2004. *Executive Summary & Projected Land Use Map.*

4. Kingman Area Chamber of Commerce. 2003. *Kingman Area Map.*

5. Arizona Statewide Economic Study 2002

6. US Census Bureau

7. City of Kingman, Arizona, Planning and Zoning Department

8. State of Housing in Arizona in 2000

9. Arizona Department of Commerce

10. Greater Economic Monitor from the College of Business at Northern Arizona University

11. Arizona Department of Economic Security

12. Mohave County Assessed Value 2003-2004, from County Assessors Office

13. Mohave County Comprehensive Plan and Land Use Map

Stanley Consultants

CL01021

14. Mohave County Planning and Zoning Department

15. Mohave County Assessor's GIS

16. The Foundation for "Population Employment, Earnings, and Personal Income Trends Mohave County", December 2003 includes: Bureau of Economic Analysis; US Department of Commerce; Bureau of Labor Statistics; U.S. Department of Labor County Business Patterns; Bureau of the Census; U.S. Department of Commerce; Arizona Tax Research Association; Mohave County Assessors Office; and Mohave County Annual Budgets.

17. Center for Business Research; L. William Seidman; Research Institute College of Business, Arizona State University: "Arizona Economic Profile, November 2002".

18. Arizona Department of Commerce: "Arizona Statewide Economic Study 2002, Public Outreach, Local Plan Integration, and Strategic Findings".

19. Arizona Department of Health Services: "Community Health Profiles 2000", Mohave County.

20. Arizona State Housing Commission: "State of Housing in Arizona in 2000".

21. Arizona Department of Commerce: "State and County Economic Analysis of Arizona and each Arizona county Economy"

22. AnnDee Johnson, Director of Research & Strategic Planning Arizona Office of Tourism, Arizona's West Coast Regional Profile, Community Outreach Workshop Bullhead City, AZ, November 4, 2003.

23. Corporation for Enterprise Development: 2003 Development Report Card for the States, Web Site: http://drc.cfed.org

24. Uhalde, Seltzer, Tate, and Klien-Collings, June 2003, "Toward a National Workforce Education and Training Policy".

25. ASU study, PUBLIC FINANCE IN ARIZONA

26. Mohave County Office of Management and Budget, Jim Kessler, December, 2003

27. Regional Economic Information System (REIS CD-ROM) of the Bureau of Economic Analysis, U.S. Department of Commerce

CL01022

# Appendix C

# Phase I Environmental Site Assessment

A Phase I Environmental Site Assessment of a site located in the White Hills area along White Hills Road (Mohave Co. Hwy. 145) east of US Highway 93 approximately 40 miles northwest of the City of Kingman, in Mohave County, Arizona, was performed by Stanley Consultants, Inc. The site is generally located in Sections 15, 16, 19, 20, 21, 23, 27, and 30, of Township 27 North, Range 20 West in Mohave County Arizona. Total area of the site is approximately 4,300 acres, including all of Section 15, 19, 20 and 23, and portions of the other sections.

The assessment was completed in general accordance with the procedures outlined in ASTM E1527-00, Standard Practice of Environmental Site Assessments: Phase I Environmental Site Assessment Process.

The site is located in an area known as the Detrital Valley near the location of the historic town of White Hills. The site is currently all open space, consisting primarily of high desert terrain and associated vegetation. Mohave County Highway 145, also called White Hills Road, serves the site area from US Highway 93. White Hills Road is paved. A network of sand and gravel roads provide access to the site area from White Hills Road, although much of the site is inaccessible without the use of a four-wheel drive vehicle, and some portions of the site are only accessible on foot.

The properties around the site include scattered residential properties and open space. Mining activities in the White Hills location date to the late 1800's (reportedly 1892 to 1898). The area had mining, residential, and commercial activities at that time. Two cemeteries were reported in the area. Some of the drainage from the mining areas passes through the site as it flows toward the Detrital Wash.

Review of historical information indicates that past site uses were most likely similar or identical to current site used. No evidence of previous industrial activities had been found on the site, although such activities did occur to the east of the site. Some very minor waste disposal consisting of random dumping has occurred on the site.

**CL01023**

One potential hazardous material incident may have been indicated in the AZDEQ historic information for the site, however this incident is not considered significant.

The following environmental conditions or concerns were identified during the assessment:

1. It is unknown if sediments carried by surface runoff from the mining areas east of the site contains heavy metals at levels that would be of concern.

The following actions are recommended:

1. Evaluation of sediments in some of the surface drainage ways is recommended to evaluate effects mining activities have had on the site.

2. Removal and proper disposal of the litter present on the site.

Detailed information regarding these, and other observations, and site history is provided in the report.

(Note: This Appendix C contains the Executive Summary of a separate environmental report titled *Phase I Environmental Site Assessment* – White Hills Site, Mohave County, February 2005, Stanley Consultants.)

CL01024

# Appendix D

# Topo Maps
(To be submitted separately)

**CL01025**