**White Hills Site**

- △ Listed Sites
- □ Earthquake Epicenters (Richter 5 or greater)
- Search Boundary
- Roads
- Major Roads
- Waterways
- Railroads
- Contour Lines
- Pipelines
- Powerlines
- Fault Lines
- Water
- Superfund Sites
- Federal DOD Sites
- Indian Reservations BIA
- 100-Yr Flood Zones

Meadview, AZ

0          1/2          1

Scale in Miles

EDR Environmental Data Resources Inc

6134500.fr - 27 Jan 05

TRIANGLE AIRPARK AIRPORT

Kingman North

Copyright © 2005 EDR, Inc © 2003 GDT, Inc. Rel. 07/2003  All Rights Reserved.

CL01051

Section 4
Discussion

CL01052

Section 4

Discussion

## 4.1 Hazardous Substances

No bulk fuel or hazardous substance storage tanks were identified during the site visit.

No bulk fuel or hazardous material storage is indicated in the historic information for the site.

No hazardous waste generation activity is indicated in the file information for the site.

One potential hazardous material incident may have been indicated in the AZDEQ historic information for the site, however this incident is not considered significant.

## 4.2 Hazardous Substance Containers and Unidentified Containers

No hazardous substance containers were observed around the site.

No hazardous substance containers or unidentified containers were observed on properties adjacent to the site.

## 4.3 Storage Tanks

### 4.3.1 Above Ground Tanks

No above ground storage tanks were observed on site.

### 4.3.2 Underground Storage Tanks

No visual evidence of active underground storage tanks (vents, fill lines, etc.) was observed on the site during the visit.

**CL01053**

### 4.4 Indications of PCB's

No PCB containing electrical equipment (equipment labeled as containing PCB) was observed on the site. Pole mounted transformers were observed on site. None appeared on visual evaluation to be leaking.

### 4.5 Indications of Solid Waste Disposal

A very minor amount of solid waste disposal was noted at several locations on and around the site. The waste includes mostly typical household trash and/or litter.

Other than the wastes noted above, on site solid waste disposal was noted.

### 4.6 Potential Migration Pathways

The risk of migration of contaminants from adjacent properties to the site is considered low to moderate. Drainage from the mining operations, both historic and current, to the east of the site flows through portions of the site. It is unknown if sediments carried by surface runoff from these areas contain heavy metals at levels that would be of concern.

The risk of off site migration of contaminants from the site is also considered low.

### 4.7 Asbestos

A survey for the presence of asbestos containing materials was not performed. There are no significant buildings on site.

**CL01054**

Section 5 Findings
And Conclusions

CL01055

## Section 5

<br>

## Findings and Conclusions

<br>

Based on the information summarized previously in this report, the findings and conclusions of the assessment are as follows:

1. The site currently consists primarily of open space. The site is accessible by four wheel drive vehicles via a network of paved, and sand and gravel roads. The Detrital Wash and several of its tributaries occupy portions of the site.

2. A minor amount of litter was noted at several locations on and around the site.

3. One potential hazardous material incident may have been indicated in the AZDEQ historic information for the site, however this incident is not considered significant.

4. The White Hills area was originally settled as a mining area in the 1890's. The area was largely abandoned in the early 1900's. Some mining activity persists today. Runoff from the mining area flows through portions of the site.

The following environmental conditions or concerns were identified during the assessment:

1. It is unknown if sediments carried by surface runoff from the mining areas east of the site contain heavy metals at levels that would be of concern.

CL01056

CL01057

## Section 6

## Recommendations

Based on the information summarized previously in this report, the following activities are recommended:

1. Evaluation of sediments in some of the surface drainage ways is recommended to evaluate effects mining activities have had on the site.

2. Removal and proper disposal of the litter present on the site.

CL01058

**Section 7
Limitations**

CL01059

Section 7
_____

Limitations

Stanley Consultants, Inc., obtained information regarding practices, conditions, and test data from the client and/or the property owner/operator during the performance of the environmental assessment. Stanley Consultants is relying on the accuracy of this information for the preparation of this report. Stanley Consultants assumes no liability or responsibility for the accuracy, precision, misrepresentation or withholding of information by the client and/or property owner/operator or for items not visible, accessible, or present on-site at the time of investigation.

The findings set forth in this environmental assessment report are based solely on the services described therein, and not on scientific tasks or procedures beyond the scope of agreed upon services or the time and budgeting restraints imposed by the clients.

The purpose of a Phase I Environmental Assessment is to review documentation pertaining to environmental concerns and to evaluate current environmental liabilities of the property. Stanley Consultants does not assume responsibility for the elimination of hazards that could possibly cause accidents, injuries, damage, or liabilities. Compliance with the proposed recommendations and/or suggestions as found in this report in no way guarantees elimination of hazards or warrants the property owner/operator's regulatory responsibilities to the appropriate regulatory agency of any conditions, releases, or discharges that are reportable under local, State, or Federal regulations. The Phase I Environmental Assessment was conducted and prepared in accordance with ASTM E1527-00 standards. No attempt was made in determining potential radon hazards, asbestos hazards, or lead containing paint hazards on the property.

CL01060

**Section 8
References**

## Section 8

## References

### 8.1 Published References

- ASTM E 1527, Standard Practice for Environmental Site Assessments:    Phase I Environmental Site Assessment Process, American Society of Testing and Materials, 2000.

- The EDR DataMap Area Study, Environmental Data Resources, Inc. 12/27/05.

- The EDR-NEPA Check, Environmental Data Resources, Inc. 1/19/05.

- The EDR-Sanborn Map Report, Environmental Data Resources, Inc. 1/19/05.

### 8.2 Map and Other References

- Boulder City, NV, AZ – 30 by 60 Minute Series (Topographic), United States Geological Survey, 1983.

- White Hills, AZ – 15 Minute Series (Topographic), United States Geological Survey, 1960.

- White Hills West, AZ – 7.5 Minute Series (Topographic), United States Geological Survey, 1989

- Aerial Photographs – 1995, US Geological Survey.

- Recovery of Perennial Vegetation in Military Target Sites in the Eastern Mojave Desert, Arizona, , United States Geological Survey, 2000.

**CL01062**

- Mohave County Museum of History and Arts

- Arizona Department of Environmental Quality – Hazardous Materials Incident Database.

- Arizona Department of Water Resources.

- United States Geological Survey.

**CL01063**

Section 9
Preparers

CL01064

## Section 9

## Preparers

### 9.1 Signatures

The following person was responsible for the preparation of this report.

Prepared by: _____    Date: 2/16/05
                    H. Scott Byram

### 9.2 Qualifications

H. Scott Byram - Mr. Byram has a Bachelor of Science degree in Civil Engineering from Iowa State University and has more than 25 years of experience in various areas including environmental assessments, environmental compliance audits, and a variety of environmental related studies and design. Mr. Byram was responsible for this report.

**CL01065**

Appendix A Regulator
Data Base Search

<u>Appendix A</u>

Regulatory Data Base Search

CL01067



**EDR**™ Environmental
Data Resources Inc

# EDR DataMap™ Area Study

**White Hills Site
Meadview, AZ  86444**

**January 27, 2005**

**Inquiry number 01344500.2r**

## The Standard in Environmental Risk Management Information

440 Wheelers Farms Road
Milford, Connecticut 06460

**Nationwide Customer Service**

Telephone: 1-800-352-0050
Fax:           1-800-231-6802
Internet:    www.edrnet.com

CL01068

# EXECUTIVE SUMMARY

A search of available environmental records was conducted by Environmental Data Resources, Inc. (EDR).

**TARGET PROPERTY INFORMATION**

**ADDRESS**

MEADVIEW, AZ 86444
MEADVIEW, AZ 86444

**DATABASES WITH NO MAPPED SITES**

No mapped sites were found in EDR's search of available ( "reasonably ascertainable ") government records within the requested search area for the following databases:

**FEDERAL ASTM STANDARD**

NPL _____ National Priority List
Proposed NPL _____ Proposed National Priority List Sites
CERCLIS _____ Comprehensive Environmental Response, Compensation, and Liability Information System
CERC-NFRAP _____ CERCLIS No Further Remedial Action Planned
CORRACTS _____ Corrective Action Report
RCRA-TSDF _____ Resource Conservation and Recovery Act Information
RCRA-LQG _____ Resource Conservation and Recovery Act Information
RCRA-SQG _____ Resource Conservation and Recovery Act Information
ERNS _____ Emergency Response Notification System

**STATE ASTM STANDARD**

SPL _____ Superfund Program List
SHWS _____ ZipAcids List
SWF/LF _____ Directory of Solid Waste Facilities
LUST _____ Leaking Underground Storage Tank Listing
UST _____ Underground Storage Tank Listing
AZ WQARF _____ Water Quality Assurance Revolving Fund Sites
INDIAN UST _____ Underground Storage Tanks on Indian Land
INDIAN LUST _____ Leaking Underground Storage Tanks on Indian Land
SWTIRE _____ Solid Waste Tire Facilities
VCP _____ Voluntary Remediation Program Sites

**FEDERAL ASTM SUPPLEMENTAL**

CONSENT _____ Superfund (CERCLA) Consent Decrees
ROD _____ Records Of Decision
Delisted NPL _____ National Priority List Deletions
FINDS _____ Facility Index System/Facility Identification Initiative Program Summary Report

CL01069

# EXECUTIVE SUMMARY

HMIRS .................... Hazardous Materials Information Reporting System
MLTS ..................... Material Licensing Tracking System
MINES .................... Mines Master Index File
NPL Liens ................ Federal Superfund Liens
PADS ..................... PCB Activity Database System
INDIAN RESERV ........... Indian Reservations
UMTRA .................... Uranium Mill Tailings Sites
ODI ...................... Open Dump Inventory
FUDS ..................... Formerly Used Defense Sites
DOD ...................... Department of Defense Sites
RAATS .................... RCRA Administrative Action Tracking System
TRIS ..................... Toxic Chemical Release Inventory System
TSCA ..................... Toxic Substances Control Act
SSTS ..................... Section 7 Tracking Systems
FTTS INSP ................ FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)

### STATE OR LOCAL ASTM SUPPLEMENTAL

AST ...................... List of Aboveground Storage Tanks
AZ Spills ................ Hazardous Material Logbook
AZ DOD ................... Department of Defense Sites
WWFAC .................... Waste Water Treatment Facilities
Aquifer .................. Waste Water Treatment Facilities
DRYCLEANERS .............. Drycleaner Facility Listing
Dry Wells ................ Drywell Registration
AZ AIRS .................. Arizona Airs Database

### EDR PROPRIETARY HISTORICAL DATABASES

Coal Gas ................. Former Manufactured Gas (Coal Gas) Sites

### BROWNFIELDS DATABASES

US BROWNFIELDS ........... A Listing of Brownfields Sites
AUL ...................... DEUR Database
BROWNFIELDS .............. Brownfields Tracking System
VCP ...................... Voluntary Remediation Program Sites

### SURROUNDING SITES: SEARCH RESULTS

Surrounding sites were not identified.

Unmappable (orphan) sites are not considered in the foregoing analysis.

CL01070

# EXECUTIVE SUMMARY

Please refer to the end of the findings report for unmapped orphan sites due to poor or inadequate address information.

CL01071

## MAP FINDINGS SUMMARY

| Database | Total Plotted |
|---|---|
| **FEDERAL ASTM STANDARD** | |
| NPL | 0 |
| Proposed NPL | 0 |
| CERCLIS | 0 |
| CERC-NFRAP | 0 |
| CORRACTS | 0 |
| RCRA TSD | 0 |
| RCRA Lg. Quan. Gen. | 0 |
| RCRA Sm. Quan. Gen. | 0 |
| ERNS | 0 |
| **STATE ASTM STANDARD** | |
| SPL | 0 |
| State Haz. Waste | 0 |
| State Landfill | 0 |
| LUST | 0 |
| UST | 0 |
| AZ WQARF | 0 |
| INDIAN UST | 0 |
| INDIAN LUST | 0 |
| SWTIRE | 0 |
| VCP | 0 |
| **FEDERAL ASTM SUPPLEMENTAL** | |
| CONSENT | 0 |
| ROD | 0 |
| Delisted NPL | 0 |
| FINDS | 0 |
| HMIRS | 0 |
| MLTS | 0 |
| MINES | 0 |
| NPL Liens | 0 |
| PADS | 0 |
| INDIAN RESERV | 0 |
| UMTRA | 0 |
| ODI | 0 |
| FUDS | 0 |
| DOD | 0 |
| RAATS | 0 |
| TRIS | 0 |
| TSCA | 0 |
| SSTS | 0 |
| FTTS | 0 |
| **STATE OR LOCAL ASTM SUPPLEMENTAL** | |
| AST | 0 |

CL01072

## MAP FINDINGS SUMMARY

| Database | Total Plotted |
|---|---|
| AZ Spills | 0 |
| AZ DOD | 0 |
| WWFAC | 0 |
| Aquifer | 0 |
| DRYCLEANERS | 0 |
| Dry Wells | 0 |
| AZ AIRS | 0 |

**EDR PROPRIETARY HISTORICAL DATABASES**

| | |
|---|---|
| Coal Gas | 0 |

**BROWNFIELDS DATABASES**

| | |
|---|---|
| US BROWNFIELDS | 0 |
| AUL | 0 |
| BROWNFIELDS | 0 |
| VCP | 0 |

NOTES:

Sites may be listed in more than one database

CL01073

MAP FINDINGS

Map ID
Direction                                                                                                    EDR ID Number
Distance
Distance (ft.)Site                                                              Database(s)    EPA ID Number

---

**Coal Gas Site Search: No site was found in a search of Real Property Scan's ENVIROHAZ database.**

---

NO SITES FOUND

CL01074

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| DOLAN SPRINGS | U003052137 | A-1 AUTO | 14989 HWY 93 N | 86441 | UST |
| DOLAN SPRINGS | 1005672413 | JOSHUA HILLS WATER | P. O. BOX 1256 | 86441 | FINDS |
| DOLAN SPRINGS | 1007129796 | JOSHUA HILLS WATER COMPANY18097 N. OLIVE DR. | 18097 N. OLIVE DR. | 86441 | FINDS |
| KINGMAN | 1000817752 | EQUATORIAL MINERAL PARK INCORPORATED | HWY 93 AND MINERAL PARK ROAD | 86401 | FINDS, CERC-NFRAP |
| KINGMAN | U003049376 | MOHAVE CONCRETE & MATERIALS | 4502 HWY 95 N | 86401 | LUST, UST |
| KINGMAN | S100002666 | KINGMAN LANDFILL | 1 MI E OF US 66 ON AIRPORT RD | 86401 | SHWS |
| KINGMAN | S106619070 | TRUCK TUB INC | 2662 S HIGHWAY 66 | 86401 | WWFAC |
| KINGMAN | 1004673522 | ADOT EQUIPMENT SVCS | 3540 E HWY 66 ADOT | 86401 | RCRA-SQG, FINDS |
| KINGMAN | S102519420 | DUVAL CORP MINERAL PARK PROP | ON HWY 93 14 MI W OF KINGMAN | 86401 | SHWS |
| KINGMAN | U000737582 | DALE MALQUIST-CASTLE ROCK BAR | 3743 N HWY 93 | 86401 | UST |
| KINGMAN | S102686284 | YUCCA AIR TO AIR GUNNERY RANGE | 1 MILE SOUTH OF YUCCA | 86401 | SHWS, SWF/LF |
| KINGMAN | 1000893581 | DE LA FONTAINE MINE | 8 MI. N. ON STOCKTON RD. 3 MI. W. | 86401 | SHWS |
| KINGMAN | U001156994 | SANTA CLAUS RADIO | 26 MI NW OF KINGMAN US 93 | 86401 | LUST, UST |
| KINGMAN | U003050760 | AT&T KINGMAN L-3 AZ2770 | OFF HWY 68 15 M W OF KINGMAN | 86401 | LUST, UST |
| KINGMAN | 1000893571 | AMERICAN LEGION MINE | 8M NORTH ON STOCKTON RD. | 86401 | CERCLIS, SHWS, FINDS |
| KINGMAN | U001156955 | COURTHOUSE SITE | PINE ST 4TH & MAPLE | 86401 | LUST, UST |
| KINGMAN | 1000235919 | KINGMAN AIRPORT INDUSTRIAL AREA | T22N R16W | 86401 | SHWS |
| KINGMAN | 1001201390 | GRANITE CONSTRUCTION CO | 2 MI W OF 93 ON RT 6 | 86401 | RCRA-SQG, FINDS |
| MOHAVE COUNTY | S106452569 | LAKE HAVASU CITY MSWLF | 3251 E. CHENOWITH DR., 3 MILES NORTH OF LAKE HAVAS | | SWF/LF |
| MOHAVE COUNTY | S106452658 | MOHAVE COUNTY - LITTLEFIELD TRANSFER STA | ENTRANCE GATE TO LITTLEFIELD TRANSFER STATION HIGH | | SWF/LF |
| MOHAVE COUNTY | 1000235918 | KINGMAN | 1 MILE EAST OF US 66 ON AIRPORT RD. | | SWF/LF |
| MOHAVE COUNTY | S103278052 | OATMAN | 1 MILE SOUTH OF OATMAN | | SWF/LF |
| MOHAVE COUNTY | S103895132 | CHLORIDE | 1 MILE SOUTH OF CHLORIDE ON 2ND ST. | | SWF/LF |
| MOHAVE COUNTY | S103895131 | ANTERES | .8 MILES NORTH OF US 66 ON ROAD TO PEARCE FERRY | | SWF/LF |
| MOHAVE COUNTY | S103895136 | HUALAPI MOUNTAIN PARK | 12 MILES SOUTH OF US 66 ON PARK RD. 8 MILES | | SWF/LF |
| MOHAVE COUNTY | S103895137 | LITTLEFIELD | 2 MILES NORTHEAST OF LITTLEFIELD | | SWF/LF |
| MOHAVE COUNTY | S103895144 | TOPCOCK | 2 MILES NORTH OF TOPCOCK ON AZ 95 | | SWF/LF |
| MOHAVE COUNTY | S100293362 | CERBAT | 2.5 MILES NORTHEAST OF AZ. 93 ON MI | | SWF/LF |
| MOHAVE COUNTY | S100293363 | COLORADO CITY | .5 MILES E OF CENTRAL AVE ON MOJAVE | | SWF/LF |
| MOHAVE COUNTY | S100293364 | LAKE HAVASU CITY | 3 MILES E OF AZ. 95, 1.5 MILES N OF | | SWF/LF |
| MOHAVE COUNTY | S100293365 | LITTLEFIELD | 1.5 MILES N OF I-15 ON U.S. 91, THE | | SWF/LF |
| MOHAVE COUNTY | S100293366 | MOHAVE VALLEY | 4.5 MILES EAST OF AZ. 95 ON EL RODE | | SWF/LF |
| MOHAVE COUNTY | S106452587 | ARIZONA STRIP MSWLF | 8 MILES SOUTH OF COLORADO CITY ON AZ 389; ON WEST | | SWF/LF |
| MOHAVE COUNTY | S106452628 | WILLOW VALLEY | 18 MILES NORTH OF TOPCOCK ON AZ 95, 4 MILES ON WIL | | SWF/LF |
| MOHAVE COUNTY | S103895145 | TRUXTON | 1.5 MILES SOUTHEAST OF TRUXTON | | SWF/LF |
| MOHAVE COUNTY | S103895146 | WIKIEUP | .5 MILES NORTH OF AIRPORT ON CHICKEN SPRINGS RD. | | SWF/LF |
| MOHAVE COUNTY | S103895133 | COLORADO CITY | .5 MILES EAST OF CENTRAL AVE. ON MOHAVE AVE. | | SWF/LF |
| MOHAVE COUNTY | S103895134 | DOLAN SPRINGS | 5 MILES EAST OF US 93 1 MILE NORTH | | SWF/LF |
| MOHAVE COUNTY | S103895135 | HACKBERRY | .25 MILES SOUTH OF US 66 ON ROAD TO WICKIUP | | SWF/LF |
| MOHAVE COUNTY | S103895138 | MEADVIEW | 7 MILES SOUTH OF MEADVIEW ON PIERCE FERRY | | SWF/LF |
| MOHAVE COUNTY | S103895139 | PEACH SPRINGS | 2 MILES SOUTH OF PEACH SPRINGS ON RESERVATION | | SWF/LF |
| MOHAVE COUNTY | S103895141 | SACREMENTO #2 | 1.3 MILES WEST OF US 93 ON AZ 68 ON TOOMAN RD. | | SWF/LF |

CL01075

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| MOHAVE COUNTY | S103895143 | TEMPLE BAR | .7 MILES SOUTH OF RANGER STATION | | SWF/LF |
| MOHAVE COUNTY | S106130928 | SACREMENTO #1 | 8.4 MILES WEST OF US 93 ON AZ 68 .5 MILES NORTHWES | | SWF/LF |
| MOHAVE COUNTY | S106452568 | CERBAT MSWLF | 7300 MINERAL PARK RD., 9 MILES NORTH OF AZ 68 ON U | | SWF/LF |
| MOHAVE COUNTY | S106452570 | MOHAVE VALLEY MSWLF | 3999 EL RODEO RD., 12 MILES NORTH OF NEEDLES, CA O | | SWF/LF |
| MOHAVE COUNTY | S106452627 | SILVER CREEK | SILVER CREEK RD. APPROX. 2 MILES WEST OF BULLHEAD | | SWF/LF |
| MOHAVE COUNTY | S103895147 | WILLOW BEACH | AT WILLOW BEACH IN LAKE MEAD NATIONAL PARK | | SWF/LF |

TC01344500.2r  Page 2 of 2

CL01076

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

To maintain currency of the following federal and state databases, EDR contacts the appropriate governmental agency on a monthly or quarterly basis, as required.

**Elapsed ASTM days:** Provides confirmation that this EDR report meets or exceeds the 90-day updating requirement of the ASTM standard.

## FEDERAL ASTM STANDARD RECORDS

**NPL:** National Priority List
Source: EPA
Telephone: N/A
National Priorities List (Superfund). The NPL is a subset of CERCLIS and identifies over 1,200 sites for priority cleanup under the Superfund Program. NPL sites may encompass relatively large areas. As such, EDR provides polygon coverage for over 1,000 NPL site boundaries produced by EPA's Environmental Photographic Interpretation Center (EPIC) and regional EPA offices.

| | |
|---|---|
| Date of Government Version: 10/12/04 | Date of Data Arrival at EDR: 11/02/04 |
| Date Made Active at EDR: 12/09/04 | Elapsed ASTM days: 37 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 11/02/04 |

**NPL Site Boundaries**

Sources:

EPA's Environmental Photographic Interpretation Center (EPIC)
Telephone: 202-564-7333

EPA Region 1
Telephone 617-918-1143

EPA Region 6
Telephone: 214-655-6659

EPA Region 3
Telephone 215-814-5418

EPA Region 8
Telephone: 303-312-6774

EPA Region 4
Telephone 404-562-8033

**Proposed NPL:** Proposed National Priority List Sites
Source: EPA
Telephone: N/A

| | |
|---|---|
| Date of Government Version: 09/23/04 | Date of Data Arrival at EDR: 11/02/04 |
| Date Made Active at EDR: 12/09/04 | Elapsed ASTM days: 37 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 11/02/04 |

**CERCLIS:** Comprehensive Environmental Response, Compensation, and Liability Information System
Source: EPA
Telephone: 703-413-0223
CERCLIS contains data on potentially hazardous waste sites that have been reported to the USEPA by states, municipalities, private companies and private persons, pursuant to Section 103 of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). CERCLIS contains sites which are either proposed to or on the National Priorities List (NPL) and sites which are in the screening and assessment phase for possible inclusion on the NPL.

| | |
|---|---|
| Date of Government Version: 08/10/04 | Date of Data Arrival at EDR: 09/21/04 |
| Date Made Active at EDR: 10/27/04 | Elapsed ASTM days: 36 |
| Database Release Frequency: Quarterly | Date of Last EDR Contact: 12/21/04 |

**CERCLIS-NFRAP:** CERCLIS No Further Remedial Action Planned
Source: EPA
Telephone: 703-413-0223
As of February 1995, CERCLIS sites designated "No Further Remedial Action Planned" (NFRAP) have been removed from CERCLIS. NFRAP sites may be sites where, following an initial investigation, no contamination was found, contamination was removed quickly without the need for the site to be placed on the NPL, or the contamination was not serious enough to require Federal Superfund action or NPL consideration. EPA has removed approximately 25,000 NFRAP sites to lift the unintended barriers to the redevelopment of these properties and has archived them as historical records so EPA does not needlessly repeat the investigations in the future. This policy change is part of the EPA's Brownfields Redevelopment Program to help cities, states, private investors and affected citizens to promote economic redevelopment of unproductive urban sites.

CL01077

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

| | |
|---|---|
| Date of Government Version: 08/10/04 | Date of Data Arrival at EDR: 09/21/04 |
| Date Made Active at EDR: 10/27/04 | Elapsed ASTM days: 36 |
| Database Release Frequency: Quarterly | Date of Last EDR Contact: 12/21/04 |

**CORRACTS:** Corrective Action Report
   Source: EPA
   Telephone: 800-424-9346
   CORRACTS identifies hazardous waste handlers with RCRA corrective action activity.

| | |
|---|---|
| Date of Government Version: 09/23/04 | Date of Data Arrival at EDR: 10/07/04 |
| Date Made Active at EDR: 11/18/04 | Elapsed ASTM days: 42 |
| Database Release Frequency: Semi-Annually | Date of Last EDR Contact: 12/07/04 |

**RCRA:** Resource Conservation and Recovery Act Information
   Source: EPA
   Telephone: 800-424-9346
   RCRAInfo is EPA's comprehensive information system, providing access to data supporting the Resource Conservation
   and Recovery Act (RCRA) of 1976 and the Hazardous and Solid Waste Amendments (HSWA) of 1984. RCRAInfo replaces
   the data recording and reporting abilities of the Resource Conservation and Recovery Information System (RCRIS).
   The database includes selective information on sites which generate, transport, store, treat and/or dispose of
   hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA). Conditionally exempt small
   quantity generators (CESQGs) generate less than 100 kg of hazardous waste, or less than 1 kg of acutely hazardous
   waste per month. Small quantity generators (SQGs) generate between 100 kg and 1,000 kg of hazardous waste per
   month. Large quantity generators (LQGs) generate over 1,000 kilograms (kg) of hazardous waste, or over 1 kg
   of acutely hazardous waste per month. Transporters are individuals or entities that move hazardous waste from
   the generator off-site to a facility that can recycle, treat, store, or dispose of the waste. TSDFs treat, store,
   or dispose of the waste.

| | |
|---|---|
| Date of Government Version: 11/23/04 | Date of Data Arrival at EDR: 11/24/04 |
| Date Made Active at EDR: 01/18/05 | Elapsed ASTM days: 55 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 11/24/04 |

**ERNS:** Emergency Response Notification System
   Source: National Response Center, United States Coast Guard
   Telephone: 202-260-2342
   Emergency Response Notification System. ERNS records and stores information on reported releases of oil and hazardous
   substances.

| | |
|---|---|
| Date of Government Version: 12/31/03 | Date of Data Arrival at EDR: 01/26/04 |
| Date Made Active at EDR: 03/12/04 | Elapsed ASTM days: 46 |
| Database Release Frequency: Annually | Date of Last EDR Contact: 10/25/04 |

### FEDERAL ASTM SUPPLEMENTAL RECORDS

**BRS:** Biennial Reporting System
   Source: EPA/NTIS
   Telephone: 800-424-9346
   The Biennial Reporting System is a national system administered by the EPA that collects data on the generation
   and management of hazardous waste. BRS captures detailed data from two groups: Large Quantity Generators (LQG)
   and Treatment, Storage, and Disposal Facilities.

| | |
|---|---|
| Date of Government Version: 12/01/01 | Date of Last EDR Contact: 12/13/04 |
| Database Release Frequency: Biennially | Date of Next Scheduled EDR Contact: 03/14/05 |

**CONSENT:** Superfund (CERCLA) Consent Decrees
   Source: Department of Justice, Consent Decree Library
   Telephone: Varies
   Major legal settlements that establish responsibility and standards for cleanup at NPL (Superfund) sites. Released
   periodically by United States District Courts after settlement by parties to litigation matters.

CL01078

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 03/05/04
Database Release Frequency: Varies

Date of Last EDR Contact: 10/25/04
Date of Next Scheduled EDR Contact: 01/24/05

**ROD:** Records Of Decision
Source: EPA
Telephone: 703-416-0223
Record of Decision. ROD documents mandate a permanent remedy at an NPL (Superfund) site containing technical and health information to aid in the cleanup.

Date of Government Version: 09/09/04
Database Release Frequency: Annually

Date of Last EDR Contact: 01/05/05
Date of Next Scheduled EDR Contact: 04/05/05

**DELISTED NPL:** National Priority List Deletions
Source: EPA
Telephone: N/A
The National Oil and Hazardous Substances Pollution Contingency Plan (NCP) establishes the criteria that the EPA uses to delete sites from the NPL. In accordance with 40 CFR 300.425.(e), sites may be deleted from the NPL where no further response is appropriate.

Date of Government Version: 10/12/04
Database Release Frequency: Quarterly

Date of Last EDR Contact: 11/02/04
Date of Next Scheduled EDR Contact: 01/31/05

**FINDS:** Facility Index System/Facility Identification Initiative Program Summary Report
Source: EPA
Telephone: N/A
Facility Index System. FINDS contains both facility information and 'pointers' to other sources that contain more detail. EDR includes the following FINDS databases in this report: PCS (Permit Compliance System), AIRS (Aerometric Information Retrieval System), DOCKET (Enforcement Docket used to manage and track information on civil judicial enforcement cases for all environmental statutes), FURS (Federal Underground Injection Control), C-DOCKET (Criminal Docket System used to track criminal enforcement actions for all environmental statutes), FFIS (Federal Facilities Information System), STATE (State Environmental Laws and Statutes), and PADS (PCB Activity Data System).

Date of Government Version: 09/09/04
Database Release Frequency: Quarterly

Date of Last EDR Contact: 01/03/05
Date of Next Scheduled EDR Contact: 04/04/05

**HMIRS:** Hazardous Materials Information Reporting System
Source: U.S. Department of Transportation
Telephone: 202-366-4555
Hazardous Materials Incident Report System. HMIRS contains hazardous material spill incidents reported to DOT.

Date of Government Version: 09/08/04
Database Release Frequency: Annually

Date of Last EDR Contact: 10/28/04
Date of Next Scheduled EDR Contact: 01/17/05

**MLTS:** Material Licensing Tracking System
Source: Nuclear Regulatory Commission
Telephone: 301-415-7169
MLTS is maintained by the Nuclear Regulatory Commission and contains a list of approximately 8,100 sites which possess or use radioactive materials and which are subject to NRC licensing requirements. To maintain currency, EDR contacts the Agency on a quarterly basis.

Date of Government Version: 07/15/04
Database Release Frequency: Quarterly

Date of Last EDR Contact: 01/03/05
Date of Next Scheduled EDR Contact: 04/04/05

**MINES:** Mines Master Index File
Source: Department of Labor, Mine Safety and Health Administration
Telephone: 303-231-5959

Date of Government Version: 09/13/04
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 12/28/04
Date of Next Scheduled EDR Contact: 03/28/05

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**NPL LIENS:** Federal Superfund Liens
Source: EPA
Telephone: 202-564-4267
Federal Superfund Liens. Under the authority granted the USEPA by the Comprehensive Environmental Response, Compensation
and Liability Act (CERCLA) of 1980, the USEPA has the authority to file liens against real property in order
to recover remedial action expenditures or when the property owner receives notification of potential liability.
USEPA compiles a listing of filed notices of Superfund Liens.

Date of Government Version: 10/15/91                Date of Last EDR Contact: 11/22/04
Database Release Frequency: No Update Planned        Date of Next Scheduled EDR Contact: 02/21/05

**PADS:** PCB Activity Database System
Source: EPA
Telephone: 202-564-3887
PCB Activity Database. PADS Identifies generators, transporters, commercial storers and/or brokers and disposers
of PCB's who are required to notify the EPA of such activities.

Date of Government Version: 09/30/04                Date of Last EDR Contact: 11/12/04
Database Release Frequency: Annually                Date of Next Scheduled EDR Contact: 02/07/05

**DOD:** Department of Defense Sites
Source: USGS
Telephone: 703-692-8801
This data set consists of federally owned or administered lands, administered by the Department of Defense, that
have any area equal to or greater than 640 acres of the United States, Puerto Rico, and the U.S. Virgin Islands.

Date of Government Version: 10/01/03                Date of Last EDR Contact: 11/12/04
Database Release Frequency: Semi-Annually           Date of Next Scheduled EDR Contact: 02/07/05

**UMTRA:** Uranium Mill Tailings Sites
Source: Department of Energy
Telephone: 505-845-0011
Uranium ore was mined by private companies for federal government use in national defense programs. When the mills
shut down, large piles of the sand-like material (mill tailings) remain after uranium has been extracted from
the ore.  Levels of human exposure to radioactive materials from the piles are low; however, in some cases tailings
were used as construction materials before the potential health hazards of the tailings were recognized.  In 1978,
24 inactive uranium mill tailings sites in Oregon, Idaho, Wyoming, Utah, Colorado, New Mexico, Texas, North Dakota,
South Dakota, Pennsylvania, and on Navajo and Hopi tribal lands, were targeted for cleanup by the Department of
Energy.

Date of Government Version: 04/22/04                Date of Last EDR Contact: 12/21/04
Database Release Frequency: Varies                  Date of Next Scheduled EDR Contact: 03/21/05

**ODI:** Open Dump Inventory
Source: Environmental Protection Agency
Telephone: 800-424-9346
An open dump is defined as a disposal facility that does not comply with one or more of the Part 257 or Part 258
Subtitle D Criteria.

Date of Government Version: 06/30/85                Date of Last EDR Contact: 05/23/95
Database Release Frequency: No Update Planned        Date of Next Scheduled EDR Contact: N/A

**FUDS:** Formerly Used Defense Sites
Source: U.S. Army Corps of Engineers
Telephone: 202-528-4285
The listing includes locations of Formerly Used Defense Sites properties where the US Army Corps of Engineers
is actively working or will take necessary cleanup actions.

Date of Government Version: 12/31/03                Date of Last EDR Contact: 01/03/05
Database Release Frequency: Varies                  Date of Next Scheduled EDR Contact: 04/04/05

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**INDIAN RESERV:** Indian Reservations
Source: USGS
Telephone: 202-208-3710
This map layer portrays Indian administered lands of the United States that have any area equal to or greater than 640 acres.

| | |
|---|---|
| Date of Government Version: 10/01/03 | Date of Last EDR Contact: 11/12/04 |
| Database Release Frequency: Semi-Annually | Date of Next Scheduled EDR Contact: 02/07/05 |

**RAATS:** RCRA Administrative Action Tracking System
Source: EPA
Telephone: 202-564-4104
RCRA Administration Action Tracking System. RAATS contains records based on enforcement actions issued under RCRA pertaining to major violators and includes administrative and civil actions brought by the EPA. For administration actions after September 30, 1995, data entry in the RAATS database was discontinued. EPA will retain a copy of the database for historical records. It was necessary to terminate RAATS because a decrease in agency resources made it impossible to continue to update the information contained in the database.

| | |
|---|---|
| Date of Government Version: 04/17/95 | Date of Last EDR Contact: 12/06/04 |
| Database Release Frequency: No Update Planned | Date of Next Scheduled EDR Contact: 03/07/05 |

**TRIS:** Toxic Chemical Release Inventory System
Source: EPA
Telephone: 202-566-0250
Toxic Release Inventory System. TRIS identifies facilities which release toxic chemicals to the air, water and land in reportable quantities under SARA Title III Section 313.

| | |
|---|---|
| Date of Government Version: 12/31/02 | Date of Last EDR Contact: 12/20/04 |
| Database Release Frequency: Annually | Date of Next Scheduled EDR Contact: 03/21/05 |

**TSCA:** Toxic Substances Control Act
Source: EPA
Telephone: 202-260-5521
Toxic Substances Control Act. TSCA identifies manufacturers and importers of chemical substances included on the TSCA Chemical Substance Inventory list. It includes data on the production volume of these substances by plant site.

| | |
|---|---|
| Date of Government Version: 12/31/02 | Date of Last EDR Contact: 12/06/04 |
| Database Release Frequency: Every 4 Years | Date of Next Scheduled EDR Contact: 03/07/05 |

**FTTS INSP:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
Source: EPA
Telephone: 202-564-2501

| | |
|---|---|
| Date of Government Version: 04/13/04 | Date of Last EDR Contact: 12/01/04 |
| Database Release Frequency: Quarterly | Date of Next Scheduled EDR Contact: 03/21/05 |

**SSTS:** Section 7 Tracking Systems
Source: EPA
Telephone: 202-564-5008
Section 7 of the Federal Insecticide, Fungicide and Rodenticide Act, as amended (92 Stat. 829) requires all registered pesticide-producing establishments to submit a report to the Environmental Protection Agency by March 1st each year. Each establishment must report the types and amounts of pesticides, active ingredients and devices being produced, and those having been produced and sold or distributed in the past year.

| | |
|---|---|
| Date of Government Version: 12/31/03 | Date of Last EDR Contact: 11/29/04 |
| Database Release Frequency: Annually | Date of Next Scheduled EDR Contact: 04/18/05 |

**FTTS:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
Source: EPA/Office of Prevention, Pesticides and Toxic Substances
Telephone: 202-564-2501
FTTS tracks administrative cases and pesticide enforcement actions and compliance activities related to FIFRA, TSCA and EPCRA (Emergency Planning and Community Right-to-Know Act). To maintain currency, EDR contacts the Agency on a quarterly basis.

CL01081

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 09/13/04                     Date of Last EDR Contact: 12/01/04
Database Release Frequency: Quarterly                    Date of Next Scheduled EDR Contact: 03/21/05

## STATE OF ARIZONA ASTM STANDARD RECORDS

**SPL:** Superfund Program List
Source: Department of Environmental Quality
Telephone: 602-771-4360
The list is representative of the sites and potential sites within the jurisdiction of the Superfund Program Section.
It is comprised of the following elements: 1) Water Quality Assurance Revolving Fund Registry Sites; 2) Potential
WQARF Registry sites; 3) NPL sites; and 4) Department of Defense sites requiring SPS oversight.

Date of Government Version: 08/25/04                     Date of Data Arrival at EDR: 12/03/04
Date Made Active at EDR: 01/25/05                        Elapsed ASTM days: 53
Database Release Frequency: Semi-Annually                Date of Last EDR Contact: 12/03/04

**SHWS:** ZipAcids List
Source: Department of Environmental Quality
Telephone: 602-771-4360
The ACIDS list consists of more than 750 locations subject to investigation under the State Water Quality Assurance
Revolving Fund (WQARF) and Federal CERCLA programs. The list is no longer updated by the state.

Date of Government Version: 01/03/00                     Date of Data Arrival at EDR: 04/11/00
Date Made Active at EDR: 05/16/00                        Elapsed ASTM days: 35
Database Release Frequency: No Update Planned            Date of Last EDR Contact: 10/18/04

**SWF/LF:** Directory of Solid Waste Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4132
Solid Waste Facilities/Landfill Sites. SWF/LF type records typically contain an inventory of solid waste disposal
facilities or landfills in a particular state. Depending on the state, these may be active or inactive facilities
or open dumps that failed to meet RCRA Subtitle D Section 4004 criteria for solid waste landfills or disposal
sites.

Date of Government Version: 05/01/04                     Date of Data Arrival at EDR: 06/29/04
Date Made Active at EDR: 08/16/04                        Elapsed ASTM days: 48
Database Release Frequency: Annually                     Date of Last EDR Contact: 12/27/04

**LUST:** Leaking Underground Storage Tank Listing
Source: Department of Environmental Quality
Telephone: 602-771-4345
Leaking Underground Storage Tank Incident Reports. LUST records contain an inventory of reported leaking underground
storage tank incidents. Not all states maintain these records, and the information stored varies by state.

Date of Government Version: 08/04/04                     Date of Data Arrival at EDR: 10/06/04
Date Made Active at EDR: 11/10/04                        Elapsed ASTM days: 35
Database Release Frequency: Semi-Annually                Date of Last EDR Contact: 11/09/04

**UST:** Underground Storage Tank Listing
Source: Department of Environmental Quality
Telephone: 602-771-4345
Registered Underground Storage Tanks. UST's are regulated under Subtitle I of the Resource Conservation and Recovery
Act (RCRA) and must be registered with the state department responsible for administering the UST program. Available
information varies by state program.

Date of Government Version: 02/01/04                     Date of Data Arrival at EDR: 02/09/04
Date Made Active at EDR: 03/15/04                        Elapsed ASTM days: 35
Database Release Frequency: Annually                     Date of Last EDR Contact: 11/09/04

CL01082

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**WQARF:** Water Quality Assurance Revolving Fund Sites
   Source:  Department of Environmental Quality
   Telephone: 602-771-4360
   Sites which may have an actual or potential impact upon the waters of the state, cause by hazardous substances.
      The WQARF program provides matching funds to political subdivisions and other state agencies for clean-up activities.

| | |
|---|---|
| Date of Government Version: 08/25/04 | Date of Data Arrival at EDR: 11/17/04 |
| Date Made Active at EDR: 12/17/04 | Elapsed ASTM days: 30 |
| Database Release Frequency: Annually | Date of Last EDR Contact: 12/20/04 |

**INDIAN UST:** Underground Storage Tanks on Indian Land
   Source:  EPA Region 9
   Telephone: 415-972-3368

| | |
|---|---|
| Date of Government Version: 11/02/04 | Date of Data Arrival at EDR: 11/03/04 |
| Date Made Active at EDR: 12/17/04 | Elapsed ASTM days: 44 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 10/25/04 |

**INDIAN LUST:** Leaking Underground Storage Tanks on Indian Land
   Source:  Environmental Protection Agency
   Telephone: 415-972-3372
   LUSTs on Indian land in Arizona, California, New Mexico and Nevada

| | |
|---|---|
| Date of Government Version: 10/03/04 | Date of Data Arrival at EDR: 10/06/04 |
| Date Made Active at EDR: 11/10/04 | Elapsed ASTM days: 35 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 11/22/04 |

**VCP:** Voluntary Remediation Program Sites
   Source:  Department of Environmental Quality
   Telephone: 602-771-4411
   Sites involved in the Voluntary Remediation Program.

| | |
|---|---|
| Date of Government Version: 10/18/04 | Date of Data Arrival at EDR: 11/02/04 |
| Date Made Active at EDR: 11/29/04 | Elapsed ASTM days: 27 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 11/01/04 |

**SWTIRE:** Solid Waste Tire Facilities
   Source:  Department of Environmental Quality
   Telephone: 602-771-4132
   A waste tire "facility" means a solid waste facility at which waste tires are stored outdoors on any day.

| | |
|---|---|
| Date of Government Version: 08/01/04 | Date of Data Arrival at EDR: 09/27/04 |
| Date Made Active at EDR: 11/10/04 | Elapsed ASTM days: 44 |
| Database Release Frequency: Varies | Date of Last EDR Contact: 12/27/04 |

### STATE OF ARIZONA ASTM SUPPLEMENTAL RECORDS

**AST:** List of Aboveground Storage Tanks
   Source:  Department of Building & Fire Safety
   Telephone: 602-364-1003
   Aboveground storage tanks that the Dept. of Building & Fire Safety have permitted.

| | |
|---|---|
| Date of Government Version: 12/31/00 | Date of Last EDR Contact: 01/10/05 |
| Database Release Frequency: No Update Planned | Date of Next Scheduled EDR Contact: 04/11/05 |

**SPILLS:** Hazardous Material Logbook
   Source:  Department of Environmental Quality
   Telephone: 602-771-4153
   Chemical spills and incidents referred to the Emergency Response Unit.

CL01083

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 06/30/01
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 12/27/04
Date of Next Scheduled EDR Contact: 03/28/05

**DOD:** Department of Defense Sites
Source: Department of Environmental Quality
Telephone: 602-771-4360
These sites are federal facilities that are either being assessed for potential contamination, or have active
remediation taking place on them.

Date of Government Version: 08/25/04
Database Release Frequency: Annually

Date of Last EDR Contact: 12/20/04
Date of Next Scheduled EDR Contact: 03/21/05

**WWFAC:** Waste Water Treatment Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4623
Statewide list of waste water treatment facilities.

Date of Government Version: 10/01/04
Database Release Frequency: Varies

Date of Last EDR Contact: 10/04/04
Date of Next Scheduled EDR Contact: 02/21/05

**AQUIFER:** Waste Water Treatment Facilities
Source: Department of Environmental Quality
Telephone: 602-771-4623
Waste Water Treatment Facilities with APP (Aquifer Protection Permits.)

Date of Government Version: 02/25/04
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/26/04
Date of Next Scheduled EDR Contact: 01/24/05

**DRYCLEANERS:** Drycleaner Facility Listing
Source: Department of Environmental Quality
Telephone: 602-771-4335
A listing of drycleaner facilities in Arizona.

Date of Government Version: 10/01/04
Database Release Frequency: Varies

Date of Last EDR Contact: 10/18/04
Date of Next Scheduled EDR Contact: 01/17/05

**DRY WELLS:** Drywell Registration
Source: Department of Environmental Quality
Telephone: 602-771-4686
A drywell is a bored, drilled, or driven shaft or hole whose depth is greater than its width and is designed and
constructed specifically for the disposal of storm water.

Date of Government Version: 10/04/04
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 01/03/05
Date of Next Scheduled EDR Contact: 03/21/05

**AZ AIRS:** Arizona Airs Database
Source: Department of Environmental Quality
Telephone: 602-771-2344
Arizona major (has the potential to emit over 100 tons of criteria pollutant) and minor (below 100 tons) sources.

Date of Government Version: 06/03/04
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/01/04
Date of Next Scheduled EDR Contact: 01/31/05

### EDR PROPRIETARY HISTORICAL DATABASES

**Former Manufactured Gas (Coal Gas) Sites:** The existence and location of Coal Gas sites is provided exclusively to
EDR by Real Property Scan, Inc. ©Copyright 1993 Real Property Scan, Inc. For a technical description of the types
of hazards which may be found at such sites, contact your EDR customer service representative.

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**Disclaimer Provided by Real Property Scan, Inc.**

The information contained in this report has predominantly been obtained from publicly available sources produced by entities other than Real Property Scan. While reasonable steps have been taken to insure the accuracy of this report, Real Property Scan does not guarantee the accuracy of this report. Any liability on the part of Real Property Scan is strictly limited to a refund of the amount paid. No claim is made for the actual existence of toxins at any site. This report does not constitute a legal opinion.

### BROWNFIELDS DATABASES

**AUL:** DEUR Database
  Source: Department of Environmental Quality
  Telephone: 602-771-4398
  Activity and use limitations include both engineering controls and institutional controls. DEUR and VEMUR sites.
    DEUR: Declaration of Environmental Use Restriction. A restrictive land use covenant that is required when a property
    owner elects to use an institutional (i.e., administrative) control or engineering (i.e., physical) control
    as a means to meet remediation goals. The DEUR runs with and burdens the land, and requires maintenance of any
    institutional or engineering controls. VEMUR: Voluntary Environmental Mitigation Use Restriction. A restrictive
    land use covenant that, prior to July 18, 2000, was required when a property owner elected to remediate the property
    to non-residential uses. Effective July 18, 2000, the DEUR replaced the VEMUR as a restrictive use covenant.

  Date of Government Version: 10/18/04                Date of Last EDR Contact: 10/18/04
  Database Release Frequency: Varies                 Date of Next Scheduled EDR Contact: 01/17/05

**US BROWNFIELDS:** A Listing of Brownfields Sites
  Source: Environmental Protection Agency
  Telephone: 202-566-2777
  Included in the listing are brownfields properties addresses by Cooperative Agreement Recipients and brownfields
    properties addressed by Targeted Brownfields Assessments. Targeted Brownfields Assessments-EPA's Targeted Brownfields
    Assessments (TBA) program is designed to help states, tribes, and municipalities--especially those without EPA
    Brownfields Assessment Demonstration Pilots--minimize the uncertainties of contamination often associated with
    brownfields. Under the TBA program, EPA provides funding and/or technical assistance for environmental assessments
    at brownfields sites throughout the country. Targeted Brownfields Assessments supplement and work with other efforts
    under EPA's Brownfields Initiative to promote cleanup and redevelopment of brownfields. Cooperative Agreement
    Recipients-States, political subdivisions, territories, and Indian tribes become Brownfields Cleanup Revolving
    Loan Fund (BCRLF) cooperative agreement recipients when they enter into BCRLF cooperative agreements with the
    U.S. EPA. EPA selects BCRLF cooperative agreement recipients based on a proposal and application process. BCRLF
    cooperative agreement recipients must use EPA funds provided through BCRLF cooperative agreement for specified
    brownfields-related cleanup activities.

  Date of Government Version: N/A                     Date of Last EDR Contact: N/A
  Database Release Frequency: Semi-Annually           Date of Next Scheduled EDR Contact: N/A

**VCP:** Voluntary Remediation Program Sites
  Source: Department of Environmental Quality
  Telephone: 602-771-4411
  Sites involved in the Voluntary Remediation Program.

  Date of Government Version: 10/18/04                Date of Last EDR Contact: 11/01/04
  Database Release Frequency: Varies                 Date of Next Scheduled EDR Contact: 01/17/05

**BROWNFIELDS:** Brownfields Tracking System
  Source: Department of Environmental Quality
  Telephone: 602-771-4401
  Information relating to Brownfields sites in Arizona.

  Date of Government Version: 10/18/04                Date of Last EDR Contact: 11/02/04
  Database Release Frequency: Varies                 Date of Next Scheduled EDR Contact: 01/17/05

CL01085

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

## OTHER DATABASE(S)

Depending on the geographic area covered by this report, the data provided in these specialty databases may or may not be complete. For example, the existence of wetlands information data in a specific report does not mean that all wetlands in the area covered by the report are included. Moreover, the absence of any reported wetlands information does not necessarily mean that wetlands do not exist in the area covered by the report.

**Sensitive Receptors:** There are individuals deemed sensitive receptors due to their fragile immune systems and special sensitivity to environmental discharges. These sensitive receptors typically include the elderly, the sick, and children. While the location of all sensitive receptors cannot be determined, EDR indicates those buildings and facilities - schools, daycares, hospitals, medical centers, and nursing homes - where individuals who are sensitive receptors are likely to be located.

**AHA Hospitals:**
   Source: American Hospital Association, Inc.
   Telephone: 312-280-5991
   The database includes a listing of hospitals based on the American Hospital Association's annual survey of hospitals.
**Medical Centers: Provider of Services Listing**
   Source: Centers for Medicare & Medicaid Services
   Telephone: 410-786-3000
   A listing of hospitals with Medicare provider number, produced by Centers of Medicare & Medicaid Services,
   a federal agency within the U.S. Department of Health and Human Services.
**Nursing Homes**
   Source: National Institutes of Health
   Telephone: 301-594-6248
   Information on Medicare and Medicaid certified nursing homes in the United States.
**Public Schools**
   Source: National Center for Education Statistics
   Telephone: 202-502-7300
   The National Center for Education Statistics' primary database on elementary
   and secondary public education in the United States. It is a comprehensive, annual, national statistical
   database of all public elementary and secondary schools and school districts, which contains data that are
   comparable across all states.
**Private Schools**
   Source: National Center for Education Statistics
   Telephone: 202-502-7300
   The National Center for Education Statistics' primary database on private school locations in the United States.
**Daycare Centers: Child Care Facilities & Group Homes**
   Source: Department of Health Services
   Telephone: 602-674-4220

**Flood Zone Data:** This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

**NWI:** National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR in 2002 from the U.S. Fish and Wildlife Service.

## STREET AND ADDRESS INFORMATION

© 2003 Geographic Data Technology, Inc., Rel. 07/2003. This product contains proprietary and confidential property of Geographic Data Technology, Inc. Unauthorized use, including copying for other than testing and standard backup procedures, of this product is expressly prohibited.

***Thank you for your business.***
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer**

This Report contains information obtained from a variety of public sources and EDR makes no representation or warranty regarding the accuracy, reliability, quality, or completeness of said information or the information contained in this report. The customer shall assume full responsibility for the use of this report. **No warranty of merchantability or of fitness for a particular purpose, expressed or implied, shall apply and EDR specifically disclaims the making of such warranties.  In no event shall EDR be liable to anyone for special, incidental, consequential or exemplary damages.**

CL01087



EDR™ Environmental
Data Resources Inc

"Linking Technology with Tradition"®

# Sanborn® Map Report

**Ship To:**  Scott Byram

Stanley Consultants

2658 Crosspark Road

Coralville, IA 52241

**Order Date:** 1/18/2005  **Completion Date:** 1/19/2005

**Inquiry #:** 1344500.3S

**P.O. #:** na

**Site Name:** White Hills Site

**Address:** White Hills Site

**Customer Project:** na

1012530SIM    319-626-3990

**City/State:** Meadview, AZ 86444

**Cross Streets:**

This document reports that the largest and most complete collection of Sanborn fire insurance maps has been reviewed based on client supplied information, and fire insurance maps depicting the target property at the specified address were not identified.

## NO COVERAGE

This report contains information obtained from a variety of public and other sources. NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL EDR BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OR DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES. It can not be concluded from this report that coverage information for the target and surrounding properties does not exist from other sources. Any analyses, estimates, ratings or risk codes provided in this report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Any liability on the part of EDR is strictly limited to a refund of the amount paid for this report.

Copyright 2005 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc. or its affiliates, is prohibited without prior written permission. EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

CL01089

## Appendix B

## Site Photographs

CL01090



View Along White Hills Road Looking Northeast from NW ¼ Sec 30



View of Section 20 Looking Northeast from SW ¼

CL01091



North Line Section 19 Looking West



North Line Section 20 Looking East

CL01092