

Looking South at Rocky Point Rd. in SW ¼ Section 20



Looking East at Northerly Portion Section 21 and Southerly Portion Section 16



Looking North at Section 16



Looking North at Residential Area North of Section 16

hsb:mw:ic17941.10 rpt.doc　　　　　　　　　　B-5　　　　　　　　　　Stanley Consultants

CL01094



East Line of Section 15 Looking North



Section 23 Looking Southeast from Northwest Corner



Sections 22 and 21 Looking West from Sections 22/23 Line



Section 27 Looking Northwest from SE ¼