

Mining Activities in White Hills East of Site



Section 30 Looking West from East Line

Appendix C NEPA Map

CL01098

# Appendix C

# NEPA Check

CL01099

Case 09-14814-gwz    Doc 1253-17    Entered 08/13/10 20:33:17    Page 4 of 11

# EDR NEPACheck®



**EDR™ Environmental Data Resources Inc**

White Hills Site
White Hills Site
Meadview, AZ  86444

Inquiry Number: 01344500.1r

January 19, 2005

## The Standard in Environmental Risk Management Information

440 Wheelers Farms Road
Milford, Connecticut 06460

**Nationwide Customer Service**

Telephone: 1-800-352-0050
Fax:            1-800-231-6802
Internet:     www.edrnet.com

FORM-SM

CL01100

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| EDR NEPACheck® Description | 1 |
| Map Findings Summary | 2 |
| Natural Areas | 3 |
| Historic Sites | 7 |
| Flood Plain | 10 |
| Wetlands | 12 |
| Wetlands Classification System | 14 |
| FCC & FAA Sites | 18 |
| Key Contacts and Government Records Searched | 23 |

*Thank you for your business.*
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer - Copyright and Trademark Notice**

This report contains information obtained from a variety of public and other sources. NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL EDR BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OR DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES. It can not be concluded from this report that coverage information for the target and surrounding properties does not exist from other sources. Any analyses, estimates, ratings or risk codes provided in this report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Any liability on the part of EDR is strictly limited to a refund of the amount paid for this report.

Copyright 2005 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

# EDR NEPACheck® DESCRIPTION

The National Environmental Policy Act of 1969 (NEPA) requires that Federal agencies include in their decision-making processes appropriate and careful consideration of all environmental effects and actions, analyze potential environmental effects of proposed actions and their alternatives for public understanding and scrutiny, avoid or minimize adverse effects of proposed actions, and restore and enhance environmental quality as much as possible.

The EDR NEPACheck provides information which may be used, in conjunction with additional research, to determine whether a proposed site or action will have significant environmental effect.

The report provides maps and data for the following items (where available). Search results are provided in the Map Findings Summary on page 2 of this report.

| Section | Regulation |
|---|---|
| **Natural Areas Map** | |
| • Federal Lands Data: | |
|   - Officially designated wilderness areas | 47 CFR 1.1307(1) |
|   - Officially designated wildlife preserves, sanctuaries and refuges | 47 CFR 1.1307(2) |
|   - Wild and scenic rivers | 40 CFR 6.302(e) |
|   - Fish and Wildlife | 40 CFR 6.302 |
| • Threatened or Endangered Species, Fish and Wildlife, Critical Habitat Data (where available) | 47 CFR 1.1307(3); 40 CFR 6.302 |
| | |
| **Historic Sites Map** | |
| • National Register of Historic Places | 47 CFR 1.1307(4); 40 CFR 6.302 |
| • State Historic Places (where available) | |
| | |
| **Flood Plain Map** | |
| • National Flood Plain Data (where available) | 47 CFR 1.1307(6); 40 CFR 6.302 |
| | |
| **Wetlands Map** | |
| • National Wetlands Inventory Data (where available) | 47 CFR 1.1307(7); 40 CFR 6.302 |
| | |
| **FCC & FAA Map** | |
| • FCC antenna/tower sites, AM Radio Towers, FAA Markings and Obstructions, AM Radio Interference Zones, Airports, Topographic gradient | 47 CFR 1.1307(8) |

**Key Contacts and Government Records Searched**

# MAP FINDINGS SUMMARY

The databases searched in this report are listed below. Database descriptions and other agency contact information is contained in the Key Contacts and Government Records Searched section on page 23 of this report.

**TARGET PROPERTY ADDRESS**

WHITE HILLS SITE  
WHITE HILLS SITE  
MEADVIEW, AZ 86444

Inquiry #: 01344500.1r  
Date: 1/19/5

**TARGET PROPERTY COORDINATES**

Latitude (North): 35.704899 - 35° 42' 17.6"  
Longitude (West): 114.422501 - 114° 25' 21.0"  
Universal Tranverse Mercator: Zone 11  
UTM X (Meters): 733197.1  
UTM Y (Meters): 3954081.2

| Applicable Regulation from 47 CFR/FCC Checklist | Database | Search Distance (Miles) | Within Search | Within 1/8 Mile |
|---|---|---|---|---|
| **NATURAL AREAS MAP** | | | | |
| 1.1307a (1) Officially Designated Wilderness Area | US Federal Lands | 5.00 | YES | YES |
| 1.1307a (2) Officially Designated Wildlife Preserve | US Federal Lands | 5.00 | YES | YES |
| 1.1307a (2) Officially Designated Wildlife Preserve | AZ Wilderness Areas | 5.00 | NO | NO |
| 1.1307a (3) Threatened or Endangered Species or Critical Habitat | County Endangered Species | County | YES | N/A |
| **HISTORIC SITES MAP** | | | | |
| 1.1307a (4) Listed or eligible for National Register | National Register Hist. Places | 5.00 | NO | NO |
| 1.1307a (4) Listed or eligible for National Register | AZ Historic Sites | 5.00 | NO | NO |
| **FLOODPLAIN MAP** | | | | |
| 1.1307 (6) Located in a Flood Plain | FLOODPLAIN | 5.00 | YES | NO |
| **WETLANDS MAP** | | | | |
| 1.1307 (7) Change in surface features (wetland fill) | NWI | 5.00 | NO | NO |
| **FCC & FAA SITES MAP** | | | | |
| | FCC Cellular | 5.00 | NO | NO |
| | FCC Antenna | 5.00 | NO | NO |
| | FCC Tower | 5.00 | NO | NO |
| | FCC AM Tower | 5.00 | NO | NO |
| | FAA DOF | 5.00 | NO | NO |
| | Airports | 5.00 | YES | YES |
| | Power Lines | 5.00 | YES | YES |



Natural Areas Map

# NATURAL AREAS MAP FINDINGS

**Endangered Species Listed for: MOHAVE County, AZ.**
Source: EPA Endangered Species Protection Program Database

| | |
|---|---|
| BIRD: | EAGLE, BALD |
| BIRD: | OWL, MEXICAN SPOTTED |
| BIRD: | RAIL, YUMA CLAPPER |
| FISH: | CHUB, BONYTAIL |
| FISH: | CHUB, HUMPBACK |
| FISH: | CHUB, VIRGIN RIVER |
| FISH: | SUCKER, RAZORBACK |
| MAMMAL: | VOLE, HUALAPAI MEXICAN |
| PLANT: | CACTUS, SILER PINCUSHION |
| PLANT: | CYCLADENIA, JONES |
| PLANT: | CLIFFROSE, ARIZONA |
| PLANT: | MILK-VETCH, HOLMGREN |
| REPTILE: | TORTOISE, DESERT |
| SNAIL: | AMBERSNAIL, KANAB |

| Map ID / Direction / Distance / Distance (ft.) | | | EDR ID / Database |
|---|---|---|---|
| 1<br>North<br>0-1/8 mi<br>0 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039063<br>US Federal Lands |
| 2<br>WNW<br>1/4-1/2 mi<br>2517 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039025<br>US Federal Lands |
| 3<br>ENE<br>1/2-1 mi<br>3402 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039022<br>US Federal Lands |

## NATURAL AREAS MAP FINDINGS

| | | | |
|---|---|---|---|
| 4<br>SE<br>1-2 mi<br>5534 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00038513<br>US Federal Lands |
| 5.<br>North<br>1-2 mi<br>6506 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00038986<br>US Federal Lands |
| 6<br>West<br>1-2 mi<br>7253 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039070<br>US Federal Lands |
| 7<br>East<br>1-2 mi<br>8398 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039068<br>US Federal Lands |
| 8<br>NW<br>1-2 mi<br>9872 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00038990<br>US Federal Lands |

# NATURAL AREAS MAP FINDINGS

| | | | |
|---|---|---|---|
| 9<br>East<br>4-6 mi<br>24253 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039021<br>US Federal Lands |
| 10<br>East<br>4-6 mi<br>24558 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00039106<br>US Federal Lands |
| 11<br>NE<br>4-6 mi<br>25733 | Feature1:<br>Feature2:<br>Feature3:<br>Agbur:<br>Url:<br>Name1:<br>Name2:<br>Name3:<br>State:<br>State fips: | Public Domain Land BLM<br>Not Reported<br>Not Reported<br>Bureau of Land Management.<br>Not Reported<br>Not Reported<br>Not Reported<br>Not Reported<br>AZ<br>04 | US00038916<br>US Federal Lands |