# Historic Sites Map



## HISTORIC SITES MAP FINDINGS

**Map ID**
**Direction**
**Distance**                                                                                                **EDR ID**
**Distance (ft.)**                                                                                          **Database**

No mapped sites were found in EDR's search of available government records within the search radius around the target property.

## UNMAPPABLE HISTORIC SITES

Due to poor or inadequate address information, the following sites were not mapped:

**Status**
**EDR ID**
**Database**

No unmapped sites were found in EDR's search of available government records.

# Flood Plain Map



| | | |
|---|---|---|
| ∧ Major Roads | ∧ Power Lines | ▬ Water |
| ∧ Contour Lines | ∧ Pipe Lines | ▨ 100-year flood zone |
| ∧ Waterways | ⚡ Fault Lines | ▨ 500-year flood zone |
| ∧ County Boundary | | A∧ Electronic FEMA data available |
| ✈ Airports | | N Electronic FEMA data not available |

Scale: 0 — 1 1/4 — 2 1/2 — 5 Miles

| TARGET PROPERTY: | White Hills Site | CUSTOMER: | Stanley Consultants | CL01111 |
|---|---|---|---|---|
| ADDRESS: | White Hills Site | CONTACT: | Scott Byram | |
| CITY/STATE/ZIP: | Meadview AZ 86444 | INQUIRY #: | 01344500.1r | TC01344500.1r  Page 10 of 29 |
| LAT/LONG: | 35.7049 / 114.4225 | DATE: | January 19, 2005 | |

Copyright © 2005 EDR, Inc. © 2003 GDT, Inc. Rel. 07/2003. All Rights Reserved.

## FLOOD PLAIN MAP FINDINGS

**Source: FEMA Q3 Flood Data**

| County | FEMA flood data electronic coverage |
|---|---|
| MOHAVE, AZ | YES |
| Flood Plain panel at target property:<br>Additional Flood Plain panel(s) in search area:<br>0400581425B<br>0400581775B | 0400581600B |