## National Wetlands Inventory Map



| TARGET PROPERTY: | White Hills Site | CUSTOMER: | Stanley Consultants | CL01113 |
| --- | --- | --- | --- | --- |
| ADDRESS: | White Hills Site | CONTACT: | Scott Byram | |
| CITY/STATE/ZIP: | Meadview AZ 86444 | INQUIRY #: | 01344500.1r | TC01344500.1r Page 12 of 29 |
| LAT/LONG: | 35.7049 / 114.4225 | DATE: | January 19, 2005 | |

Copyright © 2005 EDR, Inc. © 2003 GDT, Inc. Rel. 07/2003. All Rights Reserved.

# WETLANDS MAP FINDINGS

Source: Fish and Wildlife Service NWI data

NWI hardcopy map at target property: White Hills
Additional NWI hardcopy map(s) in search area:
    Senator Mountain
    Senator Mountain
    White Hills
    Mount Perkins

Map ID
Direction
Distance
Distance (ft.)                      Code and Description*                      Database

    No Sites Reported.

*See Wetland Classification System for additional information.

# WETLANDS CLASSIFICATION SYSTEM

National Wetland Inventory Maps are produced by the U.S. Fish and Wildlife Service, a sub-department of the U.S. Department of the Interior. In 1974, the U.S. Fish and Wildlife Service developed a criteria for wetland classification with four long range objectives:

- to describe ecological units that have certain homogeneous natural attributes,
- to arrange these units in a system that will aid decisions about resource management,
- to furnish units for inventory and mapping, and
- to provide uniformity in concepts and terminology throughout the U.S.

High altitude infrared photographs, soil maps, topographic maps and site visits are the methods used to gather data for the productions of these maps. In the infrared photos, wetlands appear as different colors and these wetlands are then classified by type. Using a hierarchical classification, the maps identify wetland and deepwater habitats according to:

- system
- subsystem
- class
- subclass
- modifiers

(as defined by Cowardin, et al. U.S. Fish and Wildlife Service FWS/OBS 79/31. 1979.)

The classification system consists of five systems:

1. marine
2. estuarine
3. riverine
4. lacustrine
5. palustrine

The marine system consists of deep water tidal habitats and adjacent tidal wetlands. The riverine system consists of all wetlands contained within a channel. The lacustrine systems includes all nontidal wetlands related to swamps, bogs & marshes. The estuarine system consists of deepwater tidal habitats and where ocean water is diluted by fresh water. The palustrine system includes nontidal wetlands dominated by trees and shrubs and where salinity is below .5% in tidal areas. All of these systems are divided in subsystems and then further divided into class.

National Wetland Inventory Maps are produced by transferring gathered data on a standard 7.5 minute U.S.G.S. topographic map. Approximately 52 square miles are covered on a National Wetland Inventory map at a scale of 1:24,000. Electronic data is compiled by digitizing these National Wetland Inventory Maps.







* STREAMBED is limited to TIDAL and INTERMITTENT SUBSYSTEMS, and comprises the only CLASS in the INTERMITTENT SUBSYSTEM.
** EMERGENT is limited to TIDAL and LOWER PERENNIAL SUBSYSTEMS.

CL01117

| SUBSYSTEM | | | | P - PALUSTRINE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | RB--ROCK BOTTOM | UB--UNCONSOLIDATED BOTTOM | AB-AQUATIC BED | US--UNCONSOLIDATED SHORE | ML--MOSS-LICHEN | EM--EMERGENT | SS--SCRUB-SHRUB | FO--FORESTED | OW-OPEN WATER/ Unknown Bottom |
| Subclass | 1 Bedrock<br>2 Rubble<br>3 Mud<br>4 Organic | 1 Cobble-Gravel<br>2 Sand | 1 Algal<br>2 Aquatic Moss<br>3 Rooted Vascular<br>4 Floating Vascular<br>5 Unknown Submergent<br>6 Unknown Surface | 1 Cobble-Gravel<br>2 Sand<br>3 Mud<br>4 Organic<br>5 Vegetated | 1 Moss<br>2 Lichen | 1 Persistent<br>2 Nonpersistent | 1 Broad-Leaved Deciduous<br>2 Needle-Leaved Deciduous<br>3 Broad-Leaved Evergreen<br>4 Needle-Leaved Evergreen<br>5 Dead<br>6 Deciduous<br>7 Evergreen | 1 Broad-Leaved Deciduous<br>2 Needle-Leaved Deciduous<br>3 Broad-Leaved Evergreen<br>4 Needle-Leaved Evergreen<br>5 Dead<br>6 Deciduous<br>7 Evergreen | |

### MODIFIERS

In order to more adequately describe wetland and deepwater habitats one or more of the water regime, water chemistry, soil, or special modifiers may be applied at the class or lower level in the hierarchy. The farmed modifier may also be applied to the ecological system.

| WATER REGIME | | | | WATER CHEMISTRY | | | SOIL | SPECIAL MODIFIERS |
|---|---|---|---|---|---|---|---|---|
| Non-Tidal | Tidal | CoastalHalinityInlandSalinitypHModifiersfor | | | | all Fresh Water | | |
| A Temporarily Flooded<br>B Saturated<br>C Seasonally Flooded<br>D Seasonally Flooded/ Well Drained<br>E Seasonally Flooded/ Saturated<br>F Semipermanently Flooded<br>G Intermittently Exposed | H Permanently Flooded<br>J Intermittently Flooded<br>K Artificially Flooded<br>W Intermittently Flooded/Temporary<br>Y Saturated/Semipermanent/ Seasonal<br>Z Intermittently Exposed/Permanent<br>U Unknown | K Artificially Flooded<br>L Subtidal<br>M Irregularly Exposed<br>N Regularly Flooded<br>P Irregularly Flooded | *S Temporary-Tidal<br>*R Seasonal-Tidal<br>*T Semipermanent -Tidal<br>V Permanent -Tidal<br>U Unknown<br><br>*These water regimes are only used in tidally influenced, freshwater systems. | 1 Hyperhaline<br>2 Euhaline<br>3 Mixohaline (Brackish)<br>4 Polyhaline<br>5 Mesohaline<br>6 Oligohaline<br>0 Fresh | 7 Hypersaline<br>8 Eusaline<br>9 Mixosaline<br>0 Fresh | a Acid<br>t Circumneutral<br>i Alkaline | g Organic<br>n Mineral | b Beaver<br>d Partially Drained/Ditched<br>f Farmed<br>h Diked/Impounded<br>r Artificial Substrate<br>s Spoil<br>x Excavated |

Source: U.S. Department of the Interior
  Fish and Wildlife Service
  National Wetlands Inventory

CL01118



## FCC & FAA SITES MAP FINDINGS
## TOWERS

**Map ID**
**Direction**
**Distance**  **EDR ID**
**Distance (ft.)**  **Database**

No Sites Reported.

# FCC & FAA SITES MAP FINDINGS
# AIRPORTS

EDR ID
Database

AIR01470
AIRPORTS

| | | | |
|---|---|---|---|
| Site Number: | 00822.97*A | | |
| Airport Type: | AIRPORT | State: | ARIZONA |
| County: | MOHAVE | City: | WHITE HILLS |
| Facility Name: | TRIANGLE AIRPARK | Owner type: | PR |
| Use: | PR | Owner: | BOULDER CITY AERO CLUB INC. |
| Owner Address | HC-37 BOX 979-14 | City/State: | KINGMAN, AZ 96401 |
| Phone: | 602-767-4382 | Mgmt Name: | DAN DUFRESNE, PRES |
| Mgmt Address: | HC-37 BOX 979-14 | Mgmt City/St: | KINGMAN, AZ 96401 |
| Mgmt Phone: | 602-767-4382 | Latitude: | 35-42-52.959N |
| Longitude: | 114-28-52.888W | Lat Method: | E |
| Elev (ft): | 2419 | Elev method: | E |
| Aero chart: | PHOENIX | Dist from Business: | 05 |
| Dir from Business: | SW | Date Active: | 07/1982 |
| Certified Date: | Not Reported | Fed agreements: | Not Reported |
| Is Int'l Airport?: | Not Reported | Is Customs Airport?: | Not Reported |
| Inspection Method: | 2 | Inspected by: | N |
| Last inspected: | Not Reported | Attendance: | IREG |
| Lighting: | Not Reported | Has ATC Tower: | N |
| Beacon Color: | Not Reported | Landing fee: | Not Reported |
| Single engine: | Not Reported | Multi engine: | Not Reported |
| Jet engines: | Not Reported | Helicopters: | Not Reported |
| Gliders: | Not Reported | Military: | Not Reported |
| Ultralights: | Not Reported | Commercial: | Not Reported |
| Air taxis: | Not Reported | Local ops: | Not Reported |
| | | | |
| Runway id: | 16/34 | Length: | 4000 |
| Width: | 200 | Surface: | DIRT |
| Lights Intensity: | Not Reported | Base End Id: | 16 |
| Markings: | Not Reported | Latitude: | Not Reported |
| Longitude: | Not Reported | Elevation: | Not Reported |
| Approach lights: | Not Reported | End Lights: | Not Reported |
| Centerline Lights: | Not Reported | Touchdown Lights: | Not Reported |
| Recip End ID: | 34 | Recip markings: | Not Reported |
| Recip Lat: | Not Reported | Recip Long: | Not Reported |
| Recip Elev: | Not Reported | Recip App Lgts: | Not Reported |
| Recip End Lgts: | Not Reported | Recip Ctr Lgts: | Not Reported |
| | | | |
| Runway id: | E/W | Length: | 2110 |
| Width: | 150 | Surface: | DIRT |
| Lights Intensity: | Not Reported | Base End Id: | E |
| Markings: | Not Reported | Latitude: | Not Reported |
| Longitude: | Not Reported | Elevation: | Not Reported |
| Approach lights: | Not Reported | End Lights: | Not Reported |
| Centerline Lights: | Not Reported | Touchdown Lights: | Not Reported |
| Recip End ID: | W | Recip markings: | Not Reported |
| Recip Lat: | Not Reported | Recip Long: | Not Reported |