## FCC & FAA SITES MAP FINDINGS
## AIRPORTS

**EDR ID**
Database

| | | | |
|---|---|---|---|
| Recip Elev: | Not Reported | Recip App Lgts: | Not Reported |
| Recip End Lgts: | Not Reported | Recip Ctr Lgts: | Not Reported |

CL01122

## FCC & FAA SITES MAP FINDINGS
## POWERLINES

**EDR ID**
**Database**

POW0005449
POWERLINES

| | | | |
|---|---|---|---|
| Msid: | MSX1004703- 2 | Voltage: | 500 |
| Rangeflg: | 0 | Hi_range: | 0 |
| Type: | AC | Status: | AC |
| Corridor: | N | Ownr_id: | EDISONIN |
| Own_name: | Edison International | Opr_id: | SCE |
| Ownr_flg: | M | Coname: | Southern California Edison Co. |
| Physaddres: | 2244 Walnut Grove Ave. | Physcity: | Rosemead |
| Physstate: | California | Physlposta: | 91770 |
| Mailaddres: | PO Box 800 | Mailcity: | Rosemead |
| Mailstate: | California | Mailpostal: | 91770-0800 |
| Phone: | 626-302-1212 | Fax: | Not Reported |
| Webpage: | www.sce.com | | |

CL01123

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

Various Federal laws and executive orders address specific environmental concerns. NEPA requires the responsible offices to integrate to the greatest practical extent the applicable procedures required by these laws and executive orders. EDR provides key contacts at agencies charged with implementing these laws and executive orders to supplement the information contained in this report.

**NATURAL AREAS**
**Officially designated wilderness areas**
Government Records Searched in This Report
FED_LAND: Federal Lands
  Source: USGS
  Telephone: 703-648-5094
  Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service, and Bureau of Indian Affairs.
  - National Parks
  - Forests
  - Monuments
  - Wildlife Sanctuaries, Preserves, Refuges
  - Federal Wilderness Areas.
  - Indian Reservations
  Date of Government Version: 09/01/1997

Federal Contacts for Additional Information
National Park Service, Intermountain Region
  12795 Alameda Parkway
  Denver, CO 80225
  303-969-2500

USDA Forest Service, Southwestern
  Federal Building 517 Gold Avenue, S.W.
  Albuquerque, NM 87102
  505-842-3214

BLM - Arizona State Office
  222 N. Central Ave.
  Phoenix, AZ 85004-2203
  602-417-9200

Fish & Wildlife Service, Region 2
  P.O. Box 1306 500 Gold Ave., S.W.
  Albuquerque, NM 87103
  505-248-6925

**Officially designated wildlife preserves, sanctuaries and refuges**
Government Records Searched in This Report
FED_LAND: Federal Lands
  Source: USGS
  Telephone: 703-648-5094
  Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service, and Bureau of Indian Affairs.
  - National Parks
  - Forests
  - Monuments
  - Wildlife Sanctuaries, Preserves, Refuges
  - Federal Wilderness Areas.
  - Indian Reservations
  Date of Government Version: 09/01/1997

CL01124

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

AZ Wilderness Areas: Wilderness Areas
Includes Bureau of Land Management, US Forest Service, National Park Service and Fish and
Wildlife Service Riparian Natural Conservation Areas, Wilderness Study areas and Wilderness
or Primitive areas
Source: State Land Dept..
Telephone: 602-542-4709

Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
  P.O. Box 1306 500 Gold Ave., S.W.
  Albuquerque, NM 87103
  505-248-6925

State Contacts for Additional Information
Department of Fish & Game 602-942-3000

**Wild and scenic rivers**
Government Records Searched in This Report
FED_LAND: Federal Lands
  Source: USGS
  Telephone: 703-648-5094
  Federal data from Bureau of Land Management, National Park Service, Forest Service, Fish and Wildlife Service,
  and Bureau of Indian Affairs.
  - National Parks
  - Forests
  - Monuments
  - Wildlife Sanctuaries, Preserves, Refuges
  - Federal Wilderness Areas.
  - Indian Reservations
  Date of Government Version: 09/01/1997

Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
  P.O. Box 1306 500 Gold Ave., S.W.
  Albuquerque, NM 87103
  505-248-6925

**Endangered Species**

Government Records Searched in This Report
Endangered Species Protection Program Database
  A listing of endangered species by county.
  Source: Environmental Protection Agency
  Telephone: 703-305-5239

Federal Contacts for Additional Information
Fish & Wildlife Service, Region 2
  P.O. Box 1306 500 Gold Ave., S.W.
  Albuquerque, NM 87103
  505-248-6925

State Contacts for Additional Information
Heritage Data Mgmt. System, Game & Fish Department 602-789-3612

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**LANDMARKS, HISTORICAL, AND ARCHEOLOGICAL SITES**
**Historic Places**
Government Records Searched in This Report
National Register of Historic Places:
   The National Register of Historic Places is the official federal list of districts, sites, buildings,
   structures, and objects significant in American history, architecture, archeology, engineering, and
   culture.  These contribute to an understanding of the historical and cultural foundations of the nation.
   The National Register includes:
   - All prehistoric and historic units of the National Park System;
   - National Historic Landmarks, which are properties recognized by the Secretary of the Interior as
     possessing national significance; and
   - Properties significant in American, state, or local prehistory and history that have been nominated
     by State Historic Preservation Officers, federal agencies, and others, and have been approved for
     listing by the National Park Service.
   Date of Government Version:  03/15/2000

AZ Historic Sites: Arizona State Register List
Listing of historic sites included on the State Register.
Source: State Historic Preservation Office. State Parks
Telephone: 602-542-4009


Federal Contacts for Additional Information
Park Service; Advisory Council on Historic Preservation
1849 C Street NW
Washington, DC 20240
Phone: (202) 208-6843

State Contacts for Additional Information
Arizona State Parks 602-542-4174


**Indian Religious Sites**
Federal Contacts for Additional Information
Department of the Interior- Bureau of Indian Affairs
Office of Public Affairs
1849 C Street, NW
Washington, DC 20240-0001
Office: 202-208-3711
Fax: 202-501-1516

National Association of Tribal Historic Preservation Officers
1411 K Street NW, Suite 700
Washington, DC 20005
Phone: 202-628-8476
Fax: 202-628-2241

State Contacts for Additional Information
A listing of local Tribal Leaders and Bureau of Indian Affairs Representatives can be found at:
http://www.doi.gov/bia/areas/agency.html

Navajo Area Office (Navajo Reservations Only), Bureau of Indian Affairs
 P.O. Box 1060
 Gallup, NM  87305
 505-863-8314

CL01126

# KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

Phoenix Area Office, Bureau of Indian Affairs
 One North First Street P.O. Box 10
 Phoenix, AZ  85001
 602-379-6600

Historic Preservation Department
 P.O. Box 4950
 Window Rock, AZ  86515

Office of Cultural Resources, Hualapai Tribe
 P.O. Box 310
 Peach Springs, AZ  86434

White MT. Apache Tribe
 P.O. Box 1150
 Whiteriver, AZ  85941


## FLOOD PLAIN, WETLANDS AND COASTAL ZONE

### Flood Plain Management
Government Records Searched in This Report
Flood Zone Data: This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.


Federal Contacts for Additional Information
Federal Emergency Management Agency 877-3362-627

State Contacts for Additional Information
Division of Emergency Management 602-231-6242


### Wetlands Protection
Government Records Searched in This Report
NWI: National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR in 2002 from the U.S. Fish and Wildlife Service.

Federal Contacts for Additional Information
Fish & Wildlife Service 813-570-5412

State Contacts for Additional Information
Game & Fish Department 602-942-3000

CL01127

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**Coastal Zone Management**
Government Records Searched in This Report
CAMA Management Areas
  Dept. of Env., Health & Natural Resources
  919-733-2293

Federal Contacts for Additional Information
Office of Ocean and Coastal Resource Management
  N/ORM, SSMC4
  1305 East-West Highway
  Silver Spring, Maryland 20910
  301-713-3102

State Contacts for Additional Information


**FCC & FAA SITES MAP**
For NEPA actions that come under the authority of the FCC, the FCC requires evaluation of Antenna towers and/or supporting structures that are to be equipped with high intensity white lights which are to be located in residential neighborhoods, as defined by the applicable zoning law.

Government Records Searched in This Report
**Cellular**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**Tower**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**Antenna Registration**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700
Portions copyright (C) 1999 Percon Corporation. All rights reserved.

**AM Tower**
Federal Communications Commission
  Mass Media Bureau
  2nd Floor - 445 12th Street SW
  Washington DC 20554 USA
  Telephone (202) 418-2700

CL01128

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**FAA Digital Obstacle File**
National Oceanic and Atmospheric Administration
    Telephone: 301-436-8301
    Describes known obstacles of interest to aviation users in the US.  Used by the Federal
    Aviation Administration (FAA) and the National Oceanic and Atmospheric Administration to
    manage the National Airspace System.

**Airport Landing Facilities**
Federal Aviation Administration
    Telephone (800) 457-6656
    Private and public use landing facilities.

**Electric Power Transmission Line Data**
PennWell Corporation
    Telephone: (800) 823-6277
    This map includes information copyrighted by PennWell Corporation. This information is provided
    on a best effort basis and PennWell Corporation does not guarantee its accuracy nor warrant its
    fitness for any particular purpose.  Such information has been reprinted with the permission of PennWell.

**Excessive Radio Frequency Emission**
For NEPA actions that come under the authority of the FCC, Commission actions granting construction permits,
licenses to transmit or renewals thereof, equipment authorizations or modifications in existing facilities, require
the determination of whether the particular facility, operation or transmitter would cause human exposure to levels
of radio frequency in excess of certain limits.

Federal Contacts for Additional Information
Office of Engineering and Technology
    Federal Communications Commission
    445 12th Street SW
    Washington, DC 20554
    Phone: 202-418-2470

**OTHER CONTACT SOURCES**

**NEPA Single Point of Contact**
State Contacts for Additional Information
Arizona State Clearinghouse
3800 N. Central Avenue
Fourtheenth Floor
Phoenix, AZ 85012
602-280-1315

CL01129

## KEY CONTACTS & GOVERNMENT RECORDS SEARCHED

**STREET AND ADDRESS INFORMATION**

(c) 2003 Geographic Data Technology, Inc., Rel. 07/2003. This product contains proprietary and confidential property of Geographic Data Technology, Inc. Unauthorized use, including copying for other than testing and standard backup procedures, of this product is expressly prohibited.

CL01130

**Appendix D
Topographic Map**

CL01131

## Appendix D

# Topographic Map

CL01132



EDR™ Environmental
Data Resources Inc

# The EDR-Historical Topographic Map Report

**White Hills Site**
**White Hills Site**
**Meadview, AZ  86444**

January 21, 2005

Inquiry Number: 1344500-4

## The Standard In Environmental Risk Management Information

440 Wheelers Farms Road
Milford, Connecticut 06460

**Nationwide Customer Service**

Telephone: 1-800-352-0050
Fax: 1-800-231-6802

CL01133



CL01134

Year 1989

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

Year 1960

CL01135

# Environmental Data Resources, Inc.
# Historical Topographic Map Report

Environmental Data Resources, Inc.'s (EDR) Historical Topographic Map Report is designed to assist professionals in evaluating potential liability on a target property, and its surrounding area, resulting from past activities. ASTM E 1527-00, Section 7.3 on Historical Use Information, identifies the prior use requirements for a Phase I environmental site assessment. The ASTM standard requires a review of *reasonably ascertainable standard historical sources. Reasonably ascertainable is defined as information that is publicly available, obtainable from a source with reasonable time and cost constraints, and practically reviewable.*

To meet the prior use requirements of ASTM E 1527-00, Section 7.3.4, the following *standard historical sources* may be used: aerial photographs, city directories, fire insurance maps, topographic maps, property tax files, land title records (although these cannot be the sole historical source consulted), building department records, or zoning/and use records. ASTM E 1527-00 requires *"All obvious uses of the property shall be identified from the present, back to the property's obvious first developed use, or back to 1940, whichever is earlier. This task requires reviewing only as many of the standard historical sources as are necessary, and that are reasonably ascertainable and likely to be useful."* (ASTM E 1527-00, Section 7.3.2 page 12.)

EDR's Historical Topographic Map Report includes a search of available public and private color historical topographic map collections.

## Topographic Maps

A topographic map (topo) is a color coded line-and-symbol representation of natural and selected artificial features plotted to a scale. Topos show the shape, elevation, and development of the terrain in precise detail by using contour lines and color coded symbols. Many features are shown by lines that may be straight, curved, solid, dashed, dotted, or in any combination. The colors of the lines usually indicate similar classes of information. For example, topographic contours (brown); lakes, streams, irrigation ditches, etc. (blue); land grids and important roads (red); secondary roads and trails, railroads, boundaries, etc. (black); and features that have been updated using aerial photography, but not field verified, such as disturbed land areas (e.g., gravel pits) and newly developed water bodies (purple).

For more than a century, the USGS has been creating and revising topographic maps for the entire country at a variety of scales. There are about 60,000 U.S. Geological Survey (USGS) produced topo maps covering the United States. Each map covers a specific quadrangle (quad) defined as a four-sided area bounded by latitude and longitude. Historical topographic maps are a valuable historical resource for documenting the prior use of a property and its surrounding area, and due to their frequent availability can be particularly helpful when other standard historical sources (such as city directories, fire insurance maps, or aerial photographs) are not reasonably ascertainable.

**Appendix E
Water Well Record**

## Appendix E

# Water Well Record

CL01138

FILING FEE $10.00                                                                                FILING FEE $10.00

DEPARTMENT OF WATER RESOURCES (DWR)
NOTICE OF INTENTION TO DRILL A WELL OUTSIDE OF AN ACTIVE MANAGEMENT AREA

Section §45-596, Arizona Revised Statutes, provides:  In an area not subject to Active Management, a person may not drill, deepen, or modify any well, without first filing a Notice of Intention to Drill with the Department.

**DESCRIPTION OF PROPOSED WELL**

8. Diameter _____ 8 _____ inches
   Depth _____ 800 _____ feet
9. Type of Casing _____ STEEL _____
10. Design Pump Capacity: _____ 35 + _____ gallons per minute
11. Estimate of total annual pumping: _____ acre feet
12. Principal use of water:(be specific) _____ NURSERY _____
13. Other uses intended:(be specific) _____ Development _____
14. Number of Multiple Drinking Water connections, if any: _____
15. If use includes irrigation, state to nearest tenth, the number of acres to be irrigated: _____ 640 _____
16. Construction will start about: _____ March _____ 1994 _____
    Month _____ Year

**INDICATE WELL LOCATION BY X**
(Above diagram represents one 640 acre section)

WELL/LAND LOCATION
27 (N)/S | 20 E/(W) | 15
1. Township | 2. Range | 3. Section
4. SE 1/4 SE 1/4 NE 1/4
   10 acre sub-division
5. County _____ Mohave _____
6. Owner of well:
   William Eversole
   Name
   P.O. Box 60172
   Mailing Address
   Las Vegas, NV 89160
   City _____ State _____ Zip
   Telephone: 702 7340073
7. Owner of land:
   William Eversole
   Name
   P.O. Box 60172
   Mailing Address
   Las Vegas, NV 89160
   City _____ State _____ Zip
   Telephone No. 702 7340073

**PLACE OF USE**

17. Township _____ 27 _____ (N)/S
18. Range _____ 20 _____ E/(W)
19. Section _____ 15 _____
20. Legal description of land:
    a. SE 1/4 SE 1/4 NE 1/4
       10 acre sub-division
    b. County Assessor's I.D.

    Book | Map | Parcel
21. Type well:
    Exempt _____ Non-exempt _X_
22. Action Requested:
    Drill New Well _X_ ; or
    Deepen _ Replace _ Modify _
    Well No. 55-
23. Applicant: Owner _X_ Lessee _
    William Eversole
    Name
    P.O. Box 60172
    Mailing Address
    Las Vegas, NV 89160
    City _____ State Zip
    Telephone: 702 7340073
DRILLING FIRM
24. Penrod Drilling
    Firm Name
    3020 Jeferson Ave
    Mailing Address
    Kingman, AZ 86401
    City _____ State _____ Zip
    111
    DWR License Number
    C53  L53
    Type of Contractor License

**DO NOT WRITE IN THIS SPACE**
Office Record
File No. A(22-20)15 ADD
Filed 3/15/93 By dh
Input ENTERED MAR 16 1993
Duplicate
Mailed 3/16/93 By dh
Registration No. 55-538468
INA
W/S 02 S/B

25. Is the proposed wellsite within 100 feet of a septic tank system, sewage disposal area, landfill, hazardous waste facility or storage area of hazardous materials?    Yes _____    No _X_

**GENERAL INSTRUCTIONS**
1. Fill out this form in DUPLICATE and send WITH $10.00 FEE to 15 South 15th Avenue, Phoenix, AZ 85007.
2. For specific instructions, limitations and conditions, see the reverse side of this form.
3. This form is to be used to drill, deepen, replace or modify a well outside of an Active Management Area.
4. If the well is a replacement, deepening or modification of an existing well, provide the registration number of the existing well in Item 21.
5. Construction standards for wells, including abandonment, shall be in accordance with Department Rules and Regulations.
   I state that Notice is filed in compliance with A.R.S. §45-596 and is complete and correct to the best of my knowledge and belief and that I understand the limitations under which I must operate this well as set forth on the reverse side of this form.

March 8, 1993 _____        William Eversole _____
Date                                                                    Signature of well owner/lessee
DWR 55-40-4/90 (Rev.)

1 5 1993
OPERATIONS DIV.

CL01139

## SPECIFIC INSTRUCTIONS, LIMITATIONS AND CONDITIONS

1. Receipt of this annotated Notice constitutes authorization to proceed in drilling, deepening, or modifying the well as set forth on this Notice.

2. Only a well driller licensed in the State of Arizona is authorized to drill, deepen or modify a well.

3. An exempt well means a well having a pump with a maximum capacity of not more than thirty-five (35) gallons per minute and may include the application of water to less than two (2) acres of land to produce plants or parts of plants for sale, human consumption or for use as feed for livestock, range livestock or poultry.

4. A non-exempt well is any well which exceeds the limitations, as indicated in paragraph 3 above. However, water from a non-exempt well located in an Irrigation Non-Expansion Area, may not be withdrawn to irrigate any acres which are not eligible to be irrigated pursuant to A.R.S. § 45-434 or § 45-437. Also, owners of non-exempt wells located in Irrigation Non-Expansion Areas, are subject to the measuring device and annual report requirements of A.R.S. § 45-437.

5. The drilling, deepening, or modification of this well shall be completed within one (1) year of the date of this Notice.

6. Within thirty (30) days after the installation of pumping equipment on this well, the registered well owner shall file the prescribed Completion Report. A form for this purpose will be furnished to the registered owner with the return of an annotated copy of this Notice.

7. The person to whom a well is registered shall notify the Department of a change in ownership or a change in data relating to this well. The prescribed form for these purposes will be furnished to the registered owner with the return of the annotated copy of this Notice.

8. A sketch map showing the general boundaries of the Active Management Areas and Irrigation Non-Expansion Areas is shown at the right. Maps of greater detail are available on request.



55-40-4/90

CL01140

# RECEIPT

№ **5263**

William Eversole
P.O. Box 60172
Las Vegas, NV 89160

STATE OF ARIZONA
DEPARTMENT OF WATER RESOURCES
OPERATIONS DIVISION
15 SOUTH 15TH AVENUE
PHOENIX, ARIZONA 85007
(602) 542-1581

ENTRY CODE ___55___

FILE NO.     55-53846B       **THRU**

| ITEM DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| FILING FEE FOR NOI TO DRILL A WELL | 10.00 | 10.00 |
| REG. NO. 55-53846B | | |
| FILE NO. B(27-20)15ADD | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PAID

CHECK NO.   2913       FEE ACCOUNT NO. _____     TOTAL $ ____10.00____

CHIT NO. _____       RECEIVED BY ___db___     DATE ___03-16-93___

IPS 1321 – Rev. 4/91

CL01141

# ARIZONA DEPARTMENT OF WATER RESOURCES
15 South 15th Avenue, Phoenix, Arizona 85007
Telephone (602) 542-1581
Fax (602) 256-0506



March 16, 1993

FIFE SYMINGTON
Governor

RITA P. PEARSON
Director

William Eversole
P.O. Box 60172
Las Vegas, NV  89160

Registration No. 55-538468
File No. B(27-20)15ADD

Dear Mr. Eversole:

Enclosed is a copy of the Notice of Intention (NOI) to drill a well. This NOI, which was recently filed with this Department, is being returned to you as evidence of your compliance with ARS §45-596. The enclosed Completion Report is to be submitted when pump equipment is installed. The Drilling Card and Well Drilling Report form have been sent to your driller. He may not begin drilling until he has received the Drilling Card and it must be displayed on the rig during drilling. If you change drillers, you must supply this Department with the new driller's identity. Please ensure that the driller you select is licensed to drill the type of well you require. All well drillers must pass an examination proving they understand the drilling methods for that particular license, and are familiar with the laws and regulations which govern well construction in Arizona.

If it is necessary to change the location of the proposed well, immediately contact the Department of Water Resources to obtain written permission before proceeding with the drilling. A properly signed, amended Drilling Card must be in the possession of the driller before drilling commences at a different location than originally authorized. **In no case may the replacement well be more than 660 feet from the well it is replacing.**

ARS §45-600 requires the registered well owner to submit a completion report within thirty (30) days after the installation of pumping equipment. It also requires the driller to furnish this Department a complete and accurate log of the well within thirty (30) days after completion of drilling. You should insist, and ensure, that both of these are done.

**If in the course of drilling a new well,** it is determined that the new well cannot be successfully completed as initially intended (dry hole, cave in, lost tools, etc.), the new well must be properly abandoned and a Well Abandonment Completion Report submitted per R12-15-816.F.

CL01142

Per ARS §45-593, the person to whom a well is registered shall notify this Department of a change in ownership of the well and/or information pertaining to the physical characteristics of the well in order to keep this well registration file current and accurate. We have enclosed a Change of Well Information Form should it be needed in the future.

If the information you provided indicates your well is near the Colorado river. If, in the future, it is determined that water from your well is supplied from the river and you do not have a perfected water right to Colorado River water established prior to 1929, the U.S. Bureau of Reclamation may require you to cease pumping or enter into a contract for use of colorado river water.

Sincerely,

Dorothy Boggs
Water Resource Tech I

db
Enclosures

CL01143

NON-EXEMPT WELL          DEPARTMENT OF WATER RESOURCES          NON-EXEMPT WELL
Registration No.                15 South 15th Avenue
55- 538468                    Phoenix, Arizona 85007

THIS DRILLING CARD SHALL BE POSTED ON THE WELL RIG DURING ALL DRILLING OPERATIONS
AUTHORIZED DRILLER ___Penrod Drilling_____ LICENSE NO. ___111___

Notice of Intention to __x_ **Drill** ____ **Deepen** ____ **Replace** ____ **Modify** a Non-Exempt Well located
outside of an Active Management Area has been filed with the Department By:
___William Eversole_____P.O. Box 60172_____Las Vegas___NV___89160___
Name                        Address                    City        State    Zip

This well to be located in: Twp. 27N    Rge. 20W    Section  15 ,  SE 1/4   SE 1/4   NE 1/4.

This authorization to _x_ Drill ____ Deepen ____ Replace ____ Modify the above well expires at midnight
on ___03-15-94___ .

For replacement or deepening of an existing irrigation well in a designated irrigation non-expansion area,
water from the well may not be used to increase the acreage previously cultivated as authorized by the
A.R.S. § 45-437.

**PURSUANT TO A.R.S. § 45-600, THE DRILLER SHALL FILE, ON THE PRESCRIBED
DEPARTMENT FORM, A LOG OF THE WELL WITHIN 30 DAYS OF COMPLETION OF DRILLING**

DWR-55-67-3/91

_____
DEPUTY DIRECTOR

CL01144