

**Stanley Consultants** INC.

April 27, 2006
Project No: 17941.10.00
Invoice No: 0078621

**Total This Invoice**
**$23,420.97**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: White Hills Engineering Study
    Purchase Order No: KING-3

**Professional Services from January 01, 2006 to April 01, 2006**

**Professional Personnel**

|        | Hours  | Rate   | Amount    |
|--------|--------|--------|-----------|
| SC-21  | 13.00  | 208.20 | 2,706.60  |
| SC-20  | 4.00   | 190.65 | 762.60    |
| SC-17  | 37.50  | 151.75 | 5,690.63  |
| SC-16  | 8.00   | 141.50 | 1,132.00  |
| SC-14  | 68.50  | 123.50 | 8,459.75  |
| SC-13  | 5.50   | 115.25 | 633.88    |
| SC-12  | 1.50   | 107.20 | 160.80    |
| SC-11  | 8.00   | 99.70  | 797.60    |
| SC-10  | 9.00   | 92.40  | 831.60    |
| SC-7   | 13.50  | 72.60  | 980.10    |
| SC-6   | 5.50   | 65.25  | 358.88    |
| SC-3   | 7.50   | 45.15  | 338.63    |
| SC-1   | 14.50  | 30.20  | 437.90    |
| Totals | 196.00 |        | 23,290.97 |

**Total**                                                                  23,290.97

**Subconsultants**
Subconsultant
   2/17/06 SWCA Inc                                              130.00
      **Total Subconsultants**                                   130.00      130.00

                                                  **Total This Project**    $23,420.97

                                                  **Total This Invoice**    $23,420.97

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027560

# Billing Backup

*Thursday, April 27, 2006*

**STANLEY CONSULTANTS, INC.**   Invoice Dated April 27, 2006    10:35:04 PM

**17941.10.00  Rhodes White Hills Feasibility Lump Sum**

Invoice No:  0078621

**Total this project   $0.00**

Project:  17941.20.00  Rhodes White Hills Feasibility Hourly

**Professional Personnel**

| Labor Code | - Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **SC-21** | | | | | |
| 06714 | 00000 - Frohnen, David J. | 3/17/05 | 2.00 | 208.20 | 416.40 |
| | staff and project coordinations | | | | |
| 06714 | 00000 - Frohnen, David J. | 3/22/05 | 1.00 | 208.20 | 208.20 |
| 06714 | 00000 - Frohnen, David J. | 3/28/05 | 1.00 | 208.20 | 208.20 |
| 06714 | 00000 - Frohnen, David J. | 4/4/05 | 1.00 | 208.20 | 208.20 |
| 06714 | 00000 - Frohnen, David J. | 4/8/05 | 1.00 | 208.20 | 208.20 |
| 06714 | 00000 - Frohnen, David J. | 1/4/06 | 1.00 | 208.20 | 208.20 |
| | coordinate boundary and loting work | | | | |
| 06714 | 00000 - Frohnen, David J. | 1/9/06 | 1.00 | 208.20 | 208.20 |
| 06714 | 00000 - Frohnen, David J. | 1/10/06 | 1.00 | 208.20 | 208.20 |
| | staff and project coordinations | | | | |
| 06714 | 00000 - Frohnen, David J. | 1/11/06 | 1.00 | 208.20 | 208.20 |
| | boundary and plot layouts per Bill R. | | | | |
| 06714 | 00000 - Frohnen, David J. | 1/19/06 | 1.00 | 208.20 | 208.20 |
| | design - review meetings - land plans | | | | |
| 06714 | 00000 - Frohnen, David J. | 2/6/06 | 1.00 | 208.20 | 208.20 |
| | interchange review | | | | |
| 06714 | 00000 - Frohnen, David J. | 2/7/06 | 1.00 | 208.20 | 208.20 |
| **SC-20** | | | | | |
| 07200 | 00000 - Yamada, Kenneth T | 4/11/05 | 4.00 | 190.65 | 762.60 |
| | Review draft feasibility study | | | | |
| **SC-17** | | | | | |
| 07162 | 00000 - Scott, Robert H | 5/4/05 | 0.50 | 151.75 | 75.88 |
| 07162 | 00000 - Scott, Robert H | 5/9/05 | 2.00 | 151.75 | 303.50 |
| | Letter, LVVWD followup, easements | | | | |
| 07162 | 00000 - Scott, Robert H | 5/11/05 | 1.00 | 151.75 | 151.72 |
| | Schedule Update | | | | |
| 07162 | 00000 - Scott, Robert H | 5/16/05 | 4.00 | 151.75 | 607.00 |
| | Bond Estimate and plans for CCDS | | | | |
| 07162 | 00000 - Scott, Robert H | 5/17/05 | 3.50 | 151.75 | 531.13 |
| | Bond Estimate/Plans for Robert Thompson | | | | |
| 07162 | 00000 - Scott, Robert H | 5/23/05 | 2.00 | 151.75 | 303.50 |
| | CCPW and LVVWD | | | | |
| 07162 | 00000 - Scott, Robert H | 5/25/05 | 2.00 | 151.75 | 303.50 |
| | Plans and Bonds | | | | |
| 07162 | 00000 - Scott, Robert H | 6/1/05 | 2.00 | 151.75 | 303.50 |
| | LOA - LVVWD Issues | | | | |

Project:   17941.10.00  Rhodes White Hills Feasibility Lump S                                    Invoice No: 0078621

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07162 | 00000 - Scott, Robert H | 6/2/05 | 1.50 | 151.75 | 227.63 |
| | Meeting with Rhodes | | | | |
| 07162 | 00000 - Scott, Robert H | 6/2/05 | 2.00 | 151.75 | 303.50 |
| | LOA - LVVWD Issues | | | | |
| 07162 | 00000 - Scott, Robert H | 6/6/05 | 0.50 | 151.75 | 75.88 |
| | Water Issues - LVVWD, Rhodes | | | | |
| 07162 | 00000 - Scott, Robert H | 6/7/05 | 1.00 | 151.75 | 151.75 |
| | Water Issues - LVVWD | | | | |
| 07162 | 00000 - Scott, Robert H | 6/8/05 | 1.00 | 151.75 | 151.75 |
| | Water Issues | | | | |
| 07162 | 00000 - Scott, Robert H | 6/16/05 | 1.50 | 151.75 | 227.63 |
| | Meeting with Dan Louis, E-Mail to Rhodes | | | | |
| 07162 | 00000 - Scott, Robert H | 7/12/05 | 2.50 | 151.75 | 379.38 |
| | Meeting at LVVWD | | | | |
| 07162 | 00000 - Scott, Robert H | 8/3/05 | 1.00 | 151.75 | 151.75 |
| | Reviewed Redline Plans | | | | |
| 07162 | 00000 - Scott, Robert H | 8/17/05 | 1.00 | 151.75 | 151.75 |
| | Plan Redlines | | | | |
| 07162 | 00000 - Scott, Robert H | 8/18/05 | 1.50 | 151.75 | 227.63 |
| | Plan Redlines review comments | | | | |
| 07162 | 00000 - Scott, Robert H | 8/19/05 | 1.00 | 151.75 | 151.75 |
| | Review revised plans | | | | |
| 07162 | 00000 - Scott, Robert H | 8/24/05 | 1.00 | 151.75 | 151.75 |
| | Review Redline from LVVWD | | | | |
| 07162 | 00000 - Scott, Robert H | 8/25/05 | 5.00 | 151.75 | 758.75 |
| | Meeting with LVVWD (2 hr), Drawings (3 hr) | | | | |
| **SC-16** | | | | | |
| 06733 | 00000 - Brown, Dennis R | 1/3/06 | 2.00 | 141.50 | 283.00 |
| | add flood constraints to map | | | | |
| 06733 | 00000 - Brown, Dennis R | 1/4/06 | 3.00 | 141.50 | 424.50 |
| | add 404 washes to exhibit | | | | |
| 06733 | 00000 - Brown, Dennis R | 1/5/06 | 3.00 | 141.50 | 424.50 |
| | add drainage easement requirements to exhibit | | | | |
| **SC-14** | | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/2/05 | 0.50 | 123.50 | 61.75 |
| | Lazell trip coordination | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/3/05 | 1.00 | 123.50 | 123.50 |
| | Wastewater report coordination | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/7/05 | 4.00 | 123.50 | 494.00 |
| | Wastewater report | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/8/05 | 8.00 | 123.50 | 988.00 |
| | Lazell in Phoenix, meetings with Ray Jones and Errol Motgomery wastewater report, discussions with Lazell | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/9/05 | 4.00 | 123.50 | 494.00 |
| | Wastewater report | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/10/05 | 4.00 | 123.50 | 494.00 |
| | Wastewater report | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/14/05 | 1.00 | 123.50 | 123.50 |
| | Meeting setup | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/15/05 | 7.50 | 123.50 | 926.25 |
| | Permitting writeup, process writeup | | | | |

ST-RH027562

Project: 17941.10.00 Rhodes White Hills Feasibility Lump S                Invoice No: 0078621

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06768 | 00000 - DiFrancisco, Bruce E | 2/16/05 | 3.00 | 123.50 | 370.50 |
| | Process schematics, process writeup | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/17/05 | 5.00 | 123.50 | 617.50 |
| | Process writeup, collection system calcs | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/18/05 | 4.00 | 123.50 | 494.00 |
| | Collecton system calcs | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/21/05 | 1.00 | 123.50 | 123.50 |
| | Back checking text, pipe table, demand table | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/21/05 | 1.50 | 123.50 | 185.25 |
| | GV 5800 feasibility report tables | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/22/05 | 3.50 | 123.50 | 432.25 |
| | Feasibility study report for GV 5800 | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/22/05 | 1.00 | 123.50 | 123.50 |
| | Feasibility study for GV 5800 | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/23/05 | 6.00 | 123.50 | 741.00 |
| | Kingman 7600 general plan writeup | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 2/24/05 | 2.00 | 123.50 | 247.00 |
| | X-1 2500 general plan writeup | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 3/7/05 | 1.00 | 123.50 | 123.50 |
| | DEQ meeting coord | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 3/10/05 | 1.50 | 123.50 | 185.25 |
| | Review and response to WWTP site plans | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 3/15/05 | 0.50 | 123.50 | 61.75 |
| | PM | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 3/17/05 | 4.00 | 123.50 | 494.00 |
| | Permitting writeup, ADEQ meeting coord | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 4/5/05 | 1.50 | 123.50 | 185.25 |
| | Gathering legal data for Ray Jones | | | | |
| 06768 | 00000 - DiFrancisco, Bruce E | 4/7/05 | 3.00 | 123.50 | 370.50 |
| | Collection and delivery of data to Ray Jones | | | | |
| SC-13 | | | | | |
| 06831 | 00000 - Tune, Eric J | 6/8/05 | 1.00 | 115.25 | 115.24 |
| | Project coordination and scheduling | | | | |
| 06831 | 00000 - Tune, Eric J | 6/9/05 | 0.50 | 115.25 | 57.63 |
| | Weekly meeting at Rhodes | | | | |
| 06831 | 00000 - Tune, Eric J | 6/16/05 | 0.50 | 115.25 | 57.63 |
| | Weekly progress meeting at Rhodes | | | | |
| 06831 | 00000 - Tune, Eric J | 6/23/05 | 0.50 | 115.25 | 57.63 |
| | Weekly meeting at Rhodes. | | | | |
| 06831 | 00000 - Tune, Eric J | 8/8/05 | 1.00 | 115.25 | 115.25 |
| | Coordinate Patrick for addressing redline comments from LVVWD | | | | |
| 06831 | 00000 - Tune, Eric J | 8/23/05 | 1.00 | 115.25 | 115.25 |
| | Coordination for final signature at LVVWD | | | | |
| 06831 | 00000 - Tune, Eric J | 8/24/05 | 1.00 | 115.25 | 115.25 |
| | Coordination for final signature at LVVWD | | | | |
| SC-12 | | | | | |
| 07056 | 00000 - Johnston, Susan | 5/10/05 | 0.50 | 107.20 | 53.60 |
| | Attend client meeting. | | | | |
| 07056 | 00000 - Johnston, Susan | 5/17/05 | 0.50 | 107.20 | 53.60 |
| | IPs to Rhodes. | | | | |

ST-RH027563

Project: 17941.10.00  Rhodes White Hills Feasibility Lump S           Invoice No: 0078621

| | | | | | |
|---|---|---|---|---|---|
| 07056 | 00000 - Johnston, Susan | 5/31/05 | 0.50 | 107.20 | 53.60 |
| | Obtain IP pages; forward to client. | | | | |

**SC-11**

| | | | | | |
|---|---|---|---|---|---|
| 06824 | 00000 - Hahn, Eric M | 2/1/05 | 4.00 | 99.70 | 398.80 |
| | Package plant info | | | | |
| 06824 | 00000 - Hahn, Eric M | 2/8/05 | 2.00 | 99.70 | 199.40 |
| 06824 | 00000 - Hahn, Eric M | 2/10/05 | 2.00 | 99.70 | 199.40 |

**SC-10**

| | | | | | |
|---|---|---|---|---|---|
| 07276 | 00000 - Gutana, Elbert | 1/17/06 | 9.00 | 92.40 | 831.60 |
| | RHODES HOMES - WHITE HILLS CONSTRAINTS MAP EXHIBITS | | | | |

**SC-7**

| | | | | | |
|---|---|---|---|---|---|
| 06669 | 00000 - Elizondo, Sergio | 6/20/05 | 1.00 | 72.60 | 72.60 |
| | LOOK FOR ORIGINAL TOPO FROM KENNEY AERIAL. MAKE CD | | | | |
| 06400 | 00000 - Laahty, Vanissa L | 2/16/05 | 6.50 | 72.60 | 471.90 |
| | Started drafting figures for process flow diagrams | | | | |
| 06400 | 00000 - Laahty, Vanissa L | 2/17/05 | 5.50 | 72.60 | 399.30 |
| | completed process flow diagram | | | | |
| 06400 | 00000 - Laahty, Vanissa L | 2/22/05 | 0.50 | 72.60 | 36.30 |
| | Went to ftp site, copied and plotted LV material for report | | | | |

**SC-6**

| | | | | | |
|---|---|---|---|---|---|
| 06676 | 00000 - Pierce, Brooke D | 5/20/05 | 1.00 | 65.25 | 65.23 |
| | Project meeting to discuss project; update schedule | | | | |
| 06676 | 00000 - Pierce, Brooke D | 5/26/05 | 1.00 | 65.25 | 65.25 |
| | processing for plans to Jeff and grading plan to Jeff | | | | |
| 06676 | 00000 - Pierce, Brooke D | 5/27/05 | 1.00 | 65.25 | 65.25 |
| | Delivered Plans to client | | | | |
| 06676 | 00000 - Pierce, Brooke D | 6/2/05 | 0.50 | 65.25 | 32.63 |
| | processing for permit package | | | | |
| 06676 | 00000 - Pierce, Brooke D | 6/9/05 | 0.50 | 65.25 | 32.63 |
| | Attended Rhodes Weekly Meeting | | | | |
| 06676 | 00000 - Pierce, Brooke D | 6/23/05 | 0.50 | 65.25 | 32.63 |
| | Rhodes Meeting | | | | |
| 06676 | 00000 - Pierce, Brooke D | 7/12/05 | 0.50 | 65.25 | 32.63 |
| | processing for project emails and pick up at client's office | | | | |
| 06676 | 00000 - Pierce, Brooke D | 7/14/05 | 0.50 | 65.25 | 32.63 |
| | attended Rhodes Meeting | | | | |

**SC-3**

| | | | | | |
|---|---|---|---|---|---|
| 07279 | 00000 - Gittisriboongul, Tasnawa | 6/8/05 | 0.50 | 45.15 | 22.57 |
| | clerical - copies | | | | |
| 07279 | 00000 - Gittisriboongul, Tasnawa | 8/29/05 | 1.00 | 45.15 | 45.15 |
| | clerical - filing & labels | | | | |
| 07279 | 00000 - Gittisriboongul, Tasnawa | 8/30/05 | 4.50 | 45.15 | 203.18 |
| | driving: pay fees @ CCFD, Signatures @ CCWRD, LVVWD. Copies @ MDLO | | | | |
| 07279 | 00000 - Gittisriboongul, Tasnawa | 8/31/05 | 0.50 | 45.15 | 22.58 |
| | bundle of improvement plans to clark county signed mylars & duplicates | | | | |
| 07279 | 00000 - Gittisriboongul, Tasnawa | 9/2/05 | 1.00 | 45.15 | 45.15 |
| | clerical - filing | | | | |

**SC-1**

| | | | | | |
|---|---|---|---|---|---|
| 07208 | 00000 - Reindl, Roy | 5/5/05 | 1.00 | 30.20 | 30.20 |
| | drop-off plans to Rhodes | | | | |

ST-RH027564

Project:   17941.10.00  Rhodes White Hills Feasibility Lump S                                Invoice No:  0078621

| | | | | | | |
|---|---|---|---|---|---|---|
| 07208 | 00000 - Reindl, Roy | 5/17/05 | 1.50 | 30.20 | 45.30 | |
| | drop-off: plans/bond estimate to CC-Dev. Svcs.; IP's to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 5/25/05 | 1.00 | 30.20 | 30.20 | |
| | drop-off grading plan to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 5/31/05 | 1.00 | 30.20 | 30.20 | |
| | drop-off IP pages to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 6/3/05 | 0.50 | 30.20 | 15.10 | |
| | drop-off permit package to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 6/17/05 | 1.00 | 30.20 | 30.20 | |
| | drop-off aerial/topo to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 6/28/05 | 1.00 | 30.20 | 30.20 | |
| | drop-off revised exhibit to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 7/26/05 | 1.00 | 30.20 | 30.20 | |
| | pick-up docs. from Rhodes; drop-off agreement to LVVWD | | | | | |
| 07208 | 00000 - Reindl, Roy | 7/27/05 | 0.50 | 30.20 | 15.10 | |
| | pick-up contract from Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 9/16/05 | 1.50 | 30.20 | 45.30 | |
| | pick-up mylars/docs. and drop-off approved revisions at Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 9/27/05 | 0.50 | 30.20 | 15.10 | |
| | pick-up bond from Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 9/28/05 | 0.50 | 30.20 | 15.10 | |
| | drop-off improvement agreement to Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 10/5/05 | 1.00 | 30.20 | 30.20 | |
| | pick-up agreement from Rhodes | | | | | |
| 07208 | 00000 - Reindl, Roy | 10/11/05 | 0.50 | 30.20 | 15.10 | |
| | drop-off perf. bond, agreement and fees to CC-Dev. Svcs. (tilt) | | | | | |
| 07208 | 00000 - Reindl, Roy | 10/13/05 | 2.00 | 30.20 | 60.40 | |
| | drop-off perf. bond, agreement and fees to CC-Dev. Svcs.; pick-up SWPPP from Rhodes | | | | | |
| | Totals | | 196.00 | | 23,290.97 | |
| | **Total Labor** | | | | | 23,290.97 |
| | | | | | **Total this project** | **$23,290.97** |

Project:   17941.20.01  SUBS - White Hills Feasibility Hourly

**Consultants**

Subconsultant

| | | | | | |
|---|---|---|---|---|---|
| AP | 4076520 | 2/17/06  SWCA Inc / Invoice: 26213, 2/28/05 | | 130.00 | |
| | | **Total Consultants** | | 130.00 | 130.00 |
| | | | | **Total this project** | **$130.00** |

Project:   17941.81.12  Rhodes - Kingman - White Hills

|  |  |
|---|---|
| **Total this project** | **$0.00** |

Project:   17941.81.13  SUBS - Kingman - White Hills

|  |  |
|---|---|
| **Total this project** | **$0.00** |
| **Total this report** | **$23,420.97** |

Page 5



Date: 4/27/2006

Invoice No.    SCI Project # 17941.10.00
Rhodes Homes P.O. # KING-3 CO #4

Billing Period: January 1, 2006 to April 1, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 392,657.00 |
| Invoice Amount to Date | $ 339,950.89 |
| Balance Remaining | $ 52,706.11 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Topography & Aerial Mapping | $ 392,657.00 | $ 316,529.92 | $ 23,420.97 | $ 52,706.11 | 87% |
| Totals | $ 392,657.00 | $ 316,529.92 | $ 23,420.97 | $ 52,706.11 | |

**TOTAL AMOUNT DUE THIS INVOICE**      $ 23,420.97

Payment Requested By: _____      Date: _____
David Woo, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027566

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ White Hills _____

Property Location: _____ White Hills _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 78621 _____

Payment Amount: _____ $23,420.97 _____

Payment Period: _____ Through April 1, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____        _____ Stanley Consultants, Inc. _____
                                                Company Name

                                         By: _____

                                         Its: _____

ST-RH027567