# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

Approved ☐

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Description: 1-01-0700

Order #: WHMP1000-16
Date: 9/1/2005
Job: WHMP-1000 White Hills Master Plan

re-write

cc: Woo
Yamada
#17941.20.01  Tom A.
#17941.20.00  local
#17941.10.00  legal

RECEIVED
SEP 0 1 2005
STANLEY CONSULTANTS

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| WHMP-10 | 1-01-0700 | S | Feasibility | 237,310.00 | 0.00 | 237,310.00 |

2) White Hills Feasibility Study (LS & TM-NTE) KING-3 FOR $237,310.00

Totals:    237,310.00    0.00    237,310.00

BILL ROBERTS
Rhodes Homes                Date

Stanley Consultants, Inc    8/31/05 Date

Work Completed                Date

ST-RH034739