

**Stanley Consultants** INC.

August 07, 2005
Project No: 18084.22.00
Invoice No: 0069154

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

**Total This Invoice**

**$25,014.82**

Attn: Accounts Payable

For: Outlying Areas Site Planning

<u>Professional Services from February 01, 2005 to April 02, 2005</u>

**Professional Personnel**

|   | Hours | Rate | Amount |   |
|---|---|---|---|---|
| SC-15 | 12.00 | 136.15 | 1,633.80 | |
| SC-14 | 50.50 | 126.25 | 6,375.63 | |
| SC-8 | 76.00 | 79.70 | 6,057.20 | |
| SC-7 | 108.00 | 73.30 | 7,916.40 | |
| SC-4 | 18.50 | 52.30 | 967.55 | |
| Totals | 265.00 |  | 22,950.58 | |

**Total Labor**     22,950.58

**Reimbursable Expenses**
  Travel     110.04
    **Total Reimbursable Expenses**    110.04    110.04

**Unit Billing**
Car Mileage - 4WD    3,257.00 Miles @ 0.60    1,954.20
    **Total Units**    1,954.20    1,954.20

**Total This Invoice**    **$25,014.82**

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027456

# Billing Backup

Sunday, August 07, 2005

**THE STANLEY GROUP**  Invoice Dated August 07, 2005                      1:09:26 PM

**18084.22.00  Rhodes Outlying Areas Site Planning**

Invoice No:   0069154

**Professional Personnel**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|

**SC-15**

| 06799 | Dill, Alan W | 2/17/05 | 3.00 | 136.15 | 408.45 |
|---|---|---|---|---|---|

Coordiantion, scheduling and review.

| 06799 | Dill, Alan W | 3/17/05 | 9.00 | 136.15 | 1,225.35 |
|---|---|---|---|---|---|

Golden Valley site visit and research.

**SC-14**

| 07032 | Cummock, Richard M | 2/16/05 | 9.00 | 126.25 | 1,136.25 |
|---|---|---|---|---|---|

Aztec 80 corridor survey

| 07032 | Cummock, Richard M | 3/8/05 | 7.00 | 126.25 | 883.75 |
|---|---|---|---|---|---|

4hrs park site boundary,1 hrs aztec boundary,1hr rhodes general progress meeting, 1 hr aztec meeting, 2hrs park topo

| 07032 | Cummock, Richard M | 3/10/05 | 3.50 | 126.25 | 441.88 |
|---|---|---|---|---|---|

7 Hrs Park Site boundary 3.5 Hrs Aztec 80 boundary

| 07032 | Cummock, Richard M | 3/11/05 | 2.50 | 126.25 | 315.63 |
|---|---|---|---|---|---|

5 hrs-Aerial & Boundary control for Temple Bar 2.5 hrs- Boundary control for Aztec 80

| 07032 | Cummock, Richard M | 3/11/05 | -2.50 | 126.25 | -315.63 |
|---|---|---|---|---|---|

5 hrs-Aerial & Boundary control for Temple Bar 2.5 hrs- Boundary control for Aztec 80

| 07032 | Cummock, Richard M | 3/14/05 | 4.00 | 126.25 | 505.00 |
|---|---|---|---|---|---|

5hrs Aztec 80 boundary 4hrs Aztec 60 & Parksite topo update

| 07032 | Cummock, Richard M | 3/17/05 | 9.00 | 126.25 | 1,136.25 |
|---|---|---|---|---|---|

Mohave County Parcels Site Visit with Alan Dill

| 07032 | Cummock, Richard M | 3/18/05 | 2.00 | 126.25 | 252.50 |
|---|---|---|---|---|---|

2 hrs Dolan Springs well location 6hrs Temple Bar Boundary

| 07032 | Cummock, Richard M | 3/22/05 | 7.00 | 126.25 | 883.75 |
|---|---|---|---|---|---|

White Hills- additional aerial work control

| 07032 | Cummock, Richard M | 3/24/05 | 9.00 | 126.25 | 1,136.25 |
|---|---|---|---|---|---|

Golden Valley additional work

**SC-8**

| 06844 | Davis, William A | 2/3/05 | 11.00 | 79.70 | 876.70 |
|---|---|---|---|---|---|

Layout / Set test hole pits 1-12 (maybe T&M)

| 06844 | Davis, William A | 2/16/05 | 14.00 | 79.70 | 1,115.80 |
|---|---|---|---|---|---|

Shoot Monuments for N-S Corridor West of Azted Road; For transmition line that runs North Westerly, shoot 4 corners of towers; Power Line in Section 22 & 27 shoot Center Line of poles; Static observations for Control

| 06844 | Davis, William A | 2/24/05 | 9.00 | 79.70 | 717.30 |
|---|---|---|---|---|---|

White Hills - Layout well sites (5h); Golden Valley - Layout well sites (4h)

| 06844 | Davis, William A | 3/7/05 | 10.00 | 79.70 | 797.00 |
|---|---|---|---|---|---|

AZTEC 60 - Layout test holes 1012 through 1029 (4h); AZTEC 80 - Layout test holes 1030 - 1051

| 06844 | Davis, William A | 3/8/05 | 9.00 | 79.70 | 717.30 |
|---|---|---|---|---|---|

Hard Shots on A/C, Power Poles, Corregated Drainage Pipes; Boundary

Project:  18084.22.00  Rhodes Outlying Areas Site Planning					Invoice No:  0069154

| | | | | | | |
|---|---|---|---|---|---|---|
| 06844 | Davis, William A | | 3/11/05 | 4.00 | 79.70 | 318.80 |
| | Aztec 80-Search/locate boundary ties (6h); Section 34-Search/locate boundary ties (4h) | | | | | |
| 06844 | Davis, William A | | 3/14/05 | 8.50 | 79.70 | 677.45 |
| | Golden Valley - Shoot 4 corners of towers for transmission line that runs northwesterly (5h); Shoot centerline of power poles for power line in sections 22 & 27 (3.5h) | | | | | |
| 06844 | Davis, William A | | 3/16/05 | 10.50 | 79.70 | 836.85 |
| | Temple Bar - Locate water well (2.5h); Set poles at section corners & 1/4 corners (8h) | | | | | |
| **SC-7** | | | | | | |
| 06791 | Friday, Charles R | | 2/16/05 | 14.00 | 73.30 | 1,026.20 |
| | Shoot Monuments for N-S Corridor West of Azted Road; For transmition line that runs North Westerly, shoot 4 corners of towers; Power Line in Section 22 & 27 shoot Center Line of poles; Static observations for Control | | | | | |
| 06791 | Friday, Charles R | | 2/18/05 | 6.00 | 73.30 | 439.80 |
| | WHITE HILLS - Set Panels (6h); TEMPLE BAR - Set Panels (6h) | | | | | |
| 06791 | Friday, Charles R | | 2/25/05 | 2.00 | 73.30 | 146.60 |
| | Layout panels in White Hills (2h); Layout panels in Temple Bar (10h) | | | | | |
| 06791 | Friday, Charles R | | 2/28/05 | 14.50 | 73.30 | 1,062.85 |
| | TEMPLE BAR - Static NGS stations Duke and Range; Locate & Tie in Panels; Locate & Tie in section and Quarter Corners | | | | | |
| 06791 | Friday, Charles R | | 3/4/05 | 10.50 | 73.30 | 769.65 |
| | WHITE HILLS - Boundary / Control Ties sections 17; T27N, R20W, Section 25; T27N, R21W | | | | | |
| 06791 | Friday, Charles R | | 3/7/05 | 10.00 | 73.30 | 733.00 |
| | AZTEC 60 - Layout test holes 1012 through 1029 (4h); AZTEC 80 - Layout test holes 1030 - 1051 | | | | | |
| 06791 | Friday, Charles R | | 3/8/05 | 14.50 | 73.30 | 1,062.85 |
| | Hard Shots on A/C, Power Poles, Corregated Drainage Pipes (8.5h); Boundary (6h) | | | | | |
| 06791 | Friday, Charles R | | 3/10/05 | 13.50 | 73.30 | 989.55 |
| | Topo-Aztec 60 Sec-22 (5h); Boundary-Section 34-Park (8.5) | | | | | |
| 06791 | Friday, Charles R | | 3/11/05 | 4.00 | 73.30 | 293.20 |
| | Aztec-80-Search/locate boundary ties (6h); Section 34-Search/locate boundary ties (4h) | | | | | |
| 06791 | Friday, Charles R | | 3/14/05 | 8.50 | 73.30 | 623.05 |
| | Golden Valley - Shoot 4 corners of towers for transmission line that runs northwesterly (5h); Shoot centerline of power poles for power line in sections 22 & 27 (3.5h) | | | | | |
| 06791 | Friday, Charles R | | 3/16/05 | 10.50 | 73.30 | 769.65 |
| | Temple Bar - Locate water well (2.5h); Set poles at section corners & 1/4 corners (8h) | | | | | |
| **SC-4** | | | | | | |
| 07092 | Bishop, Jeffrey L | | 2/3/05 | 11.00 | 52.30 | 575.30 |
| | set test hole pits | | | | | |
| 06929 | Encarnacion, Ryan | | 2/25/05 | 2.00 | 52.30 | 104.60 |
| | Layout panels in White Hills (2h); Layout panels in Temple Bar (10h) | | | | | |
| 07194 | Fralix, Deborah | | 3/14/05 | 1.00 | 52.30 | 52.30 |
| | Timesheets | | | | | |
| 07194 | Fralix, Deborah | | 3/16/05 | 1.00 | 52.30 | 52.30 |
| | Timesheets | | | | | |
| 07194 | Fralix, Deborah | | 3/17/05 | 1.50 | 52.30 | 78.45 |
| | Timesheets | | | | | |

| Project: | 18084.22.00 Rhodes Outlying Areas Site Planning | | | | | Invoice No: 0069154 | |
|---|---|---|---|---|---|---|---|
| 07194 Timesheets | Fralix, Deborah | | 3/21/05 | 1.00 | 52.30 | 52.30 | |
| 07194 Filing | Fralix, Deborah | | 3/23/05 | 0.50 | 52.30 | 26.15 | |
| 07194 Filing | Fralix, Deborah | | 3/25/05 | 0.50 | 52.30 | 26.15 | |
| | | Totals | | 265.00 | | 22,950.58 | |
| | | **Total Labor** | | | | | 22,950.58 |

**Reimbursable Expenses**

Travel

| EX 0015769 | 3/18/05 Davis, William A / ER | | 110.04 | |
|---|---|---|---|---|
| | **Total Reimbursables** | | **110.04** | **110.04** |

**Unit Billing**

| Car Mileage - 4WD | 3,257.00 Miles @ 0.60 | 1,954.20 | |
|---|---|---|---|
| **Total Units** | | **1,954.20** | **1,954.20** |
| | | **Total this report** | **$25,014.82** |

ST-RH027459