

## TYPICAL MINOR ARTERIAL STREET SECTION
(PUBLIC)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

### RHODES HOMES ARIZONA, LLC
### GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-E

DATE: 20 DEC 2005
REV:

CL01717



## TYPICAL MINOR ARTERIAL STREET SECTION
### WITH MEDIAN    (PUBLIC)    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE 1-F

DATE: 20 DEC 2005
REV:

CL01718



## TYPICAL LOOP RD. #1 STREET SECTION
(PUBLIC)                                                    NOT TO SCALE

* – 91' IF ADJACENT TO GOLF COURSE
** – 4.5' IF ADJACENT TO GOLF COURSE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE: 20 DEC 2005
REV:

CL01719



* – 117' IF ADJACENT TO GOLF COURSE
** – 13' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

| SCALE: NOT TO SCALE | |
|---|---|
| **FIGURE I-H** | DATE: 20 DEC 2005 <br> REV: |

CL01720



\* – 139' IN LOCATIONS ADJACENT TO GOLF COURSE
\*\* – 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL MAJOR ARTERIAL STREET SECTION

(PUBLIC)                                                                 NOT TO SCALE
NORTH OF GOLF COURSE FROM
ROUND−A−BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369−9396  Fax (702) 369−9793

SCALE: NOT TO SCALE

FIGURE I−I−1

DATE: 20 DEC 2005
REV:

CL01721



PL/PUE    R/W    ℄ *152    R/W    PL/PUE

24' VERT C.&G. (TYPE "A")    *102' ROW (PUBLIC)    24' VERT C.&G. (TYPE "A")

COMMON ELEMENT    COMMON ELEMENT

TYPE "A" SINGLE CURB 36'    25' COMMON ELEMENT    TYPE "A" SINGLE CURB 36'

11'    11'    11'    11'    6'    8'

LOT DIMENSION VARIES    1.5%    2%    2%    1.5%    LOT DIMENSION VARIES

5' MEANDERING SIDEWALK    8' BIKE LANE    5' MEANDERING SIDEWALK
8' PARKING

* – 139' IN LOCATIONS ADJACENT TO GOLF COURSE
** – 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL INTERMEDIATE MAJOR ARTERIAL
STREET SECTION
(PUBLIC)                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369–9396  Fax (702) 369–9793

SCALE: NOT TO SCALE

FIGURE 1-1-2

DATE: 20 DEC 2005
REV:

CL01722



# TYPICAL 100' RIGHT-OF-WAY
## HALF STREET SECTION
(PUBLIC)
SECTION LINE ROADWAYS

NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-J

DATE:  20 DEC 2005
REV: _____

CL01723



LOT DIMENSION

PL

25' P U E & BC–BC
(PRIVATE)

PL

LOT DIMENSION

℄

10.5'                    10.5'

VARIES

FOG SEAL

PG

2%                    2%

VARIES

24" RIBBON CURB TYPE B
PER MAG STANDARD DETAIL 220

PRIME COAT

2" ASPHALT OVER 6" TYPE II
BASE AT 95% COMPACTION

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON
ADDITIONAL R–VALUE TESTS PERFORMED DURING
CONSTRUCTION OF THE ACTUAL SUBGRADE
MATERIALS AND TRAFFIC INFORMATION.

## TYPICAL ALLEY STREET SECTION
(PRIVATE)                                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369–9396  Fax (702) 369–9793

SCALE: NOT TO SCALE

FIGURE I-K

DATE: 20 DEC 2005
REV:

CL01724



**DRAINAGE EASEMENT
TO BE PRIVATELY MAINTAINED**
N T S



**REMOVABLE BOLLARD DETAIL**
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE II-B**

DATE: 20 DEC 2005
REV:

CL01725



RETAINING WALL & SCHEDULE
NO SCALE

SCREEN WALL DETAIL
NO SCALE   (LEVEL BACKFILL ONLY)

---

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE II-C-1

DATE: 20 DEC 2005
REV:

CL01726





DAMPPROOFING
SEE GENERAL STRUCTURAL NOTES

2"ø DRAIN @ 8'-0" O.C.
MAINTAIN FREE OF GROUT
MORTAR OR BACKFILL

DRAINSTAR STRIP DRAIN, CONTINUOUS
INSTALL PER MANUFACTURER'S SPECIFICATIONS

NATIVE BACKFILL

2% SLOPE

RETAINING WALL W/ FOOTING

__DRAIN DETAIL__
NO SCALE

1/2" x 6" EXPANSION JOINT
FILLER, LOCATE FLUSH W/ BACK
FACE OF WALL

WALL STEEL IN GROUT

DISCONTINUE JOINT REINFORCING AND
BOND BEAM REINFORCING AT JOINT

CONSTRUCTION JOINT DETAIL
NO SCALE

## GENERAL STRUCTURAL NOTES:

1  REINFORCING STEEL SHALL CONFORM TO ASTM A615, GRADE 60

2  CONCRETE SHALL HAVE MINIMUM STRENGTH OF 3500 psi AT 28 DAYS USING TYPE V CEMENT PER ASTM C150. (DESIGN BASED ON f'c=2500 psi  NO SPECIAL INSPECTION REQUIRED)

3  MASONRY UNITS SHALL BE ASTM C90, GRADE N-1 HOLLOW CONCRETE UNITS. MASONRY DESIGN STRESS IS AS FOLLOWS: 8" CMU f.m=1500 psi, 12" CMU f'm = 1800 psi. FULL STRESSES ARE USED WHERE SPECIAL INSPECTION IS SPECIFIED  SPECIAL INSPECTION SHALL BE PER THE 1997 UBC SECTION 1701

4  MORTAR SHALL BE ASTM C270 TYPE "M" OR "S" WITH MINIMUM STRENGTH OF 1800 psi AT 28 DAYS USING TYPE V CEMENT PER ASTM C1500

5  GROUT SHALL BE PER ASTM C476 WITH A MINIMUM STRENGTH OF 2000 psi AT 28 DAYS USING TYPE V CEMENT PER ASTM C-150

6  HORIZONTAL JOINT REINFORCING SHALL BE 9-GA. LADDER TYPE PER UBC STD 21-10 WITH LAP SPLICES OF 12" MINIMUM INCLUDING CORNERS AND INTERSECTIONS

7  UNLESS OTHERWISE NOTED, ALL CONSTRUCTION SHALL CONFORM TO THE UNIFORM BUILDING CODE, LATEST EDITION, AND PER STANDARD SPECIFICATIONS FOR THE CITY OF HENDERSON, NEVADA BUILDING DEPARTMENT

8  ALL WALLS ARE SUBJECT TO APPROVAL BY THE CITY OF HENDERSON NEVADA BUILDING DEPARTMENT

9  SOLID GROUT ALL MASONRY UNITS THAT ARE AT OR BELOW FINISH GRADE

10  ALL CORNERS OR ANGLES SHALL BE TIED TOGETHER WITH REINFORCING STEEL AND GROUTED SOLID.

11  WHERE VERTICAL GROUT POURS ARE NOT CONTINUOUS FOR THE ENTIRE HEIGHT OF THE WALL, TERMINATE LIFT 1 1/2" BELOW TOP OF TOP BLOCK TO FORM A KEY FOR FUTURE LIFTS

12  LOCATE CONTROL JOINTS IN RETAINING WALL AT A MAXIMUM SPACING OF 24'-0"

13  BOND BEAMS AND JOINT REINFORCING SHALL NOT BE CONTINUOUS THROUGH WALL CONSTRUCTION JOINTS

14  WALLS SHALL BE STEPPED ONLY AS SHOWN ON THE PLANS

15  IF ACTUAL HEIGHT OF WALL IS NOT LISTED IN TABLE USE STEEL AND DIMENSIONS FOR NEXT HIGHEST WALL LISTED

16  DAMPPROOFING. DAMPPROOFING SHALL BE AS FOLLOWS:

   A.  APPLY WATCHDOG WATERPROOFING MEMBRANE, AS MANUFACTURED BY KOCH MATERIALS COMPANY, OVER SOIL SIDE OF RETAINING WALL. APPLICATION OF THE WATCHDOG WATERPROOFING MEMBRANE SHALL BE IN ACCORDANCE WITH THE MANUFACTURER'S PRINTED INSTRUCTIONS

   B.  INSTALL A 24-MIL DIMPLED HDPE MEMBRANE OVER KOCH WATCHDOG MEMBRANE. PROVIDE DELTA-MS AS MANUFACTURED BY COSELLA - DORKEN  APPLICATION OF THE DELTA-MS SYSTEM SHALL BE IN ACCORDANCE WITH THE MANUFACTURER'S PRINTED INSTRUCTIONS DETAILS AND MATERIALS.

17  BACKFILL BEHIND WALLS SHALL BE COMPACTED TO 90% OF STANDARD PROCTOR DENSITY

18  WHERE RETAINING WALLS ARE SHOWN ON PERIMETER STREETS. USE DECORATIVE BLOCK TO MATCH THOSE OF THE PERIMETER WALLS.

19  SOILS REPORT PREPARED BY KLEINFELDER INC  PROJECT No. 21158 DATED OCT 03  2002

   ALLOWABLE SOILS BEARING PRESSURE = 2500 psf FOR 12' WIDE FOOTING PLUS 800 psf FOR EACH ADDITIONAL FOOT OF WIDTH OF FOOTING 5000 psf MAXIMUM.
   SOIL ACTIVE PRESSURE = 35 psf/ft (LEVEL)
   SOIL PASSIVE PRESSURE = 300 psf/ft
   COEFFICIENT OF FRICTION = 0.40

---

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE II-C-2**

DATE: 20 DEC 2005
REV:

CL01727



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396 Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

SCALE: NOT TO SCALE

FIGURE II-D-1

DATE: 20 DEC 2005
REV:

CL01728

REINFORCED CONCRETE RETAINING WALL TYPES 1A & 1B

TYPE 1A - REINFORCED CONCRETE RETAINING WALL
TABLE OF DIMENSIONS AND REINFORCING STEEL

TYPE 1B - REINFORCED CONCRETE RETAINING WALL
TABLE OF DIMENSIONS AND REINFORCING STEEL

TYPICAL SECTION

NEVADA DEPARTMENT OF TRANSPORTATION
TYPES 1A & 1B
CANTILEVER CONCRETE RETAINING WALLS



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE II-D-2

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

CL01729



TYPICAL SECTION

REINFORCED CONCRETE RETAINING WALL TYPE 2

| Backfill Condition | Wall Type Required for Seismic Acceleration | |
|---|---|---|
| | 0.15g | 0.40g |
| Level backfill w/surcharge | 2 | 2 |
| Sloping backfill w/o surcharge | | |
| Slope ≤ 3:1 | 2 | 2 |
| 3:1 < Slope ≤ 2:1 | 2 | ⁕ |

⁕ Special design required

STANDARD BAR LAPS

| BAR # | UNCOATED | EPOXIED |
|---|---|---|
| 4 | 20" | 23" |
| 5 | 25" | 30" |
| 6 | 31" | 36" |
| 7 | 39" | 45" |
| 8 | 51" | 59" |
| 9 | 58" | 67" |
| 10 | 75" | 85" |
| 11 | 91" | 102" |

TYPE 2 - REINFORCED CONCRETE RETAINING WALL
TABLE OF DIMENSIONS AND REINFORCING STEEL

| | Design H | 4' | 6' | 8' | 10' | 12' |
|---|---|---|---|---|---|---|
| Layout and reinforcement steel | W | 4'-1" | 5'-1" | 6'-7" | 8'-0" | 9'-6" |
| | | 1'-4" | 1'-4" | 1'-6" | 1'-6" | 1'-10" |
| | Batter, Z | 0 | 0 | 0 | 3/8 | 3/4 |
| | ⓐ bars | #5@12" | #6@16" | #5@12" | #6@10" | #7@10" |
| | ⓑ bars | #5@12" | #6@16" | #5@12" | #6@10" | #7@10" |
| End & Grip | Concrete ft³/ft | 9.5 | 12.8 | 17.9 | 23.5 | 33.9 |
| | Reinf lb/ft | 33 | 45 | 61 | 80 | 111 |
| Max Pressure (ksf) | Level Backfill w/surcharge | 1.8 | 2.4 | 2.8 | 3.2 | 3.7 |
| | Level Backfill @ 0.15g | 1.4 | 1.8 | 2.1 | 2.5 | 2.9 |
| | Level Backfill @ 0.40g | 1.6 | 2.2 | 2.6 | 3.0 | 3.5 |
| | Slope ≤ 3:1 | 1.2 | 1.7 | 2.3 | 2.7 | 3.4 |
| | Slope ≤ 3:1 @ 0.15g | 1.4 | 2.1 | 2.7 | 3.3 | 4.0 |
| | Slope ≤ 3:1 @ 0.40g | 2.0 | 3.3 | 4.3 | 5.2 | 6.4 |
| | 3:1 < Slope ≤ 2:1 | 1.3 | 2.0 | 2.6 | 3.1 | 3.8 |
| | 3:1 < Slope ≤ 2:1 @ 0.15g | 1.6 | 2.9 | 3.8 | 4.7 | 5.8 |

NOTES:

1. FOR GENERAL NOTES SEE B-30.1.3

2. FOR DETAILS NOT SHOWN AND DRAINAGE REQUIREMENTS SEE SHEETS B-30.1.3 THRU B30-1.5.

3. ROUGHEN CONSTRUCTION JOINT SURFACE TO ¼" AMPLITUDE.

4. GEOTECHNICAL ENGINEER WILL VERIFY MAXIMUM ALLOWABLE BEARING PRESSURES FOR ACTUAL SITE SOIL CONDITIONS.

NEVADA DEPARTMENT OF TRANSPORTATION

TYPE 2
CANTILEVER CONCRETE
RETAINING WALL

Signed Original On File B-30.1.2     (502)
CHIEF BRIDGE ENGINEER    ADOPTED 12/92    REVISION 7/24





CL01731

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE II-D-4

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:

WEEP HOLE

DETAIL C

WALL EXPANSION JOINTS
AND WEAKENED PLANES

PLAN OF WALL WITH
EXPANSION JOINT ONLY

PLAN OF WALL WITH
EXPANSION JOINT AND WATERSTOP

SECTION
WEAKENED PLANES

DETAIL A

WALL EXPANSION JOINT
WITH WATERSTOP

WATERSTOP

WEEP HOLE NOTES:

WATERSTOP NOTES:

NEVADA DEPARTMENT OF TRANSPORTATION

CANTILEVER CONCRETE
RETAINING WALL
DETAILS No. 2

Signed Original On File
CHIEF BRIDGE ENGINEER



CL01732



REAR PROPERTY
LINE

SIDEWALK
CURB & GUTTER
STREET

SLAB

PERSPECTIVE

1   SLOPE FROM REAR TO SWALE
2.  SLOPE FROM HOUSE TO SWALE
3.  SLOPE FROM HOUSE TO SIDE SWALE
4.  REAR SWALE (10' MIN. FROM REAR OF HOUSE)
5   SIDE SWALE (MINIMUM 0.5%)
6   SLOPE FROM HOUSE TO SIDEWALK
7   SLOPE OF STREET

### TYPICAL LOT GRADING
*N.T.S*

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE III-A

DATE: 20 DEC 2005
REV:

CL01733



4' SIDEWALK (ONE SIDE)          BACK OF CURB
* SIDE SETBACK TO BE 15' FOR CORNER LOT

## TYPICAL SETBACKS FOR ALL LOTS
NTS

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE III-B

DATE: 20 DEC 2005
REV:

CL01734

# LOT GRADING DETAILS



### REAR YARD SECTION AT PERIMETER STREET
N.T.S.



### REAR YARD SECTION AT PERIMETER BOUNDARY
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE III-C

DATE: 20 DEC 2005
REV:

CL01735

# LOT GRADING DETAILS



P/L

1' OVER BUILD

HIGH PAD

VARIES

2:1 MAX

LOW PAD

**REAR YARD SECTION WITH SCARP**
N.T.S.



P/L

1' OVER BUILD

PAD

GOLF COURSE/
OPEN SPACE

**REAR YARD SECTION AT GOLF
COURSE / OPEN SPACE**
N.T.S.

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-D**

DATE: 20 DEC 2005
REV:

CL01736

# LOT GRADING DETAILS



P/L

VIEW FENCE

1' MIN

HIGH PAD

RETAINING

LOW PAD

4" MIN

## REAR / SIDE YARD SECTION WITH RETAINING
N.T.S.



P/L

1' OVER BUILD

HIGH PAD

2:1 MAX

2' MAX
NO RETAINING
(PAD TO PAD)

LOW PAD

## SIDE YARD SECTION – NO RETAINING
N.T.S.

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-E**

DATE: 20 DEC 2005
REV:

CL01737

# LOT GRADING DETAILS



### SIDE YARD CORNER LOT SECTION AT COLLECTOR WITH RETAINING
N T S



### SIDE YARD CORNER LOT SECTION AT COLLECTOR – NO RETAINING
N.T.S

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-F**

DATE: 20 DEC 2005
REV:

CL01738

# LOT GRADING DETAILS



### SIDE YARD CORNER LOT SECTION WITH RETAINING
N.T.S.



### SIDE YARD CORNER LOT SECTION NO RETAINING
N.T.S

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE III-G

DATE: 20 DEC 2005
REV: _____

CL01739



BACK OF
CURB/P L

4' S/W

PRIVATE
STREET

STREET LIGHT
FOUNDATION

LOT
LINE

STREET LIGHT

1.0' (MIN )
TO FACE OF POLE

NOTE:
ALL DIMENSIONS ON
THIS PLAN SHALL
HAVE PRIORIY OVER
DIMENSIONS SHOWN ON
THE STANDARD DETAIL

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT
ADJACENT TO A SIDEWALK, FACE OF POLE TO
BE 3' FROM BACK OF CURB

## STREETLIGHT LOCATION
N.T S

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE:  NOT TO SCALE

FIGURE IV-A

DATE:  20 DEC 2005
REV:

CL01740



NOTES:
1. SEE GENERAL NOTES STANDARD DRAWING NO. 313.
2. SEE STANDARD DRAWING NO. 319 FOR DETAIL OF POLE BASE.
3. SEE STANDARD DRAWING NO. 318 FOR DETAIL OF POLE CAP.

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 506 | STEEL STRUCTURES | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | STREETLIGHT STANDARD WITH 2" PIPE ARM |
| 715 | GALVANIZING | |
| | | |
| | | |
| | | DATE 12-12-96  DWG. NO. 314  PAGE NO.  74 |



# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-B**

DATE: 20 DEC 2005
REV: _____

CL01741



BEHIND CURBSIDE SIDEWALK

BACK PORTION OF CURBSIDE SIDEWALK (NOT FOR NEW CONSTRUCTION)

**NOTES:**

1. FOUNDATIONS SHALL BE LOCATED OUTSIDE OF THE SIDEWALK WHENEVER FEASIBLE. A CLEARANCE OF 36" SHALL BE MAINTAINED ON SIDEWALK TO COMPLY WITH THE AMERICANS WITH DISABILITIES ACT.

2. FOUNDATION CAP SHALL BE CONCRETE OR GROUT AS DESIGNATED BY THE ENTITY ENGINEER.

OPEN AREA OR BETWEEN CURB AND SIDEWALK

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | LIGHTING STANDARD SETBACK |
| | | |
| | | |
| | | |

| DATE 7-8-04 | DWG. NO.   320 | PAGE NO.   80 |
|---|---|---|

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-C**

DATE:  20 DEC 2005
REV:

CL01742



CAST IRON OR NON-CONDUCTIVE
COVER FOR PEDESTRIAN AREAS

BRASS "L" BOLT AND NUT

COVER

BODY

EXTENSION
AS SPECIFIED BY THE ENGINEER

| PULL BOX | | | |
|---|---|---|---|
| | SIZE (COMMERCIAL DESIGNATION) | | |
| | 3-1/2 | 5 | 7 |
| A | 15 | 21-3/4 | 30-5/8 |
| B | 10 | 11-3/4 | 17-5/8 |
| C | 3/4 | 2 | 2 |
| D | 19-3/8 | 25 | 34-3/4 |
| E | 14-3/8 | 15 | 21-3/4 |
| F | 12 | 12 | 12 |
| G | N/A | 10-1/4 | 11-1/2 |

NOMINAL DIMENSION IN INCHES

NOTES:

1  COVERS INSTALLED IN TRAFFIC AND OPEN AREAS
   ACCESSIBLE TO TRAFFIC SHALL BE PER
   STANDARD DRAWING NO. 327

2  SEE STANDARD DRAWING NO. 323 FOR
   COVER GROUNDING.

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 503 | PRECAST PRESTRESSED CONCRETE MEMBERS | PRECAST REINFORCED CONCRETE PULL BOX |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | |

DATE 12-12-96 | DWG. NO.  326 | PAGE NO.  86

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-D

DATE: 20 DEC 2005
REV: _____

CL01743



**UTILITY BOXES IN SIDEWALK**

**UTILITY BOXES BETWEEN DRIVEWAYS**

NOTE:

PROVIDE A MINIMUM OF 8" AROUND ALL BOXES
ANY BOX SHALL NOT BE PLACED WITHIN 3'-3" OF
FIRE HYDRANTS IN DRIVEWAYS OR DRIVEWAY APRONS.
THIS DRAWINGS IS NOT INTENDED TO LIMIT THE NUMBER
OF BOXES BETWEEN DRIVEWAYS TO TWO

**TYPICAL SECTION**

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 505 | REINFORCING STEEL | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | UTILITY PULL BOX LOCATIONS SIDEWALK AND BETWEEN DRIVEWAYS |
| | | |
| | | |
| | | |
| DATE 12-12-96 | DWG. NO.   328 | PAGE NO.    88 |

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-E**

DATE:  20 DEC 2005
REV: -

CL01744



SERVICE PEDESTAL ENCLOSURE, 12 GA. SHEET METAL BODY AND EQUIPMENT MOUNTING PANEL 14 GA. FRONT COVER(S) AND 16 GA. MIN. FOR ALL OTHER PANELS. ALL SHEET METAL SHALL BE FINISHED WITH ZINC CHROMATE PRIMER AND GREEN BAKED ENAMEL OR POWDER COAT FINISH. METERING SECTION PER P U E S E R. STANDARDS

UTILITY METER SECTION, 125 OR 200 AMP AS NEEDED. 120/240 VOLT 1 PHASE, 3 WIRE. THE SECTION SHALL HAVE A HINGED COVER WITH PADLOCK TAB

CIRCUIT BREAKER DISTRIBUTION SECTION, 125 OR 200 AMP AS NEEDED. 120/240 VOLT, 1 PHASE, 3 WIRE. THE SECTION SHALL BE COMPLETE WITH SEPARATE DEAD FRONT, COPPER BUSSING, SPACE FOR A MINIMUM OF TEN FULL SIZE (1") GE TYPE PLUG-IN CIRCUIT BREAKERS (EXCLUDING MAIN BREAKER). COPPER NEUTRAL/GROUNDING BUS AND MAIN BREAKER AS SPECIFIED BY THE ENGINEER. THE SECTION SHALL BE FACTORY WIRED TO THE METER SECTION WITH THE APPROPRIATE SIZE COPPER CONDUCTORS

EQUIPMENT MOUNTING PANEL, 10" H X 12" W MIN., OPEN OR ENCLOSED. FOR LIGHTING CONTACTORS AS NEEDED

DISTRIBUTION AND EQUIPMENT SECTION COVER WITH PADLOCK TAB

BASE AND ENCLOSURE WIDTH (16" TYP.)

UTILITY METER SECTION

BASE DEPTH (16" TYP.)

ENCLOSURE DEPTH (17" TYP.)

CIRCUIT BREAKER DISTRIBUTION SECTION

EQUIPMENT MOUNTING PANEL

UTILITY SERVICE ENTRANCE CONDUCTOR PULL SPACE PER SERVING UTILITY REQUIREMENTS.

PULL SPACE ACCESS DOOR WITH HANDLE, PER SERVING UTILITY

TYPICAL MOUNTING BASE DETAIL
(DIMENSIONS MAY VARY DEPENDING ON MANUFACTURER)

SEPARATE PEDESTAL ENCLOSURE MOUNTING BASE (OPTIONAL)

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 506 | STEEL STRUCTURES | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | SINGLE METER SERVICE PEDESTAL |
| | | |
| | | |

DATE 8-12-99 | DWG. NO.  330 | PAGE NO.  90

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-F

DATE: 20 DEC 2005
REV: —

CL01745



**BEHIND SIDEWALK (FOR WIDTHS LESS THAN 5 FT.)**

**BACK PORTION OF SIDEWALK (FOR WIDTHS OF 5 FT. OR GREATER)**

**OPEN AREA**

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | SERVICE PEDESTAL SETBACK |
| | | |
| | | |

| DATE 12-12-96 | DWG. NO.  331 | PAGE NO.  91 |
|---|---|---|

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-G**

DATE:  20 DEC 2005
REV:

CL01746



PEDESTAL ℄

SERVICE PEDESTAL

ANCHOR BASE, BOLT SPACING PER MANUFACTURER'S RECOMMENDATIONS

4" MIN. — 6" MAX CONCRETE CAP

FINISHED GRADE

BRONZE ANCHOR BOLT GROUNDING CONNECTORS, UL LISTED FOR UNDERGROUND USE (ONE PER BOLT) SEE NOTE 1

ANCHOR BOLT, TYP., 3/8" X 18" X 2" HOT-DIP GALVANIZED WITH 2 CORROSION RESISTANT NUTS AND 2 FLAT WASHERS PER BOLT

2" PVC SERVICE ENTRANCE CONDUIT

#4 AWG SINGLE-STRAND BARE COPPER GROUNDING CONDUCTOR

CONCRETE FOUNDATION

15# FELT (2 LAYERS)

GROUNDING PLATE PER NEC 250-83

TOP OF ANCHOR BOLTS 5"@1/2" AT SIDEWALK 6"@1/2" IN OPEN AREA

TAPER 1" MIN. TO SIDEWALK 2" MIN. TO OPEN AREA GRADE

CURB

27" MIN.

24" MIN. — 36" MAX.

3" MAX. TOP OF FOUNDATION

3' MIN.

1-1/4" PVC CONDUIT

24 SQUARE

1. 125 AMP SERVICE: 2" CONDUIT, 2 #1 THW AND 1 #6 WHITE THW
   200 AMP SERVICE: 2" CONDUIT 2 #3/0 THW AND 1 #2 WHITE THW

**NOTES:**

1. BARE COPPER GROUNDING CONDUCTOR SHALL BE LOOPED AROUND ANCHOR BOLTS ONE TIME AND CONNECTED TO EACH ANCHOR BOLT BEFORE CONTINUING DOWN TO THE GROUNDING PLATE.
2. CABINET COVERS SHALL BE PARALLEL WITH CURB
3. IN AREAS WHERE R/W PERMITS, THE CONCRETE BASE SHALL BE PLACED AT AT THE BACK EDGE OF THE SIDEWALK.
4. CABINET COVERS SHALL OPEN TOWARDS THE STREET WHEN CABINETS ARE LOCATED AT BACK OF WALK.  CABINET COVERS SHALL OPEN PARALLEL TO THE SIDEWALK FACING THE DIRECTION OF TRAFFIC WHEN LOCATED WITHIN THE SIDEWALK.
5. WIRE SIZES ARE BASED ON UNDERGROUND FEED
6. WIRE SIZES SHALL BE INCREASED FOR VOLTAGE DROP LIMITATION WHEN RUN IS LONG

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | SERVICE PEDESTAL FOUNDATION |
| | | (EXCEPT CLARK COUNTY AND CITY OF LAS VEGAS) |
| | | DATE 2-10-00 | DWG. NO. 332 | PAGE NO. 92 |

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-H**

DATE: 20 DEC 2005
REV:

CL01747



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396 Fax (702) 369-9793

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

**FIGURE V-A-1**

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

CL01748

**NOTES:**

1. SIDEWALK CONSTRUCTION SHALL CONFORM TO SECT. 340.

2. EXPANSION JOINT FILLER SHALL BE 1/2" BITUMINOUS TYPE PREFORMED EXPANSION JOINT FILLER, A.S.T.M. D-1751.

3. LARGE AGGREGATE, IN CONTRACTION JOINT, SHALL BE SEPARATED TO A DEPTH OF 1", FINISH DEPTH SHALL BE A MINIMUM OF 3/4".

4. EXPANSION JOINT 100' MAXIMUM SPACING PER SECT. 340.

**EXPANSION JOINT**

**CONTRACTION JOINT**

| DETAIL NO. 230 | MARICOPA ASSOCIATION of GOVERNMENTS | STANDARD DETAIL ENGLISH | SIDEWALKS | REVISED | DETAIL NO. 230 |



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

**FIGURE V-A-2**

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:

CL01749



**NOTES:**

1. DEPRESSED CURB SHALL BE PAID FOR AT THE UNIT PRICE BID FOR THE TYPE OF CURB USED AT THAT LOCATION.

2. WHEN WIDTH EXCEEDS 22' PROVIDE A CONTRACTION JOINT ON D/W CENTERLINE.

3. BACK OF D/W OR FACE OF FUTURE S/W.

4. MASTIC EXPANSION JOINT THROUGH CURB AND GUTTER.  EXPANSION JOINT FILLER SHALL BE 1/2" BITUMINOUS TYPE PREFORMED EXPANSION JOINT FILLER A.S.T.M. D-1751.

5. BACK OF CURB – CONSTRUCTION JOINT OR SCORE MARK.

6. CLASS 'B' CONCRETE, SECT 725.

7. SUBGRADE PREPARATION, SECT 301.

8. FLOW LINE OF GUTTER.

9. DEPRESSED CURB.

10. SECT. A–A AND ELEVATION, D/W VERTICAL CURB AND GUTTER OR ROLL TYPE CURB AND GUTTER.

11. ROLL TYPE CURB AND GUTTER NOT PERMITTED IN THE CITY OF MESA

12. 1/4" GROOVES AT 1" O.C. FULL WIDTH OF 5' WARP SECTION, EACH SIDE OF DRIVEWAY.  SEE DETAIL NO. 1 ON TYPE 'D' RAMP DETAIL NO. 234.

**SECTION A–A**

| COMMERCIAL AND INDUSTRIAL | | | | |
|---|---|---|---|---|
| DRIVEWAY WIDTH | MIN. | MAX. | CLASS | DEPTH X |
| COMMERCIAL | 16' | 40' | B | 6" |
| INDUSTRIAL | 16' | 40' | B | 6" |
| *24' MIN. FOR TWO WAY TRAFFIC | | | | |

| RESIDENTIAL | | | | |
|---|---|---|---|---|
| DRIVEWAY WIDTH | MIN. | MAX. | CLASS | DEPTH X |
| MAJOR STREET | 16' | 30' | B | 5" |
| COLLECTOR STREET | 12' | 30' | B | 5" |
| LOCAL STREET | 12' | 30' | B | 5" |
| * 16' DESIRABLE | | | | |

| DETAIL NO. | | STANDARD DETAIL | | REVISED | DETAIL NO. |
|---|---|---|---|---|---|
| 250 | MARICOPA ASSOCIATION of GOVERNMENTS | ENGLISH | DRIVEWAY ENTRANCES | | 250 |



CURB CUT FOR DRAINAGE

NTS



**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-B**

DATE: 20 DEC 2005
REV:

CL01750





STANLEY CONSULTANTS INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE V-C

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:

CL01751

**CONTROL ELEVATIONS**

NOTES:
1. CONTROL ELEVATIONS SHOWN ARE IN RELATION TO THE GUTTER AND ARE LOCATED RADIALLY.  GUTTER ELEVATION=0.
2. CLASS 'B' CONCRETE CONSTRUCTION AS PER SECTION 725.

**SECTION A-A**

**DETAIL 1**

DETAIL NO. 234

MARICOPA ASSOCIATION of GOVERNMENTS
STANDARD DETAIL
ENGLISH

SIDEWALK RAMPS — TYPE 'D'

REVISED

DETAIL NO. 234



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE V-D-1

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:



### VERTICAL CURB AND GUTTER (TYPE A)

**NOTES: (TYPE A)**

1. ALL EXPOSED SURFACES TO BE TROWEL FINISHED EXCEPT AS SHOWN. SEE SECT. 340.
2. H=6" OR AS SPECIFIED ON PLANS.
3. CONTRACTION JOINT SPACING 10' MAXIMUM.
4. EXPANSION JOINTS AS PER SECT. 340.
5. CLASS 'B' CONCRETE PER 725.

### ROLL CURB AND GUTTER (TYPE C)

### RIBBON CURB (TYPE B)

**NOTES: (TYPE B)**

1. CONSTRUCT CURB AND INSTALL 1/2" MASTIC EXPANSION JOINTS, A.S.T.M. D-1751. SECT. 340.
2. BROOM FINISH ALL SURFACES.
3. RIBBON CURB MAY SLOPE TOWARDS PAVEMENT OR PARKWAY AS INDICATED ON PLANS.
4. CONTRACTION JOINT SPACING 10' MAXIMUM.
5. CONCRETE SHALL BE CLASS 'B' PER SECT. 725 AND INSTALLED PER SECT. 505.

### (TYPE D)
SPECIAL SECT. USE FOR HIGH SIDE CURB WITH SHEET DRAINAGE ACROSS STREET

**NOTES: (C & D)**

1. ALL WORK AND MATERIALS SHALL CONFORM TO SECT. 304, 505 AND 725. BROOM FINISH TO EXPOSED SURFACE.
2. CONTRACTION JOINT SPACING 10' MAXIMUM.
3. EXPANSION JOINTS AS PER SECT. 340.
4. CLASS 'B' CONCRETE PER 725.

| DETAIL NO. 220 | MARICOPA ASSOCIATION of GOVERNMENTS | STANDARD DETAIL ENGLISH | CURB AND GUTTER TYPES A, B, C AND D | REVISED | DETAIL NO. 220 |

CL01752



**NOTES:**

1. USE OF ROLL CURB MAY BE RESTRICTED BY SURFACE DRAINAGE CONSIDERATIONS.

2. SIDEWALK CONSTRUCTED CONTIGUOUS TO ROLL CURB SHALL BE 5 INCHES THICK (MIN).

3. WHERE LONGITUDINAL SLOPE IS LESS THAN 0.4% THE FLOW LINE SHALL BE WATER TESTED.

4. CONSTRUCT 1/2" EXPANSION JOINT AT ALL COLD JOINTS, AT BEGINNING AND END OF CURB RETURNS.
   AND AT 300 FT. MAX. INTERVALS FOR EXTRUDED CURB AND 30 FT MAX. INTERVALS FOR FORMED CURB.
   WEAKENED PLANE JOINTS SHALL BE FORMED AT THE REMAINING 15 FT INTERVALS. SEE STD. DWG.
   NO. 234 FOR JOINT DETAILS

5. ONE INCH BATTER AT CURB FACE IS OPTIONAL.

6. CITY OF LAS VEGAS COUNCIL APPROVAL REQUIRED FOR USE OF 30" ROLL CURB IN THE CITY OF
   LAS VEGAS.

7. IN NORTH LAS VEGAS, ROLL CURBS ARE PROHIBITED IN AREAS WHERE FLOW LINE GRADIENT IS LESS
   THAN 0.8% UNLESS OTHERWISE APPROVED BY CITY ENGINEER

8. ALL UTILITY BOXES AND COVERS ADJACENT TO ROLL CURB SHALL BE HS-20 RATED "TRAFFIC BEARING" TYPE

| | SPECIFICATION REFERENCE | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA | | |
|---|---|---|---|---|
| 320 | AGGREGATE BASE | CLARK COUNTY LAS VEGAS , NORTH LAS VEGAS, AND HENDERSON ONLY | | |
| 501 | CONCRETE | | | |
| 502 | CONCRETE STRUCTURES | 30" ROLL CURB | | |
| 707 | JOINT MATERIAL | RESIDENTIAL AREA | | |
| | | DATE 11-10-04 | DWG NO 217A | PAGE NO 23A |

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-D-2**

DATE: 20 DEC 2005
REV:

CL01753



5'-0"

TYPE "A" CURB & GUTTER PER
M.A.G. STD. DETAIL NO. 220

30' ROLL CURB & GUTTER PER
DETAIL NO. 217A ON SHEET DT4

### TRANSITION FROM TYPE "A" CURB
### TO ROLL CURB AND GUTTER
NTS

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-D-3**

DATE: 20 DEC 2005
REV:

CL01754



**Stanley Consultants** INC.

5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE V-D-4

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:



**NOTES:**

1. ANGLE EQUALS 45° UNLESS SPECIFIED ON PLAN.
2. DIMENSION 'B' EQUALS 'A' + 2'.
3. ( ——— ) INDICATES DIRECTION OF FLOW.
4. PAINT STEEL ACCORDING TO SECTION 790. PAINT NUMBER 1-A OR 1-B.
5. R EQUALS 1" UNLESS OTHERWISE DIRECTED.
6. H EQUALS CURB FACE HEIGHT.
7. FOR ROLL CURB AND GUTTER, USE 2' TRANSITIONS TO VERTICAL CURB.
8. CONCRETE SHALL BE CLASS B PER SECT. 725 AND INSTALLED PER SECT. 505.

3/8" FLATHEAD STAINLESS STEEL CAP SCREW COUNTERSINK (6 EACH MIN.)

EXPANSION JOINT

SIDEWALK

4' OR 5'

EXPANSION JOINT

SEE NOTE 5        SEE NOTE 1        TRANSITION FROM ROLL CURB TO VERTICAL CURB

1/8"

2" x 2" x 1/8" ANGLE BOTH SIDES

NO.4 REINFORCEMENT BAR, 4" LONG 3 EACH SIDE, MIN.

**DETAIL C**

EXPANSION JOINT

2"    ('A') ('2'-6" MAXIMUM')    2"

SEE DETAIL C

2" x 2" x 1/8" ANGLE BOTH SIDES

EXPANSION JOINT

STEEL DIAMOND PLATE A-36

16"

'B'
SEE NOTE 2

**SECTION 'A-A'**

DIAMOND PLATE

GUTTER FLOW LINE

SLOPE=1.5%

H

SEE NOTE 3

LIP OF GUTTER

**SECTION 'B-B'**

| DETAIL NO. 203 | MARICOPA ASSOCIATION of GOVERNMENTS | STANDARD DETAIL ENGLISH | SCUPPERS | REVISED | DETAIL NO. 203 |

CL01755



NOTES:

1. ALL CONCRETE TO BE CLASS 'A' UNLESS OTHERWISE APPROVED. (SECT. 725).

2. 4' ON PROJECTS UNDER THE JURISDICTION OF THE COUNTY ENGINEER AND THE CITY OF MESA.

3. EITHER CONSTRUCTION JOINT OR CONTRACTION JOINT IS REQUIRED AT CENTERLINE OF STREET.

4. A SEPARATE CONCRETE PAD IS REQUIRED WHEN VALLEY GUTTER IS POURED HALF AT A TIME.

SECTION A—A
VALLEY GUTTER

| DETAIL NO. | MARICOPA ASSOCIATION of GOVERNMENTS | STANDARD DETAIL ENGLISH | VALLEY GUTTER | REVISED | DETAIL NO. |
|---|---|---|---|---|---|
| 240 | | | | | 240 |

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396 Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VI

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:

CL01756



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-A**

DATE:  20 DEC 2005
REV:

CL01757





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

FIGURE VII-B

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

CL01758



CL01759



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

FIGURE VII-D

SCALE: NOT TO SCALE

DATE: 20 DEC 2005   REV:

| | | SINGLE BOX | | | | | | | | DOUBLE BOX | | | | | | | | TRIPLE BOX | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CUBIC YARDS OF CONCRETE AND POUNDS OF REINFORCING FOR TWO TYPE I HEADWALLS ①

① –QUANTITIES SHOWN ARE FOR HEADWALLS AT THE INLET AND OUTLET

NEVADA DEPARTMENT OF TRANSPORTATION
ESTIMATE OF QUANTITIES
TYPE I   HEADWALLS
Signed Original On File

CL01760





GENERAL NOTES:

1. CLASS AND TYPE OF CONCRETE SHALL BE AS SPECIFIED FOR REINFORCED CONCRETE PIPE.

2. STRUCTURAL DESIGN OF END SECTION SHALL CONFORM TO THAT OF STANDARD REINFORCED CONCRETE CULVERT PIPE.

3. LENGTH OF PIPE SHOWN ON THE DESIGN PLANS DOES NOT INCLUDE CONNECTOR SECTION (LENGTH C).

4. CONTACT HYDRAULICS ENGINEER FOR SIZES NOT LISTED.

PLAN

END VIEW

SECTION A-A

CROSS SECTION VIEW
18″ RCP TO 54″ RCP

NEVADA DEPARTMENT OF TRANSPORTATION

RCP END SECTION
18″ RCP TO 54″ RCP



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-F

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

CL01762



Stanley Consultants INC.
5820 S. EASTERN AVENUE SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-G

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:



PART LONGITUDINAL SECTION

ELEVATION

PLAN

R.C.B. CULVERT EXTENSION

NOTES:
1. FOR GENERAL NOTES SEE SHEET B-20.1.1
2. DOWEL HOLES SHALL BE DRILLED 12" INTO EXISTING
   CONCRETE. DIAMETER OF HOLE SHALL BE ¼" LARGER THAN
   DIAMETER OF BAR. HOLE MAY BE INCLINED NO MORE THAN 5°
   OFF THE HORIZONTAL. DOWELS SHALL BE EPOXIED INTO CLEAN
   HOLES. EPOXY SHALL CONFORM TO THE REQUIREMENT OF
   SECTION 728 OF THE STANDARD SPECIFICATIONS.



SECTION

METHOD OF PLUGGING R.C.B.
NOTE: Width And Height Varies.



NEVADA DEPARTMENT OF TRANSPORTATION

METHOD OF EXTENDING
R.C.B. CULVERTS



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

SCALE: NOT TO SCALE

FIGURE VII-H

DATE:  20 DEC 2005

REV:



NEVADA DEPARTMENT OF TRANSPORTATION

CULVERT HEADWALLS
42" RCP TO 72" RCP



CL01765


**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-J

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:


CL01766



Stanley Consultants inc.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-K

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

LIFTING

MINIMUM COVER CONDITIONS

CONCRETE PAVING

BITUMINOUS PAVING

CULVERT END

TYPICAL JOINT

GROOVE

TONGUE

TYPICAL CULVERT INSTALLATION

MULTIPLE CULVERT INSTALLATION

NEVADA DEPARTMENT OF TRANSPORTATION

PRECAST CONCRETE BOX CULVERT

Signed Original On File 6-20-18

CHIEF BRIDGE ENGINEER

General Notes:

1. CONCRETE SHALL BE AS SPECIFIED IN AASHTO M259 OR M273 (ASTM C1433), AS MODIFIED IN SUBSECTION 502.03.24.

2. REINFORCING STEEL SHALL BE AASHTO M31 (ASTM A615) GRADE 60.  WELDED WIRE FABRIC SHALL BE AASHTO M55 (ASTM A185) (SMOOTH WIRE); OR AASHTO M32 (ASTM A496) (DEFORMED WIRE).  REINFORCING STEEL IN THE TOP OF SLAB SHALL HAVE AN EPOXY COATING CONFORMING TO AASHTO M284 (ASTM D3963) WHEN THERE IS 6" OR LESS OF COVER ON THE ROW (CLARK COUNTY EXCLUDED).

3. BEDDING MATERIAL SHALL BE GRANULAR BACKFILL OR TYPE 2 CLASS B AGGREGATE MEETING THE RESISTIVITY REQUIREMENTS FOR GRANULAR BACKFILL.  BEDDING MATERIAL WILL BE PAID FOR AS GRANULAR BACKFILL.

4. HEADWALL DETAILS SHALL BE AS SHOWN IN THE STANDARD PLANS.  EXPOSED REINFORCEMENT TO TIE CAST-IN-PLACE HEADWALL TO PRECAST BOX SHALL CONSIST OF EITHER NO. 4 BARS AT 17" SPACINGS OR EXPOSURE OF THE PRECAST BOX WELDED WIRE FABRIC.  THE NO. 4 BARS SHALL BE CAST A MINIMUM OF 18" INTO THE PRECAST BOX SEGMENT.  BOTH THE NO. 4 BAR OR WELDED WIRE FABRIC SHALL EXTEND INTO HEADWALL TO 2" CLEAR OF THE HEADWALL FACE.

5. JOINT MATERIAL SHALL BE A PREFORMED JOINT MATERIAL MEETING AASHTO M198 TYPE B.  THE MATERIAL SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURERS RECOMMENDATIONS.  A DOUBLE APPLICATION OF JOINT MATERIAL SHALL BE USED.  APPLY ONE APPLICATION TO THE TONGUE AND THE OTHER TO THE GROOVE.  THE MINIMUM SIZE OF JOINT MATERIAL SHALL BE 1 R".  ANY JOINT MATERIAL EXTRUDING FROM THE INTERIOR OF THE JOINT SHALL BE REMOVED FLUSH WITH THE BOX WALL.

6. IN ADDITION TO THE MARKINGS REQUIRED BY THE AASHTO AND ASTM SPECIFICATIONS, MARK EACH BOX SECTION WITH THE APPROPRIATE NDOT CONTRACT NUMBER.

7. REINFORCING STEEL SHALL EXTEND FULL WIDTH OF CONCRETE PAVEMENT AND SHALL HAVE A MINIMUM CLEARANCE OF 3" ON THE BOTTOM.  IN AREAS OF THE STATE WHERE ROAD SALTS ARE USED, THE REINFORCING SHALL BE EPOXY COATED.  REINFORCING IS TO BE PLACED PARALLEL TO THE CENTERLINE OF ROAD FOR LONGITUDINAL REINFORCEMENT AND PARALLEL TO THE PRECAST BOX FOR TRANSVERSE REINFORCEMENT.

8. LENGTH OF CULVERT SHALL BE INCREASED AS FOLLOWS:  ADD 3' TO EACH END WHEN COVER AT SHOULDER IS 0' TO 5'.  ADD AN ADDITIONAL 1' TO EACH END FOR EACH SUCCEEDING 5' OF COVER OR PORTION THEREOF.

9. FILL CYLINDRICAL LIFTING HOLES (LOCATED BY MANUFACTURER) WITH AN APPROVED EPOXY NON-SHRINK GROUT.  HOLE WITH AN APPROVED CONICAL SHAPE FOR THE BOTTOM 3" MAY BE FILLED WITH A CONCRETE GROUT COMPOSED OF ONE PART BY VOLUME OF CEMENT TO TWO PARTS BY VOLUME OF SAND WITH ONLY ENOUGH WATER TO PERMIT PLACING AND TAMPING.  AN APPROVED CUSTOM PLUG MAY BE USED.  AN OPTIONAL METHOD OF LIFTING MAY BE USED WITH APPROVAL.



**Stanley Consultants** INC.

5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

SCALE: NOT TO SCALE

FIGURE VII-L

DATE: 20 DEC 2005

REV:





SINGLE SPAN
PLAN

MULTIPLE SPAN
PLAN

PLAN - SKEWED

SINGLE SPAN
ELEVATION

MULTIPLE SPAN
ELEVATION

FILL HEIGHT TRANSITIONS

ELEVATION

PARAPET DETAILS

CODING REINFORCING INCLUDED IN THE HEADWALL QUANTITIES

GENERAL NOTES:

NEVADA DEPARTMENT OF TRANSPORTATION

R.C.B., CULVERTS,
GENERAL NOTES

CHIEF BRIDGE ENGINEER



Stanley Consultants inc.
5820 S EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-M

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

**TYPE I  HEADWALL DIMENSIONS AND REINFORCING STEEL**

*(Detailed dimension and reinforcing steel table, skew diagrams, plan and section views as shown in the engineering drawing.)*

RCB CULVERTS
TYPE I  HEADWALLS

CL01769



CL01770



**Stanley Consultants INC.**
5920 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

**FIGURE VII-O**

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

① - QUANTITIES SHOWN ARE FOR TWO
HEADWALLS AT THE INLET AND OUTLET

**CUBIC YARDS OF CONCRETE AND POUNDS OF REINFORCING FOR TWO TYPE II HEADWALLS ①**

| | SINGLE BOX | | | | | | | | DOUBLE BOX | | | | | | | | TRIPLE BOX | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Table of concrete and reinforcing quantities for 0°, 15°, 30°, 45° skew angles across single, double, and triple box configurations — values not legibly transcribable.)

**QUANTITIES FOR ADDITIONAL CELLS**

CONCRETE FOR TWO TYPE II HEADWALLS
FOR EACH ADDITIONAL CELL (CUBIC YARDS)
(ADD THIS QUANTITY TO THE QUANTITY
FOR A DOUBLE BOX)

FOR HEIGHT(H) LESS THAN 12ft.
[9.56ft.+(SPAN(H)+0.67ft)]/COS SKEW ANGLE

FOR HEIGHT(H) EQUAL TO OR GREATER THAN 12ft.
[9.23ft.+(SPAN(H)+0.67ft)]/COS SKEW ANGLE

REINFORCING FOR TWO TYPE II HEADWALLS
FOR EACH ADDITIONAL CELL (POUNDS)
(ADD THIS QUANTITY TO THE QUANTITY FOR
A DOUBLE BOX)

FOR HEIGHT(H) LESS THAN OR EQUAL TO 7ft.
[16.59lb./ft(SPAN(H)+0.67ft)]/COS SKEW ANGLE

FOR HEIGHT(H) EQUAL TO 8ft OR 9ft.
[24.03lb./ft(SPAN(H)+0.67ft)]/COS SKEW ANGLE

FOR HEIGHT(H) EQUAL TO OR GREATER THAN 10ft.
[42.72lb./ft(SPAN(H)+0.67ft)]/COS SKEW ANGLE

| ANGLE | COSINE |
|---|---|
| 0° | 1.0000 |
| 15° | 0.9659 |
| 30° | 0.8660 |
| 45° | 0.7071 |

NEVADA DEPARTMENT OF TRANSPORTATION

**RCB CULVERTS**
**TYPE II HEADWALLS**

SHEET 2 OF 2

Signed Original On File

CHIEF BRIDGE ENGINEER



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-P

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

NOTES:

1. FOR BOXES WITH SPAN OR HEIGHT LESS THAN ANY OF THOSE SHOWN IN TABLE, USE NEXT GREATER SIZE BOX CONCRETE DIMENSIONS AND REINFORCEMENT. MAKE NECESSARY CHANGES IN BAR LENGTHS AND QUANTITIES.

2. FOR BOXES WITH SPAN OR HEIGHT OR COVER GREATER THAN THOSE SHOWN IN TABLES, A SPECIAL DESIGN IS REQUIRED.

3. QUANTITIES ARE APPROXIMATE AND FOR DESIGN PURPOSES ONLY.

4. IT IS PERMISSIBLE TO ELIMINATE THE 180° HOOKS ON EVERY OTHER BAR.

5. "d" BARS ARE AT HALF SPACING.

6. "a" BARS ARE AT HALF SPACING.

7. PROVIDE PAVING NOTCH WHEN TOP IS EXPOSED AND WHERE P.C.C. PAVEMENT OR APPROACH SLAB IS USED AGAINST THE QUANTITIES.

8. WHEN TOP IS EXPOSED, THE TOP SLAB CONCRETE SHALL BE "FA", f'c=4500 PSI, OR "A", f'c=4000 PSI, AS DETERMINED BY THE ENGINEER. IF "EA" CONCRETE IS TO BE USED, THE TOP SLAB REINFORCING STEEL SHALL HAVE AN EPOXY COATING.

ROOF SECTION
SPANS 10' THRU 14'
Invert Similar

TYPICAL SECTION   SPANS 5' THRU 8'

TYPICAL SECTION   SPANS 10' THRU 14'

WALL SECTION
SPANS 10'THRU 14'

NEVADA DEPARTMENT OF TRANSPORTATION

SINGLE
RCB CULVERTS

Signed Original On File
CHIEF BRIDGE ENGINEER

CL01772



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396 Fox (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

SCALE: NOT TO SCALE

FIGURE VII-O

DATE: 20 DEC 2005

REV:



TYPICAL SECTION   SPANS 5' THRU 8'

TYPICAL SECTION   SPANS 10' THRU 14'

EXTERIOR WALL SECTION SPANS 5' THRU 8'

EXTERIOR WALL SECTION SPANS 10' THRU 14'

ROOF SECTION SPANS 5' THRU 8' INVERT SIMILAR

ROOF SECTION SPANS 10' THRU 14' INVERT SIMILAR

DOUBLE
RCB CULVERTS

CL01773







# HYDROLOGIC CRITERIA AND DRAINAGE DESIGN MANUAL

## TOE PROTECTION

COMPACTED, VEGETATED FILL

GROUND
TRENCHED TOE
MOUNDED TOE

FILTER LAYER

T

2T

3T

(After Blodgett, 1986)

| Revision | Date |
|----------|------|
|          |      |
|          |      |
|          |      |

REFERENCE:

**FIGURE 705D**

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

**FIGURE VII-S**

SCALE: NOT TO SCALE

DATE:  20 DEC 2005
REV:

CL01775



CONDUIT OUTLET EROSION PROTECTION

Extend riprap to height of culvert or one foot
above normal channel depth, whichever is larger

Riprap thickness on channel side slopes equal to 0.75A

4:1 or flatter
preferred
3:1 maximum

Downstream Channel

PLAN

H or D

Concrete cradle/cut off,
or standard headwall

End slope at 1:1

0.75A

A

L/2            L/2

Granular Bedding

PROFILE

NOTE: A = 2 feet for riprap, 3 feet for heavy riprap.

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VII-T

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:

WRC ENGINEERING

REFERENCE:
USDCM, DRCOG, March 1969 (with modifications)

FIGURE 711

HYDROLOGIC CRITERIA AND DRAINAGE DESIGN MANUAL

CL01776



## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S.    NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR
PLASTIC COATED (BLUE FOR WATER AND GREEN
FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VIII-A-1

DATE: 20 DEC 2005
REV:

CL01777



STREETLIGHT
FOUNDATION

A   STREETLIGHT CONDUIT
B   POWER COMPANY SECONDARY
C   POWER COMPANY PRIMARY
D   TELEPHONE CONDUITS
E   CABLE T.V. CONDUIT
F   TRAFFIC SIGNAL CONDUIT
G   OTHER COMMUNICATIONS CONDUIT
H   POWER MARKING TAPE
J   TELEPHONE MARKING TAPE

NOTES:

1.  SEWER MAY BE LOCATED ON OTHER SIDE OF CENTERLINE AS TERRAIN DICTATES.

2.  STREETLIGHT FOUNDATIONS SHALL BE LOCATED BEHIND SIDEWALK FOR SIDEWALK WIDTHS LESS THAN 5 FEET PER STANDARD DRAWING NO. 320.

3.  SEPARATION DISTANCE SHALL CONFORM TO UTILITY STANDARDS ADOPTED BY THE GOVERNING AGENCY FOR SEWER AND WATER FACILITIES.



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

SPECIFICATION REFERENCE

DATE 3-14-02  DWG. NO. 501  PAGE 121

TYPICAL UNDERGROUND UTILITY
LOCATIONS IN RESIDENTIAL STREETS
WITH 60 FEET OR LESS RIGHT-OF-WAY

UNIFORM STANDARD DRAWINGS
CLARK COUNTY AREA

FIGURE VIII-A-2

SCALE: NOT TO SCALE

DATE: 20 DEC 2005
REV:

CL01778



**TYPICAL WATER AND SS LATERALS**
N T S



## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH

**Stanley Consultants** INC.
5820 S  EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-A-3**

DATE:  20 DEC 2005
REV:



NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-A-4**

DATE: 20 DEC 2005
REV:

CL01780



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

FIGURE VIII-B

SCALE: NOT TO SCALE

DATE: 20 DEC 2005

REV:



24" OR 30"
FRAME & COVER
PER DET. 423,
424, 425

24" TO 26-3/4"
ON 48" M.H.,
30" ON 60" M.H.

8"
BRICK

6" MIN. –
8" MAX.
REINFORCED CONC.
ADJUSTING RINGS

BRICK MAY
BE USED
IN LIEU
OF PRECAST
ADJUSTING
RINGS

M.H. STEPS,
SEE NOTE 2

12"
MAX.

30" MIN.
36" MAX.

12"
TYP.

BELL UP OR
DOWN, CONT.
OPTION

8"

12"
RING

FLOW

TYPE 'A' TOP
(PRE-CAST ECCENTIC CONICAL TOP M.H.)

** ALTERNATE BASE
WITH KNOCKOUTS FOR PIPES,
CLEARANCE AROUND PIPES
1" MIN. – 3" MAX.
EXCEPT LOWER CORNERS

CEMENT
MORTAR

4" TYP.

8" IF M.H. IS 13' OR LESS
12" IF M.H. IS OVER 13'

NOTES:

1. PRE-CAST, REINFORCED M.H. SECTIONS
SHALL BE MANUFACTURED
IN ACCORDANCE WITH A.S.T.M. C-478
EXCEPT AS MODIFIED HEREIN.

2. M.H. STEPS SHALL BE INSTALLED AT
SITE OF M.H. SECTION MANUFACTURE.
MINIMUM CLEARANCE EACH SIDE OF M.H.
LEG SHALL BE 1" STEPS SHALL BE MOUNTED
WITH 2 TO 1 SAND/CEMENT DRY PACK MORTAR.
(SEE DET. 428 FOR M.H. STEP.)
STEPS REQUIRED IN 48" DIAMETER MANHOLE.
STEPS NOT REQUIRED IN 60" DIAMETER MANHOLE.

3. USE LOW ALKALI CEMENT ONLY

| DETAIL NO.<br>420-1 | MARICOPA<br>ASSOCIATION of<br>GOVERNMENTS | STANDARD DETAIL<br>ENGLISH | PRE-CAST CONCRETE SEWER MANHOLE | REVISED<br>01-01-2001 | DETAIL NO.<br>420-1 |

CL01781



**LEGEND**

① THREADED COLLAR OR DOUBLE STRAP BRONZE SERVICE SADDLE
② CORPORATE STOP
③ POLYETHYLENE OR COPPER SERVICE LATERAL (SEE NOTE 5)
④ ANGLE METER STOP (SEE NOTE 1)
⑤ IDLER
⑥ 90° TAIL PIECE COUPLING
⑦ METER BOX
⑧ CONCRETE COLLAR, 2500 PSI COMPRESSIVE STRENGTH

**NOTES**

1. 5/8", 3/4", AND 1" REQUIRES BALL ANGLE METER STOP.
2. LOCATOR TAPE REQUIRED ABOVE SERVICE LINE IF OTHER THAN 90° OFF WATER MAIN
3. TOP OF METER BOX TO BE INSTALLED AS NEAR TO FUTURE FINAL GRADE AS POSSIBLE
4. REINFORCEMENT AROUND METER BOX
5. WHEN COPPER SERVICE LATERALS ARE USED, FLARED COPPER FITTINGS AND CONNECTIONS ARE REQUIRED

| METER SIZE | ⑤ IDLER LENGTH | ③ MINIMUM SERVICE LATERAL SIZE |
|---|---|---|
| 5/8" | 7-1/2" | 3/4" |
| 3/4" | 7-1/2 | 3/4" |
| 1 | 10-3/4 | 1" |

WATER SERVICE INSTALLATION
5/8", 3/4", 1" METER SIZES
UNIMPROVED AREA

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-C**

DATE:  20 DEC 2005
REV:

CL01782