

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Order #:** GVMP1000-74
**Date:** 11/17/2005
**Job:** GVMP-1000  Golden Valley Master Plan

`Approved ☐

**Ship To:**

**Description:** 1-01-2800

*USE THIS*

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-2800 | S | Engineering Site Planning<br>PREP WK DESIGN STANDARDS GVR $15000. ATTEND COUNTY MAJOR PROJ MEETINGS $20000.00 | 35,000.00 | 0.00 | 35,000.00 |
| | | | **Totals:** | 35,000.00 | 0.00 | 35,000.00 |

_____  12/17/05       _____  12/29/05
Rhodes Homes        Date            Stanley Consultants, Inc    Date

_____
Work Completed        Date

Page 1 of 1

ST-RH021970

1-01-2800

# Stanley Consultants INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

Mr. Joe Genovese
Rhodes Homes Arizona, LLC
2215 Hualapai Mountain Road, Suite H
Kingman, Arizona 86401

November 3, 2005

## CONFIRMATION AND AUTHORIZATION FOR WORK
Project #: 18181.03  04

Project Name:   Rhodes Mohave County
                Golden Valley Ranch Planning / New

Per your request, Stanley Consultants proposes an amendment to the existing contract for the following Professional Services on a T&M basis not to exceed as follows:

1. Consultant shall assist in the preparation of project design standards for the Golden Valley Ranch Development (est. $15,000).

2. Consultant shall provide support and attend County Major Project Meetings (est. $20,000).

Estimated Completion date:   Ongoing as long as budget remains and/or until the design contract for the final engineering services are initiated.

**Fee for Services**   $ 35,000

**Fee Type** (select one):

| | | |
|---|---|---|
| ☐ Lump Sum | ☐ Hourly Fee | ☐ Cost Plus Fix Fee with ceiling |
| ☐ Lump Sum plus reimbursables | ☒ Hourly Fee with ceiling | ☐ Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.

Ken Yamada
cc: David J. Frohnen

Rhodes Homes Arizona

By: _____
JOE GENOVESE

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702.369.9396 • fax 702.369.9793
www.stanleyconsultants.com

ST-RH021971