

**Stanley Consultants** INC.

March 08, 2006
Project No:  18181.04.00
Invoice No:  0076512

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ  86401

**Total This Invoice**
**$9,529.00**

For:  Engineering Site Planning
      Purchase Order # GVMP1000-74

<u>Professional Services from January 01, 2006 to January 28, 2006</u>

**Professional Personnel**

|       | Hours  | Rate   | Amount   |
|-------|--------|--------|----------|
| SC-20 | 7.50   | 200.00 | 1,500.00 |
| SC-16 | 4.00   | 148.50 | 594.00   |
| SC-14 | 13.50  | 129.60 | 1,749.60 |
| SC-10 | 28.00  | 96.95  | 2,714.60 |
| SC-6  | 22.50  | 68.50  | 1,541.25 |
| SC-5  | 4.00   | 61.45  | 245.80   |
| SC-3  | 25.00  | 47.35  | 1,183.75 |
| Totals| 104.50 |        | 9,529.00 |

**Total Labor**                                                 9,529.00

**Total This Invoice**     $9,529.00

**Outstanding Invoices**

| Number  | Date    | Balance  |
|---------|---------|----------|
| 0075140 | 1/27/06 | 6,690.54 |
| **Total** |       | 6,690.54 |

If you have any questions regarding this invoice, please contact
Ken Yamada at (702)369-9396.

ST-RH027573

# Billing Backup

*Wednesday, March 08, 2006*

**STANLEY CONSULTANTS, INC.**     Invoice Dated  March 08, 2006     *1:42:38 PM*

### 18181.04.00  Rhodes GVR Design Standards

Invoice No:  0076512

**Professional Personnel**

| Labor Code - Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SC-20 | | | | |
| 07269    00000 - Atwood, Denis L | 1/3/06 | 2.00 | 200.00 | 400.00 |
| Design Stds | | | | |
| 07269    00000 - Atwood, Denis L | 1/5/06 | 0.50 | 200.00 | 100.00 |
| Design Stds | | | | |
| 07269    00000 - Atwood, Denis L | 1/6/06 | 1.00 | 200.00 | 200.00 |
| Meeting Minutes, Agenda, coordination, update schedule | | | | |
| 07269    00000 - Atwood, Denis L | 1/10/06 | 0.50 | 200.00 | 100.00 |
| Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 1/16/06 | 0.50 | 200.00 | 100.00 |
| Weekly Progress mtg w/ Rhodes | | | | |
| 07269    00000 - Atwood, Denis L | 1/19/06 | 0.50 | 200.00 | 100.00 |
| Progress review | | | | |
| 07269    00000 - Atwood, Denis L | 1/20/06 | 1.00 | 200.00 | 200.00 |
| Progress review | | | | |
| 07269    00000 - Atwood, Denis L | 1/23/06 | 0.50 | 200.00 | 100.00 |
| Weekly Progress mtg w/ Rhodes, biweekly mtg w/ Mohave County | | | | |
| 07269    00000 - Atwood, Denis L | 1/24/06 | 0.50 | 200.00 | 100.00 |
| Project Management | | | | |
| 07269    00000 - Atwood, Denis L | 1/26/06 | 0.50 | 200.00 | 100.00 |
| Meeting minutes, meeting agenda, update to schedule, coordination | | | | |
| SC-16 | | | | |
| 06733    00000 - Brown, Dennis R | 1/5/06 | 3.00 | 148.50 | 445.50 |
| add drainage standard details | | | | |
| 06733    00000 - Brown, Dennis R | 1/6/06 | 1.00 | 148.50 | 148.50 |
| add drainage standard details | | | | |
| SC-14 | | | | |
| 06773    00000 - Hagel, Steven A | 1/3/06 | 2.50 | 129.60 | 324.00 |
| Roadway sections and plan, coordination with ima | | | | |
| 06773    00000 - Hagel, Steven A | 1/4/06 | 2.50 | 129.60 | 324.00 |
| Finished design std details, prep for design std meeting with Rhodes Thurs | | | | |
| 06773    00000 - Hagel, Steven A | 1/5/06 | 4.00 | 129.60 | 518.40 |
| Meeting with Bill Roberts and Joe G. to discuss development agreement/design standards | | | | |
| 06773    00000 - Hagel, Steven A | 1/9/06 | 1.00 | 129.60 | 129.60 |
| Flood control details | | | | |
| 06773    00000 - Hagel, Steven A | 1/19/06 | 2.00 | 129.60 | 259.20 |
| Coordination with IMA/ File transfers / Plotting | | | | |
| 06773    00000 - Hagel, Steven A | 1/26/06 | 1.50 | 129.60 | 194.40 |
| Street sections to Bill Roberts | | | | |
| SC-10 | | | | |
| 07276    00000 - Gutana, Elbert | 1/18/06 | 8.00 | 96.95 | 775.60 |
| RHODES HOME - G.V.R. PHASING PLAN EXHIBITS (REVISED) | | | | |

ST-RH027574

Project:  18181.04.00  Rhodes GVR Design Standards                                      Invoice No: 0076512

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07276 | 00000 - Gutana, Elbert | 1/19/06 | 10.00 | 96.95 | 969.50 |
| | RHODES HOME - G.V.R. SPECIFIC PLAN / LAND USED PLAN EXHIBITS (REVISED) | | | | |
| 07276 | 00000 - Gutana, Elbert | 1/23/06 | 7.00 | 96.95 | 678.65 |
| | RHODES HOME - G.V.R. PHASING PLAN EXHIBITS (REVISED) | | | | |
| 07276 | 00000 - Gutana, Elbert | 1/26/06 | 3.00 | 96.95 | 290.85 |
| | RHODES HOME - G.V.R. PHASING PLAN EXHIBITS (REVISED) | | | | |

SC-6

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07216 | 00000 - Pendergraft, Derek | 1/16/06 | 8.00 | 68.50 | 548.00 |
| | editing NDOT AutoCAD drawings and place them in the detail sheets for Golden Valley Ranch | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/17/06 | 1.50 | 68.50 | 102.75 |
| | editing NDOT AutoCAD drawings and place them in the detail sheets for Golden Valley Ranch | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/18/06 | 2.00 | 68.50 | 137.00 |
| | edited the design standards and street typicals for Golden Valley Ranch | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/18/06 | 1.00 | 68.50 | 68.50 |
| | printed and merged White Hills Constraint drawing | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/19/06 | 7.00 | 68.50 | 479.50 |
| | edited the design standards and street typicals for Golden Valley Ranch | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/25/06 | 1.00 | 68.50 | 68.50 |
| | editing the water service meter drawing for the Golden Valley Ranch detail sheets | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/26/06 | 2.00 | 68.50 | 137.00 |
| | editing the water service meter drawing for the Golden Valley Ranch detail sheets | | | | |

SC-5

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07098 | 00000 - Meyer, Ross A | 1/12/06 | 2.00 | 61.45 | 122.90 |
| | CALC ROW AREAS | | | | |
| 07098 | 00000 - Meyer, Ross A | 1/13/06 | 2.00 | 61.45 | 122.90 |
| | CALC ROW AREAS | | | | |

SC-3

| Code | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07216 | 00000 - Pendergraft, Derek | 1/3/06 | 5.00 | 47.35 | 236.75 |
| | adjusting standard detail sheets and merging drawing into one pdf file | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/6/06 | 4.00 | 47.35 | 189.40 |
| | adding NDOT detail sheets to standard detail sheet | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/9/06 | 2.00 | 47.35 | 94.70 |
| | installing Microstation and changing NDOT Microstation drawing to AutoCAD drawings and editing the AutoCAD drawings | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/10/06 | 3.00 | 47.35 | 142.05 |
| | changing NDOT Microstation drawing to AutoCAD drawings and editing the AutoCAD drawings | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/11/06 | 3.00 | 47.35 | 142.05 |
| | editing NDOT AutoCAD drawings and place them in the detail sheets for Golden Valley Ranch | | | | |
| 07216 | 00000 - Pendergraft, Derek | 1/13/06 | 8.00 | 47.35 | 378.80 |
| | editing NDOT AutoCAD drawings and place them in the detail sheets for Golden Valley Ranch | | | | |

|  |  | Totals |  | 104.50 |  | 9,529.00 |
|---|---|---|---|---|---|---|

**Total Labor**                                                                                                    9,529.00

                                                                                    **Total this report**      **$9,529.00**

ST-RH027575



Date: 3/8/2006

Invoice No.

SCI Project # 18181.04.00
Rhodes Homes P.O. # GVMP1000-74

Billing Period: Through January 28, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 35,000.00 |
| Invoice Amount to Date | $ | 16,219.54 |
| Balance Remaining | $ | 18,780.46 |

| **INVOICE SUMMARY:** | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Site Planning | $ 35,000.00 | $ 6,690.54 | $ 9,529.00 | $ 18,780.46 | 46% |
| **Totals** | $ 35,000.00 | $ 6,690.54 | $ 9,529.00 | $ 18,780.46 | |

**TOTAL AMOUNT DUE THIS INVOICE** $ 9,529.00

Payment Requested By: _____    Date: _____
Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027576

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Golden Valley_____

Property Location: _____Golden Valley_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 76512_____

Payment Amount: _____$9,529.00_____

Payment Period: _____Through January 28, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____          _____Stanley Consultants, Inc._____
                                                     Company Name

                                         By: _____

                                         Its: _____

ST-RH027577