

**Stanley Consultants** INC.

July 28, 2006
Project No: 18181.04.00
Invoice No: 0082182

**Total This Invoice**
**$2,492.78**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

For: Engineering Site Planning
     Purchase Order # GVMP1000-74

**Professional Services from April 02, 2006 to July 01, 2006**

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| SC-19 | 13.50 | 184.65 | 2,492.78 |
| Totals | 13.50 |  | 2,492.78 |

**Total Labor**                                                                                                   2,492.78

**Total This Invoice**     **$2,492.78**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0076512 | 3/8/06 | 9,529.00 |
| Total |  | 9,529.00 |

If you have any questions regarding this invoice, please contact
Ken Yamada at (702)369-9396.

ST-RH027578


**Stanley Consultants** INC.

Date: 7/28/2006

Invoice No.

SCI Project # 18181.04.00
Rhodes Homes P.O. # GVMP1000-74

Billing Period: April 2, 2006 Through July 1, 2006

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 35,000.00 |
| Invoice Amount to Date | $ 27,960.32 |
| Balance Remaining | $ 7,039.68 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Site Planning | $ 35,000.00 | $ 25,467.54 | $ 2,492.78 | $ 7,039.68 | 80% |
| **Totals** | $ 35,000.00 | $ 25,467.54 | $ 2,492.78 | $ 7,039.68 | |

**TOTAL AMOUNT DUE THIS INVOICE**    $ 2,492.78

Payment Requested By: _[signature]_
Ken Yamada, Project Manager

Date: 8-1-06

Please Remit Payment To: Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027579

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Golden Valley

Property Location: Golden Valley

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 82182

Payment Amount: $2,492.78

Payment Period: Through July 1, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 6-1-06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: Department Manager



**RHODES HOMES**

4730 S. Fort Apache Road #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**Approved** ☐ _____

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Order #: GVMP1000-74
Date: 11/17/2005
Job: GVMP-1000 Golden Valley Master Plan

Ship To:

Description: 1-01-2800

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-2800 | S | Engineering Site Planning<br>PREP WK DESIGN STANDARDS GVR $15000. ATTEND COUNTY MAJOR PROJ MEETINGS $20000.00 | 35,000.00 | 0.00 | 35,000.00 |
|  |  |  | Totals | 35,000.00 | 0.00 | 35,000.00 |

Rhodes Homes _____ 12/19/05 Date
Stanley Consultants, Inc _____ 12-20-05 Date

Work Completed _____ Date

Page 1 of 1

ST-RH027581

# Billing Backup

Friday, July 28, 2006

**STANLEY CONSULTANTS, INC.**    Invoice Dated July 28, 2006

3:46:01 PM

## 18181.04.00  Rhodes GVR Design Standards

Invoice No:  0082182

**Professional Personnel**

| Labor Code - Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| SC-19 | | | | |
| 07269    00000 - Atwood, Denis L | 4/3/06 | 0.50 | 184.65 | 92.33 |
| Rhodes Weekly Progress meeting & Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/6/06 | 0.50 | 184.65 | 92.20 |
| Internal meeting, meeting agendas, issues and coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/10/06 | 0.50 | 184.65 | 92.33 |
| Rhodes Weekly Progress meeting & Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/13/06 | 0.50 | 184.65 | 92.33 |
| Internal progress mtg, Agendas, Meeting Minutes | | | | |
| 07269    00000 - Atwood, Denis L | 4/17/06 | 0.50 | 184.65 | 92.33 |
| Rhodes Weekly Progress meeting, County biweekly mtg & Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/19/06 | 0.50 | 184.65 | 92.33 |
| mtg minutes, agendas and coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/24/06 | 0.50 | 184.65 | 92.33 |
| Rhodes Weekly Progress meeting & Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 4/27/06 | 0.50 | 184.65 | 92.33 |
| mtg minutes, agendas, misc. items for weekly mtg | | | | |
| 07269    00000 - Atwood, Denis L | 5/1/06 | 0.50 | 184.65 | 92.33 |
| Rhodes Weekly Progress meeting, County Biweekly Mtg | | | | |
| 07269    00000 - Atwood, Denis L | 5/8/06 | 0.50 | 184.65 | 92.33 |
| Meeting w/ Rhodes | | | | |
| 07269    00000 - Atwood, Denis L | 5/9/06 | 0.50 | 184.65 | 92.33 |
| Meeting w/ Rhodes | | | | |
| 07269    00000 - Atwood, Denis L | 5/10/06 | 0.50 | 184.65 | 92.33 |
| Project Management and Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/11/06 | 0.50 | 184.65 | 92.33 |
| Project Management and Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/12/06 | 0.50 | 184.65 | 92.33 |
| Project Management and Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/15/06 | 0.50 | 184.65 | 92.33 |
| Rhodes weekly mtg and Mohave County Biweekly mtg | | | | |
| 07269    00000 - Atwood, Denis L | 5/16/06 | 0.50 | 184.65 | 92.33 |
| Project Management and Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/17/06 | 0.50 | 184.65 | 92.33 |
| Project Management and Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/18/06 | 0.50 | 184.65 | 92.33 |
| Mtg Minutes, Agendas, Coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/22/06 | 0.50 | 184.65 | 92.33 |
| Rhodes weekly mtg | | | | |
| 07269    00000 - Atwood, Denis L | 5/23/06 | 0.50 | 184.65 | 92.33 |
| Mtg Minutes, agendas coordination | | | | |
| 07269    00000 - Atwood, Denis L | 5/24/06 | 0.50 | 184.65 | 92.33 |
| Mtg Minutes, agendas coordination | | | | |

ST-RH027582

| Project: | 18181.04.00 Rhodes GVR Design Standards | | | | | Invoice No: 0082182 | |
|---|---|---|---|---|---|---|---|
| 07269 | 00000 - Atwood, Denis L | 5/25/06 | 0.50 | 184.65 | 92.33 | | |
| | Mtg Minutes, agendas coordination, internal progress mtg | | | | | | |
| 07269 | 00000 - Atwood, Denis L | 5/30/06 | 0.50 | 184.65 | 92.33 | | |
| | Weekly mtg w/ Rhodes | | | | | | |
| 07269 | 00000 - Atwood, Denis L | 5/31/06 | 0.50 | 184.65 | 92.33 | | |
| | Mtg Minutes, agendas, coordination | | | | | | |
| 07269 | 00000 - Atwood, Denis L | 6/1/06 | 0.50 | 184.65 | 92.33 | | |
| | Mtg Minutes, agendas, coordination, internal mtg | | | | | | |
| 07269 | 00000 - Atwood, Denis L | 6/5/06 | 0.50 | 184.65 | 92.33 | | |
| | County Bi weekly meeting | | | | | | |
| 07269 | 00000 - Atwood, Denis L | 6/8/06 | 0.50 | 184.65 | 92.33 | | |
| | Internal Meeting, Agendas, coordination | | | | | | |
| | | Totals | | 13.50 | | 2,492.78 | |
| | | **Total Labor** | | | | | **2,492.78** |
| | | | | | | **Total this report** | **$2,492.78** |

ST-RH027583