# Golden Valley Ranch
# Standard Drawings

I.  Road Sections

    A.  Typical Local Street

    B.  Typical Collector Street

    C.  Typical Entry Street

    D.  Typical Minor Arterial Street Fronting Golf Course

    E.  Typical Minor Arterial Street

    F   Typical Minor Arterial Street with Median

    G.  Typical Loop Road #1 Street

    H.  Typical Loop Road #2 Street

    I.  Major Arterial

        1.  Typical Major Arterial Street

        2.  Typical Intermediate Major Arterial Street

    J.  Typical 100' Right-of-Way Half Street

    K.  Typical Alley Street

II.  Wall and Fence Details

    A.  Wrought Iron Fence

    B.  Easement Detail/Removable Bollards

    C.  CMU Block Retaining Wall Details

        1.  Retaining/Screen Wall Detail

        2.  Drain/Construction Joint Detail

    D.  Concrete Retaining Walls

ST-RH036230

1.   Types 1A & 1B Cantilever Concrete Retaining

2.   Type 2 Cantilever Concrete Retaining Wall

3.   Cantilever Concrete Retaining Wall Detail No. 1

4.   Cantilever Concrete Retaining Wall Detail No. 2

5.   Cantilever Concrete Retaining Wall Detail No. 3

III.   Lot Details

    A.   Typical Lot Grading

    B.   Typical Lot Setbacks

    C.   Rear Yard Sections at Perimeter Street/Boundary

    D.   Rear Yard Section with Scarp/at Golf Course

    E.   Side Yard Retaining/No Retaining

    F.   Side Yard Corner Lots at Collector Retaining/No Retaining

    G.   Side Yard Corner Lots Retaining/No Retaining

IV.   Street Lights

    A.   Street Light Conduit and Pole Locations

    B.   Street Light Standards

    C.   Street Light Base Detail

    D.   Pull Box Details

    E.   Pull Box Locations

    F.   Single Meter Service Pedestal

    G.   Service Meter Pedestal Setback

    H.   Service Pedestal Foundations

V.   Curb and Sidewalk

    A.   Sidewalk Details

        1.   Expansion/Contraction Joints

ST-RH036231

       2. Driveways Residential/Commercial

  B. Curb Cuts for Drainage

  C. Sidewalk Ramp Type D

  D. Curb

       1. Vertical Curb (Type A)/24" Roll Curb (Type C & D)/Ribbon Curb

       2. 30" Roll Curb

       3. Transition from Vertical Curb (Type A) to Roll Curb

       4. Scuppers

VI  Valley Gutter

VII.  Storm Drain

  A. Modified Type "D" Drop Inlet in Sump/on Grade

  B. Culvert Headwalls 17" x 13" CMAP to 83" x 57" CMAP

  C. Culvert Headwalls 48" CMP to 72" CMP

  D. Estimate of Quantities Type 1 Headwall

  E. Metal End Sections 12" CMP to 84" CMP and 17" x 13" CMAP to 83" x 57" CMAP

  F. RCP End Section 18" RCP to 54" RCP

  G. Method of Extending RCB Culverts

  H. Culvert Headwalls 42" RCP to 72" RCP

  I. Culvert Headwalls 23" x 14" Oval RCP to 60" x 38" Oval RCP

  J. Culvert Headwalls 68" x 43" Oval RCP to 91" x 58" Oval RCP

  K. Pre-cast Concrete Box Culvert

  L. RCB Culverts, General Notes

  M. RCB Culverts Type I Headwalls

  N. RCB Culverts Type II Headwalls (Sheet 1)

  O. RCB Culverts Type II Headwalls (Sheet 2)

ST-RH036232

P. Single RCB Culverts

Q. Double RCB Culverts

R. Additional Cell to be used with Double RCB Culverts to provide for Multiple Cell Culverts

S. Toe Protection

T. Conduit Outlet Erosion Protection

VIII. Utilities

    A. Utility Locations

        1. Typical Water and Sanitary Sewer Main Line Section

        2. Typical Underground Utility Locations in Residential Street

        3. Typical Water and Sanitary Sewer Laterals

        4. Typical Fire Hydrant Locations

    B. Pre-cast Concrete Sewer Manhole

    C. Water Service Installation 5/8", ¾", 1" Meter Sizes Unimproved Area

ST-RH036233



## TYPICAL LOCAL STREET SECTION
(PRIVATE)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-A**

DATE: 20 DEC 2005
REV:

ST-RH036234



## TYPICAL COLLECTOR STREET SECTION
(PRIVATE)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-B**

DATE: 20 DEC 2005
REV:

ST-RH036235



## TYPICAL ENTRY STREET SECTION

(PRIVATE)                                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-C

DATE: 20 DEC 2005
REV:

ST-RH036236



PL/PUE    R/W    ℄    R/W
                              PUE

79' PUE

25' COMMON
ELEMENT          54' ROW
                 (PUBLIC)

25'        25'
14'   11'   11'   14'

VARIES

LOT DIMENSION

1 5%

2%        2%

4:1 MAX

GOLF
COURSE

5' MEANDERING
SIDEWALK

24" VERT CURB & GUTTER
(TYPE "A")

## TYPICAL MINOR ARTERIAL STREET
### SECTION FRONTING GOLF COURSE
(PUBLIC)                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-D

DATE: 20 DEC 2005
REV:

ST-RH036237



## TYPICAL MINOR ARTERIAL STREET SECTION
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-E**

DATE: 20 DEC 2005
REV:

ST-RH036238



## TYPICAL MINOR ARTERIAL STREET SECTION
## WITH MEDIAN    (PUBLIC)                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

### RHODES HOMES ARIZONA, LLC
### GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

| SCALE: NOT TO SCALE | |
|---|---|
| **FIGURE 1-F** | DATE: 20 DEC 2005<br>REV: |

ST-RH036239



PL/PUE      R/W            C̄            R/W      PL/PUE

*104'

24"VERT
C.&G.
(TYPE "A")

24"VERT
C.&G.
(TYPE "A")

69' ROW
(PUBLIC)

17.5'
COMMON
ELEMENT

**17.5'
COMMON
ELEMENT

TYPE "A"
SINGLE CURB

TYPE "A"
SINGLE CURB

25'

25'

14'      11'      14'      11'      14'

VARIES

VARIES

LOT
DIMENSION

LOT
DIMENSION

1.5%      2%            2%      1.5%

5' MEANDERING
SIDEWALK

5' MEANDERING
SIDEWALK

* — 91' IF ADJACENT TO GOLF COURSE
** — 4.5' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #1 STREET SECTION

(PUBLIC)                                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE: 20 DEC 2005
REV:

ST-RH036240



* — 117' IF ADJACENT TO GOLF COURSE
** — 13' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-H**

DATE: 20 DEC 2005
REV:

ST-RH036241



* – 139' IN LOCATIONS ADJACENT TO GOLF COURSE
** – 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL MAJOR ARTERIAL STREET SECTION
(PUBLIC)                                                    NOT TO SCALE
NORTH OF GOLF COURSE FROM
ROUND–A–BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369–9396  Fax (702) 369–9793

SCALE: NOT TO SCALE

**FIGURE I-I-1**

DATE: 20 DEC 2005
REV:

ST-RH036242



* — 139' IN LOCATIONS ADJACENT TO GOLF COURSE
** — 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL INTERMEDIATE MAJOR ARTERIAL
### STREET SECTION
(PUBLIC)                                   NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE 1-I-2

DATE: 20 DEC 2005
REV:

ST-RH036243



R/W
PL

C̲L̲

FUTURE
R/W
PL

100' ROW
(PUBLIC)

50'        FUTURE 50'

2'
5'    14'    11'    11'    7'

1.5%        2%

VARIES

5' SIDEWALK

24"VERT. C&G
(TYPE "A")

TYPE "A"
SINGLE CURB

## TYPICAL 100' RIGHT-OF-WAY
## HALF STREET SECTION
(PUBLIC)
SECTION LINE ROADWAYS

NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-J**

DATE: 20 DEC 2005
REV:

ST-RH036244



LOT DIMENSION | PL | 25' P.U.E. & BC—BC
(PRIVATE) | PL | LOT DIMENSION

₵

10.5' | 10.5'

VARIES | FOG SEAL | VARIES

PG

2% | 2%

24" RIBBON CURB TYPE B
PER MAG STANDARD DETAIL 220

PRIME COAT

2" ASPHALT OVER 6" TYPE II
BASE AT 95% COMPACTION

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON
ADDITIONAL R—VALUE TESTS PERFORMED DURING
CONSTRUCTION OF THE ACTUAL SUBGRADE
MATERIALS AND TRAFFIC INFORMATION.

## TYPICAL ALLEY STREET SECTION
(PRIVATE)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369—9396  Fax (702) 369—9793

SCALE: NOT TO SCALE

**FIGURE I-K**

DATE: 20 DEC 2005
REV:

ST-RH036245



**DRAINAGE EASEMENT**
**TO BE PRIVATELY MAINTAINED**
N T S



**REMOVABLE BOLLARD DETAIL**
N.T.S.

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

| SCALE: NOT TO SCALE | |
|---|---|
| **FIGURE II-B** | DATE: 20 DEC 2005<br>REV: |

ST-RH036246



**SCREEN WALL DETAIL**
NO SCALE (LEVEL BACKFILL ONLY)

### TYPE I DIMENSIONS – LEVEL BACKFILL

| H | H1 | H2 | W | T | L | X BARS | Y BARS | Z BARS |
|---|----|----|---|---|---|--------|--------|--------|
| WALLS NOT REQUIRING SPECIAL INSPECTION | | | | | | | | |
| 2'-0" | 2'-0" | – | 2'-6" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 2'-8" | 2'-8" | – | 2'-5" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 3'-4" | 3'-4" | – | 2'-6" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 4'-0" | 4'-0" | – | 2'-9" | 12" | 9" | #4 @ 48" | #5 @ 24"** | #4 @ 24" |
| 4'-8" | 4'-8" | – | 3'-3" | 12" | 9" | #4 @ 48" | #5 @ 24"** | #4 @ 24" |
| 5'-4" | 5'-4" | – | 3'-6" | 12" | 9" | #4 @ 48" | #5 @ 16"** | #4 @ 16" |
| WALLS REQUIRING SPECIAL INSPECTION | | | | | | | | |
| 6'-0" | 3'-4" | 2'-8" | 3'-6" | 12" | 9" | #5 @ 48" | #5 @ 24" | #5 @ 24" |
| 6'-8" | 4'-0" | 2'-8" | 4'-3" | 12" | 9" | #5 @ 48" | #5 @ 24" | #5 @ 24" |
| 7'-4" | 4'-8" | 2'-8" | 4'-6" | 12" | 9" | #5 @ 48" | #5 @ 24" | #5 @ 24" |
| 8'-0" | 5'-4" | 2'-8" | 4'-9" | 14" | 9" | #5 @ 48" | #5 @ 24" | #5 @ 16" |
| 8'-8" | 6'-0" | 2'-8" | 5'-3" | 14" | 9" | #5 @ 8" | #5 @ 8" | #5 @ 16" |
| 9'-4" | 6'-0" | 3'-4" | 5'-6" | 14" | 9" | #6 @ 32" | #6 @ 16" | #6 @ 16" |
| 10'-0" | 6'-8" | 3'-4" | 5'-9" | 16" | 9" | #6 @ 24" | #6 @ 16" | #6 @ 16" |

* FOR THIS HEIGHT WALL THE X BARS MAY BE ELIMINATED BY EXTENDING THE Y BARS TO THE TOP OF THE WALL.

** WHEN "H2" DOES NOT EXIST LOCATE THE Y BARS IN THE SAME POSITION AS THE X BARS. EXTEND THE Y BARS INTO THE MASONRY WALL 2'-0" MINIMUM FOR A #4 BAR 2'-6" MINIMUM FOR A #5 BAR AND 3'-0" FOR A #6 BAR

### TYPE II DIMENSIONS – 3:1 SLOPING BACKFILL

| H | H1 | H2 | W | T | L | X BARS | Y BARS | Z BARS |
|---|----|----|---|---|---|--------|--------|--------|
| WALLS NOT REQUIRING SPECIAL INSPECTION | | | | | | | | |
| 2'-0" | 2'-0" | – | 2'-0" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 2'-8" | 2'-8" | – | 2'-3" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 3'-4" | 3'-4" | – | 2'-6" | 12" | 9" | #4 @ 48"* | #4 @ 48"** | #4 @ 24" |
| 4'-0" | 4'-0" | – | 2'-9" | 12" | 9" | #4 @ 48" | #4 @ 24"** | #4 @ 24" |
| 4'-8" | 4'-8" | – | 3'-6" | 12" | 9" | #4 @ 48" | #4 @ 24"** | #4 @ 24" |
| 5'-4" | 5'-4" | – | 4'-6" | 12" | 9" | #4 @ 48" | #4 @ 24"** | #4 @ 16" |
| WALLS REQUIRING SPECIAL INSPECTION | | | | | | | | |
| 6'-0" | 3'-4" | 2'-8" | 5'-3" | 12" | 9" | #4 @ 40" | #4 @ 24" | #5 @ 24" |
| 6'-8" | 4'-0" | 2'-8" | 6'-3" | 12" | 9" | #4 @ 24" | #4 @ 16" | #5 @ 16" |
| 7'-4" | 4'-8" | 2'-8" | 7'-0" | 12" | 9" | #4 @ 16" | #5 @ 8" | #5 @ 8" |
| 8'-0" | 5'-4" | 2'-8" | 7'-6" | 15" | 9" | #5 @ 8" | #5 @ 8" | #5 @ 8" |
| 8'-8" | 6'-0" | 2'-8" | 8'-3" | 18" | 9" | #5 @ 8" | #5 @ 8" | #5 @ 8" |
| 9'-4" | 6'-0" | 3'-4" | 9'-0" | 18" | 9" | #5 @ 8" | #6 @ 8" | #5 @ 8" |
| 10'-0" | 6'-8" | 4'-0" | 9'-6" | 21" | 9" | #6 @ 8' | #6 @ 8" | #5 @ 8" |

* FOR THIS HEIGHT WALL THE X BARS MAY BE ELIMINATED BY EXTENDING THE Y BARS TO THE TOP OF THE WALL.

** WHEN "H2" DOES NOT EXIST LOCATE THE Y BARS IN THE SAME POSITION AS THE X BARS. EXTEND THE Y BARS INTO THE MASONRY WALL 2'-0" MINIMUM FOR A #4 BAR 2'-6" MINIMUM FOR A #5 BAR AND 3'-0" FOR A #6 BAR

**RETAINING WALL & SCHEDULE**
NO SCALE

---

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE II-C-1**

DATE: 20 DEC 2005
REV:

ST-RH036247



DAMPPROOFING
SEE GENERAL STRUCTURAL NOTES

2'ø DRAIN @ 8'-0' O.C.
MAINTAIN FREE OF GROUT
MORTAR OR BACKFILL

DRAINSTAR STRIP DRAIN, CONTINUOUS
INSTALL PER MANUFACTURER'S SPECIFICATIONS

NATIVE BACKFILL

2% SLOPE

RETAINING WALL W/ FOOTING

__DRAIN DETAIL__
NO SCALE



1/2" x 6" EXPANSION JOINT
FILLER, LOCATE FLUSH W/ BACK
FACE OF WALL

WALL STEEL IN GROUT

DISCONTINUE JOINT REINFORCING AND
BOND BEAM REINFORCING AT JOINT

CONSTRUCTION JOINT DETAIL
NO SCALE

## GENERAL STRUCTURAL NOTES:

1   REINFORCING STEEL SHALL CONFORM TO ASTM A615, GRADE 60

2   CONCRETE SHALL HAVE MINIMUM STRENGTH OF 3500 psi AT 28
    DAYS USING TYPE V CEMENT PER ASTM C150. (DESIGN BASED ON
    f'c=2500 psi NO SPECIAL INSPECTION REQUIRED)

3   MASONRY UNITS SHALL BE ASTM C90, GRADE N-1 HOLLOW CONCRETE
    UNITS. MASONRY DESIGN STRESS IS AS FOLLOWS: 8" CMU f'm=1500
    psi, 12" CMU f'm = 1900 psi. FULL STRESSES ARE USED WHERE
    SPECIAL INSPECTION IS SPECIFIED  SPECIAL INSPECTION SHALL BE PER
    THE 1997 UBC SECTION 1701

4   MORTAR SHALL BE ASTM C270 TYPE "M" OR "S" WITH MINIMUM
    STRENGTH OF 1800 psi AT 28 DAYS USING TYPE V CEMENT PER
    ASTM C1500

5   GROUT SHALL BE PER ASTM C478 WITH A MINIMUM STRENGTH OF 2000
    psi AT 28 DAYS USING TYPE V CEMENT PER ASTM C-150

6   HORIZONTAL JOINT REINFORCING SHALL BE 9-GA. LADDER TYPE
    PER UBC STD 21-10 WITH LAP SPLICES OF 12" MINIMUM
    INCLUDING CORNERS AND INTERSECTIONS

7   UNLESS OTHERWISE NOTED, ALL CONSTRUCTION SHALL CONFORM TO
    THE UNIFORM BUILDING CODE, LATEST EDITION, AND PER STANDARD
    SPECIFICATIONS FOR THE CITY OF HENDERSON, NEVADA BUILDING
    DEPARTMENT

8   ALL WALLS ARE SUBJECT TO APPROVAL BY THE CITY OF HENDERSON
    NEVADA, BUILDING DEPARTMENT

9   SOLID GROUT ALL MASONRY UNITS THAT ARE AT OR BELOW FINISH
    GRADE

10  ALL CORNERS OR ANGLES SHALL BE TIED TOGETHER WITH REINFORCING
    STEEL AND GROUTED SOLID.

11  WHERE VERTICAL GROUT POURS ARE NOT CONTINUOUS FOR THE ENTIRE
    HEIGHT OF THE WALL, TERMINATE LIFT 1 1/2" BELOW TOP OF TOP
    BLOCK TO FORM A KEY FOR FUTURE LIFTS

12  LOCATE CONTROL JOINTS IN RETAINING WALL AT A MAXIMUM SPACING
    OF 24'-0"

13  BOND BEAMS AND JOINT REINFORCING SHALL NOT BE CONTINUOUS
    THROUGH WALL CONSTRUCTION JOINTS

14  WALLS SHALL BE STEPPED ONLY AS SHOWN ON THE PLANS

15  IF ACTUAL HEIGHT OF WALL IS NOT LISTED IN TABLE USE STEEL AND
    DIMENSIONS FOR NEXT HIGHEST WALL LISTED

16  DAMPPROOFING. DAMPPROOFING SHALL BE AS FOLLOWS

    A.  APPLY WATCHDOG WATERPROOFING MEMBRANE, AS MANUFACTURED
    BY KOCH MATERIALS COMPANY, OVER SOIL SIDE OF RETAINING WALL.
    APPLICATION OF THE WATCHDOG WATERPROOFING MEMBRANE SHALL BE
    IN ACCORDANCE WITH THE MANUFACTURER'S PRINTED INSTRUCTIONS

    B.  INSTALL A 24-MIL DIMPLED HDPE MEMBRANE OVER KOCH
    WATCHDOG MEMBRANE, PROVIDE DELTA-MS AS MANUFACTURED BY
    COSELLA – DORKEN  APPLICATION OF THE DELTA-MS SYSTEM SHALL
    BE IN ACCORDANCE WITH THE MANUFACTURER'S PRINTED INSTRUCTIONS
    DETAILS AND MATERIALS.

17  BACKFILL BEHIND WALLS SHALL BE COMPACTED TO 90% OF STANDARD
    PROCTOR DENSITY

18  WHERE RETAINING WALLS ARE SHOWN ON PERIMETER STREETS, USE
    DECORATIVE BLOCK TO MATCH THOSE OF THE PERIMETER WALLS

19  SOILS REPORT PREPARED BY KLEINFELDER INC. PROJECT No. 21158 DATED
    OCT 03 2002

        ALLOWABLE SOILS BEARING PRESSURE = 2500 psf FOR 12' WIDE FOOTING
        PLUS 800 psf FOR EACH ADDITIONAL FOOT OF WIDTH OF FOOTING 5000
        psf MAXIMUM.
        SOIL ACTIVE PRESSURE = 35 psf/ft (LEVEL)
        SOIL PASSIVE PRESSURE = 300 psf/ft
        COEFFICIENT OF FRICTION = 0.40

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE II-C-2

DATE: 20 DEC 2005
REV:

ST-RH036248



TYPICAL SECTION

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE II-D-1**

DATE: 20 DEC 2005
REV:

ST-RH036249



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE II-D-2

DATE: 20 DEC 2005
REV:

ST-RH036250



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE II-D-3

DATE: 20 DEC 2005
REV:

ST-RH036251



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE II-D-4**

DATE: 20 DEC 2005
REV:

ST-RH036252



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE II-D-5

DATE: 20 DEC 2005
REV:

ST-RH036253



REAR PROPERTY LINE

SIDEWALK
CURB & GUTTER
STREET

SLAB

PERSPECTIVE

1  SLOPE FROM REAR TO SWALE
2. SLOPE FROM HOUSE TO SWALE
3. SLOPE FROM HOUSE TO SIDE SWALE
4. REAR SWALE (10' MIN. FROM REAR OF HOUSE)
5. SIDE SWALE (MINIMUM 0.5%)
6. SLOPE FROM HOUSE TO SIDEWALK
7. SLOPE OF STREET

## TYPICAL LOT GRADING
*N.T.S*

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-A**

DATE: 20 DEC 2005
REV:

ST-RH036254



## TYPICAL SETBACKS FOR ALL LOTS
NTS

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-B**

DATE: 20 DEC 2005
REV:

ST-RH036255

# LOT GRADING DETAILS



## REAR YARD SECTION AT PERIMETER STREET
N.T.S.



## REAR YARD SECTION AT PERIMETER BOUNDARY
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-C**

DATE: 20 DEC 2005
REV:

ST-RH036256

# LOT GRADING DETAILS



P/L

1 OVER BUILD

HIGH PAD

2:1 MAX

VARIES

LOW PAD

### REAR YARD SECTION WITH SCARP
N.T.S.



P/L

1' OVER BUILD

PAD

GOLF COURSE/
OPEN SPACE

### REAR YARD SECTION AT GOLF
### COURSE / OPEN SPACE
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-D**

DATE:  20 DEC 2005
REV:

ST-RH036257

# LOT GRADING DETAILS



P/L

— VIEW FENCE

1' MIN

HIGH PAD

— RETAINING

LOW PAD

4" MIN

### REAR / SIDE YARD SECTION WITH RETAINING
N.T.S.



P/L

1' OVER BUILD

HIGH PAD

2:1 MAX

2' MAX
NO RETAINING
(PAD TO PAD)

LOW PAD

### SIDE YARD SECTION - NO RETAINING
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE III-E**

DATE:  20 DEC 2005
REV:

ST-RH036258

# LOT GRADING DETAILS



### SIDE YARD CORNER LOT SECTION AT COLLECTOR WITH RETAINING
N T S



### SIDE YARD CORNER LOT SECTION AT COLLECTOR – NO RETAINING
N.T.S

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE:  NOT TO SCALE

**FIGURE III-F**

DATE:  20 DEC 2005
REV:

ST-RH036259

# LOT GRADING DETAILS



### SIDE YARD CORNER LOT SECTION WITH RETAINING
N.T.S.



### SIDE YARD CORNER LOT SECTION NO RETAINING
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE III-G

DATE: 20 DEC 2005
REV:

ST-RH036260



NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT
ADJACENT TO A SIDEWALK, FACE OF POLE TO
BE 3' FROM BACK OF CURB

## STREETLIGHT LOCATION
N T S

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-A**

DATE: 20 DEC 2005
REV:

ST-RH036261



POLE
₵

CAP

8'-0" TYP.

5" x 2' PIPE TENON

₵ ARM

SIMPLEX ₵

PIPE ARM

15"

SIMPLEX
SEE STANDARD
DRAWING NO. 318

11 GA. MIN., TYP.

30'-0" ROUND TAPERED STEEL SHAFT PER UNIFORM STANDARD SPECS.

31'-9" LUMINAIRE MOUNTING HEIGHT

POLE

HANDHOLE
POLE IDENTIFICATION
BASE COVER

NOTES:
1. SEE GENERAL NOTES STANDARD DRAWING NO. 313.
2. SEE STANDARD DRAWING NO. 319 FOR DETAIL OF POLE BASE.
3. SEE STANDARD DRAWING NO. 318 FOR DETAIL OF POLE CAP.

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 506 | STEEL STRUCTURES | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | STREETLIGHT STANDARD WITH 2" PIPE ARM |
| 715 | GALVANIZING | |
| | | |
| | | DATE 12-12-96  DWG. NO. 314  PAGE NO. 74 |

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-B

DATE: 20 DEC 2005
REV:

ST-RH036262



BEHIND CURBSIDE SIDEWALK

BACK PORTION OF CURBSIDE SIDEWALK (NOT FOR NEW CONSTRUCTION)

NOTES:

1. FOUNDATIONS SHALL BE LOCATED OUTSIDE OF THE SIDEWALK WHENEVER FEASIBLE. A CLEARANCE OF 36" SHALL BE MAINTAINED ON SIDEWALK TO COMPLY WITH THE AMERICANS WITH DISABILITIES ACT.

2. FOUNDATION CAP SHALL BE CONCRETE OR GROUT AS DESIGNATED BY THE ENTITY ENGINEER

OPEN AREA OR BETWEEN CURB AND SIDEWALK

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | LIGHTING STANDARD SETBACK |
| | | |
| | | |
| | | DATE 7-8-04 | DWG. NO. 320 | PAGE NO. 80 |

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-C**

DATE: 20 DEC 2005
REV:



CAST IRON OR NON-CONDUCTIVE
COVER FOR PEDESTRIAN AREAS

BRASS "L" BOLT AND NUT

COVER

BODY

EXTENSION
AS SPECIFIED BY THE ENGINEER

| PULL BOX | | | |
|---|---|---|---|
| | SIZE (COMMERCIAL DESIGNATION) | | |
| | 3-1/2 | 5 | 7 |
| A | 15 | 21-3/4 | 30-5/8 |
| B | 10 | 11-3/4 | 17-5/8 |
| C | 3/4 | 2 | 2 |
| D | 19-3/8 | 25 | 34-3/4 |
| E | 14-3/8 | 15 | 21-3/4 |
| F | 12 | 12 | 12 |
| G | N/A | 10-1/4 | 11-1/2 |

NOMINAL DIMENSION IN INCHES

NOTES:

1  COVERS INSTALLED IN TRAFFIC AND OPEN AREAS
ACCESSIBLE TO TRAFFIC SHALL BE PER
STANDARD DRAWING NO. 327.

2  SEE STANDARD DRAWING NO. 323 FOR
COVER GROUNDING.

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 503 | PRECAST PRESTRESSED CONCRETE MEMBERS | PRECAST REINFORCED CONCRETE PULL BOX |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | |
| | | DATE 12-12-96 | DWG. NO. 326 | PAGE NO. 86 |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-D

DATE: 20 DEC 2005
REV:

ST-RH036264



UTILITY BOXES IN SIDEWALK

UTILITY BOXES BETWEEN DRIVEWAYS

NOTE:

PROVIDE A MINIMUM OF 8" AROUND ALL BOXES
ANY BOX SHALL NOT BE PLACED WITHIN 3'-3" OF
FIRE HYDRANTS IN DRIVEWAYS OR DRIVEWAY APRONS.
THIS DRAWINGS IS NOT INTENDED TO LIMIT THE NUMBER
OF BOXES BETWEEN DRIVEWAYS TO TWO

TYPICAL SECTION

| SPECIFICATION REFERENCE | |
|---|---|
| 505 | REINFORCING STEEL |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING |
| | |
| | |
| | |

UNIFORM STANDARD DRAWINGS
CLARK COUNTY AREA

UTILITY PULL BOX LOCATIONS
SIDEWALK AND BETWEEN DRIVEWAYS

| DATE 12-12-96 | DWG. NO. 328 | PAGE NO. 88 |

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-E

DATE: 20 DEC 2005
REV:

ST-RH036265



SERVICE PEDESTAL ENCLOSURE, 12 GA. SHEET METAL BODY AND EQUIPMENT MOUNTING PANEL 14 GA. FRONT COVER(S) AND 16 GA. MIN. FOR ALL OTHER PANELS. ALL SHEET METAL SHALL BE FINISHED WITH ZINC CHROMATE PRIMER AND GREEN BAKED ENAMEL OR POWDER COAT FINISH METERING SECTION PER P.U.E.S.E.R. STANDARDS

UTILITY METER SECTION, 125 OR 200 AMP AS NEEDED 120/240 VOLT 1 PHASE, 3 WIRE THE SECTION SHALL HAVE A HINGED COVER WITH PADLOCK TAB

CIRCUIT BREAKER DISTRIBUTION SECTION, 125 OR 200 AMP AS NEEDED. 120/240 VOLT, 1 PHASE, 3 WIRE. THE SECTION SHALL BE COMPLETE WITH SEPARATE DEAD FRONT, COPPER BUSSING, SPACE FOR A MINIMUM OF TEN FULL SIZE (1") GE TYPE PLUG-IN CIRCUIT BREAKERS (EXCLUDING MAIN BREAKER) COPPER NEUTRAL/GROUNDING BUS AND MAIN BREAKER AS SPECIFIED BY THE ENGINEER. THE SECTION SHALL BE FACTORY WIRED TO THE METER SECTION WITH THE APPROPRIATE SIZE COPPER CONDUCTORS

EQUIPMENT MOUNTING PANEL, 10' H X 12" W MIN., OPEN OR ENCLOSED FOR LIGHTING CONTACTORS AS NEEDED

DISTRIBUTION AND EQUIPMENT SECTION COVER WITH PADLOCK TAB

UTILITY METER SECTION

CIRCUIT BREAKER DISTRIBUTION SECTION

EQUIPMENT MOUNTING PANEL

UTILITY SERVICE ENTRANCE CONDUCTOR PULL SPACE PER SERVING UTILITY REQUIREMENTS.

PULL SPACE ACCESS DOOR WITH HANDLE, PER SERVING UTILITY

SEPARATE PEDESTAL ENCLOSURE MOUNTING BASE (OPTIONAL)

BASE AND ENCLOSURE WIDTH (16" TYP.)

BASE DEPTH (16" TYP.)

ENCLOSURE DEPTH (17" TYP.)

TYPICAL MOUNTING BASE DETAIL
(DIMENSIONS MAY VARY DEPENDING ON MANUFACTURER)

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 506 | STEEL STRUCTURES | SINGLE METER SERVICE PEDESTAL |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | |
| | | |
| | | |
| | | DATE 8-12-99  DWG. NO.   330  PAGE NO.   90 |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-F**

DATE: 20 DEC 2005
REV:



BEHIND SIDEWALK (FOR WIDTHS LESS THAN 5 FT.)

BACK PORTION OF SIDEWALK (FOR WIDTHS OF 5 FT. OR GREATER)

OPEN AREA

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | SERVICE PEDESTAL SETBACK |
| | | |
| | | |
| | | DATE 12-12-96 \| DWG. NO. 331 \| PAGE NO. 91 |

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE IV-G**

DATE: 20 DEC 2005
REV:



PEDESTAL ℄

TOP OF ANCHOR BOLTS
5'6½" AT SIDEWALK
6'6½" IN OPEN AREA

TAPER 1" MIN. TO SIDEWALK
2" MIN. TO OPEN AREA GRADE

SERVICE PEDESTAL

ANCHOR BASE, BOLT SPACING PER
MANUFACTURER'S RECOMMENDATIONS

4" MIN. – 6" MAX
CONCRETE CAP

FINISHED GRADE

CURB

27" MIN.

24" MIN. – 36" MAX.

3" MAX. TOP OF FOUNDATION

BRONZE ANCHOR BOLT GROUNDING
CONNECTORS UL LISTED FOR
UNDERGROUND USE (ONE PER BOLT)
SEE NOTE 1

ANCHOR BOLT, TYP., 3/8" X 18" X 2"
HOT-DIP GALVANIZED WITH
2 CORROSION RESISTANT NUTS
AND 2 FLAT WASHERS PER BOLT

2" PVC SERVICE ENTRANCE CONDUIT ①

#4 AWG SINGLE–STRAND BARE COPPER
GROUNDING CONDUCTOR

CONCRETE FOUNDATION
15# FELT (2 LAYERS)

GROUNDING PLATE
PER NEC 250–83

3' MIN
1-1/4' PVC CONDUIT

24 SQUARE

① 125 AMP SERVICE: 2" CONDUIT, 2 #1 THW AND 1 #6 WHITE THW
200 AMP SERVICE: 2" CONDUIT 2 #3/0 THW AND 1 #2 WHITE THW

NOTES:

1   BARE COPPER GROUNDING CONDUCTOR SHALL BE LOOPED AROUND ANCHOR
    BOLTS ONE TIME AND CONNECTED TO EACH ANCHOR BOLT BEFORE
    CONTINUING DOWN TO THE GROUNDING PLATE
2   CABINET COVERS SHALL BE PARALLEL WITH CURB
3   IN AREAS WHERE R/W PERMITS, THE CONCRETE BASE SHALL BE PLACED AT
    AT THE BACK EDGE OF THE SIDEWALK.
4   CABINET COVERS SHALL OPEN TOWARDS THE STREET WHEN CABINETS ARE
    LOCATED AT BACK OF WALK.  CABINET COVERS SHALL OPEN PARALLEL TO THE
    SIDEWALK FACING THE DIRECTION OF TRAFFIC WHEN LOCATED WITHIN THE SIDEWALK.
5   WIRE SIZES ARE BASED ON UNDERGROUND FEED
6   WIRE SIZES SHALL BE INCREASED FOR VOLTAGE DROP LIMITATION WHEN RUN IS LONG

| SPECIFICATION REFERENCE | | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 501 | PORTLAND CEMENT CONCRETE | SERVICE PEDESTAL FOUNDATION (EXCEPT CLARK COUNTY AND CITY OF LAS VEGAS) |
| 623 | TRAFFIC SIGNALS & STREETLIGHTING | |
| | | |
| | | |
| | | DATE 2-10-00 | DWG. NO.  332 | PAGE NO.  92 |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE IV-H

DATE: 20 DEC 2005
REV:

ST-RH036268



NOTES:

1. SIDEWALK CONSTRUCTION SHALL CONFORM TO SECT. 340.

2. EXPANSION JOINT FILLER SHALL BE 1/2" BITUMINOUS TYPE PREFORMED EXPANSION JOINT FILLER, A.S.T.M. D-1751.

3. LARGE AGGREGATE, IN CONTRACTION JOINT, SHALL BE SEPARATED TO A DEPTH OF 1", FINISH DEPTH SHALL BE A MINIMUM OF 3/4".

4. EXPANSION JOINT 100' MAXIMUM SPACING PER SECT. 340.

SIDEWALKS

STANDARD DETAIL
ENGLISH

MARICOPA ASSOCIATION of GOVERNMENTS

DETAIL NO. 230

REVISED

CONTRACTION JOINT

EXPANSION JOINT

DETAIL NO. 230

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-A-1**

DATE: 20 DEC 2005
REV:

ST-RH036269



## NOTES:

1. DEPRESSED CURB SHALL BE PAID FOR AT THE UNIT PRICE BID FOR THE TYPE OF CURB USED AT THAT LOCATION.

2. WHEN WIDTH EXCEEDS 22' PROVIDE A CONTRACTION JOINT ON D/W CENTERLINE.

3. BACK OF D/W OR FACE OF FUTURE S/W

4. MASTIC EXPANSION JOINT THROUGH CURB AND GUTTER. EXPANSION JOINT FILLER SHALL BE 1/2" BITUMINOUS TYPE PREFORMED EXPANSION JOINT FILLER A.S.T.M. D-1751.

5. BACK OF CURB – CONSTRUCTION JOINT OR SCORE MARK.

6. CLASS 'B' CONCRETE, SECT 725.

7. SUBGRADE PREPARATION, SECT 301.

8. FLOW LINE OF GUTTER.

9. DEPRESSED CURB.

10. SECT. A–A AND ELEVATION. D/W VERTICAL CURB AND GUTTER OR ROLL TYPE CURB AND GUTTER.

11. ROLL TYPE CURB AND GUTTER NOT PERMITTED IN THE CITY OF MESA

12. 1/4" GROOVES AT 1' O.C. FULL WIDTH OF 5' WARP SECTION, EACH SIDE OF DRIVEWAY. SEE DETAIL NO. 1 ON TYPE 'D' RAMP DETAIL NO. 234

### COMMERCIAL AND INDUSTRIAL

| DRIVEWAY WIDTH | MIN. | MAX. | CLASS | DEPTH x |
|---|---|---|---|---|
| COMMERCIAL | * 16' | 40' | B | 6' |
| INDUSTRIAL | ** 16' | 40' | B | 6' |

* 24' MIN. FOR TWO WAY TRAFFIC

### RESIDENTIAL

| DRIVEWAY WIDTH | MIN. | MAX. | CLASS | DEPTH x |
|---|---|---|---|---|
| MAJOR STREET | 16' | 30' | B | 5' |
| COLLECTOR STREET | + 12' | 30' | B | 5' |
| LOCAL STREET | + 12' | 30' | B | 5' |

+ 16' DESIRABLE

REVISED

DETAIL NO. 250

DRIVEWAY ENTRANCES

STANDARD DETAIL ENGLISH

MARICOPA ASSOCIATION of GOVERNMENTS

DETAIL NO. 250

---

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants INC**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-A-2**

DATE: 20 DEC 2005
REV:

ST-RH036270



PLAN

PROFILE

SECTION A—A

## CURB CUT FOR DRAINAGE
NTS

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-B**

DATE: 20 DEC 2005
REV:



NOTES:

1. CONTROL ELEVATIONS SHOWN ARE IN RELATION TO THE GUTTER AND ARE LOCATED RADIALLY. GUTTER ELEVATION=0.

2. CLASS 'B' CONCRETE CONSTRUCTION AS PER SECTION 725.

CONTROL ELEVATIONS

SECTION A-A

SIDEWALK RAMPS - TYPE 'D'

DETAIL 1

DETAIL NO. 234

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-C**

DATE: 20 DEC 2005
REV:

ST-RH036272



ROLL CURB AND GUTTER
(TYPE C)

(TYPE D)

SPECIAL SECT. USE FOR HIGH
SIDE CURB WITH SHEET DRAINAGE
ACROSS STREET

NOTES: (C & D)

1. ALL WORK AND MATERIALS SHALL CONFORM TO SECT. 304, 505 AND 725. BROOM FINISH TO EXPOSED SURFACE.
2. CONTRACTION JOINT SPACING 10' MAXIMUM.
3. EXPANSION JOINTS AS PER SECT. 340.
4. CLASS 'B' CONCRETE PER 725.

NOTES: (TYPE A)

1. ALL EXPOSED SURFACES TO BE TROWEL FINISHED EXCEPT AS SHOWN. SEE SECT. 340.
2. H=6" OR AS SPECIFIED ON PLANS.
3. CONTRACTION JOINT SPACING 10' MAXIMUM.
4. EXPANSION JOINTS AS PER SECT. 340.
5. CLASS 'B' CONCRETE PER 725.

NOTES: (TYPE B)

1. CONSTRUCT CURB AND INSTALL 1/2" MASTIC EXPANSION JOINTS, A.S.T.M. D-1751. SECT. 340.
2. BROOM FINISH ALL SURFACES.
3. RIBBON CURB MAY SLOPE TOWARDS PAVEMENT OR PARKWAY AS INDICATED ON PLANS.
4. CONTRACTION JOINT SPACING 10' MAXIMUM.
5. CONCRETE SHALL BE CLASS 'B' PER SECT. 725 AND INSTALLED PER SECT. 505.

VERTICAL CURB AND GUTTER
(TYPE A)

RIBBON CURB
(TYPE B)

DETAIL NO.
220

STANDARD DETAIL
ENGLISH

CURB AND GUTTER
TYPES A, B, C AND D

DETAIL NO.
220

REVISED



MARICOPA
ASSOCIATION of
GOVERNMENTS

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE V-D-1

DATE: 20 DEC 2005
REV:

ST-RH036273



NOTES:

1. USE OF ROLL CURB MAY BE RESTRICTED BY SURFACE DRAINAGE CONSIDERATIONS.

2. SIDEWALK CONSTRUCTED CONTIGUOUS TO ROLL CURB SHALL BE 5 INCHES THICK (MIN).

3. WHERE LONGITUDINAL SLOPE IS LESS THAN 0.4% THE FLOW LINE SHALL BE WATER TESTED.

4. CONSTRUCT 1/2" EXPANSION JOINT AT ALL COLD JOINTS, AT BEGINNING AND END OF CURB RETURNS,
   AND AT 300 FT. MAX. INTERVALS FOR EXTRUDED CURB AND 30 FT MAX. INTERVALS FOR FORMED CURB.
   WEAKENED PLANE JOINTS SHALL BE FORMED AT THE REMAINING 15 FT INTERVALS.  SEE STD. DWG.
   NO. 234 FOR JOINT DETAILS.

5. ONE INCH BATTER AT CURB FACE IS OPTIONAL.

6. CITY OF LAS VEGAS COUNCIL APPROVAL REQUIRED FOR USE OF 30" ROLL CURB IN THE CITY OF
   LAS VEGAS.

7. IN NORTH LAS VEGAS, ROLL CURBS ARE PROHIBITED IN AREAS WHERE FLOW LINE GRADIENT IS LESS
   THAN 0.8% UNLESS OTHERWISE APPROVED BY CITY ENGINEER.

8. ALL UTILITY BOXES AND COVERS ADJACENT TO ROLL CURB SHALL BE HS−20 RATED "TRAFFIC BEARING" TYPE

| | SPECIFICATION REFERENCE | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|---|
| 320 | AGGREGATE BASE | CLARK COUNTY LAS VEGAS , NORTH LAS VEGAS, AND HENDERSON ONLY |
| 501 | CONCRETE | 30" ROLL CURB |
| 502 | CONCRETE STRUCTURES | RESIDENTIAL AREA |
| 707 | JOINT MATERIAL | |
| | | DATE 11−10−04 · DWG NO. 217A · PAGE NO. 23A |

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369−9396  Fax (702) 369−9793

SCALE: NOT TO SCALE

**FIGURE V−D−2**

DATE: 20 DEC 2005
REV:

ST-RH036274



TYPE "A" CURB & GUTTER PER
M.A.G. STD. DETAIL NO. 220

5'-0"

30' ROLL CURB & GUTTER PER
DETAIL NO. 217A ON SHEET DT4

## TRANSITION FROM TYPE "A" CURB
## TO ROLL CURB AND GUTTER
NTS

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE V-D-3**

DATE: 20 DEC 2005
REV:

ST-RH036275



NOTES:

1. ANGLE EQUALS 45° UNLESS SPECIFIED ON PLAN.
2. DIMENSION 'B' EQUALS 'A' + 2'
3. (———➤) INDICATES DIRECTION OF FLOW.
4. PAINT STEEL ACCORDING TO SECTION 790. PAINT NUMBER I–A OR I–B.
5. R EQUALS 1" UNLESS OTHERWISE DIRECTED.
6. H EQUALS CURB FACE HEIGHT.
7. FOR ROLL CURB AND GUTTER, USE 2' TRANSITIONS TO VERTICAL CURB.
8. CONCRETE SHALL BE CLASS B PER SECT. 725 AND INSTALLED PER SECT. 505.

DETAIL C

NO.4 REINFORCEMENT BAR, 4" LONG 3 EACH SIDE, MIN.

1/8"

2" x 2" x 1/8" ANGLE BOTH SIDES

DIAMOND PLATE    GUTTER FLOW LINE    LIP OF GUTTER

SECTION 'B–B'

SLOPE=1.5%

4"

SEE NOTE 3

SECTION 'A–A'

SIDEWALK

EXPANSION JOINT

TRANSITION FROM ROLL CURB TO VERTICAL CURB

4 OR 5

3/8" FLATHEAD STAINLESS STEEL CAP SCREW COUNTERSINK (6 EACH MIN.)

EXPANSION JOINT

SEE NOTE 5

SEE NOTE 1

A

A

B

B

SEE DETAIL C

2" x 2" x 1/8" ANGLE BOTH SIDES

EXPANSION JOINT

4"

16"

SEE NOTE 2

'A' (2'–6" MAXIMUM)

2"

2"

STEEL DIAMOND PLATE A–36

'B'

1/2

4"

EXPANSION JOINT

4"

MARICOPA ASSOCIATION of GOVERNMENTS

STANDARD DETAIL ENGLISH

SCUPPERS

DETAIL NO. 203

DETAIL NO. 203

REVISED



## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369–9396  Fax (702) 369–9793

SCALE: NOT TO SCALE

FIGURE V-D-4

DATE: 20 DEC 2005
REV:

ST-RH036276



NOTES:

1. ALL CONCRETE TO BE CLASS 'A' UNLESS OTHERWISE APPROVED. (SECT. 725).

2. 4' ON PROJECTS UNDER THE JURISDICTION OF THE COUNTY ENGINEER AND THE CITY OF MESA.

3. EITHER CONSTRUCTION JOINT OR CONTRACTION JOINT IS REQUIRED AT CENTERLINE OF STREET.

4. A SEPARATE CONCRETE PAD IS REQUIRED WHEN VALLEY GUTTER IS POURED HALF AT A TIME.

SECTION A–A
VALLEY GUTTER

VALLEY GUTTER

DETAIL NO. 240

STANDARD DETAIL
ENGLISH

MARICOPA ASSOCIATION of GOVERNMENTS

REVISED

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VI**

DATE: 20 DEC 2005
REV:



ST-RH036277



MODIFIED TYPE "D" DROP INLET IN SUMP

MODIFIED TYPE "D" DROP INLET ON GRADE

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-A

DATE: 20 DEC 2005
REV:

ST-RH036278



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-B

DATE: 20 DEC 2005
REV:

ST-RH036279



# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



## Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-C

DATE: 20 DEC 2005
REV:

ST-RH036280

CUBIC YARDS OF CONCRETE AND POUNDS OF REINFORCING FOR TWO TYPE I HEADWALLS ①

*Table of concrete quantities and reinforcing for Single Box, Double Box, and Triple Box headwalls, organized by span, height, and skew angle (0°, 15°, 30°, 45° skew).*

① — QUANTITIES SHOWN ARE FOR HEADWALLS AT THE INLET AND OUTLET

NEVADA DEPARTMENT OF TRANSPORTATION

ESTIMATE OF QUANTITIES
TYPE I HEADWALLS

Signed Original On File
Adopted: 09/2015
Revised: —

CHIEF BRIDGE ENGINEER

---

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-D

DATE: 20 DEC 2005
REV:



# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-E**

DATE: 20 DEC 2005
REV:

ST-RH036282



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-F**

DATE: 20 DEC 2005
REV:

ST-RH036283



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-G**

DATE: 20 DEC 2005
REV:

ST-RH036284



# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE:  NOT TO SCALE

**FIGURE VII-H**

DATE:  20 DEC 2005
REV:

ST-RH036285



**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-I**

DATE: 20 DEC 2005
REV:

ST-RH036286



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-J

DATE: 20 DEC 2005
REV:



PRECAST CONCRETE BOX CULVERT

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-K**

DATE: 20 DEC 2005
REV:



# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



## Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-L

DATE: 20 DEC 2005
REV:

ST-RH036289





# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH

**Stanley Consultants** INC.
5820 S EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-M**

DATE: 20 DEC 2005
REV:

ST-RH036290



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-N**

DATE: 20 DEC 2005
REV:

ST-RH036291



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-O**

DATE: 20 DEC 2005
REV:

ST-RH036292



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-P

DATE: 20 DEC 2005
REV:

ST-RH036293



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-Q

DATE: 20 DEC 2005
REV:

ST-RH036294



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VII-R

DATE: 20 DEC 2005
REV:

ST-RH036295



# HYDROLOGIC CRITERIA AND DRAINAGE DESIGN MANUAL

## TOE PROTECTION

(After Blodgett, 1986)

| Revision | Date |
|----------|------|
|          |      |
|          |      |
|          |      |

REFERENCE:

**FIGURE 705D**

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-S**

DATE: 20 DEC 2005
REV:

ST-RH036296

# HYDROLOGIC CRITERIA AND DRAINAGE DESIGN MANUAL.

## CONDUIT OUTLET EROSION PROTECTION

Extend riprap to height of culvert or one foot above normal channel depth, whichever is larger

Riprap thickness on channel side slopes equal to 0.75A

Downstream Channel

4:1 or flatter preferred
3:1 maximum

PLAN

End slope at 1:1

Granular Bedding

0.75A

L/2

L/2

Concrete cradle/cut off, or standard headwall

H or D

PROFILE

NOTE: A = 2 feet for riprap, 3 feet for heavy riprap.

| Revision | Date |
|---|---|
|  |  |
|  |  |
|  |  |

**WRC ENGINEERING**

**REFERENCE:** USDCM, DRCOG, March 1969 (with modifications)

**FIGURE 711**

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VII-T**

DATE: 20 DEC 2005
REV:

ST-RH036297



## TYPICAL WATER AND SS MAIN LINE SECTION

N.T.S.    NOTE:
INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR
PLASTIC COATED (BLUE FOR WATER AND GREEN
FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VIII-A-1

DATE: 20 DEC 2005
REV:

ST-RH036298



NOTES:

1. SEWER MAY BE LOCATED ON OTHER SIDE OF CENTERLINE AS TERRAIN DICTATES.

2. STREETLIGHT FOUNDATIONS SHALL BE LOCATED BEHIND SIDEWALK FOR SIDEWALK WIDTHS LESS THAN 5 FEET PER STANDARD DRAWING NO. 320.

3. SEPARATION DISTANCE SHALL CONFORM TO UTILITY STANDARDS ADOPTED BY THE GOVERNING AGENCY FOR SEWER AND WATER FACILITIES.

A. STREETLIGHT CONDUIT
B. POWER COMPANY SECONDARY
C. POWER COMPANY PRIMARY
D. TELEPHONE CONDUITS
E. CABLE T.V. CONDUIT
F. TRAFFIC SIGNAL CONDUIT
G. OTHER COMMUNICATIONS CONDUIT
H. POWER MARKING TAPE
J. TELEPHONE MARKING TAPE

| SPECIFICATION REFERENCE | UNIFORM STANDARD DRAWINGS CLARK COUNTY AREA |
|---|---|
| | TYPICAL UNDERGROUND UTILITY LOCATIONS IN RESIDENTIAL STREETS WITH 60 FEET OR LESS RIGHT-OF-WAY |
| | DATE 3-14-02  DWG. NO.    501        PAGE    121 |

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS  NEVADA  89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-A-2**

DATE: 20 DEC 2005
REV:

ST-RH036299



24" MIN
BETWEEN SERVICE LINES
SEWER MAIN
WATER MAIN
4" SEWER LATERAL
4" SEWER LATERAL
1" WATER SERVICE
B.C./P.L.
EXTEND LATERALS 10' BEYOND P.L.
D\W
FIRE HYDRANT
7' MIN.
5' MIN
5' MIN.*
5' MIN *
5' MIN
5' MIN.
5' MIN.*
P.L.
P.L.
P.L.
* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS LATERALS
N.T.S.

# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-A-3**

DATE: 20 DEC 2005
REV:

ST-RH036300



4' S/W

BACK OF
CURB/P.L.

FIRE HYDRANT
FOUNDATION

LOT
LINE

PRIVATE
STREET

FIRE HYDRANT

NOTE:
ALL DIMENSIONS ON
THIS PLAN SHALL
HAVE PRIORIY OVER
DIMENSIONS SHOWN ON
THE STANDARD DETAIL.

1.0' (MIN.)
TO FACE OF
HYDRANT

NOTE:
IN LOCATIONS WHERE FIRE HYDRANT IS NOT
ADJACENT TO A SIDEWALK, FACE OF HYDRANT
TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-A-4**

DATE: 20 DEC 2005
REV:

ST-RH036301



**NOTES:**

1. PRE-CAST REINFORCED M.H. SECTIONS SHALL BE MANUFACTURED IN ACCORDANCE WITH A.S.T.M. C-478 EXCEPT AS MODIFIED HEREIN.

2. M.H. STEPS SHALL BE INSTALLED AT SITE OF M.H. SECTION MANUFACTURE. MINIMUM CLEARANCE EACH SIDE OF M.H. LEG SHALL BE 1". STEPS SHALL BE MOUNTED WITH 2 TO 1 SAND/CEMENT DRY PACK MORTAR. (SEE DET. 428 FOR M.H. STEP.) STEPS REQUIRED IN 48" DIAMETER MANHOLE. STEPS NOT REQUIRED IN 60" DIAMETER MANHOLE.

3. USE LOW ALKALI CEMENT ONLY

TYPE 'A' TOP
(PRE-CAST ECCENTRIC CONICAL TOP M.H.)

** ALTERNATE BASE WITH KNOCKOUTS FOR PIPES. CLEARANCE AROUND PIPES 1" MIN., 3" MAX. EXCEPT LOWER CORNERS

MARICOPA ASSOCIATION of GOVERNMENTS

STANDARD DETAIL ENGLISH

PRE-CAST CONCRETE SEWER MANHOLE

DETAIL NO. 420-1

REVISED 01-01-2001

DETAIL NO. 420-1

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE VIII-B

DATE: 20 DEC 2005
REV:

ST-RH036302



LEGEND

①  THREADED COLLAR OR DOUBLE
    STRAP BRONZE SERVICE SADDLE
②  CORPORATE STOP
③  POLYETHYLENE OR COPPER SERVICE
    LATERAL (SEE NOTE 5)
④  ANGLE METER STOP (SEE NOTE 1)
⑤  IDLER
⑥  90° TAIL PIECE COUPLING
⑦  METER BOX
⑧  CONCRETE COLLAR, 2500 PSI
    COMPRESSIVE STRENGTH

NOTES

1.  5/8", 3/4", AND 1" REQUIRES BALL ANGLE
    METER STOP.
2.  LOCATOR TAPE REQUIRED ABOVE SERVICE
    LINE IF OTHER THAN 90° OFF WATER MAIN
3.  TOP OF METER BOX TO BE INSTALLED AS
    NEAR TO FUTURE FINAL GRADE AS POSSIBLE
4.  REINFORCEMENT AROUND METER BOX
5.  WHEN COPPER SERVICE LATERALS ARE USED,
    FLARED COPPER FITTINGS AND CONNECTIONS
    ARE REQUIRED

| METER SIZE | ⑨ IDLER LENGTH | ③ MINIMUM SERVICE LATERAL SIZE |
|---|---|---|
| 5/8" | 7-1/2" | 3/4" |
| 3/4" | 7-1/2 | 3/4" |
| 1" | 10-3/4 | 1" |

WATER SERVICE INSTALLATION
5/8", 3/4", 1" METER SIZES
UNIMPROVED AREA

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE VIII-C**

DATE: 20 DEC 2005
REV:

ST-RH036303