

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-89
Date: 12/20/2005
Job: GVMP-1000  Golden Valley Master Plan

Approved ☐ _____

Description: 1-01-1900

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-1900 | S | Revisions-Rhodes<br>REVISE ROAD ALIGN TO IMA<br>IDENTIFY PODS PRODUCE<br>SPECIFIC PLAN<br>CONSTRAINT MAP<br>PHASING PLAN<br>REIMBURSABLES | 40,000.00 | 0.00 | 40,000.00 |
|  |  |  | Totals: | 40,000.00 | 0.00 | 40,000.00 |

_signature_ 12/23/05          _signature_ 12/29/05
Rhodes Homes        Date        Stanley Consultants, Inc        Date

Work Completed _____    Date _____

Page 1 of 1

ST-RH021972

1-013 1900
GVMP1000-89

Mr. Kirk Brynjulson                                                           December 13, 2005
Rhodes Homes Arizona, LLC
2215 Hualapai Mountain Road, Suite H
Kingman, Arizona 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK
Project #: 18181.04   05

Project Name:   Rhodes Mohave County
                Golden Valley Ranch Additional Land Use Planning Services

Per your request, Stanley Consultants proposes an amendment to the existing contract for the following Professional Services on a T&M basis, per current attached rate sheet, not to exceed as follows:

1. Revise roadway alignments to match the Land Use Plan from IMA Design for the Golden Valley Ranch Master Plan Area. Review southern Traffic Circle and provide exhibits. Coordinate input from client, architect and golf course architect. Put IMA design into final Cadd/GIS format. (16 hours Principal @ $218.56/hour, 12 hours Project Manager @ $200.00/hour, 84 hours Professional Engineer @ $120.96/hour).
2. Identify individual Village/Pod developments with client and produce the Specific Plan Map. Develop final pods and matrix of area with density. (8 hours Project Manager @ $200.00/hour, 60 hours Designer @ $96.96/hour).
3. Work with team in developing a Constraints Map for client. (8 hours Project Manager @ $200.00/hour, 60 hours Designer @ $96.96/hour)
4. Develop Phasing Plan Exhibits for the Revised Land Use Plan. (8 hours Project Manager @ $200.00/hour, 60 hours Designer @ $96.96/hour).
5. Reimbursable expenses. (Allow $1,690.00)

Estimated Completion date:   Ongoing as long as budget remains and/or until the master planning is completed. Future updates to pod and matrix may require additional budget.

**Fee for Services** $40,000

**Fee Type** (select one):

| | | |
|---|---|---|
| ☐ Lump Sum | ☐ Hourly Fee | ☐ Cost Plus Fix Fee with ceiling |
| ☐ Lump Sum plus reimbursables | ☒ Hourly Fee with ceiling | ☐ Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                     Rhodes Homes Arizona

Ken Yamada                            By: _____

ST-RH021973

Project No.
W.O.

TITLE: GVR Lotting

IMA Revised Land Use Plan
Specific Plan and Constraints Map

| Task | Description | Principal | | Project Manager Const. Mngr | | Engineer | | Designer | | | | | | Item Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cost/hr | $218.56 | cost/hr | $200.00 | cost/hr | $120.96 | cost/hr | $96.96 | cost/hr | | cost/hr | | |
| | | MH | Total Cost | MH | Total Cost | MH | Total Cost | MH | Total Cost | MH | #VALUE! Total Cost | MH | #VALUE! Total Cost | |
| 1 | Client Meeting / Design Team Coordination | 16 | $3,498.96 | 8 | $1,800.00 | 16 | $1,935.36 | 0 | $0.00 | | | | | $7,093.32 |
| 2 | Roadway Realignment | 0 | $0.00 | 4 | $800.00 | 68 | $8,225.28 | 0 | $0.00 | | | | | $9,025.28 |
| 3 | Specific Plan | 0 | $0.00 | 8 | $1,600.00 | 0 | $0.00 | 60 | $5,817.60 | | | | | $7,417.60 |
| 4 | Constraints Map | 0 | $0.00 | 8 | $1,600.00 | 0 | $0.00 | 60 | $5,817.60 | | | | | $7,417.60 |
| 5 | Master Plan Phasing Map | 0 | $0.00 | 8 | $1,600.00 | 0 | $0.00 | 60 | $5,817.60 | | | | | $7,417.60 |
| 6 | | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | | $0.00 | | | | | $0.00 |
| 6b | | 0 | $0.00 | 0 | $0.00 | | $0.00 | | $0.00 | | | | | $0.00 |
| 7 | | 0 | $0.00 | 0 | $0.00 | | $0.00 | | $0.00 | | | | | $0.00 |
| 8 | | 0 | $0.00 | 0 | $0.00 | | $0.00 | | $0.00 | | | | | $0.00 |
| | Totals | 16 | $3,498.96 | 36 | $7,200.00 | 84 | $10,160.64 | 180 | $17,452.80 | | | | | $38,310.40 |

| | |
|---|---|
| Expenses | $1,890.00 |
| Total | $40,000.40 |

| | Multiplier | SC Class |
|---|---|---|
| Principal | 3.2 | |
| Project Manager | 68.3 | SC-21 |
| Engineer | 62.5 | SC-20 |
| Designer | 37.8 | SC-13 |
| | 30.3 | SC-10 |

ST-RH021974