*HMT Inv # 7,242.13*


**Stanley Consultants** INC.

January 27, 2006
Project No: 18181.05.00
Invoice No: 0075145

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

**CLIENT PAID**

JUN 0 6 2006

STANLEY CONSULTANTS, INC.
BY *2,338.20*

**Total This Invoice**
**$11,580.33**

Attention: Bill Roberts

For: GVR Additional Land Use Planning Services
Purchase Order # GVMP 1000-89

**Professional Services from December 04, 2005 to December 31, 2005**

**Professional Personnel**

|       | Hours | Rate   | Amount    |
|-------|-------|--------|-----------|
| SC-14 | 84.50 | 129.60 | 10,951.20 |
| SC-5  | 6.00  | 61.45  | 368.70    |
| SC-3  | 5.50  | 47.35  | 260.43    |
| Totals| 96.00 |        | 11,580.33 |

**Total Labor**                                                11,580.33

**Total This Invoice**    **$11,580.33**

If you have any questions regarding this invoice, please contact
Ken Yamada at (702)369-9396.



**Stanley Consultants INC.**

Date: 1/27/2006

Invoice No.

SCI Project # 18181.05.00
Rhodes Homes P.O. # GVMP1000-89

Billing Period: Through December 31, 2005

### CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 40,000.00 |
| Invoice Amount to Date | $ 11,580.33 |
| Balance Remaining | $ 28,419.67 |

### INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Site Planning | $ 40,000.00 | $ - | $ 11,580.33 | $ 28,419.67 | 29% |
| | | | | | |
| Totals | $ 40,000.00 | $ - | $ 11,580.33 | $ 28,419.67 | |

**TOTAL AMOUNT DUE THIS INVOICE**    $ 11,580.33

Payment Requested By: _____    Date: _____
Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027585

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Golden Valley_____

Property Location: _____Golden Valley_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 75145_____

Payment Amount: _____$11,580.33_____

Payment Period: _____December 4, 2005 through December 31, 2005_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____      _____Stanley Consultants, Inc._____
                                                                    Company Name

                                             By: _____

                                             Its: _____

ST-RH027586



**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To:  Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-89
Date: 12/20/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐

Description: 1-01-1900

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-1900 | S | Revisions-Rhodes<br>REVISE ROAD ALIGN TO IMA<br>IDENTIFY PODS PRODUCE<br>SPECIFIC PLAN<br>CONSTRAINT MAP<br>PHASING PLAN<br>REIMBURSABLES | 40,000.00 | 0.00 | 40,000.00 |
|  |  |  | **Totals:** | 40,000.00 | 0.00 | 40,000.00 |

_____  12/23/05
Rhodes Homes                Date

_____
Stanley Consultants, Inc    12/29/05 Date

Work Completed _____ Date

Page 1 of 1

ST-RH027587

# Billing Backup

*Friday, January 27, 2006*

**STANLEY CONSULTANTS, INC.**     Invoice Dated January 27, 2006

*11:27:27 AM*

## 18181.05.00 Rhodes GVR-Additional Land Use Planning

Invoice No: 0075145

**Professional Personnel**

| Labor Code - Name | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SC-14 | | | | | |
| 06773 | 00000 - Hagel, Steven A | 10/25/05 | 4.00 | 129.60 | 518.40 |
| Base Drawing Revisions to IMA design | | | | | |
| 06773 | 00000 - Hagel, Steven A | 10/26/05 | 9.00 | 129.60 | 1,166.40 |
| Fort Apache Mtg w/Jim Rhodes, Base Drawing Revisions to IMA design | | | | | |
| 06773 | 00000 - Hagel, Steven A | 10/27/05 | 5.00 | 129.60 | 648.00 |
| Base Drawing Revisions to IMA design | | | | | |
| 06773 | 00000 - Hagel, Steven A | 11/2/05 | 4.00 | 129.60 | 518.40 |
| Master Land Plan revs - IMA reconciliation | | | | | |
| 06773 | 00000 - Hagel, Steven A | 11/3/05 | 9.00 | 129.60 | 1,166.40 |
| Land Plan mtg with IMA in Kingman | | | | | |
| 06773 | 00000 - Hagel, Steven A | 11/4/05 | 3.00 | 129.60 | 388.80 |
| Master Land Plan revs - IMA reconciliation | | | | | |
| 06773 | 00000 - Hagel, Steven A | 11/29/05 | 6.00 | 129.60 | 777.60 |
| Rhodes GVR - Phasing Exhibits for new land plan | | | | | |
| 06773 | 00000 - Hagel, Steven A | 11/30/05 | 5.00 | 129.60 | 648.00 |
| Rhodes GVR - Phasing exhibits and modification of land plan - development of land plan base drawing | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/1/05 | 2.00 | 129.60 | 259.20 |
| Rhodes GVR - Development of land plan base drawing | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/5/05 | 1.50 | 129.60 | 194.40 |
| Rhodes GV - Coordination with IMA on Land Plan | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/6/05 | 6.00 | 129.60 | 777.60 |
| Rhodes GV - Land Plan Revs with Bill Roberts, IMA. | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/6/05 | 2.00 | 129.60 | 259.20 |
| Rhodes GV - Pod 3 Revisions, PP Revisions due to new land plan | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/7/05 | 3.00 | 129.60 | 388.80 |
| Rhodes GV - Land Plan Revs, Conf call TR/IMA | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/8/05 | 9.00 | 129.60 | 1,166.40 |
| Rhodes GV - Kingman Mtg to discuss Land Plan, Area 3 Revs | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/12/05 | 2.00 | 129.60 | 259.20 |
| Revised Land Plan - parks, golf, regional park, areas | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/14/05 | 3.00 | 129.60 | 388.80 |
| Area Revisions and calculations | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/15/05 | 2.00 | 129.60 | 259.20 |
| Rhodes GV - Land use area plotting for Bill Roberts | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/16/05 | 3.00 | 129.60 | 388.80 |
| Rhodes GV - Land use area plotting for Bill Roberts/file coord with IMA | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/22/05 | 2.00 | 129.60 | 259.20 |
| Land use plots for bill roberts | | | | | |
| 06773 | 00000 - Hagel, Steven A | 12/28/05 | 2.00 | 129.60 | 259.20 |
| Roadway Section Plan | | | | | |

ST-RH027588

| Project: | 18181.05.00 Rhodes GVR-Additional Land Use Pl | | | | Invoice No: 0075145 | |
|---|---|---|---|---|---|---|
| 06773 | 00000 - Hagel, Steven A<br>Roadway Section Plan | 12/29/05 | 2.00 | 129.60 | 259.20 | |
| SC-5 | | | | | | |
| 07098 | 00000 - Meyer, Ross A<br>LAND USE PLOTS FOR BILL ROBERTS | 12/16/05 | 2.00 | 61.45 | 122.90 | |
| 07098 | 00000 - Meyer, Ross A<br>LAND USE PLOTS FOR BILL ROBERTS | 12/21/05 | 2.00 | 61.45 | 122.90 | |
| 07098 | 00000 - Meyer, Ross A<br>LAND USE PLOTS FOR BILL ROBERTS | 12/22/05 | 2.00 | 61.45 | 122.90 | |
| SC-3 | | | | | | |
| 07216 | 00000 - Pendergraft, Derek<br>updating the callouts for typical sections for Golden Valley Ranch | 12/28/05 | 3.50 | 47.35 | 165.73 | |
| 07216 | 00000 - Pendergraft, Derek<br>updating the callouts for typical sections for Golden Valley Ranch | 12/29/05 | 2.00 | 47.35 | 94.70 | |
| | Totals | | 96.00 | | 11,580.33 | |
| | **Total Labor** | | | | | 11,580.33 |
| | | | | | **Total this report** | **$11,580.33** |