
**Stanley Consultants** INC.

July 28, 2006
Project No: 18181.05.00
Invoice No: 0082183

**Total This Invoice**
**$339.33**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: GVR Additional Land Use Planning Services
    Purchase Order # GVMP 1000-89

Professional Services from April 02, 2006 to July 01, 2006

**Professional Personnel**

|       | Hours | Rate  | Amount |
|-------|-------|-------|--------|
| SC-10 | 3.50  | 96.95 | 339.33 |
| Totals | 3.50 |       | 339.33 |

**Total Labor**                                                                339.33

                                           **Total This Invoice**    $339.33

**Outstanding Invoices**

| Number  | Date    | Balance  |
|---------|---------|----------|
| 0075145 | 1/27/06 | 9,242.13 |
| Total   |         | 9,242.13 |

If you have any questions regarding this invoice, please contact
Ken Yamada at (702)369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057



Date: 7/28/2006

Invoice No.

SCI Project # 18181.05.00
Rhodes Homes P.O. # GVMP1000-89

Billing Period: April 2, 2006 Through July 1, 2006

## CONTRACT SUMMARY:

| | | |
|---|---|---|
| Total Contract Amount | $ | 40,000.00 |
| Invoice Amount to Date | $ | 30,757.80 |
| Balance Remaining | $ | 9,242.20 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Site Planning | $ 40,000.00 | $ 30,418.47 | $ 339.33 | $ 9,242.20 | 77% |
| | | | | | |
| Totals | $ 40,000.00 | $ 30,418.47 | $ 339.33 | $ 9,242.20 | |

**TOTAL AMOUNT DUE THIS INVOICE**                                    $ 339.33

Payment Requested By: _[signature]_    Date: 8-1-06
Ken Yamada, Project Manager

Please Remit Payment To: Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027591

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: __Golden Valley__

Property Location: __Golden Valley__

Undersigned's Customer: __Rhodes Homes, Inc.__

Invoice/Payment Application Number: __82183__

Payment Amount: __$339.33__

Payment Period: __Through July 1, 2006__

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: __8-1-06__

Stanley Consultants, Inc.
Company Name

By: __[signature]__

Its: __Pm__

ST-RH027592

# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-89
Date: 12/20/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐ _____

Description: 1-01-1900

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-1900 | S | Revisions-Rhodes<br>REVISE ROAD ALIGN TO IMA<br>IDENTIFY PODS PRODUCE<br>SPECIFIC PLAN<br>CONSTRAINT MAP<br>PHASING PLAN<br>REIMBURSABLES | 40,000.00 | 0.00 | 40,000.00 |

Totals: 40,000.00    0.00    40,000.00

_____ 12/23/05    _____ 12/29/05
Rhodes Homes        Date        Stanley Consultants, Inc        Date

Work Completed _____ Date

Page 1 of 1

ST-RH027593

# Billing Backup

*Friday, July 28, 2006*

**STANLEY CONSULTANTS, INC.**     Invoice Dated  July 28, 2006     *4:25:42 PM*

18181.05.00  Rhodes GVR-Additional Land Use Planning

Invoice No:  0082183

**Professional Personnel**

| Labor Code - Name | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SC-10 | | | | | |
| 07196 | 00000 - Dreja, Lora | 5/22/06 | 2.00 | 96.95 | 193.90 |
| | apartment site discussions with planner, tracked down CADD exhibit to figure how extensive changes will be. | | | | |
| 07196 | 00000 - Dreja, Lora | 5/24/06 | 1.00 | 96.95 | 96.95 |
| | Rainwater abandonment follow up with Utilities | | | | |
| 07196 | 00000 - Dreja, Lora | 5/26/06 | 0.50 | 96.95 | 48.48 |
| | rainwater reporting to John what we plan but admitting we can't adjust the exhibit | | | | |
| | | Totals | 3.50 | | 339.33 |

**Total Labor**     339.33

**Total this report**     $339.33