February 10, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:
LOA #.

Project Name: **Per Application Fee: Zoning Change / Zoning Use Permit / Site Plan**

Per Rhodes request, Stanley Consultants is tasked to proceed with the following Professional Services:

Research previous zoning, surrounding land ownership, current uses and land plan assignments. Prepare site plan for owner's review and approval. Locate deeds, prepare narrative for application, calculate fees, prepare notification letters, circulate agendas, staff reports, reproduce exhibits, submit application and track approval status. Respond to comments, coordinate with Rhodes subconsultants and forward for signature.
- 4.0 hours PM @ $212.00 hour
- 72.0 hours Planner @ $102.80/hour

Site Planning work:
- 8.0 hours Commercial/Industrial PE @ $168.75/hour
- 24.0 hours Designer @ $102.80/hour

Estimated completion date: 120 days

**Fee for Services**   **$ 12,066.80**

**Fee Type** (select one):

| | | |
|---|---|---|
| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                Rhodes Homes


Ken Yamada/Dave Frohnen                By: _____

C:\Documents and Settings\7200\Local Settings\Temporary Internet Files\OLK20\LOA - Zone Use Change.doc

ST-RH008394

February 10, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

# CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:
LOA #.

Project Name: **Per Application Fee: Minor Plan Amendments / Zoning Change / Site Plan**

Per Rhodes request, Stanley Consultants is tasked to proceed with the following Professional Services:

Research previous zoning, surrounding land ownership, current uses and land plan assignments. Prepare site plan for owner's review and approval. Locate deeds, prepare letter outlining how the proposal conforms to the county policy, prepare narrative for application, calculate fees, prepare notification letters, circulate agendas, staff reports, reproduce exhibits, submit application and track approval status. Respond to comments, coordinate with Rhodes subconsultants and forward for signature.

- 4.0 hours PM @ $212.00/hour
- 88.0 hours Planner @ $102.80/hour

Site Planning work:

- 8.0 hours Commercial/Industrial PE @ $168.75/hour
- 24.0 hours Designer @ $102.80/hour

Estimated completion date: 120 days

**Fee for Services**   $ 13,711.60

**Fee Type** (select one):

| | | |
|---|---|---|
| [x] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                     Rhodes Homes

Ken Yamada/Dave Frohnen                       By: _____

C:\Documents and Settings\7200\Local Settings\Temporary Internet Files\OLK20\LOA - Minor Plan Amend.doc

ST-RH008395

February 10, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ  86401

## CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:
LOA #.

Project Name: **Per Application Fee:** Residential Zone Change & Map – Aztec Out Parcels

Per Rhodes request, Stanley Consultants is tasked to proceed with the following Professional Services:

Research previous zoning, surrounding land ownership, current uses and land plan assignments. Prepare site plan for owner's review and approval. Locate deeds, prepare narrative for application, calculate fees, prepare notification letters, circulate agendas, staff reports, reproduce exhibits, submit application and track approval status. Respond to comments, coordinate with Rhodes subconsultants and forward for signature.
- 4.0 hours PM @ $212.00/hour
- 72.0 hours Planner @ $102.80/hour

Site Planning work:
- 8.0 hours PE @ $128.20/hour
- 24.0 hours Designer @ $102.80/hour

For residential rezoning, prepare the following submittals:
- Preliminary Plat Map          16 hrs PLS @ $137.40/hr, 72 hrs Survey Tech @ $102.80/hr
- Preliminary Traffic Study     8 hrs Traffic PM @ $181.15/hr, 40 hrs PE @ $128.20/hr
- Preliminary Drainage Study    8 hrs Drainage PM @ $157.41/hr, 40 hrs DPE @ $137.38/hr

Estimated completion date: 120 days

**Fee for Services    $ 34,674.08**

**Fee Type** (select one):

| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                        Rhodes Homes


Ken Yamada/Dave Frohnen                          By: _____

C:\Documents and Settings\7200\Local Settings\Temporary Internet Files\OLK20\LOA - Rezoning Outparcels.doc

ST-RH008396

| Who | Project Name | Status | Comments |
|---|---|---|---|
| LD | Rhodes out - Apartment Building | Minor Plan Amendment and Rezone submitte 03/03/06. | PC April 12th BOS June 5. |
| LD | Rhodes out - Aztec 80 at Chuar | on hold | |
| LD | Rhodes out - Golden Valley | Park Rezone approved by BoS November 7. Rhodes must agree to maintenance schedule with county | county awaiting 3rd submittal |
| LD | Rhodes out - Interim Skid Plant - Use Permit | Submitted for Use Permit February 2 | Planning Department wants legal Boundary |
| LD | Rhodes out - Pods 1, 2,3 | Had Pre-app meeting Feb 28. | Targetting Second week in March for submittal. |
| LD | Rhodes out - Rezone for Golf Course | Submitted Feb. 2, | need boundary |
| LD | Rhodes out - Rezone for Information Center | Submitted Feb. 2, | need boundary |
| LD | Rhodes out - Rock Crusher and Batch Plant | does not need permit for crusher | Christine is still looking into a needed review for a batch plant. |
| LD | Rhodes out - Water Towers | | county has sent out notification letters for hearing March 8th |
| LD | Rhodes out - WWTP | Submitted Feb. 3 | County will hold application until ACC approves Perkins |

# Yamada, Ken

| | |
|---|---|
| **From:** | Yamada, Ken |
| **Sent:** | Tuesday, February 21, 2006 3:41 PM |
| **To:** | 'Kirk Brynjulson (RHA)'; 'kbrynjulson@cox.net'; 'Chantal Sullivan' |
| **Cc:** | Frohnen, David; Atwood, Denis; Dreja, Lora |
| **Subject:** | LOA: Rezoning Applications |
| **Attachments:** | preliminary plat requirements; LOA - Zone Use Change.doc; LOA - Minor Plan Amend.doc; LOA - Rezoning Outparcels.doc |

Kirk and Chantal,

Attached are Per Lot/Submittal LOA's for Rezoning, Minor Plan Amendment, and Residential Zoning applications. Briefly, the differences are as follows:

## Rezone Application

A rezone application is required when the proposed land use on a given property is not allowed within the zone currently assigned to that property. The site of the proposed Information Center is currently zoned "Agriculture Residential" (A-R) which does not allow this use. The site must be rezoned to "Residential Medium" (R-M) to allow this use. The R-M zone is consistent with the Golden Valley Ranch Master Concept plan and will allow for the proposed assisted living facility in the future.

Stanley will file an application for a rezone as a companion item to the Minor Plan Amendment for the 1 MGD Waste Water Treatment Plant. The rezone consists of the following tasks:

1. Prepare a Conceptual Site Plan and Notification letters: The conceptual Site Plan will outline the location of the site within Golden Valley Ranch, preliminary layout, surrounding land uses, parking calculations etc.
2. Prepare submittal package: Stanley will discuss the project at bi-weekly county meetings to familiarize Staff with the proposal. Stanley will prepare submittal applications with original signatures, fees and ownership information.
3. Represent Rhodes Homes at Two Public Meetings: Stanley will be present at both the Planning Commission and Board of Supervisors Hearing to represent Rhodes Homes and be able to answer questions that arise.

## Minor Plan Amendment

A Minor Plan Amendment review is required when the proposed land use on a given property is not consistent with the County's current land plan. A plan amendment is considered "minor" when the subject sits is less than 640 acres. As the site for the One MGD Waste Water Treatment Plan falls outside the current land plan, a minor plan amendment is necessary in order to obtain the appropriate zoning to be able to contruct and operate the plant.

Stanley will file an application for a minor plan amendment for the one MGD Waste Water Treatment Plant which will consist of the following tasks:

1. Prepare a written Letter: The application process for a minor plan amendment includes writing a letter that compares the use and impact of the proposed use to specific goals of the County's General Plan. Mohave County currently lists 63 Goals in their General Plan. Stanley will review the site layout,

1

ST-RH008398

operations, impacts, size, noise generation, impacts to air quality, water availability and surrounding conditions of the site.
2. Prepare a Conceptual Site Plan and Notification Letters: A conceptual site plan and notification letters addressed to all neighbors within a ½ mile radius of the site, are required as part of the submittal package.
3. Represent Rhodes Homes at Two Public Meetings: Stanley will be present at both the Planning Commission and Board of Supervisors Hearing to represent Rhodes Homes and be able to answer questions that arise.

### Residential Zoning

In addition to the Rezoning requirements listed above, the submittal of a Preliminary Plat is required with the rezoning application package. The requirements associated with the preliminary plat is attached. Please note the requirements for a Preliminary Plat Map, a Preliminary Traffic Study, and a Preliminary Drainage Study for each application.



preliminary plat requirements



LOA - Zone Use Change.doc (54..



LOA - Minor Plan Amend.doc (54...



LOA - Rezoning Outparcels.doc ...

These Per Lot/Submittal LOA's are transmitted for your review and approval. Please contact myself or Lora Dreja if you have any questions or need additional information on the above matters.

Ken

2

ST-RH008399