
**Stanley Consultants** INC.

June 06, 2006
Project No: 18181.05.02
Invoice No: 0080159

**Total This Invoice**
**$55,451.22**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

For:  GVR Zoning Applications
      Purchase Order #

### Professional Services from April 02, 2006 to April 29, 2006

Fee

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| Information Center | 12,066.80 | 90.00 | 10,860.12 | 10,860.12 |
| Golf Course | 12,066.80 | 90.00 | 10,860.12 | 10,860.12 |
| 1 MGD WWTP | 13,711.60 | 90.00 | 12,340.44 | 12,340.44 |
| Rhodes Office Site | 9,050.10 | 100.00 | 9,050.10 | 9,050.10 |
| Apartment Site-Shinarump | 13,711.60 | 90.00 | 12,340.44 | 12,340.44 |
| Total Fee | 60,606.90 | Total Earned | 55,451.22 | |
|  |  | Previous Fee Billing | 0.00 | |
|  |  | Current Fee Billing | 55,451.22 | |
|  |  | **Total Fee** |  | 55,451.22 |

**Total This Invoice    $55,451.22**

If you have any questions regarding this invoice, please contact
Ken Yamada at (702)369-9396.

ST-RH027600



Date: 6/6/2006

Invoice No.

SCI Project # 18181.05.02 & .05.03
Rhodes Homes P.O. #

Billing Period: Through April 29, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 60,606.90 |
| Invoice Amount to Date | $ | 55,451.22 |
| Balance Remaining | $ | 5,155.68 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Zoning Applications | $ 60,606.90 | $  - | $ 55,451.22 | $ 5,155.68 | 91% |
| **Totals** | $ 60,606.90 | $  - | $ 55,451.22 | $ 5,155.68 | |

**TOTAL AMOUNT DUE THIS INVOICE**          $ 55,451.22

Payment Requested By: _____     Date: _____
Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027601

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Golden Valley_____

Property Location: _____Golden Valley_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 80159_____

Payment Amount: _____$55,451.22_____

Payment Period: _____Through April 29, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____           _____Stanley Consultants, Inc.____
                                                   Company Name

                                         By: _____

                                         Its: _____

ST-RH027602