

SITE PLAN FOR:

RHODES RANCH GOLDEN VALLEY CONSTRUCTION TRAILER

THIS SITE IS LOCATED IN A PORTION OF PARCEL 46, CREATED BY RECORD OF SURVEY BOOK 1 PAGES 27 AND 43 IN SECTION 10, T. 21 N, R. 18 W, OF G. AND SRM, MOHAVE COUNTY, ARIZONA

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
CONSTRUCTION TRAILER
SITE PLAN

Stanley Consultants INC.

MOHAVE COUNTY        ARIZONA

SP1