# RHODES HOMES

**RECEIVED**
JAN 2 6 2006

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

*Purchase Order*

STANLEY CONSULTANTS (stamp)

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Ship To:**

**Order #:** GVMP1000-122
**Date:** 1/26/2006
**Job:** GVMP-1000 Golden Valley Master Plan

`Approved` ☐

**Description:** 1-01-0300

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-0300 | S | Environmental/Site Assesment<br>*Model Homes grading plan, utility coord, model staking* | 9,823.75 | 0.00 | 9,823.75 |
|  |  |  | **Totals:** | 9,823.75 | 0.00 | 9,823.75 |

_____  _____
Rhodes Homes                 Date

*(signature)* 1/26/06
Stanley Consultants, Inc     Date

_____  _____
Work Completed               Date

Page 1 of 1

ST-RH025070

1-01-0300

6 rmp. 000

January 18, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

# CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:
LOA #.

Project Name: Golden Valley Model Homes Grading Plans, Utility Coordination and Model Staking

Per Rhodes request, Stanley Consultants is tasked to proceed with the following Professional Services:

- Requested Changes to Site Plans 1/16 by Bill Roberts
- Legal Descriptions for Parcels for Electrical Service
- Grading Plans
- Wet and Electrical Utility Coordination
- Establish Controls / Model Staking

1 hr PE @ $120.95, 8hr D @ $96.95/hr
2 hr PLS @ $129.60/hr
24 hr PE, 24 hr Designer
5 hr PM @ $200.00/hr
4 hr PLS, 12 hr Crew @ $160.00/hr

Estimated completion date: 15 days

Fee for Services    $9,823.75

Fee Type (select one):
[X] Lump Sum              [ ] Hourly Fee              [ ] Cost Plus Fix Fee with ceiling
[ ] Lump Sum              [ ] Hourly Fee              [ ] Time & Materials
    plus reimbursables        with ceiling

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                              Rhodes Homes

Ken Yamada/Dave Frohnen                                By: _____

C:\Documents and Settings\csullivan\Local Settings\Temporary Internet Files\OLKF6\LOA - Model Staking.doc

ST-RH025071