

**RHODES HOMES**

**RECEIVED**

MAY 0 4 2005

STANLEY CONSULTANTS

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5336

SCI Job.
18277.01.00

### Purchase Order

**Approved** ☐

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Order #:** VT691000-7
**Date:** 6/4/2005
**Job:** VT69-1000  The Villas Tract - Kingman

**Ship To:**

CC: WOO
Cumminck
Mortina — P.L.
K.B.
Emily S.

**Description:** Survey Services
1946 C/D

| VT69-1000 | 2-06-0500 | S | Staking | 45,000.00 | 0.00 | 45,000.00 |
|---|---|---|---|---|---|---|
| | | | | | | |

NOTE:
Contract terms & conditions
are per "Kingman - 1600 acre" contract
Dated July 2004.

5/4/05

| | Totals: | 45,000.00 | 0.00 | 45,000.00 |
|---|---|---|---|---|

Rhodes Homes _____ 5/4/05 / Date

Stanley Consultants, Inc   David A. Frohnen _____ / Date

Work Completed _____ / Date

CC'd - 5/20/05 - local contracts
WOO
Cumminck
Mortina

ST-RH000790