

February 15, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK
Project #:     19106

Project Name:   Rhodes Arizona Red Lake Area Plan
                Phase I Environmental Site Assessment (ESA) and Area Plan for Red Lake Property.

Per your request, Stanley Consultants proposes the following Professional Services for the 32,000 +/- acres of property owned by the client in the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting Parcels 1 through 7 as described in attached exhibit "A". (See also attachment Exhibit 1)- $11,100.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $15,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways.- $ 12,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA, develop the proposed infrastructure section for the Red Lake Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:   1st Draft Submittal 3/1/06
                             Final Submittal – 5/30/06

**Fee for Services**     $56,100     X 30% complete = 16,830
                                                              27,

**Fee Type** (select one):
| X | Lump Sum | | Hourly Fee | | Cost Plus Fix Fee with ceiling |
| | Lump Sum plus reimbursables | | Hourly Fee with ceiling | | Time & Materials |

ST-RH008375



## Stanley Consultants INC.

February 15, 2006
Engineering, Environmental and Construction Services - Worldwide
Page 2

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.

David J Frohnen

Rhodes Homes

By: _____

cc:  Ken Yamada
     David Y. Woo

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702 369 9396 • fax 702 369 9793
www.stanleyconsultants.com

ST-RH008376



## Stanley Consultants INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

February 24, 2006

Mr. Jim Rhodes
Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:     19106

Project Name:  Rhodes Arizona **Nugent Ranch** Area Plans
               Phase I Environmental Site Assessments (ESA) and Area Plan for Nugent Ranch.

Per your request, Stanley Consultants proposes the following Professional Services for the **Nugent Ranch** (2520 +/- acres) of property owned by the client just south of the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting the **Nugent Ranch**. - $3,000.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $10,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways.- $ 6,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA, develop the proposed infrastructure section for the **Nugent Ranch** Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:    1st Draft Submittal 3/1/06
                               Final Submittal – 5/30/06

Fee for Services   ~~$37,000~~    30% complete = 11,100

---

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702 369 9396 • fax 702 369 9793
www.stanleyconsultants.com

ST-RH008377



February 24, 2006
Page 2

**Fee Type** (select one):

| | | |
|---|---|---|
| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                              Rhodes Homes

*David Woo*

David Y. Woo, P.E.                                      By: _____

cc:    Dave Frohnen
       Ken Yamada

ST-RH008378



# Stanley Consultants INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

February 24, 2006

Mr. Jim Rhodes
Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK
Project #:    19106

Project Name:   Rhodes Arizona **Hafley Ranch** Area Plans
Phase I Environmental Site Assessments (ESA) and Area Plan for Hafley Ranch.

Per your request, Stanley Consultants proposes the following Professional Services for the **Hafley Ranch** (2520 +/- acres) of property owned by the client just south of the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting the **Hafley Ranch**. - $3,000.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $10,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways.- $ 6,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA, develop the proposed infrastructure section for the Hafley Ranch Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:    1st Draft Submittal 3/1/06
Final Submittal – 5/30/06

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702.369.9396 • fax 702.369.9793
www.stanleyconsultants.com

ST-RH008379



February 24, 2006
Page 2

**Fee for Services**     $37,000     30% complete = 11,100

**Fee Type** (select one):

| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                  Rhodes Homes

*David Y. Woo  2/5/06*
David Y. Woo, P.E.                                         By: _____

cc:   David Frohnen
      Ken Yamada

ST-RH008380