
**Stanley Consultants** INC.

June 13, 2006
Project No: 19106.01.00
Invoice No: 0080267

**Total This Invoice**
**$39,030.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Red Lake Area Plan

Professional Services from April 02, 2006 to April 29, 2006

**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 39,030.00 | | |
| Percent Complete | 100.00 | Total Earned | 39,030.00 |
| | | Previous Fee Billing | 0.00 |
| | | Current Fee Billing | 39,030.00 |
| | | **Total Fee** | 39,030.00 |

**Total This Invoice**   **$39,030.00**

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027907



# Stanley Consultants INC.

Date: 6/13/2006

Invoice No.   SCI Project # 19106.01.00
              Rhodes Homes P.O.

Billing Period: Through April 29, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 39,030.00 |
| Invoice Amount to Date | $ 39,030.00 |
| Balance Remaining | $ - |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| | $ 39,030.00 | $ - | $ 39,030.00 | $ - | 100% |
| **Totals** | $ 39,030.00 | $ - | $ 39,030.00 | $ - | |

**TOTAL AMOUNT DUE THIS INVOICE**          $ 39,030.00

Payment Requested By: _____    Date: _____
                      David Frohnen

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Red Lake Area Plan_____

Property Location: _____Red Lake Area Plan_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 80267_____

Payment Amount: _____$39,030.00_____

Payment Period: _____Through April 29, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____     Stanley Consultants, Inc._____
                                           Company Name

                                       By: _____

                                       Its: _____

ST-RH027909



February 15, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK
Project #:    19106

Project Name:   Rhodes Arizona Red Lake Area Plan
Phase I Environmental Site Assessment (ESA) and Area Plan for Red Lake Property.

Per your request, Stanley Consultants proposes the following Professional Services for the 32,000 +/- acres of property owned by the client in the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting Parcels 1 through 7 as described in attached exhibit "A". (See also attachment Exhibit 1) - $11,100.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $15,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways. - $12,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA, develop the proposed infrastructure section for the Red Lake Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:    1st Draft Submittal 3/1/06
Final Submittal – 5/30/06

**Fee for Services**    $56,100    × 30% complete = 16,830
                                                            87,

Fee Type (select one):
[X]  Lump Sum              [ ] Hourly Fee              [ ] Cost Plus Fix Fee with ceiling
[ ]  Lump Sum              [ ] Hourly Fee              [ ] Time & Materials
     plus reimbursables         with ceiling

TOTAL    16,830
         11,100
         11,100
       $ 39,030

ST-RH027910



**Stanley Consultants** INC.

February 10, 2006
Engineering, Environmental and Construction Services - Worldwide
Page 2

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                Rhodes Homes

*David J. Frohnen* (signature)                           By: _____
David J. Frohnen

cc:   Ken Yamada
      David Y. Woo

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702.369.9396 • fax 702.369.9793
www.stanleyconsultants.com

ST-RH027911



# Stanley Consultants INC.

A Stanley Group Company
Engineering, Environmental and Construction Services – Worldwide

February 24, 2006

Mr. Jim Rhodes
Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

## CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:    19106

Project Name:   Rhodes Arizona **Nugent Ranch** Area Plans
            Phase I Environmental Site Assessments (ESA) and Area Plan for Nugent Ranch.

Per your request, Stanley Consultants proposes the following Professional Services for the **Nugent Ranch** (2520 +/- acres) of property owned by the client just south of the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting the **Nugent Ranch**. - $3,000.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $10,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways.- $ 6,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA, develop the proposed infrastructure section for the **Nugent Ranch** Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:    1st Draft Submittal 3/1/06
                Final Submittal – 5/30/06

Fee for Services    ~~$37,000~~    30% complete = 11,100

---

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702 369 9396 • fax 702 369 9793
www.stanleyconsultants.com

ST-RH027912



February 24, 2006
Page 2

**Fee Type** (select one):

| | | |
|---|---|---|
| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                    Rhodes Homes

_David Y. Woo_                  _David Frohnen_     By: _____
David Y. Woo, P.E.

cc:   Dave Frohnen
      Ken Yamada

ST-RH027913



**Stanley Consultants** INC.

A Stanley Group Company
Engineering, Environmental and Construction Services - Worldwide

February 24, 2006

Mr. Jim Rhodes
Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ 86401

# CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:   19106

Project Name:   Rhodes Arizona **Hafley Ranch** Area Plans
Phase I Environmental Site Assessments (ESA) and Area Plan for Hafley Ranch.

Per your request, Stanley Consultants proposes the following Professional Services for the **Hafley Ranch** (2520 +/- acres) of property owned by the client just south of the Red Lake area of Mohave County, Arizona:

1. A GIS exhibit will be prepared depicting the **Hafley Ranch**. - $3,000.

2. Prepare the Phase I Environmental Site Assessment (ESA) for the property. Service will be conducted in general conformance with the scope and limitations with the American Society of Testing and Materials (ASTM) E1527-00. - $10,000.

3. Develop a constraints exhibit based on all due diligence/intelligence gathered and/or calculated. The exhibit will be an over-all area wide constraints map that illustrates all identified existing utilities and roadways.- $ 6,000.

4. Based on the Master Plan Concept and the Land Use Plan developed by IMA , develop the proposed infrastructure section for the Hafley Ranch Area Plan to be given to IMA for their overall report preparation for Mohave County Planning and Zoning in which the draft plan is to be submitted by March 1st of this year and the final by May, 2006. Services include developing preliminary infrastructure calculations and study based on land use plans developed by IMA - $18,000.

Estimated completion date:    1st Draft Submittal 3/1/06
Final Submittal – 5/30/06

5820 South Eastern Avenue, Suite 200 • Las Vegas, NV 89119 • phone 702 369.9396 • fax 702 369.9793
www.stanleyconsultants.com

ST-RH027914



February 24, 2006
Page 2

**Fee for Services**   $37,000   ~~30% complete = 11,100~~

**Fee Type** (select one):

| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                    Rhodes Homes

*David Y. Woo, P.E.*                                          By: _____

   *David J. Frohnen*

cc:   David Frohnen
      Ken Yamada

ST-RH027915