

# Red Lake Area Plan

March 2006





ST-RH038803

# Red Lake

## Draft Area Plan



© Rhodes Homes

ST-RH038804

# Prepared by Rhodes Homes for Mohave County, Arizona

# March 2006

Prepared by:

**Rhodes Homes Arizona**

**IMA Design**

**Stanley Consultants**

ST-RH038805

## TABLE OF CONTENTS

I. THE COMMUNITY VISION OF RED LAKE .................................................................. 1

II. SUMMARY: RED LAKE MASTER PLANNED COMMUNITY .............................. 4

    A. Site Description .................................................................................................... 4

    B. Proposed Master Plan (IMA to input) ................................................................. 8

III. COMMUNITY DEVELOPMENT ............................................................................... 12

    A. Existing General Plan & Zoning Designations ................................................. 12

    B. Proposed General Plan and Area Plan (IMA to input) ..................................... 12

    C. Proposed Land Use Plan ................................................................................... 14

    D. Phasing (IMA to input) ...................................................................................... 14

    E. Economic Development .................................................................................... 14

IV. NATURAL RESOURCES ........................................................................................... 17

    A. Water Resources ............................................................................................... 17

    B. Air Quality ........................................................................................................ 19

    C. Habitat Protection ............................................................................................. 20

    D. Hillside Development ....................................................................................... 20

    E. Energy Conservation ......................................................................................... 21

V. PUBLIC INFRASTRUCTURE AND FACILITIES .................................................... 22

    A. Infrastructure .................................................................................................... 22

        1. Roads .......................................................................................................... 22

        2. Water Delivery System .............................................................................. 23

        3. Sewage Collection and Treatment ............................................................. 24

        4. Solid Waste Management .......................................................................... 25

        5. Flood control .............................................................................................. 25

    B. Public Facilities ................................................................................................ 26

        1. Parks ........................................................................................................... 26

        2. Fire Protection ........................................................................................... 28

        3. Police Protection ........................................................................................ 28

        4. Library Services ......................................................................................... 29

        5. Schools ....................................................................................................... 29

**Exhibits:**

Because Rhodes Homes is in the planning process for Red Lake, many of its documents in support of this application are business proprietary and confidential. However, Rhodes Homes will make those documents available for review by Mohave County as they are requested.

## EXHIBITS

1. Area Constraints Map

2. Project Land Use Diagram

## I. THE COMMUNITY VISION OF RED LAKE

Red Lake is a 32,000 acre University Town that embodies the quality and flavor of an environmentally sensitive community - linking neighborhoods together in a fashion that reflects a rural atmosphere, providing urban services while maintaining and complementing the natural beauty of its surroundings.

Master-planned communities are suburbia's response to the boring, cookie-cutter, detached globs of housing that still make up much of America's suburban nation. They offer numerous amenities without losing the lower-density, suburban feel that attracted so many people to the suburbs in the first place. Residents get quality infrastructure like parks, schools, and new roads, shopping close to home, community services, a "city inside a city" feel, and neighbors that genuinely feel connected in some fashion with quality homes, nature paths, parks, access to shopping, and new roads. Today's master-planned communities are doing their part to offer their version of the good life. In this manner, Red Lake responds to the desire of many people to relocate from metropolitan areas and return to a small-town way of life while retaining the benefits of urban services. The plan is envisioned to provide the convenience of suburbia with the most cherished benefits of city life - like sense of place and belonging, and nearby services.

The grand vision for the Red Lake master plan concept includes a mix of housing, shopping, dining, recreation, and almost every conceivable service. Moving away from typical suburbia Red Lake incorporates unique elements appropriate to today's homebuyers wishing to live, work and play in community's planned to accommodate a dynamic sustainability.

Catering to a variety of lifestyles and clientele, Red Lake incorporates active-adult retirement communities that will serve seniors and empty nesters that may not want to move into a city apartment or take care of a big yard. The perimeter properties provide upscale housing opportunities via larger homes, foothill living, mountain views, and access to recreation and jobs in Kingman. Closer to the lake, lakeside villages convey a more traditional neighborhood concept by offering a series of interconnected villages including some smaller, more affordable homes on smaller lots with a town center. The plan is intended to appeal to a broad spectrum of working families, working individuals, active adults and retirees, with housing for all income levels in these demographic groups.

Housing will be clustered around either town centers or park areas in the communities, creating a sense of place and identity in each community. Neighborhoods will be connected not only by roads but by bike and walking trails. A community at the far western edge of the development, located within the Cerbat and White Mountains, will feature a Ted Robinson golf course at its lower reaches, with larger lots and higher-end housing surrounding the golf course. Two other golf courses are located in other communities, and will serve as attractions for active adults and retirees seeking moderately priced housing in a

Draft – Red Lake Area Plan      Date: 3-2-06      1

ST-RH038808