golf course setting. Besides the openness of the golf courses, all of the communities and neighborhoods in Red lake will benefit from a network of parks and greenways.

This broad range of housing types, lot sizes and home prices will meet current needs for quality affordable housing close to Kingman, while creating a cohesive, relaxed community at the base of the Cerbat and White Mountains. Ultimately, when Red Lake reaches sufficient size, it will investigate incorporation as a city, under applicable state law.

The proximity of Red Lake to the Kingman Airport will allow some residents to become "air commuters," spending part of their time at work in Southwest metropolitan areas but returning home to Red Lake and its rural setting. Long-term, Red Lake and its commercial land on its western – most sections are intended to become an employment center aimed at attracting companies offering higher skill level, higher-paying jobs. The synergy between the commercial/industrial property and the homes planned for Red Lake will create a community where people can work at good jobs close to home. In the near term, Red Lake will create housing opportunities for workers who have jobs relating to education, as well as other families in the Kingman community.

Basic principles for the development of Red Lake include:

- Provides for places of higher learning.

- Balances the need for higher densities to support transit with the need to protect the area's environmental resources.

- Organizes future developments into a series of neighborhoods.

- Includes housing mix guidelines by neighborhood to assure a variety of housing types.

- Limits higher density, residential developments (9-11 units per acre) to neighborhoods within walking distance of transit.

- Strives to give Red Lake a unique identity and sense of place.

- Recognizes the importance of civic spaces and public uses to the development of a Town Center concept.

- Continues the roles of Stockton Hill Road and Antares Road.

- Encourages and provides for the development of technology centers proposing a scale and intensity of employment uses that is consistent with a town scale of development.

- Respects the natural resources and beauty of the Red Lake as well as Cerbat and White Mountains and the sloping terrain below them. Development will preserve the feeling of openness through use of lower density enclaves that provide for unique golf opportunities.

- Red Lake will be a water-responsible community, utilizing grey water and implementing recharge methods to minimize impact on the Hualapai Valley aquifer.

- Integrate economic development into community planning, by dedicating land for commercial/industrial development for the benefit not only of Red Lake but for Mohave County as a whole, and giving the county another venue for economic development tied to its University theme.

- Provide the infrastructure necessary to support commercial development within Red Lake, so shopping, personal services and entertainment opportunities are fully available to all residents.

- Dedicate land necessary to provide a full range of public facilities and services, including schools, parks, police and fire stations.

- Provide affordable housing for working families, individuals and retirees.

- Strive to develop an energy-conscious community through pilot projects taking advantage of abundant solar energy to help meet home energy needs.

The Area Plan for Red Lake addresses the requirements of the Mohave County General Plan for self-sustaining communities in outlying areas of the county. It is intended to serve as the basis for a major amendment to the Mohave County General Plan. Recognizing that infrastructure development and financing will ensure growth and sustainability, the plan includes public infrastructure such as schools, parks, roads, water and sewer service, and even police and fire protection.

## II. SUMMARY: RED LAKE MASTER PLANNED COMMUNITY

Red Lake is being master planned consistent with the goals and policies of the Mohave County General Plan as proposed for this site. The site occupies a total of approximately 32,000 acres.

### A. Site Description
  1. Location

   The site consists of the following properties, all located in Mohave County, Arizona.

| Township | Section | Tax Pin Number |
|---|---|---|
| T25N R17W | Lots 1,2,3,4 & S ½ of N ½ of Sec.1 | 335-03-001 |
| T25N R17W | All of Sections 5, 7, 9, 17, 19 and NW ¼ of Sec.15, and N ½ of Sections 21 & 29 | 335-03-005 |
| T25N R17W | N ½ of Sec.31 | 335-03-013 |
| T25N R17W | NW ¼ of NW ¼ of Sec.28 | 335-03-016B |
| T25N R17W | SW ¼ of SE ¼ of Sec.30 | 335-03-017 |
| T25N R17W | SE ¼ of SW ¼ of Sec.18 | 335-03-162 |
| T25N R17W | N ½ Except the N, E & W 42' | 335-03-166 |
| T25N R17W | S ½ Except the S,E & W 42' | 335-03-167 |
| T26N R16W | W ½ of SW ¼ of Sec.5 & E ½ of Sec.7 | 335-12-002 |
| T26N R16W | W ½ of Sec.7 | 335-12-003 |
| T26N R16W | All of Sections 17, 19, 29 and N ½ of Sec.31 | 341-01-002 |
| T26N R16W | All of Sections 18, 20, 28, 30 | 341-01-084 |
| T26N R17W | NE ¼ of Sec.21 | 341-05-003 |
| T26N R17W | SE ¼ of Sec.21 | 341-05-004 |
| T26N R17W | All of Sections 23, 25 and E ½ of Sec.35 | 341-05-005 |
| T26N R17W | SE ¼ & S ½ of NE ¼ of Sec.15 | 341-05-012 |
| T26N R17W | NE ¼ of NE ¼ of Sec.13 Except the N, S, E & W 25' R/W Easement | 341-05-037 |
| T26N R17W | All of Sec.13 Except for NE ¼ of NE ¼ | 341-05-039 |
| T26N R17W | SW ¼ of Sec.15 | 341-05-041 |
| T26N R17W | NW ¼ of Sec.15 | 341-05-042 |
| T26N R17W | NW ¼ of Sec.3 | 341-05-045 |
| T26N R17W | All of Sections 5, 7, 9, 17, 19, 29, 31, 33 and W ½ of Sec.21 | 341-05-046 |

| | | |
|---|---|---|
| T26N R17W | Sec.16 | 341-05-047 |
| T26N R17W | All of Sections 14, 24, 26 | 341-05-048 |
| T26N R17W | N ½ of Sec.27 | 341-05-049 |
| T26N R17W | S ½ of Sec.27 | 341-05-050 |
| T26N R18W | All of Sections 25, 35 and ½ of Sections 13, 23 lying S & E of Line Connecting NE & SW Corner | 328-01-003 |
| T27N R16W | SW ¼ and E ½ of NW ¼ of Sec.31 | 341-09-004 |
| T27N R17W | Sec.1 | 341-15-008 |
| T27N R17W | SW ¼ of Sec.3 Except for Antares Road | 341-15-009 |
| T27N R17W | All of Sections 23, 25, 35 and All of Section 13 Except for Antares Road | 341-015-010 |
| T27N R17W | All of Sections 19, 21, 31 and All of Sections 17 and 29 Except for Stockton Hill Road | 341-15-012 |
| T27N R17W | N ½ of NE ¼ and N ½ of S ½ of NE ¼ and N ½ of S ½ of S ½ of NE ¼ of Sec.15 | 341-18-003 |
| T28N R17W | All of Sections 23, 25, 35 and E ½ of Sec.27 | 336-01-010 |

2. **Adjacent Properties**

The properties near the site include the Kingman Airport and Kingman Airport Industrial Park to the south, Lake Mead National Recreation Area to the north and the West Rim of the Grand Canyon to the east. The entire site falls outside the noise contours of the Kingman Airport. Stockton Hill Road (C.R. 20) runs north-south thru the western area of the property and Antares Road (C.R.149) runs north-south through the eastern edge of the property. Pierce Ferry Road (C.R.25) runs west-east intersecting the Stockton Hill Road and Antares Road on the northern portion of the property. US 93 is about 20 miles west of the property and can be accessed by the Pierce Ferry Road. The BNSF Railroad is located to the south of the site along the U.S. Route 66. There are a few residential properties scattered throughout the area.

3. **Site Characteristics**

With the exception of the very few residential properties scattered throughout the area, most of the Red Lake site is vacant open space, previously used as rangeland for livestock grazing. The low point of the site is the Red Lake ephemeral lakebed and slopes gradually upward to the west and northwest toward the Cerbat and White Mountains as well as to