Rhodes Homes is calculating that consumption will average .20 acre feet per capita annually.

Red Lake will be a community known for utilizing water resources that serve the best interests of the Hualapai Valley Basin. Potable water supply issues will always be of paramount importance in the desert. Rhodes Homes recognizes the importance of the potable water resource. In that vein, the Red Lake community will make use of treated wastewater (effluent) for public spaces and golf courses within the community, as soon as sufficient quantities of treated effluent are available from new subdivisions. If excess effluent is available, it will be recharged into the Hualapai Valley Basin aquifer.

Rhodes Homes will provide A+ treated effluent usable for all purposes, including public spaces where children are present. The system will include pipelines, booster pumps and storage facilities as required to deliver the effluent to the public spaces and golf courses. Storage lakes at public spaces and golf courses may be used to provide "amenity" features.

The potable water supply for Red Lake will be designed to service the community on a growth basis. Rhodes Homes has three possible alternatives for the potable water supply system. They include annexation with the City of Kingman (the Red Lake is within the City's influence boundary), which would include an expansion of the City's service area to include the Red Lake property. Rhodes Homes also could establish a "Red Lake Water Company" or pursue opportunities with private water companies. Both of these latter options require approval through Mohave County and the Arizona Corporation Commission.

The potable water system will be designed to meet system demand and fire flow demand, both in terms of minimum required pressures and quantities. Rhodes Homes will coordinate with the authority having jurisdiction over fire fighting in the development to meet their needs for flow and pressure requirements and fire fighting facilities, including station houses.

1. Goal: Design and construct a safe drinking water system.

    Policy: Rhodes Homes will design and construct a drinking water system that meets all ADWR, ADEQ and Mohave County requirements for water quality and quality of the constructed product.

2. Goal: Integrate the Red Lake drinking water system into a regional drinking water system

Policy: As regional development occurs, work with neighbors to develop a regional drinking water system that ties developments together in a common system, either through mutual aid interconnects or a completely integrated system.

3. Goal: Reduce the need for drinking water usage outside the home.

    Policy: Construct a waste water treatment plant that provides high-quality effluent for use on open public spaces and golf courses; encourage homeowners to apply xeriscaping to their properties where that is feasible. Sections of Red Lake will be set aside specifically for xeriscape landscaping.

4. Goal: Replenish groundwater resources through recharge.

    Policy: Investigate and apply where feasible and effective technologies to capture and inject rainwater runoff into the ground.

## B. Air Quality

To preserve air quality, the road network of the Red Lake community is designed to allow free travel to the commercial portions of the development. Businesses will be encouraged to locate within the community to reduce the travel time for commuters.

During construction, the greatest air quality threat is dust. A "Best Management Practices" (BMP) plan is being established to reduce the dust during all phases of construction, and workers will be educated in dust control.

1. Goal: Control smog from commuter traffic.

    Policy: Provide opportunities for the business community to develop an internal employment base in the development, starting with planning and design of the master plan, so that daily employment commutes are internal to the development as much as possible.

2. Goal: Control dust pollution during construction.

    Policy: Create a BMP which addresses dust control.

## C. Habitat Protection

As part of the due diligence process, a phase I Environmental Site Assessment is being conducted for the community area. This study will allow Rhodes Homes to identify any known environmental hazards in the area and also create a listing of the species of plants and animals currently utilizing the area.

There are a number of large washes crossing the property, some of which will be left open for animal habitat. However, road crossings and drainage conveyance structures will have to be built which will cause impacts. Best efforts will be made to preserve native vegetation and animal habitat in wash areas.

Rhodes Homes is currently investigating the environmental issues related to the Red Lake property.

1. Goal: Protect existing flora/fauna.

    Policy: Leave washes undisturbed as much as possible.

2. Goal: Protect native wildlife.

    Policy: Provide a pathway through the project for the movement of wildlife in and around the property

3. Goal: Protect plant and wildlife long term.

    Policy: Construct localized detention/retention basins throughout the community to capture contaminated runoff and keep it from entering the wash system.

## D. Hillside Development

Red Lake will be designed in accordance with Mohave County hillside development standards. Every effort will be made to provide subdivision layouts that minimize erosion potential, maintain slope stability and preserve the natural scenic beauty of the desert area.

1. Goal: Minimize erosion potential

    Policy: Provide erosion protection during construction; avoid construction activities in areas of highly steep slope.

2. Goal: Maintain slope stability

    Policy: Prevent construction activity and construction vehicles in highly steep slope areas.

Draft – Red Lake Area Plan     Date: 3-2-06                                    20

### E. Energy Conservation

Red Lake will be an energy-conscious community. It will encourage its homebuyers to participate in UniSource Energy Services' "SunShare" program for solar-powered homes, reducing reliance on fossil fuel-produced energy and relying on the abundant sunshine of the region to meet home energy needs. In addition, passive solar opportunities and energy-saving building materials will be incorporated into site planning and home construction. As it has in Nevada, Rhodes Homes will build homes in Mohave County that are Energy Star compliant.

UniSource Energy Services' "SunShare" program provides subsidies to homeowners for installation of photovoltaic systems and allows homeowners to sell excess solar energy into the power grid. Red Lake will introduce the "SunShare" program to its homebuyers and promote its benefits. A portion of model homes in Red Lake will be equipped with a solar photovoltaic system and solar hot water stub-outs to demonstrate how solar energy can be incorporated into home design, and prospective homebuyers will be provided with information about cost amortization of photovoltaic systems.

Road circulation patterns in Red Lake will be designed to move vehicular traffic efficiently through the development. More importantly, with its town center and village-oriented concepts, Red Lake will be a community where residents can walk or bicycle to shopping and recreation opportunities, reducing vehicle trips.

1. Goal: Expedite and reduce vehicular traffic throughout Red Lake.

    Policy: Incorporate street design in Red Lake that moves traffic efficiently through the community; reduce vehicle trips through community design focused on homes within walking distance of shopping and entertainment.

2. Goal: Reduce reliance on fossil fuel-produced energy in favor of solar- produced energy.

    Policy: Introduce homebuyers to "SunShare" program to meet home energy needs through solar power. Incorporate photovoltaic systems into model home complexes.

3. Goal: Maximize energy efficiency of homes.

    Policy: Design and build homes that can be certified under the Energy Star program as energy efficient.