

MCPZ002175



MCPZ002176

