

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: AZ801000-2
Date: 2/28/2005
Job: AZ80-1000 Aztec 80

Approved ☐ _____

Description: Engineering Contracts

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| AZ80-1000 | 1-03-0700 | S | Variance/Waiver Fees | 10,000.00 | 0.00 | 10,000.00 |
| AZ80-1000 | 1-01-1400 | S | Site Plan | 21,000.00 | 0.00 | 21,000.00 |
| AZ80-1000 | 1-01-0800 | S | Preliminary Plat | 11,500.00 | 0.00 | 11,500.00 |
| AZ80-1000 | 1-01-0800 | S | Drainage Study | 14,500.00 | 0.00 | 14,500.00 |
| AZ80-1000 | 1-01-1200 | S | Traffic Studies | 12,000.00 | 0.00 | 12,000.00 |
| AZ80-1000 | 1-01-2600 | S | Stormwater Plan/Submission | 1,800.00 | 0.00 | 1,800.00 |
| AZ80-1000 | 1-01-1400 | S | Sales Trailer Plan | 3,000.00 | 0.00 | 3,000.00 |
| AZ80-1000 | 1-01-0400 | S | Grading Study/Analysis | 10,000.00 | 0.00 | 10,000.00 |
| AZ80-1000 | 1-01-0400 | S | Utility Plans | 11,500.00 | 0.00 | 11,500.00 |
| AZ80-1000 | 1-01-0400 | S | Utility Analysis | 5,000.00 | 0.00 | 5,000.00 |
| AZ80-1000 | 1-01-1400 | S | Exhibits | 9,500.00 | 0.00 | 9,500.00 |
| AZ80-1000 | 1-01-0400 | S | Improvement Plans | 138,000.00 | 0.00 | 138,000.00 |
| AZ80-1000 | 1-01-0400 | S | Blockwall Plans | 15,200.00 | 0.00 | 15,200.00 |
| AZ80-1000 | 1-01-1800 | S | Final Plat | 20,160.00 | 0.00 | 20,160.00 |
| AZ80-1000 | 1-01-0800 | S | Plot Plans | 17,600.00 | 0.00 | 17,600.00 |
| AZ80-1000 | 1-01-0400 | S | Quantity/Budget Cost Estimates | 5,000.00 | 0.00 | 5,000.00 |
| AZ80-1000 | 1-01-1700 | S | Structural Engineering | 5,000.00 | 0.00 | 5,000.00 |
| AZ80-1000 | 1-01-0400 | S | Meetings, Processing, Schedule | 20,000.00 | 0.00 | 20,000.00 |
| AZ80-1000 | 1-01-2400 | S | Reimbursables | 5,000.00 | 0.00 | 5,000.00 |
| AZ80-1000 | 2-06-0500 | S | Construction Staking Onsite | 176,400.00 | 0.00 | 176,400.00 |
| AZ80-1000 | 3-10-0100 | S | Floor Elevation Certificates | 9,600.00 | 0.00 | 9,600.00 |
| AZ80-1000 | 2-06-0500 | S | Screen Wall Staking | 10,100.00 | 0.00 | 10,100.00 |
|  |  |  | **Totals:** | **531,860.00** | **0.00** | **531,860.00** |

_[signature]_ Rhodes Homes  Date

_[signature]_ David Woo  2-28-05
Stanley Consultants, Inc  Date

ST-RH025011



ST-RH025012