

**Stanley Consultants** INC.

May 02, 2005
Project No: 18100.01.00
Invoice No: 0065878

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

**Total This Invoice**
**$32,545.80**

For: Aztec 80 Preliminary Engineering

Attn: Bill Roberts

<u>**Professional Services through April 02, 2005**</u>

**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 73,800.00 | | |
| Percent Complete | 44.10 | Total Earned | 32,545.80 |
| | | Previous Fee Billing | 0.00 |
| | | Current Fee Billing | 32,545.80 |
| | | **Total Fee** | 32,545.80 |

**Total This Invoice**    **$32,545.80**

If you have any questions regarding this invoice, please contact
Steve Hagel at (702) 369-9396 or Emily Snyder at (702)765-6319.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027568