


March 03, 2006
Project No: 18100.01.00
Invoice No: 0076350

**Total This Invoice**
**$7,500.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Aztec 80 Preliminary Engineering
PO# AZ801000-2

**Professional Services from January 01, 2006 to January 28, 2006**

**Fee**

| | | | | |
|---|---|---|---|---|
| Total Fee | 73,800.00 | | | |
| Percent Complete | 84.7509 | Total Earned | 62,546.17 | |
| | | Previous Fee Billing | 55,046.17 | |
| | | Current Fee Billing | 7,500.00 | |
| | | **Total Fee** | | **7,500.00** |

**Total This Invoice** **$7,500.00**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0065878 | 5/2/05 | 32,545.80 |

If you have any questions regarding this invoice, please contact Steve Hagel at (702) 369-9396 or Mary at (702) 765-6353.



Date: 3/3/2006

Invoice No.

SCI Project # 18100
Rhodes Homes P.O. # AZ801000-2

Billing Period: January 1, 2006 Through January 28, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 531,860.00 |
| Invoice Amount to Date | $ 197,885.01 |
| Balance Remaining | $ 333,974.99 |

**INVOICE SUMMARY:**

| | | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|---|
| (01.00) | Variance/Waiver Fees | $ 34,000.00 | $ 31,150.48 | $ - | $ 2,849.52 | 92% |
| (01.00) | Site Plan | $ 21,000.00 | $ 17,271.66 | $ 2,100.00 | $ 1,628.34 | 92% |
| (01.00) | Preliminary Plat | $ 11,500.00 | $ 9,147.86 | $ - | $ 2,352.14 | 80% |
| (01.00) | Drainage Study | $ 14,500.00 | $ 14,500.00 | $ - | $ - | 100% |
| (01.00) | Traffic Study | $ 12,000.00 | $ 6,976.20 | $ 2,400.00 | $ 2,623.80 | 78% |
| (01.00) | Stormwater Plan/Submission | $ 1,800.00 | $ - | $ - | $ 1,800.00 | 0% |
| (01.00) | Sales Trailer Plan | $ 3,000.00 | $ - | $ - | $ 3,000.00 | 0% |
| (02.00) | Grading Study/Analysis | $ 10,000.00 | $ 8,654.64 | $ - | $ 1,345.36 | 87% |
| (02.00) | Utility Plans | $ 11,500.00 | $ 2,850.00 | $ - | $ 8,650.00 | 25% |
| (02.00) | Utility Analysis | $ 5,000.00 | $ 3,500.00 | $ - | $ 1,500.00 | 70% |
| (02.00) | Lot Fit Analysis | $ 9,500.00 | $ - | $ - | $ 9,500.00 | 0% |
| (02.00) | Improvement Plans | $ 138,000.00 | $ 89,699.97 | $ - | $ 48,300.03 | 65% |
| (02.00) | Blockwall Plans | $ 15,200.00 | $ - | $ - | $ 15,200.00 | 0% |
| (02.00) | Final Plat | $ 20,160.00 | $ - | $ - | $ 20,160.00 | 0% |
| (02.00) | Plot Plans | $ 17,600.00 | $ - | $ - | $ 17,600.00 | 0% |
| (02.00) | Quanity/Budget Cost Estimates | $ 5,000.00 | $ - | $ - | $ 5,000.00 | 0% |
| (02.00) | Blockwall Structural Details | $ 5,000.00 | $ - | $ - | $ 5,000.00 | 0% |
| (02.00) | Meetings, Processing, Schedule | $ 20,000.00 | $ 6,500.00 | $ - | $ 13,500.00 | 33% |
| (02.00) | Reimbursables | $ 5,000.00 | $ 134.20 | $ 3,000.00 | $ 1,865.80 | 63% |
| | Construction Staking Onsites | $ 176,400.00 | $ - | $ - | $ 176,400.00 | 0% |
| | Floor Elevation Certificates | $ 9,600.00 | $ - | $ - | $ 9,600.00 | 0% |
| | Screen Wall Staking | $ 10,100.00 | $ - | $ - | $ 10,100.00 | 0% |
| | Engineering Civil Design | $ 72,890.00 | $ - | $ - | $ 72,890.00 | 0% |
| | **Totals** | $ 628,750.00 | $ 190,385.01 | $ 7,500.00 | $ 430,864.99 | |

**TOTAL AMOUNT DUE THIS INVOICE** $ 7,500.00

Payment Requested By: [signature] Ken Yamada  Date: 3-3-06

***Please Remit Payment To:*** Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Aztec 80

Property Location: Aztec 80

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 76350

Payment Amount: $7,500.00

Payment Period: Through January 28, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 3-3-06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: PM





RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order Change Order

ATTN: KEN YAMADA (702) 369-9793

To: Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

PO #: AZ801000-2
Change Order #: 2 1-01-1100
Date: 7/28/2005
Job: AZ80-1000 Aztec 80

Job Cost Code

Rhodes Homes submits a Change Order for the following changes in work: L survey - topo et al.

Change Order Detail:

| | Job | Cost Code | Description | Amount |
|---|---|---|---|---|
| 1 | AZ80-1000 | 1-03-0700 | Variance/Waiver Fees | 24,000.00 |
| | | | TOTAL: | 24,000.00 |

| | |
|---|---|
| Original Purchase Order Amount: | 531,860.00 |
| Changes Previously Approved: | 72,890.00 |
| Changes this Change Order: | 24,000.00 |
| Total PO Amount after this Change: | 628,750.00 |

24,000.00 17715.82.14
- 3,000.00 — 17979.01.00
21,000.00

BILL ROBERTS
JUL 28 2005

Rhodes Homes Date

Stanley Consultants, Inc 7-29-05 Date

Please sign and return Original to Rhodes Homes

Brewer
Straube
cc: Cammack
Yamada
Contimote - 17979