

# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

## Subcontract Change Order

To: Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Subcontract #: XBMP1000-1
Change Order #: 1
Date: 3/7/2005
Job: XBMP-1000 X Bar One Property

Description: Phase II Planning

Rhodes Homes submits a Change Order for the following changes in work:

Change Order Detail:

| | | |
|---|---|---:|
| 2 | Phase II Planning | 140,000.00 |
| | **TOTAL:** | 140,000.00 |

_____  3/8/05
Rhodes Homes                Date

_____  3/8/05
Stanley Consultants, Inc    Date

Please sign and return Original to Rhodes Homes

Page 1 of 1

ST-RH000650