

**Stanley Consultants** INC.

June 04, 2006
Project No:  18210.22.00
Invoice No:  0080021

**Total This Invoice**
**$8,385.10**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

For:  Peacock Vistas Phase II
      PO# XBMP1000-1 Change Order No. 1

## Professional Services from April 02, 2006 to April 29, 2006

**Professional Personnel**

|  | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| SC-21 | | 9.00 | 218.55 | 1,966.95 | |
| | Totals | 9.00 | | 1,966.95 | |
| | **Total** | | | | 1,966.95 |

**Subconsultants**
Subconsultant

|  | | | Amount | |
|---|---|---|---|---|
| 4/19/06  Aricor Water Solutions | | | 6,128.95 | |
| **Total Subconsultants** | | | 6,128.95 | 6,128.95 |

**Reimbursable Expenses**

| Car Reports | | 288.00 | |
|---|---|---|---|
| **Total Reimbursable Expenses** | | 288.00 | 288.00 |

**Unit Billing**

| Copiers | 12.00 Copies @ 0.10 | 1.20 | |
|---|---|---|---|
| **Total Units** | | 1.20 | 1.20 |

**Total This Invoice**     **$8,385.10**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0078622 | 4/27/06 | 12,917.85 |
| **Total** | | **12,917.85** |

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027606

# Billing Backup

**STANLEY CONSULTANTS, INC.**          **Invoice Dated June 04, 2006**          *3:02:08 PM*

**18210.22.00  Rhodes PV Phase II GPA T&M**

Invoice No:    0080021

**Professional Personnel**

| Labor Code - Name | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| SC-21 | | | | | | |
| 06714 | 00000 - Frohnen, David J. | 4/20/06 | 3.00 | 218.55 | 655.65 | |
| | lawyer calls - ACC applications - Data requests for CCN's | | | | | |
| 06714 | 00000 - Frohnen, David J. | 4/21/06 | 2.00 | 218.55 | 437.10 | |
| 06714 | 00000 - Frohnen, David J. | 4/24/06 | 2.00 | 218.55 | 437.10 | |
| | acc and dwr water issues - rhodes | | | | | |
| 06714 | 00000 - Frohnen, David J. | 4/25/06 | 1.00 | 218.55 | 218.55 | |
| 06714 | 00000 - Frohnen, David J. | 4/27/06 | 1.00 | 218.55 | 218.55 | |
| | Totals | | 9.00 | | 1,966.95 | |
| | **Total Labor** | | | | | 1,966.95 |

**Consultants**

Subconsultant

| JE | 0000001 | 4/19/06 Aricor Water Solutions | | | 6,128.95 | |
|---|---|---|---|---|---|---|
| | | **Total Consultants** | | | 6,128.95 | 6,128.95 |

**Reimbursable Expenses**

Car Reports

| JE | 0LV CAR | 4/29/06 Car Reports / L017  480 | | | 288.00 | |
|---|---|---|---|---|---|---|
| | | **Total Reimbursables** | | | 288.00 | 288.00 |

**Unit Billing**

Copiers

| Copiers | 12.00 Copies @ 0.10 | 1.20 | |
|---|---|---|---|
| **Total Units** | | 1.20 | 1.20 |

| | | |
|---|---|---|
| **Total this project** | $8,385.10 |
| **Total this report** | $8,385.10 |

ST-RH027607



**ARICOR Water Solutions**
25213 N. 49th Drive
Glendale, AZ 85310
Phone: 623-341-4771
Fax: 623-582-5160

# Invoice

RECEIVED

APR 2 4 2006

STANLEY CONSULTANTS

**Customer:**

Stanley Consultants, Inc.
5820 South Eastern Avenue, Suite 100
Las Vegas, NV 89119

**Invoice #:** 06-141
**Invoice Date:** 4/19/2006

**TERMS:** Net 30

| Description | Date | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| Monthly Summary - Hourly Consulting Services - Standard Rate Detail on Attached Summary | | 34.75 | 175.00 | 6,081.25 |
| Reimbursable Mileage | | 106.00 | 0.45 | 47.70 |

STANLEY CONSULTANTS, INC.
LAS VEGAS                    m⁶

APPROVED _David Woo_

PROJECT NUMBER _1820. 22. 01/00080_

DATE_4/28/06_AMT. APPROVED $ _6,128.95_

| | Invoice Total | $6,128.95 |
|---|---|---|

ST-RH027608

# Billing Summary by Project ID/Task

## Stanley

**ProjectID**    Rhodes Homes                            Rhodes Homes developments in
                                                        Mohave County

| | Billing Date | Employee ID | Billable Hours | Billable Miles |
|---|---|---|---|---|
| | 3/1/2006 | RLJ | 0.5 | 0 |
| | 3/2/2006 | RLJ | 1.5 | 0 |
| | 3/3/2006 | RLJ | 12 | 58 |
| | 3/13/2006 | RLJ | 0.25 | 0 |
| | 3/14/2006 | RLJ | 0.5 | 0 |
| | 3/16/2006 | RLJ | 1 | 0 |
| | 3/17/2006 | RLJ | 5 | 48 |
| | 3/22/2006 | RLJ | 1 | 0 |
| | 3/23/2006 | RLJ | 1 | 0 |
| | 3/24/2006 | RLJ | 0.5 | 0 |
| | 3/27/2006 | RLJ | 2 | 0 |
| | 3/28/2006 | RLJ | 6 | 0 |
| | 3/29/2006 | RLJ | 3 | 0 |
| | 3/30/2006 | RLJ | 0.5 | 0 |

Summary for 'ProjectID' = Rhodes Homes (14 detail records)

**Sub-Total Project ID**    34.75    106

Summary for 'CustomerID' = Stanley (14 detail records)

**Sub-Total Clien**    34.75    106

ST-RH027609

1/2

# VEHICLE TRIP RECORD

MONTH OF April 20 06

VEHICLE NO. LN417

| DATE | ACCOUNT NO. | SPEEDOMETER START | SPEEDOMETER END | TRIP MILES BUS. | TRIP MILES PERS. | TRIP MILES COMM.* | DRIVER'S NAME | ITINERARY & PURPOSE |
|---|---|---|---|---|---|---|---|---|
| 3/31/06 | | 14,470 | | | | | 6714- Ave E. | |
| 4/3/06 | 7521.2200 | 14,470 | 14510 | 40 | | | | Airport - PHX Trip |
| 4/4 | — | | 14670 | | | 20 | | |
| 4/5 | — | | 14560 | | | 30 | | |
| 4/6 | 270.40,11-190 | | 14650 | 90 | | | | Rhodes contracts |
| 4/7 | — | | 14670 | | | 20 | | |
| 4/10 | 19210.22.00 | | 14890 | 220 | | | | Kingman Lake A. Ranch |
| 4/11 | 0c130.40.10 | 14890 | 14906 | 16 | | | 70gr- E. Carrigan | Frontier Radio, Holman |
| 4/17 | 270.40,11-190 | | 15230 / 15234 | | | | Dave P@14 | Rhodes Kingman |
| 4/19 | — | | 15250 | | | 20 | | |
| 4/20 | 270.40,11-150 | | 15340 / 90 | | | | | open house evalue? |
| 4/21 | 0270.40.1-150 | | 15390 / 50 | | | | | Anthem Pkwy Ste |
| 4/24 | 19210.22.00 | | 15650 / 260 | | | | | Rhodes (CG; Misc LG |
| 4/25 | 230.40.11-150 | | 15700 / 50 | | | | | Rhodes Proposal Mtg, |

TOTALS FOR MONTH:

COMMUTE MILES –
USED ONLY WITH PRIOR DIVISION HEAD APPROVAL

ENTER ALL OUT-OF-POCKET EXPENSE ON THE BACK OF SHEET

1/2



SC5002 R5 899

ST-RH027610


**Stanley Consultants** INC.

Date:                    6/34/06

Invoice No.        SCI Project # 18210.22.00
                         Rhodes Homes P.O. # XBMP1000-1

Billing Period:  April 1, 2006 through April 29, 2006

## CONTRACT SUMMARY:

| | | |
|---|---|---:|
| Total Contract Amount | $ | 140,000.00 |
| Invoice Amount to Date | $ | 66,074.55 |
| Balance Remaining | $ | 73,925.45 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Civil Design | $  140,000.00 | $  57,689.45 | $  8,385.10 | $  73,925.45 | 47% |
| | | | | | |
| **Totals** | $  140,000.00 | $  57,689.45 | $  8,385.10 | $  73,925.45 | |

## TOTAL AMOUNT DUE THIS INVOICE                    $    8,385.10

Payment Requested By: _____          Date: _____
                         David Woo, Project Manager


***Please Remit Payment To:*** Stanley Consultants, Inc.
                         5820 S. Eastern Avenue
                         Suite 200
                         Las Vegas, NV 89119

ST-RH027611

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Peacock Vistas _____

Property Location: _____ Peacock Vistas _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 80021 _____

Payment Amount: _____ $8,385.10 _____

Payment Period: _____ Through April 29, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____          _____ Stanley Consultants, Inc. _____
                                                              Company Name

                                         By: _____

                                         Its: _____

ST-RH027612