

**Stanley Consultants** INC.

July 06, 2006
Project No: 18210.22.00
Invoice No: 0081114

**Total This Invoice**
**$26,789.48**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Peacock Vistas Phase II
   PO# XBMP1000-1 Change Order No. 1

**Professional Services from April 30, 2006 to June 03, 2006**

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| SC-21 | 35.00 | 218.55 | 7,649.25 |  |
| SC-20 | 2.00 | 200.00 | 400.00 |  |
| SC-19 | 4.00 | 184.65 | 738.60 |  |
| SC-16 | 119.00 | 148.50 | 17,671.50 |  |
| Totals | 160.00 |  | 26,459.35 |  |
| **Total Labor** |  |  |  | 26,459.35 |

**Reimbursable Expenses**

| Travel |  | 322.43 |  |
|---|---|---|---|
| **Total Reimbursable Expenses** |  | 322.43 | 322.43 |

**Unit Billing**

| Copiers | 77.00 Copies @ 0.10 | 7.70 |  |
|---|---|---|---|
| **Total Units** |  | 7.70 | 7.70 |

**Total This Invoice**  **$26,789.48**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0078622 | 4/27/06 | 12,917.85 |
| 0080021 | 6/4/06 | 8,385.10 |
| **Total** |  | 21,302.95 |

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027613

# Billing Backup

Thursday, July 06, 2006

**STANLEY CONSULTANTS, INC.**     Invoice Dated  July 06, 2006

8:17:54 PM

18210.22.00  Rhodes PV Phase II GPA T&M

Invoice No:  0081114

**Professional Personnel**

| Labor Code - Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| SC-21 | | | | |
| 06714    00000 - Frohnen, David J. | 3/9/06 | 2.00 | 218.55 | 437.10 |
| follow-ups on water issues - dockets at ACC | | | | |
| 06714    00000 - Frohnen, David J. | 3/10/06 | 2.00 | 218.55 | 437.10 |
| 06714    00000 - Frohnen, David J. | 3/13/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 3/14/06 | 2.00 | 218.55 | 437.10 |
| updates - prep for CCN hearings, Water issues - AMA talk with legislaters | | | | |
| 06714    00000 - Frohnen, David J. | 3/20/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 3/21/06 | 2.00 | 218.55 | 437.10 |
| Capacity dev. submittal - b. Plan for perkins | | | | |
| 06714    00000 - Frohnen, David J. | 3/22/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 3/23/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 3/24/06 | 1.00 | 218.55 | 218.55 |
| acc letter - hearings | | | | |
| 06714    00000 - Frohnen, David J. | 3/30/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 5/1/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 5/2/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 5/5/06 | 2.00 | 218.55 | 437.10 |
| Coordinate - ADEQ licensing, source approvals, 208 plans | | | | |
| 06714    00000 - Frohnen, David J. | 5/8/06 | 2.00 | 218.55 | 437.10 |
| client meetings | | | | |
| 06714    00000 - Frohnen, David J. | 5/10/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 5/15/06 | 1.00 | 218.55 | 218.55 |
| 06714    00000 - Frohnen, David J. | 5/18/06 | 2.00 | 218.55 | 437.10 |
| calls with lawyers - research data requests et al | | | | |
| 06714    00000 - Frohnen, David J. | 5/19/06 | 2.00 | 218.55 | 437.10 |
| 06714    00000 - Frohnen, David J. | 5/24/06 | 2.00 | 218.55 | 437.10 |
| ACC data requests, wells, ATC's | | | | |
| 06714    00000 - Frohnen, David J. | 5/25/06 | 2.00 | 218.55 | 437.10 |
| ACC issues - f/u with lawyers on Mundell letter | | | | |
| 06714    00000 - Frohnen, David J. | 5/26/06 | 2.00 | 218.55 | 437.10 |
| more ACC - mundell, grading ?'s | | | | |
| 06714    00000 - Frohnen, David J. | 5/30/06 | 1.00 | 218.55 | 218.55 |
| ACC and Snell and Wilmer follow ups | | | | |
| 06714    00000 - Frohnen, David J. | 6/1/06 | 2.00 | 218.55 | 437.10 |
| Calls with WIFA, ADEQ - expediting, ACC questions | | | | |
| SC-20 | | | | |
| 07269    00000 - Atwood, Denis L | 3/13/06 | 0.50 | 200.00 | 100.00 |
| Rhodes Weekly Progress meeting | | | | |
| 07269    00000 - Atwood, Denis L | 3/20/06 | 0.50 | 200.00 | 100.00 |
| Rhodes Weekly Progress meeting & County Biweekly mtg | | | | |

ST-RH027614

Project:   18210.22.00  Rhodes PV Phase II GPA T&M                                      Invoice No:  0081114

| | | | | | |
|---|---|---|---|---|---|
| 07269 | 00000 - Atwood, Denis L | 3/21/06 | 1.00 | 200.00 | 200.00 |
| | Capacity Development Application | | | | |

**SC-19**

| | | | | | |
|---|---|---|---|---|---|
| 07269 | 00000 - Atwood, Denis L | 4/3/06 | 0.50 | 184.65 | 92.32 |
| | Capacity Development Application | | | | |
| 07269 | 00000 - Atwood, Denis L | 4/4/06 | 0.50 | 184.65 | 92.33 |
| | Capacity Development Application | | | | |
| 07269 | 00000 - Atwood, Denis L | 4/5/06 | 3.00 | 184.65 | 553.95 |
| | Meet with ADEQ RE: Capacity Development Application | | | | |

**SC-16**

| | | | | | |
|---|---|---|---|---|---|
| 07527 | 00000 - Davis, Richard J. | 4/3/06 | 2.00 | 148.50 | 297.00 |
| | Reviewed various e-mails concerning status of project. | | | | |
| 07527 | 00000 - Davis, Richard J. | 4/4/06 | 1.00 | 148.50 | 148.50 |
| | Reviewed front end specifications | | | | |
| 07527 | 00000 - Davis, Richard J. | 4/5/06 | 1.00 | 148.50 | 148.50 |
| | Reviewed LOA | | | | |
| 07527 | 00000 - Davis, Richard J. | 4/6/06 | 2.00 | 148.50 | 297.00 |
| | Had weekly status meeting. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/1/06 | 1.00 | 148.50 | 148.50 |
| | Worked on finding the permits for water source | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/2/06 | 9.00 | 148.50 | 1,336.50 |
| | Worked on background for tech memo on low flows and well permits. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/3/06 | 7.00 | 148.50 | 1,039.50 |
| | Reviewed permit requirements. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/4/06 | 7.00 | 148.50 | 1,039.50 |
| | Worked on permit for drinking water source approval and memorandum concerning treatment of low wastewater flows. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/5/06 | 8.00 | 148.50 | 1,188.00 |
| | Worked on treatment alternatives | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/8/06 | 8.00 | 148.50 | 1,188.00 |
| | Met with Client to review status and worked on memo about low flows. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/9/06 | 5.00 | 148.50 | 742.50 |
| | Worked on sizing of various treatment alternatives | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/10/06 | 7.00 | 148.50 | 1,039.50 |
| | worked on calculations and technical memo | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/11/06 | 6.00 | 148.50 | 891.00 |
| | Worked on calculations and technical memo. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/15/06 | 6.00 | 148.50 | 891.00 |
| | Finished Draft of technical memo | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/16/06 | 1.00 | 148.50 | 148.50 |
| | Reviewed presentation | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/18/06 | 4.00 | 148.50 | 594.00 |
| | Attended weekly meeting and worked on permits. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/19/06 | 4.00 | 148.50 | 594.00 |
| | Finished work aan ACC request | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/22/06 | 2.00 | 148.50 | 297.00 |
| | Reviewed Atc's and forwarded to apporpriate people. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/25/06 | 8.00 | 148.50 | 1,188.00 |
| | Reviewed new 208 plan & worked on new contract. | | | | |
| 07527 | 00000 - Davis, Richard J. | 5/30/06 | 9.00 | 148.50 | 1,336.50 |
| | Worked on next contract for wastewater phases. | | | | |

ST-RH027615

Project:   18210.22.00  Rhodes PV Phase II GPA T&M                                           Invoice No:  0081114

| | | | | | | |
|---|---|---|---|---|---|---|
| 07527 | 00000 - Davis, Richard J. | 5/31/06 | 8.00 | 148.50 | 1,188.00 | |
| | Worked on draft contract | | | | | |
| 07527 | 00000 - Davis, Richard J. | 6/1/06 | 5.00 | 148.50 | 742.50 | |
| | Finished wording of wastewater contract & started cost estimates. | | | | | |
| 07527 | 00000 - Davis, Richard J. | 6/2/06 | 8.00 | 148.50 | 1,188.00 | |
| | Continued with cost estimates for contract | | | | | |
| | Totals | | 160.00 | | 26,459.35 | |
| | **Total Labor** | | | | | **26,459.35** |

**Reimbursable Expenses**

Travel
  EX  0025125        5/12/06 Frohnen, David J. / ER                                          322.43
                     **Total Reimbursables**                                                 **322.43**     **322.43**

**Unit Billing**

Copiers                                        77.00 Copies @ 0.10                             7.70
                     **Total Units**                                                          **7.70**      **7.70**

                                                                            Total this project    $26,789.48
                                                                            Total this report     $26,789.48

Page 3

ST-RH027616


**Stanley Consultants** INC.

Date: 7/6/2006

Invoice No.  SCI Project # 18210.22.00
Rhodes Homes P.O. # XBMP1000-1

Billing Period: April 30, 2006 through June 3, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 140,000.00 |
| Invoice Amount to Date | $ 92,864.03 |
| Balance Remaining | $ 47,135.97 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Civil Design | $ 140,000.00 | $ 66,074.55 | $ 26,789.48 | $ 47,135.97 | 66% |
| Totals | $ 140,000.00 | $ 66,074.55 | $ 26,789.48 | $ 47,135.97 | |

**TOTAL AMOUNT DUE THIS INVOICE**            $ 26,789.48

Payment Requested By: _David Woo, Project Manager_    Date: 7/7/06

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027617

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Peacock Vistas

Property Location: Peacock Vistas

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 81114

Payment Amount: $26,789.48

Payment Period: Through June 3, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 7/7/06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: Proj. Mgr.


**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Subcontract Change Order

RECEIVED
MAR 1 0 2005
STANLEY CONSULTANTS

To: Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Subcontract #: XBMP1000-1
Change Order #: 1
Date: 3/7/2005
Job: XBMP-1000 X Bar One Property

Description: Phase II Planning

Rhodes Homes submits a Change Order for the following changes in work:

**Change Order Detail:**

| | | |
|---|---|---:|
| 2 | Phase II Planning | 140,000.00 |
| | **TOTAL:** | **140,000.00** |

_____  3/8/05
Rhodes Homes         Date

_____  3/8/05
Stanley Consultants, Inc   Date

Please sign and return Original to Rhodes Homes

Page 1 of 1

MAR-10-2005 09:59AM    FAX:

ST-RH027619