

July 28, 2006
Project No: 18210.22.00
Invoice No: 0082186

**Total This Invoice**
**$6,636.30**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Peacock Vistas Phase II
PO# XBMP1000-1 Change Order No. 1

**Professional Services from June 04, 2006 to July 01, 2006**

**Professional Personnel**

|       | Hours | Rate   | Amount   |
|-------|-------|--------|----------|
| SC-21 | 11.00 | 218.55 | 2,404.05 |
| SC-16 | 28.50 | 148.50 | 4,232.25 |
| Totals | 39.50 |        | 6,636.30 |

**Total Labor**  6,636.30

**Total This Invoice**  $6,636.30

**Outstanding Invoices**

| Number  | Date   | Balance   |
|---------|--------|-----------|
| 0080021 | 6/4/06 | 8,385.10  |
| 0081114 | 7/6/06 | 26,789.48 |
| Total   |        | 35,174.58 |

If you have any questions regarding this invoice, please contact
David Woo at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027620



**Stanley Consultants** INC.

Date: 7/28/2006

Invoice No.  SCI Project # 18210.22.00
Rhodes Homes P.O. # XBMP1000-1

Billing Period: June 4, 2006 through July 1, 2006

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 140,000.00 |
| Invoice Amount to Date | $ 99,500.33 |
| Balance Remaining | $ 40,499.67 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Civil Design | $ 140,000.00 | $ 92,864.03 | $ 6,636.30 | $ 40,499.67 | 71% |
| Totals | $ 140,000.00 | $ 92,864.03 | $ 6,636.30 | $ 40,499.67 | |

**TOTAL AMOUNT DUE THIS INVOICE**          $ 6,636.30

Payment Requested By: _[signature]_
David Woo, Project Manager

Date: 8/1/06

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027621

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Peacock Vistas _____

Property Location: _____ Peacock Vistas _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 82186 _____

Payment Amount: _____ $6,636.30 _____

Payment Period: _____ Through July 1, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

>This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____

Stanley Consultants, Inc.
Company Name

By: _____[signature]_____

Its: _____ Proj Manager _____

ST-RH027622


# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

## Subcontract Change Order

RECEIVED
MAR 1 0 2005
STANLEY CONSULTANTS

To: Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Subcontract #: XBMP1000-1
Change Order #: 1
Date: 3/7/2005
Job: XBMP-1000 X Bar One Property

Description: Phase II Planning

Rhodes Homes submits a Change Order for the following changes in work:

**Change Order Detail:**

| | | |
|---|---|---:|
| 2 | Phase II Planning | 140,000.00 |
| | **TOTAL:** | **140,000.00** |

_____  3/8/05
Rhodes Homes / Date

_____  3/8/05
Stanley Consultants, Inc / Date

Please sign and return Original to Rhodes Homes

Page 1 of 1

ST-RH027623

# Billing Backup

*Friday, July 28, 2006*

**STANLEY CONSULTANTS, INC.**     Invoice Dated July 28, 2006                                     5:09:50 PM

**18210.22.00  Rhodes PV Phase II GPA T&M**

Invoice No:  0082186

**Professional Personnel**

| Labor Code - Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| **SC-21** | | | | |
| 06714  00000 - Frohnen, David J. | 6/5/06 | 1.00 | 218.55 | 218.55 |
| client meetings et al | | | | |
| 06714  00000 - Frohnen, David J. | 6/15/06 | 1.00 | 218.55 | 218.55 |
| 06714  00000 - Frohnen, David J. | 6/16/06 | 1.00 | 218.55 | 218.55 |
| calls with Kim Grouse and Marlyn Scott ACC - tank ATC issue | | | | |
| 06714  00000 - Frohnen, David J. | 6/21/06 | 2.00 | 218.55 | 437.10 |
| 06714  00000 - Frohnen, David J. | 6/22/06 | 2.00 | 218.55 | 437.10 |
| Calls with Kim Grouse and Carlos R - Snell and Wilmer help respond to Mayes letters | | | | |
| 06714  00000 - Frohnen, David J. | 6/27/06 | 3.00 | 218.55 | 655.65 |
| Kim Grouse - calls and letter reviews on ACC data requests - Perkins Mtn | | | | |
| 06714  00000 - Frohnen, David J. | 6/30/06 | 1.00 | 218.55 | 218.55 |
| follow-ups with Kim and Carlos on Mayes letters | | | | |
| **SC-16** | | | | |
| 07527  00000 - Davis, Richard J. | 6/5/06 | 8.00 | 148.50 | 1,188.00 |
| Finished cost estimate for contract | | | | |
| 07527  00000 - Davis, Richard J. | 6/6/06 | 9.00 | 148.50 | 1,336.50 |
| Finished draft contract | | | | |
| 07527  00000 - Davis, Richard J. | 6/7/06 | 7.00 | 148.50 | 1,039.50 |
| Worked on cost estimate for design of reclaimed water line | | | | |
| 07527  00000 - Davis, Richard J. | 6/8/06 | 4.50 | 148.50 | 668.25 |
| Finished cost estimate for Reclaimed Effluent Contract | | | | |
| Totals | | 39.50 | | 6,636.30 |

**Total Labor**                                                                                                      6,636.30

Total this project     $6,636.30

Total this report      $6,636.30

ST-RH027624