
**Stanley Consultants** INC.

August 28, 2006
Project No: 18210.22.00
Invoice No: 0083426

**Total This Invoice**
**$2,037.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Peacock Vistas Phase II
   PO# XBMP1000-1 Change Order No. 1

**Professional Services from July 02, 2006 to July 29, 2006**

**Professional Personnel**

|         | Hours | Rate   | Amount   |          |
|---------|-------|--------|----------|----------|
| SC-21   | 5.00  | 218.55 | 1,092.75 |          |
| SC-8    | 5.00  | 83.85  | 419.25   |          |
| Totals  | 10.00 |        | 1,512.00 |          |
| **Total Labor** |   |     |          | 1,512.00 |

**Subconsultants**
Subconsultant
   7/27/06 ARICOR Water Solutions                        525.00
      **Total Subconsultants**                           525.00      525.00

                                    **Total this invoice**     **$2,037.00**

**Outstanding Invoices**

| Number  | Date    | Balance   |
|---------|---------|-----------|
| 0080021 | 6/4/06  | 8,385.10  |
| 0081114 | 7/6/06  | 26,789.48 |
| 0082186 | 7/28/06 | 6,636.30  |
| **Total** |       | 41,810.88 |

If you have any questions regarding this invoice, please contact
Denis Atwood at (702) 369-9396.

---

ST-RH027625

# Billing Backup

*Monday, August 28, 2006*

**STANLEY CONSULTANTS, INC.**  Invoice Dated August 28, 2006

*5:26:55 PM*

**18210.22.00 Rhodes PV Phase II GPA T&M**

Invoice No: 0083426

**Professional Personnel**

| Labor Code - Name | | Date | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| SC-21 | | | | | | |
| 06714 | 00000 - Frohnen, David J. | 7/5/06 | 1.00 | 218.55 | 218.55 | |
| | water/ww planning - changes to aztec 60/80 | | | | | |
| 06714 | 00000 - Frohnen, David J. | 7/7/06 | 1.00 | 218.55 | 218.55 | |
| | cap development plan - ADEQ review letter, plan resubmittals | | | | | |
| 06714 | 00000 - Frohnen, David J. | 7/18/06 | 2.00 | 218.55 | 437.10 | |
| | calls with Kimberly and Ray on Perkins issues, Notice to compell et al | | | | | |
| 06714 | 00000 - Frohnen, David J. | 7/24/06 | 1.00 | 218.55 | 218.55 | |
| | ACC data requests - Kim G. et al | | | | | |
| SC-8 | | | | | | |
| 07188 | 00000 - Mantri, Kondala Rao | 5/22/06 | 5.00 | 83.85 | 419.25 | |
| | Copies of the Kingman 7600 Study | | | | | |
| | Totals | | 10.00 | | 1,512.00 | |
| | **Total Labor** | | | | | 1,512.00 |

**Consultants**

Subconsultant

| AP 4085662 | 7/27/06 ARICOR Water Solutions / Invoice: 06-174, 7/10/06 | 525.00 | |
|---|---|---|---|
| | **Total Consultants** | 525.00 | 525.00 |
| | **Total this project** | | **$2,037.00** |
| | **Total this report** | | **$2,037.00** |

ST-RH027626



Date: _8/28/2006_

Invoice No.   SCI Project # 18210.22.00
              Rhodes Homes P.O. # XBMP1000-1

Billing Period: July 2, 2006 through July 29, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 140,000.00 |
| Invoice Amount to Date | $ | 101,537.33 |
| Balance Remaining | $ | 38,462.67 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Engineering Civil Design | $ 140,000.00 | $ 99,500.33 | $ 2,037.00 | $ 38,462.67 | 73% |
| **Totals** | $ 140,000.00 | $ 99,500.33 | $ 2,037.00 | $ 38,462.67 | |

**TOTAL AMOUNT DUE THIS INVOICE**                           $ 2,037.00

Payment Requested By: _____    Date: _8/29/06_
Denis Atwood, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 140
Las Vegas, NV 89119

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Peacock Vistas_____

Property Location: _____Peacock Vistas_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 0083426_____

Payment Amount: _____$2,037.00_____

Payment Period: _____July 2, 2006 through July 29, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____8/28/2006_____          _____Stanley Consultants, Inc._____
                                                              Company Name

                                            By: _____[signature]_____

                                            Its: _____V-P_____

ST-RH027628