

# COUNTY OF MOHAVE
## *arizona*

# Peacock Vistas
# Area Plan

February 2005
Revised May 2005
Revised June 2005

Cooper Research
Market and Economics

SWCA
ENVIRONMENTAL CONSULTANTS

RNM

RHODES
HOMES

Stanley Consultants INC.

ST-RH039236

# Peacock Vistas

## Area Plan



© Rhodes Homes

ST-RH039237

# Prepared by Rhodes Homes for Mohave County, Arizona

# February 2005
# Revised May and June 2005

## Prepared by:

## RNM, Architecture and Land Planning

## Stanley Consultants, Inc., Engineering

## Cooper Research, Market and Economics

ST-RH039238

## Table of Contents

I. The Community Vision ……………………………………………… Pages 5-6

II. Summary: Peacock Vistas Master Planned Community

A. Site Description …………………………………………………… Pages 7-9
B. Proposed Master Plan …………………………………………… Page 9
 C. Goals of the Community ………………………………………….. Pages 9-12

III. Community Development

    A. Existing General Plan and Zoning ……………………… Page 13
    B. Proposed General Plan and Area Plan ……………….. Pages 13-15
    C. Proposed Land Use Plan ………………………………… Page 15
    D. Phasing …………………………………………………….. Page 16
    E. Economic Development …………………………………….. Pages 16-17

IV. Natural Resources

    A. Water Resources ………………………………………….. Pages 18-19
    B. Air Quality …………………………………………………. Pages 19-20
    C. Habitat Protection ………………………………………….. Page 20
    D. Hillside Development ………………………………………. Page 21
    E. Energy Conservation ……………………………………… Page 21-22

V. Public Infrastructure and Facilities

    A. Infrastructure
    1. Roads ……………………………………………………. Pages 23-24
    2. Water Delivery System …………………………………. Pages 24-25
    3. Sewage Treatment …………………………………….. Page 25
    4. Solid Waste Management ……………………………… Page 26
    5. Flood Control …………………………………………… Pages 26-27

    B. Public Facilities
    1. Parks …………………………………………………….. Pages 27-30
    2. Fire Protection ………………………………………….. Page 30
    3. Police Protection ……………………………………….. Page 31
    4. Library Services ………………………………………… Page 31
    5. Schools ………………………………………………….. Page 31

ST-RH039239

**Exhibits:**
Because Rhodes Homes is in the planning process for Peacock Vistas, many of its documents in support of this application are business proprietary and confidential. However, Rhodes Homes will make those documents available for review by Mohave County as they are requested.

## EXHIBITS

**1. Project Land Use Diagram**

**2. Area Map**

**3. Mohave County Land Use Guide**

4

ST-RH039240

## I. THE COMMUNITY VISION OF PEACOCK VISTAS

Peacock Vistas, located northeast of Kingman, Arizona, will offer current and new residents of Mohave County the opportunity to live in an upscale planned community that takes advantage of the scenic beauty and open spaces of the foothills below the Peacock Mountain Range, with an expansive vista of the Hualapai Valley. Peacock Vistas residents will be able to enjoy a casual, rural lifestyle with homes on larger lots, with the conveniences of commercial/retail development close at hand along Highway 66; they also will have an easy commute to Kingman via Highway 66.

Because of its location and design, Peacock Vistas will diversify housing opportunities in Mohave County, serving to draw more affluent retirees and others to the region, adding to the county's tax base with the migration of families and individuals with larger disposable incomes. In addition, the nearly 338 acres of property fronting the Highway 66 corridor offers opportunities for retailers and employers to establish businesses at Peacock Vistas that will bolster both revenues and employment in the Mohave County region.

Peacock Vistas will be a community that respects its natural surroundings, confining commercial development to the Highway 66-railroad corridor on the western edge of the development, and planning residential neighborhoods carefully around the natural terrain to the east, with low housing densities in those foothill areas. A major community goal will be to preserve the quiet and rustic nature of this area at the base of the Peacock Mountains.

At the same time, Peacock Vistas will provide family-oriented, affordable housing in the area between the higher-end housing to the east and the commercial corridor to the west. In this area, present and future residents of Mohave County will be able to enjoy urban amenities within a short walk or drive from homes that are reasonably priced, and place them within a short commute to Kingman on Highway 66.

Rhodes Homes anticipates that communities such as Peacock Vistas – with housing for various income levels and family types – will become increasingly popular because of national demographic shifts that will spur greater population and economic growth in the West. Arizona, and western Arizona in particular, is expected to attract a large share of this migration of people and businesses. Peacock Vistas will respond to this trend with a balanced, self-sustaining community. When Peacock Vistas reaches sufficient size, it will investigate incorporation as a city, under applicable state law.

ST-RH039241

Basic principles for the development of Peacock Vistas include:

♦ Respect for the natural resources and beauty of the Peacock Mountains and the sloping terrain below them. Development will preserve the feeling of openness in the wide expanse of rangeland at the base of the Peacock Mountains.

♦ Peacock Vistas will be a water-responsible community, utilizing grey water and implementing recharge methods to minimize impact on the Hualapai Valley aquifer.

♦ Provide the infrastructure necessary to support commercial development within Peacock Vistas, so shopping, personal services and entertainment opportunities are fully available to residents.

♦ Dedicate land necessary to provide a full range of public facilities and services, including schools, parks, police and fire stations.

♦ Provide both affordable and higher-end housing for working families, individuals and retirees.

♦ Strive to develop an energy-conscious community through pilot projects taking advantage of abundant solar energy to help meet home energy needs.

The Area Plan for Peacock Vistas addresses the requirements of the Mohave County General Plan for self-sustaining communities in outlying areas of the county. It is intended to serve as the basis for a major amendment to the Mohave County General Plan, answering the relevant natural resource, infrastructure and fiscal issues implicit in such an amendment.

ST-RH039242

## II. SUMMARY: PEACOCK VISTAS MASTER PLANNED COMMUNITY

Peacock Vistas is being master planned as a balanced community development in the hills of eastern Mohave County. The community encompasses approximately 2,087.5 acres, with much of it planned for low-density development. The site is located east of State Highway 66 and the railroad on ½ of Sections 01 and 11, Sections 13 and 14, and a portion of Section 07 of T 023 N, R 015 W.

### A. Site Description

#### 1. Site Characteristics

The Peacock Vistas site is currently open space used for ranching. The landscape is primarily high desert terrain and associated vegetation.  A network of sand and gravel roads provides general access to the site area from Highway 66.

The properties around the site include scattered residential properties and open space.  The town of Anteras is located to the north of the site, and the town of Valley Vista to the west, both on the opposite side of Highway 66.  A residential area is located in the flat area to the south of the site, and several peaks are located to the east.  Drainage from the site passes through the Crescent Spring Wash located in the southeastern portion of the site.

The area climate includes relatively mild winters with daytime highs between 40 and 50 degrees F with over 280 frost free days per year.  Summertime has daytime highs that range between 95 to 100 degrees F with low humidity.  About one-half of the annual rainfall comes during the winter months and the balance comes from sporadic summer thundershowers.

#### 2. Geology and Soils

Based on USDA Soil Conservation Service mapping for the area, the dominant soil type in the site area is most likely the Bucklebar sandy loam. This is a deep to moderately deep, well to moderately well drained, coarse-grained soil with moderate hydraulic conductivity and a typical depth to the water table of greater than six feet. These soils reportedly do not meet the requirements for hydric soil.

Precambrian age metamorphic rocks, reportedly orthogenesis and paragneiss, underlie the site and surrounding area.  Due to the considerable expanse of the site and variation in the topography of the site from east to west, depth to bedrock would be expected to vary greatly beneath the site.

ST-RH039243

Local topography varies from lows of approximately 3,300 ft. MSL along the west and northwest portions of the site to approximately 5,200 ft. MSL in the Peacock Mountains along the easterly site edge.

Site drainage is generally to the west and northwest toward the Hualapai Valley via Frees Wash and a network of unnamed washes and surface drainage channels.



## 4. Hydrogeology

According to the Arizona Department of Water Resources (DWR), basin and range aquifers are generally the principal sources of ground water in the site area. These aquifers are present in alluvium-filled basins interspersed between ranges of northwest to southeast trending mountains in the northwest portion of Arizona. The site is located within the Haulapai Valley basin.

The Hualapai Valley basin covers an area of approximately 1,820 square miles. The Cerbat and White Mountains bound the basin on the west, on the east by the Grand Wash Cliffs and Music Mountains, on the south by the Peacock and Hualapai Mountains, and on the north by Lake Mead.

The Hualapai Valley basin-fill sediments reportedly range to as much as 6,400 feet thick and have been divided into three separate units: a younger alluvium, an intermediate alluvium, and an older alluvium.

The younger alluvium includes streambed deposits in Hualapai Valley and in various mountain canyons. The unit seldom exceeds 50 feet in thickness and is composed of silt to gravel-sized particles. The younger alluvium yields small amounts of water to stock and domestic wells in mountain canyons. Local rock formations are generally non-water bearing, although fractured and weathered

ST-RH039244

zones in the rocks do provide some water to low-yield wells and numerous springs and seeps.

In the central part of the valley, the younger and intermediate alluviums are above the water table, and therefore, dry. The intermediate alluvium is a dependable aquifer only along the valley margins where the unit intersects the water table. Well yields from the intermediate alluvium range up to 500 gallons per minute. The intermediate alluvium is made up of coarse-grained sands, silts, and clays.

The older alluvium is the main aquifer in the Hualapai Valley basin.  Volcanic rocks are reportedly interbedded with the older alluvium in the southern part of Hualapai Valley and form a secondary system. The older alluvium can store and transmit large amounts of water; well yields up to 1,500 gallons per minute have been reported.  Depth to water ranges from 500 to 900 feet below land surface in the central and southern parts of the basin to 300 feet below land surface near Red Lake.

### 5. Site History

Review of historical information indicates that past site uses were most likely similar or identical to current site uses. The site currently consists almost entirely of open space, used as range land for cattle grazing. The easternmost portion of the site is located in the Peacock Mountains. Several dirt roads serve the area. It is most likely these areas have always generally been used in this fashion.

### B. Proposed Master Plan

This new master planned community will contain primarily low and medium-density development. There will be a commercial area located in the western portion of the community next to the railroad tracks, stretching the length of the community and buffering residential areas from railroad noise. Higher densities are planned in the western portion of the site.  A total of 9,490 dwelling units are planned, with 3,419 at densities of 4 per acre, 1,784 at 6 per acre and 4,287 at 12 per acre.  A total of 338 acres are planned for commercial development. The community will have parks and open space uses that will be planned at the time of subdivision. Through design and layout of the community, Peacock Vistas will seek to preserve the "open spaces" feeling of this region of Mohave County.

### C. Goals of Peacock Vistas Master Planned Community

General Plan Goal 10 – To retain the beauty, the natural setting and resources, and the rural character of the County, while providing opportunities for coordinated growth and development.

Peacock Vistas Master Planned Community will meet this goal by maintaining as many natural features on the site as possible while

ST-RH039245

providing new housing options, along with additional shopping and employment opportunities.

The primary goal of the Peacock Vistas community design is to create a balanced, self-contained community with areas to live, work, shop, play, and learn all in the same location.

Additional project goals include:

1.    Goal:  To implement the goals and policies of the Mohave County General Plan to the fullest extent possible.

2.    Policy:  Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.

3.    Goal: To develop a community that is self-sufficient in terms of adequate tax base to support urban services.

      Policy: Implement the appropriate special district and other financial mechanisms to channel a portion of new commercial and residential tax revenues into development of community infrastructure, following developer contributions in the early phases of build-out to provide essential services.

4.    Goal:  To encourage compatibility with surrounding land uses.

      Policy: Ensure that adjacent land uses are similar in nature or include a buffer transition zone where uses are dissimilar. In particular, buffers such as trail ways will be created between residential developments and adjacent public lands. Rhodes Homes will pursue discussions with the U.S. Bureau of Land Management about the feasibility of exchanging public and private lands to create fully contiguous private land patterns.

5.    Goal:  To establish a neighborhood structure that provides residential areas supported by parks, open space, recreational and school uses.

      Policy: Break the Master Plan land use areas into smaller neighborhood areas that include the full complement of community uses at the time of subdivision.

6.    Goal:  To provide a planned community that complements existing development within the Peacock Vistas area.

ST-RH039246

Policy: Work closely with the Mohave County staff, elected officials, and community residents to formulate a plan that represents the best implementation of the General Plan.

7.    Goal:  To provide a range of housing types to meet the varied housing needs within the Kingman area and the greater northwestern Arizona region.

Policy:  Provide a broad range of housing types that include housing options for singles, family units, affordable housing, and active adult within the Master Planned Community.

8.    Goal:  To ensure that the Peacock Vistas project contributes to Mohave County's economic goals and objectives.

Policy:  Provide areas for employment growth as well as housing to ensure that a self-sustaining new town is established over time.

9.    Goal:  To organize land uses within the community to provide safe and convenient vehicular and pedestrian circulation through the project area.

Policy:  Provide an interconnected transportation system that offers pedestrian, bicycle, and vehicular transportation options that include bike and pedestrian paths connecting public facilities and commercial establishments to residential areas.

10.    Goal:  To provide a safe and efficient system for movement of people and goods to and from the project site and within the community itself.

Policy:  Design the road system to meet Mohave County design standards.

11.    Goal:  To ensure that the impacts of the proposed development on the County's existing roadway system will be mitigated.

Policy:  Propose solutions to mitigate traffic impacts at the time of subdivision.

12.    Goal:  To provide land for parks, open space, recreation, and library facilities to meet the needs of Peacock Vista's new residents.

Policy:  Provide land for adequate park, open space, recreation and library facilities concurrent with development, with dedication of

11

ST-RH039247

sites at the time of subdivision after consultation with Mohave County.

13.    Goal:  To provide land for an adequate level of police and fire protection service to meet the needs of the proposed master planned community.

Policy:  Provide police and fire substation sites, as mutually determined by Mohave County sheriff and police departments and the applicant with dedication of sites at the time of subdivision.

14.    Goal: To provide sites for adequate school facilities to meet the needs of the community's new residents.

Policy:  Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of land Management where available.

Policy: Provide elementary and middle school sites at the time of subdivision in consultation with the local school districts.

ST-RH039248

III.    COMMUNITY DEVELOPMENT

A.    **Existing General Plan & Zoning Designations**

1)  General Plan - Peacock Vistas planning area is designated as Rural Development Area (RDA)

2)  Zoning - AR/36 (agricultural/residential, 36 acre)

B.    **Proposed General Plan and Area Plan**

1)  The proposed plan for Peacock Vistas envisions that the entire site is reclassified as Urban Development Area. This designation is intended to provide for more intense residential and non-residential development near cities and in outlying communities. While residential densities typically will range up to 12 units per acre, high-density development of up to 25 units per acre may be permitted.  Urban services and facilities will be required for both residential and non-residential development in this area. Prior to zone change requests and subdivision mapping, the developer will formulate and submit a plan for the financing of infrastructure improvements necessary to support a full complement of public facilities and urban services. Public facilities include police and fire stations, sanitation facilities, libraries, schools and parks. Necessary urban services will include retail outlets so residents do not have to drive long distances for basic needs, medical facilities and other professional services.

2)  Land uses proposed for the Peacock Vistas Area Plan include two commercial areas totaling 338 acres, medium to high-density residential uses, and single family residential.  A total of 577 acres is utilized for non-residential uses, with a total of 1,510 acres planned for residential uses and 9,490 dwelling units. These numbers may change based on market conditions and development constraints. A commercial area of Peacock Vistas will serve as a buffer between residential areas of the community and the BNSF railroad to the west. In addition, Rhodes Homes will examine the need for other noise abatement measures to shield residential areas from railroad noise, if further study indicates commercial development does not provide a sufficient noise barrier.

Residential Land Uses include:

ST-RH039249

Low Density Residential (LR): This is the lowest density residential development planned within urban areas. It is designed to reflect development between one and five units per acre. This category is used only in UDAs. Since the lot sizes are less than one acre, community sewer or ADEQ approved on-site sewage disposal and water systems are needed, as are other urban services. Low-density residential areas will be developed exclusively with single-family homes, except where planned developments permitting neighborhood commercial uses are approved.

Medium Density Residential (MR): This urban land use category is used to show areas with five (5) or more dwellings per acre, up to twelve (12) dwellings per acre. Typical residential uses in these areas are patio and zero-lot-line homes, mobile home parks, mobile home subdivisions, duplexes, some multi-family projects, and, where specifically approved as part of a planned development, neighborhood commercial development. Full urban services are required for medium density residential development.

High Density Residential (HR): This urban residential category is used to show the highest density planned in Mohave County. Development could range from twelve (12) to a maximum of twenty-five (25) dwelling units per acre. Higher density areas provide opportunities to develop uses such as town homes, apartments or condominiums. Mixed-use developments incorporating office and retail space may be approved in HR areas through the planned development process. High Density Residential uses can serve as an effective buffer between non-residential development and lower density residential neighborhoods. Full urban services are required for HR development.

3) Non-Residential Uses Include:

Neighborhood Commercial (NC): Neighborhood Commercial uses are those that meet the needs of residents in the adjacent neighborhood. Small-scale retail and service establishments, as well as small office buildings, will be permitted in this land use category.

General Commercial (GC): This land use category is used to indicate locations for retail, service and office uses that serve an entire community or region. Major retail centers, fast food

14

ST-RH039250

restaurants, service stations, multi-story office buildings, and other intensive commercial uses should be located in areas designated for general commercial uses.

Commercial Recreation (CR): This land use category encompasses a broad range of privately owned leased facilities for active recreation, where the primary activity occurs outside of buildings.  Uses include golf courses, equestrian centers, small and large-scale amusement parks, as well as recreational vehicle parks and campgrounds providing sites for temporary habitation.

**C. Proposed Land Use Plan**

# PEACOCK VISTAS LAND USE SUMMARY
## May 3, 2005

| RESIDENTIAL | | | | |
|---|---|---|---|---|
| **LAND USE** | **ACRES** | **DENSITY** | **DU** | **% MIX** |
| LOW DENSITY | 855.4 | 4 | 3,419 | 36% |
| MEDIUM DENSITY | 297.4 | 6 | 1,784 | 19% |
| HIGH DENSITY | 357.4 | 12 | 4,287 | 45% |
| SUB TOTAL | 1,510.2 | | 9,490 | 100% |
| **NON-RESIDENTIAL** | | | | |
| PARKS | 162.8 | | | |
| SCHOOLS | 27.3 | | | |
| COMMERCIAL | 337.3* | | | |
| ROADWAYS | 49.5 | | | |
| SUB TOTAL | 577.3 | | | |
| TOTAL | 2,087.5 | 4.6 | 9,490 | |

**\*Acreage may change based on refinement of development plans.**

15

ST-RH039251

### D.  Phasing

Development of Peacock Vistas is expected to begin in 2008, with the southern portion of the community developed initially, with access provided by a connector road to Highway 66 and construction of a railroad underpass. As more northerly segments of the community are developed, the access road will be extended as a loop that connects back to Highway 66 through another railroad underpass. Phasing will depend on market conditions and the success of Peacock Vistas in attracting both active adults/retirees and working families, as well as the ability of Rhodes Homes to attract retailers to the commercial strip along Highway 66.

### E.  Economic Development

Rhodes Homes believes Mohave County and Kingman are uniquely positioned to take advantage of economic and demographic trends that favor the region in terms of job creation and population growth. Rhodes Homes also believes it can be a partner with Mohave County in helping the region fulfill its economic potential, improving the standard of living and quality of life for current and future residents.

The U.S. Census Bureau projects that the U.S. population will grow by 42 million people over the next two decades, and the Southwest is expected to remain the fastest-growing region of the country. Mohave County is in the path of this growth, because of its climate, logistics and proximity to major metropolitan areas such as Southern California, Phoenix and Las Vegas. Furthermore, Arizona is the second fastest-growing state in the nation behind Florida in net migration of retirees, whose numbers will grow as "baby boomers" retire and move from metropolitan areas to more livable locales.

Mohave County has a number of attributes that make it a strong candidate for economic growth. It has excellent transportation logistics, with access to rail, highway and air transportation, and is located along the CANAMEX Corridor, which is intended to spur international trade among Mexico, Canada and the U.S. The county has a low cost of doing business, making it attractive to manufacturing and distribution companies seeking an alternative to higher costs and regulatory constraints in California and elsewhere.

As the Mohave County economy develops, Rhodes Homes sees Peacock Vistas meeting the need for greater housing diversity in the county to support economic development. With the planned community not far from the Kingman Airport Industrial Park, Peacock Vistas can provide both worker-oriented and executive-oriented housing within a short driving distance.

16

Dedicated commercial areas adjacent to residential areas in Peacock Vistas provide the seedbed for economic development in this northeast section of Mohave County, with good highway access. Peacock Vistas will become part of the overall strategy of Rhodes Homes to promote Mohave County as a good place to do business, working with local economic development officials in marketing outreach to attract retailers and others to the area. In addition, Rhodes Homes will help local education officials address the issue identified by state and other economic studies as the largest impediment to economic growth and diversification in Mohave County – an undereducated workforce. Rhodes Homes will investigate working with Mohave County Community College to develop vocational educational programs that improve skill levels of the local workforce. It also will promote the idea within the state that Mohave County should be the site of a four-year college as the county's population base justifies it.

**Economic Development Goals and Policies**

1. Goal: Develop a community that is self-supporting in providing services to its residents.

   Policy: Designate sufficient land and provide infrastructure to support commercial development within Peacock Vistas, facilitating development of retail, personal services and entertainment businesses in the community.

2. Goal: Develop a community that adds to the economic base of Mohave County, encouraging new businesses that provide revenues and jobs to the local economy.

   Policy: Establish a large commercial/retail site on the western edge of Peacock Vistas that takes advantage of good highway access on Highway 66.

3. Goal: Establish the reputation of Mohave County and Kingman as a good place to do business.

   Policy: Engage in promotional activities highlighting the attributes of Mohave County, in terms of transportation logistics, cost of doing business and lifestyle.

4. Goal: Improve educational level of workforce in Mohave County.

   Policy: Work with Mohave County Community College to expand vocational training for targeted industries; promote ultimate goal of four-year college in Mohave County.

ST-RH039253

## IV.  NATURAL RESOURCES

### A. Water Resources

Rhodes Homes recognizes that water is a precious resource in Mohave County. It is exercising due diligence in proving out adequate groundwater resources for Peacock Vistas, based on well drilling and hydro-geological studies of the Hualapai Valley Basin that will provide both Mohave County and the State of Arizona with a better understanding of water resources in the basin. Ultimately, the Arizona Department of Water Resources (ADWR) will determine, based on these hydro-geological studies and other information, whether the Hualapai Valley Basin aquifer is adequate to support Peacock Vistas as well as current committed demand for water in the region, including pre-platted lots that draw from the same groundwater resources. Rhodes Homes understands that a statement of water adequacy from ADWR is a critical precursor for its development plans at Peacock Vistas.  As a matter of general policy, Rhodes Homes is committed to exploring and implementing where feasible technologies and conservation techniques that minimize the impact of the development on groundwater resources, including recharge, xeriscaping and use of "grey water." A detailed water budget will be prepared for Rhodes Homes subdivisions as part of its plan submissions. For purposes of its water use projections, Rhodes Homes is calculating that consumption will average .20 acre feet per capita annually.

Peacock Vistas will be a community known for utilizing water resources that serve the best interests of the Hualapai Valley Basin.  Potable water supply issues will always be of paramount importance in the desert. Rhodes Homes recognizes the importance of the potable water resource. In that vein, the Peacock Vistas community will make use of treated wastewater (effluent) for all public spaces within the community. If excess effluent is available, it will be directly recharged into the Hualapai Valley Basin aquifer.

Rhodes Homes will provide treated A+ effluent usable for all purposes, including public spaces where children are present. The system will include pipelines, booster pumps and storage facilities as required to deliver the effluent to the public spaces and golf courses.

The potable water supply for Peacock Vistas will be designed to service the community on a growth basis. Currently, Rhodes Homes is investigating whether to form its own water company to serve Peacock Vistas or tie into existing well fields and water companies in the area. In either case, the system will be sized to meet the community's needs initially and as it grows.

ST-RH039254

The potable water system will be designed to provide fire service pressures and hydrants. Rhodes Homes is working with the local fire agencies in the design of the community, placement of hydrants, pressures and the location of at least one new firehouse site within the community.

1.  Goal: Design and construct a safe drinking water system.

    Policy: Build wells, pipelines and tanks that are to the latest codes, and provide chlorination or other treatments if needed.

2.  Goal: Build a community water system that services the entire area.

    Policy: Provide a water company which provides more than adequate fire protection, is expandable outside the Peacock Vistas boundary and is a reliable plan for the future.

3.  Goal: Reduce the need for drinking water usage outside the home.

    Policy: Construct a waste water treatment plant that provides high-quality effluent for use on all open public spaces; encourage homeowners to apply xeriscaping to their properties where that is feasible. Sections of Peacock Vistas will be set aside specifically for xeriscape landscaping.

4.  Goal:  Replenish groundwater resources through recharge.

    Policy: Investigate and apply where feasible and effective technologies to capture and inject rainwater runoff into the ground.


**B.  Air Quality**

To preserve air quality, the road network of the Peacock Vistas community is designed to allow free travel from residential areas to the commercial portions of the development near Highway 66. Businesses will be encouraged to locate within the community to reduce the travel time for residents to shopping, and other retail and services needs.

During construction, the greatest air quality threat is dust. A "Best Management Practices" (BMP) plan is being established to reduce the dust during all phases of construction, and workers will be educated in dust control.

1.  Goal: Control smog from commuter traffic.

19

ST-RH039255

Policy: Provide for the business community in the planning and design of the master plan so that the commutes to business areas are short and internal.

2. Goal: Control dust pollution during construction.

   Policy: Create a BMP which addresses dust control.

## C.   Habitat Protection

As part of the due diligence process, a full biological evaluation will be conducted for the community area. This study will allow Rhodes Homes to create a listing of the species of plants and animals currently utilizing the area.

There are a number of large washes crossing the property, some of which will be left open for animal habitat. However, road crossings and drainage conveyance structures will have to be built which will cause impacts. Best efforts will be made to preserve native vegetation and animal habitat in wash areas.

Rhodes Homes has hired SWCA Consultants to do the biological evaluation and file a 404 Permit with the Army Corps of Engineers. As part of the 404 Permit process, the Peacock Vistas community is committed to minimizing the disturbance of the washes, and to implement practices which ensure flood waters entering the washes are not contaminated.

1. Goal: Protect existing flora/fauna.

   Policy: Leave washes undisturbed as much as possible.

2. Goal: Protect native wildlife.

   Policy: Provide a pathway through the project for the movement of wildlife in and around the property

3. Goal: Protect plant and wildlife long term.

   Policy: Construct localized detention/retention basins throughout the community to capture contaminated runoff and keep it from entering the wash system.

ST-RH039256

### D. Hillside Development

Peacock Vistas will be designed in accordance with Mohave County hillside development standards. Every effort will be made to provide subdivision layouts that minimize erosion potential, maintain slope stability and preserve the natural scenic beauty of the desert area.

1.  Goal: Minimize erosion potential

    Policy: Provide erosion protection during construction; avoid construction activities in areas of highly steep slope.

2.  Goal: Maintain slope stability

    Policy: Prevent construction activity and construction vehicles in highly steep slope areas.


### D.      Energy Conservation

Peacock Vistas will be an energy-conscious community. It will encourage its homebuyers to participate in UniSource Energy Services' "SunShare" program for solar-powered homes, reducing reliance on fossil fuel-produced energy and relying on the abundant sunshine of the region to meet home energy needs. In addition, passive solar opportunities and energy-saving building materials will be incorporated into site planning and home construction. As it has in Nevada, Rhodes Homes will build homes in Mohave County that are Energy Star compliant.

UniSource Energy Services' "SunShare" program provides subsidies to homeowners for installation of photovoltaic systems and allows homeowners to sell excess solar energy into the power grid. Peacock Vistas will introduce the "SunShare" program to its homebuyers and promote its benefits. A portion of model homes in Peacock Vistas will be equipped with a solar photovoltaic system and solar hot water stub-outs to demonstrate how solar energy can be incorporated into home design, and prospective homebuyers will be provided with information about cost amortization of photovoltaic systems.


Road circulation patterns in Peacock Vistas will be designed to move vehicular traffic efficiently through the development.

1.  Goal: Expedite and reduce vehicular traffic throughout Peacock Vistas.

ST-RH039257

Policy: Incorporate street design in Peacock Vistas that moves traffic efficiently through the community; reduce vehicle trips through community design focused on homes within a short distance of shopping and entertainment.

2. Goal: Reduce reliance on fossil fuel-produced energy in favor of solar-produced energy.

Policy: Introduce homebuyers to "SunShare" program to meet home energy needs through solar power. Incorporate photovoltaic systems into model home complexes.

3. Goal: Maximize energy efficiency of homes.

Policy: Design and build homes that can be certified under the Energy Star program as energy efficient.

ST-RH039258

## V.  PUBLIC INFRASTRUCTURE AND FACILITIES

### A. Infrastructure

### 1. Roads

### a.  Access Roads

A traffic model was created based upon the "planning bubble" diagrams, and the proposed density of the area. The model uses algorithms for the determination of car trips within, from and to the area. The average number of trips that a community of this size will take for work, play and other purposes, based on national trends, is used. One of the goals of Peacock Vistas is to create a community that has a high degree of self-sufficiency, reducing the number of vehicle trips by residents outside the community for work, shopping and recreation, and minimizing the impact on Mohave County's road system, particularly on Highway 66.

Traffic access to the Peacock Vistas community will be provided along the existing Highway 66 corridor.  Connections will be made to Highway 66 via two new railroad underpasses, with the first underpass constructed in conjunction with the first phase of development. These new connections will be located and sized based upon traffic modeling and future discussions with Mohave County. It is anticipated, however, that traffic loads will require each of the ingress/egress roads to have two lanes in each direction. Rhodes Homes will coordinate construction of the underpasses with the BNSF Railroad.

### b. Interior Road Network

The design of the interior road network is based upon the "community" theme. This theme is based upon several arterial streets which pass through the community allowing access to the outside, but with their curvilinear design, are not typically utilized by non-residents for "pass through" travel.

Each subdivision will have at least one access point to the minor arteries. Minor arteries will connect the communities to the major arteries which convey traffic through, in and out of the community.

1.  Goal: Provide easy functional access to the community.

    Policy: Develop multiple points of ingress/egress. Design the road system so that cars are not all funneled to a single point.

ST-RH039259

2.  Goal: Reduce the number of cars "passing through" the property.

    Policy: Design a road network that funnels north/south pass through traffic to the pass-through arterials.  Develop the rest of the road network with curvilinear designs that reduce speed and deter pass-through traffic.

3.  Goal: Provide an open and scenic driving experience.

    Policy: Construct roadways with landscape along the development setback boundaries such that the landscaping decreases noise and adds aesthetic appeal. Also, construct arterials which have parks and other amenities adjacent to enhance the beauty of the existing landscape.


## 2. Water Delivery System

The Peacock Vistas community will be serviced by a traditional gravity water supply system. Several sites outside of the community boundary have been selected for tanks, as well as several within the community proper.

At a minimum, the site will be separated into three service pressure zones to ensure that fire hydrant capacity and home pressures are adequate. The system will also be looped to ensure water quality.

An application will be filed with the Arizona Department of Water Resources for an adequate water supply. As a part of this process, several wells are being drilled on and adjacent to the property.

Open spaces will be irrigated with reclaimed water from the sewage treatment plant. The reclaimed water system will be instrumental in reducing the amount of water needing to be pumped from the ground. Reclaimed waters in excess of what can be utilized will be placed back into the ground using rapid infiltration basins, or recharge wells if applicable.

1.  Goal: Provide safe, clean and constant water supply.

    Policy: Construct tanks and piping systems with looping and the ability to add chlorination or other treatment systems at a later date.

2.  Goal: Provide for full fire service.

24

Policy: Construct the water system to have adequate pressures and flow capacity to handle fire suppression at any hydrant.

3.  Goal: Provide a 100-year adequate water supply.

Policy: Apply for an adequate water supply certificate from the ADWR. The application will be for a water demand equal to or greater than the proposed development.

### 3. Sewage Collection and Treatment

A site has been selected southerly adjacent to the Peacock Vistas development for the siting of a sewage treatment plant. This plant is projected to grow with the community, eventually processing 6 million gallons of sewage into high-quality effluent. The waters will be de-nitrified and can be applied to any open space.

The system will be gravity fed, and located adjacent to, but not within, a major wash. A series of rapid infiltration basins will provide disposal of any waters above the needs of the community.

The design of the Peacock Vistas sewage treatment plant will be modular. This allows for the growth of the development in such a way as to balance the capital cost of the facilities while maintaining optimum treatment capacity. As more homes and businesses are constructed, additional capacity will be added to the plant.

An Aquifer Protection Permit (APP) application will be filed with the Arizona Department of Environmental Quality for the plant site. Also, an application for rezoning the site to "MP" will be filed with Mohave County Planning and Zoning when the time is appropriate.

1.  Goal: Provide sewage treatment for the entire development area.

Policy: Design a sewage treatment plant that is expandable.

2.  Goal: Re-use as much water as possible.

Policy: Construct a sewage treatment plant which provides high-quality effluent, which may be used on all public open spaces. Construct a piping system to convey the re-use water to the open spaces.

3.  Goal: Replace groundwater whenever possible.
    Policy: Construct rapid infiltration basins and/or recharge wells for the disposal of excess effluent into the upper aquifer.

25

ST-RH039261

### 4. Solid Waste Management

For the foreseeable future, Peacock Vistas will utilize the Cerbat Landfill to meet the community's solid waste management needs. This landfill currently has sufficient capacity to maintain operations for another 40-50 years. As Rhodes Homes develops communities in Mohave County, it will monitor the capacity of the Cerbat Landfill and work with county officials to identify future landfill sites.

### 5. Flood control

The Peacock Vistas community is located east of the Mohave Wash. Several wash tributaries cut through the Peacock Vistas alluvium prior to entering the wash, but by and large the Peacock Vistas parcels do not have significant restrictions due to flood plain encroachment.

Flood control through the development is intended to be handled by maximizing use of the washes that cut through the property. This will provide several advantages to the development, including the following: (1) reducing the amount of earthmoving required for flood control; (2) maintaining the natural state of the washes to the maximum extent practicable; (3) trail systems can be developed in or adjacent to the washes, thus improving the development's aesthetic appeal; (4) reduce the overall cost of development.

Within the community, each major subdivision will provide a local detention basin. These basins will typically be designed to be located adjacent to washes. These basins will provide two functions. The first is to remove contaminants from the storm runoff prior to entering the wash. Secondarily, the basins will provide a "peak shaving" function which will decrease erosion potential in the washes.

As part of the engineering of the Peacock Vistas community, an application will be made to re-contour the SFHA boundaries to the development and improvements where these modifications will enhance flood control. A master drainage study will be prepared for the community; planning/sizing of the infrastructure is already underway.

In conjunction with the master drainage study and flood control improvements, an application under the rules of 404 Permitting will be filed with the United States Army Corps of Engineers (ACOE). This application determines the extents of "waters of the United States" and the extent of disturbance allowed.

26

ST-RH039262

1. Goal: Provide a safe environment for the community.

   Policy: Combine maximum usage of the existing wash system with intelligent design of peak shaving detention basins and strategic wash improvements to create a flood control system that routes a 100-year flood safely through the development.

2. Goal: Accommodate the ACOE and FEMA.

   Policy: Provide applications to the federal agencies early in the process; get them involved in the design of the community.

3. Goal: Protect plant and animal life long term.

   Policy: Construct localized detention/retention basins throughout the community to capture contaminated runoff and keep it from entering the wash system.

## B. Public Facilities

Park facilities at Peacock Vistas will be provided in several community parks, neighborhood parks, and a number of linear and mini-parks located throughout the project. It is anticipated that community recreation centers will be provided central to the community. Other community facilities planned on site will eventually include a proposed fire and police facilities to serve the entire community planned in consultation with Mohave County. Schools will be planned in consultation with the Mohave Valley Elementary and Union High School Districts.  These facilities will be planned at the time of subdivision in consultation with the County.

## 1. Parks

### a.  PARK AND RECREATIONAL STANDARDS

Parks, recreation and open space facilities will be provided for Peacock Vistas in concert with the national standards shown in the following tables:

27

| Feature Category | Park System Feature | Units Needed per 1,000 residents | Acres Per 1,000 Residents |
|---|---|---|---|
| Parks | Pocket Parks –Min. 1/3 acre | Service Area- ¼ mile radius | .25 |
| Parks | Neighborhood Parks – Min. 4 acres | Service area - ½ mile radius | .5 acres per 1,000 Serves 2,500 min. |
| Parks | Community – Min. 20 acres | Service area - 2 mile radius | 1-2 acres per 1,000 Serves min. 10,000 |
| Community Center | 3 acres and 10,000 sq. ft. | | 1 per 20,000 |
| Outdoor Recreation | Small Skate park | .16 | .03 |
| | Full Sized Skate park | .06 | .03 |
| | BMX Track | .16 | .50 |
| | Paved Multi-Use Trail (per mile) | 1.04 | 2.53 |
| | Dirt/Gravel Multi-Use Trail (per mile) | 2.33 | 4.25 |
| | Family Picnic Area | 6.25 | .08 |
| | Group Picnic Area with Shelter | .36 | .74 |
| | Park Bench | 7.69 | .00 |
| | Outdoor Events Venue (per acre) | .42 | 1.34 |

Source: Small Community Parks & Recreation Planning Standards – 2003.

ST-RH039264

| Facility/Activity | Recommended Space Requirements | No. of Units per Population | Service Radius |
|---|---|---|---|
| Basketball | 2,400 to 7,280 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Handball | 800 to 1,000 sq. ft. | 1 per 20,000 | 15 to 30 minute travel time |
| Ice Hockey | 22,000 sq. ft. | 1 per 100,000 | ½ to 1 hr travel time |
| Tennis | 2 acres per complex | 1 court per 2,000 | ¼ to ½ mile |
| Volleyball | Minimum 4,000 sq. ft. | 1 per 5,000 | ¼ to ½ mile |
| Baseball | 1.2 acre | 1 per 5,000 Lighted 1 per 30,000 | ¼ to ½ mile |
| Field Hockey | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Football | 1.5 acre | 1 per 20,000 | 15 to 30 min. travel time |
| Soccer | 1.7 to 2.1 acres | 1 per 10,000 | 1-2 miles |
| Golf driving range | 13.5 acres | 1 per 50,000 | 30 min. travel time |
| 1.4 mile running track | 4.3 acres | .1 per 20,000 | 15 to 30 min. travel time |
| Multiple Recreation court | 9, 840 sq. ft. | 1 per 10,000 | 1-2 miles |
| Trails | | 1 system per region | |
| Archery Range | .65 acres | 1 per 50,000 | 30 min. travel time |
| Golf 18 holes | 110 acres min. | 1 per 50,000 | ½ to 1 hr. travel time |
| Swimming Pools | ½ to 2 acres | 1 per 20,000 | 15 to 30 min. travel time |

Source:    Lancaster, R.A. (Ed.).(1990). Recreation, Park, and Open Space Standards and Guidelines.  Ashburn, VA: National Recreation and Park Association

29

ST-RH039265

b. **Parks and Open Space Goals and Policies**

Mohave County General Plan Goal 55:  To meet the recreational and open space needs of residents countywide, with sites that provide for active recreation, specialized recreational opportunities and enjoyment of natural areas.

Policy: The applicant will work with Mohave County school districts in the development, maintenance and joint operation of local school/park sites where it is economically and functionally desirable to do so.

Policy: Provide a full range of parks and recreational facilities for the broad range of housing and lifestyle types available at Peacock Vistas.

Goal 15: Provide all manner of park sites from the pocket park to the neighborhood park and the community park within the Peacock Vistas development.

Policy: Provide community parks, neighborhood parks and pocket parks consistent with the standards referenced above.

Policy:  Dedicate park sites at the time of subdivision after consultation with Mohave County on final park size and location to serve final projected population.

Policy:  Provide outdoor gathering spaces in the form of a town green or plaza, linear parks, community gardens, gazebos, and passive open space areas.

**2. Fire Protection**

Mohave County General Plan Goal 57:To plan and provide for adequate fire protection services at levels appropriate to the County's urban, suburban, and rural areas.

Policy:  Work closely with the area Fire Department to determine an adequate urban level of fire protection services.

Policy:  Provide fire protection site within Peacock Vistas planned community, if determined necessary in conjunction with the appropriate Fire Department.

ST-RH039266

### 3. Police Protection

Mohave County General Plan Goal 57:To plan and provide for adequate police protection services at levels that are appropriate to the County's Urban, Suburban, and Rural areas.

Policy:  Work closely with the area police and sheriff's departments to determine an adequate urban level of police protection services.

Policy:  Dedicate police protection site within the Peacock Vistas planned community, if determined necessary in conjunction with the appropriate police/sheriff's department.

### 4. Library Services

Mohave County General Plan Goal:  To provide a full service library system that is easily accessible and supplies residents with a variety of educational and recreational materials.

Policy: Mohave County should expand library services by planning space for station libraries as part of public buildings in outlying communities.

Policy:  The applicant will work with Mohave County to provide a site for library facilities within Peacock Vistas.

### 5. Schools

Goal:  Establish new school sites in the Peacock Vistas development to serve the needs of the community's new families.

Policy:  Place new high school(s) on Recreation and Public Purpose (R & PP) sites set aside by the Bureau of Land Management where available to serve the Peacock Vistas project.

Policy: Set aside parcels for elementary and middle school sites during the subdivision review process as agreed upon with the Mohave Valley Elementary District and the Mohave Union High School Districts and the Superintendent of Schools. Work with school districts to time school construction with development of the community.

ST-RH039267