





ST-RH039270