
**Stanley Consultants** INC.

April 04, 2006
Project No: 18449.01.00
Invoice No: 0077782

**Total This Invoice**
**$1,646.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

Attn: Bill Roberts

For: Golden Valley Master Plan
PO No. GVMP1000-30

## Professional Services from January 29, 2006 to March 04, 2006

**Fee**

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| GVR Mass Grading & Drainage Study | 370,000.00 | 90.00 | 333,000.00 | 0.00 |
| GVR Drainage Facilities | 82,300.00 | 90.00 | 74,070.00 | 1,646.00 |
| Total Fee | 452,300.00 | Total Earned | 407,070.00 | |
| | | Previous Fee Billing | 405,424.00 | |
| | | Current Fee Billing | 1,646.00 | |
| | | **Total Fee** | | 1,646.00 |

**Total This Invoice**     **$1,646.00**

If you have any questions regarding this invoice, please contact
Steve Hagel at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027641


**Stanley Consultants** INC.

Date: 4/4/2006

Invoice No.   SCI Project # 18449.01.00
                  Rhodes Homes P.O. # GVMP1000-30

Billing Period: January 29, 2006 through March 4, 2006

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 452,300.00 |
| Invoice Amount to Date | $ 407,070.00 |
| Balance Remaining | $ 45,230.00 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GRV Mass Grading & Drainage Study | $ 370,000.00 | $ 333,000.00 | $ - | $ 37,000.00 | 90% |
| GRV Drainage Facilities | $ 82,300.00 | $ 72,424.00 | $ 1,646.00 | $ 8,230.00 | 90% |
| Totals | $ 452,300.00 | $ 405,424.00 | $ 1,646.00 | $ 45,230.00 | |

**TOTAL AMOUNT DUE THIS INVOICE**      $ 1,646.00

Payment Requested By: *Kenneth T. Yamada* (signature)
Ken Yamada, Project Manager

Date: 4-4-06

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027642

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _Golden Valley Master Plan_

Property Location: _Golden Valley Master Plan_

Undersigned's Customer: _Rhodes Homes, Inc._

Invoice/Payment Application Number: _77782_

Payment Amount: _$1,646.00_

Payment Period: _January 29, 2006 through March 3, 2006_

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _4-4-06_

Stanley Consultants, Inc.
Company Name

By: _[signature]_

Its: _Department Manager_

ST-RH027643