# IMPROVEMENT PLANS
## FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# PHASE 1 MASS GRADING

### TRACT #

A PORTION OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA.

## VICINITY MAP
N.T.S.

PROJECT SITE

N.T.S.

## SHEET INDEX

## ENGINEERS ESTIMATED QUANTITIES

### STREETS

### GRADING QUANTITIES

### STORM DRAIN

## LAND USE INFORMATION

## DISCLAIMER NOTE

## OWNER

## DEVELOPER

## ENGINEER / SURVEYOR

## BASIS OF BEARINGS

## BENCHMARK

## SOURCE OF TOPOGRAPHY

## CONTRACTOR'S NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





| RHODES HOMES ARIZONA, LLC GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (H) NONE |
|---|---|---|
| PHASE 1 MASS GRADING PLAN COVER | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9790 www.stanleygroup.com | SCALE (V) NONE |
| | | SCALE (H) NONE |
| MOHAVE COUNTY | ARIZONA | DRAWN BY SA/RM |
| | | CHECKED BY SH/DB |
| | | DATE 10-18-05 |

SHEET 1 OF 28 SHEETS

IST-RH0305916



GENERAL NOTES

SEWER

WATER

STREET

STORM WATER POLLUTION PREVENTION PLAN

FEMA FLOOD ZONE

DRAINAGE REPORT

SITE GRADING

ENGINEER'S NOTES

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10/18/05

LEGEND

ABBREVIATIONS



| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) NONE |
| GOLDEN VALLEY RANCH | SCALE (V) NONE |
| PHASE I MASS GRADING PLAN | DRAWN BY SA/RM |
| NOTES | CHECKED BY BB/SH |
| MOHAVE COUNTY          ARIZONA | DATE 10-18-05 |

Stanley Consultants INC.

9820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

NOTES
SHEET 2 OF 56 SHEETS

IST-RH0365917

NORTH

KEY MAP
SCALE 1" = 1000'

VICINITY MAP
N.T.S.

PROJECT SITE
PHASE 1

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
KEY MAP

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Tel: (702) 369-9396 Fax: (702) 369-9793
www.stanleygroup.com

SCALE (H) AS SHOWN
SCALE (V) NONE
DRAWN BY SA/RM
CHECKED BY SH/OB
DATE  10-18-05

SHEET
K1
OF SHEETS

3
OF
28





DRIVEWAY ENTRANCES



SIDEWALK RAMPS — TYPE "D"



PRE-CAST CONCRETE SEWER MANHOLE



SCUPPERS



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





CURB CUT FOR DRAINAGE



| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | SCALE (H) NONE |
| GOLDEN VALLEY RANCH | | SCALE (V) NONE |
| | **Stanley Consultants** INC. | DRAWN BY OA/RM |
| PHASE I MASS GRADING PLAN | | CHECKED BY SH/DB |
| DETAILS | | DATE 10-18-05 |
| MOHAVE COUNTY | ARIZONA | |

DT5













RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5626 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

SHEET DT4  7 OF 28 SHEETS

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RGHD38920





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
DETAILS

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 24

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SHEET
A1-GR24

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05





FOR CONTINUATION SEE SHEET A1-GR21

FOR CONTINUATION SEE SHEET A1-GR23

GOLF COURSE
HOLE NO 2

CLUB HOUSE ROAD

FOR CONTINUATION SEE SHEET A1-GR2

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 22

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR22

ST-RGH038926



FOR CONTINUATION SEE SHEET A1-GR20

FOR CONTINUATION SEE SHEET A1-GR22

GOLF COURSE
HOLE NO.
2

GOLF COURSE
HOLE NO.
2

CLUB HOUSE ROAD

6 STREET

5 STREET

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 21

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.
5829 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR21
29 OF 84 SHEETS

ST-RGH038927



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 20

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

SHEET
A1-GR20
20 OF 28 SHEETS

ST-RGID38928



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 19

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9762
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR19
27 OF 64 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 18

MOHAVE COUNTY                        ARIZONA

Stanley Consultants INC.

5625 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 17

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

A1-GR17

DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

FOR CONTINUATION SEE SHEET A1-GR15

FOR CONTINUATION SEE SHEET A1-GR17

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN  16

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9783
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY  OA/RM
CHECKED BY SH/DB
DATE  10-18-05

SHEET
A1-GR16
24  OF  136 SHEETS

ST-RGHD389/2

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1" = 40' | | | |
|---|---|---|---|---|---|---|---|
| A1-GR15 | GOLDEN VALLEY RANCH | STANLEY Consultants INC. | | SCALE (V) NONE | | | |
| | AREA 1 | | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | DRAWN BY OA/RM | | | |
| | GRADING PLAN 15 | | | CHECKED BY SH/DB | | | |
| MOHAVE COUNTY | ARIZONA | | | DATE 10-18-05 | | | |

ST-RGHD38933



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 14

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY  OA/RM
CHECKED BY SH/DB
DATE  10-18-05

A1-GR14
SHEET
22  OF 44 SHEETS



**WEST LOOP ROAD**
(PUBLIC)

10 STREET

FOR CONTINUATION SEE A1-GR14

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 13

MOHAVE COUNTY                 ARIZONA

**Stanley Consultants** INC.

5620 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR13

SHEET
21 OF 04 SHEETS

ST-RGH038935



FOR CONTINUATION SEE SHEET A1-GR10

FOR CONTINUATION SEE SHEET A1-GR6

FOR CONTINUATION SEE SHEET A1-GR7

FOR CONTINUATION SEE SHEET A1-GR12

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| | | | | |
|---|---|---|---|---|
| RHODES HOMES ARIZONA, LLC | | SCALE (H) 1" = 40' | | |
| GOLDEN VALLEY RANCH | 5029 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9792 www.stanleygroup.com | SCALE (V) NONE | | |
| AREA 1 | | DRAWN BY OA/RM | | |
| GRADING PLAN 11 | Stanley Consultants INC. | CHECKED BY SH/DB | | |
| MOHAVE COUNTY          ARIZONA | | DATE 10-18-05 | | |

A1-GR11
SHEET 19 OF 44 SHEETS

ST-RGND38937

FOR CONTINUATION SEE SHEET A1-GR9

FOR CONTINUATION SEE SHEET A1-GR11

FOR CONTINUATION SEE SHEET A1-GR10

FOR CONTINUATION SEE SHEET A1-GR8

GRAPHIC SCALE

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 10
MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

SHEET A1-GR10

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN B

MOHAVE COUNTY                    ARIZONA

**STANLEY Consultants INC.**

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY  OA/RM
CHECKED BY SH/DB
DATE  10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 7

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 6

Stanley Consultants INC.

FOR CONTINUATION SEE SHEET A1-GR2

FOR CONTINUATION SEE SHEET A1-GR4

1 STREET (PRIVATE/PUE)
2 STREET (PRIVATE/PUE)
P STREET
F STREET (PRIVATE/PUE)
G STREET (PRIVATE/PUE)
K STREET (PRIVATE/PUE)

FOR CONTINUATION SEE SHEET A1-GR6

FOR CONTINUATION SEE SHEET A1-GR10

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## KEYMAP

N.T.S.

A1-GR5
GR1
GR3
GR7
GR13
GR19
NORTH

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

## LEGEND

- = DRIVEWAY
- = HIGH POINT SWALE DIRECTION
- (60.0) TC = EXISTING GRADE
- (60.0) TC = FUTURE GRADE
- TW 34.7 / TF 32.0 = TOP OF RET. WALL/TOP OF FOOTING
- 80.0 HP = PAD HIGH POINT ELEVATION
- 70.16 FL = FLOWLINE ELEVATION
- 70.70 CL = CENTERLINE FINISHED GRADE ELEVATION
- 70.96 TC = TOP OF CURB ELEVATION
- 70.96 FG = FINISHED GRADE ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- STA: 10+04.89 = TOP OF CURB STATIONING
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = GRADE BREAK
- = EASEMENT LINE
- = CENTER LINE
- = EXISTING LINE
- = FUTURE LINE
- = SCARP
- FF: 49.50 = FINISHED FLOOR ELEVATION
- (PAD: 48.9) = PAD ELEVATION
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SWALE
- = SUBDIVISION/UNIT BOUNDRY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB, GUTTER, AND SIDEWALK
- = S/W RAMP
- D.E. = DRAINAGE EASEMENT
- P.A.E. = PUBLIC ACCESS EASEMENT
- P.U.E. = PRIVATE UTILITY EASEMENT

## BASIS OF BEARINGS

NORTH 00°13'36" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°08'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83), HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'55.53365"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## GEOTECHNICAL NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060–GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS.

## NOTE:

ADD 2400' TO ALL ELEVATIONS LESS THAN 500' ON AREA 1 GRADING PLANS TO GET ACTUAL ELEVATION.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY GA/RM | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1
GRADING PLAN 5
MOHAVE COUNTY ARIZONA

SHEET A1-GR5
13 OF 94 SHEETS
SCI PROJECT# 18449

42874 STEVEN A. HAGEL — ARIZONA, U.S.A.

ST-RH036943