

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 4

MOHAVE COUNTY                                    ARIZONA

**STANLEY CONSULTANTS** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

FOR CONTINUATION SEE SHEET A1-GR3

FOR CONTINUATION SEE SHEET A1-GR9

FOR CONTINUATION SEE SHEET A1-GR

FOR CONTINUATION SEE SHEET A1-GR5

WEST LOOP ROAD

CONSTRUCTION NOTES

NOTES

FEMA FLOOD ZONE

CONSTRUCTION NOTES

BENCHMARK

BASIS OF BEARINGS

DISCLAIMER NOTE

GRAPHIC SCALE

NORTH

KEYMAP
N.T.S.

LEGEND

SHEET A1-GR4
OF 04 SHEETS

ST-RGH0389441



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 3

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY GA/RM
CHECKED BY DB
DATE 10-18-05

A1-GR3

ST-RGHD3894S



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR2



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 1

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 31

Stanley Consultants INC.

5029 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY                    ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 30

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A2-GR30



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 29

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

A2-GR29

MOHAVE COUNTY                    ARIZONA

ST-RGHD38950





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 27

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

A2-GR27





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 25

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 24

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9782
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SHEET
A2-GR24

ST-RHD38955



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 23

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9763
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  N/A
DRAWN BY  OA
CHECKED BY  SH/DB
DATE  10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A2-GR23



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 22

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

A2-GR22



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 21

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

A2-GR21

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

ST-RGHD38958



FOR CONTINUATION SEE SHEET A2-GR19

FOR CONTINUATION SEE SHEET A2-GR21

CONSTRUCTION NOTES

LEGEND

KEYMAP

GRAPHIC SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 20

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

A2-GR20

ST-RSHD38959



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 19

MOHAVE COUNTY                      ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9782
www.stanleygroup.com

A2-GR19

ST-RGI03B960



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 18

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 17

Stanley Consultants INC.

A2-GR17



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 16

STANLEY CONSULTANTS INC.

MOHAVE COUNTY                        ARIZONA

A2-GR16

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05



SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS BY STANLEY CONSULTANTS

FOR CONTINUATION SEE SHEET A2-GR18

---

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 15

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  N/A
DRAWN BY  GA
CHECKED BY  SH/DB
DATE  10-18-05

A2-GR15

ST-RHD3B964



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 14

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5029 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A2-GR14

ST-RGH038965

