

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 12

MOHAVE COUNTY        ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

A2-GR12

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 11

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5239 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR11

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION
10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 10

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR10



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 9

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR9

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 8

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  N/A
DRAWN BY  GA
CHECKED BY  SH/DB
DATE  10-18-05

A2-GR8

40  OF  SHEETS



FOR CONTINUATION SEE SHEET A2-GR5

GOLF COURSE
HOLE NO. 14

GOLF COURSE
HOLE NO. 15

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 4

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

SHEET A2-GR4



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SHEET
A2-GR1

33 OF 33 SHEETS

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

ST-R01038973

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 6

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1"=40' | |
| SCALE (V) N/A | |
| DRAWN BY GA | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

ST-RGH0389175



FOR CONTINUATION SEE SHEET A2-GR4

WEST LOOP ROAD

SEE RHODES FOR SEE RHODES HOMES ARIZONA APPROVED ROAD PLANS INC. REF. PLANS

FOR GOLF COURSE SEE APPROVED GRADING BY TED ROBINSON

FOR CONTINUATION SEE SHEET A2-GR6

GOLF COURSE HOLE NO. 15

FOR CONTINUATION SEE SHEET A2-GR8

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 10-18-05

GRAPHIC SCALE
1 inch = 40 ft.

NORTH

KEYMAP

LEGEND

| | |
| RHODES HOMES ARIZONA, LLC | SCALE (H) 1"=40' |
| GOLDEN VALLEY RANCH | SCALE (V) N/A |
| | DRAWN BY GA |
| AREA 2 | CHECKED BY SH/DB |
| GRADING PLAN 5 | DATE 10-18-05 |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY          ARIZONA

SHEET A2-GR5
37 OF 44 SHEETS

ST-R0HD38976



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 3

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com



FOR CONTINUATION SEE SHEET A3-GR20

GRADE TO DRAIN

GRAPHIC SCALE

NORTH

KEYMAP
N.T.S.

LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| RHODES HOMES ARIZONA, LLC | | Stanley Consultants INC. | |
| GOLDEN VALLEY RANCH | | | |
| AREA 3 | | | |
| GRADING PLAN 25 | | | |
| MOHAVE COUNTY | ARIZONA | | |

A3-GR25

ST-RG1D3B979



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 8

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05

A3-GR8

ST-RGHD3B980





FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR2

FOR CONTINUATION SEE SHEET A3-GR7

EAST LOOP ROAD

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A3-GR6

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A3-GR23

LEGEND

KEYMAP
N.T.S.

A3-GR24

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 24

MOHAVE COUNTY                 ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/JB
DATE 10-18-05

A3-GR24

ST-RHD3B983



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 4

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY JS |
| CHECKED BY SH\SH\2B |
| DATE 10-18-05 |

A3-GR4

ST-RGHD3B984



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 5

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 3

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY          ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/SB
DATE 10-18-05

A3-GR3



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A3-GR2



FOR CONTINUATION SEE SHEET A3-GR24

FOR CONTINUATION SEE SHEET A3-GR24

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 23

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY JS |
| CHECKED BY SH\SH\DB |
| DATE 10-18-05 |

A3-GR23

KEYMAP
N.T.S.





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 21

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY JS | |
| CHECKED BY SH\SH\2B | |
| DATE 10-18-05 | |

SHEET A3-GR21
64 OF 136 SHEETS

ST-RH0038990



FOR CONTINUATION SEE SHEET A3-GR21

GRADING SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP
A3-GR22
N.T.S.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 22

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY JS |
| CHECKED BY SH\SH\2B |
| DATE 10-18-05 |

A3-GR22
SHEET 85 OF 94 SHEETS

ST-RGH038991



FOR CONTINUATION SEE SHEET A3-GR19

FOR CONTINUATION SEE SHEET A3-GR24

FOR CONTINUATION SEE SHEET A3-GR4

GRADE SWALE TO COLLECT FLOWS

GRADE SWALE TO COLLECT FLOWS

GRAPHIC SCALE

KEYMAP
N.T.S.
A3-GR20

NORTH

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 20

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9782
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY J3 |
| CHECKED BY SH\SB |
| DATE 10-18-05 |

SHEET
A3-GR20
63 OF 64 SHEETS

ST-RGHD38992



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 19

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05

A3-GR19



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 18

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SH\2B
DATE 10-18-05

ST-RGHD3B9G4



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 17

STANLEY Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 16

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/JB
DATE 10-18-05