

AZTEC ROAD
(PUBLIC)

HOLE NO. 17

GOLF COURSE

A DR.

3RD ST

FOR CONTINUATION SEE SHEET A3-GR16

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 15

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

| SCALE (H) 1" = 40' | |
|---|---|
| SCALE (V) NONE | |
| DRAWN BY JS | |
| CHECKED BY SH/SB | |
| DATE 10-18-05 | |

A3-GR15

SHEET 75 OF 98 SHEETS



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 14

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05

SHEET A3-GR14
77 OF 96 SHEETS

ST-RGVD38958



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 13

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com



FOR CONTINUATION SEE SHEET A3-GR11

FOR CONTINUATION SEE SHEET A3-GR13

GRAPHIC SCALE

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 12

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/JB
DATE 10-18-05

A3-GR12

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RJH037000



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 11

STANLEY CONSULTANTS INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY                    ARIZONA

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 10

Stanley Consultants INC.

MOHAVE COUNTY                ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(365) 269-6356 Fax (702) 369-9753
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05

A3-GR9





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 5 AND 6
MASS GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=100'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 5 AND 6
MASS GRADING PLAN 3

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1"=100'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

MG-GR3

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RH0037006



FOR CONTINUATION SEE SHEET MG-GR5

FOR CONTINUATION SEE SHEET MG-GR5

AREA 5

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 5 AND 6
MASS GRADING PLAN 4

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5029 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SCALE (H) 1"=100'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

ST-RtH037007



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 5 AND 6
MASS GRADING PLAN 5

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=100'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 5 AND 6
MASS GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=100'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05