

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

`Approved ☐

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 140
Las Vegas, NV 89119

Order #: GVMP1000-191
Date: 2/17/2006
Job: GVMP-1000 Golden Valley Master Plan

Ship To:

Description: 1-01-1900

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-1900 | S | Revisions-Rhodes<br>Land Plan revision per J Rhodes<br>golf course revisions, redesign area 5/6 | 19,632.00 | 0.00 | 19,632.00 |
|  |  |  | **Totals:** | 19,632.00 | 0.00 | 19,632.00 |

FEB 17 2006

Rhodes Homes                    Date         Stanley Consultants, Inc         Date
Work Completed                  Date

Page 1 of 1

ST-RH021963

*Grmy 1000-191*

*OK*

February 9, 2006

Mr. Kirk Brynjulson
Rhodes Homes Arizona
2215 Hualapai Mountain Road, Suite H
Kingman, AZ  86401

## CONFIRMATION AND AUTHORIZATION FOR WORK

Project #:
LOA #.

Project Name:  GVR Revised Golf Course / Land Plan Grade Revisions

Per Rhodes request, Stanley Consultants is tasked to proceed with the following Professional Services:

Areas adjacent to the Golf Course have been revised due to the new land plan. The following tasks are necessary to complete the revised golf course design:

- Redefine the horizontal and vertical alignment of the West Loop Road from hole #4 south to Aztec Road
- Redesign Area 5/6 Superpad to provide boundary grades and golf course trough grades.
- Redefine the horizontal and vertical alignment of Aztec Road from the Area 2 entrance south to the West Loop Road.
- Develop vertical control for the south boundary of holes #5, 6, and 7.
- Redefine the horizontal and vertical alignment of Hualapai Dr. from the West Loop Road to the Town Center.
- Develop vertical control for the Town Center boundary adjacent to the golf course.
- Coordination Meetings and distribution of information to Ted Robinson Jr. and IMA.
- Reprocess revised golf course design to generate contours and surface.

Fee Estimate:
- 6.0 hours PM @ $200.00/hour
- 80.0 hours PE @ $120.95/hour
- 80.0 hours Designer @ $96.95/hour
- Expenses: say $1,000.00

Estimated completion date:  15 days

**Fee for Services**    **$ 19,632.00**

Fee Type (select one):
| [X] Lump Sum | [ ] Hourly Fee | [ ] Cost Plus Fix Fee with ceiling |
| [ ] Lump Sum Plus reimbursables | [ ] Hourly Fee with ceiling | [ ] Time & Materials |

C:\Documents and Settings\csullivan\Local Settings\Temporary Internet Files\OLKF6\LOA - Golf Course Revision.doc

ST-RH021964

February 10, 2006
Page 2

Both parties agree that this work is not included in any existing authorization for work. All other terms and conditions of the existing authorization will prevail. We will proceed with these services upon receipt of this form with an authorized signature confirming the services and associated fees.

Stanley Consultants, Inc.                                Rhodes Homes

Ken Yamada/Dave Frohnen                                 By: _____

ST-RH021965