# IMPROVEMENT PLANS
## FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# PHASE 1 MASS GRADING

### TRACT #

A PORTION OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA

## VICINITY MAP
N.T.S.

PROJECT SITE

## SHEET INDEX

SHEET NO.

DWG. NO.

DRAWING TITLE

## OWNER

## DEVELOPER

## ENGINEER / SURVEYOR

## BASIS OF BEARINGS

## BENCHMARK

## SOURCE OF TOPOGRAPHY

## CONTRACTOR'S NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

## ENGINEERS ESTIMATED QUANTITIES

### STREETS

### GRADING QUANTITIES

### STORM DRAIN

### LAND USE INFORMATION

### DISCLAIMER NOTE



| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) NONE | |
| GOLDEN VALLEY RANCH | SCALE (V) NONE | |
| PHASE 1 MASS GRADING PLAN | DRAWN BY SA/RM | |
| COVER | CHECKED BY SH/DB | |
| MOHAVE COUNTY          ARIZONA | DATE 10-18-05 | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 300
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9791
www.stanleygroup.com

C1



IST-RH0305916



**DISCLAIMER NOTE**

Call
before you
Dig
Overhead
1-800-782-5348

**GENERAL NOTES**

**SEWER**

**WATER**

**STREET**

**STORM WATER POLLUTION PREVENTION PLAN**

**SITE GRADING**

**DRAINAGE REPORT**

**FEMA FLOOD ZONE**

**ENGINEERS NOTES**

**LEGEND**

**ABBREVIATIONS**

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 10/18/05



| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) NONE |
| GOLDEN VALLEY RANCH | SCALE (V) NONE |
| PHASE I MASS GRADING PLAN | DRAWN BY SA/RM |
| NOTES | CHECKED BY DB/SH |
| MOHAVE COUNTY                    ARIZONA | DATE 10-18-05 |

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9791
www.stanleygroup.com

**NOTES**

SHEET
2 OF 58 SHEETS

IST-RH03G917

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
KEY MAP

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

6822 S. Eastern Avenue, Suite 300
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) AS SHOWN
SCALE (V) NONE
DRAWN BY SA/RM
CHECKED BY SH/DB
DATE 10-18-05

K1















CURB CUT FOR DRAINAGE

NTS



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|
| GOLDEN VALLEY RANCH | | | |
| PHASE I MASS GRADING PLAN | | | |
| DETAILS | | | |
| MOHAVE COUNTY | | ARIZONA | |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

| SCALE (H) NONE | | |
|---|---|---|
| SCALE (V) NONE | | |
| DRAWN BY OA/RM | | |
| CHECKED BY SH/DB | | |
| DATE 10-18-05 | | |

DT5

ST-R010369919











PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
DETAILS

MOHAVE COUNTY                ARIZONA

STANLEY CONSULTANTS INC.

5629 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) NONE | |
| SCALE (V) NONE | |
| DRAWN BY OA/RM | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

SHEET DT4
7 OF 28

ST-RGHD38920





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
PHASE I MASS GRADING PLAN
DETAILS
MOHAVE COUNTY                 ARIZONA
Stanley Consultants INC.
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

PHASE I MASS GRADING PLAN
DETAILS

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



FOR CONTINUATION SEE SHEET A1-GR23

GOLF COURSE
HOLE NO.
1

GOLF COURSE
PRACTICE
RANGE

RANGE

FOR CONTINUATION SEE SHEET A1-GR18

FOR CONTINUATION SEE SHEET MG-GR0

GOLF COURSE
PRACTICE
RANGE

FOR GOLF COURSE GRADING SEE
IMPROVEMENT PLAN BY TED ROBINSON

GOLF COURSE
HOLE NO.
10

10

FOR CONTINUATION SEE SHEET A2-GR29

GRAPHIC SCALE

KEYMAP

LEGEND

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 24

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

A1-GR24
32 OF 64 SHEETS

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 23

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY                                    ARIZONA

A1-GR23

ST-RGH038925



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 22

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A1-GR22



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 21

Stanley Consultants INC.

A1-GR21







PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 18

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

SHEET A1-GR18
OF 04 SHEETS

ST-RGHD38930



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 17

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

A1-GRI7

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

FOR CONTINUATION SEE SHEET A1-GR15

FOR CONTINUATION SEE SHEET A1-GR17

KEYMAP
N.T.S.

GRAPHIC SCALE

NORTH

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| | | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1" = 40' | | | |
|---|---|---|---|---|---|---|---|
| | | GOLDEN VALLEY RANCH | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 fax (702) 369-9793 www.stanleygroup.com | SCALE (V) NONE | | | |
| 24 | A1-GR16 | AREA 1 GRADING PLAN 16 | Stanley Consultants INC. | DRAWN BY OA/RM | | | |
| SHEET OF 04 SHEETS | | | | CHECKED BY SH/DB | | | |
| MOHAVE COUNTY | ARIZONA | | | DATE 10-18-05 | | | |

ST-RGHD389/92

CONSTRUCTION NOTES

LEGEND

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

NOTE

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 15

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9752
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) 1" = 40' | |
| SCALE (V) NONE | |
| DRAWN BY GA/RM | |
| CHECKED BY SH/DB | |
| DATE 10-18-05 | |

A1-GR15
23 OF 28 SHEETS

ST-RGHD38933



WEST LOOP ROAD
(PUBLIC)

10 STREET
(PRIVATE ROAD)

FOR CONTINUATION SEE SHEET A1-GR13

FOR CONTINUATION SEE SHEET A1-GR15

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 14

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



WEST LOOP ROAD
(PUBLIC)



FOR CONTINUATION SEE SHEET A1-GR11

GOLF COURSE HOLE NO. 11

FOR CONTINUATION SEE SHEET A1-GR6

GOLF COURSE HOLE NO. 11

FOR CONTINUATION SEE SHEET A2-GR20

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 12

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

FOR CONTINUATION SEE SHEET A1-GR10

FOR CONTINUATION SEE SHEET A1-GR6

FOR CONTINUATION SEE SHEET A1-GR7

FOR CONTINUATION SEE SHEET A1-GR12

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP
N.T.S.

| RHODES HOMES ARIZONA, LLC | | | |
| GOLDEN VALLEY RANCH | | | |
| AREA 1 | | | |
| GRADING PLAN 11 | | | |
| MOHAVE COUNTY | | ARIZONA | |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY OA/RM |
| CHECKED BY SH/DB |
| DATE 10-18-05 |

A1-GR11

ST-RGHD38937

FOR CONTINUATION SEE SHEET A1-GR9

FOR CONTINUATION SEE SHEET A1-GR11

FOR CONTINUATION SEE SHEET A1-GR8

FOR CONTINUATION SEE SHEET A1-GR16

GRAPHIC SCALE

CONSTRUCTION NOTES

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

NOTE

LEGEND

KEYMAP
N.T.S.

DECLARATION NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 10

MOHAVE COUNTY                     ARIZONA

STANLEY CONSULTANTS INC.

5029 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY  DA/RM
CHECKED BY SH/DB
DATE  10-18-05

SHEET
A1-GR10

ST-RGHD389/28



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

A1-GR9

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY  OA/RM
CHECKED BY SH/DB
DATE  10-18-05

ST-RGHD38939



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 8

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA



WEST LOOP ROAD
(PUBLIC)

FOR CONTINUATION SEE SHEET A1-GR8

GRAPHIC SCALE

NORTH

KEYMAP
N.T.S.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 7

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9752
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY OA/RM
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RGH0389041



FOR CONTINUATION SEE SHEET A1-GR4

FOR CONTINUATION SEE SHEET A1-GR6

GRAPHIC SCALE

KEY MAP
N.T.S.

A1-GR5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 5

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY SH/DB
DATE 10-18-05

ST-RGHD38943