

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 4

STANLEY CONSULTANTS INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 3

Stanley Consultants INC.

MOHAVE COUNTY                ARIZONA





WEST LOOP ROAD

FOR CONTINUATION SEE SHEET A1-GR4

FOR CONTINUATION SEE SHEET A1-GR2

GRAPHIC SCALE

KEYMAP
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1
GRADING PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5029 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

| SCALE (H) 1" = 40' | | | | |
| SCALE (V) NONE | | | | |
| DRAWN BY OA/RM | | | | |
| CHECKED BY SH/DB | | | | |
| DATE 10-18-05 | | | | |

SHEET A1-GR1
OF 04 SHEETS

ST-RGHD38947



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 31

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9752
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR31

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 30

Stanley Consultants INC.

MOHAVE COUNTY                                                    ARIZONA





SEE RHODES GOLDEN VALLEY RANCH AREA 1 IMP. PLANS BY STANLEY CONSULTANTS

GOLF COURSE
HOLE NO. 16

GOLF COURSE
PRACTICE RANGE

PRACTICE RANGE

FOR CONTINUATION SEE SHEET A2-GR24

GOLF COURSE
PRACTICE RANGE

GOLF COURSE
HOLE NO. 10

HOLE NO. 10

GOLF COURSE
PRACTICE RANGE

FOR CONTINUATION SEE SHEET A2-GR29

LEGEND

KEYMAP
A2-GR28

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 28

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

A2-GR28

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05

ST-RGH038961



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 27

Stanley Consultants INC.

A2-GR27



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 26

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9782
www.stanleygroup.com

A2-GR26

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 25

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



GOLF COURSE
PRACTICE
RANGE

GOLF COURSE
HOLE NO. 10

GOLF COURSE
HOLE NO. 10

GOLF COURSE
HOLE NO. 11

FOR CONTINUATION SEE SHEET A2-GR23

FOR CONTINUATION SEE SHEET A2-GR25

KEYMAP

GRAPHIC SCALE

NORTH

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
QRADING PLAN 24

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9782
www.stanleygroup.com

A2-GR24

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-R0H038955



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 23

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A2-GR23

ST-RGHD38956





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 21

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9783
www.stanleygroup.com

A2-GR21

ST-RGHD38958



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 20

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR20



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 19

MOHAVE COUNTY                              ARIZONA

STANLEY Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

A2-GR19

SHEET 17 OF 23 SHEETS

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY QA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 18

STANLEY CONSULTANTS INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 17

STANLEY CONSULTANTS INC.

A2-GR17

MOHAVE COUNTY                    ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 16

STANLEY CONSULTANTS INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 15

STANLEY CONSULTANTS INC.

A2-GR15



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 14

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A2-GR14

SHEET 46 OF 56 SHEETS

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 13

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

A2-GR13