

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 12

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

A2-GR12





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 10

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR10



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 9

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

| SCALE (H) 1"=40' |
| SCALE (V) N/A |
| DRAWN BY GA |
| CHECKED BY SH/DB |
| DATE 10-18-05 |

A2-GR9



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 8

MOHAVE COUNTY                                              ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  N/A
DRAWN BY  GA
CHECKED BY SH/DB
DATE  10-18-05



GOLF COURSE
HOLE NO. 14

GOLF COURSE
HOLE NO. 15

FOR CONTINUATION SEE SHEET A2-GR5

GRAPHIC SCALE

LEGEND

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 4

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/OB
DATE 10-18-05

SHEET A2-GR4



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 1

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  N/A
DRAWN BY  GA
CHECKED BY  SH/DB
DATE  10-18-05

SHEET  A2-GR1
33 OF SHEETS

ST-RGH038973



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 7

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-QR7

ST-RGVD38974



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

A2-GR6



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 5

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY GA
CHECKED BY SH/DB
DATE 10-18-05

A2-GR5

SHEET 37 OF 44 SHEETS

ST-RGHD38976



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 3

Stanley Consultants INC.

SHEET A2-GR3



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY OA
CHECKED BY SH/DB
DATE 10-18-05





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN B

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SB
DATE 10-18-05

A3-GRB

ST-RGHD3B980





FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR7

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH/JB
DATE 10-18-05

A3-GR6

KEYMAP
N.T.S.

GRAPHIC SCALE

NORTH





FOR CONTINUATION SEE SHEET A3-GR3

FOR CONTINUATION SEE SHEET A3-GR1

FOR CONTINUATION SEE SHEET A3-GR6

8TH ST.

7TH ST.

9TH ST.

C DR.
(PRIVATE / FAE)

FOR CONTINUATION SEE SHEET A3-GR5

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 4

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SH\2B
DATE 10-18-05

A3-GR4

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05







FOR CONTINUATION SEE SHEET A3-GR1

EAST LOOP ROAD (PUBLIC)

GRAPHIC SCALE

NORTH

KEYMAP
N.T.S.

| | | | | | |
|---|---|---|---|---|---|
| RHODES HOMES ARIZONA, LLC | | | | A3-GR2 | |
| GOLDEN VALLEY RANCH | | Stanley Consultants INC. | | | |
| AREA 3 | | | | | |
| GRADING PLAN 2 | | | | | |
| MOHAVE COUNTY | | | ARIZONA | | |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05





FOR CONTINUATION SEE SHEET A3-GR2

EAST LOOP ROAD (PUB.)

FOR CONTINUATION SEE SHEET A3-GR4

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1" = 40' |
| SCALE (V) NONE |
| DRAWN BY J3 |
| CHECKED BY SH\SB |
| DATE 10-18-05 |

A3-GR1

64 OF 79 SHEETS



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 21

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\SH\DB
DATE 10-18-05

A3-GR21



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 22

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A3-GR22



FOR CONTINUATION SEE SHEET A3-GR19

FOR CONTINUATION SEE SHEET A3-GR24

FOR CONTINUATION SEE SHEET A3-GR4

KEYMAP
A3-GR20
N.T.S.

GRAPHIC SCALE

NORTH

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 20

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9792
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SHEET A3-GR20
83 OF 94 SHEETS

| SCALE (H) 1" = 40' | | | | | |
|---|---|---|---|---|---|
| SCALE (V) NONE | | | | | |
| DRAWN BY JS | | | | | |
| CHECKED BY SH\JB | | | | | |
| DATE 10-18-05 | | | | | |

ST-RGHD38992





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 18

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9792
www.stanleygroup.com

A3-GR18



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 17

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9783
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY JS
CHECKED BY SH\JB
DATE 10-18-05



FOR CONTINUATION SEE SHEET A3-GR15

FOR CONTINUATION SEE SHEET A3-GR17

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 16

**Stanley Consultants** INC.

A3-GR16

MOHAVE COUNTY                    ARIZONA