# 2025 Results

ST-RH038170

# HCS Arterial Planning Results – 2025 P.M. Peak Hour

## Exterior Roadways

### Aquarius Drive

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Aquarius Drive
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   26000     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      40        mph
Urban class                               2
Section length                            4.60      miles
Median                                    No
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0      sec
Effective green ratio, g/C           0.600

_____Results_____

Annual average daily traffic, AADT   26000     vpd
Two-way hourly volume                2340      vph
Hourly directional volume            1170      vph
Through-volume 15-min. flow rate     650       v
Running time                         414.0     sec
v/c ratio                            0.32
Through capacity                     2050      vph
Progression factor, PF               1.000
Uniform delay                        8.9       sec
Filtering/metering factor, I         0.958
Incremental delay                    0.4       sec
Control delay                        9.3       sec/v
Total travel speed, Sa               38.3      mph
Total urban street LOS               A
```

ST-RH038171

## Aztec Road

PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc. |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Aztec Road |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2025 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 44000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 3 | |
| Free flow speed, FFS | 45 | mph |
| Urban class | 2 | |
| Section length | 4.40 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 44000 | vpd |
| Two-way hourly volume | 3960 | vph |
| Hourly directional volume | 1980 | vph |
| Through-volume 15-min. flow rate | 1100 | v |
| Running time | 352.0 | sec |
| v/c ratio | 0.34 | |
| Through capacity | 3240 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.0 | sec |
| Filtering/metering factor, I | 0.950 | |
| Incremental delay | 0.3 | sec |
| Control delay | 9.3 | sec/v |
| Total travel speed, Sa | 42.7 | mph |
| Total urban street LOS | A | |

# Bacobi Road

PLANNING ANALYSIS

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Bacobi Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID: Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics

```
Annual average daily traffic, AADT   37000     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %
```

Roadway Characteristics

```
Number of through lanes one direction, N  2
Free flow speed, FFS                        45      mph
Urban class                                 2
Section length                              4.40    miles
Median                                      Yes
Left-turn bays                              Yes
```

Signal Characteristics

```
Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)        Actuated
Cycle length, C                           90.0      sec
Effective green ratio, g/C                0.600
```

Results

```
Annual average daily traffic, AADT   37000     vpd
Two-way hourly volume                3330      vph
Hourly directional volume            1665      vph
Through-volume 15-min. flow rate     925       v
Running time                         352.0     sec
v/c ratio                            0.43
Through capacity                     2160      vph
Progression factor, PF               1.000
Uniform delay                        9.7       sec
Filtering/metering factor, I         0.906
Incremental delay                    0.6       sec
Control delay                        10.3      sec/v
Total travel speed, Sa               42.5      mph
Total urban street LOS               A
```

ST-RH038173

# Colorado Road

PLANNING ANALYSIS
```
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Colorado Road
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics
```
Annual average daily traffic, AADT    20000     vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %
```

Roadway Characteristics
```
Number of through lanes one direction, N  2
Free flow speed, FFS                       45       mph
Urban class                                2
Section length                             4.60     miles
Median                                     Yes
Left-turn bays                             Yes
```

Signal Characteristics
```
Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)        Actuated
Cycle length, C                           90.0     sec
Effective green ratio, g/C                0.600
```

Results
```
Annual average daily traffic, AADT    20000     vpd
Two-way hourly volume                 1800      vph
Hourly directional volume             900       vph
Through-volume 15-min. flow rate      500       v
Running time                          368.0     sec
v/c ratio                             0.23
Through capacity                      2160      vph
Progression factor, PF                1.000
Uniform delay                         8.4       sec
Filtering/metering factor, I          0.982
Incremental delay                     0.2       sec
Control delay                         8.6       sec/v
Total travel speed, Sa                43.0      mph
Total urban street LOS                A
```

ST-RH038174

# Sacramento Road

_____PLANNING ANALYSIS_____

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Sacramento Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID: Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT    18000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N  2
Free flow speed, FFS                      40       mph
Urban class                               2
Section length                            5.00     miles
Median                                    Yes
Left-turn bays                            Yes
```

_____Signal Characteristics_____

```
Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600
```

_____Results_____

```
Annual average daily traffic, AADT    18000      vpd
Two-way hourly volume                 1620       vph
Hourly directional volume             810        vph
Through-volume 15-min. flow rate      450        v
Running time                          450.0      sec
v/c ratio                             0.21
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         8.2        sec
Filtering/metering factor, I          0.986
Incremental delay                     0.2        sec
Control delay                         8.4        sec/v
Total travel speed, Sa                38.6       mph
Total urban street LOS                A
```

## Shinarump Drive

PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Shinarump Drive |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2025 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 26000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 3 | |
| Free flow speed, FFS | 45 | mph |
| Urban class | 2 | |
| Section length | 5.00 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 26000 | vpd |
| Two-way hourly volume | 2340 | vph |
| Hourly directional volume | 1170 | vph |
| Through-volume 15-min. flow rate | 650 | v |
| Running time | 400.0 | sec |
| v/c ratio | 0.20 | |
| Through capacity | 3240 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.2 | sec |
| Filtering/metering factor, I | 0.988 | |
| Incremental delay | 0.1 | sec |
| Control delay | 8.3 | sec/v |
| Total travel speed, Sa | 43.2 | mph |
| Total urban street LOS | A | |

# **Tombstone Trail**

```
_____PLANNING ANALYSIS_____
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Tombstone Trail
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT  8000     vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800     pcphgpl
Percent turns from exclusive lanes  50       %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      40       mph
Urban class                               2
Section length                            8.00     miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0     sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT    8000     vpd
Two-way hourly volume                 720      vph
Hourly directional volume             360      vph
Through-volume 15-min. flow rate      200      v
Running time                          720.0    sec
v/c ratio                             0.09
Through capacity                      2160     vph
Progression factor, PF                1.000
Uniform delay                         7.6      sec
Filtering/metering factor, I          0.998
Incremental delay                     0.1      sec
Control delay                         7.7      sec/v
Total travel speed, Sa                39.2     mph
Total urban street LOS                A
```

ST-RH038177

# Interior Roadways

## Aztec Road Extension

```
                              PLANNING ANALYSIS
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Aztec Road Extension
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study


                        Traffic Characteristics

Annual average daily traffic, AADT    41000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                        Roadway Characteristics

Number of through lanes one direction, N  3
Free flow speed, FFS                       45       mph
Urban class                                2
Section length                             2.30     miles
Median                                     Yes
Left-turn bays                             Yes


                        Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0     sec
Effective green ratio, g/C            0.600


                              Results

Annual average daily traffic, AADT    41000    vpd
Two-way hourly volume                 3690     vph
Hourly directional volume             1845     vph
Through-volume 15-min. flow rate      1025     v
Running time                          184.0    sec
v/c ratio                             0.32
Through capacity                      3240     vph
Progression factor, PF                1.000
Uniform delay                         8.9      sec
Filtering/metering factor, I          0.958
Incremental delay                     0.2      sec
Control delay                         9.1      sec/v
Total travel speed, Sa                40.9     mph
Total urban street LOS                A
```

ST-RH038178

**Bacobi Road Extension**

```
_____PLANNING ANALYSIS_____
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Bacobi Road Extension
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT  40000      vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800       pcphgpl
Percent turns from exclusive lanes  50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      35         mph
Urban class                               3
Section length                            0.60       miles
Median                                    No
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)        Actuated
Cycle length, C                           90.0       sec
Effective green ratio, g/C                0.600


_____Results_____

Annual average daily traffic, AADT  40000      vpd
Two-way hourly volume               3600       vph
Hourly directional volume           1800       vph
Through-volume 15-min. flow rate    1000       v
Running time                        67.2       sec
v/c ratio                           0.49
Through capacity                    2050       vph
Progression factor, PF              1.000
Uniform delay                       10.2       sec
Filtering/metering factor, I        0.867
Incremental delay                   0.7        sec
Control delay                       10.9       sec/v
Total travel speed, Sa              24.3       mph
Total urban street LOS              B
```

## Centennial Road Extension

_____PLANNING ANALYSIS_____

```
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Centennial Road Extension
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT    30000     vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N  2
Free flow speed, FFS                     35       mph
Urban class                              3
Section length                           1.00     miles
Median                                   Yes
Left-turn bays                           Yes
```

_____Signal Characteristics_____

```
Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600
```

_____Results_____

```
Annual average daily traffic, AADT    30000     vpd
Two-way hourly volume                 2700      vph
Hourly directional volume             1350      vph
Through-volume 15-min. flow rate      750       v
Running time                          103.0     sec
v/c ratio                             0.35
Through capacity                      2160      vph
Progression factor, PF                1.000
Uniform delay                         9.1       sec
Filtering/metering factor, I          0.947
Incremental delay                     0.4       sec
Control delay                         9.5       sec/v
Total travel speed, Sa                29.5      mph
Total urban street LOS                B
```

ST-RH038180

## Cerbat Road Extension

PLANNING ANALYSIS

```
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Cerbat Road Extension
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics

```
Annual average daily traffic, AADT    10000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %
```

Roadway Characteristics

```
Number of through lanes one direction, N   2
Free flow speed, FFS                        35        mph
Urban class                                 3
Section length                              1.00      miles
Median                                      No
Left-turn bays                              Yes
```

Signal Characteristics

```
Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0       sec
Effective green ratio, g/C             0.600
```

Results

```
Annual average daily traffic, AADT    10000      vpd
Two-way hourly volume                 900        vph
Hourly directional volume             450        vph
Through-volume 15-min. flow rate      250        v
Running time                          103.0      sec
v/c ratio                             0.12
Through capacity                      2050       vph
Progression factor, PF                1.000
Uniform delay                         7.8        sec
Filtering/metering factor, I          0.997
Incremental delay                     0.1        sec
Control delay                         7.9        sec/v
Total travel speed, Sa                30.3       mph
Total urban street LOS                A
```

ST-RH038181

**East Loop Road**

PLANNING ANALYSIS
```
Analyst:             Kondala Rao Mantri
Agency/Co.:          Stanley Consultants, Inc
Date Performed:      5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:        East Loop Road
Direction of Travel:
Jurisdiction:        Mohave County, AZ
Analysis Year:       2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics
```
Annual average daily traffic, AADT    34000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %
```

Roadway Characteristics
```
Number of through lanes one direction, N  2
Free flow speed, FFS                      35        mph
Urban class                               2
Section length                            3.50      miles
Median                                    Yes
Left-turn bays                            Yes
```

Signal Characteristics
```
Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)        Actuated
Cycle length, C                           90.0      sec
Effective green ratio, g/C                0.600
```

Results
```
Annual average daily traffic, AADT    34000     vpd
Two-way hourly volume                 3060      vph
Hourly directional volume             1530      vph
Through-volume 15-min. flow rate      850       v
Running time                          360.0     sec
v/c ratio                             0.39
Through capacity                      2160      vph
Progression factor, PF                1.000
Uniform delay                         9.4       sec
Filtering/metering factor, I          0.925
Incremental delay                     0.5       sec
Control delay                         9.9       sec/v
Total travel speed, Sa                33.2      mph
Total urban street LOS                B
```

ST-RH038182

# East Middle Road

PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak hour |
| Urban Street: | East Middle Road |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ` |
| Analysis Year: | 2025 |
| Project ID: Golden Valley Ranch Master Traffic Study | |

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 8500 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 30 | mph |
| Urban class | 3 | |
| Section length | 1.40 | miles |
| Median | No | |
| Left-turn bays | No | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 8500 | vpd |
| Two-way hourly volume | 765 | vph |
| Hourly directional volume | 382 | vph |
| Through-volume 15-min. flow rate | 212 | v |
| Running time | 168.0 | sec |
| v/c ratio | 0.12 | |
| Through capacity | 1726 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 7.8 | sec |
| Filtering/metering factor, I | 0.997 | |
| Incremental delay | 0.1 | sec |
| Control delay | 7.9 | sec/v |
| Total travel speed, Sa | 27.4 | mph |
| Total urban street LOS | B | |

## Hualapai Drive Extension

```
                        PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Hualapai Drive Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
                        Traffic Characteristics

Annual average daily traffic, AADT   13000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %
```

```
                        Roadway Characteristics

Number of through lanes one direction, N  2
Free flow speed, FFS                      30        mph
Urban class                               3
Section length                            2.20      miles
Median                                    No
Left-turn bays                            No
```

```
                        Signal Characteristics

Signalized intersections                2
Arrival type, AT                        3
Signal type (k = 0.5 for planning)      Actuated
Cycle length, C                         90.0       sec
Effective green ratio, g/C              0.600
```

```
                        Results

Annual average daily traffic, AADT   13000      vpd
Two-way hourly volume                1170       vph
Hourly directional volume            585        vph
Through-volume 15-min. flow rate     325        v
Running time                         264.0      sec
v/c ratio                            0.19
Through capacity                     1726       vph
Progression factor, PF               1.000
Uniform delay                        8.1        sec
Filtering/metering factor, I         0.990
Incremental delay                    0.2        sec
Control delay                        8.4        sec/v
Total travel speed, Sa               28.2       mph
Total urban street LOS               B
```

ST-RH038184

# Indian Wells Road Extension

```
                              PLANNING ANALYSIS
Analyst:                 Kondala Rao Mantri
Agency/Co.:              Stanley Consultants, Inc
Date Performed:          5/9/2006
Analysis Time Period:    P.M. Peak Hour
Urban Street:            Indian Wells Road Extension
Direction of Travel:
Jurisdiction:            Mohave County, AZ
Analysis Year:           2025
Project ID:  Golden Valley Ranch Master Traffic Study


                         Traffic Characteristics

Annual average daily traffic, AADT    8000       vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                         Roadway Characteristics

Number of through lanes one direction, N   2
Free flow speed, FFS                       30       mph
Urban class                                3
Section length                             1.30     miles
Median                                     No
Left-turn bays                             No


                         Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


                              Results

Annual average daily traffic, AADT    8000       vpd
Two-way hourly volume                 720        vph
Hourly directional volume             360        vph
Through-volume 15-min. flow rate      200        v
Running time                          156.0      sec
v/c ratio                             0.12
Through capacity                      1726       vph
Progression factor, PF                1.000
Uniform delay                         7.7        sec
Filtering/metering factor, I          0.997
Incremental delay                     0.1        sec
Control delay                         7.9        sec/v
Total travel speed, Sa                27.2       mph
Total urban street LOS                B
```

ST-RH038185

## Mobile Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants. Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Mobile Road Extension
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
_____Traffic Characteristics_____

Annual average daily traffic, AADT   20000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %
```

```
_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      35         mph
Urban class                               3
Section length                            0.70       miles
Median                                    No
Left-turn bays                            No
```

```
_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600
```

```
_____Results_____

Annual average daily traffic, AADT    20000      vpd
Two-way hourly volume                 1800       vph
Hourly directional volume             900        vph
Through-volume 15-min. flow rate      500        v
Running time                          75.3       sec
v/c ratio                             0.29
Through capacity                      1726       vph
Progression factor, PF                1.000
Uniform delay                         8.7        sec
Filtering/metering factor, I          0.967
Incremental delay                     0.4        sec
Control delay                         9.1        sec/v
Total travel speed, Sa                27.0       mph
Total urban street LOS                B
```

ST-RH038186

# Ramada Road Extension

PLANNING ANALYSIS
```
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants. Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Ramada Road Extension
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics

```
Annual average daily traffic, AADT     15000      vpd
Planning analysis hour factor, K       0.090
Directional distribution factor, D     0.500
Peak-hour factor, PHF                  0.900
Adjusted saturation flow rate          1800       pcphgpl
Percent turns from exclusive lanes     50         %
```

Roadway Characteristics

```
Number of through lanes one direction, N  2
Free flow speed, FFS                      35        mph
Urban class                               3
Section length                            2.40      miles
Median                                    No
Left-turn bays                            No
```

Signal Characteristics

```
Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0       sec
Effective green ratio, g/C             0.600
```

Results

```
Annual average daily traffic, AADT     15000      vpd
Two-way hourly volume                  1350       vph
Hourly directional volume              675        vph
Through-volume 15-min. flow rate       375        v
Running time                           246.9      sec
v/c ratio                              0.22
Through capacity                       1726       vph
Progression factor, PF                 1.000
Uniform delay                          8.3        sec
Filtering/metering factor, I           0.985
Incremental delay                      0.3        sec
Control delay                          8.6        sec/v
Total travel speed, Sa                 32.7       mph
Total urban street LOS                 A
```

ST-RH038187

## Sacramento Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:             Kondala Rao Mantri
Agency/Co.:          Stanley Consultants, Inc
Date Performed:      5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:        Sacramento Road Extension
Direction of Travel:
Jurisdiction:        Mohave County, AZ
Analysis Year:       2025
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

Annual average daily traffic, AADT   33000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %

_____Roadway Characteristics_____

Number of through lanes one direction, N  3
Free flow speed, FFS                  45        mph
Urban class                           2
Section length                        1.10      miles
Median                                Yes
Left-turn bays                        Yes

_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600

_____Results_____

Annual average daily traffic, AADT   33000      vpd
Two-way hourly volume                2970       vph
Hourly directional volume            1485       vph
Through-volume 15-min. flow rate      825       v
Running time                          95.9      sec
v/c ratio                             0.25
Through capacity                     3240       vph
Progression factor, PF                1.000
Uniform delay                         8.5       sec
Filtering/metering factor, I          0.977
Incremental delay                     0.2       sec
Control delay                         8.7       sec/v
Total travel speed, Sa                35.0      mph
Total urban street LOS                B
```

ST-RH038188

# TC Connector

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         TC Connecter
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   24500    vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800     pcphgpl
Percent turns from exclusive lanes   50       %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      30     mph
Urban class                               3
Section length                            1.30   miles
Median                                    No
Left-turn bays                            No


_____Signal Characteristics_____

Signalized intersections                  2
Arrival type, AT                          3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                           90.0   sec
Effective green ratio, g/C                0.600


_____Results_____

Annual average daily traffic, AADT   24500    vpd
Two-way hourly volume                2205     vph
Hourly directional volume            1102     vph
Through-volume 15-min. flow rate     612      v
Running time                         156.0    sec
v/c ratio                            0.35
Through capacity                     1726     vph
Progression factor, PF               1.000
Uniform delay                        9.1      sec
Filtering/metering factor, I         0.943
Incremental delay                    0.5      sec
Control delay                        9.7      sec/v
Total travel speed, Sa               26.7     mph
Total urban street LOS               B
```

## West Loop Road

_____PLANNING ANALYSIS_____

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consult
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         West Loop Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2025
Project ID:  Golden Valley Ranch Master Traffic Study
```

_____Traffic Characteristics_____

```
Annual average daily traffic, AADT      20000      vpd
Planning analysis hour factor, K        0.090
Directional distribution factor, D      0.500
Peak-hour factor, PHF                    0.900
Adjusted saturation flow rate           1800       pcphgpl
Percent turns from exclusive lanes      50         %
```

_____Roadway Characteristics_____

```
Number of through lanes one direction, N  2
Free flow speed, FFS                       35        mph
Urban class                                2
Section length                             3.20      miles
Median                                     Yes
Left-turn bays                             Yes
```

_____Signal Characteristics_____

```
Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0       sec
Effective green ratio, g/C             0.600
```

_____Results_____

```
Annual average daily traffic, AADT     20000      vpd
Two-way hourly volume                  1800       vph
Hourly directional volume              900        vph
Through-volume 15-min. flow rate       500        v
Running time                           329.1      sec
v/c ratio                              0.23
Through capacity                       2160       vph
Progression factor, PF                 1.000
Uniform delay                          8.4        sec
Filtering/metering factor, I           0.982
Incremental delay                      0.2        sec
Control delay                          8.6        sec/v
Total travel speed, Sa                 33.3       mph
Total urban street LOS                 B
```

ST-RH038190

# 2040 Results

ST-RH038191

# HCS Arterial Planning Results – 2040 P.M. Peak Hour

## Exterior Roadways

### Aquarius Drive

PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consultants, Inc |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | Aquarius Drive |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2040 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 28000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 40 | mph |
| Urban class | 2 | |
| Section length | 4.60 | miles |
| Median | No | |
| Left-turn bays | Yes | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 28000 | vpd |
| Two-way hourly volume | 2520 | vph |
| Hourly directional volume | 1260 | vph |
| Through-volume 15-min. flow rate | 700 | v |
| Running time | 414.0 | sec |
| v/c ratio | 0.34 | |
| Through capacity | 2050 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.1 | sec |
| Filtering/metering factor, I | 0.949 | |
| Incremental delay | 0.4 | sec |
| Control delay | 9.5 | sec/v |
| Total travel speed, Sa | 38.2 | mph |
| Total urban street LOS | A | |

## Aztec Road

```
                              PLANNING ANALYSIS
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc.
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Aztec Road
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2040
Project ID:  Golden Valley Ranch Master Traffic Study


                          Traffic Characteristics

Annual average daily traffic, AADT    46000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


                          Roadway Characteristics

Number of through lanes one direction, N   3
Free flow speed, FFS                       45        mph
Urban class                                2
Section length                             4.40      miles
Median                                     Yes
Left-turn bays                             Yes


                          Signal Characteristics

Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0       sec
Effective green ratio, g/C             0.600


                                 Results

Annual average daily traffic, AADT     46000      vpd
Two-way hourly volume                  4140       vph
Hourly directional volume              2070       vph
Through-volume 15-min. flow rate       1150       v
Running time                           352.0      sec
v/c ratio                              0.35
Through capacity                       3240       vph
Progression factor, PF                 1.000
Uniform delay                          9.1        sec
Filtering/metering factor, I           0.943
Incremental delay                      0.3        sec
Control delay                          9.4        sec/v
Total travel speed, Sa                 42.7       mph
Total urban street LOS                 A
```

ST-RH038193

# Bacobi Road

_____PLANNING ANALYSIS_____

Analyst:                  Kondala Rao Mantri
Agency/Co.:               Stanley Consultants, Inc
Date Performed:           5/9/2006
Analysis Time Period:     P.M. Peak Hour
Urban Street:             Bacobi Road
Direction of Travel:
Jurisdiction:             Mohave County, AZ
Analysis Year:            2040
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

Annual average daily traffic, AADT    38000       vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800        pcphgpl
Percent turns from exclusive lanes    50          %

_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      45        mph
Urban class                               2
Section length                            4.40      miles
Median                                    Yes
Left-turn bays                            Yes

_____Signal Characteristics_____

Signalized intersections             2
Arrival type, AT                     3
Signal type (k = 0.5 for planning)   Actuated
Cycle length, C                      90.0        sec
Effective green ratio, g/C           0.600

_____Results_____

Annual average daily traffic, AADT    38000       vpd
Two-way hourly volume                 3420        vph
Hourly directional volume             1710        vph
Through-volume 15-min. flow rate      950         v
Running time                          352.0       sec
v/c ratio                             0.44
Through capacity                      2160        vph
Progression factor, PF                1.000
Uniform delay                         9.8         sec
Filtering/metering factor, I          0.899
Incremental delay                     0.6         sec
Control delay                         10.4        sec/v
Total travel speed, Sa                42.5        mph
Total urban street LOS                A

# Colorado Road

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Colorado Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study

_____Traffic Characteristics_____

Annual average daily traffic, AADT    22000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %

_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      45       mph
Urban class                               2
Section length                            4.60     miles
Median                                    Yes
Left-turn bays                            Yes

_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600

_____Results_____

Annual average daily traffic, AADT    22000      vpd
Two-way hourly volume                 1980       vph
Hourly directional volume             990        vph
Through-volume 15-min. flow rate      550        v
Running time                          368.0      sec
v/c ratio                             0.25
Through capacity                      2160       vph
Progression factor, PF                1.000
Uniform delay                         8.5        sec
Filtering/metering factor, I          0.977
Incremental delay                     0.3        sec
Control delay                         8.8        sec/v
Total travel speed, Sa                43.0       mph
Total urban street LOS                A
```

ST-RH038195

**Sacramento Road**

## PLANNING ANALYSIS

Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Sacramento Road
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study

## Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 21000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

## Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 40 | mph |
| Urban class | 2 | |
| Section length | 5.00 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

## Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

## Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 21000 | vpd |
| Two-way hourly volume | 1890 | vph |
| Hourly directional volume | 945 | vph |
| Through-volume 15-min. flow rate | 525 | v |
| Running time | 450.0 | sec |
| v/c ratio | 0.24 | |
| Through capacity | 2160 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.4 | sec |
| Filtering/metering factor, I | 0.979 | |
| Incremental delay | 0.3 | sec |
| Control delay | 8.7 | sec/v |
| Total travel speed, Sa | 38.5 | mph |
| Total urban street LOS | A | |

ST-RH038196

# Shinarump Drive

```
_____PLANNING ANALYSIS_____
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Shinarump Drive
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT    28000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  3
Free flow speed, FFS                      45       mph
Urban class                               2
Section length                            5.00     miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0     sec
Effective green ratio, g/C             0.600


_____Results_____

Annual average daily traffic, AADT    28000    vpd
Two-way hourly volume                 2520     vph
Hourly directional volume             1260     vph
Through-volume 15-min. flow rate      700      v
Running time                          400.0    sec
v/c ratio                             0.22
Through capacity                      3240     vph
Progression factor, PF                1.000
Uniform delay                         8.3      sec
Filtering/metering factor, I          0.985
Incremental delay                     0.2      sec
Control delay                         8.4      sec/v
Total travel speed, Sa                43.2     mph
Total urban street LOS                A
```

# Tombstone Trail

```
_____PLANNING ANALYSIS_____
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Tombstone Trail
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2040
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
_____Traffic Characteristics_____

Annual average daily traffic, AADT  11000      vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800       pcphgpl
Percent turns from exclusive lanes  50         %
```

```
_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                     40        mph
Urban class                              2
Section length                           8.00      miles
Median                                   Yes
Left-turn bays                           Yes
```

```
_____Signal Characteristics_____

Signalized intersections           2
Arrival type, AT                   3
Signal type (k = 0.5 for planning) Actuated
Cycle length, C                    90.0      sec
Effective green ratio, g/C         0.600
```

```
_____Results_____

Annual average daily traffic, AADT  11000      vpd
Two-way hourly volume               990        vph
Hourly directional volume           495        vph
Through-volume 15-min. flow rate    275        v
Running time                        720.0      sec
v/c ratio                           0.13
Through capacity                    2160       vph
Progression factor, PF              1.000
Uniform delay                       7.8        sec
Filtering/metering factor, I        0.996
Incremental delay                   0.1        sec
Control delay                       7.9        sec/v
Total travel speed, Sa              39.1       mph
Total urban street LOS              A
```

ST-RH038198

# Interior Roadways

## Aztec Road Extension

PLANNING ANALYSIS

```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Aztec Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID: Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics

```
Annual average daily traffic, AADT  44000    vpd
Planning analysis hour factor, K    0.090
Directional distribution factor, D  0.500
Peak-hour factor, PHF               0.900
Adjusted saturation flow rate       1800     pcphgpl
Percent turns from exclusive lanes  50       %
```

Roadway Characteristics

```
Number of through lanes one direction, N  3
Free flow speed, FFS                       45       mph
Urban class                                2
Section length                             2.30     miles
Median                                     Yes
Left-turn bays                             Yes
```

Signal Characteristics

```
Signalized intersections            2
Arrival type, AT                    3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                     90.0     sec
Effective green ratio, g/C          0.600
```

Results

```
Annual average daily traffic, AADT  44000    vpd
Two-way hourly volume               3960     vph
Hourly directional volume           1980     vph
Through-volume 15-min. flow rate    1100     v
Running time                        184.0    sec
v/c ratio                           0.34
Through capacity                    3240     vph
Progression factor, PF              1.000
Uniform delay                       9.0      sec
Filtering/metering factor, I        0.950
Incremental delay                   0.3      sec
Control delay                       9.3      sec/v
Total travel speed, Sa              40.9     mph
Total urban street LOS              A
```

ST-RH038199

## **Bacobi Road Extension**

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Bacobi Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID: Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   43000     vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      35        mph
Urban class                               3
Section length                            0.60      miles
Median                                    No
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT   43000     vpd
Two-way hourly volume                3870      vph
Hourly directional volume            1935      vph
Through-volume 15-min. flow rate     1075      v
Running time                         67.2      sec
v/c ratio                            0.52
Through capacity                     2050      vph
Progression factor, PF               1.000
Uniform delay                        10.5      sec
Filtering/metering factor, I         0.839
Incremental delay                    0.8       sec
Control delay                        11.3      sec/v
Total travel speed, Sa               24.0      mph
Total urban street LOS               B
```

## Centennial Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Centennial Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   33000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      35        mph
Urban class                               3
Section length                            1.00      miles
Median                                    Yes
Left-turn bays                            Yes


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT   33000      vpd
Two-way hourly volume                2970       vph
Hourly directional volume            1485       vph
Through-volume 15-min. flow rate     825        v
Running time                         103.0      sec
v/c ratio                            0.38
Through capacity                     2160       vph
Progression factor, PF               1.000
Uniform delay                        9.3        sec
Filtering/metering factor, I         0.931
Incremental delay                    0.5        sec
Control delay                        9.8        sec/v
Total travel speed, Sa               29.4       mph
Total urban street LOS               B
```

ST-RH038201

## Cerbat Road Extension

```
_____PLANNING ANALYSIS_____
Analyst:               Kondala Rao Mantri
Agency/Co.:            Stanley Consultants, Inc
Date Performed:        5/9/2006
Analysis Time Period:  P.M. Peak Hour
Urban Street:          Cerbat Road Extension
Direction of Travel:
Jurisdiction:          Mohave County, AZ
Analysis Year:         2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT    10000      vpd
Planning analysis hour factor, K       0.090
Directional distribution factor, D     0.500
Peak-hour factor, PHF                  0.900
Adjusted saturation flow rate          1800       pcphgpl
Percent turns from exclusive lanes     50         %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                     35        mph
Urban class                              3
Section length                           1.00      miles
Median                                   No
Left-turn bays                           Yes


_____Signal Characteristics_____

Signalized intersections            2
Arrival type, AT                    3
Signal type (k = 0.5 for planning)  Actuated
Cycle length, C                     90.0      sec
Effective green ratio, g/C          0.600


_____Results_____

Annual average daily traffic, AADT    10000      vpd
Two-way hourly volume                 900        vph
Hourly directional volume             450        vph
Through-volume 15-min. flow rate      250        v
Running time                          103.0      sec
v/c ratio                             0.12
Through capacity                      2050       vph
Progression factor, PF                1.000
Uniform delay                         7.8        sec
Filtering/metering factor, I          0.997
Incremental delay                     0.1        sec
Control delay                         7.9        sec/v
Total travel speed, Sa                30.3       mph
Total urban street LOS                A
```

# East Loop Road

PLANNING ANALYSIS

Analyst:             Kondala Rao Mantri
Agency/Co.:          Stanley Consultants, Inc
Date Performed:      5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:        East Loop Road
Direction of Travel:
Jurisdiction:        Mohave County, AZ
Analysis Year:       2040
Project ID:  Golden Valley Ranch Master Traffic Study

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 37000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 35 | mph |
| Urban class | 2 | |
| Section length | 3.50 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 37000 | vpd |
| Two-way hourly volume | 3330 | vph |
| Hourly directional volume | 1665 | vph |
| Through-volume 15-min. flow rate | 925 | v |
| Running time | 360.0 | sec |
| v/c ratio | 0.43 | |
| Through capacity | 2160 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 9.7 | sec |
| Filtering/metering factor, I | 0.906 | |
| Incremental delay | 0.6 | sec |
| Control delay | 10.3 | sec/v |
| Total travel speed, Sa | 33.1 | mph |
| Total urban street LOS | B | |

ST-RH038203

## East Middle Road

```
_____PLANNING ANALYSIS_____
Analyst:             Kondala Rao Mantri
Agency/Co.:          Stanley Consultants, Inc
Date Performed:      5/9/2006
Analysis Time Period: P.M. Peak hour
Urban Street:        East Middle Road
Direction of Travel:
Jurisdiction:        Mohave County, AZ`
Analysis Year:       2040
Project ID:  Golden Valley Ranch Master Traffic Study
```

```
_____Traffic Characteristics_____

Annual average daily traffic, AADT   8500      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800      pcphgpl
Percent turns from exclusive lanes   50        %
```

```
_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      30        mph
Urban class                               3
Section length                            1.40      miles
Median                                    No
Left-turn bays                            No
```

```
_____Signal Characteristics_____

Signalized intersections               2
Arrival type, AT                       3
Signal type (k = 0.5 for planning)     Actuated
Cycle length, C                        90.0      sec
Effective green ratio, g/C             0.600
```

```
_____Results_____

Annual average daily traffic, AADT   8500      vpd
Two-way hourly volume                765       vph
Hourly directional volume            382       vph
Through-volume 15-min. flow rate     212       v
Running time                         168.0     sec
v/c ratio                            0.12
Through capacity                     1726      vph
Progression factor, PF               1.000
Uniform delay                        7.8       sec
Filtering/metering factor, I         0.997
Incremental delay                    0.1       sec
Control delay                        7.9       sec/v
Total travel speed, Sa               27.4      mph
Total urban street LOS               B
```

ST-RH038204

# Hualapai Drive Extension

PLANNING ANALYSIS

Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Hualapai Drive Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2040
Project ID:  Golden Valley Ranch Master Traffic Study

Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 13000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 30 | mph |
| Urban class | 3 | |
| Section length | 2.20 | miles |
| Median | No | |
| Left-turn bays | No | |

Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 13000 | vpd |
| Two-way hourly volume | 1170 | vph |
| Hourly directional volume | 585 | vph |
| Through-volume 15-min. flow rate | 325 | v |
| Running time | 264.0 | sec |
| v/c ratio | 0.19 | |
| Through capacity | 1726 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.1 | sec |
| Filtering/metering factor, I | 0.990 | |
| Incremental delay | 0.2 | sec |
| Control delay | 8.4 | sec/v |
| Total travel speed, Sa | 28.2 | mph |
| Total urban street LOS | B | |

# Indian Wells Road Extension

<pre>
                          PLANNING ANALYSIS
Analyst:            Kondala Rao Mantri
Agency/Co.:         Stanley Consultants, Inc
Date Performed:     5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:       Indian Wells Road Extension
Direction of Travel:
Jurisdiction:       Mohave County, AZ
Analysis Year:      2040
Project ID:  Golden Valley Ranch Master Traffic Study
</pre>

## Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 8000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

## Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 30 | mph |
| Urban class | 3 | |
| Section length | 1.30 | miles |
| Median | No | |
| Left-turn bays | No | |

## Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

## Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 8000 | vpd |
| Two-way hourly volume | 720 | vph |
| Hourly directional volume | 360 | vph |
| Through-volume 15-min. flow rate | 200 | v |
| Running time | 156.0 | sec |
| v/c ratio | 0.12 | |
| Through capacity | 1726 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 7.7 | sec |
| Filtering/metering factor, I | 0.997 | |
| Incremental delay | 0.1 | sec |
| Control delay | 7.9 | sec/v |
| Total travel speed, Sa | 27.2 | mph |
| Total urban street LOS | B | |

ST-RH038206

# Mobile Road Extension

<pre>
                          PLANNING ANALYSIS
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants. Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Mobile Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


                      Traffic Characteristics

Annual average daily traffic, AADT   23000      vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800       pcphgpl
Percent turns from exclusive lanes   50         %


                      Roadway Characteristics

Number of through lanes one direction, N  2
Free flow speed, FFS                      35       mph
Urban class                               3
Section length                            0.70     miles
Median                                    No
Left-turn bays                            No


                      Signal Characteristics

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600


                          Results

Annual average daily traffic, AADT   23000      vpd
Two-way hourly volume                2070       vph
Hourly directional volume            1035       vph
Through-volume 15-min. flow rate     575        v
Running time                         75.3       sec
v/c ratio                            0.33
Through capacity                     1726       vph
Progression factor, PF               1.000
Uniform delay                        9.0        sec
Filtering/metering factor, I         0.952
Incremental delay                    0.5        sec
Control delay                        9.5        sec/v
Total travel speed, Sa               26.7       mph
Total urban street LOS               B
</pre>

# Ramada Road Extension

PLANNING ANALYSIS
```
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants. Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         Ramada Road Extension
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study
```

Traffic Characteristics
```
Annual average daily traffic, AADT    18000     vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800      pcphgpl
Percent turns from exclusive lanes    50        %
```

Roadway Characteristics
```
Number of through lanes one direction, N  2
Free flow speed, FFS                      35       mph
Urban class                               3
Section length                            2.40     miles
Median                                    No
Left-turn bays                            No
```

Signal Characteristics
```
Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600
```

Results
```
Annual average daily traffic, AADT    18000     vpd
Two-way hourly volume                 1620      vph
Hourly directional volume             810       vph
Through-volume 15-min. flow rate      450       v
Running time                          246.9     sec
v/c ratio                             0.26
Through capacity                      1726      vph
Progression factor, PF                1.000
Uniform delay                         8.5       sec
Filtering/metering factor, I          0.975
Incremental delay                     0.4       sec
Control delay                         8.9       sec/v
Total travel speed, Sa                32.6      mph
Total urban street LOS                A
```

ST-RH038208

# Sacramento Road Extension

## PLANNING ANALYSIS

```
Analyst:                Kondala Rao Mantri
Agency/Co.:             Stanley Consultants, Inc
Date Performed:         5/9/2006
Analysis Time Period:   P.M. Peak Hour
Urban Street:           Sacramento Road Extension
Direction of Travel:
Jurisdiction:           Mohave County, AZ
Analysis Year:          2040
Project ID:  Golden Valley Ranch Master Traffic Study
```

## Traffic Characteristics

```
Annual average daily traffic, AADT    36000      vpd
Planning analysis hour factor, K      0.090
Directional distribution factor, D    0.500
Peak-hour factor, PHF                 0.900
Adjusted saturation flow rate         1800       pcphgpl
Percent turns from exclusive lanes    50         %
```

## Roadway Characteristics

```
Number of through lanes one direction, N  3
Free flow speed, FFS                      45       mph
Urban class                               2
Section length                            1.10     miles
Median                                    Yes
Left-turn bays                            Yes
```

## Signal Characteristics

```
Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0       sec
Effective green ratio, g/C            0.600
```

## Results

```
Annual average daily traffic, AADT    36000      vpd
Two-way hourly volume                 3240       vph
Hourly directional volume             1620       vph
Through-volume 15-min. flow rate      900        v
Running time                          95.9       sec
v/c ratio                             0.28
Through capacity                      3240       vph
Progression factor, PF                1.000
Uniform delay                         8.6        sec
Filtering/metering factor, I          0.971
Incremental delay                     0.2        sec
Control delay                         8.8        sec/v
Total travel speed, Sa                34.9       mph
Total urban street LOS                B
```

ST-RH038209

## TC Connector

<pre>
_____PLANNING ANALYSIS_____
Analyst:              Kondala Rao Mantri
Agency/Co.:           Stanley Consultants, Inc
Date Performed:       5/9/2006
Analysis Time Period: P.M. Peak Hour
Urban Street:         TC Connecter
Direction of Travel:
Jurisdiction:         Mohave County, AZ
Analysis Year:        2040
Project ID:  Golden Valley Ranch Master Traffic Study


_____Traffic Characteristics_____

Annual average daily traffic, AADT   24500       vpd
Planning analysis hour factor, K     0.090
Directional distribution factor, D   0.500
Peak-hour factor, PHF                0.900
Adjusted saturation flow rate        1800        pcphgpl
Percent turns from exclusive lanes   50          %


_____Roadway Characteristics_____

Number of through lanes one direction, N  2
Free flow speed, FFS                      30        mph
Urban class                               3
Section length                            1.30      miles
Median                                    No
Left-turn bays                            No


_____Signal Characteristics_____

Signalized intersections              2
Arrival type, AT                      3
Signal type (k = 0.5 for planning)    Actuated
Cycle length, C                       90.0      sec
Effective green ratio, g/C            0.600


_____Results_____

Annual average daily traffic, AADT   24500       vpd
Two-way hourly volume                2205        vph
Hourly directional volume            1102        vph
Through-volume 15-min. flow rate     612         v
Running time                         156.0       sec
v/c ratio                            0.35
Through capacity                     1726        vph
Progression factor, PF               1.000
Uniform delay                        9.1         sec
Filtering/metering factor, I         0.943
Incremental delay                    0.5         sec
Control delay                        9.7         sec/v
Total travel speed, Sa               26.7        mph
Total urban street LOS               B
</pre>

ST-RH038210

## West Loop Road

### PLANNING ANALYSIS

| | |
|---|---|
| Analyst: | Kondala Rao Mantri |
| Agency/Co.: | Stanley Consult |
| Date Performed: | 5/9/2006 |
| Analysis Time Period: | P.M. Peak Hour |
| Urban Street: | West Loop Road |
| Direction of Travel: | |
| Jurisdiction: | Mohave County, AZ |
| Analysis Year: | 2040 |
| Project ID: | Golden Valley Ranch Master Traffic Study |

### Traffic Characteristics

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 23000 | vpd |
| Planning analysis hour factor, K | 0.090 | |
| Directional distribution factor, D | 0.500 | |
| Peak-hour factor, PHF | 0.900 | |
| Adjusted saturation flow rate | 1800 | pcphgpl |
| Percent turns from exclusive lanes | 50 | % |

### Roadway Characteristics

| | | |
|---|---|---|
| Number of through lanes one direction, N | 2 | |
| Free flow speed, FFS | 35 | mph |
| Urban class | 2 | |
| Section length | 3.20 | miles |
| Median | Yes | |
| Left-turn bays | Yes | |

### Signal Characteristics

| | | |
|---|---|---|
| Signalized intersections | 2 | |
| Arrival type, AT | 3 | |
| Signal type (k = 0.5 for planning) | Actuated | |
| Cycle length, C | 90.0 | sec |
| Effective green ratio, g/C | 0.600 | |

### Results

| | | |
|---|---|---|
| Annual average daily traffic, AADT | 23000 | vpd |
| Two-way hourly volume | 2070 | vph |
| Hourly directional volume | 1035 | vph |
| Through-volume 15-min. flow rate | 575 | v |
| Running time | 329.1 | sec |
| v/c ratio | 0.27 | |
| Through capacity | 2160 | vph |
| Progression factor, PF | 1.000 | |
| Uniform delay | 8.6 | sec |
| Filtering/metering factor, I | 0.974 | |
| Incremental delay | 0.3 | sec |
| Control delay | 8.9 | sec/v |
| Total travel speed, Sa | 33.2 | mph |
| Total urban street LOS | B | |

# Results Summary

ST-RH038212

# GOLDEN VALLEY RANCH
## MASTER TRAFFIC STUDY
## RESULTS FROM THE HCS ANALYSIS

| Roadway | Number of Lanes | Design Speed (mph) | 2015 LOS | 2025 LOS | 2040 LOS |
|---|---|---|---|---|---|
| Aquarius Drive | 4 | 40 | A | A | A |
| Aztec Road | 6 | 45 | A | A | A |
| Bacobi Road | 4 | 45 | A | A | A |
| Colorado Road | 4 | 45 | A | A | A |
| Sacramento Road | 4 | 40 | A | A | A |
| Shinarump Road | 6 | 45 | A | A | A |
| Tombstone Trail | 4 | 40 | A | A | A |

| Roadway | Number of Lanes | Design Speed (mph) | 2015 LOS | 2025 LOS | 2040 LOS |
|---|---|---|---|---|---|
| Aztec Road Extension | 6 | 45 | A | A | A |
| Bacobi Road Extension | 4 | 35 | B | B | B |
| Centennial Road Extension | 4 | 35 | A | B | B |
| Cerbat Road Extension | 4 | 35 | A | A | A |
| East Loop Road | 4 | 35 | B | B | B |
| East Middle Road | 4 | 30 | B | B | B |
| Hualapai Drive Extension | 4 | 30 | B | B | B |
| Indian Wells Road Extension | 4 | 30 | B | B | B |
| Mobile Road Extension | 4 | 35 | B | B | B |
| Ramada Road Extension | 4 | 35 | A | A | A |
| Sacramento Road Extension | 6 | 45 | A | B | B |
| Town Center Connector | 4 | 30 | B | B | B |
| West Loop Road | 4 | 35 | B | B | B |

5/10/2006

Stanley Consultants INC.

ST-RH038213

Appendix C

Standards

ST-RH038214

# Mohave County Public Works
## Typical Roadway Sections

ST-RH038215

## MINIMUM STANDARDS for NON-CURB ROADWAY DESIGN



| ITEM | | A | B | C | D | E | |
|------|--|---|---|---|---|---|--|
| | | | | | | | DESIGN SPEED |
| COUNTY HIGHWAY | | 100' | 12' | 8' | 4' | 3:1 | 40-60 |
| ARTERIALS | | 84' | 12' | 8' | 4' | 3:1 | 40-50 |
| COLLECTORS/DISTRIBUTORS | | 70' | 12' | 8' | 4' | 3:1 | 30-40 |
| LOCAL | | 50' | 12' | 8' | — | 3:1 | 30 |
| CUL-de-SAC'S | | 50' | 12' | 8' | — | 3:1 | 25 |
| HILLSIDE/FRONTAGE | | 50' | 12' | 2' | — | 3:1 | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation is submitted to and is approved by the County Engineer for a lesser design speed.

Roadway Design shall conform to the standards outlined in the current edition of the AASHTO Policy on Geometric Design of Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional right-of-way. For Subdivisions recorded prior to Sept. 7, 1965 the minimum width shall be 40 feet, when a request for maintenance is being considered.

The 10-year design storm must be contained within the improved ditch section removed from the shoulder. The 100-year design storm can not overtop the centerline of the road.

THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976

| MINIMUM STANDARDS for NON-CURB ROADWAY DESIGN | UNIFORM STANDARD DETAILS MOHAVE COUNTY AREA Prepared By: MOHAVE COUNTY ENGINEERING |
|---|---|
| APPROVED:          DATE: | STANDARD DETAIL No. 60 |



MINIMUM STANDARDS for
CURB ROADWAY DESIGN

RIGHT-OF-WAY

| ITEM | | A | B | DESIGN SPEED |
|---|---|---|---|---|
| CLASSIFICATION | COUNTY HIGHWAY | 100' | 32' | 40-60 |
| | ARTERIALS | 84' | 26' | 40-50 |
| | COLLECTORS/DISTRIBUTORS | 70' | 22' | 30-40 |
| | LOCAL | 50' | 16' | 30 |
| | CUL-de-SAC'S | 50' | 16' | 25 |
| | HILLSIDE/FRONTAGE | 50' | 14' | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation
is submitted to and is approved by the County Engineer for a lesser
design speed.

Roadway design shall conform to the standards outlined in the
current edition of the AASHTO Policy on Geometric Design of
Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional
right-of-way. For Subdivision's recorded prior to Sept. 7, 1965 the minimum width shall
be 40 feet, when a request for maintenance is being considered.

Roadway widths are shown as minimums measured face of curb to face of curb.

When road Right-of-Ways is to be used as a channel to convey storm runoff,
the 10 -year storm must be contained within the paved roadway section.
The 100 year storm must be contained within the right-of-way with a maximum flow depth not to exceed 8".

THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976.

| MINIMUM STANDARDS for<br>CURB<br>ROADWAY DESIGN | UNIFORM STANDARD DETAILS<br>MOHAVE COUNTY AREA<br>Prepared By: MOHAVE COUNTY ENGINEERING |
|---|---|
| APPROVED:                    DATE: | STANDARD DETAIL 61 |

ST-RH038217



# MINIMUM STANDARDS for

## INVERTED CROWN CURB ROADWAY SECTION

| ITEM | | A | B | DESIGN SPEED |
|------|---|---|---|---|
| CLASSIFICATION | COUNTY HIGHWAY | 100' | 32' | 40-60 |
| | ARTERIALS | 84' | 26' | 40-50 |
| | COLLECTORS/DISTRIBUTORS | 70' | 22' | 30-40 |
| | LOCAL | 50' | 16' | 30 |
| | CUL-de-SAC'S | 50' | 16' | 25 |
| | HILLSIDE/FRONTAGE | 50' | 14' | 30 |

Roadway classification to be approved by the County Engineer

Design speed shall be the maximum speed shown unless documentation is submitted to and is approved by the County Engineer for a lesser design speed.

Roadway Design shall conform to the standards outlined in the current edition of the AASHTO Policy on Geometric Design of Highways and Streets.

All right-of-way widths shown are minimums. Final design may require additional right-of-way. For Subdivision's recorded prior to Sept. 7, 1965 the minimum width shall be 40 feet, when a request for maintenance is being considered.

Roadway widths are shown as minimums measured face of curb to face of curb.

When road Right-of-Ways is to be used as a channel to convey storm runoff, the 10 -year storm must be contained within the paved roadway section. The 100 year storm must be contained within the right-of-way with a maximum flow depth not to exceed 8".

THIS STANDARD DETAIL REPLACES STANDARD DETAIL 60 THRU 63, DATED MAY, 1976.

| MINIMUM STANDARDS for INVERTED CROWN CURB ROADWAY DESIGN | UNIFORM STANDARD DETAILS MOHAVE COUNTY AREA Prepared By: MOHAVE COUNTY ENGINEERING |
|---|---|
| APPROVED:                          DATE: | STANDARD DETAIL N 52 |

ST-RH038218

# Golden Valley Ranch
## Project Specific
## Typical Roadway Sections

ST-RH038219



* — 91' IF ADJACENT TO GOLF COURSE
** — 4.5' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #1 STREET SECTION
(PUBLIC)                                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

### RHODES HOMES ARIZONA, LLC
### GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE:  20 DEC 2005
REV:

ST-RH038220



## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                    NOT TO SCALE

\* — 117' IF ADJACENT TO GOLF COURSE
\*\* — 13' IF ADJACENT TO GOLF COURSE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

| SCALE: NOT TO SCALE | |
|---|---|
| **FIGURE I-H** | DATE:  20 DEC 2005<br>REV: |

ST-RH038221



## TYPICAL LOCAL STREET SECTION
(PRIVATE)                                                NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

### RHODES HOMES ARIZONA, LLC
### GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396   Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-A

DATE: 20 DEC 2005
REV:

ST-RH038222



## TYPICAL COLLECTOR STREET SECTION
(PRIVATE)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-B**

DATE: 20 DEC 2005
REV:

ST-RH038223



## TYPICAL ENTRY STREET SECTION
(PRIVATE)                                          NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
       TO PL TO BE MAINTAINED BY MASTER
       HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-C

DATE:  20 DEC 2005
REV:

ST-RH038224



## TYPICAL MINOR ARTERIAL STREET
### SECTION FRONTING GOLF COURSE
(PUBLIC)                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

**FIGURE I-D**

DATE: 20 DEC 2005
REV:

ST-RH038225



## TYPICAL MINOR ARTERIAL STREET SECTION
(PUBLIC)                                                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-E

DATE: 20 DEC 2005
REV:

ST-RH038226



## TYPICAL MINOR ARTERIAL STREET SECTION
### WITH MEDIAN  (PUBLIC)                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE 1-F

DATE: 20 DEC 2005
REV:

ST-RH038227



*104'

24"VERT. C.&G. (TYPE "A")   69' ROW (PUBLIC)   24"VERT. C.&G. (TYPE "A")

PL/PUE   R/W   C̶   R/W   PL/PUE

17.5' COMMON ELEMENT   **17.5' COMMON ELEMENT

TYPE "A" SINGLE CURB   TYPE "A" SINGLE CURB

25'   25'

14'   11'   14'   11'   14'

VARIES   VARIES

LOT DIMENSION   1.5%   2%   2%   1.5%   LOT DIMENSION

5' MEANDERING SIDEWALK   5' MEANDERING SIDEWALK

\* — 91' IF ADJACENT TO GOLF COURSE
\*\* — 4.5' IF ADJACENT TO GOLF COURSE

## TYPICAL LOOP RD. #1 STREET SECTION
(PUBLIC)                                              NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-G

DATE:  20 DEC 2005
REV:

ST-RH038228



## TYPICAL LOOP RD. #2 STREET SECTION
(PUBLIC)                                        NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
      TO PL TO BE MAINTAINED BY MASTER
      HOMEOWNER ASSOCIATION

# RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-H

DATE: 20 DEC 2005
REV:

ST-RH038229



\* – 139' IN LOCATIONS ADJACENT TO GOLF COURSE
\*\* – 12' IN LOCATIONS ADJACENT TO GOLF COURSE

## TYPICAL MAJOR ARTERIAL STREET SECTION
(PUBLIC)                                    NOT TO SCALE
NORTH OF GOLF COURSE FROM
ROUND−A−BOUT TO SHINARUMP

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
    TO PL TO BE MAINTAINED BY MASTER
    HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants INC.**
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369−9396  Fax (702) 369−9793

| SCALE: NOT TO SCALE | |
| --- | --- |
| FIGURE I-I | DATE: 20 DEC 2005 |
| | REV: |

ST-RH038230



## TYPICAL 100' RIGHT-OF-WAY
## HALF STREET SECTION
(PUBLIC)

NOT TO SCALE

SECTION LINE ROADWAYS

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

SCALE: NOT TO SCALE

FIGURE I-J

DATE: 20 DEC 2005
REV:

ST-RH038231



PL

LOT DIMENSION | 25' P.U.E. & BC−BC | PL
(PRIVATE) | LOT DIMENSION

10.5' | 10.5'

℄

VARIES | FOG SEAL | VARIES
2% | PG— | 2%

24" RIBBON CURB TYPE B
PER MAG STANDARD DETAIL 220

PRIME COAT

2" ASPHALT OVER 6" TYPE II
BASE AT 95% COMPACTION

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON
ADDITIONAL R−VALUE TESTS PERFORMED DURING
CONSTRUCTION OF THE ACTUAL SUBGRADE
MATERIALS AND TRAFFIC INFORMATION.

## TYPICAL ALLEY STREET SECTION
(PRIVATE)                    NOT TO SCALE

NOTE: ALL LANDSCAPING/WALKWAYS FROM PL
TO PL TO BE MAINTAINED BY MASTER
HOMEOWNER ASSOCIATION

## RHODES HOMES ARIZONA, LLC
## GOLDEN VALLEY RANCH



**Stanley Consultants** INC
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369−9396  Fax (702) 369−9793

SCALE: NOT TO SCALE

**FIGURE I-K**

DATE: 20 DEC 2005
REV:

ST-RH038232

# City of Mesa
# Intersection Layouts

ST-RH038233

EFFECTIVE DATE March 1, 2005

# MESA STANDARD DETAILS

## Amendment
## to the
## Uniform Standard Details





CITY OF **MESA**
*Great People, Quality Service!*

ENGINEERING

**2005**

ST-RH038234



ST-RH038235



ARTERIAL STREET INTERSECTION (6 LANES)

ST-RH038236



TYPICAL STRIPING CROSS SECTIONS

DETAIL NO. M-46.3

REV. 8/17/04

ST-RH038237