

# EAST LOOP ROAD SECTION 3 IMPROVEMENTS AT GOLDEN VALLEY RANCH FOR RHODES HOMES ARIZONA, LLC

VICINITY MAP

PROJECT SITE

## SHEET INDEX

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 19 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 19 |
| HC-1 | HORIZONTAL CONTROL | 3 OF 19 |
| TS-1 | TYPICAL SECTION | 4 OF 19 |
| PP-1 TO PP-2 | PLAN AND PROFILE | 5 TO 6 OF 19 |
| UP-1 TO UP-2 | UTILITY PLAN AND PROFILE | 7 TO 8 OF 19 |
| OS-1 TO OS-3 | OFFSITE SEWER PLAN AND PROFILE | 9 TO 11 OF 19 |
| SS-1 TO SS-2 | SEWER PLAN AND PROFILE | 12 TO 13 OF 19 |
| TC-1 | TRAFFIC CONTROL SHEET | 14 OF 19 |
| DT-1 TO DT-5 | DETAILS | 15 TO 19 OF 19 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) – 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

| ITEM | QUANTITY | |
|---|---|---|
| 15" P.V.C. SEWER LINE | 2,734 | LF |
| 8" P.V.C. SEWER LINE | 225 | LF |
| 15" SEWER STUB AND CAP | 1 | EA |
| 8" SEWER STUB AND CAP | 1 | EA |
| 60" DIA. SANITARY SEWER MANHOLES | 8 | EA |
| 48" DIA. SANITARY SEWER MANHOLES | 1 | EA |

### STORM DRAIN

| ITEM | QUANTITY | |
|---|---|---|
| 27" RCP STORM DRAIN | 0 | LF |
| SCUPPER | 0 | EA |
| CURB AND GRATE INLET | 0 | EA |
| 48" DIA. STORM DRAIN MANHOLE | 0 | EA |

### WATER

| ITEM | QUANTITY | |
|---|---|---|
| 24" C900 PVC WATER LINE | 1,848 | LF |
| 24" BUTTERFLY VALVE | 3 | EA |
| 24" X 24" X 24" TEE | 0 | EA |
| 24" X 24" X 8" TEE | 1 | EA |
| 24" X 24" X 6" TEE | 0 | EA |
| 24" X 24" X 8" X 8" CROSS | 0 | EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1 | EA |
| 24" 45° BEND | 0 | EA |
| 24" 22.5° BEND | 0 | EA |
| 8" C900 PVC WATER LINE | 40 | LF |
| 8" GATE VALVE | 1 | EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1 | EA |
| 8" 22.5° BEND | 0 | EA |
| 6" C900 PVC WATER LINE | 0 | LF |
| 6" GATE VALVE | 0 | EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 0 | EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 0 | EA |
| 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER LINE PER CITY OF KINGMAN STD. DTL. # 344 | 0 | EA |
| (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE | 0 | EA |

### STREETS

| ITEM | QUANTITY | |
|---|---|---|
| A.C. PAVEMENT | 000 | CY |
| TYPE II AGGREGATE BASE | 000 | CY |
| STREET NAME SIGN | 000 | EA |
| STOP SIGN | 000 | EA |
| SPEED LIMIT SIGN | 000 | EA |
| NO PARKING SIGN | 000 | EA |
| 30" ROLL CURB & GUTTER | 000 | LF |
| 24" RIBBON CURB & GUTTER | 000 | LF |
| SIDEWALK | 000 | SF |
| VALLEY GUTTER | 000 | SF |
| DRIVEWAY | 000 | EA |
| ALLEY ENTRANCE | 000 | EA |
| STREET LIGHT AND POLE | 000 | EA |
| STREETLIGHT CONDUIT | 000 | LF |
| SURVEY MONUMENTS | 000 | EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY ARIZONA

SHEET G-1
1 OF 16 SHEETS
SCI PROJECT# 18449.03.02

[Engineering drawing sheet G-2: General Notes and Abbreviations for East Loop Road Section 3 Improvements, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Content includes General Notes, Sewer Notes, Water Notes, Street Notes, Storm Water Pollution Prevention Plan, Site Grading, FEMA Flood Zone, Engineer's Notes, Basis of Bearings, Benchmark, Disclaimer Note, Legend, and Abbreviations. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Drawn by EMG, Checked by MPB, Dated 8/31/05. Sheet 2 of 15. ST-RH036814]

Text too small/blurred to transcribe reliably in detail.

EAST LOOP ROAD - OFFSITE SEWER
SEE SHEET UP-2 FOR CONTINUATION
WEST LOOP ROAD
AZTEC ROAD
OFFSITE SEWER - PLAN
SCALE: HORIZ 1"=40'
OFFSITE SEWER - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'
60" SSMH # WLR-2A
STA: 2+00.00, 0.00' L
STA: 172+88.08, 1.72' L
RIM = 2566.86
INV IN 15" = 2554.94
INV OUT 15" = 2554.74
60" SSMH # OS-1
STA: 4+60.00, 0.00' R
RIM = 2570.50
INV IN 8" = 2557.04
INV IN 15" = 2556.46
INV OUT 15" = 2556.26
48" SSMH # OS-2
STA: 6+83.87, 22.18' L
RIM = 2570.09
INV IN = 2558.33
INV OUT = 2558.13
STA: 6+93.87, 22.18' L
10 LF 15" PVC SEWER
STUB AND CAP FOR
POD 3 PHASE 1
INV IN = 2558.37
260.00 LF 15" PVC SEWER @ S=0.51%
224.96 LF 8" PVC SEWER @ S=0.48%
STA: 2+10.00, 00.00' L
REMOVE CAP AND
CONNECT TO EXISTING
15" PVC SEWER @ S=0.51%
INV IN = 2554.99
EX. 15" PVC SEWER @ S=1.30%
24" PVC WATER LINE
DATUM ELEV 2550.00
EXISTING GROUND @ CENTERLINE
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig 1-800-782-5348
Call before you Overhead 1-928-753-5591
WATER CONSTRUCTION NOTES
1 INSTALL 24" C900 PVC WATER LINE
2 INSTALL 24" BUTTERFLY VALVE
3 INSTALL 24" X 24" X 24" TEE
4 INSTALL 24" X 24" X 8" TEE
5 INSTALL 24" X 24" X 6" TEE
6 INSTALL 24" X 24" X 8" X 8" CROSS
7 INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8 INSTALL 24" 45° BEND
9 INSTALL 24" 22.5° BEND
10 INSTALL 8" C900 PVC WATER LINE
11 INSTALL 8" GATE VALVE
12 INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13 INSTALL 8" 22.5° BEND
14 INSTALL 6" C900 PVC WATER LINE
15 INSTALL 6" GATE VALVE
16 INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17 INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18 INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19 INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
NORTH
KEYMAP
LEGEND
WATER
WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SEWER BACK WATER VALVE
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 15" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 15" PVC SEWER STUB & CAP
5 INSTALL 8" PVC SEWER MAIN
6 INSTALL 8" PVC SEWER STUB & CAP
BASIS OF BEARINGS
NORTH 00°13'35" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2466.56824IFT (NAVD'88)
BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) - 2.546 = 2659.468 IFT (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD AND BOLSA DRIVE
NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LVE.
FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05
43321 KENNETH T. YAMADA
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05
SHEET
UP-1
7 OF 16 SHEETS
SCI PROJECT# 18449.03.02

OFFSITE SEWER
SEE SHEET UP-1 FOR CONTINUATION
AZTEC ROAD
EAST LOOP ROAD
SEE RIGHT PLAN AND PROFILE
24" PVC WATER LINE
NORTH

## OFFSITE SEWER – PLAN
SCALE: HORIZ 1"=40'

WEST LOOP ROAD
24" PVC WATER LINE
EAST LOOP ROAD
SEE LEFT PLAN AND PROFILE
MATCHLINE STA. 192+50.00
FOR CONTINUATION SEE SHEET UP-3
NORTH

## EAST LOOP ROAD – PLAN
SCALE: HORIZ 1"=40'

60" SSMH # OS-1
STA: 4+60.00, 0.00' R
STA: 2+00.00, 0.00' L
RIM = 2570.50
INV IN 8" = 2557.04
INV IN 15" = 2556.46
INV OUT 15" = 2556.26
60" SSMH # ELP-1
STA: 193+21.65, 13.45' L
STA: 4+39.70, 0.00' R
RIM = 2567.86
INV IN = 2557.66
INV OUT = 2557.46
239.70 LF 15" PVC SEWER @ S=0.42%
EXISTING GROUND @ CENTERLINE
DATUM ELEV 2555.00

## OFFSITE SEWER – PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

PVI STA = 194+78.30
PVI ELEV = 2570.26
EVCS: 194+38.16
EVCE: 2569.46
60" MIN.
STA: 193+76.81
EX. 24x24x24 TEE
WITH 24" GATE VALVE
INV.=2561.09
STA 193+71.91
EX. 24" BUTTERFLY VALVE
STA: 173+46.57
REMOVE STUB / CAP AND CONNECT TO EXIST. 24" PVC W.L.
98.34 LF 24" PVC WATERLINE @ S=-2.00%
500.00 LF 15" PVC SEWER @ S=1.10%
33.36 LF 24" PVC WATERLINE @ S=2.00%
60" SSMH # ELR-1
STA: 193+21.65
RIM = 2567.86
INV IN 8" = 2556.86
INV IN 15" = 2557.66
INV OUT 15" = 2557.46
EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE

STA: 193+33.81
OFFSET: 5.97 R

## EAST LOOP ROAD – PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'

### WATER CONSTRUCTION NOTES
1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE

### DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

KEYMAP

### LEGEND
**WATER**
- WATER MAIN
- 3/4" WATER METER W/ 1" COPPER WATER LATERAL
- 3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4°, 22 1/2°, 45°, 90° BEND

**SEWER**
- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- 48" STUB AND CAP
- SEWER BACK WATER VALVE

### SEWER CONSTRUCTION NOTES
1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 15" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 15" PVC SEWER STUB & CAP
5. INSTALL 8" PVC SEWER MAIN
6. INSTALL 8" PVC SEWER STUB & CAP

### BASIS OF BEARINGS
NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

### BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD AND BOLSA DRIVE

### NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LV8

FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC GOLDEN VALLEY RANCH | EAST LOOP ROAD SECTION 3 IMPROVEMENTS UTILITY PLAN AND PROFILE |
| MOHAVE COUNTY | ARIZONA |
| Stanley Consultants INC. | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com |
| SCALE (H) 1" = 40' | SCALE (V) 1" = 4' |
| DRAWN BY EMG | CHECKED BY MPB |
| DATE 8/25/05 | |
| SHEET UP-2 | 8 OF 16 SHEETS |
| SCI PROJECT# 18449.03.02 | |

REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE

Registered Professional Engineer 43321 KENNETH T. YAMADA ARIZONA

MATCHLINE STA. 192+50.00
FOR CONTINUATION SEE SHEET UP-2
MATCHLINE STA. 186+50.00
FOR CONTINUATION SEE SHEET UP-4
EAST LOOP ROAD - PLAN
SCALE: HORIZ 1"=40'
EAST LOOP ROAD - PROFILE
SCALE: HORIZ 1"=40'
VERT 1"=4'
KEYMAP
NORTH
DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.
Call before you Dig
1-800-782-5348
Call before you Overhead
1-928-753-5591
WATER CONSTRUCTION NOTES
① INSTALL 24" C900 PVC WATER LINE
② INSTALL 24" BUTTERFLY VALVE
③ INSTALL 24" X 24" X 24" TEE
④ INSTALL 24" X 24" X 8" TEE
⑤ INSTALL 24" X 24" X 6" TEE
⑥ INSTALL 24" X 24" X 8" X 8" CROSS
⑦ INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
⑧ INSTALL 24" 45' BEND
⑨ INSTALL 24" 22.5' BEND
⑩ INSTALL 8" C900 PVC WATER LINE
⑪ INSTALL 8" GATE VALVE
⑫ INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
⑬ INSTALL 8" 22.5' BEND
⑭ INSTALL 8" C900 PVC WATER LINE
⑮ INSTALL 6" GATE VALVE
⑯ INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
⑰ INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
⑱ INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
⑲ INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
LEGEND
WATER
WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
3/4" DUAL WATER METERS W/ 1" COPPER WATER LATERALS
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4', 22 1/2', 45', 90' BEND
SEWER
SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
48" STUB AND CAP
SEWER BACK WATER VALVE
SEWER CONSTRUCTION NOTES
1 INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2 INSTALL 15" PVC SEWER MAIN
3 INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4 INSTALL 15" PVC SEWER STUB & CAP
5 INSTALL 8" PVC SEWER MAIN
6 INSTALL 8" PVC SEWER STUB & CAP
BASIS OF BEARINGS
NORTH 00°13'33" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.
M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)
HEIGHT 2466.56824ift (NAVD'88)
BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NAVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) - 2.546 = 2659.468 IFT (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD AND BOLSA DRIVE
NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LVB
FEMA FLOOD ZONE
FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 192+50 - 186+50
MOHAVE COUNTY
ARIZONA
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05
SHEET
UP-3
9 OF 16 SHEETS
SCI PROJECT# 18449.03.02

Engineering drawing: East Loop Road Section 3 Improvements — Utility Plan and Profile, STA. 183+50 – 174+50. Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) 1" = 40', Scale (V) 1" = 4'. Drawn by EMG, Checked by MPB, Date 8/25/05. Sheet UP-4 of 16. SC Project 18440.03.02. Preliminary Issue for Review — Not for Construction 10-18-05.

ST-RH036818

Q:\18449\dwg\Imp -S03\S03_DT1-DT5.dwg, 4/3/2006 2:20:13 PM, \\LVG-PS1\hp5500-survey-pcl,
1:2.15269

NOTES:

1. ALL FITTINGS AND EXPOSED REBAR TO BE COATED WITH EC 244 AND WRAPPED WITH TWO LAYERS OF 6 MIL. POLYETHYLENE.
2. TABLE BELOW DENOTES MINIMUM BEARING AREA OR VOLUME OF THRUST BLOCK. SPECIAL DESIGN FOR EACH INSTALLATION IS REQUIRED IF ALLOWABLE SOIL BEARING CAPACITY IS LESS THAN 3000 P.S.F.
3. PLACE CONCRETE AGAINST UNDISTURBED EARTH.
4. VERTICAL SURFACES NOT BEARING AGAINST UNDISTURBED EARTH SHALL BE FORMED.

| SIZE OF PIPE | MINIMUM BEARING AREA IN SQUARE FEET | | | | | | CUBIC YARDS OF CONCRETE | | |
|---|---|---|---|---|---|---|---|---|---|
| | FIG. 1 | FIG. 2 | FIG. 3 | | | | FIG. 4 | | |
| | | | 90° | 45° | 22-1/2° | 11-1/4° | 45° | 22-1/2° | 11-1/4° |
| 4" | | 2 | 2 | 1 | 1 | 1 | 1.0 | .5 | .5 |
| 6" | 2 | 3 | 3 | 2 | 1 | 1 | 1.5 | 1.0 | .5 |
| 8" | 2 | 5 | 6 | 3 | 2 | 1 | 2.0 | 1.0 | .5 |
| 10" | 3 | 7 | 10 | 5 | 3 | 1 | 4.0 | 2.0 | 1.0 |
| 12" | 3 | 10 | 14 | 8 | 4 | 2 | SPECIAL DESIGN | | |
| 14" | 4 | 14 | 20 | 10 | 5 | 3 | | | |
| 16" | 4 | 20 | 24 | 12 | 7 | 4 | | | |
| 18" | 5 | 24 | 30 | 16 | 10 | 5 | | | |
| 20" | 5 | 28 | 40 | 20 | 12 | 6 | | | |

A/DT2 THRUST BLOCK DETAILS
PUBLIC STREET
N.T.S.

NOTES:

1. NO STONES OR LUMPS GREATER THAN 3" PERMITTED IN TRENCH 2' OR LESS IN WIDTH.
2. IF SAWCUT IS WITHIN THREE FEET OF EDGE OF EXISTING ASPHALT CONCRETE SURFACE OR OTHER PATCH, REMOVE EXISTING PAVEMENT TO THAT EDGE AND REPLACE ENTIRE SECTION.
3. PATCHES SHALL BE WIDTH (4 FEET MINIMUM) SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUTS SHALL NOT BE PLACED IN THE WHEEL PATH AREA.
4. FOR CONDUIT TRENCHES 6 INCHES WIDE OR LESS WITHIN 2 FEET OF THE CURB, PATCHES SHALL EXTEND A MINIMUM OF 4 FEET FROM LIP OF GUTTER AND PAVEMENT SHALL BE REMOVED TO CURB AND GUTTER; WIDTH SHALL BE SUFFICIENT TO ACCOMMODATE MECHANICAL PLACEMENT USING AGENCY APPROVED SPREADER BOX OR PAVING MACHINE, ROLLING AND COMPACTION PER UNIFORM STANDARD SPECIFICATION SECTION 401.03.11. SAWCUT SHALL NOT BE PLACED IN WHEEL PATH AREA.
5. TRENCH WIDTH, BEDDING, SUBGRADE AND PIPE ZONE REQUIREMENTS FOR UTILITY INSTALLATIONS SHALL CONFORM TO THE RESPECTIVE AGENCY REQUIREMENTS.
6. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY. SEE STANDARD DRAWING NO. 505 FOR PIPE BEDDING METHODS.
7. LAS VEGAS VALLEY WATER DISTRICT REQUIRES PIPE BEDDING AND BACKFILL WITHIN THE PIPE ZONE TO BE OF THE SAME MATERIAL.

C/DT2 TRENCH BACKFILL DETAIL
PUBLIC STREET
N.T.S.

E/DT2 CONCRETE ENCASEMENT DETAIL
NTS

CLASS B BEDDING (NORMAL BEDDING)

CLASS A BEDDING (CONCRETE BEDDING)

| TABLE 1 | | | | | |
|---|---|---|---|---|---|
| PIPE SIZE | B | A | PIPE SIZE | B | A |
| 6" | 4" | 4" | 24" | 6" | 6" |
| 8" | 4" | 4" | 27" | 7" | 6" |
| 10" | 4" | 4" | 30" | 8" | 6" |
| 12" | 4" | 4" | 33" | 8" | 6" |
| 15" | 4" | 4" | 36" | 9" | 6" |
| 18" | 5" | 5" | 39" | 9" | 6" |
| 21" | 5" | 5" | 42" | 10" | 6" |

D = OUTSIDE DIAMETER OF PIPE
W = OUTSIDE DIAMETER OF PIPE + 24" MAXIMUM

NOTES:

1. PIPE BEDDING TO BE COMPACTED TO AT LEAST 90% OF MAXIMUM DENSITY. SUBGRADE SHALL CONFORM TO RESPECTIVE ENTITY REQUIREMENTS.
2. INDICATED THICKNESS OF BEDDING MATERIAL TO BE CONSTRUCTED UNDER THE BARREL. SUBGRADE TO BE EXCAVATED TO PROVIDE 2" CLEARANCE UNDER THE BELL.
3. OTHER BEDDING METHODS MAY BE SPECIFIED OR APPROVED.
4. CRUSHED ROCK MAY BE USED FOR PIPE BEDDING ONLY IF MATERIAL USE HAS BEEN SPECIFICALLY APPROVED BY THE GOVERNING AGENCY.

B/DT2 PIPE TRENCH BEDDING METHODS
PUBLIC STREET
N.T.S.

NOTES:

1. FIRE HYDRANT INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 756 AND M.A.G. STANDARD DETAILS NO. 360 AND 361.
2. VALVE BOX INSTALLATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630 AND M.A.G. STANDARD DETAIL 270 AND 391.

D/DT2 FIRE HYDRANT ASSEMBLY DETAIL
PUBLIC STREET
N.T.S.

FLEXIBLE COUPLING DETAIL - A-P12 F/DT2
NOT TO SCALE

DOUBLE MECHANICAL JOINT

| PIPE SIZE | TIE ROD DIA | NO. TIE RODS REQ'D | TIE BOLT DIA |
|---|---|---|---|
| 8" | •" | 2 | •" |
| 10" | •" | 4 | •" |
| 12" | •" | 4 | •" |
| 14" | 1" | 4 | 1" |
| 16" | 1" | 4 | 1" |
| 18" | 1" | 6 | 1" |
| 24" | 1" | 10 | 1" |
| 36" | 1" | 20 | 1" |

NOTES:

1. PROVIDE TIE RODS WHERE FLEXIBLE COUPLING RESTRAINTS ARE SPECIFIED AND AT ALL OTHER LOCATIONS INDICATED ON THE DRAWINGS
2. ORIENT AND SPACE TIE RODS AS REQUIRED TO EVENLY DISTRIBUTE PIPE PRESSURE

Registered Professional Engineer (Civil) 43321 KENNETH T. YAMADA ARIZONA, U.S.A.

| SCALE (H) N.T.S. |
|---|
| SCALE (V) N.T.S. |
| DRAWN BY EMG |
| CHECKED BY MPB |
| DATE 3/31/06 |

NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-1
12 OF 16 SHEETS
SCI PROJECT# 18449.03.03

Q:\18449\dwg\Imp -S03\S03_DT1-DT5.dwg, 4/5/2006 2:20:42 PM, \\LVG-PS1\hp5500-survey-pcl, 1:2.15269

## VALVE VAULT ROOF PLAN (A / DT3)

NOT TO SCALE PL03-2 011201

REMOVABLE CONC SLABS

OPENING FOR VALVE OPERATOR CENTERED OVER OPERATOR * SEE DETAIL (H / DT4)

INTERIOR LIFTING EYE. CENTER OVER PIPE ACCESS MANWAY

INTERIOR LIFTING EYE FOR VALVE OPERATOR.

EXTERIOR LIFTING EYE (TYP) SEE SECTION (A / DT4)

* NOTE

ACTUAL LOCATION OF ROOF OPENING FOR VALVE BOX AND ACTUATOR EXTENSION SHALL BE DETERMINED BY CONTRACTOR, AS A FUNCTION OF THE DIMENSIONS AND CONFIGURATION OF THE ACTUAL EQUIPMENT USED ON THE PROJECT. CONTRACTOR SHALL SUBMIT SCALED SHOP DRAWING PRIOR TO POURING CONCRETE VAULT TOP SLAB.

## WATERSTOP DETAIL (B / DT3)

NOT TO SCALE PL03-3 121099

1/8" PROJECTION ALL RIBS (TYP)

F-APPROX NO OF RIBS ES AND EF OF WATERSTOP

E-MIN BULB THICKNESS

B-MIN STEM THICKNESS @ CTR. BULB

C-MIN STEM THICKNESS @ OUTSIDE

D-CENTER BULB OUTSIDE DIA

| SIZE | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 6"x3/8" | 6" | 3/8" | 3/8" | 7/8" | 1/4" | 6 |

NOTES

1. MATERIAL QUALITY PER SPECIFICATIONS.
2. DIMENSION REQUIREMENTS INDICATED SHOULD BE GIVEN TO SUPPLIERS PRIOR TO PLACING ORDERS.
3. NON-ROUND CENTER BULBS SHALL HAVE A MIN OUTSIDE DIMENSION OF "D".

## WALL OPENING - DIAGONAL REINFORCEMENT DETAIL (C / DT3)

NOT TO SCALE PL03-4 022801

#5 DIAGONALS, EF

PIPE OD + 2"

VAULT FLOOR

2" RADIUS (TYP)

## DETAIL NOTES (D / DT3)

NOT TO SCALE PL03-7 022801

NOTES

1. CONCRETE FOR VAULT STRUCTURES SHALL BE 4000 PSI, UNLESS OTHERWISE SPECIFIED.
2. PIPE OUTLET SHALL BE SHAPED TO FIT THE SPECIFIED PIPE DIAMETER.
3. MAINTAIN A MIN CLEARANCE OF 2" OF COVER FOR REINFORCED STEEL, UNLESS OTHERWISE SPECIFIED.
4. BACKFILL LIMITS OF VAULT EXCAVATION (INCLUDING BELOW VAULT FLOOR) WITH TYPE II AGGREGATE BASE. COMPACT TO 90% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED.

## STANDARD INSTALLATION

UNIMPROVED AREA

VALVE BOX AND COVER SEE DETAIL (1 / DT1)

AC PAVEMENT

TO COMBINATION AIR VALVE ASSEMBLY

SLOPE PIPE UPWARD AT 1/4" PER FT MIN

CEMENT MORTAR LINED & COATED

MLC PIPE OR DUCTILE IRON PIPE

## 3" OR 4" COMB AIR VALVE PROFILE

EXIST OR FUTURE R/W, P/R OR EASEMENT

INSTALL BREAK-AWAY BOLTS THROUGH BOTTOM OF FLANGE

SIDEWALK

#4 BARS EACH WAY

2'-6" SQ x 10" THK CONC PAD (FORMED)

1/2" EXPANSION JOINT MATERIAL

CONC THR BLK W/2-#4 REBAR 2 SQ FT MIN BEARING AREA

FOR PIPING CONTINUATION SEE STANDARD INSTALLATION

SLOPE PIPE UPWARD AT 1/4" PER FT MIN

## 1" OR 2" COMB AIR VALVE PROFILE

EXIST OR FUTURE R/W, P/R OR EASEMENT

INSTALL BREAK-AWAY BOLTS THROUGH BOTTOM OF FLANGE

SIDEWALK

#4 BARS EACH WAY

1/2" EXPANSION JOINT MATERIAL

2'-6" SQ x 10" THK CONC PAD (FORMED)

CONC THR BLK W/2-#4 REBAR 2 SQ FT MIN BEARING AREA

FOR PIPING CONTINUATION SEE STANDARD INSTALLATION

SLOPE PIPE UPWARD AT 1/4" PER FT MIN

LEGEND

- (A) 4" FLG STL OUTLET FOR MLC STLPIPE, FLG TEE FOR DIP
- (B) 4"– 90° FLG DUCTILE IRON BEND
- (C) 4" DUCTILE IRON FLANGE ADAPTOR
- (D) 4" FLG x PO OR FLG x MJ GATE VALVE W/2" OPERATING NUT
- (E) VALVE BOX AND COVER – SEE DETAIL (1 / DT1)
- (F) 4" DUCTILE IRON PC350 PIPE OR 4" PVC CL150 DR18 PIPE
- (G) 4" – 90° FLG x PO OR FLG x MJ CI BEND
- (H) 3" OR 4" COMBINATION AIR VALVE, FLANGED INLET
- (I) 1" OR 2" COMBINATION AIR VALVE, THREADED INLET
- (J) 3" OR 4" MUSHROOM VENT CAP
- (K) 1" OR 2" MUSHROOM VENT CAP
- (L) 2'-0" OD x 4'-0" HIGH STEEL COVER
- (M) 5/8"-11NC BREAK-AWAY ZINC PLATED HEX HD BOLT, HEX NUT AND LOCKWASHER
- (N) 1/2"# x 8" ANCHOR BOLT
- (O) 1" OR 2" CORP STOP, THREADED BOTH ENDS
- (P) 3" OR 4" BALL VALVE – QUARTER TURN – FOR 3" OR 4" COMB AIR VALVE ASSY
- (Q) 4" x 3" FLG DUCTILE IRON REDUCER – FOR 3" COMB AIR VALVE ASSY
- (R) 4" x 2" OR 4" x 1" THREADED STL REDUCING FLANGE
- (S) 4" DUCTILE IRON PC350 PIPE

## PLAN VIEW

R/W

WEAKENED PLANE JOINT (TYP)

IMPROVED AREAS CONTRACTOR TO REPLACE FULL SIDEWALK PANEL.

UNIMPROVED AREAS CONTRACTOR TO CONSTRUCT FORMED 2'-6" SQ x 10" THICK CONCRETE PAD.

EXPANSION JOINT (TYP 3 SIDES)

2'-0" CURB & GUTTER

5'-0" SIDEWALK

NOTE

SEE SPECIFICATIONS FOR ALL APPROVED PRODUCTS

## COMBINATION AIR VALVE ASSEMBLY FOR 1", 2", 3", AND 4" VALVES (E / DT3)

NOT TO SCALE PL09-1 021401

1/4" x 2" x 23-1/2" LG BAR WELDED TO THE TOP INSIDE OF THE STATIONARY UNIT (HORIZONTALLY)

1" THICK INSULATION

24" OD x 3/16" THICK STEEL PIPE SPLIT INTO HALVES AS SHOWN

STEEL PLAN CONTINUOUS HINGE (INSTALLED OUTSIDE OF COVER)

SPLIT UNIT INTO HALVES ALONG THE CENTERLINE

DRILL HOLE FOR 3/4" – 10NC ANCHOR BOLT (TYP 4)

DETAIL "A"

DETAIL "B" (TYP OF 4)

1/4" x 2" x 6" LG STEEL BAR

3/4" ROD

1-1/2" DIA – 2 HOLES AT 180 DEGREE FROM EACH OTHER

1" DIA – 8 HOLES EQUALLY SPACED IN 2 ROWS, 4 HOLES PER ROW

1" STYROFOAM INSULATION

SPLIT SWING UNIT AT THIS POINT

STEEL PLAN CONTINUOUS HINGE (INSTALLED OUTSIDE OF COVER)

DETAIL "C"

3"x2" 11-3/8" LG 3"x3" LG

### DETAIL "A"

1/4" x 2" x 3'-2 3/4" LG BAR WELDED TO THE INSIDE OF THE STATIONARY UNIT (VERTICALLY)

HEX NUT WELDED TO BAR

1" THICK INSULATION

STATIONARY UNIT

3/8" – 16 NC HEX BOLT & WASHER

SWING UNIT

### SECTION A

3/8" – 16 NC HEX BOLT HEX NUT & WASHER

SWING UNIT

HEX NUT WELDED TO BAR

3 SIDES ONLY

LOWER STATIONARY UNIT

### DETAIL "B"

HEX NUT WELDED TO LOWER STATIONARY UNIT

1" THICK INSULATION

LOWER STATIONARY UNIT

1/2"-13 NC HEX BOLT & WASHER

3" x 3" x 1/4" L-IRON BRACKET

### DETAIL "C"

5/8" x 1-1/4" SLOT OPENING (TYP)

7" MIN

1/2"# x 8" ANCHOR BOLT

NOTE

ALL EXPOSED FERROUS METAL SHALL BE COATED PER SPECS SEC 09965. EXTERIOR COLOR TO BE WHITE.

DESIGNER NOTE:

USE ONLY THE APPROPRIATE DRAWING(S) AND DESCRIPTIONS FOR SELECTED SIZE OF COMBINATION AIR VALVE ASSEMBLY.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

SHEET DT-2
13 OF 16 SHEETS
SCI PROJECT# 18449.03.03

Registered Professional Engineer, Certificate No. 43321, KENNETH T. YAMADA, ARIZONA, U.S.A.

Q:\18449\dwg\Imp -S03\S03_DT1-DT5.dwg, 4/3/2006 2:21:09 PM, \\LVG-PS1\hp5500-survey-pcl, 1:2.15269

PIPE SUPPORT TABLE

| NOMINAL PIPE SIZE | A | B | C | D | E | SUPPORTING STL CYL PIPE F | SUPPORTING STL CYL PIPE G | SUPPORTING FLANGE F | SUPPORTING FLANGE G |
|---|---|---|---|---|---|---|---|---|---|
| 12" | 4" | 12" | 3/8" | 5/8" | 6" | 10" | 14" | 14" | 18" |
| 16" | 4" | 12" | 3/8" | 5/8" | 6" | 12" | 16" | 17" | 21" |
| 18" | 4" | 12" | 3/8" | 5/8" | 6" | 14" | 18" | 18" | 22" |
| 20" | 4" | 12" | 3/8" | 5/8" | 6" | 16" | 20" | 20" | 24" |
| 24" | 4" | 12" | 3/8" | 5/8" | 6" | 19" | 23" | 23" | 27" |
| 30" | 5" | 12" | 3/8" | 3/4" | 6" | 23" | 29" | 28" | 34" |
| 36" | 6" | 15" | 3/8" | 3/4" | 6" | 27" | 33" | 33" | 39" |
| 42" | 6" | 18" | 1/2" | 1" | 8" | 32" | 38" | 38" | 44" |
| 48" | 6" | 18" | 1/2" | 1" | 8" | 36" | 42" | 42" | 48" |
| 54" | 6" | 18" | 1/2" | 1" | 8" | 40" | 46" | 47" | 53" |
| 60" | 6" | 18" | 1/2" | 1" | 8" | 44" | 50" | 52" | 58" |
| 66" | 6" | 18" | 1/2" | 1" | 8" | 48" | 54" | 57" | 63" |
| 72" | 6" | 18" | 1/2" | 1" | 8" | 52" | 56" | 62" | 68" |

BRACKET SPACING TABLE

| BRACKET SPACING | FLAT BAR SIZE |
|---|---|
| 5'-0" TO 20'-0" OC MAX | 3" x 3/8" |
| OVER 20'-0" | 4" x 1/2" |

NOTES
1. LANDING PLATFORM REQUIRED EVERY 20'-0" OF HEIGHT OR FRACTION THEREOF FOR OPEN LADDER. FOR LADDER WITH CAGE, PLATFORM SPACING IS 30'-0" MAX (OSHA 1910.27).
2. APPROVAL OF THE ENGINEER REQUIRED FOR ANY BRACKET SPACING OVER 5'-0" OC (SEE BRACKET SPACING TABLE FOR BAR SIZE).
3. LADDER SHALL BE MADE OF MILD CARBON STEEL WITH 3/4"ø SMOOTH BAR RUNGS PLUG WELDED TO RUNNERS.
4. GALVANIZE LADDER ASSEMBLY AFTER WELDING.

## VALVE VAULT SECTIONAL PLAN WITH (1) VALVE AND NO TEE (A / DT5)

NOT TO SCALE

NOTE: ALTERNATE ROWS OF REBAR SO TIES ARE NOT ON TOP OF EACH OTHER.

## VALVE VAULT SECTION WITH (1) VALVE AND NO TEE (C / DT5)

NOT TO SCALE

DESIGNER NOTES:

1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.
2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03-6 AND THE "PIPE LOCATION TABLE" PL03-5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

BACKFILL LIMITS OF VAULT EXCAVATION WITH TYPE II AGGREGATE BASE. COMPACT TO 90% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED (TYP).

## VALVE VAULT SECTIONAL PLAN WITH (3) VALVE AND TEE (B / DT5)

NOT TO SCALE

NOTE: ALTERNATE ROWS OF REBAR SO TIES ARE NOT ON TOP OF EACH OTHER.

## VALVE VAULT SECTION WITH (3) VALVE AND TEE (D / DT5)

NOT TO SCALE

DESIGNER NOTES:

1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.
2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03-6 AND THE "PIPE LOCATION TABLE" PL03-5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

BACKFILL LIMITS OF VAULT EXCAVATION WITH TYPE II AGGREGATE BASE. COMPACT TO 90% OF MAX DENSITY, UNLESS OTHERWISE SPECIFIED (TYP).

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

SHEET DT-4
15 OF 16 SHEETS
SCI PROJECT# 18449.03.03





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD SECTION 3 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

SHEET DT-5
16 OF 16 SHEETS
SCI PROJECT# 18449.03.03