

# Stanley Consultants INC.

April 03, 2006
Project No: 18449.03.00
Invoice No: 0077764

**Total This Invoice**
**$92,000.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

Attn: Bill Roberts

For: Golden Valley Master Plan
     PO No. GVMP1000-29

### Professional Services from January 29, 2006 to March 04, 2006

**Fee**

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| GVR Roadways Aztec Rd 30% | 175,000.00 | 100.00 | 175,000.00 | 0.00 |
| GVR Roadways Aztec Rd Ph 1 | 120,000.00 | 90.00 | 108,000.00 | 60,000.00 |
| GRV Roadways E Loop Rd Ph 1 | 40,000.00 | 100.00 | 40,000.00 | 0.00 |
| GRV Roadways W Loop Rd Ph 1 | 120,000.00 | 90.00 | 108,000.00 | 12,000.00 |
| GRV Roadways N Roundabout Ph 1 | 40,000.00 | 50.00 | 20,000.00 | 20,000.00 |
| Total Fee | 495,000.00 | Total Earned | 451,000.00 | |
| | | Previous Fee Billing | 359,000.00 | |
| | | Current Fee Billing | 92,000.00 | |
| | | **Total Fee** | | **92,000.00** |

**Total This Invoice**    **$92,000.00**

If you have any questions regarding this invoice, please contact
Michael Breach at (702) 369-9396.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057


**Stanley Consultants** INC.

Date: 4/3/2006

Invoice No.   SCI Project # 18449.03.00
Rhodes Homes P.O. # GVMP1000-29

Billing Period: January 1, 2005 through March 4, 2006

## CONTRACT SUMMARY:

| | | |
|---|---|---|
| Total Contract Amount | $ | 495,000.00 |
| Invoice Amount to Date | $ | 451,000.00 |
| Balance Remaining | $ | 44,000.00 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GRV Roadways Aztec Rd 30% | $ 175,000.00 | $ 175,000.00 | $ - | $ - | 100% |
| GRV Roadways Aztec Rd Ph 1 | $ 120,000.00 | $ 48,000.00 | $ 60,000.00 | $ 12,000.00 | 90% |
| GRV Roadways E Loop Rd Ph 1 | $ 40,000.00 | $ 40,000.00 | $ - | $ - | 100% |
| GRV Roadways W Loop Rd Ph 1 | $ 120,000.00 | $ 96,000.00 | $ 12,000.00 | $ 12,000.00 | 90% |
| GRV Roadways N Roundabout Ph 1 | $ 40,000.00 | $ - | $ 20,000.00 | $ 20,000.00 | 50% |
| **Totals** | $ 495,000.00 | $ 359,000.00 | $ 92,000.00 | $ 44,000.00 | |

**TOTAL AMOUNT DUE THIS INVOICE**      $ 92,000.00

Payment Requested By: _(signature)_    Date: 4-4-06
Kent Yamada, Project Manager

Please Remit Payment To:  Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Golden Valley Master Plan_____

Property Location: _____Golden Valley Master Plan_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 77764_____

Payment Amount: _____$92,000.00_____

Payment Period: _____January 1, 2006 through March 4, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 4-4-06

Stanley Consultants, Inc.
Company Name

By: _____

Its: Department Manager

ST-RH027667


RHODES
HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

**Purchase Order**

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-29
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐ _____

Description: 1-01-1200

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-1200 | S | ~~Traffic Studies~~ (ROADWAYS) | 495,000.00 | 0.00 | 495,000.00 |

BILL ROBERTS
AUG 01 2005

Totals: 495,000.00    0.00    495,000.00

_____ Date
_____ Date
Stanley Consultants, Inc    8-1-05 Date

Page 1 of 1

ST-RH027668