*18449.03.00 – .03.05*



# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

**Purchase Order**

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Ship To:**

**Order #:** GVMP1000-29
**Date:** 8/1/2005
**Job:** GVMP-1000 Golden Valley Master Plan

**Approved** ☐ _____

**Description:** 1-01-1200

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-1200 | S | ~~Traffic Studies~~ (ROADWAYS) | 495,000.00 | 0.00 | 495,000.00 |
|  |  |  | 18449.03.00 | 175,000 |  |  |
|  |  |  | 18449.03.01 | 120,000 |  |  |
|  |  |  | 18449.03.02 | 40,000 |  |  |
|  |  |  | 18449.03.03 | 120,000 |  |  |
|  |  |  | 18449.03.04 | 30,000 |  |  |
|  |  |  | 18449.03.05 | 10,000 |  |  |
|  |  |  | **Totals:** | 495,000.00 | 0.00 | 495,000.00 |

BILL ROBERTS
AUG 01 2005

_____ Date
Stanley Consultants, Inc   8-1-05 Date

_____ Date

Page 1 of 1

ST-RH034783