# AZTEC ROAD IMPROVEMENTS FOR GOLDEN VALLEY SOUTH, RHODES HOMES ARIZONA, LLC



PROJECT LOCATION

CHEMEHUEVI DRIVE
HUALAPAI DRIVE
RAMADA ROAD
ADOBE ROAD
AMADO DRIVE
AZTEC ROAD
SHINARUMP ROAD
BACOBI ROAD
AQUARIUS DRIVE

NORTH

## VICINITY MAP



PROJECT SITE

## SHEET INDEX

| COVER | COVER SHEET | 1 OF XX |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF XX |
| DT-1, DT-2 | DETAIL SHEET | 3 & 4 OF XX |
| HC-1 TO HC-3 | HORIZONTAL CONTROL | 5 TO 7 OF XX |
| GR-1 TO GR-3 | GRADING PLAN | 8 TO 10 OF XX |
| PP-1 TO PP-6 | PLAN AND PROFILE | 11 TO 18 OF XX |
| UP-1 TO UP-6 | UTILITY PLAN AND PROFILE | 19 OF XX |
| TC-1 TO TC-3 | TRAFFIC CONTROL SHEET | 25 TO 27 OF XX |
| MS-1 TO MS-3 | MISCELLANEOUS DETAILS | 28 TO 30 OF XX |

## UTILITIES

| SEWAGE DISPOSAL: | (TO BE DETERMINED) |  |  |
| WATER: | (TO BE DETERMINED) |  |  |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3256 GATLIN DRIVE | (928) 718-4000 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY FD'ST | 3327 N. 4TH MAYER RD. | (928) 565-3479 |

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 14, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 21, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD
35" = LATITUDE 35°09'22.40332"N, LONGITUDE 114°02'56.50978"W (NAD '83)
HEIGHT 2466.56824411 (NAVD88)

## BENCHMARK

BENCHMARK # 1 AZT 5" M.C.S.D.
ELEVATION = 2659.46891 (NGVD '29)
ELEVATION = 2658.0111IN (NAVD '88)
CONVERSION = 2666.0111IN (NAVD '88) − 2.546 = 2659.46891 (NGVD '29)
DESCRIPTION: 1.1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999 "D6LS 2034", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD &
60LSA DRIVE.

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD.
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5338

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396



| RHODES HOMES ARIZONA, LLC | Stanley Consultants INC. | SCALE (H) AS NOTED |
| AZTEC ROAD INFRASTRUCTURE IMPROVEMENTS | | SCALE (V) NA |
| COVER SHEET | | DRAWN BY VND |
| MOHAVE COUNTY | ARIZONA | CHECKED BY MPB |
| | | DATE 04/11/05 |

COVER
SHEET 1 OF XX SHEETS

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

ST-RH036749

Q:\184449\dwg\IMP-PLAN-...\AZTEC-ROAD\GENERAL SHEET\AZTEC-RD-GEN_SHEET.dwg, 12/1/2005 2:45:53 PM, 1:2.15269

# GENERAL NOTES

# SEWER

# WATER

# STREET

# SITE GRADING

# EARTHWORK NOTES

# LEGEND

# ABBREVIATIONS





| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AZTEC ROAD IMPROVEMENTS, PHASE 1 | | |
| GENERAL NOTES, LEGENDS AND ABBREVIATIONS | | |
| MOHAVE COUNTY | ARIZONA | |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) NONE | |
|---|---|
| SCALE (V) NONE | |
| DRAWN BY WPB | |
| CHECKED BY WPB | |
| DATE  07-15-05 | |

SHEET G-2
2 OF XX SHEETS

ST-RH036750

Q:\18449\dwg\IMP-PLAN...\AZTEC-ROAD\DETAILS\AZTEC-RD-IMPRVMNT-DETAILS.dwg, 12/2/2005 7:34:01 AM, 1:2.15269

**1** AZTEC ROAD STA. 168+12.85 TO 187+00

**2** AZTEC ROAD STA. 129+00 TO 185+00

**3** TYPICAL AZTEC ROUNDABOUT

TYPICAL STREET SECTION NOTES:
1. FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL GEOTECHNICAL TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
2. LANDSCAPING BY FUTURE DEVELOPER; MAINTAINED BY FUTURE H.O.A.

30% PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
TYPICAL STREET SECTIONS

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NA
SCALE (V) NA
DRAWN BY VAO
CHECKED BY MPB
DATE 07/15/05

SHEET
D1-1

ST-RH036751

Q:\18449\dwg\IMP-PLAN\AZTEC-ROAD\DETAILS\AZTEC-RD-IMPRVMNT-DETAILS.dwg, 12/2/2005 7:37:15 AM, 1:2.15269



SIDEWALK RAMP DETAIL
N.T.S.

SIDEWALK RAMP DETAIL
N.T.S.

6.0' (MIN)

6.5'

10.0'

2:1 OR FLATTER

7.0'

FLOWLINE

4" TH. CONCRETE SIDEWALK

6" END CURB, TYP EA SIDE

DETECTABLE WARNING DETAILS
N.T.S.

DOME SECTION

NOTE:
DETECTABLE WARNING CONSISTING OF TRUNCATED DOMES

2.35"

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AZTEC ROAD IMPROVEMENTS, PHASE 1
MISCELLANEOUS DETAILS

MOHAVE COUNTY                    ARIZONA

SHEET
DT-2

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 309-4366 Fax (702) 309-9793
www.stanleygroup.com

SCALE (H) NA
SCALE (V) NA
DRAWN BY VMD
CHECKED BY MPB
DATE 07/15/05

ST-RH036752



ST-RH036753

Q:\18449\dwg\IMP-PLAN...\TEC-ROAD\HORIZ-CONTROL\AZTEC-RD_HORIZ_CONTROL-PHASE1\AZTEC-RD-IMPRVMNT-HC2.dwg, 12/2/200b ...2:26 AM, 1:2.15269

FOR CONTINUATION SEE ABOVE

FOR CONTINUATION SEE SHEET HC-1

PLAN
HORIZ 1"=40'

PLAN
1"=40'

GRAPHIC SCALE

NORTH

GRAPHIC SCALE

NORTH

SEE SHEET HC-3
FOR ROUNDABOUT
CURVE & LINE DATA

FOR CONTINUATION SEE SHEET HC-3

FOR CONTINUATION SEE BELOW

FOR CONTINUATION SEE SHEET HC-4

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 12-05-05

KEYMAP





RHODES HOMES ARIZONA, LLC
AZTEC ROAD INFRASTRUCTURE IMPROVEMENTS

AZTEC ROAD IMPROVEMENTS, PHASE 1
HORIZONTAL CONTROL PLAN

MOHAVE COUNTY                                    ARIZONA


Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-4386 Fax (702) 369-5793
www.stanleygroup.com

SHEET
HC-2
OF    SHEETS
18449.00

SCALE (H) AS NOTED
SCALE (V) NA
DRAWN BY VND
CHECKED BY MPB
DATE 07/15/05

ST-RH036754



ST-RH036755

Q:\18449\dwg\IMP-PLANS\AZTEC-ROAD\P&P\P&P-PHASE 1\AZTEC - RD-PH1_PP1.DWG, 12/2/2005 7:02:50 AM, 1:2.15269

PROFILE
HORIZ. 1"=40'
VERT. 1"=4'

PLAN
1"=40'

BEGIN PHASE 1, ROAD IMPROVEMENTS

AZTEC ROAD

NORTH

FOR CONTINUATION SEE SHEET PP-2, PHASE1

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RH036756



| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | Stanley Consultants INC. |
| AZTEC ROAD IMPROVEMENTS, PHASE 1 | |
| PLAN AND PROFILE | |
| MOHAVE COUNTY | ARIZONA |

SHEET PP-1

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H)  AS NOTED
SCALE (V)  NA
DRAWN BY  VND
CHECKED BY  MPB
DATE  07/15/05

KEYMAP



ST-RH036757



Q:\1B449\dwg\IMP-PLAN.., ..TEC-ROAD\P&P\P&P-PHASE 1\AZTEC · RD-PH1_PP4.dwg, 12/2/2005 7:24:40 AM, 1:2.15269



FOR CONTINUATION SEE SHEET PP-3

AZTEC ROAD

FOR CONTINUATION SEE SHEET PP-5

PRELIMINARY ISSUE, FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP

| | RHODES HOMES ARIZONA, LLC | | 5620 S. Eastern Avenue, Suite 200 | SCALE (H) AS NOTED | |
|---|---|---|---|---|---|
| SHEET PP-4 | GOLDEN VALLEY RANCH | | Las Vegas, Nevada 89119 (702) 369-6396 Fax (702) 369-6793 www.stanleygroup.com | SCALE (V) NA | |
| OF SHEETS | AZTEC ROAD IMPROVEMENTS, PHASE 1 UTILITY PLAN AND PROFILE | **Stanley Consultants** INC. | | DRAWN BY VMB CHECKED BY MPB DATE 07/18/05 | |
| | MOHAVE COUNTY                    ARIZONA | | | | |

Q:\18449\dwg\IMP-PLANS\AZTEC-ROAD\P&P\P&P-PHASE 1\AZTEC - RD-PH1_PP5.dwg, 12/2/2005 7:28:00 AM, 1:2.15269



PLAN
1"=40'

FOR CONTINUATION SEE SHEET PP-4

AZTEC ROAD

FOR CONTINUATION SEE SHEET PP-6

PROFILE
HORIZ 1"=40'
VERT. 1"=4'

EXISTING GROUND SURFACE

PROFILE GRADE LINE

GRAPHIC SCALE
NORTH

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-06-05

KEYMAP

ST-RH036760

| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) AS NOTED | | | | |
|---|---|---|---|---|---|---|---|---|
| PP-5 | GOLDEN VALLEY RANCH | | 5820 S. Eastern Avenue, Suite 200 | SCALE (V) NA | | | | |
| | AZTEC ROAD IMPROVEMENTS, PHASE 1 | Stanley Consultants INC. | Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | DRAWN BY VND | | | | |
| | PLAN AND PROFILE | | | CHECKED BY MPB | | | | |
| | MOHAVE COUNTY              ARIZONA | | | DATE 07/15/05 | | | | |

Q:\18449\dwg\JMP-PLANS\AZTEC-ROAD\P&P\P&P-PHASE 1\AZTEC - RD-PH1_PP6.dwg, 12/2/2005 7:31:27 AM, 1:2.15269



FOR CONTINUATION SEE SHEET PP-5

AZTEC ROAD

PLAN
1"=40'

PROFILE

PROFILE GRADE LINE

EXISTING GROUND SURFACE

GRAPHIC SCALE

NORTH

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-03-05

| RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|
| GOLDEN VALLEY RANCH | | Stanley Consultants INC. | |
| AZTEC ROAD IMPROVEMENTS, PHASE 1 | | | |
| PLAN AND PROFILE | | | |
| MOHAVE COUNTY | ARIZONA | | |

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) AS NOTED | |
|---|---|
| SCALE (V) NA | |
| DRAWN BY VND | |
| CHECKED BY MPB | |
| DATE 07/18/05 | |

SHEET
PP-6
OF SHEETS
18449.00.10

ST-RH036761





ST-RH036763

Q:\18449\dwg\IMP-PLAN\AZTEC-ROAD\UTIL\UTIL-PH1\AZTEC - RD-PH1_UP2.dwg, 12/2/2005 8:29:45 AM, 1:2.15269





FOR CONTINUATION SEE SHEET UP-13

FOR CONTINUATION SEE SHEET UP-15

PLAN

PROFILE

NORTH

GRAPHIC SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



| RHODES HOMES ARIZONA, LLC | | SCALE (H) AS NOTED | |
|---|---|---|---|
| GOLDEN VALLEY RANCH | | SCALE (V) NA | |
| AZTEC ROAD IMPROVEMENTS, PHASE 1 | | DRAWN BY VND | |
| UTILITY PLAN AND PROFILE | | CHECKED BY MPB | |
| MOHAVE COUNTY          ARIZONA | | DATE 07/17/05 | |

SHEET UP-2

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

ST-RH036764





FOR CONTINUATION SEE SHEET UP-3

AZTEC ROAD

FOR CONTINUATION SEE SHEET UP-5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RH036766

| | RHODES HOMES ARIZONA, LLC | | SCALE (H) AS NOTED | | |
|---|---|---|---|---|---|
| UP-4 | GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (V) NA | | |
| | AZTEC ROAD IMPROVEMENTS, PHASE 1 | | DRAWN BY VAD | | |
| | UTILITY PLAN AND PROFILE | | CHECKED BY MPB | | |
| | MOHAVE COUNTY                    ARIZONA | | DATE 07/15/05 | | |

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com



ST-RH036767



FOR CONTINUATION SEE SHEET UP-5

PLAN
1"=40'

AZTEC ROAD

PROFILE LINE

EXISTING GROUND SURFACE

PROFILE
HORIZ 1"=40'
VERT. 1"=4'

GRAPHIC SCALE

NORTH

KEYMAP

| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) AS NOTED | | | | | | |
| | GOLDEN VALLEY RANCH | | 5820 S. Eastern Avenue, Suite 200 | SCALE (V) NA | | | | | | |
| UP-6 | | | Las Vegas, Nevada 89119 | DRAWN BY VND | | | | | | |
| | AZTEC ROAD IMPROVEMENTS, PHASE 1 | Stanley Consultants INC. | (702) 369-9396 Fax (702) 369-9793 | CHECKED BY MPB | | | | | | |
| | UTILITY PLAN AND PROFILE | | www.stanleygroup.com | DATE 07/15/05 | | | | | | |
| | MOHAVE COUNTY          ARIZONA | | | | | | | | | |

ST-RH036768

Q:\18449\dwg\IMP-PLAN...\AZTEC-ROAD\STRIPING\AZTEC-RD-STRIPING_PHASE1\AZTEC - RD-PH1_ST1.DWG, 12/2/2005 8:07:44 AM, 1:2.15...



BEGIN PHASE 1, ROAD IMPROVEMENTS

FOR CONTINUATION SEE ABOVE

FOR CONTINUATION SEE SHEET ST-2

PLAN
1"=40'

PLAN
1"=40'

AZTEC ROAD

FOR CONTINUATION SEE BELOW

GRAPHIC SCALE

NORTH

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP

| RHODES HOMES ARIZONA, LLC | | Stanley Consultants INC. | SCALE (H) AS NOTED | |
|---|---|---|---|---|
| GOLDEN VALLEY RANCH | | | SCALE (V) NA | |
| AZTEC ROAD IMPROVEMENTS, PHASE 1 | | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com | DRAWN BY VND | |
| STRIPING PLAN | | | CHECKED BY MPB | |
| MOHAVE COUNTY | ARIZONA | | DATE 07/15/05 | |

ST-1

ST-RH036769



