Q:\18449\dwg\IMP-PLAN\EAST LOOP RD EAST\EAST_LOOP_RD_IMP-COVER.dwg, 12/2/2005 9:44:14 AM, 1:2.15269

# EAST LOOP ROAD IMPROVEMENTS, PHASE 1 AT GOLDEN VALLEY RANCH FOR RHODES HOMES ARIZONA, LLC

VICINITY MAP

**SHEET INDEX**

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 9 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 9 |
| PP-1 TO PP-2 | PLAN AND PROFILE | 3 TO 4 OF 9 |
| UT-1 TO UT-2 | UTILITY PLAN AND PROFILE | 5 TO 6 OF 9 |
| HC-1 | HORIZONTAL CONTROL | 7 OF 9 |
| TC-1 | TRAFFIC CONTROL SHEET | 8 OF 9 |
| DT-1 | DETAIL SHEET | 8 OF 9 |

**UTILITIES**

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

**DEVELOPER**

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

**ENGINEER / SURVEYOR**

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

**LEGAL DESCRIPTION**

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**BASIS OF BEARINGS**

NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) – 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

| | |
|---|---|
| SCALE (H) | N.T.S. |
| SCALE (V) | N.T.S. |
| DRAWN BY | EMG |
| CHECKED BY | MPB |
| DATE | 8/31/05 |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD PHASE 1 IMPROVEMENTS
COVER SHEET
MOHAVE COUNTY ARIZONA

SHEET G-1
1 OF 9 SHEETS
SCI PROJECT# 18449.03.02



Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\EAST_LOOP_RD_IMP-GEN_SHEET.dwg, 12/2/2005 9:45:22 AM, 1:2.15269

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PETITION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.
2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY.
3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.
4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.
5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.
6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED . DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.
7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.
8. ANY RELOCATION, MODIFICATION, ECT., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.
9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.
10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.
11. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.
12. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), LATEST EDITION.
13. EXCEPT FOR THE WORK PREFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. WATER/SEWER SEPARATION INCLUDING SERVICE LINES WITHIN THE RIGHT-OF-WAY SHALL MEET THE REQUIREMENTS OF MAG STANDARD DETAILS 404-1 AND R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
4. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
5. SEWER MAIN PIPE AND SERVICE SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. 3034 AND MAG SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D2321.
6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200
9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.
10. SHAPING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 625.3.1.
11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 625. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 1' & 2.5', THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR A CONCRETE FILLET/CHANNEL FROM THE INLET SIDE OF THE MANHOLE TO THE OUTLET SIDE WHICH SHALL HAVE A SLOPE AT A MINIMUM GRADE OF 2.5% TO PREVENT SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.5', REFER TO M.A.G. STANDARD DETAIL NO. 426.
12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "A". NOTE: SEWER SERVICE CROSSING OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER MAG STD. DET. 404.
13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.
14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET.
15. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.
   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS SPECIFICATIONS SECTION 755.
5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.
6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A", AS AMENDED BY THE CITY OF KINGMAN.
9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.
10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.
11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 301.
12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTORS PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITIES CONNECTIONS, ETC.
13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.
14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.
15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND HAVE STRAIGHT ALIGNMENT.
16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-14, AND IN ACCORDANCE WITH M.A.G. SECTION 610.14 FOR DUCTILE IRON PIPE.
17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.

## STREET

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS.

1. ALL DENSITY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 601 FOR ALL WATER AND SEWER TRENCHES. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:
   BLUE STAKE 1-800-STAKE-IT
   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. ALL BACKFILL, PAVEMENT AND SURFACE REPLACEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 200-1 AND M.A.G. STANDARD SPECIFICATION SECTION 336. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.
4. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 205; M.A.G. SPECIFICATION 225 FOR WATERING AND M.A.G. STANDARD SPECIFICATION 301 FOR SUBGRADE PREPARATION.
5. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.
6. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.
7. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.
8. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 333.
9. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.
10. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO.230 & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.
11. ALL POURED CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. STD SPECIFICATIONS, SECTION 505.
12. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY, IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.
13. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS APPROVED BY THE COUNTY ENGINEER.
14. NO PAVING CONSTRUCTION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED PAVED AREA.
15. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.
16. NO JOB SHALL BE CONSIDERED COMPLETED UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS: AND SURVEY MONUMENTS ARE INSTALLED.
17. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MADE AVAILABLE TO THE COUNTY.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. EXISTING STREET AND TRAFFIC SIGNS WILL BE MAINTAINED DURING CONSTRUCTION AND RELOCATED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.
20. THE GENERAL CONTRACTOR SHALL BE REPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE LATEST EDITION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED MAY 9, 2005 PROJECT No. 5926-LV6

## FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-A

AZTEC PARK DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## ENGINEER'S NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.
2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.
3. ADD 2500' TO ALL ELEVATIONS < 500' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.
4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.

## LEGEND

| Symbol | Description |
|---|---|
| FF: 67.20 | FINISHED FLOOR ELEVATION |
| (PAD=66.30) | PAD ELEVATION |
| BFE=XX.XX | BASE FLOOD ELEVATION |
| 2110 | EXISTING GRADE CONTOUR |
| 2445 | MAJOR CONTOUR |
| 2441 | MINOR CONTOUR |
| 80.00 / TC | TOP OF CURB |
| 80.0 / FG | FINISHED GRADE |
| 80.00 / FL | FLOW LINE |
| 80.0 / HP | HIGH POINT |
| 80.00 / CL | CENTER LINE GRADE |
| 80.00 / EOP, 80.00 / EP | EDGE OF PAVEMENT |
| 80.00 / TBC/R | TOP BACK OF CURB BEGIN RADIUS |
| [80.00] / XX | FUTURE GRADE |
| (80.00) / XX | EXISTING GRADE |
| | HIGH POINT SWALE DIRECTION |
| {10+00.00} | CULDESAC STATIONING |
| | SWALE |
| | R/W LINE |
| | CENTER LINE |
| | EXISTING EDGE OF PAVEMENT |
| | EDGE OF PAVEMENT |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | EASEMENT LINE |
| | CURB & GUTTER |
| | EX. CURB & GUTTER |
| | GRADE BREAK |
| | VILLAGE BOUNDARY |
| | DRIVEWAY |
| | S/W RAMP |
| TOP OF SLOPE / TOE OF SLOPE | CUT OR FILL SLOPES |
| | EX. STREETLIGHT |
| | 100 WATT LUMINAIRE |
| | 250 WATT LUMINAIRE |
| | UTILITY POLE |
| | EXISTING SIGNAL WITH LUMINAIRE |
| | STREET NAME SIGN |
| | MISCELLANEOUS SIGN |
| | 36" STOP SIGN |
| | SERVICE POINT |
| | PULL BOX |
| SL | EXISTING STREET LIGHT BOX |
| 506-63-014 | PARCEL NUMBER |
| | EXISTING FIRE HYDRANT |
| | PROPOSED FIRE HYDRANT |
| 8" PVC WATER | PVC WATER MAIN (PUBLIC) |
| | TEE W/VALVE |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE |
| | 45°, 90° BEND |
| | CROSS |
| PRV | INDIVIDUAL PRESSURE REDUCING VALVE |
| | 48" SANITARY SEWER MANHOLE |
| 8" PVC SEWER | PVC SANITARY SEWER MAIN (PUBLIC) |
| | 4" SERVICE LATERAL W/4" WYE |
| BWV | INDIVIDUAL SEWER BACKWATER VALVE |

## ABBREVIATIONS

| Abbreviation | Meaning |
|---|---|
| AVE | AVENUE |
| BC | BACK OF CURB |
| BCR | BACK OF CURB RADIUS |
| BCL | BACK OF CURB LENGTH |
| BM | BENCH MARK |
| BVC | BEGINNING OF VERTICAL CURVE |
| CATV | CABLE TELEVISION |
| C&G | CURB AND GUTTER |
| CE | COMMON ELEMENT |
| C/L OR ℄ | CENTERLINE |
| CFS | CUBIC FOOT PER SECOND |
| CMP | CORRUGATED METAL PIPE |
| COMM DWY | COMMERCIAL DRIVEWAY |
| CONC | CONCRETE |
| CONST | CONSTRUCTION OR CONSTRUCT |
| CS | CURB STATIONING |
| CU YD | CUBIC YARD |
| E | ELECTRIC |
| EVC | END OF VERTICAL CURVE |
| EP | EDGE OF PAVEMENT |
| EX OR EXIST | EXISTING |
| FDC | FIRE DEPARTMENT CONNECTION |
| FF | FINISH FLOOR |
| FG | FINISH GRADE |
| FL OR ℄ | FLOW LINE |
| G | GAS |
| GB | GRADE BREAK |
| HP | HIGH POINT |
| INV | INVERT |
| L | LENGTH |
| MVC | MIDPOINT OF VERTICAL CURVE |
| M.A.G. | MARICOPA ASSOCIATION OF GOVERNMENTS |
| MH | MANHOLE |
| MIN | MINIMUM |
| MUTCD | MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES |
| NTS | NOT TO SCALE |
| PVC | POLYVINYL CHLORIDE |
| PRVT | PRIVATE |
| PC | POINT OF CURVE |
| PCC | POINT OF COMPOUND CURVE |
| PI | POINT OF INTERSECTION |
| PRC | POINT OF REVERSE CURVE |
| PSI | POUNDS PER SQUARE INCH |
| PVI | POINT OF VERTICAL INTERSECTION |
| PT | POINT OF TANGENCY |
| PUE | PUBLIC UTILITY EASEMENT |
| PAE | PEDESTRIAN ACCESS EASEMENT |
| RCB | REINFORCED CONCRETE BOX |
| R/W | RIGHT OF WAY |
| SD | STORM DRAIN |
| SL/STLT | STREET LIGHT |
| SS | SANITARY SEWER |
| STD | STANDARD |
| S/W OR SW | SIDEWALK |
| T | TELEPHONE |
| TC | TOP OF CURB |
| TBD | TO BE DETERMINED |
| TRANS | TRANSITION |
| (TYP) | TYPICAL |
| VC | VERTICAL CURVE |
| VERT | VERTICAL |
| VG | VALLEY GUTTER |
| W | WATER |
| WM | WATER METER |
| YD | YARD |

NOTE:
ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

| | | | | |
|---|---|---|---|---|
| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS

MOHAVE COUNTY ARIZONA

SHEET G-2
2 OF 9 SHEETS

SCI PROJECT# 18449.03.02

ST-RH036773

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\DETAIL\EAST-RD-DETAILS.dwg, 12/2/2005 9:27:07 AM, 1:2.15269

PL
R/W
C.L. WEST LOOP ROAD
R/W
PL
130.0' (PUBLIC)
FUTURE 25.0' COMMON ELEMENT/PUE
80' ROW
25' C.E./PUE
FUTURE 2.0'
FUTURE 0.5'
FUTURE 25.0'
25' COMMON ELEMENT/PUE
0.5'
25.0'
2.0'
FUTURE SCREEN WALL
FUTURE LANDSCAPE VARIES
VARIES
5.0'
8.0' MAX
FUTURE PAD
3.0' MAX RETAINING
MEANDERING SIDEWALK
2% MIN
3:1 MAX
2%
SINGLE CURB TYPE A PER M.A.G. STD. DTL. 222
PG
CURB AND GUTTER TYPE A (TYP.) PER M.A.G. STD. DTL. 220
FOG SEAL (0.12 GAL./SQ.YD.)
2%
PRIME COAT (0.28 GAL./SQ.YD.)
4.5" ASPHALT CONCRETE OVER 28.5" TYPE II AGGREGATE BASE @ 95% COMPACTION
VARIES
5.0'
VARIES
2% MIN
3:1 MAX
MEANDERING SIDEWALK
SCREEN WALL
PAD
8.0' MAX
3.0' MAX RETAINING
4" CONC. SIDEWALK (TYP.) PER M.A.G. STD. DTL. 230

NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.

* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

## 1/DT-1 TYPICAL EAST LOOP RD. STREET SECTION

FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 TO 154+50.00) 1"=10'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
DETAIL SHEET

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 10'
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 7/25/05

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|

SHEET DT-1
9 OF 9 SHEETS
SCI PROJECT# 18449.03.02

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\DETAIL\EAST-RD-DETAILS.dwg, 12/2/2005 9:28:13 AM, 1:2.15269

DOME SECTION

NOTE:
DETECTABLE WARNING CONSISTING OF TRUNCATED DOMES WHICH COMPLY WITH THE DETAIL ABOVE AND CONTRASTING VISUALLY WITH ADJOINING SURFACES SHALL BE PLACED AT THE BEGINNING OF THE SIDEWALK EXTENDING THE FULL WIDTH OF THE SIDEWALK AND TO MINIMUM DEPTH OF 36 INCHES.

## (H) DETECTABLE WARNING DETAILS
PUBLIC STREET
N.T.S.

36" ORANGE POST WITH ONE 3" X 9" HIGH INTENSITY YELLOW (AMBER) REFLECTIVE STRIP, WITH PIN-LOCK SURFACE MOUNT BASE.

APPLY ADHESIVE MATERIAL TO CLEAN SURFACE

## (J) FLEXIBLE CHANNELIZER POST
N.T.S.

TOP OF REINFORCING BAR FLUSH WITH TOP OF CONCRETE

7/8" DIA HOLE

2 #4 BARS CONTINUOUS

#6 BAR X 2'-6" LONG

ISOMETRIC VIEW

℄ PARKING STALL

PARKING BARRIER

2'-6" TO EDGE OF PARKING STALL

PAINTED STRIPES IF SHOWN ON THE DRAWINGS OR REQ'D BY THE SPECIFICATIONS

PLAN

## (K) PRECAST CONCRETE PARKING BARRIER
N.T.S.

REFLECTIVE WHITE PAVEMENT PAINT

CENTERLINE OF PARKING SPACE

## (L) ACCESSIBLE SYMBOL DETAIL
PUBLIC STREET
N.T.S.

REMOVABLE BOLLARD #B4-A ø5"X36" COLOR: EVERGREEN AVAILABLE @ FAIRWEATHER (800)323-1796

LOCKWELL TO INSTALL PER MFG. INSTRUCTIONS

IN GROUND RECEIVER TO INSTALL PER MFG. INSTRUCTIONS

CONC. PAVING PER PLAN

FINISH GRADE

90% COMPACTED SUB-GRADE

CONCRETE FOOTING PER STRUCTURAL ENGINEER

NOTES:
1. CONTRACTOR TO INSTALL PER MANUFACTURERS RECOMMENDATIONS.

## (M) REMOVABLE BOLLARD DETAIL
N.T.S.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY ----
DATE 6/28/05

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
LOOP ROAD IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-2
16 OF 9 SHEETS
SCI PROJECT# 18449.00.00

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\EAST-HORIZONTAL_CONTROL\PHASE-1\EAST_HC1.dwg, 12/2/2005 9:30:10 AM, 1:2.15269

MATCHLINE STA. 185+50.00
SEE BELOW FOR CONTINUATION

MATCHLINE STA. 185+50.00
SEE ABOVE FOR CONTINUATION

MATCHLINE STA. 175+00.00
END OF CONSTRUCTION

PT=180+86.06
PC=180+02
PC=189+91.32
PT=193+99.41
PT=13+87.97
PC=12+30.55
PC=10+04.70
PT=10+91.49

KEYMAP

NORTH

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-227-2600
UNDERGROUND SERVICE (USA)

Avoid overhead power line contact.
Call before you Overhead
1-702-227-2929
NEVADA POWER ENVIRONMENT AND SAFETY SERVICES DEPARTMENT

## BASIS OF BEARINGS

NORTH 00°13'35" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) - 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
HORIZONTAL CONTROL - STA: 175+50 - 195+41.60
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

SHEET HC-1
7 OF 9 SHEETS
SCI PROJECT# 18449.03.02

Q:\18449\dwg\IMP-PLAN\LOOP RD EAST\EAST-PLAN_AND_PROFILE\PHASE-1\EAST_PP1-PP2.dwg, 12/2/2005 9:33:34 AM, 1:2.15269

MATCHLINE STA. 185+50.00
FOR CONTINUATION SEE SHEET PP-2

LOOP ROAD EAST
SCALE: HORIZ 1"=40'

PVI STA = 194+78.30
PVI ELEV = 2570.26

PVI STA = 192+38.16
PVI ELEV = 2565.46

PVI STA = 188+00.84
PVI ELEV = 2575.53
A.D. = -1.00
K = 149.77
150.00' VC

EVCS: 188+75.84
EVCE: 2573.80

BVCS: 187+25.84
BVCE: 2576.50

STA: 185+50.00
ELEV: 2578.79

LOOP ROAD EAST
SCALE: HORIZ 1"=40'
VERT 1"=4'

## LEGEND

- EXISTING GRADE
- TOP OF CURB STATIONING
- FUTURE GRADE
- TOP OF RET. WALL/TOP OF FTG.
- FLOWLINE ELEVATION
- CENTERLINE FINISHED GRADE ELEVATION
- TOP OF CURB ELEVATION
- RATE & DIRECTION OF SLOPE
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- RIGHT OF WAY
- GRADE BREAK
- CENTER LINE
- SCARP (3:1 MAX.)
- FINISH FLOOR ELEVATION
- PAD ELEVATION
- EXISTING CONTOUR
- SITE VISIBILITY RESTRICTION ZONE
- LOT NUMBER
- EDGE OF PAVEMENT
- SIDEWALK
- SUBDIVISION BOUNDARY
- CURB AND GUTTER

## CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)

## NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LV6.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X
AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig 1-800-227-2600

Call before you Overhead 1-702-227-2929

## BASIS OF BEARINGS

NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (FT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE – STA. = 195+50.00 – 185+50.00
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

SHEET PP-1
3 OF 9 SHEETS
SCI PROJECT# 18449.03.02

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\EAST-PLAN_AND_PROFILE\PHASE-1\EAST_PP1-PP2.dwg, 12/2/2005 9:35:05 AM, 1:2.15269

MATCHLINE STA. 185+50.00
FOR CONTINUATION SEE SHEET PP-1

STA: 185+50.00
ELEV: 2578.79

| Station | Proposed | Existing |
|---|---|---|
| 185+00 | 2578.9 | 2578.79 |
| | 2579.9 | 2579.44 |
| | 2580.5 | 2580.09 |
| 184+00 | 2581.2 | 2580.74 |
| | 2581.8 | 2581.39 |
| 183+00 | 2582.1 | 2582.04 |
| | 2582.8 | 2582.69 |
| 182+00 | 2583.5 | 2583.34 |
| | 2584.1 | 2583.99 |
| 181+00 | 2584.8 | 2584.64 |
| | 2585.4 | 2585.29 |
| 180+00 | 2586.2 | 2585.94 |
| | 2586.9 | 2586.59 |
| 179+00 | 2587.7 | 2587.24 |
| | 2588.7 | 2587.89 |
| 178+00 | 2589.3 | 2588.54 |
| | 2589.9 | 2589.19 |
| 177+00 | 2590.5 | 2589.84 |
| | 2591.2 | 2590.49 |
| 176+00 | 2591.9 | 2591.14 |
| | 2592.6 | 2591.79 |
| 175+00 | 2593.2 | 2592.44 |

PVI STA = 177+29.93
PVI ELEV = 2589.45
INTERSECTION OF POD3 ENTRY

STA: 175+00.00
ELEV: 2592.44

LOOP ROAD EAST
SCALE: HORIZ 1"=40'
VERT 1"=4'

LOOP ROAD EAST
SCALE: HORIZ 1"=40'

PT=180+88.05
PC=180+02

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

MATCHLINE STA. 175+00.00
END OF CONSTRUCTION

NORTH

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
PLAN AND PROFILE - STA. - 185+50.00 - 175+00.00
MOHAVE COUNTY ARIZONA

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

SHEET PP-2
4 OF 9 SHEETS

Q:\18449\dwg\IMP-PLAN...LOOP RD EAST\EAST-UTILITY_PLAN\PHASE-1\EAST_UP1-UP2.dwg, 12/2/2005 9:42:08 AM, 1:2.15269

## LOOP ROAD EAST

SCALE: HORIZ 1"=40'

75.19 LF 24" PVC WATERLINE

393.80 LF 24" PVC WATERLINE R=1180.03'

903.26 LF 24" PVC WATERLINE

PC=189+91.32

PT=193+99.41

80' BC TO BC

130' R.O.W.

20' BC

MATCHLINE STA. 185+50.00 FOR CONTINUATION SEE SHEET UP-2

NORTH

KEYMAP

## LOOP ROAD EAST

SCALE: HORIZ 1"=40'
VERT 1"=4'

PVI STA = 194+78.30
PVI ELEV = 2570.26

PVI STA = 192+38.16
PVI ELEV = 2565.46

PVI STA = 188+00.84
PVI ELEV = 2575.53
A.D. = -1.00
K = 149.77
150.00' VC

EVCS: 188+75.84
EVCE: 2573.80

BVCS: 187+25.84
BVCE: 2576.50

STA: 185+50.00
ELEV: 2578.79

STA: 194+67.11
24x24x24 TEE WITH
24" GATE VALVE
INV.=2562.90

STA: 194+62.21
24" GATE VALVE

24" PVC WATERLINE @ S=2.00%

STA: 192+37.13
VERT. ANGEL PT
INV.=2558.30

24" PVC WATERLINE @ S=2.30%

STA: 187+88.45
VERT. ANGEL PT
INV.=2568.63

24" PVC WATERLINE @ S=-1.30%

STA: 185+50.00
INV.=2571.73

60" MIN.

EXISTING GROUND @ CENTERLINE

PROPOSED GRADE @ CENTERLINE

| Station | 195+00 | | 194+00 | | 193+00 | | 192+00 | | 191+00 | | 190+00 | | 189+00 | | 188+00 | | 187+00 | | 186+00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | 2565.9 | 2566.1 | 2566.4 | 2567.1 | 2567.9 | 2568.7 | 2569.6 | 2570.7 | 2572.1 | 2572.6 | 2573.4 | 2574.2 | 2574.7 | 2575.5 | 2575.9 | 2576.5 | 2577.2 | 2577.7 | 2578.4 | 2578.9 | |
| Proposed | | 2569.70 | 2568.70 | 2567.70 | 2566.70 | 2565.70 | 2566.34 | 2567.49 | 2568.64 | 2569.79 | 2570.94 | 2572.09 | 2573.24 | 2574.37 | 2575.35 | 2576.17 | 2576.84 | 2577.49 | 2578.14 | | |

### LEGEND

- (80.0) EG = EXISTING GRADE
- (80.0) TC = TOP OF CURB STATIONING
- (80.0) = FUTURE GRADE
- TW 34.7 / 32.0 = TOP OF RET. WALL/TOP OF FTG.
- 70.16 FL = FLOWLINE ELEVATION
- 70.70 CL = CENTERLINE FINISHED GRADE ELEVATION
- 70.96 TC = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = SCARP (3:1 MAX.)
- FF: 48.9 = FINISH FLOOR ELEVATION
- PAD: 48.0 = PAD ELEVATION
- = EXISTING CONTOUR
- = SITE VISIBILITY RESTRICTION ZONE
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SIDEWALK
- = SUBDIVISION BOUNDARY
- = CURB AND GUTTER

### CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)

### NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LV6

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

### FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X

AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig 1-800-227-2600

Avoid overhead power line contact. Call before you Overhead 1-702-227-2929

### BASIS OF BEARINGS

NORTH 00°13'35" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

### BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) - 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
UTILITY PLAN - STA. = 195+50.00 - 185+50.00

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE

SHEET UP-1
5 OF 9 SHEETS
SCI PROJECT# 18449.03.02

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\EAST-UTILITY_PLAN\PHASE-1\EAST_UP1-UP2.dwg, 12/2/2005 9:42:51 AM, 1:2.15269

MATCHLINE STA. 185+50.00
FOR CONTINUATION SEE SHEET UP-1

185+00 184+00 183+00 182+00 181+00 180+00 179+00 178+00 177+00 176+00 175

80' BC TO BC
130' R.O.W.
903.26 LF 24" PVC WATERLINE
20' BC
20'
PT=180+88.06
PC=180+02
86.75 LF 24" PVC WATERLINE R=2520.00'
130' R.O.W.
80' BC TO BC
481.94 LF 24" PVC WATERLINE
20' BC
20'
10 LF 24" STUB AND CAP PAST CONSTRUCTION PHASE FOR FUTURE CONNECTION 176+00

MATCHLINE STA. 175+00.00
END OF CONSTRUCTION

NORTH

KEYMAP

## LOOP ROAD EAST
SCALE: HORIZ 1"=40'

STA: 185+50.00
ELEV: 2578.79

-1.30%
60" MIN.
24" PVC WATERLINE @ S=-1.30%
STA: 185+50.00
INV.=2571.73

-1.30%
60" MIN.
24" PVC WATERLINE @ S=-1.30%

EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE

PVI STA = 177+29.93
PVI ELEV = 2589.45
INTERSECTION OF PODS ENTRY

60" MIN.
24" PVC WATERLINE @ S=-1.30%
-1.30%

STA: 175+27.06
24" GATE VALVE
STA: 175+20.06
STUB AND CAP FOR FUTURE CONNECTION
INV.=2585.12

STA: 175+00.00
ELEV: 2592.44

2560 2570 2580 2590 2600

| Station | 185+00 | | 184+00 | | 183+00 | | 182+00 | | 181+00 | | 180+00 | | 179+00 | | 178+00 | | 177+00 | | 176+00 | | 175+00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proposed | 2578.9 | 2579.9 | 2580.5 | 2581.2 | 2581.8 | 2582.1 | 2582.8 | 2583.5 | 2584.1 | 2584.8 | 2585.4 | 2586.2 | 2586.9 | 2587.7 | 2588.7 | 2589.3 | 2589.9 | 2590.5 | 2591.2 | 2591.9 | 2592.6 | 2593.2 |
| Existing | 2578.79 | 2579.44 | 2580.09 | 2580.74 | 2581.39 | 2582.04 | 2582.69 | 2583.34 | 2583.99 | 2584.64 | 2585.29 | 2585.94 | 2586.59 | 2587.24 | 2587.89 | 2588.54 | 2589.19 | 2589.84 | 2590.49 | 2591.14 | 2591.79 | 2592.44 |

## LOOP ROAD EAST
SCALE: HORIZ 1"=40'
VERT 1"=4'

### DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-227-2600

Avoid overhead power line contact.
Call before you Overhead
1-702-227-2929

### BASIS OF BEARINGS

NORTH 00°13'35" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

### BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) - 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

### LEGEND

- (80.0) TC = EXISTING GRADE
- (80.0) TC = TOP OF CURB STATIONING
- (80.0) TC = FUTURE GRADE
- TW 34.7 / F 32.0 = TOP OF RET. WALL/TOP OF FTG.
- 70.16 FL = FLOWLINE ELEVATION
- 70.70 PL = CENTERLINE FINISHED GRADE ELEVATION
- 70.86 TC = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- = RETAINING WALL
- = PERIMETER BLOCK WALL
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = SCARP (3:1 MAX.)
- FF: 48.9 = FINISH FLOOR ELEVATION
- PAD: 48.0 = PAD ELEVATION
- = EXISTING CONTOUR
- = SITE VISIBILITY RESTRICTION ZONE
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SIDEWALK
- = SUBDIVISION BOUNDARY
- = CURB AND GUTTER

### NOTE

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LVB.

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

### FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X

AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

### CONSTRUCTION NOTES

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. 5' CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 250 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT5
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
UTILITY PLAN - STA. = 185+50.00 - 175+00.00
MOHAVE COUNTY ARIZONA

SHEET UP-2
6 OF 9 SHEETS
SCI PROJECT# 18449.03.02

Q:\18449\dwg\IMP-PLANS\LOOP RD EAST\EAST-STRIPING_PLAN\PHASE-1\EAST_ST1.dwg, 12/2/2005 9:37:44 AM, 1:2.15269
MATCHLINE STA. 185+50.00
SEE ABOVE FOR CONTINUATION
+20 INSTALL LANE MERGE ARROW
+30 INSTALL LANE MERGE ARROW
+40 INSTALL LANE MERGE ARROW
+50 BEGIN LANE TAPER INSTALL LANE MERGE ARROW
PT=180+88.06
PC=180+02
MATCHLINE STA. 175+00.00
END OF CONSTRUCTION
NORTH
PT=193+99.41
PC=13+87.97
PC = 10+04.70
PC=189+91.32
MACTHLINE STA. 190+00
REFER TO NORTH ROUNDABOUT
IMPROVEMENTS PLANS
BY STANLEY CONSULTANTS
MATCHLINE STA. 185+50.00
SEE BELOW FOR CONTINUATION
KEYMAP
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
EAST LOOP ROAD PHASE 1 IMPROVEMENTS
STRIPING PLAN - STA: 175+30.05 - 195+41.60
MOHAVE COUNTY
ARIZONA
SHEET ST-1
8 OF 9 SHEETS
SCI PROJECT# 18449.03.02
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/25/05

ST-RH036781