Q:\18449\dwg\IMP-PLAN...OP RD WEST\WEST-RD_IMP-COVER.dwg, 12/1/2005 2:02:03 PM, 1:2.15269

# WEST LOOP ROAD IMPROVEMENTS, PHASE 1
## AT GOLDEN VALLEY RANCH FOR
## RHODES HOMES ARIZONA, LLC



**PROJECT LOCATION**



**VICINITY MAP**

## SHEET INDEX

| | | |
|---|---|---|
| COVER | COVER SHEET | 1 OF 20 |
| G-1 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 20 |
| D1-1  D1-2 | DETAIL SHEET | 3 & 4 OF 20 |
| HC-1  TO  HC-3 | HORIZONTAL CONTROL | 5 TO 9 OF 20 |
| PP-1  TO  PP-5 | PLAN AND PROFILE | 10 TO 9 OF 20 |
| UT-1  TO  UT-5 | UTILITY PLAN AND PROFILE | 15 TO 17 OF 20 |
| TC-1  TO  TC-3 | TRAFFIC CONTROL SHEET | 18 TO 20 OF 20 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2222 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3290 GATLIN DRIVE | (928) 718-6000 |
| WASTE DISPOSAL: | MOHAVE COUNTY | 3250 GATLIN DRIVE | (928) 757-0703 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## OWNER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD.
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5500

## DEVELOPER
RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION
A PORTION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 21, TOWNSHIP 21 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 21, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD
35" = LATITUDE 35°05'22.43052"N, LONGITUDE 114°10'58.56300"W (NAD '83)
HEIGHT 2466.5982491 (NAVD'88)

## BENCHMARK
BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2556.46811 (NAVD '29)
CONVERSION = 2652.614ft. (NAVD '88) − 2.546 = 2659.468ft (NVGD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999, "RLS 10141", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD &
BOLSA DRIVE.

NORTH

GRAPHIC SCALE


Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 269-9793
www.stanleygroup.com

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | |
| GOLDEN VALLEY RANCH | |
| WEST LOOP ROAD PHASE 1 IMPROVEMENTS | |
| COVER SHEET | |
| MOHAVE COUNTY | ARIZONA |

| | |
|---|---|
| SCALE (H) N.T.S. | |
| SCALE (V) N.T.S. | |
| DRAWN BY DMG | |
| CHECKED BY MPB | |
| DATE 8/31/05 | |

SHEET
**G-1**

ST-RH036782



## GENERAL NOTES

## SEWER

## WATER

## STREET

## SITE GRADING

## FEMA FLOOD ZONE

## ENGINEERS NOTES

## LEGEND

## ABBREVIATION



| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) N.T.S. |
| GOLDEN VALLEY RANCH | SCALE (V) N.T.S. |
| WEST LOOP ROAD PHASE 1 IMPROVEMENTS | DRAWN BY EMG |
| GENERAL NOTES AND ABBREVIATIONS | CHECKED BY MPB |
| MOHAVE COUNTY            ARIZONA | DATE 8/31/05 |

Stanley Consultants INC.
1800 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9702
www.stanleygroup.com

SHEET
2 OF
31 SHEETS

G-2

ST-RH036783

Q:\18449\dwg\IMP-PLA…OP RD WEST\DETAILS\WEST-RD-DETAILS.dwg, 12/2/2005 8:48:33 AM, 1:2.153

PL
R/W
C.L. WEST LOOP ROAD
R/W
PL
91.0' (PUBLIC)
FUTURE 25.0' COMMON ELEMENT/PUE
54' ROW
12.0' C.E./PUE
FUTURE 2.0'
FUTURE 25.0'
25.0'
2.0'
VARIES
5.0'
VARIES
FUTURE SCREEN WALL
FUTURE LANDSCAPE VARIES
8.0' MAX
FUTURE PAD
3.0' MAX RETAINING
MEANDERING SIDEWALK
2% MIN 3:1 MAX
2%
PG
CURB AND GUTTER TYPE A (TYP.) PER M.A.G. STD. DTL. 220
FOG SEAL (0.12 GAL./SQ.YD.)
MEANDERING SIDEWALK
4:1 MAX
8'
GOLF COURSE
NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
PRIME COAT (0.28 GAL./SQ.YD.)
5" ASPHALT CONCRETE OVER 10" TYPE II AGGREGATE BASE @ 95% COMPACTION
4" CONC. SIDEWALK (TYP.) PER M.A.G. STD. DTL. 230
* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

1/DT-1 TYPICAL WEST LOOP RD. STREET SECTION
FROM STATION 14+00.00 TO 80+50.00
1"=10'

PL
R/W
C.L. WEST LOOP ROAD
R/W
PL
104.0' (PUBLIC)
FUTURE 25.0' COMMON ELEMENT/PUE
54' ROW
25.0' COMMON ELEMENT/PUE
FUTURE 2.0'
FUTURE 25.0'
25.0'
2.0'
VARIES
5.0'
VARIES
FUTURE SCREEN WALL
FUTURE LANDSCAPE VARIES
8.0' MAX
FUTURE PAD
3.0' MAX RETAINING
MEANDERING SIDEWALK
2% MIN 3:1 MAX
2%
PG
CURB AND GUTTER TYPE A (TYP.) PER M.A.G. STD. DTL. 220
FOG SEAL (0.12 GAL./SQ.YD.)
MEANDERING SIDEWALK
SCREEN WALL
PAD
8.0' MAX
3.0' MAX RETAINING
NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
PRIME COAT (0.28 GAL./SQ.YD.)
5" ASPHALT CONCRETE OVER 10" TYPE II AGGREGATE BASE @ 95% COMPACTION
4" CONC. SIDEWALK (TYP.) PER M.A.G. STD. DTL. 230
* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

4/DT-1 TYPICAL WEST LOOP RD. STREET SECTION
FROM STATION 80+50.00 TO 125+00.00
1"=10'

PL
R/W
C.L. WEST LOOP ROAD
R/W
PL
117.0' (PUBLIC)
FUTURE 25.0' COMMON ELEMENT/PUE
80' ROW
12.0' C.E./PUE
FUTURE 2.0'
FUTURE 0.5'
25' COMMON ELEMENT/PUE
0.5'
2.0'
FUTURE 25.0'
25.0'
VARIES
5.0'
VARIES
FUTURE SCREEN WALL
FUTURE LANDSCAPE VARIES
8.0' MAX
FUTURE PAD
3.0' MAX RETAINING
MEANDERING SIDEWALK
2% MIN 3:1 MAX
2%
SINGLE CURB TYPE A PER M.A.G. STD. DTL. 222
PG
CURB AND GUTTER TYPE A (TYP.) PER M.A.G. STD. DTL. 220
FOG SEAL (0.12 GAL./SQ.YD.)
MEANDERING SIDEWALK
4:1 MAX
8'
GOLF COURSE
NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
PRIME COAT (0.28 GAL./SQ.YD.)
5" ASPHALT CONCRETE OVER 10" TYPE II AGGREGATE BASE @ 95% COMPACTION
4" CONC. SIDEWALK (TYP.) PER M.A.G. STD. DTL. 230
* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

2/DT-1 TYPICAL WEST LOOP RD. STREET SECTION
FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 TO 154+50.00)
1"=10'

PL
R/W
C.L. WEST LOOP ROAD
R/W
PL
117.0' (PUBLIC)
FUTURE 25.0' COMMON ELEMENT/PUE
80' ROW
12.0' C.E./PUE
FUTURE 2.0'
FUTURE 0.5'
14' COMMON ELEMENT/PUE
0.5'
2.0'
FUTURE 25.0'
36'
VARIES
5.0'
VARIES
FUTURE SCREEN WALL
FUTURE LANDSCAPE VARIES
8.0' MAX
FUTURE PAD
3.0' MAX RETAINING
MEANDERING SIDEWALK
2% MIN 3:1 MAX
2%
SINGLE CURB TYPE A PER M.A.G. STD. DTL. 222
PG
CURB AND GUTTER TYPE A (TYP.) PER M.A.G. STD. DTL. 220
FOG SEAL (0.12 GAL./SQ.YD.)
MEANDERING SIDEWALK
4:1 MAX
8'
GOLF COURSE
NOTE: FINAL PAVEMENT SECTIONS TO BE BASED ON ADDITIONAL R-VALUE TESTS PERFORMED DURING CONSTRUCTION ON THE ACTUAL SUBGRADE MATERIALS AND TRAFFIC INFORMATION.
PRIME COAT (0.28 GAL./SQ.YD.)
5" ASPHALT CONCRETE OVER 10" TYPE II AGGREGATE BASE @ 95% COMPACTION
4" CONC. SIDEWALK (TYP.) PER M.A.G. STD. DTL. 230
* LANDSCAPING BY FUTURE DEVELOPER MAINTAINED BY FUTURE H.O.A.

3/DT-1 TYPICAL WEST LOOP RD. STREET SECTION
FROM AZTEC WEST TO FIRST ENTRANCE (STATION 125+00.00 TO 154+50.00)
1"=10'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

SCALE (H) 1" = 10'
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENTS
DETAIL SHEET
MOHAVE COUNTY ARIZONA

SHEET DT-1
16 OF 20 SHEETS
SCI PROJECT# 18449.03.03



ST-RH036785



ST-RH036786

Q:\18449\dwg\IMP-PLAN...OOP RD WEST\HORIZONTAL CONTROL\PHASE-1\WEST-RD_HC1-HC3.dwg, 12/2/2005 8:58:46 AM, 1:2.15269



MATCHLINE STA. 163+50.00
FOR CONTINUATION SEE SHEET HC-2

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

GRAPHIC SCALE

NORTH



KEYMAP





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENT
HORIZONTAL CONTROL STA. 163+50.00 - 175+00.00

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/08/05

SHEET HC-3



ST-RH036787





ST-RH036789



ST-RH036790



ST-RH036791



PLAN – WEST LOOP ROAD
SCALE: 1"=40'

PROFILE – WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

FOR CONTINUATION, SEE
OFF-SITE IMPROVEMENTS, SHEET OS-2

MATCHLINE STA. 128+00
FOR CONTINUATION SEE SHEET UP-2

| RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' |
| GOLDEN VALLEY RANCH | | SCALE (V) 1"=4' |
| WEST LOOP ROAD PHASE 1 IMPROVEMENTS | Stanley Consultants INC. | DRAWN BY VND |
| SEWER PLAN AND PROFILE | | CHECKED BY MPB |
| MOHAVE COUNTY                    ARIZONA | | DATE 8/30/05 |

SHEET SS-1

ST-RH036793



ST-RH036794

Q:\18449\dwg\IMP-PLAN...OOP RD WEST\UTILITIES\PHASE-1\WEST-RD_PH1-SEWER.dwg, 12/1/2005 1:31:10 PM, 1:2.15269



PROFILE - WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

PLAN - WEST LOOP ROAD
SCALE: HORIZ 1"=40'

FOR CONTINUATION SEE SHEET UP-2
MATCHLINE STA. 140+00

MATCHLINE STA. 151+50.00
FOR CONTINUATION SEE SHEET UP-4

NORTH

GRAPHIC SCALE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP

| SHEET SS-3 | 3 OF 20 SHEETS | RHODES HOMES ARIZONA, LLC | | 5820 S. Eastern Avenue, Suite 200 | SCALE (H)  1"=40' | | |
| | | GOLDEN VALLEY RANCH | | Las Vegas, Nevada 89119 | SCALE (V)  1"=4' | | |
| | | WEST LOOP ROAD PHASE 1 IMPROVEMENTS | Stanley Consultants INC. | (702) 369-9396 fax (702) 369-9793 | DRAWN BY  VND | | |
| | | SEWER PLAN AND PROFILE | | www.stanleygroup.com | CHECKED BY  WPB | | |
| | | MOHAVE COUNTY | | ARIZONA | DATE  8/30/05 | | |

ST-RH036795

Q:\18449\dwg\IMP-PLAN...\OP RD WEST\UTILITIES\PHASE-1\WEST-RD_PH1-SEWER.dwg, 12/1/2005 1:29:00 PM, 1:2.15269



PROFILE – WEST LOOP ROAD
SCALE: HORZ 1"=40'
VERT 1"=4'

PLAN – WEST LOOP ROAD
SCALE: HORZ 1"=40'

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

KEYMAP

GRAPHIC SCALE

MATCHLINE STA. 151+60.00
FOR CONTINUATION SEE SHEET UP-3

MATCHLINE STA. 163+00.00
FOR CONTINUATION SEE SHEET UP-5

| SHEET SS-4 | 4 OF 20 SHEETS | RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | | Stanley Consultants INC. | 5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>(702) 369-9396 fax (702) 369-5763<br>www.stanleygroup.com | SCALE (H) 1"=40' | | | |
| | | | | | | SCALE (V) 1"=4' | | | |
| | | WEST LOOP ROAD PHASE 1 IMPROVEMENTS<br>SEWER PLAN AND PROFILE | | | | DRAWN BY EWG | | | |
| | | | | | | CHECKED BY MPB | | | |
| | | MOHAVE COUNTY | ARIZONA | | | DATE 8/30/05 | | | |

ST-RH036796



PROFILE - WEST LOOP ROAD
SCALE: HORIZ. 1"=40'
VERT 1"=4'

PLAN - WEST LOOP ROAD
SCALE: 1"=40'

MATCHLINE STA. 163+00
FOR CONTINUATION SEE SHEET UP-4

48" SSMH # WLR-12
STA: 163+00.00
RIM = 2553.20
INV IN = 2545.01
INV OUT = 2544.96

48" SSMH # WLR-13
STA: 168+41.63
RIM = 2558.79
INV IN = 2506.80
INV OUT = 2500.76

48" SSMH # WLR-14
STA: 171+07.29
RIM = 2566.64
INV IN = 2553.60
INV OUT = 2553.57

GRAPHIC SCALE

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD PHASE 1 IMPROVEMENTS
SEWER PLAN AND PROFILE
MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (X)  1"=40'
SCALE (Y)  1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 8/30/05

SHEET
SS-5
18449.03.01

ST-RH036797

Q:\18449\dwg\IMP-PLAN...LOOP RD WEST\UTILITIES\PHASE-1\WEST-RD_OFFSITE-SEWER.dwg, 12/1/2005 11:38:55 AM, 1:2.15269



END OFF-SITE SEWER IMPROVEMENTS

LOOP ROAD WEST
SCALE: HORIZ 1"=40'
VERT 1"=4'

LOOP ROAD WEST
SCALE: HORIZ 1"=40'
VERT 1"=4'

LOOP ROAD WEST

60" SSMH # WLR-OS1
STA: 80+83.56
RIM = 2487.47
INV IN 15" = 2573.55
INV OUT 15" = 2473.54
INV 12" = 2479.92 ???

48" SSMH # WLR-OS2
STA: 85+19.46
RIM = 2489.75
INV IN 15" = 2475.18
INV OUT 15" = 2475.19
INV 8" = 2475.30

BVCS 85+00.96
BVCE 2490.84

MATCHLINE STA. 86+50
FOR CONTINUATION SEE SHEET OS-2

KEYMAP

GRAPHIC SCALE

NORTH

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RH036798

| SHEET OS-1 | RHODES HOMES ARIZONA, LLC | Stanley Consultants INC. | SCALE (H) 1"=40' | | |
|---|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-0366 fax (702) 369-9783 www.stanleygroup.com | SCALE (V) 1"=4' | | |
| OF 20 SHEETS | WEST LOOP ROAD IMPROVEMENTS | | DRAWN BY VND | | |
| | SEWER PLAN AND PROFILE | | CHECKED BY MPB | | |
| MOHAVE COUNTY | ARIZONA | | DATE 11/28/05 | | |

Q:\18449\dwg\IMP-PLAN... ..OP RD WEST\UTILITIES\PHASE-1\WEST-RD_OFFSITE-SEWER.dwg, 12/1/2005 11:38:12 AM, 1:2.15269



MATCHLINE STA. 86+50
FOR CONTINUATION SEE SHEET OS-1

LOOP ROAD WEST
SCALE: HORIZ 1"=40'

LOOP ROAD WEST
SCALE: HORIZ 1"=40'
VERT 1"=4'

MATCHLINE STA. 96+50
FOR CONTINUATION SEE SHEET OS-3

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

GRAPHIC SCALE

NORTH

KEYMAP

| | | |
|---|---|---|
| SHEET OS-2 | RHODES HOMES ARIZONA, LLC | 5820 S. Eastern Avenue, Suite 200 |
| 10 OF 20 SHEETS | GOLDEN VALLEY RANCH | Las Vegas, Nevada 89119 |
| SS PROJECT NO. | WEST LOOP ROAD IMPROVEMENTS | (702) 369-9396 Fax (702) 369-9793 |
| 18449.00.0 | SEWER PLAN AND PROFILE | www.stanleygroup.com |
| MOHAVE COUNTY | ARIZONA | Stanley Consultants INC. |

| SCALE (H) 1"=40' | |
|---|---|
| SCALE (V) 1"=4' | |
| DRAWN BY VMD | |
| CHECKED BY MPB | |
| DATE 11/28/05 | |

ST-RH036799

Q:\18449\dwg\IMP-PLANS\LOOP RD WEST\UTILITIES\PHASE-1\WEST-RD_OFFSITE-SEWER.dwg, 12/1/2005 11:37:18 AM, 1:2.15269



LOOP ROAD WEST
SCALE: HORIZ 1"=40'
VERT 1"=4'

LOOP ROAD WEST
SCALE: HORIZ 1"=40'

48" SSMH # WLR-055
STA: 97+99.58
RIM = 2489.98
INV IN 15" = 2481.42
INV OUT 15" = 2481.39

48" SSMH # WLR-056
STA: 102+08.36
RIM = 2494.02
INV IN 15" = 2485.51
INV OUT 15" = 2485.47

48" SSMH # WLR-057
STA: 106+17.15
RIM = 252.516
INV IN 15" = 2489.59
INV OUT 15" = 2489.56
INV 8" = 2490.98

EVCS: 97+43.94
EVCE: 2489.37

MATCHLINE STA. 107+50
FOR CONTINUATION SEE SHEET OS-4

FOR CONTINUATION SEE SHEET OS-2
MATCHLINE STA. 96+50

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

ST-RH036800

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD IMPROVEMENTS
SEWER PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-6396 Fax (702) 369-9763
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | VND |
| CHECKED BY | MPB |
| DATE | 11/28/05 |

SHEET
OS-3
19 OF 20 SHEETS
GVR PROJECT
18449.03.07



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05

LOOP ROAD WEST

ST-RH036801



MATCHLINE STA. 116+00
FOR CONTINUATION SEE SHEET UP-2

PLAN — WEST LOOP ROAD
SCALE: HORIZ 1"=40'

PROFILE — WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD PHASE 1 IMPROVEMENTS
OFFSITE WATERLINE PLAN - STA. 105+00 - 116+00
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-6753
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05



ST-RH036803



ST-RH036804



ST-RH036805



ST-RH036806



ST-RH036807

Q:\18449\dwg\IMP-PLAN...OOP RD WEST\UTILITIES\PHASE-1\WEST-RD_WL1-WL8.dwg, 12/1/2005 2:19:47 PM, 1:2.15269









| | RHODES HOMES ARIZONA, LLC | | SCALE (H) 1"=40' | | | |
| | GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (V) 1"=4' | | | |
| WL-7 | WEST LOOP ROAD PHASE 1 IMPROVEMENTS | 5820 S. Eastern Avenue, Suite 200 | DRAWN BY EMG | | | |
| 8 of 8 | WATERLINE PLAN STA. 69+00 - 75+12.95 | Las Vegas, Nevada 89119 | CHECKED BY MPB | | | |
| | MOHAVE COUNTY                    ARIZONA | (702) 369-9396 Fax (702) 365-9793 | DATE 8/30/05 | | | |

ST-RH036808

Q:\18449\dwg\IMP-PLAN's\LOOP RD WEST\UTILITIES\PHASE-1\WEST-RD_WL1-WL8.dwg, 12/1/2005 2:21:17 PM, 1:2.15269



PROFILE - F STREET
SCALE HORZ 1"=40'
VERT 1"=4'

PLAN - F STREET
SCALE HORIZ 1"=40'

WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-5

WEST LOOP ROAD
FOR CONTINUATION SEE SHEET UP-5

ST-RH036809

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) 1"=40' |
| GOLDEN VALLEY RANCH | SCALE (V) 1"=4' |
| WEST LOOP ROAD PHASE 1 IMPROVEMENTS | DRAWN BY EMG |
| WATERLINE PLAN STA. 25+00 - 31+12.81 | CHECKED BY MPB |
| MOHAVE COUNTY                    ARIZONA | DATE 8/30/05 |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 361-5296 Fax (702) 269-6793
www.stanleygroup.com

SHEET
WL-8

Q:\18449\dwg\IMP-PLAN\LOOP RD EAST\EAST-STRIPING_PLAN\PHASE-1\EAST_ST1.dwg, 12/2/2005 9:37:44 AM, 1:2.15289

MATCHLINE STA. 185+50.00
SEE ABOVE FOR CONTINUATION

+20 INSTALL LANE
MERGE ARROW

+30 INSTALL LANE
MERGE ARROW

+40 INSTALL LANE
MERGE ARROW

+50 BEGIN LANE TAPER
INSTALL LANE MERGE ARROW

MATCHLINE STA. 190+00
REFER TO NORTH ROUNDABOUT
IMPROVEMENTS PLANS
BY STANLEY CONSULTANTS

MATCHLINE STA. 175+00.00
END OF CONSTRUCTION

MATCHLINE STA. 185+50.00
SEE BELOW FOR CONTINUATION

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 10-18-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

EAST LOOP ROAD PHASE 1 IMPROVEMENTS
STRIPING PLAN - STA: 175+30.05 - 195+41.60

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9703
www.stanleygroup.com

SCALE (H)  1" = 40'
SCALE (V)  1" = 4'
DRAWN BY  EMG
CHECKED BY  MPB
DATE  8/25/05

ST-RH036810



ST-RH036811

