# Technical Drainage Study

## For

## East Loop Road Section 3, Golden Valley Ranch Mohave County, AZ

**June 2006**
**SCI Project # 18449.03.02**

**Prepared for:**

**Rhodes Homes Arizona, LLC.**
**2215 Hualapai Mountain Road, Suite H**
**Kingman, Arizona 86401**

**Prepared By:**

**STANLEY CONSULTANTS, INC.**
**5820 South Eastern Avenue, Suite 200**
**Las Vegas, Nevada 89119**
**(702)369-9396**
**Fax (702)369-9793**

# TABLE OF CONTENTS

**1. GENERAL LOCATION AND DEVELOPMENT DESCRIPTION ............ 1**
1.1. Introduction ............ 1
1.2. Location ............ 1
1.3. FEMA Flood Hazard Zone ............ 1
**2. SITE DESCRIPTION ............ 1**
2.1. Description of Property ............ 1
2.2. Pre-developed Drainage Condition ............ 4
2.3. Future Drainage Condition ............ 5
**3. METHODS AND CRITERIA ............ 5**
3.1. Methodology ............ 5
3.2. Drainage Shed and Modeling Convention ............ 5
3.3. Design Storm and Precipitation ............ 8
3.4. Soils ............ 8
3.5. Hydrologic Model Data and Results ............ 8
3.6. Section 3 Flow Capacity ............ 9
**4. COMPARISON OF FLOWS ............ 10**
**5. SUMMARY ............ 12**
**6. REFERENCES ............ 12**

## LIST OF TABLES

**Table 1 - Precipitation** .......... 8
**Table 2 – Future Condition Flow Summary** .......... 8
**Table 3 – Flow Comparison** .......... 10

## LIST OF FIGURES

**Figure 1 – Vicinity Map and Regional Drainage Scheme** .......... 2
**Figure 2 - Flood Insurance Rate Map, Mohave County, Arizona** .......... 3
**Figure 3 – Section 3 Drainage Shed Map** .......... 7
**Figure 4 – Section 3 Flow Comparison** .......... 11

## APPENDICES

### Appendix A Hydrologic Analysis

- HEC-HMS 100-yr, 6-hr Simulation
- HEC-HMS 10-yr, 6-hr Simulation
- NOAA Atlas 14 – Precipitation
- Accumulated 6-Hour Precipitation Depths
- Time of Concentration (STANDARD FORM 4) and Weighted Curve Number Derivation

### Appendix B Street Normal Depth Calculations

- East Loop Road Sta. 175+00
- East Loop Road Sta. 191+00

### Appendix C References

### Appendix D Plans - Not Included with this Study (See Grading Plans this Project)

# 1. GENERAL LOCATION AND DEVELOPMENT DESCRIPTION

## 1.1. Introduction

This study is submitted as the technical drainage study for the proposed improvement plans for Section 3 of the East Loop Road and comprises approximately 1600 feet of the East Loop Road. Section 3 is a portion of the overall roadway system within the master planned community of Golden Valley Ranch.

Golden Valley Ranch is located in the Sacramento Valley of Mohave County, Arizona, more specifically on the south side of the Golden Valley Community, near Kingman.

The purpose of this study is to calculate and evaluate the storm runoff within Section 3 of the East Loop Road.

## 1.2. Location

The Golden Valley Ranch project site consists of Taxpin Numbers 215-01-048, 215-01-075, 215-01-078, 215-01-079, 215-01-080, 215-01-084, 215-01-085, 215-01-092, & 215-15-005 within Township 20 North, Range 18 West and Township 21 North, and Range 18 West, G&SRM, Mohave County, Arizona (Figure 1 - Vicinity Map and Regional Drainage Scheme). East Loop Road Section 3 of the East Loop Road is located in a portion of the south half of the northeast quarter of Section 3, Range 18 West, Township 20 North, G&SRM, Mohave County, Arizona.

## 1.3. FEMA Flood Hazard Zone

Figure 2 is a representation of the Federal Emergency Management Agency (FEMA) Flood Insurance Rate Map (FIRM) for Mohave County, AZ, map number 040058 2325C, dated October 20, 2000. All of Section 3 lies within Zone C. Zone C is the flood insurance rate zone that is above the level of the 500-year flood.

# 2. SITE DESCRIPTION

## 2.1. Description of Property

The project lies on a westerly sloping alluvial fan originating from the Cerbat Mountains to the east and is located between the Thirteen Mile Wash and the Holy Moses Wash. This area is semiarid desert rangeland with covering of desert shrub in poor condition. Section 3 of the East Loop Road is located along the northern edge of the Area 3 residential development.

ST-RH036828

GOLDEN VALLEY RANCH

**Figure 1 – Vicinity Map and Regional Drainage Scheme**

Technical Drainage Study for East Loop Road Section 3,
Golden Valley Ranch 2 of 18 .Stanley Consultants, Inc

ST-RH036829

Q:\18449\Drainage\East Loop Rd\Exhibits_RN\fig 1.dwg, 6/1/2006 11:28:45 AM, \\Lvg-ps1\hp1055c-hp, 1:2.279

GOLDEN VALLEY RANCH

**Figure 2 - Flood Insurance Rate Map, Mohave County, Arizona**

Technical Drainage Study for East Loop Road Section 3,
Golden Valley Ranch 3 of 18 .Stanley Consultants, Inc

ST-RH036831

Q:\18449\Drainage\East Loop Rd\Exhibits_RN\Figure 2 FEMA .dwg, 6/1/2006 11:51:58 AM, \\lvg-ps1\hp5500-tr-pcl, 1:0.714099

FIGURE 2

The project involves the construction of the East Loop Road from station 175+00.00 to station 191+00 which includes a 25' median and two 25' paved drivable surfaces with curb and gutter located within an 80' right-of-way. A sidewalk and a drainage swale will be constructed within each 25' public utility easement located adjacent to the 80' right-of-way. Two entry ways will also be constructed to allow access to Area 3. The drainage swale within the south utility easement will begin on the west side of the west entry. The drainage swale within the north utility easement will begin offsite at station 148+15.48 of the future East Loop Road. Both swales will be constructed up to the projects west limit at station 191+00.

### 2.2. Pre-developed Drainage Condition

The pre-developed drainage condition analyzes the impact of drainage with the developed Section 3 and Area 3 to the south. Other existing offsite areas contributing flow to the site are undeveloped.

The drainage swale located within the utility easement on the north side of the 80' right-of-way will begin where the south boundary of sub-shed OS-3 intersects the future alignment of East Loop Road. At this location a highpoint in the future East Loop Road alignment will prevent flows from sub-shed OS-6 and the Holy Moses Wash Diversion Wash 1 from reaching the swale. The future East Loop Road south of this high point will convey these flows back to the Holy Moses Wash main channel as stated in the Master Drainage Plan for Golden Valley Ranch. The swale will intercept pre-developed flows from sub-shed OS-3 and convey them along the north side of the future alignment of the East Loop Road to the beginning of Section 3. These flows will then combine with flows from OS-4 as they are conveyed westerly to junction point J-S3A. Other offsite flows impacting Section 3 are generated by developed sub-shed P3-45 of Area 3. This sub-shed accounts for the runoff entering Section 3 generated by the entrance to Area 3. No other flows generated by Area 3 enter Section 3. The offsite flows entering the site will combine with flows from onsite sub-shed S3-1 at junction point J-S3A.

Rainfall runoff generated within the roadway portion of sub-shed S3-1 travels westerly along the curb and gutter from the beginning to the end of the project near Aztec Road. Scuppers in the curb will prevent the flow from exceeding the road capacity and will satisfy dry lane criteria for the 10-yr storm event. Flows extracted from the road at the scuppers will enter the drainage swales located in the adjacent utility easements where they are combined with offsite flows and flows generated within the easements. The flows at junction point J-S3A will discharge from the site at station 191+00. As the flows proceed west they will be intercepted by a group of drop inlets located at a low point on East Loop Road just east of Aztec Road. Additional flows from Aztec Road will also be received by the drop inlets. Flows received by the north drop inlet will be conveyed north along the east side of the Aztec Road Alignment to a dual culvert. The dual culvert will deliver the flows under Aztec Road to an open channel. This channel will convey these flows west to The Thirteen Mile Wash. Flows received by the south drop inlet will conveyed southerly to the Common Easement D Shed P3-44 storm drain proposed with the Area 3 drainage study and will combine with flows within the Area 3 Storm. The combined flows will then be discharged west of Aztec Road into the golf course adjacent to Area 2 (See Figure 3, *Section 3 Drainage Shed Map*).

### 2.3. Future Drainage Condition

The future drainage condition analyzes the impact of drainage with the future East Loop Road being developed. All other characteristics with this condition are identical to the pre-developed condition.

Flows generated within the future road way (sub-shed S3-2) will be conveyed within the roadway until they reach Section 3. These flows will begin at the future highpoint located at the beginning of the drainage swale that will be constructed with this project. Flows from sub-shed OS-3 will be received by the drainage swale and will be contained within the swale. The flows received by Section 3 from the development of the future East Loop Road will add to the flows in the pre-developed condition and will discharge at the west end of the Section 3. The future flows within and downstream of Section 3 will maintain the flow patterns discussed in the pre-developed condition.

It is assumed that future developed runoff from offsite sources will be released into the East Loop Road drainage system at pre-developed rates.

## 3. METHODS AND CRITERIA

### 3.1. Methodology

The HEC-HMS model was used for the simulation of flood events in watersheds and river sub-sheds using SCS methods. This computer model simulates the surface runoff response of a drainage water-shed to precipitation by representing the sub-shed as an interconnected system of hydrologic and hydraulic components. Each component models an aspect of the rainfall-runoff process within a portion of the whole water-shed. This water-shed portion is referred to as a sub-shed. The runoff hydrographs of each sub-shed are then combined and a final discharge hydrograph is obtained. HEC-HMS was chosen as the hydrology model since it is the model used in a Preliminary Federal Insurance Study prepared for Mohave County Flood Control District, October 2005 for various watersheds in the Golden Valley and Kingman, AZ area. This adds consistency and reliability in the methodology. Curve numbers were calculated for existing conditions outside the roadways only as the developed property will have to detain flow back to existing conditions. Roadway sub-sheds were calculated as a composite of asphalt and landscaping areas.

Calculations for street and swale capacity are produced using FlowMaster by Haestad Methods, Inc.

### 3.2. Drainage Shed and Modeling Convention

The basic naming convention of the sub-sheds for the exhibits and model are based around the individual drainage shed of the development. Sheds are labeled as P3-44, identifying Area 3, Shed 44. Junction points or points of runoff confluence are identified as J-S5, identifying that it

GOLDEN VALLEY RANCH

is a junction point and a label. An R designates a routing of a shed or junction, therefore R-JS5 represents routing of junction J-S5 to another point.

Technical Drainage Study for East Loop Road Section 3,
Golden Valley Ranch 6 of 18 .Stanley Consultants, Inc

ST-RH036835

Q:\18449\Drainage\East Loop Rd\Exhibits_RN\Figure 3 - Section 3 Drainage Basins.dwg, 6/1/2006 3:52:44 PM, \\lvg-ps1\hp5500-tr-pcl, 1:1.79616

10' TRAP CHAN, 3:1 SS
2-4'X4' RCBC
60" HDPE
PROPOSED DROP INLETS
J-S3A
S3-1
30" HDPE
48" HDPE
WEST LOOP ROAD
EAST LOOP ROAD
AZTEC ROAD
OS-4
S3-2
P3-45
AREA 3
AREA 2
OS-3
Golf Course

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 600 ft.

LEGENDS:
SUB-SHED BOUNDARY (OS-3)
JUNCTION POINT (J-C9)
PROPOSED CHANNEL
PROPOSED PIPE
STORM DRAIN INLET
FLOW DIRECTION
SECTION 3 BOUNDARY

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119 (702) 369-9396

GOLDEN VALLEY RANCH
SECTION 3 DRAINAGE SUB-SHEDS
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY | ARIZONA | FIGURE 3

# East Loop Road Sta. 175+00 - South Half - Roadway - Q100 = 15cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Half - Road |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.96 | ft |
| Elevation Range | .50 to 1.83 | |
| Discharge | 15.00 | cfs |

V:10.0
H:1
NTS

# East Loop Road Sta. 175+00 - South Half - Roadway - Q100 = 15cfs

## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Half - Road |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sk | 013000 | ft/ft |
| Discharge | 15.00 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin( | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficieı | 0.016 | |
| Water Surface Elev. | 0.96 | ft |
| Elevation Range | ).50 to 1.83 | |
| Flow Area | 4.1 | ft² |
| Wetted Perimeter | 20.68 | ft |
| Top Width | 20.29 | ft |
| Actual Depth | 0.46 | ft |
| Critical Elevation | 1.02 | ft |
| Critical Slope | 0.006237 | ft/ft |
| Velocity | 3.62 | ft/s |
| Velocity Head | 0.20 | ft |
| Specific Energy | 1.16 | ft |
| Froude Number | 1.41 | |
| Flow Type | Supercritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+25.00 | 0+52.50 | 0.016 |
| 0+52.50 | 0+65.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+25.00 | 1.00 |
| 0+25.50 | 1.00 |
| 0+25.58 | 0.50 |
| 0+27.00 | 0.58 |
| 0+52.00 | 1.08 |
| 0+52.00 | 1.58 |
| 0+52.50 | 1.58 |
| 0+65.00 | 1.83 |

q:\...\section 3\calcs\flowmaster\section3.fm2 Stanley Consultants, Inc Project Engineer: Information Services
05/30/06 04:31:20 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036838

# East Loop Road Sta. 175+00 - North Half - Roadway - Q10 = 8.5cfs

## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Road |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.88 | ft |
| Elevation Range | .50 to 1.83 | |
| Discharge | 8.50 | cfs |

V:10.0
H:1
NTS

# East Loop Road Sta. 175+00 - North Half - Roadway - Q10 = 8.5cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Road |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sk | 013000 | ft/ft |
| Discharge | 8.50 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Water Surface Elev. | 0.88 | ft |
| Elevation Range | ).50 to 1.83 | |
| Flow Area | 2.7 | ft² |
| Wetted Perimeter | 16.68 | ft |
| Top Width | 16.35 | ft |
| Actual Depth | 0.38 | ft |
| Critical Elevation | 0.92 | ft |
| Critical Slope | 0.006695 | ft/ft |
| Velocity | 3.15 | ft/s |
| Velocity Head | 0.15 | ft |
| Specific Energy | 1.03 | ft |
| Froude Number | 1.36 | |
| Flow Type | 3upercritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+65.00 | 0+77.50 | 0.035 |
| 0+77.50 | 1+05.00 | 0.016 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+65.00 | 1.83 |
| 0+77.50 | 1.58 |
| 0+78.00 | 1.58 |
| 0+78.00 | 1.08 |
| 1+03.00 | 0.58 |
| 1+04.42 | 0.50 |
| 1+04.50 | 1.00 |
| 1+05.00 | 1.00 |

q:\...\section 3\calcs\flowmaster\section3.fm2 Stanley Consultants, Inc Project Engineer: Information Services
05/30/06 04:03:30 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036840

# East Loop Road Sta. 175+00 - North Half - Roadway - Q100 = 15cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Road\ |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.96 | ft |
| Elevation Range | .50 to 1.83 | |
| Discharge | 15.00 | cfs |

2.00
1.80
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0+65.00
0+70.00
0+75.00
0+80.00
0+85.00
0+90.00
0+95.00
1+00.00
1+05.00

V:10.0
H:1
NTS

q:\...\section 3\calcs\flowmaster\section3.fm2
05/30/06 04:29:17 PM © Haestad Methods, Inc.
Stanley Consultants, Inc
37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036841

# East Loop Road Sta. 175+00 - North Half - Roadway - Q100 = 15cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Road\ |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sl( | 013000 | ft/ft |
| Discharge | 15.00 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | oved Lotter's Method |
| Open Channel Weighting | oved Lotter's Method |
| Closed Channel Weightin( | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficie\ | 0.016 | |
| Water Surface Elev | 0.96 | ft |
| Elevation Range | ).50 to 1.83 | |
| Flow Area | 4.1 | ft² |
| Wetted Perimeter | 20.68 | ft |
| Top Width | 20.29 | ft |
| Actual Depth | 0.46 | ft |
| Critical Elevation | 1.02 | ft |
| Critical Slope | 0.006237 | ft/ft |
| Velocity | 3.62 | ft/s |
| Velocity Head | 0.20 | ft |
| Specific Energy | 1.16 | ft |
| Froude Number | 1.41 | |
| Flow Type | Supercritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+65.00 | 0+77.50 | 0.035 |
| 0+77.50 | 1+05.00 | 0.016 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+65.00 | 1.83 |
| 0+77.50 | 1.58 |
| 0+78.00 | 1.58 |
| 0+78.00 | 1.08 |
| 1+03.00 | 0.58 |
| 1+04.42 | 0.50 |
| 1+04.50 | 1.00 |
| 1+05.00 | 1.00 |

# East Loop Road Sta. 175+00 - North Half - Swale - Q10 = 8cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Swa |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.035 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.49 | ft |
| Elevation Range | .00 to 2.08 | |
| Discharge | 8.00 | cfs |

V:10.0
H:1
NTS

# East Loop Road Sta 175+00 - North Half - Swale - Q10 = 8cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Swa |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sl | 013000 | ft/ft |
| Discharge | 8.00 | cfs |

| Options | |
|---|---|
| Current Roughness Meth | ved Lotter's Method |
| Open Channel Weighting | ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficie | 0.035 | |
| Water Surface Elev | 0.49 | ft |
| Elevation Range | .00 to 2.08 | |
| Flow Area | 3.4 | ft² |
| Wetted Perimeter | 9.95 | ft |
| Top Width | 9.86 | ft |
| Actual Depth | 0.49 | ft |
| Critical Elevation | 0.40 | ft |
| Critical Slope | 0.027113 | ft/ft |
| Velocity | 2.36 | ft/s |
| Velocity Head | 0.09 | ft |
| Specific Energy | 0.58 | ft |
| Froude Number | 0.71 | |
| Flow Type | Subcritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 1+06.00 | 1+23.50 | 0.035 |
| 1+23.50 | 1+28.50 | 0.016 |
| 1+28.50 | 1+30.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 1+06.00 | 1.00 |
| 1+12.00 | 0.00 |
| 1+16.00 | 0.00 |
| 1+22.00 | 1.00 |
| 1+23.50 | 1.50 |
| 1+28.50 | 1.57 |
| 1+30.00 | 2.08 |

q:\...\section 3\calcs\flowmaster\section3.fm2 Stanley Consultants, Inc
05/30/06 03:51:21 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036844

# East Loop Road Sta. 175+00 - North Half - Swale - Q100 = 29cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Swa |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.035 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.91 | ft |
| Elevation Range | .00 to 2.08 | |
| Discharge | 29.00 | cfs |

2.50
2.00
1.50
1.00
0.50
0.00
1+04.00
1+08.00
1+12.00
1+16.00
1+20.00
1+24.00
1+28.00
1+32.00

V:10.0
H:1
NTS

q:\...\calcs\flowmaster\section3_sta17500.fm2 Stanley Consultants, Inc Project Engineer: Information Services
06/01/06 08:56:22 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036845

# East Loop Road Sta 175+00 - North Half - Swale - Q100 = 29cfs

## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half - Swa |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sl | 013000 | ft/ft |
| Discharge | 29.00 | cfs |

| Options | |
|---|---|
| Current Roughness Meth | oved Lotter's Method |
| Open Channel Weighting | oved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficie | 0.035 | |
| Water Surface Elev | 0.91 | ft |
| Elevation Range | .00 to 2.08 | |
| Flow Area | 8.7 | ft² |
| Wetted Perimeter | 15.13 | ft |
| Top Width | 14.98 | ft |
| Actual Depth | 0.91 | ft |
| Critical Elevation | 0.80 | ft |
| Critical Slope | 0.022492 | ft/ft |
| Velocity | 3.34 | ft/s |
| Velocity Head | 0.17 | ft |
| Specific Energy | 1.09 | ft |
| Froude Number | 0.77 | |
| Flow Type | Subcritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 1+06.00 | 1+23.50 | 0.035 |
| 1+23.50 | 1+28.50 | 0.016 |
| 1+28.50 | 1+30.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 1+06.00 | 1.00 |
| 1+12.00 | 0.00 |
| 1+16.00 | 0.00 |
| 1+22.00 | 1.00 |
| 1+23.50 | 1.50 |
| 1+28.50 | 1.57 |
| 1+30.00 | 2.08 |

q:\...\calcs\flowmaster\section3_sta17500.fm2 | Stanley Consultants, Inc | Project Engineer: Information Services | FlowMaster v7.0 [7.0005]
06/01/06 08:56:36 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 Page 1 of 1

ST-RH036846

# East Loop Road Sta. 191+00 - South Half - Q10 = 16cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Ha |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.029 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.67 | ft |
| Elevation Range | .00 to 2.08 | |
| Discharge | 16.00 | cfs |

2.50
2.00
1.50
1.00
0.50
0.00
0+00.00
0+10.00
0+20.00
0+30.00
0+40.00
0+50.00
0+60.00
0+70.00

V:10.0
H:1
NTS

q:\...\calcs\flowmaster\section3_sta19100.fm2
05/30/06 05:13:58 PM © Haestad Methods, Inc. Stanley Consultants, Inc 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036847

# East Loop Road Sta. 191+00 - South Half - Q10 = 16cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Ha |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Slc | 013000 | ft/ft |
| Discharge | 16.00 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficiei | 0.029 | |
| Water Surface Elev. | 0.67 | ft |
| Elevation Range | .00 to 2.08 | |
| Flow Area | 5.8 | ft² |
| Wetted Perimeter | 18.50 | ft |
| Top Width | 18.24 | ft |
| Actual Depth | 0.67 | ft |
| Critical Elevation | 0.62 | ft |
| Critical Slope | 0.017555 | ft/ft |
| Velocity | 2.74 | ft/s |
| Velocity Head | 0.12 | ft |
| Specific Energy | 0.79 | ft |
| Froude Number | 0.85 | |
| Flow Type | Subcritical | |

Calculation Messages:
Flow is divided.

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+00.00 | 0+01.50 | 0.035 |
| 0+01.50 | 0+06.50 | 0.016 |
| 0+06.50 | 0+25.00 | 0.035 |
| 0+25.00 | 0+52.50 | 0.016 |
| 0+52.50 | 0+65.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+00.00 | 2.08 |
| 0+01.50 | 1.57 |
| 0+06.50 | 1.50 |
| 0+08.00 | 1.00 |
| 0+14.00 | 0.00 |
| 0+18.00 | 0.00 |

# East Loop Road Sta. 191+00 - South Half - Q10 = 16cfs

## Worksheet for Irregular Channel

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+24.00 | 1.00 |
| 0+25.00 | 1.00 |
| 0+25.50 | 1.00 |
| 0+25.58 | 0.50 |
| 0+27.00 | 0.58 |
| 0+52.00 | 1.08 |
| 0+52.00 | 1.58 |
| 0+52.50 | 1.58 |
| 0+65.00 | 1.83 |

q:\...\calcs\flowmaster\section3_sta19100.fm2
05/30/06 05:14:04 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Stanley Consultants, Inc
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 2 of 2

ST-RH036849

# East Loop Road Sta. 191+00 - South Half - Q10 = 16cfs
## Rating Table for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Ha |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | |
|---|---|
| Discharg 16.00 cfs | |

| Options | |
|---|---|
| Current Roughness Methc | )ved Lotter's Method |
| Open Channel Weighting | )ved Lotter's Method |
| Closed Channel Weightin( | Horton's Method |

| Attribute | Minimum | Maximum | Increment |
|---|---|---|---|
| Channel Slope (ft/ft) | 0.013000 | 0.023000 | 0.005000 |

| Channel Slope (ft/ft) | Water Surface Elevation (ft) | Velocity (ft/s) | Flow Area ($ft^2$) | Wetted Perimeter (ft) | Top Width (ft) |
|---|---|---|---|---|---|
| 0.013000 | 0.67 | 2.74 | 5.8 | 18.50 | 18.24 |
| 0.018000 | 0.63 | 3.14 | 5.1 | 15.75 | 15.53 |
| 0.023000 | 0.60 | 3.47 | 4.6 | 13.62 | 13.44 |

q:\...\calcs\flowmaster\section3_sta19100.fm2
05/30/06 05:14:54 PM © Haestad Methods, Inc.
Stanley Consultants, Inc
37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 1 of 1

ST-RH036850

## East Loop Road Sta. 191+00 - South Half - Q100 = 29.5cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.026 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev | 0.83 | ft |
| Elevation Range | .00 to 2.08 | |
| Discharge | 29.50 | cfs |

# East Loop Road Sta. 191+00 - South Half - Q100 = 29.5cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sl | 013000 | ft/ft |
| Discharge | 29.50 | cfs |

| Options | |
|---|---|
| Current Roughness Meth | oved Lotter's Method |
| Open Channel Weighting | oved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficie | 0.026 | |
| Water Surface Elev | 0.83 | ft |
| Elevation Range | .00 to 2.08 | |
| Flow Area | 9.5 | ft² |
| Wetted Perimeter | 28.51 | ft |
| Top Width | 28.08 | ft |
| Actual Depth | 0.83 | ft |
| Critical Elevation | 0.81 | ft |
| Critical Slope | 0.014756 | ft/ft |
| Velocity | 3.10 | ft/s |
| Velocity Head | 0.15 | ft |
| Specific Energy | 0.98 | ft |
| Froude Number | 0.94 | |
| Flow Type | Subcritical | |

Calculation Messages:
Flow is divided.

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+00.00 | 0+01.50 | 0.035 |
| 0+01.50 | 0+06.50 | 0.016 |
| 0+06.50 | 0+25.00 | 0.035 |
| 0+25.00 | 0+52.50 | 0.016 |
| 0+52.50 | 0+65.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+00.00 | 2.08 |
| 0+01.50 | 1.57 |
| 0+06.50 | 1.50 |
| 0+08.00 | 1.00 |
| 0+14.00 | 0.00 |
| 0+18.00 | 0.00 |

q:\...\calcs\flowmaster\section3_sta19100.fm2 Stanley Consultants, Inc Project Engineer: Information Services FlowMaster v7.0 [7.0005]
05/30/06 05:15:58 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 Page 1 of 2

ST-RH036852

# East Loop Road Sta. 191+00 - South Half - Q100 = 29.5cfs
## Worksheet for Irregular Channel

| Natural Channel Points | |
|---|---|
| Station (ft) | Elevation (ft) |
| 0+24.00 | 1.00 |
| 0+25.00 | 1.00 |
| 0+25.50 | 1.00 |
| 0+25.58 | 0.50 |
| 0+27.00 | 0.58 |
| 0+52.00 | 1.08 |
| 0+52.00 | 1.58 |
| 0+52.50 | 1.58 |
| 0+65.00 | 1.83 |

# East Loop Road Sta. 191+00 - South Half - Q100 = 29.5cfs
## Rating Table for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | |
|---|---|
| Discharg | 29.50 cfs |

| Options | |
|---|---|
| Current Roughness Methc | ɔved Lotter's Method |
| Open Channel Weighting | ɔved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Attribute | Minimum | Maximum | Increment |
|---|---|---|---|
| Channel Slope (ft/ft) | 0.013000 | 0.023000 | 0.005000 |

| Channel Slope (ft/ft) | Water Surface Elevation (ft) | Velocity (ft/s) | Flow Area ($ft^2$) | Wetted Perimeter (ft) | Top Width (ft) |
|---|---|---|---|---|---|
| 0.013000 | 0.83 | 3.10 | 9.5 | 28.51 | 28.08 |
| 0.018000 | 0.79 | 3.52 | 8.4 | 25.86 | 25.47 |
| 0.023000 | 0.76 | 3.88 | 7.6 | 23.87 | 23.52 |

q:\...\calcs\flowmaster\section3_sta19100.fm2 Stanley Consultants, Inc Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
05/30/06 05:16:19 PM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 Page 1 of 1

ST-RH036854

# East Loop Road Sta. 191+00 - North Half - Q10 = 46cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.027 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 1.22 | ft |
| Elevation Range | .00 to 2.58 | |
| Discharge | 46.00 | cfs |

# East Loop Road Sta 191+00 - North Half - Q10 = 46cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Slc | 013000 | ft/ft |
| Discharge | 46.00 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficiei | 0.027 | |
| Water Surface Elev. | 1.22 | ft |
| Elevation Range | .00 to 2.58 | |
| Flow Area | 11.7 | ft² |
| Wetted Perimeter | 22.93 | ft |
| Top Width | 22.43 | ft |
| Actual Depth | 1.22 | ft |
| Critical Elevation | 1.20 | ft |
| Critical Slope | 0.013899 | ft/ft |
| Velocity | 3.94 | ft/s |
| Velocity Head | 0.24 | ft |
| Specific Energy | 1.47 | ft |
| Froude Number | 0.96 | |
| Flow Type | Subcritical | |

Calculation Messages:
Flow is divided.

**Roughness Segments**

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+65.00 | 0+77.50 | 0.035 |
| 0+77.50 | 1+05.00 | 0.016 |
| 1+05.00 | 1+23.50 | 0.035 |
| 1+23.50 | 1+28.50 | 0.016 |
| 1+28.50 | 1+30.00 | 0.035 |

**Natural Channel Points**

| Station (ft) | Elevation (ft) |
|---|---|
| 0+65.00 | 2.33 |
| 0+77.50 | 2.08 |
| 0+78.00 | 2.08 |
| 0+78.00 | 1.58 |
| 1+03.00 | 1.08 |
| 1+04.42 | 1.00 |

q:\...\calcs\flowmaster\section3_sta19100.fm2
06/01/06 10:15:25 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666
Stanley Consultants, Inc
Project Engineer: Information Services
FlowMaster v7.0 [7.0005]
Page 1 of 2

ST-RH036856

**East Loop Road Sta 191+00 - North Half - Q10 = 46cfs**
**Worksheet for Irregular Channel**

| Natural Channel Points | |
|---|---|
| Station (ft) | Elevation (ft) |
| 1+04.50 | 1.50 |
| 1+05.00 | 1.50 |
| 1+06.00 | 1.50 |
| 1+12.00 | 0.00 |
| 1+16.00 | 0.00 |
| 1+22.00 | 1.50 |
| 1+23.50 | 2.00 |
| 1+28.50 | 2.08 |
| 1+30.00 | 2.58 |

Project Engineer: Information Services
q:\...\calcs\flowmaster\section3_sta19100.fm2 Stanley Consultants, Inc FlowMaster v7.0 [7.0005]
06/01/06 10:15:25 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 Page 2 of 2
ST-RH036857

# East Loop Road Sta. 191+00 - North Half - Q10 = 46cfs
## Rating Table for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Hal |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | |
|---|---|
| Discharg 46.00 | cfs |

| Options | |
|---|---|
| Current Roughness Metho | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Attribute | Minimum | Maximum | Increment |
|---|---|---|---|
| Channel Slope (ft/ft) | 0.013000 | 0.023000 | 0.005000 |

| Channel Slope (ft/ft) | Water Surface Elevation (ft) | Velocity (ft/s) | Flow Area (ft²) | Wetted Perimeter (ft) | Top Width (ft) |
|---|---|---|---|---|---|
| 0.013000 | 1.22 | 3.94 | 11.7 | 22.93 | 22.43 |
| 0.018000 | 1.15 | 4.55 | 10.1 | 18.35 | 17.94 |
| 0.023000 | 1.09 | 5.05 | 9.1 | 14.71 | 14.37 |

# East Loop Road Sta. 191+00 - North Half - Q100 = 135.5cfs
## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.024 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 1.67 | ft |
| Elevation Range | .00 to 2.58 | |
| Discharge | 135.50 | cfs |

# East Loop Road Sta 191+00 - North Half - Q100 = 135.5cfs
## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Slc | 013000 | ft/ft |
| Discharge | 135.50 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin( | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficiei | 0.024 | |
| Water Surface Elev. | 1.67 | ft |
| Elevation Range | ).00 to 2.58 | |
| Flow Area | 27.3 | ft² |
| Wetted Perimeter | 45.42 | ft |
| Top Width | 44.50 | ft |
| Actual Depth | 1.67 | ft |
| Critical Elevation | 1.71 | ft |
| Critical Slope | 0.010214 | ft/ft |
| Velocity | 4.96 | ft/s |
| Velocity Head | 0.38 | ft |
| Specific Energy | 2.05 | ft |
| Froude Number | 1.12 | |
| Flow Type | 3upercritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+65.00 | 0+77.50 | 0.035 |
| 0+77.50 | 1+05.00 | 0.016 |
| 1+05.00 | 1+23.50 | 0.035 |
| 1+23.50 | 1+28.50 | 0.016 |
| 1+28.50 | 1+30.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+65.00 | 2.33 |
| 0+77.50 | 2.08 |
| 0+78.00 | 2.08 |
| 0+78.00 | 1.58 |
| 1+03.00 | 1.08 |
| 1+04.42 | 1.00 |
| 1+04.50 | 1.50 |
| 1+05.00 | 1.50 |
| 1+06.00 | 1.50 |

q:\...\calcs\flowmaster\section3_sta19100.fm2 Stanley Consultants, Inc Project Engineer: Information Services
06/01/06 10:16:39 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 FlowMaster v7.0 [7.0005] Page 1 of 2

ST-RH036860

## East Loop Road Sta 191+00 - North Half - Q100 = 135.5cfs
## Worksheet for Irregular Channel

| Natural Channel Points | |
|---|---|
| Station (ft) | Elevation (ft) |
| 1+12.00 | 0.00 |
| 1+16.00 | 0.00 |
| 1+22.00 | 1.50 |
| 1+23.50 | 2.00 |
| 1+28.50 | 2.08 |
| 1+30.00 | 2.58 |

q:\...\calcs\flowmaster\section3_sta19100.fm2 Stanley Consultants, Inc Project Engineer: Information Services
06/01/06 10:16:39 AM © Haestad Methods, Inc. 37 Brookside Road Waterbury, CT 06708 USA +1-203-755-1666 FlowMaster v7.0 [7.0005]
Page 2 of 2

ST-RH036861

# East Loop Road Sta. 191+00 - North Half - Q100 = 135.5cfs
## Rating Table for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - North Half |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | |
|---|---|
| Discharg | 35.50 cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Attribute | Minimum | Maximum | Increment |
|---|---|---|---|
| Channel Slope (ft/ft) | 0.013000 | 0.023000 | 0.005000 |

| Channel Slope (ft/ft) | Water Surface Elevation (ft) | Velocity (ft/s) | Flow Area (ft²) | Wetted Perimeter (ft) | Top Width (ft) |
|---|---|---|---|---|---|
| 0.013000 | 1.67 | 4.96 | 27.3 | 45.42 | 44.50 |
| 0.018000 | 1.61 | 5.48 | 24.7 | 45.18 | 44.33 |
| 0.023000 | 1.57 | 5.94 | 22.8 | 44.29 | 43.47 |

GOLDEN VALLEY RANCH

# APPENDIX C

## REFERENCES

Appendix

ST-RH036863

KINGMAN AREA MASTER DRAINAGE PLAN DESIGN AND ADMINISTRATIVE MANUAL 36,

# 7. STREET DRAINAGE

STREET FLOW CRITERIA

## 7.1 ALLOWABLE INUNDATION OF STREETS

Design standards for the collection and conveying of runoff water on public streets is based on an acceptable frequency of traffic interference. That is, depending on the width (and hence classification) of the street, certain traffic lanes can be fully inundated after exceeding the design storm frequency.

Street drainage shall be governed by Table 7.1.

**Table 7.1 Design Storm Frequencies for Street Drainage (Years)**

| | |
|---|---|
| LONGITUDINAL STREET FLOW | |
| No curb overtopping * (For 4 or more laned streets at least 1 traffic lane free of water in each direction.) | 10 |
| Flow to be calculated assuming contained in right-of-way with top water elevation within 1 foot of lowest finished floors. | 100 |
| CROSS STREET FLOW | |
| No flow across streets ** | 10 |
| 1.0 feet of depth at crown | 100 |

* Where no curb exists, maximum depth to be 0.5 feet over crown
** Except at designated dip crossings.

Regardless of the size of the culvert, bridge or dipped section, the street crossing is to be designed to convey the 100-year storm runoff under and/or over the road to an area downstream of the crossing to which the flow would have gone in the absence of the street crossing.

For flows crossing broad shallow washes where the construction of a culvert is not practical or desirable, the road should be dipped to allow the entire flow across the road. The pavement through the dip should have a one way slope and curbing and medians must not be raised. For these situations approval is to be obtained from the ENGINEER.

## 7.2 GUTTER FLOW

Longitudinal street flow for events less than the 10 year recurrence interval will frequently be contained within the street section by the curb and gutter. The calculation of a theoretical gutter capacity can be performed using Manning's equation as previously presented. Because splashing, waves from traffic and cars parked in the gutter frequently reduce the actual gutter capacity, a reduction factor must be applied to theoretical flow to determine actual gutter capacity. Figure 7-1 presents a nomograph for allowable gutter capacity and already includes a reduction factor.



*Drainage Design Manual for Maricopa County* *Hydrology: Rainfall*

**Figure 2.5**
**AREA VERSUS PATTERN NUMBER FOR MARICOPA COUNTY**

Pattern Number
5
4
3
2
1
0.1
1
10
100
1000
Drainage Area, in square miles

November 2003 (Draft) 2-15

ST-RH036865

**Table 2.4**
**6-HOUR DISTRIBUTIONS**

| | Percent of Rainfall Depth* | | | | |
|---|---|---|---|---|---|
| **Time, in hours** | **Pattern 1** | **Pattern 2** | **Pattern 3** | **Pattern 4** | **Pattern 5** |
| 0:00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0:15 | 0.8 | 0.9 | 1.5 | 2.1 | 2.4 |
| 0:30 | 1.6 | 1.6 | 2.0 | 3.5 | 4.3 |
| 0:45 | 2.5 | 2.5 | 3.0 | 5.1 | 5.9 |
| 1:00 | 3.3 | 3.4 | 4.8 | 7.1 | 7.8 |
| 1:15 | 4.1 | 4.2 | 6.3 | 8.7 | 9.8 |
| 1:30 | 5.0 | 5.1 | 7.6 | 10.5 | 11.9 |
| 1:45 | 5.8 | 5.9 | 9.0 | 12.5 | 14.1 |
| 2:00 | 6.6 | 6.7 | 10.5 | 14.3 | 16.2 |
| 2:15 | 7.4 | 7.6 | 11.9 | 16.0 | 18.6 |
| 2:30 | 8.7 | 8.7 | 13.5 | 17.9 | 21.2 |
| 2:45 | 9.9 | 10.0 | 15.2 | 20.1 | 23.9 |
| 3:00 | 11.8 | 12.0 | 17.5 | 23.2 | 27.1 |
| 3:15 | 13.8 | 16.3 | 22.2 | 28.1 | 32.1 |
| 3:30 | 21.6 | 25.2 | 30.4 | 36.4 | 40.8 |
| 3:45 | 37.7 | 45.1 | 47.2 | 50.0 | 51.5 |
| 4:00 | 83.4 | 69.4 | 67.0 | 65.8 | 62.7 |
| 4:15 | 91.1 | 83.7 | 79.6 | 77.3 | 73.5 |
| 4:30 | 93.1 | 90.0 | 86.8 | 84.1 | 81.4 |
| 4:45 | 95.0 | 93.8 | 91.2 | 88.8 | 86.4 |
| 5:00 | 96.2 | 95.0 | 94.6 | 92.7 | 90.7 |
| 5:15 | 97.2 | 96.3 | 96.0 | 94.5 | 93.0 |
| 5:30 | 98.3 | 97.5 | 97.3 | 96.4 | 95.4 |
| 5:45 | 99.1 | 98.8 | 98.7 | 98.2 | 97.7 |
| 6:00 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

*Pattern represents percent Rainfall Depth.

**FIGURE 10-16**

**SCATTER DIAGRAM OF INDEPENDENT VARIABLES FOR R10 REGRESSION EQUATI(**

Mean Annual Precipitation, in inches
50
40
30
20
10
0
Cloud of
Common Values
0.1
1
10
100
1000
10,000
Drainage Area, in square miles

**FIGURE 10-17**

**$Q_{100}$ DATA POINTS AND 100-YEAR PEAK DISCHARGE RELATION FOR R10**

Peak Discharge, in C.F.S.
100,000
10,000
1000
100
10
points
use to
determine
lower limit
of data
scatter for
Figure 4
0.1
1.
10
100
1000
10,000
Drainage Area, in square miles

*Arizona Department of Transportation Drainage Design Manual*

MARCH 1993

ST-RH036867

### 3.3. Design Storm and Precipitation

Local jurisdiction requires that water sheds less than 20 square miles be evaluated for the 6-hour local storm. Drainage sheds of 20 to 100 square miles are to be evaluated for both the 6-hour and 24-hour rainfall events. Areas from 20 square miles to 500 square miles are considered general storms and are evaluated for the 24-hour precipitation.

Maricopa County Flood Control District has developed storm distribution curves associated with drainage shed size. Since the total area of Section 3, is less than 0.5 square miles, Pattern 1 of the Maricopa County 6-Hour Mass Curve was utilized for the storm distribution. Precipitation values of 2.98-inches and 1.74-inches were taken from the National Oceanographic and Atmospheric Administration National Weather Service's Atlas 14. Table 1 provides the precipitation values from NOAA Atlas 14. Since the total water-shed area of considered in this study is 0.16 square miles (102 acres) the depth-area reduction factor was not applied.

**Table 1 - Precipitation**

| Recurrence Interval (yrs) | 5 min | 10-min | 15-min | 30-min | 1-hr | 2-hr | 3-hr | 6-hr |
|---|---|---|---|---|---|---|---|---|
| 10-yr | 0.39 | 0.60 | 0.74 | 1.00 | 1.24 | 1.42 | 1.51 | 1.74 |
| 100-yr | 0.64 | 0.97 | 1.20 | 1.62 | 2.00 | 2.42 | 2.65 | 2.98 |

### 3.4. Soils

Soils information is taken from the Natural Resources Conservation Service, Soil Data Mart. Soils within the water-shed in this study consist of Lostman Gravelly Sandy Loam, Moist (AZ627) type. These soils have a hydrologic soil type designation of "B".

### 3.5. Hydrologic Model Data and Results

Table 2 summarizes runoff at the junction point and drainage sheds analyzed in this study for the Future Condition. The lower flows at junction J-S5 for the predeveloped condition were not calculated because the flows from basin S3-2 are not included. Runoff values are rounded to the nearest 1 cfs.

**Table 2 – Future Condition Flow Summary**

| Element | Area (sq mi) | Peak Discharge 100-yr (cfs) | Peak Discharge 10-yr (cfs) |
|---|---|---|---|
| OS-3 | 0.0276 | 29 | 8 |
| S3-2 | 0.0104 | 30 | 17 |
| S3-1 | 0.0074 | 23 | 13 |
| P3-45 | 0.0025 | 3 | 1 |
| OS-4 | 0.1115 | 80 | 23 |
| J-S3A | 0.1594 | 116 | 41 |

It should be noted that the precipitation depths of the 100-yr, 6-hr event is 2.98-inches and that the precipitation depth of the 10-yr, 6-hr storm is 1.74-inches. For the same events the amount of excess precipitation available for runoff is dependent on the runoff curve number, which is a function of soil type, land use, and antecedent moisture conditions. For this reason a larger portion of the 100-yr precipitation is available for runoff than for the smaller 10-yr storm and the ratio of peak runoff for the 100-yr precipitation to 10-yr precipitations is nearly 3.

All model results and input data are found in the Appendices of this study. They consist of the following:

- Appendix A – Model Results and Data provides the input parameters and results for Section 3 sub-sheds.
- Appendix B – Street Normal Depth Calculations provides the street and drainage swale capacity calculations within Section 3.
- Appendix C – References

### 3.6. Section 3 Flow Capacity

Normal depth calculations were made at sections located at station 191+00 and station 175+00, the west and east limits of the East Loop Road Section 3, respectively. These calculations were made to show that the worst case flows calculated from the Future Conditions Analysis can be conveyed within East Loop Road while satisfying flood control criteria established by the Kingman Area Master Drainage Plan Design and Administrative Manual which includes providing for one traffic lane free of water in each direction in the 10-yr, 6-hr storm event. Flows used in the calculations are an algebraic sum of the peak flows from the contributing sub-sheds. Please note that the algebraic sum of 100-yr flows combining at J-S3A equals 165 cfs (135.5 cfs in the north half of the East Loop Road and 29.5 cfs in the south half of the East Loop Road) while the peak 100-yr flow is 116 cfs.

The 10-yr and 100-yr normal depth calculations for the section at 175+00 are broken into three parts: *East Loop Road Sta. 175+00 – South Half – Roadway, East Loop Road Sta. 175+00 – North Half – Roadway, East Loop Road Sta. 175+00 – North Half – Swale*. For conservative results, the 10-yr and 100-yr flows of 8.5 cfs and 15 cfs, respectively, used in the south and north half roadway calculations are half of the flows generated by sub-shed S3-2 which overlaps the swale. The 10-yr and 100-yr flows of 8 cfs and 29 cfs, respectively, used for the north half swale calculation are generated by sub-shed OS-3.

The 10-yr and 100-yr normal depth calculations for the section at 191+00 are broken into two parts: *East Loop Road Sta. 191+00 – South Half, East Loop Road Sta. 191+00 – North Half.* 10-yr and 100-yr flows of 16 cfs and 29.5 cfs, respectively, from half of sub-sheds S3-1 and S3-2 and sub-shed P3-45 are used for the south half calculation. The north half calculation includes 10-yr and 100-yr flows of 46 cfs and 135.5 cfs, respectively, from half of sub-sheds S3-1 and S3-2 and sub-sheds OS-3 and OS-4. Flow depths for the roadway and swale were calculated with one section for the south and north halves at station 191+00 because the water surface within the swale is above the flow line of the curb and gutter at the locations of the scuppers. Flows within the north swale and roadway approaching station 175+00 are not connected and were therefore

analyzed separately. Full section calculations were not performed as there is no flow over topping along the centerline of the East Loop Road.

The results for these calculations are included in Appendix B.

## 4. COMPARISON OF FLOWS

The drainage shed characteristics change with development of existing lands. The pervious soils that formerly existed become less pervious with the addition of houses, streets, and sidewalks and the time for runoff to reach its release point shortens. Table 3 provides a comparison of 100-yr existing generated runoff based on the regression equation developed for Arizona Region 10 conditions ($Q = 850A^{0.69}$) by the Arizona Department of Water Resources and 100-yr runoff results from the HEC-HMS model. The area (A) in the regression equation is in square miles, the flows (Q) for both methods are in cubic feet per second. Figure 4, *Flow Comparison,* shows this relationship and the lower envelope limits of discharge vs. area graph as presented in Figure 10-17 of the Arizona Department of Transportation Highway Drainage Design Manual. The values calculated by HEC-HMS are within the envelope of the data points used in determining the regression equation.

**Table 3 – Flow Comparison**

| Shed | Area ($mi^2$) | Regression Equation Flow (cfs) | HEC-HMS Flow (cfs) |
|---|---|---|---|
| OS-3 | 0.0276 | 71 | 29 |
| S3-2 | 0.0104 | 36 | 30 |
| S3-1 | 0.0074 | 29 | 23 |
| P3-45 | 0.0025 | 14 | 3 |
| OS-4 | 0.1150 | 187 | 80 |
| J-S3A | 0.1629 | 239 | 116 |

GOLDEN VALLEY RANCH

**Figure 4 – Section 3 Flow Comparison**

Technical Drainage Study for East Loop Road Section 3,
Golden Valley Ranch 11 of 18 .Stanley Consultants, Inc

ST-RH036871



**Figure 4**
**Flow Comparison**

PEAK DISCHARGE (cfs)
100,000
10,000
1,000
100
10
1
0.1
1
10
100
1000
DRAINAGE AREA (sq mi)
Section 3 Sheds
Figure 10-17 (R10) Relationship Line
Lower Limits of Data Scatter

ST-RH036872

## 5. SUMMARY

The calculated flows satisfy specific criteria for the development of Section 3 of East Loop Road.

- The runoff can be maintained and conveyed within the street right-of-way and adjacent utility easements.
- One traffic lane will be free of water in each direction in the 10-yr, 6-hr storm event (minimum).
- Finished floor elevations in the adjacent Area 3 development are greater than one foot above the calculated water surface elevations.

## 6. REFERENCES

1) *Flood Insurance Rate Map*, Community Panel Number 040058 2325 C, Mohave County, Arizona, effective October 20, 2002.

2) *Kingman Area Master Drainage Plan Design and Administrative Manual*, Boyle Engineering Corporation, June, 1988.

3) *Drainage Design Manual for Maricopa County, Arizona*, Hydrology: Rainfall, Flood Control District of Maricopa County, November 2003.

4) *Highway Drainage Design Manual,* Arizona Department of Transportation, Report Number FHWA-AZ93-281, Final Report, March, 1993.

5) *Requirement for Floodplain and Floodway Delineation in Riverine Environments,* Arizona Department of Water Resources, Flood Mitigation Section, State Standard 2-96, July 1996.

6) *Technical Drainage Study for Golden Valley Ranch Mohave County, AZ,* Stanley Consultants Inc., October 2005.

7) *Technical Drainage Study for Golden Valley Ranch Mohave County, AZ Area 3,* Stanley Consultants Inc., March 2006

8) *SCS TR-55,* USDA, June 1986

GOLDEN VALLEY RANCH

# APPENDIX A

## HYDROLOGIC ANALYSIS

- HEC-HMS 100-yr, 6-hr Simulation
- HEC-HMS 10-yr, 6-hr Simulation
- NOAA Atlas 14 – Precipitation
- Accumulated 6-Hour Precipitation Depths
- Time of Concentration (STANDARD FORM 4) and Weighted Curve Number Derivation

Appendix

ST-RH036874

Project: Sec3_HECHMS Simulation Run: Sec3 100-yr

Start of Run: 01Jan3000, 01:00 Basin Model: Section 3
End of Run: 02Jan3000, 01:55 Meteorologic Model: S-Pattern 1(2.98in)
Compute Time: 01Jun2006, 10:10:06 Control Specifications: Control 1

Volume Units: AC-FT

| Hydrologic Element | Drainage Area (MI2) | Peak Discharge (CFS) | Time of Peak | Volume (AC-FT) |
|---|---|---|---|---|
| J-S3A | 0.1594 | 115.97 | 01Jan3000, 05:20 | 10.48 |
| OS-3 | 0.0276 | 28.58 | 01Jan3000, 05:15 | 1.56 |
| OS-4 | 0.1115 | 79.71 | 01Jan3000, 05:30 | 6.29 |
| P3-45 | 0.0025 | 3.02 | 01Jan3000, 05:10 | 0.12 |
| S3-1 | 0.0074 | 22.93 | 01Jan3000, 05:05 | 1.04 |
| S3-2 | 0.0104 | 29.79 | 01Jan3000, 05:05 | 1.48 |

Project: Sec3_HECHMS Simulation Run: Sec3 10yr

Start of Run: 01Jan3000, 01:00 Basin Model: Section 3
End of Run: 02Jan3000, 01:55 Meteorologic Model: S-Pattern 1(1.74in)
Compute Time: 01Jun2006, 10:10:11 Control Specifications: Control 1

Volume Units: AC-FT

| Hydrologic Element | Drainage Area (MI2) | Peak Discharge (CFS) | Time of Peak | Volume (AC-FT) |
|---|---|---|---|---|
| J-S3A | 0.1594 | 41.36 | 01Jan3000, 05:10 | 3.73 |
| OS-3 | 0.0276 | 8.27 | 01Jan3000, 05:20 | 0.47 |
| OS-4 | 0.1115 | 23.07 | 01Jan3000, 05:35 | 1.88 |
| P3-45 | 0.0025 | 0.77 | 01Jan3000, 05:10 | 0.03 |
| S3-1 | 0.0074 | 12.71 | 01Jan3000, 05:05 | 0.56 |
| S3-2 | 0.0104 | 16.51 | 01Jan3000, 05:05 | 0.80 |



**Project : Sec3_HECHMS**
Basin Model : Section 3
Jun 01 10:12:14 PDT 2006

# POINT PRECIPITATION FREQUENCY ESTIMATES FROM NOAA ATLAS 14

**Arizona 35.15 N 114.17 W 2739 feet**

from "Precipitation-Frequency Atlas of the United States" NOAA Atlas 14, Volume 1, Version 3
G.M. Bonnin, D. Todd, B. Lin, T. Parzybok, M.Yekta, and D. Riley
NOAA, National Weather Service, Silver Spring, Maryland, 2003

Extracted: Tue May 23 2006

Confidence Limits | Seasonality | Location Maps | Other Info | GIS data | Maps | Help | Docs | U.S. Map

**Precipitation Frequency Estimates (inches)**

| AEP* (1-in-Y) | 5 min | 10 min | 15 min | 30 min | 60 min | 120 min | 3 hr | 6 hr | 12 hr | 24 hr | 48 hr | 4 day | 7 day | 10 day | 20 day | 30 day | 45 day | 60 day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.21 | 0.31 | 0.39 | 0.52 | 0.65 | 0.74 | 0.80 | 0.94 | 1.09 | 1.36 | 1.57 | 1.72 | 1.97 | 2.13 | 2.60 | 3.08 | 3.58 | 4.04 |
| 5 | 0.32 | 0.49 | 0.60 | 0.81 | 1.00 | 1.14 | 1.21 | 1.40 | 1.63 | 2.03 | 2.33 | 2.53 | 2.89 | 3.15 | 3.86 | 4.59 | 5.38 | 6.10 |
| 10 | 0.39 | 0.60 | 0.74 | 1.00 | 1.24 | 1.42 | 1.51 | 1.74 | 2.02 | 2.50 | 2.86 | 3.09 | 3.51 | 3.86 | 4.72 | 5.60 | 6.59 | 7.48 |
| 25 | 0.49 | 0.75 | 0.92 | 1.24 | 1.54 | 1.80 | 1.93 | 2.20 | 2.54 | 3.14 | 3.58 | 3.82 | 4.33 | 4.79 | 5.83 | 6.87 | 8.12 | 9.23 |
| 50 | 0.56 | 0.86 | 1.06 | 1.43 | 1.77 | 2.10 | 2.28 | 2.58 | 2.95 | 3.64 | 4.14 | 4.39 | 4.96 | 5.51 | 6.68 | 7.82 | 9.27 | 10.53 |
| 100 | 0.64 | 0.97 | 1.20 | 1.62 | 2.00 | 2.42 | 2.65 | 2.98 | 3.39 | 4.17 | 4.73 | 4.98 | 5.59 | 6.24 | 7.54 | 8.76 | 10.42 | 11.84 |
| 200 | 0.71 | 1.08 | 1.34 | 1.81 | 2.24 | 2.75 | 3.04 | 3.41 | 3.86 | 4.73 | 5.34 | 5.59 | 6.25 | 7.00 | 8.41 | 9.71 | 11.57 | 13.15 |
| 500 | 0.81 | 1.24 | 1.54 | 2.07 | 2.56 | 3.22 | 3.63 | 4.05 | 4.51 | 5.52 | 6.20 | 6.44 | 7.15 | 8.07 | 9.59 | 10.95 | 13.11 | 14.90 |
| 1000 | 0.90 | 1.37 | 1.70 | 2.28 | 2.83 | 3.60 | 4.12 | 4.57 | 5.06 | 6.15 | 6.89 | 7.11 | 7.87 | 8.92 | 10.50 | 11.90 | 14.28 | 16.23 |

Text version of table

* These precipitation frequency estimates are based on an annual maxima series. **AEP** is the Annual Exceedance Probability. Please refer to the documentation for more information. NOTE: Formatting forces estimates near zero to appear as zero.





## Accumulated 6-Hour Precipitation Depths

Total 100-year Depth (in): 2.98
Total 10-year Depth (in): 1.74

ref: Drainage Design Manual for Maricopa County, Section 2.4.2

Total Watershed Area ($mi^2$): 0.339
Watershed Pattern Number: 1

| Time | Accummated Depth (in) | | 6-Hour Distribution Patterns - Percent of Rainfall | | | | | Pattern for Watershed |
|---|---|---|---|---|---|---|---|---|
| | 100-yr, 6-hr | 10-yr, 6-hr | Pattern 1 | Pattern 2 | Pattern 3 | Pattern 4 | Pattern 5 | Pattern 1 |
| 01Jan3000, 01:05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 01Jan3000, 01:20 | 0.02 | 0.01 | 0.8 | 0.9 | 1.5 | 2.1 | 2.4 | 0.8 |
| 01Jan3000, 01:35 | 0.05 | 0.03 | 1.6 | 1.6 | 2 | 3.5 | 4.3 | 1.6 |
| 01Jan3000, 01:50 | 0.07 | 0.04 | 2.5 | 2.5 | 3 | 5.1 | 5.9 | 2.5 |
| 01Jan3000, 02:05 | 0.10 | 0.06 | 3.3 | 3.4 | 4.8 | 7.1 | 7.8 | 3.3 |
| 01Jan3000, 02:20 | 0.12 | 0.07 | 4.1 | 4.2 | 6.3 | 8.7 | 9.8 | 4.1 |
| 01Jan3000, 02:35 | 0.15 | 0.09 | 5 | 5.1 | 7.6 | 10.5 | 11.9 | 5.0 |
| 01Jan3000, 02:50 | 0.17 | 0.10 | 5.8 | 5.9 | 9 | 12.5 | 14.1 | 5.8 |
| 01Jan3000, 03:05 | 0.20 | 0.11 | 6.6 | 6.7 | 10.5 | 14.3 | 16.2 | 6.6 |
| 01Jan3000, 03:20 | 0.22 | 0.13 | 7.4 | 7.6 | 11.9 | 16 | 18.6 | 7.4 |
| 01Jan3000, 03:35 | 0.26 | 0.15 | 8.7 | 8.7 | 13.5 | 17.9 | 21.2 | 8.7 |
| 01Jan3000, 03:50 | 0.30 | 0.17 | 9.9 | 10 | 15.2 | 20.1 | 23.9 | 9.9 |
| 01Jan3000, 04:05 | 0.35 | 0.21 | 11.8 | 12 | 17.5 | 23.2 | 27.1 | 11.8 |
| 01Jan3000, 04:20 | 0.41 | 0.24 | 13.8 | 16.3 | 22.2 | 28.1 | 32.1 | 13.8 |
| 01Jan3000, 04:35 | 0.64 | 0.38 | 21.6 | 25.2 | 30.4 | 36.4 | 40.8 | 21.6 |
| 01Jan3000, 04:50 | 1.12 | 0.66 | 37.7 | 45.1 | 47.2 | 50 | 51.5 | 37.7 |
| 01Jan3000, 05:05 | 2.49 | 1.45 | 83.4 | 69.4 | 67 | 65.8 | 62.7 | 83.4 |
| 01Jan3000, 05:20 | 2.71 | 1.59 | 91.1 | 83.7 | 79.6 | 77.3 | 73.5 | 91.1 |
| 01Jan3000, 05:35 | 2.77 | 1.62 | 93.1 | 90 | 86.8 | 84.1 | 81.4 | 93.1 |
| 01Jan3000, 05:50 | 2.83 | 1.65 | 95 | 93.8 | 91.2 | 88.8 | 86.4 | 95.0 |
| 01Jan3000, 06:05 | 2.87 | 1.67 | 96.2 | 95 | 94.6 | 92.7 | 90.7 | 96.2 |
| 01Jan3000, 06:20 | 2.90 | 1.69 | 97.2 | 96.3 | 96 | 94.5 | 93 | 97.2 |
| 01Jan3000, 06:35 | 2.93 | 1.71 | 98.3 | 97.5 | 97.3 | 96.4 | 95.4 | 98.3 |
| 01Jan3000, 06:50 | 2.95 | 1.72 | 99.1 | 98.8 | 98.7 | 98.2 | 97.7 | 99.1 |
| 01Jan3000, 07:05 | 2.98 | 1.74 | 100 | 100 | 100 | 100 | 100 | 100.0 |

note: pattern 1 used for watersheds with areas less than 0.5 $mi^2$

StandardForm4

Project: Section 3

Job No.: 18449
Date: 5/24/2006
Calculated by: arv

Modified STANDARD FORM 4 from the Clark County Regional Flood Control District's Hydrologic Criteria and Drainage Design Manual

Stanley Consultants INC.
5820 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89119
702.369.9396

| Sub-Basin Data | | | Initial/Overland Time (Ti) | | | Travel Time (Tt) | | | | | Tc Check (Urbanized Basins) | | Final Tc | TLAG | HEC-INPUT | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Designation | K (Default by CN) | Area (Acres) | Length (feet) | Slope (%) | Ti (Min) | Length (feet) | Slope (%) | V1 (FPS) (Manning) | V2 (FPS) (Manning) | Tt (Min) | Total Length (feet) | Tc= (L/180)+10 (Min) | Tc = Ti +Tt (Min) | (Tc*0.6) | Composite | Drainage Area (Sq. Mi.) | Tc>=10 for Non Urban |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (Min) | CN | | Tc>=5 for Urban |
| S3-1 | 0.89 | 4.74 | 100 | 1.50 | 3.30 | 1530 | 1.50 | 2.47 | 3.75 | 7.95 | 1630 | 19.1 | 11.2 | 6.7 | 97 | 0.0074 | |
| S3-2 | 0.89 | 6.65 | 150 | 0.60 | 5.41 | 2033 | 2.00 | 2.86 | 4.33 | 8.82 | 2183 | 22.1 | 14.2 | 8.5 | 97.2 | 0.0104 | |
| P3-45 | 0.58 | 1.63 | 100 | 1.00 | 9.36 | 492 | 1.12 | 2.14 | 3.24 | 3.84 | 592 | 13.3 | 13.2 | 7.9 | 73.5 | 0.0025 | |
| OS-3 | 0.63 | 17.65 | 300 | 1.00 | 14.77 | 2028 | 1.30 | 1.69 | 3.35 | 12.54 | 2328 | | 27.3 | 16.4 | 77 | 0.0276 | |
| OS-4 | 0.63 | 71.39 | 300 | 1.30 | 13.53 | 6615 | 1.30 | 1.69 | 3.35 | 35.34 | 6915 | | 48.9 | 29.3 | 77 | 0.1115 | |

K = 0.0132*Cn-0.39    Ti = 1.8*(1.1-K)*L^(1/2)/(S^(1/3))    Generalized Manning's Equations

| Existing Conditions | Developed Conditions |
|---|---|
| V1 = 14.8*(S/100)^0.5 | V1 = 20.2*(S/100)^0.5 |
| V2 = 29.4*(S/100)^0.5 | V2 = 30.6*(S/100)^0.5 |

18449-Section 3
CURVE NUMBER AND STD. FORM 4
Q:\18449\Drainage\East Loop Rd\Section 3\calcs\18449S3StdForm4.xls

StandardForm4

Project: Section 3

Job No.: 18449
Date: 5/24/2006
Calculated by: arv

Stanley Consultants INC.
5820 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89119
702.369.9396

| Sub-Basin Data | | | Percent of Drainage Area within Cover Type and Hydrologic Condition (Sum Must=100%) | | | | | Curve Number for Cover Type and Hydrologic Condition | | | | Hydrologic Soil Group Within Basin | Basin Composite Curve Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drainage Basin Name | Drainage Area (Acres) | Drainage Area (Sq. Mi.) | 1 | 2 | 3 | 4 | SUM | 1 | 2 | 3 | 4 | | CN |
| S3-1 | 4.74 | 0.0074 | 50 | 50 | 0 | 0 | 100 | 98 | 96 | 77 | 73.5 | B | 97 |
| S3-2 | 6.65 | 0.0104 | 60 | 40 | 0 | 0 | 100 | 98 | 96 | 77 | 73.5 | B | 97.2 |
| P3-45 | 1.63 | 0.0025 | 0 | 0 | 0 | 100 | 100 | 98 | 96 | 77 | 73.5 | B | 73.5 |
| OS-3 | 17.65 | 0.0276 | 0 | 0 | 100 | 0 | 100 | 98 | 96 | 77 | 73.5 | B | 77 |
| OS-4 | 71.39 | 0.1115 | 0 | 0 | 100 | 0 | 100 | 98 | 96 | 77 | 73.5 | B | 77 |

Cover Type and Hydrologic Conditon

| ID | Description | Curve Numbers for Hydrologic Soil Group | | | | Tbl. 602 Para-graph No. |
|---|---|---|---|---|---|---|
| | | A | B | C | D | |
| 1 | Paved: curbs and storm sewers (excluding right of way) | 98.00 | 98.00 | 98.00 | 98.00 | 1.04 |
| 2 | Artificial desert landscaping | 96.00 | 96.00 | 96.00 | 96.00 | 1.10 |
| 3 | Desert shrub-major plants include saltbrush, greasewood.... -poor | 63.00 | 77.00 | 85.00 | 88.00 | 4.13 |
| 4 | 12,000 sq. ft. lots | 59.00 | 73.50 | 82.00 | 86.50 | 4.17, 4.18 |

GOLDEN VALLEY RANCH

# APPENDIX B

## STREET NORMAL DEPTH CALCULATIONS

- EAST LOOP ROAD STA. 175+00
- EAST LOOP ROAD STA. 191+00

Appendix

ST-RH036882

# East Loop Road Sta. 175+00 - South Half - Roadway - Q10 = 8.5cfs

## Cross Section for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Half - Roac |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Section Data | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Channel Slope | 0.013000 | ft/ft |
| Water Surface Elev. | 0.88 | ft |
| Elevation Range | .50 to 1.83 | |
| Discharge | 8.50 | cfs |

V:10.0
H:1
NTS

# East Loop Road Sta. 175+00 - South Half - Roadway - Q10 = 8.5cfs

## Worksheet for Irregular Channel

| Project Description | |
|---|---|
| Worksheet | East Loop Road - South Half - Roac |
| Flow Element | Irregular Channel |
| Method | Manning's Formula |
| Solve For | Channel Depth |

| Input Data | | |
|---|---|---|
| Channel Sk | 013000 | ft/ft |
| Discharge | 8.50 | cfs |

| Options | |
|---|---|
| Current Roughness Methc | ›ved Lotter's Method |
| Open Channel Weighting | ›ved Lotter's Method |
| Closed Channel Weightin | Horton's Method |

| Results | | |
|---|---|---|
| Mannings Coefficiei | 0.016 | |
| Water Surface Elev. | 0.88 | ft |
| Elevation Range | ).50 to 1.83 | |
| Flow Area | 2.7 | ft² |
| Wetted Perimeter | 16.68 | ft |
| Top Width | 16.35 | ft |
| Actual Depth | 0.38 | ft |
| Critical Elevation | 0.92 | ft |
| Critical Slope | 0.006695 | ft/ft |
| Velocity | 3.15 | ft/s |
| Velocity Head | 0.15 | ft |
| Specific Energy | 1.03 | ft |
| Froude Number | 1.36 | |
| Flow Type | ;upercritical | |

Roughness Segments

| Start Station | End Station | Mannings Coefficient |
|---|---|---|
| 0+25.00 | 0+52.50 | 0.016 |
| 0+52.50 | 0+65.00 | 0.035 |

Natural Channel Points

| Station (ft) | Elevation (ft) |
|---|---|
| 0+25.00 | 1.00 |
| 0+25.50 | 1.00 |
| 0+25.58 | 0.50 |
| 0+27.00 | 0.58 |
| 0+52.00 | 1.08 |
| 0+52.00 | 1.58 |
| 0+52.50 | 1.58 |
| 0+65.00 | 1.83 |



AREA 2
GC-1
SEE ENLARGEMENT-A RIGHT
SEE ENLARGEMENT-B RIGHT
J-S5
J-S6
ROAD
EAST LOOP ROAD
P3-44
P3-43
P3-45
P3-50
P3-60
CONTRIBUTING BASIN FROM AREA 3 STUDY, C.P3-45
EAST LOOP ROAD SECTION 3 LIMITS
NORTH
GRAPHIC SCALE
( IN FEET )
1 inch = 200 ft.
LEGENDS:
SHED BOUNDARY
SUB-SHED BOUNDARY (P1-99)
JUNCTION POINT (J-C9)
PROPOSED CHANNEL
PROPOSED PIPE
STORM DRAIN PIPE
STORM DRAIN INLET
ENLARGEMENT-A
SCALE: 1"=50'
ENLARGEMENT-B
SCALE: 1"=50'
Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119 (702) 369-9396
GOLDEN VALLEY RANCH
AREA 3 DRAINAGE SUB-SHEDS
TECHNICAL DRAINAGE STUDY EXHIBIT
MOHAVE COUNTY
ARIZONA
FIGURE 3

ST-RH036885

Standard Form4

Project:

6-Hour Design Storm Distribution

**Stanley Consultants INC.**
5820 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89119
702.369.9396

Project: 0

Job No.: 0
Date: 0
Calculated by: 0

Modified STANDARD FORM 4 from the Clark County Regional Flood Control District's Hydrologic Criteria and Drainage Design Manual

**Stanley Consultants INC.**
5820 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89119
702.369.9396

SCS Curve Numbers
Curve Numbers

| Drainage Basin Name | Drainage Area (Acres) | Drainage Area (Sq. Mi.) | Tbl. 602 Para-graph No. | Cover Type and Hydrologic Condition | Curve # for Hydrologic Soils Group A | B | C | D | Composite CN |
|---|---|---|---|---|---|---|---|---|---|
| EXISTING CONDITIONS | | | | | | | | | |
| P3-43 | 25.15 | 0.0393 | | 12,000 +/- resudebluak kits | 59 | 73.5 | 82 | 86.5 | 82 |
| P3-44 | 18.01 | 0.0281 | | 12,000 +/- resudebluak kits | 59 | 73.5 | 82 | 86.5 | 82 |
| P3-45 | 1.63 | 0.0025 | | 12,000 +/- resudebluak kits | 59 | 73.5 | 82 | 86.5 | 82 |
| P3-50 | 19.39 | 0.0303 | | 7,000-6,000 resudebluak kits | 78 | 85.5 | 89.5 | 91.5 | 89.5 |
| P3-60 | 25.36 | 0.0396 | | 7,000-8,000 resudebluak kits | 78 | 85.5 | 89.5 | 91.5 | 89.5 |

| Sub-Basin Data: Designation (1) | K (Default by CN) (2) | Area (Acres) (3) | Initial/Overland Time (Ti): Length (feet) (4) | Slope (%) (5) | Ti (Min) (6) | Travel Time (Tt): Length (feet) (7) | Slope (%) (8) | V1 (FPS) (Manning) (9) | V2 (FPS) (Manning) (10) | Tt (Min) (11) | Tc Check (Urbanized Basins): Total Length (feet) (12) | Tc=(L/180)+10 (Min) (13) | Final Tc: Tc = Ti+Tt (Min) (14) | TLAG: (Tc*0.6) (Min) | HEC-INPUT: Composite CN | Drainage Area (Sq. Mi.) | Remarks: Tc>=10 for Non Urban Tc>=5 for Urban |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXISTING CONDITIONS | | | | | | | | | | | | | | | | | |
| P3-43 | 0.65 | 25.15 | 174 | 1.00 | 10.68 | 1740 | 0.94 | 1.96 | 2.97 | 11.22 | 1914 | 20.6 | 20.8 | 12.4 | 82 | 0.0393 | |
| P3-44 | 0.65 | 18.01 | 144 | 1.00 | 9.72 | 3112 | 1.09 | 2.10 | 3.18 | 17.66 | 3256 | 28.1 | 27.4 | 16.4 | 82 | 0.0281 | |
| P3-45 | 0.65 | 1.63 | 100 | 1.00 | 8.10 | 492 | 1.12 | 2.14 | 3.24 | 3.84 | 592 | 13.3 | 11.9 | 7.2 | 82 | 0.0025 | |
| P3-50 | 0.78 | 19.39 | 261 | 1.00 | 9.31 | 2429 | 1.05 | 2.07 | 3.14 | 14.28 | 2690 | 24.9 | 23.6 | 14.2 | 90 | 0.0303 | |
| P3-60 | 0.78 | 25.36 | 274 | 1.00 | 9.53 | 3201 | 0.91 | 1.93 | 2.92 | 19.75 | 3475 | 29.3 | 29.3 | 17.6 | 90 | 0.0396 | |

Notes:

URBAN AREAS

| No. | Cover Type | A | B | C | D |
|---|---|---|---|---|---|
| 1.01 | Open space - poor | 68 | 79 | 86 | 89 |
| 1.02 | Open space - fair | 49 | 69 | 79 | 84 |
| 1.03 | Open space/parks - good | 39 | 61 | 74 | 80 |
| 1.04 | Paved (excludes right-of-way) | 98 | 98 | 98 | 98 |
| 1.05 | Paved: curbs and storm drains | 98 | 98 | 98 | 98 |
| 1.06 | Paved: open ditches (includes R/W) | 83 | 89 | 92 | 93 |
| 1.07 | Gravel (includes R/W) | 76 | 85 | 89 | 91 |
| 1.08 | Dirt (includes R/W) | 72 | 82 | 87 | 89 |
| 1.11 | Commercial & Business | 89 | 92 | 94 | 95 |
| 1.12 | Industrial | 81 | 88 | 91 | 93 |
| 1.13 | Apartments/Condos | 81 | 88 | 91 | 93 |
| 1.14 | Townhouses/<= 6000 sq. ft. | 80 | 87 | 90 | 92 |
| 1.15 | 7000 sq. ft. lots | 76 | 84 | 89 | 91 |
| 1.16 | 8000 sq. ft. lots | 73 | 82 | 88 | 90 |
| 1.17 | 10,000 sq. ft. lots | 61 | 75 | 83 | 87 |
| 1.18 | 14,000 sq. ft. lots | 57 | 72 | 81 | 86 |
| 1.19 | 20,000 sq. ft. lots | 54 | 70 | 80 | 85 |
| 1.20 | 40,000 sq. ft. lots | 51 | 68 | 79 | 84 |
| 1.21 | 80,000 sq. ft. lots | 46 | 65 | 77 | 82 |

K = 0.0132*Cn-0.39    Ti = 1.8*(1.1-K)*L^(1/2)/(S^(1/3))

Generalized Manning's Equations

Existing Conditions
V1 = 14.8*(S/100)^0.5
V2 = 29.4*(S/100)^0.5

Developed Conditions
V1 = 20.2*(S/100)^0.5
V2 = 30.6*(S/100)^0.5

different curve number used - P3-45 lies within "B" type soils CN = 73.5

STANDARD FORM 4 ~~FROM~~ AREA 3 STUDY

18476-Pod 3
HEC-HMS DATA RESULTS
Q:\18476_P3\Drainage\Drainage Study\18476P3StdForm4.xls

Area 3 Finished Floor Flood Protection Verification (FF - WSE ≥ 1.0ft)
Typical both sheets
Water Surface Elevation W.S.E, South Gutter Flowline + (flow depth from East Loop Road Sta. 191+00 - South Half - Q100 = 29.8 w/ S = 1.3% (yeilds max depth) - 0.5')
* (Sta. 175+00)
example @ 179+50 : 85.63 + (0.83 - 0.5') = 85.96
1" = 50'
N
Sheet 1 of 2
Section 3
EAST LOOP ROAD (PUBLIC)
EAST LOOP RD. CL STATION 177+29.93
AREA 3 ENTRY C.L. STATION 10+00.00
N82°04'W 1622.24'
PT = 180+88.06
PC = 180+02
130' PL TO PL
80' R.O.W.
15" PVC S.S.
24" D.I.P. W
SSMH # ELR-4
SSMH # ELR-5
WSE = 82.40
WSE = 84.19
WSE = 85.96
W.S.E = 91.97
2
PAD=86.7
FF = 87.7
1
PAD=88.9
FF = 89.9
55
PAD=95.7
FF = 96.7
AREA 3
C.E. A
C.E. B
ST-RH036887

Area 3 Finished Floor Flood Protection Verification (FF-WSE > 1.0 ft)
Section 3
1" = 50'
N
Sheet 2 of 2
EAST LOOP ROAD (PUBLIC)
SSMH # ELR-2
SSMH # ELR-3
24" D.I.P. W
15" PVC S.S.
130' PL TO PL
80' R.O.W.
25' C.E.
N80°05'W
903.26'
WSE=71.41
WSE < 75.28
(=76-42(0.013)-0.5+0.33)
WSE=77.25
WSE=79.06
WSE=80.65
8
PAD=75.2
FF = 76.2
7
PAD=76.3
FF = 77.3
6
PAD=78.4
FF = 79.4
5
PAD=80.5
FF = 81.5
4
PAD=82.6
FF = 83.6
3
PAD=84.6
FF = 85.6
AREA 3
AREA 3
2572
2574
2576
2578
2580
2582

ST-RH036888



Storm Drain Carrying Flows from Drop Inlets South will be redesigned w/ Aztec Road Study
BUBBLE-UP STRUCTURE
LOW FLOW DRAINLINE
GOLF COURSE
END RHODES GOLDEN VALLEY RANCH AREA 3
C.E. D
9
10
11
B DR (PRIVATE / P.U.E.)
(PUBLIC)

STORM DRAIN SYSTEM

| INLET | SIZE | Qinlet | Qintercept | Qbypass | Grade/Sump |
|---|---|---|---|---|---|
| A | 14.5 | 19 | 11 | 8 | G |
| B | 17.5 | 27 | 15 | 12 | S |

SD PIPES

| PIPE | Qpipe | Size |
|---|---|---|
| 1 | 26 | 30 |

BUBBLE-UP STR

| PIPE | Type | Open Area |
|---|---|---|
| 30 | Type F | 2.5 x 3.5 |

| REVISIONS | DWN | APVD | APVD | DATE |
|---|---|---|---|---|

Stanley Consultants INC.

DESIGNED RJM
DRAWN RJM
CHECKED
APPROVED
APPROVED
DATE 3/02/06

RHODES HOMES ARIZONA
GOLDEN VALLEY RANCH
AREA 3 - PHASE A

COMMON EASEMENT D
SHED P3-44

SCALE 1" = 100'
NO. A
REV. 0

$$$$$$$$$$$$$FILENAME$$$$$$$$$$$$$$

CADD A1-R3 © STANLEY CONSULTANTS

# RUNOFF CURVE NUMBERS
## (URBAN AREAS[1])

| Cover description | | Curve numbers for hydrologic soil group— | | | |
|---|---|---|---|---|---|
| Cover type and hydrologic condition | Average percent impervious area[2] | A | B | C | D |
| *Fully developed urban areas (vegetation established)* | | | | | |
| Open space (lawns, parks, golf courses, cemeteries, etc.)[3]: | | | | | |
| Poor condition (grass cover < 50%) .............. | | 68 | 79 | 86 | 89 |
| Fair condition (grass cover 50% to 75%)........... | | 49 | 69 | 79 | 84 |
| Good condition (grass cover > 75%) .............. | | 39 | 61 | 74 | 80 |
| Impervious areas: | | | | | |
| Paved parking lots, roofs, driveways, etc. (excluding right-of-way)......................... | | 98 | 98 | 98 | 98 |
| Streets and roads: | | | | | |
| Paved; curbs and storm sewers (excluding right-of-way)................................ | | 98 | 98 | 98 | 98 |
| Paved; open ditches (including right-of-way) ....... | | 83 | 89 | 92 | 93 |
| Gravel (including right-of-way) ................... | | 76 | 85 | 89 | 91 |
| Dirt (including right-of-way) ..................... | | 72 | 82 | 87 | 89 |
| Western desert urban areas: | | | | | |
| Natural desert landscaping (pervious areas only)[4]... | | 63 | 77 | 85 | 88 |
| Artificial desert landscaping (impervious weed barrier, desert shrub with 1- to 2-inch sand or gravel mulch and basin borders). .............. | | 96 | 96 | 96 | 96 |
| Urban districts: | | | | | |
| Commercial and business......................... | 85 | 89 | 92 | 94 | 95 |
| Industrial......................................... | 72 | 81 | 88 | 91 | 93 |
| Residential districts by average lot size: | | | | | |
| **See Table 602A** | | | | | |
| *Developing urban areas* | | | | | |
| Newly graded areas (pervious areas only, no vegetation)[5] ................................. | | 77 | 86 | 91 | 94 |

1 Average runoff condition, and $I_a = 0.2S$.

2 The average percent impervious area shown was used to develop the composite CN's. Other assumptions are as follows: impervious areas are directly connected to the drainage system. Impervious areas have a CN of 98, and pervious areas are considered equivalent to open space in good hydrologic condition. CN's for other combinations of conditions may be computed using Figure 603.

3 CN's shown are equivalent to those of pasture. Composite CN's may be computed for other combinations of open space cover type.

4 Composite CN's for natural desert landscaping should be computed using Figure 603 based on the impervious area percentage (CN #98) and the pervious area CN. The pervious area CN's are assumed equivalent to desert shrub in poor hydrologic condition.

5 Composite CN's to use for the design of temporary measures during grading and construction should be computed using Figure 603 based on the degree of development impervious area percentage) and the CN's for the newly graded pervious areas.

| Revision | Date |
|---|---|
| | |
| | |
| | |

| WRC ENGINEERING | REFERENCE: SCS TR-55, USDA, June 1986. | TABLE 602 1 of 4 |
|---|---|---|

# RUNOFF CURVE NUMBERS
## (SEMIARID RANGELANDS[1])

| Cover description | | Curve numbers for hydrologic soil group— | | | |
|---|---|---|---|---|---|
| Cover type | Hydrologic condition[2] | A[3] | B | C | D |
| Herbaceous—mixture of grass, weeds, and low-growing brush, with brush the minor element. | Poor | | 80 | 87 | 93 |
| | Fair | | 71 | 81 | 89 |
| | Good | | 62 | 74 | 85 |
| Oak-aspen—mountain brush mixture of oak brush, aspen, mountain mahogany, bitter brush, maple, and other brush. | Poor | | 66 | 74 | 79 |
| | Fair | | 48 | 57 | 63 |
| | Good | | 30 | 41 | 48 |
| Pinyon-juniper—pinyon, juniper, or both; grass understory. | Poor | | 75 | 85 | 89 |
| | Fair | | 58 | 73 | 80 |
| | Good | | 41 | 61 | 71 |
| Sagebrush with grass understory. | Poor | | 67 | 80 | 85 |
| | Fair | | 51 | 63 | 70 |
| | Good | | 35 | 47 | 55 |
| Desert shrub—major plants include saltbush, greasewood, creosotebush, blackbrush, bursage, palo verde, mesquite, and cactus. | Poor | 63 | 77 | 85 | 88 |
| | Fair | 55 | 72 | 81 | 86 |
| | Good | 49 | 68 | 79 | 84 |

[1]Average runoff condition, and $I_a = 0.2S$.

[2]*Poor:* <30% ground cover (litter, grass, and brush overstory).
*Fair:* 30 to 70% ground cover.
*Good:* >70% ground cover.

[3]Curve numbers for group A have been developed only for desert shrub.

| Revision | Date |
|---|---|
| | |
| | |
| | |
| | |

REFERENCE: SCS TR-55, USDA, June 1986.

## RUNOFF CURVE NUMBERS - RESIDENTIAL DISTRICTS

| Average Lot Size or Usage[1] | Percent Impervious[2] | Curve Number for Hydrologic Soil Groups | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Apartments/Condos | 72 | 81 | 88 | 91 | 93 |
| Townhouses/6,000 sq ft lots or less[3] | 69 | 80 | 87 | 90 | 92 |
| 7,000 sq ft lots | 63 | 76 | 84 | 89 | 91 |
| 8,000 sq ft lots | 58 | 73 | 82 | 88 | 90 |
| 10,000 sq ft lots | 38 | 61 | 75 | 83 | 87 |
| 12,000 sq ft lots | 35 | 59 | 73.5 | 82 | 86.5 |
| 14,000 sq ft lots | 30 | 57 | 72 | 81 | 86 |
| 20,000 sq ft lots | 25 | 54 | 70 | 80 | 85 |
| 40,000 sq ft lots | 20 | 51 | 68 | 79 | 84 |
| 80,000 sq ft lots | 12 | 46 | 65 | 77 | 82 |

1 Lot size should represent the size of the average lot and not the gross acreage divided by the number of lots.

2 Actual percent impervious value should be compared to selected land use type.

3 In cases where average residential lots are smaller than 6,000 sq ft, commercial/business/industrial land use should be used.

| Revision | Date |
|---|---|
| | |
| | |
| | |
| | |

REFERENCE:

TABLE 602A

# RUNOFF CURVE NUMBERS
## (URBAN AREAS[1])

| Cover description | | Curve numbers for hydrologic soil group— | | | |
|---|---|---|---|---|---|
| Cover type and hydrologic condition | Average percent impervious area[2] | A | B | C | D |
| *Fully developed urban areas (vegetation established)* | | | | | |
| Open space (lawns, parks, golf courses, cemeteries, etc.)[3]: | | | | | |
| Poor condition (grass cover < 50%) | | 68 | 79 | 86 | 89 |
| Fair condition (grass cover 50% to 75%) | | 49 | 69 | 79 | 84 |
| Good condition (grass cover > 75%) | | 39 | 61 | 74 | 80 |
| Impervious areas: | | | | | |
| Paved parking lots, roofs, driveways, etc. (excluding right-of-way) | | 98 | 98 | 98 | 98 |
| Streets and roads: | | | | | |
| Paved; curbs and storm sewers (excluding right-of-way) | | 98 | 98 | 98 | 98 |
| Paved; open ditches (including right-of-way) | | 83 | 89 | 92 | 93 |
| Gravel (including right-of-way) | | 76 | 85 | 89 | 91 |
| Dirt (including right-of-way) | | 72 | 82 | 87 | 89 |
| Western desert urban areas: | | | | | |
| Natural desert landscaping (pervious areas only)[4] | | 63 | 77 | 85 | 88 |
| Artificial desert landscaping (impervious weed barrier, desert shrub with 1- to 2-inch sand or gravel mulch and basin borders) | | 96 | 96 | 96 | 96 |
| Urban districts: | | | | | |
| Commercial and business | 85 | 89 | 92 | 94 | 95 |
| Industrial | 72 | 81 | 88 | 91 | 93 |
| Residential districts by average lot size: | | | | | |
| **See Table 602A** | | | | | |
| *Developing urban areas* | | | | | |
| Newly graded areas (pervious areas only, no vegetation)[5] | | 77 | 86 | 91 | 94 |

1 Average runoff condition, and $I_a = 0.2S$.

2 The average percent impervious area shown was used to develop the composite CN's. Other assumptions are as follows: impervious areas are directly connected to the drainage system. Impervious areas have a CN of 98, and pervious areas are considered equivalent to open space in good hydrologic condition. CN's for other combinations of conditions may be computed using Figure 603.

3 CN's shown are equivalent to those of pasture. Composite CN's may be computed for other combinations of open space cover type.

4 Composite CN's for natural desert landscaping should be computed using Figure 603 based on the impervious area percentage (CN #98) and the pervious area CN. The pervious area CN's are assumed equivalent to desert shrub in poor hydrologic condition.

5 Composite CN's to use for the design of temporary measures during grading and construction should be computed using Figure 603 based on the degree of development impervious area percentage) and the CN's for the newly graded pervious areas.

| Revision | Date |
|---|---|
| | |
| | |
| | |
| | |

REFERENCE: SCS TR-55, USDA, June 1986.

GOLDEN VALLEY RANCH

# APPENDIX D

## PLANS – NOT INCLUDED WITH THIS STUDY

Appendix

ST-RH036894

J:\18449\dwg\Imp Plans-SC Cover.dwg, 4/3/2006 11:57:40 AM

# WEST LOOP ROAD SECTION 2 IMPROVEMENTS AT GOLDEN VALLEY RANCH FOR RHODES HOMES ARIZONA, LLC

## SHEET INDEX

| | | |
|---|---|---|
| G-1 | COVER SHEET | 1 OF 43 |
| G-2 | GENERAL NOTES AND ABBREVIATIONS | 2 OF 43 |
| TS-1 | TYPICAL SECTION | 3 OF 43 |
| HC-1 TO HC-3 | HORIZONTAL CONTROL | 4 TO 6 OF 43 |
| PP-1 TO PP-14 | PLAN AND PROFILE | 7 TO 20 OF 43 |
| UP-1 TO UP-13 | UTILITY PLAN AND PROFILE | 21 TO 33 OF 43 |
| TC-1 TO TC-4 | TRAFFIC CONTROL SHEETS | 34 TO 37 OF 43 |
| DT-1 TO DT-5 | DETAIL SHEET | 38 TO 42 OF 43 |
| PRV-1 | PRESSURE REDUCING STATION | 43 OF 43 |

## UTILITIES

| | | | |
|---|---|---|---|
| SEWAGE DISPOSAL: | (TO BE DETERMINED) | | |
| WATER: | (TO BE DETERMINED) | | |
| ELECTRICITY: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL | (928) 753-3000 |
| GAS: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE | (928) 681-4129 |
| SOLID WASTE COLLECT: | WASTE MANAGEMENT | 3250 GATLIN DRIVE | (928) 718-4900 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | 201 N. 4TH STREET | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. | 3327 N. MAYER RD. | (928) 565-3479 |

## OWNER

SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

## DEVELOPER

RHODES HOMES ARIZONA LLC
2215 HUALAPAI MTN. RD.
SUITE H
KINGMAN, ARIZONA 86401
(928) 718-2210

## ENGINEER / SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

## LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 34, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

## BASIS OF BEARINGS

NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION = 2659.468ift (NGVD '29)
CONVERSION = 2662.014ift (NAVD '88) – 2.546 = 2659.468ift (NGVD '29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## VICINITY MAP

PROJECT SITE

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

| ITEM | QUANTITY | |
|---|---|---|
| 18" P.V.C. SEWER LINE | 5,409 | LF |
| 15" P.V.C. SEWER LINE | 3,135 | LF |
| 8" P.V.C. SEWER LINE | 800 | LF |
| 15" SEWER STUB AND CAP | 1 | EA |
| 8" SEWER STUB AND CAP | 8 | EA |
| 60" DIA. SANITARY SEWER MANHOLES | 21 | EA |

### STORM DRAIN

| ITEM | QUANTITY | |
|---|---|---|
| 27" RCP STORM DRAIN | 000 | LF |
| SCUPPER | 000 | EA |
| CURB AND GRATE INLET | 000 | EA |
| 48" DIA. STORM DRAIN MANHOLE | 000 | EA |

### WATER

| ITEM | QUANTITY | |
|---|---|---|
| 24" C900 PVC WATER LINE | 7,938 | LF |
| 24" BUTTERFLY VALVE | 7 | EA |
| 24" X 24" X 24" TEE | 1 | EA |
| 24" X 24" X 8" TEE | 2 | EA |
| 24" X 24" X 6" TEE | 8 | EA |
| 24" X 24" X 8" X 8" CROSS | 3 | EA |
| 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 1 | EA |
| 24" 45° BEND | 8 | EA |
| 24" 22.5° BEND | 000 | EA |
| 8" C900 PVC WATER LINE | 1,197 | LF |
| 8" GATE VALVE | 8 | EA |
| 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL # 390 | 8 | EA |
| 8" 22.5° BEND | 2 | EA |
| 6" C900 PVC WATER LINE | 472 | LF |
| 6" GATE VALVE | 8 | EA |
| 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. # 390 | 000 | EA |
| FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. # 360 | 8 | EA |
| 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER LINE PER CITY OF KINGMAN STD. DTL. # 344 | 5 | EA |
| (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE | 16 | EA |

### STREETS

| ITEM | QUANTITY | |
|---|---|---|
| A.C. PAVEMENT | 000 | CY |
| TYPE II AGGREGATE BASE | 000 | CY |
| STREET NAME SIGN | 000 | EA |
| STOP SIGN | 000 | EA |
| SPEED LIMIT SIGN | 000 | EA |
| NO PARKING SIGN | 000 | EA |
| 30" ROLL CURB & GUTTER | 000 | LF |
| 24" RIBBON CURB & GUTTER | 000 | LF |
| SIDEWALK | 000 | SF |
| VALLEY GUTTER | 000 | SF |
| DRIVEWAY | 000 | EA |
| ALLEY ENTRANCE | 000 | EA |
| STREET LIGHT AND POLE | 000 | EA |
| STREETLIGHT CONDUIT | 000 | LF |
| SURVEY MONUMENTS | 000 | EA |

NOTE: QUANTITIES SHOWN ARE APPROXIMATIONS ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CALCULATING THE EXACT QUANTITIES.

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
COVER SHEET

MOHAVE COUNTY ARIZONA

SHEET G-1
1 OF 43 SHEETS
SCI PROJECT# 18449.03.03

## GENERAL NOTES

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH MOHAVE COUNTY STANDARD SPECIFICATIONS AND STANDARD DETAILS, AND OTHER COUNTY ADOPTED STANDARDS, UNLESS OTHERWISE APPROVED BY THE COUNTY ENGINEER, OR UNLESS APPROVED AS A PETITION OF EXCEPTION BY HEARING OF THE PLANNING AND ZONING COMMISSION AND THE BOARD OF SUPERVISORS.
2. THE CONTRACTOR SHALL OBTAIN A RIGHT-OF-WAY USE PERMIT FOR ANY WORK TO BE PERFORMED WITHIN THE RIGHT-OF-WAY UNDER THE OWNERSHIP OR CONTROL OF MOHAVE COUNTY. THE COUNTY RESERVES THE RIGHT OF SUPPLEMENTAL INSPECTION OF ALL CONSTRUCTION ACTIVITIES PERFORMED WITHIN THE COUNTY RIGHT-OF-WAY. THE CONTRACTOR SHALL NOTIFY THE COUNTY BY A COURTESY CALL PRIOR TO ENGAGING ANY MAJOR CONSTRUCTION ACTIVITIES WITHIN THE COUNTY RIGHT-OF-WAY.
3. THIS SET OF PLANS HAS BEEN REVIEWED FOR COMPLIANCE WITH COUNTY REQUIREMENTS PRIOR TO ISSUANCE OF CONSTRUCTION PERMITS. HOWEVER, SUCH REVIEW SHALL NOT PREVENT THE COUNTY FROM REQUIRING CORRECTION OF ERRORS IN PLANS FOUND TO BE IN VIOLATION OF ANY LAW OR ORDINANCE. REVIEW AND APPROVAL OF PLANS DOES NOT RELEASE ANY DEVELOPER OR ENGINEER FROM RESPONSIBILITY FOR ERRORS OR OMISSIONS ON SAID PLANS.
4. IMPROVEMENTS WILL NOT BE ACCEPTED UNTIL CERTIFIED RECORD DRAWINGS (AS-BUILTS), INCLUDING ALL TEST RESULTS, HAVE BEEN SUBMITTED AND ACCEPTED BY THE COUNTY.
5. THE DEVELOPER, ANY SUCCESSORS, AND ASSIGNS, WILL HOLD THE COUNTY OF MOHAVE, ITS OFFICERS, EMPLOYEES, AND AGENTS HARMLESS FROM ANY AND ALL CLAIMS FOR DAMAGES RELATED TO THE USE OF THIS DEVELOPMENT AS SHOWN HEREON, NOW AND IN THE FUTURE, BY REASON OF FLOODING, FLOWAGE, EROSION, OR DAMAGE CAUSED BY WATER, WHETHER SURFACE FLOOD OR RAINFALL.
6. DRAINAGE WILL REMAIN IN ITS NATURAL STATE AND WILL NOT BE ALTERED, DISTURBED, OR OBSTRUCTED OTHER THAN AS SHOWN ON THIS DEVELOPMENT PLAN.
7. A FLOODPLAIN USE PERMIT AND FINISHED FLOOR ELEVATION CERTIFICATE ARE REQUIRED FOR ALL PARCELS LOCATED WITHIN THE FEMA DESIGNATED AREAS OF SPECIAL FLOOD HAZARD FOR THE 100-YEAR STORM.
8. ANY RELOCATION, MODIFICATION, ETC., OF EXISTING UTILITIES AND/OR PUBLIC IMPROVEMENTS NECESSITATED BY PROPOSED DEVELOPMENT SHALL BE AT NO EXPENSE TO THE COUNTY.
9. THE CONTRACTOR SHALL FOLLOW ALL BLUE STAKE LAWS AND NOTIFY BLUE STAKE (1-800-STAKE-IT), BEFORE DIGGING.
10. ALL GRADING SHALL CONFORM TO THE UNIFORM BUILDING CODE, AS ADOPTED AND MODIFIED BY MOHAVE COUNTY.
11. DELETERIOUS MATERIAL AS DEEMED UNSUITABLE BY THE SOILS ENGINEER FOR USE AS COMPACTED FILL SHALL BE EXCAVATED AND REMOVED FROM THE SITE.
12. WHERE SOIL IS TO BE REMOVED FROM THE SITE, THE CONTRACTOR SHALL DESIGNATE THE LOCATION WHERE THE FILL WILL BE PLACED AND OBTAIN A LETTER FROM THE OWNER OF THAT PROPERTY ALLOWING THE PLACEMENT OF THE MATERIAL. PLACEMENT OF THIS MATERIAL SHALL BE SUBJECT TO THE APPLICABLE REQUIREMENTS AND PERMITS OF THE GOVERNING JURISDICTION.
13. ALL REQUIRED TRAFFIC CONTROL DEVICES SHALL CONFORM TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), 2001 EDITION.
14. EXCEPT FOR THE WORK PREFORMED UNDER THE TERMS OF A FRANCHISE, OR WORK PREFORMED BY A GOVERNMENTAL AGENCY, THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSURING THAT ALL WORK IS INSPECTED AND TESTED BY OR UNDER THE DIRECT SUPERVISION OF A PROFESSIONAL ENGINEER WHO SHALL HOLD A VALID REGISTRATION IN THE STATE OF ARIZONA.
15. THE CONTRACTOR SHALL NOT GRADE ANY PARCELS WITH OUTSIDE PRIVATE OWNERSHIP UNTIL PERMISSION TO GRADE HAS BEEN GRANTED BY THE PROPERTY OWNER.
16. THE CONTRACTOR SHALL NOT GRADE ANY ARMY CORPS OF ENGINEERS (ACOE) 404 DESIGNATED WASHES UNTIL 404 PERMIT APPROVAL HAS BEEN GRANTED.
17. AN APPROVED GRADING PLAN SHALL BE ON THE JOB SITE AT ALL TIMES. DEVIATION FROM THE PLAN MUST BE PRECEDED BY AN APPROVED PLAN REVISION.
18. ALL EXCAVATION AND GRADING OPERATIONS CONDUCTED WITHIN THE COUNTY LIMITS SHALL CONTROL DUST BY WATERING. THE CONTRACTOR SHALL OBTAIN ALL NECESSARY DUST CONTROL PERMITS.

## SEWER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), AND IN ACCORDANCE WITH ARIZONA ADMINISTRATIVE CODE, TITLE 18, CHAPTER 9, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAILS 404-1 AND R18-4-502C . SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
4. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
5. SEWER MAIN PIPE AND SERVICE SHALL BE P.V.C. SDR-35, MEETING THE REQUIREMENTS OF A.S.T.M. 3034 AND M.A.G. SECTION 745. INSTALLATION SHALL BE IN ACCORDANCE WITH A.S.T.M. STANDARD SPECIFICATIONS D2321.
6. REQUIRED MANHOLES SHALL BE CONSTRUCTED PER M.A.G. STANDARD DETAIL NO. 420.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION NO. 601 AND A.A.C. R18-9-E301.D.2.h.i. AND R18-9-E301.D.h.ii. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200
9. ALL MANHOLE FRAME AND COVER GRADE ADJUSTMENTS REQUIRED SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 422.
10. SHAPING OF ALL SEWER MANHOLE BOTTOMS SHALL BE PER M.A.G. STANDARD SPECIFICATIONS NO. 625.3.1.
11. ALL MANHOLES AND DROP SEWER CONNECTIONS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. SECTION 625. FOR MANHOLES THAT HAVE AN ELEVATION DROP BETWEEN INLET AND OUTLET BETWEEN 1' & 2.5', THERE SHALL BE CONSTRUCTED IN THE MANHOLE FLOOR A CONCRETE FILLET/CHANNEL FROM THE INLET SIDE OF THE MANHOLE TO THE OUTLET SIDE WHICH SHALL HAVE A SLOPE AT A MINIMUM GRADE OF 2.5% TO PREVENT SOLIDS DEPOSIT. FOR A DROP IN EXCESS OF 2.5', REFER TO M.A.G. STANDARD DETAIL NO. 426.
12. ALL SEWER SERVICE CONNECTIONS SHALL MEET THE REQUIREMENTS M.A.G. STANDARD DETAIL NO. 440, TYPE "A". NOTE: SEWER SERVICE CROSSING OF WATER MAIN WITHIN THE RIGHT OF WAY MAY REQUIRE PROTECTION PER M.A.G. STD. DET. 404.
13. SEWER CLEANOUT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 441.
14. MINIMUM DEPTH OF COVER TO THE TOP OF SEWER PIPE SHALL NOT BE LESS THAN 3 FEET, PER A.A.C. R18-9-E 301.
15. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
16. ALL SEWER MAINS SHALL BE PVC SDR-35 SEWER PIPE AND CONFORM WITH ASTM D-2321 STANDARD SPECIFICATIONS.
17. ALL SEWER LINE SEGMENTS SHALL BE TESTED FOR LEAKAGE AS PER ASTM (F-1417-92), REAPPROVED 1998.
18. THE CONTRACTOR SHALL ADJUST VALVES, MANHOLES, CLEANOUTS, ETC. BOTH OLD AND NEW TO FINISH PAVEMENT GRADE PER M.A.G. STANDARD DETAIL 270 AND 420. PROVIDE CONCRETE ENCASEMENT FLUSH WITH FINISH PAVEMENT GRADE.
19. ALL MANHOLES SHALL BE TESTED BY EXFILTRATION OR VACUUM TEST A.A.C. R18-9-E301 D.3.F.
20. 100 PERCENT OF ALL SEWER MAINS NEWLY CONSTRUCTED SHALL HAVE A DEFLECTION TEST OF THE TOTAL LENGTH PER A.A.C. R18-9-E301.D.2.L
21. ALL MANHOLES LOCATED WITHIN DRAINAGE EASEMENTS SHALL HAVE WATERTIGHT LIDS PER A.A.C. R18-9-E301.D.3.e.
22. CONTRACTOR IS TO FIELD VERIFY THE ELEVATIONS OF EXISTING SEWERS AT CRITICAL POINTS OF TIE-IN AND/OR INTERCEPTION PRIOR TO PROCEEDING WITH THE BALANCE OF SEWER TRENCHING. IF THE FALL BETWEEN CRITICAL POINTS IS LESS THAN THAT SHOWN ON THE PLANS, THE CONTRACTOR SHALL CEASE WORK ON THE AFFECTED SEWER LINE AND CONTACT THE ENGINEER FOR RE-DESIGN.
23. CONTRACTOR SHALL INSTALL SEWER SERVICE LINE(S) AS SHOWN ON THE PLANS. THE DEPTH OF THE SEWER SERVICE LINE(S), AT THE POINT OF TERMINATION, SHALL BE DEEP ENOUGH TO SERVICE THE ENTIRE LOT IN ACCORDANCE WITH THE UNIFORM PLUMBING CODE.
24. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.
25. ALL SEWER MAINS SHALL BE TESTED THE FULL LENGTH INSTALLED FOR UNIFORM SLOPE BY LAMP LIGHTING, REMOTE CAMERA, OR SIMILAR METHOD APPROVED BY ADEQ, AND RECORD RESULTS.

## WATER

1. ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 10, TOGETHER WITH THESE PLANS.
2. THE LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATIONS AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. CONTRACTOR SHALL ACQUIRE & PAY FOR ALL NECESSARY PERMITS.
4. WATER MAIN SHALL BE PVC PIPE CLASS 150, MEETING THE REQUIREMENTS OF A.W.W.A. C-900.

   WATER SERVICE MATERIAL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARDS SPECIFICATIONS SECTION 755.
5. WATER LINES SHALL BE DISINFECTED IN ACCORDANCE WITH A.D.E.Q. ENGINEERING BULLETIN NO. 8.
6. WATER/SEWER SEPARATION SHALL MEET THE REQUIREMENTS OF R18-4-502C (LATEST REVISION). SEPARATION SHALL BE A MINIMUM OF 2' VERTICAL AND 6' HORIZONTAL.
7. TRENCHING AND BACKFILL SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SPECIFICATION 601. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
8. CURB STOP WITH FLUSHING PIPES SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO. 390, TYPE "A".
9. ALL FITTINGS FOR WATER MAINS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 752.
10. ALL THRUST BLOCKING FOR WATER LINES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 380.
11. ALL BLOCKING FOR WATER GATE VALVES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 301.
12. PAYMENT FOR CONSTRUCTION SHALL BE MADE ON THE BASIS OF UNIT PRICE BID IN THE CONTRACTOR'S PROPOSAL. ALL ITEMS CALLED FOR ON THE PLANS BUT NOT LISTED IN BID ITEMS SHALL BE CONSIDERED INCIDENTAL. SAID ITEMS INCLUDE BUT ARE NOT LIMITED TO: WATER LINE BLOCKING, NON-METALLIC TAPE, TESTING, SALVAGING MATERIAL, EXISTING UTILITIES CONNECTIONS, ETC.
13. ALL TAPPING SLEEVES, VALVES AND VALVE BOXES ON WATERLINES SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATIONS SECTION 630, AND M.A.G. STANDARD DETAIL NO. 340.
14. WATER METER COVERS SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 310, AND WATER METER BOXES SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 320.
15. ALL FITTINGS AND VALVES SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. ALL VALVES ARE TO BE PLUMB AND HAVE STRAIGHT ALIGNMENT.
16. WATER MAIN SHALL BE TESTED IN ACCORDANCE WITH M.A.G. SECTION 610-14, AND IN ACCORDANCE WITH M.A.G. SECTION 610.14 FOR DUCTILE IRON PIPE.
17. ALL EXISTING STREET PAVEMENT DISTURBED BY CONSTRUCTION SHALL BE REPLACED IN ACCORDANCE WITH M.A.G. STANDARD DETAIL NO. 200-1.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. ALL WATER PIPES SHALL BE LEAD FREE PER A.A.C. R18-4-504
20. ALL MAINS SHALL BE DISINFECTED PER BULLETIN 8 AND SHALL BE WITNESSED BY A REPRESENTATIVE OF STANLEY CONSULTANTS. ALL WATER MAINS SHALL HAVE NO MORE THAN 100 PPM CHLORINE PRESENT AT TIME OF CHARGING, 24 HOURS LATER ALL WATER MAINS SHALL HAVE GREATER THAN 30 PPM OF CHLORINE PRESENT.
21. FINAL FLUSHING AND SAMPLING AND TESTING SHALL BE PERFORMED AND ACCEPTED PRIOR TO PLACING WATERLINES IN SERVICE AS PER M.A.G. STANDARD SPECIFICATIONS 611.45.
22. INSTALL M.A.G. STANDARD DETECTABLE TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

## STREET

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE "UNIFORM STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION" AND "UNIFORM STANDARD DETAILS FOR PUBLIC WORKS CONSTRUCTION" SPONSORED AND DISTRIBUTED BY THE MARICOPA ASSOCIATION OF GOVERNMENTS (M.A.G.), UNLESS OTHERWISE NOTED ON THE PLANS.

1. ALL DENSITY REQUIREMENTS FOR STREETS SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 301 AND M.A.G. SPECIFICATION 601 FOR ALL WATER AND SEWER TRENCHES. COMPACTION DENSITIES SHALL BE 95% FROM THE SURFACE TO 2' BELOW SURFACE.
2. THE EXACT LOCATION OF UTILITIES SHOWN IS BASED UPON BEST INFORMATION AVAILABLE. THE LOCATION AS SHOWN ARE APPROXIMATE. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL EXISTING UTILITIES AND BURIED CABLES PRIOR TO COMMENCEMENT OF ANY CONSTRUCTION BY CALLING:

   BLUE STAKE 1-800-STAKE-IT

   AT LEAST 2 WORKING DAYS IN ADVANCE. THE CONTRACTOR SHALL COOPERATE WITH THE UTILITY COMPANIES IN PROTECTING AND WORKING AROUND THEIR UTILITIES & SERVICE LINES.
3. ALL BACKFILL, PAVEMENT AND SURFACE REPLACEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL NO. 200-1 AND M.A.G. STANDARD SPECIFICATION SECTION 336. ALL TRENCHES SHALL MEET OSHA REQUIREMENTS.
4. ROADWAY EXCAVATION SHALL MEET THE REQUIREMENTS OF M.A.G. SPECIFICATION 205; M.A.G. SPECIFICATION 225 FOR WATERING AND M.A.G. STANDARD SPECIFICATION 301 FOR SUBGRADE PREPARATION.
5. CONTRACTOR SHALL REPLACE ANY INADEQUATE SUBGRADE MATERIAL WITH APPROPRIATE BACKFILL AS DIRECTED BY THE PROJECT ENGINEER.
6. ALL STREET AGGREGATE BASE SHALL MEET THE REQUIREMENTS OF M.A.G. SECTION 310.
7. ALL ASPHALT CONCRETE PAVEMENT SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD SECTION 321.
8. FOG SEAL SHALL MEET M.A.G. STANDARDS SECTION 333.
9. CONCRETE CURB AND GUTTER SHALL MEET THE REQUIREMENTS OF M.A.G. STANDARD DETAIL 220.
10. SIDEWALKS SHALL BE CONSTRUCTED AS REQUIRED BY M.A.G. STANDARD DETAIL NO.230 & SHALL CONFORM WITH M.A.G. SPECIFICATION 340.
11. ALL POURED CONCRETE STRUCTURES SHALL MEET THE REQUIREMENTS OF M.A.G. STD SPECIFICATIONS, SECTION 505.
12. THE EXACT POINT OF MATCHING TERMINATION AND OVERLAY, IF NECESSARY, SHALL BE DETERMINED IN THE FIELD BY THE COUNTY ENGINEER OR AUTHORIZED REPRESENTATIVE.
13. THE PAVING CONTRACTOR SHALL BE RESPONSIBLE FOR THE ADJUSTMENT AND PLACEMENT OF CONCRETE COLLARS, FRAMES, COVERS, AND VALVE BOXES AS NECESSARY FOR A COMPLETE JOB AS APPROVED BY THE COUNTY ENGINEER.
14. NO PAVING CONSTRUCTION SHALL BE STARTED UNTIL ALL UTILITY LINES ARE COMPLETED & APPROVED UNDER THIS PROPOSED PAVED AREA.
15. BASE COURSE SHALL NOT BE PLACED UNTIL SUBGRADE HAS BEEN APPROVED BY THE COUNTY ENGINEER.
16. NO JOB SHALL BE CONSIDERED COMPLETED UNTIL CURBS, PAVEMENTS AND SIDEWALKS HAVE BEEN SWEPT CLEAN OF ALL DIRT AND DEBRIS; AND SURVEY MONUMENTS ARE INSTALLED.
17. THE LOCATION OF ALL WATER VALVES, FIRE HYDRANTS, AND MANHOLES MUST AT ALL TIMES DURING CONSTRUCTION BE REFERENCED BY THE CONTRACTOR AND MADE AVAILABLE TO THE COUNTY.
18. UTILITY FACILITIES, SHOWN OR NOT SHOWN IN CONFLICT WITH THIS WORK SHALL BE RELOCATED BY THE GENERAL CONTRACTOR AS REQUIRED. THIS ACTIVITY SHALL BE COORDINATED WITH THE OWNER OF THE UTILITY TO PREVENT ANY UNNECESSARY INTERRUPTION OF SERVICE.
19. EXISTING STREET AND TRAFFIC SIGNS WILL BE MAINTAINED DURING CONSTRUCTION AND RELOCATED BY THE CONTRACTOR AS DIRECTED BY THE PUBLIC WORKS DIRECTOR.
20. THE GENERAL CONTRACTOR SHALL BE REPONSIBLE FOR ALL NEW TRAFFIC CONTROL SIGNS AND MARKINGS IN ACCORDANCE WITH THE 2001 EDITION OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

## STORM WATER POLLUTION PREVENTION PLAN

DATED SEPTEMBER, 2005 AND PREPARED BY:
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVE., SUITE 200
LAS VEGAS NV 89119
(702) 369-9396

## SITE GRADING

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

PHASE 1 OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## ENGINEER'S NOTES

1. CONSTRUCTION CONTRACTOR AGREES THAT IN ACCORDANCE WITH GENERALLY ACCEPTED CONSTRUCTION PRACTICES, THE CONSTRUCTION CONTRACTOR WILL BE REQUIRED TO ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS DURING THE COURSE OF THE CONSTRUCTION OF THE PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, THAT THIS REQUIREMENT SHALL BE MADE TO APPLYING CONTINUOUSLY AND NOT TO BE LIMITED TO NORMAL WORKING HOURS, AND THE CONSTRUCTION CONTRACTOR FURTHER AGREES TO DEFEND, INDEMNIFY, AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL LIABILITY, REAL OR ALLEGED, IN CONNECTION WITH THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE DESIGN PROFESSIONAL.
2. THE CONTRACTOR SHALL VERIFY ALL SITE CONDITIONS AND DIMENSIONS, AND SHALL NOTIFY THE ENGINEER OF ALL DISCREPANCIES PRIOR TO THE COMMENCEMENT OF WORK.
3. ADD 2500' TO ALL ELEVATIONS < 500' ON THESE DRAWINGS TO GET ACTUAL ELEVATION.
4. SEE LANDSCAPE PLANS FOR LANDSCAPING AND ONSITE IRRIGATION.

## LEGEND

| Symbol | Description |
|---|---|
| FF=67.20 | FINISHED FLOOR ELEVATION |
| (PAD=66.30) | PAD ELEVATION |
| BFE=XX.XX | BASE FLOOD ELEVATION |
| 2110 | EXISTING GRADE CONTOUR |
| 2445 | MAJOR CONTOUR |
| 2441 | MINOR CONTOUR |
| 80.00 / TC | TOP OF CURB |
| 80.0 / FG | FINISHED GRADE |
| 80.00 / FL | FLOW LINE |
| 80.0 / HP | HIGH POINT |
| 80.00 / CL | CENTER LINE GRADE |
| 80.00 / EOP 80.00 / EP | EDGE OF PAVEMENT |
| 80.00 / TBC/R | TOP BACK OF CURB BEGIN RADIUS |
| [80.00] / XX | FUTURE GRADE |
| (80.00) / XX | EXISTING GRADE |
| | HIGH POINT SWALE DIRECTION |
| [10+00.00] | CULDESAC STATIONING |
| 2.00% | RATE & DIRECTION OF SLOPE |
| | SWALE |
| | R/W LINE |
| | CENTER LINE |
| | EXISTING EDGE OF PAVEMENT |
| | EDGE OF PAVEMENT |
| | RETAINING WALL |
| | PERIMETER BLOCK WALL |
| | EASEMENT LINE |
| | CURB & GUTTER |
| | EX. CURB & GUTTER |
| | GRADE BREAK |
| | SUBDIVISION/PHASE BOUNDARY |
| | DRIVEWAY |
| | S/W RAMP |
| TOP OF SLOPE / TOE OF SLOPE | CUT OR FILL SLOPES |
| | EX. STREETLIGHT |
| | 100 WATT LUMINAIRE |
| | 250 WATT LUMINAIRE |
| | UTILITY POLE |
| | EXISTING SIGNAL WITH LUMINAIRE |
| | STREET NAME SIGN |
| | MISCELLANEOUS SIGN |
| | 36" STOP SIGN |
| | SERVICE POINT |
| | PULL BOX |
| SL | EXISTING STREET LIGHT BOX |
| | PROPOSED BARRICADE |
| | EXISTING FIRE HYDRANT |
| | PROPOSED FIRE HYDRANT |
| PVC WATER | PVC WATER MAIN (PUBLIC) |
| | TEE W/VALVE |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE |
| | 45°, 90° BEND |
| | CROSS |
| PRV | INDIVIDUAL PRESSURE REDUCING VALVE |
| S | 48" SANITARY SEWER MANHOLE |
| PVC SEWER | PVC SANITARY SEWER MAIN (PUBLIC) |
| | 4" SERVICE LATERAL W/4" WYE |
| BWV | INDIVIDUAL SEWER BACKWATER VALVE |
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## ABBREVIATIONS

| Abbreviation | Meaning |
|---|---|
| AVE | AVENUE |
| BC | BACK OF CURB |
| BCR | BACK OF CURB RADIUS |
| BCL | BACK OF CURB LENGTH |
| BM | BENCH MARK |
| BVC | BEGINNING OF VERTICAL CURVE |
| CATV | CABLE TELEVISION |
| C&G | CURB AND GUTTER |
| CE | COMMON ELEMENT |
| C/L OR ℄ | CENTERLINE |
| CFS | CUBIC FOOT PER SECOND |
| CMP | CORRUGATED METAL PIPE |
| COMM DWY | COMMERCIAL DRIVEWAY |
| CONC | CONCRETE |
| CONST | CONSTRUCTION OR CONSTRUCT |
| CS | CURB STATIONING |
| CU YD | CUBIC YARD |
| DE | DRAINAGE EASEMENT |
| DTC | DEPRESSED TOP OF CURB |
| DTL | DETAIL |
| E | ELECTRIC |
| EVC | END OF VERTICAL CURVE |
| EP | EDGE OF PAVEMENT |
| EX OR EXIST | EXISTING |
| FDC | FIRE DEPARTMENT CONNECTION |
| FF | FINISH FLOOR |
| FG | FINISH GRADE |
| FL OR ℄ | FLOW LINE |
| G | GAS |
| GB | GRADE BREAK |
| HP | HIGH POINT |
| INV | INVERT |
| L | LENGTH |
| MVC | MIDPOINT OF VERTICAL CURVE |
| M.A.G. | MARICOPA ASSOCIATION OF GOVERNMENTS |
| MH | MANHOLE |
| MIN | MINIMUM |
| MUTCD | MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES |
| NTS | NOT TO SCALE |
| PVC | POLYVINYL CHLORIDE |
| PRVT | PRIVATE |
| PC | POINT OF CURVE |
| PCC | POINT OF COMPOUND CURVE |
| PI | POINT OF INTERSECTION |
| PL | PROPERTY LINE |
| PRC | POINT OF REVERSE CURVE |
| PSI | POUNDS PER SQUARE INCH |
| PVI | POINT OF VERTICAL INTERSECTION |
| PT | POINT OF TANGENCY |
| PUE OR P.U.E. | PUBLIC UTILITY EASEMENT |
| PAE | PEDESTRIAN ACCESS EASEMENT |
| RCB | REINFORCED CONCRETE BOX |
| R/W OR R.O.W. | RIGHT OF WAY |
| SD | STORM DRAIN |
| SL/STLT | STREET LIGHT |
| SS | SANITARY SEWER |
| STD | STANDARD |
| S/W OR SW | SIDEWALK |
| T | TELEPHONE |
| TC | TOP OF CURB |
| TBD | TO BE DETERMINED |
| TRANS | TRANSITION |
| (TYP) | TYPICAL |
| VC | VERTICAL CURVE |
| VERT | VERTICAL |
| VG | VALLEY GUTTER |
| W | WATER |
| WM | WATER METER |
| YD | YARD |

NOTE:
ALL ABBREVIATIONS SHOWN ON THIS LEGEND MAY NOT APPEAR ON THIS SET OF DRAWINGS.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-227-2600
UNDERGROUND SERVICE (USA)

Avoid overhead power line contact.
Call before you Overhead
1-702-227-2929
NEVADA POWER ENVIRONMENT AND SAFETY SERVICES DEPARTMENT

## BASIS OF BEARINGS

NORTH 00°13'35" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83)

HEIGHT 2466.56824ift (NAVD'88)

## BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2659.468 IFT (NGVD '29)
CONVERSION= 2662.014 IFT (NAVD '88) – 2.546 = 2659.468 IFT (NGVD '29)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

## FEMA FLOOD ZONE

FLOOD ZONE DESIGNATION: FEMA-X

AZTEC AT CHUAR DOES NOT LIE WITHIN A DESIGNATED SPECIAL FLOOD HAZARD AREA.

## NOTE:

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY GEO TEK, INC. DATED APRIL 25, 2005 PROJECT No. 5871-LV6 .

1) Retaining and block wall footing depths should match the Geotechnical Evaluation. Since the footing depth depends upon the soils expansive nature and this is subject to grading and testing at the time of final construction. See the Geotechnical Report for more information

2) Retaining and block walls moisture barrier protection reference IBC. See the Geotechnical Report for more information

---

Registered Professional Engineer (Civil) — CERTIFICATE NO. 43321 — KENNETH T. YAMADA — ARIZONA, U.S.A.

| REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE |
|---|---|---|---|---|
| | | | | |

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 8/31/05

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
GENERAL NOTES AND ABBREVIATIONS
MOHAVE COUNTY ARIZONA

SHEET G-2
2 OF 43 SHEETS
SCI PROJECT# 18449.03.03

BEGIN UTILITY IMPROVEMENTS
HUALAPAI DRIVE
GOLDEN VALLEY RANCH
TEMPORARY WASTEWATER TREATMENT PLANT
GOLDEN VALLEY RANCH
TEMPORARY WASTEWATER TREATMENT PLANT
(REFER TO PLANS BY STANLEY CONSULTANTS)
ROADWAY TO BE CONSTRUCTED UNDER WEST LOOP ROAD SECTION 4 IMPROVEMENTS
GOLDEN VALLEY RANCH
SUBDIVISION AREA 1, PHASE B
REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
MATCHLINE STA. 87+50
SEE SHEET UP-2 FOR CONTINUATION
PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY
WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS
GRAPHIC SCALE
NORTH
KEYMAP
LEGEND
SEWER CONSTRUCTION NOTES
WATER CONSTRUCTION NOTES
STORM DRAIN CONSTRUCTION NOTES
BASIS OF BEARINGS
BENCHMARK
DISCLAIMER NOTE
HIGH POINT ELEV = 2491.15
HIGH POINT STA = 87+25.96
250.00' VC
EXISTING GROUND @ CENTERLINE
FUTURE GRADE @ CENTERLINE
PROPOSED GRADE @ CENTERLINE
171.45 LF 18" PVC SEWER @ 0.40%
435.47 LF 18" PVC SEWER @ 0.40%
WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3 31 06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 79+50 - 87+50
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05
SHEET UP-1
11 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Z:\18449\dwg\Imp Plans-SO\UP1-UP7.dwg, 4/3/2006 3:20:56 PM

MATCHLINE STA. 87+50
SEE SHEET UP-1 FOR CONTINUATION

MATCHLINE STA. 95+50
SEE SHEET UP-3 FOR CONTINUATION

88+00 89+00 90+00 91+00 92+00 93+00 94+00 95+00

[2] 435.47 LF 18" PVC SEWER @ S=0.004%

[2] 435.90 LF 18" PVC SEWER @ S=0.40%

[2] 408.76 LF 18" PVC SEWER @ S=0.60%

60" SSMH # WLR-18
STA: 89+54.92, 13.00' R [1]
RIM = 2490.32
INV IN 18" = 2472.89
INV OUT 18" = 2472.69

STUB AND CAP
FOR FUTURE CONNECTION
INV = 2480.60

PC 94+17.39

60" SSMH # WLR-17
STA: 93+90.82, 13.00' R [1]
RIM = 2488.18
INV IN 8" = 2478.56
INV IN 18" = 2474.83
INV OUT 18" = 2474.63

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS
BY STANLEY CONSULTANTS

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'

250.00' VC
HIGH POINT ELEV = 2491.15
HIGH POINT STA = 87+25.96
PVI STA = 87+25.96
PVI ELEV = 2491.46
A.D. = -1.00
K = 250.00

EVCS: 88+50.96
EVCE: 2490.84

60" SSMH # WLR-18
STA: 89+54.92
RIM = 2490.32
INV IN 18" = 2472.89
INV OUT 18" = 2472.69

BVCS: 93+43.94
BVCE: 2488.37

60" SSMH # WLR-17
STA: 93+96.54
RIM = 2488.16
INV IN 8" = 2478.56
INV IN 18" = 2474.86
INV OUT 18" = 2474.66

LOW POINT ELEV = 2488.04
LOW POINT STA = 94+77.28
PVI STA = 95+43.94
PVI ELEV = 2487.37
A.D. = 1.50
K = 266.67
400.00' VC

-0.50%

EXISTING GROUND @ CENTERLINE

FUTURE GRADE @ CENTERLINE

8" PVC SS

435.47 LF 18" PVC SEWER @ 0.40%

435.90 LF 18" PVC SEWER @ 0.40%

403.04 LF 18" PVC SEWER @ 0.60%

EXISTING GROUND @ CENTERLINE — PROPOSED GRADE @ CENTERLINE

2500 2490 2480 2470

| 2491.14 | 2491.1 / 2491.04 | 2490.5 / 2490.84 | 2489.9 / 2490.59 | 2489.7 / 2490.34 | 2489.4 / 2490.09 | 2489.2 / 2489.84 | 2489.4 / 2489.59 | 2489.0 / 2489.34 | 2488.0 / 2489.09 | 2489.1 / 2488.84 | 2489.5 / 2488.59 | 2490.3 / 2488.34 | 2490.4 / 2488.15 | 2489.6 / 2488.05 | 2489.5 / 2488.05 | 2489.6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

88+00 89+00 90+00 91+00 92+00 93+00 94+00 95+00

## WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

NORTH

GRAPHIC SCALE
0 40 80 FT

KEYMAP

SHINARUMP ROAD, HUALAPAI DRIVE, TOWNSTONE TRAIL, CHOCHISE DRIVE, RAMADA ROAD, SACRAMENTO ROAD, CENTENNIAL ROAD, AQUARIUS DRIVE, NORTH

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS
BY STANLEY CONSULTANTS

## LEGEND

- 120 — LOT NUMBER
- RIGHT OF WAY
- SUBDIVISION/UNIT BOUNDRY
- STREET LIGHT (100W HPS)
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- P.U.E. — PUBLIC UTILITY EASEMENT
- C.E. — COMMON ELEMENT

### WATER

- WATER MAIN
- 3/4" WATER METER W/ 1" COPPER WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4', 22 1/2', 45', 90' BEND

### SEWER

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

## SEWER CONSTRUCTION NOTES

[1] INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
[2] INSTALL 8" PVC SEWER MAIN
[3] INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
[4] INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

(1) INSTALL 24" C900 PVC WATER LINE
(2) INSTALL 24" BUTTERFLY VALVE
(3) INSTALL 24" X 24" X 24" TEE
(4) INSTALL 24" X 24" X 8" TEE
(5) INSTALL 24" X 24" X 6" TEE
(6) INSTALL 24" X 24" X 8" X 8" CROSS
(7) INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
(8) INSTALL 24" 45' BEND
(9) INSTALL 24" 22.5' BEND
(10) INSTALL 8" C900 PVC WATER LINE
(11) INSTALL 8" GATE VALVE
(12) INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
(13) INSTALL 8" 22.5' BEND
(14) INSTALL 6" C900 PVC WATER LINE
(15) INSTALL 6" GATE VALVE
(16) INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
(17) INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
(18) INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
(19) INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
(20) INSTALL 12" C900 PVC WATER LINE
(21) INSTALL 12" 45' BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

(1) INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
(2) INSTALL 18" RCP STORM DRAIN
(3) INSTALL 24" RCP STORM DRAIN
(4) INSTALL 27" RCP STORM DRAIN
(5) INSTALL 30" RCP STORM DRAIN
(6) INSTALL 42" RCP STORM DRAIN
(7) INSTALL 48" RCP STORM DRAIN
(8) INSTALL 54" RCP STORM DRAIN
(9) INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
(10) CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
(11) CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348
(1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 87+50 - 95+50
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

SHEET UP-2
11 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Registered Professional Engineer 43321 KENNETH T. TAMADA ARIZONA U.S.A.

WEST LOOP ROAD

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS
BY STANLEY CONSULTANTS

WEST LOOP ROAD
SCALE HORIZ 1"=40'

MATCHLINE STA 104+50
SEE SHEET UP-4 FOR CONTINUATION

KEYMAP

LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 95+50 - 104+50
MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

UP-3

ST-RH036899

J:\18449\dwg\Imp Plans-S0' UP1-UP7.dwg, 4/3/2006 3:26:57 PM

SEE SHEET UP-3 FOR CONTINUATION
MATCHLINE STA: 104+50
SEE SHEET UP-5 FOR CONTINUATION
MATCHLINE STA: 113+50
WEST LOOP ROAD
STA: 105+95.96
10 LF 24" PVC WATERLINE
STUB AND CAP FOR FUTURE CONNECTION
R=1522.50'
60" SSMH # WLR-14
STA: 106+17.15, 13.00' R
RIM = 2498.11
INV IN 8" = 2486.45
INV IN 18" = 2482.78
INV OUT 18" = 2482.58
STA: 109+15.84
113.09 LF 8" PVC WATER LINE
STUB & CAP FOR FUTURE USE
60" SSMH # WLR-13
STA: 109+52.80, 13.00' R
RIM = 2501.39
INV IN 18" = 2486.26
INV OUT 18" = 2486.06
408.79 LF 18" PVC SEWER @ S=0.60%
328.13 LF 18" PVC SS @ S=1.00%
304.20 LF 24" PVC WATERLINE R=1522.50'
84.04 LF 24" PVC W.L.
500.00 LF 18" PVC SEWER @ S=0.90%
474.20 LF 24" PVC WATERLINE
STUB AND CAP FOR FUTURE CONNECTION INV = 2491.17
STA: 106+06.14
20.31 LF 8" STUB AND CAP / FUTURE CONNECTION FOR POD 1/PHASE 1
STA: 110+00
20.00' LF 6" PVC WATER LINE WITH FIRE HYDRANT ASSEMBLY
PT = 109+22.62
GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO IMPROVEMENT PLANS BY STANLEY CONSULTANTS
404 405 406 407 410 411 412 413 414 415 416 417

**WEST LOOP ROAD**
SCALE: HORIZ 1"=40'

60" SSMH # WLR-14
STA: 106+17.15
RIM = 2498.11
INV IN 8" = 2487.23
INV IN 18" = 2482.78
INV OUT 18" = 2482.58
60" SSMH # WLR-13
STA: 109+52.80
RIM = 2501.39
INV IN 8" = 2486.33
INV OUT 18" = 2486.13
100.00' VC
PVI STA = 111+50
PVI ELEV = 2503.43
A.D. = -0.20
K = 500.00
BVCS: 111+00
BVCE: 2502.93
EVCS: 112+00
EVCE: 2503.83
FUTURE GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE
STA: 107+32.10 ELEV: 2497.33
304.20 LF 24" PVC WATERLINE @ S=1.00%
84.04 LF 24" PVC WATERLINE @ S=1.00%
474.20 LF 24" PVC WATERLINE @ S=0.80%
STA: 105+95.96
STUB AND CAP FOR FUTURE CONNECTION
INV.=2490.86
STA: 106+00.96
24" BUTTERFLY VALVE
STA: 106+06.14
24x24x8 TEE WITH 8" GATE VALVE
INV.=2490.96
STA: 109+15.84
24x24x8 TEE WITH 8" GATE VALVE
INV.=2494.06
STA: 110+00.00
FIRE HYDRANT ASSEMBLY WITH 24x24x6 TEE AND 6" GATE VALVE
INV. IN=2495.65
STA: 111+55.27
VERT. ANGLE PT.
INV.=2496.46
408.79 LF 18" PVC SEWER @ 0.60%
335.65 LF 18" PVC SEWER @ S=1.00%
500.00 LF 18" PVC SEWER @ S=0.90%
8" PVC SS
66" MIN.
60" MIN.
1.00%
0.80%
2480 2490 2500 2510
105+00 106+00 107+00 108+00 109+00 110+00 111+00 112+00 113+00

**WEST LOOP ROAD**
SCALE: HORIZ 1"=40'
VERT 1"=4'

NORTH
GRAPHIC SCALE
0
40
80 FT

SHINARUMP ROAD
HUALAPAI DRIVE
TOMBSTONE TRAIL
CHEMEHUEVI DRIVE
RAMADA ROAD
SACRAMENTO ROAD
CENTENNIAL ROAD
AQUARIUS DRIVE
NORTH
KEYMAP

**PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY**

**WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS**

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE "C" STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | SUBDIVISION/UNIT BOUNDRY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |
| **WATER** | |
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" COPPER WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |
| **SEWER** | |
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I. |
| | STUB AND CAP |
| BWV | SEWER BACK WATER VALVE |
| **STORM DRAIN** | |
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591 UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

Registered Professional Engineer 43321 KENNETH T. YAMADA ARIZONA, U.S.A.

| | |
|---|---|
| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | VND |
| CHECKED BY | MPB |
| DATE | 8/30/05 |

REV. NO. | DESCRIPTION | DRAWN BY | APPROVAL | DATE

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE - STA. 104+50 - 113+50
MOHAVE COUNTY ARIZONA

SHEET
UP-4
12 OF 43 SHEETS

SCI PROJECT#
18449.03.03

WEST LOOP ROAD
SCALE: HORIZ 1"=40'

WEST LOOP ROAD

MATCHLINE STA. 122+50
SEE SHEET UP-6 FOR CONTINUATION

GRAPHIC SCALE

NORTH

KEYMAP

LEGEND

| | RHODES HOMES ARIZONA, LLC | | Stanley Consultants INC. | | SHEET |
|---|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | | SCALE (H) 1"=40' | UP-5 |
| | WEST LOOP ROAD SECTION 2 IMPROVEMENTS | | 5820 S. Eastern Avenue, Suite 200 | SCALE (V) 1"=4' | |
| | UTILITY PLAN AND PROFILE - STA. 113+50 – 122+50 | | Las Vegas, Nevada 89119 | DRAWN BY VND | 13 OF 4 SHEETS |
| | MOHAVE COUNTY | ARIZONA | (702) 369-9396 Fax (702) 368-9793 | CHECKED BY MPB | |
| | | | www.stanleygroup.com | DATE 8/30/05 | |

ST-RH036901

| WATER LINE TABLE | | | |
|---|---|---|---|
| LINE | SIZE | LENGTH | BEARING |
| L1 | 24" | 6.15 | S78°34'21"W |
| L2 | 12" | 24.54 | S56°25'39"E |
| L3 | 12" | 4.23 | S78°34'21"W |
| L4 | 12" | 14.01 | N33°34'21"E |
| L5 | 12" | 4.23 | N11°25'39"W |
| L6 | 12" | 24.87 | N56°25'39"W |
| L7 | 24" | 5.81 | S10°25'39"E |

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## LEGEND

120 LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT

### WATER

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4', 22 1/2', 45', 90' BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN

STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45' BEND
9. INSTALL 24" 22.5' BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5' BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45' BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591 UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 122+50 - 131+50
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

SHEET UP-6
14 OF 43 SHEETS
SCI PROJECT# 18449.03.03

Registered Professional Engineer 43321 KENNETH T. YAMADA ARIZONA

2:\18449\dwg\Imp Plans-S02 UP1-UP7.dwg, 4/3/2006 3:41:19 PM PST

MATCHLINE STA: 131+50 SEE SHEET UP-6 FOR CONTINUATION

MATCHLINE STA: 139+50 SEE SHEET UP-8 FOR CONTINUATION

GOLDEN VALLEY RANCH
SUBDIVISION AREA 1 PHASE B
REFER TO PLANS BY
TED ROBINSON

WEST LOOP ROAD
SCALE: HORIZ 1"=40'

60" SSMH # WLR-8
STA: 132+45.32
RIM = 2520.20
INV IN 18" = 2507.07
INV OUT 18" = 2506.87

STA: 132+77.35
24" BUTTERFLY VALVE
INV=2513.43

60" SSMH # WLR-7
STA: 136+96.78
RIM = 2523.81
INV IN 15" = 2511.13
INV IN 18" = 2510.88
INV OUT 18" = 2510.68

STA: 136+90.00
FIRE HYDRANT ASSEMBLY
WITH 24x24x6 TEE AND
6" GATE VALVE
INV. IN=2517.48

STA: 139+06.45
VERT. ANGLE PT.
INV.=2517.66

451.46 LF 18" PVC SEWER @ S=0.80%
406.37 LF 24" PVC WATERLINE @ S=0.80%
406.40 LF 24" PVC WATERLINE @ S=1.05%
451.47 LF 15" PVC SEWER @ S=1.10%
450.79 LF 18" PVC SEWER @ S=0.80%

100.00' VC
PVI STA = 138+00
PVI ELEV = 2524.63
A.D. = 0.25
K = 400.00
BVCS: 137+50
BVCE: 2524.23
EVCS: 138+50
EVCE: 2525.16

EXISTING GROUND @ CENTERLINE
PROPOSED GRADE @ CENTERLINE

WEST LOOP ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

NORTH

GRAPHIC SCALE
0 40 80 FT

KEYMAP

PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLANS BY UNISOURCE ENERGY

WATER LINE JOINTS TO BE RESTRAINED PER M.A.G. STANDARDS

## LEGEND

- 120 — LOT NUMBER
- RIGHT OF WAY
- SUBDIVISION/UNIT BOUNDRY
- STREET LIGHT (100W HPS)
- NO. 3-1/2" PULL BOX
- SERVICE PEDESTAL
- P.U.E. — PUBLIC UTILITY EASEMENT
- C.E. — COMMON ELEMENT

### WATER

- WATER MAIN
- 3/4" WATER METER W/ 1" COPPER WATER LATERAL
- FIRE HYDRANT ASSEMBLY
- TEE W/VALVE
- 2" BLOWOFF ASSEMBLY
- GATE VALVE OR BUTTERFLY VALVE
- 11 1/4', 22 1/2', 45', 90' BEND

### SEWER

- SANITARY SEWER MANHOLE
- SANITARY SEWER MAIN
- 4" PVC SEWER LATERAL
- OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
- STUB AND CAP
- SEWER BACK WATER VALVE

### STORM DRAIN

- STORM DRAIN MANHOLE
- STORM DRAIN INLET
- STORM DRAIN PIPE

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY VND
CHECKED BY MPB
DATE 8/30/05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
WEST LOOP ROAD SECTION 2 IMPROVEMENTS
UTILITY PLAN AND PROFILE STA. 131+50 - 139+50
MOHAVE COUNTY ARIZONA

SHEET UP-7
15 OF 43 SHEETS
SCI PROJECT# 18449.03.03