West Loop Road Section 2 Improvements — Utility Plan and Profile STA. 139+50 – 148+50

Rhodes Homes Arizona, LLC — Golden Valley Ranch
Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
Mohave County, Arizona

Sheet UP-8, 16 of 43 sheets
Scale (H) 1"=40', Scale (V) 1"=4'
Drawn by EMC, Checked by MPB
Date 8/30/05

PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION

ST-RH036904

Case 09-14814-gwz    Doc 1256-19    Entered 08/13/10 21:19:43    Page 2 of 12



Engineering drawing — Stanley Consultants, Inc. Sheet UP-9 of 43. Rhodes Homes Arizona, LLC — Golden Valley Ranch. West Loop Road Section 2 Improvements, Utility Plan and Profile STA. 148+50 – 157+50, Mohave County, Arizona. Scale (H) 1"=40', Scale (V) 1"=4'. Drawn by EMG, Checked by MPB, Date 8/30/05.

ST-RH036905



Engineering drawing: West Loop Road Section 2 Improvements, Utility Plan and Profile STA. 166+50 – 175+50. Rhodes Homes Arizona, LLC — Golden Valley Ranch. Stanley Consultants Inc., Mohave County, Arizona. Sheet UP-11 of 43. Scale (H) 1"=40', Scale (V) 1"=4'. Drawn by EMG, Checked by MPB, Date 8/30/05. Preliminary Issue for Review — Not for Construction.

Case 09-14814-gwz    Doc 1256-19    Entered 08/13/10 21:19:43    Page 5 of 12

Engineering drawing sheet UP-12: "West Loop Road Section 2 Improvements — Utility Plan and Profile" for Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Prepared by Stanley Consultants, Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale H 1"=40', V 1"=4'. Drawn by EMG, Checked by MPB, Date 8/30/05. Sheet 18 of 43. SCI Project 14449.03.03. Contains B2 Street Plan and Profile, G Street Plan and Profile, sewer/water/storm drain construction notes, legend, keymap, basis of bearings, benchmark, and disclaimer note. Marked "PRELIMINARY ISSUE FOR REVIEW — NOT FOR CONSTRUCTION."

ST-RH036908

Case 09-14814-gwz    Doc 1256-19    Entered 08/13/10 21:19:43    Page 6 of 12

Engineering drawing sheet DT-1 — Detail Sheet, West Loop Road Section 2 Improvements, Golden Valley Ranch, Rhodes Homes Arizona, LLC. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Drawn by EMC, Checked by MPB, Date 3/31/06. Sheet DT-1, 38 of 43 sheets. SCI Project 18449.03.03. Mohave County, Arizona. ST-RH036910.

Details shown on sheet:
- A/DT2 — THRUST BLOCK DETAILS (Fig. 1 Cross, Fig. 2 Tee or Plug, Fig. 3 Elbow, Fig. 4 Horizontal or Vertical Elbow)
- B/DT2 — PIPE TRENCH BEDDING METHODS (Class B Bedding — Normal Bedding; Class A Bedding — Concrete Bedding)
- C/DT2 — TRENCH BACKFILL DETAIL
- D/DT2 — FIRE HYDRANT ASSEMBLY DETAIL
- E/DT2 — CONCRETE ENCASEMENT DETAIL
- F/DT2 — FLEXIBLE COUPLING DETAIL — A-P12 (Dresser Style 38 flexible coupling; Double Mechanical Joint)





Engineering detail sheet DT-4: Valve Vault Sectional Plans and Sections (with (1) valve and no tee; with (3) valve and tee). Not to scale.

Title block:
- RHODES HOMES ARIZONA, LLC
- GOLDEN VALLEY RANCH
- WEST LOOP ROAD SECTION 2 IMPROVEMENTS
- DETAIL SHEET
- MOHAVE COUNTY, ARIZONA
- Stanley Consultants INC. — 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, (702) 369-9396, Fax (702) 369-9793
- SCALE (H) N.T.S. / SCALE (V) N.T.S.
- DRAWN BY EMG / CHECKED BY MPB
- DATE 3/31/06
- SHEET DT-4, 41 OF 43 SHEETS
- SC PROJECT 18449.03.03









ST-RH036914

