

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**Approved** ☐ _____

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Order #:** GVMP1000-31
**Date:** 8/1/2005
**Job:** GVMP-1000  Golden Valley Master Plan

**Ship To:**

**Description:** 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design (WW/208) | 220,000.00 | 0.00 | 220,000.00 |
|  |  |  | Totals: | 220,000.00 | 0.00 | 220,000.00 |

BILL ROBERTS
AUG 0 1 2005
Rhodes Homes                    Date

_signature_  8-1-05
Stanley Consultants, Inc         Date

Work Completed                  Date

Page 1 of 1

ST-RH018414