

Figure 2 – GV Ranch Land Use Plan, Mohave County, Arizona

It is noted that an assumption of 50 home closings per month is used as a basis for timing of development phases. If this assumed absorption rate varies, the phasing plan will be altered to meet the actual pace of development.

**DPA/DMA Authority**

The Mohave County 208 Area Wide Water Quality Management Plan was approved in December 2003, and addresses current and future planning for areas within Mohave County boundaries with the exception of Fort Mojave, Hualapai, and Kaibab-Paiute Indian Reservation lands. Mohave County (the County) is the Designated Planning Agency (DPA). As the DPA, the County reviews proposed facilities and expansion of existing facilities to ensure consistency with the current 208 Plan document. In addition, the County oversees the coordination between state agencies on water quality issues, participation in the state wide Water Quality Management Working Group and public participation efforts during the Plan Amendment process.

Five Designated Management Agencies (DMA) are identified in the 208 Plan document; the cities of Lake Havasu City, Bullhead City, Kingman, and Colorado City, and the Fort Mojave Tribe. This project is not located within the boundaries of any of the DMA responsibility areas; as such, there will be no DMA for this project.

Rhodes is privately financing the construction of the WWTPs. In addition, Rhodes has submitted an application to the Arizona Corporation Commission (ACC) for the formation of the Perkins Mountain Utilities Company (PMUC). This company will own, operate and maintain the sewer utility for GV Ranch and will be responsible for the design and construction of all future phases of the permanent WWTP.

**Mohave County/GV Ranch Population Projections**

The Mohave County 208 Plan includes a County population projection from 2003 through to 2050. This projection, excerpted from the Mohave County Section 208 Water Quality Management Plan, Table 5, is provided in Table 1, "Mohave County and GV Ranch Population Projections". These population projections have been approved by COG as acceptable POPTAC population projections. Table 1 also includes an Arizona Department of Economic Security population projection prepared in 2005 and the population projection for the GV Ranch development. The GV Ranch projection is based on an estimated home occupation rate of 50 homes per month and an average population per dwelling unit of 2.21 (inclusive of all active adult, apartment, and single family units).