1  JANIECE S. MARSHALL, ESQ., Nevada Bar No. 4686
   jm@amclaw.com
2  ANDERSON, McPHARLIN & CONNERS LLP
   777 North Rainbow Boulevard
3  Suite 145
   Las Vegas, Nevada  89107
4  Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025
   Attorneys for Creditor *Stanley Consultants, Inc.*

5

6

7              **UNITED STATES BANKRUPTCY COURT**

8                    **DISTRICT OF NEVADA**

9

10  In re                                    Case No. BK-S-09-14814-LBR

11
    THE RHODES COMPANIES, LLC,               Chapter 11
12
                                             **EXHIBITS TO STANLEY**
13         Debtor.                           **CONSULTANTS, INC.'S OPPOSITION**
    _____              **TO REORGANIZED DEBTORS'**
14  Affects:                                 **MOTION FOR (A) DETERMINATION OF**
    ☒    All Debtors                         **OWNERSHIP OF STANLEY**
15  ☐    Affects the following Debtor(s),    **MATERIALS AND (B)**
    Apache Framing, LLC                      **AUTHORIZATION TO SELL STANLEY**
16  Batcave, LP                              **MATERIALS [DOC #1214]**
    Bravo, Inc.
17  Chalkline, LP
    Elkhorn Partners, a Nevada LP
18  Geronimo Plumbing, LLC
    Glynda, LP
19  Gung-Ho Concrete, LLC
    Heritage Land Company LLC
20  Jackknife, LP
    Overflow, LP
21  Parcel 20, LLC
    Pinnacle Grading, LLC
22  Rhodes Homes Arizona, LLC
    Rhodes Arizona Properties, LLC
23  The Rhodes Companies, LLC
    Rhodes Ranch Golf Country Club, LLC
24  Rhodes Ranch General Partnership
    Six Feathers Holdings, LLC
25  Tribes Holdings, LLC
    Tick, LP
26  Tuscany Golf Country Club, LLC
    Wallboard, LP
27

28

*(left margin, vertical text)* ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 NO. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025