

FIGURE 1.1 SERVICE AREA

GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN

FEB 2006

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119   (702) 369-9396

ST-RH038247