

Figure 2.3 — Onsite Water Distribution Pipelines. Golden Valley Ranch Water and Sewer Master Plan. Stanley Consultants Inc., Las Vegas, Nevada. Feb 2006.