

FIGURE 3.1 WASTE WATER FLOW DIRECTION

GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN

Stanley Consultants INC. 5820 S. EASTERN AVENUE, SUITE 200 LAS VEGAS, NEVADA 89119 (702) 369-9396

FEB 2006

ST-RH038271