Figure 3.2 — Onsite Sewer Collection System, Golden Valley Ranch Water and Sewer Master Plan (Stanley Consultants Inc., Feb 2006). ST-RH038272

# Appendix A

# References

ST-RH038273

Land Use Plan

ST-RH038274