

RHODES HOMES – LAND USED PLAN – REVISED

MOHAVE COUNTY, ARIZONA

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396  Fax (702) 369-9793

ST-RH038275

Phasing Plan |

ST-RH038276