

# RHODES HOMES – PHASING PLAN
## MOHAVE COUNTY, ARIZONA

ST-RH038277

Lotting Matrix

ST-RH038278