# GOLDEN VALLEY RANCH SPECIFIC PLAN - LOTTING MATRIX

REVISED: 12/9/2005

| POD | POD ACRES | NEIGHBORHOOD ACRES | D.U.A | ACTIVE ADULT LOT WIDTHS / 100' DEPTH | | | | | | CONVENTIONAL LOT WIDTHS / 105' DEPTH | | | | | | | LOT WIDTHS / 100' DEPTH | | | | | | | LOT WIDTHS / 110' DEPTH | | | | | | | LOT WIDTHS / 115' DEPTH | | | | | | TOWN CENTER | APARTMENTS MULTI-FAMILY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | |
| **PHASE 1** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1A | 187.70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2A | 204.20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 104.98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4C | 43.90 | 21.95 / 21.95 | 5.93 / 6.43 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5C | 42.41 | 21.00 / 21.41 | 5.93 / 6.43 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | 85.53 | 22.22 / 22.22 / 18.00 / 18.00 | 18.00 / 18.00 / 18.00 / 18.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 400 / 400 / 400 / 400 | |
| 8C | 57.25 | 18.87 / 19.00 / 19.26 / 5.08 / 5.48 | 5.08 / 5.48 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 339 | |
| 9C | 87.66 | 7.67 / 3.96 / 7.44 / 7.16 / 25.00 / 32.55 / 3.80 / 4.03 / 4.19 / 4.45 / 4.29 / 4.57 | | | | | | | | 850 / 815 / 150 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10C | 73.13 | 15.00 / 15.00 / 13.40 / 19.00 / 19.00 | 4.89 / 4.74 / 5.08 / 5.08 / 5.48 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11C | 63.12 | 21.04 / 21.04 / 21.04 | 4.29 / 4.57 / 4.89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 45A | 83.99 | 16.80 / 20.80 / 16.80 / 15.00 / 15.00 | 4.36 / 4.63 / 4.93 / 4.89 / 5.29 | | | | | | | | 115 | 89 / 89 | | 83 / 96 | 58 | 69 | | | | | | | | | | | | | | | | | | | | | | | | |
| 53A | 64.69 | 20.00 / 17.00 / 27.69 | 4.11 / 4.36 / 4.63 | | | | | | | | | 90 | 80 | | 74 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 54A | 43.55 | 18.00 / 25.55 | 4.48 / 4.93 | | | | | | | | | | | 126 / 128 | 81 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 55A | 47.34 | 15.78 / 13.00 / 18.56 | 4.11 / 4.36 / 4.63 | | | | | | | | | 83 | | 75 | 88 | 57 / 65 | | | | | | | | | | | | | | | | | | | | | | | | |
| 59A | 46.38 | 15.46 / 15.46 / 15.46 | 4.93 / 5.28 / 5.93 | | | | | | | | 86 | | | 82 / 103 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 60A | 74.65 | 20.98 / 20.00 / 15.00 / 18.67 | 4.93 / 5.28 / 5.93 / 6.17 | | | | | | | | | 92 | 106 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 61A | 45.38 | 15.12 / 15.14 / 15.12 | 5.28 / 5.93 / 6.17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 62A | 28.00 | 14.00 / 14.00 | 5.93 / 6.17 | | | | | | | | | 93 / 90 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Sub Total** | **1383.87** | **1383.87** | | | | | | | **1815** | **25%** | **294 / 4%** | **354 / 5%** | **357 / 5%** | **387 / 5%** | **310 / 4%** | **268 / 4%** | **216 / 3%** | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 2** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 15C | 99.99 | 25.00 / 20.00 / 15.00 / 20.00 / 15.00 / 5.08 | 4.45 / 4.74 / 5.08 / 5.48 / 5.83 | 48' 0% | 52' 0% | 56' 0% | 60' 0% | 64' 0% | 68' 0% | 72' 0% | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 16C | 109.87 | 18.67 / 15.00 / 15.00 / 18.99 / 29.97 / 21.97 / 5.14 / 5.51 | 4.82 / 5.14 / 5.51 / 5.83 | | | | | | | | | | | | | | | | 137 | 141 / 125 | 130 | | | | | 114 | 104 | 97 | 88 / 71 | 133 | 30 | 30 | | 103 | 73 / 96 | 149 / 107 | 90 | 30 | 29 | | |
| 17C | 70.93 | 11.16 / 11.50 / 23.08 / 3.80 / 6.43 | 4.03 / 4.29 / 4.57 / 4.89 | | | | | | | | 148 | 130 | 71 | 113 | 144 | | | 118 | 110 | 76 / 93 | 87 / 95 | 111 | 132 | 45 | 45 | | | 79 | 74 | 69 | 45 | 44 | | | | | | | | | |
| 18C | 64.47 | 16.09 / 16.09 / 4.57 / 4.29 | 4.89 / 5.08 | | | | | | | | | | | | | | | 127 | 118 | 109 | | | | | | | | | | | | | | | | | | | | | |
| 19C | 73.09 | 21.49 / 21.49 / 5.48 / 5.93 | 4.74 / 5.08 / 5.48 / 5.93 | | | | | | | | 111 | 150 | 139 | 150 / 160 | 160 | | | 108 | 100 | 50 | 94 | | | | | | | | | | | | | | | | | | | | |
| 20C | 126.60 | 18.28 / 18.28 / 29.32 / 5.14 / 5.14 / 5.51 / 5.83 | 4.82 / 5.14 / 5.51 / 5.83 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 21C | 81.50 | 10.74 / 11.38 / 17.32 / 25.32 / 3.96 / 4.19 / 4.45 / 4.74 / 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Twn Ctr | 9.80 | 9.80 | 5.08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | |
| **Sub Total** | **628.45** | | | | | | | | | | | **259 / 3%** | **280 / 3%** | **210 / 3%** | **263 / 3%** | **304 / 4%** | | | **354 / 4%** | **328 / 4%** | **328 / 4%** | **276 / 3%** | **243 / 3%** | **45 / 1%** | **45 / 1%** | | | **176 / 2%** | **245 / 3%** | **197 / 3%** | **30 / 0%** | **29 / 0%** | | | | | | | **5000 / 61%** | |
| **Percentages** | | | | | | | | | | | **278 / 4%** | **255 / 3%** | | | | | | | | | | | | | | | | | | | | | | | | | | | **1539 / 21%** | |

PHASE 1: 7397  
PHASE 2: 8246