| PHASE 6 | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47A | | 23.79 | 4.11 | | | | | | | | | | | | | | 98 |
| | | 23.79 | 4.36 | | | | | | | | | | | | | 104 | |
| | 118.95 | 27.70 | 4.63 | | | | | | | | | | | | 129 | | |
| | | 19.79 | 4.93 | | | | | | | | | | | 98 | | | |
| | | 23.79 | 5.29 | | | | | | | | | | 126 | | | | |
| 48A | | 37.12 | 4.11 | | | | | | | | | | | | | | 153 |
| | | 22.12 | 4.36 | | | | | | | | | | | | | 96 | |
| | 110.60 | 22.12 | 4.63 | | | | | | | | | | | | 102 | | |
| | | 22.12 | 4.93 | | | | | | | | | | | 109 | | | |
| | | 7.12 | 5.29 | | | | | | | | | | 37 | | | | |
| 49A | 18.99 | 18.99 | 6.43 | 122 | | | | | | | | | | | | | |
| 50A | | 24.39 | 5.14 | | | | 125 | | | | | | | | | | |
| | 73.19 | 24.39 | 5.51 | | | 134 | | | | | | | | | | | |
| | | 24.41 | 5.93 | | 145 | | | | | | | | | | | | |
| 51A | | 19.31 | 5.29 | | | | | | | | | | 102 | | | | |
| | 57.92 | 19.31 | 5.69 | | | | | | | | | 110 | | | | | |
| | | 19.30 | 6.17 | | | | | | | | 119 | | | | | | |
| 52A | | 20.73 | 4.53 | | | | | | 94 | | | | | | | | |
| | | 20.73 | 4.82 | | | | | 100 | | | | | | | | | |
| | 103.64 | 20.73 | 5.14 | | | | 107 | | | | | | | | | | |
| | | 24.73 | 5.93 | | 147 | | | | | | | | | | | | |
| | | 16.72 | 6.43 | 108 | | | | | | | | | | | | | |
| Sub Total | 483.29 | | | 230 | 292 | 134 | 232 | 100 | 94 | | 119 | 110 | 265 | 207 | 231 | 200 | 251 |
| Percentages | | | | 9% | 12% | 5% | 9% | 4% | 4% | 0% | 5% | 4% | 11% | 8% | 9% | 8% | 10% |
| PHASE 7 | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' |
| 6C | | 21.25 | 5.14 | | | | | | | | | | | | | | |
| | 84.99 | 21.25 | 5.51 | | | | | | | | | | | | | | |
| | | 21.25 | 5.93 | | | | | | | | | | | | | | |
| | | 21.24 | 6.43 | | | | | | | | | | | | | | |
| 12C | 40.77 | | N/A | | | | | | | | | | | | | | |
| 13C | 33.91 | | N/A | | | | | | | | | | | | | | |
| 14C | 39.94 | | N/A | | | | | | | | | | | | | | |
| 56A | | 20.95 | 5.14 | | | | 108 | | | | | | | | | | |
| | 83.79 | 20.95 | 5.51 | | | 115 | | | | | | | | | | | |
| | | 20.95 | 5.93 | | 124 | | | | | | | | | | | | |
| | | 20.94 | 6.43 | 135 | | | | | | | | | | | | | |
| 57A | | 17.38 | 5.51 | | | 96 | | | | | | | | | | | |
| | 52.15 | 17.38 | 5.93 | | 103 | | | | | | | | | | | | |
| | | 17.39 | 6.43 | 112 | | | | | | | | | | | | | |
| 58A | 29.20 | 14.60 | 5.93 | | 87 | | | | | | | | | | | | |
| | | 14.60 | 6.43 | 94 | | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | |
| Sub Total | 364.75 | | | 341 | 314 | 211 | 108 | | | | | | | | | | |
| Percentages | | | | 13% | 12% | 8% | 4% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | 3905 | TOTAL # OF UNITS | | 1217 | 1356 | 932 | 918 | 404 | 310 | 1931 | 413 | 464 | 939 | 913 | 929 | 796 | 840 |
| | | TOTAL PERCENTAGES | | 4% | 4% | 3% | 3% | 1% | 1% | 6% | 1% | 1% | 3% | 3% | 3% | 2% | 3% |

| PHASE 6 | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 48A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 49A | | | | | | | | | | | | | | | | | | | | | | | | |
| 50A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 51A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 52A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | PHASE 6 |
| Sub Total | | | | | | | | | | | | | | | | | | | | | | | | 2465 |
| Percentages | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| PHASE 7 | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | | |
| 6C | | | | 109 | | | | | | | | | | | | | | | | | | | | |
| | | | 117 | | | | | | | | | | | | | | | | | | | | | |
| | | 126 | | | | | | | | | | | | | | | | | | | | | | |
| | 137 | | | | | | | | | | | | | | | | | | | | | | | |
| 12C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| 13C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| 14C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| 56A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 57A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 58A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | | | | | | 1250 | | PHASE 7 |
| Sub Total | 137 | 126 | 117 | 109 | | | | | | | | | | | | | | | | | | 1250 | | 2713 |
| Percentages | 5% | 5% | 4% | 4% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | | 33180 |
| TOTAL # OF UNITS | 1150 | 1011 | 584 | 618 | 505 | 0 | | 468 | 545 | 598 | 445 | 529 | 147 | 147 | 0 | 0 | 362 | 418 | 359 | 75 | 73 | 10000 | 2784 | 33180 |
| TOTAL PERCENTAGES | 3% | 3% | 2% | 2% | 2% | 0% | 0% | 1% | 2% | 2% | 1% | 2% | 0% | 0% | 0% | 0% | 1% | 1% | 1% | 0% | 0% | 30% | 8% | 100% |

TOTAL WIDTHS ACTIVE ADULT

| | | |
|---|---|---|
| 48' | 1630 | 16% |
| 52' | 1820 | 17% |
| 56' | 1871 | 18% |
| 60' | 1831 | 17% |
| 64' | 1333 | 13% |
| 68' | 1108 | 10% |
| 72' | 956 | 9% |
| TOTAL | 10547 | 100% |

TOTAL WIDTHS CONVENTIONAL

| | | |
|---|---|---|
| PODS 1,2,3 | 1815 | |
| 48' | 1618 | 20% |
| 52' | 1556 | 19% |
| 56' | 1544 | 19% |
| 60 | 1481 | 18% |
| 64' | 1393 | 18% |
| 68' | 222 | 3% |
| 72' | 220 | 3% |
| TOTAL | 9849 | 100% |

| | |
|---|---|
| 1815 | |
| 3248 | |
| 3376 | |
| 3415 | |
| 3312 | |
| 2726 | |
| 1328 | |
| 1176 | |
| 20396 | TOTAL SINGLE FAMILY |

| | |
|---|---|
| TOTAL # OF UNITS PER RNM | 33264 |
| TOTAL # OF UNITS PER RHODES | 33180 |
| | -84 |
| TOTAL DWELLING UNITS (33,180) @ 5750 ACRES (D.U.A.) | 5.77 |

ARIZONA DEPARTMENT OF WATER RESOURCES
Office of Assured and Adequate Water Supply
500 North Third Street, Phoenix, Arizona 85004
Telephone (602) 417-2465
Fax (602) 417-2467



Janet Napolitano
Governor

Herbert R. Guenther
Director

## ANALYSIS OF ADEQUATE WATER SUPPLY
October 19, 2005

**File Number:** 23-401823.0000
**Development:** Golden Valley 5800
**Location:** Township 20 North, Range 18 West, Sections 2, 3, 4, 8, 9, 10, 11, 14, 16
Township 21 North, Range 18 West, Section 34
Mohave County, Arizona
**Land Owner:** American Land Management, L.L.C.

The Arizona Department of Water Resources has evaluated the Analysis of Adequate Water Supply application for Golden Valley 5800 pursuant to A.A.C. R12-15-723. The proposed development includes 32,000 single-family residential lots. Water provider for the master planned community has not yet been selected. Conclusions of the review are indicated below based on the adequate water supply criteria referenced in A.R.S. § 45-108 and A.A.C. R12-15-701, 715, 723 *et seq.*

- **Physical, Continuous, and Legal Availability of Water for 100 Years**
  On the basis of the Department's review, the Department has determined that 9,000.00 acre-feet per year of groundwater will be **physically available**, which is less than the applicant's projected build out demands for the development, including system losses, of 15910.90 acre-feet per year. The application did not specify a provider, and the water provider has not yet been selected. Therefore, both **legal availability** and **continuous availability** of the water are not proven at this time. These requirements of an Analysis of Adequate Water Supply will be re-evaluated for each application for a Water Adequacy Report. Applications for Water Adequacy Reports that follow the Analysis of Adequate Supply will need to reference this letter to demonstrate physical availability. Individual Notices of Intent to Serve will be required for each application for a Water Adequacy Report.

- **Adequate Water Quality**
  Water quality has not been demonstrated at this time. This requirement of an Analysis of Adequate Water Supply will be re-evaluated for each application for a Water Adequacy Report.

*Celebrating 25 Years*

ST-RH038282

The term of this Analysis of Adequate Water Supply is ten years from the date of this letter and may be renewed upon request, subject to approval by the Department. Throughout the term of this determination, the projected demand of this development will be considered when reviewing other requests for adequate water supply in the area.

**Prior to obtaining plat approval by the local platting authority and approval of the public report by the Department of Real Estate, a Water Adequacy Report must be obtained for each subdivision plat. The findings of this Analysis of Adequate Water Supply may be used to demonstrate that certain requirements for a Water Adequacy Report have been met. This determination may be invalidated if the development plan or other conditions change prior to filing for a Water Adequacy Report.**

Questions may be directed to the Office of Assured/Adequate Water Supply at (602) 417-2465.

*[signature]*

Sandra Fabritz-Whitney, Assistant Director
Water Management Division

cc:  Greg Wallace, E. L. Montgomery and Associates
     Alan R. Dulaney, Office of Assured/Adequate Water Supply

*Celebrating 25 Years*

# Appendix B

## Water Demands Calculations
## Facility Sizing Calculations

ST-RH038284

Water Demands Calculations

ST-RH038285

# Golden Valley Ranch
## Potable Water Demand Calculation Spreadsheet

**Goal:**
To accurately estimate the potable water demands of Golden Valley Ranch, a proposed master planned community in Mohave County, Arizona.

**Known:**

From the Lotting Matrix (12/9/05):
- Total Dwelling Units = 33,180 units
  - Town Center Units = 10,000 units
  - Total Residential Units = 23,180 units
    - Active Adult Residential Units = 12,230 units
    - Conventional (Single Family) Residential Units = 8,175 units
    - Apartment Residential Units = 2,775 units
- Total Developable Acres = 4,050 acres
- Calculated Overall Density = 5.77 units/acre

**Assumptions:**
- Average Water Usage Rate Per Person = 150 gpcd (0.20 AFY)
- Persons per Active Adult Unit = 1.8 people
- Persons per Single Family Unit = 3.0 people
- Persons per Town Center Unit = 2.1 people
- Persons per Apartment Unit = 2.4 people
- Maximum Day Peaking Factor = 2.0
- Peak Hour Peaking Factor = 3.5
- Minimum January Day Peaking Factor = 0.391
- School (Average) Demand Factor = 2000 gpd/acre
- Commercial (Average) Demand Factor = 1750 gpd/acre

# Golden Valley Ranch
# Potable Water Demands Per Phase

| PHASE 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
| 1A | 187.7 | Active Adult | 850 | 270 | 0.230 | 0.459 | 0.803 |
| 2A | 204.2 | Active Adult | 815 | 270 | 0.220 | 0.440 | 0.770 |
| 3 | 104.9 | Custom | 150 | 450 | 0.068 | 0.135 | 0.236 |
| 4C | 43.9 | Conventional | 271 | 450 | 0.122 | 0.244 | 0.427 |
| 5C | 42.4 | Conventional | 262 | 450 | 0.118 | 0.236 | 0.413 |
| 7 | 85.5 | Apartments | 1539 | 360 | 0.554 | 1.108 | 1.939 |
| 8C | 55.9 | Conventional | 315 | 450 | 0.142 | 0.284 | 0.496 |
| 9C | 74.5 | Conventional | 332 | 450 | 0.149 | 0.299 | 0.523 |
| 10C | 87.7 | Conventional | 388 | 450 | 0.175 | 0.349 | 0.611 |
| 11C | 53.1 | Conventional | 289 | 450 | 0.130 | 0.260 | 0.455 |
| 54A | 43.6 | Active Adult | 207 | 270 | 0.056 | 0.112 | 0.196 |
| 55A | 47.3 | Active Adult | 208 | 270 | 0.056 | 0.112 | 0.197 |
| 59A | 46.4 | Active Adult | 249 | 270 | 0.067 | 0.134 | 0.235 |
| 60A | 74.7 | Active Adult | 413 | 270 | 0.112 | 0.223 | 0.390 |
| 61A | 45.4 | Active Adult | 263 | 270 | 0.071 | 0.142 | 0.249 |
| 62A | 28.0 | Active Adult | 169 | 270 | 0.046 | 0.091 | 0.160 |
| Town Center |  | Town Center | 1250 | 315 | 0.394 | 0.788 | 1.378 |
| Park | 14.0 | Open Space | N/A | N/A | 0.000 | 0.000 | 0.000 |
| School | 48.4 | School | N/A | 2000 gpd/acre | 0.097 | 0.194 | 0.339 |
| TOTAL | 1,287.5 |  | 7,970 |  | 2.805 | 5.609 | 9.816 |

| PHASE 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
| 15C | 100.0 | Conventional | 511 | 450 | 0.230 | 0.460 | 0.805 |
| 16C | 109.9 | Conventional | 606 | 450 | 0.273 | 0.545 | 0.954 |
| 17C | 70.9 | Conventional | 311 | 450 | 0.140 | 0.280 | 0.490 |
| 18C | 64.5 | Conventional | 354 | 450 | 0.159 | 0.319 | 0.558 |
| 19C | 73.1 | Conventional | 388 | 450 | 0.175 | 0.349 | 0.611 |
| 20C | 126.6 | Conventional | 710 | 450 | 0.320 | 0.639 | 1.118 |
| 21C | 81.5 | Conventional | 366 | 450 | 0.165 | 0.329 | 0.576 |
| Park | 61.5 | Open Space | N/A | N/A | 0 | 0 | 0.000 |
| Town Center |  | Town Center | 5000 | 315 | 1.575 | 3.150 | 5.513 |
| TOTAL | 687.9 |  | 8,246 |  | 3.036 | 6.071 | 10.625 |

| PHASE 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
| 33A | 69.1 | Apartments | 1245 | 360 | 0.448 | 0.896 | 1.569 |
| 39A | 38.4 | Active Adult | 191 | 270 | 0.052 | 0.103 | 0.180 |
| 40A | 54.3 | Active Adult | 239 | 270 | 0.065 | 0.129 | 0.226 |
| 41A | 117.5 | Active Adult | 652 | 270 | 0.176 | 0.352 | 0.616 |
| 42A | 60.0 | Active Adult | 355 | 270 | 0.096 | 0.192 | 0.335 |
| 43A | 100.4 | Active Adult | 462 | 270 | 0.125 | 0.249 | 0.437 |
| 44A | 17.6 | Active Adult | 494 | 270 | 0.133 | 0.267 | 0.467 |
| 45A | 84.0 | Active Adult | 393 | 270 | 0.106 | 0.212 | 0.371 |
| 46A | 82.0 | Active Adult | 472 | 270 | 0.127 | 0.255 | 0.446 |
| 53A | 64.7 | Active Adult | 284 | 270 | 0.077 | 0.153 | 0.268 |
| Park | 7.0 | Open Space | N/A | N/A | 0.000 | 0.000 | 0.000 |
| Town Center |  | Town Center | 2500 | 315 | 0.788 | 1.575 | 2.756 |
| TOTAL | 694.9 |  | 7,287 |  | 2.192 | 4.384 | 7.672 |

# Golden Valley Ranch
## Potable Water Demands Per Phase

### PHASE 4

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 22C | 47.1 | Conventional | 270 | 450 | 0.122 | 0.243 | 0.425 |
| 23C | 48.9 | Conventional | 244 | 450 | 0.110 | 0.220 | 0.384 |
| 24C | 46.2 | Conventional | 264 | 450 | 0.119 | 0.238 | 0.416 |
| 25C | 93.0 | Conventional | 535 | 450 | 0.241 | 0.482 | 0.843 |
| 26C | 70.3 | Conventional | 297 | 450 | 0.134 | 0.267 | 0.468 |
| 27C | 65.4 | Conventional | 299 | 450 | 0.135 | 0.269 | 0.471 |
| 28C | 62.0 | Conventional | 316 | 450 | 0.142 | 0.284 | 0.498 |
| 29C | 33.9 | Conventional | 217 | 450 | 0.098 | 0.195 | 0.342 |
| 30C | 48.5 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 31C | 52.6 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 32C | 77.7 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| Town Center | | Town Center | 1250 | 315 | 0.394 | 0.788 | 1.378 |
| Commercial | 37.1 | Commercial | N/A | 1,750 gpd/acre | 0.065 | 0.130 | 0.227 |
| TOTAL | 682.6 | | 3,692 | | 1.558 | 3.115 | 5.452 |

### PHASE 5

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 34A | 81.0 | Active Adult | 466 | 270 | 0.126 | 0.252 | 0.440 |
| 35A | 111.3 | Active Adult | 517 | 270 | 0.140 | 0.279 | 0.489 |
| 36A | 89.1 | Active Adult | 524 | 270 | 0.141 | 0.283 | 0.495 |
| 37A | 57.5 | Active Adult | 252 | 270 | 0.068 | 0.136 | 0.238 |
| 38A | 61.8 | Active Adult | 298 | 270 | 0.080 | 0.161 | 0.282 |
| TOTAL | 400.7 | | 2,057 | | 0.555 | 1.111 | 1.944 |

### PHASE 6

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 47A | 119.0 | Active Adult | 555 | 270 | 0.150 | 0.300 | 0.524 |
| 48A | 110.6 | Active Adult | 497 | 270 | 0.134 | 0.268 | 0.470 |
| 49A | 19.0 | Active Adult | 122 | 270 | 0.033 | 0.066 | 0.115 |
| 50A | 73.2 | Active Adult | 404 | 270 | 0.109 | 0.218 | 0.382 |
| 51A | 57.9 | Active Adult | 331 | 270 | 0.089 | 0.179 | 0.313 |
| 52A | 103.6 | Active Adult | 556 | 270 | 0.150 | 0.300 | 0.525 |
| TOTAL | 483.3 | | 2,465 | | 0.666 | 1.331 | 2.329 |

### PHASE 7

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 6C | 85.0 | Conventional | 489 | 450 | 0.220 | 0.440 | 0.770 |
| 12C | 40.8 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 13C | 33.9 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 14C | 39.9 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 56A | 83.8 | Active Adult | 482 | 270 | 0.130 | 0.260 | 0.455 |
| 57A | 52.2 | Active Adult | 311 | 270 | 0.084 | 0.168 | 0.294 |
| 58A | 29.2 | Active Adult | 181 | 270 | 0.049 | 0.098 | 0.171 |
| Regional Park | 152.3 | Open Space | N/A | N/A | 0 | 0 | 0.000 |
| Commercial | 92.5 | Commercial | N/A | N/A | 0.162 | 0.324 | 0.566 |
| TOTAL | 609.6 | | 1,463 | | 0.645 | 1.290 | 2.257 |
| GRAND TOTAL | 4,846.4 | | 33,180 | | 11.46 | 22.91 | 40.10 |

# Golden Valley Ranch
## Potable Water Demands Per Pressure Zone

### 2850 PRESSURE ZONE

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 7 | 85.53 | Apartments | 1539 | 360 | 0.554 | 1.108 | 1.939 |
| 8C | 55.86 | Conventional | 315 | 450 | 0.142 | 0.284 | 0.496 |
| 9C | 74.52 | Conventional | 332 | 450 | 0.149 | 0.299 | 0.523 |
| 18C | 64.47 | Conventional | 354 | 450 | 0.159 | 0.319 | 0.558 |
| 19C | 73.09 | Conventional | 388 | 450 | 0.175 | 0.349 | 0.611 |
| 20C | 126.60 | Conventional | 710 | 450 | 0.320 | 0.639 | 1.118 |
| Park | 7.00 | Open Space | N/A | N/A | 0 | 0.0 | 0.0000 |
| School | 48.38 | School | N/A | 2000 gpd/acre | 0.097 | 0.194 | 0.339 |
| TOTAL | 535.45 | | 3,638 | | 1.595 | 3.191 | 5.584 |

### 2750 PRESSURE ZONE

| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
|---|---|---|---|---|---|---|---|
| 2A | 204.20 | Active Adult | 815 | 270 | 0.220 | 0.440 | 0.770 |
| 3 | 104.89 | Custom | 150 | 450 | 0.068 | 0.135 | 0.236 |
| 4C | 43.90 | Conventional | 271 | 450 | 0.122 | 0.244 | 0.427 |
| 5C | 42.41 | Conventional | 262 | 450 | 0.118 | 0.236 | 0.413 |
| 6C | 84.99 | Conventional | 489 | 450 | 0.220 | 0.440 | 0.770 |
| 10C | 87.66 | Conventional | 388 | 450 | 0.175 | 0.349 | 0.611 |
| 11C | 53.12 | Conventional | 289 | 450 | 0.130 | 0.260 | 0.455 |
| 12C | 40.77 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 13C | 33.91 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 14C | 39.94 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 15C | 99.99 | Conventional | 511 | 450 | 0.230 | 0.460 | 0.805 |
| 16C | 109.87 | Conventional | 606 | 450 | 0.273 | 0.545 | 0.954 |
| 17C | 70.93 | Conventional | 311 | 450 | 0.140 | 0.280 | 0.490 |
| 21C | 81.50 | Conventional | 366 | 450 | 0.165 | 0.329 | 0.576 |
| 22C | 47.11 | Conventional | 270 | 450 | 0.122 | 0.243 | 0.425 |
| 23C | 48.88 | Conventional | 244 | 450 | 0.110 | 0.220 | 0.384 |
| 24C | 46.20 | Conventional | 264 | 450 | 0.119 | 0.238 | 0.416 |
| 25C | 93.04 | Conventional | 535 | 450 | 0.241 | 0.482 | 0.843 |
| 26C | 70.30 | Conventional | 297 | 450 | 0.134 | 0.267 | 0.468 |
| 27C | 65.36 | Conventional | 299 | 450 | 0.135 | 0.269 | 0.471 |
| 28C | 61.97 | Conventional | 316 | 450 | 0.142 | 0.284 | 0.498 |
| 29C | 33.86 | Conventional | 217 | 450 | 0.098 | 0.195 | 0.342 |
| 30C | 48.52 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 31C | 52.57 | Conventional | 0 | 450 | 0.000 | 0.000 | 0.000 |
| 32C (50%) | 38.84 | Conventional | 0 | 225 | 0.000 | 0.000 | 0.000 |
| 61A | 45.38 | Active Adult | 263 | 270 | 0.071 | 0.142 | 0.249 |
| 62A | 28.00 | Active Adult | 169 | 270 | 0.046 | 0.091 | 0.160 |
| Park | 213.79 | 0 | 0 | 0 | 0.000 | 0.000 | 0.000 |
| Town Center | 0.00 | Town Center | 10000 | 315 | 3.150 | 6.300 | 11.025 |
| Commercial | 37.11 | Commercial | N/A | N/A | 0.065 | 0.130 | 0.227 |
| Commercial | 92.48 | Commercial | N/A | N/A | 0.162 | 0.324 | 0.566 |
| TOTAL | 2121.49 | | 17,332 | | 6.452 | 12.903 | 22.581 |

# Golden Valley Ranch
## Potable Water Demands Per Pressure Zone

| 2650 PRESSURE ZONE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel | Acreage | Land Use | Residential Units | Average Day Demand Factor (gpd/unit) | Average Day Demand (mgd) | Maximum Day Demand (mgd) | Peak Hour Demand (mgd) |
| 1A | 187.70 | Active Adult | 850 | 270 | 0.230 | 0.459 | 0.803 |
| 33A | 69.13 | Apartments | 1245 | 360.00 | 0.448 | 0.896 | 1.569 |
| 34A | 80.96 | Active Adult | 466 | 270.00 | 0.126 | 0.252 | 0.440 |
| 35A | 111.27 | Active Adult | 517 | 270.00 | 0.140 | 0.279 | 0.489 |
| 36A | 89.13 | Active Adult | 524 | 270.00 | 0.141 | 0.283 | 0.495 |
| 37A | 57.54 | Active Adult | 270.0 | 252.0 | 0.068 | 0.136 | 0.238 |
| 38A | 61.80 | Active Adult | 298 | 270.00 | 0.080 | 0.161 | 0.282 |
| 39A | 38.42 | Active Adult | 191 | 270.00 | 0.052 | 0.103 | 0.180 |
| 40A | 54.26 | Active Adult | 239 | 270.00 | 0.065 | 0.129 | 0.226 |
| 41A | 117.45 | Active Adult | 652 | 270.00 | 0.176 | 0.352 | 0.616 |
| 42A | 59.95 | Active Adult | 355 | 270.00 | 0.096 | 0.192 | 0.335 |
| 43A | 100.41 | Active Adult | 462 | 270.00 | 0.125 | 0.249 | 0.437 |
| 44A | 17.56 | Active Adult | 494 | 270.00 | 0.133 | 0.267 | 0.467 |
| 45A | 83.99 | Active Adult | 393 | 270.00 | 0.106 | 0.212 | 0.371 |
| 46A | 82.00 | Active Adult | 472 | 270.00 | 0.127 | 0.255 | 0.446 |
| 47A | 118.95 | Active Adult | 555 | 270.00 | 0.150 | 0.300 | 0.524 |
| 48A | 110.60 | Active Adult | 497 | 270.00 | 0.134 | 0.268 | 0.470 |
| 49A | 18.99 | Active Adult | 122 | 270.00 | 0.033 | 0.066 | 0.115 |
| 50A | 73.19 | Active Adult | 404 | 270.00 | 0.109 | 0.218 | 0.382 |
| 51A | 57.92 | Active Adult | 331 | 270.00 | 0.089 | 0.179 | 0.313 |
| 52A | 103.64 | Active Adult | 556 | 270.00 | 0.150 | 0.300 | 0.525 |
| 53A | 64.69 | Active Adult | 284 | 270.00 | 0.077 | 0.153 | 0.268 |
| 54A | 43.55 | Active Adult | 207 | 270.00 | 0.056 | 0.112 | 0.196 |
| 55A | 47.34 | Active Adult | 208 | 270.00 | 0.056 | 0.112 | 0.197 |
| 56A | 83.79 | Active Adult | 482 | 270.00 | 0.130 | 0.260 | 0.455 |
| 57A | 52.15 | Active Adult | 311 | 270.00 | 0.084 | 0.168 | 0.294 |
| 58A | 29.20 | Active Adult | 181 | 270.00 | 0.049 | 0.098 | 0.171 |
| 59A | 46.38 | Active Adult | 249 | 270.00 | 0.067 | 0.134 | 0.235 |
| 60A | 74.65 | Active Adult | 413 | 270 | 0.112 | 0.223 | 0.390 |
| 32C (50%) | 38.84 | Conventional | 0 | 225.00 | 0.000 | 0.000 | 0.000 |
| Park | 14.00 | Open Space | 0 | N/A | 0 | 0.0 | 0.0000 |
| TOTAL | 2189.45 | | 12,228 | | 3.409 | 6.818 | 11.931 |
| GRAND TOTAL | 4846.38 | | 33198.00 | | 11.456 | 22.912 | 40.095 |

# Golden Valley Ranch
# Potable Water Demand Summary

| Pressure Zone | Average Day Demand (mgd) | | | Average Day Demand (gpm) | | | H20 Map Node ID |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Golden Valley South | Offsite | Ultimate | Golden Valley South | Offsite | Ultimate | |
| 2850 | 1.6 | 1.9 | 3.5 | 1,108 | 1,330 | 2,438 | 746, 728 |
| 2750 | 6.5 | 0.8 | 7.2 | 4,480 | 535 | 5,016 | 600 |
| 2650 | 3.4 | 2.6 | 6.0 | 2,367 | 1,792 | 4,159 | 748, 608 |
| | 11.5 | 5.3 | 16.7 | 7,955 | 3,657 | 11,613 | |

| Pressure Zone | Maximum Day Demand (mgd) | | | Maximum Day Demand (gpm) | | | H20 Map Node ID |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Golden Valley South | Offsite | Ultimate | Golden Valley South | Offsite | Ultimate | |
| 2850 | 3.2 | 3.8 | 7.0 | 2,216 | 2,659 | 4,875 | 746, 728 |
| 2750 | 12.9 | 1.5 | 14.4 | 8,961 | 1,071 | 10,032 | 600 |
| 2650 | 6.8 | 5.2 | 12.0 | 4,734 | 3,584 | 8,319 | 748, 608 |
| | 22.9 | 10.5 | 33.4 | 15,911 | 7,315 | 23,225 | |

| Pressure Zone | Peak Hour Demand (mgd) | | | Peak Hour Demand (gpm) | | | H20 Map Node ID |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Golden Valley South | Offsite | Ultimate | Golden Valley South | Offsite | Ultimate | |
| 2850 | 5.6 | 6.7 | 12.3 | 3,878 | 4,651 | 8,532 | 746, 728 |
| 2750 | 22.6 | 2.7 | 25.3 | 15,681 | 1,873 | 17,555 | 600 |
| 2650 | 11.9 | 9.0 | 21.0 | 8,285 | 6,268 | 14,558 | 748, 608 |
| | 40.1 | 18.4 | 58.5 | 27,844 | 12,793 | 40,645 | |

Average Offsite Demand (gpd) = (# Acres) * (6 Units/Acre) * (2.4 Capita/Unit) * (150 gpd/Capita)
Maximum Day = 2.0 x Average Day
Peak Hour = 3.5 x Average Day

Facility Sizing Calculations

ST-RH038292

## Golden Valley Reservoir Sizing
### (Pressure Zone 2850, 2750, 2650)

| | | Golden Valley Ranch | | | Offsite | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | Max Day (mgd) | Peak Hour (mgd) | Volume Required | Max Day (mgd) | Peak Hour (mgd) | Volume Required | Max Day (mgd) | Peak Hour (mgd) | Volume Required |
| **Zone 2850** | | | | | | | | | | |
| Equation 1. | | 3.191 | 5.584 | 1,197,000 | 3.830 | 6.702 | 1,436,000 | 7.020 | 12.286 | 4,000,000 |
| Equation 2. | | | | 1,798,000 | | | 1,918,000 | | | |
| **Zone 2750** | | | | | | | | | | |
| Equation 1. | | 12.903 | 22.581 | 4,839,000 | 1.542 | 2.699 | 578,000 | 14.446 | 25.280 | 6,300,000 |
| Equation 2. | | | | 3,619,000 | | | 1,489,000 | | | |
| **Zone 2650** | | | | | | | | | | |
| Equation 1. | | 6.818 | 11.931 | 2,557,000 | 5.161 | 9.032 | 1,935,000 | 11.979 | 20.963 | 5,000,000 |
| Equation 2. | | | | 2,478,000 | | | 2,168,000 | | | |
| **Total:** | | | | 9,194,000 | | | 5,575,000 | | | 15,300,000 |

Reservoir volume based on the larger volume generated by following two equations:

1. $V = 2 \ast$ (Peak Hour Demand - Max Day Demand) * 6 Hours
2. $V =$ (Peak Hour Demand - Max Day Demand) * 6 Hours + Fire Flow * 4 Hours

Note and assumptions:
1. Fire Flow = 5,000 gpm * 60 min * 4 hrs = 1.2 MG
2. 25' reservoir depth.
3. Final reservoir volumes were rounded up to the nearest 0.25 million gallons.

Stanley Consultants, Inc.   3/6/2006   Page 7 of 8 BJH

ST-RH038293

# Golden Valley Required Wells
## (Pressure Zone 2850, 2750, 2650)

| Pressure Zone | Required Number of Wells @ 1,500 gpm/well | |
|---|---|---|
| | Golden Valley | Offsite |
| 2850 | 2 | 2 |
| 2750 | 6 | 1 |
| 2650 | 4 | 3 |
| **Total** | **12** | **6** |

# Appendix C

## Water Model Output

ST-RH038295