# GVR Distribution System
Version 1.0

ST-RH038296

GVR Distribution System

Pipeline Diameter Map

Node ID Map

Pipe ID Map

ST-RH038297



FIGURE C-1
NODE ID MAP
H20 MAP WATER

GOLDEN VALLEY RANCH
WATER AND SEWER
MASTER PLAN

FEB 2006

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119   (702) 369-9396

ST-RH038298



FIGURE C-2
LINK ID MAP
H20 MAP WATER

GOLDEN VALLEY RANCH
WATER AND SEWER
MASTER PLAN

FEB 2006

Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119  (702) 369-9396

ST-RH038299

# GVR Distribution System

# Maximum Day + 1500 GPM FF 2650PZ

# Model Output

ST-RH038300

## Golden Valley Ranch Distribution System - Max Day + FF Node Report

| ID | Demand (mgd) | Elevation (ft) | Head (ft) | Pressure (psi) |
|---|---|---|---|---|
| 10 | 0.000 | 2,690.00 | 2,748.04 | 25.15 |
| 14 | 0.222 | 2,565.00 | 2,735.87 | 74.04 |
| 16 | 0.083 | 2,542.00 | 2,735.84 | 83.99 |
| 212 | 0.000 | 2,542.00 | 2,735.84 | 83.99 |
| 270 | 0.129 | 2,518.00 | 2,735.80 | 94.37 |
| 272 | 0.203 | 2,515.00 | 2,641.14 | 54.65 |
| 274 | 0.102 | 2,495.00 | 2,641.35 | 63.41 |
| 276 | 2.160 | 2,515.00 | 2,632.12 | 50.75 |
| 356 | 0.418 | 2,495.00 | 2,640.18 | 62.91 |
| 448 | 0.102 | 2,490.00 | 2,641.35 | 65.58 |
| 450 | 0.436 | 2,485.00 | 2,638.52 | 66.52 |
| 452 | 0.258 | 2,465.00 | 2,638.52 | 75.19 |
| 454 | 0.232 | 2,475.00 | 2,641.43 | 72.11 |
| 456 | 0.816 | 2,500.00 | 2,644.28 | 62.52 |
| 472 | 0.318 | 2,625.00 | 2,735.87 | 48.04 |
| 474 | 0.400 | 2,518.00 | 2,735.09 | 94.06 |
| 480 | 0.295 | 2,560.00 | 2,736.26 | 76.37 |
| 482 | 0.420 | 2,519.21 | 2,641.15 | 52.84 |
| 490 | 0.000 | 2,570.54 | 2,738.43 | 72.75 |
| 492 | 0.000 | 2,597.29 | 2,740.71 | 62.14 |
| 498 | 0.237 | 2,567.00 | 2,735.52 | 73.02 |
| 526 | 0.000 | 2,502.00 | 2,735.55 | 101.20 |
| 528 | 0.000 | 2,557.00 | 2,735.38 | 77.29 |
| 534 | 0.554 | 2,592.00 | 2,736.64 | 62.67 |
| 536 | 0.000 | 2,550.00 | 2,735.40 | 80.33 |
| 538 | 0.418 | 2,620.00 | 2,735.89 | 50.22 |
| 540 | 1.911 | 2,529.00 | 2,735.20 | 89.35 |
| 542 | 1.911 | 2,540.00 | 2,734.85 | 84.43 |
| 544 | 0.000 | 2,540.00 | 2,735.98 | 84.92 |
| 546 | 0.437 | 2,565.00 | 2,736.64 | 74.37 |
| 550 | 0.666 | 2,580.00 | 2,738.87 | 68.84 |
| 56 | 0.337 | 2,600.00 | 2,735.87 | 58.87 |
| 570 | 0.257 | 2,460.00 | 2,638.26 | 77.24 |
| 572 | 0.447 | 2,460.00 | 2,640.21 | 78.09 |
| 576 | 0.483 | 2,478.00 | 2,640.88 | 70.58 |
| 588 | 0.681 | 2,515.00 | 2,739.75 | 97.38 |
| 600 | 1.542 | 2,560.00 | 2,736.87 | 76.64 |
| 604 | 0.400 | 2,572.00 | 2,736.05 | 71.08 |
| 608 | 2.580 | 2,525.00 | 2,644.20 | 51.65 |
| 616 | 0.000 | 2,555.00 | 2,735.85 | 78.36 |
| 618 | 0.243 | 2,475.00 | 2,642.28 | 72.48 |
| 636 | 1.911 | 2,550.00 | 2,734.70 | 80.03 |
| 638 | 0.496 | 2,572.00 | 2,735.34 | 70.77 |
| 646 | 0.211 | 2,430.00 | 2,639.09 | 90.60 |
| 648 | 0.146 | 2,410.00 | 2,638.29 | 98.92 |
| 650 | 0.124 | 2,430.00 | 2,637.89 | 90.08 |
| 662 | 0.000 | 2,718.00 | 2,832.10 | 49.44 |
| 666 | 1.008 | 2,655.00 | 2,820.64 | 71.77 |
| 672 | 0.258 | 2,621.00 | 2,821.16 | 86.73 |

## Golden Valley Ranch Distribution System - Max Day + FF Node Report

| ID | Demand (mgd) | Elevation (ft) | Head (ft) | Pressure (psi) |
|---|---|---|---|---|
| 674 | 0.272 | 2,625.00 | 2,819.83 | 84.42 |
| 676 | 0.000 | 2,622.00 | 2,819.07 | 85.39 |
| 680 | 0.466 | 2,642.00 | 2,818.26 | 76.37 |
| 682 | 0.000 | 2,660.00 | 2,817.93 | 68.43 |
| 688 | 0.000 | 2,536.00 | 2,665.00 | 55.90 |
| 700 | 0.000 | 2,475.00 | 2,665.00 | 82.33 |
| 702 | 0.000 | 2,500.00 | 2,665.00 | 71.49 |
| 704 | 0.000 | 2,440.00 | 2,665.00 | 97.49 |
| 706 | 0.000 | 2,470.00 | 2,641.54 | 74.33 |
| 708 | 0.000 | 2,560.00 | 2,665.00 | 45.50 |
| 710 | 0.000 | 2,640.00 | 2,850.00 | 90.99 |
| 712 | 0.000 | 2,610.00 | 2,850.00 | 103.99 |
| 716 | 0.000 | 2,657.00 | 2,750.00 | 40.30 |
| 718 | 0.000 | 2,670.00 | 2,750.00 | 34.66 |
| 720 | 0.000 | 2,680.00 | 2,750.00 | 30.33 |
| 722 | 0.000 | 2,660.00 | 2,745.64 | 37.11 |
| 724 | 0.000 | 2,625.00 | 2,850.00 | 97.49 |
| 726 | 0.237 | 2,505.00 | 2,641.36 | 59.08 |
| 728 | 2.553 | 2,621.00 | 2,824.16 | 88.03 |
| 730 | 0.899 | 2,645.00 | 2,814.31 | 73.36 |
| 732 | 0.000 | 2,555.00 | 2,665.00 | 47.66 |
| 734 | 0.000 | 2,610.00 | 2,750.00 | 60.66 |
| 736 | 0.334 | 2,545.00 | 2,741.99 | 85.36 |
| 738 | 0.140 | 2,480.00 | 2,639.30 | 69.03 |
| 740 | 0.244 | 2,455.00 | 2,638.84 | 79.66 |
| 742 | 0.320 | 2,447.00 | 2,639.41 | 83.37 |
| 744 | 0.364 | 2,523.00 | 2,642.57 | 51.81 |
| 746 | 1.276 | 2,652.00 | 2,814.72 | 70.51 |
| 748 | 2.580 | 2,445.00 | 2,637.39 | 83.36 |

## Golden Valley Ranch Distribution System - Max Day + FF Pipe Report

| ID | From Node | To Node | Length (ft) | Diameter (in) | Roughness | Flow (mgd) | Velocity (ft/s) | Headloss (ft) | HL/1000 (ft/kft) |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 10 | 7000 | 2191 | 24 | 130 | -5.076 | 2.50 | 1.96 | 0.89 |
| 13 | 10 | 722 | 2687 | 24 | 130 | 5.076 | 2.50 | 2.40 | 0.89 |
| 17 | 616 | 14 | 1029 | 24 | 130 | -0.613 | 0.30 | 0.02 | 0.02 |
| 19 | 16 | 270 | 2642 | 24 | 130 | 0.530 | 0.26 | 0.04 | 0.01 |
| 287 | 16 | 212 | 590 | 8 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 369 | 726 | 272 | 1032 | 24 | 130 | 2.363 | 1.16 | 0.22 | 0.22 |
| 371 | 272 | 276 | 691 | 10 | 130 | 2.160 | 6.13 | 9.02 | 13.05 |
| 469 | 274 | 356 | 632 | 8 | 130 | 0.418 | 1.85 | 1.17 | 1.85 |
| 565 | 56 | 472 | 2158 | 24 | 130 | -0.129 | 0.06 | 0.00 | 0.00 |
| 577 | 448 | 454 | 1689 | 24 | 130 | -1.059 | 0.52 | 0.08 | 0.05 |
| 579 | 448 | 738 | 4499 | 12 | 130 | 0.570 | 1.12 | 2.05 | 0.46 |
| 581 | 450 | 452 | 2254 | 12 | 130 | -0.006 | 0.01 | 0.00 | 0.00 |
| 583 | 452 | 740 | 2875 | 12 | 130 | -0.264 | 0.52 | 0.32 | 0.11 |
| 585 | 454 | 706 | 1528 | 24 | 130 | -1.291 | 0.64 | 0.11 | 0.07 |
| 59 | 14 | 56 | 2604 | 24 | 130 | 0.209 | 0.10 | 0.01 | 0.00 |
| 591 | 448 | 482 | 3356 | 12 | 130 | 0.190 | 0.38 | 0.20 | 0.06 |
| 609 | 270 | 474 | 418 | 8 | 130 | 0.400 | 1.78 | 0.71 | 1.71 |
| 615 | 480 | 14 | 1276 | 24 | 130 | 2.838 | 1.40 | 0.39 | 0.30 |
| 625 | 490 | 600 | 1744 | 24 | 130 | 5.076 | 2.50 | 1.56 | 0.89 |
| 627 | 492 | 490 | 2556 | 24 | 130 | 5.076 | 2.50 | 2.28 | 0.89 |
| 633 | 14 | 498 | 2718 | 24 | 130 | 1.795 | 0.88 | 0.35 | 0.13 |
| 663 | 528 | 498 | 1624 | 20 | 130 | -0.875 | 0.62 | 0.14 | 0.08 |
| 665 | 528 | 540 | 2236 | 20 | 130 | 0.875 | 0.62 | 0.19 | 0.08 |
| 667 | 536 | 542 | 1527 | 20 | 130 | 1.911 | 1.36 | 0.54 | 0.36 |
| 673 | 534 | 550 | 3751 | 20 | 130 | -2.527 | 1.79 | 2.24 | 0.60 |
| 675 | 472 | 538 | 2485 | 24 | 130 | -0.446 | 0.22 | 0.03 | 0.01 |
| 677 | 538 | 534 | 4070 | 24 | 130 | -2.151 | 1.06 | 0.74 | 0.18 |
| 679 | 540 | 526 | 3063 | 20 | 130 | -1.036 | 0.73 | 0.35 | 0.11 |
| 681 | 526 | 544 | 3765 | 20 | 130 | -1.036 | 0.73 | 0.43 | 0.11 |
| 683 | 544 | 536 | 1112 | 20 | 130 | 2.348 | 1.67 | 0.58 | 0.52 |
| 685 | 544 | 546 | 1570 | 24 | 130 | -3.384 | 1.67 | 0.66 | 0.42 |
| 687 | 546 | 534 | 1868 | 24 | 130 | 0.178 | 0.09 | 0.00 | 0.00 |
| 691 | 550 | 736 | 3388 | 20 | 130 | -3.193 | 2.26 | 3.12 | 0.92 |
| 727 | 734 | 7022 | 9771 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 733 | 588 | 546 | 5416 | 24 | 130 | 3.999 | 1.97 | 3.11 | 0.57 |
| 747 | 600 | 480 | 1330 | 24 | 130 | 3.533 | 1.74 | 0.61 | 0.46 |
| 751 | 480 | 604 | 896 | 12 | 130 | 0.400 | 0.79 | 0.21 | 0.24 |
| 755 | 7010 | 608 | 9244 | 24 | 130 | 5.868 | 2.89 | 10.80 | 1.17 |
| 765 | 616 | 16 | 1013 | 24 | 130 | 0.613 | 0.30 | 0.02 | 0.02 |
| 767 | 618 | 456 | 2694 | 24 | 130 | -4.600 | 2.27 | 2.01 | 0.74 |
| 771 | 608 | 744 | 4088 | 24 | 130 | 3.287 | 1.62 | 1.63 | 0.40 |
| 775 | 274 | 448 | 455 | 24 | 130 | -0.197 | 0.10 | 0.00 | 0.00 |
| 781 | 7022 | 736 | 10924 | 30 | 130 | 8.208 | 2.59 | 8.01 | 0.73 |
| 785 | 638 | 538 | 3259 | 20 | 130 | -1.286 | 0.91 | 0.56 | 0.17 |
| 787 | 636 | 638 | 1784 | 20 | 130 | -1.911 | 1.36 | 0.63 | 0.36 |
| 809 | 646 | 648 | 3529 | 16 | 130 | 0.831 | 0.92 | 0.80 | 0.23 |
| 811 | 648 | 650 | 2592 | 16 | 130 | 0.685 | 0.76 | 0.41 | 0.16 |
| 813 | 650 | 748 | 1350 | 16 | 130 | 1.080 | 1.20 | 0.49 | 0.37 |

## Golden Valley Ranch Distribution System - Max Day + FF Pipe Report

| ID | From Node | To Node | Length (ft) | Diameter (in) | Roughness | Flow (mgd) | Velocity (ft/s) | Headloss (ft) | HL/1000 (ft/kft) |
|---|---|---|---|---|---|---|---|---|---|
| 821 | 572 | 706 | 1157 | 16 | 130 | -1.998 | 2.21 | 1.32 | 1.15 |
| 823 | 576 | 456 | 2405 | 16 | 130 | -2.241 | 2.48 | 3.41 | 1.42 |
| 825 | 576 | 570 | 2894 | 16 | 130 | 1.758 | 1.95 | 2.62 | 0.90 |
| 827 | 618 | 742 | 3077 | 12 | 130 | 0.839 | 1.65 | 2.87 | 0.93 |
| 833 | 662 | 7064 | 11881 | 24 | 130 | -6.732 | 3.32 | 17.90 | 1.51 |
| 835 | 662 | 728 | 5268 | 24 | 130 | 6.732 | 3.32 | 7.94 | 1.51 |
| 837 | 666 | 682 | 5245 | 16 | 130 | 1.299 | 1.44 | 2.71 | 0.52 |
| 845 | 672 | 674 | 1730 | 16 | 130 | 1.614 | 1.79 | 1.33 | 0.77 |
| 847 | 674 | 676 | 1383 | 16 | 130 | 1.342 | 1.49 | 0.76 | 0.55 |
| 853 | 682 | 680 | 1305 | 16 | 130 | -0.876 | 0.97 | 0.32 | 0.25 |
| 855 | 682 | 746 | 2400 | 16 | 130 | 2.175 | 2.41 | 3.22 | 1.34 |
| 859 | 672 | 728 | 2958 | 16 | 130 | -1.872 | 2.07 | 3.00 | 1.01 |
| 865 | 708 | 7030 | 6098 | 30 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 877 | 722 | 492 | 5527 | 24 | 130 | 5.076 | 2.50 | 4.94 | 0.89 |
| 881 | 700 | 702 | 2623 | 20 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 883 | 702 | 688 | 3059 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 885 | 704 | 700 | 15658 | 20 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 887 | 646 | 572 | 3271 | 16 | 130 | -1.043 | 1.16 | 1.12 | 0.34 |
| 889 | 498 | 638 | 3442 | 20 | 130 | 0.683 | 0.48 | 0.18 | 0.05 |
| 891 | 638 | 536 | 2594 | 20 | 130 | -0.438 | 0.31 | 0.06 | 0.02 |
| 893 | 706 | 618 | 1637 | 24 | 130 | -3.519 | 1.73 | 0.74 | 0.45 |
| 895 | 482 | 706 | 4626 | 12 | 130 | -0.230 | 0.45 | 0.39 | 0.09 |
| 897 | 688 | 708 | 2927 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 899 | 7030 | 456 | 10833 | 24 | 130 | 7.657 | 3.77 | 20.72 | 1.91 |
| 901 | 7064 | 710 | 12536 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 903 | 712 | 724 | 2028 | 12 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 911 | 716 | 718 | 3621 | 12 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 913 | 718 | 720 | 1228 | 20 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 919 | 728 | 666 | 2355 | 16 | 130 | 2.308 | 2.56 | 3.52 | 1.50 |
| 921 | 676 | 680 | 1482 | 16 | 130 | 1.342 | 1.49 | 0.81 | 0.55 |
| 923 | 720 | 7000 | 5019 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 925 | 724 | 710 | 679 | 20 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 927 | 726 | 274 | 2408 | 24 | 130 | 0.323 | 0.16 | 0.01 | 0.01 |
| 929 | 732 | 708 | 771 | 24 | 130 | 0.000 | 0.00 | 0.00 | 0.00 |
| 931 | 736 | 588 | 2915 | 24 | 130 | 4.680 | 2.31 | 2.24 | 0.77 |
| 933 | 738 | 450 | 2877 | 12 | 130 | 0.430 | 0.85 | 0.78 | 0.27 |
| 935 | 740 | 572 | 3740 | 12 | 130 | -0.508 | 1.00 | 1.38 | 0.37 |
| 937 | 742 | 650 | 3994 | 12 | 130 | 0.519 | 1.02 | 1.53 | 0.38 |
| 939 | 744 | 726 | 3767 | 24 | 130 | 2.923 | 1.44 | 1.21 | 0.32 |
| 941 | 746 | 730 | 1545 | 16 | 130 | 0.899 | 1.00 | 0.40 | 0.26 |
| 943 | 748 | 570 | 1295 | 16 | 130 | -1.501 | 1.66 | 0.87 | 0.67 |

## Golden Valley Ranch Distribution System - Max Day + FF Tank Report

| ID | Demand (mgd) | Elevation (ft) | Head (ft) | Pressure (psi) | % Full (%) | Volume (MG) | Level (ft) |
|---|---|---|---|---|---|---|---|
| 7000 | -5.08 | 2,725.00 | 2,750.00 | 10.833 | 100 | 1.012 | 25 |
| 7010 | -5.868 | 2,625.00 | 2,655.00 | 12.999 | 100 | 0.991 | 30 |
| 7022 | -8.208 | 2,725.00 | 2,750.00 | 10.833 | 100 | 1.012 | 25 |
| 7024 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7026 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7028 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7030 | -7.657 | 2,635.00 | 2,665.00 | 12.999 | 100 | 0.991 | 30 |
| 7044 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7046 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7050 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7054 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7056 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7058 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7060 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7062 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7064 | -6.732 | 2,825.00 | 2,850.00 | 10.833 | 100 | 1.012 | 25 |
| 7068 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7070 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7074 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7076 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7078 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |
| 7080 | 0 | 1,668.00 | 1,668.00 | 0 | 100 | 0 | 0 |