

2850 RESERVOIR SITE

WELL 3

WELL 13

WELL 4

2750 NORTH RESERVOIR SITE

2650 NORTH RESERVOIR SITE

WELL 12

WELL 2

WELL 5

WELL 1    WELL 6

WELL 7

2850 ZONE

2650 ZONE

2750 ZONE

12"
14,215 FT

2650 SOUTH RESERVOIR SITE

2750 SOUTH RESERVOIR SITE

WELL 9    WELL 8

WELL 10

20"
2,613 FT

12"
1,508 FT    WELL 11

WELL 14

### PHASE 6

| Phase 6 Demands | |
|---|---|
| 2850 Zone Max Day Demand | 0.000 mgd |
| 2750 Zone Max Day Demand | 0.000 mgd |
| 2650 Zone Max Day Demand | 1.331 mgd |
| Total Phase 4 Max Day Demand | 1.331 mgd |
| 2850 Zone Fire Flow (School) | 4,000 gpm |
| 2750 Zone Fire Flow (Town Center) | 5,000 gpm |
| 2650 Zone Fire Flow (Town Center) | 3,500 gpm |
| Infrastructure Required for Phase 6 | |
| 2850 Zone Wells @ 1,500 gpm/well | 0 wells |
| 2850 Zone Storage Volume | 960,000 gallons |
| 2750 Zone Wells @ 1,500 gpm/well | 0 wells |
| 2750 Zone Storage Volume | 1,200,000 gallons |
| 2650 Zone Wells @ 1,500 gpm/well | 0 wells |
| 2650 Zone Storage Volume | 1,090,000 gallons |

| Infrastructure Required through Phase 6 | |
|---|---|
| 2850 Zone Wells @ 1,500 gpm/well | 3 wells |
| 2850 Zone Storage Volume | 1,558,000 gallons |
| 2750 Zone Wells @ 1,500 gpm/well | 5 wells |
| 2750 Zone Storage Volume | 4,552,000 gallons |
| 2650 Zone Wells @ 1,500 gpm/well | 5 wells |
| 2650 Zone Storage Volume | 2,359,000 gallons |

## LEGEND

NORTH

GRAPHIC SCALE

1500    0    1500    3000

( IN FEET )

⋁ ZONE BOUNDARY

⋀ EXISTING PIPELINE

⋁ ADDITIONAL PIPELINE

▨ EXISITING PARCELS SERVED

▨ ADDITIONAL PARCELS SERVED

### FIGURE F-6
### PHASE 6 WATER PLAN

## GOLDEN VALLEY RANCH
## WATER AND SEWER
## MASTER PLAN

FEB 2006

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119    (702) 369-9396

ST-RH038364

# Golden Valley Ranch Phase 6 - Residual Pressures During Average Day

