

FIGURE F-7
PHASE 7 WATER PLAN
GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN
Stanley Consultants INC.
FEB 2006

# Golden Valley Ranch Phase 7 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038385



# Golden Valley Ranch Phase 7 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006