

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Order #:** GVMP1000-32
**Date:** 8/1/2005
**Job:** GVMP-1000  Golden Valley Master Plan

`Approved ☐ _____

**Ship To:**

**Description:** 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount | |
|---|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design (WW) | 480,000.00 | 0.00 | 480,000.00 | |
| | | | Totals: | 480,000.00 | 0.00 | 480,000.00 | |

BILL ROBERTS
AUG 01 2005

Rhodes Homes                                              Date
Stanley Consultants, Inc    8-1-05    Date

Work Completed                                            Date

ST-RH018415