**American Soils Engineering, LLC**
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-28
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/22/05        COMPLETED  7/22/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  —

LOGGED BY  Q. Babul P.E.        CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  —

NOTES

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown, Slightly moist silty clay with gravel, loose |
| | | 1.0 | |
| | | | Brown, Slightly moist sandy clay with gravel, with rocks medium to dense |
| 2.5 | | | |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036018

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-29**
PAGE 1 OF 1

CLIENT _Rhodes Homes of Arizona_

PROJECT NUMBER _PN 1060-GEO_

DATE STARTED _7/22/05_        COMPLETED _7/22/05_

EXCAVATION CONTRACTOR _American Soils Engineering_

EXCAVATION METHOD _Backhoe_

LOGGED BY _Q. Babul P.E._        CHECKED BY _Q. Babul P.E._

NOTES _____

PROJECT NAME _Phase I at Golden Valley Ranch_

PROJECT LOCATION _Golden Valley, Kingman Ranch_

GROUND ELEVATION _____ TEST PIT SIZE _____

GROUND WATER LEVELS:

   AT TIME OF EXCAVATION  --

   AT END OF EXCAVATION  —

   AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty clay with gravel, loose to medium dense |
| 2.5 | | | |
| 3.0 | BULK | | Brown, Slightly moist silty sandy gravel with rocks, medium dense |
| 5.0 | | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH — WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

ST-RH036019

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-30**

PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/25/05          COMPLETED  7/25/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  —

NOTES _____

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, losot ot medium dense |
| 2.5 | | 2.0 | Brown, Slightly moist sandy with gravel with rocks medium to dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH **** WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036020

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-31**

PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/25/05          COMPLETED  7/25/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES _____

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | | |
| | | 3.0 | Brown,  Slightly moist silty sandy with gravel with rocks, medium to dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH -- WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036021

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-32**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____ TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist 0'-3' silty sandy gravel, sandy gravel with cobble, loose to medium dense |
| 2.5 | | | |
| | | 4.0 | |
| 5.0 | BULK | | Brown, Slightly moist sandy gravel with rocks medium dense to dense |
| 7.5 | | | |
| | | 8.0 | |
| | | | Light Brown, Slightly moist sandy gravel partially cemented very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH.....WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-33**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/25/05          COMPLETED  7/25/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  —

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  —

NOTES _____

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | | |
| 5.0 | | 5.0 | |
| | BULK | | Brown, Silty sandy with gravel, with cobble and rocks medium to very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036023

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-34
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION                    TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown,  Slightly moist silty sandy with gravel, loose to medium dense |
| 2.0 | | 2.0 | |
| 2.5 | BULK | | Brown, Slightly moist sandy gravel with rocks, medium to dense |
| 5.0 | | | |
| | | 6.0 | |
| | | | Light Brown, Slightly moist sandy gravel, partially cemented, very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH... WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036024

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-35**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  —

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy with gravel, loose to medium dense |
| 2.5 | | 3.0 | |
| | | | Brown, Slightly moist silty sandy with gravel with rocks, medium to dense |
| 5.0 | BULK | | |
| 7.5 | | 7.0 | Light Brown, Slightly moist silty sandy gravel, partially cemented, very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH "  ' 'ELL WITHOUT TESTING REMARKS COLUMN. PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036025

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-36**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  7/25/05          COMPLETED  7/25/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown, Slighlty moist silty sndy with gravel, loose to medium dense |
| 1.0 | | | |
| | | | Brown, Slightly moist silty sandy gravel with cobbles and rocks dense |
| 2.5 | | | |
| | BULK | | |
| 5.0 | | 5.0 | Light Brown, Slightly moist silty sandy gravel, partially cemented |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL BH- ELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT 9/16/05

ST-RH036026

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-37**
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 7/25/05      **COMPLETED** 7/25/05

**GROUND ELEVATION** _____    **TEST PIT SIZE** _____

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

**AT TIME OF EXCAVATION** ---

**LOGGED BY** Q. Babul P.E.      **CHECKED BY** Q. Babul P.E.

**AT END OF EXCAVATION** ---

**NOTES** _____

**AFTER EXCAVATION** ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist silty sandy gravel loose to medium dense |
| 2.5 | | | |
| | | 3.0 | Brown, slighlty moist silty sandy gravel with rocks, dense |
| 5.0 | BULK | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL B\* "ELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036027

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-38**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  7/28/05        COMPLETED  7/28/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.        CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES _____

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown Slighlty moist silty sandy with gravel loose to medium dense |
| 2.5 | | | |
| | | 4.0 | |
| 5.0 | BULK | | Brown, Slightly moist silty sandy gravel with rocks dense |
| 7.5 | | | |
| | | 8.0 | |
| | | | Light Brown, Slighlty moist sandy gravel partcially cemented very dense |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |
| | | | Bottom of test pit at 15.0 feet. |

GENERAL BH ... WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO-GEO.GPJ  AMERICAN SOILS.GDT 9/16/05

ST-RH036028

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-39**
PAGE 1 OF 1

CLIENT _Rhodes Homes of Arizona_

PROJECT NUMBER _PN 1060-GEO_

DATE STARTED _7/25/05_       COMPLETED _7/25/05_

EXCAVATION CONTRACTOR _American Soils Engineering_

EXCAVATION METHOD _Backhoe_

LOGGED BY _Q. Babul P.E._       CHECKED BY _Q. Babul P.E._

NOTES _____

PROJECT NAME _Phase I at Golden Valley Ranch_

PROJECT LOCATION _Golden Valley, Kingman Ranch_

GROUND ELEVATION _____ TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION _—_

AT END OF EXCAVATION _—_

AFTER EXCAVATION _—_

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown, Slightly moist fine silty sandy with gravel, loose to medium dense |
| 2.5 | | 2.0 | Brown, Slightly moist silty sandy with gravel and rocks dense |
| 5.0 | BULK | | |
| 7.5 | | 7.0 | Light Brown Slightly moist silty sandy with gravel partially cemented, very dense |
| 10.0 | | 10.0 | |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH / TEST PIT WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036029

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-40**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05          COMPLETED  8/29/05

GROUND ELEVATION _____    TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES _____

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | BULK 1 | 1.0 | Brown Slightly moist silty sandy with gravel, loose |
| | | | Brown Slightly moist silty sandy with gravel, medium dense |
| 2.5 | BULK 2 | | |
| 5.0 | | | |
| | | 6.5 | Light Brown Slightly moist partcially cemented sandy gravel with boulders, very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | Bottom of test pit at 15.0 feet. |

GENERAL BH^^^^^WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

ST-RH036030

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-41**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  —

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Brown Slightly moist silty sandy with gravel, loose |
| | | 2.0 | |
| 2.5 | BULK 1 | | Light Brown Slightly moist silty sandy with gravel, with boulders dense |
| 5.0 | BULK 2 | | |
| | | 6.0 | Light Brown Slightly moist sandy silty gravel, partially cemented hard |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH ... WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036031

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# TEST PIT NUMBER TP-42
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 8/29/05     **COMPLETED** 8/29/05

**GROUND ELEVATION** _____ **TEST PIT SIZE** _____

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

**AT TIME OF EXCAVATION** ---

**LOGGED BY** Q. Babul P.E.     **CHECKED BY** Q. Babul P.E.

**AT END OF EXCAVATION** ---

**NOTES** _____

**AFTER EXCAVATION** ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| 1.0 | | | Light Brown Slightly moist silty sand with gravel, loose |
| 2.5 | BULK 1 | | Brown Slightly moist silty sandy gravel, medium dense |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

ST-RH036032

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-43**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION          TEST PIT SIZE

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  ---

AT END OF EXCAVATION  ---

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown Slightly moist silty sand with gravel, loose |
| | | 1.0 | |
| | | | Brown Slightly moist silty sandy with gravel, medium dense |
| 2.5 | BULK 1 | | |
| 5.0 | | 5.0 | |
| | BULK 2 | | Light Brown Slightly moist sandy gravel cemented, very dense |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH - - - WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036033

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-44**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05        COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.        CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION _____  TEST PIT SIZE _____

GROUND WATER LEVELS:

AT TIME OF EXCAVATION  —

AT END OF EXCAVATION  —

AFTER EXCAVATION  —

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 2.0 | Light Brown Slightly moist sandy gravel, loose |
| 2.5 | BULK 1 | | Dark Brown Slightly moist silty sandy gravel, medium dense to dense |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL B*****WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

ST-RH036034

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-45**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

DATE STARTED  8/29/05          COMPLETED  8/29/05

EXCAVATION CONTRACTOR  American Soils Engineering

EXCAVATION METHOD  Backhoe

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

NOTES

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley, Kingman Ranch

GROUND ELEVATION                    TEST PIT SIZE

GROUND WATER LEVELS:

    AT TIME OF EXCAVATION  ---

    AT END OF EXCAVATION  ---

    AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sandy gravel, loose |
| | | | Brown Slightly moist silty sandy gravel, medium dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

Bottom of test pit at 15.0 feet.

GENERAL P   WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/15/05

ST-RH036035

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-46**
PAGE 1 OF 1

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley, Kingman Ranch

**DATE STARTED** 8/29/05      **COMPLETED** 8/29/05

**GROUND ELEVATION** _____    **TEST PIT SIZE** _____

**EXCAVATION CONTRACTOR** American Soils Engineering

**GROUND WATER LEVELS:**

**EXCAVATION METHOD** Backhoe

**AT TIME OF EXCAVATION** ---

**LOGGED BY** Q. Babul P.E.      **CHECKED BY** Q. Babul P.E.

**AT END OF EXCAVATION** ---

**NOTES** _____

**AFTER EXCAVATION** ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sandy with gravel, loose |
| 2.5 | BULK 1 | | Light Brown Slightly moist silty sandy gravel with rocks, medium dense to very dense |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH WELL WITHOUT TESTING REMARKS COLUMN: PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036036

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-47**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05          COMPLETED  8/29/05

GROUND ELEVATION                    TEST PIT SIZE

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | Light Brown Slightly moist silty sandy gravel, loose to dense |
| | | 1.0 | |
| | | | Brown Slightly moist silty sandy gravel, with boulders medium to dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | |
| | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH/TP/WELL WITHOUT TESTING REMARKS COLUMN  PN 1060-GEO.GPJ  AMERICAN SOILS.GDT  9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036037

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-48**

PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05          COMPLETED  8/29/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | 1.0 | Light Brown Slightly moist silty sandy with gravel, loose |
| | | | Brown Slightly moist silty sandy gravel, with rocks dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | 10.0 | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH/TP/WELL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036038

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**TEST PIT NUMBER TP-49**
PAGE 1 OF 1

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley, Kingman Ranch

DATE STARTED  8/29/05          COMPLETED  8/29/05

GROUND ELEVATION _____  TEST PIT SIZE _____

EXCAVATION CONTRACTOR  American Soils Engineering

GROUND WATER LEVELS:

EXCAVATION METHOD  Backhoe

AT TIME OF EXCAVATION  ---

LOGGED BY  Q. Babul P.E.          CHECKED BY  Q. Babul P.E.

AT END OF EXCAVATION  ---

NOTES

AFTER EXCAVATION  ---

| DEPTH (ft) | SAMPLE TYPE NUMBER | GRAPHIC LOG | MATERIAL DESCRIPTION |
|---|---|---|---|
| 0.0 | | | |
| | | | LightBrown Slightly moist silty sandy gravel, loose |
| 1.0 | | | |
| | | | Brown Slightly moist silty sandy gravelwith boulders dense |
| 2.5 | BULK 1 | | |
| 5.0 | BULK 2 | | |
| 7.5 | | | |
| 10.0 | | | excavation ends at 10' |
| 12.5 | | | |
| 15.0 | | | |

GENERAL BH "WELL WITHOUT TESTING REMARKS COLUMN PN 1060-GEO.GPJ AMERICAN SOILS.GDT 9/16/05

Bottom of test pit at 15.0 feet.

ST-RH036039



APPENDIX B

ST-RH036040

# LABORATORY TESTS RESULTS (P.N. 1060-GEO)

## EXPANSION TESTS

Swell tests were performed on 33 remolded samples, which were collected during subsurface exploration of the subject site. The samples were remolded at 90 percent of the material's maximum dry density. Samples were tested under a 60 pound per square foot surcharge. Test results are listed below:

| Sample Location | Sample Depth | Swell (%) | Expansion Classification |
|---|---|---|---|
| TP-1 | 3 feet | 1.8 | Low Expansive |
| TP-3 | 5 feet | 0.9 | Low Expansive |
| TP-4 | 3 feet | 1.5 | Low Expansive |
| TP-5 | 5 feet | 0.5 | Low Expansive |
| TP-7 | 8 feet | 1.0 | Low Expansive |
| TP-8 | 5 feet | 0.9 | Low Expansive |
| TP-13 | 3 feet | 1.7 | Low Expansive |
| TP-20 | 2 feet | 2.6 | Low Expansive |
| TP-20 | 5 feet | 1.1 | Low Expansive |
| TP-25 | 5 feet | 0.7 | Low Expansive |
| TP-33 | 5 feet | 1.3 | Low Expansive |
| TP-35 | 7 feet | 1.4 | Low Expansive |
| TP-39 | 2 feet | 1.2 | Low Expansive |
| TP-40 | 1.5 feet | 4.9 | Moderately Expansive |
| TP-40 | 3 feet | 1.1 | Low Expansive |
| TP-41 | 2 feet | 6.7 | Moderately Expansive |
| TP-41 | 5 feet | 1.6 | Low Expansive |
| TP-42 | 2 feet | 2.5 | Low Expansive |
| TP-42 | 5 feet | 0.9 | Low Expansive |
| TP-43 | 2 feet | 6.4 | Moderately Expansive |
| TP-43 | 5 feet | 0.5 | Low Expansive |
| TP-44 | 2 feet | 4.9 | Moderately Expansive |
| TP-44 | 5 feet | 1.0 | Low Expansive |
| TP-45 | 2 feet | 2.5 | Low Expansive |
| TP-45 | 5 feet | 2.5 | Low Expansive |
| TP-46 | 3 feet | 2.1 | Low Expansive |
| TP-46 | 6 feet | 0.6 | Low Expansive |
| TP-47 | 2 feet | 2.1 | Low Expansive |
| TP-47 | 6 feet | 1.1 | Low Expansive |
| TP-48 | 2 feet | 1.5 | Low Expansive |
| TP-48 | 5 feet | 0.5 | Low Expansive |
| TP-49 | 3 feet | 1.7 | Low Expansive |
| TP-49 | 3 feet | 0.7 | Low Expansive |

ST-RH036041

# LABORATORY TESTS RESULTS (P.N. 1060-GEO)

## Chemical Testing

To evaluate the corrosive potential of the subsurface soils at the subject site, five samples were submitted to *Atlas Chemical Testing Laboratories* to test the soils for sodium (Na), water soluble sulfate (SO4), and total available water soluble sulfate (Na2SO4). A copy of the results provided by the Atlas Chemical Testing Laboratories is enclosed herein. Test results tests are summarized below in Table 1.

### Table-1 Results of Chemical Testing

| Sample Location | Depth (feet) | Sodium (Na) (%) | Water Soluble Sulfate (SO4) (%) | Total Available Water Soluble Sodium Sulfate (Na2SO4) (%) |
|---|---|---|---|---|
| B-40 | 2.0 | 0.01 | 0.03 | 0.02 |
| B-42 | 2.0 | 0.01 | 0.01 | 0.01 |
| B-44 | 5.0 | 0.01 | 0.01 | 0.01 |
| B-46 | 2.0 | 0.01 | 0.11 | 0.01 |
| B-49 | 5.0 | 0.01 | 0.04 | 0.04 |

### Atterberg Limits (ASTM test method D 4318)

Testing were performed on the samples in general accordance with ASTM test method D 4318-98, using the wet preparation method. Test results as follows:

| SAMPLES | Liquid Limit (LL) | Plastic Limit (PL) | Plasticity Index (PI) |
|---|---|---|---|
| TP-20 @ 3 feet | None plastic | None plastic | None plastic |
| TP-23 @ 5 feet | None plastic | None plastic | None plastic |
| TP-27 @ 3 feet | 22 | 20 | 2 |
| TP-28 @ 1 foot | 23 | 17 | 6 |
| TP-30 @ 2.0 | None plastic | None plastic | None plastic |
| TP-34 @ 6 feet | None plastic | None plastic | None plastic |
| TP-36 @ 1 foot | None plastic | None plastic | None plastic |
| TP-38 @ 4 feet | None plastic | None plastic | None plastic |
| TP-40 @ 2 feet | 24 | 19 | 5 |
| TP-42 @ 5 feet | 22 | 19 | 3 |
| TP-44 @ 2 feet | 23 | 20 | 3 |
| TP-45 @ 2 feet | 23 | 20 | 3 |
| TP-46 @ 2 feet | None plastic | None plastic | None plastic |

ST-RH036042

# Atlas Consultants, Inc.

6000 S. Eastern Avenue, Suite 10J • Las Vegas, Nevada 89119
(702) 383-1199 • Fax (702) 383-4983

*member of*
AMERICAN SOCIETY FOR
TESTING MATERIALS

| | | | |
|---|---|---|---|
| **ACT LAB NO:** | 13320(a) | **DATE:** | September 12, 2005 |
| **PROJECT NO:** | PN=1060-GEO | **P.O.:** | |
| **ANALYZED BY:** | Robert L. Summers | **LAB ID:** | |

### WATER SOLUBLE SALT ANALYSIS IN SOIL
1:5 (soil:water) Aqueous Extraction
AWWA 3500-Na D, AWWA 4500 E
AWWA 2540 C

**SOIL SIEVE SIZE = -10 MESH**

| Sample No. | Location | Depth (feet) | Sodium (Percent) | Water Soluble Sulfate ($SO_4$) (Percent) | Total Available Water Soluble Sodium Sulfate ($Na_2SO_4$) (Percent) |
|---|---|---|---|---|---|
| | TP#40 | 2.0 | 0.01 | 0.03 | 0.02 |
| Solubility = 0.06% | | | | | |
| | TP#42 | 2.0 | <0.01 | 0.01 | <0.01 |
| Solubility = 0.03% | | | | | |
| | TP#44 | 5.0 | <0.01 | 0.01 | 0.01 |
| Solubility = 0.04% | | | | | |
| | TP#46 | 2.0 | <0.01 | 0.01 | <0.01 |
| Solubility = 0.03% | | | | | |
| | TP#49 | 5.0 | 0.01 | 0.04 | 0.04 |
| Solubility = 0.09% | | | | | |

*Robert L. Summers*

**LABORATORY MANAGER**

N   .: The results for each constituent denote the percentage of that analyte, at a 1:5 (soil:water) extraction ratio, which is present in the soil. Sodium was determined by flame photometry, sulfate turbidimetrically, and sodium sulfate by calculation.

# GRAIN SIZE DISTRIBUTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**CLIENT** Rhodes Homes

**PROJECT NAME** Golden Valley Ranch Kingman

**PROJECT NUMBER** PN-1060

**PROJECT LOCATION** Aztec/ Shinarump Kingman



| | COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|---|
| | | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 100 | | 96 | 87 | 76 | | 71 | 61 | | 55 | 46 | 36 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | | LL | PL | PI |
|---|---|---|---|---|---|---|
| Tp-3 | 2 | SILTY SAND(SM) | | 22 | 19 | 3 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.53 | | | 12.4 | 51.4 | 35.7 | |

ST-RH036044

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

**CLIENT** Rhodes Homes

**PROJECT NAME** Golden Valley Ranch Kingman

**PROJECT NUMBER** PN-1060

**PROJECT LOCATION** Aztec/ Shinarump Kingman



| | COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|---|
| | | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 99 | | 96 | 89 | 78 | | 69 | 61 | | 54 | 45 | 34 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | | | LL | PL | PI |
|---|---|---|---|---|---|---|---|
| Tp-7 | 2 | SILTY SAND(SM) | | | NP | NP | NP |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.544 | | | 10.9 | 54.2 | 34.4 | |

ST-RH036045

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman



| | COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|---|
| | | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 98 | | 93 | 82 | 67 | | 53 | 42 | | 33 | 23 | 15 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | LL | PL | PI |
|---|---|---|---|---|---|
| Tp-8 | 2 | SILTY SAND with GRAVEL(SM) | NP | NP | NP |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 1.655 | 0.242 | | 15.5 | 67.3 | | 15.0 |

TER PAGE: PN 1060.GPJ AMERICAN SOILS.GDT 9/16/05

GRAIN SIZE

ST-RH036046

# GRAIN SIZE DISTRIBUTION

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**CLIENT** Rhodes Homes
**PROJECT NAME** Golden Valley Ranch Kingman
**PROJECT NUMBER** PN-1060
**PROJECT LOCATION** Aztec/ Shinarump Kingman



| COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---------|--------|------|--------|--------|------|--------------|
| | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|------------|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|------|------|
| Percent Passing | | | | | 96 | 96 | | 92 | 84 | 75 | | 67 | 61 | | 56 | 47 | 38 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | LL | PL | PI |
|---|---|---|---|---|---|
| Tp-9 | 2 | SILTY, CLAYEY SAND with GRAVEL(SC-SM) | 24 | 20 | 4 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | | %Clay |
|----|----|------|------|-----|-----|---------|-------|-------|---|-------|
| | | 25 | 0.507 | | | 12.5 | 45.3 | | 38.3 | |

ER PAGE, PN 1060.GPJ  AMERICAN SOILS.GDT  9/16/05

ST-RH036047



American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# GRAIN SIZE DISTRIBUTION

CLIENT  Rhodes Homes

PROJECT NAME  Golden Valley Ranch Kingman

PROJECT NUMBER  PN-1060

PROJECT LOCATION  Aztec/ Shinarump Kingman

| COBBLES | GRAVEL | | SAND | | | SILT OR CLAY |
|---|---|---|---|---|---|---|
| | coarse | fine | coarse | medium | fine | |

| Sieve Size | 6" | 3" | 2" | 1½" | 1" | ¾" | ½" | 3/8" | #4 | #8 | #10 | #16 | #30 | #40 | #50 | #100 | #200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Passing | | | | | | 99 | | 96 | 91 | 84 | | 76 | 70 | | 63 | 54 | 43 |
| Spec. % | | | | | | | | | | | | | | | | | |
| Result | | | | | | | | | | | | | | | | | |

| Specimen Identification | | Classification | LL | PL | PI |
|---|---|---|---|---|---|
| Tp-10 | 2 | SILTY SAND(SM) | 22 | 19 | 3 |

| Cc | Cu | D100 | D60 | D30 | D10 | %Gravel | %Sand | %Silt | %Clay |
|---|---|---|---|---|---|---|---|---|---|
| | | 19 | 0.23 | | | 7.7 | 47.6 | 43.3 | |

GRAIN SIZE CURVE PER PAGE PN 1060.GPJ AMERICAN SOILS.GDT 9/16/05

ST-RH036048

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:  1192

Sample Location:  TP# 2

Test Method:  ASTM D1557 Method C

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 128.7 | 6.5 | 3.52 | 128.7 | 6.5 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

COMPACTION  ' I ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

ST-RH036049

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: **1193**

Sample Location: **TP#3**

Test Method: **ASTM D1557 Method D**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| **132.6** | **8.1** | **7.66** | **134.5** | **7.5** |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

COMPACTION WITH ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

ST-RH036050

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

**CLIENT** Rhodes Homes of Arizona

**PROJECT NUMBER** PN 1060-GEO

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT LOCATION** Golden Valley Ranch, Kingman Arizona

Sample Number: **1196**

Sample Location: **TP#6**

Test Method: **ASTM D1557 Method D**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.9 | 7.1 | 4.88 | 133.1 | 6.8 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT 9/15/05

COMPACTION

ST-RH036051

# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: _____

Sample Location: _____ TP#9 _____

Test Method: _____ ASTM D1557 Method D _____

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 132.8 | 6.6 | 6.86 | 134.5 | 6.1 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS..., pcf

WATER CONTENT, %

COMPACTION / ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

ST-RH036052

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location:                TP#14

Test Method:            ASTM D1557 Method D

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.3 | 7.3 | --- | 131.3 | 7.3 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS. . . , pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION

ST-RH036053

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: 

Sample Location:                    TP#17

Test Method:              ASTM D1557 Method C

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 128.4 | 6.9 | --- | 128.4 | 6.9 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS. , pcf

WATER CONTENT, %

COMPACTION \ ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

ST-RH036054

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT __Rhodes Homes of Arizona__

PROJECT NUMBER __PN 1060-GEO__

PROJECT NAME __Phase I at Golden Valley Ranch__

PROJECT LOCATION __Golden Valley Ranch, Kingman Arizona__

Sample Number: _____

Sample Location: __TP#19__

Test Method: __ASTM D1557 Method C__

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 130.8 | 5.8 | 13.86 | 134.4 | 5.1 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTIO*

DRY DENSITY, r, pcf

WATER CONTENT, %

ST-RH036055

# MOISTURE-DENSITY RELATIONSHIP

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

**CLIENT** Rhodes Homes of Arizona

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT NUMBER** PN 1060-GEO

**PROJECT LOCATION** Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location: **TP#21**

Test Method: **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.2 | 6.8 | 14.75 | 135.0 | 5.8 |



Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05

COMPACTION

ST-RH036056





American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location:  **TP#27**

Test Method:  **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.7 | 7.9 | --- | 131.7 | 7.9 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ AMERICAN SOILS.GDT 9/15/05

COMPACTION

ST-RH036058

American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

**CLIENT** Rhodes Homes of Arizona

**PROJECT NUMBER** PN 1060-GEO

**PROJECT NAME** Phase I at Golden Valley Ranch

**PROJECT LOCATION** Golden Valley Ranch, Kingman Arizona

Sample Number:

Sample Location: **TP#28**

Test Method: **ASTM D1557 Method C**

### TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 131.3 | 7.1 | --- | 131.3 | 7.1 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

1 ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTICT

ST-RH036059



American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:          1221
Sample Location:        TP#30
Test Method:            ASTM D1557 Method A

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 127.7 | 8.5 | --- | 127.7 | 8.5 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION  PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION

ST-RH036060

**American Soils Engineering, LLC**
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT NUMBER  PN 1060-GEO

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: 1225
Sample Location: TP34
Test Method: ASTM D1557 Method C

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| 123.9 | 8.4 | 4.96 | 125.4 | 8.0 |



Curves of 100% Saturation for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENS..., pcf

WATER CONTENT, %

COMPACTIC   *1 ROCK CORRECTION PN 104-G.GPJ AMERICAN SOILS.GDT 9/15/05

ST-RH036061



American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number: **1227**

Sample Location: **TP#36**

Test Method: **ASTM D1557 Method C**

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
|---|---|---|---|---|
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
| **131.4** | **7.1** | **---** | **131.4** | **7.1** |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY , pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT 9/15/05

COMPACTION

ST-RH036062



American Soils Engineering, LLC
6000 S. Eastern Avenue, Suite 12E
Las Vegas, NV 89119
Telephone: (702) 889-9617
Fax: (702) 88-9614

# MOISTURE-DENSITY RELATIONSHIP

CLIENT  Rhodes Homes of Arizona

PROJECT NUMBER  PN 1060-GEO

PROJECT NAME  Phase I at Golden Valley Ranch

PROJECT LOCATION  Golden Valley Ranch, Kingman Arizona

Sample Number:  1229
Sample Location:  TP#38
Test Method:  ASTM D1557 Method C

## TEST RESULTS

| UNCORRECTED VALUE | | CORRECTED VALUE | | |
| Maximum Dry Density (pcf) | Optimum Moisture Content (%) | Rock (%) | Maximum Dry Density (pcf) | Optimum Moisture Content (%) |
|---|---|---|---|---|
| 130.0 | 9.0 | 6.25 | 131.6 | 8.5 |

Curves of 100% Saturation
for Specific Gravity Equal to:

2.80

2.70

2.60

DRY DENSITY, pcf

WATER CONTENT, %

ROCK CORRECTION PN 1044-G.GPJ  AMERICAN SOILS.GDT  9/15/05

COMPACTION

ST-RH036063

# KLEINFELDER
*An employee owned company*

Las Vegas Laboratory
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

# R Value Test Report

**Report No: RV:LVS05/00462**
**Issue No: 1**

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
|---|---|
| Project: | Misc Lab Testing |

All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michael Olson*

Member ACIL
QESTLab No. 1078

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

## Sample Details

| | |
|---|---|
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

## Test Results

| Description | Result | Limits |
|---|---|---|
| R Value @ 300 psi Exudation | 63 | |

## Soil Classification

Symbol

Name

## R Value

| | |
|---|---|
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and<br>Expansion Pressure of Compacted Soils |

## Chart



## Comments

N/A

orm No: 110239.V1.00

*(c) QESTLab by SpectraQEST.com.au*

Page 1 of 1

KLEINFELDER    6380 South Polaris Avenue, Las Vegas, NV  89118-3821    (702) 736-2936    (702) 361-9094 fax

ST-RH036064

# KLEINFELDER
*An employee owned company*

**Las Vegas Laboratory**
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

## R Value Test Report

**Report No: RV:LVS05/00462**
**Issue No: 1**

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
| --- | --- |
| Project: | Misc Lab Testing |

Member ACIL;
QESTLab No. 1078

All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michael Olson*

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

### Sample Details

| | |
| --- | --- |
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

### Test Results

| Description | Result | Limits |
| --- | --- | --- |
| R Value @ 300 psi Exudation | 23 | |

### Soil Classification

Symbol
Name

### R Value

| | |
| --- | --- |
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and Expansion Pressure of Compacted Soils |

### Chart



### Comments

N/A

KLEINFELDER    6380 South Polaris Avenue, Las Vegas, NV  89118-3821    (702) 736-2936    (702) 361-9094 fax

ST-RH036065

# KLEINFELDER
*An employee owned company*

Las Vegas Laboratory
Kleinfelder
6380 South Polaris Avenue
Las Vegas, NV 89118

Telephone: (702) 736 2936
Facsimile: (702) 361 9094

## R Value Test Report

Report No: **RV:LVS05/00462**

Issue No: 1

| Client: | American Soils Engineering<br>6000 S. Eastern Ave. Ste 12E<br>Las Vegas NV 89119<br>USA |
| --- | --- |
| Project: | Misc Lab Testing |



All reports are submitted as the confidential property of our clients and authorization for publication of statements, conclusions or extracts from or regarding our reports are reserved pending our written approval

*Michl Olson*

Member ACIL
QESTLab No. 1078

By: Mike Olson (Materials Department Manager)
Date of Issue: 9/9/05

## Sample Details

| | |
| --- | --- |
| **Sample ID:** | LVS05/00462 |
| **Field Sample:** | 28320 |
| **Date Sampled:** | 8/31/05 |
| **Source:** | |
| **Material:** | |
| **Specification:** | |
| **Location:** | TP1@2', TP4@2', TP10@5' |
| **Sampled From:** | |

## Test Results

| Description | Result | Limits |
| --- | --- | --- |
| R Value @ 300 psi Exudation | 27 | |

### Soil Classification

Symbol

Name

## R Value

| | |
| --- | --- |
| **Method:** | ASTM D 2844 |
| **Description:** | Standard Test Method for Resistance R-Value and Expansion Pressure of Compacted Soils |

## Chart



## Comments

N/A

.rm No: 110239.V1.00

(c) QESTLab by SpectraQEST.com.au

Page 1 of 1

# APPENDIX C

ST-RH036067



ST-RH036068



ST-RH036069





p-f Image with Dispersion Modeling Picks

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |

ST-RH036071



ST-RH036072



ST-RH036073

## p-f Image with Dispersion Modeling Picks





| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |

ST-RH036074



ST-RH036075





**p-f Image with Dispersion Modeling Picks**

| | Prepared By: | | Project Name: |
|---|---|---|---|
| | **American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119** | | **Golden Valley Ranch Mojave County, AZ** |
| | Project No: | Date: | Prepared For: |
| | PN: 1060-GEO | 09-09-05 | **RHODES HOMES** |





ST-RH036079

## p-f Image with Dispersion Modeling Picks



| | Prepared By: | | Project Name: |
|---|---|---|---|
|  | American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| | **Project No:** PN: 1060-GEO | **Date:** 09-09-05 | **Prepared For:** RHODES HOMES |

ST-RH036080



ST-RH036081



*PN 1060.5: Supportive Illustration*

## Dispersion Curve Showing Picks and Fit

Rayleigh Wave Phase Velocity, ft/s vs Period, s

— Calculated Dispersion
♦ Picked Dispersion

**Prepared By:**

American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119

**Project Name:**

Golden Valley Ranch
Mojave County, AZ

**Project No:**

PN: 1060-GEO

**Date:**

09-09-05

**Prepared For:**

RHODES HOMES



p-f Image with Dispersion Modeling Picks

| | Project Name: |
|---|---|
| Prepared By: American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | Golden Valley Ranch Mojave County, AZ |

| Project No: PN: 1060-GEO | Date: 09-09-05 | Prepared For: RHODES HOMES |



ST-RH036084



ST-RH036085





ST-RH036087



## PN 1060.7: Supportive Illustration

### Dispersion Curve Showing Picks and Fit

Rayleigh Wave Phase Velocity,ft/s vs Period, s

Legend:
— Calculated Dispersion
♦ Picked Dispersion

| Prepared By: | | Project Name: |
|---|---|---|
| American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| Project No: | Date: | Prepared For: |
| PN: 1060-GEO | 09-09-05 | RHODES HOMES |

ST-RH036088



| Prepared By: | Project Name: |
|---|---|
| **American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119** | **Golden Valley Ranch Mojave County, AZ** |

| Project No: | Date: | Prepared For: |
|---|---|---|
| PN: 1060-GEO | 09-09-05 | **RHODES HOMES** |

ST-RH036089





ST-RH036091



**p-f Image with Dispersion Modeling Picks**

| | Prepared By: | | Project Name: |
|---|---|---|---|
| | American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| | Project No: | Date: | Prepared For: |
| | PN: 1060-GEO | 09-09-05 | RHODES HOMES |



ST-RH036093





p-f Image with Dispersion Modeling Picks

| | Prepared By: | | Project Name: |
|---|---|---|---|
| | American Soils Engineering, LLC 6000 South Eastern Ave., Suite 12E Las Vegas, NV 89119 | | Golden Valley Ranch Mojave County, AZ |
| | Project No: | Date: | Prepared For: |
| | PN: 1060-GEO | 09-09-05 | RHODES HOMES |

ST-RH036095



ST-RH036096