

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Order #:** GVMP1000-34
**Date:** 8/1/2005
**Job:** GVMP-1000  Golden Valley Master Plan

`Approved
☐ _____

**Ship To:**

**Description:** 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design *(EXP./WATER)* | 465,000.00 | 0.00 | 465,000.00 |
|  |  |  | **Totals:** | 465,000.00 | 0.00 | 465,000.00 |

BILL ROBERTS
AUG 01 2005

Rhodes Homes                                    Date

*[signature]* 8-1-05
Stanley Consultants, Inc                        Date

Work Completed                                  Date

Page 1 of 1

ST-RH018417