

# Stanley Consultants INC.

February 28, 2006
Project No: 18449.07.00
Invoice No: 0076297

**Total This Invoice**
**$65,420.02**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

Attn: Bill Roberts

For: Golden Valley Master Plan
PO No. GVMP1000-34

**Professional Services from January 01, 2006 to January 28, 2006**

### Fee

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| GVR Water Network Analysis | 90,000.00 | 74.00 | 66,600.00 | 37,200.01 |
| GVR Water Equipment | 120,000.00 | 12.00 | 14,400.00 | 400.00 |
| GVR Water Convert | 69,800.00 | 62.00 | 43,276.00 | 7,056.00 |
| GVR Offsite Water | 90,000.00 | 80.00 | 72,000.00 | 0.00 |
| GVR Water Convert - Sub | 30,200.00 | 92.00 | 27,784.00 | 184.01 |
| GVR Base Expense Allowance - Sub | 4,000.00 | 95.00 | 3,800.00 | 0.00 |
| GVR Base Expense Allowance | 21,000.00 | 98.00 | 20,580.00 | 20,580.00 |
| Total Fee | 425,000.00 | Total Earned | 248,440.00 | |
| | | Previous Fee Billing | 183,019.98 | |
| | | Current Fee Billing | 65,420.02 | |
| | | **Total Fee** | | 65,420.02 |

**Total This Invoice    $65,420.02**

If you have any questions regarding this invoice, please contact
Denis Atwood at (702) 369-9396.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027712


**Stanley Consultants** INC.

Date: 2/28/2006

Invoice No.    SCI Project # 18449.07.00
Rhodes Homes P.O. # GVMP1000-34

Billing Period: January 1, 2006 through January 28, 2006

### CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 425,000.00 |
| Invoice Amount to Date | $ 248,440.00 |
| Balance Remaining | $ 176,560.00 |

### INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GRV Water Network Analysis | $ 90,000.00 | $ 29,400.00 | $ 37,200.00 | $ 23,400.00 | 74% |
| GRV Water Equipment | $ 120,000.00 | $ 14,000.00 | $ 400.00 | $ 105,600.00 | 12% |
| GRV Water Convert | $ 100,000.00 | $ 63,820.00 | $ 7,240.00 | $ 28,940.00 | 71% |
| GRV Offsite Water | $ 90,000.00 | $ 72,000.00 | $ - | $ 18,000.00 | 80% |
| Base Expense Allowance | $ 25,000.00 | $ 3,800.00 | $ 20,580.00 | $ 620.00 | 98% |
| Totals | $ 425,000.00 | $ 183,020.00 | $ 65,420.00 | $ 176,560.00 | |

**TOTAL AMOUNT DUE THIS INVOICE**    $ 65,420.00

Payment Requested By: _[signature]_    Date: 3-3-06
Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027713

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Golden Valley Mater Plan

Property Location: Golden Valley Mater Plan

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 76297

Payment Amount: $65,420.00

Payment Period: January 1, 2006 through January 28, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 3-3-06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: pm

ST-RH027714


RHODES HOMES

4730 S. Fort Apache Road #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-34
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐ _____

*18449.07*

Description: 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design *(EXP./WATER)* | 465,000.00 | 0.00 | 465,000.00 |

Totals: 465,000.00   0.00   465,000.00

BILL ROBERTS
AUG 01 2005
Rhodes Homes _____ Date

_signature_ 8-1-05
Stanley Consultants, Inc _____ Date

Work Completed _____ Date

Page 1 of 1

ST-RH027715



**DL Engineering & controls**
*Innovative Control Solutions...By Design*

Electrical Engineering
Construction Management
Integration and Support Services

DL Engineering & Controls, Inc. • 3550 North Central Avenue, Suite 1900 • Phoenix, Arizona 85012 • voice 602.266.4658 • fax 602.266.4953

RECEIVED
STANLEY CONSULTANTS

Stanley Consultants, Inc.
Attn: Kim Sorensen, PE
5820 South Eastern Avenue, Suite 200
Las Vegas, NV 89119-3057

January 16, 2006
Project No: 01175.00.021
Invoice No: 5061

Project     01175.00.021      Golden Valley Ranch Well 1
Stanley PN# 18449.07.03

**Professional Services from December 12, 2005 to January 15, 2006**

Task      100       Design Services

**Fee**

| | | | | |
|---|---|---|---|---|
| Total Fee | 26,703.00 | | | |
| Percent Complete | 91.27 | Total Earned | 24,371.83 | |
| | | Previous Fee Billing | 0.00 | |
| | | Current Fee Billing | 24,371.83 | |
| | | Total Fee | | 24,371.83 |

| **Billing Limits** | Current | Prior | To-Date | |
|---|---|---|---|---|
| Total Billings | 24,371.83 | 0.00 | 24,371.83 | |
| Limit | | | 26,703.00 ← | |
| Remaining | | | 2,331.17 | |
| | | | Total this Task | $24,371.83 |

Perkin — DL Submitted 90% plans & spec's

Total this Invoice    $24,371.83

Thank you for your business.

STANLEY CONSULTANTS, INC.
LAS VEGAS
APPROVED _____  MB
PROJECT NUMBER 18449.07.___ 99-80
DATE 2Feb06   AMT. APPROVED $ 24,371.83