
**Stanley Consultants** INC.

July 06, 2006
Project No: 18449.07.00
Invoice No: 0081110

**Total This Invoice**
**$3,400.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

For:  Golden Valley Master Plan
      PO No. GVMP1000-34

**Professional Services from April 30, 2006 to June 03, 2006**

Fee

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| GVR Water Network Analysis | 90,000.00 | 100.00 | 90,000.00 | 0.00 |
| GVR Water Equipment | 92,112.00 | 80.00 | 73,689.60 | 0.00 |
| GVR Water Equipment-Sub | 27,888.00 | 80.00 | 22,310.40 | 0.00 |
| GVR Water Convert | 69,800.00 | 100.00 | 69,800.00 | 0.00 |
| GVR Offsite Water | 90,000.00 | 100.00 | 90,000.00 | 0.00 |
| GVR Water Convert - Sub | 30,200.00 | 100.00 | 30,200.00 | 0.00 |
| GVR Base Expense Allowance - Sub | 4,000.00 | 100.00 | 4,000.00 | 0.00 |
| GVR Base Expense Allowance | 21,000.00 | 100.00 | 21,000.00 | 0.00 |
| GVR Water Engineering Construction Serv. | 40,000.00 | 35.00 | 14,000.00 | 3,400.00 |

| | | | | |
|---|---|---|---|---|
| Total Fee | 465,000.00 | Total Earned | 415,000.00 | |
| | | Previous Fee Billing | 411,600.00 | |
| | | Current Fee Billing | 3,400.00 | |
| | | **Total Fee** | | 3,400.00 |

**Total This Invoice    $3,400.00**

If you have any questions regarding this invoice, please contact
Denis Atwood at (702) 369-9396.

---

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057


**Stanley Consultants** INC.

Date: 7/6/2006

Invoice No.   SCI Project # 18449.07.00
              Rhodes Homes P.O. # GVMP1000-34

Billing Period: April 30, 2006 through June 3, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 465,000.00 |
| Invoice Amount to Date | $ 415,000.00 |
| Balance Remaining | $ 50,000.00 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GRV Water Network Analysis | $ 90,000.00 | $ 90,000.00 | $ - | $ - | 100% |
| GRV Water Equipment | $ 120,000.00 | $ 96,000.00 | $ - | $ 24,000.00 | 80% |
| GRV Water Convert | $ 100,000.00 | $ 100,000.00 | $ - | $ - | 100% |
| GRV Offsite Water | $ 90,000.00 | $ 90,000.00 | $ - | $ - | 100% |
| Base Expense Allowance | $ 25,000.00 | $ 25,000.00 | $ - | $ - | 100% |
| GVR Water Engineering Construction Serv. | $ 40,000.00 | $ 10,600.00 | $ 3,400.00 | $ 26,000.00 | 35% |
| **Totals** | $ 465,000.00 | $ 411,600.00 | $ 3,400.00 | $ 50,000.00 | |

**TOTAL AMOUNT DUE THIS INVOICE**                         $ 3,400.00

Payment Requested By: _[signature]_   Date: 7-7-06
Denis Atwood

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Golden Valley Master Plan

Property Location: Golden Valley Master Plan

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 81110

Payment Amount: $3,400.00

Payment Period: Through June 3, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 7-7-06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: V-P

ST-RH027726



**RHODES HOMES**

4730 S Fort Apache Road. #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-34
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐

*18449.07*

Description: 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design *(EXP./WATER)* | 465,000.00 | 0.00 | 465,000.00 |
| | | | Totals: | 465,000.00 | 0.00 | 465,000.00 |

BILL ROBERTS
AUG 1 2005
Rhodes Homes _____ Date

_OA Frohnen_ 8-1-05
Stanley Consultants, Inc _____ Date

Work Completed _____ Date

Page 1 of 1