

# Stanley Consultants INC.

August 28, 2006
Project No: 18449.07.00
Invoice No: 0083425

**Total This Invoice**
**$1,600.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Golden Valley Master Plan
PO No. GVMP1000-34

**Professional Services from July 02, 2006 to July 29, 2006**

Fee

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| GVR Water Network Analysis | 90,000.00 | 100.00 | 90,000.00 | 0.00 |
| GVR Water Equipment | 92,112.00 | 80.00 | 73,689.60 | 0.00 |
| GVR Water Equipment-Sub | 27,888.00 | 80.00 | 22,310.40 | 0.00 |
| GVR Water Convert | 69,800.00 | 100.00 | 69,800.00 | 0.00 |
| GVR Offsite Water | 90,000.00 | 100.00 | 90,000.00 | 0.00 |
| GVR Water Convert - Sub | 30,200.00 | 100.00 | 30,200.00 | 0.00 |
| GVR Base Expense Allowance - Sub | 4,000.00 | 100.00 | 4,000.00 | 0.00 |
| GVR Base Expense Allowance | 21,000.00 | 100.00 | 21,000.00 | 0.00 |
| GVR Water Engineering Construction Serv. | 40,000.00 | 45.00 | 18,000.00 | 1,600.00 |
| Total Fee | 465,000.00 | Total Earned | 419,000.00 | |
| | | Previous Fee Billing | 417,400.00 | |
| | | Current Fee Billing | 1,600.00 | |
| | | **Total Fee** | | 1,600.00 |

**Total this invoice**     $1,600.00

If you have any questions regarding this invoice, please contact
Denis Atwood at (702) 369-9396.

ST-RH027732


RHODES HOMES

4730 S Fort Apache Road. #300
Las Vegas, NV 89147
Ph : (702)873-5338

**Purchase Order**

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-34
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐

*18449.07*

Description: 1-01-0400

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design *(EXP./WATER)* | 465,000.00 | 0.00 | 465,000.00 |
| | | | Totals: | 465,000.00 | 0.00 | 465,000.00 |

BILL ROBERTS    AUG 01 2005
Rhodes Homes                Date

*signature* 8-1-05
Stanley Consultants, Inc    Date

Work Completed              Date

Page 1 of 1

ST-RH027733


**Stanley Consultants** INC.

Date: 8/28/2006

Invoice No.  SCI Project # 18449.07.00
Rhodes Homes P.O. # GVMP1000-34

Billing Period: July 2, 2006 through July 29, 2006

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $ 465,000.00 |
| Invoice Amount to Date | $ 418,999.40 |
| Balance Remaining | $ 46,000.60 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GVR Water Network Analysis | $ 90,000.00 | $ 90,000.00 | $ - | $ - | 100% |
| GVR Water Equipment | $ 92,112.00 | $ 73,689.00 | $ - | $ 18,423.00 | 80% |
| GVR Water Equipment - Sub | $ 27,888.00 | $ 22,310.40 | | $ 5,577.60 | 80% |
| GVR Water Convert | $ 69,800.00 | $ 69,800.00 | $ - | $ - | 100% |
| GVR Offsite Water | $ 90,000.00 | $ 90,000.00 | $ - | $ - | 100% |
| GVR Water Convert - Sub | $ 30,200.00 | $ 30,200.00 | | $ - | 100% |
| GVR Base Expense Allowance - Sub | $ 4,000.00 | $ 4,000.00 | $ - | $ - | 100% |
| GVR Base Expense Allowance | $ 21,000.00 | $ 21,000.00 | | $ - | 100% |
| GVR Water Engineering Construction Serv. | $ 40,000.00 | $ 16,400.00 | $ 1,600.00 | $ 22,000.00 | 45% |
| **Totals** | $ 465,000.00 | $ 417,399.40 | $ 1,600.00 | $ 46,000.60 | |

**TOTAL AMOUNT DUE THIS INVOICE**    $ 1,600.00

Payment Requested By: _[signature]_
Denis Atwood

Date: 8/29/06

*Please Remit Payment To:*  Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 140
Las Vegas, NV 89119

ST-RH027734

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Golden Valley Master Plan _____

Property Location: _____ Golden Valley Master Plan _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 0083425 _____

Payment Amount: _____ $1,600.00 _____

Payment Period: _____ July 2, 2006 through July 29, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____ 8/28/2006 _____         _____ Stanley Consultants, Inc. _____
                                                          Company Name

                                             By: _____ [signature] _____

                                             Its: _____ V-P _____

ST-RH027735