Q:\18449\dwg\A2     RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_IMP-COVER.dwg, 3/20/2006     :25 AM, \\LVG-PS1\hp5500-survey-pcl

Case 09-14814-gwz    Doc 1258-18    Entered 08/13/10 21:48:16    Page 1 of 31

# OFFSITE WATER TRANSMISSION LINE - IMPROVEMENT PLANS FOR GOLDEN VALLEY RANCH, RHODES HOMES ARIZONA, LLC

## SHEET INDEX

COVER
G-1
PP-1 TO PP-11
PP-12 TO PP-13
DORA DRIVE PLAN AND PROFILE
BOLSA ROAD PLAN AND PROFILE
PP-20 TO PP-21
HOPE ROAD PLAN AND PROFILE
PP-22 TO PP-23
NEWGARD DRIVE PLAN AND PROFILE
D1-1 TO D1-6
DETAIL SHEETS

COVER SHEET                                1 OF 31
GENERAL NOTES AND ABBREVIATIONS           2 OF 31
AZTEC ROAD PLAN AND PROFILE               3 TO 13 OF 31
                                          14 TO 15 OF 31
                                          16 TO 17 OF 31
                                          18 TO 19 OF 31
                                          20 TO 21 OF 31
                                          22 TO 23 OF 31
                                          24 TO 25 OF 31
                                          26 TO 31 OF 31

### UTILITIES

SEWAGE DISPOSAL:          (TO BE DETERMINED)
WATER:                    (TO BE DETERMINED)
ELECTRICITY:              UNISOURCE ENERGY        2498 AIRWAY AVENUE        (928) 681-4129
TELEPHONE:                FRONTIER COMM.          2202 STOCKTON HILL        (928) 753-5000
GAS:                      UNISOURCE ENERGY        2498 AIRWAY AVENUE        (928) 681-4129
SOLID WASTE COLLECT:      WASTE MANAGEMENT        3250 JAGERSON AVENUE      (928) 718-4900
SOLID WASTE DISPOSAL:     MOHAVE COUNTY           201 N. 4TH STREET         (928) 753-0723
FIRE PROTECTION:          GOLDEN VALLEY DIST.     3327 N. MAYER RD.         (928) 565-3479

### DEVELOPER

RHODES HOMES ARIZONA, LLC
2215 HUALAPAI MTN. RD.
STE. H
KINGMAN, ARIZONA 86401
(928) 718-2210

### ENGINEER/SURVEYOR

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
LAS VEGAS, NEVADA 89119
(702) 369-9396

### LEGAL DESCRIPTION

A DIVISION OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST OF THE
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

### BASIS OF BEARING

NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA AND SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N,
                   LONGITUDE 114°09'21.57445"W (NAD '83)
                   HEIGHT 2582.46391ft (NAVD88)

M.C.S.D. "SD 35" = LATITUDE 35°06'30.32832"N,
                   LONGITUDE 114°07'06.58339"W (NAD '83)
                   HEIGHT 2446.58624ft (NAVD88)

SEC COR 26/25/35/36 = LATITUDE 35°06'43.30273"N,
                      LONGITUDE 114°07'36.03544"W (NAD '83)
                      HEIGHT 2505.69530ft (NAVD88)

### BENCHMARK

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2562.0746ft (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999
"RLS 10343", LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD
& BOLSA DRIVE.

### WATER

### ENGINEERS ESTIMATED QUANTITIES



### VICINITY MAP

PROJECT LOCATION

COLORADO ROAD
VERDE ROAD
MAVERICK ROAD
ADOBE ROAD
AMADO DRIVE
AZTEC ROAD
HOPE ROAD
BACOBI ROAD
BOSQUE ROAD
TOOMAN ROAD

SHINARUMP ROAD
UNKAR ROAD
BOLSA ROAD
NEWGARD DRIVE
REDWALL DRIVE

NOT FOR CONSTRUCTION
PRELIMINARY



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE
COVER SHEET

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY  EMG
CHECKED BY DLA
DATE  11/22/05

SHEET
G-1
1 OF 31

ST-RH035601

NOT FOR CONSTRUCTION
PRELIMINARY

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302
FOR U.D.P. JOINT RESTRAINTS

## GENERAL NOTES

## WATER

## LANDSCAPE NOTES

## LEGEND

## ABBREVIATIONS

DISCLAIMER NOTE

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
GENERAL NOTES AND ABBREVIATIONS

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 263-4306 Fax (702) 263-0753
www.stanleygroup.com

| | |
|---|---|
| SCALE (H) | N.T.S. |
| SCALE (V) | N.T.S. |
| DRAWN BY | EMG |
| CHECKED BY | MPB |
| DATE | 11/22/05 |

SHEET G-2

ST-RH035602

FUTURE IMPROVEMENTS

SHINARUMP ROAD

SHINARUMP ROAD

AZTEC ROAD

PLAN - AZTEC ROAD
SCALE HORIZ. 1"=40'

MATCHLINE STA. 195+00.00
FOR CONTINUATION SEE SHEET PP-2

PROFILE - AZTEC ROAD
SCALE HORIZ. 1"=40'
VERT 1"=4'

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 185+00.00 - 195+00.00

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | EMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

SHEET
PP-1

ST-RH035603

Q:\18449\dwg\A2    RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP1-PP6.dwg, 3/20/2006 10:    ⁄ AM, \\LVG-PS1\hp5500-survey-pc1

MATCHLINE STA. 195+00.00
FOR CONTINUATION SEE SHEET PP-1

PLAN – AZTEC ROAD
SCALE: HORIZ 1"=40'

PROFILE – AZTEC ROAD
SCALE: HORIZ 1"=40'

STA: 195+00.00
E.G. ELEV: 2560.3

STA: 205+00.00
E.G. ELEV: 2565.4

MATCHLINE STA. 205+00.00
FOR CONTINUATION SEE SHEET PP-3

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

BASIS OF BEARING

DISCLAIMER NOTE

BENCHMARK

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE – AZTEC RD.
PLAN AND PROFILE – STA. 195+00.00 – 205+00.00
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EMG
CHECKED BY  OLA
DATE  11/22/05

SHEET
PP-2

ST-RH035604

Q:\18449\dwg\A2    RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP1-PP6.dwg, 3/20/2006 10:⬚2 AM, \\LVG-PS1\hp5500-survey-pcl

MATCHLINE STA. 205+00.00
FOR CONTINUATION SEE SHEET PP-2

MATCHLINE STA. 215+00.00
FOR CONTINUATION SEE SHEET PP-4

PLAN - AZTEC ROAD
SCALE HORIZ 1"=40'

PROFILE - AZTEC ROAD
SCALE HORIZ 1"=40'
VERT 1"=4'

FUTURE - AZTEC PARK

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SHEET PP-3 |
| GOLDEN VALLEY RANCH | |
| OFFSITE WATER TRANSMISSION LINE - AZTEC RD. | |
| PLAN AND PROFILE - STA. 205+00.00 - 215+00.00 | |
| MOHAVE COUNTY                ARIZONA | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (H)  1"=40' | |
| SCALE (V)  1"=4' | |
| DRAWN BY EMG | |
| CHECKED BY DLA | |
| DATE 11/22/05 | |

ST-RH035605

Q:\18449\dwg\A2    RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP1-PP6.dwg, 3/20/2006 10:    J AM, \\LVG-PS1\hp5500-survey-pcl

MATCHLINE STA. 215+00.00
FOR CONTINUATION SEE SHEET PP-3

STA. 215+00.00
E.G. ELEV. 2577.2

PLAN – AZTEC ROAD
SCALE HORIZ. 1"=40'

PROFILE – AZTEC ROAD
SCALE HORIZ. 1"=40'
VERT. 1"=4'

AZTEC ROAD

MATCHLINE STA. 225+00.00
FOR CONTINUATION SEE SHEET PP-5

STA. 225+00.00
E.G. ELEV. 2586.6

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

**PRELIMINARY**
**NOT FOR CONSTRUCTION**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – AZTEC RD.
PLAN AND PROFILE – STA. 215+00.00 – 225+00.00
MOHAVE COUNTY                                   ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9753
www.stanleygroup.com

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY EMG
CHECKED BY DLA
DATE  11/22/05

SHEET
PP-4
6 OF 31 SHEETS

KEYMAP
NOT TO SCALE

ADOBE ROAD
AMADO ROAD
AZTEC ROAD
HOPE ROAD
BACOBI ROAD

NORTH

ST-RH035606

Q:\18449\dwg\A; RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP1-PP6.dwg, 3/20/2006 10:    J AM, \\LVG-PS1\hp5500-survey-pc|

MATCHLINE STA. 225+00.00
FOR CONTINUATION SEE SHEET PP-4

MATCHLINE STA. 235+00.00
FOR CONTINUATION SEE SHEET PP-6

PLAN – AZTEC ROAD
SCALE (HORIZ) 1"=40'

PROFILE – AZTEC ROAD
SCALE (HORIZ) 1"=40'
SCALE (VERT) 1"=4'

KEYMAP
NOT TO SCALE

**NOT FOR CONSTRUCTION**
**PRELIMINARY**

DISCLAIMER NOTE

BASIS OF BEARING

NOTE
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

BENCHMARK

| | | | |
|---|---|---|---|
| RHODES HOMES ARIZONA, LLC | | | SHEET |
| GOLDEN VALLEY RANCH | | | PP-5 |
| OFFSITE WATER TRANSMISSION LINE – AZTEC RD. | | | 7 OF 31 SHEETS |
| PLAN AND PROFILE - STA. 225+00.00 - 235+00.00 | | | |
| MOHAVE COUNTY | ARIZONA | | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | 1"=40' |
|---|---|
| SCALE (V) | 1"=4' |
| DRAWN BY | DMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

ST-RH035607

Q:\18449\dwg\A2    RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP1-PP6.dwg, 3/20/2006 10:    1 AM, \\LVG-PS1\hp5500-survey-pcl

MATCHLINE STA. 235+00.00
FOR CONTINUATION SEE SHEET PP-5

MATCHLINE STA. 245+00.00
FOR CONTINUATION SEE SHEET PP-7

PLAN – AZTEC ROAD
SCALE: HORIZ 1"=40'

PROFILE – AZTEC ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

AZTEC ROAD

UNKAR DRIVE

NOT FOR CONSTRUCTION
PRELIMINARY

KEYMAP
NOT TO SCALE

NORTH

DISCLAIMER NOTE

BASIS OF BEARING

BENCHMARK

NOTE
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

NOTE
SANITARY 60" MIN. COVER
OVER WATERLINES

24" D.I.P. WATERLINE
66" MIN.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

PLAN AND PROFILE - STA. 235+00.00 - 245+00.00

MOHAVE COUNTY                                    ARIZONA

SHEET
PP-6

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY DLA
DATE 11/22/05

ST-RH035608

Q:\18449\dwg\A2_RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP7-PP11.dwg, 3/20/2006 1(    i0 AM, \\LVG-PS1\hp5500-survey-pc

FUTURE IMPROVEMENTS - AZTEC AT CHUAR

MATCHLINE STA. 245+00.00
FOR CONTINUATION SEE SHEET PP-6

MATCHLINE STA. 255+00.00
FOR CONTINUATION SEE SHEET PP-8

PLAN - AZTEC ROAD
SCALE HORIZ 1"=40'

PROFILE - AZTEC ROAD
SCALE HORIZ 1"=40'
VERT 1"=4'

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 245+00.00 - 255+00.00
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

SHEET
PP-7
9 OF 31

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EMG
CHECKED BY  DLA
DATE  11/22/05

ST-RH035609

Q:\18449\dwg\AZ  RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP7-PP11.dwg, 3/20/2006 1( :38 AM, \\LVG-PS1\hp5500-survey-pc

MATCHLINE STA. 255+00.00
FOR CONTINUATION SEE SHEET PP-7

MATCHLINE STA. 265+00.00
FOR CONTINUATION SEE SHEET PP-9

**FUTURE IMPROVEMENTS - AZTEC AT CHUAR**

PLAN - AZTEC ROAD
SCALE HORIZ 1"=40'
VERT 1"=4'

STA.: 255+00.00
E.G. ELEV. 2622.1

STA.: 265+00.00
E.G. ELEV. 2632.0

KEYMAP
NOT TO SCALE

NORTH

NOT FOR CONSTRUCTION
**PRELIMINARY**

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – AZTEC RD.
PLAN AND PROFILE – STA. 255+00.00 – 265+00.00

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-5396  Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | DMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

SHEET
**PP-8**
10 of 31 SHEETS

ST-RH035610

Q:\18449\dwg\A2    RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP7-PP11.dwg, 3/20/2006 1C    38 AM, \\LVG-PS1\hp5500-survey-pd

MATCHLINE STA. 265+00.00
FOR CONTINUATION SEE SHEET PP-8

PLAN - AZTEC ROAD

PLAN - AZTEC ROAD

MATCHLINE STA. 275+00.00
FOR CONTINUATION SEE SHEET PP-10

PLAN - AZTEC ROAD
SCALE: HORIZ 1"=40'

PROFILE - AZTEC ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - AZTEC RD.
PLAN AND PROFILE - STA. 265+00.00 - 275+00.00
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 269-9396 Fax (702) 369-0753
www.stanleygroup.com

SHEET
PP-9

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EMG
CHECKED BY  DLA
DATE  11/22/05

ST-RH035611

MATCHLINE STA. 275+00.00
FOR CONTINUATION SEE SHEET PP-9

PLAN – AZTEC ROAD
SCALE: HORIZ 1"=40'

MATCHLINE STA. 285+00.00
FOR CONTINUATION SEE SHEET PP-11

PLAN – AZTEC ROAD
SCALE: HORIZ 1"=40'
VERT 1"=4'

DISCLAIMER NOTE

BASIS OF BEARING

BENCHMARK

NOTE:
REFER TO M.A.G. STANDARD DWG. # 302
FOR D.I.P. JOINT RESTRAINTS

KEYMAP
NOT TO SCALE

ABOBE ROAD
ADOBE ROAD
AMADO ROAD
AZTEC ROAD
HOPE ROAD
BACOBI ROAD

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE – AZTEC RD.
PLAN AND PROFILE – STA. 275+00.00 – 285+00.00
MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | EMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

SHEET
PP-10
12 of 13 SHEETS

ST-RH035612

Q:\18449\dwg\A\_RD-EXTENSION\Imp-Plans 30%\PH1\AZTEC-RD-EXT_PP7-PP11.dwg, 3/20/2006 1(   .8 AM, \\LVG-PS1\hp5500-survey-pc

MATCHLINE STA. 285+00.00
FOR CONTINUATION SEE SHEET PP-10

MATCHLINE STA. 295+00.00
END OF CONSTRUCTION

**PLAN – AZTEC ROAD**
SCALE: HORIZ. 1"=40'

AZTEC ROAD

BOLSA DRIVE

BOLSA DRIVE
FOR CONTINUATION SEE SHEET PP-17

STA. 285+00.00
E.G. ELEV.: 2658.8

**PROFILE – AZTEC ROAD**
SCALE: HORIZ. 1"=40'
VERT. 1"=4'

EXISTING GROUND @ CENTERLINE

24" D.I.P. WATERLINE @ S=0.50%

INVERT OF PIPE

66" MIN.

STA 292+28.71
BOLSA DRIVE CENTERLINE
INTERSECTION

**KEYMAP**
NOT TO SCALE

ABOBE ROAD — ADOBE ROAD
AMADO ROAD
AZTEC ROAD — AZTEC ROAD
HOPE ROAD — HOPE ROAD
BACOBI ROAD — BACOBI ROAD
SHINARUMP / DORITE / TAPEATS / UNKAR / BOLSA / CHIAR DRIVE / NEWLAND DRIVE / D'ARRAS ROAD / REDWALL DRIVE

NORTH

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – AZTEC RD.
PLAN AND PROFILE – STA. 278+50.00 – 295+00.00

MOHAVE COUNTY                                        ARIZONA

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY DLA
DATE 11/22/05

SHEET PP11
OF SHEETS
18449\PP11

ST-RH035613



Q:\18449\dwg\A:   RD-EXTENSION\Imp Plans 30%\PH1\DORA DR_PP12-PP13.dwg, 4/5/2005 9:02:0   \\LVG-PSI\hp5500-survey-pcl

PROFILE – DORA DRIVE

PLAN – DORA DRIVE
SCALE THREE 1"=40'

MATCHLINE STA. 17+00.00
FOR CONTINUATION SEE SHEET PP-12

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE-DORA DRIVE
PLAN AND PROFILE - STA. 17+00.00 - 24+00.00

MOHAVE COUNTY                            ARIZONA

Stanley Consultants INC.

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY EMG
CHECKED BY JXA
DATE 11/22/05

SHEET PP-13

ST-RH035615

Q:\18449\dwg\A:    RD-EXTENSION\Imp-Plans 30%\PH1\BOLSA-RD_PP14-Pp19.dwg, 4/5/2006 9:03:0 , '\\LVG-PS1\np5500-survey-pcl

PROFILE – BOLSA DRIVE

PLAN – BOLSA DRIVE

MATCHLINE STA. 42+00.00
FOR CONTINUATION SEE SHEET PP-15

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – BOLSA DR.
PLAN AND PROFILE – STA. 33+00.00 – 42+00.00
MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9753
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | EMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

SHEET
PP-14
16 OF 31 SHEETS

ST-RH035616



ST-RH035617



Q:\18449\dwg\A: RD-EXTENSION\Imp-Plans 30%\PH1\BOLSA-RD_PP14-Pp19.dwg, 3/20/2006 10:4:   \M, \\LVG-PS1\hp5500-survey-pcl

MATCHLINE STA. 61+50.00
FOR CONTINUATION SEE SHEET PP-16

MATCHLINE STA 72+00.00
FOR CONTINUATION SEE SHEET PP-18

AZTEC ROAD

BOLSA DRIVE

PLAN – BOLSA DRIVE

PROFILE – BOLSA DRIVE

KEYMAP
NOT TO SCALE

NORTH

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - BOLSA DR.
PLAN AND PROFILE - STA. 6H50.00 - 72+00.00

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 363-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EWG
CHECKED BY DLA
DATE 11/22/05

SHEET
PP-17
19 OF 31 SHEETS

ST-RH035619

Q:\18449\dwg\A... RD-EXTENSION\Imp-Plans 30%\PH1\BOLSA-RD_PP14-Pp19.dwg, 3/20/2006 10:5... M, \\LVG-PS1\hp5500-survey-pcl

MATCHLINE STA. 72+00.00
FOR CONTINUATION SEE SHEET PP-17
HEBER ROAD
STA: 73+32.98
4" AIR VALVE
(A) 3,951.70 LF 24" D.I.P. WATERLINE
(B) 2,604.63 LF 24" D.I.P. WATERLINE
EX. DIRT ROAD
BOLSA DRIVE
FUTURE 100' R.O.W.
10' O.C. FROM C.L.
73+00
74+00
75+00
76+00
77+00
78+00
79+00
80+00
81+00
2680
F-D11
MATCHLINE STA. 82+00.00
FOR CONTINUATION SEE SHEET PP-19

PLAN - BOLSA DRIVE
SCALE: HORIZ 1"=40'

NOTE:
MAINTAIN 60" MIN. COVER OVER WATERLINES
STA: 72+00.00
E.G. ELEV: 2677.8
STA: 73+35.59
4" AIR VALVE
EXISTING GROUND @ CENTERLINE
66" MIN.
24" D.I.P. WATERLINE @ S=1.96%
STA: 73+35.59
VERT. ANGLE PT.
INV.=2672.38
24" D.I.P. WATERLINE @ S=0.67%
STA: 79+78.99
VERT. ANGLE PT.
INV.=2676.71
24" D.I.P. WATERLINE @ S=1.48%
STA: 82+00.00
INV.=2679.98
STA: 72+00.00
INV.=2669.72
STA: 82+00.00
E.G. ELEV: 2688.0
INVERT OF PIPE
2690
2680
2670
2660
2677.8 2669.72
2678.6 2670.70
2679.4 2671.68
2680.0 2672.48
2680.6 2672.81
2681.0 2673.15
2681.3 2673.49
2681.4 2673.82
2681.2 2674.16
2681.9 2674.50
2682.5 2674.83
2683.2 2675.17
2683.3 2675.51
2683.6 2675.84
2684.0 2676.18
2684.0 2676.52
2685.9 2677.03
2686.0 2677.77
2686.0 2678.51
2686.0 2679.24
2688.0 2679.98
72+00
73+00
74+00
75+00
76+00
77+00
78+00
79+00
80+00
81+00
82+00

PROFILE - BOLSA DRIVE
SCALE: HORIZ 1"=40'
VERT 1"=4'

REDWALL DRIVE
DIABASE DRIVE
AZTEC ROAD
HOPE ROAD
NEWGARD DRIVE
BOLSA ROAD
ADOBE ROAD
AMADO ROAD
CHUAR DRIVE
BACOBI ROAD
UNKAR DRIVE
AZTEC DRIVE
TAPEATS DRIVE
DORA DR.
SHINARUMP ROAD
NORTH

KEYMAP
NOT TO SCALE

NORTH
1 inch = 40 ft.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-227-2600
UNDERGROUND SERVICE (USA)

Avoid overhead power line contact.
Call before you Overhead
1-702-227-2929
NEVADA POWER ENVIRONMENT AND SAFETY SERVICES DEPARTMENT

**BASIS OF BEARINGS**

NORTH 00°12'47" EAST – THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT, UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

M.C.S.D. "SD 35" = LATITUDE 35°09'22.43032"N, LONGITUDE 114°10'58.56309"W (NAD '83) HEIGHT 2466.56824if (NAVD'88)

SEC COR 28/35/34/27 = LATITUDE 35°10'15.19764"N, LONGITUDE 114°10'59.03545"W (NAD '83) HEIGHT 2505.65536ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "AZT 5" M.C.S.D.
ELEVATION= 2662.014ift (NAVD '88)

DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY 1999 "RLS 10343". LOCATED AT THE SOUTHWEST CORNER OF AZTEC ROAD & BOLSA DRIVE.

**NOTE:**
REFER TO M.A.G. STANDARD DWG. # 302 FOR D.I.P. JOINT RESTRAINTS

NOT FOR CONSTRUCTION

PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - BOLSA DR.
PLAN AND PROFILE - STA. 72+00.00 - 82+00.00
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY DLA
DATE 11/22/05

SHEET
PP-18
20 OF 31 SHEETS
SCI PROJECT#
18449.07.04

MATCHLINE STA. 83+00.00
FOR CONTINUATION SEE SHEET PP-18

MATCHLINE STA. 91+22.68
END OF CONSTRUCTION

PROFILE - BOLSA DRIVE

PLAN - BOLSA DRIVE

HOPE ROAD
FOR CONTINUATION SEE SHEET PP-20

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

| RHODES HOMES ARIZONA, LLC GOLDEN VALLEY RANCH | | |
| OFFSITE WATER TRANSMISSION LINE - BOLSA DR. PLAN AND PROFILE - STA. 82+00.00 - 9H22.68 | | |
| MOHAVE COUNTY | ARIZONA | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SHEET
PP-19

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EWG
CHECKED BY  DLA
DATE  11/22/05

ST-RH035621

Q:\18449\dwg\AZ.       RD-EXTENSION\Imp-Plans 30%\PH1\HOPE-RD_PP20-PP21.dwg, 3/20/2006 10:52:., `, \\LVG-PS1\hp5500-survey-pcl

PROFILE - HOPE ROAD

PLAN - HOPE ROAD

MATCHLINE STA. 300+00.00
FOR CONTINUATION SEE SHEET PP-21

FOR CONTINUATION SEE SHEET PP-19

BOLSA ROAD

KEYMAP
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE - HOPE RD.
PLAN AND PROFILE - STA. 290+00.00 - 299+00.00

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SHEET
PP-20

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  DWG
CHECKED BY DLA
DATE  11/22/05

ST-RH035622

Q:\18449\dwg\A_    RD-EXTENSION\Imp-Plans 30%\PH1\HOPE-RD_PP20-PP21.dwg, 3/20/2006 10:53:(    , \LVG-PS1\hps500-survey-pcl

**NOT FOR CONSTRUCTION**
**PRELIMINARY**

**PLAN – HOPE ROAD**
SCALE: HORIZ 1"=40'

**PROFILE – HOPE ROAD**
SCALE HORIZ 1"=40'
VERT 1"=4'

MATCHLINE STA. 300+00.00
FOR CONTINUATION SEE SHEET PP-20

MATCHLINE STA. 307+00.00

FOR CONTINUATION SEE SHEET PP-22

**KEYMAP**
NOT TO SCALE

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – HOPE RD.
PLAN AND PROFILE – STA. 299+00.00 – 307+00.00
MOHAVE COUNTY                                  ARIZONA

**Stanley Consultants** INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| SCALE (H) | 1"=40' |
| SCALE (V) | 1"=4' |
| DRAWN BY | EMG |
| CHECKED BY | DLA |
| DATE | 11/22/05 |

SHEET PP-21
23 OF 31 SHEETS

ST-RH035623



NOT FOR CONSTRUCTION
PRELIMINARY

ST-RH035624

Q:\18449\dwg\A...  RD-EXTENSION\Imp-Plans 30%\PH1\NEWGARD DR_PP22-PP23.dwg, 3/20/2006 10    4 AM, \\LVG-PS1\hp5500-survey-pcl





PROFILE – NEWGARD DRIVE

MATCHLINE STA. 96+00.00
FOR CONTINUATION SEE SHEET PP-22



PLAN – NEWGARD DRIVE

MATCHLINE STA. 103+00.00
END OF CONSTRUCTION

HOUCK ROAD





KEYMAP
NOT TO SCALE



NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE – NEWGARD DR.
PLAN AND PROFILE – STA. 96+00.00 – 103+00.00

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SHEET
PP-23
25 OF 31 SHEETS

SCALE (H)  1"=40'
SCALE (V)  1"=4'
DRAWN BY  EMG
CHECKED BY  DLA
DATE  11/22/05

ST-RH035625



PRELIMINARY

NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
STREET SECTION DETAIL

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 263-9767
www.stanleygroup.com

SCALE (H)  1" = 10'
SCALE (V)  N.T.S.
DRAWN BY  DMG
CHECKED BY  DLA
DATE  11/22/05

SHEET  DT-1

ST-RH035626



NOT FOR CONSTRUCTION
PRELIMINARY

| RHODES HOMES ARIZONA, LLC | | | |
| GOLDEN VALLEY RANCH | | | |
| OFFSITE WATER TRANSMISSION LINE | | | |
| DETAIL SECTION | | | |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9732
www.stanleygroup.com

| SCALE (H) N.T.S. |
| SCALE (V) N.T.S. |
| DRAWN BY EMG |
| CHECKED BY DLA |
| DATE 11/22/05 |

ST-RH035627



REMOVABLE CONCRETE SLAB SECTION
NOT TO SCALE PL03-C 022801 A DT4
3/4" ⌀ STAINLESS STEEL BAR LIFTING EYE, TYPE 304 (TYP 4 PLACES)
5-#5 EQUALLY SPACED
#3 @ 6" (TYP)
3/4" CHAMFER (TYP)
SEALANT GROOVE (TYP), SEE DETAIL D DT4
REMOVABLE CONC SLAB
6" I.D. OPENING DIRECTLY AND EXACTLY OVER BFV OPERATOR (SEE NOTE IN ROOF PLAN DETAIL)
8 #7 EQUALLY SPACED
TIE TO REBAR (TYP)
VAULT WALL
BEAM
#15 FELT LAYER TO PREVENT BONDING IF REMOVABLE SLABS ARE CAST-IN-PLACE
SEALANT GROOVE DETAIL
NOT TO SCALE D DT4
PACK W/ HEMP
CLEAN, PRIME AND FILL GROOVE W/ RUBBER SEALANT (SEE SPECS)
CONTINUE GROOVE DOWN LENGTH OF SLAB
INSULATING FLANGE SET DETAIL
NOT TO SCALE E DT4
ASTM A307, WITH SAE GRADE 2 NUT - UNC THREADS, CADIUM PLATED FOR BURIAL OR ZINC COATED FOR ABOVE GROUND OR VAULT INSTALLATIONS.
INSULATING SLEEVE (1 REQD) EACH BOLT
INSULATING GASKET (1 REQD) SEE SPECS SEC 15225
PLATE WASHER (2 REQD) FOR EACH BOLT
INSULATING WASHER (2 REQD) FOR EACH BOLT
FLANGES
NOTES
1. TORQUE BOLTS PER INSULATING FLANGE SET MANUFACTURE'S RECOMMENDATIONS (TYP).
GUIDE PLATE - DETAIL 1
VALVE STEM EXTENSION
CIP
PL 1-3/8" THK STL x 1-3/8" I.D. x 5" O.D.
1/8" THK TEFLON PAD
SEE STEM GUIDE - SEE DETAIL 2
VALVE BOX
CIP BELL x PLAIN END
CORPORATION STOP DETAIL
NOT TO SCALE PL05-5 020501 F DT4
2" CORPORATION STOP
BRASS CAP
4" x 2" THREADED BRASS REDUCING FLANGE
4" INSULATING FLANGE SET, SEE DETAIL E DT4
4" STL FLANGE
4" FLG STL OUTLET
COLLAR PLATE
STEEL PIPE
VALVE BOX ON VAULT DETAIL
NOT TO SCALE PL05-7 020501 H DT4
VALVE BOX AND COVER SEE DETAIL
EXIST. PAVED AREA
TYLER SLIP TYPE ADJUSTABLE RISER MODEL NO. 6855, ITEM NO. 564-A OR APPROVED EQUAL
2" SQ OPERATING NUT - SEE DETAIL 3
1-1/4"⌀ SOLID STEEL VALVE STEM EXTENSION
SEE GUIDE PLATE - SEE DETAIL 1
6-13/16" O.D. (6" I.D.) CIP BELL x PLAIN END
VAULT ROOF SLAB
6" DIA BLOCK OUT AS REQUIRED
SEE UNIVERSAL JOINT I DT4
ADAPT BUTTERFLY VALVE HAND WHEEL W/2" SQ AWWA OPERATING NUT.
SECTION "A"
STEM GUIDE - DETAIL 2
PL 3/8" x 6-3/4" O.D. x 2-3/8" I.D.
6" ID CIP
2-3/8" I.D.
TYP 3 SIDES EA ANGLE
OPERATING NUT - DETAIL 3
2" SQ AWWA OPERATING NUT
RISER
PL 3/8" x 5" DIA.
PIPE SUPPORT DETAIL
NOT TO SCALE B DT4
DETAIL "A"
"D" + 1/16" DIAMETER HOLE FOR INSTALLATION OF ANCHOR BOLT INTO CONCRETE PIER
1 LAYER OF 1/4" MIN HARD RUBBER MATERIAL
"C" PLATE (TYP)
3/4" CHAMFER, ALL CORNERS
#3 @ 12" OC. EW. EF
"D" DIAMETER CADMIUM PLATED ANCHOR BOLTS W/TWO (2) HEX NUTS FOR LEVELING AFTER INSTALLATION (TYP OF 4)
NON-SHRINK GROUT
CONCRETE PIER, MIN 4000 PSI @ 28 DAYS COMPRESSIVE STRENGTH
FRONT VIEW
SIDE VIEW
NOTE: GALVANIZE ASSEMBLY AFTER WELDING FABRICATION.
LADDER INSTALLATION DETAILS
NOT TO SCALE PL05-6 022801 G DT4
DRILL 9/16" HOLE FOR INSTALLATION OF ADHESIVE ANCHOR
ADHESIVE CARTRIDGE, HILTI - HBP M12-1/2" OR APPROVED EQUAL. INSTALL CARTRIDGE PRIOR TO INSTALLATION OF SS ANCHOR ROD
FLAT BAR BRACKET, DRILL 7/8"⌀ x 1-1/4" LONG HOLES (TYP), SEE TABLE BELOW FOR FLAT BAR SIZE AND SPACING
1/2" x 6-1/2" SSTL ANCHOR ROD, HILTI - HAS SS12-612 OR APPROVED EQUAL. INSTALL SS ANCHOR ROD AND ADHESIVE CARTRIDGE PER MANUFACTURE'S SPECIFICATIONS
SHIM WITH SSTL WASHERS AS REQUIRED
CUT ANCHOR ROD TO ALLOW THREE (3) THREADS TO PROTRUDE FROM ANCHOR NUT AS REQUIRED
ANCHOR INSTALLATION
LADDER IN VAULT
SEE ANCHOR INSTALLATION
VAULT WALL
LADDER RUNG
LADDER IN MANHOLE
SAFETY POST, BILCO MODEL-2 OR APPROVED EQUAL
7" CL LADDER RUNG TO INTERIOR WALL OF MANHOLE
SSTL ANCHOR ROD. SEE ANCHOR INSTALLATION
36" ID PRECAST MH RISER
36"⌀ MH = 115°
1'-4" LADDER RUNG
BRACKETS BENT TO INSIDE LADDER AREA AND ADJUSTED TO WALL OF MH FOR PROPER INSTALLATION
WALL PENETRATION DETAIL
NOT TO SCALE C DT4
WRAP WITH (2) TWO LAYERS OF 8 MIL POLYETHYLENE SHEETS ALL AROUND (TYP)
CEMENT MORTAR COATING
FOR COATING SEE SPECS
INSIDE FACE OF VAULT WALL
APPLY GUN GRADE ELASTOMERIC SEALANT ALL AROUND PIPE (TYP)
UNIVERSAL JOINT DETAIL
NOT TO SCALE PL05-8 020501 I DT4
UNIVERSAL JOINT SIDES
3/4" I.D.
3/8" STL BAR
BASE PLATE
JOINT CROSS
3/4" DIA STL BAR x 3-7/8"
3/4" DIA STL BAR x 1-9/16" (TYP OF TWO)
STD 3/4" WASHER (TYP)
BASE PLATE
STL BASE PLATE (TYP OF TWO)
SEE UNIVERSAL JOINT SIDES (TYP OF FOUR [TWO PER BASE PLATE])
UNIVERSAL JOINT
VALVE STEM EXTENSION
2" DIA STD. SCHED. 40 PIPE x 3"
3/8" NC HEX BOLT W/NUT & WASHER
PL 3/8" STL x 3-3/4" DIA TYP OF TWO, SEE JOINT CROSS AND BASE PLATE DETAILS
SEE UNIVERSAL JOINT SIDES
STL TUBE 2-1/2" SQ. x 3/16" x 2" LONG
OPENING FOR A 2" SQ OPERATING NUT W/SET SCREW
NOTE
ASSEMBLY SHALL BE GALVANIZED AFTER WELDING.
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
OFFSITE WATER TRANSMISSION LINE
DETAIL SECTN
MOHAVE COUNTY ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 Fax (702) 369-9793 www.stanleygroup.com
SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY DLA
DATE 11/22/05
SHEET DT-4
29 OF 31 SHEETS
SCI PROJECT# 18449.07.04
DENIS L. ATWOOD
ARIZONA, U.S.A.

PIPE SUPPORT TABLE

| NOMINAL PIPE SIZE | A | B | C | D | E | SUPPORTING STL CYL PIPE F | G | FLANGE F | G |
|---|---|---|---|---|---|---|---|---|---|
| 12" | 4" | 12" | 3/8" | 5/8" | 6" | 10" | 14" | 14" | 18" |
| 16" | 4" | 12" | 3/8" | 5/8" | 6" | 12" | 16" | 17" | 21" |
| 18" | 4" | 12" | 3/8" | 5/8" | 6" | 14" | 18" | 18" | 22" |
| 20" | 4" | 12" | 3/8" | 5/8" | 6" | 16" | 20" | 20" | 24" |
| 24" | 4" | 12" | 3/8" | 5/8" | 6" | 19" | 23" | 23" | 27" |
| 30" | 5" | 12" | 3/8" | 3/4" | 6" | 23" | 29" | 28" | 34" |
| 36" | 6" | 15" | 3/8" | 3/4" | 6" | 27" | 33" | 33" | 39" |
| 42" | 6" | 18" | 1/2" | 1" | 8" | 32" | 38" | 38" | 44" |
| 48" | 6" | 18" | 1/2" | 1" | 8" | 36" | 42" | 42" | 48" |
| 54" | 6" | 18" | 1/2" | 1" | 8" | 40" | 46" | 47" | 53" |
| 60" | 6" | 18" | 1/2" | 1" | 8" | 44" | 50" | 52" | 58" |
| 66" | 6" | 18" | 1/2" | 1" | 8" | 48" | 54" | 57" | 63" |
| 72" | 6" | 18" | 1/2" | 1" | 8" | 52" | 58" | 62" | 68" |

BRACKET SPACING TABLE

| BRACKET SPACING | FLAT BAR SIZE |
|---|---|
| 5'-0" TO 20'-0" OC MAX | 3" x 3/8" |
| OVER 20'-0" | 4" x 1/2" |

NOTES

1. LANDING PLATFORM REQUIRED EVERY 20'-0" OF HEIGHT OR FRACTION THEREOF FOR OPEN LADDER. FOR LADDER WITH CAGE, PLATFORM SPACING IS 30'-0" MAX (OSHA 1910.27).
2. APPROVAL OF THE ENGINEER REQUIRED FOR ANY BRACKET SPACING OVER 5'-0" OC (SEE BRACKET SPACING TABLE FOR BAR SIZE).
3. LADDER SHALL BE MADE OF MILD CARBON STEEL WITH 3/4"⌀ SMOOTH BAR RUNGS PLUG WELDED TO RUNNERS.
4. GALVANIZE LADDER ASSEMBLY AFTER WELDING.

VALVE VAULT SECTIONAL PLAN
WITH (3) VALVE AND TEE
NOT TO SCALE

VALVE VAULT SECTIONAL PLAN
WITH (1) VALVE AND NO TEE
NOT TO SCALE

VALVE VAULT SECTION
WITH (3) VALVE AND TEE
NOT TO SCALE

VALVE VAULT SECTION
WITH (1) VALVE AND NO TEE
NOT TO SCALE

NOT FOR CONSTRUCTION
PRELIMINARY

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

OFFSITE WATER TRANSMISSION LINE
DETAIL SECTION

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H)  N.T.S.
SCALE (V)  N.T.S.
DRAWN BY  DMG
CHECKED BY  DLA
DATE  11/22/05

ST-RH035630



**VALVE VAULT SECTION WITH (3) VALVE AND TEE**
NOT TO SCALE



**VALVE VAULT SECTION WITH (1) VALVE AND NO TEE**
NOT TO SCALE

**NOT FOR CONSTRUCTION**
**PRELIMINARY**



| | RHODES HOMES ARIZONA, LLC | | SCALE (H) N.T.S. | | | |
|---|---|---|---|---|---|---|
| SHEET DT-6 | GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (V) N.T.S. | | | |
| 31 OF 31 SHEETS | OFFSITE WATER TRANSMISSION LINE | 5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 (702) 369-9793 www.stanleygrp.com | DRAWN BY DWG | | | |
| | DETAIL SECTIN | | CHECKED BY DLA | | | |
| | MOHAVE COUNTY          ARIZONA | | DATE 11/22/05 | | | |

ST-RH035631