



Engineering drawing: Aztec Road Section 1 Improvements — Utility Plan and Profile. Sheet UP-1 of 18. Rhodes Homes Arizona, LLC, Golden Valley Ranch, Mohave County, Arizona. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Scale (H) 1"=40', Scale (V) 1"=4'. Drawn by EMG, Checked by MPB, Date 3/15/06. SCI Project 18449.03.01. Preliminary Issue for Review — Not for Construction 3-31-06.

Plan view of Aztec Road with contours (2550–2566), matchline STA 162+50 (see sheet UP-2 for continuation). Profile view of Aztec Road showing existing ground and proposed grade at centerline, high point STA 160+42.80, elev 2573.01, 250.00' VC, BVCS 159+17.80 / BVCE 2573.01, EVCS 161+67.80 / EVCE 2573.01, K=250.00, A.D.=-1.00, 24" PVC waterline at S=0.50%, 66" min cover. Notes for Water, Sewer and Storm Drain Construction, Legend, Keymap, Benchmark, Basis of Bearings, Disclaimer Note, Graphic Scale 0–80 ft, North arrow.

ST-RH036214

Engineering drawing: Aztec Road Section 1 Improvements — Utility Plan and Profile (Sheet UP-2). Shows plan view of roundabout on Aztec Road with 24" PVC water line, 8" main gas lines, sewer manholes, fire hydrant assemblies, and matchlines at STA 162+50 (see sheet UP-1) and STA 171+50 (see sheet UP-3). Profile view below shows grade centerline at -0.50%, 24" PVC waterline, 8" PVC sewer at S=0.50%, with stations from 163+00 to 171+00 and elevations referenced.

Key callouts include:
- 60" SSMH # 05-4, STA: 4+60.00, 0.00' R, RIM=2570.50, INV IN 8"=2557.04, INV IN 15"=2556.46, INV OUT 15"=2556.36
- STA 164+57.41, 8" PVC SEWER CROSSING, INV=2567.20
- STA 165+00.90, 15" PVC SEWER CROSSING, INV=2556.61
- STA 165+46.75, 45° BEND
- STA 166+14.11, 45° BEND
- STA 167+00.00, ELEV: 2570.34
- STA 167+09.38, 45° BEND, INV=2562.79
- STA 167+76.75, 45° BEND
- STA 170+01.94, FIRE HYDRANT ASSEMBLY WITH 24x24x6 TEE AND 6" GATE VALVE, INV IN=2562.28

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AZTEC ROAD SECTION 1 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY                    ARIZONA
Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com
SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 3/15/06
SHEET UP-2
10 OF 18 SHEETS
SCI PROJECT # 18449.03.01

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06
ST-RH036215



MATCHLINE STA: 171+50
SEE SHEET UP-2 FOR CONTINUATION
172+00
173+00
PT = 173+24.34
174+00
175+00
PC = 175+59.72
176+00
177+00
178+00
179+00
180+00
1 235.37 LF 24" PVC WATERLINE
726.24 LF 24" PVC WATERLINE
AZTEC ROAD
PROPOSED GAS LINES SHOWN FOR REFERENCE ONLY SEE PLAN BY UNISOURCE ENERGY
MATCHLINE STA: 180+50
SEE SHEET UP-4 FOR CONTINUATION

AZTEC ROAD
SCALE: HORIZ 1"=40'

GRAPHIC SCALE
0 40 80 FT
NORTH

2570
2560
2550
2540
PROPOSED GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
-0.50%
66" MIN.
60" MIN.
STA: 177+00.00
ELEV: 2565.34
STA: 177+00.00
ELEV: 2565.34
24" PVC WATERLINE @ S=0.50%
24" PVC WATERLINE @ S=0.50%
STA: 177+00.00
INV.=2557.79
STA: 167+00.00
INV.=2557.79
172+00
173+00
174+00
175+00
176+00
177+00
178+00
179+00
180+00

AZTEC ROAD

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NOS. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 24" C900 PVC WATER LINE
2. INSTALL 24" BUTTERFLY VALVE
3. INSTALL 24" X 24" X 24" TEE
4. INSTALL 24" X 24" X 8" TEE
5. INSTALL 24" X 24" X 6" TEE
6. INSTALL 24" X 24" X 8" X 8" CROSS
7. INSTALL 24" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
8. INSTALL 24" 45° BEND
9. INSTALL 24" 22.5° BEND
10. INSTALL 8" C900 PVC WATER LINE
11. INSTALL 8" GATE VALVE
12. INSTALL 8" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
13. INSTALL 8" 22.5° BEND
14. INSTALL 6" C900 PVC WATER LINE
15. INSTALL 6" GATE VALVE
16. INSTALL 6" CAP WITH BLOW-OFF PER M.A.G. STD. DTL. NO. 390
17. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STD. DTL. NO. 360
18. INSTALL 2" COPPER WATER LATERAL W/ BOX FOR FUTURE 2" WATER METER PER CITY OF KINGMAN STD. DTL. NO. 344
19. INSTALL (2) 4" PVC IRRIGATION SLEEVES AND (1) 6" IRRIGATION SLEEVE
20. INSTALL 12" C900 PVC WATER LINE
21. INSTALL 12" 45° BEND

NOTE: ALL NOTES NOT USED ON ALL SHEETS.

## STORM DRAIN CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER SD MANHOLE PER M.A.G. STANDARD DETAIL NO. 520 & 522
2. INSTALL 18" RCP STORM DRAIN
3. INSTALL 24" RCP STORM DRAIN
4. INSTALL 27" RCP STORM DRAIN
5. INSTALL 30" RCP STORM DRAIN
6. INSTALL 42" RCP STORM DRAIN
7. INSTALL 48" RCP STORM DRAIN
8. INSTALL 54" RCP STORM DRAIN
9. INSTALL MOD. TYPE 'C' STORM DRAIN INLET SEE DETAIL ON SHEET DT2 AND DT7 FOR PROFILE
10. CONSTRUCT STORM DRAIN CROSSING SEWER PER DETAIL ON SHEET DT4
11. CONSTRUCT WATER AND SEWER CROSSING PER M.A.G. STANDARD DETAIL NO. 381 WITH MINIMUM 2' VERTICAL SEPARATION WITH C.I.M.J. 10 FEET HORIZONTALLY EACH WAY.

AZTEC RD. IMPROVEMENTS
SEE THIS SHEET
KEYMAP

## LEGEND

120 LOT NUMBER
RIGHT OF WAY
SUBDIVISION/UNIT BOUNDRY
STREET LIGHT (100W HPS)
NO. 3-1/2" PULL BOX
SERVICE PEDESTAL
P.U.E. PUBLIC UTILITY EASEMENT
C.E. COMMON ELEMENT

### WATER

WATER MAIN
3/4" WATER METER W/ 1" COPPER WATER LATERAL
FIRE HYDRANT ASSEMBLY
TEE W/VALVE
2" BLOWOFF ASSEMBLY
GATE VALVE OR BUTTERFLY VALVE
11 1/4°, 22 1/2°, 45°, 90° BEND

### SEWER

SANITARY SEWER MANHOLE
SANITARY SEWER MAIN
4" PVC SEWER LATERAL
OFF-SITE SANITARY SEWER MANHOLE SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE SANITARY SEWER MAIN SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
OFF-SITE 4" PVC SEWER LATERAL SEE PHASE A IMPROVEMENT PLANS BY S.C.I.
STUB AND CAP
SEWER BACK WATER VALVE

### STORM DRAIN

STORM DRAIN MANHOLE
STORM DRAIN INLET
STORM DRAIN PIPE

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVER-HEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591 UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-31-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AZTEC ROAD SECTION 1 IMPROVEMENTS
UTILITY PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY EMG
CHECKED BY MPB
DATE 3/15/06

SHEET UP-3
11 OF 18 SHEETS
SCI PROJECT# 18449.03.01

Engineering detail sheet – Aztec Road Section 1 Improvements, Rhodes Homes Arizona, LLC, Golden Valley Ranch. Details shown: (A) Thrust Block Details, (B) Pipe Trench Bedding Methods, (C) Trench Backfill Detail, (D) Pipe Hydrant Assembly Detail, (E) Concrete Encasement Detail, (F) Flexible Coupling Detail – A-P12, Double Mechanical Joint.

Sheet DT-1, SCI Project 18449.03.03, Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119, (702) 369-9396, Fax (702) 369-9793. Drawn by EMG, Checked by MPB, Date 3/31/06.

ST-RH036218

Engineering detail sheet — Rhodes Homes Arizona, LLC, Golden Valley Ranch, Aztec Road Section 1 Improvements, Detail Sheet. Prepared by Stanley Consultants Inc., 5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119. Sheet DT-2, 15 of 18. Drawn by EMG, Checked by MPB, Date 3/31/06.

Details shown:
- Valve Vault Roof Plan (A/DT3)
- Wall Opening – Diagonal Reinforcement Detail (C/DT3)
- Waterstop Detail (B/DT3)
- Detail Notes (D/DT3)
- Combination Air Valve Assembly for 1", 2", 3", and 4" Valves (E/DT3)
- Standard Installation
- 3" or 4" Comb Air Valve Profile
- 1" or 2" Comb Air Valve Profile



## VALVE VAULT SECTIONAL PLAN WITH (1) VALVE AND NO TEE

## VALVE VAULT SECTIONAL PLAN WITH (3) VALVE AND TEE

### DESIGNER NOTES:

1. EACH VAULT SHOWN ON THE PIPELINE PLAN SHALL BE DETAILED WITH A STRUCTURAL PLAN, A MECHANICAL PIPING PLAN AND ALL OTHER REQUIRED SECTIONS AND DETAILS. THE VAULT PLANS SHALL INDICATE THE PIPE LINE STATION REFERENCED TO THE VAULT STATIONING POINT, THE VAULT ORIENTATION TO NORTH, THE LOCATION AND PLAN ORIENTATION OF ALL OF THE VAULT APPURTENANCES AND THE MANHOLE ACCESS COVER.

2. EACH VAULT PLAN, SECTIONS AND DETAILS SHALL INDICATE ALL LAYOUT DIMENSIONS AS DETERMINED BY THE DESIGN ENGINEER OR AS REFERENCED TO DIMENSIONS ON THE "VAULT DIMENSION TABLE" PL03-6 AND THE "PIPE LOCATION TABLE" PL03-5 IN THESE STANDARD DETAILS.

(DESIGNER NOTES TO BE DELETED FROM DRAWING)

## VALVE VAULT SECTION WITH (1) VALVE AND NO TEE

## VALVE VAULT SECTION WITH (3) VALVE AND TEE

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH<br>AZTEC ROAD SECTION 1 IMPROVEMENTS<br>DETAIL SHEET<br>MOHAVE COUNTY          ARIZONA | Stanley Consultants INC.<br>5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>(702) 369-9396 Fax (702) 369-9793<br>www.stanleygroup.com |

SCALE (H) N.T.S.
SCALE (V) N.T.S.
DRAWN BY EMG
CHECKED BY MPB
DATE 3/31/06

SHEET DT-4
17 OF 18 SHEETS
SCI PROJECT# 18449.03.03

ST-RH036221




