

FIGURE 1.1 SERVICE AREA — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN