

Figure 2.2 System Overview — Golden Valley Ranch Water and Sewer Master Plan. Stanley Consultants Inc., Feb 2006.