

FIGURE 3.1 WASTE WATER FLOW DIRECTION — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN