# GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN

## FIGURE 3.2 ONSITE SEWER COLLECTION SYSTEM

**LEGEND**
- Sewer Line
- Streets
- Wash
- Parcel Line
- 18" Pipe Diameter
- 15" Alternate Diameter*
- Manhole
- Diversion Structure
- Treatment Plant
- Intersection of Sewer and Wash

*REQUIRED SIZING FOR CITY OF KINGMAN OFFSITE CONTRIBUTION

Parcel example: 16 / 606 UNITS / 0.145 MGD (Parcel #, Unit Count, Ave Day Load)

GRAPHIC SCALE (IN FEET): 1500 — 0 — 1500 — 3000

Stanley Consultants Inc.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119   (702) 369-9396

FEB 2006

ST-RH038272

# Appendix A

# References

ST-RH038273

Land Use Plan

ST-RH038274