

Phasing Plan

ST-RH038276