

Lotting Matrix

ST-RH038278