# GOLDEN VALLEY RANCH SPECIFIC PLAN - LOTTING MATRIX

REVISED: 12/9/2005

## PHASE 1

| POD | POD ACRES | NEIGHBORHOOD ACRES | D.U.A | ACTIVE ADULT — LOT WIDTHS / 100' DEPTH | | | | | | | CONVENTIONAL — LOT WIDTHS / 105' DEPTH | | | | | | | TOWN CENTER — APARTMENTS MULTI-FAMILY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | |
| **1A** | 187.70 | | | | | | | | | | | | | | | | | |
| **2A** | 204.20 | | | | | | | | | | | | | | | | | |
| **3** | 104.98 | | | | | | | | | | | | | | | | | |
| **4C** | 43.90 | 21.95 | 5.93 | | | | | | | | | | | | | | | |
| | | 21.95 | 6.43 | | | | | | | | | | | | | | | |
| **5C** | 42.41 | 21.00 | 5.93 | | | | | | | | | | | | | | | |
| | | 21.41 | 6.43 | | | | | | | | | | | | | | | |
| **7** | 85.53 | 22.22 | 18.00 | | | | | | | | | | | | | | | 400 |
| | | 22.22 | 18.00 | | | | | | | | | | | | | | | 400 |
| | | 22.22 | 18.00 | | | | | | | | | | | | | | | 400 |
| | | 18.87 | 18.00 | | | | | | | | | | | | | | | 339 |
| **8C** | 57.26 | 19.00 | 5.08 | | | | | | | | | | | | | | | |
| | | 19.00 | 5.48 | | | | | | | | | | | | | | | |
| | | 19.26 | 5.93 | | | | | | | | | | | | | | | |
| **9C** | 87.66 | 7.57 | 3.80 | | | | | | | | | | | | | | | |
| | | 7.44 | 3.96 | | | | | | | | | | | | | | | |
| | | 7.16 | 4.03 | | | | | | | | | | | | | | | |
| | | 32.55 | 4.19 | | | | | | | | | | | | | | | |
| | | 25.00 | 4.29 | | | | | | | | | | | | | | | |
| | | 15.00 | 4.45 | | | | | | | | | | | | | | | |
| | | 15.00 | 4.57 | | | | | | | | | | | | | | | |
| **11C** | 73.13 | 30.00 | 4.74 | | | | | | | | | | | | | | | |
| | | 13.40 | 4.89 | | | | | | | | | | | | | | | |
| | | 19.00 | 5.08 | | | | | | | | | | | | | | | |
| | | 19.00 | 5.48 | | | | | | | | | | | | | | | |
| **16C** | 63.12 | 21.04 | 4.29 | | | | | | | | | | | | | | | |
| | | 21.04 | 4.57 | | | | | | | | | | | | | | | |
| | | 21.04 | 4.89 | | | | | | | | | | | | | | | |
| **45A** | | 21.04 | 4.89 | | | | | | | 850 | | | | | | | | |
| | | | | | | | | | | 815 | | | | | | | | |
| | | | | | | | | | | 150 | | | | | | | | |
| **11C** | | 16.80 | 4.11 | | | | | | | | | | | | | | | |
| | | 16.80 | 4.36 | | | | | | | | | | | | | | | |
| | | 12.80 | 4.63 | | | | | | | | | | | | | | | |
| | | 20.80 | 4.93 | | | | | | | | | | | | | | | |
| **53A** | 83.99 | 16.80 | 5.29 | | | | | | | | | | | | | | | |
| | | 16.79 | 5.28 | | | | | | | | | | | | | | | |
| | | 20.00 | 4.11 | | | | | | | | | | | | | | | |
| **53A** | 64.69 | 17.00 | 4.36 | | | | | | | | | | | | | | | |
| | | 27.69 | 4.63 | | | | | | | | | | | | | | | |
| | | 18.00 | 4.48 | | | | | | | | | | | | | | | |
| **55A** | 43.55 | 15.12 | 4.93 | | | | | | | | | | | | | | | |
| | | 25.55 | 4.11 | | | | | | | | | | | | | | | |
| **55A** | 47.34 | 15.78 | 4.36 | | | | | | | | | | | | | | | |
| | | 13.00 | 4.63 | | | | | | | | | | | | | | | |
| | | 18.56 | 4.93 | | | | | | | | | | | | | | | |
| **59A** | 46.38 | 15.46 | 5.28 | | | | | | | | 92 | | | | | | | |
| | | 15.46 | 5.93 | | | | | | | | | | 82 | 75 | | | | |
| **60A** | 74.65 | 20.98 | 4.93 | | | | | | | | | 106 | | | 103 | | | |
| | | 20.00 | 5.28 | | | | | | | | | | | | | | | |
| | | 15.00 | 5.83 | | | 89 | | | | | | | | | | | | |
| **61A** | 45.38 | 15.12 | 6.17 | | 115 | | | | | | | | | | | | | |
| | | 15.12 | 5.28 | | | 90 | | | | | | | | | | | | |
| | | 15.14 | 5.93 | | | | 80 | | | | | | | | 128 | | | |
| **62A** | 28.00 | 14.00 | 6.17 | | | 93 | | | | | | | | | | | | |
| | | 14.00 | 6.17 | | | | | | | | 86 | 83 | | | | 57 | | |
| **Sub Total PHASE 2** | **1383.87** | **1383.87** | | 0% | 0% | 0% | 0% | 0% | 0% | **1815** 25% | **294** 4% | **354** 5% | **357** 5% | **387** 5% | **310** 4% | **268** 4% | **216** 3% | |
| **15C** | 99.99 | 25.00 | 4.45 | | | | | | | | | | | | | | | |
| | | 20.00 | 4.74 | | | | | | | | | | | | | | | |
| | | 15.00 | 5.08 | | | | | | | | | | | | | | | |
| | | 20.00 | 5.48 | | | | | | | | | | | | | | | |
| | | 19.99 | 5.83 | | | | | | | | | | | | | | | |
| **16C** | 109.87 | 29.97 | 4.82 | | | | | | | | | | | | | | | |
| | | 21.97 | 5.14 | | | | | | | | | | | | | | | |
| | | 12.88 | 5.51 | | | | | | | | | | | | | | | |
| | | 21.97 | 5.83 | | | | | | | | | | | | | | | |
| | | 23.08 | 6.43 | | | | | | | | | | | | | | | |
| **17C** | 70.93 | 11.50 | 3.80 | | | | | | | | | | | | | | | |
| | | 11.16 | 4.03 | | | | | | | | | | | | | | | |
| | | 16.00 | 4.29 | | | | | | | | | | | | | | | |
| | | 16.09 | 4.57 | | | | | | | | | | | | | | | |
| | | 16.09 | 4.89 | | | | | | | | | | | | | | | |
| **18C** | 64.47 | 21.49 | 5.08 | | | | | | | | | | | | | | | |
| | | 21.49 | 5.48 | | | | | | | | | | | | | | | |
| | | 21.49 | 5.93 | | | | | | | | | | | | | | | |
| **19C** | 73.09 | 18.27 | 4.74 | | | | | | | | | | | | | | | |
| | | 18.27 | 5.08 | | | | | | | | | | | | | | | |
| | | 18.28 | 5.48 | | | | | | | | | | | | | | | |
| | | 18.27 | 5.83 | | | | | | | | | | | | | | | |
| **20C** | 126.60 | 29.32 | 4.82 | | | | | | | | | | | | | | | |
| | | 29.32 | 5.14 | | | | | | | | | | | | | | | |
| | | 25.32 | 5.51 | | | | | | | | | | | | | | | |
| | | 17.32 | 5.83 | | | | | | | | | | | | | | | |
| | | 25.32 | 6.43 | | | | | | | | | | | | | | | |
| **21C** | 81.50 | 11.36 | 3.96 | | | | | | | | | | | | | | | |
| | | 10.74 | 4.19 | | | | | | | | | | | | | | | |
| | | 29.80 | 4.45 | | | | | | | | | | | | | | | |
| | | 19.00 | 4.74 | | | | | | | | | | | | | | | |
| | | 9.80 | 5.08 | | | | | | | | | | | | | | | |
| **Twn Ctr** | | | | | | | | | | | | | | | | | | |
| **Sub Total** | **626.45** | | | | | | | | | | | | | | | | | |
| **Percentages** | | | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |

PHASE 1 totals: 7397
PHASE 2 totals: 8246

ST-RH038279