| PHASE 3 | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33A | 69.13 | 23.04 | 18.00 | | | | | | | | | | | | | | |
| | | 23.04 | 18.00 | | | | | | | | | | | | | | |
| | | 23.05 | 18.00 | | | | | | | | | | | | | | |
| 39A | 38.42 | 19.21 | 4.82 | | | | | 92 | | | | | | | | | |
| | | 19.21 | 5.14 | | | | 99 | | | | | | | | | | |
| 40A | 54.26 | 27.13 | 4.28 | | | | | | | 116 | | | | | | | |
| | | 27.13 | 4.53 | | | | | | 123 | | | | | | | | |
| 41A | 117.45 | 23.49 | 4.82 | | | | | 113 | | | | | | | | | |
| | | 23.49 | 5.14 | | | | 121 | | | | | | | | | | |
| | | 23.49 | 5.51 | | | 129 | | | | | | | | | | | |
| | | 25.49 | 5.93 | | 151 | | | | | | | | | | | | |
| | | 21.49 | 6.43 | 138 | | | | | | | | | | | | | |
| 42A | 59.95 | 19.98 | 5.51 | | | 110 | | | | | | | | | | | |
| | | 23.97 | 5.93 | | 142 | | | | | | | | | | | | |
| | | 16.00 | 6.43 | 103 | | | | | | | | | | | | | |
| 43A | 100.41 | 20.08 | 4.11 | | | | | | | | | | | | | | 83 |
| | | 20.08 | 4.36 | | | | | | | | | | | | | 81 | |
| | | 20.08 | 4.63 | | | | | | | | | | | | 93 | | |
| | | 20.08 | 4.93 | | | | | | | | | | | 99 | | | |
| | | 20.09 | 5.29 | | | | | | | | | | 106 | | | | |
| 44A | 106.18 | 17.56 | 5.29 | | | | | | | | | | 93 | | | | |
| | | 22.15 | 4.11 | | | | | | | | | | | | | | 91 |
| | | 22.15 | 4.36 | | | | | | | | | | | | | 97 | |
| | | 22.15 | 4.63 | | | | | | | | | | | | 103 | | |
| | | 22.17 | 4.93 | | | | | | | | | | | 110 | | | |
| 46A | 82.00 | 20.50 | 5.14 | | | | 105 | | | | | | | | | | |
| | | 20.50 | 5.50 | | | 113 | | | | | | | | | | | |
| | | 20.50 | 5.93 | | 122 | | | | | | | | | | | | |
| | | 20.50 | 6.43 | 132 | | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | |
| Sub Total | 627.80 | | | 373 | 415 | 352 | 325 | 205 | 123 | 116 | | | 199 | 209 | 196 | 178 | 174 |
| Percentages | | | | 6% | 6% | 5% | 5% | 3% | 2% | 2% | 0% | 0% | 3% | 3% | 3% | 3% | 3% |
| PHASE 4 | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' |
| 22C | 47.11 | 23.55 | 5.50 | | | | | | | | | | | | | | |
| | | 23.56 | 5.93 | | | | | | | | | | | | | | |
| 23C | 48.88 | 24.44 | 4.81 | | | | | | | | | | | | | | |
| | | 24.44 | 5.14 | | | | | | | | | | | | | | |
| 24C | 46.20 | 23.10 | 5.50 | | | | | | | | | | | | | | |
| | | 23.10 | 5.93 | | | | | | | | | | | | | | |
| 25C | 93.04 | 17.24 | 4.81 | | | | | | | | | | | | | | |
| | | 23.26 | 5.14 | | | | | | | | | | | | | | |
| | | 12.26 | 5.93 | | | | | | | | | | | | | | |
| | | 40.26 | 6.43 | | | | | | | | | | | | | | |
| 26C | 70.30 | 18.00 | 3.96 | | | | | | | | | | | | | | |
| | | 17.86 | 4.03 | | | | | | | | | | | | | | |
| | | 34.44 | 4.44 | | | | | | | | | | | | | | |
| 27C | 65.36 | 21.78 | 4.28 | | | | | | | | | | | | | | |
| | | 21.78 | 4.56 | | | | | | | | | | | | | | |
| | | 21.80 | 4.90 | | | | | | | | | | | | | | |
| 28C | 61.97 | 20.65 | 4.75 | | | | | | | | | | | | | | |
| | | 20.65 | 5.08 | | | | | | | | | | | | | | |
| | | 20.67 | 5.48 | | | | | | | | | | | | | | |
| 29C | 33.86 | | 6.42 | | | | | | | | | | | | | | |
| 30C | 48.52 | | N/A | | | | | | | | | | | | | | |
| 31C | 52.57 | | N/A | | | | | | | | | | | | | | |
| 32C | 77.67 | | N/A | | | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | |
| Sub Total | 645.48 | | | | | | | | | | | | | | | | |
| Percentages | | | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| PHASE 5 | | | | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' |
| 34A | 80.96 | 20.24 | 5.14 | | | | 104 | | | | | | | | | | |
| | | 20.24 | 5.51 | | | 112 | | | | | | | | | | | |
| | | 20.24 | 5.93 | | 120 | | | | | | | | | | | | |
| | | 20.24 | 6.43 | 130 | | | | | | | | | | | | | |
| 35A | 111.27 | 29.25 | 4.11 | | | | | | | | | | | | | | 120 |
| | | 15.25 | 4.36 | | | | | | | | | | | | | 66 | |
| | | 22.25 | 4.63 | | | | | | | | | | | | 103 | | |
| | | 22.25 | 4.93 | | | | | | | | | | | 110 | | | |
| | | 22.27 | 5.29 | | | | | | | | | | 118 | | | | |
| 36A | 89.13 | 8.28 | 5.14 | | | | 43 | | | | | | | | | | |
| | | 22.28 | 5.51 | | | 123 | | | | | | | | | | | |
| | | 36.28 | 5.93 | | 215 | | | | | | | | | | | | |
| | | 22.29 | 6.43 | 143 | | | | | | | | | | | | | |
| 37A | 57.54 | 19.18 | 4.11 | | | | | | | | | | | | | | 79 |
| | | 19.18 | 4.36 | | | | | | | | | | | | | 84 | |
| | | 19.18 | 4.63 | | | | | | | | | | | | 89 | | |
| 38A | 61.80 | 20.60 | 4.53 | | | | | | 93 | | | | | | | | |
| | | 20.60 | 4.82 | | | | | 99 | | | | | | | | | |
| | | 20.60 | 5.14 | | | | 106 | | | | | | | | | | |
| Sub Total | 400.70 | | | 273 | 335 | 235 | 253 | 99 | 93 | | | | 118 | 110 | 192 | 150 | 199 |
| Percentages | | | | 13% | 16% | 11% | 12% | 5% | 5% | 0% | 0% | 0% | 6% | 5% | 9% | 7% | 10% |

| PHASE 3 | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33A | | | | | | | | | | | | | | | | | | | | | | | 415 | |
| | | | | | | | | | | | | | | | | | | | | | | | 415 | |
| | | | | | | | | | | | | | | | | | | | | | | | 415 | |
| 39A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 40A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 41A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 42A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 43A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 44A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 46A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Twn Ctr | | | | | | | | | | | | | | | | | | | | | | 2500 | | PHASE 3 |
| Sub Total | | | | | | | | | | | | | | | | | | | | | | 2500 | 1245 | 6610 |
| Percentages | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 38% | 19% | |
| PHASE 4 | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | | |
| 22C | | | 130 | | | | | | | | | | | | | | | | | | | | | |
| | | 140 | | | | | | | | | | | | | | | | | | | | | | |
| 23C | | | | | 118 | | | | | | | | | | | | | | | | | | | |
| | | | | 126 | | | | | | | | | | | | | | | | | | | | |
| 24C | | | 127 | | | | | | | | | | | | | | | | | | | | | |
| | | 137 | | | | | | | | | | | | | | | | | | | | | | |
| 25C | | | | | 83 | | | | | | | | | | | | | | | | | | | |
| | | | | 120 | | | | | | | | | | | | | | | | | | | | |
| | | 73 | | | | | | | | | | | | | | | | | | | | | | |
| | 259 | | | | | | | | | | | | | | | | | | | | | | | |
| 26C | | | | | | | | | | | | | | 72 | | | | | | | | | | |
| | | | | | | | | | | | | | 72 | | | | | | | | | | | |
| | | | | | | | | | | | | 153 | | | | | | | | | | | | |
| 27C | | | | | | | | | | | | | | | | | | | 93 | | | | | |
| | | | | | | | | | | | | | | | | | | 99 | | | | | | |
| | | | | | | | | | | | | | | | | | 107 | | | | | | | |
| 28C | | | | | | | | | | | 98 | | | | | | | | | | | | | |
| | | | | | | | | | | 105 | | | | | | | | | | | | | | |
| | | | | | | | | | 113 | | | | | | | | | | | | | | | |
| 29C | 217 | | | | | | | | | | | | | | | | | | | | | | | |
| 30C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| 31C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| 32C | | | | | | | | | | | | | | | | | | | | | | √ | | |
| Twn Ctr | | | | | | | | | | | | | | | | | | | | | | 1250 | | PHASE 4 |
| Sub Total | 476 | 350 | 257 | 246 | 201 | | | | 113 | 105 | 98 | 153 | 72 | 72 | | | 107 | 99 | 93 | | | 1250 | | 3692 |
| Percentages | 13% | 9% | 7% | 7% | 5% | 0% | 0% | 0% | 3% | 3% | 3% | 4% | 2% | 2% | 0% | 0% | 3% | 3% | 3% | 0% | 0% | 34% | | |
| PHASE 5 | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | 48' | 52' | 56' | 60' | 64' | 68' | 72' | | | |
| 34A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 35A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 36A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 37A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| 38A | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | PHASE 5 |
| Sub Total | | | | | | | | | | | | | | | | | | | | | | | | 2057 |
| Percentages | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | | |