# GVR South Sewer System Model
# Manhole ID Map
# Pipe ID Map

ST-RH038338



GOLDEN VALLEY RANCH
WATER AND SEWER
MASTER PLAN
NORTH
GRAPHIC SCALE
1000 0 1000 2000
( IN FEET )
LEGEND
STREETS
PARCEL LINE
SITE BOUNDARY
H20 MAP SEWER ID
H20 MAP MANHOLE ID
TREATMENT PLANT
FIGURE E-1
NODE AND LINK ID MAP
H20 MAP SEWER
FEB 2006
Stanley Consultants INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119 (702) 369-9396

# Golden Valley Ranch Sewer Model - Depth to Diameter (d/D) Ratio for Peak Hour Contributions

Prepared By: BJH
Program: H2OMAP Sewer Pro

Date: Friday, February 10, 2006

# Golden Valley Ranch Sewer Model - Pipe Slopes

Date: Friday, February 10, 2006

Prepared By: BJH
Program: H2OMAP Sewer Pro

# GVR South Sewer System Model
# Peak Hour Contributions

ST-RH038342

**Golden Valley South Sewer System - Peak Hour Pipe Report**

| ID | From ID | To ID | Diameter (in) | Length (ft) | Slope | Total Flow (mgd) | Velocity (ft/s) | d/D |
|---|---|---|---|---|---|---|---|---|
| 101 | 104 | 108 | 10 | 1101 | 0.020 | 1.044 | 5.752 | 0.512 |
| 103 | 108 | 110 | 12 | 931 | 0.013 | 1.308 | 5.160 | 0.500 |
| 105 | 110 | 112 | 12 | 1032 | 0.012 | 1.308 | 4.962 | 0.515 |
| 107 | 112 | 100 | 12 | 1509 | 0.015 | 1.308 | 5.495 | 0.476 |
| 109 | 100 | 114 | 18 | 1654 | 0.013 | 2.454 | 5.978 | 0.389 |
| 11 | 10 | 12 | 21 | 1783 | 0.008 | 5.115 | 6.026 | 0.536 |
| 111 | 114 | 82 | 18 | 2106 | 0.011 | 2.454 | 5.652 | 0.405 |
| 113 | 82 | 116 | 21 | 2462 | 0.006 | 5.154 | 5.478 | 0.583 |
| 115 | 116 | 118 | 21 | 1432 | 0.007 | 5.355 | 5.822 | 0.572 |
| 117 | 118 | 120 | 21 | 1512 | 0.007 | 5.355 | 5.914 | 0.565 |
| 119 | 120 | 122 | 24 | 2718 | 0.011 | 7.533 | 7.638 | 0.489 |
| 121 | 122 | 150 | 24 | 2554 | 0.008 | 7.992 | 6.845 | 0.559 |
| 123 | 124 | 126 | 8 | 669 | 0.009 | 0.195 | 2.770 | 0.350 |
| 125 | 126 | 128 | 8 | 831 | 0.012 | 0.372 | 3.672 | 0.460 |
| 127 | 128 | 130 | 8 | 733 | 0.014 | 0.372 | 3.847 | 0.444 |
| 129 | 130 | 132 | 10 | 816 | 0.005 | 0.561 | 2.905 | 0.538 |
| 13 | 12 | 158 | 21 | 3566 | 0.006 | 5.430 | 5.668 | 0.592 |
| 131 | 132 | 134 | 10 | 1269 | 0.013 | 0.561 | 4.127 | 0.410 |
| 133 | 134 | 136 | 18 | 2983 | 0.008 | 0.756 | 3.693 | 0.235 |
| 135 | 136 | 120 | 18 | 5260 | 0.010 | 1.953 | 5.192 | 0.364 |
| 137 | 138 | 140 | 8 | 1157 | 0.005 | 0.156 | 2.137 | 0.360 |
| 139 | 140 | 142 | 8 | 1331 | 0.009 | 0.384 | 3.322 | 0.510 |
| 141 | 142 | 144 | 10 | 1302 | 0.011 | 0.600 | 3.965 | 0.444 |
| 143 | 144 | 136 | 10 | 1394 | 0.012 | 0.813 | 4.490 | 0.511 |
| 145 | 146 | 108 | 8 | 964 | 0.004 | 0.264 | 2.262 | 0.514 |
| 147 | 152 | 154 | 8 | 4220 | 0.004 | 0.174 | 2.050 | 0.402 |
| 149 | 158 | 154 | 21 | 3151 | 0.009 | 5.610 | 6.364 | 0.553 |
| 15 | 14 | 12 | 8 | 1342 | 0.004 | 0.108 | 1.711 | 0.323 |
| 151 | 156 | 158 | 8 | 1734 | 0.004 | 0.180 | 2.027 | 0.416 |
| 153 | 74 | 52 | 10 | 3095 | 0.009 | 0.486 | 3.470 | 0.419 |
| 155 | 154 | 160 | 24 | 2411 | 0.006 | 6.462 | 5.700 | 0.546 |
| 157 | 160 | 162 | 24 | 3143 | 0.005 | 6.972 | 5.381 | 0.609 |
| 159 | 162 | 150 | 24 | 2805 | 0.004 | 6.972 | 5.147 | 0.633 |
| 161 | 164 | 122 | 10 | 2045 | 0.005 | 0.351 | 2.574 | 0.411 |
| 163 | 166 | 114 | 8 | 3052 | 0.009 | 0.000 | 0.000 | 0.000 |
| 17 | 18 | 16 | 18 | 1524 | 0.009 | 2.802 | 5.345 | 0.468 |
| 171 | 174 | 56 | 15 | 1574 | 0.011 | 3.399 | 6.213 | 0.651 |
| 173 | 52 | 174 | 15 | 1503 | 0.015 | 3.186 | 6.860 | 0.567 |
| 175 | 176 | 154 | 8 | 1821 | 0.004 | 0.294 | 2.371 | 0.539 |
| 177 | 178 | 180 | 12 | 5302 | 0.012 | 1.472 | 5.217 | 0.544 |
| 179 | 180 | 182 | 18 | 3501 | 0.009 | 3.430 | 5.839 | 0.511 |
| 183 | 182 | 10 | 21 | 4662 | 0.004 | 4.902 | 4.525 | 0.657 |
| 19 | 20 | 18 | 18 | 1276 | 0.008 | 2.451 | 5.006 | 0.444 |
| 21 | 22 | 20 | 15 | 2093 | 0.011 | 2.274 | 5.488 | 0.518 |
| 23 | 24 | 22 | 15 | 1256 | 0.013 | 2.160 | 5.823 | 0.475 |
| 25 | 26 | 24 | 15 | 782 | 0.013 | 2.088 | 5.782 | 0.465 |
| 27 | 28 | 26 | 15 | 2132 | 0.013 | 1.785 | 5.605 | 0.422 |
| 29 | 30 | 28 | 12 | 650 | 0.011 | 1.434 | 4.928 | 0.558 |
| 31 | 32 | 30 | 12 | 1050 | 0.009 | 1.245 | 4.373 | 0.548 |
| 33 | 34 | 32 | 8 | 1005 | 0.008 | 0.240 | 2.872 | 0.397 |

**Golden Valley South Sewer System - Peak Hour Pipe Report**

| ID | From ID | To ID | Diameter (in) | Length (ft) | Slope | Total Flow (mgd) | Velocity (ft/s) | d/D |
|---|---|---|---|---|---|---|---|---|
| 35 | 36 | 38 | 12 | 936 | 0.004 | 0.777 | 2.994 | 0.509 |
| 37 | 38 | 32 | 12 | 1037 | 0.006 | 1.005 | 3.578 | 0.542 |
| 39 | 16 | 40 | 18 | 824 | 0.010 | 2.802 | 5.610 | 0.451 |
| 41 | 40 | 42 | 18 | 683 | 0.006 | 2.802 | 4.641 | 0.522 |
| 43 | 42 | 44 | 18 | 1343 | 0.004 | 2.802 | 4.190 | 0.567 |
| 45 | 44 | 46 | 18 | 1708 | 0.005 | 3.168 | 4.388 | 0.604 |
| 47 | 46 | 48 | 18 | 738 | 0.008 | 3.168 | 5.413 | 0.510 |
| 49 | 48 | 50 | 18 | 776 | 0.005 | 3.168 | 4.555 | 0.586 |
| 55 | 56 | 50 | 15 | 821 | 0.010 | 3.600 | 5.865 | 0.723 |
| 57 | 50 | 58 | 24 | 1162 | 0.009 | 7.305 | 6.822 | 0.521 |
| 59 | 58 | 60 | 24 | 960 | 0.013 | 7.458 | 7.885 | 0.473 |
| 61 | 60 | 62 | 24 | 1273 | 0.009 | 7.662 | 7.023 | 0.529 |
| 63 | 62 | 64 | 24 | 1054 | 0.004 | 7.764 | 5.258 | 0.683 |
| 65 | 64 | 66 | 24 | 1282 | 0.005 | 8.046 | 5.493 | 0.678 |
| 67 | 66 | 150 | 24 | 2252 | 0.006 | 8.130 | 5.991 | 0.634 |
| 69 | 70 | 72 | 10 | 1089 | 0.006 | 0.486 | 3.100 | 0.457 |
| 71 | 72 | 74 | 10 | 1331 | 0.011 | 0.486 | 3.716 | 0.398 |
| 75 | 76 | 78 | 15 | 1089 | 0.011 | 2.700 | 5.826 | 0.566 |
| 77 | 78 | 80 | 15 | 1066 | 0.009 | 2.700 | 5.470 | 0.597 |
| 79 | 80 | 82 | 15 | 428 | 0.007 | 2.700 | 4.877 | 0.658 |
| 85 | 86 | 90 | 10 | 1864 | 0.014 | 0.117 | 2.737 | 0.179 |
| 87 | 90 | 92 | 10 | 1167 | 0.013 | 0.486 | 3.997 | 0.377 |
| 89 | 92 | 94 | 12 | 898 | 0.006 | 0.921 | 3.449 | 0.521 |
| 91 | 94 | 96 | 12 | 773 | 0.010 | 1.146 | 4.601 | 0.493 |
| 93 | 96 | 98 | 12 | 880 | 0.009 | 1.146 | 4.379 | 0.512 |
| 95 | 98 | 100 | 12 | 1217 | 0.011 | 1.146 | 4.654 | 0.488 |
| 97 | 102 | 104 | 10 | 737 | 0.004 | 0.534 | 2.674 | 0.552 |

**Golden Valley South Sewer System - Peak Hour Manhole Report**

| ID | Rim Elevation (ft) | Base Flow (mgd) | Total Flow (mgd) | Grade (ft) | Status |
|---|---|---|---|---|---|
| 10 | 2,524.00 | 0.213 | 0.213 | 2,508.94 | Not Full |
| 100 | 2,541.00 | 0.000 | 0.000 | 2,535.58 | Not Full |
| 102 | 2,611.00 | 0.534 | 0.534 | 2,605.46 | Not Full |
| 104 | 2,610.00 | 0.510 | 0.510 | 2,604.43 | Not Full |
| 108 | 2,592.00 | 0.000 | 0.000 | 2,582.50 | Not Full |
| 110 | 2,576.00 | 0.000 | 0.000 | 2,570.52 | Not Full |
| 112 | 2,564.00 | 0.000 | 0.000 | 2,558.48 | Not Full |
| 114 | 2,520.00 | 0.000 | 0.000 | 2,514.61 | Not Full |
| 116 | 2,480.00 | 0.201 | 0.201 | 2,477.00 | Not Full |
| 118 | 2,472.00 | 0.000 | 0.000 | 2,466.99 | Not Full |
| 12 | 2,500.00 | 0.207 | 0.207 | 2,495.04 | Not Full |
| 120 | 2,461.00 | 0.225 | 0.225 | 2,455.98 | Not Full |
| 122 | 2,430.00 | 0.108 | 0.108 | 2,425.12 | Not Full |
| 124 | 2,586.00 | 0.195 | 0.195 | 2,580.23 | Not Full |
| 126 | 2,580.00 | 0.177 | 0.177 | 2,574.31 | Not Full |
| 128 | 2,570.00 | 0.000 | 0.000 | 2,564.30 | Not Full |
| 130 | 2,560.00 | 0.189 | 0.189 | 2,554.45 | Not Full |
| 132 | 2,556.00 | 0.000 | 0.000 | 2,550.34 | Not Full |
| 134 | 2,540.00 | 0.195 | 0.195 | 2,534.35 | Not Full |
| 136 | 2,515.00 | 0.384 | 0.384 | 2,509.55 | Not Full |
| 138 | 2,562.00 | 0.156 | 0.156 | 2,556.24 | Not Full |
| 14 | 2,505.00 | 0.108 | 0.108 | 2,499.22 | Not Full |
| 140 | 2,558.00 | 0.228 | 0.228 | 2,552.34 | Not Full |
| 142 | 2,546.00 | 0.216 | 0.216 | 2,540.37 | Not Full |
| 144 | 2,532.00 | 0.213 | 0.213 | 2,526.43 | Not Full |
| 146 | 2,592.00 | 0.264 | 0.264 | 2,586.34 | Not Full |
| 152 | 2,468.00 | 0.174 | 0.174 | 2,462.27 | Not Full |
| 154 | 2,456.00 | 0.384 | 0.384 | 2,445.09 | Not Full |
| 156 | 2,484.00 | 0.180 | 0.180 | 2,478.28 | Not Full |
| 158 | 2,478.00 | 0.000 | 0.000 | 2,471.97 | Not Full |
| 16 | 2,501.00 | 0.000 | 0.000 | 2,495.68 | Not Full |
| 160 | 2,436.00 | 0.510 | 0.510 | 2,431.22 | Not Full |
| 162 | 2,421.00 | 0.000 | 0.000 | 2,416.27 | Not Full |
| 164 | 2,440.00 | 0.351 | 0.351 | 2,434.34 | Not Full |
| 166 | 2,548.00 | 0.000 | 0.000 | 2,542.00 | Not Full |
| 174 | 2,492.00 | 0.213 | 0.213 | 2,486.81 | Not Full |
| 176 | 2,456.00 | 0.294 | 0.294 | 2,452.36 | Not Full |
| 178 | 2,630.00 | 1.472 | 1.472 | 2,624.54 | Not Full |
| 18 | 2,514.00 | 0.351 | 0.351 | 2,508.70 | Not Full |
| 180 | 2,565.00 | 1.958 | 1.958 | 2,559.77 | Not Full |
| 182 | 2,533.00 | 1.472 | 1.472 | 2,527.15 | Not Full |
| 20 | 2,524.00 | 0.177 | 0.177 | 2,518.67 | Not Full |
| 22 | 2,546.00 | 0.114 | 0.114 | 2,540.65 | Not Full |
| 24 | 2,562.00 | 0.072 | 0.072 | 2,556.59 | Not Full |
| 26 | 2,572.00 | 0.303 | 0.303 | 2,566.58 | Not Full |
| 28 | 2,600.00 | 0.351 | 0.351 | 2,594.53 | Not Full |
| 30 | 2,608.00 | 0.189 | 0.189 | 2,601.56 | Not Full |
| 32 | 2,621.00 | 0.000 | 0.000 | 2,610.55 | Not Full |
| 34 | 2,624.50 | 0.240 | 0.240 | 2,618.77 | Not Full |
| 36 | 2,626.00 | 0.777 | 0.777 | 2,620.51 | Not Full |
| 38 | 2,628.00 | 0.228 | 0.228 | 2,616.54 | Not Full |

## Golden Valley South Sewer System - Peak Hour Manhole Report

| ID | Rim Elevation (ft) | Base Flow (mgd) | Total Flow (mgd) | Grade (ft) | Status |
|---|---|---|---|---|---|
| 40 | 2,494.00 | 0.000 | 0.000 | 2,487.78 | Not Full |
| 42 | 2,491.00 | 0.000 | 0.000 | 2,484.85 | Not Full |
| 44 | 2,489.00 | 0.366 | 0.366 | 2,478.91 | Not Full |
| 46 | 2,476.00 | 0.000 | 0.000 | 2,470.77 | Not Full |
| 48 | 2,470.00 | 0.000 | 0.000 | 2,464.88 | Not Full |
| 50 | 2,468.00 | 0.537 | 0.537 | 2,461.04 | Not Full |
| 52 | 2,515.00 | 2.700 | 2.700 | 2,509.71 | Not Full |
| 56 | 2,478.00 | 0.201 | 0.201 | 2,468.90 | Not Full |
| 58 | 2,458.00 | 0.153 | 0.153 | 2,450.95 | Not Full |
| 60 | 2,450.00 | 0.204 | 0.204 | 2,439.06 | Not Full |
| 62 | 2,436.00 | 0.102 | 0.102 | 2,427.87 | Not Full |
| 64 | 2,432.00 | 0.282 | 0.282 | 2,423.36 | Not Full |
| 66 | 2,427.00 | 0.084 | 0.084 | 2,417.27 | Not Full |
| 70 | 2,563.00 | 0.486 | 0.486 | 2,557.38 | Not Full |
| 72 | 2,556.00 | 0.000 | 0.000 | 2,550.33 | Not Full |
| 74 | 2,542.00 | 0.000 | 0.000 | 2,536.35 | Not Full |
| 76 | 2,522.00 | 2.700 | 2.700 | 2,516.71 | Not Full |
| 78 | 2,510.00 | 0.000 | 0.000 | 2,504.75 | Not Full |
| 80 | 2,500.00 | 0.000 | 0.000 | 2,494.82 | Not Full |
| 82 | 2,498.00 | 0.000 | 0.000 | 2,492.02 | Not Full |
| 86 | 2,622.00 | 0.117 | 0.117 | 2,610.15 | Not Full |
| 90 | 2,590.00 | 0.369 | 0.369 | 2,584.31 | Not Full |
| 92 | 2,575.00 | 0.435 | 0.435 | 2,569.52 | Not Full |
| 94 | 2,572.00 | 0.225 | 0.225 | 2,564.49 | Not Full |
| 96 | 2,562.00 | 0.000 | 0.000 | 2,556.51 | Not Full |
| 98 | 2,554.00 | 0.000 | 0.000 | 2,548.49 | Not Full |

**Golden Valley South Sewer System - Peak Hour Outlet Report**

| ID | Flow (mgd) | Grade (ft) |
|---|---|---|
| 150 | 23.094 | 2,404.27 |

# GVR South Sewer System Model
# Average Day Contributions

ST-RH038348

**Golden Valley South Sewer System - Average Day Pipe Report**

| ID | From ID | To ID | Diameter (in) | Length (ft) | Slope | Total Flow (mgd) | Velocity (ft/s) | d/D |
|---|---|---|---|---|---|---|---|---|
| 101 | 104 | 108 | 10 | 1,101 | 0.020 | 0.348 | 4.270 | 0.282 |
| 103 | 108 | 110 | 12 | 931 | 0.013 | 0.436 | 3.826 | 0.276 |
| 105 | 110 | 112 | 12 | 1,032 | 0.012 | 0.436 | 3.688 | 0.283 |
| 107 | 112 | 100 | 12 | 1,509 | 0.015 | 0.436 | 4.060 | 0.264 |
| 109 | 100 | 114 | 18 | 1,654 | 0.013 | 0.818 | 4.378 | 0.220 |
| 11 | 10 | 12 | 21 | 1,783 | 0.008 | 1.703 | 4.487 | 0.293 |
| 111 | 114 | 82 | 18 | 2,106 | 0.011 | 0.818 | 4.147 | 0.229 |
| 113 | 82 | 116 | 21 | 2,462 | 0.006 | 1.718 | 4.104 | 0.314 |
| 115 | 116 | 118 | 21 | 1,432 | 0.007 | 1.785 | 4.357 | 0.310 |
| 117 | 118 | 120 | 21 | 1,512 | 0.007 | 1.785 | 4.424 | 0.306 |
| 119 | 120 | 122 | 24 | 2,718 | 0.011 | 2.761 | 5.811 | 0.284 |
| 121 | 122 | 150 | 24 | 2,554 | 0.008 | 2.914 | 5.245 | 0.318 |
| 123 | 124 | 126 | 8 | 669 | 0.009 | 0.065 | 2.022 | 0.200 |
| 125 | 126 | 128 | 8 | 831 | 0.012 | 0.124 | 2.706 | 0.257 |
| 127 | 128 | 130 | 8 | 733 | 0.014 | 0.124 | 2.831 | 0.249 |
| 129 | 130 | 132 | 10 | 816 | 0.005 | 0.187 | 2.163 | 0.294 |
| 13 | 12 | 158 | 21 | 3,566 | 0.006 | 1.808 | 4.250 | 0.318 |
| 131 | 132 | 134 | 10 | 1,269 | 0.013 | 0.187 | 3.031 | 0.231 |
| 133 | 134 | 136 | 18 | 2,983 | 0.008 | 0.502 | 3.275 | 0.192 |
| 135 | 136 | 120 | 18 | 5,260 | 0.010 | 0.901 | 4.172 | 0.244 |
| 137 | 138 | 140 | 8 | 1,157 | 0.005 | 0.052 | 1.562 | 0.205 |
| 139 | 140 | 142 | 8 | 1,331 | 0.009 | 0.128 | 2.466 | 0.281 |
| 141 | 142 | 144 | 10 | 1,302 | 0.011 | 0.200 | 2.918 | 0.249 |
| 143 | 144 | 136 | 10 | 1,394 | 0.012 | 0.271 | 3.333 | 0.281 |
| 145 | 146 | 108 | 8 | 964 | 0.004 | 0.088 | 1.679 | 0.283 |
| 147 | 152 | 154 | 8 | 4,220 | 0.004 | 0.058 | 1.505 | 0.227 |
| 149 | 158 | 154 | 21 | 3,151 | 0.009 | 1.868 | 4.750 | 0.301 |
| 15 | 14 | 12 | 8 | 1,342 | 0.004 | 0.036 | 1.247 | 0.186 |
| 151 | 156 | 158 | 8 | 1,734 | 0.004 | 0.060 | 1.490 | 0.234 |
| 153 | 74 | 52 | 10 | 3,095 | 0.009 | 0.162 | 2.549 | 0.236 |
| 155 | 154 | 160 | 24 | 2,411 | 0.006 | 2.152 | 4.252 | 0.297 |
| 157 | 160 | 162 | 24 | 3,143 | 0.005 | 2.322 | 4.046 | 0.326 |
| 159 | 162 | 150 | 24 | 2,805 | 0.004 | 2.322 | 3.893 | 0.335 |
| 161 | 164 | 122 | 10 | 2,045 | 0.005 | 0.117 | 1.890 | 0.232 |
| 163 | 166 | 114 | 8 | 3,052 | 0.009 | 0.000 | 0.000 | 0.000 |
| 17 | 18 | 16 | 18 | 1,524 | 0.009 | 0.934 | 3.947 | 0.260 |
| 171 | 174 | 56 | 15 | 1,574 | 0.011 | 1.133 | 4.707 | 0.343 |
| 173 | 52 | 174 | 15 | 1,503 | 0.015 | 1.062 | 5.137 | 0.307 |
| 175 | 176 | 154 | 8 | 1,821 | 0.004 | 0.098 | 1.767 | 0.294 |
| 177 | 178 | 180 | 12 | 5,302 | 0.012 | 0.490 | 3.886 | 0.297 |
| 179 | 180 | 182 | 18 | 3,501 | 0.009 | 1.142 | 4.335 | 0.281 |
| 183 | 182 | 10 | 21 | 4,662 | 0.004 | 1.632 | 3.433 | 0.345 |
| 19 | 20 | 18 | 18 | 1,276 | 0.008 | 0.817 | 3.684 | 0.249 |
| 21 | 22 | 20 | 15 | 2,093 | 0.011 | 0.758 | 4.079 | 0.284 |
| 23 | 24 | 22 | 15 | 1,256 | 0.013 | 0.720 | 4.302 | 0.264 |
| 25 | 26 | 24 | 15 | 782.356 | 0.013 | 0.696 | 4.270 | 0.259 |
| 27 | 28 | 26 | 15 | 2,132 | 0.013 | 0.595 | 4.118 | 0.238 |
| 29 | 30 | 28 | 12 | 650.207 | 0.011 | 0.478 | 3.681 | 0.303 |
| 31 | 32 | 30 | 12 | 1,050 | 0.009 | 0.415 | 3.261 | 0.299 |
| 33 | 34 | 32 | 8 | 1,005 | 0.008 | 0.080 | 2.104 | 0.225 |

**Golden Valley South Sewer System - Average Day Pipe Report**

| ID | From ID | To ID | Diameter (in) | Length (ft) | Slope | Total Flow (mgd) | Velocity (ft/s) | d/D |
|---|---|---|---|---|---|---|---|---|
| 35 | 36 | 38 | 12 | 936.292 | 0.004 | 0.259 | 2.223 | 0.280 |
| 37 | 38 | 32 | 12 | 1,037 | 0.006 | 0.335 | 2.666 | 0.296 |
| 39 | 16 | 40 | 18 | 823.842 | 0.010 | 0.934 | 4.137 | 0.252 |
| 41 | 40 | 42 | 18 | 683.463 | 0.006 | 0.934 | 3.453 | 0.287 |
| 43 | 42 | 44 | 18 | 1,343 | 0.004 | 0.934 | 3.134 | 0.307 |
| 45 | 44 | 46 | 18 | 1,708 | 0.005 | 1.056 | 3.298 | 0.324 |
| 47 | 46 | 48 | 18 | 738.285 | 0.008 | 1.056 | 4.018 | 0.281 |
| 49 | 48 | 50 | 18 | 775.665 | 0.005 | 1.056 | 3.415 | 0.316 |
| 55 | 56 | 50 | 15 | 821.204 | 0.010 | 1.200 | 4.512 | 0.369 |
| 57 | 50 | 58 | 24 | 1,162 | 0.009 | 2.435 | 5.064 | 0.287 |
| 59 | 58 | 60 | 24 | 959.994 | 0.013 | 2.486 | 5.826 | 0.263 |
| 61 | 60 | 62 | 24 | 1,273 | 0.009 | 2.554 | 5.225 | 0.290 |
| 63 | 62 | 64 | 24 | 1,054 | 0.004 | 2.588 | 4.008 | 0.355 |
| 65 | 64 | 66 | 24 | 1,282 | 0.005 | 2.682 | 4.185 | 0.353 |
| 67 | 66 | 150 | 24 | 2,252 | 0.006 | 2.710 | 4.525 | 0.336 |
| 69 | 70 | 72 | 10 | 1,089 | 0.006 | 0.162 | 2.287 | 0.255 |
| 71 | 72 | 74 | 10 | 1,331 | 0.011 | 0.162 | 2.723 | 0.225 |
| 75 | 76 | 78 | 15 | 1,089 | 0.011 | 0.900 | 4.353 | 0.307 |
| 77 | 78 | 80 | 15 | 1,066 | 0.009 | 0.900 | 4.108 | 0.320 |
| 79 | 80 | 82 | 15 | 427.611 | 0.007 | 0.900 | 3.700 | 0.346 |
| 85 | 86 | 90 | 10 | 1,864 | 0.014 | 0.039 | 1.973 | 0.105 |
| 87 | 90 | 92 | 10 | 1,167 | 0.013 | 0.162 | 2.926 | 0.214 |
| 89 | 92 | 94 | 12 | 898.058 | 0.006 | 0.307 | 2.566 | 0.286 |
| 91 | 94 | 96 | 12 | 772.949 | 0.010 | 0.382 | 3.407 | 0.273 |
| 93 | 96 | 98 | 12 | 880.279 | 0.009 | 0.382 | 3.251 | 0.282 |
| 95 | 98 | 100 | 12 | 1,217 | 0.011 | 0.382 | 3.445 | 0.271 |
| 97 | 102 | 104 | 10 | 736.805 | 0.004 | 0.178 | 1.996 | 0.301 |

**Golden Valley South Sewer System - Average Day Manhole Report**

| ID | Rim Elevation (ft) | Base Flow (mgd) | Total Flow (mgd) | Grade (ft) | Status |
|---|---|---|---|---|---|
| 10 | 2,524.00 | 0.071 | 0.071 | 2,508.51 | Not Full |
| 100 | 2,541.00 | 0.000 | 0.000 | 2,535.33 | Not Full |
| 102 | 2,611.00 | 0.178 | 0.178 | 2,605.25 | Not Full |
| 104 | 2,610.00 | 0.170 | 0.170 | 2,604.24 | Not Full |
| 108 | 2,592.00 | 0.000 | 0.000 | 2,582.28 | Not Full |
| 110 | 2,576.00 | 0.000 | 0.000 | 2,570.28 | Not Full |
| 112 | 2,564.00 | 0.000 | 0.000 | 2,558.26 | Not Full |
| 114 | 2,520.00 | 0.000 | 0.000 | 2,514.34 | Not Full |
| 116 | 2,480.00 | 0.067 | 0.067 | 2,476.54 | Not Full |
| 118 | 2,472.00 | 0.000 | 0.000 | 2,466.54 | Not Full |
| 12 | 2,506.00 | 0.069 | 0.069 | 2,494.56 | Not Full |
| 120 | 2,461.00 | 0.075 | 0.075 | 2,455.57 | Not Full |
| 122 | 2,430.00 | 0.036 | 0.036 | 2,424.64 | Not Full |
| 124 | 2,586.00 | 0.065 | 0.065 | 2,580.13 | Not Full |
| 126 | 2,580.00 | 0.059 | 0.059 | 2,574.17 | Not Full |
| 128 | 2,570.00 | 0.000 | 0.000 | 2,564.17 | Not Full |
| 130 | 2,560.00 | 0.063 | 0.063 | 2,554.25 | Not Full |
| 132 | 2,556.00 | 0.000 | 0.000 | 2,550.19 | Not Full |
| 134 | 2,540.00 | 0.315 | 0.315 | 2,534.29 | Not Full |
| 136 | 2,515.00 | 0.128 | 0.128 | 2,509.37 | Not Full |
| 138 | 2,562.00 | 0.052 | 0.052 | 2,556.14 | Not Full |
| 14 | 2,501.00 | 0.036 | 0.036 | 2,499.12 | Not Full |
| 140 | 2,558.00 | 0.076 | 0.076 | 2,552.19 | Not Full |
| 142 | 2,546.00 | 0.072 | 0.072 | 2,540.21 | Not Full |
| 144 | 2,532.00 | 0.071 | 0.071 | 2,526.23 | Not Full |
| 146 | 2,592.00 | 0.088 | 0.088 | 2,586.19 | Not Full |
| 152 | 2,468.00 | 0.058 | 0.058 | 2,462.15 | Not Full |
| 154 | 2,456.00 | 0.128 | 0.128 | 2,444.60 | Not Full |
| 156 | 2,484.00 | 0.060 | 0.060 | 2,478.16 | Not Full |
| 158 | 2,478.00 | 0.000 | 0.000 | 2,471.53 | Not Full |
| 16 | 2,501.00 | 0.000 | 0.000 | 2,495.38 | Not Full |
| 160 | 2,436.00 | 0.170 | 0.170 | 2,430.65 | Not Full |
| 162 | 2,420.00 | 0.000 | 0.000 | 2,415.67 | Not Full |
| 164 | 2,440.00 | 0.117 | 0.117 | 2,434.19 | Not Full |
| 166 | 2,548.00 | 0.000 | 0.000 | 2,542.00 | Not Full |
| 174 | 2,492.00 | 0.071 | 0.071 | 2,486.43 | Not Full |
| 176 | 2,457.00 | 0.098 | 0.098 | 2,452.20 | Not Full |
| 178 | 2,630.00 | 0.490 | 0.490 | 2,624.30 | Not Full |
| 18 | 2,514.00 | 0.117 | 0.117 | 2,508.39 | Not Full |
| 180 | 2,565.00 | 0.652 | 0.652 | 2,559.42 | Not Full |
| 182 | 2,533.00 | 0.490 | 0.490 | 2,526.60 | Not Full |
| 20 | 2,524.00 | 0.059 | 0.059 | 2,518.37 | Not Full |
| 22 | 2,546.00 | 0.038 | 0.038 | 2,540.36 | Not Full |
| 24 | 2,562.00 | 0.024 | 0.024 | 2,556.33 | Not Full |
| 26 | 2,572.00 | 0.101 | 0.101 | 2,566.32 | Not Full |
| 28 | 2,600.00 | 0.117 | 0.117 | 2,594.30 | Not Full |
| 30 | 2,608.00 | 0.063 | 0.063 | 2,601.30 | Not Full |
| 32 | 2,621.00 | 0.000 | 0.000 | 2,610.30 | Not Full |
| 34 | 2,624.50 | 0.080 | 0.080 | 2,618.65 | Not Full |
| 36 | 2,626.00 | 0.259 | 0.259 | 2,620.28 | Not Full |
| 38 | 2,628.00 | 0.076 | 0.076 | 2,616.30 | Not Full |

**Golden Valley South Sewer System - Average Day Manhole Report**

| ID | Rim Elevation (ft) | Base Flow (mgd) | Total Flow (mgd) | Grade (ft) | Status |
|---|---|---|---|---|---|
| 40 | 2,494.00 | 0.000 | 0.000 | 2,487.43 | Not Full |
| 42 | 2,490.00 | 0.000 | 0.000 | 2,484.46 | Not Full |
| 44 | 2,489.00 | 0.122 | 0.122 | 2,478.49 | Not Full |
| 46 | 2,476.00 | 0.000 | 0.000 | 2,470.42 | Not Full |
| 48 | 2,470.00 | 0.000 | 0.000 | 2,464.47 | Not Full |
| 50 | 2,470.00 | 0.179 | 0.179 | 2,460.57 | Not Full |
| 52 | 2,515.00 | 0.900 | 0.900 | 2,509.38 | Not Full |
| 56 | 2,478.00 | 0.067 | 0.067 | 2,468.46 | Not Full |
| 58 | 2,458.00 | 0.051 | 0.051 | 2,450.53 | Not Full |
| 60 | 2,450.00 | 0.068 | 0.068 | 2,438.58 | Not Full |
| 62 | 2,436.00 | 0.034 | 0.034 | 2,427.21 | Not Full |
| 64 | 2,432.00 | 0.094 | 0.094 | 2,422.71 | Not Full |
| 66 | 2,427.00 | 0.028 | 0.028 | 2,416.67 | Not Full |
| 70 | 2,563.00 | 0.162 | 0.162 | 2,557.21 | Not Full |
| 72 | 2,556.00 | 0.000 | 0.000 | 2,550.19 | Not Full |
| 74 | 2,542.00 | 0.000 | 0.000 | 2,536.20 | Not Full |
| 76 | 2,522.00 | 0.900 | 0.900 | 2,516.38 | Not Full |
| 78 | 2,510.00 | 0.000 | 0.000 | 2,504.40 | Not Full |
| 80 | 2,500.00 | 0.000 | 0.000 | 2,494.43 | Not Full |
| 82 | 2,498.00 | 0.000 | 0.000 | 2,491.55 | Not Full |
| 86 | 2,622.00 | 0.039 | 0.039 | 2,610.09 | Not Full |
| 90 | 2,590.00 | 0.123 | 0.123 | 2,584.18 | Not Full |
| 92 | 2,575.00 | 0.145 | 0.145 | 2,569.29 | Not Full |
| 94 | 2,572.00 | 0.075 | 0.075 | 2,564.27 | Not Full |
| 96 | 2,562.00 | 0.000 | 0.000 | 2,556.28 | Not Full |
| 98 | 2,554.00 | 0.000 | 0.000 | 2,548.27 | Not Full |

**Golden Valley South Sewer System - Average Day Outlet Report**

| ID | Flow (mgd) | Grade (ft) |
|---|---|---|
| 150 | 7.95 | 2,403.67 |

# Appendix F

## Facility Phasing

ST-RH038354

# Phasing Plan for Water Facilities

Facility phasing for the Golden Valley Ranch water system was prepared to provide a model for system development. The Phasing Plan, presented in Appendix A, identifies each of the seven phases and the parcels within each phase. From this plan, water demands were calculated per phase and the infrastructure required to support the phase were determined. This information is presented in tabular format on each phasing figure. There are eight phasing figures following this document.

Each system phase was hydraulically modeled using MWH Soft's, H2OMap Water. The model results are presented graphically on output maps, which follow each phasing figure. All system models, for each phase, indicate acceptable pressures within the development.

Phase 1A is the initial development of GVR. The parcels included in the phase are located in each of the three pressure zones. The required infrastructure for Phase 1A includes a 1.0-MG tank and two wells. This system, as depicted on the Phase 1A figure, is the initial infrastructure for the 2750 pressure zone. The parcels scheduled for service in Phase 1A extend into both the 2850 and 2650 pressure zones. A pressure reducing station will be required to extend service into the 2650 zone, and the 2850 zone will meet minimum pressures while being connected to the 2750 zone system. The 2850/2750 zone interconnection will be converted to a pressure reducing station in Phase 1B.

Phase 1B requires a significant amount of additional infrastructure to be constructed. The 2850 zone system is planned to come online with 1.2 MG storage capacity and two wells. Two additional wells and two 1.0 MG tanks are required for the 2750 zone which finalizes the 2750 North system. The 2650 zone continues to be serviced from the 2750 zone through a PRV.

Phase 2 requires a pressure reducing station from the 2850 zone to improve the residual pressure in the upper end of the 2750 pressure zone during high demand scenarios such as peak hour and fire events.

Phase 3 requires the construction of the 2650 South system, which includes two 1.0-MG tanks and three wells. Additional storage capacity is required for both the 2750 and 2850 zone systems. The pressure reducing station installed in phase 1A to service the 2650 zone should be adjusted to only become active during excessive pressure loss (i.e. reliability connection). A booster station from the 2650 South reservoir may be required to improve pressure in the 2850 zone during high demand events.

Phase 4 requires building the 2750 South system. The 2750 South reservoir site is to be constructed and will be supplied by a pump station to be constructed at the 2650 South reservoir site The pressure reducing station, providing pressure to the 2750 zone during high flow scenarios, should be adjusted to only become active during emergencies. In this phase, all pressure zones operate independent of each other with reliability connections through pressure reducing stations. Additional storage is required in both the 2650 and 2850 zone systems.

Phase 5 infrastructure includes the 2650 north reservoir site. The site will be served by two wells. Phases 6 and 7 require both additional storage and wells. At completion of phase 7, all Golden Valley Ranch Master Planned Community parcels are serviceable. Additional infrastructure may be required to serve offsite parcels included in this system plan.