

PHASE 1A — FIGURE F-1A PHASE 1A WATER PLAN — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN

ST-RH038356

**Golden Valley Ranch Phase 1A - Residual Pressures During Average Day**



ST-RH038357

# Golden Valley Ranch Phase 1A - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038358

# Golden Valley Ranch Phase 1A - Residual Pressures During Peak Hour

