

FIGURE F-6 PHASE 6 WATER PLAN — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN — Stanley Consultants Inc., FEB 2006



**Golden Valley Ranch Phase 6 - Residual Pressures During Average Day**

Prepared By: BJH

Date: Friday, February 10, 2006