

FIGURE F-2 PHASE 2 WATER PLAN — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN — Stanley Consultants Inc., FEB 2006

# Golden Valley Ranch Phase 2 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

# Golden Valley Ranch Phase 2 - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038368

# Golden Valley Ranch Phase 2 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038369