

FIGURE F-3 PHASE 3 WATER PLAN — GOLDEN VALLEY RANCH WATER AND SEWER MASTER PLAN — Stanley Consultants Inc., FEB 2006

# Golden Valley Ranch Phase 3 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038371

# Golden Valley Ranch Phase 3 - Residual Pressures During Maximum Day



# Golden Valley Ranch Phase 3 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038373