

# Golden Valley Ranch Phase 5 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038379

# Golden Valley Ranch Phase 5 - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038380

# Golden Valley Ranch Phase 5 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038381

# Golden Valley Ranch Phase 6 - Residual Pressures During Maximum Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038382

# Golden Valley Ranch Phase 6 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038383