

| PHASE 7 | |
|---|---|
| **Phase 7 Demands** | |
| 2850 Zone Max Day Demand | 0.000  mgd |
| 2750 Zone Max Day Demand | 0.764  mgd |
| 2650 Zone Max Day Demand | 0.526  mgd |
| Total Phase 4 Max Day Demand | 1.290  mgd |
| 2850 Zone Fire Flow (School) | 4,000  gpm |
| 2750 Zone Fire Flow (Town Center) | 5,000  gpm |
| 2650 Zone Fire Flow (Town Center) | 3,500  gpm |
| **Infrastructure Required for Phase 7** | |
| 2850 Zone Wells @ 1,500 gpm/well | 0  wells |
| 2850 Zone Storage Volume | 960,000  gallons |
| 2750 Zone Wells @ 1,500 gpm/well | 1  wells |
| 2750 Zone Storage Volume | 1,343,000  gallons |
| 2650 Zone Wells @ 1,500 gpm/well | 1  wells |
| 2650 Zone Storage Volume | 939,000  gallons |
| **Infrastructure Required through Phase 7** | |
| 2850 Zone Wells @ 1,500 gpm/well | 3  wells |
| 2850 Zone Storage Volume | 1,558,000  gallons |
| 2750 Zone Wells @ 1,500 gpm/well | 9  wells |
| 2750 Zone Storage Volume | 4,839,000  gallons |
| 2650 Zone Wells @ 1,500 gpm/well | 5  wells |
| 2650 Zone Storage Volume | 2,556,000  gallons |

## LEGEND

- ∨∨ ZONE BOUNDARY
- ∨∨ EXISTING PIPELINE
- ∨∨ ADDITIONAL PIPELINE
- ▨ EXISITING PARCELS SERVED
- ▨ ADDITIONAL PARCELS SERVED

NORTH

GRAPHIC SCALE

1500   0   1500   3000

( IN FEET )

## FIGURE F-7
## PHASE 7 WATER PLAN

## GOLDEN VALLEY RANCH
## WATER AND SEWER
## MASTER PLAN

FEB 2006

**Stanley Consultants** INC.
5820 S. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89119   (702) 369-9396

ST-RH038384

# Golden Valley Ranch Phase 7 - Residual Pressures During Average Day



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038385



# Golden Valley Ranch Phase 7 - Residual Pressures During Peak Hour



Prepared By: BJH

Date: Friday, February 10, 2006

ST-RH038387