# RHODES HOMES ARIZONA L.L.C.
## GOLDEN VALLEY RANCH WELL #1
## MOHAVE COUNTY, ARIZONA

FEBRUARY 2006

**PRELIMINARY**
**NOT FOR CONSTRUCTION**



PROJECT LOCATION MAP
Scale: NTS

WELL SITE



VICINITY MAP
Scale: NTS

PROJECT SITE

| DRAWING No. | SHEET No. | DESCRIPTION |
|---|---|---|
| G1 | 1 | TITLE SHEET & SHEET INDEX |
| C1 | 2 | SITE PLAN & DISCHARGE PLAN |
| WP1 | 3 | PUMP DETAILS |
| WP2 | 4 | PUMP & DISCHARGE DETAILS |
| WP3 | 5 | DETAILS |
| PP1 | 6 | PUMP TO WASTE PLAN AND PROFILE |
| E001–E012 | 7–18 | ELECTRICAL |
| I001–I002 | 19–20 | INSTRUMENTATION |

BASIS OF BEARINGS
NORTH 00°12'47" EAST — THE EAST LINE OF THE SOUTHEAST QUARTER (SE 1/4)
OF SECTION 27, TOWNSHIP 21 NORTH, RANGE 18 WEST, GILA & SALT RIVER
MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA
COORDINATE SYSTEM OF 1983 (AZ83–WIF), WEST ZONE, INTERNATIONAL FOOT,
UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS. N.G.S.D "SD
35" — LATITUDE 35°09'22.43232"N LONGITUDE 114°10:54.50575"W (NAD 83)
HEIGHT 2465.5665411 (NAVD'88)

BENCHMARK
BENCHMARK "FLAT S" M.C.S.D.
ELEVATION = 2636.468ft (NAVD 29)
CONVERSION = 2.902 ft±M (NAVD 88) — 2.946 = 2639.468ft (NAVD 29)
DESCRIPTION: 1 1/2" ALUMINUM CAP IN CONCRETE STAMP MOHAVE COUNTY
1999 "RLS 10343" LOCATED AT THE SOUTHEAST CORNER OF AZTEC ROAD &
BIXLA DRIVE

DEVELOPER
RHODES HOMES ARIZONA LLC
2215 W ALAYNA MTN RD
SUITE III
KINGMAN, ARIZONA 86401
(928) 718-2216

ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

APPROVAL

ADEQ _____ DATE _____

MOHAVE COUNTY _____ DATE _____

RHODES HOMES _____ DATE _____



5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9763
www.stanleygroup.com

Stanley Consultants INC.

| | |
|---|---|
| SCALE (H) AS NOTED | |
| SCALE (V) NA | |
| DRAWN BY MB | |
| CHECKED BY DKS | |
| DATE 02-01-2006 | |

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH WELL #1
COVER SHEET
MOHAVE COUNTY ARIZONA

SHEET G1
1 OF 35 SHEETS



PRELIMINARY
NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
SITE PLAN

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

ST-RH038728



**PRELIMINARY**
**NOT FOR CONSTRUCTION**

## VALVE AND EQUIPMENT SCHEDULE

| NO. | DESCRIPTION | SIZE | JOINT TYPE | REMARKS |
|---|---|---|---|---|
| 1 | ELECTRIC MOTOR | 600 HP | | N.I.C. BY PUMP EQUIPMENT SUPPLIER |
| 2 | DISCHARGE HEAD | 12" DISCHARGE | | N.I.C. BY PUMP EQUIPMENT SUPPLIER |
| 3 | AIR/VAC ASSEMBLY | 1" | | AFCO SERIES 140 |
| 4 | COMB AIR VAC/AIR RELEASE DEEP WELL AIR VENT | 2" | | AFCO SERIES 140 DAT |
| 5 | BUTTERFLY VALVE | 12" | FL. X FL. | |
| 6 | SILENT CHECK VALVE | 12" | FL. X FL. | OCV SERIES 94-3 |
| 7 | SPOOL PIECE | 12" | FL. X FL. | |
| 8 | MAGNETIC FLOWMETER | 12" | FL. X FL. | |
| 9 | SPOOL PIECE W/OUTLET | 12" | FL. X FL. | |
| 10 | COMB AIR VAC/AUTOMATIC RELEASE VALVE ASSEMBLY | 12" | FL. X FL. | |
| 11 | AIR/VAC ASSEMBLY | 1" | | AFCO 1450 |
| 12 | AUTOMATIC CONTROL VALVE | 12" | FL. X FL. | ELECTRIC MOTOR ACTUATOR |
| 13 | AUTOMATIC CONTROL VALVE | 8" | FL. X FL. | OCV SERIES 128 |
| 14 | BUTTERFLY VALVE | 8" | FL. X FL. | HAND WHEEL OPERATOR |
| 15 | TEE | 12" x 12" x 8" | FL. X FL. X FL. | MINIMUM LENGTH OF 3 PIPE DIAMETERS |
| 16 | BALL VALVE | 1 | THREADED | STAINLESS MAG. FLOW |
| 17 | SPOOL PIECE WITH TAP | 8" | FL. X FL. | MINIMUM LENGTH OF 3 PIPE DIAMETERS |
| 18 | SWING ADAPTATION VALVE | 12" | FL. X FL. | HAND WHEEL OPERATOR |
| 19 | TEE | 8" x 8" x 8" | FL. X FL. X FL. | |
| 20 | 90° BEND | 12" | FL. X FL. | |
| 21 | 90° BEND | 12" | FL. X FL. | |
| 22 | STATIC MIXER | 12 | | KOFLO SERIES 512 2 ELEMENT |

FL = FLANGE



RHODES HOMES ARIZONA, LLC

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

GOLDEN VALLEY RANCH WELL #1
PUMP AND DISCHARGE DETAILS
MOHAVE COUNTY                                        ARIZONA

SCALE (H) 1" = 2'
SCALE (V) NA
DRAWN BY  B. Curtis
CHECKED BY
DATE  02-01-2006

SHEET
WP1

ST-RH038729



PRELIMINARY
NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
DETAILS

Stanley Consultants INC.

1820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 269-9396 Fax (702) 369-9792
www.stanleygroup.com

SCALE (H) 1" = 20'
SCALE (V) NA
DRAWN BY B. Curtis
CHECKED BY
DATE 02-01-2005

ST-RH038730





PROFILE

PLAN

PRELIMINARY
NOT FOR CONSTRUCTION

| RHODES HOMES ARIZONA, LLC | | Stanley Consultants INC. | | |
| --- | --- | --- | --- | --- |
| GOLDEN VALLEY RANCH WELL #1 | | | | |
| DISCHARGE PIPE PLAN AND PROFILE | | | | |
| MOHAVE COUNTY | ARIZONA | | | |

ST-RH038732



ST-RH038733



DWG FILE: 1175_0_E003.dwg    8:54am    PLOTTED: Mar 07, 2006 gfton



**3-PHASE PANEL SCHEDULE**
N.T.S

**1-PHASE PANEL SCHEDULE**
N.T.S



**SHORT CIRCUIT CALCULATIONS**
N.T.S



DL engineering & controls
2550 N. Central Ave. Ste. 1500  Phx., AZ 85012



| RHODES HOMES ARIZONA, LLC | | Stanley Consultants INC. | 5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada  89119<br>(702) 369-9396  Fax (702) 260-3793<br>www.stanleygroup.com | SCALE (H)  NONE |
| GOLDEN VALLEY RANCH WELL #1 | | | | SCALE (V)  NONE |
| PANEL SCHEDULE AND SHORT | | | | DRAWN BY  GAF |
| CIRCUIT CALCS | | | | CHECKED BY  BDD |
| MOHAVE COUNTY | | ARIZONA | | DATE  3/7/2006 |

SHEET E003
9 OF 20 SHEETS





WELL PUMP NO. 1 SCHEMATIC

RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
SCHEMATIC/CONNECTION
DIAGRAM - SHEET 1

MOHAVE COUNTY                              ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

DLengineering
&controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

SHEET
E005
1 OF 36 SHEETS
(38463 07 05)

ST-RH038737

DWG FILE: 1175.0_E006.dwg   8:06am   PLOTTED: Mar 07, 2006 gRon

NOTES:

WELL PUMP NO.1 CONNECTION DIAGRAM

WELL PUMP NO.1 CIRCUIT SCHEDULE



RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
SCHEMATIC/CONNECTION DIAGRAM
– SHEET 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-4396 fax (702) 369-9703
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GAF
CHECKED BY BDD
DATE 3/7/2006

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Pho., AZ 85012

E006









ST-RH038742

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx. AZ 85012

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC | SCALE (H) NONE |
| | SCALE (V) NONE |
| GOLDEN VALLEY RANCH WELL #1 | DRAWN BY GAF |
| STANDARD DETAILS - SHEET 2 | CHECKED BY BDD |
| MOHAVE COUNTY          ARIZONA | DATE 3/7/2006 |

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9765
www.stanleygroup.com

SHEET
EO11
17 of 20 SHEETS

ST-RH038743



SYSTEM COMMUNICATIONS/TELEMETRY DIAGRAM

A
12

PLC

PLC CABINET (MU-100)

WIRELESS I/O MODULE

RADIO TRANSCEIVER

WELL SITE

(900-700MHz ISM BAND)
LICENSE FREE

TO/FROM FUTURE WELL SITES

WIRELESS I/O MODULE

RTU CABINET (RCU-400)

RESERVOIR SITE (NOT WITHIN SCOPE OF THIS PROJECT)





RHODES HOMES ARIZONA, LLC

GOLDEN VALLEY RANCH WELL #1
SYSTEM COMMUNICATIONS
ARCHITECTURE

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 360-3306 Fax (702) 360-9793
www.stanleygroup.com

SCALE (H)  NONE
SCALE (V)  NONE
DRAWN BY  JAF
CHECKED BY  BDD
DATE  3/7/2006

SHEET
E012
18 OF 29 SHEETS

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012





DWG FILE: 1175.00.101_EC01.dwg    8:34am    PLOTTED: Mar 07, 2006 gfron

# MOHAVE COUNTY, AZ.
# GOLDEN VALLEY RANCH
# WELL NO. 1

RTU DESIGN

RTU-100

NOTES
90%
PRELIMINARY

REVISIONS

| REV. | BY | DATE | DESCRIPTION |
|------|----|------|-------------|
|      |    |      |             |
|      |    |      |             |
|      |    |      |             |

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

COVER
SHEET

| DRAWN BY: | GAF |
| DESIGNED BY: | GAF |
| CHECKED BY: | EH |

PROJECT NO.
1175.00.101

SUBMITTAL DATE
MARCH 2006

DRAWING NUMBER
EC01

SHEET 1 OF 15




Registered Professional
Engineer (Electrical)
31724
BRIAN D.
DOWNING
CERTIFICATE
Date


DL engineering
& controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

Stanley Consultants INC.

ST-RH038747

DWG FILE: 1175.00.101_EC02.dwg    8:35am    PLOTTED: Mar 07, 2006 gfron

MOHAVE COUNTY, AZ.
GOLDEN VALLEY RANCH WELL NO. 1
RTU DESIGN
SHEET INDEX

| SHEET | DRAWING TITLE |
|-------|---------------|
| EC01 | COVER SHEET |
| EC02 | SHEET INDEX |
| EC03 | ELECTRICAL SYMBOLS & ABBREVIATIONS |
| EC04 | ISA TABLE AND COMMON LEGENDS SHEET |
| EC05 | BILL OF MATERIALS |
| EC06 | RTU ENCLOSURE LAYOUT |
| EC07 | RTU PANEL LAYOUT |
| EC08 | TERMINAL BLOCK & DEVICE DETAILS |
| EC09 | COMMUNICATION SYSTEMS ARCHITECTURE |
| EC10 | POWER DISTRIBUTION SCHEMATIC |
| EC11 | SLOT 1 ANALOG INPUT SCHEMATIC |
| EC12 | SLOT 2 ANALOG INPUT SCHEMATIC |
| EC13 | SLOT 3 DISCRETE INPUT SCHEMATIC |
| EC14 | SLOT 4 DISCRETE INPUT SCHEMATIC |
| EC15 | SLOT 5 DISCRETE OUTPUT SCHEMATIC |

REV. | DATE | DESCRIPTION
REVISIONS

NOTES
90%
PRELIMINARY

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ



Registered Professional Engineer
CERTIFICATE NO.
31724
BRIAN D.
DOWNING
(Electrical)





DL engineering & controls
3550 N. Central Ave. Ste. 1900 Phx., AZ 85012

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| DRAWN BY: GAF | PROJECT NO. 1175.00.101 |
| DESIGNED BY: GAF | SUBMITTAL DATE: MARCH 2006 |
| CHECKED BY: EH | DRAWING NUMBER EC02 |

SHEET INDEX

SHEET 2 OF 15



DWG FILE: 1175.00.101_EC04.dwg     8:35am     PLOTTED: Mar 07, 2005 qfran

MOHAVE COUNTY, AZ.
GOLDEN VALLEY RANCH WELL NO. 1
RTU DESIGN
ISA TABLE AND COMMON LEGENDS SHEET

ISA INSTRUMENT IDENTIFICATION TABLE



| | FIRST LETTERS | | SUCCEEDING LETTERS | | |
|---|---|---|---|---|---|
| | MEASURED OR INITIATING VARIABLE | MODIFIER | READOUT OR PASSIVE FUNCTION | OUTPUT FUNCTION | MODIFIER |
| A | ANALYZER | | ALARM | | |
| B | BURNER, COMBUSTION | | | | |
| C | CONDUCTIVITY | | | CONTROL | |
| D | DENSITY | DIFFERENTIAL | | | |
| E | VOLTAGE | | ELEMENT | | |
| F | FLOW | RATIO | | | |
| G | GAUGE | | GLASS, VIEWING DEVICE | | |
| H | HAND | | | | HIGH |
| I | CURRENT | | INDICATE | | |
| J | POWER | SCAN | | | |
| K | TIME, TIME SCHED. | TIME RATE OF CHANGE | | CONTROL STATION | |
| L | LEVEL | | LIGHT | | LOW |
| M | MOTION | | | | MIDDLE |
| N | INTRUSION | | | | NORMAL |
| O | INTRUSION | | ORIFICE, RESTRICTION | | OPEN |
| P | PRESSURE | | POINT CONNECTION | | STOP |
| Q | QUANTITY | INTEGRATE, TOTALIZE | | | |
| R | RADIATION | | RECORD, OR PRINT | | REMOTE |
| S | SPEED, FREQUENCY | SAFETY | | SWITCH | START |
| T | TEMPERATURE | | | TRANSMIT | |
| U | MULTIVARIABLE | | MULTIFUNCTION | MULTIFUNCTION | MULTIFUNCTION |
| V | VIBRATION | | | VALVE, LOUVER | |
| W | WEIGHT | | WELL | | |
| X | MOTOR EVENT, STATE, OR PRESENCE | X-AXIS | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| Y | | Y-AXIS | | RELAY, COMPUTE, CONVERT | |
| Z | POSITION | Z-AXIS | | DRIVER, ACTUATOR, FINAL CONTROL ELEMENT | |

**FIELD WIRES TAG LEGEND**

DEVICE NAME/7BXX-00
— TERMINAL NO.
— FIELD DEVICE TAG NO

**PANEL POWER WIRES TAG LEGEND**

7BXX-03/7BXX-03
— TO TERMINAL NO.
— TO TERMINAL STRIP NO.
— FROM TERMINAL NO.
— FROM TERMINAL STRIP NO.

**PANEL I/O WIRES TAG LEGEND**

0#2/7BXX-03
— INPUT POINT NO.
— TERMINAL STRIP NO.
— CHANNEL #
— SLOT #
0=OUTPUT I=INPUT

**COLOR CODE CHART FOR 22 AWG BELDEN PAIRED CABLE NO. 8761**

BLACK     CLEAR
[BLK] [CLR]
1st
2nd

**PANEL WIRING IDENTIFICATION**

BLACK  —  120VAC  LINE
WHITE  —  120VAC NEUTRAL
GREEN  —  GROUND
ORANGE —  DC POSITIVE
BLUE   —  DC COMMON

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

ISA TABLE &
COMMON LEGENDS SHEET

DRAWN BY: QAF
DESIGNED BY: QAF
CHECKED BY: EH

PROJECT NO. 1175.00.101
SUBMITTAL DATE: MARCH 2006
DRAWING NUMBER EC04
SHEET 4 OF 15

REVISIONS
REV | BY | DATE | DESCRIPTION

NOTES
90%
PRELIMINARY

Registered Professional Engineer
31724
BRIAN D. DOWNING
(Electrical)

DL engineering & controls
3550 N. Central Ave. Ste. 1900 Pho., AZ 85012

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

DWG FILE: 1175.00.101_EC05.dwg    8:36cm    PLOTTED: Mar 07, 2006 gfron

| ITEM # | QTY | MANUFACTURER | CAT. NO. | DESCRIPTION |
|---|---|---|---|---|
| 101 | 1 | MODICON | E984-245 | 386 BASED COMPACT CONTROLLER W/ 512K MEMORY, 1-MODBUS PORTS, 1- MODBUS+ PORT |
| 102 | 1 | MODICON | AS-P120-125 | POWER SUPPLY COMPACT 120 VAC INPUT VOLTAGE, 24VDC OUTPUT VOLTAGE, 1.5A @ 24VDC |
| 103 | 1 | MODICON | DTK-200 | PROCESSOR AND 3/4/0 SLOT BASE CHASSIS |
| 104 | 1 | MODICON | DTK-201 | 5/4/0 SLOT BASE CHASSIS |
| 110 | 2 | MODICON | AS-BDEP-216 | I/O MODULE, COMPACT, DC DIGITAL INPUT, 24VDC, 16-CH ISOLATED |
| 112 | 1 | MODICON | AS-BDAP216N | I/O MODULE, COMPACT, DC DIGITAL OUTPUT, 24VDC, 16-CH |
| 115 | 2 | MODICON | AS-BADU-206 | I/O MODULE, COMPACT, DC ANALOG INPUT, 24VDC, 4-CH, 12 BIT |
| 119 | 1 | NOBRARA | CNOE-900 | I/O MODULE, COMPACT, ETHERNET & SERIAL OPTION MODULE |
| 172 | 1 | MODICON | XBT-G5330 | TSX COMPACT ETHERNET & SERIAL OPTION MODULE |
| 201 | AR | ALLEN-BRADLEY | 1492-DR6 | MAGELIS 10" HMI GRAPHIC COLOR TERMINAL W/ TOUCHSCREEN, ETHERNET/ IP COM. & RS-232 PORT |
| 201 | AR | ALLEN-BRADLEY | 1492-EA35 | END ANCHOR |
| 202 | 20 | ALLEN-BRADLEY | 1492-GM35 | TERMINAL MOUNTING RAIL, HI-RISE, ALUMINUM |
| 210 | 8 | PHOENIX CONTACT | 3004142 | FUSE BLOCK, GROUP MARKING CARRIER |
| 211 | 10 | ALLEN-BRADLEY | 1492-W4 | FUSE BLOCK, UK5-HESI, SINGLE CIRCUIT, 250V, BFILED |
| 215 | 16 | ALLEN-BRADLEY | 1492-W4P | TERMINAL BLOCK, SINGLE CIRCUIT, 600V, GRAY |
| 219 | 69 | ALLEN-BRADLEY | 1492-W4 | TERMINAL BLOCK, DOUBLE LEVEL W/ PLUGGABLE TOP LEVEL |
| 221 | 3 | ALLEN-BRADLEY | 1492-WG4 | TERMINAL BLOCK, SINGLE CIRCUIT, GROUNDING |
| 222 | 56 | ALLEN-BRADLEY | 1492-FP4 | FUSE PLUG FOR 1492-W4P PLUGGABLE TERMINAL BLOCKS |
| 223 | 13 | ALLEN-BRADLEY | 1492-F424 | FUSE PLUG INSERT W/ BFL 10-57VADC WORKING VOLTAGE, 10A MAX @ 250V. PROVIDE FAST BLOW FUSES PER WIRING DIAGRAMS. |
| 225 | 13 | ALLEN-BRADLEY | 1492-N84 | DISCONNECT PLUG FOR 1492-WD4P AND 1492-W4P |
| 232 | 6 | ALLEN-BRADLEY | 1492-CB1G5 | CIRCUIT BREAKER, 5A |
| 234 | 1 | ALLEN-BRADLEY | 1492-CB1G15 | CIRCUIT BREAKER, 15A |
| 235 | 1 | ALLEN-BRADLEY | 1492-CB1G20 | CIRCUIT BREAKER, 20A |
| 300 | 1 | HOFFMAN | A48H36FLP | ENCLOSURE STAND, FLOOR MOUNT 24" HEIGHT |
| 301 | 1 | HOFFMAN | AFK24Y6 | ENCLOSURE, NEMA 3R, SINGLE DOOR, (48"H X 36"W X 16"D), WHITE INTERIOR AND EXTERIOR |
| 302 | 1 | HOFFMAN | A-NADFK | SWING PANEL KIT |
| 303 | 1 | HOFFMAN | A-48P36 | SUBPANEL, WHITE, (48"H x 36"W) |
| 304 | 1 | HOFFMAN | ALF18D18R | 18" CABINET FLOURESCENT STRIP LIGHT W/ DOOR SWITCH |
| 305 | 1 | HOFFMAN | A-36P30 | SWING OUT SUBPANEL (27" X 33") |
| 377 | 1 | ANY | ANY | GROUNDING BAR |
| 380 | AR | PANDUIT | F2X4LG6 , C2LG6 | 2 X 4 PLASTIC WIRING DUCT TYPE "F" W/COVER STYLE "C" |
| 382 | 1 | PROAIR | CR23-0216-G002 | PANEL MOUNTED AIR CONDITIONER, NEMA 3R, 115 VAC, 1400/1600 BTU, 4.5A, COLOR MATCH TO CABINET |
| 398 | 2 | ANY | ANY | SIMPLEX RECEPTACLE, WHITE, 125V/15A, W/BOX AND BRUSHED ALUMINUM COVER |
| 399 | 1 | ANY | ANY | DUPLEX RECEPTACLE, WHITE, 125V/15A, W/BOX AND BRUSHED ALUMINUM COVER |
| 405 | 1 | IDEC | PS5R-SF24 | POWER SUPPLY, 24VDC, 120W |
| 406 | 1 | IDEC | RH2B-UL-AC120V | RELAY, 120VAC COIL, DPDT |
| 410 | 1 | IDEC | RH2B-UL-DC24V | RELAY, 24VDC COIL, DPDT |
| 421 | 2 | IDEC | SH2B-05C | RELAY SOCKET, DIN RAIL MOUNT, FINGERSAFE |
| 422 | 16 | IDEC | ST-REL 2-KG 24/1 | RELAY SOCKET, DIN RAIL MOUNT, FINGERSAFE FOR MINI RELAYS |
| 423 | 16 | PHOENIX CONTACT | URELG 2 | RELAY, 24VDC COIL, SPST MINI RELAYS |
| 450 | 1 | MTL SURGE | MA15/DV1/SI | 120/240 VAC, 15A, SURGE SUPPRESSOR AND FILTER |
| 451 | 8 | PHOENIX CONTACT | TF-2-PE-24VDC | SURGE SUPPRESSOR, 24VDC, 2 WIRE LOOP PROTECTION |
| 703 | 1 | POWERWAVE | PWS115/750 | UPS, 120 VAC, 750 VA |
| 802 | AR | ANY | ANY | COMMUNICATION CABLE (CAT 5 ETHERNET) |
| 853 | 2 | TIMES MICROWAVE | EZ-900-NMC | N-MALE CONNECTOR |
| 854 | 1 | TIMES MICROWAVE | GK-S900T | ANTENNA LEAD GROUNDING KIT FOR LMR-900 |
| 885 | 1 | PHOENIX CONTACT | LMR-400 | ANTENNA CABLE, 50 OHM COAXIAL WATERTIGHT (REQUIRES ADAPTER TO CONNECT TO MODULE) |
| 900 | 1 | POLYPHASER | IS-50NX-C2 | BROADBAND COAXIAL SURGE PROTECTOR, BULKHEAD MOUNT |
| 900 | 1 | PHOENIX CONTACT | 2867351 | ANTENNA, 7 ELEMENT YAGI, 8dB GAIN, W/ TYPE NFJ CONNECTOR (REQUIRES CABLE ADAPTER) |
| 951 | 1 | RACO | CELLULARM | VERBATIM, W/ CELLULAR AUTODIALER, VOICE OVER NETWORK ALARM SYSTEM, 32 CHANNEL, NEMA 4X ENCLOSURE INCLUDED. |
| 952 | 1 | HOFFMAN | ATEMNO | RTU ENCLOSURE TEMPERATURE SWITCH |
| 953 | 1 | PHOENIX CONTACT | RAD-ISM-900-SET-BD | TWO WAY TRANSCEIVER SET, 1: 4/20mA AI, 1: 4/20mA AO, 2: DI, 3: DO |
| 954 | 1 | PHOENIX CONTACT | RAD-CAT-BD-REL | 8 OUTPUT CHANNEL EXPANSION MODULE |
| 955 | 1 | PHOENIX CONTACT | | |







DL engineering & controls
3550 N. Central Ave., Phoenix, AZ 85012

Stanley Consultants INC.

NOTES
90%
PRELIMINARY

BILL
OF
MATERIALS

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

REVISIONS
REV | BY | DATE | DESCRIPTION

DRAWN BY: GAF
DESIGNED BY: GAF
CHECKED BY: EH

PROJECT NO. 1175.00.101
SUBMITTAL DATE: MARCH 2006
SHEET 5 OF 15
DRAWING NUMBER: EC05



DWG FILE: 1175.00.101_EC07.dwg    8:43am    PLOTTED: Mar 07, 2006 gfron



**NOTES:**

1. BILL OF MATERIALS IS ON DRAWING EC005

2. THE TRANSCEIVER MODULES COME AS A SET PROVIDE SISTER MODULE TO THE RESERVOIR #1 SITE RIO-400 FOR SYSTEM COMMUNICATIONS. COORDINATE THE RADIO LINK AS REQUIRED WITH THE RESERVOIR RIO-400 CONTRACTOR TO INSURE A COMPLETE SYSTEM

3. MOUNT CELLALARM ENCLOSURE TO SIDE OF RTU CABINET. REFER TO DWG EC06 USE CHASE NIPPLES FOR CIRCUIT RACEWAYS

---

**Stanley Consultants INC.**

DL engineering & controls
3500 N. Central Ave. Ste. 1900 Phx., AZ 85012

5820 S. Eastern Ave, Suite 200
Las Vegas, Nevada 89119
(702) 369-4396 Fax (702) 369-9793
www.stanleygroup.com

GOLDEN VALLEY RANCH WELL #1
RHODES HOMES ARIZONA, LLC
MOHAVE COUNTY, AZ

RTU
PANEL
LAYOUT

DRAWN BY: GvF
DESIGNED BY: GvF
CHECKED BY:
EH

PROJECT NO. 1175.00.101
DRAWING NO. 1175.00.101
SIGNATURE DATE: MARCH 2006
SHEET 7 OF 15

**EC07**

NOTES
90%
PRELIMINARY

REVISIONS
REV. | DATE | DESCRIPTION

BRIAN D. DOWNING
31724

ST-RH038753



DWG FILE: 1175.00.101_EC09.dwg    8:37am    PLOTTED: Mar 07, 2006 qfron



NOTES:
1. BILL OF MATERIALS IS ON DRAWING EC05











