

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

**To:** Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

**Ship To:**

**Order #:** GVMP1000-35
**Date:** 8/1/2005
**Job:** GVMP-1000 Golden Valley Master Plan

`Approved` ☐ _____

**Description:** 1-01-1700

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-1700 | S | Structrual Engineering *(TANK)* | 120,000.00 | 0.00 | 120,000.00 |
|  |  |  | **Totals:** | 120,000.00 | 0.00 | 120,000.00 |

BILL ROBERTS
AUG 01 2005
Rhodes Homes / Date

*Frohnen signature* 8-1-05
Stanley Consultants, Inc / Date

Work Completed _____ Date

ST-RH018418