
**Stanley Consultants** INC.

February 28, 2006
Project No: 18449.08.00
Invoice No: 0076298

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

**Total This Invoice**
**$27,534.15**

For: Golden Valley Master Plan
PO No. GVMP1000-5

Professional Services from January 01, 2006 to January 28, 2006

**Fee**

| Phase | Fee | Percent Complete | Earned |
|---|---|---|---|
| Water 0.5 MGD Tank | 103,561.00 | 75.00 | 77,670.75 |
| Water 0.5 MGD Tank - Subs | 16,439.00 | 10.00 | 1,643.90 |
| Total Fee | 120,000.00 | Total Earned | 79,314.65 |
| | | Previous Fee Billing | 51,780.50 |
| | | Current Fee Billing | 27,534.15 |

**Total Fee** 27,534.15

**Total This Invoice** **$27,534.15**

If you have any questions regarding this invoice, please contact
Denis Atwood at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057



Date: 2/28/2006

Invoice No.   SCI Project # 18449.08.00
              Rhodes Homes P.O. # GVMP1000-35

Billing Period: January 1, 2006 through January 28, 2006

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $ 120,000.00 |
| Invoice Amount to Date | $ 79,314.65 |
| Balance Remaining | $ 40,685.35 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GRV Water 0.5 MGD Tank | $ 120,000.00 | $ 51,780.50 | $ 27,534.15 | $ 40,685.35 | 66% |
| Totals | $ 120,000.00 | $ 51,780.50 | $ 27,534.15 | $ 40,685.35 | |

**TOTAL AMOUNT DUE THIS INVOICE**      $ 27,534.15

Payment Requested By: _____       Date: _____
                     Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027740

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: Golden Valley Mater Plan

Property Location: Golden Valley Mater Plan

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 76298

Payment Amount: $27,534.15

Payment Period: January 1, 2006 through January 28, 2006

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: 3-3-06

Stanley Consultants, Inc.
Company Name

By: [signature]

Its: [signature]

ST-RH027741


RHODES
HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

*Purchase Order*

Approved ☐

To:   Dave Frohnen
      Stanley Consultants, Inc
      5820 S. Eastern Avenue
      Suite 200
      Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-35
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

*18449.08*

Description: 1-01-1700

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-1700 | S | Structrual Engineering (TANK) | 120,000.00 | 0.00 | 120,000.00 |
|  |  |  | Totals: | 120,000.00 | 0.00 | 120,000.00 |

BILL ROBERTS
AUG 01 2005
Rhodes Homes                                Date

*Frohnen 8-1-05*
Stanley Consultants, Inc                    Date

Work Completed                              Date

Page 1 of 1

**DL engineering & controls**
Innovative Control Solutions...By Design

Electrical Engineering
Construction Management
Integration and Support Services

DL Engineering & Controls, Inc. ♦ 3550 North Central Avenue, Suite 1900 ♦ Phoenix, Arizona 85012 ♦ voice 602.266.4658 ♦ fax 602.266.4953

RECEIVED

STANLEY CONSULTANTS

Stanley Consultants, Inc.
Attn: Kim Sorensen, PE
5820 South Eastern Avenue, Suite 200
Las Vegas, NV 89119-3057

January 16, 2006
Project No:   01175.02.021
Invoice No:   5062

Project       01175.02.021       Golden Valley Ranch Reservoir 1 Design
Stanley's PN# 18449.08.00

**Professional Services from December 12, 2005 to January 15, 2006**

Task       100       Design Services

**Fee**

| | | | | |
|---|---|---|---|---|
| Total Fee | 13,209.00 | | | |
| Percent Complete | 11.66 | Total Earned | 1,540.17 | |
| | | Previous Fee Billing | 0.00 | |
| | | Current Fee Billing | 1,540.17 | |
| | | **Total Fee** | | 1,540.17 |

**Billing Limits**                Current        Prior        To-Date

| | | | |
|---|---|---|---|
| Total Billings | 1,540.17 | 0.00 | 1,540.17 |
| Limit | | | 13,209.00 |
| Remaining | | | 11,668.83 |

                                        **Total this Task**     $1,540.17

                                        **Total this Invoice**  $1,540.17

Thank you for your business.

STANLEY CONSULTANTS, INC.
LAS VEGAS
APPROVED _____
PROJECT NUMBER  18449.08.99  -80
DATE  8 Feb 06   AMT. APPROVED $ 1540.17

ST-RH027743