# RHODES HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Order #: GVMP1000-36
Date: 8/1/2005
Job: GVMP-1000 Golden Valley Master Plan

#18449

Approved ☐ _____

Ship To:

Description: 1-01-1500

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-1500 | S | Dry Utility Consulting | 41,000.00 | 0.00 | 41,000.00 |

*DORMANT*

ELEC MASTER PLAN        $18,000 — #18449.10.00
NATURAL GAS SVC         $12,000 — #18449.08.02
TELEPHONE/CABLE         $11,000 — #18449.08.03

| | | | Totals: | 41,000.00 | 0.00 | 41,000.00 |

BILL ROBERTS
AUG 01 2005

Rhodes Homes _____ Date
Stanley Consultants, Inc  8-1-05  Date

Work Completed _____ Date

ST-RH025678