UNISOURCE SUBSTATION
T21N, R18W
T21N,
LEGEND
ZONE BOUNDARIES
PROPOSED SUB STATION
FIRST ALTERNATIVE
SECOND ALTERNATIVE
UNISOURCE SUB-STATION
1st. ALTERNATIVE
2nd. ALTERNATIVE
SUBSTATION
AZ GAME AND FISH SHOOTING RANGE
2nd. ALTERNATIVE
1st. ALTERNATIVE
T20N, R18W
SUBSTATION
SUBSTATION
UNISOURCE SUBSTATION