

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph: (702)873-5338

## Purchase Order Draw

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 140

Order #: GVMP1000-290
Date: 3/22/2006
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐

Ship To:

Description: 1-01-1100

| Total Contract Amount | Total Amt Invoiced | Total Amount Paid | Total Retainage | % Complete |
|---|---|---|---|---|
| $4,800.00 | | | | |

| Job | Cost Code | Description | Amount | % Comp | Amt Invoiced | Balance To Draw | Retainage | Completed |
|---|---|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-1100 | Topography  *Office Site* | 4,800.00 | | | 4,800.00 | | |
| | | Totals: | 4,800.00 | | 0.00 | 4,800.00 | 0.00 | |

Kirk Brynjulson

APR 1 7 2006

X_____
Work Completed                    Date

_____
Stanley Consultants, Inc          Date

Page 1 of 1

CL15837