
**Stanley Consultants** INC.

June 02, 2006
Project No: 18449.14.08
Invoice No: 0080015

**Total This Invoice**
**$2,100.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Golden Valley Master Plan
PO No. GVMP1000-290

### Professional Services from April 02, 2006 to April 29, 2006

**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 4,800.00 | | |
| Percent Complete | 100.00 | Total Earned | 4,800.00 |
| | | Previous Fee Billing | 2,700.00 |
| | | Current Fee Billing | 2,100.00 |
| | | **Total Fee** | 2,100.00 |

**Total This Invoice** $2,100.00

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0078617 | 4/27/06 | 2,700.00 |
| **Total** | | **2,700.00** |

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027868



Date: 6/2/2006

Invoice No.  SCI Project # 18449.14.08
Rhodes Homes P.O. # GVMP1000-202

Billing Period: April 2, 2006 Through April 29, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 4,800.00 |
| Invoice Amount to Date | $ | 4,800.00 |
| Balance Remaining | $ | - |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| GV Water Reservoir Site Staking | $ 4,800.00 | $ 2,700.00 | $ 2,100.00 | $ - | 100% |
| **Totals** | $ 4,800.00 | $ 2,700.00 | $ 2,100.00 | $ - | |

**TOTAL AMOUNT DUE THIS INVOICE**    $ 2,100.00

Payment Requested By: _____    Date: _____
Ken Yamada, Project Manager

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027869

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Golden Valley Master Plan _____

Property Location: _____ Golden Valley Master Plan _____

Undersigned's Customer: Rhodes Homes, Inc.

Invoice/Payment Application Number: 80015

Payment Amount: _____ $2,100.00 _____

Payment Period: _____ Through April 29, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____

Stanley Consultants, Inc.
Company Name

By: _____

Its: Department Manager

ST-RH027870