

**Stanley Consultants** INC.

June 02, 2006
Project No: 18677.01.00
Invoice No: 0080019

**Total This Invoice**

**$24,728.73**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Mohave County Regional Drainage Study
PO# GVMP1000-44

**Professional Services from April 02, 2006 to April 29, 2006**

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| SC-16 | 16.00 | 148.50 | 2,376.00 |
| SC-15 | 124.50 | 138.55 | 17,249.48 |
| SC-6 | 74.50 | 68.50 | 5,103.25 |
| Totals | 215.00 |  | 24,728.73 |

**Total Labor** 24,728.73

**Total This Invoice** $24,728.73

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0078612 | 4/27/06 | 5,583.58 |
| **Total** |  | **5,583.58** |

If you have any questions regarding this invoice, please contact
Dennis Brown at (702) 369-9396.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV 89119-3057

ST-RH027892

# Billing Backup

*Friday, June 02, 2006*

**STANLEY CONSULTANTS, INC.**    Invoice Dated June 02, 2006    *6:51:33 PM*

18677.01.00  Rhodes-Mohave Co Regional Drainage

Invoice No:   0080019

**Professional Personnel**

| Labor Code - Name | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **SC-16** | | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/5/06 | 1.00 | 148.50 | 148.50 |
| | direct soils extraction | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/6/06 | 1.00 | 148.50 | 148.50 |
| | review results of landscape swale with Reg | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/17/06 | 1.00 | 148.50 | 148.50 |
| | Rainfall info. | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/18/06 | 5.50 | 148.50 | 816.75 |
| | setup rainfall coverage, research soils, guide Rajeev | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/19/06 | 2.50 | 148.50 | 371.25 |
| | supervise drainage revisions to Master Drainage Study | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/20/06 | 2.00 | 148.50 | 297.00 |
| | supervise drainage study, research dem usage | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/24/06 | 1.50 | 148.50 | 222.75 |
| | review criteria | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/25/06 | 1.00 | 148.50 | 148.50 |
| | review green - ampt with Reg | | | | |
| 06733 | 00000 - Brown, Dennis R | 4/26/06 | 0.50 | 148.50 | 74.25 |
| | supervise soil classifications | | | | |
| **SC-15** | | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/4/06 | 4.00 | 138.55 | 554.20 |
| | fis model parameters - justification | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/5/06 | 2.00 | 138.55 | 277.10 |
| | gvregional- help Rajeev w/ basins | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/6/06 | 4.00 | 138.55 | 554.20 |
| | gvregional- help Rajeev w/ basins | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/10/06 | 4.00 | 138.55 | 554.20 |
| | gvregional - prep for Thurs mgt @ MCPW | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/11/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional - prep for Thurs mgt @ MCPW | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/12/06 | 8.00 | 138.55 | 1,108.40 |
| | gvregional- mtg prep & basin analysis | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/13/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional- mtg w/ Mohave Co flood control & site visit | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/14/06 | 5.50 | 138.55 | 762.03 |
| | gvregional - mtg notes, e-mails, calcs | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/17/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional - models/green-ampt/basin delineations | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/18/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional - models/green-ampt/basin delineations | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/19/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional - models/green-ampt/basin delineations | | | | |

Project:   18677.01.00  Rhodes-Mohave Co Regional Drainag                                Invoice No:  0080019

| | | | | | |
|---|---|---|---|---|---|
| 07126 | 00000 - Merriman, Reginald | 4/20/06 | 9.00 | 138.55 | 1,246.95 |
| | gvregional - models/green-ampt/basin delineations | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/24/06 | 9.00 | 138.55 | 1,246.95 |
| | gvmasterplan - green-ampt (soils) | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/25/06 | 8.00 | 138.55 | 1,108.40 |
| | gvmasterplan - green-ampt (soils) | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/26/06 | 9.00 | 138.55 | 1,246.95 |
| | gvmasterplan - green-ampt (soils) | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/27/06 | 9.00 | 138.55 | 1,246.95 |
| | gvmasterplan - Tc, R, parameters | | | | |
| 07126 | 00000 - Merriman, Reginald | 4/28/06 | 8.00 | 138.55 | 1,108.40 |
| | gvmasterplan - Tc, R, parameters | | | | |
| SC-6 | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/10/06 | 4.50 | 68.50 | 308.25 |
| | Soil % calc | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/17/06 | 4.00 | 68.50 | 274.00 |
| | Working on GV preceipitation maps | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/17/06 | 2.00 | 68.50 | 137.00 |
| | Correcting storm drain alignment | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/18/06 | 10.00 | 68.50 | 685.00 |
| | Soil Calc | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/19/06 | 10.00 | 68.50 | 685.00 |
| | Soil Calc | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/20/06 | 8.00 | 68.50 | 548.00 |
| | Flow Length calc for master basin | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/24/06 | 6.00 | 68.50 | 411.00 |
| | FLOW LENGTH CALCULATION | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/25/06 | 9.00 | 68.50 | 616.50 |
| | Calulating, length and elevation for master drainage basins | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/26/06 | 8.00 | 68.50 | 548.00 |
| | Calulating, length and elevation for master drainage basins | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/27/06 | 9.00 | 68.50 | 616.50 |
| | Calulating, length and elevation for master drainage basins | | | | |
| 07296 | 00000 - Naroor, Rajeev | 4/28/06 | 4.00 | 68.50 | 274.00 |
| | Calulating, length and elevation for master drainage basins | | | | |
| | Totals | | 215.00 | | 24,728.73 |

**Total Labor**                                                                                                              **24,728.73**

                                                                                            Total this report     $24,728.73

ST-RH027894



Date: 6/2/2006

Invoice No.    SCI Project # 18677.01.00
               Rhodes Homes P.O. #GVMP1000-44

Billing Period: April 2, 2006 Through April 29, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 80,000.00 |
| Invoice Amount to Date | $ | 73,031.76 |
| Balance Remaining | $ | 6,968.24 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Mohave County Regional Drainage Study | $ 80,000.00 | $ 48,303.03 | $ 24,728.73 | $ 6,968.24 | 91% |
| **Totals** | $ 80,000.00 | $ 48,303.03 | $ 24,728.73 | $ 6,968.24 | |

**TOTAL AMOUNT DUE THIS INVOICE**     $ 24,728.73

Payment Requested By: _____      Date: _____
                     Dennis Brown

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027895

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Mohave County _____

Property Location: _____ Mohave County _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 80019 _____

Payment Amount: _____ $24,728.73 _____

Payment Period: _____ Through April 29, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____        _____ Stanley Consultants, Inc. _____
                                              Company Name

                                    By: _____

                                    Its: _____

ST-RH027896