

# Stanley Consultants INC.

July 06, 2006
Project No: 18677.01.00
Invoice No: 0081113

**Total This Invoice**
**$6,945.80**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For:  Mohave County Regional Drainage Study
       PO# GVMP1000-44

## Professional Services from April 30, 2006 to May 04, 2006

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| SC-16 | 0.50 | 148.50 | 74.25 |
| SC-15 | 36.00 | 138.55 | 4,987.80 |
| SC-6 | 27.50 | 68.50 | 1,883.75 |
| Totals | 64.00 |  | 6,945.80 |

**Total Labor**                                                                                     6,945.80

**Total This Invoice**            **$6,945.80**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0078612 | 4/27/06 | 5,583.58 |
| 0080019 | 6/2/06 | 24,728.73 |
| **Total** |  | **30,312.31** |

If you have any questions regarding this invoice, please contact
Dennis Brown at (702) 369-9396.

# Billing Backup

*Thursday, July 06, 2006*

**STANLEY CONSULTANTS, INC.**   Invoice Dated July 06, 2006            8:13:03 PM

### 18677.01.00  Rhodes-Mohave Co Regional Drainage

Invoice No:  0081113

**Professional Personnel**

| Labor Code - Name | Date | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| SC-16 | | | | | |
| 06733      00000 - Brown, Dennis R | 5/1/06 | 0.50 | 148.50 | 74.25 | |
| supervise drainage study | | | | | |
| SC-15 | | | | | |
| 07126      00000 - Merriman, Reginald | 5/1/06 | 8.00 | 138.55 | 1,108.39 | |
| gvregional - model, sheds, precip, Tc calcs | | | | | |
| 07126      00000 - Merriman, Reginald | 5/2/06 | 9.50 | 138.55 | 1,316.23 | |
| gvregional - model, sheds, precip, Tc calcs | | | | | |
| 07126      00000 - Merriman, Reginald | 5/3/06 | 9.50 | 138.55 | 1,316.23 | |
| gvregional - model, sheds, precip, Tc calcs | | | | | |
| 07126      00000 - Merriman, Reginald | 5/4/06 | 9.00 | 138.55 | 1,246.95 | |
| gvregional - model, sheds, precip, Tc calcs | | | | | |
| SC-6 | | | | | |
| 07307      00000 - Moss, David J. | 5/2/06 | 1.00 | 68.50 | 68.50 | |
| Working with Rajeev with ArcGIS code. | | | | | |
| 07296      00000 - Naroor, Rajeev | 5/1/06 | 8.50 | 68.50 | 582.25 | |
| Calculating length and slopes | | | | | |
| 07296      00000 - Naroor, Rajeev | 5/2/06 | 6.00 | 68.50 | 411.00 | |
| Green ampt parameters | | | | | |
| 07296      00000 - Naroor, Rajeev | 5/2/06 | 3.00 | 68.50 | 205.50 | |
| Calculating length and slopes | | | | | |
| 07296      00000 - Naroor, Rajeev | 5/3/06 | 5.00 | 68.50 | 342.50 | |
| Green ampt parameters | | | | | |
| 07296      00000 - Naroor, Rajeev | 5/3/06 | 4.00 | 68.50 | 274.00 | |
| Green ampt parameters | | | | | |
|            Totals | | 64.00 | | 6,945.80 | |
|            **Total Labor** | | | | | 6,945.80 |
| | | | **Total this report** | | **$6,945.80** |


**Stanley Consultants** INC.

Date: 7/6/2006

Invoice No.  SCI Project # 18677.01.00
              Rhodes Homes P.O. #GVMP1000-44

Billing Period: Through May 4, 2006

**CONTRACT SUMMARY:**

| | | |
|---|---|---|
| Total Contract Amount | $ | 80,000.00 |
| Invoice Amount to Date | $ | 79,977.56 |
| Balance Remaining | $ | 22.44 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| Mohave County Regional Drainage Study | $ 80,000.00 | $ 73,031.76 | $ 6,945.80 | $ 22.44 | 100% |
| Totals | $ 80,000.00 | $ 73,031.76 | $ 6,945.80 | $ 22.44 | |

**TOTAL AMOUNT DUE THIS INVOICE**           $ 6,945.80

Payment Requested By: _____   Date: 7-7-06
                      Dennis Brown

*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____Mohave County_____

Property Location: _____Mohave County_____

Undersigned's Customer: Rhodes Homes, Inc._____

Invoice/Payment Application Number: 81113_____

Payment Amount: _____$6,945.80_____

Payment Period: _____Through May 4, 2006_____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: ____7-7-06_____      ____Stanley Consultants, Inc.____
                                            Company Name

                                  By: ____[signature]____
                                  Its: ____V-P____

ST-RH027900



**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

**Purchase Order**

To:  Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Description: 1-01-0600

Order #: GVMP1000-44
Date: 8/31/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐ _____

RECEIVED
AUG 3 1 2005
STANLEY CONSULTANTS

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| | | | | |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0600 | S | Drainage Study<br>Regional | 80,000.00 | 0.00 | 80,000.00 |
| | | | Totals: | 80,000.00 | 0.00 | 80,000.00 |

BILL ROBERTS
Rhodes Homes                    Date

*[signature]* 8-31-05
Stanley Consultants, Inc      Date

Work Completed _____ Date

PL = Brown
Needs new #

Page 1 of 1

ST-RH027901