
**Stanley Consultants** INC.

August 28, 2006
Project No: 18677.01.00
Invoice No: 0083391

**Total This Invoice**
**$21,279.53**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Mohave County Regional Drainage Study
    PO# GVMP1000-44

### Professional Services from May 05, 2006 to July 29, 2006

**Professional Personnel**

|        | Hours  | Rate   | Amount    |           |
|--------|--------|--------|-----------|-----------|
| SC-16  | 8.50   | 148.50 | 1,262.25  |           |
| SC-15  | 87.00  | 138.55 | 12,053.85 |           |
| SC-6   | 103.00 | 68.50  | 7,055.50  |           |
| Totals | 198.50 |        | 20,371.60 |           |
| **Total Labor** |  |  |  | 20,371.60 |

**Reimbursable Expenses**

| Reprographics |  | 907.93 |  |
|---|---|---|---|
| **Total Reimbursables** |  | 907.93 | 907.93 |

**Total this invoice**    **$21,279.53**

**Outstanding Invoices**

| Number  | Date   | Balance   |
|---------|--------|-----------|
| 0080019 | 6/2/06 | 24,728.73 |
| 0081113 | 7/6/06 | 6,945.80  |
| Total   |        | 31,674.53 |

If you have any questions regarding this invoice, please contact
Dennis Brown at (702) 369-9396.

ST-RH027902

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Mohave County _____

Property Location: _____ Mohave County _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number 0083391 _____

Payment Amount: _____ $21,279.53 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____ 8/28/2006 _____         _____ Stanley Consultants, Inc. _____
                                               Company Name

                                     By: _____

                                     Its: Project Manager

ST-RH027903



**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph.: (702)873-5338

*Purchase Order*

Approved ☐ _____

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Order #: GVMP1000-44
Date: 8/31/2005
Job: GVMP-1000 Golden Valley Master Plan

**RECEIVED**
**AUG 3 1 2005**
**STANLEY CONSULTANTS**

Ship To:

Description: 1-01-0600

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0600 | S | Drainage Study  Regional | 80,000.00 | 0.00 | 80,000.00 |
|  |  |  | Totals: | 80,000.00 | 0.00 | 80,000.00 |

BILL ROBERTS
Rhodes Homes _____ Date
Work Completed _____ Date

*signature* 8-31-05
Stanley Consultants, Inc    Date

PL = Brown
Needs new #

Page 1 of 1

ST-RH027904

# Billing Backup

Monday, August 28, 2006

**STANLEY CONSULTANTS, INC.**   Invoice Dated August 28, 2006

12:08:34 PM

18677.01.00  Rhodes-Mohave Co Regional Drainage

Invoice No:   0083391

**Professional Personnel**

| Labor Code - Name | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SC-16 | | | | | |
| 06733 | 00000 - Brown, Dennis R<br>supervise drainage study | 5/8/06 | 1.00 | 148.50 | 148.50 |
| 06733 | 00000 - Brown, Dennis R<br>review soil green ampt parimeters | 5/15/06 | 1.00 | 148.50 | 148.50 |
| 06733 | 00000 - Brown, Dennis R<br>drainage supervision | 5/18/06 | 1.00 | 148.50 | 148.50 |
| 06733 | 00000 - Brown, Dennis R<br>review drainage master study | 5/30/06 | 2.00 | 148.50 | 297.00 |
| 06733 | 00000 - Brown, Dennis R<br>review drainage study | 5/31/06 | 2.00 | 148.50 | 297.00 |
| 06733 | 00000 - Brown, Dennis R<br>review and sign drainage study | 6/2/06 | 1.50 | 148.50 | 222.75 |
| SC-15 | | | | | |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/8/06 | 9.00 | 138.55 | 1,246.95 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/9/06 | 9.00 | 138.55 | 1,246.95 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/10/06 | 9.00 | 138.55 | 1,246.95 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/11/06 | 9.00 | 138.55 | 1,246.95 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/12/06 | 8.00 | 138.55 | 1,108.40 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/15/06 | 9.00 | 138.55 | 1,246.95 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/16/06 | 6.00 | 138.55 | 831.30 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/17/06 | 6.00 | 138.55 | 831.30 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - model, sheds, precip, Tc calcs | 5/18/06 | 6.00 | 138.55 | 831.30 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - exhibits & report | 5/30/06 | 4.00 | 138.55 | 554.20 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - exhibits & report | 5/31/06 | 5.00 | 138.55 | 692.75 |
| 07126 | 00000 - Merriman, Reginald<br>gvregional - exhibits & report | 6/1/06 | 7.00 | 138.55 | 969.85 |
| SC-6 | | | | | |
| 07296 | 00000 - Naroor, Rajeev<br>Miscellaneous Calcs & exhibits for master Drainage calcs | 5/4/06 | 6.00 | 68.50 | 411.00 |
| 07296 | 00000 - Naroor, Rajeev<br>Preparing Exhibits | 5/5/06 | 8.00 | 68.50 | 548.00 |

ST-RH027905

Project:   18677.01.00  Rhodes-Mohave Co Regional Drainag                    Invoice No:  0083391

| | | | | | | |
|---|---|---|---|---|---|---|
| 07296 | 00000 - Naroor, Rajeev | 5/8/06 | 9.00 | 68.50 | 616.50 | |
| | Soil Calcs, Exhibit preparation & miscellenous calcs | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/9/06 | 9.00 | 68.50 | 616.50 | |
| | Soil Calcs, Rain calc & flowlength calc | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/10/06 | 9.00 | 68.50 | 616.50 | |
| | Preparing exhibit | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/11/06 | 9.00 | 68.50 | 616.50 | |
| | Preparing exhibit | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/15/06 | 9.00 | 68.50 | 616.50 | |
| | Working on Soils Exhibit | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/16/06 | 9.00 | 68.50 | 616.50 | |
| | Working on Soils Exhibit | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/17/06 | 8.00 | 68.50 | 548.00 | |
| | Working on HEC_RAS sections | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/30/06 | 5.00 | 68.50 | 342.50 | |
| | Preparing Exhibit | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 5/31/06 | 9.00 | 68.50 | 616.50 | |
| | Preparing Exhibits | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 6/1/06 | 9.00 | 68.50 | 616.50 | |
| | Preparing Exhibits | | | | | |
| 07296 | 00000 - Naroor, Rajeev | 6/2/06 | 4.00 | 68.50 | 274.00 | |
| | Printing Exhibits | | | | | |
| | Totals | | 198.50 | | 20,371.60 | |
| | **Total Labor** | | | | | **20,371.60** |

**Reimbursable Expenses**

Reprographics
  AP   4084166       6/30/06 Mercury - L.D.O. / Invoice: C230971, 6/5/06                         907.93
                            **Total Reimbursables**                                              **907.93**       **907.93**

                                                                              **Total this report**       **$21,279.53**

ST-RH027906