
**RHODES** HOMES

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Ship To:

Description: 1-01-0600

Order #: GVMP1000-44
Date: 8/31/2005
Job: GVMP-1000 Golden Valley Master Plan

Approved ☐

RECEIVED
AUG 3 1 2005
STANLEY CONSULTANTS

#18677.01.00

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-0600 | S | Drainage Study  Regional | 80,000.00 | 0.00 | 80,000.00 |

Totals: 80,000.00    0.00    80,000.00

BILL ROBERTS
Rhodes Homes / Date

Stanley Consultants, Inc    8-31-05
Date

a:/local/legal
PL = Brown

Needs new #

Work Completed _____ Date

Page 1 of 1

ST-RH034761