

Figure 1. Golden Valley South Vicinity Map and Regional Drainage Scheme — Technical Drainage Study Exhibit, Mohave County, Arizona. Stanley Consultants Inc.