

Figure 3-A — Golden Valley Ranch, Holy Moses Wash & Diversion Washes, Technical Drainage Study Exhibit, Mohave County, Arizona. Stanley Consultants Inc.

ST-RH037736

