

GOLDEN VALLEY RANCH
INITIAL DEVELOPMENT
TECHNICAL DRAINAGE STUDY EXHIBIT

MOHAVE COUNTY — ARIZONA — FIGURE 4

ST-RH037738