

Figure 6 — Golden Valley Ranch, Holy Moses Diversion Wash #1 (Base Flood Elevations), Technical Drainage Study Exhibit, Mohave County, Arizona. Stanley Consultants Inc.