

**RHODES HOMES**

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

## Purchase Order

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 140
Las Vegas, NV 89119

Ship To:

Order #: GVMP1000-354
Date: 4/10/2006
Job: GVMP-1000  Golden Valley Master Plan

Approved ☐

Description: 1-012800

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |
|---|---|---|---|---|---|---|
| GVMP-1000 | 1-01-2800 | S | Engineering Site Planning<br>finish site plan Aztec & 68 Office site | 2,000.00 | 0.00 | 2,000.00 |
|  |  |  | **Totals:** | 2,000.00 | 0.00 | 2,000.00 |

Rhodes Homes _____ Date    Stanley Consultants, Inc _____ Date

Work Completed _____ Date

Page 1 of 1

ST-RH026298