

**Stanley Consultants** INC.

June 07, 2006
Project No: 19285.01.00
Invoice No: 0080220

**Total This Invoice**
**$2,000.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman  AZ  86401

For  Rhodes Construction Office Site Plan
    PO #GVMP1000-354

<u>Professional Services from April 02, 2006 to April 29, 2006</u>

**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 2,000.00 | | |
| Percent Complete | 100.00 | Total Earned | 2,000.00 |
| | | Previous Fee Billing | 0.00 |
| | | Current Fee Billing | 2,000.00 |
| | | **Total Fee** | 2,000.00 |

**Total This Invoice**    **$2,000.00**

If you have any questions regarding this invoice, please contact
Mark Clark at (928) 753-0230 or Mary at (702) 765-6353.

5820 South Eastern Avenue, Suite 200 - Las Vegas, NV  89119-3057

ST-RH027916