

**RECEIVED**
JUL 2 2 2005
STANLEY CONSULTANTS

4730 S. Fort Apache Road, #300
Las Vegas, NV 89147
Ph : (702)873-5338

*Purchase Order*

To: Dave Frohnen
Stanley Consultants, Inc
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

Order #: GVMP1000-23
Date: 7/22/2005
Job: GVMP-1000 Golden Valley Master Plan

ON-sites Pods 1, 2+3
18476

Approved ☐ _____

Ship To:

Description: 1-01-1000

| Ordered By | Delivery Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
|  |  |  |  |  |

| Job | Cost Code | Cat | Description | Original PO | Change Orders | Total Amount |  |
|---|---|---|---|---|---|---|---|
| GVMP-100 | 1-01-2800 | S | Engineering Site Planning – Zoning | 50,000.00 | 0.00 | 50,000.00 |  |
| GVMP-100 | 1-01-0500 | S | Engineering Maps | 45,000.00 | 0.00 | 45,000.00 |  |
| GVMP-100 | 1-01-0600 | S | Drainage Study | 60,000.00 | 0.00 | 60,000.00 |  |
| GVMP-100 | 1-01-1200 | S | Traffic Studies | 10,000.00 | 0.00 | 10,000.00 |  |
| GVMP-100 | 1-01-2600 | S | Stormwater Plan/Submission | 9,000.00 | 0.00 | 9,000.00 |  |
| GVMP-100 | 1-01-0400 | S | Engineering Civil Design | 675,000.00 | 0.00 | 675,000.00 |  |
| GVMP-100 | 1-01-2400 | S | Reimbursables – T+M | 10,000.00 | 0.00 | 10,000.00 |  |
| GVMP-100 | 2-06-0500 | S | Engineering Staking Labor | 480,000.00 | 0.00 | 480,000.00 |  |
| GVMP-100 | 1-01-1800 | S | Engineering Civil Finals | 65,000.00 | 0.00 | 65,000.00 |  |
|  |  |  | **Totals:** | 1,404,000.00 | 0.00 | 1,404,000.00 |  |

_[signature]_ 7/29/05
Rhodes Homes    Date

_Dave Frohnen_ 7-22-05
Stanley Consultants, Inc    Date

Work Completed    Date

Page 1 of 1

ST-RH015046