
## Stanley Consultants INC

October 23, 2006
Project No: 18476.00.02
Invoice No: 0085626

**Total This Invoice**
**$83,565.16**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

For: Golden Valley South - Phase I

**Professional Services from July 30, 2006 to September 10, 2006**

**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 1,441,400.00 | | |
| Percent Complete | 59.1716 | Total Earned | 852,899.44 |
| | | Previous Fee Billing | 769,334.28 |
| | | Current Fee Billing | 83,565.16 |
| | | **Total Fee** | **83,565.16** |

**Total this invoice     $83,565.16**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0080017 | 6/2/06 | 40,403.00 |
| **Total** | | **40,403.00** |

If you have any questions regarding this invoice, please contact
Steve Hagel at (702) 369-9396.

5820 South Eastern Avenue, Suite 140 - Las Vegas NV 89119-3057

ST-RH027877

# Stanley Consultants INC.

Date: 9/14/2006

Invoice No.

SCI Project # 18476
Rhodes Homes P.O.'s # GVMP1000-23

Billing Period: Through September 10, 2006

## CONTRACT SUMMARY:

| | |
|---|---|
| Total Contract Amount | $1,441,400.00 |
| Invoice Amount to Date | $ 852,899.16 |
| Balance Remaining | $ 588,500.84 |

## INVOICE SUMMARY:

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| **PO# GVMP1000-23** | | | | | |
| Engineering Site Planning - Zoning | $ 50,000.00 | $ 30,000.00 | $ 7,500.00 | $ 12,500.00 | 75% |
| Engineering Maps | $ 45,000.00 | $ 40,500.00 | $ - | $ 4,500.00 | 90% |
| Drainage Study | $ 60,000.00 | $ 54,000.00 | $ - | $ 6,000.00 | 90% |
| Traffic Study | $ 10,000.00 | $ 9,000.00 | $ - | $ 1,000.00 | 90% |
| Stormwater Plan/Submission | $ 9,000.00 | $ - | $ 9,000.00 | $ - | 100% |
| Engineering Civil Design | $ 675,000.00 | $ 573,750.00 | $ 33,750.00 | $ 67,500.00 | 90% |
| Reimbursables | $ 10,000.00 | $ - | $ 10,000.00 | $ - | 100% |
| Engineering Staking Labor | $ 480,000.00 | $ 24,684.00 | $ 23,315.16 | $ 432,000.84 | 10% |
| Engineering Civil Finals | $ 65,000.00 | $ - | $ - | $ 65,000.00 | 0% |
| Change Order No. (1-01-0400) | $ 25,400.00 | $ 25,400.00 | $ - | $ - | 100% |
| Change Order No. (2-06-0500) | $ 12,000.00 | $ 12,000.00 | $ - | $ - | 100% |
| **Totals** | $ 1,441,400.00 | $ 769,334.00 | $ 83,565.16 | $ 588,500.84 | |

**TOTAL AMOUNT DUE THIS INVOICE** $ 83,565.16

Payment Requested By: _[signature]_ for Steve Hagel, Project Manager       Date: 10/23/06

Please Remit Payment To: Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Golden Valley South - Phase I _____

Property Location: _____ Golden Valley South - Phase I _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 85626 _____

Payment Amount: _____ $83,565.16 _____

Payment Period: _____ Through September 10, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _10/23/06_

Stanley Consultants, Inc.
Company Name

By: _[signature]_

Its: _Project Manager_

ST-RH027879