HEC-RAS  Plan: Imported Pla   River: RIVER-1   Reach: Reach-1   Profile: PF 1 (Continued)

| Reach | River Sta | Profile | Q Total (cfs) | Min Ch El (ft) | W.S. Elev (ft) | Crit W.S. (ft) | E.G. Elev (ft) | E.G. Slope (ft/ft) | Vel Chnl (ft/s) | Flow Area (sq ft) | Top Width (ft) | Froude # Chl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reach-1 | 5 | PF 1 | 110.00 | 2448.10 | 2449.05 | 2448.95 | 2449.12 | 0.005573 | 2.10 | 52.32 | 160.34 | 0.65 |
| Reach-1 | 4 | PF 1 | 110.00 | 2444.94 | 2446.09 | 2445.98 | 2446.20 | 0.006099 | 2.60 | 42.37 | 100.92 | 0.71 |
| Reach-1 | 3 | PF 1 | 110.00 | 2439.37 | 2441.87 | 2441.87 | 2442.15 | 0.011143 | 4.23 | 25.98 | 46.03 | 0.99 |
| Reach-1 | 2 | PF 1 | 110.00 | 2436.94 | 2438.18 | 2438.02 | 2438.39 | 0.005367 | 3.68 | 29.91 | 37.99 | 0.73 |
| Reach-1 | 1 | PF 1 | 110.00 | 2431.04 | 2434.45 | 2434.45 | 2434.84 | 0.009704 | 5.06 | 21.73 | 26.67 | 0.99 |

2

ST-RH036744

HEC-RAS  Plan: Imported Pla  River: RIVER-1  Reach: Reach-1  Profile: PF 1 (Continued)

| Reach | River Sta | Profile | Q Total (cfs) | Min Ch El (ft) | W.S. Elev (ft) | Crit W.S. (ft) | E.G. Elev (ft) | E.G. Slope (ft/ft) | Vel Chnl (ft/s) | Flow Area (sq ft) | Top Width (ft) | Froude # Chl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reach-1 | 5 | PF 1 | 110.00 | | 2448.10 | 2449.05 | 2448.95 | 2449.12 | 0.005573 | 2.10 | 52.32 | 160.34 | 0.65 |
| Reach-1 | 4 | PF 1 | 110.00 | | 2444.94 | 2446.09 | 2445.98 | 2446.20 | 0.006099 | 2.60 | 42.37 | 100.92 | 0.71 |
| Reach-1 | 3 | PF 1 | 110.00 | | 2439.37 | 2441.87 | 2441.87 | 2442.15 | 0.011143 | 4.23 | 25.98 | 46.03 | 0.99 |
| Reach-1 | 2 | PF 1 | 110.00 | | 2436.94 | 2438.18 | 2438.02 | 2438.39 | 0.005367 | 3.68 | 29.91 | 37.99 | 0.73 |
| Reach-1 | 1 | PF 1 | 110.00 | | 2431.04 | 2434.45 | 2434.45 | 2434.84 | 0.009704 | 5.06 | 21.73 | 26.67 | 0.99 |

2

ST-RH036745

GOLDEN VALLEY RANCH

# APPENDIX F

## PLANS – NOT INCLUDED WITH THIS STUDY