# IMPROVEMENT PLANS
## FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# AREA 1, PHASE A

### TRACT #

A PORTION OF SECTION 4, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



VICINITY MAP
N.T.S.

PROJECT SITE
AREA 1 – PHASE A



KEY MAP
SCALE: 1" = 500'

ENGINEERS ESTIMATED QUANTITIES

SEWER

WATER

STORM DRAIN

STREETS

LAND USE INFORMATION

UTILITIES

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

OWNER

DEVELOPER

ENGINEER / SURVEYOR

BASIS OF BEARINGS

BENCHMARK

CONTRACTORS NOTE

SOURCE OF TOPOGRAPHY

SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
|---|---|---|

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06



RHODES HOMES ARIZONA, LLC.
GOLDEN VALLEY RANCH
AREA 1 - PHASE A
COVER

Stanley Consultants INC.
9255 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

MOHAVE COUNTY                    ARIZONA

SHEET C1



9TT-RH037015











PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
NOTES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

NOTES

ST-RGH037016





























| RHODES HOMES ARIZONA, LLC | | |
| GOLDEN VALLEY RANCH | | |
| AREA 1 - PHASE A | | |
| DETAILS | | |
| MOHAVE COUNTY | | ARIZONA |

**Stanley Consultants INC.**

DT5

ST-RGHD37021



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
DETAILS

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

ST-RGH037022





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06







PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 5-16-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

ST-RGHD37025



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 5-16-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RGH037026



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
LINE AND CURVE DATA 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
LINE AND CURVE DATA 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-19-06

LC2

ST-RHI037028



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY SCALE FOR REVIEW
NOT FOR CONSTRUCTION 3-15-05



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 2

Stanley Consultants INC.

HOLE NO. 12



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 3

Stanley Consultants INC.

ST-RGI037081



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 5

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE A
GRADING PLAN 7

MOHAVE COUNTY          ARIZONA

**Stanley Consultants** INC.

FOR CONTINUATION SEE SHEET GR7

FOR CONTINUATION SEE SHEET GR9

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 8

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 10

Stanley Consultants INC.

MOHAVE COUNTY                ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
GRADING PLAN 11

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RGH037039



FOR CONTINUATION SEE SHEET GR11

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 – PHASE A
GRADING PLAN 12

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 1

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

ST-RGH037041



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 2

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

GOLF COURSE
HOLE NO. 12

COMMON LOT "G"

ST-RGI0370-42



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 3

Stanley Consultants INC.

MOHAVE COUNTY                ARIZONA

UP3



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 4

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

UP4



ST-RGI0370-45