

GOLF COURSE
HOLE NO. 11

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 6

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RGI0370-06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 7

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 8

MOHAVE COUNTY                     ARIZONA

Stanley Consultants INC.

FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE SHEET UP10

FOR CONTINUATION SEE SHEET UP11

FOR CONTINUATION SEE SHEET UP10

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 9

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

UP9

SHEET 14 OF 20 PROJECT



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 10

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RGI037050





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
UTILITY PLAN 12

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

UP12

ST-RGH037002



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN I

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SL1

ST-RGH037053



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 2

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SL 2





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 4

MOHAVE COUNTY                ARIZONA

**Stanley Consultants** INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 5

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

SL5



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 6

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

ST-RH037058



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 7

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

ST-RGH037059









FOR CONTINUATION SEE SHEET SL5
FOR CONTINUATION SEE SHEET SL8
FOR CONTINUATION SEE SHEET SL10
FOR CONTINUATION SEE SHEET SL11
FOR CONTINUATION SEE SHEET SL12
K STREET (PRIVATE/PUE)
L STREET (PRIVATE/PUE)
N STREET (PRIVATE/PUE)
U STREET (PRIVATE/PUE)
Z STREET (PRIVATE/PUE)
O STREET (PRIVATE/PUE)
FIRE HYDRANT

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 45 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 36 EA – 100 WATT @ 1.0 AMPS EACH | – | 37.0 AMPS |
| TOTAL PROPOSED LOAD | – | 37.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 37.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 11.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 45 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 21 EA – 100 WATT @ 1.0 AMPS EACH | – | 21.0 AMPS |
| TOTAL PROPOSED LOAD | – | 21.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 21.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 27.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | – | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | – | 45 AMPS |
| EXISTING CIRCUIT LOAD | – | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 29 EA – 100 WATT @ 1.0 AMPS EACH | – | 29.0 AMPS |
| TOTAL PROPOSED LOAD | | 29.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | – | 29.0 AMPS |
| REMAINING AVAILABLE LOAD | – | 19.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | – | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 45 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 15 EA – 100 WATT @ 1.0 AMPS EACH | – | 15.0 AMPS |
| TOTAL PROPOSED LOAD | – | 15.0 AMPS |

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 50[illegible] ON SHEET DT[illegible]
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 326 ON SHEET DT5
5. STUB AND CAP STREET LIGHT CONDUIT

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14–2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL SIZE R2–1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1–1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

*NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## BASIS OF BEARINGS

NORTH 00°13'39" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 32, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83–WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS–OPUS

M.C.S.D. "SD 32" – LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2502.40391ift (NAVD'88)

STONE 1/4 COR 3/2 – LATITUDE 35°08'56.83305"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.70458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2593.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 50 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.19 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343."

SL1
SL2
SL3
SL4
SL5
SL8
SL9
SL10
SL11
SL12
PHASE A
PHASE B

## KEYMAP

N.T.S.

## LEGEND

1 1/4" STREETLIGHT CONDUIT
PROPOSED 100 W HPS LUMINAIRE
NO. 3–1/2" PULL BOX
SERVICE PEDESTAL
PROPOSED STREET SIGNS
PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
PROPOSED BARRICADE

FIRE LANE
RED
BLACK

FIRE LANE SIGN (12"X 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

BACK OF CURB/P.L.
4' S/W
STREET LIGHT CONDUCTOR
PRIVATE STREET
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE
NOTE: ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

### STREETLIGHT LOCATION

N.T.S.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Call before you Dig
1-800-782-5348

Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3/10/06

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SI/DB
DATE 3/10/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 1 – PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 9
MOHAVE COUNTY ARIZONA

SHEET SL9
47 OF 70 SHEETS
SCI PROJECT # 18449

42874 STEVEN A. HAGEL ARIZONA, U.S.A.

ST-RH037061

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 12

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

ST-R6H037064.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
Q STREET - PLAN AND PROFILE

Stanley Consultants INC.

MOHAVE COUNTY          ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
G and J STREET - PLAN AND PROFILE

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

PP2

ST-R6H037066



FOR CONTINUATION
SEE EASEMENT DETAIL-T SHEET DT6
STATION 17+00.00
FOR CONTINUATION SEE SHEET PP5
K STREET
GRAPHIC SCALE
KEYMAP
PP4
LEGEND
BASIS OF BEARINGS
BENCHMARK
DISCLAIMER NOTE
CONSTRUCTION NOTES
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

| | | | |
|---|---|---|---|
| PP4 | RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (H) 1" = 40'<br>SCALE (V) 1" = 4'<br>DRAWN BY CD/RM<br>CHECKED BY ST/DB |
| | AREA 1 - PHASE A<br>K STREET - PLAN AND PROFILE<br>MOHAVE COUNTY ARIZONA | 5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>www.stanleygroup.com | |

STATION 17+00.00
FOR CONTINUATION SEE SHEET PP4

K STREET
(PLAN AND PROFILE)

GRAPHIC SCALE

LEGEND

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
K STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 5-16-06

ST-RGH037069

L STREET (PRIVATE)

STATION 17+00.00
FOR CONTINUATION SEE SHEET PP7

KEYMAP

GRAPHIC SCALE

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | |
| GOLDEN VALLEY RANCH | Stanley Consultants INC. | |
| AREA 1 - PHASE A | | |
| L STREET - PLAN AND PROFILE | | |
| MOHAVE COUNTY | ARIZONA | |

PP6

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

ST-RGH037070

FOR CONTINUATION SEE SHEET PP6
STATION 17+00.00
L STREET
STATION 24+01.93
END AREA 1 - PHASE A
CONSTRUCTION NOTES:
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
BENCHMARK
BASIS OF BEARINGS
LEGEND
KEYMAP
GRAPHIC SCALE
DISCLAIMER NOTE
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

| | | | |
|---|---|---|---|
| SHEET PP7 | RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | Stanley Consultants INC.<br>5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119 | SCALE (H): 1" = 40'<br>SCALE (V): 1" = 4'<br>DRAWN BY: CD/RM<br>CHECKED BY: ST/DB |
| | AREA 1 - PHASE A<br>L STREET - PLAN AND PROFILE<br>MOHAVE COUNTY ARIZONA | | |

ST-RH037071

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
N STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  fax (702) 369-9793
www.stanleygroup.com

PP8

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

ST-RGI037072



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
O and U STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

**STANLEY CONSULTANTS** INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

ST-RGH037073

FOR CONTINUATION
SEE EASEMENT DETAIL-U SHEET DT7

2 STREET (PRIVATE)

STATION 15+00.00
FOR CONTINUATION SEE SHEET PP11

CONSTRUCTION NOTES

GENERAL NOTES

FEMA FLOOD ZONE

BENCHMARK

BASIS OF BEARINGS

DISCLAIMER NOTE

LEGEND

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
2 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  FAX (702) 369-9793
www.stanleygroup.com

PP10

ST-RGH037074

STATION 15+00.00
FOR CONTINUATION SEE SHEET PP10
U STREET
FOR CONTINUATION SEE SHEET PP9
2 STREET
P STREET
FOR CONTINUATION SEE SHEET PP15
STATION 20+34.63
2 STREET (PRIVATE)
GRAPHIC SCALE
NORTH
CONSTRUCTION NOTES
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
BASIS OF BEARINGS
BENCHMARK
LEGEND
KEYMAP
PP11
DISCLAIMER NOTE
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

| | | | | |
|---|---|---|---|---|
| SHEET PP11 | RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | Stanley Consultants INC.<br>5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>www.stanleygroup.com | SCALE (H) 1" = 40'<br>SCALE (V) 1" = 4' | |
| | AREA 1 - PHASE A<br>2 STREET - PLAN AND PROFILE | | DRAWN BY CD/RM<br>CHECKED BY | |
| | MOHAVE COUNTY ARIZONA | | | |

ST-RH037075

STATION 24+81.10
END AREA 1 - PHASE A

STATION 24+81.10
END RHODES GOLDEN VALLEY RANCH
AREA 1 - PHASE A
FOR CONTINUATION SEE SHEET OSS 11

I STREET
FOR CONTINUATION SEE SHEET PP18

STATION 33+00.00
FOR CONTINUATION SEE SHEET PP13

GRAPHIC SCALE

KEYMAP

LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
I STREET - PLAN AND PROFILE

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

PP12

ST-RGH037076





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
P STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP14

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 5-16-06



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
P STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

**Stanley Consultants** INC.





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
B and A STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06