





FOR CONTINUATION
SEE EASEMENT DETAIL-S SHEET DT6
5 STREET
10 STREET
FOR CONTINUATION SEE SHEET OSS10
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
NORTH

**5 STREET (PRIVATE)**
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

PROPOSED FINISH GRADE @ CENTERLINE
EXISTING GROUND @ CENTERLINE
EXISTING GROUND @ CENTERLINE
PROPOSED FINISH GRADE @ CENTERLINE

OSS2
PHASE A
PHASE B

**KEYMAP**
N.T.S.

**LEGEND**

- = FUTURE GRADE
- = RATE & DIRECTION OF SLOPE
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = SUBDIVISION/UNIT BOUNDARY
- = SANITARY SEWER MANHOLE
- = SANITARY SEWER MAIN
- = 4" PVC SEWER LATERAL
- = STUB AND CAP
- = SEWER BACK WATER VALVE

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS OPUS.

M.C.S.D. "SD 32" — LATITUDE 35°09'22.75034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 — LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2540.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 R.S. 10343"

**SEWER CONSTRUCTION NOTES**

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440
4. INSTALL 6" PVC SEWER STUB & CAP

**GEOTECHNICAL NOTE**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC, DATED: 19 SEPTEMBER 05 PROJECT No. 1060-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C MAP UPDATE: OCT. 20, 2000.

PHASE A OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly. Call before you Dig. BLUE STAKE 1-800-782-5348

Avoid overhead power line contact. Call before you Overhead 1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | AREA 1 - PHASE A<br>5 STREET - OFFSITE UTILITIES<br>MOHAVE COUNTY ARIZONA |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200 Las Vegas, Nevada 89119 (702) 369-9396 fax (702) 369-9793 www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY ST/DB
DATE 3-10-06

SHEET OSS2
69 OF 70 SHEETS
SCI PROJECT # 18476

42874 STEVEN A. HAGEL ARIZONA, U.S.A.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
3 STREET - OFFSITE UTILITIES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

END AREA 1 PHASE 1
OFF-SITE UTILITIES

6 STREET

H STREET (PRIVATE)
VERTICAL

H STREET

STATION 154+00.00
FOR CONTINUATION SEE SHEET OSS6

GRAPHIC SCALE

KEYMAP

PHASE A

PHASE B

OSS6

LEGEND

DISCLAIMER NOTE

BENCHMARK

BASIS OF BEARINGS

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

SEWER CONSTRUCTION NOTES

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  5-16-06

Call
before you
Dig

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
H STREET - OFFSITE UTILITIES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396   fax (702) 369-9793
www.stanleygroup.com

OSS5

ST-RH037086









STATION 15+50.00
FOR CONTINUATION SEE SHEET OS85

STATION 20+50.00
FOR CONTINUATION SEE SHEET OS87

KEYMAP

LEGEND

| | RHODES HOMES ARIZONA, LLC |
| OS86 | GOLDEN VALLEY RANCH |
| | AREA 1 - PHASE A |
| | H STREET - OFFSITE UTILITIES |
| | MOHAVE COUNTY                    ARIZONA |

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  1-16-06

ST-RGH037087



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 5-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
H STREET - OFFSITE UTILITIES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

OSS7



PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
10 STREET - OFFSITE UTILITIES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
10 STREET - OFFSITE UTILITIES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

OS59





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
1 STREET - OFFSITE UTILITIES

MCHAVE COUNTY          ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-16-06

FOR CONTINUATION
SEE EASEMENT DETAIL-V SHEET DT7
10 STREET
FOR CONTINUATION SEE SHEET OSS8
E STREET
1 STREET
FOR CONTINUATION SEE SHEET OSS11
E STREET (PRIVATE)
GRAPHIC SCALE
NORTH
KEYMAP
PHASE A
PHASE B
OSS12
LEGEND
BASIS OF BEARINGS
BENCHMARK
DISCLAIMER NOTE
SEWER CONSTRUCTION NOTES
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 3-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE A
E STREET - OFFSITE UTILITIES

MOHAVE COUNTY ARIZONA

SHEET OSS12

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119

SCALE (H): 1" = 40'
SCALE (V): 1" = 4'
DRAWN BY: CD/RM
CHECKED BY: S I/DB

ST-RH037093