# IMPROVEMENT PLANS
## FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH, AREA 2 PHASE A
## TRACT #

A PORTION OF SECTION 3, 4, 9, 10 TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



VICINITY MAP
N.T.S.

PROJECT SITE
AREA 2



KEY MAP
N.T.S.

AREA 2 PHASE A

AREA 2 PHASE B

---



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
COVER

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

C1

SCALE (H): AS SHOWN
SCALE (V): NONE
DRAWN BY: CA/KM
CHECKED BY: D /KB
DATE: 03-10-06

## GENERAL NOTES

## SEWER

## WATER

## STREET

## STORM WATER POLLUTION PREVENTION PLAN

## UTILITY

## LEGEND

## ABBREVIATIONS

## FEMA FLOOD ZONE

## DRAINAGE REPORT

## SITE GRADING

## ENGINEER'S NOTES



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
NOTES

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
Phone (702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| NOTES | | |
|---|---|---|
| SCALE (H) NONE | | |
| SCALE (V) NONE | | |
| DRAWN BY GA/RW | | |
| CHECKED BY SK/DB | | |
| DATE 03-10-08 | | |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03/10/08

ST-RH037200

TYPICAL LOCAL STREET SECTION
N.T.S. / PUBLIC UTILITY EASEMENT

TYPICAL AREA 2 ENTRY STREET SECTION
N.T.S. / PUBLIC UTILITY EASEMENT

TYPICAL COLLECTOR STREET SECTION
N.T.S. / PUBLIC UTILITY EASEMENT

FUTURE LOOP ROAD STREET SECTION
N.T.S.

FUTURE LOOP ROAD WEST STREET SECTION
STA. 153+48 TO STA. 172+24
N.T.S.

TYPICAL ALLEY STREET SECTION
PRIVATE / PUBLIC UTILITY EASEMENT

COLLECTOR STREET BERM SECTION
N.T.S.

LOCAL STREET BERM SECTION
N.T.S.

DISCLAIMER NOTE

BASIS OF BEARING

BENCHMARK

GEOTECHNICAL NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
DETAILS

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (−) NONE
SCALE (V) NONE
DRAWN BY QA/RW
CHECKED BY S4/DB
DATE 3−10−08

DT1

ST-RH037201



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

- TRANSITION FROM TYPE "A" CURB TO ROLL CURB AND GUTTER
- TYPICAL SETBACKS FOR ALL LOTS
- CURB CUT FOR DRAINAGE
- TYPICAL ALLEY / LOT GRADING
- TYPICAL LOT GRADING
- SIDE YARD SECTION - NO RETAINING
- REAR YARD SECTION WITH SCARP
- REAR YARD SECTION AT GOLF COURSE / OPEN SPACE
- REAR YARD SECTION AT STREET
- REAR YARD SECTION AT PERIMETER BOUNDARY
- SIDE YARD CORNER LOT SECTION WITH RETAINING
- SIDE YARD CORNER LOT SECTION NO RETAINING
- SIDE YARD CORNER LOT SECTION AT COLLECTOR WITH RETAINING
- SIDE YARD CORNER LOT SECTION AT COLLECTOR - NO RETAINING
- REAR / SIDE YARD SECTION WITH RETAINING

DISCLAIMER NOTE

GEOTECHNICAL NOTE

BASIS OF BEARINGS

BENCHMARK

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
DETAILS
MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5600 S. Eastern Avenue, Suite 700
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9393
www.stanleygroup.com

SCALE (-) NONE
SCALE (V) NONE
DRAWN BY QA/RW
CHECKED BY S4/DB
DATE 03-10-08

SHEET DT3

ST-RGH037203















RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
DETAILS

MOHAVE COUNTY                    ARIZONA



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

| | |
|---|---|
| SCALE (—) NONE | |
| SCALE (∨) NONE | |
| DRAWN BY DA/RW | |
| CHECKED BY S4/DB | |
| DATE 03-10-08 | |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

DT4

ST-RGH037204















RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
DETAILS

MOHAVE COUNTY                ARIZONA



Stanley Consultants INC.

DT5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
DETAILS

MOHAVE COUNTY                ARIZONA

STANLEY CONSULTANTS INC.

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY DA/RW
CHECKED BY S4/DB
DATE 3-10-08

DT6

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  03-10-08

ST-RH037206

























PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  03-10-08

| | RHODES HOMES ARIZONA, LLC | | SCALE (-) NONE | | |
|---|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | SCALE (V) NONE | | |
| D17 | | **Stanley Consultants** INC. | DRAWN BY CA/RW | | |
| | AREA 2 PHASE A | | CHECKED BY S4/DB | | |
| | DETAILS | | DATE 03-10-08 | | |
| | MOHAVE COUNTY          ARIZONA | | | | |

ST-RH037207



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
LINE AND CURVE DATA 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



FOR CONTINUATION SEE SHEET LC1







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
LINE AND CURVE DATA 2

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

| | |
|---|---|
| SCALE (-) 1"=120' | |
| SCALE (V) N/A | |
| DRAWN BY QA | |
| CHECKED BY 54/08 | |
| DATE 03-10-06 | |

LC2

ST-RH037209

SEE SHEETS LC1 AND LC2 FOR CURVE AND LINE LOCATIONS

LEGEND

BASIS OF BEARING

BENCHMARK

AREA 2 PHASE A

KEY MAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

DISCLAIMER NOTE



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
LINE AND CURVE DATA 3

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

| SCALE (-) N/A |
| SCALE (V) N/A |
| DRAWN BY QA |
| CHECKED BY S4/DB |
| DATE 03-10-08 |

LC3

ST-RH037210



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 1

MOHAVE COUNTY                                  ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 2

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

ST-RHD37212



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 3

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 5

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

GR5



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
QRADING PLAN 6

**Stanley Consultants** INC.

MOHAVE COUNTY                    ARIZONA

ST-RHI037216



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 7

Stanley Consultants INC.

MOHAVE COUNTY                                    ARIZONA





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 9

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
GRADING PLAN 10

Stanley Consultants INC.

ST-RH037220

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 1

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

UP1

ST-RH037221



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RH037222

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 3

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

FOR CONTINUATION SEE SHEET UP1

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP6

## NOTE:
FOR STORM DRAIN INFORMATION SEE PLAN AND PROFILE SHEETS 2127, 2128, 2129.
FOR STORM DRAIN DROP INLET SECTIONS SEE DETAIL SHEET DT7.

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

## KEYMAP
N.T.S.

## BASIS OF BEARINGS

NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 22, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'23.70034"N, LONGITUDE 114°05'21.57240"W (NAD '83) HEIGHT 2562.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.55385"N, LONGITUDE 114°10'30.72281"W (NAD '83) HEIGHT 2498.20458ft (NAVD'88)

## BENCHMARK

BENCHMARK #"SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM. CAP 2" DIA., SET IN CONC. 85 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND TOPE RD., STAMPED "SD 34 1999 RLS 10343"

## SEWER CONSTRUCTION NOTES

1. INSTALL 48" DIAMETER MANHOLE PER M.A.G. STANDARD DETAIL NO. 420
2. INSTALL 8" PVC SEWER MAIN
3. INSTALL 4" PVC SEWER LATERAL PER M.A.G. STANDARD DETAIL NO. 440-1 AND 440-4
4. INSTALL 8" PVC SEWER STUB & CAP

## WATER CONSTRUCTION NOTES

1. INSTALL 8" PVC PIPE CLASS 150 MEETING REQ. OF A.W.W.A. C-900
2. INSTALL FIRE HYDRANT ASSEMBLY PER M.A.G. STANDARD DETAIL NO. 360
3. INSTALL 8" GATE VALVE & VALVE BOX
4. INSTALL 11.25° BEND
5. INSTALL 22.5° BEND
6. INSTALL 45° BEND
7. INSTALL 90° BEND
8. INSTALL 8"x 8"x 8" TEE
9. INSTALL 8"x 8"x 8"x8" CROSS
10. INSTALL 1" WATER LATERAL W/ 3/4" WATER METER PER DETAIL ON SHEET DT5
11. 8" CAP W/ BLOW-OFF PER M.A.G STANDARD DETAIL NO. 390
12. REMOVE EXISTING CAP & CONNECT TO EXIST. 8" WATER LINE

## LEGEND

| | |
|---|---|
| 120 | LOT NUMBER |
| | RIGHT OF WAY |
| | STREET LIGHT (100W HPS) |
| | NO. 3-1/2" PULL BOX |
| | SERVICE PEDESTAL |
| P.U.E. | PUBLIC UTILITY EASEMENT |
| C.E. | COMMON ELEMENT |

### WATER

| | |
|---|---|
| | WATER MAIN |
| | 3/4" WATER METER W/ 1" WATER LATERAL |
| | FIRE HYDRANT ASSEMBLY |
| | TEE W/VALVE |
| | 2" BLOWOFF ASSEMBLY |
| | GATE VALVE OR BUTTERFLY VALVE |
| | 11 1/4°, 22 1/2°, 45°, 90° BEND |

### SEWER

| | |
|---|---|
| | SANITARY SEWER MANHOLE |
| | SANITARY SEWER MAIN |
| | 4" PVC SEWER LATERAL |
| | STUB AND CAP |
| | SEWER BACK WATER VALVE |

### STORM DRAIN

| | |
|---|---|
| | STORM DRAIN MANHOLE |
| | STORM DRAIN INLET |
| | STORM DRAIN PIPE |

4" SEWER LATERAL
24" MIN. BETWEEN SERVICE LINES
SEWER MAIN
WATER MAIN
1" WATER SERVICE
4" SEWER LATERAL
EXTEND LATERALS 10' BEYOND P.L.
FIRE HYDRANT

* UNLESS NOTED OTHERWISE

## TYPICAL WATER AND SS LATERALS
N.T.S.

36' LOCAL STREET
40' COLLECTOR STREET
ROLL CURB & GUTTER
BACK OF CURB
COMPACTED SUBGRADE
DETECTABLE TAPE
8" PVC SS MAIN
8" PVC WATER MAIN
16' LOCAL STREET
20' COLLECTOR STREET

## TYPICAL WATER AND SS MAIN LINE SECTION
N.T.S. NOTE: INSTALL M.A.G. STANDARD DETECTABLE LOCATOR TAPE OR PLASTIC COATED (BLUE FOR WATER AND GREEN FOR SEWER) #8 WIRE FOR ALL WATER AND SEWER LINES.

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
FIRE HYDRANT FOUNDATION
LOT LINE
FIRE HYDRANT
1.0' (MIN.) TO FACE OF HYDRANT

NOTE: IN LOCATIONS WHERE FIRE HYDRANT IS NOT ADJACENT TO A SIDEWALK, FACE OF HYDRANT TO BE 3' FROM BACK OF CURB.

## FIRE HYDRANT LOCATION
N.T.S.

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
STREET LIGHT FOUNDATION
LOT LINE
STREET LIGHT
1.0' (MIN.) TO FACE OF POLE

NOTE: IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

## STREETLIGHT LOCATION
N.T.S.

## GEOTECHNICAL NOTE:
ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1060-GEO

## FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT. 20, 2000

PHASE A OF AREA 2 LIES WITHIN AN AREA DESIGNATED AS A FEMA FLOOD ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM.

## DISCLAIMER NOTE
UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE 1-800-782-5348 (1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 5

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1"=40'
SCALE (V) N/A
DRAWN BY CA
CHECKED BY SH/DB
DATE 03-10-06

SHEET UP5
27 OF 71 SHEETS
SCI PROJECT# 18478.02.02

