FOR CONTINUATION SEE SHEET UP5

FOR CONTINUATION SEE SHEET UP7

FOR CONTINUATION SEE SHEET UP2

FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE SHEET UP7

KEYMAP

PRELIMINARY — NOT FOR CONSTRUCTION 03-10-06

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

AREA 2 PHASE A
UTILITY PLAN 6

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants INC.**

UP6

ST-RH037226



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 7

**Stanley Consultants** INC.

MOHAVE COUNTY                    ARIZONA

ST-RH037227

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 8

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

ST-RHI037228

FOR CONTINUATION SEE SHEET UP8

FOR CONTINUATION SEE SHEET UP10

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE A | | |
| UTILITY PLAN 9 | | |

Stanley Consultants INC.

UP9

ST-RH037229



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
UTILITY PLAN 10

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 1

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SL1

FOR CONTINUATION SEE SHEET SL1

FOR CONTINUATION SEE SHEET SL6

FOR CONTINUATION SEE SHEET SL3

GRAPHIC SCALE




KEY MAP

LEGEND



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 2

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SL 2



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03 10 05

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 4

MOHAVE COUNTY                                    ARIZONA

**Stanley Consultants** INC.

SL4

ST-RGI0372M



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 5

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

FOR CONTINUATION SEE SHEET SL6

FOR CONTINUATION SEE SHEET SL7

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 6

MOHAVE COUNTY                                    ARIZONA



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 Fax (702) 369-4163
www.stanleygroup.com

PRELIMINARY ISSUE "D" REVIEW
NOT FOR CONSTRUCTION 3-10-08

BENCHMARK

BASIS OF BEARING

TRAFFIC CONSTRUCTION NOTES

LIGHTING CONSTRUCTION NOTES

NEW STREETLIGHT SERVICE PEDESTAL, CIRCUIT "B"

NEW STREETLIGHT SERVICE PEDESTAL, CIRCUIT "A"

STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

DISCLAIMER NOTE

STREETLIGHT LOCATION

LEGEND

KEYMAP

NORTH

GRAPHIC SCALE

SCALE (-) 1"=40'
SCALE (V) N/A
DRAWN BY QA
CHECKED BY S4/DB
DATE 3-10-08

SL6

ST-RGN037236



FOR CONTINUATION SEE SHEET SL6

FOR CONTINUATION SEE SHEET SL10

FOR CONTINUATION SEE SHEET SL4

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 7

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

ST-RH037287



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 8

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SL.8

ST-RHD37238



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 9

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
STREET LIGHT AND TRAFFIC CONTROL PLAN 10

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

STANLEY CONSULTANTS INC.

MOHAVE COUNTY                    ARIZONA



STATION 9H+50.00
FOR CONTINUATION SEE SHEET PP1

A1 STREET PLAN AND PROFILE

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP2



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A1 STREET PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

SCALE (-) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DA
CHECKED BY S4/DB
DATE 03-10-08



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
A2 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B2 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP5



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B2 STREET PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B2 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP7



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B1 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-08

SHEET
PP8

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B1 STREET PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

PP9



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
B1 STREET PLAN AND PROFILE

MOHAVE COUNTY                        ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
C STREET PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.











KEYMAP

LEGEND



| RHODES HOMES ARIZONA, LLC | | |
| GOLDEN VALLEY RANCH | | |
| AREA 2 PHASE A | | |
| C STREET PLAN AND PROFILE | | |
| MOHAVE COUNTY | ARIZONA | |

Stanley Consultants INC.

SCALE (−) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DA
CHECKED BY S4/BB
DATE 03−10−06



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D1 STREET PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D2 STREET PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

PP14

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
D2 STREET PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

**Stanley Consultants** INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
E STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE "73" REVIEW
NOT FOR CONSTRUCTION 03 10 08

PP16





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
G1 STREET PLAN AND PROFILE AND
OFFSITE STORM DRAIN

MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

ST-RGH037259