



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
H STREET PLAN AND PROFILE

Stanley Consultants INC.

Sheet PP21









RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 2 PHASE A
I STREET PLAN AND PROFILE
MOHAVE COUNTY — ARIZONA

Stanley Consultants INC.

SHT: PP22

SHT. PP24

66 OF 71 SHEETS

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE A
S STREET PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

Stanley Consultants INC.

SCALE (H) 1"=40'
SCALE (V) 1"=4'
DRAWN BY CA
CHECKED BY SH/DB
DATE 03-10-06












