GRAPHIC SCALE

CONSTRUCTION NOTES

LEGEND

KEYMAP

RHODES GOLDEN VALLEY RANCH AREA 2 PHASE A
SEE IMP. PLANS BY STANLEY CONSULTANTS

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

| RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|
| GOLDEN VALLEY RANCH | | | |
| AREA 2 PHASE B | Stanley Consultants INC. | | |
| 2 STREET PLAN AND PROFILE | | | |
| MOHAVE COUNTY | ARIZONA | | |

SCALE (−) 1"=40'
SCALE (V) 1"=4'
DRAWN BY DA
CHECKED BY 54/DB
DATE 04−12−06

PP31

S7-RH037343

GRAPHIC SCALE

CONSTRUCTION NOTES

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 04/12/06

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING

LEGEND

KEYMAP

| | RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | SCALE (−) 1"=40' | |
| PP32 | | | SCALE (v) 1"=4' | |
| | AREA 2 PHASE B | Stanley Consultants INC. | DRAWN BY QA | |
| | 3 STREET PLAN AND PROFILE | | CHECKED BY S4/BB | |
| MOHAVE COUNTY | ARIZONA | | DATE 01-12-06 | |

ST-RH037344













RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
4 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP33



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
5 AND 9 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
6 AND 7 STREET PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 2 PHASE B
C.E. "L" OFFSITE 8" SEWER PLAN AND PROFILE

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

# IMPROVEMENT PLANS
## FOR
# RHODES HOMES ARIZONA, LLC
# GOLDEN VALLEY RANCH
# AREA 3

TRACT #

A PORTION OF SECTION 2, 3, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN,
MOHAVE COUNTY, ARIZONA



VICINITY MAP

PROJECT SITE
AREA 3

KEY MAP

## ENGINEERS ESTIMATED QUANTITIES

### SEWER

### STORM DRAIN

### WATER

### STREETS

### LAND USE INFORMATION

DISCLAIMER NOTE

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

UTILITIES

### OWNER

### DEVELOPER

### ENGINEER / SURVEYOR

### BASIS OF BEARINGS

### BENCHMARKS

### CONTRACTOR'S NOTE

### SOURCE OF TOPOGRAPHY

### SHEET INDEX

| SHEET NO. | DWG NO. | DRAWING TITLE |
| --- | --- | --- |

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
COVER

MOHAVE COUNTY          ARIZONA


Stanley Consultants INC.



SCALE (H) NONE
SCALE (V) NONE
DRAWN BY CA/RM
CHECKED BY EB/SH
DATE 03 10 06

C1

## GENERAL NOTES

## SEWER

## WATER

## STREET

## STORM WATER POLLUTION PREVENTION PLAN

## SITE GROUND

## FEMA FLOOD ZONE

## DRAINAGE REPORT

## ENGINEER NOTES

## LEGEND

## ABBREVIATIONS

**PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06**

| RHODES HOMES ARIZONA, LLC | | |
|---|---|---|
| GOLDEN VALLEY RANCH | | |
| AREA 3 | | |
| NOTES | | |
| MOHAVE COUNTY | | ARIZONA |

**Stanley Consultants INC.**

5600 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 ph (702) 269-9703 fax
www.stanleygroup.com

S-T-RH037350

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
DETAILS

MOHAVE COUNTY                                        ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 tel (702) 369-9793 fax
www.stanleygroup.com

SHEET
DT1

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06





TRANSITION FROM TYPE "A" CURB
TO ROLL CURB AND GUTTER
NTS

TYPICAL SETBACKS FOR ALL LOTS
NTS

CURB CUT FOR DRAINAGE
NTS

TYPICAL LOT GRADING
N.T.S.

SIDE YARD SECTION - NO RETAINING
N.T.S.

REAR YARD SECTION WITH SCARP
N.T.S.

REAR YARD SECTION AT GOLF
COURSE / OPEN SPACE
N.T.S.


REAR YARD SECTION AT PERIMETER
STREET
N.T.S.


REAR YARD SECTION AT PERIMETER
BOUNDARY
N.T.S.

SIDE YARD CORNER LOT SECTION
WITH RETAINING
N.T.S.

SIDE YARD CORNER LOT SECTION
NO RETAINING
N.T.S.

SIDE YARD CORNER LOT SECTION AT
COLLECTOR WITH RETAINING
N.T.S.

SIDE YARD CORNER LOT SECTION AT
COLLECTOR - NO RETAINING
N.T.S.


REAR / SIDE YARD SECTION WITH RETAINING
N.T.S.

DISCLAIMER NOTE

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

PRELIMINARY - ISSUED FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
DETAILS

MOHAVE COUNTY                                   ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  (702) 369-9793
www.stanleygroup.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/CE/RN
CHECKED BY S1/DO
DATE 05-10-06

DT3















PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
DETAILS

MOHAVE COUNTY                                    ARIZONA

**Stanley Consultants** INC.

DT4





















RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396, (702) 369-9793
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06

DT5

SHEET
7 OF 80 SHEETS

S-T-RH037355

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
DETAILS

MOHAVE COUNTY                                    ARIZONA

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396    fax (702) 369-9793
www.stanleyconsultants.com

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY GA/CD/RN
CHECKED BY S1/DD

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06

SHEET
DT6

OF 80 SHEETS

ST-RH037356



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
DETAILS

MOHAVE COUNTY                 ARIZONA

**Stanley Consultants INC.**

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396   Fax (702) 369-9793
www.stanleygroup.com

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06







AZTEC ROAD
LEGEND
NOTE
BASIS OF BEARINGS
BENCHMARK
DISCLAIMER NOTE
GRAPHIC SCALE
NORTH
PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH<br>AREA 3<br>LINE AND CURVE DATA 1<br>MOHAVE COUNTY ARIZONA | Stanley Consultants INC.<br>5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>(702) 369-9396 fx (702) 369-9793<br>www.stanleygroup.com | SCALE (H) 1"=100'<br>SCALE (V) N/A<br>DRAWN BY GA<br>CHECKED BY ST/DB<br>DATE 03 10 06 |

LC1 SH-1 10 OF 89 SHEETS

SCI PROJECT # 19878

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
LINE AND CURVE DATA 2

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

LC2









FOR CONTINUATION SEE SHEET A3-GR2

EAST LOOP ROAD
(PUBLIC)

FOR CONTINUATION SEE SHEET A3-GR4

GRAPHIC SCALE

NORTH

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING

CONSTRUCTION NOTES

ENGINEERING NOTES

DISCLAIMER NOTE

Before you
dig
Overhead
Call
before
you dig

LEGEND

KEYMAP

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 3

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

A3-GR3

SCALE (-) 1"= 40'
SCALE (V) NONE
DRAWN BY GA/JJ
CHECKED BY S ENDO
DATE 04 10 06

S-T-RH037362





EAST LOOP ROAD
(PUBLIC)
FOR CONTINUATION SEE SHEET A3-GR3
FOR CONTINUATION SEE SHEET A3-GR7
FOR CONTINUATION SEE SHEET A3-GR8
10TH ST.
6TH ST.
7TH ST.
5TH ST.
5 TH ST.

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

A3-GR4
GR1
GR2
GR3
GR5
GR6
GR7
GR8
GR9
GR10
GR11

**KEYMAP**
N.T.S.

**CONSTRUCTION NOTES**

1. 30" ROLL CURB AND GUTTER PER DETAIL NO. 217A ON SHEET DT4
2. 24" VERTICAL CURB AND GUTTER PER M.A.G. STD. DETAIL NO. 220 (TYPE A) (SEE DETAIL SHEET DT4)
3. L/ CURB TRANSITION PER DETAIL ON SHEET DT3
4. CONCRETE SIDEWALK PER M.A.G. STANDARD DETAIL NO. 230 (SEE DETAIL SHEET DT4)
5. VALLEY GUTTER PER M.A.G. STANDARD DETAIL NO. 240 (SEE DETAIL SHEET DT4)
6. DROP CURB PER DETAIL ON SHEET DT3
7. SIDEWALK SCUPPER PER M.A.G. STANDARD DETAIL NO. 203 (SEE DETAIL SHEET DT5)
8. 24" RIBBON CURB PER M.A.G. STD. DETAIL NO. 220 (TYPE B) (SEE DETAIL SHEET DT4)
9. TYPE A SINGLE CURB PER M.A.G. STD. DETAIL NO. 222

NOTE: ALL NOTES NOT USED ON ALL SHEETS

**BASIS OF BEARINGS**

NORTH 00°13'38" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 32, TOWNSHIP 20 NORTH, RANGE 18 WEST, G.&S.R. & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WI), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 22" = LATITUDE 35°09'22.70634"N, LONGITUDE 114°09'21.57240"W (NAD '83), HEIGHT 2562.4635 ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°09'55.53385"N, LONGITUDE 114°10'30.42281"W (NAD '83), HEIGHT 2498.20458 ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA., SET IN CONC. 85 FT NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

**LEGEND**

- DRIVEWAY
- HIGH POINT SWALE DIRECTION
- (80.61) TC — EXISTING GRADE
- [80.07] TC — FUTURE GRADE
- TW 34.2 / TF 33.0 — TOP OF RET. WALL/TOP OF FOOTING
- 80.0 HP — PAD HIGH POINT ELEVATION
- 70.16 FL — FLOWLINE ELEVATION
- 70.70 CL — CENTERLINE FINISHED GRADE ELEVATION
- 70.96 TC — TOP OF CURB ELEVATION
- 70.96 FG — FINISHED GRADE ELEVATION
- 2.00% — RATE & DIRECTION OF SLOPE
- STA: 13+04.89 — TOP OF CURB STATIONING
- RETAINING WALL
- PERIMETER BLOCK WALL
- PROPERTY LINE
- GRADE BREAK
- EASEMENT LINE
- CENTER LINE
- RIGHT OF WAY
- EXISTING LINE
- FUTURE LINE
- SCARP
- FF: 49.50 — FINISHED FLOOR ELEVATION
- (PAD: 78.9) — PAD ELEVATION
- EXISTING CONTOUR
- 73 — LOT NUMBER
- SWALE
- SUBDIVISION/PHASE BOUNDARY
- 8 FT TRANSITION (2 FT CURB TO 8 FT CURB)
- CURB, GUTTER, AND SIDEWALK
- S/W RAMP
- D.E. — DRAINAGE EASEMENT
- P.A.E. — PEDESTRIAN ACCESS EASEMENT
- P.U.E. — PUBLIC UTILITY EASEMENT
- DTC — DEPRESSED TOP OF CURB ELEVATION

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC
DATED: 12 SEPTEMBER 05
PROJECT No.: 1050-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 040058 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF THE PROJECT SITE LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD AREA ZONE "A". THE REMAINING PORTION OF THE SITE IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE PLAN FOR BOUNDARY LOCATIONS

**ENGINEERING NOTES**

ADD 2500' TO ALL ELEVATIONS LESS THAN 500' ON AREA GRADING PLANS TO GET ACTUAL ELEVATION.

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06

| | |
|---|---|
| SCALE (H) | 1"= 40' |
| SCALE (V) | NONE |
| DRAWN BY | GA/J3 |
| CHECKED BY | S INDB |
| DATE | 03-10-06 |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 4

MOHAVE COUNTY ARIZONA

SHEET
A3-GR4
15 OF 60 SHEETS

SCI PROJECT#
18476

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

FOR CONTINUATION SEE SHEET A3-GR5

FOR CONTINUATION SEE SHEET A3-GR7



KEYMAP

A3-GR6

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 ph (702) 369-9793
www.stanleyconsultants.com

A3-GR6









RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 8

MOHAVE COUNTY                              ARIZONA

Stanley Consultants INC.

A3-GR8

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03-10-06





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 10

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

FOR CONTINUATION SEE SHEET A3-GR10

FOR CONTINUATION SEE SHEET A3-GR7

FOR CONTINUATION SEE SHEET A3-GR8





KEY MAP

LEGEND



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
GRADING PLAN 11

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A3-GR11

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION OR BID

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

ENGINEERING NOTE

BENCHMARK

BASIS OF BEARING

CONSTRUCTION NOTES

DISCLAIMER NOTE

GRAPHIC SCALE





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 1

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

A3-UP1

SHEET 23 OF 80



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 10

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 02-10-06

| RHODES HOMES ARIZONA, LLC | | | STANLEY CONSULTANTS INC. | | A3-UP11 |
|---|---|---|---|---|---|
| GOLDEN VALLEY RANCH | | | | | |
| AREA 3 | | | | | |
| UTILITY PLAN 11 | | | | | |
| MOHAVE COUNTY | | ARIZONA | | | |

S7-RH037384










RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 3

MOHAVE COUNTY                           ARIZONA

Stanley Consultants INC.

A3-UP3

ST-RH037373



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 4

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

A3-UP4



AZTEC ROAD
END RHODES GOLDEN VALLEY RANCH
AREA 3
B DR.
7TH ST.
8TH ST.
FOR CONTINUATION SEE SHEET A3-UP6
FOR CONTINUATION SEE SHEET A3-UP9
FOR CONTINUATION SEE SHEET A3-UP1
FOR GOLF COURSE SEE IMPROVEMENT PLANS BY TED ROBINSON
BASIS OF BEARINGS
BENCHMARK
SEWER CONSTRUCTION NOTES
WATER CONSTRUCTION NOTES
TYPICAL WATER AND SS LATERALS
TYPICAL WATER AND SS MAIN LINE SECTION
STREETLIGHT LOCATION
KEYMAP
LEGEND
STORM DRAIN
FIRE HYDRANT LOCATION
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
DISCLAIMER NOTE
PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 03-10-06
RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
UTILITY PLAN 5
MOHAVE COUNTY
ARIZONA
Stanley Consultants INC.
A3-UP5

ST-RH037375

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 6

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

A3-UP6

FOR CONTINUATION SEE SHEET A3-UP8

FOR CONTINUATION SEE SHEET A3-UP8

FOR CONTINUATION SEE SHEET A3-UP5

FOR CONTINUATION SEE SHEET A3-UP5

FOR CONTINUATION SEE SHEET A3-UP4

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 7

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA

A3-UP7
33 OF 60 SHEETS

ST-RH037377