FOR CONTINUATION SEE SHEET A3-UP11

FOR CONTINUATION SEE SHEET A3-UP7

5TH ST.

6TH ST.

5TH ST.

5TH ST.

END RHODES GOLDEN VALLEY RANCH
AREA 3

END RHODES GOLDEN VALLEY RANCH
AREA 3

BASIS OF BEARINGS

WATER CONSTRUCTION NOTES

SEWER CONSTRUCTION NOTES

BENCHMARK

TYPICAL WATER AND/OR MAIN LINE SECTION

TYPICAL WATER AND SS MAIN LINE SECTION

TYPICAL WATER AND SS LATERALS

STREETLIGHT LOCATION

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

FIRE HYDRANT LOCATION

LEGEND

SEWER

WATER

STORM DRAIN

KEYMAP

GRAPHIC SCALE

PRELIMINARY ISSUE — OR REVIEW
NOT FOR CONSTRUCTION 02-10-06

Call before you dig

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 8

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE: (H) 1" = 40'
SCALE: (V) NONE
DRAWN BY GA/RW
CHECKED BY S ENZO
SHEET A3-UP8

A3-UP8

AZTEC ROAD
(PUBLIC)

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
UTILITY PLAN 9

Stanley Consultants INC.

A3-UP9











RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 1

ARIZONA

MOHAVE COUNTY

Stanley Consultants INC.

A3-SL1

S-7-RH037352











RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 2

MOHAVE COUNTY                                      ARIZONA

**Stanley Consultants INC.**

A3-SL2

S-T-RH037363

FOR CONTINUATION SEE SHEET A3-SL2

77

78

9TH ST.

C.E. A

D DR.

F DR.

H DR.

FOR CONTINUATION SEE SHEET A3-SL7

141

140

C.E. B

EAST LOOP ROAD (PUBLIC)

X 10TH ST.

55

146

147

54

6TH ST.

FOR CONTINUATION SEE SHEET A3-SL4

GRAPHIC SCALE

TRAFFIC CONSTRUCTION NOTES

LIGHTING CONSTRUCTION NOTES

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"
STREETLIGHT CIRCUIT "A" CAPACITY VERIFICATION

NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"
STREETLIGHT CIRCUIT "B" CAPACITY VERIFICATION

BASIS OF BEARINGS

BENCHMARK

DISCLAIMER NOTE

STREETLIGHT LOCATION

LEGEND

KEYMAP

| | RHODES HOMES ARIZONA, LLC | | | | A3-SL3 |
| A3-SL.3 | GOLDEN VALLEY RANCH | Stanley Consultants INC. | SCALE (H) 1" = 40' | | |
| | AREA 3 | | SCALE (V) NONE | | |
| | STREETLIGHT AND TRAFFIC CONTROL PLAN 3 | | DRAWN BY GA/RW | | |
| | MOHAVE COUNTY ARIZONA | | CHECKED BY SINDO | | |

ST-RH037384

STREETLIGHT AND TRAFFIC CONTROL PLAN 4

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH
AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 4
MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

A3-SL4

AZTEC ROAD

FOR GOLF COURSE SEE
RHODES ("R") FILING BY TED ROBINSON

END RHODES GOLDEN VALLEY RANCH
AREA 3

FOR CONTINUATION SEE SHEET A3-SL6

FOR CONTINUATION SEE SHEET A3-SL1

FOR CONTINUATION SEE SHEET A3-SL6

B DR

B DR

B DR

6TH ST

7TH ST

7TH

LEGEND

KEYMAP

PRELIMINARY ISSUE - FOR REFERENCE
NOT FOR CONSTRUCTION  02-10-06

| | | |
|---|---|---|
| RHODES HOMES ARIZONA, LLC | | A3-SL5 |
| GOLDEN VALLEY RANCH | | |
| AREA 3 | Stanley Consultants INC. | |
| STREETLIGHT AND TRAFFIC CONTROL PLAN 5 | | |
| MOHAVE COUNTY                    ARIZONA | | |

ST-RH037386

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 6

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

FOR CONTINUATION SEE SHEET A3-SL6

FOR CONTINUATION SEE SHEET A3-SL8

FOR CONTINUATION SEE SHEET A3-SL4

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 7

MOHAVE COUNTY                ARIZONA

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  fax (702) 369-9793
www.stanleygroup.com

A3-SL7












RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL  PLAN 8

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

A3-SL8

S7-RH03730B



FOR CONTINUATION SEE SHEET A3-SL9

FOR CONTINUATION SEE SHEET A3-SL11



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 10

MOHAVE COUNTY                                ARIZONA

STANLEY CONSULTANTS INC.

A3-SL10



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STREETLIGHT AND TRAFFIC CONTROL PLAN 11

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

A3-SL.11









RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
B DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

ST-RGH0373G3











| | RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | | |
| | AREA 3 | | Stanley Consultants INC. | |
| | B DRIVE - PLAN AND PROFILE | | | |
| | MOHAVE COUNTY | ARIZONA | | |

ST-RGI0373G4



PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05-10-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
B DRIVE/9TH STREET - PLAN AND PROFILE

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

ST-RH037395













| RHODES HOMES ARIZONA, LLC | | | | |
| GOLDEN VALLEY RANCH | | | | |
| AREA 3 | | STANLEY CONSULTANTS INC. | | |
| D DRIVE - PLAN AND PROFILE | | | | |
| MOHAVE COUNTY | ARIZONA | | | |

ST-RGH037397







STATION N+00.00
FOR CONTINUATION SEE SHEET PP8

CONSTRUCTION NOTES

GRAPHIC SCALE





KEYMAP

LEGEND

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARINGS



| | | RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|---|---|
| | | GOLDEN VALLEY RANCH | | | |
| | | AREA 3 | | | |
| | | 7th STREET – PLAN AND PROFILE | | | |
| | | MOHAVE COUNTY | ARIZONA | | |

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05.10.06

ST-RGHD373909



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
7th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP8

GRAPHIC SCALE

CONSTRUCTION NOTES

LEGEND

KEYMAP
N.T.S.

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03/10/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
7th STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY   GA
CHECKED BY  S INDO
SHEET

PP9

ST-RGH037401











| | | RHODES HOMES ARIZONA, LLC | | | |
| --- | --- | --- | --- | --- | --- |
| | | GOLDEN VALLEY RANCH | | | |
| | | AREA 3 | | | |
| | | C DRIVE - PLAN AND PROFILE | | | |
| | | MOHAVE COUNTY | ARIZONA | | |

Stanley Consultants INC.

PP10



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.





STATION 16+50.00
FOR CONTINUATION SEE SHEET PP11

CONSTRUCTION NOTES





GRAPHIC SCALE

LEGEND

KEYMAP





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

PP12

ST-RH0374.04





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET - PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

ST-RGI037405



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
5th STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

KEYMAP

PP14

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 05/10/06













PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03.10.06



| | RHODES HOMES ARIZONA, LLC | | | SCALE: (—) 1" = 40' | | | |
| | GOLDEN VALLEY RANCH | Stanley Consultants INC. | | SCALE (V) 1" = 4' | | | |
| | AREA 3 | | | DRAWN BY: GA | | | |
| | H DRIVE - PLAN AND PROFILE | | | CHECKED BY: S IN DG | | | |
| | MOHAVE COUNTY | ARIZONA | | M.D  D.A  DD  CHG | | | |

ST-RGH0374/08






RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
6th STREET - PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

PP17

STORM DRAIN PLAN VIEW INFORMATION (PRIVATE)

6TH ST

6TH ST

STATION 16+00.00
FOR CONTINUATION SEE SHEET PP18

CONSTRUCTION NOTES

STORM DRAIN CONSTRUCTION NOTES

GRAPHIC SCALE

1 inch = 40 ft.

BASIS OF BEARINGS

BENCHMARK

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

DISCLAIMER NOTE

LEGEND



KEYMAP

PP17A

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03.10.06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
STORM DRAIN PLAN VIEW INFORMATION

MOHAVE COUNTY                                  ARIZONA



Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  FAX (702) 369-9793
www.stanleygroup.com

| SCALE (H) 1" = 40' | | |
| SCALE (V) 1" = 4' | | |
| DRAWN BY GA | | |
| CHECKED BY S INDO | | |
| DATE 03.10.06 | | |

PP17A

ST-RGH037410





STATION 16+00.00
FOR CONTINUATION SEE SHEET PP17

6th STREET (PRIVATE)

STATION 22+00.00
FOR CONTINUATION SEE SHEET PP19



GRAPHIC SCALE

CONSTRUCTION NOTES



KEYMAP

LEGEND

DISCLAIMER NOTE

FEMA FLOOD ZONE

GEOTECHNICAL NOTE

BENCHMARK

BASIS OF BEARING



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
6th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03.10.06

PP18

ST-RHD37411





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 03.10.06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
6th STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP20

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
E and Q DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

END RHODES
GOLDEN VALLEY RANCH
AREA 3

STATION 17+00.00
FOR CONTINUATION SEE SHEET PP23







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3
F DRIVE - PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396    (fax) (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY GA
CHECKED BY S INDG
MAP No. 00-096

PP22

ST-RGI0374115













PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 03.10.06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 3 ENTRY, C.E. D 8" SEWER AND
48" STORM DRAIN – PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

ST-RHI037417