H:\dataproject\18476\Golden Valley Plats\Preliminary\Area 01\18476-A1-PP-Cover.dwg Feb 08, 2006 – 9:17am

## PRELIMINARY PLAT OF
## GOLDEN VALLEY RANCH AREA 1
### TRACT A
PORTIONS OF SECTIONS 3, 4 AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

**TYPICAL LOCAL STREET SECTION** — N.T.S.
PRIVATE / PRIVATE UTILITY EASEMENT

**TYPICAL COLLECTOR STREET SECTION** — N.T.S.
PRIVATE / PRIVATE UTILITY EASEMENT

**TYPICAL SETBACKS FOR ALL LOTS** — N.T.S.

### VICINITY MAP
N.T.S.

PROJECT SITE AREA 1

### LEGAL DESCRIPTION
A SUBDIVISION OF A PORTION OF SECTIONS 3 AND 4, TOWNSHIP 20 NORTH, RANGE 18 WEST, MOHAVE COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

[metes and bounds description]

CONTAINING 199.10 ACRES MORE OR LESS.

### OWNER
RHODES HOMES ARIZONA, LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

### DEVELOPER
SOUTH DAKOTA CONSERVANCY LLC
4730 S. FORT APACHE RD
SUITE 300
LAS VEGAS, NEVADA 89147
(702) 873-5538

### ENGINEER / SURVEYOR
STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89119
(702) 369-9396

### BASIS OF BEARINGS
NORTH 00°13'38" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 3, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" —
LATITUDE 35°09'22.70454"N,
LONGITUDE 114°19'21.27426"W (NAD '83),
HEIGHT 2562.483851 (NAVD'88)

STONE 1/4 COR 3/2 —
LATITUDE 35°08'55.53485"N,
LONGITUDE 114°17'00.72297"W (NAD '83),
HEIGHT 2498.424046N (NAVD'88)

### BENCHMARK
BENCHMARK "K" M.C.S.D.
ELEVATION = 2582.2627 IFT (NAVD '88)
DESCRIPTION: ALUM CAP 2" DIAL, SET IN CONC. 65 FT NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 36, T.21 N., R.18 W., AT THE INTERSECTION OF SHINARUMP DR. AND HOPE RD, STAMPED "SD 34 1999 RLS 10342"

### SOURCE OF TOPOGRAPHY
EXISTING GROUND TOPOGRAPHY WAS DEVELOPED FROM TWO SOURCES:
1. PERKINS MOUNTAIN AND ASSOCIATES, INC. (AERIAL — 2' CONTOURS), DATED 1/15/05
2. AEROTECH MAPPING (AERIAL — 2' CONTOURS), DATED 12/21/04

BOTH AERIAL SURVEY'S WERE FIELD VERIFIED BY RAISING SURFACE ELEVATIONS A DISTANCE OF 2.546 FT BASED ON SURVEYS IN MOHAVE COUNTY CONTROL POINT SD 35.

### FEMA FLOOD ZONE
FEMA MAP: PANEL NO. 040050 2250C
MAP UPDATE: OCT 20, 2000

### UTILITIES
| | | |
|---|---|---|
| SEWAGE DISPOSAL: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| WATER: | PERKINS MOUNTAIN WATER COMPANY | TBD |
| ELECTRICITY: | MOHAVE ELECTRIC | (928) 681-4129 |
| GAS: | UNISOURCE ENERGY | (928) 753-3000 |
| TELEPHONE: | FRONTIER COMM. | 2202 STOCKTON HILL |
| CABLE: | UNISOURCE ENERGY | 2498 AIRWAY AVENUE |
| SOLID WASTE COLLECT.: | MOHAVE COUNTY | (928) 757-4600 |
| SOLID WASTE DISPOSAL: | MOHAVE COUNTY | (928) 753-0723 |
| FIRE PROTECTION: | GOLDEN VALLEY DIST. 3327 N. MAYER RD | (928) 565-3479 |

### LAND USE INFORMATION
| | |
|---|---|
| FLOOD ZONE DESIGNATION | FEMA-C-A.A. |
| TOTAL ACREAGE | 199.10 ACRES |
| TOTAL LOTS | 656 UNITS |
| AVERAGE LOT SIZE | 7,695 S.F. |
| MINIMUM LOT SIZE | 5,499 S.F. |
| DENSITY | 4.50 D.U./ACRE |
| LAND USAGE AND ZONING: | |
| CURRENT LAND USAGE | VACANT |
| PROPOSED LAND USAGE | SINGLE-FAMILY RES. |
| PROPOSED ZONING | R-1 |
| COMMON ELEMENT | |
| PARK, DRAINAGE AREAS | 36.10 ACRES |

### SHEET INDEX
1. COVER SHEET
2–12. LOT DETAIL, OVERALL PHASING PLAN

**Stanley Consultants INC.**
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  Fax (702) 369-9793
www.stanleygroup.com

18476
PRELIMINARY PLAT OF
GOLDEN VALLEY RANCH AREA 1
TRACT A
PORTIONS OF SECTIONS 3, 4 AND 9, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

SHEET 1 of 12























ST-RH037429