















ST-RH037437







