



GOLDEN VALLEY RANCH AREA 3

PRELIMINARY PLAT OF
GOLDEN VALLEY RANCH AREA 3
TRACT A
PORTION OF SECTIONS 2 AND 3, TOWNSHIP 20 NORTH, RANGE 18 WEST,
GILA AND SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA

PHASE 1

PHASING PLAN
NTS

Stanley Consultants INC.





GOLDEN VALLEY RANCH AREA 3



GOLDEN VALLEY RANCH AREA 3

PRELIMINARY PLAT OF

ST-RH037446



GOLDEN VALLEY RANCH AREA 3

ST-RH037447