

**Stanley Consultants** INC.

June 02, 2006
Project No: 18476.24.00
Invoice No: 0080016

**Total This Invoice**
**$696,410.00**

Rhodes Homes, Inc.
2215 Hualapai Mountain Road
Suite H
Kingman AZ 86401

## Professional Services from April 02, 2006 to April 29, 2006

**Fee**

| Phase | Fee | Percent Complete | Earned | Current |
|---|---|---|---|---|
| Zoning, Waivers, Variances | 66,495.00 | 80.00 | 53,196.00 | 53,196.00 |
| Technical Drainage Study | 46,035.00 | 80.00 | 36,828.00 | 36,828.00 |
| Traffic Study Update | 35,805.00 | 80.00 | 28,644.00 | 28,644.00 |
| Storm Water Prevention Plan | 10,230.00 | 100.00 | 10,230.00 | 10,230.00 |
| Utility Plans | 39,325.00 | 80.00 | 31,460.00 | 31,460.00 |
| Utility Analysis | 15,345.00 | 80.00 | 12,276.00 | 12,276.00 |
| Improvement Plans | 562,650.00 | 80.00 | 450,120.00 | 450,120.00 |
| Final Plat | 46,035.00 | 0.00 | 0.00 | 0.00 |
| Quality & Budget Cost Est. | 15,345.00 | 80.00 | 12,276.00 | 12,276.00 |
| Meetings, Processing, Schedules | 76,725.00 | 80.00 | 61,380.00 | 61,380.00 |
| Construction Staking | 562,650.00 | 0.00 | 0.00 | 0.00 |
| **Total Fee** | 1,476,640.00 | Total Earned | 696,410.00 | |
| | | Previous Fee Billing | 0.00 | |
| | | Current Fee Billing | 696,410.00 | |
| | | **Total Fee** | | 696,410.00 |

**Total This Invoice**   **$696,410.00**

ST-RH027886



Date: 5/26/2006

Invoice No.

SCI Project # 18476
Rhodes Homes P.O.#

Billing Period: Through April 29, 2006

## CIVIL ENGINEERING & CONSTRUCTION STAKING FOR PHASE B OF AREAS 1 & 2

**CONTRACT SUMMARY:**

| | |
|---|---|
| Total Contract Amount | $1,501,640.00 |
| Invoice Amount to Date | $  696,410.00 |
| Balance Remaining | $  805,230.00 |

**INVOICE SUMMARY:**

| | Authorized to Date | Previous | Current | Balance | % Spent |
|---|---|---|---|---|---|
| **Preliminary Engineering Services** | | | | | |
| Zoning, Waivers, Variances | $ 66,495.00 | | $ 53,196.00 | $ 13,299.00 | 80% |
| Technical Drainage Study | $ 46,035.00 | | $ 36,828.00 | $ 9,207.00 | 80% |
| Traffic Study Update | $ 35,805.00 | | $ 28,644.00 | $ 7,161.00 | 80% |
| Storm Water Prevention Plan | $ 10,230.00 | | $ 10,230.00 | $ - | 100% |
| **Final Engineering Services** | | | | | |
| Utility Plans | $ 39,325.00 | | $ 31,460.00 | $ 7,865.00 | 80% |
| Utility Analysis | $ 15,345.00 | | $ 12,276.00 | $ 3,069.00 | 80% |
| Improvement Plans | $ 562,650.00 | | $ 450,120.00 | $ 112,530.00 | 80% |
| Final Plat | $ 46,035.00 | | | $ 46,035.00 | 0% |
| Quality & Budget Cost Est. | $ 15,345.00 | | $ 12,276.00 | $ 3,069.00 | 80% |
| Meetings, Processing, Schedules | $ 76,725.00 | | $ 61,380.00 | $ 15,345.00 | 80% |
| Reimbursable Expenses | $ 25,000.00 | | | $ 25,000.00 | 0% |
| **Construction Staking (On-Site)** | $ 562,650.00 | | | $ 562,650.00 | 0% |
| **Totals** | $ 1,501,640.00 | $ - | $ 696,410.00 | $ 805,230.00 | |

**TOTAL AMOUNT DUE THIS INVOICE**                        $ 696,410.00

Payment Requested By: _____        Date: _____
                     Steve Hagel, Project Manager


*Please Remit Payment To:* Stanley Consultants, Inc.
5820 S. Eastern Avenue
Suite 200
Las Vegas, NV 89119

ST-RH027887

# CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

Property Name: _____ Golden Valley South - Phase B _____

Property Location: _____ Golden Valley South - Phase B _____

Undersigned's Customer: Rhodes Homes, Inc. _____

Invoice/Payment Application Number: 80016 _____

Payment Amount: _____ $696,410.00 _____

Payment Period: _____ Through April 29, 2006 _____

Upon receipt by the undersigned of a check in the above referenced payment amount payment to the undersigned, and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release and the undersigned shall be deemed to waive any notice of lien, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to payment rights that the undersigned has on the above described property to the following extent:

> This release covers a progress payment for the work, materials or equipment furnished by the undersigned to the property or to the undersigned's customer, which are the subject of the invoice or payment application, but only to the extent of the payment amount or such portion of the payment amount as the undersigned is actually paid, and does not cover any retention withheld, any items, modifications of changes pending approval, disputed items and claims, or items furnished or invoiced after the payment period.

Before any recipient of this document relies on it, he should verify evidence of payment to the undersigned. The undersigned warrants that he either has already paid or will use the money he received from this progress payment promptly to pay in full all his laborers, subcontractors, material men and suppliers for all work, materials or equipment that are the subject of this waiver and release.

Dated: _____        _____ Stanley Consultants, Inc. _____
                                                Company Name

                                    By: _____

                                    Its: _____

ST-RH027888