# Frohnen, David

18 476.24

| | |
|---|---|
| **To:** | Kirk Brynjulson (kbrynjulson@rhodeshomes.com); kbrynjulson@cox.net |
| **Cc:** | Yamada, Ken; Atwood, Denis; Hagel, Steven; Fleming, Shawn; Mettee, Dick |
| **Subject:** | Rhodes -Golden Valley Ranch - Phase 1 B, 2 B, Subdivision Plans - Contracts |
| **Attachments:** | _1215092314_001.pdf |

Kirk,

Short note to confirm, Stanley is authorized to proceed on the attached services for design of Sub-Divisions in Phases 1 B and 2B - However - the pricing agreement will follow the proposed Master "per lot price' proposal pending with our firms.

As I have represented, we have scheduled a review of the subject proposal with our President - Gregs Thomopulos for this week and hope to be in a position to present this to you and Jim early next week.

Thanks,

DJF


David J. Frohnen, P.E.
Manager, Las Vegas Office
Stanley Consultants, Inc.
702-369-9396

ST-RH034785

1/30/2006