

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
NOTES

**Stanley Consultants** INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 tel (702) 369-9793 fax
www.stanleygroup.com

MOHAVE COUNTY          ARIZONA

NOTES

2 OF 30

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

ST-KH037095

## GENERAL NOTES

## SEWER

## WATER

## STREET

## STORM WATER POLLUTION PREVENTION PLAN

## SITE GRADING

## DRAINAGE REPORT

## FEMA FLOOD ZONE

## ENGINEER'S NOTES

## LEGEND

## ABBREVIATIONS

## DISCLAIMER NOTE

TYPICAL LOT GRADING
N.T.S.

TYPICAL SETBACKS FOR ALL LOTS
N.T.S.

FUTURE LOOP ROAD STREET SECTION *
N.T.S.

FUTURE HUALAPAI ROAD STREET SECTION *
N.T.S.

FUTURE LOOP ROAD STREET SECTION *
(ADJACENT TO GOLF COURSE)
N.T.S.

TYPICAL LOCAL STREET SECTION
N.T.S.

TYPICAL COLLECTOR STREET SECTION
N.T.S.

REMOVABLE BOLLARD DETAIL

DRAINAGE EASEMENT
TO BE PRIVATELY MAINTAINED

BASIS OF BEARING

BENCHMARK

DESCRIPTION NOTE

DIRECLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4-12-06

Call
before you
dig.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE: (—) NON-
SCALE: (V) NONE
DRAWN BY  CD/PH
CHECKED BY  S1/PD
SHEET  4  OF  30

DT1

ST-R91037096







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

DT3











CURB CUT FOR DRAINAGE

TRANSITION FROM VERT CURB / GUTTER (TYPE 'A') TO ROLL CURB AND GUTTER





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

DT4

SCALE (H) NONE
SCALE (V) NONE
DRAWN BY  CD/PKM
CHECKED BY  S 1/00

ST-RGHD37099





















RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
DETAILS

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

DT5

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION.

ST-RGH037100



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
EASEMENT PLAN AND PROFILES

MOHAVE COUNTY                                     ARIZONA

Stanley Consultants INC.

DT6

ST-R9I037101





BASIS OF BEARINGS

BENCHMARK

DISCLAIMER NOTE

BOUNDARY CURVE TABLE

BOUNDARY LINE TABLE

CENTERLINE LINE TABLE

CENTERLINE CURVE TABLE

BACK OF CURB LINE TABLE

BACK OF CURB CURVE TABLE

"PRELIMINARY ISSUE — NOT FOR CONSTRUCTION — 4–21–06"



| | RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | | | |
| | AREA 1 - PHASE B | Stanley Consultants INC. | | |
| | LINE AND CURVE DATA 3 | | | LC3 |
| MOHAVE COUNTY | ARIZONA | | | |

ST-RGI037105

WEST LOOP ROAD
(PUBLIC)

LEGEND

CONSTRUCTION NOTES

NOTES

BENCHMARK

BASIS OF BEARING

GEOTECHNICAL NOTE

FEMA FLOOD ZONE

GRAPHIC SCALE

KEY MAP

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION   4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 1

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  (702) 369-9793
www.stanleygroup.com

SCALE: (H) 1" = 40'
SCALE: (V) NONE
DRAWN BY CD/EM
CHECKED BY SY/DD
DATE 4/12/06

ST-RGH037106





FOR CONTINUATION SEE SHEET GR4

FOR CONTINUATION SEE SHEET GR6



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 5

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

GR5

FOR CONTINUATION SEE SHEET GR5

FOR CONTINUATION SEE SHEET GR12

FOR CONTINUATION SEE SHEET GR7

GRAPHIC SCALE

KEYMAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 6

MOHAVE COUNTY                    ARIZONA

STANLEY Consultants INC.

GR6

ST-RGI037111





WEST LOOP ROAD
(PUBLIC)

END GOLDEN VALLEY RANCH
AREA 1-PHASE B

FOR CONTINUATION SEE SHEET GR8

FOR CONTINUATION SEE SHEET GR3

10 STREET

10 STREET

FOR CONTINUATION SEE SHEET GR10

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 9

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

GR9



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 10

**Stanley Consultants** INC.

MOHAVE COUNTY                    ARIZONA

GRID





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 12

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 13

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

FOR CONTINUATION SEE SHEET GR12

FOR CONTINUATION SEE SHEET GR7

FOR CONTINUATION SEE SHEET GR8

FOR CONTINUATION SEE SHEET GR14



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 14

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-R6H037119







RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
GRADING PLAN 17

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

GR17

