FOR CONTINUATION SEE SHEET GR18

HUALAPAI ROAD (PUBLIC)

R STREET

FOR CONTINUATION SEE SHEET GR3

GOLF COURSE HOLE NO. 1
FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

GOLF COURSE PRACTICE RANGE
FOR GOLF COURSE GRADING SEE IMPROVEMENT PLANS BY TED ROBINSON

GRAPHIC SCALE

NOTES

FEMA FLOOD ZONE

GEOTECHNICAL NOTES

BENCHMARK

BASIS OF BEARINGS

CONSTRUCTION NOTES

LEGEND

KEYMAP

DISCLAIMER NOTE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4-12-06

before you dig
call
811

| | | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1" = 40' |
| | | GOLDEN VALLEY RANCH | | | SCALE (V) NONE |
| | | | Stanley Consultants INC. | | DRAWN BY CD/EM |
| GR19 | | AREA 1 - PHASE B | | | CHECKED BY S1/DD |
| | | GRADING PLAN 19 | | | DATE 4-12-06 |
| | | MOHAVE COUNTY | ARIZONA | | |

ST-RGH037124





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 2

Stanley Consultants INC.

MOHAVE COUNTY                ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 4

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

ST-RGV0371208



FOR CONTINUATION SEE SHEET UP4

FOR CONTINUATION SEE SHEET UP6

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 5

**Stanley Consultants** INC.

MOHAVE COUNTY                    ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 7

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

UP7



WEST LOOP ROAD
(PUBLIC)

END GOLDEN VALLEY RANCH
AREA 1 - PHASE B

10 STREET

F STREET

10 STREET

FOR CONTINUATION SEE SHEET UP10

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06

| | | | RHODES HOMES ARIZONA, LLC | | | | |
|---|---|---|---|---|---|---|---|
| | | | GOLDEN VALLEY RANCH | | Stanley Consultants INC. | | |
| | | | AREA 1 - PHASE B | | | | UP9 |
| | | | UTILITY PLAN 9 | | | | |
| | | | MOHAVE COUNTY | ARIZONA | | | |

ST-RGH037130



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 10

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 11

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.

UP11





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 12

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.



FOR CONTINUATION SEE SHEET UP12

FOR CONTINUATION SEE SHEET UP14

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 13

**Stanley Consultants** INC.

MOHAVE COUNTY                                          ARIZONA

UP13





| | | RHODES HOMES ARIZONA, LLC | | | |
| | | GOLDEN VALLEY RANCH | Stanley Consultants INC. | |
| | | AREA 1 - PHASE B | | |
| | | UTILITY PLAN 14 | | |
| MOHAVE COUNTY | | ARIZONA | | | UP14 |





FOR CONTINUATION SEE SHEET UP15

GOLF COURSE
HOLE NO. 3

HUALAPAI ROAD

FOR CONTINUATION SEE SHEET UP17

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 16

MOHAVE COUNTY          ARIZONA

Stanley Consultants INC.

UP16








RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 18

Stanley Consultants INC.

MOHAVE COUNTY                    ARIZONA



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
UTILITY PLAN 19

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

UP19

ST-RHD037143

WEST LOOP ROAD

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL4

GRAPHIC SCALE

NORTH

KEYMAP

LEGEND

| | RHODES HOMES ARIZONA, LLC | | | |
|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | Stanley Consultants INC. | | |
| | AREA 1 - PHASE B | | | |
| | STREET LIGHT AND TRAFFIC CONTROL PLAN I | | | |
| | MOHAVE COUNTY | ARIZONA | | |

ST-RHO37144



FOR STREET LIGHT & TRAFFIC CONTROL INFORMATION IN THIS AREA, SEE AREA 1 PHASE A IMPROVEMENT PLANS BY STANLEY CONSULTANTS
GOLF COURSE HOLE NO. 11
L STREET
Q STREET
K STREET
PHASE A
PHASE B
PROPERTY LINE

FOR CONTINUATION SEE SHEET SL7

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 40 ft.

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "A"

### STREETLIGHT CIRCUIT "A1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 37 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 7 EA - 100 WATT @ 1.0 AMPS EACH | = | 7.0 AMPS |
| TOTAL PROPOSED LOAD | = | 7.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 44.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 4.0 AMPS |

### STREETLIGHT CIRCUIT "A2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: ENTRANCE AT LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 21 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 24 EA - 100 WATT @ 1.0 AMPS EACH | = | 24.0 AMPS |
| TOTAL PROPOSED LOAD | = | 24.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 45.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 3.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "B"

### STREETLIGHT CIRCUIT "B1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 29 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 16 EA - 100 WATT @ 1.0 AMPS EACH | = | 16.0 AMPS |
| TOTAL PROPOSED LOAD | = | 16.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 45.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 3.0 AMPS |

### STREETLIGHT CIRCUIT "B2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF G STREET AT K STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 15 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 0 EA - 100 WATT @ 1.0 AMPS EACH | = | 0.0 AMPS |
| TOTAL PROPOSED LOAD | = | 0.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 15.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 33.0 AMPS |

## NEW STREETLIGHT SERVICE PEDESTAL CIRCUIT "C"

### STREETLIGHT CIRCUIT "C1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: NEC OF H STREET AT WEST LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 25 EA - 100 WATT @ 1.0 AMPS EACH | = | 25.0 AMPS |
| TOTAL PROPOSED LOAD | = | 25.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 25.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 13.0 AMPS |

### STREETLIGHT CIRCUIT "C2" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: NEC OF H STREET AT WEST LOOP ROAD | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 46 EA - 100 WATT @ 1.0 AMPS EACH | = | 46.0 AMPS |
| TOTAL PROPOSED LOAD | = | 46.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 46.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 2.0 AMPS |

### STREETLIGHT CIRCUIT "D1" CAPACITY VERIFICATION

| | | |
|---|---|---|
| LOCATION: SWC OF H STREET AT 7 STREET | | |
| SERVICE PEDESTAL CAPACITY | = | 125 AMPS |
| CIRCUIT BREAKER | = | 60 AMPS |
| MAXIMUM ALLOWABLE DRAW (0.80) X 60 AMPS | = | 48 AMPS |
| EXISTING CIRCUIT LOAD | = | 0 AMPS |
| PROPOSED LUMINAIRE LOAD TO CIRCUIT | | |
| 28 EA - 100 WATT @ 1.0 AMPS EACH | = | 28.0 AMPS |
| TOTAL PROPOSED LOAD | = | 28.0 AMPS |
| EXISTING PLUS PROPOSED LOAD | = | 28.0 AMPS |
| REMAINING AVAILABLE LOAD | = | 20.0 AMPS |

PHASE A
PHASE B
SL1
SL2
NORTH

## KEYMAP
N.T.S.

## LEGEND

- 1 1/4" STREETLIGHT CONDUIT
- PROPOSED 100 W HPS LUMINAIRE
- NO. 3 1/2" PULL BOX
- SERVICE PEDESTAL
- PROPOSED SIGNS
- PROPOSED STOP SIGN W/ (2) STREET NAME SIGNS
- PROPOSED BARRICADE

RED
BLACK
FIRE LANE

FIRE LANE SIGN (12" x 18")
RED AND BLACK ON WHITE LUMINOUS BACKGROUND

BACK OF CURB/P.L.
4' S/W
PRIVATE STREET
STREETLIGHT FOUNDATION
LINE
STREET LIGHT
1.5' (MIN.) TO FACE OF POLE
NOTE:
ALL DIMENSIONS ON THIS PLAN SHALL HAVE PRIORITY OVER DIMENSIONS SHOWN ON THE STANDARD DETAIL.

NOTE:
IN LOCATIONS WHERE LIGHT POLE IS NOT ADJACENT TO A SIDEWALK, FACE OF POLE TO BE 3' FROM BACK OF CURB.

### STREETLIGHT LOCATION
N.T.S.

## LIGHTING CONSTRUCTION NOTES

1. INSTALL 100W HPS LUMINAIRE PER DET. NO. 314 ON SHEET DT5
2. INSTALL 1 1/4" STREETLIGHT CONDUIT AND WIRE PER DET. NO. 50_ ON SHEET DT_
3. INSTALL 125 AMP SERVICE PEDESTAL PER DET. NOS. 330 & 331 ON SHEET DT5
4. INSTALL NO. 3 1/2 PULL BOX PER DET. NO. 328 ON SHEET DT5
5. REMOVE CAP AND CONNECT TO EXISTING STUB

## TRAFFIC CONSTRUCTION NOTES

1. INSTALL W14-2 "NO OUTLET"
2. INSTALL "NO PARKING FIRE LANE SIGN" PER DETAIL THIS SHEET
3. INSTALL R2-1 (25 MPH) "SPEED LIMIT SIGN"
4. INSTALL 30" R1-1 "STOP SIGN" W/ (2) 9" D3 "STREET NAME SIGNS"
5. INSTALL TWO 9" D3 "STREET NAME SIGN"
6. INSTALL RED AND WHITE STRIPED BARRICADE PER MAG STANDARD DETAIL NO. 130 AND LATEST MUTCD MANUAL

NOTES:
NOT ALL NOTES USED ON THIS SHEET.
ALL SIGNAGE SHALL BE PER THE LATEST MUTCD MANUAL.

## DISCLAIMER NOTE

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591

## BASIS OF BEARINGS

NORTH 00°13'38" EAST – THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83-WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°09'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2560.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'20.72281"W (NAD '83) HEIGHT 2498.20458ift (NAVD'88)

## BENCHMARK

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: A 2" DIA. CAP SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R 18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD. STAMPED "SD 34 1999 R.S. 10343."

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

| | |
|---|---|
| RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH | |
| AREA 1 - PHASE B<br>STREET LIGHT AND TRAFFIC CONTROL PLAN 2 | MOHAVE COUNTY / ARIZONA |
| SHEET SL2 | 52 OF 108 SHEETS |
| SCI PROJECT # 18476 | |

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/RM
CHECKED BY SI/DB
DATE 4/12/06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 3

MOHAVE COUNTY          ARIZONA

STANLEY CONSULTANTS INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 4

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

FOR CONTINUATION SEE SHEET SL4

FOR CONTINUATION SEE SHEET SL3

FOR CONTINUATION SEE SHEET SL6

FOR STREET LIGHT & TRAFFIC CONTROL
SEE AREA 1 PHASE A IMPROVEMENT PLANS
BY STANLEY CONSULTANTS.

GRAPHIC SCALE

KEY MAP

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 5
MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SL5

ST-RGH03714B



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 6
MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 7

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

SL7



WEST LOOP ROAD
(PUBLIC)

FOR CONTINUATION SEE SHEET SL.5

FOR CONTINUATION SEE SHEET SL.3

10 STREET

10 STREET

FOR CONTINUATION SEE SHEET SL10

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06

GRAPHIC SCALE

NORTH

KEYMAP

LEGEND



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 9

MOHAVE COUNTY                          ARIZONA

STANLEY CONSULTANTS INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396  (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) NONE
DRAWN BY CD/PM
CHECKED BY S-1/06
DATE 4-17-06

SL 9





PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 10

MOHAVE COUNTY                ARIZONA

STANLEY CONSULTANTS INC.

SL.10

30

FOR CONTINUATION SEE SHEET SL10

4 STREET

FOR CONTINUATION SEE SHEET SL12

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 11

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

SHEET
SL 11

ST-RGI037154.