










RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 13

MOHAVE COUNTY

ARIZONA

STANLEY CONSULTANTS INC.

ST-RGH037156



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 14

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

SL14



WEST LOOP ROAD (PUBLIC)

HUALAPAI ROAD (PUBLIC)

GOLF COURSE HOLE NO. 3

COMMON LOT "D"

FOR CONTINUATION SEE SHEET SL16

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 15

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

SL.15







FOR CONTINUATION SEE SHEET SL16

GOLF COURSE
HOLE NO. 3

HUALAPAI ROAD (PUBLIC)

FOR CONTINUATION SEE SHEET SL18

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 17

MOHAVE COUNTY          ARIZONA

STANLEY CONSULTANTS INC.

SHT
SL17

ST-RGV037160

FOR CONTINUATION SEE SHEET SL17

FOR CONTINUATION SEE SHEET SL12

FOR CONTINUATION SEE SHEET SL19

HUALAPAI ROAD (PUBLIC)

GOLF COURSE
HOLE NO. 3

6' STREET

H STREET

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4.12.06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 18

MOHAVE COUNTY                    ARIZONA

STANLEY CONSULTANTS INC.

ST-R6I037161

FOR CONTINUATION SEE SHEET SL18

FOR CONTINUATION SEE SHEET SL3









RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
STREET LIGHT AND TRAFFIC CONTROL PLAN 19

MOHAVE COUNTY                                    ARIZONA

STANLEY CONSULTANTS INC.

SHEET
SL 19

ST-R0037162



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
H STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

ST-RGH037163

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
H STREET - PLAN AND PROFILE

MOHAVE COUNTY                        ARIZONA

Stanley Consultants INC.

ST-RGH037164



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
H STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4  12  06

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
G STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

ST-RGH037167



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
Q STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4 12 06



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
L STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4 12 06



ST-RH037170

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
M STREET - PLAN AND PROFILE

MOHAVE COUNTY                ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396   (702) 369-9793
www.stanleygroup.com

PP9

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4  12  06

ST-RGH037171



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
O STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
O STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

PP11



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
V STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PPI2

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION    4  12  06

ST-KH037174

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
V STREET - PLAN AND PROFILE

MOHAVE COUNTY                        ARIZONA

Stanley Consultants INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
V STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP14

Q:\18476_P1\dwg\Imp Plans-PH2\PP-A1.dwg, 15- T&S, 6/19/2006 8:45:42 AM, CutePDF Writer

V STREET
FOR CONTINUATION
SEE SHEET PP13
V STREET
FOR CONTINUATION
SEE SHEET PP14
123
124
125
126
127
128
129
130
T STREET
(PRIVATE/PUE)
T STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'
GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.
V STREET
FOR CONTINUATION
SEE SHEET PP14
131
132
133
134
135
136
137
138
139
S STREET
(PRIVATE/PUE)
S STREET (PRIVATE)
NORTH
EXISTING GROUND
℄ CENTERLINE
FINISH GRADE
℄ CENTERLINE

PHASE A
PHASE B
PP15
KEYMAP
N.T.S.

**LEGEND**

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOW LINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- 2.00% = RATE & DIRECTION OF SLOPE
- [STA. 10+07.83] = STATIONING AT DOC (COLDESAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTERLINE
- = EXISTING CONTOUR
- 73 = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDARY
- = S.F. TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'36" EAST — THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 32, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83 WF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°08'22.70034"N, LONGITUDE 114°08'21.57240"W (NAD '83), HEIGHT 2582.46391ift (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°08'55.53385"N, LONGITUDE 114°10'30.7228"W (NAD '83), HEIGHT 2468.20459ift (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1069-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 04015C 2325C
MAP UPDATE: OCT 20, 2000

A PORTION OF PHASE B OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

**CONSTRUCTION NOTES:**

(1) SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234 (SEE DETAIL SHEET DT4)

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348
(1-800-STAKE-IT)

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4 12 06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
T and S STREETS - PLAN AND PROFILE
MOHAVE COUNTY ARIZONA

Stanley Consultants INC.
5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H): 1" = 40'
SCALE (V): 1" = 4'
DRAWN BY: CD/RM
CHECKED BY: ST/DB
DATE: 4/12/06

SHEET
PP15
84 OF 108 SHEETS
SCI PROJECT #
18476

42874
STEVEN A. HAGEL
ARIZONA, U.S.A.

**RHODES HOMES ARIZONA, LLC**
**GOLDEN VALLEY RANCH**

AREA 1 - PHASE B
R STREET - PLAN AND PROFILE

MOHAVE COUNTY    ARIZONA

**Stanley Consultants** INC.

PP16

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4  12  06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
8 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants INC.**

PP17

ST-R0037179

PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION  4  12  06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
8 STREET - PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
7 STREET - PLAN AND PROFILE

MOHAVE COUNTY                                    ARIZONA

Stanley Consultants INC.

ST-RGH037191



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
7 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

PP20



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
7 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.





RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
5 STREET - PLAN AND PROFILE

MOHAVE COUNTY                          ARIZONA

Stanley Consultants INC.

PP23

| | RHODES HOMES ARIZONA, LLC | | | SCALE (H) 1" = 40' | | |
| | GOLDEN VALLEY RANCH | | Stanley Consultants INC. | SCALE (V) 1" = 4' | | |
| PP24 | | | | DRAWN BY CD/FW | | |
| | AREA 1 - PHASE B | | | CHECKED BY 51/00 | | |
| | 6 STREET - PLAN AND PROFILE | | | | | |
| | MOHAVE COUNTY | ARIZONA | | DATE 4 12 06 | | |

"PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4 12 06"

ST-K6H037186



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
6 STREET - PLAN AND PROFILE

MOHAVE COUNTY                                      ARIZONA

Stanley Consultants INC.

KEYMAP

PHASE A

PHASE B

GRAPHIC SCALE

CONSTRUCTION NOTES

GEOTECHNICAL NOTE

FINAL FLOOD ZONE

DISCLAIMER NOTE

BENCHMARK

BASIS OF BEARING

LEGEND

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4  12  06

PP25



RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
6 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

**Stanley Consultants** INC.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
10 STREET - PLAN AND PROFILE

MOHAVE COUNTY    ARIZONA

Stanley Consultants INC.

PP27



Q:\18476_P1\dwg\Imp Plans-PH2\PP-ALL.dwg, 28- 10, 6/19/2006 8:55:13 AM, CutePDF Writer

F STREET
FOR CONTINUATION
SEE SHEET PP36
10 STREET
FOR CONTINUATION
SEE SHEET PP29
STA: 22+50.00
10 STREET
FOR CONTINUATION
SEE SHEET PP27
STA: 17+00.00
10 STREET
(PRIVATE/PUE)
335
334
333
332
331
330
329
328
327
326
325
324
323
362
363
370

10 STREET (PRIVATE)
SCALE: HORIZONTAL 1" = 40'
VERTICAL 1" = 4'

EXISTING GROUND
@ CENTERLINE
FINISH GRADE
@ CENTERLINE
PVI STA = 20+89.59
PVI ELEV = 2492.22
2500
2490
2480
17+00
18+00
19+00
20+00
21+00
22+00

PHASE A
PHASE B
PP28

**KEYMAP**
N.T.S.

NORTH

GRAPHIC SCALE
( IN FEET )
1 inch = 40 ft.

**LEGEND**

- = EXISTING GRADE
- = FUTURE GRADE
- = FLOW LINE ELEVATION
- = CENTERLINE FINISHED GRADE ELEVATION
- = TOP OF CURB ELEVATION
- = RATE & DIRECTION OF SLOPE
- = STATIONING AT BCC (CUL-DE-SAC)
- = PROPERTY LINE
- = RIGHT OF WAY
- = GRADE BREAK
- = CENTER LINE
- = EXISTING CONTOUR
- = LOT NUMBER
- = EDGE OF PAVEMENT
- = SUBDIVISION/UNIT BOUNDARY
- = 5 FT TRANSITION ("L" CURB TO "ROLL" CURB)
- = CURB & GUTTER
- = S/W RAMP

**BASIS OF BEARINGS**

NORTH 00°13'36" EAST - THE WEST LINE OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 02, TOWNSHIP 20 NORTH, RANGE 18 WEST, GILA & SALT RIVER MERIDIAN, MOHAVE COUNTY, ARIZONA, AS DETERMINED BY THE ARIZONA COORDINATE SYSTEM OF 1983 (AZ83 -WIF), WEST ZONE, INTERNATIONAL FOOT (IFT), UTILIZING FAST STATIC OBSERVATIONS PROCESSED BY NGS-OPUS.

M.C.S.D. "SD 32" = LATITUDE 35°08'22.70034"N, LONGITUDE 114°09'21.57240"W (NAD '83) HEIGHT 2582.46391ft (NAVD'88)

STONE 1/4 COR 3/2 = LATITUDE 35°06'55.53385"N, LONGITUDE 114°10'30.7228"W (NAD '83) HEIGHT 2468.20458ft (NAVD'88)

**BENCHMARK**

BENCHMARK # "SD 34" M.C.S.D.
ELEVATION= 2590.24273 IFT (NAVD '88)

DESCRIPTION: ALUM CAP 2" DIA. SET IN CONC. 65 FT. NORTHEAST OF THE SOUTH 1/4 CORNER OF SEC. 35, T. 21 N., R.18 W. AND THE INTERSECTION OF SHINARUMP DR. AND HOPE RD., STAMPED "SD 34 1999 RLS 10343"

**GEOTECHNICAL NOTE:**

ALL CONSTRUCTION SHALL CONFORM WITH THE SOILS REPORT PREPARED BY: AMERICAN SOILS ENGINEERING, LLC.
DATED: 12 SEPTEMBER 05
PROJECT No.: 1069-GEO

**FEMA FLOOD ZONE**

FEMA MAP: PANEL NO. 04015C 2725C
MAP UPDATE: OCT 20, 2000

A PORTION OF PHASE B OF AREA 1 LIES WITHIN AN AREA DESIGNATED AS A SPECIAL FLOOD HAZARD ZONE "A". THE REMAINING PORTION OF PHASE B IS IDENTIFIED AS ZONE "C", WHICH IS OUTSIDE THE AREA OF THE 100 YEAR STORM. SEE GRADING PLANS FOR BOUNDARY LOCATIONS.

**CONSTRUCTION NOTES:**

1. SIDEWALK ACCESS RAMP TYPE "D" PER M.A.G. STANDARD DETAIL NO. 234

**DISCLAIMER NOTE**

UTILITY LOCATIONS SHOWN HEREON ARE APPROXIMATE ONLY. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO DETERMINE THE EXACT HORIZONTAL AND VERTICAL LOCATION OF ALL EXISTING UNDERGROUND OR OVERHEAD UTILITIES PRIOR TO COMMENCING CONSTRUCTION. NO REPRESENTATION IS MADE THAT ALL EXISTING UTILITIES ARE SHOWN HEREON. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UTILITIES NOT SHOWN OR UTILITIES NOT SHOWN IN THEIR PROPER LOCATION.

Avoid cutting underground utility lines. It's costly.
Call before you Dig
BLUE STAKE
1-800-782-5348

Avoid overhead power line contact.
Call before you Overhead
1-928-753-5591
UNISOURCE

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION 4 12 06

| | | | |
|---|---|---|---|
| RHODES HOMES ARIZONA, LLC<br>GOLDEN VALLEY RANCH<br>AREA 1 - PHASE B<br>10 STREET - PLAN AND PROFILE<br>MOHAVE COUNTY ARIZONA | Stanley Consultants INC.<br>5820 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89119<br>(702) 369-9396 fax (702) 369-9793<br>www.stanleygroup.com | SCALE (H) 1" = 40'<br>SCALE (V) 1" = 4'<br>DRAWN BY CD/RM<br>CHECKED BY ST/DB<br>DATE 4 12 06 | SHEET PP28<br>97 OF 108 SHEETS<br>SCI PROJECT # 18476 |

42874 STEVEN A. HAGEL ARIZONA, U.S.A.

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
10 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

KEYMAP

PHASE A

PHASE B

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION

| | RHODES HOMES ARIZONA, LLC |  |  |  |
|---|---|---|---|---|
| | GOLDEN VALLEY RANCH | Stanley Consultants INC. | | |
| | AREA 1 - PHASE B | | | |
| | 10 STREET - PLAN AND PROFILE | | | |
| | MOHAVE COUNTY | ARIZONA | | |

PP30

FOR CONTINUATION
SEE AREA 1 PHASE A
SEE EASEMENT DETAIL 'T' SHEET DT7

4 STREET (PRIVATE)

GRAPHIC SCALE

LEGEND

KEYMAP

PHASE A

PHASE B

PP31

PRELIMINARY ISSUE FOR REVIEW
NOT FOR CONSTRUCTION  4 12 06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
4 STREET - PLAN AND PROFILE

MOHAVE COUNTY                    ARIZONA

Stanley Consultants INC.

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/PM
CHECKED BY S1/DD
DATE 4 / 7 / 06

PP31

ST-RGH037193