




Q:\18476_P1\dwg\Imp Plans-PH2\PP-AL1.dwg, 34-1, 6/19/2006 8:59:24 AM, CutePDF Writer

I STREET FOR CONTINUATION SEE SHEET PP33 STA: 17+00.00
E STREET FOR CONTINUATION SEE SHEET PP36
D STREET FOR CONTINUATION SEE SHEET PP35
G STREET FOR CONTINUATION SEE SHEET PP35
END AREA 1 PHASE B IMPROVEMENTS STA: 24+84.10
I STREET (PRIVATE)
STA: 24+81.10
END AREA 1 - PHASE B
CONSTRUCTION NOTES
GEOTECHNICAL NOTE
FEMA FLOOD ZONE
BASIS OF BEARINGS
BENCHMARK
LEGEND
DISCLAIMER NOTE
KEYMAP
PHASE A
PHASE B
GRAPHIC SCALE
PRELIMINARY ISSUE FOR REVIEW NOT FOR CONSTRUCTION 4-12-06

RHODES HOMES ARIZONA, LLC
GOLDEN VALLEY RANCH

AREA 1 - PHASE B
I STREET - PLAN AND PROFILE

MOHAVE COUNTY ARIZONA

SHEET PP34

Stanley Consultants INC.

5820 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 369-9396 fax (702) 369-9793
www.stanleygroup.com

SCALE (H) 1" = 40'
SCALE (V) 1" = 4'
DRAWN BY CD/RM
CHECKED BY SI/DB
DATE 4/12/06




Case 09-14814-gwz    Doc 1261-26    Entered 08/13/10 22:45:33    Page 5 of 5

