**Entered on Docket**
**August 16, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Tel: (702) 952-5200 / Fax: (702) 952-5205
jeff@sylvesterpolednak.com

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (*Pro Hac Vice*)
Ramon M. Naguiat, Esq. (*Pro Hac Vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Tel: (213) 687-5000 / Fax: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br>■ All Debtors<br>☐ The following Debtor(s) | Case No.   BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME RE: MOTION TO APPROVE STIPULATION RESOLVING REORGANIZED DEBTORS' OBJECTION TO CREDIT SUISSE'S MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER**<br><br>Date: August 24, 2010<br>Time: 1:30 p.m.<br>Judge: Honorable Linda B. Riegle |

This Court having considered CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH[1] ("Credit Suisse"), Ex Parte Motion for an Order Shortening Time Re: "Motion to Approve (the "Approval Motion") its "Stipulation [Doc. No. 1210] (the "Stipulation") Resolving the

---

[1] This entity was formerly known as "Credit Suisse, Cayman Islands Branch," as agent under the first lien Credit Agreement Dated as of November 21, 2005, among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed [Th]erein, as the Lenders, and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead Arranger (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "First Lien Credit Agreement," and the lenders thereunder, the "First Lien Lenders").

1   REORGANIZED DEBTORS' (the "Reorganized Debtors")[2] Objection [Doc. No. 1164] (the
2   "Objection") to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses" [Doc. No.
3   1143] (the "Reimbursement Motion") on an Order Shortening Time (the "OST Motion"), the
4   Declaration of James B. MacRobbie, Esq., filed in support thereof and the Attorney Information
5   Sheet filed and served therewith, and good cause appearing therefore,
6       IT IS HEREBY ORDERED and notice is hereby given that the OST Motion is, and the same
7   hereby is GRANTED.
8       IT IS FURTHER ORDERED that the Approval Motion shall be heard on shortened time by
9   the Honorable United States Bankruptcy Judge Linda B. Riegle, in the Foley Federal Building, 300
10  Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada 89101, on the 24th
11  day of August, 2010, at the hour of 1:30 p.m.
12      IT IS FURTHER ORDERED that any objections or oppositions to the Approval Motion shall
13  be filed and served by August 18, 2010; any replies thereto shall be filed and
14  served by August 23, 2010.
15
16      IT IS SO ORDERED.
17  Respectfully Submitted by:
18  **SYLVESTER & POLEDNAK, LTD.**
19  By /s/ James MacRobbie
20  James B. MacRobbie, Esq.
    7371 Prairie Falcon Road, Suite 120
21  Las Vegas, Nevada 89128
    *Attorneys for Creditor Credit Suisse,*
22  *Cayman Islands Branch*
                                        # # #
23
24  [2] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822);
25  Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General
26  Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No.
27  09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
28  14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

*SYLVESTER & POLEDNAK, LTD.*
*7371 Prairie Falcon, Suite 120*
*Las Vegas, Nevada 89128*
*Phone (702) 952-5200*