ORIGINAL

RECEIVED
AND FILED

Aug 13  3 45 PM '10

# UNITED STATES BANKRUPTCY COURT
MARY...
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al,<br><br><br><br><br><br>Debtor(s) | Case No. BK: 09-14814-LBR<br><br>Adv. #:<br><br>Chapter: 11 |

## MOTION TO FILE ON PAPER

***This motion must be accompanied by a supporting affidavit or declaration and a proposed order.***

1. Movant __Troy L. Isaacson, Esq.__ *(name)* hereby declares an exemption or requests permission to file documents on paper because:

☑ a.  Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐ b.  Movant claims an exemption under LR 5005(a)(4) because *(state why)*:

_____

_____

_____

☐ c.  Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

    ☐ (1).  Movant's Internet service is not available due to circumstances that cannot be prevented.

        (i).  Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*:

_____

_____

_____

_____

1

(ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

_____
_____
_____
_____

☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*:

_____
_____
_____

☐ (3). Movant has filed a prior exceptional circumstances motion.

    (i).    Number of prior motion(s):     _____ .

    (ii).   Date of the prior motion(s):     _____ .

    (iii).  Reason for the prior motion(s):     _____ .

    (iv).  Case number and disposition for each prior motion:

           _____ .
           _____ .

2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

     Errata to Motion of Charles and Wendy Bagley, and Rickey and Doris Lofton for Relief from the Automatic Stay of 11 U.S.C. § 362(a)

_____

Based upon the foregoing, the movant asks the court to grant this motion.

_____
*Movant's signature*

Date:   8/12/2010   _____

May 1, 2006

2