E-FILED August 17, 2010

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
DONALD T. POLEDNAK, ESQ.
Nevada Bar No. 4721
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
don@sylvesterpolednak.com

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (*Pro Hac Vice*)
Ramon M. Naguiat, Esq. (*Pro Hac Vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br>■ All Debtors<br>☐ The following Debtor(s) | Case No.    BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION RESOLVING REORGANIZED DEBTORS' OBJECTION TO CREDIT SUISSE'S MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER**<br><br>Date:    August 24, 2010<br>Time:   1:30 p.m.<br>Judge:  Honorable Linda B. Riegle |

NOTICE IS HEREBY GIVEN that CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH[1]

("Credit Suisse") Motion to Approve (the "Approval Motion") its "Stipulation [Doc. No. 1210] (the

"Stipulation") Resolving the REORGANIZED DEBTORS' (the "Reorganized Debtors")[2] Objection

---

[1] This entity was formerly known as "Credit Suisse, Cayman Islands Branch," as agent under the first lien Credit Agreement Dated as of November 21, 2005, among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed [Th]erein, as the Lenders, and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead Arranger (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "First Lien Credit Agreement," and the lenders thereunder, the "First Lien Lenders").

[2] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No.

[Doc. No. 1164] (the "Objection") to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses" [Doc. No. 1143] (the "Reimbursement Motion") **[Doc. 1224]** was filed on August 11, 2010, by the law firm of Sylvester & Polednak, Ltd. This Approval Motion is made at the Court's request and pursuant to Bankruptcy Code §§ 105(a) and 1142(b), and Fed. R. Bankr. P. 3021 and 9019 will be heard on shortened time at the above-referenced time and place.

A copy of the above-referenced Approval Motion was filed with the Clerk of the U.S. Bankruptcy Court for the District of Nevada and is available upon request from the undersigned attorney or can be accessed on PACER at (http://ecf.nvb.uscourts.gov).

This Approval Motion will be heard on an Order Shortening Time **[Doc. No. 1262]** pursuant to Local Rule 9006(c)(1), a copy of which Order is attached hereto as *Exhibit "A,"* and is incorporated herein by reference. Pursuant to this Order Shortening Time, any Opposition must be filed and served by *August 18, 2010.*

If an objection is not timely filed and served (i.e., by *August 18, 2010*), the relief requested may be granted without a hearing.

If an objection is not timely filed and served, the relief requested may be granted without a hearing.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> (a)    The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> (b)    The court may *rule against you* without formally calling the matter at the hearing.

///

///

///

///

---

09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

NOTICE IS FURTHER GIVEN that a hearing on said Approval Motion will be held before the Honorable United States Bankruptcy Judge Linda B. Riegle, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada 89101, on the **24th day of August, 2010, at the hour of 1:30 p.m.**

DATED this 17th day of August, 2010.

By: _____
SYLVESTER & POLEDNAK, LTD.
Donald T. Polednak, Esq. (Nevada Bar No. 4721)
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
james@sylvesterpolednak.com

and

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (admitted *pro hac vice*)
Ramon M. Naguiat, Esq. (admitted *pro hac vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
van.durrer@skadden.com
ramon.naguiat@skadden.com
*Attorneys for Credit Suisse, Cayman Islands Branch*

3

# EXHIBIT A

# EXHIBIT A

**Entered on Docket**
**August 16, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| SYLVESTER & POLEDNAK, LTD.<br>JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>JAMES B. MacROBBIE, ESQ.<br>Nevada Bar No. 7430<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, Nevada 89128<br>Tel: (702) 952-5200 / Fax: (702) 952-5205<br>jeff@sylvesterpolednak.com | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>Van C. Durrer, II, Esq. (*Pro Hac Vice*)<br>Ramon M. Naguiat, Esq. (*Pro Hac Vice*)<br>300 South Grand Avenue, #3400<br>Los Angeles, California 90071-3144<br>Tel: (213) 687-5000 / Fax: (213) 687-5600<br>van.durrer@skadden.com<br>ramon.naguiat@skadden.com |

*Attorneys for Creditor Credit Suisse, Cayman Islands Branch*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br>■ All Debtors<br>☐ The following Debtor(s) | Case No.    BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME RE: MOTION TO APPROVE STIPULATION RESOLVING REORGANIZED DEBTORS' OBJECTION TO CREDIT SUISSE'S MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER**<br><br>Date: August 24, 2010<br>Time: 1:30 p.m.<br>Judge: Honorable Linda B. Riegle |

This Court having considered CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH[1] ("Credit Suisse"), Ex Parte Motion for an Order Shortening Time Re: "Motion to Approve (the "Approval Motion") its "Stipulation [Doc. No. 1210] (the "Stipulation") Resolving the

---

[1] This entity was formerly known as "Credit Suisse, Cayman Islands Branch," as agent under the first lien Credit Agreement Dated as of November 21, 2005, among Heritage Land Company, LLC, The Rhodes Companies, LLC, and Rhodes Ranch General Partnership, as the Borrowers, the Lenders Listed [Th]erein, as the Lenders, and Credit Suisse, Cayman Islands Branch, as Administrative Agent, Collateral Agent, Syndication Agent, Sole Bookrunner and Sole Lead Arranger (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "First Lien Credit Agreement," and the lenders thereunder, the "First Lien Lenders").

REORGANIZED DEBTORS' (the "Reorganized Debtors")[2] Objection [Doc. No. 1164] (the "Objection") to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses" [Doc. No. 1143] (the "Reimbursement Motion") on an Order Shortening Time (the "OST Motion"), the Declaration of James B. MacRobbie, Esq., filed in support thereof and the Attorney Information Sheet filed and served therewith, and good cause appearing therefore,

IT IS HEREBY ORDERED and notice is hereby given that the OST Motion is, and the same hereby is GRANTED.

IT IS FURTHER ORDERED that the Approval Motion shall be heard on shortened time by the Honorable United States Bankruptcy Judge Linda B. Riegle, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada 89101, on the 24th day of August, 2010, at the hour of 1:30 p.m.

IT IS FURTHER ORDERED that any objections or oppositions to the Approval Motion shall be filed and served by August 18, 2010; any replies thereto shall be filed and served by August 23, 2010.

IT IS SO ORDERED.

Respectfully Submitted by:

**SYLVESTER & POLEDNAK, LTD.**

By _____
James B. MacRobbie, Esq.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
*Attorneys for Creditor Credit Suisse,*
*Cayman Islands Branch*

# # #

---

[2] The "Debtors" in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, a Nevada limited partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C&J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

*(Left margin: SYLVESTER & POLEDNAK, LTD. / 7371 Prairie Falcon, Suite 120 / Las Vegas, Nevada 89128 / Phone (702) 952-5200)*