E-FILED August 17, 2010

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
DONALD T. POLEDNAK, ESQ.
Nevada Bar No. 4721
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
jeff@sylvesterpolednak.com
don@sylvesterpolednak.com

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Van C. Durrer, II, Esq. (*Pro Hac Vice*)
Ramon M. Naguiat, Esq. (*Pro Hac Vice*)
300 South Grand Avenue, #3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

Attorneys for Creditor Credit Suisse, Cayman Islands Branch

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtors.<br><br>Affects:<br>■ All Debtors<br>☐ The following Debtor(s) | Case No.    BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF: MOTION TO APPROVE STIPULATION RESOLVING REORGANIZED DEBTORS' OBJECTION TO CREDIT SUISSE'S MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER AND SUPPORTING DOCUMENTS**<br><br>Date:   OST Requested<br>Time:   OST Requested<br>Judge: Honorable Linda B. Riegle |

1. On August 17, 2010, I served the following document (*specify*):

   a.  **NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION RESOLVING MOTION TO COMPEL REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO CONFIRMATION ORDER AND CASH COLLATERAL ORDER [Doc 1265];**

2. I served the above-named document(s) by the following means to the persons as listed below: *(Check all that apply)*

   ■  a.  ECF System where an email address is provided (*You must attach the Notice of Electronic Filing, or list all persons and addresses and attach additional pages if necessary*)

   See attached "Notice(s) of Electronic Filing"

<u>Notice will not be electronically mailed to:</u>

*See attached "Special Notice Service List"*

■ b. **United States Mail, first class, postage fully prepaid addressed to those listed on the attached "Service List."**

___ c. Personal Service *(List persons and address. Attach additional pages if necessary)*

___ d. By direct email (as opposed to through the ECF System) *(List persons and email addresses. Attach additional pages if necessary)*

___ e. By fax transmission *(List persons and fax numbers. Attach additional pages if necessary)*

___ f. By messenger *(List persons and address. Attach additional pages if necessary)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of August, 2010.

_____
An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200

2

**SERVICE LIST**

*(Recipients to receive documents by U.S. Mail in addition to electronic service via the CM/ECF system)*

| | |
|---|---|
| Brett Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>FOX ROTHSCHILD LLP<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>*Counsel for Sagebrush Enterprises, Inc. & James Rhodes* | J. Thomas Beckett, Esq.<br>PARSONS BEHLE & LATIMER<br>201 South Main Street, Suite 1800<br>P.O. Box 45898<br>Salt Lake City, UT 84145<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Shirley S. Cho, Esq.<br>PACHULSKI STANG ZIEHL JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067<br>*Counsel to the Pre-Petition Debtors* | Zachariah Larson<br>LARSON & STEPHENS<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, NV 89101<br>*Counsel to the Pre-Petition Debtors* |
| Phillip C. Dublin, Esq.<br>AKIN GUMP STRAUSS HAUER FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>*Counsel to the Reorganized Debtors* | Mark R. Somerstein, Esq.<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to Wells Fargo Bank as Administrative Agent for the 2nd Lien Lenders* |
| August B. Landis, Esq.,<br>Assistant U.S. Trustee<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, NV 89101 | |

**File a Notice:**

09-14814-lbr THE RHODES COMPANIES, LLC and REORGANIZED DEBTORS

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: JNTADMN, LEAD, BAPCPA |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JEFFREY R. SYLVESTER entered on 8/17/2010 at 9:02 AM PDT and filed on 8/17/2010
**Case Name:**     THE RHODES COMPANIES, LLC and REORGANIZED DEBTORS
**Case Number:**   09-14814-lbr
**Document Number:** 1265

**Docket Text:**
Notice of Hearing *on Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* Hearing Date: 08/24/2010 Hearing Time: 1:30 p.m. Filed by JEFFREY R. SYLVESTER on behalf of CREDIT SUISSE, CAYMAN ISLANDS BRANCH (Related document(s)[1262] Order on Motion for Order Shortening Time) (SYLVESTER, JEFFREY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CR - notc hrg.2 8-17-10.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/17/2010] [FileNumber=16866230-0
] [43dbb9edcb97f4d94c2e0b6ae675fea5d918215f560cce12f618760defc41ed58a7
765b7ef22c660c23d35576b9086f36cc1c5af370a6d59cf252b90cc65c227]]

**09-14814-lbr Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, scallahan@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**09-14814-lbr Notice will not be electronically mailed to:**

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

PALECEK
PO BOX 225
RICHMOND, CA 94804

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP

40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067