Kevin N. Anderson (NV Bar No.4512*)*
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah  84111-2323
Telephone: (801) 531-8900
Fax: (801) 596-2814
E-mail:  kanderson@fabianlaw.com

*Attorneys for James M. Rhodes*

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPAIES, LLC, | |
| aka "Rhodes Homes," *et al*., | Chapter 11 |
| | |
| Reorganized Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

TO:    THE ABOVE-NAMED DEBTOR

TO:    NILE LEATHAM, ATTORNEY FOR REORGANIZED DEBTOR

TO:    PHILIP C. DUBLIN, ATTORNEY FOR REORGANIZED DEBTOR

TO:    MEREDITH A. LAHAIE, ATTORNEY FOR REORGANIZED DEBTOR

TO:    BRETT A. AXELROD, CO-COUNSEL FOR JAMES M. RHODES

TO:    ANNE M. LORADITCH, CO-COUNSEL FOR JAMES M. RHODES

KEVIN N. ANDERSON, of the law firm of FABIAN & CLENDENIN, attorney for James M. Rhodes ("**Rhodes**"), hereby enters his appearances on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings,

actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements.  All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

Kevin N. Anderson, Esq.
FABIAN & GLENDENIN
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323
Telephone: 801-531-8900
kanderson@fabianlaw.com

Neither this paper nor any subsequent appearance, pleadings, claim, proof of claim, documents, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Rhodes or (ii) constitute a waiver of any of the following rights of Rhodes;

(a)    Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by United States District Court Judge;

(b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation *val non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)    Other rights, claims, actions, defenses, set-offs, recoupment, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Rhodes without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

**DATED this 20th day of August, 2010.**

/s/ Kevin N. Anderson
Kevin N. Anderson
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*