NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
           ncox@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           mlahaie@akingump.com

*Counsel for Reorganized Debtors*

*Electronically Filed*
*August 20, 2010*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | ) | CASE NO. BK-09-14814-LBR |
| --- | --- | --- |
| | ) | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | ) | |
| "Rhodes Homes," et al.,[1] | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | |

---

[1] The Reorganized Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

792593 (7540-1)                              - 1 -

Affects:                                                    )
                                                            )
☒   All Reorganized Debtors                                 )
☐   The Following Reorganized Debtor(s):                    )
                                                            )
                                                            )

# CERTIFICATE OF SERVICE

1. On August 20, 2010, I served the following document(s) (*specify*):

   **Reply of the Reorganized Debtors to Stanley Consultants, Inc.'s Opposition to Reorganized Debtors' Motion for (A) Determination of Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials [#1270].**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (*Check all that apply*)

   ☒   **a.   ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
   kanderson@fabianlaw.com, sburdash@fabianlaw.com;
      btilt@fabianlaw.com; rdale@fabianlaw.com

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH
      ENTERPRISES, INC.
   baxelrod@foxrothschild.com, pkois@foxrothschild.com;
      rdittrich@foxrothschild.com; ldupree@foxrothschild.com

   J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
   ECF@parsonsbehle.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES,
      LLC
   tbw@jonesvargas.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES,
      LLC
   dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;
      kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

   THOMAS E. CROWE on behalf of Creditor SHANE SMITH
   tcrowelaw@yahoo.com

   DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
   ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

792593 (7540-1)                    - 2 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
    richard.dreitzer@bullivant.com

2
    PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
3   banknv@rocgd.com, mburgener@rocgd.com

4   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
    ecf@parsonsbehle.com
5
    KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
6       COMPANY
    hkelley@leachjohnson.com
7
    CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
8       Class Plaintiffs
    c.harris@kempjones.com, jlm@kempjones.com
9
    RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
10      Branch
    rjean@lionelsawyer.com, gbagley@lionelsawyer.com;
11      bklsclv@lionelsawyer.com; mstow@lionelsawyer.com;
        mtieu@lionelsawyer.com
12
    ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
13      SERVICES CORPORATION
    rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
14      cdossier@swlaw.com; lvdocket@mindspring.com;
        vcampbell@swlaw.com; nbaig@swlaw.com
15
    KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
16  law@lawyersinarizona.com, bank@lawyersinarizona.com

17  BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
    blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com
18
    ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
19  ecf@lslawnv.com, sstanton@lslawnv.com; akosina@lslawnv.com

20  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
        SENIOR SECURED LENDERS
21  nleatham@klnevada.com, ckishi@klnevada.com;
        bankruptcy@klnevada.com
22
    CHARLES M. LITT on behalf of Creditor THE PRESERVE AT
23      ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
    rblack@feinberggrant.com, efilings@hotmail.com
24
    ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
25  aloraditch@foxrothschild.com, pkois@foxrothschild.com;
        rdittrich@foxrothschild.com
26
    VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
27      AMERICA - INTERNAL REVENUE SERVICE
    virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
28

792593 (7540-1)                          - 3 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, scallahan@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the

792593 (7540-1)                                     - 4 -

documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.  By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.  By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (***A declaration by the messenger must be attached to this Certificate of Service***).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  August 20, 2010.

*/s/ Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

792593 (7540-1)

- 5 -