Entered on Docket
August 20, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al,<br><br>Debtor(s) | Case No. BK: 09-14814-LBR<br>Adv. #:<br>Chapter: 11 |

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Troy L. Isaacs. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document)*:

Errata to Motion of Charles and Wendy Bagley, and Rickey and Doris Lofton for Relief from the Automatic Stay of 11 U.S.C. § 362(a)

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: pennva            Page 1 of 1           Date Rcvd: Aug 20, 2010
Case: 09-14814                Form ID: pdf937         Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 22, 2010.
aty          +TROY L ISAACSON,    3811 W CHARLESTON BLVD #110,    LAS VEGAS, NV 89102-1860

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**              Signature:    _Joseph Speetjens_