James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File:  August 23, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>    Debtors.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:    August 24, 2010<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:221523.2

## AMENDED STATUS AND AGENDA FOR AUGUST 24, 2010 HEARING

## AT 1:30 P.M.

1.  *Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1143]

Related Filings:

A.  *Declaration Of: Van C. Durrer, II* [Rhodes Docket No. 1144]

B.  *Notice of Hearing* [Rhodes Docket No. 1145]

C.  *Certificate of Service* for Docket Entries 1143 and 1145 [Rhodes Docket No. 1148]

D.  *Objection to Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1164]

E.  *Certificate of Service* for Docket Entry 1164 [Rhodes Docket No. 1165]

F.  *Reply of Credit Suisse AG, Cayman Islands Branch in Support of Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1171]

G.  *Declaration Of: Kyle Elliott in Support of Reply of Credit Suisse AG, Cayman Islands Branch in Support of Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1172]

H.  *Certificate of Service* for Docket Entries Nos. 1171 and 1172 [Rhodes Docket No. 1173]

I.  *Stipulation By Credit Suisse Cayman Islands Branch and Between Reorganized Debtors Resolving Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1210]

J.  *Certificate of Service of Docket Entry 1210* [Rhodes Docket No. 1211]

K.  *Notice of Hearing on Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1265]

L.  *Certificate of Service* for Docket Entry 1265 [Rhodes Docket No. 1266]

**STATUS**:  The parties have resolved this matter by Stipulation and would request that the Court enter an order approving the Stipulation.  *See* Docket No. 1210.

  **2**.   *Continued Status Hearing on Order Shortening Time To Hear Reorganized Debtors' Objection To James Rhodes' Proof Of Claim No. 814-33 And Notice Of Amendment of Schedules Of Assets And Liabilities (Related document(s) 1150 )* [Rhodes Docket No. 1157]

Related Filings:

A.  *Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1149]

B.  *Ex Parte Motion for Order Shortening Time re: Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1150]

C.  *Affidavit Of: Nile Leatham in Support of Ex-Parte Motion for Order Shortening Time re: Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1151]

D.  *Attorney Information* Sheet *for Order Shortening Time re: Reorganized Debtors' Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* [Rhodes Docket No. 1152]

E.  *Certificate of Service* for Docket Entries Nos. 1149, 1150, 1151 and 1152 [Rhodes Docket No. 1153]

F.  *Opposition to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* [Rhodes Docket No. 1176]

G.  *Declaration Of: James M. Rhodes in support of the Opposition to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* [Rhodes Docket No. 1177]

H.  *Errata* [Rhodes Docket No. 1178]

I.  *Certificate of Service* for Docket Entry 1178 [Rhodes Docket No. 1179]

**STATUS**:  This matter will be going forward as a status conference.

  **3**.   *Second Application for Compensation of Ordinary Course Professional Baird, Williams & Greer, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses in Excess of Cap Permitted by the Ordinary Course Professional Compensation Order; Declaration of Daryl M. Williams in Support Thereof* [Rhodes Docket No. 1202]

Related Filings:

A. *Notice of Hearing* [Rhodes Docket No. 1203]

B. *Certificate of Service re document(s)[1202] Application for Compensation filed by Debtor THE RHODES COMPANIES, LLC, [1203] Notice of Hearing filed by Debtor THE RHODES COMPANIES, LLC)* [Rhodes Docket No. 1273]

**STATUS**:  This matter will be going forward.  No responses have been received.

4. ***Motion for Determination of Ownership of Stanley Materials*, Motion to Sell *Stanley Materials*** [Rhodes Docket No. 1214]

Related Filings:

A. *Declaration Of: Kevin Corbett in Support of Reorganized Debtors' Motion for (A) Determination of Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials* [Rhodes Docket No. 1215]

B. *Notice of Hearing* [Rhodes Docket No. 1217]

C. *Opposition to Reorganized Debtors' Motion for A. Determination of Ownership of Stanley Materials and B. Authorization to Sell Stanley Materials* [Rhodes Docket No. 1230]

D. *Exhibits to Stanley Consultants Inc.'s Opposition to Motion (#1230)* [Rhodes Docket Numbers 1231 through 1261]

E. *Reply of the Reorganized Debtors to Stanley Consultants, Inc.'s Opposition to Reorganized Debtors' Motion for (A) Determination of Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials* [Rhodes Docket No. 1270]

F. *Certificate of Service Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)[1270] Reply filed by Debtor REORGANIZED DEBTORS)*  [Rhodes Docket No. 1271]

**STATUS**:  The Reorganized Debtors request that this Motion go forward.

5. ***Application [Motion] to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order*** [Rhodes Docket No. 1224]

Related Filings:

A. *Ex Parte Motion for Order Shortening Time re: Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash*

*LARSON & STEPHENS*
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

*Collateral Order* [Rhodes Docket No. 1225]

B.  *Declaration Of: James B. MacRobbie, Esq. In Support of Ex Parte Motion for Order Shortening Time re: Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1226]

C.  Attorney Information Sheet *In Support of Ex Parte Motion for Order Shortening Time to Hear Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1227]

D.  *Certificate of Service* for Docket Entries [1224](#) Miscellaneous Application, [1225](#) Motion for Order Shortening Time, [1226](#) Declaration, [1227](#) Attorney Information Sheet [Rhodes Docket No. 1228]

E.  *Order Granting Ex Parte Motion for Order Shortening Time Re: Motion to Approve Stipulation Resolving Reorganized Debtors' Objection to Credit Suisse's Motion to Compel Reimbursement of Fees and Expenses Pursuant to Confirmation Order and Cash Collateral Order* [Rhodes Docket No. 1262]

**STATUS**: The parties have resolved the underlying Motion by Stipulation and would request that the Court enter an order approving the Stipulation. *See* Docket No. 1210.

6.  *Application for Order (A) Approving the Sale of Certain of their Arizona Assets Free and Clear of all Liens, Claims, Interest and Encumbrances Pursuant to Section 363(F) to the Bankruptcy Code; (B) Approving the Assumption and Assignment of Executory Contracts thereto; and (C) Granting Related Relief; Declaration in Support Thereof* [Rhodes Docket No. 1212]

Related Filings:

A.  *Notice of Hearing* on Docket Entry 1212 [Rhodes Docket No. 1213]

B.  *Certificate of Service for Docket No. 1213 Notice of Hearing filed by Debtor REORGANIZED DEBTORS* [Rhodes Docket No. 1218]

**STATUS**: This matter will be going forward as a status conference only per the Court's request.

Dated: August 20, 2010         LARSON & STEPHENS

                                               */s/Zachariah Larson*
                                               Zachariah Larson, Esq. (NV Bar No. 7787)
                                               810 S. Casino Center Blvd., Ste. 104
                                               Las Vegas, Nevada  89101

                                                    –and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Reorganized Debtors

---

**LARSON & STEPHENS**
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:221523.2         6