James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
 scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized Debtors

E-File:  September 13, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br> Debtors.<br><br>Affects:<br><br>☐  All    Debtors<br>☒    Affects the following Debtor(s):<br><br>  Rhodes Homes Arizona, LLC; Rhodes Arizona Properties, LLC; and Elkhorn Investments, Inc. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

73203-035\DOCS_LA:224890.1

# NOTICE OF INTENT TO TRANSFER MISCELLANEOUS PERSONAL PROPERTY IN CONNECTION WITH REORGANIZED DEBTORS' MOTION FOR AN ORDER (A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE, ETC.

**[RE: Docket No. 1212]**

**PLEASE TAKE NOTICE THAT** this notice is being sent to you in connection with the sale of certain assets located in Arizona to the Rhodes Entities as sets forth in that *Reorganized Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Arizona Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(f) of the Bankruptcy Code, (B) Approving the Assumption and Assignment of Executory Contracts Thereto; and (c) Granting Related Relief* [Docket No. 1212] (the "Arizona Asset Sale Motion");

**PLEASE TAKE FURTHER NOTICE** that in connection with the transfer of the assets under the Asset Transfer Agreement,[2] which Asset Transfer Agreement was approved by the Bankruptcy Court, the Arizona Debtors intend to transfer those miscellaneous items of personal property listed on **Exhibit A** hereto; and

**PLEASE TAKE FURTHER NOTICE**, that if you have any objection to the transfer of the personal property to the Rhodes Entities listed on Exhibit A hereto, you **must file your objection within 15 days of service of this Notice** or else the Arizona Debtors shall be authorized to transfer those assets to the Rhodes Entities.

DATED this 13th day of September, 2010.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382.1170
Attorneys for Reorganized Debtors

---

[2] Terms that are not defined herein or on Exhibit A shall have the meaning ascribed to them in the Arizona Asset Sale Motion.

73203-035\DOCS_LA:224890.1          2

**Exhibit A**

1. All unencumbered construction materials that are owned by the Arizona Debtors in Arizona or located on the property to be transferred to the Purchaser under the Asset Transfer Agreement shall be transferred on an as-is, where is, quitclaim basis upon the Closing.

2. All furnishings and personal property located inside any of the model homes being transferred to the Purchaser under the Asset Transfer Agreement shall be transferred on an as-is, where is, quitclaim basis upon the Closing.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# CERTIFICATE OF SERVICE

1. On the 13th day of September 2010, I served the following document(s):

   a. **NOTICE OF INTENT TO TRANSFER MISCELLANEOUS PERSONAL PROPERTY IN CONNECTION WITH REORGANIZED DEBTORS' MOTION FOR AN ORDER (A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE, ETC. [RE: DOCKET NO. 1212]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **United States mail, postage fully prepaid**
           *(List persons and addresses. Attach additional paper if necessary)*

   *The Parties that have executed the Confidentiality Agreement for Arizona Assets*

3. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): September 13, 2010

| Sophia L. Lee | /s/ | Sophia L. Lee |
|---|---|---|
| (Name of Declarant) | | (Signature of Declarant) |

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-035\DOCS_LA:224890.1

4

**09-14814-lbr Notice will be electronically mailed to:**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

73203-035\DOCS_LA:224949.1

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

In re: The Rhodes Companies, LLC
SERVICE LIST

| | | |
|---|---|---|
| Tom Lynch<br>Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 9th Floor<br>New York NY 10010 | Jeffrey Sylvester/James MacRobie<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Rd., Ste. 120<br>Las Vegas, NV 89128 | Van C. Durrer II/Ramon Naguiat<br>Skadden Arps, Slate Meagher Flom<br>300 South Grand Avenue, #3400<br>Los Angeles, CA 90071-3144 |
| Ira Dizengoff and Phillip Dublin<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY 10036 | Nile Leatham/Timothy P. Thomas<br>Kolesar & Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102 | Wells Fargo Bank<br>Attn: David Bergstrom<br>625 Marquette Ave.<br>Mac N9311-110<br>Minneapolis, MN 55479 |
| Mark Somerstein/Don Demakis<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Cty of Mohave Development Svcs<br>3675 E. Andy Devine Ave.<br>Kingman, AZ 86401 | Lexon Insurance Company<br>Bond Safeguard Insurance Co<br>1919 S. Highland Dr.<br>Bldg A Suite 300<br>Lombard, IL 60148 |
| Utilities, Inc.<br>2335 Sanders Road<br>Northbrook, Il 60062-6108 | Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007 | Arizona Corporation Commission<br>1300 W Washington<br>Phoenix AZ 85007-2996 |
| Northern Regional Office<br>AZ Dept of Environmental Quality<br>1801 West Route 66, Suite 117<br>Flagstaff, AZ 86001 | Scott Omer<br>Arizona Dept of Transportation<br>206 S. 17th Ave.<br>Mail Drop: 310B<br>Phoenix, AZ 85007 | Arizona Dept of Real Estate<br>2910 N 44th St<br>Phoenix, AZ 85018 |
| Arizona Dept of Revenue<br>PO Box 29010<br>Phoenix AZ 85038-9010 | Arizona Dept of Water<br>500 N Third St<br>Phoenix, AZ 85004 | Arizona Legislative Council<br>1700 W Washington St, Ste 100<br>Phoenix AZ 85007-2899 |
| Arizona Registrar of Contract<br>800 W Washington<br>6th Floor<br>Phoenix AZ 85007 | Arizona State Land Department<br>1616 W Adams<br>Phoenix AZ 85007 | Arizona State Treasurer s Office<br>1700 W Washington Street 1st Fl<br>Phoenix, AZ 85007 |
| Los Angeles District<br>Army Corps of Engineers<br>915 Wilshire Blvd., Suite 980<br>Los Angeles, CA 90017 | AZ Dept of Fire Buildiing<br>1110 W Washington Ste 100<br>Phoenix, AZ 85007 | Bureau of Land Management<br>Angie Lara, District Manager<br>2755 Mission Boulevard<br>Kingman, AZ 86401 |
| Cindy Ferrin, Manager<br>State of Arizona<br>2910 North 44th Street, Suite 100<br>Phoenix, AZ 85018 | City of Kingman<br>412 Oak St<br>Kingman AZ 86401 | City of Kingman AZ<br>310 North 4th Street<br>Kingman AZ 86401-5817 |

1

FEMA
P.O. Box 10055
Hyattsville, MD 20782-7055

First American Title Ins CO
2213 Stockton Hill Rd
Kingman, AZ 86401

Agency of Mohave Inc
First American Title Insurance
PO Box 4029
Kingman AZ 86401

Christina M. Garcia
Arizona Department of Revenue
1725 West Washington Ave.
Phoenix, AZ 85007

Arizona Department Of Revenue
c/o Tax, Bankruptcy & Collection
1275 West Washington Avenue
Phoenix Az 85007

J. Thomas Beckett /David Billings
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Rew R. Goodenow/Karl Olseon
Parsons Behle & Latimer
50 West Liberty St., Ste. 750
Reno, NV 89501

Charles D. Hopper, Esq.
Lynch Hopper & Salzano LLP
231 South 3rd Street, Suite 130
Las Vegas, NV 89101

Janiece S. Marshall, Esq.
Anderson, McPharlin & Conners
777 North Rainbow Blvd., Ste. 145
Las Vegas, NV 89107

Virginia Cronan Lowe, Esq.
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

George Savinon
West Coast Turf
PO Box 4563
Palm Desert, CA 93361

Internal Revenue Service
Attn Bankruptcy /Managing Agent
P O Box 21126, Dpn 781
Philadelphia, PA 19114

Dolores H. Milkie - Matthew Smith
Mohave Cty Attorney Office-Civil Div
P.O. Box 7000
Kingman, AZ 86402-7000

Bart K. Larsen, Esq.
6725 Via Austi Parkway, Ste. 200
Las Vegas, NV 89119

Donald H. Williams, Esq.
Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101

Janet L. Chubb/Michael Buckley
JONES VARGAS
P.O. Box 281
Reno, NV 89504-0281

Ms. Janine Guthrie
1225 Monterey Street
Redlands, CA 92373

Philip S. Gerson, Esq.
Olson Cannon Gormley Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Randall D. Patterson
LEXINGTON INSURANCE
100 Summer Street
Boston, MA 02110-2135

Richard I. Dreitzer, Esq.
Bullivant Houser Bailey PC
3980 Howard Hughes Pwy., Ste. 550
Las Vegas, NV 89169

Robert R. Kinas/Clair Dossier
Snell & Wilmer, LLP
3883 Howard Hughes Pwy, Ste 1100
Las Vegas, NV 89169

Brett A. Axelrod
Fox Rothschild LLP
3800 Howard Hughes Pwy, Ste 500
Las Vegas, NV 89169

Jeffrey Rose
Wilmington Trust, FSB
50 South Sixth Street, Ste 1290
Minneapolis, MN 55402

August B. Landis
Office of the United States Trustee
300 Las Vegas Blvd. S, Ste 4300
Las Vegas, Nevada 89101

Kevin N. Anderson
Fabian & Clendenin
215 S. State St., Ste. 1200
Salt Lake City, UT 84111-2323