James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: September 16, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>                    Debtors.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:223994.2

**CERTIFICATE OF SERVICE**

1. On the 15th day of September 2010, I served the following document(s):

    **NOTICE OF ENTRY OF ORDER (A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ARIZONA ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS THERETO; AND (C) GRANTING RELATED RELIEF IRE: DOCKET NO. 1212] [DOCKET NO. 1288]**

2. I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ■    a.    **United States mail, postage fully prepaid**
    *(List persons and addresses.  Attach additional paper if necessary)*

3. I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): September 15, 2010

Sophia L. Lee                                                    /s/*Sophia L. Lee*
(Name of Declarant)                                       (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:223994.2         2

## ECF SERVICE LIST

**09-14814-lbr Notice will be electronically mailed to:**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
tbw@jonesvargas.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:223994.2        3

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, jag@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:223994.2            5

In re: The Rhodes Companies, LLC
SERVICE LIST

| | | |
|---|---|---|
| Tom Lynch<br>Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 9th Floor<br>New York NY 10010 | Jeffrey Sylvester/James MacRobie<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Rd., Ste. 120<br>Las Vegas, NV  89128 | Van C. Durrer II/Ramon Naguiat<br>Skadden Arps, Slate Meagher Flom<br>300 South Grand Avenue, #3400<br>Los Angeles, CA  90071-3144 |
| Ira Dizengoff and Phillip Dublin<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY  10036 | Nile Leatham/Timothy P. Thomas<br>Kolesar & Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV  89102 | Wells Fargo Bank<br>Attn: David Bergstrom<br>625 Marquette Ave.<br>Mac N9311-110<br>Minneapolis, MN  55479 |
| Mark Somerstein/Don Demakis<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036 | Cty of Mohave Development Svcs<br>3675 E. Andy Devine Ave.<br>Kingman, AZ 86401 | Lexon Insurance Company<br>Bond Safeguard Insurance Co<br>1919 S. Highland Dr.<br>Bldg A Suite 300<br>Lombard, IL 60148 |
| Utilities, Inc.<br>2335 Sanders Road<br>Northbrook, Il 60062-6108 | Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007 | Arizona Corporation Commission<br>1300 W Washington<br>Phoenix AZ 85007-2996 |
| Northern Regional Office<br>AZ Dept of Environmental Quality<br>1801 West Route 66, Suite 117<br>Flagstaff, AZ 86001 | Scott Omer<br>Arizona Dept of Transportation<br>206 S. 17th Ave.<br>Mail Drop: 310B<br>Phoenix, AZ 85007 | Arizona Dept of Real Estate<br>2910 N 44th St<br>Phoenix, AZ 85018 |
| Arizona Dept of Revenue<br>PO Box 29010<br>Phoenix AZ 85038-9010 | Arizona Dept of Water<br>500 N Third St<br>Phoenix, AZ 85004 | Arizona Legislative Council<br>1700 W Washington St, Ste 100<br>Phoenix AZ 85007-2899 |
| Arizona Registrar of Contract<br>800 W Washington<br>6th Floor<br>Phoenix AZ 85007 | Arizona State Land Department<br>1616 W Adams<br>Phoenix AZ 85007 | Arizona State Treasurer s Office<br>1700 W Washington Street 1st Fl<br>Phoenix, AZ 85007 |
| Los Angeles District<br>Army Corps of Engineers<br>915 Wilshire Blvd., Suite 980<br>Los Angeles, CA 90017 | AZ Dept of Fire Buildiing<br>1110 W Washington Ste 100<br>Phoenix, AZ 85007 | Bureau of Land Management<br>Angie Lara, District Manager<br>2755 Mission Boulevard<br>Kingman, AZ  86401 |
| Cindy Ferrin, Manager<br>State of Arizona<br>2910 North 44th Street, Suite 100<br>Phoenix, AZ  85018 | City of Kingman<br>412 Oak St<br>Kingman AZ 86401 | City of Kingman AZ<br>310 North 4th Street<br>Kingman AZ 86401-5817 |

| | | |
|---|---|---|
| FEMA<br>P.O. Box 10055<br>Hyattsville, MD 20782-7055 | First American Title Ins CO<br>2213 Stockton Hill Rd<br>Kingman, AZ 86401 | Agency of Mohave Inc<br>First American Title Insurance<br>PO Box 4029<br>Kingman AZ 86401 |
| Christina M. Garcia<br>Arizona Department of Revenue<br>1725 West Washington Ave.<br>Phoenix, AZ 85007 | Arizona Department Of Revenue<br>c/o Tax, Bankruptcy & Collection<br>1275 West Washington Avenue<br>Phoenix Az 85007 | J. Thomas Beckett /David Billings<br>Parsons Behle & Latimer<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111 |
| Rew R. Goodenow/Karl Olseon<br>Parsons Behle & Latimer<br>50 West Liberty St., Ste. 750<br>Reno, NV 89501 | Charles D. Hopper, Esq.<br>Lynch Hopper & Salzano LLP<br>231 South 3rd Street, Suite 130<br>Las Vegas, NV 89101 | Janiece S. Marshall, Esq.<br>Anderson, McPharlin & Conners<br>777 North Rainbow Blvd., Ste. 145<br>Las Vegas, NV 89107 |
| Virginia Cronan Lowe, Esq.<br>U.S. Department of Justice<br>950 Pennsylvania Ave.<br>Washington, D.C. 20530-0001 | George Savinon<br>West Coast Turf<br>PO Box 4563<br>Palm Desert, CA 93361 | Internal Revenue Service<br>Attn Bankruptcy /Managing Agent<br>P O Box 21126, Dpn 781<br>Philadelphia, PA 19114 |
| Dolores H. Milkie - Matthew Smith<br>Mohave Cty Attorney Office-Civil Div<br>P.O. Box 7000<br>Kingman, AZ 86402-7000 | Bart K. Larsen, Esq.<br>6725 Via Austi Parkway, Ste. 200<br>Las Vegas, NV 89119 | Donald H. Williams, Esq.<br>Williams & Wiese<br>612 South Tenth Street<br>Las Vegas, NV 89101 |
| Janet L. Chubb/Michael Buckley<br>JONES VARGAS<br>P.O. Box 281<br>Reno, NV 89504-0281 | Ms. Janine Guthrie<br>1225 Monterey Street<br>Redlands, CA 92373 | Philip S. Gerson, Esq.<br>Olson Cannon Gormley Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Randall D. Patterson<br>LEXINGTON INSURANCE<br>100 Summer Street<br>Boston, MA 02110-2135 | Richard I. Dreitzer, Esq.<br>Bullivant Houser Bailey PC<br>3980 Howard Hughes Pwy., Ste. 550<br>Las Vegas, NV 89169 | Robert R. Kinas/Clair Dossier<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pwy, Ste 1100<br>Las Vegas, NV 89169 |
| Brett A. Axelrod<br>Fox Rothschild LLP<br>3800 Howard Hughes Pwy, Ste 500<br>Las Vegas, NV 89169 | Jeffrey Rose<br>Wilmington Trust, FSB<br>50 South Sixth Street, Ste 1290<br>Minneapolis, MN 55402 | August B. Landis<br>Office of the United States Trustee<br>300 Las Vegas Blvd. S, Ste 4300<br>Las Vegas, Nevada 89101 |
| Kevin N. Anderson<br>Fabian & Clendenin<br>215 S. State St., Ste. 1200<br>Salt Lake City, UT 84111-2323 | | |