

**Entered on Docket**
**September 17, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 09-14814-LBR** |
| | § | **(Jointly Administered)** |
| **THE RHODES** | § | |
| **COMPANIES, LLC,** | § | |
| **aka "Rhodes Homes,"** *et al.*, | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.**[1] | § | **Hearing Date: August 24, 2010** |
| | § | **Hearing Time: 1:30 P.M.** |
| _____ | § | **Courtroom 1** |
| **Affects:** | § | |
| ☒ **All Debtors** | § | |
| ☐ **Affects the following** | § | |
| **Debtor(s)** | § | |

**ORDER RE REORGANIZED DEBTORS' MOTION FOR (A)**
**DETERMINATION OF OWNERSHIP OF STANLEY MATERIALS AND (B)**
**AUTHORIZATION TO SELL STANLEY MATERIALS [RE: DOCKET NO. 1214]**

Upon consideration of (i) the *Reorganized Debtors' Motion for (A) Determination of*

*Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials* [Docket No.

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); and Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

1214] (the "<u>Motion</u>")[2] and (ii) *Stanley Consultants, Inc.'s Opposition to Reorganized Debtors' Motion for (A) Determination of Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials* [Docket No. 1230], and good cause appearing, it is hereby

ORDERED that the Court abstains from making a determination on the Motion in favor of permitting the Superior Court of Arizona, Maricopa County to determine the parties' rights to the Stanley Materials in the context of the litigation currently pending between the Reorganized Debtors and Stanley or otherwise;

ORDERED that the Reorganized Debtors are permitted to sell their disputed interest in the Stanley Materials by quitclaim deed; and

ORDERED that the Arizona Assets Sale shall proceed on the schedule set forth in the Bid Procedures that were approved by the Bid Procedures Order, with a hearing on the Arizona Assets Sale to be held on September 13, 2010.

Submitted by:

DATED this 15th day of September, 2010.

KOLESAR & LEATHAM, CHTD.

By   */s/ Nile Leatham*
    Nile Leatham (NV Bar No. 002838)
    3320 W. Sahara Avenue, Suite 380
    Las Vegas, NV 89102
    (702) 979-2357 (Telephone)
    (702) 362-9472 (Facsimile)
    Nleatham@klnevada.com

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

**LR 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

**___**No parties appeared or filed written objections, and there is no trustee appointed in the case.

 **X**  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

| Party | Approved | Disapproved | No Response |
|---|---|---|---|
| Counsel to Stanley Engineering<br>Anderson, McPharlin & Conners LLP | X | | |
| Counsel to James Rhodes<br>Fox Rothschild LLP | X | | |
| Office of the United States Trustee | | | X |

# # #

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com