NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
           ncox@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com
           mlahaie@akingump.com

*Electronically Filed*
*September 20, 2010*

*Counsel for* **Reorganized Debtors**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
| Reorganized Debtors. [1] | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

807252 (7540-1)                              - 1 -

Affects:

☒ All Reorganized Debtors
☐ The Following Reorganized Debtor(s):

**CERTIFICATE OF SERVICE**

1. On September 20, 2010, I served the following document(s) (*specify*):

    **Notice of Entry of Order Re Reorganized Debtors' Motion for (A) Determination of Ownership of Stanley Materials and (B) Authorization to Sell Stanley Materials [Re: Docket No. 1214] [#1294].**

2. I served the above-named document(s) by the following means to the persons as listed below:

    (*Check all that apply*)

    ☒    **a.    ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

    KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
    kanderson@fabianlaw.com, sburdash@fabianlaw.com

    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
    baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; ldupree@foxrothschild.com

    J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
    ECF@parsonsbehle.com

    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
    scho@pszjlaw.com

    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
    tbw@jonesvargas.com

    DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
    dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

    THOMAS E. CROWE on behalf of Creditor SHANE SMITH
    tcrowelaw@yahoo.com

    DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
    ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

807252 (7540-1)                              - 2 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   richard.dreitzer@bullivant.com

2

3  PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
   banknv@rocgd.com, mburgener@rocgd.com

4  REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
   ecf@parsonsbehle.com

5

6  KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
   COMPANY
   hkelley@leachjohnson.com

7

8  CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
   Class Plaintiffs
   c.harris@kempjones.com, jlm@kempjones.com

9

10 RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
   Branch
11 rjean@lionelsawyer.com, gbagley@lionelsawyer.com;
   bklsclv@lionelsawyer.com; mstow@lionelsawyer.com;
12 mtieu@lionelsawyer.com

13 ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
   SERVICES CORPORATION
14 rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
   cdossier@swlaw.com; lvdocket@mindspring.com;
15 vcampbell@swlaw.com; nbaig@swlaw.com

16 KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
   law@lawyersinarizona.com, bank@lawyersinarizona.com

17 BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

18

19 ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, sstanton@lslawnv.com; akosina@lslawnv.com

20 NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
   SENIOR SECURED LENDERS
21 nleatham@klnevada.com, ckishi@klnevada.com;
   bankruptcy@klnevada.com

22

23 CHARLES M. LITT on behalf of Creditor THE PRESERVE AT
   ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
   rblack@feinberggrant.com, efilings@hotmail.com

24

25 ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
   aloraditch@foxrothschild.com, pkois@foxrothschild.com;
   rdittrich@foxrothschild.com

26

27 VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
   AMERICA - INTERNAL REVENUE SERVICE
   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

28

807252 (7540-1)                    - 3 -

<div style="margin-left: sidebar">KOLESAR & LEATHAM, CHTD.<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102<br>Tel: (702) 362-7800 / Fax: (702) 362-9472</div>

1   JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
2   darhyl.kerr@dlapiper.com

3   JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
4   jm@amclaw.com, jag@amclaw.com

5   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
6   edward.m.mcdonald@usdoj.gov

7   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
8   smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

9
10  JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
    olster@lbbslaw.com, sallade@lbbslaw.com
11
12  ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
    eransavage@ssllplaw.com, agutierrez@ssllplaw.com

13  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
14  mark.somerstein@ropesgray.com

15  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
16  jeff@sylvesterpolednak.com

17  U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov
18
    DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
19  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
20

21  ☐   **b.**   **United States mail, postage fully prepaid**
                (*List persons and addresses. Attach additional paper if necessary*)
22

23  ☐   **c.**   **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)
24
    I personally delivered the document(s) to the persons at these addresses:
25
    ☐   For a party represented by an attorney, delivery was made by
26      handing the document(s) to the attorney or by leaving the
        documents(s) at the attorney's office with a clerk or other person in
27      charge, or if no one is in charge by leaving the documents(s) in a
        conspicuous place in the office.
28

807252 (7540-1)                                - 4 -

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): September 20, 2010.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cindy Kishi*
　　　　　　　　　　　　　　　　　　　　　　　DECLARANT

807252 (7540-1)

- 5 -