**Entered on Docket
September 27, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br><br>*Counsel for James M. Rhodes* | NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>3320 W. Sahara Avenue, Suite 380<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br>    and<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>        aqureshi@akingump.com<br>        mlahaie@akingump.com<br><br>*Counsel for the Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>            Reorganized Debtors.<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No. BK-S-09-14814-LBR<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fox Rothschild, LLP, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, Chtd. and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and Order Regarding Briefing Schedule (the "Stipulation"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as follows:

WHEREAS, on August 24, 2010 this Court held a status hearing (the "Hearing") on the Reorganized Debtors' Objection to James Rhodes' Proof of Claim Number 814-33 and Notice of Amendment of Schedules of Assets and Liabilities (the "Objection").

WHEREAS, during the Hearing, the Parties indicated that they had agreed that this matter should be bifurcated into two phases with respect to: (1) Rhodes' entitlement to the Tax Claim[1] ("Phase I"); and (2) the discovery necessary to support (a) the amount of the Tax Claim (if Rhodes is found by the Court to have an entitlement to the Tax Claim), (b) allowance of the Greenway Claim, and (c) all issues regarding the Scheduling of Claims, including the Reorganized Debtors' ability to amend the Statements after confirmation of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, *et al.* ("Phase II").

WHEREAS, this Court has requested that the Parties draft an order which sets forth the briefing schedule and hearing date with regard to the issue set forth in Phase I.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, as follows:

1. The Reorganized Debtors shall file their brief in opposition (the "Reorganized Debtors' Brief") to Rhodes' entitlement to the Tax Claim on or before September 17, 2010.

2. Rhodes shall file any reply brief in support of Rhodes' entitlement to the Tax Claim, and in opposition to the Reorganized Debtors' Brief, on or before September 27, 2010.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

3. The Reorganized Debtors shall file any reply brief in support of their opposition to Rhodes' entitlement to the Tax Claim on or before October 4, 2010.

4. The hearing regarding the Phase I briefs described above shall take place at 9:30 a.m. (PST) on November 4, 2010.

DATED this 15th day of September 2010.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**                **AKIN GUMP STRAUSS HAUER & FELD LLP**

By  /s/ Kevin N. Anderson             By  /s/ Philip C. Dublin
   KEVIN N. ANDERSON                    PHILIP C. DUBLIN
   Nevada Bar No. 4512                   New York Bar No. 2959344
   **FABIAN & CLENDENIN, P.C.**          ABID QURESHI
   601 South Tenth Street, Suite 102     New York Bar No. 2684637
   Las Vegas, Nevada 89101               MEREDITH LAHAIE
   Telephone: (702) 233-4444             New York Bar No. 4518023
   Facsimile: (702) 894-9466             One Bryant Park
                                         New York, NY 10036
*Counsel for James M. Rhodes*             Telephone: (212) 872-1000

     and
NILE LEATHAM
Nevada Bar No. 002838
**KOLESAR & LEATHAM, CHTD.**
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: (702) 979-2357

*Counsel for the Reorganized Debtors*

**ORDER**

It is so **ORDERED.**

# # #

805061 (7540-1)                          - 3 -