NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
         ncox@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:   pdublin@akingump.com
         aqureshi@akingump.com
         mlahaie@akingump.com

Counsel for **Reorganized Debtors**

*Electronically Filed*
*September 27, 2010*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
| Reorganized Debtors.[1] | Chapter 11 |
| Affects: | |
| ☒  All Debtors | |
| ☐  The Following Debtor(s): | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

NOTICE OF ENTRY OF STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

NOTICE IS HEREBY GIVEN that the STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE filed September 27, 2010, was entered herein on this Court's docket. A copy of said Stipulation and Order is attached hereto.

Dated this 27th day of September, 2010.

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
          ncox@klnevada.com
          and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com
          mlahaie@akingump.com

*Counsel for Reorganized Debtors*

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

810283 (7540-1)

- 2 -

**Entered on Docket**
**September 27, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

___

| | |
|---|---|
| KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br><br>*Counsel for James M. Rhodes* | NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>3320 W. Sahara Avenue, Suite 380<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br>and<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br><br>*Counsel for the Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No. BK-S-09-14814-LBR<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

1  James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fox Rothschild, LLP, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, Chtd. and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and Order Regarding Briefing Schedule (the "Stipulation"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as follows:

WHEREAS, on August 24, 2010 this Court held a status hearing (the "Hearing") on the Reorganized Debtors' Objection to James Rhodes' Proof of Claim Number 814-33 and Notice of Amendment of Schedules of Assets and Liabilities (the "Objection").

WHEREAS, during the Hearing, the Parties indicated that they had agreed that this matter should be bifurcated into two phases with respect to: (1) Rhodes' entitlement to the Tax Claim[1] ("Phase I"); and (2) the discovery necessary to support (a) the amount of the Tax Claim (if Rhodes is found by the Court to have an entitlement to the Tax Claim), (b) allowance of the Greenway Claim, and (c) all issues regarding the Scheduling of Claims, including the Reorganized Debtors' ability to amend the Statements after confirmation of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, *et al.* ("Phase II").

WHEREAS, this Court has requested that the Parties draft an order which sets forth the briefing schedule and hearing date with regard to the issue set forth in Phase I.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, as follows:

1. The Reorganized Debtors shall file their brief in opposition (the "Reorganized Debtors' Brief") to Rhodes' entitlement to the Tax Claim on or before September 17, 2010.

2. Rhodes shall file any reply brief in support of Rhodes' entitlement to the Tax Claim, and in opposition to the Reorganized Debtors' Brief, on or before September 27, 2010.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

3. The Reorganized Debtors shall file any reply brief in support of their opposition to Rhodes' entitlement to the Tax Claim on or before October 4, 2010.

4. The hearing regarding the Phase I briefs described above shall take place at 9:30 a.m. (PST) on November 4, 2010.

DATED this 15th day of September 2010.

Prepared and respectfully submitted by:

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By /s/ Kevin N. Anderson<br>KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br><br>*Counsel for James M. Rhodes* | By /s/ Philip C. Dublin<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>and<br>NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br><br>*Counsel for the Reorganized Debtors* |

**ORDER**

It is so **ORDERED**.

# # #

805061 (7540-1)

- 3 -