

**Kate Marshall**
*State Treasurer*

Steve George
*Chief of Staff*

Mark Winebarger
*Chief Deputy Treasurer*

OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY

Member case # 09-14818
Lead case # 09-14814

May 25, 2010

Omni Management Group
Claims Agent for the Rhodes Companies, LLC
16161 Ventura Blvd., Suite C PMB #477
Encino, CA 91436

RE: Apache Framing, LLC

To Whom It May Concern:

Based upon representation of Rhodes Companies, LLC that there is no unclaimed property owed to the State of Nevada for Apache Framing, LLC, Nevada is rescinding its claim. If you have any questions I can be reached at 702-486-3907 or mcmcelhone@nevadatreasurer.gov.

Respectfully,

Mary McElhone
Deputy Treasurer Unclaimed Property

Unclaimed Property Division
555 E. Washington Ave Suite 4200
Las Vegas, Nevada 89101-1075

Internet: StakeYourClaim-NV.gov

800) 521-0019 Toll Free
(702) 486-4140 Telephone
(702) 486-4177 Fax

E-mail: StateTreasurer@NevadaTreasurer.gov

Lead case # 09-14814

**Omni Management Group**
**Claims Agent For The Rhodes Companies, LLC**
16161 Ventura Blvd., Suite C, PMB # 477 - Encino, CA 91436
Telephone (818) 906-8300 - Facsimile (818) 783-2737

# Acknowledgement of Receipt of Proof of Claim

**NEVADA UNCLAIMED PROPERTY**
**ATTN: MARY MCELHONE**
**NEVADA STATE TREASURER.**
**UNCLAIMED PROPERTY DIVISION**
**555 E. WASHINGTON AVE. # 4200**
**LAS VEGAS, NV 89101**

We have received your proof of claim for the case(s) referenced below.

| | |
|---|---|
| **Debtor Name(s) / Case No(s):** | Apache Framing, LLC (09-14818) |
| **Date Claim Filed:** | Wednesday, June 03, 2009 |
| **Assigned Claim No:** | 4 |
| **Creditor ID No:** | |
| **Total Amount Claimed:** | |

STATE OF NEVADA

JUN 08 -

UNCLAIMED PROPERTY

| Class | Amount Claimed | Comments |
|---|---|---|
| UNS | Not Specified | Filed as Undetermined |

**Total:**

2010 OCT 15 PM 12:36
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
RECEIVED AND FILED

For additional information regarding the above referenced bankruptcy cases,
please visit our website at http://www.omnimgt.com.