

RECEIVED & FILED

'10 NOV -5 A11 :53

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

US Bankruptcy Court
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Re:Case No.: 09-14814-lbr

Thank you for your recent attempt to notify us of the financial changes on behalf of your client The Rhodes Companies.

Unfortunately it seems the information provided doesn't correspond with any accounts we have in our database. If you can provide more information, such as an account or invoice number for this corporation or individual we will research our database for the information and handle the account appropriately. Should you have any questions or concerns please feel free to contact one of our customer service representatives at the numbers below.

Please fill in the following information to allow us to properly handle your claim.
Company/ Client Name [          ]
Account Number [          ]
Invoice Number [          ]

Best Regards,

Customer Service
www.US-Yellow.com
CustomerService@US-Yellow.com
866.819.4966 - Phone
800.390.0150 - Fax
EIN 58-2442391

# United States Bankruptcy Court
## District of Nevada

Case No. 09-14814-lbr

**Chapter 11**

In re:
THE RHODES COMPANIES, LLC             REORGANIZED DEBTORS

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on August 30, 2010 for the proceeding held on 8/24/2010. The deadline for filing a *Request for Redaction* is September 20, 2010.

If a Request for Redaction is filed, the redacted transcript is due September 30, 2010. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 29, 2010, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1-866-232-1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 8/30/10                                      BY THE COURT

                                                    *Mary A. Schott*

                                                    Mary A. Schott
                                                    Clerk of the Bankruptcy Court