

1
2
3    **Entered on Docket**
     **November 16, 2010**
4                                              **Hon. Linda B. Riegle**
                                               **United States Bankruptcy Judge**

5
6
7
8   NILE LEATHAM, ESQ.                          PHILIP C. DUBLIN (NY Bar No, 2959344)
    Nevada Bar No. 002838                       ABID QURESHI (NY Bar No. 2684637)
9   NATALIE M. COX, ESQ.                        MEREDITH A. LAHAIE (NY Bar No. 4518023)
    Nevada Bar No. 007662                       AKIN GUMP STRAUSS HAUER & FELD LLP
10  KOLESAR & LEATHAM, CHTD.                     One Bryant Park
    3320 West Sahara Avenue, Suite 380          New York, NY 10036
11  Las Vegas, Nevada 89102-3202                Telephone:  212.872.1000
    Telephone No. (702) 362-7800                Facsimile:  212.872.1002
12  Facsimile No. (702) 362-9472                E-Mail:  pdublin@akingump.com
    E-Mail:  nleatham@klnevada.com                       aqureshi@akingump.com
13          ncox@klnevada.com                            mlahaie@akingump.com

14  *Counsel for **Reorganized Debtors***      *Counsel for **Reorganized Debtors***

15              **UNITED STATES BANKRUPTCY COURT**

16                    **DISTRICT OF NEVADA**

17  **IN RE:**                          §       **Case No. 09-14814-LBR**
                                        §       **(Jointly Administered)**
18  **THE RHODES COMPANIES,**           §
    **LLC, aka "Rhodes Homes,"** *et al.,*   §
19                                       §      **Chapter 11**
    **Reorganized Debtors.**[1]          §
20                                       §      **Hearing Date:  11/4/2010**
                                        §       **Hearing Time:  9:30 a.m. (PST)**
21                                       §      **Courtroom 1**

22

23      [1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax
    identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC
24  (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281);
    Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf
25  and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany
    Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design
26  and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090);
    Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC
27  (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited
    Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897);
28  Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

1

**Affects:**
☒ **All Debtors**
☐ **Affects the following Debtor(s)**

§
§
§
§
§
§

**ORDER SUSTAINING REORGANIZED DEBTORS'
OBJECTION TO JAMES RHODES' ENTITLEMENT TO THE TAX CLAIM
FOUND IN PROOF OF CLAIM NO. 814-33**

Upon consideration of the pleadings filed by the parties with respect to this matter; and the Court having jurisdiction to consider the Reorganized Debtors' Objection[2] and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Reorganized Debtors' Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the Proof of Claim attached as Exhibit A to the Reorganized Debtors' Objection and all other parties entitled to notice; and no other or further notice is necessary; therefore IT IS HEREBY ORDERED THAT:

1.    For the reasons stated on the record at the hearing held on November 4, 2010, the Tax Claim in the total amount of $9,729,151 is hereby disallowed and expunged from the Debtors' claims register;

2.    With respect to the remaining claims, there will be a status conference on December 17, 2010 at 9:30 a.m., which counsel may attend telephonically; and

3.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

PREPARED AND SUBMITTED BY:

By: _____
   NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
   NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
   KOLESAR & LEATHAM, CHTD.
   3320 West Sahara Avenue, Suite 380
   Las Vegas, Nevada 89102-3202
   Telephone No. (702) 362-7800
   Facsimile No. (702) 362-9472
   E-Mail:  nleatham@klnevada.com
            ncox@klnevada.com
      and
   PHILIP C. DUBLIN (NY Bar No, 2959344)
   ABID QURESHI (NY Bar No. 2684637)
   MEREDITH A. LAHAIE (NY Bar No. 4518023)
   AKIN GUMP STRAUSS HAUER & FELD LLP
   One Bryant Park
   New York, NY 10036
   Telephone:  212.872.1000
   Facsimile:  212.872.1002
   E-Mail:  pdublin@akingump.com
            aqureshi@akingump.com
            mlahaie@akingump.com

*Counsel for* **Reorganized Debtors**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

*Left margin (vertical):* AKIN GUMP STRAUSS HAUER & FELD LLP  One Bryant Park  New York, New York 10036  Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

LR 9021(c) Certification:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐　The court has waived the requirement set forth in LR 9021(b)(1).

☐　No party appeared at the hearing or filed an objection to the motion.

☒　I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Edward M. McDonald, Esq., Office of the U.S. Trustee | | | X |
| Kevin N. Anderson, Esq. | X | | |
| | | | |
| | | | |

☐　I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # #

4