Kevin N. Anderson (SBN 4512)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:   801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com

*Attorneys for James M. Rhodes*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**JAMES RHODES' NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 *et seq.*, James M. Rhodes ("**Rhodes**"), through counsel, hereby appeals from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010 [Docket No. 1318], a true and correct copy of which is attached hereto.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Reorganized Debtors | Nile Leatham<br>Natalie M. Cox<br>Kolesar & Leatham, CHTD<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102-3202<br>Telephone No. (702) 362-7800<br>Facsimile No. (702) 362-9472<br>E-Mail: nleatham@klnevada.com<br>         ncox@klnevada.com |
| | Philip C. Dublin<br>Abid Qureshi<br>Meredith A. Lahaie<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone No. (212) 872-1000<br>Facsimile No. (212) 872-1002<br>E-Mail: pdublin@akingump.com<br>         aqureshi@akingump.com<br>         mlahaie@akingump.com |

Other interested parties to this appeal may include the following:

| | |
|---|---|
| U.S. Trustee | Edward M. McDonald<br>Office of the U.S. Trustee<br>300 Las Vegas Blvd., So. STE 4300<br>Las Vegas, Nevada 89101<br>Telephone No. (702) 388-6600<br>E-Mail: edward.m.mcdonald@usdoj.gov |

DATED this 30th day of November, 2010.

/s/ Kevin N. Anderson
_____
Kevin N. Anderson
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

**EXHIBIT A**