1  Kevin N. Anderson (SBN 4512)
   FABIAN & CLENDENIN
2  215 South State Street, Suite 1200
   Salt Lake City, Utah 84111-2323
3  Telephone:    801-531-8900
   Facsimile:     801-596-2814
4  Email:      kanderson@fabianlaw.com

5  *Attorneys for James M. Rhodes*

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                         **DISTRICT OF NEVADA**

10  In re:                                    Case No.: 09-14814-LBR
                                              (Jointly Administered)
11  THE RHODES COMPANIES, LLC, aka
    "Rhodes Homes," et al.,                   Chapter 11
12
                                              **JAMES RHODES' STATEMENT OF**
13               Reorganized Debtors          **ELECTION TO APPEAL TO THE**
                                              **UNITED STATES DISTRICT COURT**
14                                            **FOR THE DISTRICT OF NEVADA**

15

16  ☒ Affects all Debtors

17  ☐ Affects the following Debtors

18

19         On November 30, 2010, James M. Rhodes ("**Rhodes**") filed a notice of appeal from the

20  *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax*

21  *Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable

22  Linda B. Riegle on November 16, 2010.

23         Pursuant to 28 U.S.C. § 158(c)(1)(A) and Fed. R. Bank. P. 8001(e), Rhodes now hereby

24  elects in this separate writing to have his appeal heard by the United States District Court for the

25  District of Nevada.

26

DATED this 30th day of November, 2010.

/s/ Kevin N. Anderson

Kevin N. Anderson
Fabian & Clendenin
*Attorneys for James M. Rhodes*