JANIECE S. MARSHALL, ESQ.
Nevada Bar No. 004686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Creditor
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

Affects:
☒   All Debtors
☐   Affects the following Debtor(s),
Apache Framing, LLC
Batcave, LP
Bravo, Inc.
Chalkline, LP
Elkhorn Partners, a Nevada LP
Geronimo Plumbing, LLC
Glynda, LP
Gung-Ho Concrete, LLC
Heritage Land Company LLC
Jackknife, LP
Overflow, LP
Parcel 20, LLC
Pinnacle Grading, LLC
Rhodes Homes Arizona, LLC
Rhodes Arizona Properties, LLC
The Rhodes Companies, LLC
Rhodes Ranch Golf Country Club, LLC
Rhodes Ranch General Partnership
Six Feathers Holdings, LLC
Tribes Holdings, LLC
Tick, LP
Tuscany Golf Country Club, LLC
Wallboard, LP

833522.1 5835.005

1  I, Janiece S. Marshall, Esq., attorney of record for Creditor Stanley Consultants, Inc. in the
2  instant litigation, hereby provide this *Notice of Change of Attorney Information* to the Court and
3  request the Clerk's Office to please remove myself and Anderson McPharlin & Conners LLP from the
4  Court's service list for the above-entitled action only.

5  DATED this ___ day of November, 2010.

ANDERSON, McPHARLIN & CONNERS LLP

By _____
   Janiece S. Marshall, Esq.
   Nevada Bar No. 004686
   777 North Rainbow Boulevard, Suite 145
   Las Vegas, Nevada  89107
   Attorneys for Creditor
   Stanley Consultants, Inc.

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ANDERSON, MCPHARLIN & CONNERS LLP and that on this ___ day of ~~November~~ DECEMBER, 2010, I did cause a true copy of **NOTICE OF CHANGE OF ATTORNEY INFORMATION** to be served via the Court's CM/ECF eservice system to the parties as set forth on the attached Electronic Mail Notice List.

By _____
An Employee of
ANDERSON, MCPHARLIN & CONNERS LLP

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
777 NO. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

833522.1 5835.005

3

# Mailing Information for Case 09-14814-lbr

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **KEVIN N. ANDERSON**   kanderson@fabianlaw.com, sburdash@fabianlaw.com
- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
- **J. THOMAS BECKETT**   ECF@parsonsbehle.com
- **SHIRLEY S. CHO**   scho@pszjlaw.com
- **JANET L. CHUBB**   bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com
- **DAVID A. COLVIN**   dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com
- **THOMAS E. CROWE**   tcrowelaw@yahoo.com
- **DAMON K. DIAS**   ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com
- **RICHARD I. DREITZER**   richard.dreitzer@bullivant.com
- **PHILIP S. GERSON**   banknv@rocgd.com, mburgener@rocgd.com
- **REW R. GOODENOW**   ecf@parsonsbehle.com
- **KIRBY C. GRUCHOW**   hkelley@leachjohnson.com
- **CAROL L. HARRIS**   c.harris@kempjones.com, jlm@kempjones.com
- **RODNEY M. JEAN**   RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com
- **ROBERT R. KINAS**   rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com
- **KEITH S. KNOCHEL**   law@lawyersinarizona.com, bank@lawyersinarizona.com
- **BART K. LARSEN**   blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com
- **ZACHARIAH LARSON**   ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com
- **NILE LEATHAM**   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **CHARLES M. LITT**   rblack@feinberggrant.com, efilings@hotmail.com
- **ANNE M. LORADITCH**   aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com
- **VIRGINIA CRONAN LOWE**   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
- **JAMES B MACROBBIE**   darhyl.kerr@dlapiper.com
- **JANIECE S MARSHALL**   jm@amclaw.com, car@amclaw.com;lom@amclaw.com
- **EDWARD M. MCDONALD**   edward.m.mcdonald@usdoj.gov
- **SUSAN L. MYERS**   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
- **JEFFREY D. OLSTER**   olster@lbbslaw.com, sallade@lbbslaw.com
- **ERIC RANSAVAGE**   eransavage@ssllplaw.com, agutierrez@ssllplaw.com
- **MARK R. SOMERSTEIN**   mark.somerstein@ropesgray.com
- **JEFFREY R. SYLVESTER**   jeff@sylvesterpolednak.com
- **U.S. TRUSTEE - LV - 11**   USTPRegion17.lv.ecf@usdoj.gov
- **DONALD H. WILLIAMS**   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **ACCELERON GROUP**
    2791 SOFT HORIZON WAY
    LAS VEGAS, NV 89135

    **JANICE J. BROWN**
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    400 SOUTH FOURTH STREET, SUITE 500
    LAS VEGAS, NV 89101

    **DON S DEAMICIS**

1 INTERNATIONAL PL
BOSTON, MA 02210

**IRA S. DIZENGOFF**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**CHRISTINE D. DONIAK**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**PHILIP C. DUBLIN**
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

**JANINA GUTHRIE**
1225 MONTEREY ST.
REDLANDS, CA 92373

**TROY L ISAACSON**
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

**OMNI MANAGEMENT GROUP**
16501 VENTURA BLVD., #440
ENCINO, CA 91436

**PALECEK**
PO BOX 225
RICHMOND, CA 94804

**ABID QURESHI**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**ELIZABETH RASKIN**
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**MARVIN C. RUTH**
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

**CHRISTOPHER T SCHULTEN**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**JAMES I STANG**
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

**STATE OF NEVADA OFFICE OF THE STATE TREASURER**
555 E. WASHINGTON AVE SUITE 4200

LAS VEGAS, NV 89101-1075

**TIMOTHY P. THOMAS**
KOLESAR & LEATHAM, CHTD.
3320 WEST SAHARA AVENUE, SUITE 380
LAS VEGAS, NV 89102

**US-Yellow**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.