# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>10–35</u>
**BAP Number**
**USDC Case Number**

In re:
    THE RHODES COMPANIES, LLC
                       Debtor(s)

---

JAMES M RHODES
                       Appellant(s)

vs

THE RHODES COMPANIES, LLC
                       Appellee(s)

---

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

Appeals Filed in the Same Bankruptcy
    Case or in a Related ADV Case

Bankruptcy Judge                    LINDA B. RIEGLE

Date Notice of Appeal Filed         11/30/2010

Date of Entry of Order Appealed     11/16/2010

Date Bankruptcy Filed              3/31/2009

                                         BY THE COURT

                                         *Mary A. Schott*

                                         Mary A. Schott
                                         Clerk of the Bankruptcy Court