# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>10–35</u>
**BAP Number**
**USDC Case Number**

In re:
    THE RHODES COMPANIES, LLC
                      Debtor(s)

---

JAMES M RHODES
                      Appellant(s)

vs

THE RHODES COMPANIES, LLC
                      Appellee(s)

---

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

Appeals Filed in the Same Bankruptcy
    Case or in a Related ADV Case

| | |
|---|---|
| Bankruptcy Judge | LINDA B. RIEGLE |
| Date Notice of Appeal Filed | 11/30/2010 |
| Date of Entry of Order Appealed | 11/16/2010 |
| Date Bankruptcy Filed | 3/31/2009 |

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lyonsmk              Page 1 of 1              Date Rcvd: Dec 01, 2010
Case: 09-14814                Form ID: apbtusdc          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 03, 2010.
       +PHILIP C DUBLIN,    ABID QURESHI,    MEREDITH A LAHAIE,    AKIN GUMP STRAUSS HAUER & FELD LLP,
        ONE BRYANT PARK,    NEW YORK, NY 10036-6728

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                    **Signature:**  _/s/ Joseph Speetjens_