Kevin N. Anderson (SBN 4512)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com

*Attorneys for James M. Rhodes*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: 09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
| | Chapter 11 |
| Reorganized Debtors | **JAMES RHODES' NOTICE OF APPEAL** |
| ☒ Affects all Debtors | |
| ☐ Affects the following Debtors | |

Pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 *et seq.*, James M. Rhodes ("**Rhodes**"), through counsel, hereby appeals from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010 [Docket No. 1318], a true and correct copy of which is attached hereto.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | **Party** | **Attorneys** |
|---|---|---|
| 1 | | |
| 2 | Reorganized Debtors | Nile Leatham |
| 3 | | Natalie M. Cox |
| | | Kolesar & Leatham, CHTD |
| 4 | | 3320 West Sahara Avenue, Suite 380 |
| | | Las Vegas, Nevada 89102-3202 |
| 5 | | Telephone No. (702) 362-7800 |
| | | Facsimile No. (702) 362-9472 |
| 6 | | E-Mail: nleatham@klnevada.com |
| 7 | | ncox@klnevada.com |
| 8 | | Philip C. Dublin |
| | | Abid Qureshi |
| 9 | | Meredith A. Lahaie |
| | | Akin Gump Strauss Hauer & Feld LLP |
| 10 | | One Bryant Park |
| | | New York, NY 10036 |
| 11 | | Telephone No. (212) 872-1000 |
| 12 | | Facsimile No. (212) 872-1002 |
| | | E-Mail: pdublin@akingump.com |
| 13 | | aqureshi@akingump.com |
| 14 | | mlahaie@akingump.com |

Other interested parties to this appeal may include the following:

| | | |
|---|---|---|
| 16 | U.S. Trustee | Edward M. McDonald |
| | | Office of the U.S. Trustee |
| 17 | | 300 Las Vegas Blvd., So. STE 4300 |
| 18 | | Las Vegas, Nevada 89101 |
| | | Telephone No. (702) 388-6600 |
| 19 | | E-Mail: edward.m.mcdonald@usdoj.gov |

DATED this 30th day of November, 2010.

/s/ Kevin N. Anderson
_____
Kevin N. Anderson
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EXHIBIT A**



Entered on Docket
November 16, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         ncox@klnevada.com

*Counsel for Reorganized Debtors*

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:  pdublin@akingump.com
         aqureshi@akingump.com
         mlahaie@akingump.com

*Counsel for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: § <br> § <br> THE RHODES COMPANIES, § <br> LLC, aka "Rhodes Homes," *et al.*, § <br> § <br> Reorganized Debtors.[1] § <br> § <br> § <br> § | Case No. 09-14814-LBR <br> (Jointly Administered) <br> <br> Chapter 11 <br> <br> Hearing Date: 11/4/2010 <br> Hearing Time: 9:30 a.m. (PST) <br> Courtroom 1 |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

| | |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | §<br>§<br>§<br>§<br>§ |

### ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' ENTITLEMENT TO THE TAX CLAIM FOUND IN PROOF OF CLAIM NO. 814-33

Upon consideration of the pleadings filed by the parties with respect to this matter; and the Court having jurisdiction to consider the Reorganized Debtors' Objection[2] and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Reorganized Debtors' Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the Proof of Claim attached as Exhibit A to the Reorganized Debtors' Objection and all other parties entitled to notice; and no other or further notice is necessary; therefore IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record at the hearing held on November 4, 2010, the Tax Claim in the total amount of $9,729,151 is hereby disallowed and expunged from the Debtors' claims register;

2. With respect to the remaining claims, there will be a status conference on December 17, 2010 at 9:30 a.m., which counsel may attend telephonically; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

PREPARED AND SUBMITTED BY:

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail: nleatham@klnevada.com
         ncox@klnevada.com
   and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
         aqureshi@akingump.com
         mlahaie@akingump.com

*Counsel for* **Reorganized Debtors**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

LR 9021(c) Certification:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Edward M. McDonald, Esq., Office of the U.S. Trustee | | | X |
| Kevin N. Anderson, Esq. | X | | |
| | | | |
| | | | |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lyonsmk              Page 1 of 1                  Date Rcvd: Dec 01, 2010
Case: 09-14814                Form ID: pdf928            Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 03, 2010.
       +PHILIP C DUBLIN,   ABID QURESHI,   MEREDITH A LAHAIE,   AKIN GUMP STRAUSS HAUER & FELD LLP,
        ONE BRYANT PARK,   NEW YORK, NY 10036-6728

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                             **Signature:**   *Joseph Speetjens*