Kevin N. Anderson (SBN 4512)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com

*Attorneys for James M. Rhodes*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Appeal Reference No. 10-35 |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Case No.: 09-14814-LBR (Jointly Administered) |
| | Chapter 11 |
| Reorganized Debtors | **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |
| JAMES M. RHODES, | |
| Appellant, | |
| v. | |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., Reorganized Debtors, | |
| Appellee. | |

On November 30, 2010, Appellant James M. Rhodes ("**Appellant**") filed a notice of appeal from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010.

1    Pursuant to Fed. R. Bankr. P. 8006, Appellant hereby submits the following statement of

2  the issues on appeal:

3    **Issue**: Did the Bankruptcy Court err when it determined that Appellant is not a creditor of

4  the above-captioned bankruptcy estate and does not hold a claim for the reimbursement of taxes

5  found in proof of claim number 33-1?

6

7    DATED this 10th day of December, 2010.

8

9                                                    /s/ Kevin N. Anderson

10                                               Kevin N. Anderson
                                                 FABIAN & CLENDENIN
11                                               *Attorneys for James M. Rhodes*

12

13

14  4842-2834-8680, v. 1

15

16

17

18

19

20

21

22

23

24

25

26