1  Kevin N. Anderson (SBN 4512)
   FABIAN & CLENDENIN
2  215 South State Street, Suite 1200
   Salt Lake City, Utah 84111-2323
3  Telephone:   801-531-8900
   Facsimile:   801-596-2814
4  Email:   kanderson@fabianlaw.com

5  *Attorneys for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Appeal Reference No. 10-35 |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Case No.: 09-14814-LBR (Jointly Administered) |
| | Chapter 11 |
| Reorganized Debtors | **APPELLANT'S DESIGNATION OF RECORD ON APPEAL** |
| JAMES M. RHODES, | |
| Appellant, | |
| v. | |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., Reorganized Debtors, | |
| Appellee. | |

On November 30, 2010, Appellant James M. Rhodes ("**Appellant**") filed a notice of appeal from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010.

Pursuant to Fed. R. Bankr. P. 8006, Appellant hereby designates the following documents, pleadings, papers, and transcripts from the above-entitled case as part of the record on his appeal:

| DOCUMENT DESCRIPTION | DOCUMENT NUMBER | DOCUMENT FILING DATE |
|---|---|---|
| Proof of Claim No. 33-1 | 33-1 | 7/17/09 |
| (copy) Motion on Shortened Notice of the First Lien Steering Committee for an Order Directing the Appointment of a Trustee Pursuant to 11 U.S.C. 1104(A) or, in the Alternative, Dismissing the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. 1112(b). Filed by TIMOTHY P. THOMAS on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (mdf) (Entered: 04/16/2009) | 68 | 4/7/09 |
| Schedule[s] A, Real Property Amount: $ 0.00, B, Personal Property Amount: $ 2541316.98, D, Creditors Holding Secured Claims Amount: $ 392895340.00, E, Creditors Holding Unsecured Priority Claims Amount: $ 0.00, F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 9729151.00, G, H, Summary of Schedules, Declaration Concerning Debtor[s] Schedules, Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 04/30/2009) | 131 | 4/30/09 |
| Notice *To Vacate Hearing On Motion On Shortened Notice Of The First Lien Steering Committee For An Order Directing The Appointment Of A Trustee Pursuant To 11 U.S.C. §1104(A), Or In The Alternative, Dismissing The Debtors' Chapter 11 Cases Pursuant To 11 U.S.C. §1112(b)* Filed by TIMOTHY P. THOMAS on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (Related document(s) 68 Motion to Appoint Trustee filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS, Motion to Dismiss Case) (THOMAS, TIMOTHY) (Entered: 05/06/2009) | 136 | 5/6/09 |
| Amended Statement of Financial Affairs Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 07/02/2009) | 300 | 7/02/09 |
| Amended Schedule[s] B, Personal Property Amount: $ 2717518.58, F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 9886171.58, Summary of Schedules, Declaration Concerning Debtor[s] Schedules, Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 07/02/2009) | 301 | 7/02/09 |
| Amended Chapter 11 Plan Number Third Amended Filed by NILE LEATHAM on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS | 1013 | 2/18/10 |

| | | | |
|---|---|---|---|
| 1 | (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(LEATHAM, NILE) (Entered: 02/18/2010) | | |
| 2 | Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, ET AL. (Related document(s) 1013 Amended Chapter 11 Plan filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS.) (vap) (Entered: 03/12/2010) | 1053 | 3/12/10 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | *Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (LEATHAM, NILE) Modified on 5/28/2010 to capture SARD statistical data (Fisher, MD). (Entered: 05/27/2010) | 1149 | 5/27/10 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | Opposition *to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1149 Document filed by Debtor REORGANIZED DEBTORS.) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1176 | 6/17/10 |
| 11 | | | |
| 12 | | | |
| 13 | Declaration Of: James M. Rhodes *in support of the Opposition to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1176 Opposition filed by Creditor JAMES RHODES) (Attachments: # 1 Exhibit 1-Part I# 2 Exhibit 1-Part 2# 3 Exhibit 1-Part 3# 4 Exhibit 2# 5 Exhibit 3) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1177 | 6/17/10 |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | Errata Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1176 Opposition filed by Creditor JAMES RHODES, 1177 Declaration filed by Creditor JAMES RHODES) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1178 | 6/17/10 |
| 19 | | | |
| 20 | Stipulation By REORGANIZED DEBTORS and Between James M. Rhodes *[Stipulated Facts]* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS, 1176 Opposition filed by Creditor JAMES RHODES, 1177 Declaration filed by Creditor JAMES RHODES, 1178 Errata filed by Creditor JAMES RHODES) (LEATHAM, NILE) (Entered: 09/17/2010) | 1290 | 9/17/10 |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | Objection *(Supplemental Memorandum of Law in Support of Objection to Tax Claim Included in James Rhodes' Proof of Claim No. 814-33)* Filed by NILE LEATHAM on behalf | 1292 | 9/17/10 |
| 26 | | | |

| | | |
|---|---|---|
| of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (LEATHAM, NILE) (Entered: 09/17/2010) | | |
| Stipulation and Order Regarding Briefing Schedule (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (lme) (Entered: 09/27/2010) | 1296 | 9/27/10 |
| Supplemental Response *to Objection of Reorganized Debtors to Proof of Claim* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1292 Objection filed by Interested Party REORGANIZED DEBTORS.) (ANDERSON, KEVIN) (Entered: 09/27/2010) | 1299 | 9/27/10 |
| Reply *Memorandum of Law in Support of Objection to Tax Claim of James Rhodes' Proof of Claim No. 814-33* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (LEATHAM, NILE) (Entered: 10/04/2010) | 1302 | 10/4/10 |
| Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No 814-33 (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (lme) (Entered: 11/16/2010) | 1318 | 11/16/10 |
| Transcript regarding Hearing Held on 11/04/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Avtranz, Telephone number 602-263-0885. Purchasing Party: Kevin Anderson. Redaction Request Due By 12/15/2010. Redacted Transcript Submission Due By 12/27/2010. Transcript access will be restricted through 02/22/2011. (AVTRANZ) (Entered: 11/24/2010) | 1321 | 11/24/10 |
| Notice of Filing Official Transcript. (Related document(s) 1321 Transcript) (lme) (Entered: 11/29/2010) | 1322 | 11/29/10 |

DATED this 10th day of December, 2010.

/s/ Kevin N. Anderson

Kevin N. Anderson
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

4815-4176-5896, v. 1