James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for the Reorganized Debtors

E-Filed:  December 15, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>The Rhodes Companies, LLC 09-14814 | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date:  December 17, 2010<br>Hearing Time:  9:00 a.m.<br>Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:230006.1

**STIPULATION RESOLVING DEBTORS' OBJECTION TO CLAIM NO. 46 FILED BY AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY AND CERTAIN OTHER ENTITIES RELATED TO CHARTIS, INC. PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007**

**[Re: Docket No. 1312]**

WHEREAS, on March 31, 2009 and April 1, 2009, The Rhodes Companies, LLC, aka "Rhodes Homes," et al. (collectively, the Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court, District of Nevada, and their cases are being jointly administered under Case No. BK-S-09-14814-LBR.

WHEREAS on August 5, 2009, American International Specialty Lines Insurance Company, Audubon Insurance Company, Lexington Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company and Certain Other Entities Related to Chartis, Inc. ("AIS") filed Proof of Claim number 46 in an unliquidated amount (the "AIS Claim").

WHEREAS on November 8, 2010, the Debtors filed their *Objection to Claim 46 of American International Specialty Lines Insurance Company, Audubon Insurance Company, Lexington Insurance Company, Insurance Company of the State of Pennsylvaønia, National Union Fire Insurance Company and Certain Other Entities Related to Chartis, Inc. in the Amount of Unliquidated* [Docket No. 1312].

WHEREAS *The First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies LLC, et al.* (the "Plan") was confirmed on March 12, 2010. The Effective Date of the Plan was April 1, 2010. Under the terms of Article VI.B of the Plan, the Reorganized Debtors have the sole authority to settle or compromise any Claim without any further notice to or action, order, or approval by the Bankruptcy Court, including the AIS Claim.

73203-035\DOCS_LA:230006.1        2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON by the undersigned parties, through their counsel and respective representatives that:

1. The AIS Claim shall be Allowed as a General Unsecured Claim for all purposes under the Plan in the amount of $750,000.00.

2. Upon execution of this Stipulation, the Debtors shall withdraw their Objection to the AIS Claim.

DATED this 15 day of December 2010

By: /s/ Michelle A. Levitt
Michelle A. Levitt
CHARTIS U.S.
175 Water Street, 18th Floor
New York, NY 10038
Michelle.levitt@chartisinsurance.com
*Bankruptcy Counsel for Chartis U.S.*

DATED this 14th day of December 2010

By:_____
Shirley S. Cho
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
scho@pszjlaw.com
*Counsel for the Reorganized Debtors*

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-035\DOCS_LA:230006.1

3

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON by the undersigned parties, through their counsel and respective representatives that:

1. The AIS Claim shall be Allowed as a General Unsecured Claim for all purposes under the Plan in the amount of $750,000.00.

2. Upon execution of this Stipulation, the Debtors shall withdraw their Objection to the AIS Claim.

DATED this ___ day of December 2010            DATED this 14th day of December 2010

By:_____            By:_____/s/Shirley S. Cho_____
    Michelle A. Levitt                                        Shirley S. Cho
CHARTIS U.S.                                                   PACHULSKI STANG ZIEHL & JONES LLP
175 Water Street, 18th Floor                              10100 Santa Monica Blvd., 11th Floor
New York, NY 10038                                       Los Angeles, CA 90067
Michelle.levitt@chartisinsurance.com            scho@pszjlaw.com
*Bankruptcy Counsel for Chartis U.S.*              *Counsel for the Reorganized Debtors*