James I. Stang, Esq. (CA Bar No. 94435)                    E-File:  December 15, 2010
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>        Debtors.<br><br>_____<br><br>Affects:<br><br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>HEARING<br>DATE:       December 17, 2010<br>TIME:        9:30 a.m.<br>PLACE:     Courtroom 1 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-002\DOCS_LA:229962.1

<u>**STATUS AND AGENDA FOR DECEMBER 17, 2010 HEARING**</u>

<u>**AT 9:30 A.M.**</u>

**1.** *Objection to Claim 189 of Chad & Tania Keiser in the Amount of Unliquidated* [Rhodes Docket No. 1310]

<u>Related Filings</u>:

A.   *Notice of Hearing on Rhodes Docket No. 1310* [Rhodes Docket No. 1311]

B.   *Certificate of Service* for Docket Entries 1310 and 1311 [Rhodes Docket No. 1315]

**<u>STATUS</u>**:  No responses have been received.  This matter will be going forward.

**2.** *Objection to Claim 46 of American International Specialty Lines Insurance Company, Audubon Insurance Company, Lexington Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company and Certain Other Entities Related to Chartis, Inc. in the Amount of Unliquidated [Rhodes* Docket No. 1312]

<u>Related Filings</u>:

A.   *Notice of Hearing on Rhodes Docket No. 1312* [Rhodes Docket No. 1313]

B.   *Certificate of Service* for Docket Entries 1312 and 1313 [Rhodes Docket No. 1317]

C.   *Stipulation By The Rhodes Companies, LLC and Between American International Specialty Lines Insurance Company* [Rhodes Docket No. 1338]

D.   *Notice of Withdrawal* [Rhodes Docket No. 1339]

**<u>STATUS</u>**:  This matter has been resolved by stipulation [Docket No. 1338] and withdrawn pursuant to that Notice of Withdrawal.  [Docket No. 1339]

Dated:    December 15, 2010          LARSON & STEPHENS

   */s/Zachariah Larson*
   Zachariah Larson, Esq. (NV Bar No. 7787)
   810 S. Casino Center Blvd., Ste. 104
   Las Vegas, Nevada  89101

–and –

PACHULSKI STANG ZIEHL & JONES LLP

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Co-Counsel for Reorganized Debtors

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LARSON & STEPHENS**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**

Tel: (702) 382-1170   Fax: (702) 382-1169