**JOHN HANCOCK FREEDOM 529**

THE MULTI-MANAGED WAY TO SAVE FOR COLLEGE

*John Hancock*

December 8, 2010

'10 DEC 22 P12 :19

09-14814

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

Subject: Recent Notice

Dear U.S. Bankruptcy Court:

Thank you for your recent notice sent in regards to The Rhodes Companies, LLC (Debtors) and James M Rhodes (Appellant).

Unfortunately, we were not able to identify the individual or company involved based on the information provided and must return these documents to you. If further action is required, please provide additional information.

If you have any questions regarding this correspondence or any of our services, please contact a customer service representative at 866-222-7498. Representatives are available Monday through Friday from 8 a.m. to 8 p.m. eastern time. We appreciate your business and value the opportunity to help you reach your college savings goals.

Sincerely,
T. Rowe Price Services, Inc., as Service Provider for John Hancock Freedom 529

Correspondence Number: 01882956

Enclosure(s):    Original Documents

John Hancock Freedom 529
P.O. Box 17603, Baltimore, MD 21297-1603

Phone: (866) 222-7498 Fax: (410) 581-5161
www.johnhancockfreedom529.com

John Hancock Freedom 529 is a college savings plan offered by the Education Trust of Alaska, managed by T. Rowe Price, and distributed by John Hancock Distributors LLC through other broker/dealers that have a selling agreement with John Hancock Distributors LLC. John Hancock Distributors LLC is a member of Financial Industry Regulatory Authority (FINRA), formerly NASD, and is listed with the Municipal Securities Rulemaking Board (MSRB). © 2007. John Hancock. All rights reserved. Information included in this material is believed to be accurate as of the October 2007 printing date.
M.05515-324
K128-004

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number 09-14814-lbr
Chapter 11
Appeal Reference Number 10-35
BAP Number
USDC Case Number

In re:
THE RHODES COMPANIES, LLC
    Debtor(s).

---

JAMES M RHODES , Appellant(s)

vs

THE RHODES COMPANIES, LLP , Appellee(s)

---

### MEMORANDUM

To:    All Parties

From:  U.S. Bankruptcy Court
        300 Las Vegas Blvd., South
        Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

### PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

PRESORTED
FIRST-CLASS MAIL
POSTAGE &FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

FRLI-43609 0978-2 aplmemo 09-14814
ZACHARIAH LARSON
810 S. CASINO CENTER BLVD., STE 104
LAS VEGAS, NV 89101

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

003366  33661 AV 0.332  21297  3 4  6641-0-4213

John Hancock
Attn Bankruptcy Desk/Managing Agent
Freedom 529 emp code 10471
P O Box 17603
Baltimore MD 21297-1603

003366

4360900336901 6