James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized Debtors

**E-File:  December 23, 2010**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:230123.1

# THIRD NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.

**TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al.* (the "Plan"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the second notice pursuant to Article VI.D of the Plan on September 29, 2010 [Docket No. 1300]:

**PLEASE TAKE FURTHER NOTICE** that Exhibit A hereto identifies all Claims that have been Allowed under the Plan and further indicates whether such Claim has been paid pursuant to the Plan since September 29, 2010;

**PLEASE TAKE FURTHER NOTICE** that Exhibit B hereto identifies all Claims that remain open and if resolution cannot be reached, will be the subject of objection by the Reorganized Debtors if an objection has not already been filed.

**PLEASE TAKE FURTHER NOTICE** that Exhibit C hereto identifies all Claims that have been withdrawn by the claimant since September 29, 2010.

**PLEASE TAKE FURTHER NOTICE** that Exhibit D hereto identifies all Claims that have been disallowed by Court Order since September 29, 2010.

DATED this 23rd day of December, 2010.

**LARSON & STEPHENS**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV  89101
702/382-1170
Attorneys for Reorganized Debtors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

DOCS_LA:230123.1                    2

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

EXHIBIT A
Allowed Claims

| Claimant | Debtor | Claim No. | Total Filed Claim (as amended) | Total Claim Paid to Date |
|---|---|---|---|---|
| AMERICAN INT'L SPECIALTY LINES INSURANCE CO.ET AL | The Rhodes Companies, LLC | 46 | 750,000.00 | |
| Capitol North American | The Rhodes Companies, LLC | 74 | 2,664.73 | |
| FORD MOTOR CREDIT | Pinnacle Grading, LLC | 8 | 24,519.02 | [1] |
| FORD MOTOR CREDIT | Pinnacle Grading, LLC | 9 | 24,519.02 | [1] |
| FORD MOTOR CREDIT | Pinnacle Grading, LLC | 10 | 24,519.02 | [2] |
| G.C. WALLACE, INC. | Rhodes Design and Development Corporation | 11 | 115,000.00 | 115,000.00 |
| Internal Revenue Service | Apache Framing, LLC | 1 | 912.69 | 912.69 |
| Internal Revenue Service | Gung-Ho Concrete, LLC | 1 | 399.96 | 399.96 |
| NEVADA POWER COMPANY D/B/A NV ENERGY | Rhodes Ranch General Partnership | 27 | 19,954.00 | |
| SHAYLON HOMEOWNERS' ASSOCIATION | Rhodes Ranch General Partnership | 31 | 11,331.74 | |
| TYGRIS VENDOR FINANCE, INC. F/K/A | Tuscany Golf Country Club, LLC | 11 | 52,560.00 | |
| THE TWT GROUP TWT, INC. (DBA THE WHEEL THING) | The Rhodes Companies, LLC | 16 | 68,000.00 | |
| ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES | Rhodes Design and Development Corporation | 119 | 6,700.00 | |
| | | | 1,101,080.18 | 116,312.65 |

[1] These claims were paid in full in the ordinary course of business.

[2] This claim was satisfied by return of the underlying collateral pursuant to the parties' agreement and the plan.

EXHIBIT B
Open Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| ARIZONA DEPT OF REVENUE | Pinnacle Grading, LLC | 26 | 212,132.33 |
| Clark County Public Work | The Rhodes Companies, LLC | 70 | 138,711.38 |
| Clark County Public Work | The Rhodes Companies, LLC | 71 | 389,455.31 |
| COMMERCE ASSOCIATES, LLC | The Rhodes Companies, LLC | 61 | Unknown |
| DAVID AND CHRISTINE FROHNEN | Rhodes Homes Arizona, LLC | 17 | 23,072.10 |
| Internal Revenue Service | Bravo, Inc. | 7 | 3,886,456.75 |
| Internal Revenue Service | Geronimo Plumbing, LLC | 3 | 21,090.00 |
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
| MIRAJOY RAYO & ARTURO CASIMIRO | Rhodes Design and Development Corporation | 22 | Unknown |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Rhodes Ranch Golf and Country Club | 23 | 390,168.54 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 15 | 280,958.41 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 17 | 46,071.06 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 16 | 7,740.43 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 14 | 5,328.45 |
| SLAUGHTER, ET AL. CLASS ACTION CLAIM | Rhodes Design and Development Corporation | 18 | 0.00 |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 52 | 3,467,733.00 |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 48 | 570,758.00 |
|  |  |  | 20,037,675.76 |

EXHIBIT C
Withdrawn Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| AL & BETH CARDAMONE | Rhodes Design and Development Corporation | 134 | Unknown |
| CHARLES BAGLEY | Rhodes Design and Development Corporation | 21 | Unknown |
| HARTFORD FIRE INSURANCE COMPANY | Rhodes Design and Development Corporation | 109 | Unliquidated |
| Insurance Co. of the State of Pennsylvania and certain other affiliates of Chartis | The Rhodes Companies, LLC | 94 | Unliquidated |
| Insurance Co. of the State of Pennsylvania and certain other affiliates of Chartis | Tribes Holdings, LLC | 7 | Unliquidated |
| Nevada Power Company | The Rhodes Companies, LLC | Docket 1113 | Unliquidated |
| NEVADA POWER COMPANY D/B/A NV ENERGY | Rhodes Ranch General Partnership | 26 | 318,696.00 |
| R. Smith International dba Rsource | Tuscany Golf Country Club, LLC | 21 | 148,921.00 |
| RHODES RANCH ASSOCIATION, INC. | Rhodes Ranch General Partnership | 28 | 372,226.20 |
| RICKEY & DORIS LOFTON | Rhodes Design and Development Corporation | 20 | Unknown |
| TUSCANY MASTER ASSOCIATION | Rhodes Design and Development Corporation | 127 | 846,862.29 |
| ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES | Rhodes Ranch Golf and Country Club | 22 | Unknown |
| ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES | Elkhorn Partners, a Nevada Limited Partnership | 4 | Unliquidated |
| ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES | Pinnacle Grading, LLC | 20 | Unliquidated |
| ZURICH AMERICAN INSURANCE CO., ITS SUBSIDIARIES | Rhodes Ranch General Partnership | 23 | Unliquidated |
|  |  |  | 1,686,705.49 |

Exhibit D
Claims Disallowed by Court Order

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| CHAD & TANIA KEISER | Rhodes Design and Development Corporation | 19 | Unknown |