James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Werner Disse, Esq. (CA Bar No. 143458)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com
       wdisse@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com
Attorneys for Reorganized Debtors

E-File: December 23, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

73203-035\DOCS_LA:230373.1

# CERTIFICATE OF SERVICE

1. On the 23rd day of December 2010, I served the following document(s):
   a. **THIRD NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. [DOCKET NO. 1348]**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **United States mail, postage fully prepaid**
              *(List persons and addresses. Attach additional paper if necessary)*

   *PLEASE SEE ATTACHED.*

3. On **December 23, 2010** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 23, 2010

Sophia L. Lee                                                    /s/Sophia L. Lee
(Name of Declarant)                                    (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

73203-035\DOCS_LA:230373.1              2

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

73203-035\DOCS_LA:230373.1                3

1  ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
2  CORPORATION
   rkinas@swlaw.com,
3  jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com;nunzueta@swlaw.com
4

5  KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
   law@lawyersinarizona.com, bank@lawyersinarizona.com

6
   BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
7  blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

8  ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com
9

10 NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
   LENDERS
11 nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

12 CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS
   HOMEOWNERS ASSOCIATION, INC.
13 rblack@feinberggrant.com, efilings@hotmail.com

14
   ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
15 aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

16 VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA -
   INTERNAL REVENUE SERVICE
17 virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

18
   JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
19 BRANCH
   darhyl.kerr@dlapiper.com
20
   JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
21 jm@amclaw.com, car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com

22
   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
23 edward.m.mcdonald@usdoj.gov

24 SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
25

26 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
   NEVADA, LLC
27 olster@lbbslaw.com, sallade@lbbslaw.com

28 ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:230373.1                    4

1   MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
    mark.somerstein@ropesgray.com

2
3   JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
    BRANCH
    jeff@sylvesterpolednak.com

4
5   U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

6
7   DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:230373.1            5

| | | |
|---|---|---|
| AL & BETH CARDAMONE<br>4689 LOMAS SANTA FE STREET<br>LAS VEGAS, NV 89147 | AMERICAN INT'L SPECIALTY LINES INSURANCE CO.ET AL<br>ATTN: MICHELLE A. LEVITT<br>COMMERCIAL INS BK COLL<br>175 WATER STREET, 18TH FL<br>NEW YORK, NY 10038 | AZ DEPT OF REVENUE<br>C/O TAX,BANKRUPTCY & COLLECTION 1275 WEST WASHINGTON AVENUE<br>PHOENIX AZ 85007 |
| CAPITOL NORTH AMERICAN<br>1780 SOUTH MOJAVE ROAD<br>LAS VEGAS, NV 89104 | CHAD & TANIA KEISER<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS<br>3811 W. CHARLESTON BL., STE 110<br>LAS VEGAS, NV 89102 | CHARLES BAGLEY<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS<br>3811 W. CHARLESTON BL, STE 110<br>LAS VEGAS, NV 89102 |
| CLARK COUNTY PUBLIC WORK<br>500 S. GRAND CENTRAL PKWY<br>PO BOX 553530<br>LAS VEGAS, NV 89115-3530 | COMMERCE ASSOCIATES, LLC<br>C/O JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>P.O. BOX 281<br>RENO, NV 89504-0281 | DAVID AND CHRISTINE FROHNEN<br>11 ISLEWORTH DR.<br>HENDERSON, NV 89052 |
| FORD MOTOR CREDIT<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | G.C. WALLACE, INC.<br>ATTN: JAMES VANWOERKOM<br>6655 SOUTH CIMARRON ROAD<br>LAS VEGAS, NV 89113-2132 | HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT, T-1-55<br>HARTFORD PLAZA<br>HARTFORD CT 0615 |
| INSURANCE CO. OF THE STATE OF PENNSYLVANIA AND CERTAIN OTHER AFFILIATES OF CHARTIS<br>C/OO MICHELLE A. LVEITT, ESQ.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | INTERNAL REVENUE SERVICE<br>ATTN BANKRUPTCY DESK/MANAGING AGENT<br>P O BOX 21126<br>DPN 781<br>PHILADELPHIA, PA 19114 | INTERNAL REVENUE SERVICE<br>VIRGINIA CRONAN LOWE, ATTY, TAX DIVISION<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 |
| JAMES RHODES<br>C/O BRETT A. AXELROD, ESQ.<br>GREENBERG TRAURIG, LLP<br>3773 HOWARD HUGHES PWY<br>ST 400 NORTH<br>LAS VEGAS, NV 89169 | MIRAJOY RAYO & ARTURO CASIMIRO<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS, LLP<br>3811 W. CHARLESTON BLVD., SUITE 110<br>LAS VEGAS, NV 89102 | NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC<br>ATTN: LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 |
| NEVADA POWER COMPANY<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 SOUTH RAINBOW BL, STE 202<br>LAS VEGAS, NV 89118 | R. SMITH INTERNATIONAL DBA RSOURCE<br>U.S. EXPRESS LEASING, INC.<br>ATTN: ANNETTE MCGOVERN<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | R. SMITH INTERNATIONAL DBA RSOURCE<br>ATTN: LAWRENCE A. REID<br>6001 BROKEN SOUND PARKWAY N.W. STE 620<br>BOCA RATON, FL 33487 |
| RHODES RANCH ASSOCIATION, INC.<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 S RAINBOW BL, STE 202<br>LAS VEGAS, NV 89118 | RICKEY & DORIS LOFTON<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS<br>3811 W. CHARLESTON BLVD., STE 110<br>LAS VEGAS, NV 89102 | SHAYLON HOMEOWNERS' ASSOCIATION<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 S RAINBOW BL, STE 202<br>LAS VEGAS, NV 89118 |
| SLAUGHTER, ET AL. CLASS ACT CLM<br>ATTN: TROY L. ISAACSON<br>MADDOX, ISAACSON & CISNEROS<br>3811 W. CHARLESTON BLVD., STE 110<br>LAS VEGAS, NV 89102 | STANLEY CONSULTANTS, INC.<br>5820 S. EASTERN AVENUE, #140<br>LAS VEGAS, NV 89119 | THE TWT GROUP TWT, INC.<br>(DBA THE WHEEL THING)<br>DANIEL L. COATS<br>11982 KIOWA AVE. #204<br>LOS ANGELES, CA 90049 |

DOCS_LA:230371.1

| | | |
|---|---|---|
| TUSCANY MASTER ASSOCIATION<br>C/O KIRBY C. GRUCHOW, JR., ESQ<br>LEACH JOHNSON SONG & GRUCHOW<br>5495 S RAINBOW BL, STE 202<br>LAS VEGAS, NV 89118 | TYGRIS VENDOR FINANCE, INC. F/K/A<br>U.S. EXPRESS LEASING, INC.<br>ATTN: ANNETTE MCGOVERN<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | ZURICH AMERICAN INSURANCE CO.<br>C/O KAREN L. TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT<br>TWO LIBERTY PL, 50 S. 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 |
| CHAD AND TANIA KEISER<br>445 PUNTO VALLATA DRIVE<br>LAS VEGAS, NV  89102 | TROY L. ISAACSON, ESQ.<br>MADOX, ISAACSON & CISNEROS<br>3811 W. CHARLESTON BL, STE. 110<br>LAS VEGAS, NV  89102 | KEVIN N. ANDERSON<br>FABIAN & CLENDENIN<br>215 SOUTH STATE ST, STE 1200<br>SALT LAKE CITY, UTAH 84111-2323 |

DOCS_LA:230371.1