**Entered on Docket
January 03, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

Kevin N. Anderson
Nevada Bar No. 4512
**FABIAN & CLENDENIN, P.C.**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:   801-531-8900
Facsimile:   801-596-2814
Email:   kanderson@fabianlaw.com

*Counsel for James M. Rhodes*

NILE LEATHAM
Nevada Bar No. 002838
**KOLESAR & LEATHAM, CHTD.**
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: (702) 979-2357
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com

and

PHILIP C. DUBLIN
New York Bar No. 2959344
ABID QURESHI
New York Bar No. 2684637
MEREDITH LAHAIE
New York Bar No. 4518023
**AKIN GUMP STRAUSS HAUER
   & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
       aqureshi@akingump.com
       mlahaie@akingump.com
*Counsel for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

James M. Rhodes ("**Rhodes**"), through counsel, Fabian & Clendenin, and the above-captioned reorganized debtors (collectively, the "**Reorganized Debtors**"), through counsel, Kolesar & Leatham, Chtd. and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and Order to Stay Proceedings (the "**Stipulation**"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as follows:

WHEREAS, on July 17, 2009, Rhodes filed proof of claim No. 814-33 ("**Proof of Claim No. 814-33**") in the amount of $10,598,000.00 seeking: (i) the reimbursement of taxes in the amount of $9,729,151.00 (the "**Taxes**") paid by Rhodes for the 2006 tax year (the "**Tax Claim**"); and (ii) $868,849.00 advanced to Greenway Partners, LLC ("**Greenway Partners**") (the "**Greenway Partners Claim**" and, together with the Tax Claim, the "**Claims**").

WHEREAS, on May 27, 2010, the Reorganized Debtors filed an objection (the "**Objection**") to Proof of Claim No. 814-33 alleging, among other things, that: (i) Rhodes was not entitled to reimbursement of the Taxes; and (ii) the evidence attached to the Proof of Claim No. 814-33 did not support allowance of the Claims. Additionally, the Reorganized Debtors indicated that contemporaneously with the filing of their Objection they were amending their schedules and statements (together with the amended schedules and statements, the "**Statements**") to remove certain scheduled claims (the "**Scheduled Claims**").

WHEREAS, on June 17, 2010, Rhodes filed an opposition (the "**Opposition**") to the Objection arguing, among other things, that: (i) the Claims should be allowed in the amounts set forth in Proof of Claim 814-33; and (ii) the Reorganized Debtors were not entitled to amend the Statements after confirmation of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, *et al.* (the "**Plan**").

WHEREAS, on or about August 24, 2010, the Court held a status conference during which the Parties agreed, among other things, that this matter should be bifurcated with respect to: (1) Rhodes' entitlement to the Tax Claim; and (2) discovery, if necessary, to support the amount of the Tax Claim, allowance of the Greenway Claim, and all issues regarding the Scheduled Claims, including the Reorganized Debtors' ability to amend the Statements after confirmation of the Plan.

WHEREAS, on November 4, 2010, the Court held a hearing on the Objection to the Tax Claim.

WHEREAS, on November 16, 2010, the Court entered its *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**").

WHEREAS, on November 30, 2010, Rhodes filed: (1) *James Rhodes' Notice of Appeal* from the Order; and (2) *James Rhodes' Statement of Election to Appeal to the United States District Court for the District of Nevada* (collectively, the "**Appeal**") [District Case No. 2:10-cv-02101].

WHEREAS, Rhodes and the Reorganized Debtors have been in settlement negotiations and discussions regarding the Appeal and the remaining claims. As a result, in order to focus the Parties attention and resources toward possible settlement, the Parties have agreed to the following as set forth below.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, as follows:

1. All proceedings, dates, and deadlines in this matter, including all dates and deadlines with respect to the Appeal, are stayed and suspended until February 15, 2011.

2. Should settlement fail for any reason, the Parties shall submit a proposed scheduling order on or before February 15, 2011.

**IT IS SO ORDERED**.

Prepared and respectfully submitted by:

| | |
|---|---|
| **FABIAN & CLENDENIN, P.C.** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By  /s/ Kevin N. Anderson<br>KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br><br>*Counsel for James M. Rhodes* | By  /s/ Abid Qureshi<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>and<br><br>NILE LEATHAM<br>Nevada Bar No. 002838<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br><br>*Counsel for the Reorganized Debtors* |

###