|   |   |   |
|---|---|---|
| 1 | Kevin N. Anderson **Entered on Docket** | `HAM |
| 2 | Nevada Bar No. 4512 **January 03, 2011** | Nevada Bar No. 002838 |
| 3 | **FABIAN & CLENDENIN, P.C.** | **Hon. Linda B. Riegle** **KOLESAR & LEATHAM, CHTD.** |
|   | 215 South State Street, Suite 1200 | **United States Bankruptcy Judge** Wells Fargo Financial Center |
| 4 | Salt Lake City, Utah 84111-2323 | 3320 W. Sahara Ave. |
|   | Telephone: 801-531-8900 | Las Vegas, NV 89102 |
|   | Facsimile: 801-596-2814 | Telephone: (702) 979-2357 |
| 5 | Email: kanderson@fabianlaw.com | Facsimile: (702) 362-9472 |
| 6 | *Counsel for James M. Rhodes* | Email: nleatham@klnevada.com |
| 7 |   | and |
| 8 |   | PHILIP C. DUBLIN |
|   |   | New York Bar No. 2959344 |
| 9 |   | ABID QURESHI |
|   |   | New York Bar No. 2684637 |
| 10 |   | MEREDITH LAHAIE |
|   |   | New York Bar No. 4518023 |
| 11 |   | **AKIN GUMP STRAUSS HAUER** |
| 12 |   |     **& FELD LLP** |
|   |   | One Bryant Park |
| 13 |   | New York, NY 10036 |
|   |   | Telephone: (212) 872-1000 |
| 14 |   | Facsimile: (212) 872-1002 |
| 15 |   | Email: pdublin@akingump.com |
|   |   |         aqureshi@akingump.com |
| 16 |   |         mlahaie@akingump.com |
|   |   | *Counsel for the Reorganized* |
| 17 |   | *Debtors* |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 09-14814-LBR |
|   | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
|   | **STIPULATION AND ORDER TO STAY** |
|         Reorganized Debtors | **PROCEEDINGS** |
| ☒ Affects all Debtors |   |
| ☐ Affects the following Debtors |   |

James M. Rhodes ("**Rhodes**"), through counsel, Fabian & Clendenin, and the above-captioned reorganized debtors (collectively, the "**Reorganized Debtors**"), through counsel, Kolesar & Leatham, Chtd. and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and Order to Stay Proceedings (the "**Stipulation**").  Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties."  The Parties stipulate and agree as follows:

WHEREAS, on July 17, 2009, Rhodes filed proof of claim No. 814-33 ("**Proof of Claim No. 814-33**") in the amount of $10,598,000.00 seeking: (i) the reimbursement of taxes in the amount of $9,729,151.00 (the "**Taxes**") paid by Rhodes for the 2006 tax year (the "**Tax Claim**"); and (ii) $868,849.00 advanced to Greenway Partners, LLC ("**Greenway Partners**") (the "**Greenway Partners Claim**" and, together with the Tax Claim, the "**Claims**").

WHEREAS, on May 27, 2010, the Reorganized Debtors filed an objection (the "**Objection**") to Proof of Claim No. 814-33 alleging, among other things, that: (i) Rhodes was not entitled to reimbursement of the Taxes; and (ii) the evidence attached to the Proof of Claim No. 814-33 did not support allowance of the Claims.  Additionally, the Reorganized Debtors indicated that contemporaneously with the filing of their Objection they were amending their schedules and statements (together with the amended schedules and statements, the "**Statements**") to remove certain scheduled claims (the "**Scheduled Claims**").

1       WHEREAS, on June 17, 2010, Rhodes filed an opposition (the "**Opposition**") to the Objection arguing, among other things, that: (i) the Claims should be allowed in the amounts set forth in Proof of Claim 814-33; and (ii) the Reorganized Debtors were not entitled to amend the Statements after confirmation of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, *et al.* (the "**Plan**").

      WHEREAS, on or about August 24, 2010, the Court held a status conference during which the Parties agreed, among other things, that this matter should be bifurcated with respect to: (1) Rhodes' entitlement to the Tax Claim; and (2) discovery, if necessary, to support the amount of the Tax Claim, allowance of the Greenway Claim, and all issues regarding the Scheduled Claims, including the Reorganized Debtors' ability to amend the Statements after confirmation of the Plan.

      WHEREAS, on November 4, 2010, the Court held a hearing on the Objection to the Tax Claim.

      WHEREAS, on November 16, 2010, the Court entered its *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**").

      WHEREAS, on November 30, 2010, Rhodes filed: (1) *James Rhodes' Notice of Appeal* from the Order; and (2) *James Rhodes' Statement of Election to Appeal to the United States District Court for the District of Nevada* (collectively, the "**Appeal**") [District Case No. 2:10-cv-02101].

      WHEREAS, Rhodes and the Reorganized Debtors have been in settlement negotiations and discussions regarding the Appeal and the remaining claims. As a result, in order to focus the Parties attention and resources toward possible settlement, the Parties have agreed to the following as set forth below.

1     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, as follows:

    1.     All proceedings, dates, and deadlines in this matter, including all dates and deadlines with respect to the Appeal, are stayed and suspended until February 15, 2011.

    2.     Should settlement fail for any reason, the Parties shall submit a proposed scheduling order on or before February 15, 2011.

    **IT IS SO ORDERED**.

Prepared and respectfully submitted by:

| **FABIAN & CLENDENIN, P.C.** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| By __/s/ Kevin N. Anderson__<br>KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br><br>*Counsel for James M. Rhodes* | By __/s/ Abid Qureshi__<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>and<br><br>NILE LEATHAM<br>Nevada Bar No. 002838<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br><br>*Counsel for the Reorganized Debtors* |

###

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 2                  Date Rcvd: Jan 03, 2011
Case: 09-14814                Form ID: pdf984            Total Noticed: 28


The following entities were noticed by first class mail on Jan 05, 2011.
db           +THE RHODES COMPANIES, LLC,    4730 S. FT. APACHE #300,    LAS VEGAS, NV 89147-7947
aty          +DON S DEAMICIS,    1 INTERNATIONAL PL,    BOSTON, MA 02110-2602
aty          +JAMES I STANG,    10100 SANTA MONICA BLVD #1100,    LOS ANGELES, CA 90067-4111
aty          +TIMOTHY P. THOMAS,    KOLESAR & LEATHAM, CHTD.,    3320 WEST SAHARA AVENUE, SUITE 380,
               LAS VEGAS, NV 89102-3202
aty          +TROY L ISAACSON,    3811 W CHARLESTON BLVD #110,    LAS VEGAS, NV 89102-1860
consult      +ACCELERON GROUP,    2791 SOFT HORIZON WAY,    LAS VEGAS, NV 89135-1789
cr           +CATERPILLAR FINANCIAL SERVICES CORPORATION,    c/o Snell & Wilmer L.L.P.,
               3883 Howard Hughes Parkway, Suite 1100,    Las Vegas, NV 89169-0965
cr           +CHARLES BAGLEY,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +COMMERCE ASSOCIATES, LLC,    c/o Janet L. Chubb,    Jones Vargas,    100 West Liberty St 12th Flr,
               P.O.Box 281,    Reno, NV 89504-0281
cr           +CREDIT SUISSE, CAYMAN ISLANDS BRANCH,    c/o SYLVESTER & POLEDNAK, LTD.,    7371 PRAIRIE FALCON RD.,
               SUITE 120,    LAS VEGAS, NV 89128-0834
cr           +DANA KEPNER COMPANIES, LLC,    MARQUIS & AURBACH,    ATTN: DAVID A. COLVIN, ESQ.,
               10001 PARK RUN DRIVE,    LAS VEGAS, NV 89145-8857
cr           +DORIS LOFTON,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +JAMES RHODES,    c/o BRETT A. AXELROD, ESQ.,    GREENBERG TRAURIG, LLP,    3773 HOWARD HUGHES PKWY.,
               SUITE 400 NORTH,    LAS VEGAS, NV 89169-5956
cr           +JANINA GUTHRIE,    1225 MONTEREY ST.,    REDLANDS, CA 92373-6618
cr            JOHN HANCOCK FREEEDOM 529,    PO BOX 17603,    BALTIMORE, MD  21297-1603
cr           +Leslie Blasco, et al.,    Shinnick, Ryan & Ransavage P.C.,    2881 Business Park Ct.,    Suite 210,
               Las Vegas, NV 89128-9020
cr           +NEVADA POWER COMPANY,    LEACH JOHNSON SONG & GURCHOW,    5495 S. RAINBOW BLVD, STE 202,
               ATTN: KIRBY C. GRUCHOW JR., ESQ.,    LAS VEGAS, NV 89118-1873
intp         +OMNI MANAGEMENT GROUP,    16501 VENTURA BLVD., #440,    ENCINO, CA 91436-2068
cr           +PALECEK,    PO BOX 225,    RICHMOND, CA 94808-0225
cr           +RICKEY LOFTON,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +Reef Colonial, LLC,    Deaner, Deaner, Scann, Malan & Larsen,    Paul R. Connaghan, Esq,
               720 S. Fourth St, Suite 300,    Las Vegas, NV 89101-6743
cr           +SAGEBRUSH ENTERPRISES, INC.,    c/o BRETT AXELROD, ESQ.,    GREENBERG TAURIG, LLP,
               3773 HOWARD HUGHES PARKWAY,    SUITE 400 NORTH,    LAS VEGAS, NV 89169-5956
cr           +SHANE SMITH,    7381 W. Charleston,    Suite 110,    Las Vegas, NV 89117-1571
intp         +STATE OF NEVADA OFFICE OF THE STATE TREASURER,    555 E. WASHINGTON AVE SUITE 4200,
               LAS VEGAS, NV 89101-1070
cr           +THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIA,    C/O FEINBERG GRANT MAYFIELD KANEDA & LIT,
               1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
cr           +WENDY BAGLEY,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +Westar Kitchen & Bath, LLC,    c/o Williams & Wiese,    612 South Tenth Street,
               Las Vegas, NV 89101-7001
cr           +X-It at 215, LLC,    C/O Damon K. Dias,    601 S. Sixth Street,    Las Vegas, NV 89101-6919

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CLARK COUNTY
cr            CREDITORS COMMITTEE
cr            HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
cr            In re Kitec Fitting Litigation Class Plaintiffs
cr            Inc. Integrity Masonry
intp          REORGANIZED DEBTORS
cr            STANLEY CONSULTANTS, INC.
cr            STEERING COMMITTEE OF SENIOR SECURED LENDERS
cr            UNITED STATES OF AMERICA - INTERNAL REVENUE SERVIC
cr            US-Yellow
cr            VIRGINIA SPRINGALL-SMITH,    7381 W. CHARLESTON BLVD.,    SUITE 110,    LAS VEGAS
cr            WELLS FARGO BANK, N.A.
                                                                                               TOTALS: 12, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2          User: lakaswm              Page 2 of 2              Date Rcvd: Jan 03, 2011
Case: 09-14814               Form ID: pdf984            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                    **Signature:** *Joseph Speetjens*