JEFFREY D. OLSTER
Nevada State Bar No. 008864
olster@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
*Attorneys for Creditor*
*Harsch Investment Properties - Nevada, LLC*

*Electronically Filed:* January 18, 2011

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al., | Chapter 11 |
| Debtor. | **EX-PARTE MOTION AND ORDER TO BE REMOVED FROM MAILING MATRIX AND CM/ECF SERVICE LIST** |

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

Jeffrey D. Olster of Lewis Brisbois Bisgaard & Smith, LLP hereby requests removal of Lewis Brisbois Bisgaard & Smith, LLP and the following e-mail addresses from the CM/ECF and mailing service lists in this matter, effective immediately: olster@lbbslaw.com and sallade@lbbslaw.com.

4810-8829-8759.1                                -1-

1  or by regular mail to:

2  Jeffrey D. Olster
   Lewis Brisbois Bisgaard & Smith
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4

5  Dated this 19th day of January, 2011.

6                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8
                                           By   /s/ Jeffrey D. Olster
9                                               Jeffrey D. Olster
                                                Nevada Bar No. 008864
10                                              6385 S. Rainbow Boulevard, Suite 600
                                                Las Vegas, Nevada 89118
11                                              *Attorneys for Creditor Harsch Investment
                                                Properties - Nevada, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**

4810-8829-8759.1                            -2-