*Electronically Filed*
*February 7, 2011*

| | |
|---|---|
| KEVIN N. ANDERSON<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br><br>*Counsel for James M. Rhodes* | NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 997-8358<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br><br>and<br><br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>        aqureshi@akingump.com<br>        mlahaie@akingump.com<br><br>*Counsel for the Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>---<br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**JOINT STATEMENT OF THE PARTIES REGARDING SETTLEMENT NEGOTIATIONS**<br><br>**Hearing Date:** Feb. 15, 2011<br>**Hearing Time:** 10:30 a.m.<br>**Place:** Courtroom 1 |

James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian & Clendenin,

P.C., and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and

1  through their undersigned counsel, Kolesar & Leatham, CHTD and Akin Gump Strauss Hauer & Feld
2  LLP, respectfully submit this Joint Statement of the Parties Regarding Settlement Negotiations.  Rhodes
3  and the Reorganized Debtors are collectively referred to herein as the "Parties."  The Parties state as
4  follows:
5        Although a settlement of the remaining issues in dispute has not yet been reached, the Parties
6  intend to continue settlement negotiations.  Accordingly, the Parties hereby request that the telephonic
7  status hearing scheduled for February 15th be used as an opportunity for the Parties to provide the Court
8  with an update on the status of the settlement negotiations and, if necessary, a discussion of whether an
9  evidentiary hearing will be necessary should a settlement not be reached.
10        DATED this 7th day of February, 2011.

Prepared and respectfully submitted by:

**FABIAN & CLENDENIN, P.C.**       **AKIN GUMP STRAUSS HAUER & FELD LLP**

By   */s/ Kevin N. Anderson*       By   */s/ Philip C. Dublin*
    KEVIN N. ANDERSON, ESQ.          PHILIP C. DUBLIN
    Nevada Bar No. 4512          New York Bar No. 2959344
    601 South Tenth Street, Suite 102          ABID QURESHI
    Las Vegas, Nevada 89101          New York Bar No. 2684637
    Telephone: (702) 233-4444          MEREDITH LAHAIE
        New York Bar No. 4518023
*Counsel for James M. Rhodes*          One Bryant Park
        New York, NY 10036
        Telephone: (212) 872-1000

        and

        NILE LEATHAM
        Nevada Bar No. 002838
        **KOLESAR & LEATHAM, CHTD.**
        Wells Fargo Financial Center
        3320 W. Sahara Ave.
        Las Vegas, NV 89102
        Telephone: (702) 979-2357

        *Counsel for the Reorganized Debtors*

**CERTIFICATE OF SERVICE**

1. On February 7, 2011, I served the following document(s) (*specify*):

   **JOINT STATEMENT OF THE PARTIES REGARDING SETTLEMENT NEGOTIATIONS**

2. I served the above-named document(s) by the following means to the persons as listed below: (*Check all that apply*)

   ☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
   kanderson@fabianlaw.com, sburdash@fabianlaw.com

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; msheffield@foxrothschild.com; ldupree@foxrothschild.com

   J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
   ECF@parsonsbehle.com

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   bsalinas@armstrongteasdale.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

   THOMAS E. CROWE on behalf of Creditor SHANE SMITH
   tcrowelaw@yahoo.com

   DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
   ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

   RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
   richard.dreitzer@bullivant.com

   PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
   banknv@rocgd.com, mburgener@rocgd.com

   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
   ecf@parsonsbehle.com

   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
rjean@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com; mtieu@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; nbaig@swlaw.com; nunzueta@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com; akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
, car@amclaw.com;lom@amclaw.com; crb@amclaw.com;csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

- 4 -

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐ **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐ **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.**   **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.**   **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (***A declaration by the messenger must be attached to this Certificate of Service***).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): February 7, 2011.

*/s/ Cindy Kishi*
DECLARANT