**Entered on Docket
March 09, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

| | |
|---|---|
| KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br><br>*Counsel for James M. Rhodes* | NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br><br>and<br><br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br><br>*Counsel for the Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Chapter 11 |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Case No. BK-S-09-14814-LBR (Jointly Administered) |
| Reorganized Debtors. | **ORDER REGARDING STATUS HEARING** |
| | Hearing Date:  April 19, 2011<br>Hearing Time: 10:30 a.m. (PST)<br>Place:            Courtroom 1 |
| ☒ Affects all Debtors | |
| ☐ Affects the following Debtors | |

  James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian & Clendenin, P.C., and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, CHTD and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Order Regarding Status Hearing (the "Order"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties."

  WHEREAS, on February 15, 2010 this Court held a status hearing (the "Hearing") regarding the status of the Parties' settlement discussions related to the Greenway and Scheduled Claims (the "Remaining Claims").

  WHEREAS, during the Hearing, the Parties indicated that they had not yet reached an agreement as to the Remaining Claims and jointly proposed that this Court schedule a hearing date for the Remaining Claims at the Court's convenience.

  WHEREAS, the Parties further jointly agreed that Rhodes would not pursue his appeal of the Tax Claim until the issues regarding the Remaining Claims are resolved.

  WHEREAS, the Parties further acknowledged that they have a settlement conference scheduled with the Honorable Judge Zive on April 7th.

WHEREAS, this Court has reserved July 26, 2011 at 1:30 p.m. (PST) as the tentative date for a hearing on the Remaining Claims.

IT IS HEREBY ORDERED THAT, there will be a status hearing on April 19, 2011 at 10:30 a.m. (PST) which the Parties may attend telephonically and at which time the Parties will update this Court as to the status of the settlement negotiations and determine whether or not a hearing on the Remaining Claims is necessary.

DATED this 28th day of February 2011.

Prepared and respectfully submitted by:

| FOX ROTHSCHILD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By  /s/ Kevin Anderson | By  /s/ Philip C. Dublin |
| KEVIN N. ANDERSON<br>Nevada Bar No. 4512<br>**FABIAN & CLENDENIN, P.C.**<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br><br>*Counsel for James M. Rhodes* | PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>and<br><br>NILE LEATHAM<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM, CHTD.**<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102<br>Telephone: (702) 979-2357<br><br>*Counsel for the Reorganized Debtors* |

**ORDER**

It is so **ORDERED.**

# # #