# EXHIBIT A

# EXHIBIT A
## (Transfers)

| Payment Recipient | Services | Check # | Invoice # | Clear Date | Check Amt |
|---|---|---|---|---|---|
| Deloitte & Touche LLP | Tax Analysis | 999999987 | 8000919046 8000918715 | 3/23/2009 | $79,610.00 |
| Deloitte & Touche LLP | Audit Report | 17813 | 8000916326 | 3/18/2009 | $23,000.00 |
| Deloitte & Touche LLP | Audit Report | 17793 | 8000914490 | 3/17/2009 | $29,000.00 |
| Deloitte & Touche LLP | Audit Report | 17740 | 8000909875 | 3/13/2009 | $26,825.00 |
| Deloitte & Touche LLP | Audit Report | 17654 | 8000904078 | 3/6/2009 | $24,975.00 |
| Deloitte & Touche LLP | Audit Report | 17565 | 8000898546 | 3/2/2009 | $61,000.00 |
| Deloitte & Touche LLP | Audit Report | 17465 | 8000894323 | 2/24/2009 | $43,000.00 |
| Deloitte & Touche LLP | Tax Analysis | 17464 | 8000895196 8000895197 | 2/24/2009 | $18,631.00 |
| Deloitte & Touche LLP | Audit Report | 17282 | 8000857097 8000874425 8000889438 | 2/12/2009 | $80,475.00 |
| Deloitte & Touche LLP | Tax Analysis | 17009 | 8000861313 8000861324 | 1/15/2009 | $54,435.00 |

| | | |
|---|---|---|
| | Total: | $440,951.00 |
| | Total Audit: | $288,275.00 |
| | Total Tax: | $152,676.00 |

73203-002\DOCS_NY:23967.2