EXHIBIT A

# EXHIBIT A
## (Preferential Transfer)

| Vendor Name | Check # | Invoice # | Clear Date | Check Amt |
|---|---|---|---|---|
| KB Home Nevada Inc. | 7739 | Settlement Agreement | 3/18/2009 | $910,000.00 |
| | | | Total: | $910,000.00 |