EXHIBIT A

# EXHIBIT A
## (Preferential Transfers)

| Vendor Name | Check # | Invoice # | Clear Date | Check Amt |
|---|---|---|---|---|
| WP South Builders Nevada, LLC | 17431 | Settlement Agreement | 2/20/2009 | $100,000.00 |
| | | | Total: | $100,000.00 |

73203-002\DOCS_NY:24012.1