EXHIBIT A

# EXHIBIT A
## (Preferential Transfers)

| Vendor Name | Check # | Invoice # | Clear Date | Check Amt |
|---|---|---|---|---|
| Insight Land & Investments LLC | 7209 | Broker Agreement | 1/7/2009 | $80,000.00 |
| | | | **Total:** | **$80,000.00** |

73203-002\DOCS_NY:24011.1