James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
          scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV  89101
Telephone:  702/382.1170
Facsimile:  702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized Debtors

E-File: March 31, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>                Debtors.<br>Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:234946.1

# FOURTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.

**TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al*. (the "Plan"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the second notice pursuant to Article VI.D of the Plan on September 29, 2010 [Docket No. 1300]:

**PLEASE TAKE FURTHER NOTICE** that Exhibit A hereto identifies all Claims that have been Allowed under the Plan and further indicates whether such Claim has been paid pursuant to the Plan since December 28, 2010;

**PLEASE TAKE FURTHER NOTICE** that Exhibit B hereto identifies all Claims that remain open and if resolution cannot be reached, will be the subject of objection by the Reorganized Debtors if an objection has not already been filed.

**PLEASE TAKE FURTHER NOTICE** that Exhibit C hereto identifies all Claims that have been withdrawn by the Claimant since December 28, 2010.

DATED this 31st day of March, 2011.

**LARSON & STEPHENS**

/s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
Kyle O. Stephens, Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
702/382-1170

Attorneys for Reorganized Debtors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

# EXHIBIT A

EXHIBIT A
Allowed Claims

| Claimant | Debtor | Claim No. | Total Filed Claim (as amended) | Total Claim Paid to Date |
|---|---|---|---|---|
| ARIZONA DEPT OF REVENUE | Pinnacle Grading, LLC | 26 | 64,142.45 | 32,071.23 |
| DAVID AND CHRISTINE FROHNEN | Rhodes Homes Arizona, LLC | 17 | 23,072.10 | |
| Internal Revenue Service | Geronimo Plumbing, LLC | 3 | 21,090.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 15 | 78,316.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 16 | 5,497.75 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 17 | 17,964.96 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Rhodes Ranch Golf and Country Club | 23 | 92,219.22 | |
| | | | 302,302.48 | 32,071.23 |

# EXHIBIT B

EXHIBIT B
Open Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| Clark County Public Work | The Rhodes Companies, LLC | 70 | 138,711.38 |
| Clark County Public Work | The Rhodes Companies, LLC | 71 | 389,455.31 |
| COMMERCE ASSOCIATES, LLC | The Rhodes Companies, LLC | 61 | Unknown |
| Internal Revenue Service | Bravo, Inc. | 7 | 3,886,456.75 |
| Internal Revenue Service | Geronimo Plumbing, LLC | 1 | 21,090.00 |
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
| MIRAJOY RAYO & ARTURO CASIMIRO | Rhodes Design and Development Corporation | 22 | Unliquidated |
| SLAUGHTER, ET AL. CLASS ACTION CLAIM | Rhodes Design and Development Corporation | 18 | Unliquidated |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 52 | 3,467,733.00 |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 48 | 570,758.00 |
| | | | **18,933,493.06** |

# EXHIBIT C

3

EXHIBIT C
Withdrawn Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf Country Club, LLC | 14 | 5,328.45 |
| | | | **5,328.45** |

# CERTIFICATE OF SERVICE

On the 31st day of March 2011, I served the following document(s):

**FOURTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.**

1. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   *PLEASE SEE ATTACHED.*

2. On **March 31, 2011** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): March 31, 2011

Sophia L. Lee                                              /s/Sophia L. Lee
(Name of Declarant)                                   (Signature of Declarant)

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:235356.1                    2

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**MAILING LIST FOR SERVICE**

Arizona Dept Of Revenue
C/O Tax, Bankruptcy & Collection Section
1275 West Washington Avenue
Phoenix AZ  85007

Clark County Public Works
500 S. Grand Central Pkwy
Po Box 553530
Las Vegas, NV  89115-3530

Commerce Associates, LLC
c/o Janet L. Chubb, Esq.
Jones Vargas
P.O. Box 281
Reno, NV  89504-0281

David and Christine Frohnen
11 Isleworth Dr.
Henderson, NV  89052

Internal Revenue Service
Attn Bankruptcy Desk/Managing Agent
P O Box 21126
Dept 781
Philadelphia, PA  19114

Internal Revenue Service
Virginia Cronan Lowe, Atty, Tax Division
Us Department Of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

James Rhodes
c/o Brett A. Axelrod, Esq.
Fox Rothschild LLP
Wells Fargo Tower, Suite 500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Mirajoy Rayo & Arturo Casimiro
Attn: Troy L. Isaacson
Maddox, Isaacson & Cisneros, Llp
3811 W. Charleston Blvd., Suite 110
Las Vegas, NV  89102

National City Commercial Capital Company, LLC
Attn: Lisa M. Moore, Vice President
995 Dalton Avenue
Cincinnati, OH  45203

73203-035\DOCS_LA:235356.1                    3

1  Slaughter, Et Al. Class Action Claim
   Attn: Troy L. Isaacson
2  Maddox, Isaacson & Cisneros, Llp
   3811 W. Charleston Blvd., Suite 110
3  Las Vegas, NV  89102

4  Stanley Consultants, Inc.
   5820 S. Eastern Avenue, #140
5  Las Vegas, NV  89119

6
   Philip S. Gerson, Esq.
7  Olson, Cannon, Gormley
   & Desruisseaux
8  9950 West Cheyenne Avenue
   Las Vegas, Nevada  89129
9

10 Carleton R. Burch
   Admitted in California and Nevada
11 Anderson, McPharlin & Conners LLP
   444 South Flower Street, 31st Floor
12 Los Angeles, CA 90071-2901

13
   Kevin N. Anderson
14 Fabian & Clendenin
   215 South State Street, Suite 1200
15 Salt Lake City, Utah 84111-2323

16 Denise Ann Faulk
   Bankruptcy & Collection Enforcement
17 Section Arizona Attorney General's Office
   1275 W. Washington
18 Phoenix, Arizona 85007

19

20

21

22

23

24

25

26

27

28

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:235356.1                4

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

73203-035\DOCS_LA:235356.1         5

1  ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
2  CORPORATION
   rkinas@swlaw.com,
3  jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com;nunzueta@swlaw.com
4

5  KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
   law@lawyersinarizona.com, bank@lawyersinarizona.com

6  BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
7  blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

8  ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com
9

10 NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
11 nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

12 CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
13 rblack@feinberggrant.com, efilings@hotmail.com

14 ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
15 aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

16 VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
17 virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

18
19 JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   darhyl.kerr@dlapiper.com
20

21 JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
   jm@amclaw.com, car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com

22
23 EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

24 SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
25 smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

26 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
27 olster@lbbslaw.com, sallade@lbbslaw.com

28 ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

2
JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
3  BRANCH
jeff@sylvesterpolednak.com

4
U.S. TRUSTEE - LV - 11
5  USTPRegion17.lv.ecf@usdoj.gov

6
DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
7  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

73203-035\DOCS_LA:235356.1          7