# EXHIBIT E

**Rhodes etal**
**Commerce Associates**
**Lot Premium Reconcilation**

| Parcel | Acreage | Units | Base Price | Closing Date | Lots Acquired | Base Price Per Lot | Lot Premium Total Per Contract | Lot Premium Per Lot | Lot Premiums Due Commerce | Lot Premiums Paid Commerce | Amount (Over)/Under Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel Options Exercised Prior to 11/21/2005** | | | | | | | | | | | |
| 6b | | 74 | 3,713,548 | 3/30/2005 | 74 | 50,183 | 507,413 | 6,857 | 507,413 | 339,891 | |
| 6c | | 87 | 4,254,739 | 9/17/2004 | 87 | 48,905 | 913,227 | 10,497 | 913,227 | 776,301 | |
| 12 | 10.2 | 59 | 2,778,433 | 3/30/2005 | 59 | 47,092 | 926,548 | 15,704 | 926,548 | 604,341 | |
| 18 | 28.5 | 217 | 10,675,601 | 6/14/2005 | 217 | 49,196 | 2,843,221 | 13,102 | 2,843,221 | 1,637,750 | |
| 19 | 14.2 | 111 | 4,995,000 | 9/17/2004 | 111 | 45,000 | 556,877 | 5,017 | 556,877 | 506,631 | |
| 24 | 15.5 | 96 | 5,680,357 | 9/17/2004 | 96 | 59,170 | 4,415,715 | 45,997 | 4,415,715 | 2,375,039 | |
| 25 | 29.6 | 238 | 9,592,852 | 7/13/2005 | 65 | 40,306 | 3,727,826 | 15,663 | 3,727,826 | 4,639,552 | |
| | | | | 12/19/2005 | 173 | | | | | | |
| | 98 | 882 | 41,690,530 | | 709 | 47,268 | 13,890,827 | 15,749 | 13,890,827 | 10,879,505 | 3,011,322 |
| **Parcel Options Exercised After to 11/21/2005** | | | | | | | | | | | |
| 6a | 53.1 | 208 | 9,977,877 | 9/27/2007 | 208 | 47,971 | 5,698,759 | 27,398 | 5,013,834 | 5,013,834 | |
| 10 | 14.9 | 78 | 3,483,058 | 11/13/2006 | 78 | 44,655 | 371,440 | 4,762 | 371,440 | 371,440 | |
| 11 | 17.1 | 96 | 4,154,291 | 3/16/2007 | 96 | 43,274 | 513,439 | 5,348 | 513,439 | 513,439 | |
| 14 | 10.7 | 64 | 3,739,346 | 3/16/2007 | 64 | 58,427 | 2,285,215 | 35,706 | 2,285,215 | 2,285,215 | |
| 15 | 14.1 | 200 | 6,853,764 | 1/26/2006 | 200 | 34,269 | 926,629 | 4,633 | 926,629 | 926,629 | |
| 17 | | 3 | 198,213 | 8/31/2007 | 3 | 66,071 | 196,359 | 65,453 | 196,359 | 196,359 | |
| 23 | 3.2 | 24 | 1,265,807 | 1/26/2006 | 24 | 52,742 | 1,879,240 | 78,302 | 1,879,241 | 1,879,241 | |
| 16 | 16.5 | 81 | 4,715,898 | 9/11/2006 | 81 | 58,221 | 3,354,401 | 41,412 | 3,354,401 | 3,354,401 | |
| | 129.6 | 754 | 34,388,254 | | 754 | 45,608 | 15,225,482 | 20,193 | 14,540,558 | 14,540,558 | - |
| **Total of All Parcels Acquired** | | | | | | | | | | | |
| | 228 | 1,636 | 76,078,784 | | 1,463 | | 29,116,309 | | 28,431,385 | 25,420,063 | 3,011,322 |