EXHIBIT F

**Rhodes et al**
**Commerce Associates**
**Net Profit Participation Reconciliation**

|  | Net Profit Participation<br>Due (From)/To Commerce |
|---|---:|
| Parcels with Closings thru 3/31/2011 | |
| TS18-Terrazzo | (75,119) |
| TS25-La Luna | (88,980) |
| TS6C-La Piazza | (6,952) |
| TS24-Avellino | (44,515) |
| TS6B-Arezzo | (6,843) |
| TS19-Montebello | (19,941) |
| TS12-Mazzini/Zanetti | (15,145) |
| TS16-Melani | (36,430) |
| TS15-Fiori | 23,699 |
| Total | (270,226) Due to/(from) Commerce |