# EXHIBIT G

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail: nleatham@klnevada.com
        ssherman@klnevada.com

*Counsel for* **Reorganized Debtors**

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
        aqureshi@akingump.com
        mlahaie@akingump.com

*Counsel for* **Reorganized Debtors**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Reorganized Debtors.[1]

Affects:

☒ All Debtors
☐ The Following Debtor(s):

CASE NO. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

914297.doc (7540-1)                                - 1 -

**PROPOSED ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO COMMERCE ASSOCIATES CLAIM PURSUANT TO BANKRUPTCY RULE 3007 AND BANKRUPTCY CODE SECTION 502(b)**

Upon consideration of the *Reorganized Debtors' Objection to Commerce Associates' Proof of Claim No.61-1 Pursuant to Bankruptcy Rule 3007 and Bankruptcy Code Section 502(b)* (the "<u>Objection</u>") filed by the Reorganized Debtors[2] requesting that the Court enter an order deeming the entirety of the Commerce Associates' claim (the "Claim") unsecured and subject to treatment afforded Class C-1 in the Plan for General Unsecured Claims, and further liquidating the Claim in the amount of $2,741,096; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holder of the Proof of Claim attached as Exhibit A to the Objection and all other parties entitled to notice; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Reorganized Debtors, their estates and creditors; and that the legal and factual bases set forth in the Objection establish just cause for the relief requested therein; therefore IT IS HEREBY ORDERED THAT:

1. The Claim is hereby deemed unsecured claim for all purposes, including distributions under the Plan;

2. The Claim is hereby liquidated in the amount of $2,741,096; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

. . .

. . .

. . .

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

APPROVED AS TO FORM AND CONTENT:

DATED this ___ day of _____ 2011.

By: _____
_____
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV  89101

Submitted by:

By:_____
   NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
   SHLOMO S. SHERMAN, ESQ.
   Nevada Bar No. 009688
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         ssherman@klnevada.com
   and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:  pdublin@akingump.com
        aqureshi@akingump.com
        mlahaie@akingump.com

***Counsel for Reorganized Debtors***

# # #