NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
          ssherman@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com
          mlahaie@akingump.com

*Electronically Filed*
*April 1, 2011*

*Counsel for* **Reorganized Debtors**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
| Reorganized Debtors.[1] | |
| Affects: | Hearing Date: May 9, 2011 |
| | Hearing Time: 2:30 p.m. |
| ☒  All Debtors | |
| ☐  The Following Debtor(s): | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

914907.doc (7540-1)                                            - 1 -

# CERTIFICATE OF SERVICE

On March 31, 2011, I served the following document(s) (*specify*): Reorganized Debtor's Objection to Commerce Associates' Proof of Claim No. 61-1 Pursuant to Bankruptcy Rule 3007 and Bankruptcy Code Section 502(b) [#1382]

1. I served the above-named document(s) by the following means to the persons as listed below:

(*Check all that apply*)

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com, msheffield@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com, tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com;kgregos@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
     jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com,
2    kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com

3    KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
     hkelley@leachjohnson.com

4
     CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
5    c.harris@kempjones.com, jlm@kempjones.com

6    RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
     RJEAN@LIONELSAWYER.COM,
7    gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com,
     mtieu@lionelsawyer.com
8
     ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
9    CORPORATION
     rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com, cdossier@swlaw.com,
10   nbaig@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com

11   KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
     law@lawyersinarizona.com, bank@lawyersinarizona.com
12
     BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
13   blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

14   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
     ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com
15
     NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
16   SECURED LENDERS
     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
17
     CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS
18   HOMEOWNERS ASSOCIATION, INC.
     rblack@feinberggrant.com, efilings@hotmail.com
19
     ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
20   aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

21   VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA -
     INTERNAL REVENUE SERVICE
22   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

23   JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
     , car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com
24
     EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
25   edward.m.mcdonald@usdoj.gov

26   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
     smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
27

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

914907.doc (7540-1)                              - 3 -

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, kgregos@klnevada.com;bankruptcy@klnevada.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐ **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐ **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.**   **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

914907.doc (7540-1)                                      - 4 -

1  ☐  **e.**  **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐  **f.**  **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  April 1, 2011.

*/s/ Kimberly Gregos*
DECLARANT

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

914907.doc (7540-1)    - 5 -