Dear Sir:

As per the request of the bankruptcy court my change of address is indicated below. 8037 Silver Streak St., Las Vegas, NV 89131 is the new address on File. The old address is 7200 Buglehorn St. Las Vegas, NV 89131. This is in regards to The Rhodes Companies LLC Lawsuit case No. ███████ BR.

Thanking you in advance.

Sincerely

Gretchen Robitaille