RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al.,<br><br>Reorganized Debtors. | Case No. BK-09-14814-LBR<br>(jointly administered)<br><br>Chapter 11<br><br>**EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Richard I. Dreitzer, Esq., of the law firm of Fox Rothschild LLP ("Counsel"), brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix ("Motion").

Counsel previously represented Creditor Integrity Masonry in this matter, however, this creditor's claims have been satisfied, thus, Counsel has no further need to receive CM/ECF notification in this case.

Dated this 29th day of April 2011.

FOX ROTHSCHILD LLP

By _____
RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

VG1 83992v1 04/29/11

1