1  NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
2  SHLOMO S. SHERMAN, ESQ.
   Nevada Bar No. 009688
3  **KOLESAR & LEATHAM**
   3320 West Sahara Avenue, Suite 380
4  Las Vegas, Nevada 89102-3202
   Telephone No. (702) 362-7800
5  Facsimile No. (702) 362-9472
   E-Mail:    nleatham@klnevada.com
6             ssherman@klnevada.com

7  PHILIP C. DUBLIN (NY Bar No, 2959344)
   ABID QURESHI (NY Bar No. 2684637)
8  MEREDITH A. LAHAIE (NY Bar No. 4518023)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
9  One Bryant Park
   New York, NY 10036
10 Telephone:  212.872.1000
   Facsimile:  212.872.1002
11 E-Mail:    pdublin@akingump.com
              aqureshi@akingump.com
12            mlahaie@akingump.com

13 *Counsel for* **Reorganized Debtors**

14          **UNITED STATES BANKRUPTCY COURT**

15              **DISTRICT OF NEVADA**

16 In re:                          )   CASE NO. BK-09-14814-LBR
                                    )        (Jointly Administered)
17 THE RHODES COMPANIES, LLC, aka  )
   "Rhodes Homes," et al.,         )   Chapter 11
18                                 )
              Reorganized Debtors. [1]  )
19 ───────────────────────────────  )
   Affects:                        )   Hearing Date:  May 9, 2011
20                                 )
   ☒    All Debtors               )   Hearing Time: 2:30 p.m.
21 ☐    The Following Debtor(s):   )
                                    )
22 ───────────────────────────────

*Electronically Filed*
*May 2, 2011*

23 [1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
   number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes
24 Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837);
   Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730);
25 Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777);
   Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J
26 Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes
   Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers
27 Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho
   Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country
28 Club, LLC (7132); Pinnacle Grading, LLC (4838).

**KOLESAR & LEATHAM**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

**CERTIFICATE OF SERVICE**

On May 2, 2011, I served the following document(s) (*specify*):

**Reorganized Debtor's Reply in Support of Objection to Commerce Associates Claim Pursuant to Bankruptcy Rule 3007 and Bankruptcy Code Section 502(b) [#1400]; and**

**Declaration Of: Justin Bono in Support of Objection to Commerce Associates Claim Pursuant to Bankruptcy Rule 3007 and Bankruptcy Code Section 502(b) [#1401].**

1.    I served the above-named document(s) by the following means to the persons as listed below:

(*Check all that apply*)

☒    **a.    ECF System (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH
   ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;
   rdittrich@foxrothschild.com; msheffield@foxrothschild.com;
   ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS
   COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES,
   LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES,
   LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER
   COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com;
   tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
rdreitzer@foxrothschild.com, wmuir@foxrothschild.com

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES,
    LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS
    COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
    kfarney@greeneinfusolaw.com; bschmidt@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
    COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
    Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
    Branch
rjean@lionelsawyer.com, gbagley@lionelsawyer.com;
    bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
    SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
    cdossier@swlaw.com; nbaig@swlaw.com; nunzueta@swlaw.com;
    docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;
    bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com; akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
    SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;
    bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT
    ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;
rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES
OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY
CONSULTANTS, INC.
car@amclaw.com; lom@amclaw.com; crb@amclaw.com;
csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;
bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED
DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;
ckishi@klnevada.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK,
N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE,
CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath,
LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

☐    **b.**    **United States mail, postage fully prepaid**
**(List persons and addresses.  Attach additional paper if necessary)**

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): May 2, 2011.

*/s/  Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472