**Entered on Docket
May 03, 2011**

*Mary A. Schott*
_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC aka" RHODES HOMES," et al.,<br><br>ReorganizedDebtor. | Case No. BK-09-14814-LBR<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

The Court hereby grants the Motion to Remove Counsel from the CM/ECF Service List and Mailing Matrix filed by Richard I. Dreitzer, Esq., of the law firm of Fox Rothschild LLP ("Counsel").

///

///

///

///

VG1 84247v1 05/02/11

1

1. The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by
2. removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

4. Submitted by:

5. **FOX ROTHSCHILD LLP**

6. By /s/ Richard I. Dreitzer
7. RICHARD I. DREITZER, ESQ.
   Nevada Bar No. 6266
8. **FOX ROTHSCHILD LLP**
   3800 Howard Hughes Parkway, Suite 500
9. Las Vegas, Nevada 89169
   Telephone: (702) 262-6899
10. Facsimile: (702) 597-5503
    Email:    rdreitzer@foxrothschild.com

# # #

VG1 84247v1 05/02/11                2