DANIEL CLIFFORD, ESQ., NVB: 007656
FENTON GRANT MAYFIELD KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: dclifford@fentongrant.com
Attorneys for THE PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al.<br><br>Reorganized Debtors. | Case No.: BK-09-14814 LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** |

Daniel H. Clifford, Esq., of the law firm of Fenton Grant Mayfield Kaneda & Litt, LLP (formerly known as "Feinberg Grant Mayfield Kaneda & Litt, LLP"), brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and/or Mailing Matrix ("Motion")

Counsel represents the Preserve at Elkhorn Springs Homeowners Association, Inc. and entered the above-entitled action for the sole purpose of obtaining relief from the automatic stay to pursue insurance proceeds for construction defects pertaining to the work performed at Preserve at Elkhorn Springs Homeowners Association, Inc.

...

...

...

...

Relief having been previously granted by this Court, there is no further need to receive CM/ECF notification or mailings in this case.

DATED this 3rd day of May, 2011.

                **FENTON GRANT MAYFIELD KANEDA & LITT, LLP**

                By: _/s/ Daniel Clifford_
                     DANIEL CLIFFORD, ESQ., NVB: 007656
                     1955 Village Center Circle
                     Las Vegas, Nevada 89134

                Attorneys for Preserve at Elkhorn Springs Homeowners Association, Inc.

## CERTIFICATE OF E-SERVICE

The below hereby certifies that on the 3rd day of May, 2011, she submitted **EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** to the Court for electronic filing and for service upon parties on the Court's service list for the above-referenced case.

                _/s/ Robin Black_
                An employee of the law firm of FENTON GRANT MAYFIELD KANEDA & LITT, LLP