**Entered on Docket
May 04, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

1
2
3
4
5
6
7  DANIEL CLIFFORD, ESQ., NVB: 007656
   FENTON GRANT MAYFIELD KANEDA & LITT, LLP
8  1955 Village Center Circle
   Las Vegas, Nevada 89134
9  (702) 947-4900 / (702) 947-4901 FAX
   Email: dclifford@fentongrant.com
10 Attorneys for PRESERVE AT ELKHORN SPRINGS
   HOMEOWNERS ASSOCIATION, INC.
11
12

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.:  BK-09-14814 LBR (Jointly Administered) |
| THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al. | Chapter 11 |
| Reorganized Debtors. | **ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** |

The Court hereby grants the Motion to Withdraw and Remove Counsel from CM/ECF Service List and/or Mailing Matrix filed by Daniel H. Clifford, Esq., of the law firm of Fenton Grant Mayfield Kaneda & Litt, LLP (formerly known as "Feinberg Grant Mayfield Kaneda & Litt, LLP").

///

///

1  The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

Submitted by:

**FENTON GRANT MAYFIELD
KANEDA & LITT, LLP**

By:  /s/ Daniel H. Clifford
DANIEL H. CLIFFORD, ESQ., NVB: 007656
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: dclifford@fentongrant.com

Attorneys for PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.

# # #