Entered on Docket
May 05, 2011

*Mary A. Schott*
Mary A. Schott, Clerk
United States Bankruptcy Court

CHARLES M. LITT, ESQ., NVB: 006040
FENTON GRANT MAYFIELD KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: rblack@fentongrant.com; efilings@hotmail.com
Attorneys for PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al.<br><br>Reorganized Debtors. | Case No.:  BK-09-14814 LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** |

The Court hereby grants the Motion to Withdraw and Remove Counsel from CM/ECF Service List and/or Mailing Matrix filed by Charles M. Litt, Esq., of the law firm of Fenton Grant Mayfield Kaneda & Litt, LLP (formerly known as "Feinberg Grant Mayfield Kaneda & Litt, LLP").

///

///

FENTON GRANT MAYFIELD
KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900

1  The Clerk of the Court is hereby directed to discontinue notice in the above-captioned
2  case by removing Counsel from the CM/ECF service list and removing Counsel from the
3  mailing matrix.

4  Submitted by:

**FENTON GRANT MAYFIELD
KANEDA & LITT, LLP**

By:  /s/ Charles M. Litt
CHARLES M. LITT, ESQ., NVB: 006040
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: rblack@fentongrant.com; efilings@hotmail.com

Attorneys for PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC.

# # #