RECEIVED AND [FILED]

lAY 5  9 39 AM '11

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al, <br><br> Debtor(s) | Case No. BK: 09-14814-LBR <br><br> Adv. #: <br><br> Chapter: 11 |
|---|---|

**MOTION TO FILE ON PAPER**

*This motion must be accompanied by a supporting affidavit or declaration and a proposed order.*

1. Movant  Troy L. Isaacson, Esq.  *(name)* hereby declares an exemption or requests permission to file documents on paper because:

   ☑ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

   ☐ b. Movant claims an exemption under LR 5005(a)(4) because *(state why)*:
   _____
   _____

   ☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

   ☐ (1). Movant's Internet service is not available due to circumstances that cannot be prevented.

   (i). Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*:
   _____
   _____
   _____

1

1  
2           (ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

3  
4  
5  ☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*:

6  
7  
8  
9  ☐ (3). Movant has filed a prior exceptional circumstances motion.

10          (i).   Number of prior motion(s): _____.

11          (ii).  Date of the prior motion(s): _____.

12          (iii). Reason for the prior motion(s): _____.

13          (iv). Case number and disposition for each prior motion:

14                _____.
                  _____.

15  2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

16      Wirsbo Claimants' Response to Debtor's Objection to the Slaughter Claim Pursuant
        to Section 502(B) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007

17  
18      Based upon the foregoing, the movant asks the court to grant this motion.

19  
20  
21  _____        Date: 5/5/11
    *Movant's signature*

22  
23  
24  
25  
26  
27  May 1, 2006

28                                          2