United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                           Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0978-2          User: espinozal          Page 1 of 1          Date Rcvd: May 04, 2011
                              Form ID: pdf984          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2011.
db           +THE RHODES COMPANIES, LLC,    4730 S. FT. APACHE #300,    LAS VEGAS, NV 89147-7947
aty          +JAMES I STANG,    10100 SANTA MONICA BLVD #1100,    LOS ANGELES, CA 90067-4111
             +DANIEL CLIFFORD,    1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
4299501      +Feinberg, Grant, Mayfield,,    Kaneda & Litt, LLP,    1955 Village Center Circle,
               Las Vegas, NV 89134-6237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**              Signature:    _Joseph Speetjens_

Entered on Docket
May 04, 2011

Mary A. Schott, Clerk
United States Bankruptcy Court

DANIEL CLIFFORD, ESQ., NVB: 007656
FENTON GRANT MAYFIELD KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: dclifford@fentongrant.com
Attorneys for PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No.: | BK-09-14814 LBR (Jointly Administered) |
|---|---|---|
| THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al. | Chapter 11 | |
| Reorganized Debtors. | **ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** | |

The Court hereby grants the Motion to Withdraw and Remove Counsel from CM/ECF Service List and/or Mailing Matrix filed by Daniel H. Clifford, Esq., of the law firm of Fenton Grant Mayfield Kaneda & Litt, LLP (formerly known as "Feinberg Grant Mayfield Kaneda & Litt, LLP").

///

///

FENTON GRANT MAYFIELD
KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134

1 | The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

Submitted by:

**FENTON GRANT MAYFIELD
KANEDA & LITT, LLP**

By:  /s/ Daniel H. Clifford
    DANIEL H. CLIFFORD, ESQ., NVB: 007656
    1955 Village Center Circle
    Las Vegas, Nevada 89134
    (702) 947-4900 / (702) 947-4901 FAX
    Email: dclifford@fentongrant.com

Attorneys for PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.

### #