United States Bankruptcy Court
District of Nevada

In re:                                                                Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                             Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0978-2       User: espinozal        Page 1 of 1           Date Rcvd: May 05, 2011
                           Form ID: pdf984        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2011.
 db           +THE RHODES COMPANIES, LLC,    4730 S. FT. APACHE #300,    LAS VEGAS, NV 89147-7947
 aty          +JAMES I STANG,    10100 SANTA MONICA BLVD #1100,    LOS ANGELES, CA 90067-4111
              +CHARLES M. LITT, ESQ,    1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
 4299501      +Feinberg, Grant, Mayfield,,    Kaneda & Litt, LLP,    1955 Village Center Circle,
                Las Vegas, NV 89134-6237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2011**                    Signature:    _Joseph Speetjens_

Entered on Docket
May 05, 2011

Mary A. Schott, Clerk
United States Bankruptcy Court

CHARLES M. LITT, ESQ., NVB: 006040
FENTON GRANT MAYFIELD KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900 / (702) 947-4901 FAX
Email: rblack@fentongrant.com; efilings@hotmail.com
Attorneys for PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES," et al.<br><br>Reorganized Debtors. | Case No.: BK-09-14814 LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND/OR MAILING MATRIX** |

The Court hereby grants the Motion to Withdraw and Remove Counsel from CM/ECF Service List and/or Mailing Matrix filed by Charles M. Litt, Esq., of the law firm of Fenton Grant Mayfield Kaneda & Litt, LLP (formerly known as "Feinberg Grant Mayfield Kaneda & Litt, LLP").

///

///

FENTON GRANT MAYFIELD
KANEDA & LITT, LLP
1955 Village Center Circle
Las Vegas, Nevada 89134
(702) 947-4900

1  The Clerk of the Court is hereby directed to discontinue notice in the above-captioned
2  case by removing Counsel from the CM/ECF service list and removing Counsel from the
3  mailing matrix.
4  Submitted by:

**FENTON GRANT MAYFIELD**
**KANEDA & LITT, LLP**

By:    /s/ Charles M. Litt
       CHARLES M. LITT, ESQ., NVB: 006040
       1955 Village Center Circle
       Las Vegas, Nevada 89134
       (702) 947-4900 / (702) 947-4901 FAX
       Email: rblack@fentongrant.com; efilings@hotmail.com

Attorneys for PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.

### #