

ORIGINAL

**Entered on Docket**
**May 09, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al,<br><br>Debtor(s) | Case No. BK: 09-14814-LBR<br>Adv. #:<br>Chapter: 11 |

## ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Troy L. Isaacs. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document)*:

Wirsbo Claimants' Response to Debtor's Objection to the Slaughter Claim Pursuant to Section 502(B) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1