United States Bankruptcy Court
District of Nevada

In re:                                                           Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                        Chapter 11
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0978-2        User: espinozal          Page 1 of 1            Date Rcvd: May 09, 2011
                            Form ID: pdf937          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2011.
 aty          +TROY L ISAACSON,    3811 W CHARLESTON BLVD #110,    LAS VEGAS, NV 89102-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2011**                    **Signature:**     _Joseph Speetjens_

**Entered on Docket**
**May 09, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al,<br><br>Debtor(s) | Case No. BK: 09-14814-LBR<br>Adv. #:<br>Chapter: 11 |

## ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Troy L. Isaacs. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document)*:

Wirsbo Claimants' Response to Debtor's Objection to the Slaughter Claim Pursuant to Section 502(B) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1