Kevin N. Anderson
Nevada Bar No. 4512
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:   801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com

*Counsel for James M. Rhodes*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>            Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO RECONSIDER ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' ENTITLEMENT TO THE TAX CLAIM FOUND IN PROOF OF CLAIM NO. 814-33**<br><br>Hearing Date:   August 2, 2011<br>Hearing Time:   10:30 AM<br>Place:               Courtroom 1 |

**NOTICE IS HEREBY GIVEN** that a MOTION TO RECONSIDER ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' ENTITLEMENT TO THE TAX CLAIM FOUND IN PROOF OF CLAIM NO. 814-33 (the "**Motion**") was filed on June 2, 2011 by James M. Rhodes ("**Rhodes**").  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014(c) and 7054 of the Federal

rules of Bankruptcy Procedure, the Motion requests that the Court reconsider its *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* dated November 16, 2010 [Doc. No. 1318] (the "**Order**").  Specifically, the Motion requests that the Court reconsider its Order and find, as a matter of law, that Rhodes has a sufficient entitlement to a "claim," as that term is defined in 11 U.S.C. § 101(5), for this matter to proceed to discovery because a valid distribution was declared from each of the Debtor Entities to Rhodes for the 2006 tax year thereby creating a debtor-creditor relationship.  Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

1
2  **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a
3  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,
4  Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **August 2, 2011, at the**
5  **hour of 10:30 AM**.
6           DATED this 6th day of June, 2011.
7
8
9                                                          /s/ Kevin N. Anderson
10                                                         Kevin N. Anderson
                                                           FABIAN & CLENDENIN
11                                                         Attorneys for James M. Rhodes
12
13
14
15
16  4821-0109-1593, v.  1
17
18
19
20
21
22
23
24
25
26