NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
           ssherman@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com
           mlahaie@akingump.com

*Counsel for Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | |
| "Rhodes Homes," et al., | Chapter 11 |
| Reorganized Debtors. [1] | |
| Affects: | |
| ☒    All Debtors | |
| ☐    The Following Debtor(s): | |

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

**AFFIDAVIT OF NILE LEATHAM IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN RHODES HOMES ARIZONA, LLC AND STANLEY CONSULTANTS, INC.**

STATE OF NEVADA       )
                         ) ss.
COUNTY OF CLARK     )

NILE LEATHAM, ESQ., being first duly sworn, deposes and says as follows:

1.      That I am an attorney licensed to practice law in the State of Nevada and all State and Federal Courts in said state.

2.      That I am an attorney with Kolesar & Leatham, counsel for Reorganized Debtors in the above-captioned case. Pursuant to operation of the plan of reorganization (the "Plan") confirmed in the above-captioned cases, the Reorganized Debtors may retain and pay professionals post-confirmation, and Kolesar & Leatham is post-confirmation local counsel for the Reorganized Debtors.

3.      That after extensive, arm's-length negotiations between the Reorganized Debtors (on behalf of themselves and the Second Lien Agent) and Stanley Consultants, Inc., the parties have determined to enter into a Settlement Agreement, a copy of which is attached to the proposed order for the Motion for Entry of an Order Approving Settlement Agreement Between Rhodes Homes Arizona, LLC and Stanley Consultants ("Settlement Motion") as Exhibit 1, in order to fully and finally resolve the Litigation and all related claims, disputes and causes of action.

4.      That the Reorganized Debtors desire and seek approval of the Settlement Agreement as soon as possible to avoid unnecessary delay in making distributions to holders of second lien lender secured claims.

5.      That this Court has scheduled hearings on objections to claims for June 24, 2011, at 1:30 p.m.

6.      That Reorganized Debtors seek a hearing to approve the Settlement Agreement on June 24, 2011, at 1:30 p.m.

/ / /

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

7.    Based on the aforementioned, the Reorganized Debtors ask this Court to shorten time to hear their Settlement Motion to June 24, 2011, at 1:30 p.m.

Further Affiant sayeth naught.

NILE LEATHAM

SUBSCRIBED and SWORN to before me this 16th day of June, 2011.



NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
KENNETH A. BURNS
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. SEP. 4, 2014
No: 94-2013-1

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

961828 (7540-1)

- 3 -