**ORDER DENIED**
While the Court will consider an order shortening time, the date requested is insufficient to give parties adequate notice of the settlement.

**Entered on Docket**
**June 21, 2011**

_____
**Hon. Linda B Riegle**
**United States Bankruptcy Judge**

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
NEVADA BAR NO. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
              ssherman@klnevada.com

*Counsel for Reorganized Debtors*

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail:   pdublin@akingump.com
              aqureshi@akingump.com
              mlahaie@akingump.com

*Counsel for Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>          Reorganized Debtors. | CASE NO. BK-09-14814-LBR<br>     (Jointly Administered)<br><br>Chapter 11<br><br>**Hearing Date:  June 24, 2011 (Requested)**<br>**Hearing Time:  1:30 PM** |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

| | |
|---|---|
| Affects: | ) |
| ☒ All Debtors | ) |
| ☐ The Following Debtor(s): | ) |
| | ) |

**ORDER SHORTENING TIME TO HEAR REORGANIZED DEBTORS' MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN RHODES HOMES ARIZONA, LLC AND STANLEY CONSULTANTS, INC.**

TO:    ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that upon the "*Ex-Parte Motion for an Order Shortening Time re: Reorganized Debtors' Motion of the Reorganized Debtors for Entry of an Order Approving the Settlement Agreement Between Rhodes Homes Arizona, LLC and Stanley Consultants, Inc.*" (the "Settlement Motion"), filed by Reorganized Debtors, by and their counsel, Nile Leatham, Esq., and Shlomo S. Sherman, Esq., of Kolesar & Leatham, and Philip C. Dublin, Esq., Abid Qureshi, Esq. and Meredith A. Lahaie, Esq., of Akin Gump Strauss Hauer & Feld LLP, and with good cause appearing therefore, the Court finds that Reorganized Debtors have demonstrated just cause to shorten notice, and

IT IS HEREBY ORDERED that the hearing date on the Objection shall be shortened. Said hearing shall be held on the 24th day of June, 2011, at the hour of 1:30 P.M., before a United States Bankruptcy Judge, at the United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard So., Courtroom #1, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any opposition or other responsive pleading may be filed on or before June ____23_____, 2011, at _____4:00_____ p.m. (Pacific Time).

. . .

. . .

. . .

. . .

. . .

. . .

For a copy of the filed motion, you may contact the Movants' attorneys, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Prepared and submitted by:

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
           ssherman@klnevada.com
    and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY BAR No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com
           mlahaie@akingump.com

**Counsel for Reorganized Debtors**

### 

961833 (7540-1)                            - 3 -