**Entered on Docket**
**June 22, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,[1]<br>Debtors.<br><br>_____<br><br>Affects:<br><br>☐ All Debtors<br>☒ Affects the following Debtor(s):<br><br>Bravo, Inc. 09-14825 | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: June 24, 2011<br>Hearing Time: 1:30 p.m.<br>Courtroom 1 |

**ORDER GRANTING SCHEDULING STIPULATION RE REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 7 FILED BY THE INTERNAL REVENUE SERVICE AGAINST DEBTOR BRAVO, INC. [DOCKET NO. 1377]**

Upon consideration of the *Scheduling Stipulation Re Reorganized Debtors' Objection to Claim No. 7 Filed by the Internal Revenue Service Against Debtor Bravo, Inc. [Docket No. 1433]* (the "<u>Scheduling Stipulation</u>"), filed by above-captioned reorganized debtors (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

DOCS_LA:240124.1 73203-035

*Left margin:* LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

"Reorganized Debtors"), requesting that the Court enter an order continuing the *Reorganized Debtors' Objection to Claim No. 7 Filed by the Internal Revenue Service Against Debtor Bravo, Inc. Pursuant to Sections 105, 502(b) and 505 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007* (the "Claim Objection")[2] [Docket No. 1377];

IT IS HEREBY ORDERED THAT:

1. The Scheduling Stipulation is granted.

2. The hearing on the Claim Objection is continued to September 27, 2011 at 10:30 a.m.

3. The IRS shall produce certain documents requested by the Reorganized Debtors by July 30, 2011.

4. The IRS shall have 21 days prior to the continued hearing scheduled on the Claim Objection to file a response.

5. The Reorganized Debtors shall have 7 days prior to the continued hearing on the Claim Objection to file any reply.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

DATED this 21st day of June, 2011

By: /s/ Zachariah Larson
    LARSON & STEPHENS
    Zachariah Larson, Esq. (NV Bar No 7787)
    Kyle O. Stephens, Esq. (NV Bar No. 7928)
    810 S. Casino Center Blvd., Ste. 104
    Las Vegas, NV 89101
    (702) 382-1170 (Telephone)
    (702) 382-1169
    zlarson@lslawnv.com
    *Attorneys for Reorganized Debtors*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Claim Objection.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

Unrepresented parties appearing:

Trustee:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

DOCS_LA:240124.1 73203-035

3