```
                        United States Bankruptcy Court
                               District of Nevada

In re:                                                    Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                 Chapter 11
       Debtor                CERTIFICATE OF NOTICE

District/off: 0978-2        User: espinozal           Page 1 of 2           Date Rcvd: Jun 21, 2011
                            Form ID: pdf928          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2011.
db          +THE RHODES COMPANIES, LLC,   4730 S. FT. APACHE #300,   LAS VEGAS, NV 89147-7947
aty         +DON S DEAMICIS,   1 INTERNATIONAL PL,   BOSTON, MA 02110-2602
aty         +JAMES B MACROBBIE,   SYLVESTER & POLEDNAK, LTD.,   7371 PRAIRIE FALCON, STE 120,
              LAS VEGAS, NV 89128-0834
aty         +JAMES I STANG,   10100 SANTA MONICA BLVD #1100,   LOS ANGELES, CA 90067-4111
aty         +ROBERT C. MADDOX,   3811 W CHARLESTON BLVD, #110,   LAS VEGAS, NV 89102-1860
aty         +TROY L ISAACSON,   3811 W CHARLESTON BLVD #110,   LAS VEGAS, NV 89102-1860
            +ABID QURESHI,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
consult     +ACCELERON GROUP,   2791 SOFT HORIZON WAY,   LAS VEGAS, NV 89135-1789
cr          +CATERPILLAR FINANCIAL SERVICES CORPORATION,   c/o Snell & Wilmer L.L.P.,
              3883 Howard Hughes Parkway, Suite 1100,   Las Vegas, NV 89169-0965
cr          +CHARLES BAGLEY,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
              LAS VEGAS, NV 89102-1860
cr          +COMMERCE ASSOCIATES, LLC,   c/o Janet L. Chubb,   Jones Vargas,   100 West Liberty St 12th Flr,
              P.O.Box 281,   Reno, NV 89504-0281
cr          +CREDIT SUISSE, CAYMAN ISLANDS BRANCH,   c/o SYLVESTER & POLEDNAK, LTD.,   7371 PRAIRIE FALCON RD.,
              SUITE 120,   LAS VEGAS, NV 89128-0834
cr          +DANA KEPNER COMPANIES, LLC,   MARQUIS & AURBACH,   ATTN: DAVID A. COLVIN, ESQ.,
              10001 PARK RUN DRIVE,   LAS VEGAS, NV 89145-8857
cr          +DORIS LOFTON,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
              LAS VEGAS, NV 89102-1860
cr          +GRETCHEN M. ROBITAILLE,   8037 SILVER STREAK ST,   LAS VEGAS, NV 89131-4811
cr          +JAMES RHODES,   c/o BRETT A. AXELROD, ESQ.,   GREENBERG TRAURIG, LLP,   3773 HOWARD HUGHES PKWY.,
              SUITE 400 NORTH,   LAS VEGAS, NV 89169-5956
cr          +JANINA GUTHRIE,   1225 MONTEREY ST.,   REDLANDS, CA 92373-6618
cr           JOHN HANCOCK FREEEDOM 529,   PO BOX 17603,   BALTIMORE, MD 21297-1603
cr          +Leslie Blasco, et al.,   Shinnick, Ryan & Ransavage P.C.,   2881 Business Park Ct.,   Suite 210,
              Las Vegas, NV 89128-9020
            +MEREDITH LAHAIE,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
cr          +NEVADA POWER COMPANY,   LEACH JOHNSON SONG & GURCHOW,   5495 S. RAINBOW BLVD, STE 202,
              ATTN: KIRBY C. GRUCHOW JR., ESQ.,   LAS VEGAS, NV 89118-1873
intp        +OMNI MANAGEMENT GROUP,   16501 VENTURA BLVD., #440,   ENCINO, CA 91436-2068
cr          +PALECEK,   PO BOX 225,   RICHMOND, CA 94808-0225
            +PHILIP C DUBLIN,   ONE BRYAN PARK,   NEW YORK, NY 10036-6728
cr          +RICKEY LOFTON,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
              LAS VEGAS, NV 89102-1860
cr          +Reef Colonial, LLC,   Deaner, Deaner, Scann, Malan & Larsen,   Paul R. Connaghan, Esq,
              720 S. Fourth St, Suite 300,   Las Vegas, NV 89101-6743
cr          +SAGEBRUSH ENTERPRISES, INC.,   c/o BRETT AXELROD, ESQ.,   GREENBERG TAURIG, LLP,
              3773 HOWARD HUGHES PARKWAY,   SUITE 400 NORTH,   LAS VEGAS, NV 89169-5956
cr          +SHANE SMITH,   7381 W. Charleston,   Suite 110,   Las Vegas, NV 89117-1571
intp        +STATE OF NEVADA OFFICE OF THE STATE TREASURER,   555 E. WASHINGTON AVE SUITE 4200,
              LAS VEGAS, NV 89101-1070
cr          +THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIA,   C/O FEINBERG GRANT MAYFIELD KANEDA & LIT,
              1955 VILLAGE CENTER CIRCLE,   LAS VEGAS, NV 89134-6237
cr          +WENDY BAGLEY,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
              LAS VEGAS, NV 89102-1860
cr          +Westar Kitchen & Bath, LLC,   c/o Williams & Wiese,   612 South Tenth Street,
              Las Vegas, NV 89101-7001
cr          +X-It at 215, LLC,   C/O Damon K. Dias,   601 S. Sixth Street,   Las Vegas, NV 89101-6919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CLARK COUNTY
cr           CREDITORS COMMITTEE
cr           HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
cr           In re Kitec Fitting Litigation Class Plaintiffs
cr           Inc. Integrity Masonry
intp         REORGANIZED DEBTORS
cr           STANLEY CONSULTANTS, INC.
cr           STEERING COMMITTEE OF SENIOR SECURED LENDERS
cr           UNITED STATES OF AMERICA - INTERNAL REVENUE SERVIC
cr           US-Yellow
cr           VIRGINIA SPRINGALL-SMITH,   7381 W. CHARLESTON BLVD.,   SUITE 110,   LAS VEGAS
cr           WELLS FARGO BANK, N.A.
cr           WIRSBO CLAIMANTS
                                                                                              TOTALS: 13, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2          User: espinozal            Page 2 of 2            Date Rcvd: Jun 21, 2011
                              Form ID: pdf928            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2011**                    Signature:    _/s/ Joseph Speetjens_

**ORDER DENIED**
While the Court will consider an order shortening time, the date requested is insufficient to give parties adequate notice of the settlement.

Entered on Docket
June 21, 2011

_____
**Hon. Linda B Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| NILE LEATHAM, ESQ. | PHILIP C. DUBLIN (NY Bar No, 2959344) |
| Nevada Bar No. 002838 | ABID QURESHI (NY Bar No. 2684637) |
| SHLOMO S. SHERMAN, ESQ. | MEREDITH A. LAHAIE (NY Bar No. 4518023) |
| NEVADA BAR NO. 009688 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| KOLESAR & LEATHAM | One Bryant Park |
| 400 South Rampart Boulevard, Suite 400 | New York, NY 10036 |
| Las Vegas, Nevada 89145 | Telephone: 212.872.1000 |
| Telephone No. (702) 362-7800 | Facsimile: 212.872.1002 |
| Facsimile No. (702) 362-9472 | E-Mail: pdublin@akingump.com |
| E-Mail: nleatham@klnevada.com | aqureshi@akingump.com |
| ssherman@klnevada.com | mlahaie@akingump.com |
| *Counsel for Reorganized Debtors* | *Counsel for Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | CASE NO. BK-09-14814-LBR |
| ) | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka ) | |
| "Rhodes Homes," et al.,[1] ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | **Hearing Date: June 24, 2011 (Requested)** |
| ) | **Hearing Time: 1:30 PM** |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850): Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860): Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club. LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

Rhodes - Order Shortening Time_100896395(1) (2) (7540-1)        - 1 -

Affects:  )
)
☒ All Debtors )
☐ The Following Debtor(s): )
)

**ORDER SHORTENING TIME TO HEAR REORGANIZED DEBTORS' MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN RHODES HOMES ARIZONA, LLC AND STANLEY CONSULTANTS, INC.**

TO:    ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that upon the "*Ex-Parte Motion for an Order Shortening Time re: Reorganized Debtors' Motion of the Reorganized Debtors for Entry of an Order Approving the Settlement Agreement Between Rhodes Homes Arizona, LLC and Stanley Consultants, Inc.*" (the "Settlement Motion"), filed by Reorganized Debtors, by and their counsel, Nile Leatham, Esq., and Shlomo S. Sherman, Esq., of Kolesar & Leatham, and Philip C. Dublin, Esq., Abid Qureshi, Esq. and Meredith A. Lahaie, Esq., of Akin Gump Strauss Hauer & Feld LLP, and with good cause appearing therefore, the Court finds that Reorganized Debtors have demonstrated just cause to shorten notice, and

IT IS HEREBY ORDERED that the hearing date on the Objection shall be shortened. Said hearing shall be held on the 24th day of June, 2011, at the hour of 1:30 P.M., before a United States Bankruptcy Judge, at the United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard So., Courtroom #1, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any opposition or other responsive pleading may be filed on or before June ____23_____, 2011, at _____4:00_____ p.m. (Pacific Time).

. . .

. . .

. . .

. . .

. . .

. . .

For a copy of the filed motion, you may contact the Movants' attorneys, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Prepared and submitted by:

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         ssherman@klnevada.com
    and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY BAR NO. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:  pdublin@akingump.com
         aqureshi@akingump.com
         mlahaie@akingump.com

*Counsel for Reorganized Debtors*

### #

961833 (7540-1)

- 3 -