James I. Stang, Esq. (CA Bar No. 94435)    E-File: June 28, 2011
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
   scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & STEPHENS
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
Telephone: 702/382.1170
Facsimile: 702/382.1169
Email: zlarson@lslawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | |
| "Rhodes Homes," et al.,[1] | Chapter 11 |
| | |
| Debtors. | |
| Affects: | |
| ☒  All Debtors | |
| ☐  Affects the following Debtor(s) | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**FIFTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.**

**TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al.* (the "Plan"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the fourth notice pursuant to Article VI.D of the Plan on March 31, 2011 [Docket No. 1381]:

**PLEASE TAKE FURTHER NOTICE** that Exhibit A hereto identifies all Claims that have been Allowed under the Plan and further indicates whether such Claim has been paid pursuant to the Plan since March 31, 2011;

**PLEASE TAKE FURTHER NOTICE** that Exhibit B hereto identifies all Claims that remain open, although the two Stanley claims have been settled and will be considered at the hearing on July 17, 2011 before this Court.

**PLEASE TAKE FURTHER NOTICE** that Exhibit C hereto identifies all Claims that have been withdrawn by the Claimant since March 31, 2011.

**PLEASE TAKE FURTHER NOTICE** that Exhibit D hereto identifies all Claims have been automatically Disallowed and expunged pursuant to Article IV.A of the Plan on the basis that such Claims are duplicates of other filed claims in these cases.

**PLEASE TAKE FURTHER NOTICE** that Exhibit E hereto identifies all Claims have been automatically Disallowed and expunged pursuant to Article VI.F of the Plan on the basis that such Claims were filed late after the Claims Bar Date.

**PLEASE TAKE FURTHER NOTICE** that Exhibit F hereto identifies all Claims that have been disallowed by Court Order since March 31, 2011

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1    DATED this  28th day of June, 2011.

2                                                                    **LARSON & STEPHENS**

3                                                                     /s/ Zachariah Larson, Esq.
                                                                     Zachariah Larson, Bar No. 7787
4                                                                     Kyle O. Stephens, Bar No. 7928
                                                                     810 S. Casino Center Blvd., Suite 104
5                                                                     Las Vegas, NV  89101
                                                                     702/382-1170
6

7                                                                     Attorneys for Reorganized Debtors

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

# EXHIBIT A

EXHIBIT A
Allowed Claims

| Claimant | Debtor | Claim No. | Total Filed Claim (as amended) | Total Claim Paid to Date |
|---|---|---|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf | 15 | 78,316.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf | 16 | 5,497.75 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | Tuscany Golf | 17 | 17,964.96 | |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC | RR GOLF | 23 | 92,219.22 | |
| | | | **193,997.93** | **0.00** |

# EXHIBIT B

EXHIBIT B
Open Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|----------|--------|-----------|-------------------|
| COMMERCE ASSOCIATES, LLC | The Rhodes Companies, LLC | 61 | Unknown |
| Internal Revenue Service | Bravo, Inc. | 7 | 3,886,456.75 |
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 52 | 3,467,733.00 |
| Stanley Consultants, Inc. | The Rhodes Companies, LLC | 48 | 570,758.00 |
| | | | **18,522,947.75** |

# EXHIBIT C

EXHIBIT C
Withdrawn Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| Clark County Public Work | The Rhodes Companies, LLC | 70 | 138,711.38 |
| Clark County Public Work | The Rhodes Companies, LLC | 71 | 389,455.31 |
| Internal Revenue Service | Geronimo Plumbing, LLC | 1 | 21,090.00 |
| | | | **549,256.69** |

# EXHIBIT D

EXHIBIT D
Duplicate Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|----------|--------|-----------|-------------------|
| Silver State Builder Services, LLC | Rhodes Ranch General Partnership | 5 | 7,440.78 |
| | | | **7,440.78** |

# EXHIBIT E

EXHIBIT E
Late Filed Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| General Electric Capital Corp. | Bravo, Inc. | 8 | 22,588.16 |
| | | | **22,588.16** |

# GZJ KDKV'H'

EXHIBIT F
Disallowed Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|----------|--------|-----------|-------------------|
| MIRAJOY RAYO & ARTURO CASIMIRO | Rhodes Design and Development Corporation | 22 | Unliquidated |
| SLAUGHTER, ET AL. CLASS ACTION CLAIM | Rhodes Design and Development Corporation | 18 | Unliquidated |

**CERTIFICATE OF SERVICE**

1. On the 28th day of June 2011, I served the following document(s):

**FIFTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL**

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **United States mail, postage fully prepaid**
              *(List persons and addresses.  Attach additional paper if necessary)*

                          *SEE ATTACHED SERVICE LIST.*

3. On **May 16, 2011** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): June 28, 2011

Sophia L. Lee_____                  ____/s/Sophia L. Lee_____
(Name of Declarant)                              (Signature of Declarant)

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DOCS_LA:238088.1 73203-035                              2

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:
KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com;ldupree
@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.co
m

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lione
lsawyer.com

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com;nunzueta@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
darhyl.kerr@dlapiper.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
jm@amclaw.com, car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

CLARK COUNTY PUBLIC WORKS
500 S. GRAND CENTRAL PKWY
PO BOX 553530
LAS VEGAS, NV 89115-3530

CLARK COUNTY PUBLIC WORKS
C/O PHILIP S. GERSON, ESQ.
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

COMMERCE ASSOCIATES, LLC
C/O JANET L. CHUBB, ESQ.
JONES VARGAS
P.O. BOX 281
RENO, NV 89504-0281

COMMERCE ASSOCIATES, LLC
C/O JANET L. CHUBB, ESQ.
ARMSTRONG TEASDALE LLP
50 W. LIBERTY STREET, STE 905
RENO, NV 89501

GENERAL ELECTRIC CAPITAL CORP.
ATTN:  BECKY JANITO
1010 THOMAS EDISON BLVD. SW
CEDAR RAPIDS, IA 52404

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY DESK/MANAGING AGENT
P O BOX 21126
DPN 781
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
VIRGINIA CRONAN LOWE, ATTY, TAX DIVISION
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

JAMES RHODES
C/O BRETT A. AXELROD, ESQ.
FOX ROTHSCHILD, LLP
3800 HOWARD HUGHES PARKWAY, ST 500
LAS VEGAS, NV 89169

JAMES RHODES
C/O KEVIN ANDERSON
FABIAN & CLENDENIN
215 S. STATE STREET #1200
SALT LAKE CITY, UT 84111

MIRAJOY RAYO & ARTURO CASIMIRO
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC
ATTN: LISA M. MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 45203

SILVER STATE BUILDER SERVICES, LLC
ATTN:  GIB GANSCHOW
4205 W. TOMPKINS AVE. STE 3
LAS VEGAS, NV 89103

SLAUGHTER, ET AL. CLASS ACTION CLAIM
ATTN: TROY L. ISAACSON
MADDOX, ISAACSON & CISNEROS, LLP
3811 W. CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102

STANLEY CONSULTANTS, INC.
5820 S. EASTERN AVENUE, #140
LAS VEGAS, NV 89119

STANLEY CONSULTANTS, INC.
C/O CARLETON R. BURCH, ESQ.
ANDERSON MCPHARLIN & CONNERS, LL
777 N. RAINBOW BLVD., STE 145
LAS VEGAS, NV 89107-1192