ANALYSIS OF TUSCANY ACQUISITIONS, SELLER LIENS AND SUBORDINATIONS

Prepared by Michael E. Buckley, July 19, 2011

|   | Date | Grantee | GBS Recording Info | Property Conveyed | Credit Suisse Subordination Agreement | Lots Covered by Subordination | Subordinated Documents |
|---|---|---|---|---|---|---|---|
| 1 | 09/17/04 | Rhodes Design and Development Corporation (RDD) | 2004917-0000674 | Parcel 24 (all) Parcel 19 (all) Parcel 6C (all) | Subordination Agreement Recorded 20051121-0005683 ("**Subordination No.1**") | Parcel 24: Lots 1- 96, except Lot 49  Parcel 19: Lots 1- 111, except Lots 19, 50-52, 64-68, 71-87, 96  Parcel 6C: Lots 1-87, except Lots 34-42, 70-74, 78 | 20040917-0000679  20050331-0006925/6926 |
| 2 | 03/30/05 | Tuscany Acquisitions, LLC (TA) | 20050331-0006922 | Parcel 12 (all) Parcel 6B (all) Lot 21 (all) | Subordination No. 1 | Parcel 12: Lots 1- 59, except Lot 21  Parcel 6B: Lots 1- 74 | 20050331-0006960 |
| 3 | 06/14/05 | Tuscany Acquisitions II, LLC (TA II) | 20050614-0001520 | Lot 18 (all) | Subordination No. 1 | Lots 1- 217, except Lot 95 | 20050614-0001522/1523 |
| 4 | 07/13/05 | TA | 20050713-0001100 | Lots 13-18, 164-172, 184-195, 199-216, 217-222, 230-238 of Parcel 25 | Subordination #1 | Lots 13-18, 164-172, 184-195, 199-216, 217-222, 230-238 | 20050713-0001102/1103 |
| 5 | 12/19/05 | TA | 20051219-0004168 | Lots 1-12, 19, 123, 127-163, 173-181, 196-198, 223-229 of Parcel 25 | Subordination Agreement Recorded 20051219-0004172 ("**Subordination No. 2**") | Lots 1-12, 19, 123, 127-163, 173-181, 196-198, 223-229 **Note: The legal description is defective; it fails to identify Parcel 25 and just describes lots** | "Memorandum of Additional Consideration and Declaration of Development Covenants and Restrictions of even date recorded herewith" (Presumably 20051219-0004169/4170) |
| 6 | 01/26/06 | Tuscany Acquisitions III, LLC (TA III) | 20060126-0003290 | Lots 1-24 of Parcel 23 | Subordination Agreement Recorded 20070302-0002287 ("**Subordination No. 3**") | Lots 1-24 | 20060126-0003291 |
| 7 | 01/26/06 | TA III | 20060126-0003288 | Lot 15 (Multi-Family) | Subordination No. 3 | Lots 1- 200 | 20060126-0003291 |

1

1613236.docx

| | Date | Grantee | GBS Recording Info | Property Conveyed | Credit Suisse Subordination Agreement | Lots Covered by Subordination | Subordinated Documents |
|---|---|---|---|---|---|---|---|
| 8 | 09/11/06 | Tuscany Acquisitions IV, LLC (TA IV) | 20060911-0002391 | Lots 1-81 of Parcel 16 | Subordination Agreement Recorded 20070302-0002288 ("**Subordination No. 4**") | Lots 1 -81 | 20060911-0002392/2393 |
| 9 | 11/13/06 | TA IV | 20061113-0001850 | Lot 10 | Subordination No. 4 | Lot 10 | 20061113-0001851/1852 |
| 10 | 03/16/07 | TA IV<br><br>TA IV | 20070316-0003763<br><br>20070316-0003766 | Lot 11<br><br>Lot 14 | Subordination Agreement Recorded 20070302-0003609 ("**Subordination No. 5**") | Parcel 11: Lots 1- 97<br><br>Parcel 14: Lots 1 - 64 | Parcel 11: 20070316-0003764/3765Parcel 14: 20070316-0003767/3768 |
| 11 | 08/31/07 | TA IV | 20070831-0002202 | Lots 18, 19 and 20 in Parcel 17 | None identified | N/A | None identified (The Memorandum of Additional Consideration and Declaration of Development Covenants and 20070831-0002203/2204 .) |
| 12. | 9/27/07 | TA IV | 20070927-0004264 | Lots 1-4, 16-83, 91-171, 176-205 of Parcel 6A | None identified | N/A | None identified (The Memorandum of Additional Consideration and Declaration of Development Covenants and Restrictions are 20070927-0004265/4266.) |

1613236.docx