MICHAEL E. BUCKLEY, ESQ.
Nevada State Bar No. 85
CONOR P. FLYNN, ESQ.
Nevada State Bar No. 11569
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone:  702-862-3300
Fax:  702-737-7705
Email:  meb@jonesvargas.com
   and   cflynn@jonesvargas.com

Attorneys for Commerce Associates, LLC

**Electronically Filed**
**July 19, 2011**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al.,<br><br>                Reorganized Debtors<br><br>Affects:<br><br>■ All Debtors<br>□ The Following Debtor(s) | Case No.   BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter     11<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

1. On April 25, 2011 *(date)* I served the following document(s) *(specify)*:

   - **DECLARATION OF MICHAEL BUCKLEY IN SUPPORT OF COMMERCE ASSOCIATES' OPPOSITION TO REORGANIZED DEBTORS' OBJECTION TO COMMERCE ASSOCIATES' PROOF OF CLAIM NO. 61-1 PURSUANT TO BANKRUPTCY RULE 3007 AND BANKRUPTCY CODE SECTION 502(b)**

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   __X__ **a.**    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)* [On July 19, 2011]

   **[SEE ATTACHED NEF SERVICE LIST]**

   __X__ **b.**    **United States Mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary* [On July 19, 2011]*)*
   **[SEE ATTACHED SERVICE LIST]**

   _____ **c.**    **Personal Service**
   *(List persons and addresses. Attach additional paper if necessary)*
   I personally delivered the document(s) to the persons at these addresses:

   _____ For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   _____ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-33000   Fax: (702) 737-7705

_____ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

_____ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____

_____ **f.** **By messenger**
*(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*:    **July 19, 2011**

**Ebony Hardy**                         **/s/ Ebony Hardy**
(Name of Declarant)              (Signature of Declarant)

*Left margin:* JONES VARGAS, 3773 Howard Hughes Parkway, Third Floor South, Las Vegas, Nevada 89169, Tel: (702) 862-33000  Fax: (702) 737-7705

3

**EXHIBIT A – NEF SERVICE LIST**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com, rdittrich@foxrothschild.com, msheffield@foxrothschild.com, ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszijlaw.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Credit X-It at 215, LLC.
ddia@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@foxrothschild.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, cdossier@swlaw.com, nbaig@swlaw.com, nunzueta@swlaw.com, docket_las@swlaw.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com, bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
ecf@lslawnv.com, sstanton@lslawnv.com, akosina@lslawnv.com

1  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
rblack@feinberggrant.com, efilings@hotmail.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com, rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA – INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S. MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
car@amclaw.com, lom@amclaw.com, crb@amclaw.com, csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE – LV -11
Edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lionelsawyer.com, gbagley@lionelsawyer.com, bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES – NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, kgregos@klnevada.com, bankruptcy@klnevada.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

U.S. TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

5

**EXHIBIT B – U.S. MAIL SERVICE LIST**

Nile Leatham
KOLESAR & LEATHAM, CHTD.
3320 W Sahara Avenue, Suite 380
Las Vegas, NV 89102

Philip C. Dublin
Abid Qureshi
Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryand Park
New York, NY 10036

JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-33000   Fax: (702) 737-7705

6