

# Rhodes Homes Arizona
## Reconciliation of Inter-Company Accounts
### February 28, 2010

|  |  | RHA | RAP | DCI | EIL | Pinnacle |
|---|---|---:|---:|---:|---:|---:|
| 1250.0001 | Rhodes Design |  |  |  |  |  |
| 1250.0003 | Rhodes Ranch |  |  |  |  |  |
| 1250.0006 | Desert Communities |  | 4,140.41 |  |  |  |
| 1250.0015 | Sagebrush |  |  |  |  |  |
| 1250.0022 | Sedora Holdings |  |  |  |  |  |
| 1250.0043 | Pinnacle Grading |  |  |  |  |  |
| 1250.0047 | RAP |  | 426,796.37 |  |  |  |
| 1250.2000 | Rhodes Companies LLC |  |  |  |  |  |
| 1250.0007 | Elkhorn Investments |  | 1,919,830.74 |  |  |  |
|  |  |  |  |  |  |  |
| 2190.0001 | Rhodes Design |  |  |  |  |  |
| 2190.0015 | Sagebrush |  |  |  |  |  |
| 2190.0022 | Sedora Holdings |  |  |  |  |  |
| 2190.0024 | Rhodes Homes Arizona |  | (426,796.37) | (4,140.41) | (1,919,830.74) |  |
| 2190.0043 | Pinnacle Grading |  | (893.37) |  |  |  |
| 2190.0047 | RAP |  |  |  |  |  |
| 2190.0099 | J. Rhodes |  | (151,999.01) |  |  |  |
| 2190.2000 | Rhodes Companies LLC |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | 0.00 | 0.00 | 0.00 | 0.00 |

```
Rhodes Homes ARIZONA                          Transaction Report                                              Page 1

12-01-2008 to 03-31-2010

  Accounting                                                    Beginning                                        End
     Date      Ref1      Job      Invoice    Description         Balance         Debit          Credit        Balance

  rha-0000-00-2190.0099 Due to Affiliate - J. Rhodes

  12-31-2008                                 Rec compensation paid personal                     1,308,942.75-
  03-31-2009                                 Adj coding for hlc/sei/jmr pym     -927,898.80
  03-31-2009                                 3.09 Adjust interco balances       -229,044.94

              Account Totals for Due to Affiliate - J. Rhodes          .00      1,156,943.74*  1,308,942.75-*   151,999.01-

                                                    Report Totals:    .00*      1,156,943.74*  1,308,942.75-*   151,999.01-*
```

Rhodes Homes ARIZONA                                    Transaction Report                                                        Page 1

05-21-2009 to 05-21-2009

| Accounting Date | Ref1 | Job | Invoice | Description | Beginning Balance | Debit | Credit | End Balance |
|---|---|---|---|---|---|---|---|---|
| rha-0000-00-0100.0000 Undeposited Funds | | | | | | | | |
| 05-21-2009 | | | | Offset RHA invoices to SUG ar | | 97,290.65 | | |
| | Account Totals for Undeposited Funds | | | | 98,990.01- | 97,290.65* | .00* | 1,699.36- |
| | | | | Report Totals: | 98,990.01-* | 97,290.65* | .00* | 1,699.36-* |

Rhodes Homes ARIZONA                       Transaction Report                                                  Page 1

03-01-2009 to 03-31-2010

| Accounting Date | Ref1 | Job | Invoice | Description | Beginning Balance | Debit | Credit | End Balance |
|---|---|---|---|---|---|---|---|---|
| rha-0000-00-2810.1000 Notes Payable-Heritage | | | | | | | | |
| 03-31-2009 | | | | 2.09 hlc interest | | | 739,930.60- | |
| 03-31-2009 | | | | reverse entry batch 5422 | | 739,930.60 | | |
| 03-31-2009 | RHAFNGEN | | | 3.09 hlc sweep | | | 302,948.07- | |
| 03-31-2009 | | | | 3.09 hlc interest | | | 754,439.24- | |
| 03-31-2009 | | | | Adj coding for hlc/sei/jmr pym | | | 927,898.80- | |
| 03-31-2009 | | | | 3.09 addtl hlc int | | | 6,190.24- | |
| 04-30-2009 | | | | 4.09 hlc interest | | | 778,989.47- | |
| 05-21-2009 | | | | Offset RHA invoices to SUG ar | | | 97,290.65- | |
| 05-31-2009 | RHAFNGEN | | | 5.09 sweep hlc | | 776,977.28 | | |
| 05-31-2009 | | | | 5.09 hlc interest | | | 784,848.77- | |
| 06-30-2009 | RHAFNGEN | | | 6.09 hlc sweep | | | 25,922.75- | |
| 06-30-2009 | | | | 6.09 hlc interest | | | 790,959.20- | |
| 07-31-2009 | RHAFNGEN | | | 7.09 hlc sweep | | 100,560.42 | | |
| 07-31-2009 | | | | 7.09 hlc interest | | | 801,014.64- | |
| 08-31-2009 | RHAFNGEN | | | 8.09 shl sweep | | | 43,738.75- | |
| 08-31-2009 | | | | 8.09 hlc interest | | | 811,323.11- | |
| 09-30-2009 | RHAFNGEN | | | 9.09 hlc sweep | | | 14,585.20- | |
| 09-30-2009 | | | | 9.09 hlc interest | | | 822,537.28- | |
| 10-31-2009 | RHAFNGEN | | | 10.09 hlc sweep | | | 2,222.97- | |
| 10-31-2009 | | | | 10.09 hlc interest | | | 833,624.12- | |
| 11-30-2009 | RHAFNGEN | | | 11.09 hlc sweep | | 21,370.48 | | |
| 11-30-2009 | | | | 11.09 hlc interest | | | 844,619.01- | |
| 12-31-2009 | RHAFNGEN | | | 12.09 hlc sweep | | | 33,602.42- | |
| 12-31-2009 | | | | 12.09 hlc interest | | | 855,969.94- | |
| 01-31-2010 | RHAFNGEN | | | 1.10 hlc sweep | | | 30,786.56- | |
| 01-31-2010 | | | | 1.10 hlc interest | | | 867,820.27- | |
| 02-28-2010 | RHAFNGEN | | | 2.10 hlc sweep | | | 38,660.22- | |
| 02-28-2010 | | | | 2.10 hlc interest | | | 879,862.46- | |
| 03-31-2010 | RHAFNGEN | | | 3.10 hlc sweep | | | 46,997.39- | |
| 03-31-2010 | | | | 3.10 hlc interest | | | 892,173.47- | |

Account Totals for Notes Payable-Heritage        56,392,596.30-    1,638,838.78*    13,028,955.60-*  67,782,713.12-

Report Totals:   56,392,596.30-*   1,638,838.78*   13,028,955.60-*  67,782,713.12-*

Rhodes Homes ARIZONA                                Transaction Report                                                Page 1

03-31-2009 to 03-31-2009

| Accounting Date | Ref1 | Job | Invoice | Description | Beginning Balance | Debit | Credit | End Balance |
|---|---|---|---|---|---|---|---|---|
| rha-0000-00-1250.0006 Due From Affiliates-Desert Communitie | | | | | | | | |
| 03-31-2009 | | | | dci supervision Feb-Mar 09 | | 147.20 | | |
| 03-31-2009 | | | | J Hansen Feb,Mar 09 Sal | | 19,541.07 | | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | | 229,044.94- | |
| | | | | Account Totals for Due From Affiliates-Desert Communitie | 209,356.67 | 19,688.27* | 229,044.94-* | .00 |
| | | | | Report Totals: | 209,356.67* | 19,688.27* | 229,044.94-* | .00* |

Rhodes Homes ARIZONA                                    Transaction Report                                                      Page 1

03-31-2009 to 03-31-2009

| Accounting Date | Ref1 | Job | Invoice | Description | Beginning Balance | Debit | Credit | End Balance |
|---|---|---|---|---|---|---|---|---|
| dci-0000-00-3300.0015 Partners' Contributions-Sagebrush | | | | | | | | |
| 03-31-2009 | DCIFNGEN | | | 3.09 shl sweep | | | 2,167.22- | |
| 03-31-2009 | | | | 3.09 shl-cqh sweep | | | 96,987.11- | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | | 229,044.94- | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | | 48,576.00- | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | | 88,602.17- | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | | 10,244.00- | |
| 03-31-2009 | | | | 3.09 interco adj | | 20.00 | | |
| | | | Account Totals for Partners' Contributions-Sagebrush | | 51,753,906.90- | 20.00* | 475,621.44-* | 52,229,508.34- |
| | | | | Report Totals: | 51,753,906.90-* | 20.00* | 475,621.44-* | 52,229,508.34-* |

Rhodes Homes ARIZONA                           Transaction Report                                      Page 1

03-01-2009 to 03-31-2009

| Accounting Date | Ref1 | Job | Invoice | Description | Beginning Balance | Debit | Credit | End Balance |
|---|---|---|---|---|---|---|---|---|
| dci-0000-00-2190.0024 DTA -- Rhodes Homes Arizona | | | | | | | | |
| 03-31-2009 | | | | Adj due to RHA | | | .40- | |
| 03-31-2009 | | | | J Hansen Feb,Mar 09 Sal | | | 19,541.07- | |
| 03-31-2009 | | | | 3.09 Adjust interco balances | | 229,044.94 | | |
| 03-31-2009 | | 4176-1004 | | DCI supervision Feb-Mar 09 | | | 136.81- | |
| 03-31-2009 | | 4695-1001 | | DCI supervision Feb-Mar 09 | | | 3.70- | |
| 03-31-2009 | | 4895-1001 | | DCI supervision Feb-Mar 09 | | | 6.69- | |
| | | Account Totals for DTA -- Rhodes Homes Arizona | | | 209,356.27- | 229,044.94* | 19,688.67-* | .00 |
| | | | | Report Totals: | 209,356.27-* | 229,044.94* | 19,688.67-* | .00* |