# Accounts Payable Check Register with Invoice Detail

Rhodes Homes

03-24-2011   Page 5
System Date: 03-24-2011
System Time: 9:55 am

| Check | Date | Payee | Invoice | Gross Amount Paid | Discount Taken | Workers' Comp | Net Amount Paid | Voided Amount |
|---|---|---|---|---|---|---|---|---|
| **SHLFNGEN** | **Sedora Operating** | | | | | | | |
| 1745 | 12-21-2007 | 19044 | 70090/01/11 | 39,025.30 | | | 39,025.30 | |
| 1840 | 02-08-2008 | 19044 | 70090/01/12 | 99,328.49 | | | 99,328.49 | |
| 1924 | 04-02-2008 | 19044 | 70090/01/13 | 20,160.93 | | | 20,160.93 | |
| 1928 | 04-09-2008 | 19044 | 70090/01/14 | 9,387.14 | | | 9,387.14 | |
| | | | Bank Totals | 167,901.86* | .00* | .00* | 167,901.86* | |
| | | | Report Totals | 402,135.42* | .00* | .00* | 402,135.42* | |

V - Voided

Rhodes Homes

AP Inquiry - Invoice Register
Invoice Summary for Vendor 19044  Stewart Occhipinti, LLP

Page 1
System Date: 03-24-11
System Time: 9:54 am

| Name | Invoice | Description | Invoice Date | Original Amount | Accounting Date | Amount Paid | Amount Open |
|---|---|---|---|---|---|---|---|
| Stewart Occhipinti, LLP | 10-28-08 | Retainer-wired | 10-28-2008 | 100,000.00 | 10-28-2008 | 100,000.00 | .00 |
| | 2/10/06 | Retainer Deutsche v. Rhodes | 02-13-2006 | 25,000.00 | 02-13-2006 | 25,000.00 | .00 |
| | 70090-01-02 | Deutsche Bank Litigation | 05-13-2006 | 12,072.53 | 06-20-2006 | 12,072.53 | .00 |
| | 70090/01/03 | Deutsche Bank Litigation | 08-09-2006 | 24,912.03 | 09-20-2006 | 24,912.03 | .00 |
| | 70090/01/05 | Deutsche Bank Litigation | 11-16-2006 | 10,123.46 | 04-17-2007 | 10,123.46 | .00 |
| | 70090/01/07 | Deutsche Bank Litigation | 02-15-2007 | 3,975.00 | 04-05-2007 | 3,975.00 | .00 |
| | 70090/01/09 | Deutsche Bank Litigation | 06-28-2007 | 12,750.12 | 08-03-2007 | 12,750.12 | .00 |
| | 70090/01/10 | Deutsche Bank Litigation | 09-17-2007 | 6,375.12 | 10-15-2007 | 6,375.12 | .00 |
| | 70090/01/11 | Deutsche Bank | 11-01-2007 | 78,050.60 | 12-19-2007 | 78,050.60 | .00 |
| | 70090/01/12 | Deutsche Bank | 01-29-2008 | 99,328.49 | 02-08-2008 | 99,328.49 | .00 |
| | 70090/01/13 | Deutsche Bank Litigation | 03-06-2008 | 20,160.93 | 03-25-2008 | 20,160.93 | .00 |
| | 70090/01/14 | deutsche bank litigation | 04-02-2008 | 9,387.14 | 04-07-2008 | 9,387.14 | .00 |
| Report Totals: | | | | 402,135.42 | | 402,135.42 | .00 |

# Accounts Payable Check Register with Invoice Detail

Rhodes Homes

03-24-2011    Page 1
System Date: 03-24-2011
System Time: 9:55 am

| Check | Date | Payee | Invoice | Gross Amount Paid | Discount Taken | Workers' Comp | Net Amount Paid | Voided Amount |
|---|---|---|---|---|---|---|---|---|
| HLCFNGEN | Heritage Land Operating | | | | | | | |
| 63 | 04-19-2007 | 19044 | 70090/01/05 | 10,123.46 | | | 10,123.46 | |
| 75 | 08-04-2007 | 19044 | 70090/01/09 | 12,750.12 | | | 12,750.12 | |
| 90 | 10-15-2007 | 19044 | 70090/01/10 | 6,375.12 | | | 6,375.12 | |
| | | | Bank Totals | 29,248.70* | .00* | .00* | 29,248.70* | |

## Accounts Payable Check Register with Invoice Detail

Rhodes Homes

03-24-2011  Page 2
System Date: 03-24-2011
System Time: 9:55 am

| Check | Date | Payee | Invoice | Gross Amount Paid | Discount Taken | Workers' Comp | Net Amount Paid | Voided Amount |
|---|---|---|---|---|---|---|---|---|
| RCOFNGEN | The Rhodes Co Operating | | | | | | | |
| 1324 | 06-21-2006 | 19044 | 70090-01-02 | 12,072.53 | | | 12,072.53 | |
| 3585 | 09-20-2006 | 19044 | 70090/01/03 | 24,912.03 | | | 24,912.03 | |
| 7213 | 04-09-2007 | 19044 | 70090/01/07 | 3,975.00 | | | 3,975.00 | |
| 999999992 | 10-28-2008 | 19044 | 10-28-08 | 100,000.00 | | | 100,000.00 | |
| | | | Bank Totals | 140,959.56* | .00* | .00* | 140,959.56* | |

## Accounts Payable Check Register with Invoice Detail

Rhodes Homes                                                                                                       03-24-2011        Page 3
                                                                                                                   System Date: 03-24-2011
                                                                                                                   System Time: 9:55 am

| Check | Date | Payee | Invoice | Gross Amount Paid | Discount Taken | Workers' Comp | Net Amount Paid | Voided Amount |
|---|---|---|---|---|---|---|---|---|
| RDDBBGEN  RDD--Business Bank General | | | | | | | | |
| 5645 | 02-13-2006 | 19044 | 2/10/06 | 25,000.00 | | | 25,000.00 | |

**Accounts Payable Check Register with Invoice Detail**

Rhodes Homes

03-24-2011    Page 4
System Date: 03-24-2011
System Time: 9:55 am

| Check | Date | Payee | Invoice | Gross Amount Paid | Discount Taken | Workers' Comp | Net Amount Paid | Voided Amount |
|---|---|---|---|---|---|---|---|---|
| SEIFNGEN | | Sagebrush Enterprises | | | | | | |
| 1318 | 12-21-2007 | 19044 | 70090/01/11 | 39,025.30 | | | 39,025.30 | |

*This pymt was reimbursed to & from the guarantor entities*