# EXHIBIT E

# EXHIBIT E

Page 1

RICHARD B. DIX

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    )
                                          )
THE RHODES COMPANIES, LLC,                )
aka "Rhodes Homes," et al.,               ) Case No.:
                                          ) BK-S-09-14814-LBR
_____)
                                          ) Chapter 11
                                          )
AFFECTS:                                  )
                                          )
All Debtors                               )
                                          )
_____)


DEPOSITION OF RICHARD B. DIX

LAS VEGAS, NEVADA

THURSDAY, JULY 16, 2009


REPORTED BY:  JANET C. TRIMMER, RPR, CRR
              NV CCR No. 864, CA CSR No. 4008

Page 2

RICHARD B. DIX
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    ) Case No.:
                                          ) BK-S-09-14814-LBR
THE RHODES COMPANIES, LLC,                )
aka "Rhodes Homes", et al.,               ) Chapter 11
                                          )
_____)
                                          )
Affects:                                  )
                                          )
All Debtors                               )
_____)

     Deposition of RICHARD B. DIX, taken at GREENBERG TRAURIG, LLP, located at 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada, on Thursday, July 16, 2009, at 1:11 p.m., before Janet C. Trimmer, RPR, CRR, Certified Court Reporter in and for the States of Nevada and California.

Page 66

1           RICHARD B. DIX
2  BY MR. KORNFELD:
3     Q.  So you haven't seen him do anything
4  fraudulent; correct?
5     A.  I have not physically seen him do anything
6  fraudulent.
7     Q.  Have you seen any documents that would
8  indicate to you that he has done anything fraudulent?
9        MR. QURESHI:  Object to form.
10        THE WITNESS:  For example, the document
11  that's attached here in exhibit A that you referred to
12  implied that Mr. Rhodes has behaved in a fraudulent
13  manner in numerous cases.
14        Again, our firm has not been hired to
15  determine or uncover those type of activities.  So I'm
16  not in a position to say whether he has or has not
17  behaved in a fraudulent manner.
18  BY MR. KORNFELD:
19     Q.  That wasn't my question, sir.  My question
20  is -- try to listen to it and just answer my question.
21  We'll get done sooner, I promise.
22     A.  All right, sir.
23     Q.  Here's the question again:
24        Have you seen any documents that would
25  indicate to you that Mr. Rhodes has done anything

Page 67

1          RICHARD B. DIX
2  fraudulent?
3          MR. QURESHI:  Object to the form.
4          THE WITNESS:  I personally have not seen any
5  documents, again excluding the exhibit that's attached
6  herein.  I have not had -- been privy to any legal
7  counsel's interpretation of documents as in the Main
8  report and others that would interpret one way or
9  another, but I have personally not reviewed anything
10 to date that I would interpret again -- I'm not sure
11 that I'm qualified to interpret fraudulent or
12 non-fraudulent, but behavior by Mr. Rhodes.
13 BY MR. KORNFELD:
14    Q.  Again, my question is simple, and if you can
15 give a yes-or-no answer I can move on.
16         Have you personally seen any documents other
17 than exhibit A to the trustee motion that would
18 indicate to you Mr. Rhodes has engaged in fraudulent
19 activity?
20         MR. QURESHI:  Objection.  Asked and answered.
21         THE WITNESS:  The Main report indicates that
22 Mr. Rhodes was allocating time between creditor --
23 excuse me -- debtor inside the credit facility and
24 outside the credit facility and at the -- prior to
25 bankruptcy Mr. Rhodes elected to pay the noncreditor

1                     RICHARD B. DIX
2    he's looked at something that I haven't now, why don't
3    we do this.  Why don't we e-mail to Brett a copy of
4    that whatever was on the BlackBerry.  She can print it
5    out, make copies for everybody, and then we can all
6    have it in front of us.
7              MR. QURESHI:  A wonderful suggestion.
8              MR. KORNFELD:  So let's wait two minutes and
9    do that -- why don't we do this:  Why don't we proceed
10   with another line of questioning, and then we'll take
11   a break and we'll go back to the engagement letter and
12   go through that again.
13             MR. QURESHI:  Perfect.
14   BY MR. KORNFELD:
15      Q.  Mr. Dix, do you recall a single person who
16   used the word "thief" with reference to Mr. Rhodes?
17             MR. QURESHI:  Objection.
18             You can answer.
19             THE WITNESS:  I do not recall anyone
20   specifically using that word.
21   BY MR. KORNFELD:
22      Q.  Do you recall a single person who used the
23   word "fraud" or the word "fraudulent" to describe
24   Mr. Rhodes's conduct?
25             MR. QURESHI:  Object to the form.

Page 81

1             RICHARD B. DIX

2     You can answer.

3     THE WITNESS: We've heard lots of stories,

4 Alan, and so my -- I do not recall them using that

5 specific word. But again, we've heard lots of

6 stories, so...

7 BY MR. KORNFELD:

8     Q. Do you recall a single person who used the

9 word "stealing" to describe any acts committed by

10 Mr. Rhodes?

11     MR. QURESHI: Object to form.

12     You can answer.

13     THE WITNESS: Again, the interpretation of

14 the word can have many meanings, but I don't recall

15 specifically the word "stealing" or a conversation

16 specifically with the word "stealing."

17 BY MR. KORNFELD:

18     Q. Have you witnessed any potentially criminal

19 activity, to use the phrase in the trustee's -- the

20 trustee motion at paragraph 8, by Mr. Rhodes?

21     MR. QURESHI: Object to the form, and calls

22 for a legal conclusion.

23     THE WITNESS: We've not been, I've not been

24 privy to shadow Mr. Rhodes in all of his activities,

25 so I do not recall any time seeing Mr. Rhodes create

Page 82

RICHARD B. DIX

1   
2   a -- what was the word?  Did you use the word --
3   BY MR. KORNFELD:
4       Q.  Criminal activity.
5       A.  Criminal activity.  I have not had an
6   opportunity to shadow him.
7       Q.  Did anybody tell you that Mr. Rhodes has
8   committed a criminal act?
9           MR. QURESHI:  Object to form.
10          THE WITNESS:  Again, I'm not an attorney, so
11  interpreting someone's, whether it's criminal activity
12  or not, I'm not in a position to comment.  People have
13  told me many, many stories about Mr. Rhodes; they take
14  many forms, they use a variety of words to describe
15  them.  What your interpretation of "criminal" or the
16  court's or someone else, I'm not in a position to
17  comment, but I don't recall anyone specifically using
18  the word "criminal," and unfortunately, I don't recall
19  every conversation and every word used in those
20  conversations.
21  BY MR. KORNFELD:
22      Q.  To be clear, as you sit here today, did
23  anybody use the word "criminal" to describe any act by
24  Mr. Rhodes?
25          MR. QURESHI:  Object to form.

Page 83

1  RICHARD B. DIX
2  THE WITNESS: I don't recall.
3  BY MR. KORNFELD:
4  Q. Did anybody use the word "criminal" in a
5  conversation with you to describe any act by
6  Mr. Rhodes?
7  A. That specific word, I don't recall.
8  Q. When I asked you if you had heard of
9  potential fraudulent activity by Mr. Rhodes, you
10 referenced three sets of facts. One was Harmony home
11 building. Do you recall that testimony?
12 A. I do.
13 Q. One was the rent for John Rhodes' house. Do
14 you recall that testimony?
15 A. It was actually the company's house, but yes,
16 I do.
17 Q. The rent for the house that was paid to John
18 Rhodes; right?
19 A. Correct.
20 Q. So that's the second set of acts.
21    Number 3 set of acts of potentially
22 fraudulent activity was, according to you,
23 mismanagement of accounting processes. Do you recall
24 that testimony?
25 A. I do.

RICHARD B. DIX

Q. I like praise. Okay.

So you do not know whether there was a proper reconciliation between the in-credit and out-of-credit companies with respect to the Pravada grading issue, do you?

A. That is correct.

Q. Since April 1, have the debtors made any cash payments to nondebtor entities that WCP views as being inappropriate?

A. I can't comment on that, because there's one of our accountants on staff actually reviews that. So that's something that I can't comment on. But I'm not aware of -- so I can just finish here, Alan, before you get to the question and ask it to me again. That I'm personally not aware of any payments to any of those entities.

Q. Has the accountant who reviews payments told you that the debtors have made inappropriate cash payments to nondebtor entities since April 1?

A. No, they have not.

Q. Have the debtors made any inappropriate payments whatsoever, to your knowledge, since April 1?

A. Not to my knowledge.

Q. Has your accountant told you that the debtors

RICHARD B. DIX

1
2  have made inappropriate payments since April 1?
3      A.  Not that I'm aware of.
4      Q.  And you would expect that if the debtors were
5  making inappropriate payments to anybody, the
6  accountant that works for you would have told you
7  that; correct?
8      A.  Based on their limited visibility, I guess,
9  if they knew of it, they would tell me.
10     Q.  Really fast, wouldn't they?
11     A.  You would hope, yes.
12     Q.  In fact, all of us in this room would have
13  heard about any such inappropriate payments if you or
14  anybody else at WCP knew about them; correct?
15     A.  That is correct.
16     Q.  Have you seen anything that would indicate to
17  you that Mr. Schramm has done anything dishonest?
18     A.  Not anything that I recall.
19     Q.  Has your accountant, who has been basically
20  living at Rhodes, told you that Mr. Schramm has done
21  anything dishonest?
22         MR. QURESHI:  Object to the form.
23         THE WITNESS:  Not that I recall.
24  BY MR. KORNFELD:
25     Q.  Has anybody told you that Mr. Schramm has

1          RICHARD B. DIX

2   done anything dishonest?

3        A.   Not that I recall.

4        Q.   You reference the Alix report, which is

5   exhibit A to the trustee motion.  Let's turn to that.

6            Sir, my copy of the Alix report is not signed

7   by any AlixPartners who drafted the report.  Does your

8   copy have a signature block on it?

9            MR. QURESHI:  That would be the same copy you

10  gave him?

11           MR. KORNFELD:  Yes.

12           THE WITNESS:  No, it does not.

13  BY MR. KORNFELD:

14       Q.   Do you know which of the AlixPartners were

15  the authors of exhibit A to the trustee motion?

16       A.   I do not.

17       Q.   Have you ever heard anybody mention the name

18  of who the authors of this report that is exhibit A to

19  the trustee motion were?

20       A.   Not that I recall.

21           MR. QURESHI:  Could we go off the record for

22  just 10 seconds?

23           MR. KORNFELD:  Sure.

24               (Discussion off the record.)

25           MR. KORNFELD:  Let's go on the record.