# EXHIBIT F

# EXHIBIT F

Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM, CHTD.
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102
Telephone: 702.979.8358
Facsimile: 702.362.9472
E-Mail:    nleatham@klnevada.com

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
Meredith A. Lahaie (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com
           mlahaie@akingump.com

*Counsel for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No. 09-14814-LBR** |
| | **(Jointly Administered)** |
| **THE RHODES COMPANIES, LLC,** | |
| **aka "Rhodes Homes,"** *et al.*, | **Chapter 11** |
| | |
| **Reorganized Debtors.**[1] | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

| | |
|---|---|
| | §
§
§ |
| **Affects:**
☒ **All Debtors**
☐ **Affects the following**
　**Debtor(s)** | § **DECLARATION OF JUSTIN BONO**
§ **IN SUPPORT OF REORGANIZED**
§ **DEBTORS' OBJECTION TO RHODES'**
§ **GREENWAY PARTNERS CLAIM AND**
§ **NOTICE OF AMENDMENT OF**
§ **SCHEDULES OF ASSETS AND**
§ **LIABILITIES** |

I, Justin Bono, hereby declare and state as follows:

1.　　I am over the age of 18, am mentally competent, and if called upon to testify as to the statements made herein, could and would do so.

2.　　I am the Vice President of the Manager of the above-captioned reorganized Debtors (collectively, the "Reorganized Debtors").[2]

3.　　I submit this declaration in support of the Reorganized Debtors' Objection to Rhodes' Greenway Partners Claim and Notice of Amendment of Schedules of Assets and Liabilities (the "Objection") based upon my personal knowledge and my review of the relevant documents and information, except where such statements are noted as being made upon information and belief.

### The Scheduled Claims

4.　　Based on my review of the Debtors' schedules of assets and liabilities (the "Schedules"), James Rhodes ("Rhodes") and certain of his affiliated entities are incorrectly scheduled as having a limited number of claims against the Debtors (the "Scheduled Claims") for which no proofs of claim were filed.  The Scheduled Claims include the following:

---

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

| Party Holding Claim | Entity Liable on Claim | Amount of Claim | Basis for Claim |
|---|---|---|---|
| Rhodes (*See* Rhodes Homes Arizona Docket No. 33, pg. 3) | Rhodes Homes Arizona | $151,999.01 | Compensation |
| Pinnacle Equipment (*See* Pinnacle Grading Docket No. 17, pg. 19) | Pinnacle Grading | $557,302.09 | Equipment Rental Payments |
| Sedora (*See* Heritage Land Company Docket No. 142, pg. 9) | Heritage Land Company | $167,901.86 | Litigation Expenses Arising out of Litigation with Deutsche Bank Securities, Inc. |

## Invalidity of the Scheduled Claims

5.    With the assistance of appropriate personnel of the Reorganized Debtors, I carefully reviewed and analyzed each of the Scheduled Claims described above. In connection with my review, I reviewed and analyzed the Debtors' books and records, the Schedules and available documentation pertaining to the Scheduled Claims. The basis for each of the Scheduled Claims was also investigated through discussions with appropriate personnel of the Reorganized Debtors and other relevant parties. My findings with respect to each of the Scheduled Claims are set forth below.

**A.    The Scheduled Claim Against Rhodes Homes Arizona**

6.    The Scheduled Claim against Rhodes Homes Arizona is based on compensation allegedly owed to Rhodes by Rhodes Homes Arizona. Based on my review of the available information and information received from the Debtors' third-party payroll services provider, Rhodes was never paid compensation from the accounts payable for Rhodes Homes Arizona, and Rhodes was not paid from the payroll of Rhodes Homes

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

1    Arizona at any point after January 2005.[3]  Moreover, no documentation has been located

2    to support Rhodes' Scheduled Claim for compensation from Rhodes Homes Arizona.

3    Accordingly, I believe that Rhodes does not have a claim against Rhodes Homes Arizona

4    for Compensation.

5

6    **B.    The Scheduled Claim Against Pinnacle Grading**

7        7.    The Scheduled Claim against Pinnacle Grading is based on equipment rental

8    payments allegedly owed to Pinnacle Equipment by Pinnacle Grading.  Based on my

9    review of the available information and discussions with relevant parties, Pinnacle

10   Equipment obtained construction equipment and provided the equipment to Pinnacle

11   Grading for use in connection with work being performed on the Pravada Project in

12   Arizona.  In connection with obtaining the equipment, Pinnacle Equipment entered into a

13   security agreement and promissory note with Caterpillar Financial Services Corporation

14   ("Caterpillar").  Based on the Debtors' books and records, Pinnacle Grading paid

15   Caterpillar directly on the promissory note between Pinnacle Equipment and Caterpillar,

16   potentially giving rise to a claim for overpayment by Pinnacle Grading against Pinnacle

17   Equipment.  Despite efforts to locate a rental agreement between Pinnacle Equipment and

18   Pinnacle Grading, no such agreement has been located that requires Pinnacle Grading to

19   make payments to Pinnacle Equipment, and relevant personnel of the Reorganized Debtors

20   do not recall having viewed such an agreement in the past.  In addition, Main Amundson

21   and Associates, an outside accounting firm, was unable to locate a rental agreement

22   between Pinnacle Equipment and Pinnacle Grading during its audit of the Debtors during

23

24

25

26

27

28

---

[3] Records for the period preceding January 2005 are unavailable.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

the fourth quarter of 2008.  In light of the foregoing, I do not believe that Pinnacle Grading owes any rental payments to Pinnacle Equipment.

**C.    The Scheduled Claim Against Heritage**

8.    The Scheduled Claim against Heritage is based on defense costs related to litigation initiated by Deutsche Bank Securities, Inc. against Rhodes, Sagebrush, Rhodes Companies, Heritage, Rhodes Design and Development Corporation and Rhodes Ranch General Partnership (collectively, the "Rhodes Defendants") related to a potential credit facility.  Stewart Occhipinti LLP ("Stewart Occhipinti") served as defense counsel for the Rhodes Defendants.  Invoices from Stewart Occhipinti were made out to "Rhodes Homes," and such invoices were paid by either Sedora Holdings, LLC ("Sedora") or non-Debtor, Sagebrush Enterprises, Inc.  Based on my review of the available information, Heritage paid approximately $800,000 to settle the litigation, potentially giving rise, subject to further investigation, to a claim by Heritage against Rhodes or Sedora.  Heritage is not, however, required to reimburse Sedora for defense costs related to the litigation by an applicable agreement.  Accordingly, I do not believe that Sedora has a claim against Heritage for defense costs related to the litigation.

## Conclusion

9.    Based on the foregoing, I believe that each of the Scheduled Claims is invalid, and each of the Scheduled Claims should be removed from the Schedules.

Executed this _19th_ day of July, 2011.

By:    _Justin Bono / CC_

Justin Bono

5