Case 09-14814-lbr    Claim 33    Filed 07/17/09    Page 4 of 22

James M. Rhodes
2006 Tax Allocation
CS Entities

| | Ordinary Income | Interest Income | Ordinary Dividends | Qualified Dividends | Short Gain | Long Gain | Other Deduction | Inv. Interest Expense | DPAD Deduct | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| **Heritage Land Company** | | | | | | | | | | |
| Jim's Direct Share | | 24,282,350 | 1,032,283 | 3,066,190 | 4,696 | 691,234 | (646,132) | (52,427,512) | | K-1 |
| Jim's Share via Rhodes Ranch, LLC | | 808,078 | 34,352 | 102,038 | 157 | 23,003 | (21,502) | (1,744,704) | | K-1 |
| **Rhodes Ranch General Partnership** | | | | | | | | | | |
| Jim's Direct Share | 56,572,256 | 923,671 | | | | | | | (39,885) | K-1 |
| Jim's Share via Rhodes Ranch, LLC | 1,852,820 | 30,413 | | | | | | | (1,313) | K-1 |
| **Rhodes Compnies** | | | | | | | | | | |
| Jim's Direct Share | 27,190,052 | | | | | | | | (1,283,956) | Clients Books and Jim's ITR |
| **Total** | 85,615,128 | 26,044,512 | 1,066,635 | 3,168,228 | 4,853 | 714,237 | (667,634) | (54,172,216) | (1,325,154) | |
| Tax Rate | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.15 | 0.35 | 0.35 | 0.35 | |
| Tax Liability | 29,965,295 | 9,115,579 | 373,322 | 1,108,880 | 1,699 | 107,136 | (233,672) | (18,960,276) | (463,804) | |

| | |
|---|---|
| Total Tax Liability | 21,014,159 |
| Total Tax Paid | (14,040,000) |
| Balance Due | 6,974,159 |

**Rhodes Companies**
Book Income (Loss):
All Roll Through Sagebrush Enterprises

| | |
|---|---|
| C&J | 139,296 |
| Jarupa | 66,103 |
| Rhodes Companies | (439,109) |
| Tuscany Acquisitions | 30,066,338 |
| Rhodes Realty | 1,308,402 |
| Tuscany Golf | (389,907) |
| Rhodes Homes AZ | 659,568 |
| Rhodes Design and Dev | 438,355 |
| Rhodes Arizona Properties | (525,648) |
| Tribes Holdings | 1,133,585 |

| M-1 Adjustments | |
|---|---|
| Bad Debt | 233,477 |
| Insurance | 178,463 |
| Legal and Settlements | (5,778,143) |
| Warranty Reserve | 91,697 |
| T&E | 7,575 |
| | 27,190,052 |

**Interest and Penalties**

| | | Debt Group Percentage | Balance Due |
|---|---|---|---|
| Late Payment Penalty | 1,181,331 | 100% | 1,181,331 |
| Estimated Tax Penalty | 603,130 | 100% | 603,130 |
| Interest Expense | 970,531 | 100% | 970,531 |
| Total | 2,754,992 | | 2,754,992 |

| | | Debt Group Percentage | |
|---|---|---|---|
| Tax Per Return | 20,825,375 | | |
| Tax Attributed to Debt Group | 21,014,159 | 100% | |

| | |
|---|---|
| Total Tax Balance Due From Facility | 6,974,159 |
| Total Penalty and Interest Due From Facility | 2,754,992 |
| Total Due | 9,729,151 |