JEFFREY D. OLSTER
Nevada State Bar No. 008864                                      *Electronically Filed 7/28/11*
olster@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
*Attorneys for Creditor*
*Harsch Investment Properties - Nevada, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al., | Chapter 11 |
| Debtor. | **EX-PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Jeffrey D. Olster, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, LLP brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix. Counsel previously represented creditor Harsch Investment Properties - Nevada, LLC in this matter. Counsel has no further need to receive CM/ECF notifications in this case.

Dated this 28 day of July, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/: Jeffery D. Olster
    Jeffrey D. Olster
    Nevada Bar No. 008864
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4810-8829-8759.1                    -1-