**Entered on Docket
July 29, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

JEFFREY D. OLSTER  *Electronically Filed 7/28/11*
Nevada State Bar No. 008864
olster@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
*Attorneys for Creditor
Harsch Investment Properties - Nevada, LLC*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC aka "RHODES HOMES", et al.,<br><br>Debtor. | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

The Court hereby grants the Motion to Remove Counsel from the CM/ECF Service List and Mailing Matrix filed by Jeffrey D. Olster of the law firm Lewis Brisbois Bisgaard & Smith, LLP.

/ / /

/ / /

4851-6942-4905.1                    -1-

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1 The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By /s/: *Jeffery D. Olster*
　Jeffrey D. Olster
　Nevada Bar No. 008864
　6385 S. Rainbow Boulevard, Suite 600
　Las Vegas, Nevada 89118
　Ph:　702-893-3383
　Fax:　702-893-3789
　Email: olster@lbbslaw.com