1  Name of Attorney  Nile Leatham
   Bar #       002838
2  Address    400 S. Rampart Blvd, Suite 400
   Las Vegas, NV 89145
3  Phone #  702-362-7800
   e-mail address
4

RECEIVED
AND [ ]

Aug 2  12 45 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

5              UNITED STATES BANKRUPTCY COURT

6                    DISTRICT OF NEVADA

7                      * * * * * *

8  In re:                          )          Bankruptcy No.: BK-09-14814-LBR
9      The Rhodes Companies, LLC    )          Chapter: 11
                                    )          Trustee:
10                                  )
                 Debtor.            )          **CHANGE OF ADDRESS OF:**
11                                  )          ⌐ ¬ **DEBTOR**
                                    )          ☑ **CREDITOR**
12  _____  )          ⌐ ¬ **OTHER**

13

This address change applies to (please check all that apply):

14  ☐ Notices only        ☐ Payments from Trustee        ☑ Both Notices and payments

15  I request that notice be sent to the following address: (please print)

16

17  Name
    Harry Leake
18  Address
    2549 Showcase Dr.
19

20  Las Vegas          NV                    89134
    City              State                  Zip Code
    Please check one of the following:

21  ☑ The change of address is applicable only in the above captioned case.

22  ☐ The change of address is also applicable in the following related cases: (*please list the case*
23  *numbers*) _____.

24

25  DATE: 07/25/2011 _____        _____
                                            SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd