

1

2

3

**Entered on Docket
August 09, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

4

5

6

7

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

8

9

10

11

12

13

14

| IN RE: | § | Case No. 09-14814-LBR |
|---|---|---|
| | § | (Jointly Administered) |
| **THE RHODES** | § | |
| **COMPANIES, LLC,** | § | |
| aka "Rhodes Homes," *et al.*, | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.**[1] | § | **Hearing Date:  8/2/2011** |
| | § | **Hearing Time:  9:30 a.m. (PST)** |
| | § | **Courtroom 1** |

Affects:

☒ **All Debtors**

☐ **Affects the following
Debtor(s)**

15

16

17

18

19

20

### ORDER DENYING JAMES RHODES' MOTION TO RECONSIDER ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO JAMES RHODES' ENTITLEMENT TO THE TAX CLAIM FOUND IN PROOF OF CLAIM NO. 814-33

21

22

23

24

25

26

27

28

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York  10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**One Bryant Park**
**New York, New York 10036**
**Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the pleadings filed by the parties with respect to this matter; and the Court having jurisdiction to consider those pleadings and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and the facts being as follows:

WHEREAS, on May 27, 2010, the Reorganized Debtors filed the Reorganized Debtors' Objection to James' Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities.

WHEREAS, on November 16, 2010, the Court entered its Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 (the "Order").

WHEREAS, on November 30, 2010, Rhodes filed (i) James Rhodes' Notice of Appeal pursuant to which Rhodes appealed the Order; and (ii) James Rhodes' Statement of Election to Appeal to the United States District Court for the District of Nevada (collectively, the "Appeal").

WHEREAS, on April 20, 2011, the Parties filed the Stipulation and Order Dismissing Appeal Without Prejudice pursuant to which Rhodes agreed to dismiss his appeal, without prejudice, until such time as this Court ruled on the Remaining Claims.[2]

WHEREAS, on June 2, 2011, Rhodes filed James Rhodes' Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 (the "Reconsideration Motion").

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Reconsideration Motion or the Opposition.

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

1 WHEREAS, on July 19, 2011, the Reorganized Debtors filed their Opposition to
2 James Rhodes' Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to
3 James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 (the
4 "Opposition").

5 WHEREAS, on July 26, 2011, Rhodes filed his Reply Memorandum of Law in
6 Support of Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to
7 James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33.

9 WHEREAS, on August 2, 2011, this Court heard argument with respect to the
10 Reconsideration Motion (the "Hearing").

11 **IT IS HEREBY ORDERED THAT**:

12 1. Pursuant to Bankruptcy Rule 3008, and for the reasons set forth in the
13 Opposition and as stated by the Court in its oral ruling at the Hearing, the Reconsideration
14 Motion is DENIED; and

16 2. This Court shall retain jurisdiction to hear and determine all matters arising
17 from the implementation of this Order.

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000  Facsimile: 212.872.1002 / akingump.com

1  APPROVED AS TO FORM AND CONTENT:

2  DATED this 9th day of August, 2011.

3

4  By:  ___/s/ Kevin N. Anderson_____        By:  ____/s/ Abid Qureshi_____
       KEVIN N. ANDERSON                              Nile Leatham (NV Bar No. 002838
5      Nevada Bar No. 4512                            **KOLESAR & LEATHAM**
       **FABIAN & CLENDENIN, P.C.**                   400 South Rampart Boulevard, Suite 400
6      601 South Tenth Street, Suite 102              Las Vegas, NV 89145
       Las Vegas, Nevada 89101                        (702) 362-7800 (Telephone)
7      Telephone: (702) 233-4444                      (702) 362-9472 (Facsimile)
       Facsimile: (702) 894-9466                      Nleatham@klnevada.com
8
       *Counsel for James M. Rhodes*                  **AKIN GUMP STRAUSS HAUER &**
9                                                     **FELD LLP**
                                                      Philip C. Dublin (NY Bar No. 2959344)
10                                                    Abid Qureshi (NY Bar No. 2684637)
                                                      Meredith Lahaie (NY Bar No. 4518023)
11                                                    One Bryant Park
                                                      New York, NY 10036
12                                                    (212) 872-1000 (Telephone)
                                                      (212) 872-1002 (Facsimile)
13                                                    pdublin@akingump.com
                                                      aqureshi@akingump.com
14                                                    mlahaie@akingump.com

15                                                    *Counsel for the Reorganized Debtors*

16  LR 9021(c) Certification:

17  In accordance with LR 9021, counsel submitting this document certifies that the order
    accurately reflects the court's ruling and that (check one):

18
    ☐    The court has waived the requirement set forth in LR 9021(b)(1).
19
    ☐    No party appeared at the hearing or filed an objection to the motion.
20
    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
21       hearing, and any unrepresented parties who appeared at the hearing, and each has
         approved or disapproved the order, or failed to respond, as indicated below [list each
22       party and whether the party has approved, disapproved, or failed to respond to the
         document]:
23
         | Party | Approved | Disapproved | Failed to Respond |
24       |---|---|---|---|
         | Kevin N. Anderson | **X** | | |
25
    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
26       with the motion pursuant to LR 9014(g), and that no party has objected to the form or
         content of the order.
27
                                          # # #
28

4