E-Filed on 8/10/11

**DIAMOND MCCARTHY LLP**
1201 Elm Street, 34th Floor
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)

Eric D. Madden (TX Bar No. 24013079)
Email: emadden@diamondmccarthy.com
Michael J. Yoder (TX Bar No. 24056572)
Email: myoder@diamondmccarthy.com
Jacob J. Roberts (TX Bar No. 24065982)
Email: jroberts@diamondmccarthy.com

*Counsel for the Litigation Trust
of The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN D. SHAPIRO, A NEVADA LLC**
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)

Brian D. Shapiro (NV Bar No. 5772)
Email: bshapiro@brianshapirolaw.com

*Local Counsel for the Litigation Trust of
The Rhodes Companies, LLC, et al.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

THE RHODES COMPANIES, LLC,
   Aka "Rhodes Homes", *et al.*,

            Reorganized Debtors.[1]

Affects:
☒ All Debtors
☐ The following Debtor(s)

Case No. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

**DESIGNATION OF LOCAL COUNSEL
AND CONSENT THERETO**

The undersigned, counsel for the Litigation Trust of The Rhodes Companies, LLC, *et al.* (the "Litigation Trust"), has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." I am not admitted to the bar of this Court, but the Law Office of Brian D. Shapiro does maintain offices in the District of Nevada for the practice of law. I believe it to be in the best interest of the client, the Litigation Trust, to designate Brian D. Shapiro, attorney at law, a member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Brian D. Shapiro (Bar Code #005772), 228 S. 4th Street,

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

Suite 300, Las Vegas, NV 89101-5709, Telephone: (702) 386-8600, Facsimile (702) 383-0994, Email: bshapiro@brianshapirolaw.com.

By designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

August 9, 2011

/s/ *Eric D. Madden*
Eric D. Madden (TX Bar No. 24013079)
Diamond McCarthy LLP
1201 Elm Street, 34th Floor
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
emadden@diamondmcarthy.com

*Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____
Brian D. Shapiro (NV Bar No. 0005772)
Law Office of Brian D. Shapiro
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101-5709
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)
bshapiro@brianshapirolaw.com

*Designated Nevada Counsel*

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Brian D. Shapiro as Designated Nevada Counsel in this case.

/s/ *Eric D. Madden*
Eric D. Madden (TX Bar No. 24013079)
Diamond McCarthy LLP
1201 Elm Street, 34th Floor
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
emadden@diamondmcarthy.com

*Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*