RECEIVED
AND
AUG 3 1 46 AM '11
BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

August 1, 2011

US Bankruptcy Court
District of Nevada
3000 Las Vegas Blvd South
Las Vegas, NV 89101

Re: Case No. 09-14814-lbr, Chapter 11, The Rhodes Companies LLC

To Whom It May Concern:

I was asked to notify the bankruptcy court of my address change by the attorney's office although I am not directly involved with this case.

My new address is 12667 N. Gentle Rain Drive, Marana, AZ 85658. If you have any questions you can reach me at 702-306-2285.

Thank you,

Sharelle Snow Henle
For Property Located At:
6474 Aether St.
Las Vegas, NV 89148