RECEIVED
AND ...

Aug 10 ... '11

...RUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____
3  Phone # _____
   e-mail address _____
4
5              UNITED STATES BANKRUPTCY COURT
6                   DISTRICT OF NEVADA
7                        * * * * * *
8  In re:                              )    Bankruptcy No.: BK-09-14814-LBR
9                                      )    Chapter: 11
      THE RHODES COMPANIES, LLC, aka :Rhodes Homes," et al.,  )    Trustee: _____
10                                     )
                    Debtor.             )    CHANGE OF ADDRESS OF:
11                                     )      ☐ DEBTOR
                                        )      ☑ CREDITOR
12  _____    )      ☑ OTHER
13
14  This address change applies to (please check all that apply):
15  ☐ Notices only      ☐ Payments from Trustee      ☑ Both Notices and payments
16  I request that notice be sent to the following address: (please print)
17      Princeton Advisory Group
        _____
        Name
        PO Box 89
18      _____
        Address
        4428 Route 27, Bldg C, Unit 1
19      _____
        Kingston         NJ              08528-1004
20      _____
        City             State           Zip Code
21  Please check one of the following:
22  ☑ The change of address is applicable only in the above captioned case.
23  ☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____
24
25  DATE: 8/3/11 _____
                                        SIGNATURE [signature]
26

NV_4002(ChangeofAddress_DB012-09).wpd