| | |
|---|---|
| 1 | Name of Attorney: Michele Laine, Esq. |
| | Bar #: 904200 |
| 2 | Address: 800 South Douglas Road, 12th Floor |
| | MasTec |
| 3 | Phone #: 305-599-1800 |
| | e-mail address: michele.laine@mastec.com |

RECEIVED & FILED

'11 AUG 11 P2:38

U.S. BANKRUPTCY COURT
MARY...

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

**The Rhodes Companies**

Debtor.

Bankruptcy No.: 09-14814-lbr
Chapter: 11
Trustee: U.S. TRUSTEE

**CHANGE OF ADDRESS OF:**
☐ **DEBTOR**
☑ **CREDITOR**
☐ **OTHER**

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ☑ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Michele Laine, Esq.
Address: MasTec North America, Inc.
800 South Douglas Road, 12th Floor

City: Coral Gables     State: Florida     Zip Code: 33134

Please check one of the following:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

DATE: 8/8/11

SIGNATURE: Michele Laine /cpw

NV_4002(ChangeofAddress_DB012-09).wpd