**Entered on Docket**
**August 18, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

KEVIN N. ANDERSON
Nevada Bar No. 4512
**FABIAN & CLENDENIN, P.C.**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:  801-531-8900
Facsimile:  801-596-2814
Email:  kanderson@fabianlaw.com

_Counsel for James M. Rhodes_

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, #400
Las Vegas, Nevada  89145
Telephone:  702-362-7800
Facsimile:  702-362-9472
Email:  nleatham@klnevada.com
            and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:      pdublin@akingump.com
                 aqureshi@akingump.com
                 mlahaie@akingump.com

_Counsel for **Reorganized Debtors**_

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) CASE NO. BK-09-14814-LBR |
| | )      (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | ) |
| "Rhodes Homes," et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| Affects: | ) **STIPULATION AND  ORDER REGARDING** |
| | ) **CONTIUANCE OF HEARING** |
| ☒      All Reorganized Debtors | ) |
| | ) Old  Hearing Date:  August 30, 2011 at 1:30 p.m. |
| | ) **New Hearing Date:  September 27, 2011 at** |
| | )                  **10:30 a.m.** |

_KOLESAR & LEATHAM_
_400 South Rampart Boulevard, Suite 400_
_Las Vegas, Nevada 89145_
_Tel: (702) 362-7800 / Fax: (702) 362-9472_

1   James M. Rhodes ("Rhodes"), through counsel, Fabian & Clendenin, and the above-

2   captioned reorganized debtors (collectively, the "Reorganized Debtors"), through counsel, Kolesar

3   & Leatham and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and

4   Order Regarding Continuance of Hearing (the "Stipulation").    Rhodes and the Reorganized

5   Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as

6   follows:

7   WHEREAS, on August 2, 2011, this Court held a hearing (the "Hearing") regarding on the

8   Reorganized Debtors' objection to the Greenway Partners Claim and the Scheduled Claims (the

9   "Remaining Claims");

10  WHEREAS, to the extent set forth in the record, the Court continued the Hearing to

11  August 30, 2011 at 1:30 p.m.;

12  WHEREAS, the Parties have agreed to a further continuance of the Hearing with regard to

13  the Remaining Claims; and

14  WHEREAS it is the Parties' understanding that September 27, 2011 at 10:30 a.m. is an

15  available date on which the continued Hearing may be held;

16  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

17  counsel for the Parties, that the Hearing shall be continued to September 27, 2011 at 10:30 a.m.

18  (PDT).

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

995643 (7540-1)                                    - 2 -

1     **IT IS SO ORDERED.**

2   Prepared and respectfully submitted by:

3   **FABIAN & CLENDENIN, P.C.**       **AKIN GUMP STRAUSS HAUER &**

4                                                           **FELD LLP**

5   By____*/s/ Kevin N. Anderson*_____    By____*/s/ Abid Qureshi*_____

6       KEVIN N. ANDERSON                      PHILIP C. DUBLIN
      Nevada Bar No. 4512                       New York Bar No. 2959344

7       601 South Tenth Street, Suite 102       ABID QURESHI
      Las Vegas, Nevada 89101               New York Bar No. 2684637

8       Telephone: (702) 233-4444             MEREDITH LAHAIE
                                    New York Bar No. 4518023

9       *Counsel for James M. Rhodes*         One Bryant Park
                                    New York, NY 10036

10                                       Telephone: (212) 872-1000

11                                    and

12                                    NILE LEATHAM

13                                    Nevada Bar No. 002838

14                                    400 South Rampart Blvd., Suite 400

15                                    Las Vegas, NV 89145
                                   Telephone: (702) 362-7800

16                                    *Counsel for the Reorganized Debtors*

17

18

19

20

21

22

23

24

25

26

27   *In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
  Stipulation and Order Regarding Continuance of Hearing

28

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472